(Rev. 04/05)                                                                                                  DATE: May 18, 2010

DEFENDANT:    Richard Kellogg Armstrong

YOB:            1934
ADDRESS:     Prescott, Arizona

COMPLAINT FILED?   \_\_\_\_\_ YES   \_\_X\_\_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  \_\_\_ YES  \_\_\_ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:        Filing False Claims Against the United States
                  18 U.S.C. §287

                  Mail Fraud
                  18 U.S.C. §1341

LOCATION OF OFFENSE:  Elbert County, Colorado
                              And elsewhere

PENALTY:        Filing False Claims Against the United States
                  18 U.S.C. §287
                  NMT 5 years imprisonment, a $250,000 fine, or both; and a $100 Special Assessment Fee

                  Mail Fraud
                  18 U.S.C. §1341
                  NMT 20 years imprisonment, a $250,000 fine, or both; and a $100 Special Assessment Fee

AGENT:          Greg M. Flynn, Special Agent
                  Internal Revenue Service,
                  Criminal Investigation Division
                  Denver, Colorado

AUTHORIZED BY:  Kenneth M. Harmon

1

Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_\_ five days or less      __X__ over five days      \_\_\_\_ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case      \_\_\_\_ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:      \_\_\_\_ Yes      __X__ No