AO 442 (Rev 5/85)    Warrant for Arrest

# United States District Court

DISTRICT OF _____ COLORADO _____

UNITED STATES OF AMERICA

V.

RICHARD KELLOGG ARMSTRONG

## WARRANT FOR ARREST

CASE NUMBER 10-mj-1088-KLM

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD KELLOGG ARMSTRONG and bring him forthwith to the nearest magistrate to answer a

☐ Indictment   ☐ Information   X Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with: filing false claims against the United States and mail fraud, in violation of Title 18 U.S.C. Sections 287, 1341 and 2.

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

Name of Issuing Officer | Title of Issuing Officer

_[signature]_   5/18/10 at Denver, Colorado
Signature of Issuing Officer | Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____   by _____
                                     Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest