IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-mj-01088-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

## MOTION TO SEAL

---

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Court for an order directing to be filed under seal this motion, any orders thereon, the criminal complaint and its supporting affidavit, and the arrest warrant issued thereon in this case (except for copies for the U.S. Marshal, and any other law enforcement agency assisting in the execution of the arrest warrant), until such time as the arrest warrant is executed and the defendant has his initial appearance on the criminal complaint in this case or until further order.

    As grounds for the motion, the government states as follows:

    It is believed that the defendant is currently residing in Prescott, Arizona and is unaware of the criminal complaint or that criminal charges that are the subject of the complaint are

1

imminent.

It is believed that public disclosure of the criminal complaint could alert the defendant and cause him to flee, re-locate or take other actions to otherwise frustrate the execution of the arrest warrant.

Sealing the criminal complaint, supporting affidavit and arrest warrants issued thereon will help facilitate the orderly arrest of the defendant, and help ensure the safety of the law enforcement officers executing the arrest warrant, by allowing the arrest to take place without the advance knowledge of the defendant.

WHEREFORE, the United States respectfully requests that this Court issue an order sealing the criminal complaint and its supporting affidavit, and the arrest warrants in this case, this motion to Seal, and any order issued by this Court with regard to this motion (except for copies for the U.S. Marshal, and any other law enforcement agency assisting in the execution of the arrest warrant), until further order of the Court or upon the execution of the arrest warrant and the defendant's initial appearance on the indictment in this case.

> Respectfully submitted,
>
> DAVID M. GAOUETTE
> United States Attorney

By: s/ Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov