IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. *10-mj-01088-KLM*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

## ORDER TO SEAL

---

    The Court has for consideration the government's Motion to Seal wherein the government asks this Court to seal the criminal complaint and its supporting affidavit, and the arrest warrants in this case, as well as the government's Motion to Seal, and any order issued with regard to the motion. Upon consideration,

    IT IS ORDERED that the government's Motion to Seal, this Order, and the criminal complaint and its supporting affidavit, and the arrest warrant are hereby sealed (except that copies may be provided to the U.S. Marshal and any other law enforcement agency assisting in the execution of the arrest warrant), until further order of this Court or until such time as the arrest

warrant is executed and the defendant's initial appearance on the criminal complaint in this case.

DONE AND ORDERED on this 18T day of May 2010.

_____
UNITED STATES MAGISTRATE JUDGE