(Rev. 04/05)

DEFENDANT:      CURTIS L. MORRIS

YOB:            1968

ADDRESS:        Elizabeth, Colorado

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES  __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:        Counts 1 - 3
                Mail Fraud
                18 U.S.C. §1341

                Counts 4-9
                Filing False Claims Against the United States
                18 U.S.C. §287

LOCATION OF OFFENSE:   Elbert County, Colorado
                       And elsewhere

PENALTY:        Counts 1 - 3
                Per Count, NMT 20 years imprisonment, a $250,000 fine, or both;
                and a $100 Special Assessment Fee

                Counts 4-9
                Per Count, NMT 5 years imprisonment, a $250,000 fine, or both;
                and a $100 Special Assessment Fee

AGENT:          Greg M. Flynn, Special Agent
                Internal Revenue Service,
                Criminal Investigation Division
                Denver, Colorado

<u>AUTHORIZED BY</u>:   Kenneth M. Harmon
                      Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

<u>     </u> five days or less      <u>  X  </u> over five days     <u>     </u> other

<u>THE GOVERNMENT</u>

<u>    </u> will seek detention in this case     <u>  X   </u> will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:        <u>     </u> Yes      <u>  X  </u> No