(Rev. 04/05)

DEFENDANT:     Richard Kellogg Armstrong

YOB:           1934

ADDRESS:       Prescott, Arizona

COMPLAINT FILED?   X   YES   _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:   10-mj-1088-KLM

    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   X   YES   ____ NO

    IF NO, A NEW WARRANT IS REQUIRED

    OFFENSE:       Count 1
                    Mail Fraud
                    18 U.S.C. §1341

                    Counts 4-7
                    Filing False Claims Against the United States
                    18 U.S.C. §287

LOCATION OF OFFENSE:   Elbert County, Colorado
                    And elsewhere

    PENALTY:       Count 1
                    NMT 20 years imprisonment, a $250,000 fine, or both; and a $100
                    Special Assessment Fee

                    Counts 4-7
                    Per Count, NMT 5 years imprisonment, a $250,000 fine, or both;
                    and a $100 Special Assessment Fee

AGENT:         Greg M. Flynn, Special Agent
                    Internal Revenue Service,
                    Criminal Investigation Division

Denver, Colorado

<u>AUTHORIZED BY</u>:   Kenneth M. Harmon
                     Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_\_ five days or less      \_\_<u>X</u>\_\_ over five days      \_\_\_\_\_ other

<u>THE GOVERNMENT</u>

\_\_<u>X</u>\_\_ will seek detention in this case      \_\_\_\_\_ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:      \_\_\_\_\_ Yes      \_\_<u>X</u>\_\_ No