IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CURTIS L. MORRIS, and
2.    RICHARD KELLOGG ARMSTRONG,

    Defendants.

---

MOTION TO SEAL

---

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Court for an order directing to be filed under seal this motion, any orders thereon, the indictment and the arrest warrant issued thereon for defendant Curtis L. Morris in this case (except for copies for the U.S. Marshal, and any other law enforcement agency assisting in the execution of the arrest warrant), until such time as the arrest warrant is executed and the defendant Morris or defendant Armstrong have had their initial appearances on the indictment in this case, whichever is earlier, or until further order.

As grounds for the motion, the government states as follows:

It is believed that the defendant Morris is currently

residing in Elizabeth, Colorado and is unaware of the indictment or that criminal charges that are the subject of the indictment, as pertains to him, are imminent.

It is believed that public disclosure of the indictment could alert the defendant and cause him to flee, re-locate or take other actions to otherwise frustrate the execution of the arrest warrant.

Defendant Armstrong was previously arrested in the Southern District of California on a criminal complaint filed in this district concerning charges that are now the subject of the indictment in this case (Criminal Complaint, Case No. 10-mj-1088-KLM).  The defendant Armstrong has now had Fed.Crim.P. Rule 5 proceedings in that district, has been ordered detained and is being transported to the District of Colorado for further proceedings in this case.

Sealing the indictment and arrest warrant issued thereon will help facilitate the orderly arrest of defendant Morris, and help ensure the safety of the law enforcement officers executing the arrest warrant, by allowing the arrest to take place without the advance knowledge of defendant Morris.

WHEREFORE, the United States respectfully requests that this Court issue an order sealing the indictment and the arrest warrant for defendant Morris, and any order issued by this Court with regard to this motion (except for copies for the U.S.

Marshal, and any other law enforcement agency assisting in the execution of the arrest warrant), until further order of the Court or upon the execution of the arrest warrant of defendant Morris or either defendant's initial appearance on the indictment in this case.  In the event that defendant Armstrong's initial appearance on this indictment precedes the arrest of defendant Morris, the United States would respectfully request that the indictment be unsealed with respect to defendant Armstrong only and that references to defendant Morris in the indictment, as it would appear in the public record, be redacted until such time as defendant Morris's arrest.

          Respectfully submitted,

          DAVID M. GAOUETTE
          United States Attorney


          By: s/ Kenneth M. Harmon
          KENNETH M. HARMON
          Assistant United States Attorney
          U.S. Attorney's Office
          1225 Seventeenth Street, Suite 700
          Denver, Colorado 80202
          Tel. No. (303) 454-0100
          Fax No. (303) 454-0402
          E-mail: kenneth.harmon@usdoj.gov