# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2010 JUN -9  AM 9: 42

GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

W. Samuel Hamrick, Jr.,
Clerk of Court

May 28, 2010

Clerk, U.S. District Court
District of Colorado
901 19th Street, 2nd Floor, Room A105
Denver, CO 80294

10-mj-01088-KLM

Re: USA v. Richard Kellogg Armstrong , Case No. 2:10-mj-08585-PCL

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the defendant(s) Richard Kellogg Armstrong : Certified copy of transfer order, Certified Docket Sheet, Out of District Complaint (copy), Warrant of Removal (copy), Waiver of Removal (copy) .

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ C. Castro, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF_____
AND ASSIGNED CASE NUMBER_____

CLERK, U.S. DISTRICT COURT

By:_____, Deputy

FILED
JUN 0 2 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: 10MJ8585 |
| Plaintiff, | District of Colorado |
| v. | Case No.: 10MJ1088-NLM |
| Richard Kellogg ARMSTRONG, | |
| Defendant. | FINDINGS OF FACT AND ORDER OF DETENTION |

In accordance with 18 U.S.C. § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. §§ 3141, et seq.), a detention hearing was held on May 25, 2010, to determine whether defendant Richard Kellogg ARMSTRONG, should be held in custody pending trial on the ground that he is a risk of flight. Assistant U.S. Attorney Daniel Zipp appeared on behalf of the United States. Retained counsel Jonathan Lee Willis appeared on behalf of the Defendant.

Based on the evidence proffered by the United States and the Defendant, the Pretrial Services Report, and the complaint issued against the Defendant on May 18, 2010, in the District of Colorado, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required.

///

///

# I

## FINDINGS OF FACT

**A.   Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(G)(1)**

1. A complaint was issued in the District of Colorado, Criminal Case No.: 10MJ1088-NLM, charging defendant with Filing False Claims Against the United States and Mail Fraud, in violation of 18 United States Code, §§ 287, 1341, and 2.

**B.   Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2):**

1. Continuing from on or about October 23, 2008, through to on or about November 3, 2008, in the State and District of Colorado and elsewhere, Defendant made and presented to the U.S. Treasury Department claims against the United States for payments of refunds of taxes in the aggregate amount of approximately $1.4 million, which he then and there knew to be false, fictitious, and fraudulent, by causing to be prepared and filed Amended U.S. Individual Income Tax Returns, on Forms 1040X, for the years 2005, 2006, 2007, which returns were presented to the U.S. Treasury Department, through the Internal Revenue Service. In violation of Title 18, United States Code, Section 287, and 2. In violation of Title 18, United States Code, Sections 1341 and 2.

2. Continuing from on or about January 23, 2009, through to on or about January 31, 2009, in the State and District of Colorado and elsewhere, the defendant made and presented to the United States Treasury Department a claim against the United States for payment of a refund of taxes in the amount of approximately $1.739 million, which he then and there knew to be false, fictitious, and fraudulent, by causing to be prepared and filed a U.S. Individual Income Tax Return, on Form 1040, for the year 2008, which returns were presented to the United States Treasury Department, through the Internal Revenue Service. In violation of Title 18, United States Code, Sections 1341 and 2.

3. On or about October 23, 2008, in the State of and District of Colorado, and elsewhere, for the purpose of executing a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent material pretenses, representations, and promises, the defendant did knowingly cause, and aid and abet other to cause, to be deposited a matter and things to be sent and delivered by a commercial interstate carrier, according to the direction thereon, to wit, three completed amended U.S. Income Tax Returns for the years 2005, 2006, and 2007, from Elizabeth, Colorado to Prescott, Arizona. In violation of Title 18, United States Code, Sections 1341 and 2.

2

C. History and Characteristics of the Defendant (18 U.S.C. § 3142(G)(3)

1. Defendant is a United States citizen.

2. Defendant resides Lake Havasu City, Arizona.

3. Defendant has a home in Cabo San Lucas, Mexico

4. Defendant is a pilot who could easily fly across international borders without displaying a passport.

5. Defendant has sent money internationally in amounts in excess of a million dollars which would enable him to live as a fugitive outside the United States.

D. Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4)

1. Other than that the charged crime, the government did not proffer evidence suggesting that release of the Defendant would pose a danger to any person or the community.

II

REASONS FOR DETENTION

A. There is probable cause to believe that the Defendant committed the offenses charged in District of Colorado, Complaint No. 10MJ1088-NLM.

B. Defendant has no ties to the Southern District of California.

C. The District of Colorado is best suited to determine if there are any conditions that can be set to ensure Defendant's appearance.

D. Thus the Court finds that the Government has sustained its burden of demonstrating, by a preponderance of the evidence, that the Defendant is a risk of flight and that there are no conditions or combination of conditions that it could set that would ensure Defendant's appearance for future court appearances.

III

ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

1   While in custody, upon order of a court of the United States or upon the request of an attorney
2   for the United States, the person in charge of the correctional facility shall deliver the Defendant to the
3   United States marshal for the purpose of an appearance in connection with a court proceeding or any
4   other appearance stipulated to by defense and government counsel.

