IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   CURTIS L. MORRIS, and
2.   RICHARD KELLOGG ARMSTRONG,

    Defendants.

## ORDER TO SEAL

The Court has for consideration the government's Motion to Seal wherein the government asks this Court to seal the indictment and the arrest warrant for defendant Curtis L. Morris, as well as the government's Motion to Seal, and any order issued with regard to the motion. Upon consideration,

IT IS ORDERED that the government's Motion to Seal, this Order, and the indictment arrest warrant for defendant Curtis L. Morris are hereby sealed (except that copies may be provided to the U.S. Marshal and any other law enforcement agency assisting in the execution of the arrest warrant), until further order of this Court or until such time as the arrest of defendant Curtis L. Morris or until such time as the initial appearance in this district of either defendant on the indictment in this case, and

IT IS FURTHER ORDERED that, in the event that defendant

Armstrong's initial appearance in this district on the indictment in this case precedes the arrest of defendant Morris, then the indictment will be unsealed with respect to defendant Armstrong only.

DONE AND ORDERED on this 9th day of June 2010.

_____
UNITED STATES MAGISTRATE JUDGE