AO 442 (Rev 5/85)    Warrant for Arrest

# United States District Court

_____ DISTRICT OF ____COLORADO____

UNITED STATES OF AMERICA

v.

RICHARD KELLOGG ARMSTRONG

## WARRANT FOR ARREST

CASE NUMBER  10-mj-1088-KLM

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD KELLOGG ARMSTRONG and bring him forthwith to the nearest magistrate to answer a

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with: filing false claims against the United States and mail fraud, in violation of Title 18 U.S.C. Sections 287, 1341 and 2.

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

Name of Issuing Officer | Title of Issuing Officer

Signature of Issuing Officer | 5/18/10 at Denver, Colorado
 | Date and Location

(By) Deputy Clerk

Bail fixed at $ _____   by _____
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Denver, CO.

| DATE RECEIVED 5-18-10 | NAME AND TITLE OF ARRESTING OFFICER Matthew Berg, DEO, USMS | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6-11-10 | | |

AO 442 (Rev. 5/85) Warrant for Arrest