

**Sharon Armstrong Cabo San Lucas Real**

EXCELLENT SERVICE BY PROFES

- Home
- Featured Listings
- For Rent
- Home Search
- Home Evaluation
- Calculators
- Buying
- Selling
- Lifestyle
- Home Improvement
- Contact Me



## Welcome to CABO REALTORS



Working for you **every day!**

Welcome to CABO REALTORS, your source for Cabo San Lucas real estate.

In today's competitive real estate market, timing is everything. Many good homes are sold before they are ever advertised. Beat other homebuyers to the hottest new homes for sale in Cabo San Lucas with my **New Listings Notification**.

If you own real estate that you're thinking of selling, I would be happy to provide you with a **FREE Home Evaluation**. WANT ACTION? LIST WITH US!

Vonage  714 442-0587
direct to Cabo or local Cabo phone 624 145-8073

sharon@caborealtors.com
cell phone:  624 113-3959

**Featured Listi**



View Details

Single Story
Residential
3,000 sq. ft.
Bedrooms: 4
"LARGE MASTER BED
$4,500 USD Mon

Whether you are buying or selling a home, hire someone like us, who wants to earn your business. We invite you to contact us as we would be happy to assist you with this important transaction.

In addition, if you have any general questions about buying or selling real estate in Baja California Sur, please contact me as we more than willing to help.



Please browse my website for listings, reports and important local real estate information.

Sincerely,
Sharon Armstrong
CABO REALTORS
owner/broker   AMPI  NAR AND MLS



**Home**  |  **Featured Listings**  |  **For Rent**  |  **Home Search**  |  **Home Evaluation**  |  **Calculators**  |  **Selling**  |  **Lifestyle**  |  **Home Improvement**  |  **Contact Me**

Privacy Policy  |  Site Map  |  Links  |  For Agents  |  Profile  |  **Login**

©2008-2010 CABO REALTORS



Powered by Point2 **Real Estate Websites**
The Point2 Homes **Real Estate Network**