# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     CURTIS L. MORRIS, and
2.     RICHARD KELLOGG ARMSTRONG,

    Defendants.

---

# ORDER

**Blackburn, J.**

    The matter comes before the Court on the **Government's Motion to Disclose Grand Jury Material To Defendant** [#32] filed June 24, 2010, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Government's Motion to Disclose Grand Jury Material To Defendant** [#32] filed June 24, 2010, pursuant to Fed. R. Crim. P. 6(e) (3)(E)(I) is **GRANTED**;

    2. That grand jury testimony and grand jury exhibits and other materials may be disclosed to the Defendants and their attorneys in the course of discovery in this case; and

3. That such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their attorneys; that the defendants' attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated June 25, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge