**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  CURTIS L. MORRIS, and
2.  RICHARD KELLOGG ARMSTRONG,

     Defendants.

---

**MINUTE ORDER**[1]

---

     On **October 22, 2010**, commencing at 8:00 a.m., the court shall conduct a hearing on **Defendants' Joint Unopposed Motion For Declaration of Complexity and To Exclude Time Within Which the Trial For The Offenses Charged in The Indictment Must Commence Pursuant to 18 U.S.C. § 3161(h)** [#36] filed July 7, 2010. That, to the extent necessary, the United States Marshal for the District of Colorado, shall assist the court in securing defendant Richard Kellogg Armstrong's appearance for this hearing.

     Dated:  July 7, 2010

---

     [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.