IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

 Defendants.

---

# MINUTE ORDER[1]

---

 The matter is before the court *sua sponte*. The court has set a hearing on the **Defendants' Joint Unopposed Motion For Declaration of Complexity and To Exclude Time Within Which The Trial For The Offenses Charged in The Indictment Must Commence Pursuant to 18 U.S.C. § 3161(h)** [#36] on October 22, 2010. The Trial Preparation Conference and jury trial are set August 20, 2010, and August 23, 2010, respectfully. The court has concluded that these two matters should be vacated and continued pending further order of court.

 **THEREFORE, IT IS ORDERED** that the Trial Preparation Conference set for August 20, 2010, and the jury trial set to commence August 23, 2010, are **VACATED** and is **CONTINUED** pending further order of court.

 Dated: July 12, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.