IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      RICHARD KELLOGG ARMSTRONG,

        Defendant.

---

**GOVERNMENT'S RESPONSE AND SUBMISSION
TO DEFENDANT'S MOTION TO RECONSIDER
MAGISTRATE'S ORDER OF DETENTION**

---

        The United State of America, by and through its undersigned counsel, responds as follows:

        1.      The government adheres to its position that the defendant should be detained pending trial of this case for reasons set forth in the detention order of the United States District Court for the Southern District of California (Hon. Peter C. Lewis, Magistrate Judge) and for the reasons set forth in the detention order of Magistrate Judge Tafoya in this Court (Docket Entry No. 30), together with reasons advanced by government counsel and evidence adduced at a re-hearing on the issue of detention that took place on June 21, 2010, a transcript of which hearing is docketed at Docket Entry No. 48  in this case.

        2.      In further support of the orders of detention issued in this case, the government submits, as a supplement to testimony offered at the June 21, 2010 hearing, a declaration of Special Agent Greg M. Flynn, which accompanies this response. The declaration sets forth

evidence gathered in support of detention based on additional investigation conducted subsequent to the June 21st hearing and responds to certain factual allegations advanced by the defense in support of the reconsideration motion. Agent Flynn will be present for the Court's July 23, 2010 hearing on the motion and will be available, at the Court's discretion, to be questioned and subject to cross-examination on the substance of this declaration.

Respectfully submitted,

DAVID M. GAOUETTE
United States Attorney

s/Kenneth M. Harmon
By: Kenneth M. Harmon
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2010, I electronically filed the foregoing **GOVERNMENT'S RESPONSE AND SUBMISSION IN TO DEFENDANT'S MOTION TO RECONSIDER  MAGISTRATE'S ORDER OF DETENTION** with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:

Lisa M. Wayne, Esq.
Lmonet20@aol.com
Attorney for Defendant Curtis L. Morris

Richard K. Kornfeld, Esq.
rick@rechtkornfeld.com
Attorney for Defendant Richard Kellogg Armstrong

s/ Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov