IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              July 23, 2010

Deputy Clerk:        Nel Steffens
Court Reporter:      Suzanne Claar
Probation Officer:   Keith Williams

**Criminal Action No. 10-cr-00317-REB**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                     Kenneth Harmon

    Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,                Richard Kornfeld

    Defendant.

## COURTROOM MINUTES

**Motion Hearing on #43**

**10:00 a.m.    Court in session.**

Appearances of counsel.  Also seated at government's table is IRS Criminal Investigation Agent, Greg Flynn.  Also seated at defendant's table is investigator Kevin Kierim.

Opening statements by the court.  Court takes judicial notice of the adjudicative facts and evidence presented during the detention hearing of June 21, 2010, before Magistrate Judge Tafoya.

Mr. Harmon asks that the court consider government's Exhibits 1 and 2 admitted at the June 21, 2010, detention hearing.  Mr. Kornfeld has no objection.

Mr. Kornfeld moves to admit Defendant's Exhibit 1, a CD, which is tendered to the court.

*Exhibit Admitted: Defendant's 1*

Mr. Kornfeld tenders a copy of the transcript of the detention hearing to the court.

10:11 a.m.    Argument by Mr. Harmon.

10:30 a.m.    Argument by Mr. Kornfeld.

10:57 a.m.    Rebuttal argument by Mr. Harmon.

Discussion regarding whereabouts of defendant's passport.

Discussion regarding Speedy Trial excludable time.

The court takes the motion under advisement and will issue its written ruling as soon as practicable.

**11:10 a.m.    Court in recess.**

Total time in court:   01:10

Hearing concluded.