# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case Number: 10-cr-00317-REB-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.      RICHARD KELLOGG ARMSTRONG,

      Defendant.

_____

## NOTICE OF APPEAL
_____

      Notice is given that Defendant Richard Kellogg Armstrong in the above-named case hereby appeals to the United States Court of Appeals for the Tenth Circuit regarding the "Order Denying Defendant's Motion to Revoke Detention Order" (Doc. 54).

      Respectfully submitted this 6th day of August, 2010.

      Respectfully submitted,

      s/Richard K. Kornfeld
      RICHARD K. KORNFELD
      Attorney for Defendant Richard Armstrong
      1600 Stout St., Suite 1000
      Denver, Colorado 80202
      (303) 573-1900
      Fax: (303) 446-9400
      admin@rechtkornfeld.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of August, 2010, I electronically filed the foregoing **Notice of Appeal** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


s/Michael Shomler
Michael Shomler