APPEAL

# U.S. District Court
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:10-cr-00317-REB-2

Case title: USA v. Morris et al      Date Filed: 06/08/2010

Assigned to: Judge Robert E. Blackburn

**Defendant (2)**

**Richard Kellogg Armstrong**    represented by    **Richard Kent Kornfeld**
Recht & Kornfeld, P.C.
1600 Stout Street
#1000
Denver, CO 80202
303-573-1900
Fax: 303-446-9400
Email: rick@rechtkornfeld.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| FRAUDS AND SWINDLES-Mail fraud (1) | |
| FALSE OR FRAUDULENT CLAIMS-filing flase claims against the U.S. (4-7) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:287.F Filing false claims against the United States, 18:1341.F Mail Fraud | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Kenneth Mark Harmon** <br> U.S. Attorney's Office-Denver <br> 1225 17th Street East <br> Seventeenth Street Plaza <br> #700 <br> Denver, CO 80202 <br> 303-454-0100 <br> Fax: 454-0402 <br> Email: kenneth.harmon@usdoj.gov <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2010 | 1 | COMPLAINT as to Richard Kellogg Armstrong (1). (Attachments: # 1 Criminal Information Sheet) (tllsl, ) [1:10-mj-01088-KLM *SEALED*] (Entered: 05/18/2010) |
| 05/18/2010 | 2 | Arrest Warrant Issued in case as to Richard Kellogg Armstrong. (tllsl, ) [1:10-mj-01088-KLM *SEALED*] (Entered: 05/18/2010) |
| 05/18/2010 | 3 | MOTION to Seal Case by USA as to Richard Kellogg Armstrong. (tllsl, ) [1:10-mj-01088-KLM *SEALED*] (Entered: 05/18/2010) |
| 05/18/2010 | 4 | ORDER granting 3 Motion to Seal Case as to Richard Kellogg Armstrong (1) by Magistrate Judge Kristen L. Mix on 5/18/2010. (tllsl, ) [1:10-mj-01088-KLM *SEALED*] (Entered: 05/18/2010) |
| 06/08/2010 | 5 | INDICTMENT as to Curtis L. Morris (1) count(s) 1, 2-3, 4-7, 8-9, Richard Kellogg Armstrong (2) count(s) 1, 4-7. (Attachments: # 1 Criminal Information Sheet Morris, # 2 Criminal Information Sheet Armstrong) (tllsl, ) (Entered: 06/09/2010) |
| 06/08/2010 | 7 | MOTION to Seal Case by USA as to Richard Kellogg Armstrong, Curtis L. Morris. (tllsl, ) (Entered: 06/09/2010) |
| 06/09/2010 | 8 | Rule 5(c)(3) Documents Received from the Southern District of California as to Richard Kellogg Armstrong (tllsl, ) (Entered: 06/09/2010) |
| 06/09/2010 | 9 | ORDER by Magistrate Judge Boyd N. Boland on 6/9/2010, granting 7 Motion to Seal Case as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). (tllsl, ) (Entered: 06/10/2010) |
| 06/11/2010 | 10 | Minute Entry for proceedings held before Magistrate Judge Boyd N. Boland: Initial Appearance as to Richard Kellogg Armstrong held on 6/11/2010. AUSA Ken Harmon; Defendant present in custody without counsel; Pretrial Sue Heckman. The government moves to unseal this case. ORDERED: Government's oral motion to unseal is GRANTED. Defendant advised. Defendant is not requesting court appointed counsel. Arraignment, Discovery and Detention (Detention if a motion |

