# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | August 09, 2010 | Douglas E. Cressler<br>Chief Deputy Clerk |

Richard Kent Kornfeld
Recht & Kornfeld, P.C.
1600 Stout Street
Suite 1000
Denver, CO 80202

**RE:**   **10-1345, United States v. Armstrong**
District docket: 1:10-CR-00317-REB-2

Dear Counsel:

This appeal was docketed today. Copies of the Tenth Circuit Rules, effective January 1, 2010, and the Federal Rules of Appellate Procedure, effective December 1, 2009, may be obtained by contacting this office or by visiting our website at http://www.ca10.uscourts.gov/. You may also obtain a copy of the rules by calling this office. Effective March 18, 2009, counsel must also comply with the court's new General Order, which requires all counsel to file pleadings via the court's Electronic Case Filing system (ECF). You may find the order and information on registering for and using ECF on the court's website. We invite you to contact us with any questions you may have about our operating procedures. Please note that all court forms are now available on the court's web site. Outlined below are some of the requirements for prosecuting this appeal.

Because this is a bail appeal, Fed. R. App. P. 9 and 10th Cir. R. 9 must be carefully followed.

Attorneys for parties must complete and file an entry of appearance form within 14 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders.

No docketing statement need be filed.

Within 14 days after filing the notice of appeal or motion for release, the party seeking relief must file:

A. a memorandum brief containing:
   1. a statement of facts necessary for an understanding of the issues presented;
   2. the grounds for relief, including citation to relevant authorities; and
   3. a statement of the defendant's custodial status and reporting date as relevant -- the court must be notified of any change in custody status pending the review process; and
B. two copies of an appendix containing:
   1. the district court's docket entries;
   2. all release orders or rulings, together with the reasons (findings and conclusions) given by the magistrate judge or the district judge for the action taken;
   3. any motion filed in the district court on the issue of release, and relevant memoranda in support or opposition;
   4. transcripts of any relevant proceeding if the factual basis for the action taken is questioned;
   5. the judgment of conviction, if review is sought under Fed. R. App. P. 9(b); and
   6. other relevant papers, affidavits, or portions of the district court record.

Please note that the memorandum brief must be filed with the court via its Electronic Case Filing system (ECF). Within two days of filing the brief via ECF, seven copies of the brief, and two copies of the appendix, must be submitted to the court. The appendix will not be filed via ECF.

Within 14 days after the Rule 9.2 memorandum is filed, the appellee must file a response or notify the court that a response will not be filed. The matter will be considered at issue after the appellee has been given reasonable notice and an opportunity to respond.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc:     Kenneth Mark Harmon

2