TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I** - To be completed by appellant within fourteen days of filing the notice of appeal

Short Title: US v. Morris                     District: Colorado
District Court Number: 10-cr-00317-REB        Circuit Court Number: _____
Name of Attorney: Richard Kornfeld
    Name of Law Firm: Recht Kornfeld, PC
    Address of Firm: 1600 Stout Street, Suite 1000, Denver, CO 80202
    Telephone of Firm: 303-573-1900        Attorneys for: Defendant Richard Kellogg Armstrong
Name of Court Reporter: Suzanne Claar       Telephone of Reporter: 303-825-8874

**PART II** - COMPLETE SECTION A OR SECTION B
SECTION A -  I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
    [] A transcript is not necessary for this appeal, or
    [] The necessary transcript is already on file in District Court
    [] The necessary transcript was ordered previously in appeal number _____

SECTION B -  I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
(Specify the date and proceeding in the space below)
Voir dire: _____ ; Opening Statements: _____
Trial proceedings: _____ ; Instruction Cnf: _____
Jury Instructions: _____ ; Closing Arguments: _____
Post Trial Motions: _____ ; Other Proceedings: Motions Hearing held on 7/23/10 before Judge Blackburn

(Attach additional pages if necessary)

[] Appellant will pay the cost of the transcript.
My signature on this form is my agreement to pay for the transcript ordered on this form.

[X] This case is proceeding under the Criminal Justice Act.
NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: _____RK_____   Date: 8/11/10

**PART III** - TO BE COMPLETED BY THE COURT REPORTER
Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

FILED
UNITED STATES DISTRICT COURT
AUG 18, 2010
GREGORY C. LANGHAM
CLERK

Date arrangements for payment completed: 8/18/10
Estimated completion date: 9/18/10
Estimated number of pages: 45
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: Suzanne M. Claar   Date: 8/18/10

CC: CH, SC + BDBI