IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

 Defendants.

## MINUTE ORDER[1]

 The matter comes before the court on defendant Morris' **Unopposed Motion To Reset Hearing Date on Defendants' Joint Motion For Finding of Complexity and To Exclude Time Within Which The Trial For The Offenses Charged in The Indictment Must Commence Pursuant To 18 U.S.C. § 3161(h) (Doc. #36)** [#65] filed August 19, 2010. After reviewing the motion and the file, the court has concluded that the motion should be granted and that the hearing on the motion for finding of complexity, set for October 22, 2010, should be vacated and reset.

 **THEREFORE, IT IS ORDERED** as follows:

 1. That the **Unopposed Motion To Reset Hearing Date on Defendants' Joint Motion For Finding of Complexity and To Exclude Time Within Which The Trial For The Offenses Charged in The Indictment Must Commence Pursuant To 18 U.S.C. § 3161(h) (Doc. #36)** [#65] filed August 19, 2010, is **GRANTED**;

 2. That the hearing on **Defendants' Joint Motion For Finding of Complexity and To Exclude Time Within Which The Trial For The Offenses Charged in The Indictment Must Commence Pursuant To 18 U.S.C. § 3161(h)** [#36] filed July 7, 2010, for October 22, 2010, is **VACATED** and is **CONTINUED** pending further order of court;

 3. That on **August 24, 2010**, commencing at 10:30 a.m., the court shall conduct

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

a telephonic setting conference to reset the hearing on **Defendants' Joint Motion For Finding of Complexity and To Exclude Time Within Which The Trial For The Offenses Charged in The Indictment Must Commence Pursuant To 18 U.S.C. § 3161(h)** [#36]; and

      4.  That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated:  August 20, 2010