**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case Number: 10-cr-00317-REB-2

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

 Defendant.

_____

**NOTICE OF ATTORNEY'S UNAVAILABILITY FOR AUGUST 24, 2010 TELEPHONIC
SETTING CONFERENCE**
_____

 The Defendant, Richard Kellogg Armstrong, by and through counsel, Richard K. Kornfeld, respectfully informs the Court that undersigned counsel is unavailable for the telephonic Setting Conference set for August 24, 2010, at 10:30 a.m., and seeks for the relief as outlined below.

 1. On August 20, 2010, the Court set a telephonic Setting Conference in order to reset the hearing on Defendant's Joint Motion for Finding of Complexity and to Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence Pursuant to 18 U.S.C. § 3161(h) (Doc. #36).

 2. At that time, undersigned counsel will be on an airplane bound for Washington D.C. for another matter.

 3. It is undersigned counsel's understanding that the purpose of the telephonic Setting Conference is to confer with the Court's staff in order to set a new hearing date.

4. Accordingly, Defendant and his counsel respectfully request that Michael Shomler, undersigned counsel's paralegal, be allowed to participate in the telephonic Setting Conference. Mr. Shomler will be aware of undersigned counsel's schedule and will be able to commit to a hearing date on behalf of undersigned counsel.

WHEREFORE, Defendant respectfully requests the relief sought herein.

Respectfully submitted this 23rd day of August, 2010.

> Respectfully submitted,
>
> s/Richard K. Kornfeld
> RICHARD K. KORNFELD
> Attorney for Defendant Richard Armstrong
> 1600 Stout St., Suite 1000
> Denver, Colorado 80202
> (303) 573-1900
> Fax: (303) 446-9400
> admin@rechtkornfeld.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2010, I electronically filed the foregoing **Notice of Attorney's Unavailability for August 24, 2010, Telephonic Setting Conference** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/Michael Shomler
Michael Shomler