# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CURTIS L. MORRIS, and
2.  RICHARD KELLOGG ARMSTRONG,

      Defendants.

---

## MINUTE ORDER[1]

---

On Tuesday, August 24, 2010, the court conducted a telephonic setting conference.  After conferring with Ms. Wayne, Mr. Harmon, and Mr. Kornfeld's authorized representative, and by agreement of all,

**IT IS ORDERED** as follows:

1.  That on **September 2, 2010,** at 10:00 a.m., the court shall conduct a hearing on the **Defendants' Joint Motion for Finding of Complexity and To Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence Pursuant to 18 U.S.C. § 3161(h)** [#36], at which counsel and the defendants shall appear without further notice or order; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado, shall assist in securing the appearance of the defendants.

Dated:  August 24, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.