IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              September 2, 2010

Deputy Clerk:      Kathleen Finney
Court Reporter:    Tracy Weir

**Criminal Action No.  10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
| Plaintiff, | |
| v. | |
| 1.  CURTIS L. MORRIS, and | Lisa M. Wayne |
| 2.  RICHARD KELLOGG ARMSTRONG, | Richard Kornfeld |
| Defendant. | |

## COURTROOM MINUTES

**Motion Hearing on #36.**

**10:12 a.m.    Court in session.**

Appearances of counsel.  Also seated at government's table is IRS Criminal Investigation Agent, Greg Flynn.

Defendant [1] Curtis L. Morris is present in custody.  Defendant [2] Richard K. Armstrong is present on bond.

Opening statements by the court.

Argument by Lisa Wayne.

Argument by Mr. Harmon.

The Court addressed Speedy Trial excludable time with counsel.

The Court will issue a written order rehearsing the exclusions of time, deadlines, and settings discussed during this hearing.

**11:41 a.m.    Court in recess.**

Total time in court:   00:29

Hearing concluded.