## UNITED STATES DISTRICT COURT

**RICHARD KELLOGG ARMSTRONG,**
    Plaintiff-Appellant,

v.

**UNITED STATES of AMERICA,**
    Defendant-Appellee.

District Court No. 10-cr-00317-REB-2

Court of Appeals No. 10-1345

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

    Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

    The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Document #77, Order Granting Motion to Continue Trial filed 9/2/10.

2. 

3. 

4. 

5. 

(Attach additional sheets if necessary)

Signature: s/Richard K, Kornfeld

Counsel for: Richard Kellogg Armstrong

    I hereby certify that a copy of this supplemental designation was served on opposing counsel and filed with the clerk of the court of appeals on September 7, 2010.

Signature: s/Michael Shomler