UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

September 8, 2010

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:    USA v. Armstrong (2)**

Court of Appeals Case No. 10-1345
District Court Case No. 10-cr-00317-REB

Dear Clerk:

    We hand you herewith Volumes I - III of the Record on Appeal in the above referenced case.

Volume 1. Electronic Pleadings
Volume 2. SEALED Pleading #26
Volume 3. Transcripts: 06/11/10; 06/16/10; 06/21/10; 07/23/10

    Sincerely,
    GREGORY C. LANGHAM, Clerk

    by  s/ B. Reed
        Deputy Clerk

cc:  See Notice of Electronic Filing