APPEAL

# U.S. District Court
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:10−cr−00317−REB−2

Case title: USA v. Morris et al

Date Filed: 06/08/2010

Assigned to: Judge Robert E. Blackburn

Appeals court case number: 10−1345 USCA

**Defendant (2)**

| | |
|---|---|
| **Richard Kellogg Armstrong** | represented by **Richard Kent Kornfeld**<br>Recht &Kornfeld, P.C.<br>1600 Stout Street<br>#1000<br>Denver, CO 80202<br>303−573−1900<br>Fax: 303−446−9400<br>Email: rick@rechtkornfeld.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| FRAUDS AND SWINDLES−Mail fraud<br>(1) | |
| FALSE OR FRAUDULENT CLAIMS−filing flase claims against the U.S.<br>(4−7) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

18:287.F Filing false claims against
the United States, 18:1341.F Mail
Fraud

---

**Plaintiff**

**USA**                                  represented by   **Kenneth Mark Harmon**
                                                          U.S. Attorney's Office−Denver
                                                          1225 17th Street East
                                                          Seventeenth Street Plaza
                                                          #700
                                                          Denver, CO 80202
                                                          303−454−0100
                                                          Fax: 454−0402
                                                          Email: kenneth.harmon@usdoj.gov
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/18/2010 | 1 | 5 | COMPLAINT as to Richard Kellogg Armstrong (1). (Attachments: # 1 Criminal Information Sheet) (tllsl, ) [1:10−mj−01088−KLM *SEALED*] (Entered: 05/18/2010) |
| 05/18/2010 | 2 | 32 | Arrest Warrant Issued in case as to Richard Kellogg Armstrong. (tllsl, ) [1:10−mj−01088−KLM *SEALED*] (Entered: 05/18/2010) |
| 06/08/2010 | 5 | 33 | INDICTMENT as to Curtis L. Morris (1) count(s) 1, 2−3, 4−7, 8−9, Richard Kellogg Armstrong (2) count(s) 1, 4−7. (Attachments: # 1 Criminal Information Sheet Morris, # 2 Criminal Information Sheet Armstrong) (tllsl, ) (Entered: 06/09/2010) |
| 06/09/2010 | 8 | 48 | Rule 5(c)(3) Documents Received from the Southern District of California as to Richard Kellogg Armstrong (tllsl, ) (Entered: 06/09/2010) |
| 06/14/2010 | 12 | 57 | Arrest Warrant Returned Executed on 6/11/10 in case as to Richard Kellogg Armstrong. (labsl, ) (Entered: 06/14/2010) |
| 06/16/2010 | 16 | 58 | Arrest Warrant Returned Executed on 6/11/10 in case as to Richard Kellogg Armstrong. (kltsl, ) (Entered: 06/17/2010) |
| 06/18/2010 | 19 | 59 | CJA 20: Appointment of Richard Kent Kornfeld for Richard Kellogg Armstrong by Magistrate Judge Boyd N. Boland on 6/18/2010. (smatl, ) (Entered: 06/18/2010) |
| 06/21/2010 | 25 | 60 | Discovery Conference Memorandum and ORDER: Estimated Trial Time − 5 days as to Richard Kellogg Armstrong by Magistrate Judge Kathleen M. Tafoya on 6/21/10. (lab, ) (Entered: 06/22/2010) |

| | | | |
|---|---|---|---|
| 06/21/2010 | 27 | 69 | Government's EXHIBIT 2 In Support of 23 Arraignment, Discovery and Detention Hearing as to Richard Kellogg Armstrong (lab, ) (Entered: 06/22/2010) |
| 06/22/2010 | 30 | 71 | ORDER OF DETENTION as to Richard Kellogg Armstrong by Magistrate Judge Kathleen M. Tafoya on 6/22/10. (lab, ) (Entered: 06/23/2010) |
| 06/25/2010 | 33 | 77 | TRIAL PREPARATION CONFERENCE ORDER by Judge Robert E. Blackburn on 6/25/2010 as to Richard Kellogg Armstrong, Curtis L. Morris. Motions due by 7/9/2010. Telephone Conference set for 7/22/2010 10:30 AM before Judge Robert E. Blackburn. Trial Preparation Conference set for 8/20/2010 at 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. Jury Trial set for 8/23/2010 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 06/25/2010) |
| 07/07/2010 | 36 | 83 | Joint MOTION to Declare Case Complex *and to Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence Pursuant to 18 U.S.C. 3161(h)* by Richard Kellogg Armstrong, Curtis L. Morris. (Kornfeld, Richard) (Entered: 07/07/2010) |
| 07/07/2010 | 37 | 88 | MINUTE ORDER by Judge Robert E. Blackburn on 7/7/2010 Setting Hearing on Motion 36 Joint MOTION to Declare Case Complex, as to defendants Curtis L. Morris and Richard Kellogg Armstrong. Motion Hearing set for 10/22/2010 08:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 07/07/2010) |
| 07/12/2010 | 42 | 89 | MINUTE ORDER Terminating Hearing as to Richard Kellogg Armstrong, Curtis L. Morris re 36 Joint MOTION to Declare Case Complex and to Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence: The court has set a hearing on the motion on 10/22/10. The Trial Preparation Conference set for 8/20/10, and the jury trial set to commence 8/23/10, are VACATED and CONTINUED pending further order of court. by Judge Robert E. Blackburn on 7/12/10. (mjg, ) (Entered: 07/12/2010) |
| 07/14/2010 | 43 | 90 | MOTION for Reconsideration re 30 Order of Detention by Richard Kellogg Armstrong. (Kornfeld, Richard) (Entered: 07/14/2010) |
| 07/15/2010 | 45 | 98 | MINUTE ORDER by Judge Robert E. Blackburn on 7/15/2010 Setting Hearing on Motion 43 MOTION for Reconsideration re 30 Order of Detention as to defendant Richard Kellogg Armstrong. Motion Hearing set for 7/23/2010 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 07/15/2010) |
| 07/22/2010 | 49 | 99 | RESPONSE to Motion by USA as to Richard Kellogg Armstrong re 43 MOTION for Reconsideration re 30 Order of |

| | | | |
|---|---|---|---|
| | | | Detention (Attachments: # 1 Affidavit Declaration of Greg M. Flynn)(Harmon, Kenneth) (Entered: 07/22/2010) |
| 07/23/2010 | 51 | 111 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing as to Richard Kellogg Armstrong held on 7/23/2010 re 43 MOTION for Reconsideration of 30 Order of Detention. The court takes the motion under advisement and will issue a written ruling. (Court Reporter Suzanne Claar) (tllsl, ) (Entered: 07/23/2010) |
| 08/03/2010 | 54 | 113 | ORDER by Judge Robert E. Blackburn on 8/3/2010, denying 43 Motion for Reconsideration as to Richard Kellogg Armstrong (2). (tllsl, ) (Entered: 08/03/2010) |
| 08/06/2010 | 56 | 122 | NOTICE OF APPEAL as to 54 Order on Motion for Reconsideration by Richard Kellogg Armstrong. (Kornfeld, Richard) (Entered: 08/06/2010) |
| 09/02/2010 | 77 | 124 | ORDER by Judge Robert E. Blackburn on 9/2/2010, granting 36 Motion to Declare Case Complex as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). Motions due by 1/31/2011. Telephone Conference set for 2/7/2011 10:00 AM before Judge Robert E. Blackburn. Trial Preparation Conference set for 5/13/2011 at 02:00 PM in Courtroom A1001 before Judge Robert E. Blackburn. Jury Trial set for 5/16/2011 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 09/02/2010) |