FILED
United States Court of Appeals
Tenth Circuit

September 9, 2010

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RICHARD KELLOGG ARMSTRONG,

    Defendant - Appellant.

No. 10-1345
(D.C. No. 1:10-CR-00317-REB-2)

---

**ORDER**

---

Before **LUCERO**, Circuit Judge.

---

    Richard K. Kornfeld is appointed as attorney of record to represent the appellant, Richard Kellogg Armstrong. 18 U.S.C. § 3006A. This appointment is effective nunc pro tunc to the date the notice of appeal was filed in this matter.

    Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | September 09, 2010 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Richard K. Kornfeld
Recht Kornfeld, PC
1600 Stout Street
Suite 1000
Denver, CO 80202-0000

**RE:**     **10-1345, United States v. Armstrong**
           Dist/Ag docket: 1:10-CR-00317-REB-2

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act (18 U.S.C.A. 3006A). The order appointing you is attached to the docket. You may find the CJA 20 voucher form, and instructions for completing it, on our website at www.ck10.uscourts.gov/clerk/showcja.php. Upon conclusion of the appeal, you must complete the voucher to claim compensation for services and reimbursement for expenses. Your claim for services must be supported by contemporaneous time records and must be reported in hours and tenths of hours. Expenses must be itemized and supported by appropriate documentation. The completed voucher should be returned to this office. If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for certiorari. If the client requests, and you believe a petition to be legally sound, you must file one with the clerk of the Supreme Court of the United States. See Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services in petitioning for certiorari, you must attach a copy of the petition to your voucher.

Please contact this office if you have questions.

                                    Sincerely,

                                    Elisabeth A. Shumaker
                                    Clerk of the Court

cc:      Kenneth Mark Harmon

EAS/jm

2