**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case Number: 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CURTIS L. MORRIS,
2.    RICHARD KELLOGG ARMSTRONG,

    Defendants.

_____

**DEFENDANTS' JOINT MOTION FOR RELEASE OF GRAND JURY MATERIAL TO DEFENSE EXPERT AND INVESTIGATORS**
_____

    The Defendants, by and through their counsel, pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i), hereby move this Court for an Order authorizing Defendants to disclose Grand Jury testimony, exhibits, other materials obtained through the Grand Jury and related discovery to Defendants' expert and investigators, on the following grounds:

    1.    Fed.R.Crim.P. 6(e) "prohibits the disclosure of matters occurring before the grand jury." Defendant has received voluminous discovery including Grand Jury material.

    2.    Pursuant to the Government's Motion to Disclose Grand Jury Materials to the Defendant (Doc. No. 32), the Court ordered that such materials may be disclosed "to the Defendants and their attorneys"; that the defendants' attorneys "shall maintain custody of such materials and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case." (Doc. No. 34)

3. The Defendants have retained the services of Sherri Betzer, CPA, CFE as an expert witness. Defendant Armstrong has retained the services of Kevin Knierim as an investigator. Defendant Morris has retained the services of Tony DiVirgilio as an investigator. Counsel for Defendants must disclose the above-referenced Grand Jury material and other discovery to Ms. Betzer, Mr. Knierim and Mr. DiVirgilio to adequately prepare a defense in this case.

4. Without the requested Order, the Defendants will be unable to provide these necessary materials to Ms. Betzer, Mr. Knierim and Mr. DiVirgilio for the preparation of their defense.

WHEREFORE, Defendant requests that the Court modify its Disclosure Order to include Ms. Betzer, Mr. Knierim and Mr. DiVirgilio retained as experts and investigators by the Defendants.

Respectfully submitted,

s/Richard K. Kornfeld
RICHARD K. KORNFELD
Attorney for Defendant Richard Armstrong
1600 Stout St., Suite 1000
Denver, Colorado 80202
(303) 573-1900
Fax: (303) 446-9400
admin@rechtkornfeld.com


s/Lisa Monet Wayne
LISA MONET WAYNE
Attorney for Defendant Curtis L. Morris
950 17th Street, Suite 1800
Denver, CO 80202
(303) 860-1661
Fax: (303) 860-1665
Lmonet20@aol.com

Case 1:10-cr-00317-REB   Document 92   Filed 10/08/10   USDC Colorado   Page 2 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of October, 2010, I electronically filed the foregoing **Defendants' Joint Motion for Release of Grand Jury Material to Defense Expert and Investigators** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/Michael Shomler
Michael Shomler