**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Case Number: 10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    CURTIS L. MORRIS,
2.    RICHARD KELLOGG ARMSTRONG,

      Defendants.

---

**ORDER GRANTING DEFENDANTS' JOINT MOTION FOR RELEASE OF GRAND JURY MATERIAL TO DEFENSE EXPERT AND INVESTIGATORS (Doc. 92)**

---

**Blackburn, J.**

The matter is before me on the **Defendants' Joint Motion For Release of Grand Jury Material To Defense Expert and Investigators** [#92] filed October 8, 2010. After reviewing the motion and record, and noting that no response or objection has been filed by the government, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendant's Joint Motion for Release of Grand Jury Material to Defense Expert and Investigators** [#92] filed October 8, 2010, is **GRANTED**;

2. That the **Order** [#34] entered June 25, 2010, is **MODIFIED** to provide that grand jury testimony, exhibits, and other materials may be disclosed to defendants, their attorneys, experts, and investigators in the course of discovery in this case, subject to the terms, conditions, and requirements of the **Order** [#34] otherwise.

Dated: December 6, 2010.

                                                 **BY THE COURT:**

                                                 */s/ Bob Blackburn*
                                                 Robert E. Blackburn
                                                 United States District Judge