IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    RICHARD KELLOGG ARMSTRONG,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

    Richard K. Kornfeld of Recht & Kornfeld, P.C., pursuant to D.C. Colo. L.R. 83.3(D), hereby respectfully moves this Court for an Order granting permission to withdraw as counsel of record in this matter for Defendant Richard Kellogg Armstrong.  As grounds therefore, counsel states as follows:

    1.    Undersigned counsel was appointed to represent Mr. Armstrong pursuant to the Criminal Justice Act.

    2.    Because of undersigned counsel's ethical obligation to protect client confidences, undersigned counsel cannot disclose specific conversations with Mr. Armstrong that are pertinent to this Motion.  However, undersigned counsel can state that certain conflicts have arisen between undersigned counsel and Mr. Armstrong that preclude undersigned counsel from continuing to represent Mr. Armstrong.  Mr. Armstrong has elucidated some of these issues by virtue of copying the Court, the government, and other parties on a letter to undersigned counsel dated December 28, 2010.

3. Accordingly, undersigned counsel believes this request to withdraw is appropriate under Colorado Rules of Professional Conduct 1.16(a)(1), (b)(1), (4), (7).

4. Concurrent with the filing of this Motion, undersigned counsel has filed a Motion to Withdraw as Counsel of Record in <u>United States v. Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527, et al.</u>, 10-cv-01073-MSK-MEH.

5. Should the Court wish to conduct a hearing on this Motion, undersigned counsel respectfully requests that the hearing not be scheduled between January 21-28, 2011, as undersigned counsel will be out of the country in connection with another federal case.

WHEREFORE, undersigned counsel respectfully moves this Court for an Order granting permission to withdraw as counsel of record in this matter for Defendant Richard Kellogg Armstrong.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

s/Richard K. Kornfeld
RICHARD K. KORNFELD
Attorney for Defendant Armstrong
1600 Stout St., Suite 1000
Denver, Colorado 80202
(303) 573-1900
(303) 446-9400 (fax)
admin@rechtkornfeld.com

3

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 5th day of January, 2011, I electronically filed the foregoing **Motion to Withdraw as Counsel of Record** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


s/Mike Shomler
Mike Shomler