IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  **10-cr-00317-REB**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**RICHARD KELLOGG ARMSTRONG**,

      Defendant.

_____

ENTRY OF APPEARANCE
_____

COMES NOW, David L. Owen, Jr., pursuant to CJA appointment and D.C.COLO.LCrR 44.1(A), and enters his appearance for all purposes in the above-captioned case.

      Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners Street
Highlands Ranch, CO 80126
Telephone: (303) 993-7092
FAX: (720) 242-8907
davidowen@lodopc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2011, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Kenneth Harmon     kenneth.harmon@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

RICHARD KELLOGG ARMSTRONG

        /s/ David L. Owen, Jr.
        DAVID L. OWEN, JR.
        Law Office of David L. Owen, Jr. P.C.
        8854 S. Miners Street
        Highlands Ranch, CO 80126
        Telephone: (303) 993-7092
        davidowen@lodopc.com
        Attorney for Defendant