IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 10-cr-00317-REB

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**2. RICHARD KELLOGG ARMSTRONG,**

    Defendant.

_____

**DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONIC HEARING DATE, PRETRIAL CONFERENCE DATE AND TRIAL DATE**
_____

    Comes now defendant, RICHARD KELLOGG ARMSTRONG, by and through his attorney, David L. Owen, Jr., of the Law Office of David L. Owen, Jr., P.C., and requests this Court's Order removing the current trial scheduling dates and for an extension of the time limits set forth in Title 18 U.S.C. § 3161(h) for the following reasons:

    1.    On May 18, 2010, Mr. Armstrong was charged by way of Complaint filed in the United States District Court for the District of Colorado alleging violations of Title 18 U.S.C. § 287, that is, filing fraudulent claims against the United States and Title 18 U.S.C. §1341, that is, mail fraud.

    2.    On June 8, 2010, an Indictment in nine (9) counts was returned in the United States District Court for the District of Colorado charging Mr. Armstrong violations of Title 18 U.S.C. § 287, that is, filing fraudulent claims against the United States and Title 18 U.S.C. §1341, that is, mail fraud.

3. On June 11, 2010, Mr. Armstrong appeared before the Honorable Boyd N. Boland, United States Magistrate Judge for the District of Colorado, for the Initial Appearance. Mr. Armstrong did not request appointment of counsel at this hearing.

4. On June 16, 2010, appeared before Magistrate Judge Boyd N. Boland for Arraignment, Discovery and Detention hearing. Mr. Armstrong appeared without counsel. A financial affidavit was reviewed and CJA counsel was appointed. The hearings were continued until June 21, 2010.

5. On June 18, 2010, Mr. Richard K. Kornfeld was appointed to represent Mr. Armstrong.

6. On June 21, 2010, Mr. Armstrong appeared before the Honorable Kathleen M. Tofoya, United States Magistrate Judge for the District of Colorado, for the Arraignment, Discovery and Detention Hearing. Mr. Armstrong entered a plea of Not Guilty. Subsequent to the Detention Hearing, Mr. Armstrong was remanded to the custody of the United States Marshal pending completion of this case.

7. On June 25, 2010, the Honorable Robert E. Blackburn, United States District Court Judge for the District of Colorado, entered an Order setting a Pretrial Motions due date of July 9, 2010; scheduling a Telephone Conference for July 22, 2010; and, a Trial Preparation Conference for August 20, 2010.

8. On July 7, 2010, a Joint Motion to Declare Case Complex was filed by both defendants. A hearing was scheduled for September 2, 2010.

9. On September 2, 2010, the Court held a hearing on the Motion to Declare the Case Complex. The Court, after hearing arguments, did declare the case Complex and reset the

Pretrial Motions due date to January 31, 2011; Telephone Conference to February 7, 2011; the Trial Preparation Conference to May 13, 2011; and, rescheduled the trial for May 16, 2011.

10. On January 5, 2011, for reasons set forth in his motion, Mr. Richard K. Kornfeld, attorney for Mr. Armstrong, moved the Court to Withdraw as Attorney for Mr. Armstrong. The Court granted that Motion the same day.

11. On January 7, 2011, the undersigned counsel was appointed to represent Mr. Armstrong throughout the pendency of this matter.

12. Counsel understands there are approximately 10 banker boxes of documents for review as well as a mirror image of a computer hard drive. Witnesses (including some out of state witnesses and possibly some out of country witnesses as well) will need to be located and interviewed. Experts have been retained; however, counsel will need to confer with these experts and possibly direct additional research to be completed for trial preparation.

13. Counsel, though having experience in the preparation of a defense in this type of criminal prosecution, still needs to refresh his understanding of Internal Revenue Service practices and procedures for the investigation and prosecution of these types of "schemes." Additionally, time will be needed to fully review discovery prior to the filing of any pretrial motions which are currently required by January 31, 2011.

14. Undersigned counsel has spoken with AUSA Harmon who has indicated no objection to the granting of a continuance.

15. Undersigned counsel has spoken with Ms. Lisa Monet Wayne, counsel for co-defendant Curtis Morris, who has indicated no objection to the granting of a continuance.

16.     Undersigned counsel has spoken with the client, Mr. Richard Kellogg Armstrong, who has indicated he does have an objection to the granting of this continuance due to his current pretrial detention.

17.     The Court has already declared this case Complex. The decision to grant an ends of justice continuance is within the sound discretion of the Court, and is reviewed under an abuse of discretion standard. *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009). "Adequate preparation time is a clearly permissible reason for granting a continuance and tolling the Speedy Trial Act." *United States v. Gonzales*, 137 F.3d 1431, 1435 (10th Cir. 1998). However, "such a reason must be supported by the information and evidence presented to the district court." *United States v. Medrano,* 356 Fed.Appx. 102, 106 (10th Cir. 2009) (citing *Gonzales*, supra).

18.     Counsel submits that even exercising all due diligence in an effort to meet the current deadlines for pretrial motion filings, counsel would be rendering ineffective assistance of counsel in representation of Mr. Armstrong because of the complexity of the issues and the large volume of discovery which needs to be reviewed.

WHEREFORE, the undersigned counsel respectfully requests this Court's Order excluding an additional 60 days from the Speedy Trial Act pursuant to Title 18 U.S.C. § 3161(h) and rescheduling the Pretrial Motions deadline, the date for the Telephonic Conference, Trial Preparation Conference and the Jury Trial dates.

Date: January 14, 2011

Respectfully submitted,

/s/ David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092

**CERTIFICATE OF SERVICE**

I hereby certify that on this January 14, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following email addresses:

AUSA Kenneth Mark Harmon kenneth.harmon@usdoj.gov

Ms. Lisa Monet Wayne, Esq.  Lmonet20@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Richard Kellogg Armstrong


/s/  David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092