**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

---

**MINUTE ORDER**[1]

---

On **January 21, 2011**, commencing at 11:00 a.m., the court shall conduct a hearing on **Defendant Armstrong's Unopposed Motion For Continuance of The Current Motions Filing Date, Telephone Hearing Date, Pretrial Conference Date, and Trial Date** [#109] filed January 14, 2011.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing defendant Armstrong's appearance for this hearing.

    Dated:  January 14, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.