TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO: Kornfeld, Rick
SUBJECT: Notice to the Court
DATE: 1/11/2011 2:35:37 PM

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 JAN 14 PM 3:46

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

January 11, 2011

UNITED STATES DISTRICT COURT COLORADO
Clerk's Office
United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

NOTICE TO THE UNITED STATES DISTRICT COURT - COLORADO

From: Richard Kellogg Armstrong, de jure

Re: Indictment dated June 8, 2010, UNITED STATES DISTRICT COURT COLORADO Case No. 10-cr-00317-REB, SEALED, and Civil Case No. 10-cv-01073

COMES NOW, Richard Kellogg Armstrong, a native born American. I am not schooled in law so under Haines v. Kerner 404U.S. 519 30 Led 2d 652,92 SCT 594 I am demanding this case be heard in an Article III Court as I am a man in standing on the land by my UCC filings in the STATE OF WASHINGTON as well as filings with more than twenty State, Federal and International Agencies (see www.getnotice.info/rka.html). In addition, documents have been filed with the Office of Director, James C. Duff, Administrative Office of the United States Courts, Washington, DC, Chief Counsel, William J. Wilkins, Internal Revenue Service Headquarters, Washington, DC, the Governor of the State of California and the Attorney General for the State of California notifying ALL that I have occupied the Office of Executor of the RICHARD KELLOGG ARMSTRONG Estate. By affidavits and these filings and recision of all fraudulent adhesion contracts, I am a sovereign native born American.

I am demanding that the Presiding Judge, Robert E. Blackburn, put his oath of office on the record where he has sworn to protect my rights under the Constitution 1787 and the Bill of Rights 1791 where statutory rules and regulations do not apply. Where there is no injured party, there is no cause of action. See Federal Rules of Civil Procedure (Rule 17(1)(a) Ratification of Commencement). All crimes are civil crimes and all crimes are commercial crimes.

This is also to put the court on notice that Richard Kellogg Armstrong, a sovereign, has had his Constitutional Rights violated under the Fifth, Sixth and Eighth Amendments for denial of bail and therefore unlawful incarceration for 237 days to date.

I demand that certified copies of the Grand Jury Indictment Transcript, discovery documents to date and all other actions be sent to me within ten (10) days from the date of this transmittal so that I receive due process of law in order to defend myself. As the UNITED STATES DISTRICT COURT of COLORADO does NOT have jurisdiction over Richard Kellogg Armstrong, a living, breathing, sentient, flesh-and-blood man, NOT a ficticious entity, I demand that these cases be immediately dismissed with prejudice.

As the occupant of the Executor Office of the RICHARD KELLOGG ARMSTRONG Estate, I am directing you to dismiss these cases and award damages to the RICHARD KELLOGG ARMSTRONG Estate as appropriate.

I am demanding that the court appoint an Assistance of Counsel under the Fifth Amendment of the Constitution 1787 who understands Constitutional Law.

This letter is not intended to threaten, harass ot intimidate but is my remedy in law.

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong, de jure
Sovereign
Executor of the RICHARD KELLOGG ARMSTRONG Estate

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

Secured Party Creditor

CC:
Honorable John Roberts, Chief Justice, U.S. Supreme court
Tenth Circuit Court of Appeals
Office of Director, Administrative Office of the U.S. Courts
Office of Chief Counsel, IRS Headquarters
Kenneth M. Harmon, Assistant U.S. Attorney
Tonya S. Andrews, Assistant U.S.Attorney
Greg M. Flynn, Agent, IRS/CID
Richard K. Kornfeld, Attorney

RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER ENGLEWOOD
9595 QUINCY AVE.
LITTLETON, CO 80123

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
CLERK'S OFFICE
UNITED STATES COURTHOUSE, RM. A105
901 19TH ST.
DENVER, CO 80294-3589