TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO: Hall, Larry; Armstrong, Sharon; Verhoeff, Merle-dean; Przybylski, Bernard; Brosnahan, Mike
SUBJECT: Attorney rejection letter to District Court
DATE: 1/12/2011 6:21:17 PM

10-cr-00317-REB

January 12, 2011

UNITED STATES DISTRICT COURT COLORADO
Clerk's Office
United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

Gentlemen,
Mr. David Owen, Jr., Attorney, visited me at FDC Englewood today to introduce himself as my replacement court appointed counsel. Following that meeting where we discussed my case, my status as a sovereign natural born American citizen as well as constitutional law, I summarily reject the court's appointment of this attorney as is my constitutional right (see Poindexter v. United States Supreme Court Ruling).

Mr. Owen does not believe that I have any Constitutional rights. Anything that is repugnant to the Constitution 1787 is null and void (see Marbury v. Madison).

After lengthy discussion, he stated that I had no decision in the court's appointment of counsel. This would be in violation of the Constitution and a Supreme Court Ruling (see Poindexter v. United States). Also, he appears to have no understanding of the money system including my 1099-OID filing. E.g. HJR-192 1933, the fact that the Federal Reserve Bank is not owned by the Federal Government but is a privately held bank that operates as the central bank for the U.S.A. and the fact that he does not believe that the IRS is not a department of the Government but a private corporation incorporated in Deleware, domiciled in Puerto Rico, that is no more than the collection agency for the Federal Reserve Bank and the IMF.

In regard to my sovereignty as a natural born, living, sentient, flesh-and-blood citizen of the Republic of Arizona which guarantees a republic form of government, Mr. Owen stated that my claim as a sovereign , regardless of my filings (see www.getnotice.info/rka.html) is nothing more than a baseless statement. He obviously does not know that there are two different citizenships in this country, a corporate Fourteenth Amendmant citizen and a native born American of the Republic.

I handed Mr. Owen copies of documents regarding my occupation of the Office of Executor of the RICHARD KELLOGG ARMSTRONG Estate that were recently filed with the courts and he appeared to have no understanding of the meaning of those docements to the court or the value of those to my case. He is apparently uninformed about the Trust and the effect my Executorship has on prison bonds.

Upon my statement to Mr. Owen that I had the right to be tried in an Article III court where my inalienable rights would be strictly upheld, he stated that this administrative court is the only court and he erroneously stated that it is the same as an Article III Court.

By the court claiming that I am a flight risk, Mr. Owen acquiessed to the court's determination and was disinterested in reopening a hearing.

Therefore, the above statements prove that he is totally unqualified to represent me in this case.

With reference to my January 11, 2011, letter to the court, I again demand assistance of counsel at this time and that person must be specifically knowledgeable in the Constitution 1787 and the Bill of Rights.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong, de jure
Sovereign

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A
----------------------------------------------------------------------------------------

Executor of the RICHARD KELLOGG ARMSTRONG Estate
Secured Party Creditor

CC:
Honorable John Roberts, Chief Justice, United States Supreme Court
Tenth Circuit Court of Appeals

Richard K. Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 18 2011

**GREGORY C. LANGHAM**
CLERK

DENVER CO 802
14 JAN 2011 PM 5 L

U.S. District Court Colorado
Clerk's Office
U.S. Courthouse, Rm. A105
901 19th St.
Denver, CO 80294-3589

80294+2501