**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.: 10-cr-00317-REB

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**2. RICHARD KELLOGG ARMSTRONG,**

    Defendant.

_____

**DEFENDANT ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE
BATTERIES FOR HEARING AIDS**
_____

    Comes now defendant, RICHARD KELLOGG ARMSTRONG, by and through his attorney, David L. Owen, Jr., of the Law Office of David L. Owen, Jr., P.C., and respectfully requests this Court's Order directing the United States Marshal to provide replacement batteries for his hearing aids and in support thereof submits as follows:

    1.    On June 21, 2010, Mr. Armstrong was detained and remanded into the custody of the United States Marshal pending completion of the instant case.

    2.    Mr. Armstrong has hearing problems and, in prior court hearings, has utilized the court provided hearing assistance equipment.

    3.    On January 21, 2011, appearing for a Motions Hearing pursuant to Court Order, Mr. Armstrong was unable to effectively hear the Court even when provided the hearing assistance equipment. It was subsequently learned the batteries in Mr. Armstrong's hearing aids were depleted thus rendering his ability to hear the Court non-existent. Mr. Armstrong utilizes #10

batteries.

4. The Code of Federal Regulations mandate the United States Marshal to care for and provide for the physical welfare of pretrial detainees. Title 28 CFR Part O, Subpart T §0.111(k).

5. With the replacement batteries in Mr. Armstrong's hearing aids, he should be able to hear the Court and all other parties during court hearings.

WHEREFORE, the undersigned counsel respectfully requests this Court's Order directing the United States Marshal to provide replacement batteries for Mr. Armstrong's hearing aids .

Date: January 21, 2011                     Respectfully submitted,

/s/ David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092

## CERTIFICATE OF SERVICE

I hereby certify that on this January 21, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following email addresses:

AUSA Kenneth Mark Harmon  kenneth.harmon@usdoj.gov

Ms. Lisa Monet Wayne, Esq.  Lmonet20@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Richard Kellogg Armstrong                 /s/  David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092