# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.:  10-cr-00317-REB

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**2. RICHARD KELLOGG ARMSTRONG,**

    Defendant.

_____

### REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL DATE.

_____

Comes now defendant, RICHARD KELLOGG ARMSTRONG, by and through his attorney, David L. Owen, Jr., of the Law Office of David L. Owen, Jr., P.C., and requests this Court's Order setting a hearing on defendant's Motion for Continuance and in support thereof states as follows:

    1.    On January 14, 2011, counsel for Defendant Armstrong filed an Unopposed Motion for Continuance (Doc. 109). On that same date the Court entered an Order setting a Hearing for January 21, 2011 (Doc. 110).

    2.    On January 21, 2011, all counsel and parties appeared for the scheduled hearing. However, due to technical difficulties, Mr. Armstrong could not hear the Court or any other parties. The Court adjourned the hearing until further Order of the Court.

3.   On January 21, 2011, counsel for Mr. Armstrong filed a Motion to Compel the U.S. Marshal to provide replacement batteries for Mr. Armstrong's hearing aids (Doc. 119).

4.   On January 24, 2011, the Honorable Kristen L. Mix, United States Magistrate Judge for the District of Colorado granted defendant Armstrong's Motion and Ordered the U.S. Marshal to provide replacement batteries for Mr. Armstrong's hearing aids (Doc. 122).

WHEREFORE, due to the Pretrial Motions filing deadline of January 31, 2011, the undersigned counsel requests this Court set a hearing as soon as possible to resolve defendant Armstrong's pending Motion to Continue prior to the Motions filing deadline of January 31, 2011.

Date: January 25, 2011

Respectfully submitted,

/s/ David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092

## CERTIFICATE OF SERVICE

I hereby certify that on this January 25, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following email addresses:

AUSA Kenneth Mark Harmon kenneth.harmon@usdoj.gov

Ms. Lisa Monet Wayne, Esq.  Lmonet20@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Richard Kellogg Armstrong


/s/  David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092