IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              January 21, 2011

Deputy Clerk:      Nel Steffens
Court Reporter:    Suzanne Claar

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                                         *Counsel:*

UNITED STATES OF AMERICA,                          Kenneth Harmon

     Plaintiff,

v.

1.  CURTIS L. MORRIS,                              Lisa Wayne
2.  RICHARD KELLOGG ARMSTRONG,                     David Owen

     Defendants.

## COURTROOM MINUTES

**Motion Hearing on #109**

**11:24 a.m.    Court in session.**

Defendants are present in custody.

Case is called by the court.

Defendant Armstrong states that he cannot hear.

Courtroom deputy clerk supplies another courtroom headset.

Defendant Armstrong states that he still cannot hear.

    **IT IS ORDERED** as follows:

   That this hearing is **VACATED** and **CONTINUED** pending further order of the court.

**11:27 a.m.    Court in recess.**

Total time in court:   00:03

Hearing continued.