**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on defendant Armstrong's **Request For Hearing on Defendant Armstrong's Unopposed Motion For Continuance of The Current Motions Filing Date, Telephone Hearing Date, Pretrial Conference Date, and Trial Date** [#123] filed January 25, 2011. After reviewing the motion and the file, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That defendant Armstrong's **Request For Hearing on Defendant Armstrong's Unopposed Motion For Continuance of The Current Motions Filing Date, Telephone Hearing Date, Pretrial Conference Date, and Trial Date** [#123] filed January 25, 2011, is **GRANTED**;

    2. That **January 27, 2011**, commencing at 1:30 p.m., the court shall conduct a hearing on **Defendant Armstrong's Unopposed Motion For Continuance of The Current Motions Filing Date, Telephone Hearing Date, Pretrial Conference Date, and Trial Date** [#109] filed January 14, 2011; and

    3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing defendant Armstrong's appearance for this hearing.

    Dated: January 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.