TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A
----------------------------------------------------------------------

FROM: 20413298
TO: Hall, Larry
SUBJECT: Notice of Challenge of Jurisdiction
DATE: 1/24/2011 8:53:35 PM

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 JAN 27 PM 1:30

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

United States District Court Colorado
Clerk's Office
United States Courthouse, Room A 105
901 19th Street
Denver, CO 80294-3589

January 24, 2011

### DISTRICT COURT OF THE UNITED STATES

UNITED STATES AMERICA
v
RICHARD KELLOGG ARMSTRONG, de jure

Case No. 10-cr-00317-REB
Case No. 10-cv-01073

---

Richard Kellogg Armstrong, 20413-298
Federal Detention Center Englewood
Ninety-five ninety-five Quincy Avenue
Denver, CO 80123

---

### NOTICE TO THE DISTRICT COURT OF VIOLATION OF MY CONSTITUTIONAL RIGHTS 1787 AND BILL OF RIGHTS 1791 AND NOTICE OF CHALLENGE OF JURISDICTION

---

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT - NOTICE TO AGENT IS NOTICE TO PRINCIPAL

COMES NOW: Richard Kellogg Armstrong, a native born American non-corporate U.S. Citizen who's inalienable rights are secured by the Constitution 1787 and the Bill of Rights 1791, appearing by special RESTRICTED visitation, never by general visitation. This court is put on notice to secure all my inalienable rights secured by the Constitution 1787, the Bill of Rights 1791, the Constitution of the Republic of Arizona and the enabling act that guarantees a republic form of government. I am notifying this court that I am not surrendering any of my rights or my standing in law as a man standing on the land.

I am notifying this court and putting this court on notice that any and all proceedings must recognize all of my rights and that I only be tried or heard in an Article III court that will abide by the Constitution of the united States of America where the judge, prosecution and all court officials are bound by their oaths of office to protect my Constitutional rights.

The DISTRICT COURTS for the United States are empowered by the people through Article III of the Constitution of the united States of America to protect and defend their inalienable rights, most importantly the right to Life, Liberty and the pursuit of Happiness. This is the only court that can hear this case, not a territorial court of the UNITED STATES DISTRICT COURTS that operate under statutes, rules and regulations or as an administrative Article I or Article IV court that has no jurisdiction over a sovereign State Citizen of the Republic of Arizona. The Constitution and the Enabling Act guarantees a Republic form of Government (See Article IV, Section 4 of the united States Constitution) as my legal standing in law has been established by the filing of my UCC-1 with the State of Washington and the rescinding of all U.S. Government and State adhesion contracts (See www.getnotice.info/rka.html).

If this court and prosecution are involved in any other proceeding than to recognize my Constitutional Rights 1787 and the Bill of Rights 1791, they will be attempting to overthrow the Constitution and violate their oaths of office.

In my court appearance on January 21, 2011, I was surprised that the court appointed attorney, David Owen, was still trying to appear as my attorney after he was terminated by my letter dated January 12, 2011, in which I advised he and the court once again that he was fired (see Exhibit A)).

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A
-----------------------------------------------------------------------------------------------

Therefore this court is notified of my challenge of jurisdiction where all my rights are secured.

### AFFIDAVIT OF TRUTH

If this court proceeds under any other proceedings than what my legal standing has been made to the court, the court officers will be trying to overthrow the Constitution with total contempt and denial which does, in fact, exist in this case, is a violation of their oaths of office.

### united States Constitution 1787

The laws of Congress do not extend into the limits of the States but have force only in the District of Columbia and other places that are within the exclusive jurisdiction of the national government (see Caha v. U.S. 152, U.S. 24, 215, 14 SCt 513 1894).

### Article I, Section 8.
To exercise exclusive legislation in ALL cases whatsoever, over such district not exceeding ten miles square as may be cession.

### Article III, Section 1.
Judges, both of the Supreme and inferior courts shall hold their offices during good behavior and shall at stated times, receive for their services a compensation, which shall not be DEMINISHED during their continuance in office. I demand an affidavit from this court that the judge does not have his compensation deminished under penalty of perjury.

### Article IV, Section 4
The united States shall guarantee to every state in the union a Republic form of government. This has been denied in this case.

### Article V
The Constitution shall be the supreme law of the land and the judge in EVERY STATE shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

### Article VI
All members of the several State Legislatures and all executive and judicial officers, both of the united States and the several States, shall be bound by oath or affirmation, to support this Constitution.

### Article X
The powers not delegated to the united States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively or to the People.

