# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CURTIS L. MORRIS, and
2.  RICHARD KELLOGG ARMSTRONG,

    Defendants.

# ORDER

**Blackburn, J.**

The matter before the court is **Defendant Armstrong's Unopposed Motion For Continuance of The Current Motions Filing Date, Telephonic Hearing Date, Pretrial Conference Date and Trial Date** [#109][1] filed January 14, 2011, by counsel for defendant Armstrong.

After proper advisement by the court, the defendant, Richard Kellogg Armstrong, waived his right to an attorney and exercised his right to represent himself. After considering the motion, defendant Armstrong registered his objection. Thus, the court deemed the motion withdrawn.

After conferring further with counsel and defendant Armstrong, the court entered orders concerning an extended deadline for filing non-CJA pretrial motions and responses, and the court set a status-setting conference. This order is entered to

---

[1] "[#109]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

confirm, reiterate, and explicate those orders.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Armstrong's Unopposed Motion For Continuance of The Current Motions Filing Date, Telephonic Hearing Date, Pretrial Conference Date and Trial Date** [#109] filed January 14, 2011, is **WITHDRAWN**;

2. That non-CJA pretrial motions **SHALL BE FILED** by February 28, 2011;

3. That any response to a timely filed pretrial motion **SHALL BE FILED** within thirty (30) days of the filing of the motion;

4. That the court **SHALL HOLD** a status-setting conference on Friday, April 1, 2011, commencing at 10:00 a.m., at which counsel and the defendants **SHALL APPEAR** without further notice or order; provided, furthermore, that to the extent necessary, the United States Marshal for the District of Colorado **SHALL ASSIST** the court in securing the appearance of defendant Armstrong; and

5. That the **Trial Preparation Conference Order** [#33], entered June 25, 2010, and the **Order Granting Motion To Continue Trial** [#77] entered September 2, 2010, are **AMENDED** and **SUPPLEMENTED** to the extent necessary to facilitate and implement these orders.

Dated January 27, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge