**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**


Date:                    January 27, 2011

Deputy Clerk:      Nel Steffens
Court Reporter:    Suzanne Claar

---

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,            Kenneth Harmon

     Plaintiff,

v.

1.  CURTIS L. MORRIS,                      Lisa Wayne
2.  RICHARD KELLOGG ARMSTRONG,    David Owen

     Defendant.

---

**COURTROOM MINUTES**

---

**Motion Hearing on #109**

**1:35 p.m.      Court in session.**

Appearances of counsel.

Defendant (1) Curtis Morris is present on bond.  Defendant (2) Richard Armstrong is present in custody.

Opening statements by the court.

Defendant Armstrong states that he no longer wants to be represented by Mr. Owen and further states that he wishes to represent himself.

Court asks preliminary questions of defendant Armstrong.

Mr. Harmon reads the Indictment.

Court continues to question defendant as to representing himself in this case.

**IT IS ORDERED** as follows:

1.    That defendant (2) Richard Kellogg Armstrong's waiver of the right to counsel and his exercise of the right to represent himself is formally accepted and approved;

2.    That defendant Armstrong's request for the appointment of advisory counsel is **GRANTED**; and

3.    That effective forthwith, David L. Owen, Jr., is appointed as advisory and stand-by counsel for defendant Armstrong.

Court inquires of defendant Armstrong whether he is familiar with the pending motion set for hearing today.  Defendant states he is not.

Court declares a recess to allow time for defendant Armstrong to review the motion.

**2:40 p.m.     Court in recess.**

**3:00 p.m.     Court in session.**

Court confirms with defendant Armstrong that he has read **Defendant Armstrong's Unopposed Motion for Continuance of the Current Motions Filing Date, Telephonic Hearing Date, Pretrial Conference Date and Trial Date** [#109] filed January 14, 2011.

Defendant opposes the motion.

**IT IS FURTHER ORDERED** as follows:

4.    That **Defendant Armstrong's Unopposed Motion for Continuance of the Current Motions Filing Date, Telephonic Hearing Date, Pretrial Conference Date and Trial Date** [#109] filed January 14, 2011, is deemed **WITHDRAWN**.

Discussion regarding deadlines and setting of hearings.

The court will issue a written order confirming the deadlines and hearing dates agreed upon in open court today.

**3:10 p.m.     Court in recess.**

Total time in court:   01:15

Hearing concluded.