**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No.: 10-cr-00317-REB

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**2. RICHARD KELLOGG ARMSTRONG,**

Defendant.

---

**MOTION FOR PERMISSION TO RELEASE GRAND JURY TRANSCRIPTS TO DEFENDANT RICHARD KELLOGG ARMSTRONG**

---

Comes now, David L. Owen, Jr., of the Law Office of David L. Owen, Jr., P.C., and requests this Court's Order permitting him to release Grand Jury Transcripts to defendant Richard Kellogg Armstrong and in support states as follows:

1. On June 25, 2010, the Court, upon motion by the Government, entered an Order permitting disclosure of grand jury testimony and grand jury exhibits and other materials to the Defendants and their attorneys. Additionally, within that Order was the restriction the attorneys shall maintain custody of such materials (Doc. 34).

2. On January 7, 2011, the undersigned counsel was appointed to represent Mr. Armstrong throughout the pendency of this matter.

3. On January 27, 2011, after appropriate inquires the Court granted Mr. Armstrong's request to represent himself in the above captioned matter. The Court also appointed the undersigned as advisory and/or standby counsel (Doc. 129).

4. The undersigned counsel took possession of the discovery CD's released to date from Mr. Armstrong's previous counsel. These discovery CD's included the grand jury transcripts and exhibits.

5. In order for Mr. Richard Kellogg Armstrong to effectively represent himself in this matter he will need to have custody of the discovery, including the grand jury transcripts and exhibits.

WHEREFORE, counsel respectfully requests this Court's modification of it previous Order (Doc. 34) to allow Mr. Richard Kellogg Armstrong to maintain custody of grand jury transcripts and exhibits pending the completion of this matter.

Date: February 3, 2011

Respectfully submitted,

/s/ David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092

**CERTIFICATE OF SERVICE**

I hereby certify that on this February 3, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following email addresses:

AUSA Kenneth Mark Harmon kenneth.harmon@usdoj.gov

Ms. Lisa Monet Wayne, Esq. Lmonet20@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Richard Kellogg Armstrong

/s/ David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092