```
                                        FILED
                                  U.S. DISTRICT COURT
                                  DISTRICT OF COLORADO

                                    2011 FEB -2  PM 2:06

                                    GREGORY C. LANGHAM
                                          CLERK

                                  BY_____DEP CLK
```

United States District Court Colorado
Clerk's Office
United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

January 28, 2011

## DISTRICT COURT OF THE UNITED STATES

UNITED STATES AMERICA                           Case no. 10-cr-00317-REB
            v.                                  Case no. 10-cv-01073
RICHARD KELLOGG ARMSTRONG

---

Richard Kellogg Armstrong, 20413-298
Federal Detention Center Englewood
Ninety-five ninety-five Quincy Avenue
Littleton, CO 80123

---

NOTICE TO THE DISTRICT COURT OF A DEMAND THAT ALL GRAND JURY DOCUMENTS AND OTHER CASE RELATED DOCUMENTS, A VIOLATION OF THE RICHARD KELLOGG ARMSTRONG ESTATE AND A DEMAND FOR CASE DISMISSAL

---

NOTICE TO PRINCIPAL IS NOTICE TO AGENT - NOTICE TO AGENT IS NOTICE TO PRINCIPAL

---

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner, 405 U.S. 519, 30 LED 652, 92 SCt 594 Rel den 405 U.S. 948, 30 Led 2d 819, 92 SCt 963

COMES NOW: Richard Kellogg Armstrong, a native born American non-corporate U.S. Citizen who's inalienable rights are secured by the Constitution 1787 and the Bill of Rights 1791, notices the UNITED STATES DISTRICT COURT COLORADO that Richard Kellogg Armstrong, pro se, hereby demands to be delivered within five (5) days from the date of this letter certified copies of the January 27, 2011, court proceedings as well as certified copies of the transcripts of the Grand Jury indictments relating to these cases from the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA and the UNITED STATES DISTRICT COURT COLORADO as well as any and all other documents relative to these cases.

This is also to advise that I failed to ask the Honorable Judge Blackburn during the January 27, 2011, court proceedings if he was in possession of a copy of the document received via Certified U.S. Mail on or about December 21, 2010, by James C. Duff, Director, Administrative Office of the U.S. Courts, showing clearly that I, Richard Kellogg Armstrong, have occupied the Office of Executor of the RICHARD KELLOGG ARMSTRONG Estate that places me, Richard Kellogg Armstrong, in the highest position in this Court and demands that a certified accounting of all court bonds, prison bonds, sureties, insurance, indemnification and Court Registry Investment System (CRIS) CUSIP numbers that are in any way connected to the two captioned cases be delivered to me. As it has now been at least five (5) weeks since receipt of that document by James C. Duff without a response, I now demand the required accounting within five (5) days of the date of this letter. Failure of the UNITED STATES DISTRICT COURT COLORADO to respond within that time period will confirm the court's further intrusion and trespass into the RICHARD KELLOGG ARMSTRONG Estate.

This is to advise the court that, in view of the fact that I am the Executor of the RICHARD KELLOGG ARMSTRONG Estate, that the court has no written authority as the Administrator of the RICHARD KELLOGG ARMSTRONG Estate against which numerous court bonds, prison bonds, sureties, etc. are believed to have been already illegally been drawn.

The Chief Counsel, IRS, the IRS agent Flynn and the AUSA Harmon as well as the Governor and the Attorney General of the State of California have also received either originals or copies of the subject Executor document via Certified U.S. Mail.

As the Occupant of the Executor Office of the RICHARD KELLOGG ARMSTRONG Estate and the fact that this court is not a probate court nor has the authority to trespass on the RICHARD KELLOGG ARMSTRONG Estate.

As a matter of law, Title 18 is not Constitutional law. It has never met the quorum clause of the Constitution and has no legal effect on this case (See Article I, Section 5, Clause 1 and Supreme court precedent pursuant to U.S. v Ballin, 144 U.S. 1 (1892). the Honorable Judge Blackburn stated on the record that he would try me in an Article III court where my Constitutional rights would be protected. His statement in the court acknowledged that he violated his oath of office by denying me bail according to the Eigth Amendment to the Constitution 1787 which states clearly "Excessive bail shall not be required, nor excessive fines be imposed, nor cruel or unusual punishment". This means that there must be a bail set for which I have been denied. This is clearly an attempt to overthrow the Constitution (See Marbury v. Madison - anything that is repugnant to the Constitution is null and void).

Due to the fact that Judge Blackburn denied me my Constitutional rights established by the Eighth Amendment, I demand that he recuse himself and that the court dismiss these cases with prejudice.

This document is not intended to threaten, intimidate or harass but is my lawful remedy in law.

Dated: January 28, 2011

Signed: *Richard Kellogg Armstrong*
Richard Kellogg Armstrong
Executor and Sovereign

CC:
Honorable John Roberts, United States Supreme Court
Tenth Circuit Court of Appeals
International Trade Court
James C. Duff, Director, Administrative Office of the U.S. Courts

RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER, ENGLEWOOD
9595 QUINCY AVE.
LITTLETON, CO 80123

DENVER CO 800
01 FEB 2011 PM 7 T

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
CLERK'S OFFICE
UNITED STATES COURTHOUSE, RM. A105
901 19TH ST.
DENVER, CO 60294-3589

80294+2500

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 02 2011

GREGORY C. LANGHAM
CLERK

CR