**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

**MINUTE ORDER**[1]

---

    By **February 17, 2011**, the government and defendant Richard Kellogg Armstrong, shall file a response to the **Motion For Permission To Release Grand Jury Transcript To Defendant Richard Kellogg Armstrong** [#134] filed February 3, 2011.

    Dated:  February 3, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.