

United States District Court Colorado
Clerk's office
United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

January 31, 2011

## DISTRICT COURT OF THE UNITED STATES

UNITED STATES AMERICA
v.
RICHARD KELLOGG ARMSTRONG

Case no. 10-cr-00317-REB
Case NO. 10-CV-01073

Richard Kellogg Armstrong, 20413-298
Federal Detention Center Englewood
Ninety-five ninety-five Quincy Avenue
Littleton, CO 80123

NOTICE TO THE DISTRICT COURT TO TERMINATE AND WITHDRAW COURT APPOINTED ASSISTANCE OF COUNSEL, DAVID L. OWEN, FOR CAUSE FOR HIS REFUSAL TO RECOGNIZE MY CONSTITUTIONAL RIGHTS OR MY SOVEREIGNTY

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner, 405 U.S. 519, 30 LEd 652, 92 SCt 594 Rel den 405 U.S. 948, 30 LEd 2d 819, 92 SCt 963

COMES NOW: Richard Kellogg Armstrong, a native born American non-corporate U.S. Citizen who's inalienable rights are secured by the Constitution 1787 and the Bill of Rights 1791, notices the UNITED STATES DISTRICT COURT COLORADO that Richard Kellogg Armstrong, pro se, hereby terminates the services of the court appointed assistance of counsel, David L. Owen, for cause. Mr. Owen is unable to properly assist me with either the criminal or civil cases in which I am involved due to his lack of concern over my rights under the Constitution 1787 as a living, breathing, sentient, flesh-and-blood man standing on the land as well as his lack of understanding of the U.S. monetary system and his belief that the Internal Revenue Service that has fraudulently brought claims against me is a department of the Government rather than recognizing it as nothing more than the collection agency for the Federal Reserve Bank which is domiciled in Puerto Rico. That is irrefutable evidence that the IRS is not an agency of the Federal Government by Constitutional law and by Supreme Court rulings and there is no evidence to the contrary. In-depth knowledge of these particular subjects is critical to my defense.

Within seven (7) days of this notice, I demand that the court select another candidate for assistance of counsel who must be qualified to assist me. I am confident that this court would not want to appoint someone who is not qualified to represent my declared citizenship, as was implied by Mr. Owen. It would be an appealable offense to be appointed an unqualified or incompetent assistance of counsel as it would violate my Constitutional rights, would bring fraud on the court and would be a violation of due process.

It should be noted that there is extensive evidence that the IRS agents involved in my cases have committed fraud on the court on numerous occasions as well as placing fraudulently conceived liens and levies on my property, but most importantly is the fact that, because the IRS is a privately held corporation, the DOJ, under the Constitution, cannot represent them.

The judge admitted on the record that I would be tried in an Article III court where my Constitutional rights would be guaranteed. In an Article III court there must be an injured party. The UNITED STATES OF AMERICA, as a ficticious entity, cannot claim to be an injured party. If there is no injured party, there is no cause of action.

Any further proceedings by this court or by the officers of this court by treating the Constitution with denial and contempt could be considered as an attempt to overthrow the Constitution. Therefore, this court has an obligation to dismiss both of these cases with prejudice.

This document is not intended to threaten, intimidate or harass but is my lawful remedy in law.

Dated: January 31, 2011

Signed _Richard Kellogg Armstrong_
Richard Kellogg Armstrong
Executor and Sovereign

CC:
Honorable John Roberts, Supreme Court of the United States
Tenth Circuit Court of Appeals
International Trade Court
James C. Duff, Director, Administrative Office of the U.S. Courts
David L. Owen, Attorney

RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER ENGLEWOOD
9595 QUINCY AVE.
LITTLETON, CO 80123

DENVER CO 800
FEB 2011 PM 2 T

U.S. DISTRICT COURT COLORADO
CLERK'S OFFICE, ROOM A105
901 19TH ST.
DENVER, CO 80294-3589

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 03 2011

GREGORY C. LANGHAM
CLERK

CR

80294+3501