(Rev. 04/05)

DEFENDANT:       CURTIS L. MORRIS

YOB:             1968
ADDRESS:         Elizabeth, Colorado

COMPLAINT FILED?     _____ YES     _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?     ____ YES   _X_ NO

    IF NO, A NEW WARRANT IS REQUIRED. (*Note: Defendant was arrested on warrant issued with initial indictment*)

    OFFENSE:         Counts 1 - 3
                      Mail Fraud
                      18 U.S.C. §1341

                      Counts 6-22
                      Filing False Claims Against the United States
                      18 U.S.C. §287

                      Count 28
                      Conspiracy to Defraud the Government
                      18 U.S.C. §286

LOCATION OF OFFENSE:   Elbert ,and Adams Counties, Colorado
                      And elsewhere

    PENALTY:         Counts 1 - 3
                      Per Count, NMT 20 years imprisonment, a $250,000 fine, or both;
                      Restitution, and a $100 Special Assessment Fee

                      Counts 4-9
                      Per Count, NMT 5 years imprisonment, a $250,000 fine, or both;
                      Restitution, and a $100 Special Assessment Fee

                      Count 28
                      NMT 10 years imprisonment, a $250,000 fine, or both; Restitution,
                      and a $100 Special Assessment Fee

Notice of Forfeiture Allegation (regarding Counts 1-3)

AGENT:            Greg M. Flynn, Special Agent
                  Internal Revenue Service,
                  Criminal Investigation Division
                  Denver, Colorado

AUTHORIZED BY:    Kenneth M. Harmon
                  Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less      __X__ over five days      _____ other

THE GOVERNMENT

___ will seek detention in this case      __X__ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:      _____ Yes      __X__ No