(Rev. 04/05)
DEFENDANT:      Richard Kellogg Armstrong

YOB:            1934
ADDRESS:        Prescott, Arizona

COMPLAINT FILED?   X    YES _____ NO

   IF YES, PROVIDE MAGISTRATE CASE NUMBER:   10-mj-1088-KLM

   IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   X   YES ____ NO

   IF NO, A NEW WARRANT IS REQUIRED

   OFFENSE:        Counts 1
                   Mail Fraud
                   18 U.S.C. §1341

                   Counts 6-9, 13-16
                   Filing False Claims Against the United States
                   18 U.S.C. §287

                   Counts 25-27
                   Monetary Transactions in Property
                   Derived from Specified Unlawful Activity
                   18 U.S. C. §1957

                   Count 28
                   Conspiracy to Defraud the Government
                   18 U.S.C. §286


LOCATION OF OFFENSE:   Elbert and Adams Counties, Colorado
                       And elsewhere

   PENALTY:        Count 1
                   NMT 20 years imprisonment, a $250,000 fine, or both; Restitution
                   and a $100 Special Assessment Fee

                   Counts 6-9, 13-16

1

        Per Count, NMT 5 years imprisonment, a $250,000 fine, or both; Restitution and a $100 Special Assessment Fee

Counts 25-27
Per Count, NMT 10 years imprisonment, a $250,000 fine, or both; and a $100 Special Assessment Fee

Count 28
NMT 10 years imprisonment, a $250,000 fine, or both; Restitution, and a $100 Special Assessment Fee

Notice of Forfeiture Allegation (regarding Counts 1, 25-27)

AGENT: Greg M. Flynn, Special Agent
Internal Revenue Service,
Criminal Investigation Division
Denver, Colorado

AUTHORIZED BY: Kenneth M. Harmon
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

\_\_\_\_\_ five days or less     \_\_X\_\_ over five days     \_\_\_\_\_ other

THE GOVERNMENT

\_\_X\_\_ will seek detention in this case     \_\_\_\_\_ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:     \_\_\_\_\_ Yes     \_\_X\_\_ No

2