(Rev. 04/05)

DEFENDANT:        Larry Ray Hall

YOB:              1949

ADDRESS:          Brighton, Colorado

COMPLAINT FILED?  _____ YES    __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  __YES    ____ NO

    IF NO, A NEW WARRANT IS REQUIRED

    OFFENSE:          Counts 1, 4-5
                    Mail Fraud
                    18 U.S.C. §1341

                    Counts 6-16, 23-24
                    Filing False Claims Against the United States
                    18 U.S.C. §287

                    Counts 25-27
                    Monetary Transactions in Property
                    Derived from Specified Unlawful Activity
                    18 U.S. C. §1957

                    Count 28
                    Conspiracy to Defraud the Government
                    18 U.S.C. §286


LOCATION OF OFFENSE:   Elbert and Adams Counties, Colorado
                      And elsewhere

    PENALTY:          Counts 1, 4-5
                    NMT 20 years imprisonment, a $250,000 fine, or both; Restitution
                    and a $100 Special Assessment Fee

                    Counts 6-16, 23-24
                    Per Count, NMT 5 years imprisonment, a $250,000 fine, or both;

        Restitution and a $100 Special Assessment Fee

        Counts 25-27
        Per Count, NMT 10 years imprisonment, a $250,000 fine, or both; and a $100 Special Assessment Fee

        Count 28
        NMT 10 years imprisonment, a $250,000 fine, or both; Restitution, and a $100 Special Assessment Fee

        Notice of Forfeiture Allegation (regarding Counts 1, 4-5, 25-27)

AGENT:        Greg M. Flynn, Special Agent
        Internal Revenue Service,
        Criminal Investigation Division
        Denver, Colorado

AUTHORIZED BY:  Kenneth M. Harmon
        Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    __X__ over five days    _____ other

THE GOVERNMENT

_____ will seek detention in this case    __X__ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    _____ Yes    __X__ No

2