IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.      RICHARD KELLOGG ARMSTRONG,

        Defendant.

## GOVERNMENT'S RESPONSE TO MOTION FOR PERMISSION TO RELEASE GRAND JURY TRANSCRIPTS TO DEFENDANT ARMSTRONG

The United State of America, by and through its undersigned counsel, responds to defendant Armstrong's motion styled Motion for Permission to Release Grand Jury Transcripts to Defendant Richard Kellogg Armstrong (DE 134)[1] as follows:

1.      The government does not oppose the defendant having custody of the grand jury testimony transcripts, grand jury exhibits and other discovery materials deemed to be matters occurring before the grand jury for the purpose of defending himself in this case.

2.      The government requests that the defendant's custody and use of these materials be subject, however, to the limitations set forth in paragraph 3 of this Court's June 25, 2010 Order granting the Government's Motion to Disclose Grand Jury Material (DE 34), that is, that the defendant be prohibited from using the materials for purposes unrelated to the defense of this case and from reproducing or disseminating these materials and that the defendant be required to

---

[1] "DE" refers to docket entries in this case.

return the materials to the United States upon the conclusion of the case.

             Respectfully submitted,

             JOHN F. WALSH
             United States Attorney


             s/Kenneth M. Harmon
             By:  Kenneth M. Harmon
             Assistant U.S. Attorney
             1225 Seventeenth Street, Suite 700
             Denver, Colorado 80202
             Tel. No. (303) 454-0100
             Fax No. (303) 454-0402
             E-mail: kenneth.harmon@usdoj.gov


## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 17th day of February, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:


Lisa M. Wayne, Esq.
Lmonet20@aol.com
Attorney for Defendant Curtis L. Morris

David L. Owen, Esq.
davidowen@lodopc.com
Advisory Counsel for Defendant Richard Kellogg Armstrong

   And I hereby certify that I have caused a copy of the foregoing to be mailed, by U.S. Mail, to defendant Richard Kellogg Armstrong at the following address:

Richard Kellogg Armstrong
#20413-298
Englewood
Federal Correctional Institution
Inmate Mail/Parcels

9595 West Quincy Avenue
Littleton, CO 80123

                                              s/ Kenneth M. Harmon
                                              KENNETH M. HARMON
                                              Assistant United States Attorney
                                              U.S. Attorney's Office
                                              1225 Seventeenth Street, Suite 700
                                              Denver, Colorado 80202
                                              Tel. No. (303) 454-0100
                                              Fax No. (303) 454-0402
                                              E-mail: kenneth.harmon@usdoj.gov