IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA

   **Plaintiff,**

v.

1.  CURTIS L. MORRIS,
2.  RICHARD KELLOGG ARMSTRONG, and
3.  LARRY RAY HALL,

   **Defendants.**

---

## NOTICE OF ATTORNEY APPEARANCE FOR THE GOVERNMENT

---

  The United States of America hereby gives notice that Kevin F. Sweeney, Trial Attorney, United States Department of Justice, Tax Division, enters his appearance on behalf of the United States in this matter. All future notices and hearing dates should also be directed to Trial Attorney Kevin F. Sweeney.

  Respectfully submitted this 22nd day of February, 2011.

                JOHN F. WALSH
                United States Attorney

         By:  s/ *Kevin F. Sween*ey
             KEVIN F. SWEENEY
             Trial Attorney
             Department of Justice, Tax Division
             Western Criminal Enforcement Section
             601 D. Street, NW
             Washington, D.C. 20004
             Telephone: (202) 305-3637
             Facsimile: (202) 514-9623
             Email: Kevin.F.Sweeney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2011, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

Lisa Monet Wayne
lmoney20@aol.com

David L. Owen
davidowen@lodopc.com

I also certify that I sent the foregoing via U.S. Mail to the following:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123

By:  s/ *Kevin F. Sween*ey
KEVIN F. SWEENEY
Trial Attorney