**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

**MINUTE ORDER**[1]

    The matter is before the court on defendant's **Notice of Challenge of Jurisdiction and Demand For Dismissal With Prejudice For Violation of My Civil and Constitutional Rights of 1787 and The Bill of Rights 1791. Also, Challenge of Title 18 as Not Constitutional Law and Challenge of IRS Authority as Not Being an Agency of the United States Government and Not Entitled To Representation by The D.O.J. I Explicitly Reserve My Rights UCC-1-308 and Ask For Jurisdiction at Common Law** [#144][2] filed February 17, 2011. I construe this notice as a motion to dismiss.

    **THEREFORE, IT IS ORDERED** that the government shall file a response to this motion by **March 19, 2011**, as required by my **Order Granting Motion To Continue Trial** [#77] entered September 2, 2010, at p.7, para. 5.

    Dated: February 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#144]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.