**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

    Defendant.

**MINUTE ORDER**[1]

    By **March 10, 2011**, the government shall file a response to defendant's **Challenge of Validity of Charges Brought By The IRS, Statement of Correctness of OID Filing and Challenge of Authority of The IRS To Bring Charges Against a Sovereign Citizen of the United States and a Sovereign State Citizen of The Republic of Arizona** [#149], filed February 24, 2011, which the court construes as a motion to dismiss for lack of jurisdiction.

    Dated: February 28, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.