IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CRIMINAL ACTION NO. 10-cr-317-REB**

UNITED STATES OF AMERICA

      PLAINTIFF,

v.

   **1. CURTIS MORRIS,**
   2. Richard Kellog Armstrong, and
   3. Larry Ray Hall

      DEFENDANTS.

---

**DEFENDANT MORRIS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE MOTIONS AS A RESULT OF THE SUPERSEDING INDICTMENT FILED FEBRUARY15, 2011 (DOC. #140).**

---

Defendant, Curtis Morris, through undersigned counsel, Lisa M. Wayne, moves this Honorable Court for an Order, granting this defendant additional time for the filing of motions as a result of the superseding indictment filed by the government on February 15, 2011 (Doc. #140). Arraignment on the superseding indictment is scheduled for Wednesday March 2, 2011. Undersigned counsel has conferred with Assistant United States Attorney, Kenneth Harmon, who does not oppose the granting of this request as a result of the change in circumstances resulting from the filing of the superseding indictment. In support of this motion, Mr. Morris advises the court as follows:

1

1.      Mr. Morris was originally indicted on June 8, 2010. (Doc. #5). The original indictment charged Mr. Morris and co-defendant Richard Armstrong with one count of mail fraud in violation of 18. U.S.C. §1341 and §1342 involving U.S. Tax returns filed for the years 2005, 2006, and 2007.  Mr. Morris was charged with two additional counts of mail fraud in violation of 18 U.S.C. §1341 and §1342 for the alleged mailing on September 22, 2008 of I.R.S. Form 1040X U.S. Individual Income Tax Return for Susan K. Morris and Curtis Morris for 2006 alleged to have been mailed on September 22, 2008, and for the alleged mailing on April 16, 2009 of I.R. S form 1040 U. S. Individual Income Tax Return for Curtis L. Morris, for 2008.  Mr. Morris and co-defendant Mr. Armstrong were jointly charged with four counts of filing false, fictitious, and fraudulent claims on October 23, 2008 for tax years 2005, 2006, and 2007, and for a filing on January 28, 2009 involving tax year 2008.  Finally, two counts of the first indictment charged Mr. Morris with filing false, fictitious, and fraudulent claims on September 22, 2008 and April 16, 2009 in violation of 18 U.S.C. §287.  The original indictment alleges a scenario involving an alleged scheme set forth in 11 typed pages.

2.      On February 15, 2011, the Government filed a superseding indictment. (Doc. #140). The superseding indictment expands the allegations against Mr. Morris to include additional dates and times and newly alleged criminal conduct, including the following: conspiracy to defraud the Government with respect to the tax return claims in violated of 18 U.S.C. §286; engaging in monetary transactions in property derived from specified unlawful activity in violation of 18. U. S. C. §1957; a forfeiture count under 18 U. S. C. §981 (a)(1)(C); an additional mail fraud count in violation of 28 U. S. C.

§2461(c); and money laundering in violation of 18 U. S. C. 982(a)(1) and 18 U.S. C. §2. All told, the superseding indictment added 12 counts as to Mr. Morris, more than doubling the initial 9 counts charged against Mr. Morris in the original indictment.

3. The government has communicated with undersigned counsel that additional discovery, including grand jury transcripts, will be made available to the defense subsequent to the arraignment date.

4. The deadline for filing of pre-trial motions by the defendant is today, February 28, 2011. (Doc. #128).

5. As a result of the impending arraignment date undersigned counsel anticipates the filing of a Motion To Continue the presently scheduled jury trial of May 16, 2011, as a result of the superseding indictment.

WHEREFORE, Defendant Curtis Morris respectfully requests that this Court grant this motion.

Dated: February 28, 2011.

Respectfully submitted,

*s/ Lisa M. Wayne*
_____
Lisa Monet Wayne, Esq.
Attorney for Curtis Morris
Denver Place
999 18th St., Suite 2550
Denver, Colorado 80202

3

### CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of February, 2011, I electronically filed the foregoing motion with the Clerk of Court using the ECF system which will send notification of such filing to all parties of record.

*s/ Wendy S. Anderson*
Wendy S. Anderson

I hereby further certify that I have mailed the document or paper to the following participant:

Mr. Richard Kellogg Armstrong
#20413-298
9595 Quincy Avenue
Federal Detention Center
Englewood, CO 80123