```
                                     U.S. DISTRICT COURT
                                         [illegible]    DC
                                     2011 FEB 28  PM 3:16
                                     GREG[ORY C. LANG]HAM
                                                    CLERK
                                 BY_____
```

February 24, 2011

Gregory Langham, Clerk of the Court
UNITED STATES DISTRICT COURT COLORADO

Richard Kellogg Armstrong, Plaintiff                    Case No.10-cr-00317-REB
                    v.                                  Case No. 10-cv-01073
UNITED STATES OF AMERICA, Defendant

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

---

NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES, MAGISTRATES AND LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE EXTRAORDINARY LAWSUIT GB-110106-70091410000134484684ARE DEMANDED THEY BE RECUSED FOR VIOLATION OF ARTICLE IV, SECTION 4 GUARANTEE OF A REPUBLIC FORM OF GOVERNMENT AND THAT THESE CASES, 10-cr-00317-REB AND 10-cv-01073, BE DISMISSED WITH PREJUDICE.

---

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner, 405 U.S. 519, 30 Led 652, 92 S.Ct 594 Rel den 405 U.S. 948, 30, Led 2d 819, 92 S.Ct 963

COMES NOW: Richard Kellogg Armstrong, de jure, a native born American who, by his declaration of filing of his UCC-1 and other legal documents that have rescinded any and all adhesion contracts with the United States Federal Corporation. Anyone who violates these documents that are secured by the Constitution 1787 and the Bill of Rights 1791 have agreed to the Caveat Miranda Warning and the UCC-1 filed at the Washington Secretary of State as well as numerous state, federal and international agencies(See: www.getnotice.info/rka.html as public notice).

EXIGENT DEMAND TO TAKE JUDICIAL NOTICE OF ALL EXHIBITS AS EVIDENCE that Richard Kellogg Armstrong is One of the People and a declared sovereign of the Republic of Arizona whose name is contained in the attached list of People who have signed with addresses and have incorporated herein as the Plaintiff in the Extraordinary Lawsuit, Case No. GB-110106-70091410000134484684. Continuing as the People hereinafter as the "Plaintiff List " that was served January 28, 2011, on the National Tenth Tribunal Court established and located on alleged U.S. Property near Denver, Colorado (See: Exhibit A).

The following lawsuit arises under Article IV, Section 4, Breach of Guarantee by Government Guarantor, All three branches thereof. By requisite submission under Article IV, Section 4, and under the Fifth Amendment, Due Process clause thereof:

The Defendants (alleged) UNITED STATES DISTRICT COURTS and all defendants listed in this lawsuit, including judges as constituting an unlawful Collateral Court and all other defendants listed throughout this lawsuit including John and Jane Doe (See: Exhibits B-1, B-2 and B-3).

NOTICE: This Guarantor's Breach of Guarantee Lawsuit comes not under any form of Clause 14, Section 8, Article 1 "Rules made for the Government".

The court is to protect against "any encroachment of Constitutionally secured liberties". It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens and against stealthy encroachments thereon. Their motto should be OBSTA PTINCIPII (Boyd v. United 116 U.S. 616 at 635, 1885). The Tenth Amendment is clear: "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or the People.

No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution (Downes v. Bidwell 182 U.S. 244, 1901).

It: (the legislature or statutory laws) MAY NOT violate the Constitution which prohibits any violations therein or AUTHORIZES OTHERS TO DO SO. (Lockard v. Los Angeles 33 Cal 2d 553: Cert den 337, U.S. 939)

Subsequently, the judges, legislators, Court officials and prosecutors have all participated in violating the Constitution they made an oath to honor and abide by. Instead, they proceeded to deny and treat with contempt to overthrow the Constitution. Therefore, the Extraordinary lawsuit was served against the above said Guarantors for Fraud, Jurisdiction Fraud in the factum and Jurisdiction Fraud as acts, Power Fraud in the factum, Power Fraud as acts, Acts of Misprison of Treason, which goes to Treason existing also as the Furthering of Seeded Treason, covered up or denied under Color of Law, under Color of Authority and under Color of Power resulting in heinous Acts of Theft by Deception, Acts committed under Color of Darkness, in gross violation of all of the Plaintiff's Constitutional Rights, but as abuse of Process, Misuse of Process, Abuse of Discretion and malicious Collateral Attack.

