**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

**MINUTE ORDER**[1]

---

    By **March 14, 2011**, the government shall file a response to defendant's **Notice To The United States District Court That All Named Judges, Magistrates and Listed Agents and Agencies as Defendants in The Extraordinary Lawsuit GB-110106-70091410000134484684 Are Demanded They Be Recused For Violation of Article IV, Section 4 Guarantee of a Republic Form of Government and That These Cases, 10-cr-00317-REB and 10-cv-01073, Be Dismissed With Prejudice** [#154] filed February 28, 2011.

    Dated:  March 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.