**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CURTIS L. MORRIS,
2.  RICHARD KELLOGG ARMSTRONG, and
3.  LARRY RAY HALL,

    Defendants.

---

**MINUTE ORDER**[1]

---

    On **March 24, 2011**, commencing at 1:30 p.m., the court shall conduct a hearing on **Defendant Morris' Unopposed Motion For Additional Time To File Motions as a Result of The Superseding Indictment Filed February 15, 2011 (Doc. #140)** [#153] filed February 28, 2011.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendants Armstrong and Hall's appearances for this hearing.

    Dated:  March 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.