March 7, 2011

Gregory Langham, Clerk of the Court
UNITED STATES DISTRICT COURT COLORADO

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Avenue
Littleton, CO 80123

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 10 2011

GREGORY C. LANGHAM
CLERK

10-cr-00317-REB

NOTICE TO THE COURT THAT MAGISTRATE JUDGE KATHLEEN M. TAFOYA REFUSED TO RECOGNIZE, AS A DEFENDANT, THE EXTRAORDINARY LAWSUIT NO. GB 110106-70091410000134484684 ON MARCH 2, 2011.

NOTICE TO PRINCIPLE IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPLE

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner, 405 U.S. 519, 30 Led 652, 92 S.Ct 594 Rel den 405 U.S. 948, 30 Led 2d 819, 92 S.Ct 963

COMES NOW: Richard Kellogg Armstrong, de jure, a native born American who, by his declaration of filing of his UCC-1 and other legal documents that have rescinded any and all adhesion contracts with the United States Federal Corporation. Anyone who violates these documents that are secured by the Constitution 1787 and the Bill of Rights 1791 have agreed to the Caveat Miranda Warning and the UCC-1 filed at the Washington Secretary of State as well as numerous state, federal and international agencies (See: www.getnotice.info/rka.html as public notice). As a declared Sovereign, the accused is subject only to be heard or tried in an Article III Court, not an Article I or an Article IV Court, as acknowledged by Judge Robert E. Blackburn.

This is to advise that the magistrate Judge, Kathleen M. Tafoya, refused to recognize that she was a Defendant listed in the Extraordinary lawsuit No. GB 110106-70091410000134484684, in which the accused is a Plaintiff, at a Superceded Indictment hearing March 2, 2011. Magistrate Judge Tafoya stated on the record that she was not aware of the subject lawsuit served on the National Tenth Tribunal Court January 28, 2011, and refused to accept, or look at, certain pages from the lawsuit specifically listing her name as a Defendant. The court was duly notified by my Notice to the Court dated February 24, 2011, addressed to the Clerk of the Court, that I was a Plaintiff in that lawsuit.

The accused advised Magistrate Judge Tafoya that the accused was a Plaintiff in that lawsuit and that she must recuse herself from any further proceedings against the accused due to conflict of interest. She chose to ignore the accused' statements and went ahead with the reading of alleged additional complaints against the accused. When she completed the reading of the alleged charges, she asked the accused how he plead to the charges and the accused answered that he invoked the lawsuit, nothing more. She then proceeded to plead "Not Guilty" for the accused and ended the hearing. The Magistrate Judge, by not recusing herself, was in violation of her oath of office as well as being in violation of Title 28 U.S. Code, Section 455(b)(5)(i): commencing at (a) thereof, which states:
  (a) Any Justice, Judge, or Magistrate Judge of the United States....
  (b) shall...disqualify himself/[herself] in these following circumstances:
  (5) Where he/[she].. (i)is a party to the proceeding,"

Violation of oath of office is treason.

In addition to the above violation, Magistrate Judge Tafoya allowed the Assistant U.S. Attorney, Kenneth M. Harmon, to state his opinion as to the validity of the subject lawsuit when he had no authority to comment on it in court, and on the record, as to his opinion of the lawsuit, without striking his comment, the accused considers the Magistrate Judge committed an additional violation of her office. "Rules made for the government, not for the people, are meant to regulate governmental proceedings, not to manipulate justice. When a rule is used in a way or for a purpose for which it was not intended, or when it otherwise brings about

the effect that would be required by statute or would be the result of proceedings at the end of trial or violates Constitutional rights of citizens, it ceases to be a rule and becomes an abuse of process and a Contempt of Constitution." 405,4, 5-5 Stat. CitC., USFCA, (1999).

Therefore, in consideration of the above, any statements or orders made by Magistrate Judge Tafoya at that hearing are considered to be null and void by operation of law.

This document is not intended to intimidate, threaten or harass but is my remedy in law.

March 7, 2011

Signed: *Richard Kellogg Armstrong*
Richard Kellogg Armstrong
Sovereign
Executor of the Estate

CC:
Colorado Supreme Court
Tenth Circuit Court of Appeals
Administrative Office of the U.S. Courts



RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER ENGLEWOOD
9595 QUINCY AVE.
LITTLETON, CO 80123

LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 10 2011
GREGORY C. LANGHAM
CLERK

GREGORY C. LANGHAM, CLERK OF THE COURT
U.S. DISTRICT COURT COLORADO
CLERK'S OFFICE, RM. A105
901 19TH ST.
DENVER, CO 80294-3589