**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS,
2. RICHARD KELLOGG ARMSTRONG, and
3. LARRY RAY HALL,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Defendant Morris' Unopposed Motion To Vacate and Reset The March 24, 2011 Hearing Date** [#162] filed on March 14, 2011. After reviewing the motion and the file, the court has concluded that the motion should be granted and the hearing on March 24, 2011 regarding **Defendant Morris' Unopposed Motion For Additional Time To File Motions as a Result of The Superseding Indictment Filed February 15, 2011 (Doc. #140)** [#153] filed February 28, 2011, should be vacated and reset

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Defendant Morris' Unopposed Motion To Vacate and Reset The March 24, 2011 Hearing Date** [#162] filed on March 14, 2011, is **GRANTED**;

    2. That the hearing set for March 24, 2011, regarding **Defendant Morris' Unopposed Motion For Additional Time To File Motions as a Result of The Superseding Indictment Filed February 15, 2011 (Doc. #140)** [#153] filed February 28, 2011, is **VACATED** and is **CONTINUED** to **March 30, 2011**, commencing at 9:00 a.m.; and

    3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant Armstrong's appearance for this hearing.

    Dated: March 14, 2011

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.