IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CURTIS L. MORRIS, and
2.     RICHARD KELLOGG ARMSTRONG,

        Defendants.

---

**GOVERNMENT'S MOTION TO LIMIT THE DISCLOSURE OF
§ 6103 MATERIAL BY THE DEFENSE**

---

        The United States of America, by and through its undersigned counsel, respectfully files this motion to limit the disclosure of tax returns and tax return information by the defense.

**I.**     **Disclosure of Tax Returns and Tax Return Information**

        Title 26 U.S.C. § 6103 generally prohibits the disclosure of "tax returns" and other "tax return information" unless the disclosure falls within one of the specific provisions of § 6103(c) through (o).  Section 6103(h)(4) authorizes a prosecutor to disclose taxpayer returns and return information in a judicial proceeding related to tax administration if the taxpayer is a party, the information is directly related to the resolution of an issue in the proceeding, or such information directly relates to a transactional relationship between a person who is a party and the taxpayer. 26 U.S.C. § 6103(h)(4)(A)-(C).  Further, § 6103(h)(4)(D) allows a prosecutor to produce returns and return information when ordered to do so by the court to meet the Government's discovery obligations.  The above-captioned case involves tax returns and taxpayer return information that

may be relevant evidence in the trial of the defendants.  The defendants are charged with, among other counts, conspiracy to defraud the United States with respect to claims and filing false claims against the United States for their respective involvement in a scheme to present tax returns to the Internal Revenue Service (hereinafter "IRS") and Department of Treasury for themselves and others seeking false refunds based on fraudulent Forms 1099-OID.  Therefore, the disclosure of tax returns and return information has and will continue to be required for the Government to comply with its discovery obligations under Federal Rule of Criminal Procedure 16, the Jencks Act, and/or Brady v. Maryland, 373 U.S. 83 (1963) and Giglio v. United States, 405 U.S. 150 (1972).

## II.     Restrictions on Disclosure of Material

The Government moves that disclosure of § 6103 material only be allowed for purposes of defending this case, and that the defense only disclose such information to the defendants, their counsel of record, and the defense team; that such § 6103 materials be maintained only in the custody of defense attorneys or *pro se* defendants; that such materials shall not be reproduced or disseminated to third parties; and that upon request, such materials be returned to the government at the end of this case.  See Fed.R.Crim.P. 16(d)(1) (courts have the power to issue "protective and modifying orders" regulating discovery).

Nothing in this motion or in the Court's authorization should be construed as enlarging the Government's discovery obligations or creating any right to material not otherwise discoverable, as determined by the Government or as directed by the Court.

WHEREFORE, the United States requests that the court issue the attached order prohibiting the defense from disclosing such material except as otherwise permitted in the order.

DATED: March 21, 2011, at Denver, Colorado.

          Respectfully submitted,

          JOHN F. WALSH
          United States Attorney

          <u>s/Kevin F. Sweeney</u>
          By: Kevin F. Sweeney
          Trial Attorney
          Tax Division
          U.S. Department of Justice

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 22nd day of March, 2011, I electronically filed the foregoing **GOVERNMENT'S MOTION TO LIMIT THE DISCLOSURE OF § 6103 MATERIAL BY THE DEFENSE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

 Lisa Monet Wayne
 lmoney20@aol.com

 David L. Owen
 davidowen@lodopc.com


I also certify that I sent the foregoing via U.S. Mail to the following:

 Richard Kellogg Armstrong
 #20413-298
 Englewood Federal Correctional Institution
 Inmate Mail/parcels
 9595 West Quincy Avenue
 Littleton, CO 80123


           By: s/ *Kevin F. Sween*ey
              KEVIN F. SWEENEY
              Trial Attorney

4