IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      CURTIS L. MORRIS, and
2.      RICHARD KELLOGG ARMSTRONG,

        Defendants.

## ORDER

This matter comes before the Court upon the motion of the United States to limit the disclosure of tax returns and tax return information by the defense. After considering the motion and the file in this case, the Court finds good cause for the relief requested.

WHEREFORE, IT IS HEREBY ORDERED that the motion is granted. The attorneys for the Government have and must continue to disclose to the defendants or to their counsel of record tax returns and tax return information under 26 U.S.C. § 6103 in order to fulfill its statutory and Constitutional discovery obligations in this case.

IT IS ORDERED that disclosure of § 6103 material is solely for purposes of defending this case, and that the defense only disclose such information to the defendants, their counsel of record, and the defense team; that such § 6103 materials be maintained only in the custody of defense attorneys or *pro se* defendants; that such materials not be reproduced or disseminated to third parties; and that upon request, such materials be returned to the United States at the end of

this case.

      DATED: _____.


                                    _____
                                    HONORABLE ROBERT E. BLACKBURN
                                    United States District Judge