**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  CURTIS L. MORRIS,
2.  RICHARD KELLOGG ARMSTRONG, and
3.  LARRY RAY HALL,

     Defendants.

---

## MINUTE ORDER[1]

---

     The matter is before the court on the **Government's Motion To Limit The Disclosure of § 6103 Material By The Defense** [#168] filed March 22, 2011.  The motion is **STRICKEN** for it was filed out of time.  *See* the court's **Order** [#128], entered January 27, 2011, at page 2, paragraph 2, which requires non-CJA motions to be filed by February 28, 2011.  *See* the court's **Trial Preparation Conference Order** [#33] entered June 25, 2010, at page 1, footnote 2, which provides that "Non-CJA motions shall not be filed out of time without leave of court."

     Dated:  March 23, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.