**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. **RICHARD KELLOGG ARMSTRONG**,

      Defendants.

## MINUTE ORDER[1]

      The matter is before the court on defendant Armstrong's **Notice To The Courts To Recognize My Standing As One of We The People and Abide By The Constitution of 1787 and The Bill of Rights 1791,The Affiant Hereby Dissolves and Terminates Any Franchise Agreements Connected With The Birth Certificate or Trust Instrument Originating At The California State Registrar and Dismiss Case Nos. 10-cr-00317-REB and 10-cv-01073. As The Executor of The Richard Kellogg Armstrong Estate, I Am Directing The Court To Dismiss Both Cases With Prejudice and Challenges The Validity of The Indictments, The Validity of The Charges and The Authority of The IRS** [#175] filed March 25, 2011.  The court has construed this notice as a motion to dismiss.

      The motion is **STRICKEN** because it was filed out of time.  *See* the court's **Order** [#128] entered January 27, 2011, at page 2, paragraph 2, which requires non-CJA motions to be filed by February 28, 2011.  *See* the court's **Trial Preparation Conference Order** [#33] entered June 25, 2011, at page 1, footnote 2, which provides that "Non-CJA motions shall not be filed out of time without leave of court."

      Dated:  March 28, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.