TO:   UNTIED STATES DISTRICT COURT - DISTRICT OF COLORADO
ATTN:  Clerk of the Court-- et. al; FEDERAL CORPORATION Title 28 U.S.C. 3002(15)
C/O   U.S. Postal Service Address: Constitutional Township-- Republic
      901 NINETEENTH STREET [80294-3589] DENVER, COLORADO

In re:  UNITED STATES OF AMERICA V. RICHARD KELLOGG ARMSTRONG, Incorporate Case #: 10-cr-00317-REB

From:  Richard Kellogg Armstrong, a living, breathing, liable flesh-and-bllod man-- Sui-Juris (and not pro-se)

Subject:  Please firmly find attached copy of this document(s): ("Doc. #: 146") is hereby being returned unto this agency-- as the "...plaintiff" does not oppose my petition seeking dismissal of the indictment with prejudice.

* * * Notice to the Agent is Notice to the Principal and Notice to the Principal is Notice to the Agent * * *

That I, Richard Kellogg Armstrong, proceeding Sui-Juris and not pro-se, in special appearance and not by general appearance making a plea of: "...That I plea in bar corman non-judice" under protest, do hereby return unto this Court its presentment and offer to contract.  That I do hereby find the court's order to be in error, and the plaintiffs have failed to comply with this court's orders issued on March 1, 2011, as they relate to ("Doc. #: 146"), and the "plaintiff" shall be estoppel by silence.

Notice of Claim(s):

1.  That I have demonstrated that this court and its public servants lack subject matter and persona jurisdiction, herein the case at the bar;

2.  As such, these officers are proceeding in violation of their 'Oath of Office', and in violation of the united States of America's Constitution 1787 and the Honorable Bill of Rights 1791;

3.  These officers of the court proceeding under the "color of law" but without actual authority, have committed an 'ultra vires' act;

4.  That I do not accept your offer to contract, and I find your presentment to be prejudicial, and it is for these reasons that any orders issued by this court are ("illegal and void") on their face, for being unconscionable;

5.  This court issed an "...ORDER" unto the plaintiff to respond by a day certain (being March 14th 2011) as of the time of this writing, that I have recieved no response from the plaintiff.

Claims For Relief

Wherefore, this court is hereby instructed to immediately enter an "...order" ordering the indictment to be discharged with prejudice, and that I am to be immediately released unconditionally.   The officers of this court have committed fraud upon the court with this unlawful indictment, by and through, its representatives false, fraudulent, and erroneous claims.  Any attempt to continue and that I will be requiring this court and its officers to immediately make disclosure of their "evidence" and "proof of claims".  These officer's are to cease and desist with any further actions.

SEE--  Attached Exhibit:  An Affidaivt of Proof of Service is (available upon written request).

Done under necessity-- Signed & Dated on this   27th   day of   March  20_11_.

Without prejudice UCC  1-103 & 1-308 All Inalienable Rights Reserved

/s/ _Richard J Kellogg Armstrong_, flesh and blood man-- Sui-Juris (and not pro-se),
Richard Kellogg Armstrong-- Fully Authorized Representative [Agent] Attorney In Fact in the interest of: RICHARD KELLOGG ARMSTRONG, debtor's estate.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

### MINUTE ORDER[1]

---

The matter is before the court on defendant's **Notice of Cha**... **e of Jurisdiction and Demand For Dismissal With Prejudice For** ... **of My Civil and Constitutional Rights of 1787 and The Bill of Rights** ... **allenge of Title 18 as Not Constitutional Law and Challenge of** ... **Being an Agency of the United States Government and No**... **on by The D.O.J. I Explicitly Reserve My Rights UCC** ... **at Common Law [#144]**[2] filed February 17, 201... dismiss.

THEREFORE, IT IS ORDER...
motion by **March 19, 2011**, as ...
Trial [#77] entered Septem...

Dated: Febr...

