Return address (handwritten, upside down at top):
RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER
9595 QUINCY AVE.
LITTLETON, CO 80123

Addressee (handwritten):
LEGAL MAIL
GREGORY C. LANGHAM
CLERK
U.S. DISTRICT COURT COLORADO
KIMBERLY B. LANGHAM, CLERK OR THE COURT
901 19TH STREET, ROOM A105
DENVER, CO 80294-3589

Stamps: "ADDITIONAL POSTAGE FOR LG ENVELOPE LARGE RATE" (crossed out); Purple Heart stamps x3

Postmark: March 27th 2011

Court stamps:
RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 31 2011
GREGORY C. LANGHAM
CLERK

DOCKET # 169
10-317
CR

Sender label:
Richard Kellogg Armstrong #20413-298
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

HASLER 017H1552467 9
$0.78 0
Mailed From 80202
03/23/2011
US POSTAGE

Stamps on the envelope:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589
OFFICIAL BUSINESS

REFUSED FOR CAUSE
Without Dishonor/UCC 3-501

* * Returned to sender improper jurisdiction and venue * *
* * returned on ("03/27/2011") That I do not accept your offer to contract
BOP public servants opened this envelope unauthorized on 3/25/2011