**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

    Defendant.

**ORDER DENYING DEFENDANT ARMSTRONG'S
MOTION TO TERMINATE COURT APPOINTED ASSISTANCE OF COUNSEL**

**Blackburn, J.**

The matter is before me on defendant's **Notice To The District Court To Terminate and Withdraw Court Appointed Assistance of Counsel, David L. Owen, For Cause For His Refusal To Recognize My Constitutional Rights or My Sovereignty** [#137][1] filed February 4, 2011.  I deny the motion.

Because Mr. Armstrong is proceeding *pro se*, I continue to construe his papers liberally.  *See Erickson v. Pardus*, 551 U.S. 89, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972)).  I construe this paper to constitute a motion to dismiss David L. Owen, Jr., Esq., as advisory and standby counsel for Mr. Armstrong.

Some historical perspective is necessary. The chronology of relevant events is

---

[1] "[#137]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

as follows. On June 18, 2010, Richard K. Kornfeld, Esq., was appointed to represent Mr. Armstrong. *See* [#19]. On January 5, 2011, Mr. Kornfeld filed a motion to withdraw. *See* [#104], which was granted that same day. *See* [#106].

On January 7, 2011, David L. Owen, Jr., Esq., was appointed to represent Mr. Armstrong. *See* [#107]. On January 12, 2011, Mr. Owen met with Mr. Armstrong. *See* Motion at 1 [#113] filed January 18, 2011. Following that meeting, Mr Armstrong prepared and filed what is tantamount to a motion to terminate the attorney-client relationship between Mr. Owen and himself. *See* [#113].[2] The motion was denied on January 19, 2011. *See* [#115].

On January 27, 2011, I conducted a hearing during which, *inter alia*, Mr. Armstrong waived his right to counsel and exercised his right to self-representation. *See* [#128 & 129]. Mr. Armstrong requested the appointment of advisory counsel. Over Mr. Armstrong's objection I appointed Mr. Owen to serve as advisory and standby counsel. *See id.* Finally, Mr. Armstrong filed his motion to dismiss Mr. Owen as advisory and standby counsel. *See* [#137] filed February 4, 2011.

In his motion, Mr. Armstrong does not provide any cogent factual or legal basis to justify or warrant the dismissal of Mr. Owen as advisory or standby counsel. In his inimitable, rambling fashion, Mr. Armstrong complains that Mr. Owen should be dismissed because Mr. Owen disagrees apparently with Mr. Armstrong's views concerning such issues as "the U.S. monetary system," the legal status of the IRS, individual sovereignty, "declared citizenship," and the standing of the United States.

---

[2] This motion is dated January 12, 2011, and was filed January 18, 2011.

Thus, on the relevant record, considered as a whole, I conclude ultimately that the motion should be denied.

**THEREFORE, IT IS ORDERED** that defendant's **Notice To The District Court To Terminate and Withdraw Court Appointed Assistance of Counsel, David L. Owen, For Cause For His Refusal To Recognize My Constitutional Rights or My Sovereignty** [#137] filed February 4, 2011, is **DENIED**.

Dated April 6, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

3