IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             April 7, 2011

Deputy Clerk:     Nel Steffens
Court Reporter:   Suzanne Claar

**Criminal Action No.  10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
|  | Kevin Sweeney |
| Plaintiff, |  |
| v. |  |
| 1.  CURTIS L. MORRIS, | Lisa Wayne |
| 2.  RICHARD KELLOGG ARMSTRONG, | *Pro Se* |
| Defendant. |  |

## COURTROOM MINUTES

**Motion Hearing on #153**

**1:43 p.m.     Court in session.**

Appearances of counsel.  Also seated at government's table is Special Agent Greg Tafoya.

Defendants are present in custody.

Opening statements by the court.

Argument by Ms. Wayne.

Colloquy between the court and Ms. Wayne.

Response by Mr. Harmon.

Further argument by Ms. Wayne.

Further response by Mr. Harmon.

> **IT IS ORDERED** as follows:
>
> 1. That **Defendant Morris' Unopposed Motion for Additional Time To File Motions as a Result of the Superseding Indictment Filed February 15, 2011 (Doc. #140)** [#153] filed February 28, 2011, is **GRANTED** consistent with the following orders;
>
> 2. That defendant Morris shall have until **April 14, 2011**, by which to file additional non-CJA pretrial motions, anticipated to include, but not necessarily be limited to, a motion to dismiss the Superseding Indictment, a motion to sever, and a motion to suppress the search occurring in the summer of 2009;
>
> 3. That the government and defendant Armstrong shall have until **April 28, 2011,** by which to file a response to any timely-filed motion by defendant Morris; and
>
> 4. That the government and defendant Armstrong shall have until that same date, **April 28, 2011**, by which to file a response to defendant Morris' **Motion To Exclude Time Within Which the Trial for the Offenses Charged in the Superseding Indictment Must Commence Pursuant to 18 U.S.C. § 3161(h)(7)(B)(I) and Continuance of Deadlines Currently Set** [#191] filed April 6, 2011.

Colloquy between the court and Mr. Harmon regarding the government's previously stricken motion as to protective order.

Colloquy between the court and defendant Armstrong regarding trial date and preparation for trial.

Court directs courtroom deputy clerk to provide copies of recent orders to defendant Armstrong.

**2:30 p.m.    Court in recess.**

Total time in court:   00:47

Hearing concluded.