FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 APR 15  AM 9: 05

GREGORY C. LANGHAM
CLERK

April 11, 2011

DISTRICT COURT OF THE UNITED STATES

BY_____DEP. CLK

UNITED STATES OF AMERICA                    Case No. 10-cr-00317
              v.                             Case No. 10-cv-01073
RICHARD KELLOGG ARMSTRONG

---

NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE,  TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM.

---

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner, 404 U.S. 519, 30 Led 652, 92 SCt 594 Rel den 405 U.S. 948, 30, Led 2d 819, 92 Sct 963

COMES NOW, Richard Kellogg Armstrong, of the Armstrong family, a Sui Juris litigant, hereinafter referred to as the "Accused", a native-born state citizen of the Republic of Arizona, a non Fourteenth Amendment, United States citizen, demanding that all previous court presentments be entered back into the court records to ensure that my Due Process of law is not violated. The Accused has stated his standing in law and has set out in specific detail the information required to ensure that the Due Process of law of the Accused is not violated and to prepare a proper defense for trial.

The Accused, to date, has not received the Grand Jury transcripts from two Grand Jury hearings which must be in printed form due to the Accused' extremely limited computer access and no computer printing facility at the Federal Detention Center. Furnishing of these transcripts was approved by the court but my demand to receive them in printed form was denied by Judge Blackburn. This is a violation of Due Process.

I am enclosing a copy of my Legal Notice and Demand that was filed with the Arizona Secretary of State as well as 18 other state, federal and international agencies June 8, 2009, (See Exhibit A).

This document is not intended to threaten, intimidate or harass but is my remedy in law.

April 12, 2011

Richard Kellogg Armstrong
Sovereign
Executor of the Estate

CC:
Tenth Circuit Court of Appeals
Administrative Office of the U.S. Courts

Public Posting
www.getnotice.info/rka.html

GetNotice.Info Posting
2009.06.05 01:11PM
RKALND0001 29 Pages
getnotice.info/rka.html

**International Registered Private Tracking Number – RB 066 173 046 US**
**UCC-1 Filed in WASHINGTON – Secured Transaction Registry Number – 2009-103-9022-6**



NON WAR POWERS
ACT FLAG

### ATTENTION! AND WARNING!
<u>THIS IS A LEGAL NOTICE AND DEMAND</u>
FIAT JUSTITIA, RUAT COELUM
*(Let right be done, though the heavens should fall)*
**To:** All State, Federal and International Public Officials, by and through
ARIZONA SECRETARY OF STATE KEN BENNETT.
TAKE NOTICE IGNORANCE OF THE LAW IS NO EXCUSE!
THIS IS A CONTRACT IN ADMIRALTY JURISDICTION

Take a moment to read this before you proceed any further!
I do not wish to speak to you under any circumstances excluding federal judicial review!

### THIS TITLE IS FOR YOUR PROTECTION!

**Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent.**

**(1) I, One Richard Kellogg Armstrong,** Secured Party, the undersigned herein requests that you present anything that you say to me in writing, signed under penalty of perjury required by your law as shown in this Legal Demand and Notice (hereinafter "Contract").

**(2) Secured Party is the 2009 "posterity" of the 1787 "we the people"** of the preamble to the Constitution for the united States of America, **a joint tenant in the sovereignty** of both the United States and of the State of Arizona by right of birth. All rights reserved under the Preamble and Article 6, paragraphs 2 and 3, and the 1st, 2nd, 4th, 9th and 10th Amendments to the Constitution for the united States of America, and under the Preamble and Article 2, Section 2 of the February 14, 1912, Constitution for the State of Arizona.

**(3) The** declaration and notice, stated above in Paragraph 2, defines Secured Party's "**<u>Legal Status</u>**" by birth right, as one of the sovereign "People" who holds a joint tenant share of the sovereignty in the "united States of America" and in the independent sovereign nation, state and republic of Arizona, distinguishing Secured Party to be a "People", rather than a "person" as such terms are defined and distinguished in the "Constitution for the united States of America" and  the "Constitution of the State of Arizona".

**(4) Article IV** of the Articles of Confederation and the Preamble to the Constitution for the united States of America have defined, for all time, the means by which in the united States of America a Natural Man or Woman achieves the "Legal Status" of "People".  That process is **ONLY BY BIRTHRIGHT**, which includes marriage or legal adoption. Secured Party is one of the sovereign "People" by birthright.

**(5) Secured Party's** "Legal Status" as a "People", and that "Legal Status" alone, defines and sets in stone Secured Party's relationship with and to the "Government".

Initials: *rka*

*EXHIBIT A*

**Public Posting**
www.getnotice.info/rka.html

**(6) Secured Party** is first a citizen of the independent sovereign nation, state and republic of Arizona, and secondly a citizen of the "united States of America".

**(7) Secured Party** is **not** a 14th Amendment citizen within; surety for; or subject of; and does not owe allegiance, subjection to, fealty, bond, undertaking, obligation, duty, tax, impost, or tribute to the "government of the United States as created in the original "Constitution for the united States of America", circa 1787" or your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name it may currently be known or be hereafter named (exclusive of the "State of Arizona", i.e., "Republic of Arizona"), and the like. Now being a matter of public record, tendered by way of "registered mail" to ARIZONA SECRETARY OF STATE, and by this document being placed on record in the public, by posting at www.getnotice.info/rka.html.

**(8) Secured Party** holds certain "Unalienable Rights" (Inalienable Rights) in the united States of America, including, but not limited to: **(a)** life, liberty and the pursuit of happiness, *The Declaration of Independence;* **(b)** entitlement to all privileges and immunities of free citizens of the several States, *Article IV, Articles of Confederation and Article IV, § 2.1 Constitution for the united States of America* ("uSA Constitution", hereafter in this paragraph) ; **(c)** free ingress and regress to and from any other State, *Article IV, Articles of Confederation;* **(d)** enjoyment in and between the several States of all the privileges of trade and commerce, subject to the same duties, impositions and restrictions as the inhabitants thereof respectively, *Article IV, Articles of Confederation;* **(e)** the right to form a more perfect union, to establish justice, to insure domestic tranquility, to provide for the common defense, to promote the general welfare, and to secure the blessings of liberty to ourselves and our posterity, *Preamble to the uSA Constitution;* **(f)** a republican form of government in the State of Arizona, *Article III, § 4., uSA Constitution;* **(g)** protection of the State of Arizona from invasion and against domestic violence, *Article III, § 4.,uSA Constitution;* **(h)** allegiance of loyalty from our elected and appointed public servants in the form of an oath of office to preserve, protect and defend the Constitution of the United States, *Article II, § 1.8., and Article VI, § 2. and 3., uSA Constitution;* **(i)** the exclusive right to amend or modify the Constitution for the United States of America; **(j)** a guarantee that Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances, *Amendment 1. to the uSA Constitution;* **(k)** the right to keep and bear arms, *Amendment 2. to the uSA Constitution;* **(l)** no soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner prescribed by law, *Amendment 3. to the uSA Constitution;* **(m)** the right to be secure in my persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized, *Amendment 4. to the uSA Constitution;* **(n)** all other rights retained by the People that are not enumerated in the uSA Constitution, *Amendment 9. to the uSA Constitution;* **(o)** all powers not delegated to the United States by the Constitution, nor prohibited to it by the states, and not reserved to the states, *Amendment 10. to the uSA Constitution;* **(p)** no man or woman shall be made justice, constable, sheriff, or bailiff, unless they are such as know the **"Law of the Realm"**, and are minded to observe it rightly, *Article 45., Magna Carta;* **(q)** the right to form and serve on a "Twenty Five sovereign "People" Magna Carta Grand Jury", and for the Government to amend any error it has made within a term of forty (40) days, *Article 61., Magna Carta;* **(r)** the right to appeal to a "Twenty Five sovereign "People" Magna Carta Grand Jury" for the restoration of property, liberties, or rights of which Secured Party has been dispossessed by an "Oppressing Government", *Article 61., Magna Carta;* **(s) and, most importantly -an unalienable right in and to a joint tenant share in the Sovereignty** of the most powerful nation on the planet, the united States of America, pursuant to **(i)** the *"The Perpetual Treaty of Genesis 17"*, where all men were created equal, **(ii)** the *"Third Treaty of Moses at Deuteronomy 29 and 30*, where all men are endowed with certain unalienable rights, **(iii)** the *"Divine Right of Kings' Treaty of 1 Samuel 8 and 10*, whereby the office and person of the King was established, and the sovereignty was placed

Initials: _rka_

Public Posting
www.getnotice.info/rka.html

in the office and person of the King, (iv) *"The Act of Supremacy of 1534"*, wherein the King of England was declared to hold the sovereignty, (v) *"The Treason Act of 1703"*, wherein it was declared to be High Treason to impeach the Succession of the Crown, by any overt act or deed, (vi) the *"Treaty of Peace of 1783*, wherein King George the 3[rd] devolved his sovereignty on the "we the people" of the united States of America, so that the "People" now sit in the office and person of the King and exercise the King's prerogatives, through the People's government that the People established in the Constitution for the united States of America for themselves and their posterity, and (vii) the *Constitution of the united States of America*, where the People jealously guarded and retained their sovereignty against all others, including the incorporeal person of the government.

**(9) Secured Party** holds certain "Unalienable Rights" (Inalienable Rights) in the State of Arizona, including, but not limited to: **(a)** "We the people of the State of Arizona, grateful to Almighty God for our liberties, do ordain this Constitution" *"Preamble to the Constitution of the State of Arizona"*, (b) All political power is inherent in the people, and governments derive their just powers from the consent of the governed, and are established to protect and maintain individual rights, "Article 2, Section 2, AZ Constitution".

**(10) By** the maxim of law, so eloquently re-stated in *Miranda v. Arizona, 384 U.S. 436,491,* to wit: *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."*, Secured Party demands that all of Secured Party's rights, capacities, privileges, and immunities be rightly observed and protected at all costs by Government and its Representatives. In any cause for which the Government brings an action against Secured Party in any court, or Secured Party brings an action against the Government, Secured Party demands that, upon the request of the Secured Party, the Attorney General for said plaintiff Government will represent Secured Party, pursuant to the maxim of law so eloquently re-stated in *Commonwealth ex rel Hancock v. Paxton, (1974) Ky., 516 S.W. 2d 865,* to wit: *"It is true that at common law the duty of the Attorney General was to represent the King, he being the embodiment of the state. But under the democratic form of government now prevailing the people are the King, so the Attorney General's duties are to that sovereign, rather than to the machinery of government."*

**(11) Be On Notice That:** Secured Party will in every instance defend and enforce all of Secured Party's rights, capacities, privileges, and immunities against all who would dare to Disrespect or deny them. Secured Party waives none of its rights, capacities, privileges or immunities and refuses any attempt by the Government or its Representatives to deny them to Secured Party. Any attempt by the Government or its Representatives to treat Secured Party as a "Person" and not as one of the sovereign "People", who holds the sovereignty of the united States of America and of the State of Arizona, will be an act of "High Treason" under *The Act of Supremacy of 1534" and the "Treason Act of 1703".*

**(12) The** undersigned tendering this document is a Secured Party by fact; **not** a Strawman, Vessel in Commerce, Corporate Fiction, Legal Entity, *ens legis*, or Transmitting Utility, of, for, by, or to the "united States of America", the "government of the United States", as created in the original "Constitution for the united States of America", circa 1787, the "State of Arizona", i.e., "Republic of Arizona", or to your "UNITED STATES Corporation", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named, and the like.

