**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

---

**MINUTE ORDER**[1]

---

Due to a conflict arising on the court's calendar, the Trial Preparation Conference hearing set for May 13, 2011, should be vacated.

**THEREFORE, IT IS ORDERED** as follows:

1. That the Trial Preparation Conference hearing set for May 13, 2011, is **VACATED** and is **RESET** to **May 11, 2011**, at 1:15 p.m.; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant Armstrong's appearance for this hearing.

Dated: April 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.