TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: Extension of time 4/22
DATE: 4/22/2011 12:30:40 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00317-REB

UNITED STATES OF AMERICA
    Plaintiff
       v.
Richard Kellogg Armstrong
    Accused
20413-298
Federal Detention Center Englewood
9595 Quincy Avenue
Littleton, CO 80123

---

MOTION FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS IN PRINTED FORMAT

---

    COMES NOW Richard Kellogg, Armstrong, Sui Juris, being a native born American, non-U.S. citizen-subject, filing this Notice and Demand for enlargement of time due to non receipt of all discovery and non receipt of all Grand Jury transcripts to date in printed format affecting insufficient time to prepare pretrial motions with assistance of counsel.

    I would ask the court to extend additional time to respond for discovery so that I can present additional evidence into the record to properly defend myself.

    I have waived the right to a speedy trial that is in the record.

    I therefore request this additional ninety (90) days that will be necessary for me, under incarceration, to obtain personal records to prepare for my defense.

    The additional time would not prejudice the Plaintiff's claim in any way.

Dated this 22nd Day of April, 2011

Respectfully,

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong

Richard K. Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

DENVER CO 800
22 APR 2011 PM 4 T

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 25 2011
GREGORY C. LANGHAM
CLERK

CR

U.S. District Court Colorado
Gregory L. Langham, Clerk of the Court
901 19th St., Room A-105
Denver, CO 80294-3589

80294+2501