**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

## MINUTE ORDER[1]

    By **May 2, 2011**, the government shall file a response to that portion of the motion that claims Mr. Armstrong has not been provided paper transcripts of grand jury testimony, in defendant's **Motion For Enlargement of Time Due To Non Receipt of All Discovery and Non Receipt of All Grand Jury Transcripts in Printed Format** [#208] filed April 26, 2011.

    Dated: April 27, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.