TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

----------------------------------------------------------------------

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: Severence 4/26
DATE: 4/26/2011 7:54:29 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CRIMINAL ACTION NO. 10-cr-00317-REB

UNITED STATES OF AMERICA
    PLAINTIFF
        v.
1. CURTIS MORRIS
2. Richard Kellogg Armstrong
    ACCUSED

## ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS

    COMES NOW Richard Kellogg Armstrong, Sui Juris, a native born American, One of We the People, who by his declaration as a citizen of the Republic of the united States of America and a State Citizen of the Republic of Arizona, a man standing on the land evidenced by his filing of his UCC-1 as well as other notarized documents that have been recorded at the Arizona Secretary of State and numerous other state, federal and international agencies, respectfully moves this Court for an Order granting his Notice for Severence on the following grounds:

    1. Mr. Armstrong has one living co-defendant in this case, Mr. Curtis Morris. Mr. Morris and Mr. Armstrong were indicted June 6, 2010. A superceding indictment was filed on February 15, 2011.

    2. The Court has the descretion to sever Mr. Armstrong's trial from Mr. Morris' under Fed. R. Crim P14 if joinder may prejudice him. United States v. Janus Indus., 48 F 3d 1548 (10th Cir. 1995).

    3. Upon information and belief, there are statements made by Mr. Morris which may incriminate Mr. Armstrong in the charged offenses.

    As a Sovereign, the laws of Congress do not extend into the limits of the States, but have force only in the District of Columbia and places that are within the exclusive jurisdiction of the national government (SEE: Caha v. U.S.). The Sovereign is only bound to the constraining certainty of the united States Constitution 1787, itself and absolutely nothing else except the laws of the Almighty God [ELHOIM] who created the Heavens and the Earth. This Sovereign bows his knees to none other.

    Richard Kellogg Armstrong, whose inalienable rights are secure by the Constitution 1787, is a living Soul, a Sovereign, a Private Human Being, a Creditor and Claimant and is not a "Statutory person" or Juristic person, is domiciled on the overlay of the Republic, otherwise known as the Republic of Arizona and therefore can only be tried in an Article III Court under the common laws of the Constitution 1787 and by a jury of his peers. If Mr. Armstrong and Mr. Morris were to be tried together, there would be a conflict of interest as Mr. Armstrong cannot be tried in an Administrative court.

    WHEREFORE, Mr. Armstrong respectfully requests that this Court enter an Order granting his request for Severence. Mr. Armstrong also wishes to reserve the right to supplement this Notice pending resolution of various issues by the Court as trial approaches.

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2011, that I placed in the U.S. Mail, Certified Mail #7010 3090 0002 7265 7865 to the U.S. District Court Colorado the foregoing: DEFENDANT Armstrong's NOTICE FOR SEVERENCE OF DEFENDANTS.

I hereby certify that I have mailed the document to the following recipient:
Lisa M. Wayne, Attorney
999 18th St., Suite 2550
One Denver Place - South Tower
Denver, CO 80202

Richard Kellogg Armstrong

CC:
Supreme Court of the United States
Tenth Circuit Court of Appeals



Richard K. Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

LEGAL MAIL

CERTIFIED MAIL
7010 0780 0000 5922 5865
7010 0780 0000 5922 5845

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 29 2011
GREGORY C. LANGHAM
CLERK

U.S. District Court Colorado
Gregory C. Langham, Clerk of this Court
901 19th St., Room A-105
Denver, CO 80294-3589