**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

**MINUTE ORDER**[1]

By **May 10, 2011**, the government and defendant Richard Kellogg Armstrong shall file a response to **Defendant Morris' Second Motion To Exclude Time Within Which The Trial For The Offenses Charged in The Superseding Indictment Must Commence Pursuant to 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv) and Continuance of Deadlines Currently Set** [#215] filed May 3, 2011.

    Dated: May 3, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.