**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  CURTIS L. MORRIS, and
2.  RICHARD KELLOGG ARMSTRONG,

     Defendants.

---

**MINUTE ORDER**[1]

---

     The matter is before the court on the **Government's Motion To Set and Conduct Motions hearing Respecting Pending Motions To Continue and Exclude Time; Motions Setting Conference Respecting Other Pending Motions; and Status Conference** [#218] filed May 3, 2011.  After reviewing the motion and the file, the court has concluded that the motion should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Government's Motion To Set and Conduct Motions hearing Respecting Pending Motions To Continue and Exclude Time; Motions Setting Conference Respecting Other Pending Motions; and Status Conference** [#218] filed May 3, 2011, is **GRANTED**;

     2.  That on Friday, May 6, 2011, commencing at 3:30 p.m., the court shall conduct a hearing on the  **Government's Motion To Set and Conduct Motions hearing Respecting Pending Motions To Continue and Exclude Time; Motions Setting Conference Respecting Other Pending Motions; and Status Conference** [#218] filed May 3, 2011;

     3.  That the court's **Minute Order** [#217] entered May 3, 2011, requiring that the government and defendant Armstrong file a response to defendant Morris' motion to exclude time is **WITHDRAWN**, the court shall hear oral argument on this issue at the

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

time of the hearing on May 6, 2011; and

    4.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing defendant Armstrong's appearance for the hearing set for Friday, May 6, 2011, at 3:30 p.m..

    Dated:  May 3, 2011