IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:            May 6, 2011

Deputy Clerk:    Nel Steffens
Court Reporter:  Suzanne Claar

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                                      *Counsel:*

UNITED STATES OF AMERICA,                       Kenneth Harmon

      Plaintiff,

v.

1.  CURTIS L. MORRIS,                           Lisa Wayne
2.  RICHARD KELLOGG ARMSTRONG,                  *Pro Se* with David Owen, Advisory Counsel

      Defendants.

## COURTROOM MINUTES

**Motion Hearing on #215**

**3:48 p.m.    Court in session.**

Appearances of counsel.

Defendant Morris is present on bond; defendant Armstrong is present in custody.

Opening statements by the court.

Argument by Ms. Wayne in support of **Defendant Morris' Second Motion To Exclude Time Within Which the Trial for the Offenses Charged in the Superseding Indictment Must Commence Pursuant to 18 U.S.C. § 3161(h0(70(B)(i) (ii) and (iv) and Continuance of Deadlines Currently Set** [#215] filed May 3, 2011.

Response by defendant Armstrong.

Response by Mr. Harmon.

Court addresses parties regarding scheduling and takes the motion under advisement. Court will issue its written ruling as soon as practicable.

**4:05 p.m.      Court in recess.**

Total time in court:   00:17

Hearing concluded.