NON-STIP G INSTRUCTION NO. 9

IMPEACHMENT BY PRIOR INCONSISTENCIES

You have heard the testimony of witnesses who, before this trial, may have made statements that are different from their testimony here in court.

These earlier statements were brought to your attention only to help you decide on the credibility of those witnesses.  You cannot use the prior inconsistent statements as proof of anything else.  You can only use them as one way of evaluating the witnesses' testimony here in court.

1.10  Pattern Jury Instructions, Criminal Cases, Tenth Circuit (2006) (modified to address multiple witnesses)