NON-STIP G INSTRUCTION NO. 10

ACCOMPLICE—PLEA AGREEMENT

An accomplice is someone who joined with another person in committing a crime, voluntarily and with common intent. The testimony of an accomplice may be received in evidence and considered by you, even though it is not supported by other evidence. You may decide how much weight it should have.

You are to keep in mind, however, that accomplice testimony should be received with caution and considered with great care. You should not convict a defendant based on the unsupported testimony of an alleged accomplice, unless you believe the unsupported testimony beyond a reasonable doubt.

The government acknowledges that one of its witnesses, Steven Broughton, is an accomplice in this case. The government has entered into a plea agreement with this witness providing for a recommendation of a sentence he might not otherwise received. Plea bargaining is lawful and proper, and the rules of this court expressly provide for it.

A person who has entered into a plea agreement with the government is not prohibited from testifying. On the contrary, the testimony of an alleged accomplice may, by itself, support a guilty verdict. The fact that a witness has agreed to plea guilty to an offense related to the charged conduct is not evidence of the guilt of any other person.


1.14 & 1.15 <u>Pattern Jury Instructions, Criminal Cases</u>, Tenth Circuit (2006)(modified to address a government witness that is not a co-defendant)