NON-STIP G INSTRUCTION NO. 11

ON OR ABOUT

You will note that the indictment charges that the crimes in this case were committed "on or about" or "in or about" certain dates. The government must prove beyond a reasonable doubt only that the defendant committed the crimes reasonably near the dates alleged in the indictment.

1.18 <u>Pattern Jury Instructions, Criminal Cases,</u> Tenth Circuit (2006)(modified to insert the word "only" in the second sentence, to add the words "in or about," and to address dates as those alleged in the indictment, not as specific dates).