NON-STIP G INSTRUCTION NO. 13

CAUTION - PUNISHMENT

If you find the defendants guilty, it will be my duty to decide what the punishment will be.  You should not discuss or consider the possible punishment in any way while deciding your verdict.

1.20 Pattern Jury Instructions, Criminal Cases, Tenth Circuit (2006)