NON-STIP G INSTRUCTION NO. 15

DISPOSITION OF ALL CHARGES AGAINST ONE CODEFENDANT

I have previously read the indictment to you. It names Larry R. Hall as a defendant in this case. The charges against Larry R. Hall have been disposed of, and he is no longer a defendant in this case. You should not guess about or concern yourselves with the reason for this disposition. You are not to consider this fact when deciding if the government has proved, beyond a reasonable doubt, its case against defendants Morris and Armstrong.

2.12 Manual of Model Criminal Jury Instructions for the District Courts of the Eighth Circuit (2009)(modified to reflect that charges were dismissed prior to trial)