NON-STIP G. INSTRUCTION NO. 18

SUMMARIES AND CHARTS

Charts or summaries have been admitted into evidence and have been shown to you during the trial for the purpose of explaining facts that are allegedly contained in books, records, or other documents which are also in evidence in the case. You may consider the charts and summaries as you would any other evidence admitted during the trial and give them such weight or importance, if any, as you feel they deserve.

The accuracy and reliability of these summaries and charts are to be determined by you based on the testimony and exhibits admitted into evidence.

1A O'Malley, Grenig, and Lee, Federal Jury Practice and Instructions, Sixth Edition, 2008, § 14.02; 1.41 Pattern Jury Instructions, Criminal Cases, Tenth Circuit (2006), Comment.