NON-STIP G INSTRUCTION NO. 19

CONFESSION-STATEMENT—VOLUNTARINESS

(Multiple Defendants)

Evidence relating to any statement attributed to the defendants alleged to have been made after the commission of the crimes charged in this case but not made in court, should always be considered by you with caution and weighed with care. Any such statements should be disregarded entirely unless the other evidence in the case convinces you by a preponderance of the evidence that the statement was made knowingly and voluntarily.

In determining whether any such statement was knowingly and voluntarily made, you should consider, for example, the age, gender, training, education, occupation, and physical and mental condition of the defendant, and any evidence concerning his treatment while under interrogation if the statement was made in response to questioning by government officials, and all the other circumstances in evidence surrounding the making of the statement.

If, after considering all this evidence, you conclude by a preponderance of the evidence that the defendant's statement was made knowingly and voluntarily, you may give such weight to the statement as you feel it deserves under all the circumstances.

Of course, any such statement should not be considered in any way whatsoever as evidence with respect to any other defendant on trial.


1.26 <u>Pattern Jury Instructions, Criminal Cases</u>, Tenth Circuit (2006)