NON-STIP G INSTRUCTION NO. 20

SIMILAR ACTS

You have heard evidence of other acts or crimes engaged in by the defendants. You may consider that evidence only as it bears on the defendants' willfulness, intent, knowledge, common scheme, modus operandi, and absence of mistake or accident and for no other purpose. Of course, the fact that the defendants may have previously committed an act similar to the one charged in this case does not mean that the defendants necessarily committed the act charged in this case.

1.30 <u>Pattern Jury Instructions, Criminal Cases</u>, Tenth Circuit (2006)(modified to include the phrase "acts or" in the first sentence)