NON-STIP G INSTRUCTION NO. 22

DEFINITION - KNOWLEDGE - DELIBERATE IGNORANCE

When the word "knowingly" is used in these instructions, it means that the act was done voluntarily and intentionally, and not because of mistake or accident. Although knowledge on the part of the defendants cannot be established merely by demonstrating that the defendants were negligent, careless, or foolish, knowledge can be inferred if the defendants deliberately blinded themselves to the existence of a fact. Knowledge can be inferred if the defendants were aware of a high probability of the existence of a fact, unless the defendants did not actually believe that fact.

1.37 Pattern Jury Instructions, Criminal Cases, Tenth Circuit (2006)