NON-STIP G INSTRUCTION NO. 23

MOTIVE - EXPLAINED

Intent and motive are different concepts and should never be confused. Motive is what prompts a person to act or fail to act. Intent refers only to the state of mind with which the act is done or omitted. Personal advancement and financial gain, for example, are two well-recognized motives for much of human conduct. These praiseworthy motives, however, may prompt one person to voluntary acts of good while prompting another person to voluntary acts of crime. Good motive alone is never a defense where the act done or omitted is a crime. The motive of the defendants is, therefore, immaterial except insofar as evidence of motive may aid in the determination of state of mind or the intent of the defendants.

1A O'Malley, Grenig, and Lee, <u>Federal Jury Practice and Instructions</u>, Sixth Edition, 2008, § 17:06