NON-STIP G INSTRUCTION NO. 24

PRESUMPTION OF AUTHENTICATE SIGNATURE

The fact that an individual's name is signed to a return means that you may find that the tax return was in fact signed by that individual, until and unless outweighed by evidence presented which leads you to a different conclusion. If you find proof beyond a reasonable doubt that the defendants signed their tax returns, you may, but are not required to, find that the defendants knew of the false matter in the return.

2.93 Pattern Jury Instructions, Criminal Cases, Tenth Circuit (2011)(applying this instruction to 26 U.S.C. section 7206(1)); See also Title 26 U.S.C. § 6064.