NON-STIP G INSTRUCTION NO. 26

COMMUNICATION WITH THE COURT

If you want to communicate with me at any time during your deliberations, please write down your message or question and give it to the bailiff, who will bring it to my attention.  It may take some time as counsel will have to return to court and we may need to research an answer to your question.  But I will respond as promptly as possible, either in writing or by having you return to the courtroom so that I can address you orally.  I caution you, however, that with any message or question you might send, you should not tell me any details of your deliberations or indicate how many of you are voting in a particular way on any issue.

Let me remind you again that nothing I have said in these instructions, nor anything I have said or done during the trial, was meant to suggest to you what I think your decision should be.  That is your exclusive responsibility.

1.43 <u>Pattern Jury Instructions, Criminal Cases</u>, Tenth Circuit (2011)(modified by striking the phrase "and sentencing proceedings" from second paragraph)