NON-STIP G INSTRUCTION NO. 28

FALSE CLAIMS AGAINST THE GOVERNMENT
18 U.S.C. § 287

The following defendants are charged with filing false claims in violation of 18 U.S.C. § 287 and aiding and abetting such offenses as described in the chart below:

| Count | Date | Tax Yr | Form | Client | DEFENDANT(S) | Claim |
|---|---|---|---|---|---|---|
| 6 | 10/20/08 | 2005 | 1040X | RA | Curtis L. Morris<br>Richard K. Armstrong | $582,352 |
| 7 | 10/20/08 | 2006 | 1040X | RA | Curtis L. Morris<br>Richard K. Armstrong | $283,746 |
| 8 | 10/20/08 | 2007 | 1040X | RA | Curtis L. Morris<br>Richard K. Armstrong | $605,300 |
| 9 | 1/28/09 | 2008 | 1040X | RA | Curtis L. Morris<br>Richard K. Armstrong | $1,739,452 |
| 10 | 10/24/08 | 2006 | 1040X | DL | Curtis L. Morris | $553,386 |
| 11 | 11/5/08 | 2006 | 1040X | DL | Curtis L. Morris | $1,179,323 |
| 12 | 10/24/08 | 2007 | 1040X | DL | Curtis L. Morris | $469,550 |
| 13 | 2/19/09 | 2005 | 1040X | EDF | Curtis L. Morris<br>Richard K. Armstrong | $203,203 |
| 14 | 2/19/09 | 2006 | 1040X | EDF | Curtis L. Morris<br>Richard K. Armstrong | $253,653 |
| 15 | 3/12/09 | 2007 | 1040 | EDF | Curtis L. Morris<br>Richard K. Armstrong | $1,126,473 |
| 16 | 3/25/09 | 2008 | 1040 | EDF | Curtis L. Morris<br>Richard K. Armstrong | $345,000 |
| 17 | 1/7/09 | 2005 | 1040X | SB | Curtis L. Morris | $333,127 |
| 18 | 1/7/09 | 2006 | 1040X | SB | Curtis L. Morris | $211,429 |
| 19 | 3/12/09 | 2007 | 1040X | SB | Curtis L. Morris | $355,441 |
| 20 | 2/19/09 | 2008 | 1040 | SB | Curtis L. Morris | $197,824 |
| 21 | 9/18/09 | 2006 | 1040X | CM | Curtis L. Morris | $74,546 |
| 22 | 4/16/09 | 2008 | 1040 | CM | Curtis L. Morris | $90,481 |

This law makes it a crime to knowingly make a false or fraudulent claim against any department or agency of the United States. The United States Department of the Treasury is a department or agency of the United States within the meaning of that law. To find the defendant guilty of this crime you must be convinced that the government has proved each of the following beyond a reasonable doubt:

*First:* the defendant knowingly made and presented to the United States Department of the Treasury, through the Internal Revenue Service, a false or fraudulent claim against the United States; and

*Second:* the defendant knew that the claim was false or fraudulent.

It is not necessary to show that the government agency or department was in fact deceived or misled. To make a claim, the defendant need not directly submit the claim to an employee or agency or department of the United States. It is sufficient if the defendant submits the claim to a third party knowing that the third party will submit the claim or seek reimbursement from the United States or a department or agency thereof.

2.18 Pattern Jury Instructions, Criminal Cases, Tenth Circuit (2011).