NON-STIP G INSTRUCTION NO. 34

SPECIAL VERDICT FORM

A Special Verdict Form has been prepared. The special verdict requires you to answer certain questions about the relationship between the property and the violation(s) of which you have found the Defendant(s) guilty, as follows:

1. Whether the Subject Property constitutes proceeds or was derived from proceeds of Count One for which the Defendant(s) have been found guilty?

2. Whether the Subject Property was involved in Counts Twenty-Five, Twenty-Six, and Twenty-Seven for which you have found the Defendant Richard Kellogg Armstrong guilty?

You may answer the questions by simply putting an "X" or check mark in the space provided next to the words "Yes" or "No." Your answer to each question must be unanimous; that is, you must all agree that the answer is either "Yes" or "No." After you are finished, the foreperson must then sign and date the Special Verdict Form.