IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

  Defendant.

---

**SPECIAL VERDICT FORM**

---

We, the Jury, return the following Special Verdict:

(1) We find that $1,637,481.61, constitutes or was derived from proceeds obtained, directly or indirectly, as the result of the violations of which the defendant has been convicted, in Count One of the Superseding Indictment.

  **YES**_____    **NO**_____

(2) We find that real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado, constitutes or was derived from proceeds obtained, directly or indirectly, as the result of the violations of which the defendant has been convicted, in Count One of the Superseding Indictment.

  **YES**_____    **NO**_____

(3) We find that real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona, constitutes or was derived from proceeds obtained, directly or indirectly, as the result of the violations of which the defendant has been convicted, in Count One of the Superseding Indictment.

  **YES**_____    **NO**_____

(4) We find that Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527, constitutes or was derived from proceeds obtained, directly or indirectly, as the result of the violations of which the defendant has been convicted, in Count One of the Superseding Indictment.

**YES**_____          **NO**_____

(5) We find that a $1,519,000.00 money judgment was involved in, in any manner or part, the commission of the violations of which the defendant has been convicted, in Counts Twenty-Five, Twenty-Six, and Twenty-Seven of the Superseding Indictment.

**YES**_____          **NO**_____

(6) We find that real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado was involved in, in any manner or part, the commission of the violations of which the defendant has been convicted, in Counts Twenty-Five, Twenty-Six, and Twenty-Seven of the Superseding Indictment.

**YES**_____          **NO**_____

So Say We All, this _____ day of _____, 2011.

_____
FOREPERSON