IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CURTIS L. MORRIS,

        Defendant.

---

**SPECIAL VERDICT FORM**

---

We, the Jury, return the following Special Verdict:

     (1)   We find that $1,637,481.61, constitutes or was derived from proceeds obtained, directly or indirectly, as the result of the violations of which the defendant has been convicted, in Count One of the Superseding Indictment.

        **YES**_____              **NO**_____

        So Say We All, this _____ day of _____, 2011.

                                        _____
                                        FOREPERSON