IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    RICHARD KELLOGG ARMSTRONG,

    Defendant.

## VERDICT FORM

### COUNT ONE

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count One of the indictment:

        _____ Not Guilty

        _____ Guilty

### COUNT SIX

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Six of the indictment:

        _____ Not Guilty

        _____ Guilty

## COUNT SEVEN

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Seven of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

## COUNT EIGHT

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Eight of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

## COUNT NINE

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Nine of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

## COUNT THIRTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Thirteen of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

## COUNT FOURTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Fourteen of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT FIFTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Fifteen of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT SIXTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Sixteen of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT TWENTY FIVE

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Twenty Five of the indictment:

_____ Not Guilty

_____ Guilty

## **COUNT TWENTY SIX**

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Twenty Six of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

## **COUNT TWENTY SEVEN**

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Twenty Seven of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

## **COUNT TWENTY EIGHT**

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Twenty Eight of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

    _____
    FOREPERSON

Dated this \_\_\_\_ day of _____, 2011.