IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     CURTIS L. MORRIS,

       Defendant.

_____

## **VERDICT FORM**
_____

### **COUNT ONE**

    We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count One of the indictment:

              _____ Not Guilty

              _____ Guilty

### **COUNT TWO**

    We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Two of the indictment:

              _____ Not Guilty

              _____ Guilty

## COUNT THREE

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Three of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT SIX

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Six of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT SEVEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Seven of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT EIGHT

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Eight of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT NINE

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Nine of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT TEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Ten of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT ELEVEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Eleven of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT TWELVE

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Twelve of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT THIRTEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Thirteen of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT FOURTEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Fourteen of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT FIFTEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Fifteen of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT SIXTEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Sixteen of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT SEVENTEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Seventeen of the indictment:

\_\_\_\_ Not Guilty

\_\_\_\_ Guilty

## COUNT EIGHTEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Eighteen of the indictment:

\_\_\_\_ Not Guilty

\_\_\_\_ Guilty

## COUNT NINETEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Nineteen of the indictment:

\_\_\_\_ Not Guilty

\_\_\_\_ Guilty

## COUNT TWENTY

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Twenty of the indictment:

\_\_\_\_ Not Guilty

\_\_\_\_ Guilty

## COUNT TWENTY ONE

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Twenty One of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT TWENTY TWO

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Twenty Two of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT TWENTY EIGHT

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L.

MORRIS, in Count Twenty Eight of the indictment:

_____ Not Guilty

_____ Guilty

_____

FOREPERSON

Dated this _____ day of _____, 2011.