NON-STIP G INSTRUCTION NO. 25

HANDWRITING EVIDENCE

When the identity of the person who has handwritten something is a question in any trial, any proved or admitted handwriting of this person, or anyone else, may be received in evidence and used as an exemplar or a specimen for comparison with any handwriting in dispute.

1A O'Malley, Grenig, and Lee, <u>Federal Jury Practice and Instructions</u>, Sixth Edition, 2008, § 14.12