IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CURTIS L. MORRIS, and

2.     RICHARD KELLOGG ARMSTRONG,

        Defendants.

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The United States of America, by and through the undersigned counsel, respectfully requests the Court consider including in its voir dire the attached questions.

        Respectfully Submitted,

        JOHN F. WALSH
        United States Attorney

By:    *s/Kevin F. Sweeney*
        Kevin F. Sweeney
        Trial Attorney
        Tax Division
        U.S. Department of Justice

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of May, 2011, I electronically filed the foregoing **GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS** with the Clerk of the Court using the CM/ECF, which will send notification to counsel listed below.

    Lisa Monet Wayne
    lmonet20@aol.com

    David L. Owen
    davidowen@lodopc.com


I also certify that I sent the foregoing via U.S. Mail to the following:

    Richard Kellogg Armstrong
    #20413-298
    Englewood Federal Correctional Institution
    Inmate Mail/parcels
    9595 West Quincy Avenue
    Littleton, CO 80123


                              By:    s/ *Kevin F. Sween*y
                                        KEVIN F. SWEENEY
                                        Trial Attorney