# GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

1. This case was investigated by the Internal Revenue Service's Criminal Investigation Division and is being prosecuted by the Department of Justice. Have you or any member of your family, or any of your close friends, had any experience or dispute with either of these government agencies or the Internal Revenue Service ("IRS") generally that left you with bad or negative feelings about these governmental agencies? Have you or any member of your family, or any of your close friends, had any experience or dispute with any other federal agency that left you with bad or negative feelings?

    a. If so, do you think that these experiences or disputes, and your feelings about them, would prejudice you either for or against the Government in this case or affect your ability to be fair and impartial in the case?

2. Have you, your family members, or close friends, had any experience with local, state or federal law enforcement officers that left you with bad feelings about law enforcement officers?

3. Have you, your family members, or your close friends, ever been arrested or charged with a criminal offense? (If so, the United States requests that the court question the potential juror regarding the circumstances at side bar.)

4. Have any of you, your relatives, or close friends, ever been the subject of a government investigation or inquiry?

    If so:

    a. How long ago?

    b. Was the matter resolved to your satisfaction?

    c. Were you treated fairly by the government officials?

        d.        Do you hold any grudges against the government or against government officials?

        e.        Would your feelings prevent you from listening to the government's case fairly and impartially and rendering a verdict according to the evidence?

5.        Have you, a family member or someone close to you ever been the subject of an audit, been assessed a penalty, or had a similar action (such as a fine, lien, levy or garnishment) taken by the IRS.

If so:

        a.        How long ago did this occur?

        b.        In your opinion, was the matter resolved satisfactorily?

        c.        Were you or your business or the family member or friend treated fairly by the IRS?

        d.        Would anything about this experience affect your ability to be fair and impartial in this case?

6.        Do you have strong personal views or feelings about the tax system of the United States?

If so:

        a.        Please explain.

        b.        Would anything about these views or feelings affect your ability to be fair and impartial in this case?

7.        Do you believe that violations of the tax code should be limited to civil penalties and not be subject to criminal prosecution or criminal penalties?

If so:

        a.        Please explain.

       b.       Would these views affect your ability to be fair and impartial in this case? If so, how?

8. Have you, a family member or someone close to you ever been affiliated with any group or organization that studied or protested against the tax laws of the United States?

If so:

       a.       Please identify the organization.

       b.       What is the organization's position on income taxes?

       c.       How active have you, your family members or persons close to you been in the organization? Are any of you or they still active in it?

       d.       Would anything about your or their experience or involvement in this organization affect your ability to be fair and impartial in this case? If so, how?

9. Does any member of the jury panel disagree with the Internal Revenue laws of the United States, such that you hold a personal belief or think that the United States should not regulate the payment of income taxes or that the Internal Revenue Service should not investigate or audit taxpayers or tax preparers?

10. Do any of you think that the income tax laws of the United States are unconstitutional?

11. Do you feel that it is wrong for the United States to try to make its citizens pay taxes?

12. Do any of you disagree with the idea that everyone has a duty to obey the income tax laws, as well as all other laws, of this country?

13. Do you, any member of your family or any close business or social associate hold any personal belief, conviction or prejudice against the laws generally of the United States, or any belief that the United States has no authority over its citizens, such that you could not

sit as a fair and impartial juror in this case?

14. Do you prepare your own income tax returns or do you hire someone to prepare them? If you own or run your own business, who prepares the business's tax returns?

14a. If you have hired someone to prepare your returns or your business's returns:

    a. Have you generally been satisfied with your tax preparer?

    b. Have you had any significant problems with the tax preparer that were not resolved to your satisfaction? Please explain.

15. Do you have any specialized knowledge, education or training concerning taxes or tax laws?

If so, please describe.

16. Are you familiar with, or have you used or been involved in the use of the following IRS forms, in connection with the preparation of your own tax returns or tax returns for a business that you own, operate or for which you are employed:

    a. IRS Forms 1040;

    b. IRS Forms 1040X;

    c. IRS Forms 1099-OID.

Please describe your use, involvement or familiarity with these forms.

17. Have you had any experience with bookkeeping or accounting? Please describe.

18. Have any of you, your relatives or close friends been the victims of or witnesses to a crime? What type of crime? Were you satisfied with the way the police or law enforcement officers handled the matter? The prosecutor? The Court? The law requires that your verdict be based on the facts as you find them to be from the evidence. The law does not permit you to consider any emotion such as sympathy, prejudice, vengeance,

fear, or hostility. Is there anybody here who feels that he or she cannot put these emotions out of his or her mind when deliberating on a verdict?

19. This is a criminal trial. Your duty, as jurors, will be to determine whether or not the defendant is guilty of the crimes charged in the indictment based on the evidence in the case. It is my duty, as judge, to determine what punishment, if any, may be imposed in the event of a guilty verdict. Would you be able to assess the evidence in this case and render a verdict without consideration as to the type of sentence or punishment which ultimately may be imposed as a result of your verdict?

20. Do any of you have any moral, ethical, religious or any other reservation about, or any other reason preventing you from sitting in judgment of another person?