IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CURTIS L. MORRIS, and

2.     RICHARD KELLOGG ARMSTRONG,

        Defendants.
_____

**ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF**
_____

        COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture co-counsel for the above-named Plaintiff.

        DATED at Denver, Colorado, this 11th day of May, 2011.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

        By: s/ *Martha A. Paluch*
        MARTHA A. PALUCH
        Assistant United States Attorney
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        FAX: (303) 454-0402
        E-mail: Martha.Paluch@usdoj.gov

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 11, 2011, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth M. Harmon
*Counsel for Plaintiff*

Kevin F. Sweeney
*Counsel for Plaintiff*

David L. Owen, Jr.
*Counsel for Defendant Richard Kellogg Armstrong*

Lisa Monet Wayne
*Counsel for Defendant Curtis L. Morris*

                                                s/ Raisa Vilensky
                                                FSA Data Analyst
                                                Office of the U.S. Attorney