IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              May 11, 2011

Deputy Clerk:      Nel Steffens
Court Reporter:    Suzanne Claar

**Criminal Action No.  10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
|  | Kevin Sweeney |
| Plaintiff, |  |
| v. |  |
| 1.  CURTIS L. MORRIS, | Lisa Wayne |
| 2.  RICHARD KELLOGG ARMSTRONG, | *Pro Se* with David Owen, Advisory Counsel |
| Defendants. |  |

## COURTROOM MINUTES

**Trial Preparation Conference/Motions Hearing on #208 and #215**

**1:26 p.m.     Court in session.**

Appearances of counsel.  Also seated at government's table is IRS Special Agent Greg Flynn.

Opening statements by the court.

Court's findings and conclusions regarding the motions to continue.

Speedy trial findings.  The court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial.  The court further finds that a period of **six (6) months** is excludable from the calculation of time for a speedy trial under the Speedy Trial Act of 1974.

**IT IS ORDERED** as follows:

1. That defendant Armstrong's **Motion for Enlargement of Time Due to Non Receipt of All Discovery and Non Receipt of All Grand Jury Transcripts in Printed Format** [#208] filed April 26, 2011, is **GRANTED** to the extent consistent with the foregoing findings of fact and conclusions of law;

2. That **Defendant Morris' Second Motion To Exclude Time Within Which the Trial for the Offenses Charged in the Superseding Indictment Must Commence Pursuant to 18 U.S.C. §3161(h)(7)(b)(i) (ii) and (iv) and Continuance of Deadlines Currently Set** [#215] filed May 3, 2011, is **GRANTED** to the extent consistent with the foregoing findings of fact and conclusions of law;

3. That the Trial Preparation Conference set for this date and time is **VACATED** and **CONTINUED** without date, pending further order of the court;

4. That the Trial by Jury set to commence Monday, May 16, 2011, at 8:30 a.m. is **VACATED** and **CONTINUED** without date, pending further order of the court;

5. That the court shall conduct a Setting Conference on Friday, September 9, 2011, at 9:00 a.m. to reset this matter, if possible, for Trial Preparation Conference and Trial by Jury, at which counsel and the defendants shall again appear before the court without further notice or order of court; and

6. That to the extent necessary the United States Marshal for the District of Colorado shall assist the court in securing the appearance of defendant Armstrong at the Setting Conference.

Discussion regarding defendant Armstrong's obtaining paper copies of Grand Jury transcripts.

Defendant Armstrong tenders a document for filing.

**1:56 p.m.    Court in recess.**

Total time in court:   00:30

Hearing concluded.