FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 MAY 19 PM 2:32

GREGORY C. LANGHAM
CLERK

April 12, 2011

BY_____DEP. CLK

DISTRICT COURT OF THE UNITED STATES

UNITED STATES OF AMERICA
v.
RICHARD KELLOGG ARMSTRONG

Case No. 10-cr-00317
Case No. 10-cv-01073

NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner, 404 U.S. 519, 30 Led 652, 92 SCt 594 Rel den 405 U.S. 948, 30, Led 2d 819, 92 SCt 963

COMES NOW, Richard Kellogg Armstrong, of the Armstrong family, a Sui Juris litigant, hereinafter referred to as the "Accused", a native-born state citizen of the Republic of Arizona, a non Fourteenth Amendment, United States citizen, demanding that all previous court presentments be entered back into the court records to ensure that my Due Process of law is not violated. The Accused has stated his standing in law and has set out in specific detail the information required to ensure that the Due Process of law of the Accused is not violated and to prepare a proper defense for trial.

The Accused, to date, has not received the Grand Jury transcripts from two Grand Jury hearings which must be in printed form due to the Accused' extremely limited computer access and no computer printing facility at the Federal Detention Center. Furnishing of these transcripts was approved by the court but my demand to receive them in printed form was denied by Judge Blackburn. This is a violation of Due Process.

I am enclosing a copy of my Legal Notice and Demand that was filed with the Arizona Secretary of State as well as 18 other state, federal and international agencies June 8, 2009, (See Exhibit A).

This document is not intended to threaten, intimidate or harass but is my remedy in law.

April 12, 2011

Richard Kellogg Armstrong
Sovereign
Executor of the Estate

CC:
Tenth Circuit Court of Appeals
Administrative Office of the U.S. Courts

RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER ENGLEWOOD
9595 QUINCY
LITTLETON, CO 80123

LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 19 2011

GREGORY C. LANGHAM
CLERK

GREGORY L. LANGHAM, CLERK OF THE COURT
U.S. DISTRICT COURT COLORADO
901 19TH ST., ROOM A-105
DENVER, CO 80294-3589

DENVER CO 800
15 MAY 2011 PM 5 L