May 12, 2011

UNITED STATES DISTRICT COURT COLORADO
                v

       Richard Kellogg Armstrong

Case No. 10-cr-00317-REB
Case No. 10-cv-01073

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

---

NOTICE TO THIS ARTICLE III COURT TO REQUEST A RESPONSE TO ACCUSED' NOTICE DATED APRIL 12, 2011, TO REINSTATE ALL NOTICES AND DOCUMENTS SENT TO THE COURT THAT MAY HAVE BEEN STRICKEN AS BEING SUPPOSEDLY OUT OF TIME.

---

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner, 404 U.S. 519, 30 L. Ed 652, 92 S.Ct. 594 Reh den U.S. 948, 30L. Ed 2d 819, 925 S.Ct. 963

    COMES NOW, Richard Kellogg Armstrong, pro se, the Accused, a Sovereign, requesting that this Article III Court reinstall all Notices and documents that may have been stricken due to claim of being out of time.

    Considering the Court's May 11, 2011, decision to extend the time to trial by six months, all previously submitted Notices and documents relating to the Accused' cases should be accepted/honored by the Court. Please advise the Court's concurrance.

    Enclosed if a copy of the subject Notice dated April 12, 2011, for reference.

                                                      Richard Kellogg Armstrong
                                                    Sovereign
                                                    Executor of the Estate

CC: Tenth Circuit Court of Appeals

RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER ENGLEWOOD
9595 QUINCY
LITTLETON, CO 80123

LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 19 2011

GREGORY C. LANGHAM
CLERK

DENVER CO 800
18 MAY 2011 PM 6 L

GREGORY L. LANGHAM, CLERK OF THE COURT
U.S. DISTRICT COURT COLORADO
901, 19TH ST., ROOM A-105
DENVER, CO 80294-3189

80294+2501