IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      CURTIS L. MORRIS, and
2.      RICHARD KELLOGG ARMSTRONG,

       Defendants.

**GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS
RECORDS BY DECLARATION PURSUANT TO FED. R. EVID. 803(6) AND 902(11)**

       The United States of America, by and through its undersigned counsel, hereby gives notice of its intention to offer exhibits at trial pursuant to Fed.R Evid. 803(6) and 902(11).

       The category of records which the government intends to introduce in this manner have previously been made available (or are being made available under the government's continuing duty to disclose) to the defendant for inspection and copying as part of discovery in this case. The records and the entities from which they were received are described in Attachment A hereto.

       The government will be seeking witness declarations prepared consistent with Rule 902(11) for authentication of the identified category of records. As completed declarations are obtained, the government will provide them to the defendant for inspection. The government notes that the category of records identified in Attachment A which it intends to offer in this manner may not be exhaustive, and accordingly, the government reserves the right as necessary

to introduce and authenticate additional records pursuant to Rule 902(11).  The government also reserves the right to introduce and authenticate records in any manner allowed for by Fed. R. Evid. 901 and 902, including through testimony of a witness with knowledge.

A sample declaration in support of the described records is provided in Attachment B hereto.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney


        s/ *Kevin F. Sweeney*
        By: Kevin F. Sweeney
        Trial Attorney
        Tax Division
        U.S. Department of Justice

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of May, 2011, I electronically filed the foregoing **GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS RECORDS BY DECLARATION PURSUANT TO FED. R. EVID. 803(6) AND 902(11)** with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:

    Lisa Monet Wayne
    lmonet20@aol.com

    David L. Owen
    davidowen@lodopc.com


I also certify that I sent the foregoing via U.S. Mail to the following:

    Richard Kellogg Armstrong
    #20413-298
    Englewood Federal Correctional Institution
    Inmate Mail/parcels
    9595 West Quincy Avenue
    Littleton, CO 80123


                                      By:    s/ *Kevin F. Sween*ey
                                              KEVIN F. SWEENEY
                                              Trial Attorney