**ATTACHMENT A**

| Name of Entity | Category of Records |
|---|---|
| Black Hills State University | Transcript of classes taken, grades earned, and degrees awarded by/to Curtis Morris |
| eBags | Personnel records related to employment of Curtis Morris (application for employment, performance reviews, payroll records) |
| Part Pointe | Records relating to employment of Curtis Morris (payroll forms, withholding etc) |
| Havasu Mail & Packaging | Records relating to the rental of post offices boxes, and/or mail forwarding services |
| Val-U-Corp Services | Records relating to the rental of post offices boxes, and/or mail forwarding services |
| FirstBank of Tech Center | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |
| US Bank | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |
| First National Bank of Monument | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |
| Bank of America | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |
| JP Morgan Chase | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |

| Compass Bank | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |
|---|---|
| TCF Bank | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |
| Keller Williams | Records relating to the purchase of real estate |
| Land Title Guarantee Company | Records relating to real estate transactions |
| Cessna Finance Company | Records relating to a loan issued to Richard Armstrong, including but not limited to the loan application, and related correspondence |
| Bank of America Home Loans | Records relating to a loan issued to Richard Armstrong, including but not limited to the loan application, and related correspondence |
| Federal Express Corporation | Shipping records - various addresses |