## ATTACHMENT B

## [sample]  DECLARATION

I, _____, _____, of
              (Name of person)                (Title of Person)

[Name of Entity] hereby state and declare under penalty of perjury that the following statements are true and correct:

      1.    I am personally familiar with the representations made in this declaration, either because I am the custodian of the records, or by virtue of my position and experience with the entity listed above that provided the records.  The records to which this declaration relates were provided in response to [a subpoena(s) issued by the United States Attorney's Office for the District of Colorado][a summons issued by the Internal Revenue Service]  The records are [copies of the] original documents [held in][from] this office.  Attachment 1 contains a description of the records to which this declaration relates.

      2.    The records were and are documents which were made at or near the time of the occurrence of the matters set forth in the documents.

      3.    The records were made by a person with knowledge of the matters set forth in the documents, or from information transmitted by a person with knowledge of the matters.

      4.    The documents and records were kept in the usual course of the regular business activity of [Name of Entity] and it was the regular practice of this entity to make and keep such records and documents.

      DATED this _____ day of _____, 2011.

                                        _____
                                        Declarant's Signature

                                        _____
                                        Declarant's Name Printed

In the State of _____)

  I hereby certify that the above Declaration was signed before me by

_____ on this _____ day of _____, 2011.

                   _____
                   Notary Public

My commission expires:_____

## ATTACHMENT 1

Government Exhibits for Criminal Case No. 10-cr-00317-REB

| Exhibit Number | Exhibit Description |
|---|---|
| [to be determined] | |
| | |
| | |
| | |