TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

----------------------------------------------------------------------------

FROM: 20413298
TO: Armstrong, Sharon; Szot, Katherine
SUBJECT: Notice of Default 5/12
DATE: 5/12/2011 5:26:01 PM

May 12, 2011                                              U.S. Certified Mail #7010-3090-0002-7265-7872

UNITED STATES DISTRICT COURT COLORADO
    Plaintiff                                              Case No. 10-cr-00317-REB
    v                                                      Case No. 10-cv-01073-MEH
  Richard Kellogg Armstrong
    Defendant

---

NOTICE OF DEFAULT FOR NONRESPONSE TO ACCUSED' NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES.

---

REQUEST THAT THE COURT RECOGNIZE
Haines v Kerner 404 U.S. 519, 30 L.Ed 652, 92 S. Ct. 594, Reh den U.S.948; 30 L. Ed 2d 819, 92 S. Ct. 963

    COMES NOW, Richard Kellogg Armstrong, pro se, sovereign and the Accused, hereby declares that the UNITED STATES DISTRICT COURT COLORADO to be in default for their failure to respond to the Accused' Notice dated April 3, 2011 (Exhibit A), within thirty (30) days to Compel Discovery For Production of Bid, Performance and Payment Bonds and All CUSIP Numbers, Miller Bonds, Penal Sum and Any and All Bonds Used or Associated With These Cases.

    Due to the Court's failure to respond, the Accused demands that Case No, 10-cr-00317-REB and 10-cv-01073-MEH be dismissed immediatey and the Accused be released from incarceration.

Encl: Exhibit A - Copy of Notice dated April 3, 2011

                                                    Richard Kellogg Armstrong
                                                    Sovereign
                                                    Executor of the Estate

CC:
Tenth Circuit Court of Appeals
Administrative Office of the U.S. Courts

Richard K. Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy
Littleton, CO 80123

LEGAL MAIL

RETURNED FOR ADDITIONAL POSTAGE

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 24 2011
GREGORY C. LANGHAM
CLERK

CR

7010 3090 0002 7265 7872

CERTIFIED MAIL

U.S. District Court Colorado
901 19th Street, Room A-105
Denver, CO 80294-3189
Attn: Gregory C. Langham, Clerk of the Court

80294+2500