TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: Motion for disclosure of bonds
DATE: 4/3/2011 10:53:20 AM

April 3, 2011

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA
    Plaintiff

v

RICHARD KELLOGG ARMSTRONG   Affidavit Verified

    Defendant

Case No. 10-cr-00317-REB
Case No. 10-cv-01073

---

NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES.

---

STATE OF COLORADO
COUNTY OF DENVER

    COMES NOW: Richard Kellogg Armstrong, sui juris and not pro se, not waiving his right to represent himself, and hereby demands from the court production of all bonds and CUSIP numbers associated with Case No. 10-cr-00317-REB and Case No. 10-cv-01073, along with bid, performance and payment bonds SF 273, 274 and 275.

    Researchers have determined that a federal criminal case is bonded, typically using GSA forms 24, 25 and 25a, and that those bonds carry a value and are lodged at Fidelity Investments. One can research the bonds through fidelity.com by pulling up the case number in certain fashion.

Since the issuance of bonds for money constitutes violations of various federal laws, and is a form of making money from a person's incarceration, without disclosure to the person and without his/her authorization, the issuance of those bonds constitutes counterfeit securities, as defined in Szafranski v. United States, W.D. N.Y. as well as a form of peonage and slavery.

Therefore, premises considered, Defendant moves the court to order the production of all bond information from the government as well as the forms and CUSIP numbers related to those bonds or dismiss these cases with prejudice.

CERTIFICATE OF SERVICE
    On this the 3rd day of April, 2011, a true and correct copy of the foregoing was served on opposing counsel as required by law.

                                       Richard Kellogg Armstrong
                                       Sovereign
                                       Executor of the Estate
                                       Secured Party

EXHIBIT A