**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

 Defendant.

# ORDER

**Blackburn, J.**

 The matter is before me on the following: (1) the **Notice To The Article III Court To Reinstall Notices and Court Documents That Were Stricken By The Judge, To Take Exegent** (sic) **Notice of One of We The People of My Legal Notice and Demand Filed With The Arizona Secretary of State June 8, 2009, and The Affiant, To Date, Has Not Received Grand Jury Transcripts in Printed Form** [#236][1] filed May 19, 2011, by defendant, Richard Kellogg Armstrong; (2) the **Notice To This Article III Court To Request a Response To Accused' Notice Dated April 12, 2011, To Reinstate All Notices and Documents Sent To The Court That May Have Been Stricken as Being Supposedly Out of Time** [#237] filed May 19, 2011, by defendant, Richard Kellogg Armstrong; and (3) the **Notice of Default For Nonresponse To Accused' Notice To Compel Discovery For Production of Bid, Performance and

---

[1] "[#236]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**Payment Bonds and All Cusip Numbers, Miller Bonds, Penal Sum and Any and All Bonds Used or Associated With These Cases** [#240] filed May 25, 2011,by defendant, Richard Kellogg Armstrong.  I strike the notices.

During the proceedings on April 7, 2011, I admonished and instructed Mr. Armstrong, to cease and desist from filing notices in lieu of motions. I reiterated this requirement in the order [#235] I entered on May 17, 2011. *See* Order [#235] at 6-7, ¶ 3.a. Notwithstanding, Mr. Armstrong filed the three "notices" described above. Thus, his notices will be stricken as violative of my oral and written orders.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Notice To The Article III Court To Reinstall Notices and Court Documents That Were Stricken By The Judge, To Take Exegent** (sic) **Notice of One of We The People of My Legal Notice and Demand Filed With The Arizona Secretary of State June 8, 2009, and The Affiant, To Date, Has Not Received Grand Jury Transcripts in Printed Form** [#236] filed May 19, 2011, 2011,by defendant, Richard Kellogg Armstrong, is **STRICKEN**;

2.  That the **Notice To This Article III Court To Request a Response To Accused' Notice Dated April 12, 2011, To Reinstate All Notices and Documents Sent To The Court That May Have Been Stricken as Being Supposedly Out of Time** [#237] filed May 19, 2011, 2011, by defendant, Richard Kellogg Armstrong, is **STRICKEN**; and

3.  That the **Notice of Default For Nonresponse To Accused' Notice To Compel Discovery For Production of Bid, Performance and Payment Bonds and**

**All Cusip Numbers, Miller Bonds, Penal Sum and Any and All Bonds Used or Associated With These Cases** [#240] filed May 25, 2011, by defendant, Richard Kellogg Armstrong, is **STRICKEN**.

Dated May 31, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge