TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A
--------------------------------------------------------------------------------

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: Court appointed co-counsel 5/26
DATE: 5/26/2011 3:56:41 PM

May 26, 2011

DISTRICT COURT OF THE UNITED STATES
                v.
  RICHARD KELLOGG ARMSTRONG

Case No. 10-cv-01073-MEH
Case No. 10-cr-00317-REB

Richard Kellogg Armstrong, 20413-298
FDC Englewood, 9595 Quincy Ave.
Littleton, CO 80123

---

NOTICE TO THE ARTICLE III COURT TAKING EXCEPTION TO MAGISTRATE JUDGE MICHAEL E. HEGARTY'S MINUTE ORDER NO. 99 DENYING WITHOUT PREJUDICE INTERESTED PARTY RICHARD KELLOGG ARMSTRONG'S NOTICE TO THE ARTICLE III COURT FOR REQUEST FOR COURT APPOINTED CO-COUNSEL AND FOR AUTHORIZATION FOR COURT PAID EXPERT WITNESS.

---

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S. 519, 30 L. Ed 652, 92 S. Ct. 594, Reh den U.S. 948, 30 L. Ed 2d 819, 92 S. Ct. 963

   COMES NOW, Richard Kellogg Armstrong, pro se, the Accused, defendant in Case No. 10-cv-01073-MEH and 10-cr-00317-REB, taking exception to Magistrate Judge Michael E. Hegarty's denial of a court appointed co-counsel in defense of Case No. 10-cv-01073-MEH. The Accused does not accept a Magistrate's orders in this Article III court in which it is the only court that the Accused can be lawfully tried. My declaration clearly shows my filing.

   Civil Case No. 10-cv-01073-MEH is specifically separate from the criminal Case No. 10-cr-00317-REB and has no bearing on a court action January 7, 2011, relating to the Accused proceeding pro se and the subsequent court appointment of assistance of counsel. It should be noted that the initial court appointed counsel for Case No. 10-cr-00317-REB, Richard Kornfeld, who withdrew in January, 2011, was separately appointed by the court to represent the defendant in the civil Case No. 10-cv-01073-MEH directly indicating that the court recognized the civil case as being separate from the criminal case. Since my incarceration, I have had no income or funds to pay for my defense as the IRS fraudulently cleaned out our bank account.

   This Article III Court must recognize that the Accused is entitled to court appointed representation under the common laws and the Fifth Amendment of the Constitution of the united States 1787 and is hereby required to appoint a co-counsel as requested without further delay.

   Because of the nature of the lawfully questionable charges brought against the Accused by the Claimant, IRS/CID Agent Greg Flynn, that I deem to be fraudulent and without any authority, it is absolutely necessary and mandatory that a qualified Expert Witness be authorized for payment by the Court for Richard Kellogg Armstrong's defense in this matter. Richard Kornfeld had requested and had received court paid authorization for an accountant for this purpose in 2010 but the Accused has not utilized her services to date as she is not qualified to investigate the unusual nature of the IRS charges. I have researched the qualifications of Ms. Victoria Osborn, a Certified Forensic Examiner, and determined that she is specifically qualified to assist the Accused and his court appointed co-counsel in this matter as well as the criminal case.

   In summary, the Accused requests the appointment of a QUALIFIED co-counsel as well as authorization for the court paid named Expert Witness without delay as time is of the essence.

   This document is not intended to threaten, harrass or intimidate but is my legal remedy in law.

                                                Richard Kellogg Armstrong
                                                Executor of the Estate

CC: Tenth Circuit Court of Appeals
    Administrative Office of the U. S. Courts

Michael R. Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

LEGAL MAIL
12/14/L

DENVER CO 802
31 MAY 2011 PM 7 L

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 01 2011
GREGORY C. LANGHAM
CLERK

CR

District Court of the United States
Gregory C. Langham, Clerk of the Court
901 19th St., Room A-105
Denver, CO 80294-3589

80294+2500