U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 JUN -7 PM 4: 58

GREGORY C. LANGHAM
CLERK

June 1, 2011
Gregory C. Langham, Clerk of the Court
UNITED STATES DISTRICT COURT COLORADO
v
Richard Kellogg Armstrong

U.S. Certified Mail #7010-3090-0002-7265-8367

Case No. 10-cr-00317-REB
Case No. 10-cv-01073-MEH

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

JUDICIAL NOTICE OF DEFAULT FOR NONRESPONSE TO ACCUSED' NOTICE TO THE UNITED STATES DISTRICT COURT DATED MARCH 24, 2011, REGARDING TERMINATION OF ANY FRANCHISE AGREEMENTS CONNECTED WITH THE BIRTH CERTIFICATE, THE CHALLENGE OF VALIDITY OF INDICTMENTS AND THE CHALLENGE OF VALIDITY OF CHARGES BROUGHT BY THE INTERNAL REVENUE SERVICE, ET AL.

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S. 519, 30 L.Ed 652, 92 S. Ct. 594, Reh den U.S.948; 30 L. Ed 2d 819, 92 S. Ct. 963

   COMES NOW, Richard Kellogg Armstrong, a native born American, One of We the People, Executor of the Estate and the Accused, hereby declares that the United States District Court Colorado, the prosecution and any and all agencies that were noticed and listed by the Affidavit of Truth and Fact to be in default for their failure to respond to the Accused' Notice dated March 24, 2011 (See Exhibit A), within the specified time so stated in the Notice. The affected case nos. are 10-cr-00317-REB and 10-cv-01073-MEH.

   Due to the Court's and agencies' failure to respond, the Accused, Richard Kellogg Armstrong, demands that the Clerk of the Court, Gregory C. Langham, enter a default judgement into the referenced case numbers and dismiss these cases with prejudice immediately and the accused be released from incarceration. Any and all agencies have acquiesced and have exhausted their administrative remedy in law and are therefore subject to collateral estoppel and defensive collateral estoppel of the cases herein and dismiss with prejudice.

   This document is without exhibits except for Exhibit A as the exhibits were included with the original judicial notice.

   This document is not intended to threaten, harrass or intimidate but is my remedy in law.

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong
Executor of the Estate

CC: Jefferson County Sheriff's Department, Colorado Supreme Court, California State Registrar, Tenth Circuit Court of Appeals, Supreme Court of the United States, U.S. Provost Marshal, Administrative Office of the U.S. Courts, Office of Policy and Public Affairs, U.S. Department of Justice, U.S. Department of the Treasury, U.S. Department of Commerce, U.S. Department of Transportation, U.S. Department of State, Arizona Supreme Court and the Office of Chief Counsel, IRS.

RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER
ENGLEWOOD
9595 QUINCY AVE.,
LITTLETON, CO 80123

LEGAL MAIL

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 07 2011

GREGORY C. LANGHAM
**CLERK**

CR

7010 3090 0002 7265 8367

U.S. DISTRICT COURT COLORADO
GREGORY C. LANGHAM, CLERK OF THIS COURT
901 19TH STREET, ROOM A-105
DENVER, CO 80294-3589



Scanned by US Marshal