U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 JUN -7 PM 4:54

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

June 1, 2011

Gregory C. Langham, Clerk of the Court      U.S. Certified mail #
UNITED STATES OF AMERICA
      v.                                                            Case No. 10-cr-00317-REB
RICHARD KELLOGG ARMSTRONG                 Case No. 10-cv-01073

Richard Kellogg Armstrong
20413-298
FDC Englewood
9595 Quincy Avenue
Littleton, CO 80123

---

JUDICIAL NOTICE OF DEFAULT FOR NONRESPONSE TO ACCUSED NOTICE OF DEFAULT DATED MAY 12, 2011, REGARDING THE ACCUSED NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES.

---

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S. 519, 30 L. Ed 652, 92 S. Ct. 594, Reh den U.S. 948, 30 L. Ed 2d 819, 92 S. Ct. 963

    COMES NOW, Richard Kellogg Armstrong, a native born American, One of We the People, Executor of the Estate and the Accused, hereby declares that the United States District Court Colorado, to be in default for their failure to respond to the Accused Notice of Default dated May 12, 2011 (See Exhibit A). The affected case numbers are 10-cr-00317-REB and 10-cv-01073-MEH.

    Due to the Court's and agencie's failure to respond, the Accused, Richard Kellogg Armstrong demands that the Clerk of the Court, Gregory C. Langham, enter a default judgement into the referenced case numbers and dismiss these cases with prejudice immediately, and the Accused be released from incarceration. Any and all agencies have acquiesced and have exhausted their administrative remedy in law and are therefore subject to collateral estoppel and defensive collateral estoppel if the cases herein and dismiss with prejudice.

    This document is not intended to threaten, harrass or intimidate but is my remedy in law.

                                               Richard Kellogg Armstrong
                                               Executor of the Estate

CC:
Tenth Circuit Court of Appeals
Administrative Office of the U.S. Courts

Richard K. Armstrong
20413-298
Federal Detention Center
Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

LEGAL MAIL
)(A)

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 07 2011
GREGORY C. LANGHAM
CLERK

CR

Gregory C. Langham, Clerk of the Court
U.S. District Court - Colorado
901 19th St., Room A-105
Denver, CO 80294-3589