May 12, 2011 U.S. Certified Mail #7010-3090-0002-7265-7872

UNITED STATES DISTRICT COURT COLORADO
    Plaintiff
    v
    Richard Kellogg Armstrong
        Defendant

Case No. 10-cr-00317-REB
Case No. 10-cv-01073-MEH

NOTICE OF DEFAULT FOR NONRESPONSE TO ACCUSED' NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES.

REQUEST THAT THE COURT RECOGNIZE
Haines v Kerner 404 U.S. 519, 30 L.Ed 652, 92 S. Ct. 594, Reh den U.S.948; 30 L. Ed 2d 819, 92 S. Ct. 963

    COMES NOW, Richard Kellogg Armstrong, pro se, sovereign and the Accused, hereby declares that the UNITED STATES DISTRICT COURT COLORADO to be in default for their failure to respond to the Accused' Notice dated April 3, 2011 (Exhibit A), within thirty (30) days to Compel Discovery For Production of Bid, Performance and Payment Bonds and All CUSIP Numbers, Miller Bonds, Penal Sum and Any and All Bonds Used or Associated With These Cases.

    Due to the Court's failure to respond, the Accused demands that Case No, 10-cr-00317-REB and 10-cv-01073-MEH be dismissed immediatey and the Accused be released from incarceration.

Encl: Exhibit A - Copy of Notice dated April 3, 2011

                                          Richard Kellogg Armstrong
                                          Sovereign
                                          Executor of the Estate

CC:
Tenth Circuit Court of Appeals
Administrative Office of the U.S. Courts

EXHIBIT A

Richard K. Armstrong
20913-298
Federal Detention Center
Englewood
9191 Quincy Ave.
Littleton, CO 80123

LEGAL
MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 07 2011

GREGORY C. LANGHAM
CLERK

CR

Gregory C. Langham, Clerk of the Court
U.S. District Court - Colorado
901 19th St., Room A-105
Denver, CO 80294-3589