TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: Default Notice for IRS/DOJ Notice
DATE: 6/3/2011 9:58:29 AM

June 3, 2011

Gregory C. Langham, Clerk of the Court
U.S. DISTRICT COURT COLORADO

Certified Mail #7010 3090 0002 7265-7933

UNITED STATES OF AMERICA
v.
RICHARD KELLOGG ARMSTRONG

Case No. 10-cr-00317-REB
Case No. 10-cv-01073-MEH

Richard Kellogg Armstrong, 20413-298
FDC Englewood
9595 Quincy Ave.
Littleton, CO 80123

---

JUDICIAL NOTICE OF DEFAULT FOR THE GOVERNMENT'S NONRESPONSE TO ACCUSED' JUDICIAL NOTICE DATED MAY 10, 2011, CHALLENGING THE AUTHORITY OF THE IRS TO BRING CHARGES AGAINST THE ACCUSED AND THE DOJ'S CONGRESSIONAL AUTHORITY TO DEFEND/REPRESENT THE IRS IN COURT.

---

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S. 519, 30 L. Ed 652, 92 S. Ct. 594, Reh den U.S. 948, 30 L. Ed 2d 819, 92 S. Ct. 963

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL

   COMES NOW, Richard Kellogg Armstrong, a native born American, One of We the People, Executor of the Estate and the Accused, hereby declares the U.S. Government to be in default for their failure to respond to the Accused' Judicial Notice dated May 10, 2011 and received by the Court May 11, 2011 (See Exhibit A attached). The affected case numbers are 10-cr-00317-REB and 10-cv-01073-MEH.

   Due to the Government's failure to respond, the Accused, Richard Kellogg Armstrong, demands that the Clerk of the Court, Gregory C. Langham, enter a default judgement into the referenced case numbers within five (5) days of receipt of this Judicial Default Notice, dismiss these cases with prejudice and order the Accused released from incarceration. Any and all agencies have acquiesced and have exhausted their administrative remedy in law and are therefore subject to collateral estoppel and defensive collateral estoppel of the cases herein noted and dismiss immediately with prejudice.

   This document is not intended to threaten, harrass or intimidate but is my remedy in law.

Richard Kellogg Armstrong
Executor of the Estate

CC:
Tenth Circuit Court of Appeals
Administrative Office of the U.S. Courts

FILED
U.S. DISTRICT COURT
COLORADO

2011 MAY 11  PM 3: 52

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

May 10, 2011

UNITED STATES DISTRICT COURT COLORADO
v.
RICHARD KELLOGG ARMSTRONG

Case No.10-cr-00317-REB
Case No. 10-cv-01073-MEH

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

---

NOTICE OF CHALLENGE OF AUTHORITY OF THE INTERNAL REVENUE SERVICE TO BRING CHARGES AS THE IRS IS NOT AN AGENCY OF THE UNITED STATES GOVERNMENT AND THEREFORE, THE DEPARTMENT OF JUSTICE HAS NO CONGRESSIONAL AUTHORITY TO REPRESENT/DEFEND THE IRS IN COURT.

---

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner, 404 U.S. 519, 30 L. Ed 652, 92 S. Ct. 594 Reh den U.S. 948, 30L. Ed 2d 819, 92S. Ct. 963

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL

COMES NOW, Richard Kellogg Armstrong, pro se, the Affiant, a Sovereign, challenging the authority of the Internal Revenue Service to bring criminal charges against me as the IRS is not an agency of the United States Government and has no authority to operate anywhere in the 50 States of the Union. Their employees are not employees of the U.S. Government.

The IRS, in fact, is an agency of the International Monetary Fund (IMF) (SEE: Diversified Metal Products, Inc. v T. Bow Co. and IRS Case No. 93-4117). The IRS is a successor of the Bureau of Internal Revenue Service, Puerto Rico, and does not have lawful authority in States of the Union. In that case, U.S. Attorney Betty H. Richardson, answered on behalf of the IRS in her response to Ohman's #4 averment filed in that case, made the following correction: "DENIED" that the IRS is an agency of the United States Government, but admits that the UNITED STATES OF AMERICA (a corporation) would be a proper party to this action." These charges made against RICHARD KELLOGG ARMSTRONG prove to be generated by fraud by the DOJ and their agents.

Congress did not legislatively create a Bureau of the IRS (SEE: Public Law 94-564, Senate Report 94-1148, Page 5967, Reorganization Plan No. 26, Public Law 102-391. Also see: U.S.S.C. case Chrysler v. Brown). The Supreme Court researched all the way back to the Civil War and IRS could not be found. So, IRS was never created by an act of Congress. It cannot be found in any of the laws which created the U.S. Department of the Treasury.

On December 8, 1998, Richard Bufkin of Dundee, Illinois, sent a Freedom of Information Act request to the IRS for documentation of authority for the Department of Justice to defend IRS personnel in civil and criminal litigation. On August 2, 1999, Leslie Hayward, a disclosure program assistant in the IRS national office answered Attorney Bufkin as follows: "A search was performed with the Office of Tax Crimes (criminal investigation), and with the Assistant Chief Counsel, DISCLOSURE LITIGATION, and we have no document responsive to your request. However, you may forward a copy of your request to the U.S. Attorney General's office within the Department of Justice."

