**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

## ORDER STRIKING DEFENDANT'S NOTICES

**Blackburn, J.**

The matter is before me on the following: (1) defendant's **Judicial Notice of Default For Nonresponse To Accused Notice To The United States District Court Dated March 24, 2011, Regarding Termination of Any Franchise Agreements Connected With The Birth Certificate, The Challenge of Validity of Indictments and The Challenge of Validity of Charges Brought By The Internal Revenue Service, et al** [#244][1] filed June 7, 2011; (2) **Notice To The Courts To Recognize My Standing as One of We The People and Abide By The Constitution of 1787 and The Bill of Rights of 1791, The Affiant Hereby Dissolves and Terminates Any Franchise Agreements Connected With the Birth Certificate or Trust Instrument Originating at The California State Registrar and Dismiss Case Nos. 10-cr-00317-REB and 10-cv-01073, as The Executor of The Richard Kellogg Armstrong Estate,**

---

[1] "[#244]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**I am Directing The Court To Dismiss Both Cases With Prejudice and Challenges The Validity of The Indictments, The Validity of The Charges and The Authority of The IRS** [#245] filed June 7, 2011; (3) **Judicial Notice of Default For Nonresponse To Accused Notice of Default Dated May 12, 2011, Regarding The Accused Notice to Compel Discovery For Production of Bid, Performance and Payment Bonds and All Cusip Numbers, Miller Bonds, Penal Sum and Any and All Bonds Used or Associated With These Cases** [#246] filed June 7, 2011; (4) **Notice of Default For Nonresponse To Accused Notice To Compel Discovery For Production of Bid, Performance and Payment Bonds and All Cusip Numbers, Miller Bonds, Penal Sum and Any and All Bonds Used or Associated With These Cases** [#247] filed June 7, 2011;(5) **Judicial Notice of Adjudicative Facts Challenge of Jurisdiction of The United States District Court as an Improper Venue To Hear The Accused Criminal Cases** [#248] filed June 8, 2011; and (6) defendant's **Judicial Notice of Default For The Government's Nonresponse To Accused Judicial Notice Dated May 10, 2011, Challenging The Authority of The IRS To Bring Charges Against The Accused and The DOJ'S Congressional Authority To Defend/Represent The IRS in Court** [#249] filed June 9, 2011.  I strike the notices.

During the proceedings on April 7, 2011, I admonished and instructed Mr. Armstrong, to cease and desist from filing notices in lieu of motions. I reiterated this requirement in the order [#235] I entered on May 17, 2011. See Order [#235] at 6-7, ¶ 3.a. Notwithstanding, Mr. Armstrong filed the "notices" described above. Thus, his

2

notices will be stricken as violative of my oral and written orders.[2] Additionally, I will issue a separate Order To Show Cause, requiring Mr. Armstrong to show cause in writing by a date certain why he should not be found guilty of contempt of court and punished accordingly. Finally, I will reiterate and asseverate my orders that Mr. Armstrong cease and desist from filing notices in lieu of motions and that he not file any additional pretrial motions without advance leave of this court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendant's **Judicial Notice of Default For Nonresponse To Accused Notice To The United States District Court Dated March 24, 2011, Regarding Termination of Any Franchise Agreements Connected With The Birth Certificate, The Challenge of Validity of Indictments and The Challenge of Validity of Charges Brought By The Internal Revenue Service, et al** [#244] filed June 7, 2011, is **STRICKEN**;

2. That defendant's **Notice To The Courts To Recognize My Standing as One of We The People and Abide By The Constitution of 1787 and The Bill of Rights of 1791, The Affiant Hereby Dissolves and Terminates Any Franchise Agreements Connected With the Birth Certificate or Trust Instrument Originating at The California State Registrar and Dismiss Case Nos. 10-cr-00317-REB and 10-cv-01073, as The Executor of The Richard Kellogg Armstrong Estate, I am Directing The Court To Dismiss Both Cases With Prejudice and Challenges The Validity of The Indictments, The Validity of The Charges and The Authority of The IRS** [#245]

---

[2] I have already stricken previous notices filed by Mr. Armstrong ostensibly in violation of my oral and written orders. *See* **Order** [#241] entered May 31, 2011, striking [#236], [#237], and [#240].

filed June 7, 2011, is **STRICKEN**;

    3.  That defendant's **Judicial Notice of Default For Nonresponse To Accused Notice of Default Dated May 12, 2011, Regarding The Accused Notice to Compel Discovery For Production of Bid, Performance and Payment Bonds and All Cusip Numbers, Miller Bonds, Penal Sum and Any and All Bonds Used or Associated With These Cases** [#246] filed June 7, 2011, is **STRICKEN**;

    4.  That defendant's **Notice of Default For Nonresponse To Accused Notice To Compel Discovery For Production of Bid, Performance and Payment Bonds and All Cusip Numbers, Miller Bonds, Penal Sum and Any and All Bonds Used or Associated With These Cases** [#247] filed June 7, 2011, is **STRICKEN**;

    5.  That defendant's **Judicial Notice of Adjudicative Facts Challenge of Jurisdiction of The United States District Court as an Improper Venue To Hear The Accused Criminal Cases** [#248] filed June 8, 2011, is **STRICKEN**;

    6.  That defendant's **Judicial Notice of Default For The Government's Nonresponse To Accused Judicial Notice Dated May 10, 2011, Challenging The Authority of The IRS To Bring Charges Against The Accused and The DOJ'S Congressional Authority To Defend/Represent The IRS in Court** [#249] filed June 9, 2011, is **STRICKEN**; and

    7.  That once again the defendant, Richard Kellogg Armstrong, subject to the penalties for contempt of court:

        a.  shall not file any paper as a "notice" (as opposed to and distinguished from a "motion") without advance leave of the court;

    and

  b. shall not file any pretrial motion without advance leave of the court.

Dated June 10, 2011 at Denver, Colorado.

               **BY THE COURT:**

               */s/ Robert E. Blackburn*
               Robert E. Blackburn
               United States District Judge