UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2011 JUN 30 PM 2:48
GREGORY C. LANGHAM
CLERK
BY _____ DEP. CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff/Respondent | § | |
| | § | |
| v. | § | 1:10-cr-00317-REB-2 |
| | § | |
| RICHARD KELLOGG | § | |
| ARMSTRONG | § | Affidavit |
| Defendant/Petitioner | § | |
| | § | Verified |

## MOTION TO DISMISS UPON EVIDENCE OF PROSECUTORIAL MISCONDUCT

1. Comes now, Petitioner, unrepresented, hereby *moves* the court for dismissal of this case with prejudice based on evidence of prosecutorial misconduct outlined in Appendix A by a witness scheduled to testify against Petitioner.

    I      History

2. Petitioner was indicted on or about June 6, 2010, charged with violations of Counts one through three allege mail fraud. Counts four through seven allege filing false claims against the United States.

3. Petitioner is currently incarcerated, denied bond, based on statements and allegations of the prosecution team. However, evidence now obtained by the petitioner establishes that the prosecution team has committed multiple violations of fraud in order to confine Petitioner and in order to proceed with a fraudulent conviction.

## II   Evidence of Corruption in this Case

4. Attached as Appendix A is the affidavit of Elyse Del Francia, who feels she is being "bribed" by the prosecution team for her testimony in this case.

5. The witness has been subjected to IRS penalties in the amount of $30,000 for frivolous filing and now theft of funds levied on her only source of income from Social Security in order to insure her testimony for the government to obtain a conviction.

6. The government can not now overcome the presumption. Due to the attempted bribery of one witness, the presumption now exists that ***all witnesses have been offered bribes or benefits*** in this case to obtain a conviction.

7. The presumption is that the IRS prosecutors can only win by misrepresenting to said witness of offering help with the frivolous penalties and/or manipulating the facts of the case in order to obtain convictions, plus bonuses and benefits from obtaining those convictions.

8. In this case, evidence clearly establishes that the prosecutors have no code of ethics, no morals, and rely on unscrupulous agents to obtain information that is clearly illegal.

9. It is common knowledge that the government obtains a 99 percent conviction rate in federal criminal cases such as Petitioners, one's rights must be exercised where truth and justice prevail and bribery is not accepted as part of that 99% rate.

10. This Petitioner invokes his rights as a United States citizen with all the benefits of not being targeted and manipulated by the very Government obligated to protect her people.

11. Petitioner invokes the maxim of law, that notice to the principal is notice to the agent, and notice to the agent is notice to the principal.

12. Petitioner also invokes the maxim of law that the "right against retaliation" is absolute according to the First and Fifth Amendments of the Constitution.

13. Petitioner has been investigating prosecutorial misconduct and attempted coercion of witnesses in this case, after evidence recently was received from those potential witnesses of such threats.

14. The coercion of witnesses violates Petitioner's 1st, 5th, 6th and 8th Amendment rights according to the Constitution.

15. Such coercion is also a violation of federal statutes and constitutes criminal activity by agents of the government. While the government has the right to prosecute vigorously, its officers do not have the right to threaten and intimidate witnesses in order to obtain unjust ends.

16. Petitioner requests that the court forward a copy of this Motion, once it is prepared, to the Office of Eric Holder within 24 hours in order that the Statutory Authority for Agents of the Government be investigated and pursued vigorously.

17. Petitioner is requesting immunity from prosecution and retaliation for witnesses identified, that all attempted threats and collections against them be immediately dismissed, and that all evidence of harassment and threats of the government in this case be brought forward.

### III      Prayer for Relief

*Wherefore*, premises considered, Petitioner *moves* this court for;

1. An order dismissing this case for prosecutorial misconduct;

2. A referral to the Office of Eric Holder, Attorney General of the United States, for investigation of threats and intimidation of witnesses in this case;

3. An immediate order to *cease and desist* the illegal activity of agents and prosecutors in this case, including retaliation, retribution, threats and actions of the government;

3. An immediate order to *cease and desist* the illegal activity of agents and prosecutors in this case, including retaliation, retribution, threats and actions of the government;

4. An immediate dismissal of any actions by the Government against the witness(es) identified in this motion with prejudice;

5. Sanctions against the employees of the Government who are deemed to have violated their oaths of office and statutory authority, as determined by the court;

6. For such other and further relief as is deemed just and proper by this Court.

**Unsworn declaration under penalty of perjury 28 USC 1746(1), an affidavit of truth**

Date: June 25, 2011          By: *Richard Kellogg Armstrong*

Richard Kellogg Armstrong
20413-298
9595 West Quincy Avenue
Littleton, CO 80123

## CERTIFICATE/PROOF OF SERVICE

On this the _30th_ day of _June_, a true and correct copy of the EX PARTE MOTION TO DISMISS FOR EVIDENCE OF PROCECUTER MISCONDUCT was served on the U.S. Attorney as opposing counsel in this case is required by law.

Date _JUNE 25, 2011_    By _Richard Kellogg Armstrong_

Richard Kellogg Armstrong

# **AFFIDAVIT**

My name is Elyse Del Francia. I am over the age of the majority (18 years), and am in good health, am not insane, and have personal knowledge of the facts presented herein. I am fully prepared to testify to those facts.

