TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 30 2011

GREGORY C. LANGHAM
CLERK

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: Exception letter to Blackburn 6/27
DATE: 6/27/2011 6:39:37 PM

June 26, 2011

UNITED STATES OF AMERICA
    v.
RICHARD KELLOGG ARMSTRONG

Case No. 10-cr-00317-REB
Case No. 10-cv-01073-MEH

EXCEPTION TAKEN TO JUDGE BLACKBURN'S STRIKING OF DEFENDANT'S NOTICES AND JUDICIAL NOTICES TO THE COURT.

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S. 519, 30 L. Ed 652, 92 S.Ct. 594 Reh den U.S. 948, 30 L. Ed 2d 819, 92 S. Ct. 963

Judge Blackburn and Clerk Langham,
    This is to advise that I, Richard Kellogg Armstrong, received a copy of your "ORDER STRIKING DEFENDANT'S NOTICES" dated 6/10/11 on 6/23/11 via U.S. mail from my Assistance of Counsel, David Owen, following my request for same after he advised me of your "ORDER", Document #251. To date, I have not received your "ORDER" from the Court so I have to believe that the Court didn't consider it important enough to include me in the mail distribution. The same apparently occurred with your Order #235, written admonishment that you state was entered on May 17, 2011, that I never received.

    I have also never received your Document #241 supposedly entered May 31, 2011, apparently striking three of my "Notices", your Document nos. 236, 237 and 240 noted in your footnote, page 3 of your Docement #251. Again it appears that the Court did not deem it important enough to send to me.

    Now, as I have clearly stated in any number of my Notices to the Court and so that there is no misunderstanding by the Court, I reiterate that I am a native born American, One of We the People (that's "People", not "Person"), a Sovereign citizen of the Republic of the united States and the Republic of Arizona, and a man standing on the land that is evidenced by my filing with numerous State, Federal and International agencies, the Secretary of State, Arizona, as well as my UCC-1 filing with the Washington Secretary of State. The Court is hereby noticed of the adjudicative fact of my website and in particular my Legal Notice and Demand available thereon (SEE: www.getnotice.info/rka.html as public notice). To date, the Court has ignored my status as a Sovereign and not a corporate citizen of the United States Corporation and continues to believe that it has personal jurisdiction over me rather than recognizing that my cases can only be heard or tried in an Article III Court by a certified Article III judge under the common laws of the Condtitution 1787 and the Bill of Rights 1791. This Court continues to erroneously treat me as a Fourteenth Amendment citizen, even to the extent that, because I have appeared in this Article I Administrative court, regardless of how I was brought there (in handcuffs and shackles by armed U.S. Marshals against my will) that your personal jurisdiction is thereby determined. However, I continue to claim that I appear as a special restricted visitor as opposed to a general visitor and that this Court does not have personal jurisdiction or subject matter jurisdiction over me and demand that the Court now recognize my status. Anything that is repugnant to the Constitution is null and void (SEE: Maybury v. Madison, 5 U.S. 137, 180, 1803). The Court cannot ignore the Federal Rules of Civil Procedure, Rule 17(1)(a) which, if there is no injured party, there is no cause of action. The Accused objects to this Court for lack of Ratification of Commencement, Rule 17(1)(a) real parties in interest. Every action shall be prosecuted in the name of a real party in interest, not a corporation or other ficticious entity. To date, no real party in interest has been identified in this Court so the cases must be dismissed.

    Additionally, I have produced evidence to the Court with the submission of my document docketed 5/16/11, entitled "Request For Certified Question Of Law To The Office Of The United States Attorneys Related To Jurisdiction In This Case And Offer Of Proof" showing clearly that Title 18 was never Constitutionally passed into law, so all charges that have been made against me are void ab initio. The Court was asked to respond within 30 days but there has been no response to date. Case No. 10-10047 addressing the Constitutionality of Title 18 is now before the Supreme Court. The document of 5/16/11 was followed up this week by a document entitled "Motion For Dismissal Of Indictment With Prejudice Due To U.S. Attorneys' Lack Of Candor With The Court". That document was mailed by U.S. Registered Mail with $21.50 in U.S. postage stamps. As the amount of the stamps was $20 or more, my cases are automatically subject to the Seventh Amendment "In suits at common law, where the value in controversery shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by jury, shall be otherwise re-examined in any Court of the

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

united States, than according to the rules of the common law". An additional document entitled "Motion For Dismissal Of Indictment With Prejudice Due To Grand Jury Irregularities" will be filed by 6/30/11.

You are also in receipt of my "Judicial Notice of Adjudicative Facts Challenge of Jurisdiction of the United States District Court As An Improper Venue To Hear The Accused' Criminal Cases" which you have elected to strike. However, the data is there. The United States District Courts have jurisdiction over CIVIL CASES ONLY and that it is only the District Courts of the United States that have jurisdiction over criminal cases established under Article III of the Constitution of the united States.

Now that I have restated my status as a Sovereign subject only to the common law, I take exception to your striking of my Notices to the Court without my authorization and consider that action as a violation of my due process and interference with my defense (SEE: Miranda v. Arizona 348 U.S. 436) "The holding of the Court, that where rights secured by the Constitution (1787) are involved, there can be no rule making or legislation which would abrogate them". Therefore, I hereby demand that all of my notices to the court that have been stricken be immediately reinstated back into the record and acted upon.

Miller v. U.S. 230 F, 2d 486, 490: 42 "All judges should know that there can be no sanction or penalty imposed upon one, because of his exercise of Constitutional rights".

Boyd v. U.S. 116, 616 "The court is to protect against any encroachment of the united States' Constitutionally secured liberties and the Bill of Rights". Thereby, I demand that you put your oaths of office on the record and that you will abide by the Constitution 1787 and the Bill of Rights 1791 in all matters concerning my cases.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL

This document is not intended to threaten, harass or intimidate but is my remedy in law.

*(signature)*
Richard Kellogg Armstrong
Executor of the Estate

RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER
ENGLEWOOD
9595 W. QUINCY AVE.
LITTLETON, CO 80123

LEGAL
MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 30 2011

GREGORY C. LANGHAM
CLERK

GREGORY C. LANGHAM, CLERK OF THE COURT
U.S. DISTRICT COURT COLORADO
901 19TH ST., ROOM A-105
DENVER, CO 80294-3589

80294250i