**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

    Defendant.

**ORDER STRIKING DEFENDANT'S MOTIONS TO DISMISS
AND
MOTION TO REINSTATE NOTICES**

**Blackburn, J.**

    The following matters are before me for consideration: (1) defendant's **Motion For Dismissal of Indictment With Prejudice Due To U.S. Attorney Lakce of Candor With The Court** [#254][1] filed June 23, 2011; (2) defendant's **Emergency Motion To Dismiss For Evidence of Prosecutorial Misconduct** [#256] filed June 30, 2011; (3) defendant's **Motion To Dismiss Upon Evidence of Prosecutorial Misconduct** [#257] filed June 30, 2011; and (4) defendant's **Motion For Request That Court Recognize Notices** [#258] filed June 30, 2011. I strike the motions.

    Mr. Armstrong was enjoined twice by this court from filing any pretrial motions without advance leave of the court. *See* Order [#235] entered May 17, 2011, at 7, ¶ 3.b.; and Order [#251] entered June 19, 2011, at 5, ¶ 7.b. Yet in clear violation of these two

---

[1] "[#254]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

orders, Mr. Armstrong filed the motions made the focus of this order. This contemptuous conduct by Mr. Armstrong warrants the striking of these motions.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion For Dismissal of Indictment With Prejudice Due To U.S. Attorney Lakce of Candor With The Court** [#254] filed June 23, 2011, is **STRICKEN**;

2. That defendant's **Emergency Motion To Dismiss For Evidence of Prosecutorial Misconduct** [#256] filed June 30, 2011, is **STRICKEN**;

3. That defendant's **Motion To Dismiss Upon Evidence of Prosecutorial Misconduct** [#257] filed June 30, 2011, is **STRICKEN**; and

4. That defendant's **Motion For Request That Court Recognize Notices** [#258] filed June 30, 2011, is **STRICKEN**.

Dated July 7, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge