IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

    Defendant.

## ORDER STRIKING MOTION TO TAKE JUDICIAL NOTICE OF FACTS AND TO DISMISS THE CASE WITH PREJUDICE

**Blackburn, J.**

The matter is before me on defendant's **Motion To Take Judicial Notice of Facts and To Dismiss The Case With Prejudice** [#262][1] filed July 12, 2011. I strike the motion.

As I rehearsed in my **Order Striking Defendant's Motions To Dismiss And To Reinstate Notices** [#259] entered July 7, 2011, Mr. Armstrong has been enjoined twice by this court from filing pretrial motions without advance leave of this court. *See* Order [#259] at 1. The attempted filing of this motion is the latest in a series of ostensibly contumacious acts in direct violation of the orders of this court. Thus, once again, this contumelious conduct by Mr. Armstrong warrants striking of the putative motion.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#262]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1.  That defendant's **Motion To Take Judicial Notice of Facts and To Dismiss The Case With Prejudice** [#262] filed July 12, 2011, is stricken; and

2.  That subject to the penalties for contempt of court, Mr. Armstrong continues to be enjoined and restrained from filing pretrial motions without the advance permission of this court.

Dated July 15, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge