TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: Court authorization
DATE: 07/18/2011 11:16:51 AM

July 18, 2011

U.S. District Court Colorado
Judge Robert E. Blackburn
901 19th Street
Denver, CO 80294-3589

Subj: Court filing authorization
      Case No. 10-cr-00317-REB

Judge Blackburn,
This is a request for the Court's authorization for the submission of a professionally written Motion for the purpose of the Court's consideration for case dismissal.

*[signature]*
Richard Kellogg Armstrong, pro se

Case 1:10-cr-00317-REB Document 265 Filed 07/21/11 USDC Colorado Page 2 of 2



Michael R. Armstrong
20413-298
Federal Detention Center
Englewood
9595 Quincy
Littleton, CO 80123

LEGAL MAIL
U/O(PEN)

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 21 2011
GREGORY C. LANGHAM
CLERK

Gregory C. Langham Clerk of the Court
U.S. District Court, Colorado
901 19th St. Room A-105
Denver, CO 80294-3589

20 JUL 2011
DENVER CO 802

USA 44 Purple Heart