TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: Armstrong, Sharon
TO: 20413298
SUBJECT: page one of new MOTION FROM TD
DATE: 07/20/2011 11:52:55 AM

10-cr-00317-REB

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| RICHARD KELLOGG ARMSTRONG § | | |
| Petitioner/Defendant | § | copyright 2011 |
| | § | |
| v. | § | No. _____ |
| | § | |
| UNITED STATES OF AMERICA § | Done by Affidavit | |
| Respondent/Plaintiff | § | |
| | § | Verified |

MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES

  Comes now Richard Kellogg Armstrong and moves the court for leave to file a Motion for Bona Fides of the Court. Mr. Armstrong is on trial and, due to his age, if convicted could be sentenced to the equivalent of a death sentence. His very life is on the line. Mr. Armstrong has never had a prior conviction, has been a model citizen, and yet since he had a passport and did work in other countries, is considered a "flight risk" by the government. That argument borders on the absurd, particularly since it impacts Mr. Armstrong's trial strategy, and allows the government to monitor all conversations to and from Mr. Armstrong and to monitor all mail received and sent by Mr. Armstrong. Perhaps General Electric and General Motors executives who travel to other countries should be considered flight risks.

The continued confinement of Mr. Armstrong is a clear 8th Amendment violation. Mr. Armstrong moves the court to allow him to file a request for the court to declare its independence in the form of a Motion for Bona Fides.

  As evidenced by the record, the attacks by the court began once Mr. Armstrong started uncovering attempted bribery of witnesses by the government, and attempted to place that evidence on the record, and once he was able to challenge improper grand jury proceedings, including perjury and misrepresentations by IRS agents and the US attorney, and once he was able to challenge jurisdiction of the court based on a current docketed case in the Supreme Court, In re Harry Edwin Miles.

  However, rather than questioning the government about their improper methods, the court began instead attacking Mr. Armstrong. A presumption is now created that the

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: Armstrong, Sharon
TO: 20413298
SUBJECT: NEW MOTION TO FOLLOW UP AFTER OTHER MOTION   PAGE 2 SIG. PAGE
DATE: 07/20/2011 11:51:04 AM

court is biased, is acting as a second prosecutor, and that Mr. Armstrong can get no fair hearing and no fair trial before this court.

    Mr. Armstrong has a legal right to challenge the authority and actions of the officers of the government that are attempting to cover-up evidence of government corruption. Nothing is so authorized by Congress, which gives the federal courts their limited jurisdiction, and nothing is so authorized by the Constitution.

Whatever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority. The scope of this authority may be explicitly defined by Congress or be limited by delegated legislation, properly exercised through the rulemaking power. See Federal Crop Insurance v. Merrill, 332 US 380 (1947).

Wherefore, premises considered, Mr. Armstrong moves the court to accept a Motion for Bona Fides of the court, as is his right according to law. A presumption now exists that this court is nothing more than a second prosecutor, will direct the jury in favor of the government, and will deny any motion filed by Mr. Armstrong in order to insure that the government wins the case. A further presumption exists that the court has a financial interest in this case, and a Motion for Bona Fides is required in order to determine the court's independence. Should the court refuse to allow Armstrong to file motions, in clear violation of the pro se rule and the do no harm rule, a further presumption will be created that the court is directing blockage of information that is detrimental to the government.

Respectfully submitted,

Richard Kellogg Armstrong
Address

CERTIFICATE OF SERVICE

    On this the __20TH__ day of __JULY__, a true and correct copy of the foregoing was sent by first class mail or better to opposing counsel of record.


_Richard Kellogg Armstrong_
Richard Kellogg Armstrong

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

-----------------------------------------------------------------------------------

FROM: Armstrong, Sharon
TO: 20413298
SUBJECT: BOTTOM OF PAGE 2 UNDER YOUR SIGNATURE
DATE: 07/20/2011 11:47:21 AM

"A factual or legal assumption drawn from the existence of another fact or group of facts; a presumption shifts the burden of production to the opposing party, who cn then attempt to rebut the presumption." Blacks Law Dictionary, Pocket Edition, 1996.

RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER
ENGLEWOOD
9595 QUINCY AVE.
LITTLETON, CO 80123

LEGAL MAIL
URGENT

JUDGE ROBERT E. BLACKBURN
U.S. DISTRICT COURT COLORADO
901 19TH ST.
DENVER, CO 80294-3589

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 25 2011

GREGORY C. LANGHAM
CLERK

DENVER CO 800
22 JUL 2011 PM 1 T

8029412501