**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

      Defendant.

_____

**MINUTE ORDER**[1]

_____

      On July 21, 2011, Mr. Armstrong filed a **Motion for Court's Authorization for Submission of Professionally Written Motion** [#265]. On July 26, 2011, Mr. Armstrong filed a **Motion For Leave To File Motion For Bona Fides** [#268]. Because Mr. Armstrong has been enjoined by this court from filing pretrial motions without advance leave of the court and because the time for filing pretrial motions has long since passed, the court enters this order to require the government to respond.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That by **August 10, 2011**, the government shall file a response to the following motions: (1) defendant's **Motion for Court's Authorization for Submission of Professionally Written Motion** [#265] filed July 21, 2011; and (2) defendant's **Motion For Leave To File Motion For Bona Fides** [#268] filed July 26, 2011; and

      2.  That in its response the government shall address, *inter alia*, whether Mr. Armstrong should be permitted to file either or both of the proposed motions and whether the court should construe the **Motion For Leave To File Motion For Bona Fides** [#268] filed July 26, 2011, as a motion to recuse or a request for leave to file a motion to recuse.

      Dated:  July 27, 2011

_____

      [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.