**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

    Defendant.

## ORDER

**Blackburn, J.**

The following matters are before me: (1) the defendant's motion requesting leave to file a motion to dismiss [#265][1] filed July 21, 2011; and (2) the defendant's **Motion for Leave To File Motion for Bona Fides** [#268] filed July 26, 2011. At my behest the government filed a response [#270] to both motions on August 10, 2011.

Having judicially noticed all relevant adjudicative facts in the file and record as developed *pro tanto*, having considered the reasons stated, arguments advanced, and authorities cited by the defendant in his motions and the government in its response, I find and conclude as follows: (1) that both motions are requests to file additional motions; (2) that the defendant should be given an opportunity to file a motion to dismiss limited, however, to the grounds of alleged prosecutorial misconduct related to the government's alleged attempted bribery of a witness; (3) that the motion [#268] is a

---

[1] "[#265]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

request to file another motion to recuse; and (4) that the grounds for recusal asserted in the motion [#268] to file a motion to recuse are insufficient as a matter of fact and law to warrant recusal. Thus, the motion [#265] should be granted in part, and the motion [#268] should be denied.

**THEREFORE, IT IS ORDERED** as follows:

1.  That motion requesting leave to file a motion to dismiss [#265] filed July 21, 2011, is granted in part: by September 6, 2011, the defendant may file a motion to dismiss limited to the grounds of alleged prosecutorial misconduct related to the government's alleged attempted bribery of a witness; provided, furthermore, that by September 20, 2011, the government shall file a response to the defendant's anticipated motion to dismiss; and

2.  That defendant's **Motion for Leave To File Motion for Bona Fides** [#268] filed July 26, 2011, is denied.

Dated August 23, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge