TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO:
SUBJECT: Motion to file leave to file Motion 8/25
DATE: 08/25/2011 06:58:39 PM

August 25, 2011

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 AUG 30 PM 1:50

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

UNITED STATES DISTRICT COURT COLORADO

UNITED STATES OF AMERICA
    Plaintiff
RICHARD KELLOGG ARMSTRONG
    Defendant

Case No. 10-cr-00317-REB
Case No. 10-cv-01073-MEH

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S., 519

---

MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES.

---

    COMES NOW Richard Kellogg Armstrong, Defendant, pro se and moves the court for leave to file a Motion For Dismissal of Indictment With Prejudice Due to Grand Jury Irregularities.

    Defendant Armstrong is on trial and, due to his age, if convicted, could be sentenced to the equivalent of a death sentence. Defendant's very life is on the line. Defendant has never had a prior conviction, has been a model citizen, and yet since he had a passport and had a home and did work in another country, is considered a "flight risk" by the government. The argument borders on the absurd, particularly since it impacts the Defendant's trial strategy, and allows the government to monitor all mail received and sent by the Defendant as well as all phone calls made and emails sent and received.

    The continued confinement of the Defendant is a clear 8th Amendment violation. The Defendant moves the court to allow him to file the aforementioned Motion as it addresses alleged criminal activities by the Assistant U.S. Attorney and his key witness, an IRS/CID Agent related to Grand Jury proceedings.

    The Defendant has the legal right to challenge the Grand Jury proceedings and the actions of the officers of the government as well as Agents of the IRS which have all the earmarks of alleged government corruption. Nothing is so authorized by Congress, which gives the federal courts their limited jurisdiction, and nothing is so authorized by the Constitution.

    Whatever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority. The scope of this authority may be explicitly defined by Congress or be limited by delegated legislation, properly exercised through the rule making power. See Federal Crop Insurance v. Merrill, 332 U.S. 380 (1947).

    Wherefore, premises considered, Defendant Armstrong moves the court to accept a Motion for Dismissal of Indictment With Prejudice Due To Grand Jury Irregularities, as is his right according to law. A presumption now exists that this court is nothing more than a second prosecutor, will direct the jury in favor of the government, and will deny any motion filed by Defendant Armstrong in order to ensure that the government wins the case. A further presumption exists that the court has a financial interest in this case. Should the court refuse to allow Defendant Armstrong to file this motion, in clear violation of the pro se rule and the do no harm rule, a further presumption will be created that the court is directing blockage of information that is detrimental to the government.

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

Unsworn declaration under penalty of perjury 28 USC, 1746(1), an affidavit of truth.

Respectfully submitted,

*[signature]*
Richard Kellogg Armstrong

### CERTIFICATE OF SERVICE

On this the 25TH day of AUGUST, a true and correct copy of the foregoing was sent by first class mail or better to opposing counsel of record.

*[signature]*
Richard Kellogg Armstrong

RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER
ENGLEWOOD
9595 QUINCY AVE.
LITTLETON, CO 80112

LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 30 2011

GREGORY C. LANGHAM
CLERK

LR

CLERK OF THE COURT
U.S. DISTRICT COURT - COLORADO
901 19TH ST., ROOM A105
DENVER, CO 80294-3139