TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO:
SUBJECT: Notice of Appeal
DATE: 08/25/2011 07:37:52 PM

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 30 2011

GREGORY C. LANGHAM
CLERK

August 25, 2011

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

UNITED STATES DISTRICT COURT COLORADO

UNITED STATES OF AMERICA
    Plaintiff
    v.
RICHARD KELLOGG ARMSTRONG
    Defendant

Case No. 10-cr-00317-REB

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S., 519

---

### NOTICE OF APPEAL

---

COMES NOW, Richard Kellogg Armstrong, Defendant, pro se.

Defendant appeals to the Tenth Circuit Court of Appeals regarding United States District Court's Order #273, dated August 23, 2011, denying his request for judge's recusal.

*Richard Kellogg Armstrong*

CERTIFICATE OF SERVICE

On this the 25TH day of AUGUST, a true and correct copy of the foregoing was sent by First Class mail or better to opposing counsel of record.

*Richard Kellogg Armstrong*