UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM C-145
UNITED STATES COURTHOUSE
1929 STOUT STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.co.uscourts.gov

August 31, 2011

NOTICE OF ELECTRONIC FILING

**RE:   USA v. Armstrong (2)**

District Court Case No. 10-cr-00317-REB
Notice of Appeal Filed by Richard Kellogg Armstrong on August 30, 2011
Fee Status: Pro se, IFP Status - Advisory CJA
Other Pending Appeals: none

Attached are the following documents for the parties in connection with the notice of appeal: Copy of the notice of appeal and a copy of the docket sheet.  Attached for the pro se appellant is a letter from the U.S. Court of Appeals and a Pro Se Docketing Statement.

The record on appeal will be transmitted to the Court of Appeals at a later date in accordance with the Tenth Circuit Rules.

Sincerely,
GREGORY C. LANGHAM, Clerk


by s/ B. Reed
   Deputy Clerk


cc:    Clerk, U.S. Court of Appeals (with copy of docket sheet, copy of notice of appeal and the preliminary record)