# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

# ORDER

**Blackburn, J.**

The following matters are before me: (1) the defendant's motion requesting leave to file a motion to dismiss [#265][1] filed July 21, 2011; and (2) the defendant's **Motion for Leave To File Motion for Bona Fides** [#268] filed July 26, 2011. At my behest the government filed a response [#270] to both motions on August 10, 2011.

Having judicially noticed all relevant adjudicative facts in the file and record as developed *pro tanto*, having considered the reasons stated, arguments advanced, and authorities cited by the defendant in his motions and the government in its response, I find and conclude as follows: (1) that both motions are requests to file additional motions; (2) that the defendant should be given an opportunity to file a motion to dismiss limited, however, to the grounds of alleged prosecutorial misconduct related to the government's alleged attempted bribery of a witness; (3) that the motion [#268] is a

---

[1] "[#265]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

request to file another motion to recuse; and (4) that the grounds for recusal asserted in the motion [#268] to file a motion to recuse are insufficient as a matter of fact and law to warrant recusal. Thus, the motion [#265] should be granted in part, and the motion [#268] should be denied.

**THEREFORE, IT IS ORDERED** as follows:

1. That motion requesting leave to file a motion to dismiss [#265] filed July 21, 2011, is granted in part: by September 6, 2011, the defendant may file a motion to dismiss limited to the grounds of alleged prosecutorial misconduct related to the government's alleged attempted bribery of a witness; provided, furthermore, that by September 20, 2011, the government shall file a response to the defendant's anticipated motion to dismiss; and

2. That defendant's **Motion for Leave To File Motion for Bona Fides** [#268] filed July 26, 2011, is denied.

Dated August 23, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO:
SUBJECT: Notice of Appeal
DATE: 08/25/2011 07:37:52 PM

August 25, 2011

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 3 0 2011**

**GREGORY C. LANGHAM**
CLERK

UNITED STATES DISTRICT COURT COLORADO

UNITED STATES OF AMERICA
    Plaintiff
    v.
RICHARD KELLOGG ARMSTRONG
    Defendant

Case No. 10-cr-00317-REB

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S., 519

---

**NOTICE OF APPEAL**

---

COMES NOW, Richard Kellogg Armstrong, Defendant, pro se.

Defendant appeals to the Tenth Circuit Court of Appeals regarding United States District Court's Order #273, dated August 23, 2011, denying his request for judge's recusal.

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong

CERTIFICATE OF SERVICE

On this the 25TH day of AUGUST, a true and correct copy of the foregoing was sent by First Class mail or better to opposing counsel of record.

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong

Case 1:10-cr-00317-REB Document 279-1 Filed 08/30/11 USDC Colorado Page 4 of 5



RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER
ENGLEWOOD
9595 QUINCY AVE.
LITTLETON, CO 80123

LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 30 2011
GREGORY C. LANGHAM
CLERK

10 CR 317

CLERK OF THE COURT
U.S. DISTRICT COURT-COLORADO
DENVER, 19TH ST., ROOM A105
DENVER, CO 80294-3589

29 AUG 2011 PM 1 T
DENVER CO 802

**CORRECTIONAL SYSTEMS MANAGEMENT**
**FEDERAL CORRECTIONAL INSTITUTION**
9595 WEST QUINCY AVE., LITTLETON, CO. 80123

DATE/INITIALS

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.