Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 1 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 1 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 2

APPEAL

# U.S. District Court
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:10-cr-00317-REB-2

Case title: USA v. Morris et al                    Date Filed: 06/08/2010

Assigned to: Judge Robert E. Blackburn

Appeals court case number: 10-1345
USCA

**Defendant (2)**

**Richard Kellogg Armstrong**          represented by  **Richard Kellogg Armstrong**
                                                        #20413-298
                                                        ENGLEWOOD
                                                        FEDERAL CORRECTIONAL
                                                        INSTITUTION
                                                        Inmate Mail/Parcels
                                                        9595 WEST QUINCY AVENUE
                                                        LITTLETON, CO 80123
                                                        PRO SE

                                                        **David L. Owen , Jr.**
                                                        David L. Owen Jr., P.C., Law Office of
                                                        718 Huntington Place
                                                        Highlands Ranch, CO 80126-4730
                                                        303-993-7092
                                                        Fax: 720-242-8907
                                                        Email: davidowen@lodopc.com
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: CJA Appointment*

                                                        **Richard Kent Kornfeld**
                                                        Recht & Kornfeld, P.C.
                                                        1600 Stout Street
                                                        #1000
                                                        Denver, CO 80202
                                                        303-573-1900
                                                        Fax: 303-446-9400
                                                        Email: rick@rechtkornfeld.com
                                                        *TERMINATED: 01/05/2011*
                                                        *Designation: CJA Appointment*

**Pending Counts**                                 **Disposition**

FRAUDS AND SWINDLES-Mail

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 2 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 2 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 3

fraud
(1)

FRAUDS AND SWINDLES
(1s)

FALSE OR FRAUDULENT CLAIMS-
filing flase claims against the U.S.
(4-7)

FALSE OR FRAUDULENT CLAIMS
(6s-9s)

FALSE OR FRAUDULENT CLAIMS
(13s-16s)

Monetary transactions in property
derived from specified unlawful activity
(25s-27s)

CONSPIRE TO DEFRAUD
GOVERNMENT RESPECT TO
CLAIM
(28s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                      **Disposition**

18:287.F Filing false claims against the
United States, 18:1341.F Mail Fraud

---

**Plaintiff**

**USA**                          represented by **Kenneth Mark Harmon**
                                 U.S. Attorney's Office-Denver
                                 1225 17th Street East
                                 Seventeenth Street Plaza
                                 #700
                                 Denver, CO 80202
                                 303-454-0100
                                 Fax: 454-0402
                                 Email: kenneth.harmon@usdoj.gov
                                 *ATTORNEY TO BE NOTICED*

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 3 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 3 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 4

**Kevin F. Sweeney**
U.S. Department of Justice-DC-Tax
Division-601 D St.
Tax Division, Western Criminal
Enforcement
601 D Street, N.W.
Washington, DC 20530
202-305-3637
Fax: 202-514-9623
Email: kevin.f.sweeney@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Martha Ann Paluch**
U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver, CO 80202
303-454-0100
Fax: 303-454-0402
Email: Martha.Paluch@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Tonya Shotwell Andrews**
U.S. Attorney's Office-Denver
1225 17th Street East
#700
Denver, CO 80202
303-454-0100
Fax: 303-454-0402
Email: Tonya.Andrews@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2010 | 1 | COMPLAINT as to Richard Kellogg Armstrong (1). (Attachments: # 1 Criminal Information Sheet) (tllsl, ) [1:10-mj-01088-KLM *SEALED*] (Entered: 05/18/2010) |
| 05/18/2010 | 2 | Arrest Warrant Issued in case as to Richard Kellogg Armstrong. (tllsl, ) [1:10-mj-01088-KLM *SEALED*] (Entered: 05/18/2010) |
| 05/18/2010 | 3 | MOTION to Seal Case by USA as to Richard Kellogg Armstrong. (tllsl, ) [1:10-mj-01088-KLM *SEALED*] (Entered: 05/18/2010) |
| 05/18/2010 | 4 | ORDER granting 3 Motion to Seal Case as to Richard Kellogg Armstrong (1) by Magistrate Judge Kristen L. Mix on 5/18/2010. (tllsl, ) [1:10-mj-01088-KLM *SEALED*] (Entered: 05/18/2010) |
| 06/08/2010 | 5 | INDICTMENT as to Curtis L. Morris (1) count(s) 1, 2-3, 4-7, 8-9, |

Case 1:10-cr-00317-REB  Document 283-1  Filed 09/05/11  USDC Colorado  Page 4 of 22
Case 1:10-cr-00317-REB  Document 280-1  Filed 08/31/11  USDC Colorado  Page 4 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 5

| | | |
|---|---|---|
| | | Richard Kellogg Armstrong (2) count(s) 1, 4-7. (Attachments: # 1 Criminal Information Sheet Morris, # 2 Criminal Information Sheet Armstrong) (tllsl, ) (Entered: 06/09/2010) |
| 06/08/2010 | 7 | MOTION to Seal Case by USA as to Richard Kellogg Armstrong, Curtis L. Morris. (tllsl, ) (Entered: 06/09/2010) |
| 06/09/2010 | 8 | Rule 5(c)(3) Documents Received from the Southern District of California as to Richard Kellogg Armstrong (tllsl, ) (Entered: 06/09/2010) |
| 06/09/2010 | 9 | ORDER by Magistrate Judge Boyd N. Boland on 6/9/2010, granting 7 Motion to Seal Case as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). (tllsl, ) (Entered: 06/10/2010) |
| 06/11/2010 | 10 | Minute Entry for proceedings held before Magistrate Judge Boyd N. Boland: Initial Appearance as to Richard Kellogg Armstrong held on 6/11/2010. AUSA Ken Harmon; Defendant present in custody without counsel; Pretrial Sue Heckman. The government moves to unseal this case. ORDERED: Government's oral motion to unseal is GRANTED. Defendant advised. Defendant is not requesting court appointed counsel. Arraignment, Discovery and Detention (Detention if a motion to reopen detention is filed) set for 6/16/2010 10:00 AM in Courtroom A401 before Magistrate Judge Boyd N. Boland. Defendant remanded. TEXT ENTRY ONLY-NO DOCUMENT ATTACHED (Tape #FTR BNB PM) (labsl, ) (Entered: 06/11/2010) |
| 06/14/2010 | 12 | Arrest Warrant Returned Executed on 6/11/10 in case as to Richard Kellogg Armstrong. (labsl, ) (Entered: 06/14/2010) |
| 06/16/2010 | 14 | Minute Entry for proceedings held before Magistrate Judge Boyd N. Boland: Arraignment, Discovery and Detention Hearing as to Richard Kellogg Armstrong held on 6/16/2010. AUSA Kenneth Harmon; Defendant present in custody without counsel; Pretrial Keith Williams. Defendant has not retained counsel. Financial affidavit reviewed. CJA appointed. Arraignment, Discovery and Detention Hearing continued to 6/21/2010 2:30 PM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Defendant remanded. TEXT ENTRY ONLY-NO DOCUMENT ATTACHED. (Tape #FTR BNB AM) (lab, ) (Entered: 06/16/2010) |
| 06/16/2010 | 16 | Arrest Warrant Returned Executed on 6/11/10 in case as to Richard Kellogg Armstrong. (kltsl, ) (Entered: 06/17/2010) |
| 06/16/2010 | 18 | Sealed Document-Financial Affidavit (labsl, ) (Entered: 06/17/2010) |
| 06/18/2010 | 19 | CJA 20: Appointment of Richard Kent Kornfeld for Richard Kellogg Armstrong by Magistrate Judge Boyd N. Boland on 6/18/2010. (smatl, ) (Entered: 06/18/2010) |
| 06/21/2010 | 23 | Minute Entry for proceedings held before Magistrate Judge Kathleen M. Tafoya: Arraignment, Discovery and Detention Hearing as to Richard Kellogg Armstrong held on 6/21/2010. AUSA Kenneth |

