FILED
United States Court of Appeals
Tenth Circuit

September 6, 2011

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RICHARD KELLOGG ARMSTRONG,

    Defendant - Appellant.

No. 11-1397
(D.C. No. 1:10-CR-00317-REB-2)

---

**ORDER**

---

Before **BRISCOE,** Chief Judge, and **LUCERO** and **HOLMES,** Circuit Judges.

---

    Mr. Armstrong has filed an appeal from the district court's order of August 23, 2011, denying his "Motion for Leave to File Motion for Bona Fides," in which he requested the district court judge's recusal. We dismiss for lack of appellate jurisdiction, due to the absence of a final, appealable order or judgment.

    Generally, the final judgment rule prohibits appellate review in a criminal case until after conviction and imposition of sentence. *Flanagan v. United States*, 465 U.S. 259, 263 (1984). "The rule of finality has particular force in criminal prosecutions because encouragement of delay is fatal to the vindication of the criminal law." *United States v. MacDonald*, 435 U.S. 850, 853-54 (1978)

(internal quotation omitted).  No exception to the finality rule is applicable here. *See United States v. P. H. E., Inc.*, 965 F. 2d 848, 854 (10th Cir. 1992) (interlocutory appeals in criminal cases have been allowed only in the narrow circumstance where "the substantive constitutional right at stake included the right to be free from the adverse effect of undergoing the trial itself.")   This court has stated that "[a]n order denying a motion to recuse is interlocutory and is, therefore, not immediately appealable." *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995).

Accordingly, this appeal is **DISMISSED.**

Entered for the Court
ELISABETH SHUMAKER, Clerk of Court

by:

Christine Van Coney
Counsel to the Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | September 06, 2011 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. David Lee Owen Jr.
Law Office of David L. Owen, Jr.
8854 South Miners Street
Highlands Ranch, CO 80126

**RE:**   **11-1397, United States v. Armstrong**
Dist/Ag docket: 1:10-CR-00317-REB-2

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

                          Sincerely,

                          Elisabeth A. Shumaker
                          Clerk of the Court

cc:   Kenneth Mark Harmon

EAS/jm