IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CURTIS L. MORRIS, and
2.     RICHARD KELLOGG ARMSTRONG,

        Defendants.

---

**GOVERNMENT'S RESPONSE
TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE MOTION FOR
DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY
IRREGULARITIES**

---

The United States of America, by and through its undersigned counsel, responds to Defendant Armstrong's "MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES" filed August 30, 2011 (hereinafter "Motion"), Doc. No. 278.  For the reasons set forth below, the Government opposes the motion and requests that this Court deny Defendant Armstrong leave to file a motion to dismiss on the basis of grand jury irregularities.

## BACKGROUND

On June 25, 2010, this Court entered its Trial Preparation Conference Order requiring in relevant part:

> Non-CJA motions shall not be filed out of time without leave of court. Amended papers, including amended motions, petitions, responses, or replies shall not be filed without leave of court. Supplements to papers, including motions, petitions, responses, or replies, shall not be filed without leave of court. Replies to responses shall not be filed without

>leave of court. Leave of court must be obtained before such papers may be filed. A request for leave to file such a paper shall not be contained or included in the paper sought to be filed. Doc. No. 33.

On January 27, 2011, this Court ordered that all non-CJA motions shall be filed by February 29, 2011. Doc. No. 128. Defendant Armstrong filed this motion on August 30, 2011. On September 1, 2011, this Court ordered the Government to respond to his motion by September 8, 2011.

## ARGUMENT

The Government requests that this Court deny Defendant Armstrong's motion for leave to file a motion to dismiss on the basis of grand jury irregularities for several reasons. First, the motion does not state any specific factual or legal basis for why the grand jury procedures were irregular and the Government knows no viable factual or legal basis for Defendant Armstrong's assertion. Second, the motion does not state when these alleged irregularities occurred or why Defendant Armstrong could not have filed his motion in a timely fashion.[1] To the contrary, Defendant Armstrong has demonstrated that he could have filed this motion by the deadline by raising similar allegations of grand jury irregularities in other timely filed motions. Doc. No. 169. These allegation included unsubstantiated challenges to the composition of the grand jury and allegations that the prosecution team misrepresented evidence during grand jury proceedings. Doc. No. 169. Finally, this Court should reject Defendant Armstrong's request for leave to file

---

[1] The Government provided Defendant Armstrong with grand jury transcripts related to the June 8, 2010 indictment on July 7, 2010. The Government provided additional grand jury transcripts related to the superceding indictment filed on February 15, 2011 to Defendant Armstrong on March 25, 2011. It is unclear whether these alleged irregularities occurred during the grand jury proceedings leading to the indictment, those leading to the superceding indictment, or both. In any event, Defendant Armstrong has had all of the grand jury transcripts for over five months and, in that time, has failed to bring these irregularities to the attention of this Court.

the motion because it appears that his sole motivation for filing it is to frustrate the Government. On August 23, 2011, this Court granted Defendant Armstrong's request for leave to file a motion to dismiss until September 6, 2011 for prosecutorial misconduct related to the government's alleged attempted bribery of a witness. Despite forcing the Government to respond to his motion and causing this Court to carefully consider and subsequently issue an Order granting relief in this regard, Defendant Armstrong did not actually file a motion to dismiss for prosecutorial misconduct by September 6, 2011 nor has he yet to file such a motion.

## CONCLUSION

WHEREFORE, the Government opposes Defendant Armstrong's motion and requests that this Court deny him leave to file a motion to dismiss the indictment on the basis of grand jury irregularities.

DATED: September 8, 2011, at Denver, Colorado.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


s/Kevin F. Sweeney
By: Kevin F. Sweeney
Trial Attorney
Tax Division
U.S. Department of Justice
Western Criminal Enforcement Section
601 D. Street, NW
Washington, D.C. 20004
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2011, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Lisa Monet Wayne
    lmoney20@aol.com

    David L. Owen
    davidowen@lodopc.com


I also certify that I sent the foregoing via U.S. Mail to the following:

    Richard Kellogg Armstrong
    #20413-298
    Englewood Federal Correctional Institution
    Inmate Mail/parcels
    9595 West Quincy Avenue
    Littleton, CO 80123


                                      By:    *s/ Kevin F. Sweeney*
                                                KEVIN F. SWEENEY
                                                Trial Attorney