IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:                September 9, 2011

Deputy Clerk:        Nel Steffens
Court Reporter:      Suzanne Claar

**Criminal Action No.  10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
|  | Kevin Sweeney |
| Plaintiff, |  |
| v. |  |
| 1. CURTIS L. MORRIS, and | Lisa Wayne |
| 2. RICHARD KELLOGG ARMSTRONG, | *Pro Se*, with David Owen, Advisory Counsel |
| Defendants. |  |

## COURTROOM MINUTES

**Status Conference**

**9:05 a.m.     Court in session.**

Appearances of counsel.  Also seated at government's table is IRS Special Agent Greg Flynn.

Defendant Morris is present on bond; defendant Armstrong is present in custody.

Opening statements by the court.

> **IT IS ORDERED** as follows:
>
> 1. That this Status Conference is **VACATED** and **CONTINUED** pending further order of this court;

2. That a motion hearing on the **Motion To Withdraw as Counsel for Curtis L. Morris** [#287] filed September 8, 2011, is set for **September 21, 2011**, at 8:15 a.m., at which the defendants, Ms. Wayne, and Mr. Owen shall appear without further notice or order;

3. That to the extent necessary the United States Marshal for the District of Colorado shall assist the court in securing the appearance of defendant Armstrong; and

4. That at the request of Mr. Harmon, government counsel is excused from appearing at the motion hearing.

Mr. Armstrong addresses the court regarding several issues.

**9:22 a.m.     Court in recess.**

Total time in court:   00:17

Hearing concluded.