TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO:
SUBJECT: Hearing cancellation
DATE: 09/11/2011 06:02:59 PM

September 11, 2011

Clerk of the Court
U.S. District Court
901 19th St., Room A-105
Denver CO 80294-3589

Ref: United States of America v. Richard Kellogg Armstrong
    Case No. 10-cr-00317-REB

Subj: Notice to the Court of cancellation of voluntary appearance at hearing scheduled for September 15, 2011.

Dear Clerk,
    This is to advise that I hereby cancel my voluntary appearance in Judge Blackburn's Court for a hearing scheduled for September 15, 2011, regarding my codefendant's attorney's withdrawl of representation. Please terminate any scheduled transportation of me from FDC to the Court. Thank you.

Sincerely,

Richard Kellogg Armstrong, pro se



Richard K Armstrong
20413-298
Federal Detention Center
9595 Quincy Ave.
Littleton, CO 80123

LEGAL MAIL
URGENT

Clerk of the Court
U.S. District Court Colorado
901 19th St., Rm A-105
Denver, CO 80294-3489

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 15 2011
GREGORY C. LANGHAM
CLERK

CR