**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court on defendant's **Notice To The Court of Cancellation of Voluntary Appearance** [#295][2] filed September 15, 2011. The court construes this as defendant's waiver of his appearance for the hearing set for September 21, 2011.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Notice To The Court of Cancellation of Voluntary Appearance** [#295] filed September 15, 2011, construed as a waiver of defendant's appearance, is **APPROVED**; and

2. That defendant Richard Kellogg Armstrong's appearance is **WAIVED** for the hearing on the **Motion To Withdraw As Counsel For Curtis L. Morris** [#287] set for September 21, 2011, at 8:15 a.m.

Dated: September 15, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#295]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.