TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO:
SUBJECT: Motion request for detention hearing 9/14
DATE: 09/14/2011 11:28:24 AM

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 SEP 19 PM 4:04

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

September 14, 2011

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

UNITED STATES OF AMERICA                     10-cr-00317-REB
                v                             10-cv-01073-MEH
RICHARD KELLOGG ARMSTRONG

---

**MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING ON PETITIONER'S DETENTION**

---

Haines v Kerner, 404, 519

   COMES NOW, Petitioner, unrepresented, hereby moves the Court to grant a rehearing regarding Petitioner's detention to include Petitioner's opportunity to cross examine the Prosecution's witness, Greg M. Flynn. The Petitioner alleges that Mr. Flynn made fraudulent, misleading and purjurous statements to the Court at the detention hearing in order to ensure the Court's decision to detain the Petitioner.

*[signature]*
Richard Kellogg Armstrong, pro se

RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER
ENGLEWOOD
9595 QUINCY AVE.
LITTLETON, CO 80123

LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 19 2011
GREGORY C. LANGHAM
CLERK

DENVER CO 802
16 SEP 2011 PM 4 T

CLERK OF THE COURT
U.S. DISTRICT COURT COLORADO
901 19TH ST., ROOM A-105
DENVER, CO 80294-3589

80294+2500