IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

---

## MINUTE ORDER[1]

---

On September 26, 2011, the court conducted a telephonic setting conference to set this matter for a status hearing. After conferring with the parties, and with their consent,

**IT IS ORDERED** as follows:

1. That on **October 18, 2011**, commencing at 1:30 p.m., the court shall conduct a status hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant Armstrong's appearance for this hearing.

Dated: September 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.