IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

## ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT
## (18 U.S.C. § 3161(h)(1))

**Blackburn, J.**

    The matter is before me *sua sponte* to consider the exclusion of time under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74 ( the Act). Based on the analysis below, I exclude the time from the hearing on September 21, 2011, to the date of the status conference now set for October 18, 2011, a period of 27 days, from the computation of time for a speedy trial under the Act.

    On September 21, 2011, I held a hearing on the issues raised by and inherent to the **Motion To Withdraw as Counsel for Curtis L. Morris** [#287] filed September 8, 2011, which motion Mr. Morris supported. At the conclusion of the hearing, I denied the motion and rehearsed for the benefit of Mr. Morris his three options: (1) continue with Ms. Wayne as his attorney; (2) retain private counsel in time for a trial anticipated to be held in December, 2011; or (3) proceed pro se. In fairness to Mr. Morris, I continued the proceedings until October 18, 2011, to allow Mr. Morris a reasonable time to consider his options.

In these circumstances, I find and conclude that the delay between the hearing on September 21, 2011, and the related status conference on October 18, 2011, constitutes a "period of delay resulting from proceedings concerning the defendant" within the meaning of 18 U.S.C. § 3161(h)(1). Thus, this period should be excluded under the Act.

**THEREFORE, IT IS ORDERED** that the time from the hearing on September 21, 2011, to the date of the status conference now set for October 18, 2011, a period of 27 days, **SHALL BE EXCLUDED** under 18 U.S.C. § 3161(h)(1) from the time for a speedy trial under the Speedy Trial Act of 1974.[1]

Dated September 27, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[1] The exclusion of this period in no way affects the exclusion of some or all of this same time or additional time under other provisions of the Act, e.g., § 3161(h)(1)D) (delay resulting from pretrial motions.)