**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

**ORDER DENYING MOTION FOR LEAVE TO FILE
MOTION FOR DISMISSAL**

**Blackburn, J.**

The matter is before me on defendant's **Motion For Leave to File Motion For Dismissal of Indictment With Prejudice Due To Grand Jury Irregularities** [#278][1] filed August 30, 2011. I deny the motion.

Having reviewed the file and record, having considered the motion and the government's response [#288], I find and conclude: (1) that the proposed motion would be woefully out of time[2]; (2) that Mr. Armstrong does not plead or prove that the time given him to file pretrial motions in this case is inadequate or unreasonable[3]; and (3) that the motion does not rehearse any factual or legal basis for an additional attack of

---

[1] "[#278]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] The extant order [#128] entered January 27, 2011, pursuant to Fed. R. Crim. P 12(c), set February 29, 2011, as the deadline for filing pretrial motions.

[3] Nor could he, since he filed similar allegations of grand jury irregularities in a timely filed motion [#169].

the grand jury proceedings in this case. Thus, the motion should be denied.

**THEREFORE, IT IS ORDERED** that defendant's **Motion For Leave to File Motion For Dismissal of Indictment With Prejudice Due To Grand Jury Irregularities** [#278] filed August 30, 2011, is **DENIED**.

Dated September 29, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge