# Exhibit # 1



**DEPARTMENT OF THE TREASURY**
**Internal Revenue Service**
**Criminal Investigation**

**Memorandum of Interview**

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000227053 | **Location:** | Denny's Restaurant |
| **Investigation Name:** | Armstrong, Richard | | 69050 East Palm Canyon Dr |
| **Date:** | June 22, 2010 | | Cathedral City, CA 92234 |
| **Time:** | Approximately 3:00p.m.-4:05p.m. | | |
| **Participant(s):** | Elyse Del Francia, Taxpayer | | |
| | Juan Marquez, Special Agent | | |
| | Adrian Yepez, Special Agent | | |

On the above date and approximate time Special Agents Juan Marquez (SA Marquez) and Adrian Yepez (SA Yepez) met with the above named individual. Upon meeting with the above named individual, the SA's credentials were presented for identification and the purpose of the meeting was explained. In response to questions asked, Elyse Del Francia (Del Francia) provided, in substance, the following information:

1. Del Francia identified herself and provided her Nevada Driver License:

   - Driver License #       1114
   - Expires       -09
   - DOB        -1949
   - Darrelyn Elyse Delfrancia-Del Francia
   -        , Las Vegas, NV 89109

2. Del Francia currently resides at                            Rancho Mirage, CA, 92270. Del Francia's cell phone number is (702) 809-0716.

3. Del Francia's husband died in 2007. In 2008, Del Francia lost her business due to the bad economy.

4. Richard "Dick" Armstrong (Dick) and his wife, Sharon Armstrong, have been friends for 30-40 years. In December 2008, Dick informed Del Francia how she can receive a large tax refund by filing Forms 1099-OID. Dick mentioned that he knew a network of people who attend seminars that explained the process and who can file Forms 1099-OID for her. Dick reassured Del Francia that the process was legal and legitimate. Dick had always been involved in multi-level marketing. Dick informed Del Francia that he filed Forms 1099-OID and received a tax refund United States Treasury check. Dick sent her a copy of the treasury check via email.

5. Del Francia cannot recall whether she had a conversation with Dick that explained in detail the legality of the Form 1099-OID process. De Francia thought that this program had to be legal otherwise why would the IRS sent people such a large tax refund check.

6. Dick referred Del Francia to Jan Reynolds (Reynolds), Larry Hill (Hill), and Curtis Morris (Morris). Hill stated that the filing of Forms 1099-OID was legal and that very few people knew about it. No one explained the process of filing the Forms 1099-OID to Del Francia. Del Francia has never met Reynolds, Hill, or Morris in person. Hill gave Del Francia a 35 page document explaining how the I.R.S. does not understand the filing of Forms 1099-OID.

7. All contact with Reynolds, Hill, and Morris was conducted via telephone, email, mail, and fax.

8. Reynolds contacted Del Francia via telephone or email, Del Francia. Reynolds requested Del Francia to order blank Form 1099-OID for the years 2005 through 2008 from the Internal Revenue Service and send them back to her.

9. Reynolds sent all documents Del Francia provided to Morris for processing. Morris prepared Del Francia's 2005, 2006, 2007 and 2008 tax returns that contained information in Forms 1099-OID. After preparing the tax returns they were mailed to Del Francia requesting her signature. After Del Francia signed the tax returns she mailed them back to Morris who then filed them with the IRS. Del Francia believes Fed Ex was used for the mailings. Morris mailed the tax returns to the I.R.S.

10. Del Francia paid Reynolds $200.00 for filing the Forms 1099-OID and 2005 through 2008 tax returns. Del Francia cannot recall if she paid in cash or check. Reynolds mentioned to Del Francia that it would be nice if Del Francia could give her some money once she received her refund check. No one requested a percentage of Del Francia's tax refund treasury check as a form of compensation for filing her tax returns and Forms 1099-OID.

11. Del Francia identified her signature and personal information on documents the following documents:

    - 2005 Amended U.S. Individual Income Tax Return, Form 1040X
    - 2006 Amended U.S. Individual Income Tax Return, Form 1040X
    - 2007 U.S. Individual Income Tax Return, Form 1040
    - 2008 U.S. Individual Income Tax Return, Form 1040

12. Del Francia was shown the amounts listed on the Schedule B for each of her 2005 through 2008 tax returns. Del Francia stated that she did not have the interest income as listed on her schedule B for each of her 2005 through 2008 tax returns. Del Francia identified the amounts listed on the Schedule B of her 2005 through 2008 tax returns as being false.

13. SA Marquez showed Del Francia copies of the Forms 1099-OID and explained the correct and legal procedures for filing the forms. SA Marquez informed Del Francia that the Forms 1099-OID filed on her behalf for the years 2005 through 2008 are fraudulent.

14. Del Francia was shown copies of Fed-Ex receipts. Del Francia acknowledged that the receipts belonged to mail she sent to Reynolds and Morris regarding information requested to process her tax returns and Forms 1099-OID. Curtis sent Del Francia copies of her 2005-2008 completed tax returns for her sign. Del Francia sent the signed

copies of her 2005-2008 tax returns via Fed Ex back to Curtis.

15. Del Francia sent a letter to the I.R.S. in response to frivolous letter sent to Del Francia after filing fraudulent 2005-2008 Tax Returns and Forms 1099-OID. The letter was given to her and prepared by Morris. Del Francia signed the letter.

16. Del Francia's email address is elyse@verizon.net. Del Francia was shown a series of email printouts. Del Francia identified the email printouts as being emails that contained communications between her and by Morris regarding the legality and process of filing her 2005-2008 tax returns and Forms 1099-OID. Del Francia signed and dated all email printouts after making her identification of each printout.

17. Reynolds told Del Francia that if she wanted to forget about all this OID stuff to write the I.R.S. and ask them how to fix her tax returns and forget about the problem.

18. Del Francia spoke with Maurine Greene (Greene) an I.R.S. representative. Greene sent Del Francia frivolous letters regarding her 2005-2008 tax returns. Greene told Del Francia to resubmit her 2005-2008 tax returns.

19. Del Francia did not refer anyone to file a Form 1099-OID with Reynolds, Hall, and Morris.

20. Jeff Frankie (Frankie) is a tax preparer. Frankie prepared Del Francia's tax returns before Morris prepared her 2005-2008 tax returns. Frankie prepared Del Francia's tax returns in Palm Desert, CA. Del Francia has not filed her 2009 U.S. Individual Income Tax Return, Form 1040 since she has no money. Del Francia is currently losing her home.

The interview concluded at approximately 4:05p.m with no further incident.

I prepared this memorandum on June 24, 2010, after refreshing my memory from notes made during and immediately after the interview with Elyse Del Francia.

Memorandum Author *[signature]*
Adrian Yepez
Special Agent

*[signature]*
Juan Marquez
Special Agent