# Exhibit # 2



**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
Criminal Investigation

# Memorandum of Conversation

| Investigation #: | 1000227053 | Location: | (702) 809-0716 |
|---|---|---|---|
| Investigation Name: | Richard Kellogg Armstrong | | |
| Date: | March 2, 2011 | | |
| Time: | 5:14 to 5:23 pm | | |
| Participant(s): | Elyse Del Francia, Taxpayer | | |
| | Greg M. Flynn, Special Agent | | |
| | | | |
| | | | |

1. On March 2, 2011, Special Agent Greg Flynn spoke with Elyse Del Francia regarding fines she had been assessed by the IRS for OID income tax returns she had prepared by Curtis Morris at the suggestion of Richard Armstrong.

2. Ms. Del Francia was somewhat worried and upset. She stated she received a letter from the IRS stating she owed $30,000 in fines, and that they might take her home. Ms. Del Francia stated she does not have the money. Ms. Del Francia stated she filed additional tax returns, that did not claim the refunds owed, and was not sure why she was being fined. Special Agent Flynn informed Ms. Del Francia that if she had in fact re-filed her taxes backing away from the OID claims, that she should not have been fined.

3. Special Agent Flynn stated he would look into the matter, and requested that Ms. Del Francia gather all of the documents relating to the OID returns, and subsequent tax returns to assist in the resolution of this matter. Special Agent Flynn suggested that Ms. Del Francia relax, and told her it was unlikely the IRS would try to take her home. Special Agent Flynn also informed Ms. Del Francia about the IRS Taxpayer Advocate Service, and stated they might be able to assist as well.

4. Ms. Del Francia stated that the IRS should not just give out Forms 1099-OID to people, and stated that was why she experienced trouble on this matter. Special Agent Flynn stated that IRS simply provides taxpayers with blank forms when they request them, and they hope people will fill them out honestly and accurately.

5.  Special Agent Flynn informed Ms. Del Francia that she is a potential witness at the trial of Curtis Morris, and Richard Armstrong set for May 16th, 2011 in Denver. Special Agent Flynn stated he would reach out at a later date with a subpoena, and that the court would pay expenses for the travel. Ms. Del Francia did not express any concern or problem with testifying.

I prepared this memorandum on March 4, 2011, after refreshing my memory from notes made during and immediately after the conversation with Elyse Del Francia.

Greg M. Flynn
Special Agent