# Exhibit # 4

**Internal Revenue Service**
1973 North Rulon White Blvd.
Ogden, UT 84404-0040

**Department of the Treasury**

Taxpayer Identification Number:     -0208

Form: 1040  Tax Year(s): 2007

Date: April 24, 2009

Person to Contact: Ms Green

ELYSE DEL FRANCIA
37922 LOS COCOS DR E
RANCHO MIRAGE CA 92270-2111-221

Employee Identification Number:    2033

Contact Telephone Number: 1-866-899-9083  (Toll Free)
Contact Hours: 7 A.M to 7 P.M MST Monday-Friday

COPY

RECEIVED
JUN 0 1 2009
OGDEN, UT
250  IRS-OSC

Dear Taxpayer:

This letter serves to inform you of the potential consequence of the position you have taken and to offer you an opportunity to correct your submission within 30 days from the date of this letter.

**Why We Are Contacting You**
Based on Internal Revenue Code Section 6702, *Frivolous Tax Submissions*, we have determined that the information you filed as a return of tax, or purported return of tax, on 3/22/2009 is frivolous and there is no basis in the law for your position. We have made this determination because what you submitted is based on positions that fall under one or both of the following:

- Your information is based on positions identified as frivolous under Section 6702(c). (See Notice 2007-30, 2007-14 I.R.B. 883 at www.irs.gov/pub/irs-irbs/irb07-14.pdf)

- Your information reflects a desire to delay or impede the administration of Federal tax laws.

Federal courts, including the Supreme Court of the United States, have considered and repeatedly rejected, as without merit, positions such as yours.

**Internal Revenue Code Section 6702 imposes a $5,000 penalty for the filing of a frivolous tax return or purported tax return. We are proposing a $5,000 penalty per return based on your filing of a frivolous tax return(s) or purported tax return(s).**

Letter 3176(SC) (Rev. 7-2007)
Catalog Number 26860K

**What You Need To Do**

Send us corrected return(s) for the taxable period(s) within 30 days of the date of this letter. If you send us corrected return(s), we will disregard the previous document(s) filed and not assess the frivolous tax submissions penalty to each correct return filed.

Please attach this letter to your corrected return(s) and mail to the address shown at the top of this letter. We have enclosed a copy of this letter for your records and an envelope for your convenience.

**What Happens If You Don't Respond**

If you do not file the corrected return(s) within 30 days of the date of this letter, or if you submit instead another document(s) asserting a frivolous position, we will assess the **$5,000 penalty** for frivolous tax submissions. We will charge this fee for each purported return you filed for which you did not file a corrected return. Once we assess the penalty, the IRS will bill you $5,000 for each frivolous return or purported return filed. We will not respond to future correspondence asserting any frivolous position.

In addition, if we do not hear from you within the above timeframe, we may issue a notice of deficiency. A notice of deficiency states the amount of additional tax and/or penalties you owe and explains your right to contest the deficiency by filing a petition with the United States Tax Court.

We have enclosed Publication 2105, *Why Do I Have to Pay Taxes?*, which provides basic information about the tax system. In answering tax questions, we encourage you to seek advice from a competent tax professional or an attorney qualified to practice in your state.

Sincerely yours,

Operations Manager
Exam SC support

Enclosures:
 Publication 2105
 Copy of this letter
 Envelope

Letter 3176(SC) (Rev. 7-2007)
Catalog Number 26860K

INVOICE # EDF-1040-2007-1

May 19, 2009

Internal Revenue Service
1973 North Rulon White Blvd.
Ogden UT  84404-0040

ATTN: Ms. Green     EIN      2033

Taxpayer ID # :           0208
Tax Year       : Dec. 31, 2007

Re:    Letter 3176(SC) dated April 24, 2009
       Form: 2007 1040 Tax Return
       Erroneous IRS Claim and False Assertions

**NOTE:** THIS LETTER IS TIME SENSITIVE AND REQUIRES IMMEDIATE ATTENTION

Dear Ms. Green,

I am in receipt of your IRS letter 3176(SC) dated April 24, 2009, attached as Exhibit A. In response, and as a request for records and an enumeration of the specific issues identified by the Service needing clarification. Please make all correspondence in writing, so that a complete legal record of these proceedings and matters may be maintained for future legal purposes if needed. Enclosed is a reprint copy of the tax return 1040 for 2007 and the 1099-OID support copies.

