# Exhibit # 5

**Flynn Greg M**

**From:** Elyse [elyse@verizon.net]
**Sent:** Tuesday, May 24, 2011 12:16 PM
**To:** Flynn Greg M
**Subject:** Elyse Del Francia here!!

Dear Greg,

I just received my Social Security check, which is my only means of income, and the IRS has seized a percentage of it to pay for the outrageous $28,000 in penalties that were levied for the OID filing.

I am 62 years old Greg and my entire life is now in jeopardy because the IRS did not accept my "corrected" tax returns as offered. This is a nightmare that you said not to worry about?? Well, I am now in jeopardy of loosing the income my life is budgeted on.

I am not a criminal and I am furious that I am being targeted as such.
You have not been truthful with me about this situation as I have been with you and your other investigators.

You will no longer be hearing from me as I feel that I have been lied to from you and now I am fearful of how I am to live the rest of my life!!

Thanks for nothing but BS Greg,
Elyse



Elyse Del Francia

www.celebrityimpersonators.com
www.michaeljacksontoo.com

Elyse Del Francia and Celebrity Look A Likes By Elyse has invested time, energy and funds in developing the information included in this presentation. It is our belief that our services are unique and creative in their content and, thus, represents concepts, ideas and information that is essential to our business success. We therefore consider these materials to constitute confidential trade information on loan to you with the understanding and acceptance of their proprietary nature. No part of this presentation may be reproduced or redistributed without the written consent of Elyse Del Francia. All talent recommendations are set forth to be considered by the client for the purpose of booking said talent. For continued bookings, call Elyse at (702) 809-0716