# Exhibit # 6



# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Conversation

| Investigation #: | 1000227053 | Location: | 702-809-0716 | |
|---|---|---|---|---|
| Investigation Name: | Armstrong, Richard | | | |
| Date: | May 24, 2011 | | | |
| Time: | Approximately 2:15pm-2:18pm | | | |
| Participant(s): | Elyse Del Francia, Taxpayer | | | |
| | Juan Marquez, Special Agent | | | |
| | Adrian Yepez, Special Agent | | | |

On the above date and time Special Agents (SA) Adrian Yepez and Juan Marquez of the Internal Revenue Service Criminal Investigation called Elyse Del Francia at her cellular telephone number 702-809-0716.  Earlier today May 24, 2011, Elyse Del Francia called SA Marquez and left voice messages on his cellular telephone number 213-305-8083 and on his office telephone number 909-388-8209.  Elyse Del Francia requested SA Marquez to call her back.

SA Marquez informed Elyse Del Francia that he was returning her call per her request.  At this time Elyse Del Francia in an upset tone of voice informed SA Marquez that the IRS started taking some of her Socio Security check to pay the $27,000, she was penalized for filing frivolous tax returns.  Elyse Del Francia stated that the IRS was unfair to take the money of someone that lives only on Socio Security benefits.  Elyse Del Francia stated that she did not feel like she had done anything illegal.

Elyse Del Francia said that she contacted the IRS Taxpayer Advocate and they informed her that her request for the abatement of the penalties was rejected and that there was nothing they could do for her.

Elyse Del Francia stated that the IRS was ruthless.  Elyse Del Francia then proceeded to mention that she wanted to sue the IRS.

U.S. Treasury Criminal Investigation

At this point SA Marquez informed Elyse Del Francia that there was always the option of filing an appeal.  Elyse Del Francia replied that the IRS was ruthless and bigger than her just prior to hanging up.

I prepared this memorandum on May 24, 2011, after refreshing my memory.

**Memorandum Author**

Juan Marquez
Special Agent

Adrian Yepez
Special Agent