# Exhibit # 7



**DEPARTMENT OF THE TREASURY**
**Internal Revenue Service**
**Criminal Investigation**

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000227053 | **Location:** | call to TAS |
| **Investigation Name:** | Richard Kellogg Armstrong | | |
| **Date:** | May 27, 2011 | | |
| **Time:** | | | |
| **Participant(s):** | Ron Uchimura, representative TAS | | |
| | Greg M. Flynn, Special Agent | | |

1. On May 27, 2011 Special Agent Greg Flynn spoke with Ron Uchimura of the IRS Taxpayer Advocate Service regarding Elyse Del Francia.

2. Mr. Uchimura stated he had spoken with Elyse Del Francia and that currently the IRS levies on her social security have been tolled pending her appeal of the frivolous filing penalties. Mr. Uchimura stated that if Ms. Del Francia loses her appeal the levies will resume, and her social security benefits will be garnished.

3. Special Agent Flynn asked Mr. Uchimura if a taxpayer could have IRS collection actions tolled if they posed a hardship to them. Mr. Uchimura stated taxpayers can apply to collection to have their accounts reclassified as currently uncollectable, which would stop IRS collection activities. Ms. Uchimura stated the taxpayer needs to apply to have their account changed to uncollectable and provide financial information.

4. Mr. Uchimura stated that Elyse Del Francia is currently appealing the frivolous filing fines themselves, and not applying to have the levy on her social security stopped due to hardship. Mr. Uchimura stated he had not sent Ms. Del Francia the paperwork to apply for a hardship because she had not asked for it. Special Agent Flynn asked Mr. Uchimura if he would please send Ms. Del Francia the paperwork to apply to have her account changed to uncollectable, and Mr. Uchimura stated he would send her the required paperwork.

5. Mr. Uchimura stated that Elyse Del Francia told him that her situation was all the IRS' fault because they sent her the Form 1099-OID and should not have given them to her. Mr. Uchimura stated he did not see how Ms. Del Francia would prevail in her appeal forwarding such an argument.

6. Special Agent Flynn thanked Mr. Uchimura for his assistance.

I prepared this memorandum on 6/6/2011, after refreshing my memory from notes made during and immediately after the interview with Ron Uchimura TAS.

Greg M. Flynn
Special Agent