# Exhibit # 8

**Flynn Greg M**

| | |
|---|---|
| From: | Marquez Juan |
| Sent: | Friday, September 30, 2011 12:33 AM |
| To: | Flynn Greg M |
| Cc: | Bodden Erik A; Parrish Michael D |
| Subject: | RE: please call me  - Case#1000227053 |
| Attachments: | Del Francia, Elyse 5-24-11 MOC.docx; TAXPAYER ADVOCATE PRINTOUT.doc |

The Trial Subpoena was served by both SA Bodden & Myself at her residence in the Palm Springs Area. Elyse Del Francia informed SA Bodden & Myself that she had been accessed approximately $30,000 in fines from the IRS. Elyse Del Francia was informed that the fines that she was accessed were related to a civil matter and not a criminal matter. Elyse Del Francia was informed that each taxpayer is ultimately responsible for their own tax returns and any benefits or penalties that might arise from the filing of those tax returns.

Elyse Del Francia was told that the purpose of the agents being at her home was due to a criminal investigation in Colorado and the serving her in person a Trial subpoena. Elyse Del Francia was informed that the IRS had different sections that worked independently from each other. Elyse Del Francia was informed that the purpose of IRS Criminal Investigation was to conduct strictly Criminal Investigation and was completely independent from the Civil function of the IRS. Elyse Del Francia was informed that the penalties that she was accessed were from the Civil division of the IRS, which is a completely independent entity from the Criminal Division. I informed Elyse Del Francia that there was a service available to taxpayers such as herself that possibly could help her with her IRS Civil issues. Elyse Del Francia was handed the attachment. At this time she thanked SA Bodden and myself and we departed her residence.

Elyse Del Francia was never made any promises at any time. The only thing she was told was told call the phone number 1-877-777-4778 that appeared in the printout that she was handed.

Attached is also an MOC of a telephone conversation SA Bodden and myself had with Elyse Del Francia after the subpoena was served on May 24, 2011.

**The Taxpayer Advocate Service is Your Voice at the IRS!**

Taxpayer Advocate Service (TAS) Mission: As an independent organization within the IRS, we help taxpayers resolve problems with the IRS and recommend changes that will prevent the problems.

Here are seven things every taxpayer should know about TAS:

1. TAS is your voice at the IRS.

2. Our service is free, confidential, and tailored to meet your needs.

3. You may be eligible for TAS help if you have tried to resolve your tax problem through normal IRS channels and have gotten nowhere, or you believe an IRS procedure just isn't working as it should.

4. TAS helps taxpayers whose problems are causing financial difficulty or significant cost, including the cost of professional representation. This includes businesses as well as individuals.

5. TAS employees know the IRS and how to navigate it. We will listen to your problem, help you understand what needs to be done to resolve it, and stay with you every step of the way until your problem is resolved.

6. TAS has at least one local taxpayer advocate in every state, the District of Columbia, and Puerto Rico. You can call your local advocate, whose number is in your phone book, in Publication 1546, Taxpayer Advocate Service -- Your Voice at the IRS, and on our website at <u>Contact Your Advocate</u>. You can also call our toll-free case intake line at 1-877-777-4778.

7. You can learn about your rights and responsibilities as a taxpayer by visiting our online tax toolkit at <u>www.taxtoolkit.irs.gov</u> .