**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Mr. Armstrong may file a reply to the **Government Response To Defendant Armstrong's Emergency Motion To Dismiss For Evidence of Prosecutorial Misconduct** [#318][2] which was filed on October 3, 2011, and that if Mr. Armstrong chooses to file a reply, he shall file his reply in open court on October 18, 2011, at 1:30 p.m., during the status conference that is scheduled for that same time.

    Dated: October 4, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#318]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.