**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

    Defendant.

**ORDER DENYING MOTION
FOR REHEARING ON ISSUE OF DETENTION**

**Blackburn, J.**

The matter is before me on the **Motion For Leave To File a Motion For Rehearing on Petitioner's** [*sic*] **Detention** [#297][1] filed September 19, 2011, by the defendant, Richard Kellogg Armstrong.[2] The government filed the **Government Response to Defendant Armstrong's Motion For Leave To File a Motion For Rehearing on Petitioner's Detention** [#321] on October 13, 2011. I deny the motion.

Mr. Armstrong requests that the court grant a rehearing on the issue of his detention. Motion at 1. His two sentence motion provides as follows:

> COMES NOW, Petitioner, unrepresented, hereby moves the Court to grant a rehearing regarding Petitioner's detention to include Petitioner's

---

[1] "[#297]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] Because Mr. Armstrong is proceeding *pro se*, I continue to construe his papers liberally. *See* **Erickson v. Pardus**, 551 U.S. 89, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972)).

> opportunity to cross examine the Prosecution's witness, Greg M. Flynn. The Petitioner alleges that Mr. Flynn made fraudulent, misleading and purjurous [*sic*] statements to the Court at the detention hearing in order to ensure the Court's decision to detain the Petitioner.

*Id.* The government objects. Response at 1 and 5.

Base on the relevant record and the reasons stated, arguments advanced, and authorities cited by the parties in the motion and response, I find and conclude as follows: (1) that Mr. Armstrong neither pleads nor proves any reason why this motion could not have been filed within the time provided by the court for the filing of pretrial motions; (2) that Mr. Armstrong does not provide any, let alone a sufficient, factual basis for the claim he makes or the relief he requests; and (3) that Mr. Armstrong has already had a reasonable and sufficient opportunity to cross examine IRS-CID Agent, Greg Flynn, concerning the sworn testimony he presented relevant to the detention, *vel non*, of Mr. Armstrong.

**THEREFORE, IT IS ORDERED** that the **Motion For Leave To File a Motion For Rehearing on Petitioner's Detention** [#297] filed September 19, 2011, by the defendant, Richard Kellogg Armstrong, is **DENIED**.[3]

Dated October 17, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[3] In further support of my order, I approve, adopt, and incorporate, the facts presented, reasons stated, arguments advanced, and authorities cited by the government in its response [#321].