IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:            October 18, 2011

Deputy Clerk:    Nel Steffens
Court Reporter:  Suzanne Claar

**Criminal Action No. 10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
| Plaintiff, | |
| v. | |
| 1. CURTIS L. MORRIS, and | Lisa Wayne |
| 2. RICHARD KELLOGG ARMSTRONG, | *Pro Se*, with David Owen, Advisory Counsel |
| Defendants. | |

## COURTROOM MINUTES

**Status Conference**

**2:05 p.m.     Court in session.**

Appearances of counsel.

Defendant Morris is not present.  Defendant Armstrong is present in custody.

Opening statements by the court.  The court notes that this hearing was set to commence at 1:30 p.m.

   **IT IS ORDERED** as follows:

   1.   That the Clerk of the Court shall issue immediately a warrant commanding the arrest of defendant Morris;

      2.      That the defendant shall be taken into custody and imprisoned pending review by this court or a Magistrate Judge on the matter of bail and bond; and

      3.      That this Status Conference is **VACATED** and **CONTINUED** pending further order of the court.

**2:10 p.m.**    **Court in recess.**

Total time in court:   00:05

Hearing continued.