IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:                November 1, 2011

Deputy Clerk:        Nel Steffens
Court Reporter:      Tracy Weir

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                                          *Counsel:*

UNITED STATES OF AMERICA,                           Kenneth Harmon

   Plaintiff,

v.

1.  CURTIS L. MORRIS, and                           Lisa Wayne
2.  RICHARD KELLOGG ARMSTRONG,                      *Pro Se*, with David Owen, Advisory
                                                    Counsel

   Defendants.

## COURTROOM MINUTES

**Status Conference**

**11:02 a.m.    Court in session.**

Appearances of counsel.

Defendants are present in custody.

The court addresses defendant Morris regarding his options as to representation by counsel.  Defendant Morris elects to continue with Ms. Wayne as counsel.

Opening statements by the court.

Court addresses **Defendant Morris Status Report and Request To Set and Conduct Motions Hearing Regarding Defendant Morris Pending Motions** [#343] filed October 31, 2011.

Court's findings and conclusions.

> **IT IS ORDERED** as follows:
>
> 1. That **Defendant Morris Status Report and Request To Set and Conduct Motions Hearing Regarding Defendant Morris Pending Motions** [#343] filed October 31, 2011, is **STRICKEN**.

The court will resolve **Defendant Curtis L. Morris' Motion for Pretrial Determination of Admissibility of Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)(E)** [#197] filed April 14, 2011, on the papers.

The court addresses **Defendant Curtis L. Morris' Motion To Exclude Statements of Larry Ray Hall Pursuant to *Crawford v. Washington*** [#198] filed April 14, 2011. The court determines that no hearing is necessary.

The government will file its response to **Defendant Morris' Motion To Limit the Lay-Witness Testimony of Internal Revenue Service Special Agents and Employees** [#227] filed May 10, 2011, within ten calendar days of today's date.

The court will issue a Rule 702 marshaling order in response to **Defendant Morris' Motion To Strike Proposed Expert Testimony of IRS-CID Special Agent Riordan, or in the Alternative, for an Evidentiary Hearing Pursuant to F.R.E. 702** [#230] filed May 11, 2011.

The court will issue its rulings on the existing papers as to defendant Armstrong's **Emergency Motion To Dismiss for Evidence of Prosecutorial Misconduct** [#290] filed September 9, 2011, and defendant Armstrong's **Motion for Leave To File an Amicus Curiae Brief** [#334] filed October 19, 2011.

Discussion regarding setting motions to suppress and motions to sever for hearing.

> **IT IS ORDERED** as follows:
>
> 2. That the court shall hear and consider **Defendant Morris' Motion To Suppress Alleged Statements Made to Any and All Law Enforcement on July 1, 2009** [#199] filed April 14, 2011; **Defendant Morris' Motion for Severance of Defendants** [#201] filed April 14, 2011; and **Accused Armstrong's Notice for Severence** [sic] **of Defendants** [#213] filed April 29, 2011, on Wednesday, **January 4, 2012,** commencing at 8:30 a.m., the court reserving the remainder of the day, if necessary;
>
> 3. That counsel and the defendants shall appear at that hearing without further notice or order; and
>
> 4. That the United States Marshal for the District of Colorado shall assist the

court in securing the appearance of the defendants.

Colloquy between the court and defendant Armstrong regarding document #242.

**IT IS FURTHER ORDERED** as follows:

5. That defendant Armstrong is granted leave of the court to refile document #242 as a motion within fourteen (14) days of today's date; provided furthermore, that the government shall have fourteen (14) days in which to file a response;

6. That defendant Armstrong is granted leave of the court to refile document #221 as a motion within fourteen (14) days of today's date; provided furthermore, that the government shall have fourteen (14) days in which to file a response;

7. That defendant Armstrong may file a motion for leave to file a motion requesting another opportunity to be heard on the issue of detention versus bond within fourteen (14) days of today's date; provided furthermore, that the government shall have fourteen (14) days in which to file a response; and

8. That the court exercises its discretion to defer further consideration of or setting of a trial preparation conference date or trial until the conclusion of the motions hearing now set for January 4, 2012.

**11:37 a.m.   Court in recess.**

Total time in court:   00:35

Hearing concluded.