**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before me on defendant's **Motion For Leave To File An Amicus Curiae Brief** [#334][1] filed October 19, 2011, by the "Legal Accountability Workgroup" by an unidentified representative. I deny the motion.

Having considered the record, the motion [#334], the proposed amicus brief [#326], and the response [#344], I find and conclude as follows: (1) that the proposed amicus brief is neither timely nor useful; (2) that the issue made the myopic focus of the proposed amicus brief has been considered and resolved; and (3) that the proposed amicus brief is not submitted by attorney who is a member of the bar of this court.[2] Thus, the motion should be denied.

---

[1] "[#334]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] I adopt, approve, and incorporate the reasons stated, arguments advanced, and authorities cited by the government in its response [#344] filed October 31, 2011.

**THEREFORE, IT IS ORDERED** that defendant's **Motion For Leave To File An Amicus Curiae Brief** [#334] filed October 19, 2011, is **DENIED**.

Dated November 7, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2