**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **CURTIS L. MORRIS**, and
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

## ORDER DENYING MOTION FOR *JAMES* HEARING

**Blackburn, J.**

The matter before me is the **Defendant Curtis L. Morris' Motion for Pretrial Determination of Admissibility of Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)(E) Statements** [#197][1] filed April 14, 2011, by defendant, Curtis L. Morris. The government filed **Government's Consolidated Response to Defense Motions** [#210] on April 28, 2011. I deny the motion.

Having considered, but not necessarily accepted, the reasons stated, arguments advanced, and authorities cited by Mr. Morris in his motion and the government in its response, I find and conclude as follows: (1) that given the nature and circumstances of the alleged conspiracy, no pretrial *James*[2] hearing or proffer is necessary; and (2) that,

---

[1] "[#197]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] So named for *United States v. James*, 590 F.2d 575 (5th Cir. 1979), *cert. denied*, 99 S.Ct. 2836 (1979).

instead, in lieu of a pretrial *James* proffer or hearing, the government should be required to prove up the foundational predicate for the admission of evidence offered under Fed.R.Evid. 801(d)(2)(E), failing which, such evidence should be excluded.

**THEREFORE, IT IS ORDERED** that the **Defendant Curtis L. Morris' Motion for Pretrial Determination of Admissibility of Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)(E) Statements** [#197] filed April 14, 2011, is **DENIED**.[3]

Dated November 9, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[3] The denial of the motion does not become the law of the case to preclude or prohibit me from conducting a *James* hearing or requiring a *James* proffer during the trial, if I deem it necessary.

2