5   THIS ORDER IS ENTERED WITHOUT PREJUDICE.

6   IT IS SO ORDERED.

7   DATED: 6-2-2010

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

Prepared by:

KAREN P. HEWITT
United States Attorney

_____
DANIEL ZIPP
ASSISTANT U.S. ATTORNEY

cc:   Jonathan Lee Willis
      Counsel for Defendant

4

# UNITED STATES DISTRICT COURT

___SOUTHERN___ DISTRICT OF ___CALIFORNIA___

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

v.

_Richard Kellog Armstrong_
Defendant

CASE NUMBER: _10 MJ 8585_

CHARGING DISTRICTS
CASE NUMBER: _10MJ 1058 KLM_

I understand that charges are pending in the _District of Colorado (Denver)_ alleging violation of _18 USC Secs 287, 1341 and 2_
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_5/21/2010_
Date

_[signature]_
Defendant

_[signature]_
Defense Counsel

**FILED**
MAY 21 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

CLOSED

## U.S. District Court
## Southern District of California (El Centro)
## CRIMINAL DOCKET FOR CASE #: 2:10-mj-08585-PCL All Defendants

| | |
|---|---|
| Case title: USA v. Armstrong | Date Filed: 05/21/2010 |
| | Date Terminated: 05/27/2010 |

Assigned to: Magistrate Judge Peter C. Lewis

### Defendant (1)

| | | |
|---|---|---|
| **Richard Kellogg Armstrong**<br>*TERMINATED: 05/27/2010* | represented by | **Jonathan Lee Willis**<br>Jon Willis, Attorney at Law<br>527 West Main Street<br>El Centro, CA 92243-3006<br>(760) 457-7074<br>Fax: (760) 352-7770<br>Email: jlwwesq@msn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:287, 1341, and 2 - Filing False Claims Against the United States and Mail Fraud | |

### Plaintiff

USA        represented by    **U S Attorney CR**
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2010 | | Arrest of Richard Kellogg Armstrong (cxc) (jcj). (Entered: 05/21/2010) |
| 05/21/2010 | 1 | OUT OF DISTRICT COMPLAINT as to Richard Kellogg Armstrong. (Attachments: # 1 Info Sheet) (cxc) (jcj). (Entered: 05/21/2010) |
| 05/21/2010 | 2 | Minute Entry for proceedings held before Magistrate Judge Peter C. Lewis: Initial Appearance - ODC as to Richard Kellogg Armstrong held on 5/21/2010. Appearance entered by Jonathan Lee Willis for Richard Kellogg Armstrong on behalf of defendant. Attorney Jonathan Lee Willis retained for Richard Kellogg Armstrong. Waiver of Rule 5 filed. Government oral motion for detention. Order of removal ordered withheld until detention hearing is held. ( Detention Hearing set for 5/25/2010 01:30 PM in El Centro before Magistrate Judge Peter C. Lewis.) (Tape #10:55 - 11:04). (Plaintiff Attorney Karla Davis). (Defendant Attorney Diane Regan). (erf) Modified on 5/24/2010 to correct initial app date (jcj). (Entered: 05/21/2010) |
| 05/21/2010 | 3 | WAIVER of Rule 5 & 5.1 Hearings by Richard Kellogg Armstrong (cxc) (Entered: 05/24/2010) |
| 05/25/2010 | 4 | Minute Entry for proceedings held before Magistrate Judge Peter C. Lewis: Detention Hearing as to Richard Kellogg Armstrong held on 5/25/2010. USA oral motion for detention; motion granted as to Richard Kellogg Armstrong. Order of detention to be submitted by AUSA. Removal Hearing as to Richard Kellogg Armstrong held on 5/25/2010. Defendant ordered removed forthwith. Government to prepare warrant of removal. (Tape #14:35-14:47). (Plaintiff Attorney Daniel Zipp). (Defendant Attorney Jon Willis, Rtnd.). (erf) (Entered: 05/26/2010) |
| 05/27/2010 | 5 | WARRANT of Removal Issued to the District of Colorado as to Richard Kellogg Armstrong. (cxc) (jcj). (Entered: 05/28/2010) |
| 05/27/2010 | 6 | Case removed to the *District of Colorado**901 19th Street, 2nd Floor, Room A105**Denver, CO 80294* as to *Richard Kellogg Armstrong*. Sent certified copy of transfer order*, Certified Docket Sheet, Out of District Complaint (copy), Warrant of Removal (copy), Waiver of Removal (copy)*. (cxc) (jcj). |

|            |   | (Entered: 05/28/2010)                                                                                                                                            |
|------------|---|------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 06/02/2010 | 7 | FINDINGS OF FACT AND ORDER OF DETENTION as to Richard Kellogg Armstrong. Signed by Magistrate Judge Peter C. Lewis on 06/02/10. (cxc) (Entered: 06/03/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/09/2010 08:36:36 | | | |
| PACER Login: | ud0669 | Client Code: | trlee |
| Description: | Docket Report | Search Criteria: | 2:10-mj-08585-PCL |
| Billable Pages: | 2 | Cost: | 0.16 |