| | | |
|---|---|---|
| | | to reopen detention is filed) set for 6/16/2010 10:00 AM in Courtroom A401 before Magistrate Judge Boyd N. Boland. Defendant remanded. TEXT ENTRY ONLY-NO DOCUMENT ATTACHED (Tape #FTR BNB PM) (labsl, ) (Entered: 06/11/2010) |
| 06/14/2010 | [12](#) | Arrest Warrant Returned Executed on 6/11/10 in case as to Richard Kellogg Armstrong. (labsl, ) (Entered: 06/14/2010) |
| 06/16/2010 | 14 | Minute Entry for proceedings held before Magistrate Judge Boyd N. Boland: Arraignment, Discovery and Detention Hearing as to Richard Kellogg Armstrong held on 6/16/2010. AUSA Kenneth Harmon; Defendant present in custody without counsel; Pretrial Keith Williams. Defendant has not retained counsel. Financial affidavit reviewed. CJA appointed. Arraignment, Discovery and Detention Hearing continued to 6/21/2010 2:30 PM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Defendant remanded. TEXT ENTRY ONLY-NO DOCUMENT ATTACHED. (Tape #FTR BNB AM) (lab, ) (Entered: 06/16/2010) |
| 06/16/2010 | [16](#) | Arrest Warrant Returned Executed on 6/11/10 in case as to Richard Kellogg Armstrong. (kltsl, ) (Entered: 06/17/2010) |
| 06/16/2010 | [18](#) | Sealed Document-Financial Affidavit (labsl, ) (Entered: 06/17/2010) |
| 06/18/2010 | [19](#) | CJA 20: Appointment of Richard Kent Kornfeld for Richard Kellogg Armstrong by Magistrate Judge Boyd N. Boland on 6/18/2010. (smatl, ) (Entered: 06/18/2010) |
| 06/21/2010 | 23 | Minute Entry for proceedings held before Magistrate Judge Kathleen M. Tafoya: Arraignment, Discovery and Detention Hearing as to Richard Kellogg Armstrong held on 6/21/2010. AUSA Kenneth Harmon; Defendant present in custody with Richard Kornfeld; Pretrial Sue Heckman. Plea NOT GUILTY on all counts entered by Richard Kellogg Armstrong. Discovery memorandum executed. Evidence and testimony from government's witness Greg Flynn. Government's exhibits 1 and 2 admitted. Argument regarding detention. ORDERED: Defendant detained. Counsel to chambers. Defendant remanded. TEXT ENTRY ONLY-NO DOCUMENT ATTACHED. (Tape #FTR KMT PM) (lab, ) (Entered: 06/22/2010) |
| 06/21/2010 | [25](#) | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 5 days as to Richard Kellogg Armstrong by Magistrate Judge Kathleen M. Tafoya on 6/21/10. (lab, ) (Entered: 06/22/2010) |
| 06/21/2010 | [26](#) | Sealed Document-Government's exhibit 1 (lab, ) Modified on 6/22/2010 to link to minutes of 6-21-10, entry 23. (lab, ). (Entered: 06/22/2010) |
| 06/21/2010 | [27](#) | Government's EXHIBIT 2 In Support of 23 Arraignment, Discovery and Detention Hearing as to Richard Kellogg Armstrong (lab, ) (Entered: 06/22/2010) |
| 06/22/2010 | [30](#) | ORDER OF DETENTION as to Richard Kellogg Armstrong by |