### BILL OF RIGHTS 1791

### Amendment VI
In all criminal prosecution, the accused shall enjoy the right to a speedy and public trial by an impartial jury of the State and District wherein the crime shall have been previously ascertained by law : and to be informed of the nature and cause of the accusation, to be confronted with witnesses against him: to have compulsory process for obtaining witnesses in his favor, and to have assistance of counsel for his defense. Colorado is not the State of the accused' residence, I am a resident of the Republic of Arizona and this court and their officers are in violation of this amendment.

### Amendment VIII
Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted. This court and their officers are in vioation of this amendment. I have the right to bail and HAVE BEEN DENIED FOUR TIMES.

There is no injured party or a real party of interest in this claim ( see Federal Rules of Civil Procedure, Rule 17(1)(a).

Therefore I have been denied due process of law and my Constitutional Rights have been denied. I therefore move this District Court of the United States to dismiss this case with prejudice within seven days of the date of this letter and I reserve my right to counter claim.

Exigent demand to take judicial notice of all exhibits and documents of evidence. Wherefore, Richard Kellogg Armstrongrequests assistance of counsel or dismiss these cases with prejudice.

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

----------------------------------------------------------------------------------------------------

Therefore, there being no further business before the court, these cases are to be dismissed with prejudice.

This document is not intended to threaten, intimidate or harass but is my lawful remedy in law.

Dated: January 24, 2011                                                  Signed: *[signature]*
                                                                         Richard Kellogg Armstrong, Sovereign

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

CC: Tenth Circuit Court of Appeals
    James C. Duff, Director, Administrative Office of the U.S. Courts
    International Trade Court
    United States Supreme Court

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO: Hall, Larry; Armstrong, Sharon; Verhoeff, Merle-dean; Przybylski, Bernard; Brosnahan, Mike
SUBJECT: Attorney rejection letter to District Court
DATE: 1/12/2011 6:21:17 PM

January 12, 2011

*EXHIBIT A*

UNITED STATES DISTRICT COURT COLORADO
Clerk's Office
United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

Gentlemen,
Mr. David Owen, Jr., Attorney, visited me at FDC Englewood today to introduce himself as my replacement court appointed counsel. Following that meeting where we discussed my case, my status as a sovereign natural born American citizen as well as constitutional law, I summarily reject the court's appointment of this attorney as is my constitutional right (see Poindexter v. United States Supreme Court Ruling).

Mr. Owen does not believe that I have any Constitutional rights. Anything that is repugnant to the Constitution 1787 is null and void (see Marbury v. Madison).

After lengthy discussion, he stated that I had no decision in the court's appointment of counsel. This would be in violation of the Constitution and a Supreme Court Ruling (see Poindexter v. United States). Also, he appears to have no understanding of the money system including my 1099-OID filing. E.g. HJR-192 1933, the fact that the Federal Reserve Bank is not owned by the Federal Government but is a privately held bank that operates as the central bank for the U.S.A. and the fact that he does not believe that the IRS is not a department of the Government but a private corporation incorporated in Deleware, domiciled in Puerto Rico, that is no more than the collection agency for the Federal Reserve Bank and the IMF.

In regard to my sovereignty as a natural born, living, sentient, flesh-and-blood citizen of the Republic of Arizona which guarantees a republic form of government, Mr. Owen stated that my claim as a sovereign , regardless of my filings (see www.getnotice.info/rka.html) is nothing more than a baseless statement. He obviously does not know that there are two different citizenships in this country, a corporate Fourteenth Amendmant citizen and a native born American of the Republic.

I handed Mr. Owen copies of documents regarding my occupation of the Office of Executor of the RICHARD KELLOGG ARMSTRONG Estate that were recently filed with the courts and he appeared to have no understanding of the meaning of those docements to the court or the value of those to my case. He is apparently uninformed about the Trust and the effect my Executorship has on prison bonds.

Upon my statement to Mr. Owen that I had the right to be tried in an Article III court where my inalienable rights would be strictly upheld, he stated that this administrative court is the only court and he erroneously stated that it is the same as an Article III Court.

By the court claiming that I am a flight risk, Mr. Owen acquiessed to the court's determination and was disinterested in reopening a hearing.

Therefore, the above statements prove that he is totally unqualified to represent me in this case.

With reference to my January 11, 2011, letter to the court, I again demand assistance of counsel at this time and that person must be specifically knowledgeable in the Constitution 1787 and the Bill of Rights.

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong, de jure
Sovereign

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

Executor of the RICHARD KELLOGG ARMSTRONG Estate
Secured Party Creditor

CC:
Honorable John Roberts, Chief Justice, United States Supreme Court
Tenth Circuit Court of Appeals



Michael K. Armstrong
20775-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 27 2011
GREGORY C. LANGHAM
CLERK

CR

U.S. District Court
District of Colorado
Clerk's Office
United States Courthouse, Rm. A105
901 19th St.
Denver, CO 80294-3589