When the Defendants' Constitutionally unlawful disregard of their obligation known as, or regarded by the Courts to be, the Doctrine of the Fruit of the Poisoness Tree, so must all of those who suffer and who have suffered from the Article IV, Section 4 Breach of Guarantee by Guarantor, there being no immunity from what has been done, because of the Breach that it has done, is being the direct Poisoner of the Tree itself, to cure the Breach that it has been caused of to recognize all of its cases against all of such cases Defendants as being Poisoned Fruit Cases and to order their immediate dismissal with prejudice.

COLLATERAL COURTS NOT LEGAL AND SO NOT PERMITTED

As the judges and Defendants have been notified "No person should be judge in his own case". This case rendering the Defendant judges that are listed in the lawsuit as involuntarily disqualified from the case, or any directly associated case, in addition to the requirement as a matter of like principal of laws at Title 28 U.S. Code, Section 455(b)(5)(i) commencing at (a) thereof which states:
    a. Any Justice, Judge or Magistrate Judge of the United States;
    b. Shall disqualify him or herself in the following circumstances;
    (5). Where he/she (i) is a party to the proceedings.

Any use of the lodged rule, no matter the claim of level of lodged alleged rule, that does not support the involuntary disqualification requirement existant as a matter of legislation law constitutes immediately, an abuse of process, and illegal process, and goes to the following like fundamental principle of law, to wit:

Rules made for the Government, not for the People, are meant to regulate governmental proceedings, not to manipulate justice. When a rule is used in a way or for a purpose for which it was intended, or when it otherwise brings about the effect that would be required by statute or would be the result of proceedings at the end of trial or violates Constitutional rights of citizens, it ceases to be a rule and becomes an abuse of process and a Contempt of the Constitution (406 4,5 5 stat.citc, USFCA, 1999). This court has been in violation from the very beginning by trying a State Citizen of the Republic of Arizona in a court that operates as an Administrative Article I or Article IV Court instead of an Article III Court that addresses the Constitution. If there is no injured party, there is no cause of action (Rule 17(1)(a).

The UNITED STATES is a corporation (See: Title 28 USC 3002 (15)(A).

I, Richard Kellogg Armstrong, does understand that the cause of action cannot be in the common law because a crime in law requires a corpus delecti, that is to say, the body of the crime or an injured party. A corporation cannot be the body of the crime of an injured party because it is artificial, a fiction.

In the Judicial code, 28 U.S.C. 455(a) requires judge to recuse himself in any proceedings in which (t)he(i)r impartiality might reasonably be questioned (See: Taylor v. O'Grady, 888 F. 2d 1189, 7th Cir., 1989, and in Pfizer, Inc. v. Lord 456F. 2d 532, 8th Cir., 1972). The court stated that "It is important that the litigant not only actually receive justice, but he believes that he has received justice". As a State Citizen of the Republic of Arizona, I am not subject to statutes as the laws of Congress do not extend into the limits of the States, but have force only in the District of Columbia and places that are within the exclusive jurisdiction of the national government (See: Caha v. United States 152, U.S. 24, 215, 14 S.Ct 513, 1894). The accused is bound only to the constraining certainty of the united States Constitution 1787 and the Bill of Rights 1791 and absolutely not under any other laws.

Any judge or attorney who does not report a judge for treason as required by law may themselves be guilty of misprison of treason. See: 18 U.S.C., Section 2382 under federal law. These are the laws they must follow as federal employees where the State Citizen of the Republic is bound by the Highest Law of the Land "The Constitution 1787 and the Bill of Rights 1791".

Therefore, Richard Kellogg Armstrong, who is a plaintiff in this Extraordinary Lawsuit No. GB-110106-70091410000134484684 hereby notifies the UNITED STATES DISTRICT COURT COLORADO as well as their agents and officials, specifically Judge Robert E. Blackburn, listed in Exhibits B-1, B-2 and B-3 attached, Defendants, including Kenneth Harmon, AUSA and Greg Flynn, IRS/CID Agent, due to direct conflict of interest to dismiss Case Nos. 10-cr-00317-REB and 10-cv-01073 immediately with prejudice, to cease and desist from any further proceedings and release the accused from detention immediately.