[stamp: REFUSED FOR CAUSE Without Dishonor/UCC 3-501]

[handwritten annotations around stamp: "Refused For Cause Without Dishonor / Prejudice UCC 3-501 ... In special appearance, and not general appearance-- making a plea of: 'That I do hereby ...Refuse For Cause Without Prejudice' your offer to contract, and is timely being returned unto this agency, I find your presentment to be in error as: 1.) It is found to be in violation of one's Oath of Office-- an 'ultra vires' acts; 2.) Illegal and void on it face; and 3.) unconscionable. Nunc pro tunc: March 19th 2011. Anything that you have to say unto me must be in writing. That I do not consent to this transaction, or to be victimized my this agency and it public servants. Done under necessity-- Signed and Dated on this 25th day of March 2011. Exercising my Inalienable Rights -- Without prejudice UCC 1-103 & 1-308 All Rights Reserved-- flesh and blood man Sui-Juris and (not pro se), Restricted Signature /s/ Richard Kellogg Armstrong(c), Fully Authorized Representative (Agent) Attorney In Fact: Exempt Liabilities for the principal."]

---

[1] This minut... Blackburn, United Sta... , Robert E.

[2] "[#144]" is an ex... specific paper by the court's ... number assigned to a convention throughout this or... .em (CM/ECF). I use this.

Case Name *United States of America v. Richard Kellogg Armstrong*, Case Number: *10-cr-00317*

## AFFIDAVIT OF SERVICE
(Must be returned to Court)

That I, Ricahrd Kellogg Armstrong, does hereby declare, and certifies under the penalty of perjury-- as the Almighty God as my Witness, this presentment represents the truth, the whole truth, and nothing but the truth so help me god, to the best best of my knowledge and belief, that I deposited into the institutional mail, to be deposited into the-- U.S. Postal Service by prison official's on this 27th day of March 2011, proper postage pre-paid to the address(es), shown on the other side-----

[ X ] Sent By ... First Class Mail   THE UNITED STATES SUPREME COURT Hornorable: John Roberts
[ X ] 10TH CIRCUIT COURT - DISTRICT OF COLROADO Honorable: Chief Justice
[ X ] ARIZONA SUPREME COURT   Hornorable: Chief Justice
[ X ] NTERNATIONAL TRADE COURT Honorable: Chief Justice

The address(es) shown on the reverse side have the complete address(es):  At the time of the execution of this Affidavit a notary wasn't available-- upon notary services a copy may be obtianed obtained THE UNITED STATES SUPREME COURT upon written request.   Notary shall be completed as soon as possible.

Done under necessity-- Signed & Dated on this  27th  day of  March   2011

Done under necessity-- Signed & Dated on this    27th   day of     March   20 *11* .

Without prejudice UCC  1-103 & 1-308 All Inalienable Rights Reserved

/s/ *Richard D Kellogg Armstrong*, flesh and blood man-- Sui-Juris (and not pro-se), Richard Kellogg Armstrong-- Fully Authorized Representative [Agent] Attorney In Fact in the interest of: RICHARD KELLOGG ARMSTRONG, debtor's estate.

Fee $ _____ Mileage $ _____

_____
Signature of Process Server

_____
Name (Print or type)

Subscribed and affirmed, or sworn to before me in the County of _____, State of _____; this _____ day of _____, 20 _____.

My commission expires: _____

_____
Notary Public

### CERTIFICATE OF SERVICE BY MAILING
(To be performed by Clerk within three days of filing)

I hereby certify that on (date) _____, I mailed a true and correct copy of the MOTION AND ORDER FOR INTERROGATORIES – LONG FORM, by placing it in the United States Mail, postage pre-paid to the Defendant(s) at the address(es) listed above.

_____
Clerk of Court/Deputy Clerk



Richard K. Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

Legal Mail

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 29 2011
GREGORY C. LANGHAM
CLERK

U.S. District Court- Colorado
Gregory C. Langham, Clerk of the Court
901 19th Street, Room A105
Denver, CO 80294-3589

80294+2500