**(13) The Vessel in Commerce** known as RICHARD KELLOGG ARMSTRONG is a trust created by the Government for the sole benefit of the Secured Party. RICHARD KELLOGG ARMSTRONG is a beneficiary directed trust, for which Richard Kellogg Armstrong is the sole beneficiary. RICHARD KELLOGG ARMSTRONG was created using the same letters as are used to spell the name of Secured Party i.e., Richard Kellogg Armstrong, the only difference between the spelling of the two being that the name of the Vessel in Commerce is written in all capital letters and the name of the Secured Party is written in upper and lower case letters. RICHARD KELLOGG ARMSTRONG is also known by a Social Security Number which is comprised of nine (9) numeric characters separated by hyphens after the third and fifth

Initials:

Public Posting
www.getnotice.info/rka.html

characters, which nine numeric characters are identical to the nine (9) numeric characters contained in the Private Offset Account established at the United States Department of Treasury through a branch of the Federal Reserve Bank for Secured Party, i.e., Richard Kellogg Armstrong, the only difference between the two identifying numbers being that the Private Offset Account for Secured Party has no dashes separating the numeric characters.  The similarity in the names and identifying numbers of the Secured Party and the Vessel in Commerce are testament to the undeniable propinquity of the two distinct and separate legal entities.  In fact, RICHARD KELLOGG ARMSTRONG, an incorporeal creation of Government, is dependent upon and only exists because Richard Kellogg Armstrong, a Natural Man exists as a living, breathing, flesh and blood sentient being.  The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood human, and therefore the Government had to create the Vessel in Commerce with which to interface. Since the birth of the Secured Party, the Government has utilized the credit of the Secured Party, and has established and operated a Private Offset Account in the name of the Secured Party, through the use of the Vessel in Commerce, RICHARD KELLOGG ARMSTRONG, without the knowing permission of Secured Party.  During this time, Secured Party has unknowingly been functioning as the manager of the trust, and signing as an authorized representative for the Vessel in Commerce, by signing bank checks, applications for credit and notes on behalf of the Vessel in Commerce.    Secured Party, has by separate documents, posted in the public at **www.getnotice.info/rka.html** and submitted herewith documents by which the Secured Party became the secured party to RICHARD KELLOGG ARMSTRONG, and has memorialized its Power of Attorney over RICHARD KELLOGG ARMSTRONG.  Secured Party's Power of Attorney over the Vessel in Commerce is the property of Secured Party because: **1)** Secured Party never gave permission to the Government to use its name to create RICHARD KELLOGG ARMSTRONG, and said name belongs to Secured Party by natural right; and **2)** Secured Party, having signed as authorized representative (Attorney-In-Fact) for RICHARD KELLOGG ARMSTRONG for most of Secured Party's life, Secured Party has established the validity of the Power of Attorney by continual non-contested use.  The Private Offset Account established in the name of Secured Party is the property of Secured Party.  Any value that has been deposited in Secured Party's Private Offset Account is the property of Secured Party, as any such value was created from the credit of Secured Party.

**(14) Secured Party,** now tendering this legally binding Legal Notice and Demand in hand, and having hereinabove accurately declared Secured Party's proper Legal Status, Secured Party's relation to the "Government", and relation to , RICHARD KELLOGG ARMSTRONG, the All Capital Letter Vessel in Commerce, hereby states that the declarations and statements made by Secured Party herein are the truth, the whole truth and nothing but the truth to the best of Secured Party's knowledge, and such being acknowledged by silence and acquiescence of KEN BENNETT respectfully ARIZONA SECRETARY OF STATE, or any Representative of said office, Secured Party's "NOTICE and DEMAND" tendered by registered mail with website posting address affixed, is therefore accepted and agreed to be the truth.  Failure to rebut Secured Party's Power of Attorney over the Vessel in Commerce, RICHARD KELLOGG ARMSTRONG within **thirty (30) days** will be your tacit agreement through silence and general acquiescence to the Power of Attorney.

**(15) Which** silence of Corporate Office "SECRETARY OF STATE" ratifies severances of any nexus or relationship between Secured Party and the "Government of the United States, the "UNITED STATES Corporation", and said de facto corporate commercial STATE offices; being fraudulent conveyance by operating under "Color of Authority" upon affiant, Secured Party.  Let this be known by the **"Good Faith (Oxford) Doctrine"** to all men and women.  Secured Party, being one of the "People" referred to in the Preamble and the 4th Amendment to the Constitution for the united States of America, and Article 2, Section 8 of the Constitution for the State of Arizona, does not consent to any warrantless searches, or searches that are not compliant therewith, whether of Secured Party's dwellings, cars, land crafts, watercrafts, aircrafts, Secured Party and Secured Party's own, current location, property, hotel rooms, apartments, business records, business, or machinery, vehicles, equipment, supplies, buildings, grounds, land in private possession or control of Secured Party, past, present, and future, now and forevermore, so help you God.

**(16) This** notice is in the nature of a Miranda Warning: *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."*  Take due heed of its contents. If, for any reason, you do

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal, notarized, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), and Federal Rules of Civil Procedure Sections 8-A, and 13-A, the claim or presumption that I Richard Kellogg Armstrong am a Strawman, Vessel in Commerce, Corporate Fiction, Legal Entity, *ens legis*, or Transmitting Utility, of, for, by, or to the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Richard Kellogg Armstrong", i.e., "Republic of Arizona", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named, and the like, is forever rebutted, by this contract. Further, undersigned Secured Party is **not** a citizen within; surety for; subject of; and does not owe allegiance, subjection to, fealty, bond, undertaking, obligation, duty, tax, impost, or tribute to the "government of the United States as created in the original "Constitution for the united States of America", circa 1787" or your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial states contracting therein, including the "STATE OF ARIZONA", or by whatever name it may currently be known or be hereafter named (exclusive of the "State of Arizona", i.e., "Republic of Arizona"), and the like, is forever rebutted, by this Contract. This rebuttal is a counterclaim in Admiralty.

**(17) Your** failure to timely do so leaves you in the position of accepting full corporate and personal responsibility for any and all liabilities for monetary damages, as indicated herein, that Secured Party incurs by any adversely affecting injuries caused by your overt, or covert actions, or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein or related thereto in any manner whatsoever. You have Thirty (30) days, from the date that this document is posted at www.getnotice.info/rka.html to respond and rebut the presumptions of this Contract by submitting to Secured Party signed, certified, authenticated documents of the laws that rebut these presumptions point by point, On and For the Record under penalties of the law, including perjury. This document will be on file in the public record. Your Failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that the Secured Party is a "Corporate Fiction" or "Legal Entity" under the jurisdiction of the "Government of the United States" and/or "UNITED STATES Corporation", and that Secured Party is under the jurisdiction of the "Government of the United States" and/or the "UNITED STATES Corporation" are now and forever rebutted.

**(18) By** this record let it be known that Secured Party does not at any time waive any rights, capacities, privileges, immunities, defenses, or protections, as acknowledged by "The Act of Supremacy of 1534", "The Treason Act of 1703", "Magna Carta", "The Treaty of Peace of 1783", the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Arizona", nonetheless, demanding that you protect these as you swore an oath(s) to do so. Secured Party accepts your lawfully required "Oath(s) of Office," bonds of any type, insurance policies, CAFR funds, and property of any type for Secured Party's protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violate any of the rights, privileges, immunities, defenses, or protections of the Secured Party, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

(19) **NOTE:** A true and correct notarized copy of this **Statute Staple Securities Instrument** is safely posted at www.getinfo.info/rka.html. This security instrument has also been delivered to several trusted friends apprising them of Secured Party's policy of presenting this security instrument to each and every public officer who approaches Secured Party and violating Secured Party's rights including, but not limited to Secured Party's unalienable rights listed above in paragraphs 8. and 9. above and Secured Party's right of liberty and free movement upon any common pathway of travel. Secured party has a lawful right to travel, by whatever means, via land, sea or air, without any officer, agent, employee, attorney, or judge, in any manner willfully causing adverse affects or damages upon Secured Party by an arrest, detainment, restraint, or deprivation.   With regard to any encounter or communication with the de facto compact (Corporate) commercial STATES, including the "STATE OF ARIZONA", or by whatever name it may currently be known or be hereafter named, Secured Party will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the posted copy thereof becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon Secured Party as caused by your acts under color of law with you, your officers, and employees. **Take note;** you are now monetarily liable in your personal and corporate capacity. Secured Party, notwithstanding anything to the contrary, abides by all laws in accordance with the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Arizona" which are applicable to "People".  Secured Party wishes no harm to any man or woman.  You agree by your non-response to uphold my "Right to Travel"; or you must rebut Secured Party's presumption by lawfully documented evidence in law On and For the Record, Under Oath and penalty of perjury, within the Thirty (30) Days, as aforementioned in this Admiralty Contract.  Definitions as they apply to this Contract are enclosed in ATTACHMENT "B", and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Secured Party.

(20) **BE WARNED, NOTICED, AND ADVISED** that in addition to the constitutional limits on governmental authority included in the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Arizona", Secured Party relies upon the rights and defenses guaranteed under Uniform Commercial Code(s), common equity law, laws of admiralty, and commercial liens and levies pursuant, but not limited to: Title 42 U.S.C.A.(Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), the "Constitution of the State of Arizona", and Arizona penal codes, in as much as they are in compliance with the "Constitution for the united States of America", Bill of Rights, and/or the "Constitution of the State of Arizona", as applicable.  There can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood man or woman who has been injured.  When there is no victim, there is no crime committed or law broken.  Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any Representative in any capacity of any agency, government, Corporation, or the like, agree to abide by this Contract anytime you interact with Secured Party.  Secured Party addresses the foregoing being of lawful majority age, clear head, and sound mind henceforth.