In September, 1999, Attorney Bufkin sent the request to the Department of Justice. On January 1, 2000, Thomas J. McIntyre, Chief of the Department of Justice Freedon of Information Privacy Act Unit, made the following response: "We have conducted a search of the appropriate indicies to Criminal Division records and did not locate any records responsive to your request." If the court and prosecution continue to move forward and deny this factual presentment, I will subpoena the above parties of interest as well as expert witnesses to testify before this court.

EXHIBIT A

IRS agents and their personnel are agents of a government foreign to the United States and do not have lawful access to government funded defense. They are agents of a foreign government invading the several States of the Union in which the territorial courts, judges and DOJ have fraudulently protected them. These acts are treason, sedition and perjury.

All evidence indicates that the IRS is an alias for the Federal Alcohol Administration ("FAA") which was declared unconstitutional inside the several States by the Supreme Court of the United States in 1935. The result of the high Court's decision in U.S. v. Constantine confined that FAA to federal territories, like Puerto Rico, where Congress is the "state" legislature.

Further confirmation can be found in a decision in the First Circuit Court of Appeals in Used Tire International, Inc. v. Manual Diaz-Saldana, which identified the latter as the real "Secretary of the Treasury." The Code of Federal Regulations for Title 27 also identifies this other "Secretary" as an office in San Juan, Puerto Rico.

This is ominous data. It serves to suggest that IRS has no authority whatsoever to mail envelopes from the "Department of the Treasury." Such obvious deception is prohibited by federal mail fraud statutes, and defined as a predicate to racketeering. The IRS had no reservations about charging the Affiant with mail fraud!

The IRS/CID Agent Greg M. Flynn, Complainant, who has no authority in this Article III Court, charged the accused with the filing of Forms 1099-OID for refunds of income taxes in the aggregate of $1.4 million that the Affiant never paid in which he contended that the Affiant knew (not alleged!) to be false, ficticious and fraudulent citing Title 18, Section 1341. However, the IRS Agent knew that the Affiant's filings addressed a different accounting method known to be an absolutely lawful filing. Therefore, the IRS Agent's claims against the Affiant are fraudulent at best and have caused the Affiant irrepairable harm, especially in view of the fact that the entity with which he is employed has no authority in this Article III Court whatsoever.

The Affiant hereby demands a response from the government within ten (10) days of their receipt. If there is no response within the specified time period, the government will have exhausted its Administrative Remedy in Law and have acquiesced to these statements.

The Affiant believes that all statements hereon are the truth and nothing but the truth to the best of his knowledge.

This document is not intended to threaten, harass or intimidate but is my remedy in law.

Richard Kellogg Armstrong
Sovereign
Executor of the Estate

CC via First Class U.S. Mail
Tenth Circuit Court of Appeals
Administrative Office of the U.S. Courts
Department of Justice, Eric Holder, Attorney General
Department of Justice, Denver
Internal Revenue Service Headquarters
IRS/CID, Denver

June 7, 2011

Eric Holder, U.S. Attorney General
Gregory C. Langham, Clerk of the Court

UNITED STATES OF AMERICA                  Case No. 10-cr-00317-REB
    Plaintiff                                          Case No. 10-cv-01073-MEH
        v.
RICHARD KELLOGG ARMSTRONG
    Defendant

---

JUDICIAL NOTICE OF DEFAULT FOR NONRESPONSE TO ACCUSED' REQUEST FOR CERTIFIED QUESTION OF LAW TO THE OFFICE OF THE UNITED STATES ATTORNEYS RELATED TO JURISDICTION IN THIS CASE AND OFFER OF PROOF.

---

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S. 519, 30 L. Ed 652, 92 S. Ct. 594, Reh den U.S. 948, 30 L. Ed 2d 819, 92 S. Ct. 963

    COMES NOW, Richard Kellogg Armstrong, a native born American, One of We the People, Executor of the Estate and the Accused, hereby declares that the U.S. Attorney General, Eric Holder, the Assistant U.S. Attorney, Kenneth M. Harmon, and the U.S. District Court Colorado to be in default for their failure to respond to the Accused' Request For Certified Question Of Law To The Office Of The United States Attorneys Related To Jurisdiction In This Case And Offer Of Proof that was received by the U.S. District Court Clerk of the Court, Gregory C. Langham, May 6, 2011.

    Due to the Attorney General's, Assistant U.S. Attorney's and Court's failure to respond within the allotted time, the Accused, Richard Kellogg Armstrong, demands that the Clerk of the Court, Gregory C. Langham, enter default judgements into the referenced case numbers and dismiss these cases with prejudice immediately and the Accused be released from incarceration. The Government and the Court have acquiesced and have exhausted their administrative remedy in law and are subject to collateral estoppel and defensive collateral estoppel of the cases herein and dismiss with prejudice.

    This document is not intended to threaten, harrass or intimidate but is my remedy in law.

                                                                               Richard Kellogg Armstrong
                                                                               Executor of the Estate

CC: Tenth Circuit Court of Appeals