1. On or about January of 2009, I became involved in the filing of 1099 OID'S for myself, based on information provided to me through others who I believed to be credible and knowledge about issues and opportunities not available to the general public. I believed the process to be valid and that it would not harm others.

2. On or about February of 2009 I filed 1099 OID for years 2005, 2006, 2007 & 2008 based on the information I received from others who had the knowledge of the process. I never received any money from these filings and contacted the IRS several times asking about the process. I then began to receive correspondence from the IRS requesting that I correct my filings as they are meant for financial institutions and not allowed for individuals.

3. The IRS then sent me different notices of frivolous filings related to the 1099 OID's. Again, I was told that those penalties could be waived based on my correcting the tax returns and sending them to a Maureen Green at the IRS. I prepared the corrected tax returns and have subsequently been assessed those penalties in the amount of $30,000. I never will be able to pay such an overwhelming amount of money.

4. Since I am a widow, aged at 62 years, lost my business in 2008 and have had my home foreclosed in 2009, I have not the means to pay the frivolous filing penalties assessed to me. My only income now is my husband's Social Security, which the IRS has now levied at 15% of my total amount.

5. On or about May of 2010 I learned that Richard Kellogg Armstrong had been indicted for his filing and use of 1099 OID forms with the Treasury Department.

6. On or about February of 2011, I received a letter from the IRS that they intended to take my only source of income, social security, and the intent to lien my home and any assets they could find which belonged to me.

7. As would any citizen of the United States, who is destitute, and then faced with unreasonable penalties from the IRS which I cannot pay, I was and continue to be, terrified. I never received any money or refunds from the IRS based on my OID filings. These unwarranted IRS penalties constitute an entrapment process on the part of the IRS.

8. On or around early June of 2010, I was contacted by Greg Flynn, an agent of the Internal Revenue Service, who was investigating the case of Richard Kellogg Armstrong. Agent Flynn advised that Special Agent Juan Marquez will meet with me to take my statement. Then Mr. Marquez called for an appointment on June 22, 2010 around noon at a Denny's restaurant close to my home. . After that meeting, I was told that I may be needed as a witness to testify against Mr. Armstrong.

*Appendix 1/3*

9. I was then contacted a second time by Mr. Greg Flynn, advising that Agent Juan Marquez would be calling to set up a time to give me a subpoena. Than on or about the middle of April 2011 around 1 PM, special agent Marquez and another agent arrived at my door with the service of the subpoena. They were prepared, by Greg Flynn, to provide the contact information needed to "take care of the frivolous penalties" through the IRS ADVOCACY. This indicated to me that they wanted my testimony in exchange for waiving the frivolous filing penalties they have assessed on me. Greg Flynn re-affirmed, by phone, that the IRS Advocacy would assist with my penalties and he stated "Elyse, don't worry". I now felt victimized twice, first by the frivolous filing fees offer of having it dissolved and then by being called as a witness against Richard Armstrong.

10. I personally took the offer as a bribe for my testimony and remain to this day convinced that the agent was intent in obtaining Mr. Armstrong's conviction and was willing to use the resources of the IRS to elicit my testimony.

11. I do not take the allegations made herein lightly, but swear, by my word, that the statements are true and correct and that I abhor any attempt any agents or employees of these United States to obtain testimony by bribery or coercion to obtain a conviction.

12. I request when this Affidavit is filed, that a copy be delivered to The President of the United States and the Attorney General of the United States to advise the Government if something awful should happen to me as a result of my Affidavit.

I Remain Humbly Yours,

_[signature]_  Date: _June 28, 2011_
Elyse Del Francia
37922 Los Cocos Drive East
Rancho Mirage, CA. 92270

VICKI S. JARVIS
Comm #1893948
Notary Public-California
Riverside County
My Commission Expires
July 24, 2014

_[signature]_
Notary Public

Appendix 2/3

# ACKNOWLEDGMENT

State of: California

County of: _Riverside_

On _6/28/2011_, before me, _Vicki S. Jarvis, Notary Public_
(name and title of the officer)

personally appeared _Elyse Del Francia_

who proved to me on the basis of satisfactory evidence to be the person (s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

_[signature]_
Signature of Notary Public

(seal)

VICKI S JARVIS
Comm #1893948
Notary Public-California
Riverside County
My Commission Expires
July 24, 2014

Appendix 3/3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff | § | 10-cr-00317-REB-2 |
| | § | |
| v. | § | |
| | § | 10-cv-01073-MEH |
| RICHARD KELLOGG | § | |
| ARMSTRONG | § | |
|     Defendant | § | |

## ORDER

    This matter comes before the Court on Defendant's "Motion to Dismiss for Evidence of Prosecutorial Misconduct" and "Ex Parte Motion to Dismiss for Evidence of Prosecutorial Misconduct", and good cause appearing therefore,

  IT IS HEREBY ORDERED, that the indictment against Defendant Armstrong is dismissed for prosecutorial misconduct;

Further, that any proceeding against the witness hereto is stop forthwith;

Further, that the civil foreclosure based on the allegations of the indictment is also dismissed for prosecutorial misconduct.

BY THE COURT

_____