Case 1:10-cr-00317-REB  Document 283-1  Filed 09/05/11  USDC Colorado  Page 5 of 22
Case 1:10-cr-00317-REB  Document 280-1  Filed 08/31/11  USDC Colorado  Page 5 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 6

| | | |
|---|---|---|
| | | Harmon; Defendant present in custody with Richard Kornfeld; Pretrial Sue Heckman. Plea NOT GUILTY on all counts entered by Richard Kellogg Armstrong. Discovery memorandum executed. Evidence and testimony from government's witness Greg Flynn. Government's exhibits 1 and 2 admitted. Argument regarding detention. ORDERED: Defendant detained. Counsel to chambers. Defendant remanded. TEXT ENTRY ONLY-NO DOCUMENT ATTACHED. (Tape #FTR KMT PM) (lab, ) (Entered: 06/22/2010) |
| 06/21/2010 | 25 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 5 days as to Richard Kellogg Armstrong by Magistrate Judge Kathleen M. Tafoya on 6/21/10. (lab, ) (Entered: 06/22/2010) |
| 06/21/2010 | 26 | Sealed Document-Government's exhibit 1 (lab, ) Modified on 6/22/2010 to link to minutes of 6-21-10, entry 23. (lab, ). (Entered: 06/22/2010) |
| 06/21/2010 | 27 | Government's EXHIBIT 2 In Support of 23 Arraignment, Discovery and Detention Hearing as to Richard Kellogg Armstrong (lab, ) (Entered: 06/22/2010) |
| 06/22/2010 | 30 | ORDER OF DETENTION as to Richard Kellogg Armstrong by Magistrate Judge Kathleen M. Tafoya on 6/22/10. (lab, ) (Entered: 06/23/2010) |
| 06/24/2010 | 31 | Ex Parte Document. (Attachments: # 1 Exhibit A, # 2 Exparte Attachment)(Kornfeld, Richard) (Entered: 06/24/2010) |
| 06/24/2010 | 32 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Richard Kellogg Armstrong, Curtis L. Morris. (Attachments: # 1 Proposed Order (PDF Only))(Harmon, Kenneth) (Entered: 06/24/2010) |
| 06/25/2010 | 33 | TRIAL PREPARATION CONFERENCE ORDER by Judge Robert E. Blackburn on 6/25/2010 as to Richard Kellogg Armstrong, Curtis L. Morris. Motions due by 7/9/2010. Telephone Conference set for 7/22/2010 10:30 AM before Judge Robert E. Blackburn. Trial Preparation Conference set for 8/20/2010 at 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. Jury Trial set for 8/23/2010 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 06/25/2010) |
| 06/25/2010 | 34 | ORDER by Judge Robert E. Blackburn on 6/25/2010, granting 32 Motion to Disclose Grand Jury Material as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). (tllsl, ) (Entered: 06/28/2010) |
| 06/28/2010 | 40 | Ex Parte Document. (smatl, ) (Entered: 07/08/2010) |
| 07/01/2010 | 35 | CJA 24 (Kornfeld, Richard) (Entered: 07/01/2010) |
| 07/07/2010 | 36 | Joint MOTION to Declare Case Complex *and to Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence Pursuant to 18 U.S.C. 3161(h)* by Richard Kellogg Armstrong, Curtis L. Morris. (Kornfeld, Richard) (Entered: |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 6 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 6 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 7

| | | 07/07/2010) |
|---|---|---|
| 07/07/2010 | 37 | MINUTE ORDER by Judge Robert E. Blackburn on 7/7/2010 Setting Hearing on Motion 36 Joint MOTION to Declare Case Complex, as to defendants Curtis L. Morris and Richard Kellogg Armstrong. Motion Hearing set for 10/22/2010 08:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 07/07/2010) |
| 07/07/2010 | 38 | Ex Parte Document. (Attachments: # 1 Exparte Attachment, # 2 Exparte Attachment)(Wayne, Lisa) (Entered: 07/07/2010) |
| 07/07/2010 | 39 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 07/07/2010) |
| 07/12/2010 | 42 | MINUTE ORDER Terminating Hearing as to Richard Kellogg Armstrong, Curtis L. Morris re 36 Joint MOTION to Declare Case Complex and to Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence: The court has set a hearing on the motion on 10/22/10. The Trial Preparation Conference set for 8/20/10, and the jury trial set to commence 8/23/10, are VACATED and CONTINUED pending further order of court. by Judge Robert E. Blackburn on 7/12/10. (mjg, ) (Entered: 07/12/2010) |
| 07/14/2010 | 43 | MOTION for Reconsideration re 30 Order of Detention by Richard Kellogg Armstrong. (Kornfeld, Richard) (Entered: 07/14/2010) |
| 07/15/2010 | 45 | MINUTE ORDER by Judge Robert E. Blackburn on 7/15/2010 Setting Hearing on Motion 43 MOTION for Reconsideration re 30 Order of Detention as to defendant Richard Kellogg Armstrong. Motion Hearing set for 7/23/2010 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 07/15/2010) |
| 07/15/2010 | 46 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 07/15/2010) |
| 07/17/2010 | 48 | TRANSCRIPT of Arraignment, Discovery and Detention Hearing as to Richard Kellogg Armstrong held on 6-21-10 before Magistrate Judge Tafoya. Pages: 1-101. Prepared by: Adrienne Whitlow. <P> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** </P> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 10/18/2010. (Whitlow, Adrienne) (Entered: 07/17/2010) |
| 07/22/2010 | 49 | RESPONSE to Motion by USA as to Richard Kellogg Armstrong re 43 MOTION for Reconsideration re 30 Order of Detention |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 7 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 7 of 22

Appellate Case: 11-1397   Document: 01018703822   Date Filed: 08/31/2011   Page: 8