In researching Title 26 of the United States Code, Sections 1271-1275, 33A of the American Jurisprudence 2D, pages 695-715, IRS Publication 1212, and the IRS Instructions for the forms that are submitted, has lead to the determination and filing the return to obtain a refund of tax due. Based on this research of your statutes and codes, the filing is a fully valid, correct, complete, and timely 1040 return for tax year 2007. The return is a request for refund, it contains sufficient information to calculate tax liability and is signed under penalty of perjury from my first-hand knowledge, and it is prepared by a knowledgeable and competent tax professional.

I am being subjected to refund delays, penalty "assertions", and false accusations. Your generic form Letters 3176(SC) is over zealous, excessively aggressive, and is both intimidating, and misleading to us as lawful claimants. Additionally, it does not specifically identify any problem, alleged violation of law, or alleged failure on my part under the rules and regulations for obtaining a refund as laid out in the statutes of Subtitle A of Title 26.

I should not have to remind you that my claim for refund of overpaid taxes is within the provisions of the US Code and the statutes behind them. The laws reflected by 26 USC 6401(b)(1) and (c) state that "the amount of such excess shall be considered an overpayment" and must be returned to us promptly per 26 USC 6402 (a).

**Please make note the following facts:**

1. My return is fully valid, true, correct, and complete, and from my first-hand knowledge.
2. The return is signed under penalty of perjury.
3. The return clearly shows all required items of income, deductions, credits, etc.
4. All return information is in full agreement, and clearly shows a correct final assessment.
5. No frivolous or unlawful positions were taken. The return has every basis in law.
6. No desire is present anywhere in the return to impede or delay any federal income tax laws.
7. The return is a direct claim for refund of overpaid or withheld amounts.
8. The return and all enclosures that were submitted are on valid IRS documents and show valid OMB numbers.
9. The return included copies of all documents identifying the amount of tax withheld that was not previously reported and where the funds are being held for reclamation.

The IRS has erroneously asserted that the return I filed is frivolous and proposed a penalty, but failed to identify exactly what information was deemed by the Service to be frivolous. Contrary to your assertion, the return does NOT meet the criteria for a frivolous position as defined in 26 USC 6702 (a). And does not even meet the initial criteria defined in paragraph (1) (A). A brief look at my return clearly shows that sufficient information is reported to correctly determine a self-assessment, and that the resulting assessments fully agree with the figures on the face of the returns. Additionally, no Service identified "frivolous positions" were taken. I am requesting your prompt correction, the retraction of unlawful penalty "assertions" on my good name, and immediate payment of the refund due of $1,126,473.

The IRS has also asserted that my return possibly "reflects a desire to delay or impede the administration of the Federal tax laws". There is absolutely no desire evident, nor present in the return to impede or delay any Federal tax laws. To the best of my knowledge and belief, I have never taken a "position" which is "frivolous", and I have not taken any actions to delay or impede the administration of the tax laws. There is clearly no desire to delay or impede the administration of the tax laws that appears on my returns or that is evident in my behavior.

Therefore, my 2007 1040 return does not meet the test for classification as, or determination to be, a "frivolous tax return", and there is no reason or cause for the IRS, its agents, and/or officers to assess a frivolous return penalty, or any other penalties on us for the year at issue.

On the contrary, my information is complete, fully valid, true and correct.

Either the IRS employees who "asserted" these penalties do not understand the law, or they know the law but have chosen to operate contrary to its provisions, and to my detriment. That would be a violation 26 USC 7214(a)(1). Under this law, each and every penalty that is imposed by the Service without any legal basis or legitimate explanation at law, citing statute and regulation, will be recognized as unlawful "extortion under color of office". I also refer to the definitions of employee misconduct contained in the Taxpayer Bill of Rights II, IRM 13.1.15.2 (10-31-2004), and ask that you review the same.