| | | |
|---|---|---|
| | | Magistrate Judge Kathleen M. Tafoya on 6/22/10. (lab, ) (Entered: 06/23/2010) |
| 06/24/2010 | 31 | Ex Parte Document. (Attachments: # 1 Exhibit A, # 2 Exparte Attachment)(Kornfeld, Richard) (Entered: 06/24/2010) |
| 06/24/2010 | 32 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Richard Kellogg Armstrong, Curtis L. Morris. (Attachments: # 1 Proposed Order (PDF Only))(Harmon, Kenneth) (Entered: 06/24/2010) |
| 06/25/2010 | 33 | TRIAL PREPARATION CONFERENCE ORDER by Judge Robert E. Blackburn on 6/25/2010 as to Richard Kellogg Armstrong, Curtis L. Morris. Motions due by 7/9/2010. Telephone Conference set for 7/22/2010 10:30 AM before Judge Robert E. Blackburn. Trial Preparation Conference set for 8/20/2010 at 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. Jury Trial set for 8/23/2010 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 06/25/2010) |
| 06/25/2010 | 34 | ORDER by Judge Robert E. Blackburn on 6/25/2010, granting 32 Motion to Disclose Grand Jury Material as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). (tllsl, ) (Entered: 06/28/2010) |
| 06/28/2010 | 40 | Ex Parte Document. (smatl, ) (Entered: 07/08/2010) |
| 07/01/2010 | 35 | CJA 24 (Kornfeld, Richard) (Entered: 07/01/2010) |
| 07/07/2010 | 36 | Joint MOTION to Declare Case Complex *and to Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence Pursuant to 18 U.S.C. 3161(h)* by Richard Kellogg Armstrong, Curtis L. Morris. (Kornfeld, Richard) (Entered: 07/07/2010) |
| 07/07/2010 | 37 | MINUTE ORDER by Judge Robert E. Blackburn on 7/7/2010 Setting Hearing on Motion 36 Joint MOTION to Declare Case Complex, as to defendants Curtis L. Morris and Richard Kellogg Armstrong. Motion Hearing set for 10/22/2010 08:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 07/07/2010) |
| 07/07/2010 | 38 | Ex Parte Document. (Attachments: # 1 Exparte Attachment, # 2 Exparte Attachment)(Wayne, Lisa) (Entered: 07/07/2010) |
| 07/07/2010 | 39 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 07/07/2010) |
| 07/12/2010 | 42 | MINUTE ORDER Terminating Hearing as to Richard Kellogg Armstrong, Curtis L. Morris re 36 Joint MOTION to Declare Case Complex and to Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence: The court has set a hearing on the motion on 10/22/10. The Trial Preparation Conference set for 8/20/10, and the jury trial set to commence 8/23/10, are VACATED and CONTINUED pending further order of court. by Judge Robert E. Blackburn on 7/12/10. (mjg, ) (Entered: 07/12/2010) |
| | | |

| 07/14/2010 | 43 | MOTION for Reconsideration re 30 Order of Detention by Richard Kellogg Armstrong. (Kornfeld, Richard) (Entered: 07/14/2010) |
|---|---|---|
| 07/15/2010 | 45 | MINUTE ORDER by Judge Robert E. Blackburn on 7/15/2010 Setting Hearing on Motion 43 MOTION for Reconsideration re 30 Order of Detention as to defendant Richard Kellogg Armstrong. Motion Hearing set for 7/23/2010 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 07/15/2010) |
| 07/15/2010 | 46 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 07/15/2010) |
| 07/17/2010 | 48 | TRANSCRIPT of Arraignment, Discovery and Detention Hearing as to Richard Kellogg Armstrong held on 6-21-10 before Magistrate Judge Tafoya. Pages: 1-101. Prepared by: Adrienne Whitlow. <P> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov. </P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 10/18/2010. (Whitlow, Adrienne) (Entered: 07/17/2010) |
| 07/22/2010 | 49 | RESPONSE to Motion by USA as to Richard Kellogg Armstrong re 43 MOTION for Reconsideration re 30 Order of Detention (Attachments: # 1 Affidavit Declaration of Greg M. Flynn)(Harmon, Kenneth) (Entered: 07/22/2010) |
| 07/23/2010 | 51 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing as to Richard Kellogg Armstrong held on 7/23/2010 re 43 MOTION for Reconsideration of 30 Order of Detention. The court takes the motion under advisement and will issue a written ruling. (Court Reporter Suzanne Claar) (tllsl, ) (Entered: 07/23/2010) |
| 08/03/2010 | 53 | Ex Parte Document. (Kornfeld, Richard) (Entered: 08/03/2010) |
| 08/03/2010 | 54 | ORDER by Judge Robert E. Blackburn on 8/3/2010, denying 43 Motion for Reconsideration as to Richard Kellogg Armstrong (2). (tllsl, ) (Entered: 08/03/2010) |
| 08/04/2010 | 55 | CJA 24 (Kornfeld, Richard) (Entered: 08/04/2010) |
| 08/06/2010 | 56 | NOTICE OF APPEAL as to 54 Order on Motion for Reconsideration by Richard Kellogg Armstrong. (Kornfeld, Richard) (Entered: 08/06/2010) |
| 08/06/2010 | 57 | Ex Parte Document. (Kornfeld, Richard) (Entered: 08/06/2010) |
| 08/09/2010 | 58 | Ex Parte Document. (Attachments: # 1 Exparte Attachment |

|  |  | Attachment)(Kornfeld, Richard) (Entered: 08/09/2010) |