Therefore, Richard Kellogg Armstrong is notifying the Clerk of the Court, Gregory Langham of the U.S.D.C., to recognize the Extraordinary Lawsuit that was served on the Tenth Tribunal Court, Case No. GB 110106-70091410000134484684 on January 28, 2011, as one of the Plaintiffs that is listed in this lawsuit against all the Defendants listed in Exhibits B-1, B-2 and B3.

As the occupant of the Executor Office of the RICHARD KELLOGG ARMSTRONG Estate, I am directing you to dismiss Case Nos. 10-cr-00317-REB and 10-cv-01073 with prejudice and order my immediate release from the Federal Detention Center Englewood, Inmate Number 20413-298, by either the Sheriff or by a U.S. Marshal within five (5) days of this demand.

This document is not intended to intimidate, threaten or harass but is my remedy in law.

February 24, 2011

Signed: *Richard Kellogg Armstrong*
Richard Kellogg Armstrong
Sovereign
Executor of the Estate

CC:
Supreme Court of the United States
Colorado Supreme Court
Tenth Circuit Court of Appeals
Republic of the united States of America
International Trade Court
Administrative Office of the U.S. Courts
Douglas Shulman, Commissioner, IRS
Denver County Sheriff

*EXHIBIT B-1*

**NAMES OF THE PLAINTIFFS
FILING THIS CASE
INCLUDED AS STATED
IN "Plaintiffs, List" BELOW;**

# IN THE NATIONAL TENTH TRIBUNAL [~~CIRCUIT~~] COURT
### Established And Located On <u>Alleged</u> United States Property
### Near Denver, Colorado

---

| | |
|---|---|
| PLAINTIFFS, Being the People Contained In The Attached List Of People, Signed, With Addresses, And Incorporated Herein as the Plaintiffs; Continuing As the People (hereinafter as "Plaintiffs, List") | <u>**Tribunal Court (En Banc Petitioned For):**</u> <br> Tribunal Court Case # _____ <br> **The People's Case #:** <br> <u>GB 110106-70091410000134484684</u> |
| See Plaintiffs' Further Description In Manual Filing, As Submitted Hereafter | Entered As: Guarantee Breach ("GB")   Year # / Month # / State # / Federal Delivery # of Breach of Guarantee Lawsuit |
| Plaintiffs / Insiders, Guaranteed Persons/Parties, <br> v. | Assignment Of Clause 9 - <u>Five</u> <u>Justice</u> <u>Tribunal</u> (or "En Banc") Called Upon; |
| All Departments, Whether or Not Existing Under Color of Name, of the United States [central] government; The [Alleged] United States District Court For The [Alleged] District Of Colorado – As Being De facto; All Judges And Magistrates Thereof, And All Judges Thereof As Lacking Standing As Wrongly Constructed Court; Harley G. Lappin; Douglas H. Shulman; Eric H. Holder, Jr.; The U.S. Department of Justice And Such Department(s) Or Agencies It May Represent; John & Jane Doe Members of the [alleged] Congress; The [alleged] President of the [alleged] United States; the <u>alleged</u> United States Government As Commenced UnLawful Establishment, <u>September 17, 1787</u>, - Second Session; - Under The <u>Proposed</u> Constitution For The <u>Proposed</u> United States Nation (Any Other Form of United States Denied All Actual Existence); the <u>Illegal</u> United States As Commenced Establishment <u>01/01/1945</u>, et al, AS: | EXIGENT DEMAND TO TAKE JUDICIAL NOTICE OF ALL EXHIBITS AS EVIDENCE. <br><br> AN <u>ARTICLE IV, SECTION 4</u> - SUPERSEDING SUPREME LAW – BREACH OF GUARANTEE BY U.S. GOVERNMENT GUARANTOR – EXTRAORDINARY LAWSUIT- <u>EXISTENT AS FACT</u>, - <u>NOT</u> <u>UNDER</u> "<u>THE</u>" <u>RULES</u> <br><br> <u>Incorporate</u> U.S. Lower [~~Court~~] [Case] Numbers: <br> **PREVIOUS ALLEGED CASE FILINGS:** <br> *District [~~Court~~] #: <u>(see attached "Plaintiffs, List")</u> <br> *Bankruptcy Court #: <u>(see attached "Plaintiffs, List")</u> <br> *<u>NOT</u> *Cognizant* of A Claim of Jurisdiction Legality |
| Guarantor's Defendants <u>(Charged with Breach)</u> <br> <u>And Those Acting In Unlawful Concert Therewith</u> | <u>Exhibited</u> <u>Complaint</u>:  v. <u>Colorado</u>; <br> Case #: <u>GB 110106484684</u> |