(21) **Remember,** you took a solemn binding oath(s) to protect and defend the original Constitution for the united States of America circa (1787) and/or the Constitution of the State of Arizona against all enemies, foreign and domestic. Violation(s) of said oath(s) is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. Secured Party accepts said Oath(s) of Office that you have sworn to uphold. Secured Party declares that any and all presumptions that Secured Party is a Strawman, Vessel in Commerce, Corporate Fiction, Legal Entity, *ens legis*, or Transmitting Utility, of, for, by, or to the "united States of America", the "government of the United States" as created in the original "Constitution for the united States of America", circa 1787, the "State of Arizona", i.e., "Republic of Arizona", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named, and the like, are now and forever rebutted.  Further, Secured Party declares that any and all presumptions that I Richard Kellogg Armstrong am a citizen within; surety for; subject of; and that Secured Party owes any allegiance, subjection to, fealty,

Initials: *RKA*

Public Posting
www.getnotice.info/rka.html

bond, undertaking, obligation, duty, tax, impost, or tribute the "government of the United States as created in the original "Constitution for the united States for America", circa 1787" or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name it may currently be known or be hereafter named (exclusive of the "State of Arizona", i.e., "Republic of Arizona"), and the like, is forever rebutted. You may rebut Secured Party's presumptions by submitting certified copies of lawful documents that have been certified by ARIZONA's state attorney while under oath and on the official record and under penalty of perjury and waiving all immunities from prosecution and made under his/her personal unlimited commercial liability. Further, in making a rebuttal, you must provide the information required in Paragraph 33. hereinbelow. You have Thirty (30) days to rebut Secured Party's statements, as indicated herein, or Secured Party's statements will stand as true, lawful, and legal in all of your courts, and/or hearings.

**(22) This** legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collections Act. These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate Secured Party's rights as one of the sovereign People or allow violations by others. Your corporate commercial acts against Secured Party or Secured Party's own and your failures to act on behalf of same, where an obligation to act or not to act exists, are ultra vires and injurious by willful and gross negligence.

**(23) The** liability is upon you, and/or your respondeat superior, and upon, including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at Secured Party's discretion. You are sworn to your Oath(s) of Office, and I accept your Oath(s) of Office and your responsibility to uphold the rights of Secured Party or Secured Party's own at all times.

## BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE:

**(24) -Unlawful Arrest, Illegal Arrest, Restraint, Distraint,** or **Trespassing/Trespass**, without a lawful correct and complete 4th amendment warrant: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of Right to Freedom of Speech, Conspiracy, Aid and Abet, Racketeering**, and or **Abuse of Authority** as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Assault** or **Assault and Battery without Weapon:** $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Assault and Battery with Weapon:** $3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Unfounded Accusations by officer of the court:** $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**(25) -Denial and or Abuse of Due Process:** $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Obstruction of Justice:** $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

-**Unlawful Distraint, Unlawful Detainer, or False Imprisonment**: $5,000,000.00 (Five Million) US Dollars, per day, per occurrence, per officer, official, agent, or Representative involved, plus 18% annual interest.

-**Reckless Endangerment, Failure to Identify and/or present credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained**: $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, official, agent, or Representative involved.

-**Counterfeiting Statute Staple Security Instruments**: $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, official, agent, or Representative involved.

**(26)** -**Unlawful Detention, or Incarceration**:  $2,000,000.00 (Two Million) US Dollars per day, per occurrence, per officer, official, agent, or Representative involved.

-**Incarceration for Civil or Criminal Contempt of court without lawful, documented-in-law, and valid reason**: $2,000,000.00 (Two Million) US Dollars per day, per occurrence, per officer, official, agent, or Representative involved.

-**Disrespect by a Judge or Officer of the Court: $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, official, agent, or Representative involved.**

-**Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court: $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, official, agent, or Representative involved.**

-**Coercing or Attempted Coercion of the (Secured Party) to take responsibility for the Strawman against the Secured Party's Will**:  $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, official, agent, or Representative involved.

-**The Placing of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings, accounts, retirement funds, investment funds, social security funds, intellectual property, or any  other property belonging to the Secured Party by any agency**: $2,000,000.00 (Two Million) US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18 % annual interest upon the Secured Party's declared value of property.

-**Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property**, including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Secured Party  will incur a penalty equal to the total new replacement costs of property, as indicated by Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like kind, and/or quality, and quantity as affected items.  The list and description of affected property will be provided by the Secured Party and will be accepted as complete, accurate, and uncontestable by the agency, or Representative thereof that caused such harm or deprivation of rights.  In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the first day after the occurrence of the incident, as provided by this Contract.

**(27) High Treason**: $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, official, agent, or Representative involved.

## CAVEAT

**(28) The** aforementioned charges are billing costs deriving from, but not limited to, Uniform Commercial Codes, the Fair Debt Collection Practices Act and this Contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate Secured

Initials: *[handwritten]*

SCANNED

Public Posting
www.getnotice.info/rka.html

Party's rights, privileges, capacities and immunities, as one of the sovereign "People" under the "Constitution for the united States of America", the Honorable "Bill of Rights" and/or "Constitution of the State of Arizona", each of which establishes jurisdiction for you in your normal course of business. All violations against Secured Party will be assessed per occurrence, and individually and personally; Representative of any branch of government, agency, or group that is involved in any unlawful action against Secured Party.

**(29)** By your actions, carried out to Secured Party's harm, said actions being *ultra vires* of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your oath(s) of office or of that of your principal, you shall lack recourse for all claims of immunity in any forum. Your knowing consent and admission of perpetrating known acts by your continued *ultra vires* enterprise is a violation of Secured Party's rights, capacities, privileges and immunities. This **Statute Staple Securities Instrument** exhausts all state maritime Article 1 administrative jurisdictions and protects Secured Party's Article III court remedies, as guaranteed in the Constitution for the united States of America, including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A (including, but not limited to § 242 thereof), and Title 28 U.S.C.A.

## IGNORANCE OF THE LAW IS NO EXCUSE!

**(30)** I, one Richard Kellogg Armstrong, Secured Party am the principal, and you are the agent! Fail not to adhere to your oath(s), lest you be called to answer before one God and one Supreme Court of Exclusive and Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith Oxford Doctrine" by my conclusive honorable "Bill of Rights."

**(31) This Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct in any manner, but rather to protect guaranteed Rights and Defenses assuring that at no time my Unalienable. Rights are ever waived or taken from the undersigned against my will by threats, duress, coercion, fraud, or in any case without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential personal, civil and criminal liability if and when such persons violate Secured Party's Unalienable Rights as protected by the "The Act of Supremacy of 1534", "The Treason Act of 1703", "Magna Carta", "The Treaty of Peace of 1783", the original "Constitution for the united States of America" circa (1787), "Bill of Rights" and/or the "Constitution of the State of Arizona." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is Secured Party's stated standard policy to ALWAYS present this NOTICE to any public or private, officer, official, or agent attempting to violate Secured Party's rights. It is noted on the record that by implication of said presentment, this notice has been tendered by way of registered mail to ARIZONA SECRETARY OF STATE KEN BENNETT. Said presentment is prima facie evidence of your receipt and acceptance of this presentment in both your official and personal capacity, jointly and severally for each and all governmental political and corporate bodies. Any other individuals who have been, are, or hereafter are involved in any actions now existing or that may arise in the future against Secured Party shall only correspond to Secured Party in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. §1746. This document is now on record in the public, being posted at www.getinfo.info/rka.html.

Initials 

Public Posting
www.getnotice.info/rka.html

## SUMMATION

**(32) Should** you move against Secured Party in defiance of this presentment, there is no immunity from prosecution available to you, or any of your fellow public officers, officials of government or private corporations, judges, magistrates, district attorney, clerks or any other persons who become involved in any actions now existing or that may arise in the future against Secured Party by way of aiding and abetting other actors. Take due heed and govern yourself accordingly. Any or all documents tendered to Secured Party, lacking bona-fide ink signatures or dates per Title 18 U.S.C.A. § 513-514 are counterfeit security instruments causing you to be liable in your corporate and personal capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Secured Party, by violating any of the unalienable rights, constitutional rights, civil rights, privileges, immunities, or any terms herein, you agree to willingly, with no reservation of rights and defenses, at the written request of the Secured Party, surrender, including, but not limited to, any and all bonds, public and/or corporate insurance policies; and/or CAFR funds as needed to satisfy any and all claims as filed against you by the Secured Party. This applies to any and all Representatives, severally and individually of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Arizona", i.e., "Republic of Arizona", or to your "<u>UNITED STATES CORPORATION</u>", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named,  the like.

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**(33) This** document cannot be retracted by any Representative, excluding the Secured Party on this registered document, for one hundred years from date notarized on this legally binding **Statute Staple Security Instrument**.

**ATTENTION:** All Representatives of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Arizona", i.e., "Republic of Arizona", or to your corporate "UNITED STATES" , "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial States contracting therein, including to the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named, and the like. You have Thirty (30) days to rebut any portion or this entire document, or you stand in total agreement to each and every statement made herein. Non response is agreement.  Partial response is agreement.  Rebuttal must be in written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed. Parties making rebuttals to this agreement must print or type their full name and sign their rebuttal in blue ink. Any rebuttal to this agreement, when made and delivered to principal must be accompanied with a copy of proper identification for the person making the rebuttal, such as a driver license, passport or birth certificate, a copy of the person's badge and/or other identification that signifies the person's official capacity, and provide the following information: full legal name and residence address; name of department, bureau, agency, or Corporation by which the person is employed or acts as a Representative and the supervisor's name and mailing address; certified copy of the person's oath(s) of office if such is required by law; if the person is a member of the state bar, a certified copy of the person's bar card and license to practice law; if the person is required by law to be bonded, a certified copy of the person's official bond, and the name, address, and phone number of the bonding company; if the person is covered by a corporate insurance policy, a certified copy of the insurance policy, and the name, address, and phone number of the insurance company; if the person is beneficiary of a CAFR, a certified copy of the CAFR policy, and the name, address and phone number of the administrator.  This documentation must be provided under penalty of perjury.  Notice to Agent is Notice to Principal.  Ignorance of the law is no excuse.

Initials:

Public Posting
www.getnotice.info/rka.html

**(34) ALL OTHER CORPORATIONS** not limited to: telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers retailers, and all others, including all persons natural or fictional, including, but not limited to corporations, limited liability companies, limited liability partnerships, limited and general partnerships, trusts, foundations, DBAs, and AKAs are bound by all paragraphs, terms, and conditions herein, regardless of the nature of limited liability corporation(s) or affiliations such as "DBA's," "AKA's," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

**(35) YOU ARE FINALY NOTICED,** having been given knowledge of the law and your personal financial liability in event of any violations of Secured Party's rights and/or being. This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith notice and grace.

**(36)** Dated this Fourth day of April, in the year of our Lord Two Thousand Nine.  This Contract being of honor is presented under the "**Good Faith (Oxford) Doctrine**". Secured Party accepts the Oath(s) of Office of all officers of the Court, including but not limited to the clerk of court; all judges and attorneys from all jurisdictions; all local, state, federal, international law enforcement officers, and all agents of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Arizona", i.e., "Republic of April", or your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF APRIL", or by whatever name same may currently be known or be hereafter named, and the like.