| | | (Attachments: # 1 Affidavit Declaration of Greg M. Flynn)(Harmon, Kenneth) (Entered: 07/22/2010) |
|---|---|---|
| 07/23/2010 | 51 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing as to Richard Kellogg Armstrong held on 7/23/2010 re 43 MOTION for Reconsideration of 30 Order of Detention. The court takes the motion under advisement and will issue a written ruling. (Court Reporter Suzanne Claar) (tllsl, ) (Entered: 07/23/2010) |
| 07/27/2010 | 68 | Ex Parte Document. (pponi, ) (Entered: 08/23/2010) |
| 08/03/2010 | 53 | Ex Parte Document. (Kornfeld, Richard) (Entered: 08/03/2010) |
| 08/03/2010 | 54 | ORDER by Judge Robert E. Blackburn on 8/3/2010, denying 43 Motion for Reconsideration as to Richard Kellogg Armstrong (2). (tllsl, ) (Entered: 08/03/2010) |
| 08/04/2010 | 55 | CJA 24 (Kornfeld, Richard) (Entered: 08/04/2010) |
| 08/06/2010 | 56 | NOTICE OF APPEAL as to 54 Order on Motion for Reconsideration by Richard Kellogg Armstrong. (Kornfeld, Richard) (Entered: 08/06/2010) |
| 08/06/2010 | 57 | Ex Parte Document. (Kornfeld, Richard) (Entered: 08/06/2010) |
| 08/09/2010 | 58 | Ex Parte Document. (Attachments: # 1 Exparte Attachment Attachment)(Kornfeld, Richard) (Entered: 08/09/2010) |
| 08/09/2010 | 59 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 56 Notice of Appeal as to Richard Kellogg Armstrong to the U.S. Court of Appeals. (CJA) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record including Notice of Appeal) (bjrsl, ) (Entered: 08/09/2010) |
| 08/09/2010 | 60 | USCA Case Number 10-1345 for 56 Notice of Appeal filed by Richard Kellogg Armstrong. (bjrsl, ) (Entered: 08/09/2010) |
| 08/12/2010 | 61 | DESIGNATION OF RECORD ON APPEAL re 56 Notice of Appeal by Richard Kellogg Armstrong. (Attachments: # 1 Exhibit Docketing Sheet)(Kornfeld, Richard) (Entered: 08/12/2010) |
| 08/12/2010 | 62 | TRANSCRIPT ORDER FORM re 56 Notice of Appeal by Richard Kellogg Armstrong. (Attachments: # 1 Exparte Attachment CJA 24) (Kornfeld, Richard) (Entered: 08/12/2010) |
| 08/12/2010 | 63 | TRANSCRIPT ORDER FORM re 56 Notice of Appeal by Richard Kellogg Armstrong. (Kornfeld, Richard) (Entered: 08/12/2010) |
| 08/13/2010 | 66 | Ex Parte Document. (pponi, ) (Entered: 08/20/2010) |
| 08/18/2010 | 64 | REPORTER TRANSCRIPT ORDER FORM filed by Suzanne Claar; Transcripts ordered 07/23/10 re 56 Notice of Appeal by Richard Armstrong. Transcript due by 9/18/2010. (bjrsl, ) (Entered: 08/19/2010) |
| | | |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 8 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 8 of 22

Appellate Case: 11-1397      Document: 01018703822      Date Filed: 08/31/2011      Page: 9

| 08/20/2010 | 67 | MINUTE ORDER by Judge Robert E. Blackburn on 8/20/2010, granting 65 Motion to Continue motion hearing as to Curtis L. Morris (1) and Richard Kellogg Armstrong (2). Telephone Conference set for 8/24/2010 10:30 AM before Judge Robert E. Blackburn. (tllsl, ) (Entered: 08/20/2010) |
|---|---|---|
| 08/23/2010 | 69 | NOTICE *of Attorney's Unavailability for August 24, 2010 Telephonic Setting Conference* by Richard Kellogg Armstrong (Kornfeld, Richard) (Entered: 08/23/2010) |
| 08/24/2010 | 70 | MINUTE ORDER by Judge Robert E. Blackburn on 8/24/2010 Setting Hearing on Motion as to Richard Kellogg Armstrong, Curtis L. Morris. 36 Joint MOTION to Declare Case Complex and to Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence Pursuant to 18 U.S.C. 3161(h) is set for Hearing on 9/2/2010 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 08/24/2010) |
| 08/26/2010 | 71 | Ex Parte Document. (Attachments: # 1 Exparte Attachment, # 2 Exparte Attachment)(Kornfeld, Richard) (Entered: 08/26/2010) |
| 08/26/2010 | 72 | TRANSCRIPT of Initial Appearance as to Richard Kellogg Armstrong held on 06/11/2010 before Magistrate Judge Boland. Pages: 1-7.

**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**

Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 11/29/2010. (Avery Woods Reporting, ) (Entered: 08/26/2010) |
| 08/30/2010 | 73 | REPORTER TRANSCRIPT ORDER FORM filed by Avery Woods Reporting Service; Transcripts ordered 6/11/10 and 6/16/10 re 56 Notice of Appeal. Transcript due by 8/27/2010. (gmssl, ) (Entered: 08/31/2010) |
| 08/30/2010 | 74 | STIPULATION and ORDER by Judge Robert E. Blackburn on 8/30/2010 as to Richard Kellogg Armstrong re 51 Motion Hearing exhibits, transcripts and papers. (tllsl, ) (Entered: 08/31/2010) |
| 08/31/2010 | 75 | TRANSCRIPT of HEARING ON MOTION FOR RECONSIDERATION OF ORDER OF DETENTION as to Richard Kellogg Armstrong held on July 23, 2010, before Judge Blackburn. |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 9 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 9 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 10

| | | |
|---|---|---|
| | | Pages: 1 - 48. <P> NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov. </P> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 12/2/2010. (sclaa, ) (Entered: 08/31/2010) |
| 08/31/2010 | 85 | Ex Parte Document. (pponi, ) (Entered: 09/28/2010) |
| 09/02/2010 | 76 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Kornfeld, Richard) (Entered: 09/02/2010) |
| 09/02/2010 | 77 | ORDER by Judge Robert E. Blackburn on 9/2/2010, granting 36 Motion to Declare Case Complex as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). Motions due by 1/31/2011. Telephone Conference set for 2/7/2011 10:00 AM before Judge Robert E. Blackburn. Trial Preparation Conference set for 5/13/2011 at 02:00 PM in Courtroom A1001 before Judge Robert E. Blackburn. Jury Trial set for 5/16/2011 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 09/02/2010) |
| 09/02/2010 | 78 | TRANSCRIPT of Arraignment/Detention/Discovery Conference as to Richard Kellogg Armstrong held on June 16, 2010 before Magistrate Judge Boland. Pages: 1-16.<br><br>NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 12/6/2010. (Avery Woods Reporting, ) (Entered: 09/02/2010) |
| 09/02/2010 | 79 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing as to Richard Kellogg Armstrong, Curtis L. Morris held on 9/2/2010. Court will issue written order. (Court Reporter Tracy Weir) (tllsl, ) (Entered: 09/02/2010) |
| 09/03/2010 | 80 | Ex Parte Document. (Attachments: # 1 Exparte Attachment, # 2 |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 10 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 10 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 11