I am being subjected to false claims and penalty assertions, even though I have fully followed the revenue laws as written. The IRS has submitted no signed, sworn proof of any liability that differs from my return (IRC § 6201(d), 6703(a), 6751(b)(1)). If such information or records exist within the Service, please furnish them to us within 10 days of receipt of this letter along with specific references to the authority in the Statutes, IRC, CFR, or IRM, as it specifically relates to my 2007 1040 return as defined in 26 USC 6702(a). Also, please provide the statute, Section and paragraph, besides Section 1461 which has no applicability to me, that you have relied upon to identify or determine that I have a statutory liability for the payment of federal income tax **on any funds other than those that I have paid to foreign persons**, i.e.: from whom I have withheld monies as tax while acting as a federal tax collector in the form of a *Withholding Agent* (made liable under IRC § 1461) or as an *employer* (made liable under IRC § 3403). Upon receipt of such, I will consider your information, and do my best to determine whether your information is correct and whether any corrections are necessary to complete the claim and supporting information.

My sworn testimony is still true and fully correct. The whole foundation of these "assertions" is in error.

I have attached copies of all of the Documents that were previously submitted, all of which were submitted on valid IRS forms, delivered to you by USPS Certified Mail with return receipts, in full and complete compliance with the IRS Tax Code, US Congressional declarations and policies, all relevant directives of the Internal Revenue Service, and as guaranteed by the Public Laws of the United States, and the Constitution of the United States of America and its Amendments.

A fully valid, correct and complete return has been filed, and all amounts of income, as well as deductions, credits, etc. were entered in the appropriate fields. My assessment is fully correct; the IRS simply needs to correct its records to match the information reported in my return and pay the refund.

I request and demand any and all due process to which I am entitled or which is in any way appropriate and/or available to us under any provision or practice of common, statutory, and/or administrative law or protocol-- including, but not limited to that which your notice refers; and incorporate by reference into this request and demand all relevant information included on or in that notice, a copy of which is attached.

Please remove all penalties at once, process into the computer system any and all documents that have been submitted, and file, process, and remit my full refund in the amount of $1,126,473, plus all applicable interest, within 21 days from your receipt of this invoice, as determined by the date stamped or written on the USPS return receipt. If I do not receive my full refund within 21 days, this invoice shall begin accruing interest at 10% per year for the first year and 20% per year after that.

Thank you for your prompt attention to this critical matter.

INVOICE # EDF-1040-2007-1

*Under penalties of perjury, I hereby declare that I have thoroughly examined this return and all accompanying documents, and, that all information herein is true, correct, complete, and of my first-hand knowledge.*

By: _____
Elyse Del Francia

Enclosures:
Copy of subject IRS Letters 3176 SC
Copy of 1040 return (Tax Year 2007)
Copy of 1099-OID's (Tax Year 2007)

CC: DOUGLAS SHULMAN

## NOTICE

*Notice is hereby given that if the IRS agent fails to process the refund requested above, or that if the IRS agent fails to provide documented evidence in response to the information requested above signed under penalty of perjury and waiving all immunities, that failure to do so shall be construed as constructive silence and concealment of incriminating evidence, and shall create the legal presumption or conclusion that lawful authority to enforce does not exist, and that the IRS agent has acted as an individual under color of law or under color of office and not as a lawfully authorized agent of the federal government, and that such IRS agent is involved in misrepresentation or fraud, intending a knowing unlawful conversion in the name of tax only. If the IRS should choose to authorize activities by such agent in conflict with statutory or delegated authority, it would constitute a violation of my rights.*

CERTIFIED MAIL

7006 2760 0000 3803 7353

Internal Revenue Service
1973 North Rulon White Bl
Ogden, Utah 84404-0044

37922 Los Cocos Dr. East
Rancho Mirage, CA 92270



UNITED STATES POSTAL SERVICE
1000
84404

U.S. POSTAGE PAID
RANCHO MIRAGE, CA 92270
MAY 21 09
AMOUNT
$6.49
0008525I-14