---

### A LAWSUIT ARISING UNDER ARTICLE IV, SECTION 4 – 
### BREACH OF GUARANTEE BY GOVERNMENT GUARANTOR –
### ALL THREE BRANCHES THEREOF

### <u>NOTICE</u> TO CLERK OF COURT
### WHEN RECEIVING THIS INITIAL APPEARANCE BY CERTIFIED MAIL
### CONSTITUTES AN ORIGINAL CASE APPEARANCE ONLY

### REMAINDER OF LAWSUIT PAGES TO COMMENCE ONGOING MANUAL FILING
### WITHIN EXPECTED <u>72</u> HOURS FROM THE DATE THAT THIS SINGLE
### <u>APPEARANCE DE BENE ESSE</u> DOCUMENT IS RECEIVED BY ABOVE NAMED COURT

---

1

Breach of Guarantee *By* Guarantor Lawsuit
Remainder of Lawsuit Pages Pending Manual Filing With Court

*Richard Kellogg Armstrong*

EXHIBIT A

The Plaintiffs named below are extended to the Class Action Habeas Corpus as filed with this Breach of Guarantee by Guarantor lawsuit, And may be extended further to the Courts and Other Authorities of England and Wales for their Appropriate Intervention As Called For.

## "Plaintiffs, List"

The State of __Colorado__ People's __Tenth__ Tribunal Case # (If Any):
Case #: __GB 110106-70091410000134484684__   As Tribunal Case # Filed ___/___/___

### *FORTHWITH* CONVERSION OF ALL POPULAR ADDRESSES TO LEGAL ADDRESSES BY THIS LEGAL PROCEEDING

**NOTICE:** All ["Popular"/General] Addresses of All Plaintiffs Listed Below Shall Be Construed To **Automatically** Have The Following Legally Descriptive Language Added To Their, Each, Popular Address As Stated By Them, Which **Legal** **Address** (Reserving All Legal Description Rights) Of **Each** And **All** Plaintiffs Shall **Supersede** All Uses of Such Address Heretofore On The Subject, & Here Ever After:

*Legal Address: "**Not** owned or possessed by the United States of America; – **Not** a post Road; – **Not** on a Post Road; – **Not** in a U.S. district" (Applied To All Addresses Below)

| Name of Plaintiff | Exhibited Complaint | Breach Of Guarantee "Federal Case #" As Breach By Guarantor (Not Required) |
|---|---|---|
| RICHARD KELLOGG ARMSTRONG<br>*Address: 14255 HARVEST NILE R, BRIGHTON, CO | ☒ | 10-CR-00317-REB<br>10-CV-01073<br>X Richard Kellogg Armstrong |
| RONALD ROY HOODENPYLE<br>*Address: 3017 MASTER PT, CASTLE ROCK, CO | ☒ | 09-CR-00013MK<br>10-MJ-01182-KLM<br>X Ronald Roy Hoodenpyle |
| MICHAEL MORGAN<br>*Address: 1813 13th ST, GREELEY CO | ☐ | 10-CR-00246-REB<br>X Michael Morgan |
| JUSTIN CORY PETERS<br>*Address: 622 Hwy 92, Crawford CO | ☐ | 37308-013<br>X |
| KAZUHIRO WERNER HASHIMOTO<br>*Address: 9205 Clay St. #2, Federal Heights CO | ☐ | 07-CR-00429-REB<br>X |
| Kenneth Louis McGee<br>*Address: 11503 East First Place, Aurora, Colorado | ☐ | 1:08CR00165<br>X Kenneth Louis McGee |
| Carlos M Ramos Grillo<br>*Address: 1384 Jamaica St Aurora CO | ☐ | 09-CR-00056-PAB<br>X Carlos M Ramos Grillo |

Cataloged Page # _____   Time Submitted Unto National Tribunal Court On Above Date ___:___ ___M