**(37)** Any Representative of the "government of the United States as created in the original Constitution for the united States of America, circa 1787", or of your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America" or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name it may currently be known or be hereafter named, (excluding the "State of Arizona", i.e., "Republic of Arizona"), MAY NOT UNDER ANY CIRCUMSTANCE ENTER ANY PROPERTY AT WHICH SECURED PARTY IS LOCATED, LEASE, OWN, or CONTROL, AT ANY TIME, FOR ANY REASON, WITHOUT SECURED PARTY'S EXPRESS WRITTEN PERMISSION. Violation of this Notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator.

**(38) Attention:** Any and all lending institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and their officers, agents, and employees therein: You have now been notified of the law as to your corporate and personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being of Richard Kellogg Armstrong, Secured Party. This **Statute Staple Securities Instrument** constitutes timely and sufficient warning by Good Faith Notice of your liability regardless of your political affirmations. All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) US Dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of payment.  This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty first (31st) day after Default of payment.  All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par value in legal tender or fiat paper money.  Par value will be determined by the value established by a one troy ounce .999 pure silver coin at the US MINT, or by law, whichever is highest in value at the time of the incident.  Any dispute over the par value will be decided by the Secured Party, or Secured Party's designee.

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

**(39) Additional Rights and Defenses – Twenty-Five sovereign "People" Magna Carta Grand Jury:** In addition to any other rights or defenses that are afforded to Secured Party by right and by this Contract, the Secured Party has the right to appeal to a "Twenty Five sovereign "People" Magna Carta Grand Jury" for the restoration of property, liberties, or rights of which Secured Party has been dispossessed by an "Oppressing Government" or its Representatives. If Secured Party shall have been dispossessed by the "united States of America", the "government of the United States", the "State of Arizona", or the "UNITED STATES Corporation", or any Representative thereof without a legal verdict of the Secured Party's Peers, of the Secured Party's property, liberties, or rights, even if such taking was by way of lien, levy, attachment, or garnishment, the Oppressing Government entity or Representative thereof shall immediately restore these things to the Secured Party. Should the Oppressing Government or Representative thereof fail to restore the property, liberties, or rights of which the Secured Party has been dispossessed, then the Secured Party may by right bring the matter before four of the sovereign "People" asking for relief from the transgressions of the Oppressing Government or Representative thereof. The four sovereign "People shall petition the Oppressing Government for a redress of grievances, showing to the Oppressing Government its error, and asking the Oppressing Government to cause that error to be amended without delay. Should the Oppressing Government not amend that error within a term of forty (40) days from the time when the petition for redress of grievances is presented to the Oppressing Government, the four sovereign "People" shall refer the matter to the remainder of the "Twenty Five sovereign "People" Magna Carta Grand Jury" and they shall distrain and oppress the Oppressing Government and its Representative by taking their property and possessions in every way that they can, until amends shall have been made according to their judgment. Any citizen of the united States of America, the United States, or of the several States may swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", and with them any such citizen may take the property and possessions of the Oppressing Government. If any citizens be unwilling to swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall have them to swear by the mandate of the "Twenty Five sovereign "People" Magna Carta Grand Jury". At all times the decision of a majority of the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall be considered binding and valid on the whole. And the aforesaid Twenty Five shall swear that they will faithfully observe all the foregoing, and will cause them to be observed to the extent of their power. The Oppressing Government shall obtain nothing from any one, either through itself or through another, by which the powers of the "Twenty Five sovereign "People" Magna Carta Grand Jury" may be revoked or diminished. And if any such thing shall have been obtained, it shall be vain and invalid, and the offending government shall never make use of it either through itself or through another. The judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", both by rule of law longtime standing and by the terms of this Contract, shall not be overturned by court, as there is no higher court in the realm.

Initials: _rka_

**Public Posting**
otice.info/rka.html

Name:   Richard Kellogg Armstrong, Secured Party

Country: The "united States of America"

**All property belonging to the Debtor belongs to the Secured Party.  See ATTACHMENT "A."**

Mohave County, Arizona Parcel 109-08-026

Mohave County, Arizona Parcel 120-11-085

Mohave county, Arizona Parcel 120-11-112B

Mohave County, Arizona Parcel 120-11-112C

Yavapai County, Arizona Parcel 102-13-026

Initials

Public Posting
www.getnotice.info/rka.html

## NOTICE TO YAVAPAI COUNTY CLERK AND RECORDER

**(40) Pursuant** to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifics, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

LS: _(signature)_
Richard Kellogg Armstrong, Secured Party

**SUBSCRIBED AND AFFIRMED:** On this _4TH_ day of _MAY_____, 2009 AD before me appeared Richard Kellogg Armstrong, known to me or proved to me on the basis of satisfactory evidence to be the man/woman whose name is subscribed on this **Statute Staple Securities Instrument**. Witness my hand and official stamp, signed, sealed, and delivered by hand, or by private registered or certified mail, drafted by the above Secured Party, with attached List of Collateral – Attachment "A".

NS: _(signature)_
Signature of Notary Public           SEAL/TERM

_(notary seal: STEVEN C. BROUGHTON, NOTARY PUBLIC, STATE OF COLORADO, My Commission Expires 04-02-2013)_

We, the undersigned witnesses, do hereby swear or affirm that it is the stated policy of Richard Kellogg Armstrong to present this "LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or Representative of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Arizona", i.e., "Republic of Arizona", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named, and the like, anytime that Secured Party has any interaction with them.

LS: _(signature)_
First Witness

LS: _(signature)_ Janice Kay Reynolds
Second Witness

LS: _(signature)_
Third Witness

**Attachments: Attachment A – List of Collateral**
**Attachment B - Definitions**

Initials: _(initials)_

Public Posting
www.getnotice.info/rka.html

# Attachment 'A' - LIST OF COLLATERAL

1. All proceeds from Secured Party's labor from every source; from products, works and services, accounts, fixtures, crops, mine head, wellhead, and transmitting utilities, etc.;

2. All rents, wages, and income from every source;

3. All land in which Debtor has an interest, including the soil itself; all minerals atop or beneath the soil surface; all air rights; water rights, all waters on or in the soil or land surface such as a lake or pond, within the land boundaries;

4. All real property and all documents involving all real property in which Debtor has an interest, including all buildings, structures, fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above;

5. All timeshares, interest in rental property, condominiums, cottages, cabins, houses, mansions, and buildings of whatever type and wherever located;

6. All bank accounts foreign and domestic, bank "safety" deposit boxes and the contents therein; personal security codes, passwords, and the like associated therewith; credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;

7. All inventory from any source;

8. All machinery, either farm or industrial; all mechanical tools, construction tools, tools of trade;

9. All boats, yachts, and watercraft; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;

10. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;

11. All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts; service equipment, lubricants, fuels, and fuel additives;

12. All animals and all farm livestock; and all things required for the care, feeding, use, transportation, and husbandry thereof;

13. All pets, including cats, dogs, birds, fish, or whatever other of the animal kingdom has been gifted or otherwise acquired: whether kept indoors or outdoors; with all fixtures, vehicles, and housings required for their protection, feeding, care, transportation, shelter, and whatever other needs may arise;

14. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances of any kind, motorized or otherwise, in which Debtor has an interest;

15. All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

16. All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, ipods, phonograph records, film, video and aural production equipment, cameras, projectors, etc.;

17. All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

18. All handwritten, printed, and electronic versions of books and financial records of Debtor;

19. All trademarks, registered marks, copyrights, patents, proprietary data and technology, inventions, intellectual property, royalties, good will;

20. All public or private scholastic degrees, titles, credentials, medals, trophies, honors, awards, recognitions, meritorious citations, certificates from apprenticeship training and/or continuing education programs, etc., from whatever source, for whatever trade, occupation, work, or endeavor;

21. All military (Army, Navy, Air Force, Marine, National Guard, etc.) discharge papers, and the like;

22. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;

23. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof; and all other corporal identification factors, and said factors' physical counterparts in any form; and all records, record numbers, and information pertaining thereto;

24. All biometric data, records, information, and processes not elsewhere described: the use thereof and the use of the information contained therein or pertaining thereto;

25. All rights to obtain, use, request, refuse, or authorize the administration of any food, beverage, nourishment, or water, or any substance to be infused or injected into or affecting the body by any means whatsoever;

26. All rights to obtain, use, request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters or might alter the present or future state of the body, mind, spirit, free will, faculties, and self by any means, method, or process whatsoever;

Initials: *RKA*

SCANNED

Public Posting
www.getnotice.info/rka.html

27. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;

28. All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia: cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution;

29. All rights to barter, buy, contract, sell, or trade any kind of asset, product, tool, item of value, property, ideas, services, work, or time, whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, private money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

31. All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile; and to be free from requirement to apply for or obtain any government license or permission, permit and otherwise; and to be free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period;

32. All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

33. All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, any vaccinations, or permission of any kind whatsoever;

34. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

35. All rights as outlined in the "Constitution for the united States of America" and the Honorable "Bill of Rights", and the Constitution of the State of Arizona;

36. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgement of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition government for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either "public" or "private" sources;

37. All rights to keep and bear arms for defense of self, family, and parties entreating physical protection of person or property;

38. All rights to keep and bear arms for hunting and target shooting of any kind;

39. All rights to protect myself and my family from any animals that threaten my/our safety or well being or my/our property, or that cause a nuisance to me/us, by using deadly force against any such animals;

40. All rights to exercise dominion over the earth and the resources of the earth;

41. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

42. All rights to create, carry, and use private documents of travel of any kind whatsoever, inter alia: those signifying diplomatic status and immunity;

43. All rights to make video and/or audio recordings of all interactions between me and any local, state, federal, international government officials of any kind whatsoever including the right to bring all necessary video/audio recording equipment into government buildings as necessary;

44. All rights to obtain or be presented with a certified copy of the Oath of Office of any government official with whom I interact;

45. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e., body, mind, spirit, free will, faculties, and self;

46. All rights to privacy and security in person and property, inter alia: all rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to Debtor or any household or sanctuary dwellers or guests, from governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

47. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

48. All intellectual property, inter alia: all speaking and writing; All thoughts, beliefs, world views, emotions, psychology, etc.;

49. All signatures and seals;

50. All signatures on all applications for and all value associated with all licenses foreign and domestic;

51. All present and future retirement incomes and rights to such incomes issuing from all accounts;

52. All optical, medical, and health equipment, supplies, devices, etc.

53. All present and future medical and healthcare rights; and rights owned through survivorship, from all accounts;

54. All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia: all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, records and records numbers, and the like;