| | | Exparte Attachment)(Wayne, Lisa) (Entered: 09/03/2010) |
|---|---|---|
| 09/07/2010 | 81 | DESIGNATION OF RECORD ON APPEAL re 56 Notice of Appeal *Supplement to Record* by Richard Kellogg Armstrong. (Kornfeld, Richard) (Entered: 09/07/2010) |
| 09/08/2010 | 82 | Transmitted Record on Appeal to US Court of Appeals re 56 Notice of Appeal as to Richard Kellogg Armstrong. Volume Numbers: 1 - 3. USCA case no. 10-1345. (Attachments: # 1 Docket Sheet)(bjrsl, ) (Entered: 09/08/2010) |
| 09/09/2010 | 83 | ORDER of USCA as to Richard Kellogg Armstrong. Richard K. Kornfeld is appointed to represent appellant, re 56 Notice of Appeal (gmssl, ) (Entered: 09/10/2010) |
| 09/09/2010 | 87 | Ex Parte Document. (pponi, ) (Entered: 09/29/2010) |
| 09/09/2010 | 88 | Ex Parte Document. (pponi, ) (Entered: 09/29/2010) |
| 09/16/2010 | 89 | Ex Parte Document. (pponi, ) (Entered: 09/30/2010) |
| 09/23/2010 | 90 | Ex Parte Document. (pponi, ) (Entered: 09/30/2010) |
| 09/28/2010 | 86 | USCA Order and Judgment as to Richard Kellogg Armstrong re 56 Notice of Appeal : We affirm the district court's detention order. (USCA Case No. 10-1345) (This document is not the Mandate) (bjrsl, ) (Entered: 09/28/2010) |
| 10/04/2010 | 91 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Kornfeld, Richard) (Entered: 10/04/2010) |
| 10/08/2010 | 92 | Joint MOTION to Disclose Grand Jury Material to Defendant *Defense Expert and Investigators* by Richard Kellogg Armstrong, Curtis L. Morris. (Kornfeld, Richard) (Entered: 10/08/2010) |
| 10/20/2010 | 93 | MANDATE of USCA as to Richard Kellogg Armstrong re 86 USCA Order/Opinion/Judgment, 56 Notice of Appeal: Affirmed. (USCA Case No. 10-1345) (bjrsl, ) (Entered: 10/21/2010) |
| 11/03/2010 | 94 | Ex Parte Document. (Attachments: # 1 Exparte Attachment, # 2 Exparte Attachment)(Kornfeld, Richard) (Entered: 11/03/2010) |
| 11/10/2010 | 95 | Ex Parte Document. (Kornfeld, Richard) (Entered: 11/10/2010) |
| 11/12/2010 | 96 | Ex Parte Document. (Kornfeld, Richard) (Entered: 11/12/2010) |
| 11/18/2010 | 97 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Kornfeld, Richard) (Entered: 11/18/2010) |
| 11/19/2010 | 98 | Ex Parte Document. (smatl, ) (Entered: 11/29/2010) |
| 11/19/2010 | 99 | Ex Parte Document. (pponi, ) (Entered: 11/30/2010) |
| 12/02/2010 | 100 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Kornfeld, Richard) (Entered: 12/02/2010) |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 11 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 11 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 12

| | | |
|---|---|---|
| 12/06/2010 | 101 | ORDER by Judge Robert E. Blackburn on 12/06/2010granting 92 Motion to Disclose Grand Jury Material as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). (prhsl) (Entered: 12/06/2010) |
| 12/15/2010 | 102 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 12/15/2010) |
| 12/23/2010 | 103 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Kornfeld, Richard) (Entered: 12/23/2010) |
| 01/03/2011 | 138 | Ex Parte Document. (pponi, ) (Entered: 02/04/2011) |
| 01/05/2011 | 104 | MOTION to Withdraw as Attorney by Richard Kornfeld by Richard Kellogg Armstrong. (Kornfeld, Richard) (Entered: 01/05/2011) |
| 01/05/2011 | 105 | MEMORANDUM regarding 104 MOTION to Withdraw as Attorney by Richard Kornfeld filed by Richard Kellogg Armstrong. Motion referred to Magistrate Judge Michael J. Watanabe.TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (romsl, ) (Entered: 01/05/2011) |
| 01/05/2011 | 106 | MINUTE ORDER by Magistrate Judge Michael J. Watanabe on 1/5/2011 granting 104 Motion to Withdraw as Attorney. Richard Kent Kornfeld withdrawn from case as to Richard Kellogg Armstrong (2). IT IS FURTHER ORDERED that new counsel from the CJA Panel be appointed to represent Defendant Richard Kellogg Armstrong.TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (romsl, ) (Entered: 01/05/2011) |
| 01/05/2011 | 159 | Ex Parte Document. (smatl, ) (Entered: 03/08/2011) |
| 01/07/2011 | 107 | CJA 20: Appointment of David L. Owen, Jr for Richard Kellogg Armstrong by Magistrate Judge Michael J. Watanabe on 1/7/2011. (smatl, ) (Entered: 01/07/2011) |
| 01/11/2011 | 108 | NOTICE OF ATTORNEY APPEARANCE: David L. Owen, Jr appearing for Richard Kellogg Armstrong (Owen, David) (Entered: 01/11/2011) |
| 01/13/2011 | 173 | Ex Parte Document. (smatl, ) (Entered: 03/24/2011) |
| 01/14/2011 | 109 | WITHDRAWN; MOTION to Continue by Richard Kellogg Armstrong. (Owen, David) Modified on 1/28/2011 to withdraw per 128 (tllsl, ). (Entered: 01/14/2011) |
| 01/14/2011 | 110 | MINUTE ORDER by Judge Robert E. Blackburn on 1/14/2011, Setting Hearing on Motion 109 as to Richard Kellogg Armstrong, Curtis L. Morris. Motion Hearing set for 1/21/2011 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 01/14/2011) |
| 01/14/2011 | 112 | NOTICE by Richard Kellogg Armstrong (tllsl, ) (Entered: 01/19/2011) |
| 01/18/2011 | 113 | MOTION to Appoint New Counsel by Richard Kellogg Armstrong. |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 12 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 12 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 13

| | | |
|---|---|---|
| | | (tllsl, ) (Entered: 01/19/2011) |
| 01/19/2011 | 111 | Ex Parte Document. (Wayne, Lisa) (Entered: 01/19/2011) |
| 01/19/2011 | 114 | MEMORANDUM regarding 113 MOTION to Appoint Counsel filed by Richard Kellogg Armstrong. Motion(s) referred to Magistrate Judge Kristen L. Mix.TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) (Entered: 01/19/2011) |
| 01/19/2011 | 115 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 1/19/2011, denying 113 Motion to Appoint New Counsel as to Richard Kellogg Armstrong (2).TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) (Entered: 01/19/2011) |
| 01/20/2011 | 116 | NOTICE to principal is notice to agent by Richard Kellogg Armstrong (tllsl, ) (Entered: 01/20/2011) |
| 01/21/2011 | 119 | MOTION for Order *Directing US Marshal to Provide Hearing Aid Batteries* by Richard Kellogg Armstrong. (Owen, David) (Entered: 01/21/2011) |
| 01/21/2011 | 124 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing 109 as to Richard Kellogg Armstrong, Curtis L. Morris held on 1/21/2011. IT IS ORDERED that this hearing is VACATED and CONTINUED pending further order of the court. (Court Reporter: Suzanne Claar) (romsl, ) Modified on 1/26/2011 (romsl, ). (Entered: 01/25/2011) |
| 01/24/2011 | 121 | MEMORANDUM regarding 119 MOTION for Order Directing US Marshal to Provide Hearing Aid Batteries filed by Richard Kellogg Armstrong. Motion referred to Magistrate Judge Kristen L. Mix.TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) (Entered: 01/24/2011) |
| 01/24/2011 | 122 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 1/24/2011, granting 119 Motion for Order Directing US Marshal to Provide Hearing Aid Batteries as to Richard Kellogg Armstrong (2). TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) (Entered: 01/24/2011) |
| 01/25/2011 | 123 | MOTION for Hearing by Richard Kellogg Armstrong. (Owen, David) (Entered: 01/25/2011) |
| 01/25/2011 | 188 | Ex Parte Document. (smatl, ) (Entered: 04/06/2011) |
| 01/26/2011 | 125 | MINUTE ORDER Setting Hearing on Motion by Judge Robert E. Blackburn on 1/26/2011 as to Richard Kellogg Armstrong, Curtis L. Morris. The 109 MOTION to Continue, is set for 1/27/2011 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 01/26/2011) |
| 01/26/2011 | 126 | MINUTE ORDER granting 123 Motion for Hearing as to Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 1/26/2011. SEE 125 . TEXT ONLY ENTRY - NO DOCUMENT ATTACHED |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 13 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 13 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 14