Richard Kellogg Armstrong

EXHIBIT B-2

physical location (the courthouse names being irrelevant) as a legal entity - in its entire "legal" existence as an Established Institution (compare to an *incorporation*) – of the [alleged] District Court of the [alleged] District of Colorado, each and ever judicial officer thereof, both as to judges and magistrate judges, therein, but not excluding any judge not known at the time of this filing, if any, the same being:

**The Defendant [alleged district] Judges, making up the primary judicial part of the Defendant [alleged] United States District Court Of The [alleged] District Of Colorado, are as follows:**

Defendant Wiley Y. Daniel; Defendant Richard P. Matsch; Defendant John L. Kane; Defendant Zita L. Weinshienk; Defendant Lewis T. Babcock; Defendant Walker D. Miller; Defendant Marcia S. Krieger; Defendant Robert E. Blackburn; Defendant Philip A. Brimmer; Defendant Christine M. Arguello; Defendant David M. Ebel;

**The Defendant [alleged] Magistrate Judges, making up the secondary or alleged magistrate offices of the Defendant [alleged] United States District Court Of The [alleged] District Of Colorado, are as follows:**

Defendant Michael J. Watanabe; Defendant Boyd N. Boland; Defendant Craig B. Shaffer; Defendant Michael E. Hegarty; Defendant Kristen L. Mix; Defendant Kathleen M. Tafoya; Defendant Gudrun J. Rice; Defendant David L. West;

**The Defendant [alleged] Bankruptcy Court Judges, making up the alleged part of the Defendant United States [alleged] U.S. Bankruptcy Court Of The [alleged] District Of Colorado, are as follows:**

Defendant Howard R. Tallman; Defendant Sidney B. Brooks; Defendant Elizabeth E. Brown; Defendant A. Bruce Campbell; Defendant Michael E. Romero;

**Additional non-judicial Defendants include:**
Defendant Eric H. Holder, Jr.; Defendant John E. Potter; Defendant Douglas H. Shulman ; Defendant Harley G. Lappin; Defendant Julius Genachowski; Defendant Michael J. Copps; Defendant Robert M. McDowell; Defendant Mignon Clyburn; Defendant Meredith Attwell Baker; Defendant Mary L. Schapiro; Defendant Kathleen L. Casey; Defendant Elisse B. Walter; Defendant Luis A. Aguilar; Defendant Troy A. Paredes; Defendant Jon

EXHIBIT B-3

> Leibowitz; Defendant Julie Brill; Defendant William E. Kovacic; Defendant Edith Ramirez; Defendant J. Thomas Rosch; Defendant Margaret Hamburg, M.D.; Defendant Kathleen Sebelius; Defendant Regina M. Benjamin, M.D.; Defendant Michele Leonhart; Defendant Thomas M. Harrigan; Defendant James M. Kasson; Defendant Preston L. Grubbs; Defendant Janet Napolitano; Defendant Robert S. Mueller, III; Defendant Kenneth E. Melson; Defendant John Clark; Defendant Christopher Dudley; Defendant Robert Finan; Defendant Donald Donovan; Defendant Michael Earp; Defendant Scott Rolstad; Defendant William Snelson; Defendant Candra Symonds; Defendant Eben Morales; Defendant Leon E. Panetta; Et Al;

[3]. All of the above whom are required to be Sworn to Oath or Affirmation to Support, and thereby to Obey, the proposed Constitution for the proposed United States-nation as a matter of Duty, not unlike the judges of this National Tenth Tribunal Court, established *fundamentally* at Clause 9, of Section 8, of Article I, of the aforementioned Constitution itself, as demanded by the same under its Supreme Law imposed upon the same thereby, even though *some* may not have done so;

[4.1]. A Main Purpose of a Republican Form of Government is that it go to, and be, in every effect, a Local Government (re + public, going to the empowerment of the "real public") with the certain ability of Local Votes to be Cast for the Directly Governing in order that such government not abuse or misuse the very people that it was established to serve and protect from the outset of its very existence.

[4.2]. In short, a Republican Form of Government is a people ordained government established to Protect the people at their most local level, in a manner that allows those very people to secure their own precious rights against tyranny and abuse, and

Breach of Guarantee *By* Guarantor Lawsuit
Page 34 of 103

*Richard Kellogg Armstrong* (signature)