Initials: *RKA*

Public Posting
www.getnotice.info/rka.html

55. All signatures on all applications for and all value associated with all library cards;
56. All memberships in private associations, etc.
57. All credit records, credit and repayment history, credit scores, lender records, creditworthiness, trade credit, credit, charge, and debit cards, mortgages, notes, applications, card numbers, and associated records and information, etc;
58. All credit of Debtor;
59. All signatures on and all value associated with all traffic citations/tickets;
60. All signatures on and all value associated with all parking citations/tickets;

61. All value from all court cases and all judgments, past, present, and future, in any court whatsoever; and all bonds, orders, warrants, and other matters attached thereto or derived therefrom;
62. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts; and any storage boxes, receptacles, and depositories within which said items are stored;
63. All tax correspondence, filings, notices, coding, record numbers, all benefit from Debtor's social security account; and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;
64. All bank accounts, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, all retirement plan accounts, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, securities, benefits from trusts, 401-K's, and the like;
65. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds; and all records and records numbers, correspondence, and information pertaining thereto or derived there from;
66. All stockpiles, collections, buildups, amassment, and accumulations, however small, of Federal Reserve Notes (FRNs), gold certificates, silver certificates; and all other types and kinds of cash, coins, currency, and money delivered into possession of Secured Party;
67. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds; and all related storage facilities and supplies;
68. All fitness and/or sports equipment intended to increase vitality, fitness, and health; and whole food complexes, vitamin, mineral, and other supplements to the diet for the same health and fitness purposes; and all juicers, grinders, dehydrators, and storage and delivery devices or equipment;
69. All products of and for agriculture; and all equipment, inventories, supplies, contracts, and accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;
70. All plants and shrubs, trees, fruits, vegetables, farm and garden produce, indoors and out, watering devices, fertilizers and fertilizing equipment, pots, collections of plants, e.g., bonsai, dry or live assortments of flowers and plants, or anything botanical;
71. All farm, lawn, and irrigation equipment, accessories, attachments, hand tools, implements, service equipment, parts, supplies, and storage sheds and contents;
72. All fuel, fuel tanks, containers, and involved or related delivery systems;
73. All metal-working, woodworking, and other such machinery; and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;
74. All camping, fishing, hunting, and sporting equipment; and all special clothing, materials, supplies, and baggage related thereto;
75. All rifles, guns, bows, crossbows, other weapons, and related accessories; and the ammunition, reloading equipment and supplies, projectiles, and integral components thereof;
76. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, towers, etc.; and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;
77. All power-generating machines or devices; and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining to or attached thereto;
78. All devices, engines, fixtures, fans, plans needed for the production or storage of electrical energy;
79. All computers and computer systems and the information contained therein; as well as all ancillary equipment, printers, and data compression or encryption devices, processes, and processors;
80. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;
81. All water rights, all water wells and well-drilling equipment; and all ancillary equipment, chemicals, tools, and supplies;
82. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;
83. All building materials and prefabricated buildings; and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;
84. All communications and data; and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;
85. All artwork and supplies, paintings, etchings, photographic art, lithographs, and serigraphs, etc.; and all frames and mounts pertaining to or affixed thereto;
86. All food; and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

Initials: *RKA*

Public Posting
www.getnotice.info/rka.html

87. All construction machinery; and all ancillary equipment, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;
88. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;
89. The Last Will and Testament from any source;
90. All inheritances gotten or to be gotten;
91. All wedding bands and rings, watches, and jewelry;
92. All household goods and appliances, linen, wardrobe, toiletries, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques, etc.;
93. All musical instruments, whether new or old, including brass, woodwinds, percussion, strings, pianos etc.;
94. All children's toys, clothing, playthings, and possessions of any type or amount;
95. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired; and all books and records thereof and therefrom; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;
96. All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like; and all books and records pertaining thereto; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;
97. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, Debtor or Secured Party, whether received or not received;
98. All telephone numbers;
99. All signatures on all applications for and all value associated with all certificates of birth documents of the Secured Party, and all said documents themselves;
100. All signatures on all applications for and all value associated with all certificates of birth documents of all children and grandchildren of the Secured Party, and all said documents themselves;
101. All signatures on all applications for social security numbers, and all value associated with all accounts;
102. All signatures on all applications for social security numbers, for all children and grandchildren of the Secured Party, and all value associated with all accounts;
103. All value associated with the private contract trust account number of the Secured Party;;
104. All value associated with the private contract trust account numbers of all children and grandchildren of the Secured Party: Redacted Numbers for children and grandchildren;
105. All signatures on all applications for and all value associated with Debtor's ARIZONA Driver License;
106. All signatures on all applications for and all value associated with all passports for the Secured Party, children and grandchildren;
107. All documents as recorded in the public record by and for the Secured Party as indicated herein;
108. All signatures on all applications for and all value associated with all marriage licenses;
109. All private marriage contracts;
110. All signatures on all applications for and all value associated with all professional licenses;
111. All private addresses of the Secured Party as indicated herein;
112. All signatures on all applications for and all value associated with all public addresses;
113. All private, registered, bond/account numbers; and all bonds and notes tendered to any and all entities, including the Department of the Treasury, banks, creditors, corporations, etc., identified by the following numbers;
    a.  RKAIB0001-RKAIB9999;
    b.  RKAOB0001-RKAOB9999;
    c.  RKABPN0001-RKABPN9999;
114. The following United States Postal Service Registered Mail Numbers: RB 066 173 046 US, RB 066 173 032 US, RB 066 173 029 US, RB 066 173 015 US, RB 066 173 001 US, RB 066 172 995 US, RB 066 172 981 US, RB 979 946 764 US, RB 979 946 778 US, RB 979 946 804 US.
115. All documents registered at: http://www.getnotice.info/rka.html now and in the future;
116. Financing Statement and Security Agreement;
117. Financial Statement;
118. Trade Name ID Number: Cabo Corporation, Document number: EIN 86-0692033, Arizona Secretary of State;
119. Any and all property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of the Secured Party.

Initials: *RKA*

SCANNED

Public Posting
www.getnotice.info/rka.html

## ATTACHMENT 'B' - LEGAL DEFINITIONS

1. **Abuse of Authority**: Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals, any right, benefit, protections, or privilege, as protected by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of Arizona." This includes arrest or detainment without documented evidence that a lawful crime has been committed by the Secured Party. This includes use of restraint devices on the Secured Party and/or physical abuse that makes any marks, scars, cuts, abrasions, or the like. This also includes denial of lawful Due Process, Habeas Corpus, Excessive Bail, Unlawful Arrest, Unlawful Detention, or the like, as outlined in this Contract.

2. **Abuse of Due Process**: Means any action against the Secured Party, when said action does not abide by all the rights and defenses contained in or represented by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Arizona." This includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any Representative of the "government of the United States" or the "UNITED STATES Corporation".

3. **Agency, Entity, Department, Sub Division, Subsidiary, Contractor, Employee, Inspector, Investigator, Organization, Officer, Official, Agent, Branch of Government, Group, Authorized Representative, Policeman, Police Officer, Participant**: Means any person, Corporation, or entity of any kind, which works for, is compensated all or in part by, receives funds or collects funds for, contracts with, receives any benefit from, receives any privilege from, participates with, has allegiance to, or in any way has a relationship with, the "government of the United States" or the "UNITED STATES Corporation" or any of its subsidiaries, sub- Corporations, departments, or agencies, etc. The word "**Representative**" where used in this Contract, shall have the same meaning.

4. **Aiding and Abetting**: Means the efforts of any Representative of the "government of the United States" or the "UNITED STATES Corporation" or officer of the court to assist another of the same to hinder, coerce, restrict, resist, suppress, or deprive in any way, the Secured Party from receiving any and all rights, benefits, privileges, as provided by the Constitution for the united States of America, the Bill of Rights, and/or the "Constitution of the State of Arizona" or that would normally be offered to a citizen of the United States or of the State of Arizona. This also includes the provisions as provided in item # 57 "**Racketeering**" and suppression of evidence.

5. **Artificial Person**: Means a fictitious entity that was created by the "government of the United States" or the "UNITED STATES Corporation" for transacting in commerce. This artificial Man or Strawman is represented by the all capital letter name that appears to be spelled the same as the name of the Natural Man or Woman. When the Artificial Person is used in commerce by the Secured Party, it is a transmitting utility.

6. **Assault and Battery with Weapon**: Means any use of, threatened, or perceived use of any weapon, against Secured Party, by any Representative of the "government of the United States" or the "UNITED STATES Corporation" that creates an atmosphere of fear for the Secured Party. This includes non lethal weapons, such as tazers, stun guns, mace, pepper spray, any chemical used to incapacitate, rubber bullets, shock force weapons, electronic weapon or any other type of weapon that may be used to control or to create fear. If a conflict arises about the events, the version told by the Secured Party will be accepted as truth and will not be contested.

7. **Assault and Battery without a Weapon**: Means the verbal abuse or physical contact, of any kind, upon the Secured Party without the express voluntary written consent of Secured Party. If a conflict arises about the facts involving the incident, the version as told by the Secured Party will be accepted as truth, without question, and will not be contested.

8. **Bill of Rights**: Means, for the purposes of this Contract, the original "Bill of Rights" of 1791 to the "Constitution for the united States of America" circa 1787.

9. **Clerk of the Public Record**: Means any clerk who records documents on the public record and who is employed by a city, county, state, municipality, federal government, international, multi-national, multijurisdictional Corporation.

10. **Coercion or Attempt to Coerce**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to threaten, intimidate, deprive, conceal, or in any way prevent the Secured Party

Initials: _RKA_

**Public Posting**
www.getnotice.info/rka.html

from receiving and/or enjoying any right, or privilege that is granted, outlined, or secured by the "Constitution for the united States of America" the Honorable "Bill of Rights", "Constitution of the State of Arizona.", or allow another to do so.

11. **Concealment**: Means withholding or keeping information that should normally be revealed, about property and/or rights from the Secured Party. This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the Secured Party. No officer of any court or Representative of the "government of the United States" or the "UNITED STATES Corporation" may conceal any law and/or any evidence of any kind that is considered relevant by the Secured Party, and/or fail to disclose any law that benefits the Secured Party.

12. **Conspiracy**: Means the cooperation of two or more persons working together to, restrict, suppress, inhibit, or in any way deprive the Secured Party of any right, benefit, or privilege that would ordinarily be offered by the Constitution for the united States of America, the Bill of Rights, and/or "Constitution of the State of Arizona." and/or to a citizen of the United States or of the State of Arizona. This also includes the provisions in item # 57. **"Racketeering"**.

13. **Contract**: Means any agreement in writing that has been offered for review and acceptance by another party, wherein the offering party has ten (10) days or more, or as stipulated in the contract, to review and respond, accept or rebut, any provisions of the contract, as indicated in the contract. Non Response on the part of the receiving party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in said contract. Rebuttal by the receiving party of any provision of the contract by any means other than those as are indicated in the contract will be non response. Return of the contract unopened and/or without review will be acceptance of all conditions of said contract. Recording the contract with the clerk of court or any public records officer will be a lawful offer and notification and will be presentment to all officers of the court in that state or county. Notice to Agent is Notice to the Principal and Notice to the Principal is notice to the Agent.