| | | (tllsl, ) (Entered: 01/26/2011) |
|---|---|---|
| 01/27/2011 | 127 | NOTICE to the District Court, by Richard Kellogg Armstrong (tllsl, ) (Entered: 01/27/2011) |
| 01/27/2011 | 128 | ORDER by Judge Robert E. Blackburn on 1/27/2011, withdrawing 109 Motion to Continue as to Richard Kellogg Armstrong (2). Motions due by 2/28/2011. Status Conference set for 4/1/2011 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 01/28/2011) |
| 01/27/2011 | 129 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing as to Richard Kellogg Armstrong, Curtis L. Morris held on 1/27/2011. Defendant Armstrong's request to represent himself is Granted and David Owen is appointed as advisory counsel. Motion 109 withdrawn. See order at 128 . (Court Reporter: Suzanne Claar) (tllsl, ) (Entered: 01/31/2011) |
| 02/02/2011 | 133 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Kornfeld, Richard) (Entered: 02/02/2011) |
| 02/02/2011 | 135 | NOTICE to the District Court by Richard Kellogg Armstrong (tllsl, ) (Entered: 02/03/2011) |
| 02/03/2011 | 134 | MOTION to Modify Order 34 by Richard Kellogg Armstrong. (Owen, David) Modified on 2/4/2011 to add linkage (tllsl, ). (Entered: 02/03/2011) |
| 02/03/2011 | 136 | MINUTE ORDER as to Richard Kellogg Armstrong re 134 MOTION to Modify Order. Government responses due by 2/17/2011. by Judge Robert E. Blackburn on 2/3/2011. (tllsl, ) (Entered: 02/03/2011) |
| 02/04/2011 | 137 | MOTION to terminate and withdraw court appointed assisstance of counsel, by Richard Kellogg Armstrong. (tllsl, ) Modified on 2/7/2011 to correct typo (tllsl, ). (Entered: 02/04/2011) |
| 02/09/2011 | 139 | MINUTE ORDER by Judge Robert E. Blackburn on 2/9/2011 Re-Setting Hearing as to Richard Kellogg Armstrong, Curtis L. Morris. Status Conference is now set for 4/4/2011 08:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 02/09/2011) |
| 02/15/2011 | 140 | SUPERSEDING INDICTMENT as to Curtis L. Morris (1) count(s) 1s-3s, 6s-22s, 28s, Richard Kellogg Armstrong (2) count(s) 1s, 6s-9s, 13s-16s, 25s-27s, 28s, Larry Ray Hall (3) count(s) 1, 4-5, 6-16, 23-24, 25-27, 28. (Attachments: # 1 Criminal Information Sheet Morris, # 2 Criminal Information Sheet Armstrong, # 3 Criminal Information Sheet Hall) (tllsl, ) (Entered: 02/16/2011) |
| 02/16/2011 | 142 | MINUTE ORDER by Magistrate Judge Craig B. Shaffer on 2/16/2011 Setting Hearing as to Richard Kellogg Armstrong, Curtis L. Morris re 140 Superseding Indictment. Re-Arraignment set for 3/2/2011 10:30 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) |

Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 14 of 22

| | | |
|---|---|---|
| | | (Entered: 02/16/2011) |
| 02/17/2011 | 143 | RESPONSE to Motion by USA as to Richard Kellogg Armstrong re 134 MOTION to Modify *Order* (Harmon, Kenneth) (Entered: 02/17/2011) |
| 02/17/2011 | 144 | MOTION; NOTICE of challenge of jurisdiction by Richard Kellogg Armstrong (tllsl, ) Modified on 2/22/2011 to correct event to reflect a motion . (tllsl, ). (Entered: 02/18/2011) |
| 02/22/2011 | 145 | NOTICE OF ATTORNEY APPEARANCE Kevin F. Sweeney appearing for USA. (Sweeney, Kevin) (Entered: 02/22/2011) |
| 02/22/2011 | 146 | MINUTE ORDER by Judge Robert E. Blackburn on 2/22/2011 as to Richard Kellogg Armstrong 144 MOTION to Dismiss. Government responses due by 3/19/2011. (tllsl, ) (Entered: 02/22/2011) |
| 02/23/2011 | 147 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 02/23/2011) |
| 02/23/2011 | 148 | (NOTICE) MOTION for release of grand jury transcripts, etc., by Richard Kellogg Armstrong. (tllsl, ) (Entered: 02/23/2011) |
| 02/23/2011 | 264 | Ex Parte Document. (smatl, ) (Entered: 07/21/2011) |
| 02/24/2011 | 149 | MOTION ; NOTICE-Challenge of validity of charges by Richard Kellogg Armstrong (tllsl, ) Modified on 2/28/2011 to correct event type per chambers. (tllsl, ). (Entered: 02/25/2011) |
| 02/28/2011 | 150 | MINUTE ORDER by Judge Robert E. Blackburn on 2/28/2011 as to Richard Kellogg Armstrong re 149 MOTION to Dismiss for Lack of Jurisdiction. Government responses due by 3/10/2011. (tllsl, ) (Entered: 02/28/2011) |
| 02/28/2011 | 151 | ORDER denying 135 Notice/Motion for Order as to Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 2/28/2011. (tllsl, ) (Entered: 02/28/2011) |
| 02/28/2011 | 152 | ORDER granting 134 Motion to Modify 34 and denying as moot 148 Motion for Order as to Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 2/28/2011. (tllsl, ) (Entered: 02/28/2011) |
| 02/28/2011 | 153 | First MOTION for Order *For Unopposed Motion for Extension of Time to File Motions* by Curtis L. Morris as to Richard Kellogg Armstrong, Curtis L. Morris, Larry Ray Hall. (Wayne, Lisa) (Entered: 02/28/2011) |
| 02/28/2011 | 154 | MOTION/NOTICE to the United States District Court by Richard Kellogg Armstrong (tllsl, ) Modified on 3/23/2011 to make a motion event (mjgsl, ). (Entered: 03/01/2011) |
| 03/01/2011 | 155 | MINUTE ORDER by Judge Robert E. Blackburn on 3/1/2011 as to Richard Kellogg Armstrong re 154 Notice (Other). Government Responses due by 3/14/2011. (tllsl, ) (Entered: 03/01/2011) |
| | | |

Case 1:10-cr-00317-REB Document 283-1 Filed 09/05/11 USDC Colorado Page 15 of 22
Case 1:10-cr-00317-REB Document 280-1 Filed 08/31/11 USDC Colorado Page 15 of 22