14. **Corporate Capacity**: Means acting for, or on behalf of, a Corporation, or government entity, while under law or color of law.

15. **Corporate Fiction**: A Corporation, a creation of the law that does not actually exist in nature, like a natural man or woman; a legal entity that is false and not real, but which the law assumes to be true.

16. **Corporation**: Means any Representative, agency, sub-Corporation, contractor, or any person or entity that is employed by, receives or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the "government of the United States" or the "UNITED STATES" Corporation".

17. **Constitution for the united States of America**: Means, for the purpose of this Contract, "The Constitution for the united States of America" circa 1787, as opposed to the "Constitution of the UNITED STATES" Corporation circa 1868.

18. **Counterfeiting Statute Staple Securities Instruments**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to copy, duplicate, replicate any document that has "Statute Staple Securities Agreement" typed, printed, or hand written anywhere on the document, without the express written voluntary permission of the document's owner who is the Secured Party who filed said document in the public record, or is in possession of said document, or who is the maker of said document. If a dispute about permission to duplicate arises, the statements of the Secured Party will be accepted as fact without question and will not be contested.

19. **County or City**: Means any subdivision of any State of the "united States of America." This term excludes any jurisdiction, zone, or territory of the "UNITED STATES Corporation" unless described by the Secured Party in all CAPITAL letters. Any dispute over any errors contained in spelling or grammar will be resolved at the discretion of the Secured Party and will not be challenged by any Representative of the "UNITED STATES Corporation".

20. **Cruel and Unusual Punishment**: Means physical violence of any type or form that is used against a Secured Party that causes visible physical injury, i.e., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains,

Initials: _KRA_

**Public Posting**
www.getnotice.info/rka.html

restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, or any other type of physical stress to the body; or any chemically induced altered mental state of the Secured Party. This also includes any attempt to incarcerate, restrain, question, detain, withholding food when requested, withholding drink when requested, withholding medications as requested, withhold use of bathroom facilities and supplies when requested, withhold reading and writing materials, withholding communication with friends, family, legal counsel, and religious counsel, withholding proper clothing as needed for comfort, withholding blankets when requested, withholding hot and cold water for showers, withholding freedom when requested. This also includes ridicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

21. **Defacing**: Means the changing or altering the appearance of an item. This also includes changing or altering the meaning of laws, rights, property, documents, or any other thing that has value as determined by the Secured Party.

22. **Denial of Due Process**: Means any attempt by any officer of the court and or the "government of the United States" or the "UNITED STATES Corporation" to deny, deprive, restrict, prevent, or in any way inhibit the proper Due Process to any Secured Party as outlined in the "Constitution for the united States of America" the Honorable "Bill of Rights, and/or the "Constitution of the State of Arizona." Any public law, statute, regulation, ordinance, home rule, etc., that is incompatible with the Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Arizona", is null and void and will not be used in any action against any Secured Party.

23. **Deprivation of Rights or Property**: Means the concealment, keeping from, hiding, obstructing of any rights, property, privileges or immunities that are outlined or protected by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of Arizona."

24. **Destruction of Property**: Means any alteration, damage, deprivation, defacing, removing, changing, breaking, separating, removing parts from, erasing of files from, throwing, shooting, kicking, stomping, smashing, crushing, or the like of any property belonging to or in possession of the Secured Party.

25. **Disrespect**: Means anything said or written to me, about the Secured Party that Secured Party does not like, including body language, or anything that makes Secured Party or any reasonable man uncomfortable, or have fear. Disrespect also means any action or inaction by the Government or any of its Representatives that serves to belittle or refuse to acknowledge or protect the Legal Status of Secured Party as one of the sovereign "People", or Secured Party's rights, capacities, privileges, and immunities attached to Secured Party's Legal Status.

26. **Encroachment**: Means to invade, intrude, or in any way prevent the Secured Party from enjoying the full and complete use of property, including the acts of trespass; impeding ingress or egress to the property of the Secured Party; or limiting the ability of the Secured Party to freely access, claim, hold, possess, use, convey, sell, rent, lease, barter, exchange, or in any way make full and unfettered use of his property. This includes the placing or filing of an unlawful lien, levy, burden, charge, liability, garnishment, attachment or encumbrance against any and all property including wages, salaries, stocks, bonds, bank accounts (foreign or domestic), savings accounts, contents of safety deposit boxes, gold, silver, notes, insurance funds, annuities, retirement accounts, social security benefits, motor vehicles, automobiles, recreational vehicles, land, real estate, homes, structures, roads, driveways, personal property of any kind that is held by title, deed, contract, agreement (written or verbal), or is in possession of the Secured Party. This includes, but is not limited to, traffic stops, searches of vehicles, home invasion, confiscation of any lawful property owned by, in possession of, or under the control of the Secured Party.

27. **Ens Legis**: In this Security Agreement, the term *"ens legis"* means a creature of the law; an artificial being, such as a Corporation, considered as deriving its existence entirely by the law, as contrasted with a natural person/natural man or woman.

28. **Excessive Bail**: Means any amount of bail set at an unreasonable rate as per the 8th amendment of the Constitution for the united States of America. This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed. This also means that if the Secured Party has lived in a community

Initials: _____

**Public Posting**
www.getnotice.info/rka.html

or has lived in one community or area for more than one year, provided that he has not recently moved within a year, works a regular job, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk, or a threat to society. If the Secured Party can produce at least four (4) affidavits stating that he lives, works, and is involved in his community, or the prior community in which he lived, he must be released on his own recognizance without any bail required. This provision does not apply to anyone charged with rape, murder, or violent crimes against women, or children.

29. **Failure to Charge within Forty Eight (48) Hours**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to delay, inhibit, prevent, or in any way stop a Secured Party from being lawfully charged by the court within forty eight (48) hours of arrest.

30. **Failure to Identify**: Means any time the Secured Party has interaction with any Representative of the "government of the United States" or the "UNITED STATES Corporation", the Representative must, upon request of the Secured Party, provide proper identification, written proof of authority, state what his business is with the Secured Party, complete a public servants questionnaire in advance of arrest or detention, provide documentation properly identifying the officer or respondent superior's name and contact information, and any other relevant information as requested by the Secured Party. The officer may not detain the Secured Party for more than ten (10) minutes while he obtains this information.

31. **Failure to Respond**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to ignore, inhibit, withhold, delay, or deny a request for information from a Secured Party.

32. **False Imprisonment**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to incarcerate any Secured Party against his will and/or against any and all protections of the laws and provisions of the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of Arizona."

33. **Federal Zone**: See - "**Jurisdiction of the "Government of the United States" and of the "United States Corporation"**"

34. **Freedom of Speech**: Means the right to speak open and plainly without the fear of reprisal. This includes the right of the Secured Party to speak at hearings and trials, before magistrates, judges, officers of the court, Representatives, or the like, of the "government of the United States" or the "UNITED STATES Corporation". It also means that no attempt to suppress this right will be made by any officer of the court, Representatives, or the like of the "government of the United States" or the "UNITED STATES Corporation". No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Secured Party.

35. **Government**: Means the "united States of America", "government of the United States", the "United States Corporation", the "State of Arizona" (i.e., the "Republic of Arizona", or the "STATE of ARIZONA".

36. **Government of the United States**: The term "government of the United States", when used in this Contract, means the government that was originally established in the "Constitution for the united States of America" adopted in 1787, and does not include any "imposter government" known by any name whatsoever, no matter how similar in spelling the name of any such "imposter government" may appear to be to the spelling of the name of the constitutionally authorized "government of the United States". It is to be noted that the term "United States" as used here is "plural" and not "singular" in number, as is the name "UNITED STATES" used by the "imposter government" (i.e., "UNITED STATES Corporation") now _acting_ as the "government of the United States'.

37. **High Treason**: Means the offense of attempting by overt acts to overthrow the sovereign or King (i.e., the "People") to which the offender owes allegiance. Any effort by the Government or any of its Representatives to deny the Secured Party any of the rights, privileges, capacities or immunities that rightfully belong to the Secured Party in his

Initials: _RKA_

**Public Posting**
www.getnotice.info/rka.html

legal capacity as a holder of a joint tenant share of the sovereignty of the united States of America and/or the State of Arizona shall be High Treason against the Sovereign Secured Party.

38. **Ignore:** Means to refuse or in any way to deny a lawful request for an officer to complete legal documents that will provide information when requested by the Secured Party.

39. **Illegal Arrest:** Means same as above item # 79, "**Unlawful Arrest**".

40. **Personal Capacity:** Means acting on one's behalf, in one's individual capacity, to do a thing.  A Representative acting under law or color of law and *ultra vires* of the Representative's official capacity as assigned by the law, or acting in violation of his/her oath(s) of office take on personal liability.

41. **Interpretation:** Means if any conflict arises concerning the definition of any of the terms and or conditions of this Contract, the conflict concerning the meaning of the term or condition will be decided by the Secured Party.  Secured Party's decision will be final and not subject to review or argument.  No liability or penalty will be incurred by the Secured Party due to his interpretation of such terms and or conditions.

42. **Interstate Detainer:** Means the same as unlawful detainer as when involving the Secured Party and involving more than one Representative, agency or STATE of the "government of the United States" or the "UNITED STATES Corporation", or any Representative who has any agreement with, contract with, or permission to act on behalf of any municipal Corporation of the "government of the United States" or the "UNITED STATES Corporation" or any subsidiary or sub-Corporation thereof.

43. **Jurisdiction of the "Government of the United States" and of the "United States Corporation"** (If indeed the later has any jurisdiction at all.):  The constitutionally authorized "Government of the United States" is recognized by the Secured Party as having exclusive legislative jurisdiction only over the following geographic areas: **1.** The District of Columbia, as authorized by Article 1, Section 8, Clause 17 of the Constitution for the united States of America; **2.** Federal enclaves within the States, such as land, property or buildings which the Government of the united States of America has purchased by the consent of the legislatures of the States for purposes of erecting forts, magazines, arsenals, dock-yards, and other needful buildings, as authorized by Article 1, Section 8, Clause 17 of the Constitution for the united States of America; and **3.** Territories and possessions belonging to the Government of the United States, as authorized by Article 4, Section 3, Clause 2 of the Constitution for the united States of America. The imposter government - "UNITED STATES Corporation" - while having no real jurisdiction, as no jurisdiction has been lawfully granted, can nevertheless have no claim, even under color of law, to exercise jurisdiction except in those areas where the constitutionally authorized "Government of the United States" has been granted jurisdiction by the sovereign people.  The area just described over which the "Government of the United States" lawfully" exercises jurisdiction is also referred to as the "Federal Zone", and all private property held by the Secured Party, which properties are located outside of the Federal Zone are therefore outside of the jurisdictions of the "Government of the United States" and the "UNITED STATES Corporation". Additionally, the constitutionally authorized "Government of the United States" is recognized by the Secured Party as having jurisdiction only as to those matters which the sovereign people, through their several State governments gave to the "Government of the United States", which powers are exclusive as to the powers not granted by the sovereign people through their several State governments and powers reserved to the States by the 10th Amendment to the Constitution for the united States of America. These are the facts and may be presented in any court by affidavit of the Secured Party, where any property or property interest belonging to Secured Party is involved in any interaction with the "Government of the United States" or the "UNITED STATES Corporation" or any of its Representatives, as outlined in this Contract.