Appellate Case: 11-1397 Document: 01018703822 Date Filed: 08/31/2011 Page: 16

| 03/01/2011 | 156 | MINUTE ORDER by Judge Robert E. Blackburn on 3/1/2011 Setting Hearing on Motion as to Richard Kellogg Armstrong, Curtis L. Morris, Larry Ray Hall. The 153 First MOTION for Order For Unopposed Motion for Extension of Time to File Motions is set for 3/24/2011 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 03/01/2011) |
|---|---|---|
| 03/02/2011 | 157 | Minute Entry for proceedings held before Magistrate Judge Kathleen M. Tafoya: RE-Arraignment on superseding indictment as to Richard Kellogg Armstrong and Curtis L. Morris held on 3/2/2011. AUSA Kenneth Harmon; Defendant Richard Kellogg Armstrong present in custody with David Owen as advisory counsel; Defendant Curtis L. Morris present with Lisa Wayne; Pretrial Jerald Mason. Plea of NOT GUILTY entered on all counts of superseding indictment by Richard Kellogg Armstrong and Curtis L. Morris. Counsel to chambers. Defendant Richard Kellogg Armstrong remanded; Defendant Curtis L. Morris continued on bond. Total time: 9 minutes. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED. (FTR: KMT AM) (romsl, ) Modified on 3/7/2011 to correct typo and add text (romsl, ). (Entered: 03/02/2011) |
| 03/10/2011 | 160 | RESPONSE by USA as to Richard Kellogg Armstrong re: 154 Notice (Other) filed by Richard Kellogg Armstrong, 144 MOTION to Dismiss filed by Richard Kellogg Armstrong, 149 MOTION to Dismiss for Lack of Jurisdiction filed by Richard Kellogg Armstrong *in Opposition* (Sweeney, Kevin) (Entered: 03/10/2011) |
| 03/10/2011 | 161 | NOTICE to the court by Richard Kellogg Armstrong (tllsl, ) (Entered: 03/11/2011) |
| 03/14/2011 | 163 | MINUTE ORDER by Judge Robert E. Blackburn on 3/14/2011, granting 162 Motion to Continue as to Curtis L. Morris (1). The Motion Hearing is now set for 3/30/2011 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 03/14/2011) |
| 03/15/2011 | 165 | Utility Setting/Resetting Deadlines/Hearings as to Richard Kellogg Armstrong, Curtis L. Morris: Motion Hearing/Status Conference set for 4/7/2011 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) (Entered: 03/15/2011) |
| 03/22/2011 | 166 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 03/22/2011) |
| 03/22/2011 | 167 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 03/22/2011) |
| 03/22/2011 | 168 | STRICKEN: MOTION for Order *to Limit the Disclosure of Section 6103 Material by Defense* by USA as to Richard Kellogg Armstrong, Curtis L. Morris. (Attachments: # 1 Proposed Order (PDF Only)) (Sweeney, Kevin) Modified on 3/23/2011 to add text per 170 (tllsl, ). (Entered: 03/22/2011) |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 16 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 16 of 22

Appellate Case: 11-1397      Document: 01018703822      Date Filed: 08/31/2011      Page: 17

| 03/23/2011 | 169 | ORDER by Judge Robert E. Blackburn on 3/23/2011; denying 144 MOTION to Dismiss ; denying 149 Motion to Dismiss ; denying 154 Motion for Order as to Richard Kellogg Armstrong (2). (tllsl, ) (Entered: 03/23/2011) |
|---|---|---|
| 03/23/2011 | 170 | MINUTE ORDER striking 168 Motion for Order as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 3/23/2011. (tllsl, ) (Entered: 03/23/2011) |
| 03/25/2011 | 175 | STRICKEN: MOTION to Dismiss, by Richard Kellogg Armstrong. (tllsl, ) Modified on 3/29/2011 to add text per 176 (tllsl, ). (Entered: 03/28/2011) |
| 03/28/2011 | 176 | MINUTE ORDER striking 175 Motion to Dismiss as to Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 3/28/2011. (tllsl, ) (Entered: 03/29/2011) |
| 03/29/2011 | 177 | NOTICE by Richard Kellogg Armstrong (tllsl, ) (Entered: 03/30/2011) |
| 03/29/2011 | 178 | NOTICE of claims by Richard Kellogg Armstrong (tllsl, ) (Entered: 03/30/2011) |
| 03/29/2011 | 179 | Additional NOTICE of claims by Richard Kellogg Armstrong (tllsl, ) (Entered: 03/30/2011) |
| 03/31/2011 | 181 | Returned Mail by Richard Kellogg Armstrong re 169 Order on Motion to Dismiss Complaint/Violation Notice, Order on Motion to Dismiss for Lack of Jurisdiction, Order on Motion for Order. (mjgsl, ) (Entered: 04/01/2011) |
| 04/01/2011 | 180 | Ex Parte Document. (Wayne, Lisa) (Entered: 04/01/2011) |
| 04/04/2011 | 182 | Ex Parte Document. (Wayne, Lisa) (Entered: 04/04/2011) |
| 04/04/2011 | 183 | ORDER by Judge Robert E. Blackburn on 4/4/2011, re 177 , 178 and 179 Notices (Other) filed by Richard Kellogg Armstrong. See attached document for further information. (tllsl, ) (Entered: 04/04/2011) |
| 04/05/2011 | 184 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 04/05/2011) |
| 04/05/2011 | 185 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 04/05/2011) |
| 04/06/2011 | 189 | ORDER denying 137 Motion to Appoint Counsel as to Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 4/6/2011. (tllsl, ) (Entered: 04/06/2011) |
| 04/06/2011 | 190 | NOTICE to the United States District Court by Richard Kellogg Armstrong (tllsl, ) (Entered: 04/06/2011) |
| 04/06/2011 | 191 | Second MOTION to Exclude *TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161* |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 17 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 17 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 18

| | | |
|---|---|---|
| | | *(h)(7)(B)(i) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET* by Curtis L. Morris as to Richard Kellogg Armstrong, Curtis L. Morris, Larry Ray Hall. (Wayne, Lisa) (Entered: 04/06/2011) |
| 04/07/2011 | 192 | Docket Annotation re: 191 Second MOTION to Exclude TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(i) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET. Pursuant to chambers: this motion ONLY APPLIES TO DEFENDANT CURTIS MORRIS, therefore the motion as to defendants Armstrong and Hall has been terminated. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) (Entered: 04/07/2011) |
| 04/07/2011 | 193 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing as to Richard Kellogg Armstrong, Curtis L. Morris held on 4/7/2011. granting 153 Motion for Order. Motion deadline 4/14/2011. Response deadline 4/28/2011. (Court Reporter: Suzanne Claar) (tllsl, ) (Entered: 04/07/2011) |
| 04/09/2011 | 194 | Ex Parte Document. (Wayne, Lisa) (Entered: 04/09/2011) |
| 04/15/2011 | 203 | NOTICE by Richard Kellogg Armstrong (mjgsl, ) (Entered: 04/15/2011) |
| 04/25/2011 | 205 | MINUTE ORDER by Judge Robert E. Blackburn on 4/25/2011 Re-Setting Hearing as to Richard Kellogg Armstrong, Curtis L. Morris. Trial Preparation Conference is now set for 5/11/2011 at 01:15 PM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 04/25/2011) |
| 04/25/2011 | 206 | Notice of Rule 404b by USA as to Curtis L. Morris, Richard Kellogg Armstrong (Harmon, Kenneth) (Entered: 04/25/2011) |
| 04/26/2011 | 207 | Ex Parte Document. (Wayne, Lisa) (Entered: 04/26/2011) |
| 04/26/2011 | 208 | MOTION for enlargement of time due to non receipt of all discovery, by Richard Kellogg Armstrong. (tllsl, ) (Entered: 04/26/2011) |
| 04/27/2011 | 209 | MINUTE ORDER as to Richard Kellogg Armstrong re 208 MOTION for Order. Government shall file a response, due by 5/2/2011. by Judge Robert E. Blackburn on 4/27/2011. (tllsl, ) (Entered: 04/27/2011) |
| 04/28/2011 | 210 | RESPONSE to Motion by USA as to Richard Kellogg Armstrong, Curtis L. Morris re 201 MOTION to Sever Defendant *Morris*, 198 MOTION to Exclude *Statements*, 191 Second MOTION to Exclude *TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(i) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET*Second MOTION to Exclude *TIME WITHIN WHICH THE TRIAL FOR THE* |