44. **Lawful 4th Amendment Warrant:** Means a warrant that follows the provisions of the fourth amendment to the original "Constitution for the united States of America."  This warrant must not deter from the exact procedures as outlined by the Fourth Amendment.

45. **Legal Counsel:** Means anyone that the Secured Party chooses to have as legal assistance of counsel, whether counsel is licensed or not, or members of the Bar Association.  Counsel may assist, represent, speak on behalf of, write cases

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

for, or perform any act in or out of court for the Secured party without any hindrance, threat, prosecution, charge, repercussion from any officer of the court, or Representative of the "government of the United States" or the "UNITED STATES Corporation", or any Representative thereof.

46. **Legal Status**:  Means the two classes of Natural Men and Women recognized in the Constitution for the united States of America – "People" and "Persons".  Legal Status in the united States of America defines the rights, duties, capacities, incapacities, privileges, and immunities assigned to each legally recognized class of natural persons.  Legal Status also determines to a large degree the type of "Citizenship" to which each class legally recognized class of natural persons is assigned.  See definitions for "People" and "Persons" below.

47. **Natural Man or Woman:**  Means a sentient, flesh and blood, living, breathing, biological man or woman, created by God, as represented by the Upper and Lower Case Name, including "Natural Man or Woman," or "Real Man," or "Real Woman," or "Real Man/Woman."  This is not to be confused with the Fictitious Legal Entity that was created by the STATE that is represented by the All Capital Letter Name.

48. **Natural Man or Woman Secured Party:**  Means any flesh and blood, living, breathing Man or Woman, created by God.  This is not to be confused with the Fictitious Legal Entity that was created by the "government of the United States" or the "UNITED STATES Corporation", and is represented by an ALL CAPITAL LETTER NAME.  Any attempt to notify any Representative of the status of the Secured Party will be sufficient notice.  Sufficient notice will be determined by oath, statement, or affidavit by the Secured Party; and the validity of such will not be challenged by any officer of the court.

49. **Obstruction of Justice:**  Means any attempt by any officer of the court or Representative of any agency that represents the "government of the United States" or the "UNITED STATES Corporation", or any of its subdivisions, agencies, contractors, etc., to deprive, hinder, conceal, coerce, threaten the Secured Party in an attempt to prevent his any and every opportunity to legally/lawfully defend him/herself by attempting to produce and file lawful documents, and or testimony, to officers, judges, magistrates, the court, clerk of court, or Representatives, in order to settle any legal/lawful controversy.  This also includes any attempt by a judge or officer of the court from hindering the Secured Party from filing, admitting, presenting, discussing, questioning, or using any evidence, document, paper, photographs, audio and/or video recordings, or any other type of evidence that they desire to submit as evidence in any type of court proceeding.  The determination of what is evidence and what will be admitted is to be solely determined by the Secured Party.  Any evidence will be tried on merits of the lawful content and validity.  Any judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds, insurance, property, CAFR funds, corporate property, bank accounts, and savings accounts of value to the Secured Party upon written demand and surrender all rights to and defenses against said property.  This also includes evidence that is supported by case law.  This includes attempts by any officer of the court from making motions, order such as Gag Orders or any other means of keeping information suppressed from the public or the official record.  The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Secured Party.  This also includes the provision as indicated in item # 57 **Racketeering**".

50. **Oppressing Government**:  Means any Government or Representative thereof that shall have transgressed against Secured Party or any of Secured Party's property, rights, privileges, capacities, or immunities in any respect.

51. **Peers:** Means a natural man or woman who is one of the sovereign "People".

52. **People:** The "People" are those natural men and women who hold the sovereignty in joint tenancy in the united States of America and the several States, by virtue of the Treaty of Peace of 1783, signed by His Most Royal and Dread Sovereign Majesty, King George the 3rd, and its two addendums signed by the then Kings of Spain and France.  The "People" are those who were the free inhabitants in the several States and their posterity (paupers, vagabonds and fugitives from justice excepted), who ordained and established the "Constitution for the united States of America" in 1787 and the Bill of Rights of 1791, for themselves and their posterity, and who established the constitutions for the several states, reserving unto themselves and their posterity the sovereignty of both the united

Initials: *RKR*

Public Posting
www.getnotice.info/rka.html

States of America and the several states. The "People" are not citizens of or subject to the jurisdiction of the "government of the United States", as created in the original "Constitution for the united States of America", circa 1787, or to your "UNITED STATES Corporation", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named, and the like. The "People" are citizens first of the State in which they reside, and second of the united States of America.

53. **Person:** The word "Person", when used in this Contract and written in upper and lower case letters, shall mean a natural man or woman, and not an incorporeal person. Further, a "Person" is distinguished from a "People", in that the "People", hold the sovereignty in the united States of America (see: "People" # 48), and the "Persons" derive all of their rights and privileges from the "People", through the Constitution for the united States of America and the Constitutions for the several States. The "Persons" are identified in the Constitution for the united States, first at Article 1, Section 9, Clause 1, their rights and privileges and defenses and protections are defined at Amendment Five of the Bill of Rights, and their duties and citizenship status are defined at Amendment Fourteen of the Constitution for the united States of America.

54. **Presumption:** Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on the Secured Party. No presumption shall prevail against the Secured Party without lawful, documented evidence that supports the presumption which is certified by the officers of the court, on and for the record, under penalty of perjury.

55. **Public Record:** Means any record or document placed into the public by the Secured Party. For example, when this document is placed on record in the public by being posted at www.getnotice.info/rka.html, it becomes a public record.

56. **Purchase Price:** Means the new replacement costs of items of property at the time of replacement. This includes locating, packing, shipping, handling, delivery, set up, installation, and any other fee associated with total replacement of property.

57. **Racketeering:** Means any attempt by any two or more officers of "government of the United States" or the "UNITED STATES Corporation", to restrict, suppress, coerce, manipulate, inhibit, or in any way deprive the Secured Party from receiving every right, benefit, or privilege or exercising every immunity that is outlined by the Constitution for the united States of America, the Honorable "Bill of Rights, and/or the "Constitution of the State of Arizona.". This also includes any effort by the officers of the court or any Representative of "government of the United States" or the "UNITED STATES Corporation", to hinder in any way the introduction of evidence, law, facts, affidavits, statements, witness testimony, or any information that is considered relevant by the Secured Party, or any attempt to prevent a jury from hearing this evidence. This also includes any attempt to prevent this evidence from being heard in a public forum and before any and all members of the general public, as many as can be accommodated by the main courtroom. All hearings, tribunals, or trials will be held in a public place; and any and all members of the general public will be allowed to attend, without restriction. This also includes questioning and/or interrogation by police officers before, during, and after an arrest.

58. **Reckless Endangerment:** Means any attempt by any officer of the court or Representative of "government of the United States" or the "UNITED STATES Corporation", as defined herein, to endanger, attempt, or threaten to attempt to endanger the life or property of the Secured Party. This includes dangerous driving in a car, use or threatened use of lethal or non lethal weapons or chemicals, improper use of restraint devices, use of restraint devices on a non-combative Secured Party. If a conflict arises as to whether or not reckless endangerment has occurred, the version of the Secured Party will be considered as truth.

Initials: _KR_

**Public Posting**
www.getnotice.info/rka.html

59. **Representative**: Means any agent, agency, department, officer, investigator, entity, subsidiary, sub-Corporation, contractor, employee, inspector, individual or Corporation that has any affiliation, association, collects or distributes funds for, does any task for, receives any benefit or privilege from, etc., of or for "government of the United States" or the "UNITED STATES Corporation", or anyone, or anything that represents the interests of, or is being funded by, or receives funds from, or has any attachment to "government of the United States" or the "UNITED STATES Corporation", or any of their Representatives, sub divisions or sub-Corporations.

60. **Rights and Defenses**: Means Secured Party's legal and/or lawful right and/or ability to defend himself/ herself in any action. Upon agreement, the defendant in an action may give up his right to defend himself/ herself in a given action. This includes tacit agreement or agreement by default; and the Secured Party is never the defendant.

61. **Right to Speedy Trial**: Means trial will commence within 90 days of the date of arrest.

**Right to Travel**: Means the right to freely move about and/or control any type of craft by whatever means, via land, sea, or air, without any interference by any Representative of "government of the United States" or the "UNITED STATES Corporation", that in any manner willfully causes adverse affects or damages upon the Secured Party by an arrest", inhibition, detainment, restraint, deprivation or prevention.

62. **Secured Party**: In this Contract, the term "Secured Party", means a "Secured Party Creditor", which means Richard Kellogg Armstrong, a natural, living, Breathing flesh-and-blood man or sentient being as against a juristic person created by legal construction.

63. **State**: The word "State", which is distinguished in this Contract by being written in upper and lower case letters, means any of the fifty independent sovereign nations, states and republics which make up the Union and are commonly referred to and known as states of the "united States of America" (For example: the "State of Arizona", i.e., "Republic of Arizona"), which use of the word "State" is not the same as a "STATE" of the "UNITED STATES Corporation" and any such "State" is not a creation or subdivision thereof, and is not subject to the jurisdiction thereof.

64. **STATE**: The word "STATE", which is distinguished in this Contract by being written in all upper case letters, means any of the de facto compact (Corporate) commercial states contracting with the "UNITED STATES Corporation", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, by way of example, including, but not limited to the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named. STATES are a part of and subject to the jurisdiction of the "UNITED STATES Corporation", and are not States of the "united States of America". As a condition of this Contract, the Secured Party will determine **1**. Whether or not any State is a part of the "UNITED STATES Corporation", and **2**. Whether the alleged offense occurred within the limits of the "UNITED STATES Corporation", and such determination will never be challenged by any Representative of the "UNITED STATES Corporation". A violation of this provision will be # 78 Unlawful Determination and punishable as indicated by this Contract.

65. **Statute Staple Securities Instrument**: Means a registered (by way of the post office registered mail) bond, statute, which establishes a procedure for settlement of commercial debt or obligation of record. This also establishes the law as it relates to the Secured Party, being one of the sovereign People, who sits in the office and person of the King.