Case 1:10-cr-00317-REB Document 283-1 Filed 09/05/11 USDC Colorado Page 18 of 22
Case 1:10-cr-00317-REB Document 280-1 Filed 08/31/11 USDC Colorado Page 18 of 22

Appellate Case: 11-1397    Document: 01018703822    Date Filed: 08/31/2011    Page: 19

| | | |
|---|---|---|
| | | *OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(i) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET*, 197 First MOTION for James Hearing, 208 MOTION for Order *200 Motion for Notice of Govt. Intent to Use 404(b) Evidence and Pretrial Hearing* (Harmon, Kenneth) (Entered: 04/28/2011) |
| 04/29/2011 | 212 | MINUTE ORDER granting government's 211 Motion for Leave to File as to Curtis L. Morris (1) by Judge Robert E. Blackburn on 4/29/11.TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (rebcd) (Entered: 04/29/2011) |
| 04/29/2011 | 213 | MOTION to Sever Defendant, by Richard Kellogg Armstrong. (tllsl, ) (Entered: 05/02/2011) |
| 05/03/2011 | 215 | Second MOTION to Exclude *Time Within Which the Trial for the Offenses Charged Must Commence* by Curtis L. Morris as to Richard Kellogg Armstrong, Curtis L. Morris, Larry Ray Hall. (Wayne, Lisa) (Entered: 05/03/2011) |
| 05/03/2011 | 217 | WITHDRAWN: MINUTE ORDER as to Richard Kellogg Armstrong, Curtis L. Morris re 215 Second MOTION to Exclude Time Within Which the Trial for the Offenses Charged Must Commence filed by Curtis L. Morris. Government and defendant Armstrong are to file responses by 5/10/2011. by Judge Robert E. Blackburn on 5/3/2011. (tllsl, ) Modified on 5/3/2011 to withdraw per 219 (tllsl, ). (Entered: 05/03/2011) |
| 05/03/2011 | 218 | MOTION for Order *to Set and Conduct Motions Hearing Respecting Pending Motions to Continue and Exclude Time; Motions Setting Conference Respecting Other Pending Motions; and Status Conference* by USA as to Richard Kellogg Armstrong, Curtis L. Morris. (Harmon, Kenneth) (Entered: 05/03/2011) |
| 05/03/2011 | 219 | MINUTE ORDER granting 218 Motion for Order as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). Motion Hearing set for 5/6/2011 03:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. by Judge Robert E. Blackburn on 5/3/2011. (tllsl, ) (Entered: 05/03/2011) |
| 05/06/2011 | 221 | NOTICE-Request for certified question of law, by Richard Kellogg Armstrong (tllsl, ) (Entered: 05/09/2011) |
| 05/06/2011 | 222 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing as to Richard Kellogg Armstrong, Curtis L. Morris held on 5/6/2011. Court taking under advisement 215 Motion to Exclude. (Court Reporter: Suzanne Claar) (tllsl, ) (Entered: 05/09/2011) |
| 05/09/2011 | 223 | First MOTION for Disclosure *Jury Instructions* by USA as to Richard Kellogg Armstrong, Curtis L. Morris. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 |

Case 1:10-cr-00317-REB Document 283-1 Filed 09/05/11 USDC Colorado Page 19 of 22
Case 1:10-cr-00317-REB Document 280-1 Filed 08/31/11 USDC Colorado Page 19 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 20

| | | |
|---|---|---|
| | | Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit)(Sweeney, Kevin) (Entered: 05/10/2011) |
| 05/10/2011 | 226 | Proposed Voir Dire by USA as to Curtis L. Morris, Richard Kellogg Armstrong (Attachments: # 1 Proposed Document Voir Dire Questions)(Sweeney, Kevin) (Entered: 05/10/2011) |
| 05/11/2011 | 228 | NOTICE OF ATTORNEY APPEARANCE Tonya Shotwell Andrews appearing for USA. (Andrews, Tonya) (Entered: 05/11/2011) |
| 05/11/2011 | 229 | NOTICE OF ATTORNEY APPEARANCE Martha Ann Paluch appearing for USA. (Paluch, Martha) (Entered: 05/11/2011) |
| 05/11/2011 | 231 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing-Pretrial conference as to Richard Kellogg Armstrong, Curtis L. Morris held on 5/11/2011. Court granting 208 Motion for Order and 215 Motion to Exclude. Ordered that six months be excluded from speedy trial. Status/Setting Conference for 09/09/2011 9:00am in Courtroom A1001 before Judge Robert E. Blackburn.(Court Reporter: Suzanne Claar) (tllsl, ) Modified on 5/12/2011 to correct a typo (tllsl, ). (Entered: 05/12/2011) |
| 05/11/2011 | 232 | NOTICE of challenge by Richard Kellogg Armstrong (tllsl, ) Modified on 5/17/2011 to clarify filing (tllsl, ). (Entered: 05/12/2011) |
| 05/13/2011 | 233 | NOTICE of challenge of authority by Richard Kellogg Armstrong (tllsl, ) (Entered: 05/13/2011) |
| 05/16/2011 | 234 | TRANSCRIPT of TRIAL PREPARATION CONFERENCE as to Richard Kellogg Armstrong, Curtis L. Morris held on May 11, 2011, before Judge Blackburn. Pages: 1 - 17. <br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 8/18/2011. (sclaa, ) (Entered: 05/16/2011) |
| 05/17/2011 | 235 | ORDER denying 232 Motion for Order as to Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 5/17/2011. (tllsl, ) (Entered: 05/17/2011) |
| 05/19/2011 | 236 | STRIKEN NOTICE to the Article III court by Richard Kellogg |

Case 1:10-cr-00317-REB    Document 283-1    Filed 09/05/11    USDC Colorado    Page 20 of 22
Case 1:10-cr-00317-REB    Document 280-1    Filed 08/31/11    USDC Colorado    Page 20 of 22

Appellate Case: 11-1397    Document: 01018703822    Date Filed: 08/31/2011    Page: 21