66. **Strawman**: In this Security Agreement the term "strawman" means the Debtor, i.e., RICHARD KELLOGG ARMSTRONG, and any and all variations and derivatives of the spelling of said name except Richard Kellogg Armstrong; a front, a third party who is put up in name only for participating in a transaction. The "strawman" is synonymous with # 70. "Transmitting Utility".

67. **The Placing or Filing of an Unlawful Lien, Levy, Burden, Charge, Liability, Garnishment, Encumbrance, or Attachment**: Means any attempt by any Representative of "government of the United States" or the "UNITED STATES Corporation", to place a lien, levy, garnishment, or attachment on the property or collateral of the Secured Party. Any such Representative must first prove his authority to do so by lawfully documented evidence, furnishing

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

all documents, forms, and papers as necessary to prove his authority to do so to a neutral Three (3) Notary Panel, hereinafter referenced as The Panel, selected by the Secured Party. Said Representative must guarantee in writing that the Representative signing said documents will be personally liable for any damage(s) due to his unlawful and/or illegal actions. He must supply bonds or other lawful funds to be held in trust by The Panel until The Panel determines if any actions of the Representative have violated any laws or caused damage to the Secured Party. The Panel will have the sole power to determine if any damage(s) has occurred and will release the funds according to The Panel's adjudication. The decision of The Panel will be final with no recourse. The surety bonds and/or funds held in escrow by The Panel must be at least four (4) times the estimated value of the property that is liened, levied, garnished, or attached. The assessment of value will be recorded via affidavit by the Secured Party and delivered to The Panel. The Panel's determination and the assessment thereof will be accepted as truth without question or recourse. Said Representative agrees to surrender, including, but not limited to, any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said Representative by the Secured Party. Said Representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the Secured Party until such time as a determination has been made by a jury of twelve of the Secured Party's Peers as defined herein. In the event that a jury of twelve of the Secured Party's Peers cannot be convened or has not been convened within sixty (60) days from the date of the order of the lien, levy, attachment, or garnishment, any action against the Secured Party shall be dismissed with prejudice; and every lien, levy, attachment, or garnishment shall be released within ten (10) days and all property rights restored, unencumbered. The Representative who has authorized said lien, levy, attachment, or garnishment agrees to surrender any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said Representative.

68. **Trespassing/Trespass:** Means the entry into, or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barns, sheds, caves, structures, lands, storage areas, tunnels, automobiles, trucks, safe houses, underground shelters, automobiles, motor vehicles, recreational vehicles, boats, planes, trains, ships, containers, vans, heavy equipment, farm implements, culverts, driveways, trees, yards, real property, real estate, land, etc., of the Secured Party without Secured Party's express written permission, or without a lawfully executed fourth (4th) amendment warrant, and any and all Representatives of "government of the United States" or the "UNITED STATES Corporation", will fully and completely observe any and all protections as outlined in the Constitution for the united States of America, the Honorable "Bill of Rights, and/or the "Constitution of the State of Arizona." Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in this Notice and Demand document. Secured Party solemnly swears and affirms that Secured Party does not have any illegal contraband on Secured Party's property; Secured Party has never had any illegal contraband on or around my property and never will. Secured Party simply does not allow it on Secured Party's property. Any contraband if it is found on my property will have been introduced by the officers or agents during time of trespass. Contraband or illegal items if they are found in a search do not belong to Secured Party and may not be used in any attempt in any claim against me. Any and all Representatives of the "government of the United States" or the "UNITED STATES Corporation", will be held individually and personally liable for the full amount of damages as outlined in this Notice and Demand document for trespassing.

69. **Transmitting Utility:** In this Security Agreement, the term "Transmitting Utility" RICHARD KELLOGG ARMSTRONG, and any and all derivatives and variations in the spelling of said name except Richard Kellogg Armstrong.

- **Unalienable Rights (Inalienable Rights):** Means Natural Rights given by God as acknowledged by the Law of Nations and incorporated into the "Bill of Rights," of the Constitution of the State of Arizona such as, but not limited to, Article 1, Section 1"A frequent recurrence to fundamental principles is essential to the security of individual rights and the perpetuity of free government".

Initials: _RKA_

**Public Posting**
www.getnotice.info/rka.html

71. **Unfounded Accusations**: Means any accusation, charge, or claim, civil or criminal, or in admiralty that is alleged or made by any Representative of the "government of the United States" or the "UNITED STATES Corporation", as defined herein, that is not proven by written documented evidence presented under oath and penalty of perjury by an authorized Representative of the "government of the United States" or the "UNITED STATES Corporation". The accuser has eight (8) hours to provide said documents to be reviewed and in possession of the Secured Party; and failure to do so will be unfounded accusations and subject to the penalties contained herein.

72. **UNITED STATES Corporation**: In this Contract the term "UNITED STATES Corporation" means the corporate "UNITED STATES", "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America" and the "government of the United States as created in the original Constitution for the united States of America, circa 1787"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial states contracting therein, including, but not limited to the "STATE OF ARIZONA", or by whatever name it may currently be known or be hereafter named (Exclusive of the "State of Arizona", i.e., "Republic of Arizona").

73. **united States of America**: The term "united States of America", when used in this Contract is distinguished by being written in upper and lower case letters, except that the first letter of the first word, i.e., "united" is a lower case letter, and means that union of independent sovereign nations, states and republics, which as colonies of Great Britain and having declared their independence from Great Britain in The Declaration of Independence adopted July 4, 1776, and having won their independence from Great Britain in the American Revolutionary War, and thereafter having gained recognition as independent sovereign nations, states and republics in international law by the Treaty of Peace of 1783, signed by His Most Royal and Dread Sovereign Majesty, King George the 3rd, and its two addendums signed by the then Kings of Spain and France, and which independent sovereign nations and states did adopt the "Articles of Confederation" of 1778 and thereafter adopted the "Constitution for the united States of America" in 1787. The word "united States of America", when used in this Contract, does not include the UNITED STATES Corporation, as that term is defined herein.

74. **Unlawful Arrest**: Means restricting the Secured Party's right to move about freely without the proper use of a lawful 4th amendment warrant signed by a judge of "Competent Jurisdiction" while under oath. This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a "Notice and Demand," "Public Servants Questionnaire," "Right to Travel" Documents, or other documents notifying the officer of the lawful rights of the Secured Party, created by God, who is not to be confused with the Corporate Fiction "Strawman" which was created by the STATE. This includes arrest when the Secured Party is incarcerated for refusing to sign any citation, arrest due to contempt of court when he or she is not violent or a physical threat to the court, arrest by Internal Revenue Service for failure to produce books, records, or other documents, arrest and refusal of Habeas Corpus, arrest for conspiracy of any kind without lawfully documented affidavits from at least three (3) eye witnesses, signed under oath and penalty of perjury.

75. **Unlawful Detainer**: Means any attempt by any officer of the court or Representative of the "government of the United States" or the "UNITED STATES Corporation" to arrest, check, hinder, delay, possess, hold, keep in custody, restrain, retard, stop, withhold the Secured Party without affording him every protection as outlined by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Arizona." Any public law, statute, regulation, ordinance or the like will be null and void and will not be used in any action in which the Secured Party is involved.

76. **Unlawful Detention**: Means restraining the Secured Party's freedom of movement, and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath. This includes routine traffic stops, raids, random identification checks, security checks, only after the Representative has been notified by the Secured Party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for officer to examine said documents.

Initials:

Public Posting
www.getnotice.info/rka.html

77. **Unlawful Determination**: Means any statement, speech, gesture, writing, presentment, or the like that suggests an idea that negatively represents the character, actions, plans, procedures, customs, ways of the Secured Party, or group of Secured Parties, that is not proven by documented authorized certified evidence, on and for the record under penalty of perjury. This includes off color statements, accusations, or remarks by a judge or other officer of the court and any other Representative of the "government of the United States" or the "UNITED STATES Corporation".

78. **Unlawful Distraint**: Means seizure or taking of any property that is lawfully owned or in possession of the Secured Party without proper probable cause, and/or due process, and lawful 4th amendment warrant. This includes any seizure by any Representative, in any capacity, or relationship with the "government of the United States" or the "UNITED STATES Corporation" or any of its agencies, contractors, subdivisions, subsidiaries, or the like.

79. **Unlawful Restraint**: Means any action by any Representative to prevent, coerce, intimidate, hinder, or in any way limit the right of the Secured Party from any type of freedom of legal/ lawful speech, travel, movement, action, gesture, writing, utterance, or enjoyment of any right or privilege that is commonly enjoyed by any citizen of the United States or of the State of Arizona.

80. **US Dollars**: Means the currently recognized medium of exchange as used by the general public at the time of offense, at par value, equal to one ounce silver dollar equivalent per each dollar unit, as represented in a claim. All claims and damages will be paid at par value as indicated. Par value will be established by written law or the value established by the US MINT for the purchase of an official one troy ounce 99.999% Pure Silver Coin, whichever is higher at the time of the offense.

81. **Verbal Abuse**: Means the use of offensive, and /or threatening verbal words, body language, and non verbal gestures or actions by any representative of the "government of the United States" or the "UNITED STATES Corporation", as defined herein, upon the Secured Party. If a controversy arises about an incident, the version told by the Secured Party will be accepted as truth and will not be contested.

82. **Vessel in Commerce**: In this Security Agreement, the term "vessel in commerce" means the strawman, RICHARD KELLOGG ARMSTRONG, and any and all derivatives and variations in the spelling of said name except Richard Kellogg Armstrong, a transmitting utility, an all-capital letter name for the real man/woman's alter ego in commerce by which the real man/woman can participate in commerce, and appear in court.

83. **Victim**: Means the Secured Party who has received direct damages to themselves or their property as the result of an unlawful or illegal act by another.

84. **Victimless Laws**: Means any law that is passed or presumed to be passed that creates a violation of law where no Natural Man or Woman has been damaged. This includes any statute, ordinance, regulation, policy, or color of law provision. These types of laws will not be used in any action, of any kind, against any Natural Man or Woman.

85. **Willingly**: Means that a Secured Party is in full knowledge, understanding, agreement, and full consent, at all times, without fear of reprisal, threat, or coercion, during any interaction in which he is involved with any Representative of any court or Corporation, including incorporated governments.

86. **Written or Verbal Agreement**: Means any agreement entered into by the Secured Party, written or verbal. Any question of any contract will be resolved by an affidavit from the Secured Party. Secured Party's affidavit will be considered fact in any action or dispute, without question of any Representative of any Corporation, including incorporated governments.

Initials: _RKA_



RICHARD K. ARMSTRONG
20112-298
FEDERAL DETENTION CENTER ENGLEWOOD
9595- QUINCY AVE.
LITTLETON, CO 80123

LEGAL
MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 14 2011

GREGORY C. LANGHAM
CLERK

U.S. DISTRICT COURT COLORADO
GREGORY C. LANGHAM, CLERK OF THE
901 19TH ST.,
ROOM A 105 -
DENVER, CO 80294-3589