| | | |
|---|---|---|
| | | Armstrong (tllsl, ) Modified on 6/1/2011 to add text pursuant to 241 (romsl, ). Modified on 6/6/2011 to corect text (romsl, ). (Entered: 05/19/2011) |
| 05/19/2011 | 237 | STRIKEN NOTICE to this Article III court to request a response by Richard Kellogg Armstrong (tllsl, ) Modified on 6/1/2011 to add text pursuant to 241 (romsl, ). Modified on 6/6/2011 to correct text (romsl, ). (Entered: 05/19/2011) |
| 05/24/2011 | 239 | NOTICE *of Intent to Offer Business Records by Declaration* by USA as to Curtis L. Morris, Richard Kellogg Armstrong (Attachments: # 1 A, # 2 B)(Sweeney, Kevin) (Entered: 05/24/2011) |
| 05/25/2011 | 240 | STRIKEN NOTICE of Default by Richard Kellogg Armstrong (Attachments: # 1 Exhibit A)(romsl, ) Modified on 6/1/2011 to add text pursuant to 241 (romsl, ). Modified on 6/6/2011 to correct text (romsl, ). (Entered: 05/25/2011) |
| 05/31/2011 | 241 | ORDER by Judge Robert E. Blackburn on 5/31/2011 as to Richard Kellogg Armstrong: STRIKING 236 Notice (Other) filed by Richard Kellogg Armstrong, STRIKING 240 Notice (Other) filed by Richard Kellogg Armstrong and STRIKING 237 Notice (Other) filed by Richard Kellogg Armstrong. (romsl, ) Modified on 6/6/2011 to correct text (romsl, ). (Entered: 06/01/2011) |
| 06/01/2011 | 242 | NOTICE to the Article III court by Richard Kellogg Armstrong (romsl, ) (Entered: 06/01/2011) |
| 06/06/2011 | 243 | Ex Parte Document. (Wayne, Lisa) (Entered: 06/06/2011) |
| 06/07/2011 | 244 | STRICKEN JUDICIAL NOTICE of DEFAULT by Richard Kellogg Armstrong (romsl, ) Modified on 6/8/2011 to add text (romsl, ). Modified on 6/10/2011 to add text pursuant to Order 251 (romsl, ). (Entered: 06/08/2011) |
| 06/07/2011 | 245 | STRICKEN NOTICE to the Courts by Richard Kellogg Armstrong (romsl, ) Modified on 6/10/2011 to add text pursuant to Order 251 (romsl, ). (Entered: 06/08/2011) |
| 06/07/2011 | 246 | STRICKEN JUDICIAL NOTICE of DEFAULT by Richard Kellogg Armstrong (romsl, ) Modified on 6/8/2011 to add text (romsl, ). Modified on 6/10/2011 to add text pursuant to Order 251 (romsl, ). (Entered: 06/08/2011) |
| 06/07/2011 | 247 | STRICKEN NOTICE of DEFAULT by Richard Kellogg Armstrong (romsl, ) Modified on 6/10/2011 to add text pursuant to Order 251 (romsl, ). (Entered: 06/08/2011) |
| 06/08/2011 | 248 | STRICKEN JUDICIAL NOTICE of ADJUDICATIVE FACTS by Richard Kellogg Armstrong (romsl, ) Modified on 6/10/2011 to add text pursuant to Order 251 (romsl, ). (Entered: 06/08/2011) |
| 06/09/2011 | 249 | STRICKEN JUDICIAL NOTICE of DEFAULT by Richard Kellogg Armstrong (romsl, ) Modified on 6/10/2011 to add text pursuant to |

Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 21 of 22

| | | |
|---|---|---|
| | | Order 251 (romsl, ). (Entered: 06/10/2011) |
| 06/10/2011 | 250 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 06/10/2011) |
| 06/10/2011 | 251 | ORDER by Judge Robert E. Blackburn on 6/10/2011 as to Richard Kellogg Armstrong STRIKING 244 Notice (Other) filed by Richard Kellogg Armstrong, STRIKING 246 Notice (Other) filed by Richard Kellogg Armstrong, STRIKING 245 Notice (Other) filed by Richard Kellogg Armstrong, STRIKING 248 Notice (Other) filed by Richard Kellogg Armstrong, STRIKING 247 Notice (Other) filed by Richard Kellogg Armstrong, STRIKING 249 Notice (Other) filed by Richard Kellogg Armstrong. (romsl, ) (Entered: 06/10/2011) |
| 06/23/2011 | 254 | STRICKEN MOTION for Dismissal of Indictment by Richard Kellogg Armstrong. (romsl, ) Modified on 7/7/2011 to strike pursuant to order 259 (skssl, ). (Entered: 06/23/2011) |
| 06/30/2011 | 256 | STRICKEN EMERGENCY MOTION to Dismiss for Evidence of Prosecutorial Misconduct by Richard Kellogg Armstrong. (skssl, ) Modified on 7/7/2011 to strike pursuant to order 259 (skssl, ) (Entered: 06/30/2011) |
| 06/30/2011 | 257 | STRICKEN MOTION to Dismiss Upon Evidence of Prosecutorial Misconduct by Richard Kellogg Armstrong. (skssl, ) Modified on 7/7/2011 to strike pursuant to order 259 (skssl, ). (Entered: 06/30/2011) |
| 06/30/2011 | 258 | STRICKEN MOTION for Request that the Court Recognize Notices by Richard Kellogg Armstrong. (skssl, ) Modified on 7/7/2011 to stirke pursuant to order 259 (skssl, ). (Entered: 07/05/2011) |
| 07/07/2011 | 259 | ORDER by Judge Robert E. Blackburn on 7/07/2011 striking 254 Motion to Dismiss; striking 256 Motion to Dismiss; striking 257 Motion to Dismiss; striking 258 Motion for Order as to Richard Kellogg Armstrong (2). (skssl, ) (Entered: 07/07/2011) |
| 07/12/2011 | 260 | Ex Parte Document. (Wayne, Lisa) (Entered: 07/12/2011) |
| 07/12/2011 | 262 | STRICKEN MOTION to take Judicial Notice of Facts and to Dismiss the Case with Prejudice by Richard Kellogg Armstrong. (skssl, ) Modified on 7/15/2011 to add text pursuant to order 263 (skssl, ). (Entered: 07/13/2011) |
| 07/15/2011 | 263 | ORDER by Judge Robert E. Blackburn on 7/15/2011 striking 262 Motion to Dismiss as to Richard Kellogg Armstrong (2). (skssl, ) (Entered: 07/15/2011) |
| 07/21/2011 | 265 | MOTION by Richard Kellogg Armstrong for Court's authorization for the submission of a professionally written motion for case dismissal. (skssl, ) (Entered: 07/21/2011) |
| 07/26/2011 | 268 | MOTION for Leave to File Motion for Bona Fides by Richard Kellogg Armstrong. (skssl, ) (Entered: 07/26/2011) |
| | | |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 22 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 22 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 23

| 07/27/2011 | 269 | MINUTE ORDER by Judge Robert E. Blackburn on 7/27/2011 as to Richard Kellogg Armstrong re 265 MOTION for Order filed by Richard Kellogg Armstrong, 268 MOTION for Order filed by Richard Kellogg Armstrong. Government shall file Responses due by 8/10/2011. (skssl, ) (Entered: 07/27/2011) |
| 08/10/2011 | 270 | RESPONSE to Motion by USA as to Richard Kellogg Armstrong re 265 MOTION for Order, 268 MOTION for Order (Sweeney, Kevin) (Entered: 08/10/2011) |
| 08/23/2011 | 273 | ORDER by Judge Robert E. Blackburn on 8/23/2011 granting in part 265 Motion Requesting Leave to File a Motion to Dismiss as to Richard Kellogg Armstrong (2); denying 268 Motion for Leave to File Motion for Bona Fides as to Richard Kellogg Armstrong (2). (skssl, ) Modified on 8/24/2011 to correct text (skssl, ). (Entered: 08/23/2011) |
| 08/30/2011 | 278 | MOTION for Leave to File Motion for Dismissal of Indictment with Prejudice Due to Grand Jury Irregularities by Richard Kellogg Armstrong. (skssl, ) (Entered: 08/31/2011) |
| 08/30/2011 | 279 | NOTICE OF APPEAL re 273 Order on Motion for Order, by Richard Kellogg Armstrong. Fee Status: IFP Status. Notice mailed to all counsel on 08/31/11. (Attachments: # 1 Envelope)(bjrsl, ) (Entered: 08/31/2011) |