FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 NOV 23  PM 3: 05

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

November 20, 2011

Gregory C. Langham, Clerk of the Court
U.S. District Court Colorado
901 19th Street
Denver, CO 80294-3589

Certified U.S. Mail #7010 3090 0002 7264 9969

UNITED STATES OF AMERICA
    Plaintiff
       v.
RICHARD KELLOGG ARMSTRONG
    Defendant

Case No. 10-cr-00317-REB-2
Case No. 10-cv-01073-MSK-MEH

---

NOTICE TO THE CLERK OF THE COURT, GREGORY C. LANGHAM, TO ENTER PETITIONER'S DOCUMENTS INTO CASE NO. 10-cr-00317-REB-2 AND 10-cv-01073-MSK-MEH.

---

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S., 519

Comes now, Richard Kellogg Armstrong, Petitioner, pro se, unrepresented, hereby submits Petitioner's LEGAL NOTICE AND DEMAND #RKALND0001 dated May 4, 2009, COMMERCIAL SECURITY AGREEMENT #RKA0001CSA dated April 4, 2009, and POWER OF ATTORNEY #RKAPOA0001 dated May 5, 2009, to be entered into the records of Case No. 10-cr-00317-REB-2 and Case No. 10-cv-01073-MSK-MEH and that all parties concerned with these cases receive copies of each document.

This document is not intended to threaten, harass or intimidate but is my remedy in law.

Richard Kellogg Armstrong, pro se
Petitioner

On this the 20th _____ day of _Novenber_____, 2011, true and correct copies of the noted documents were sent via First Class U.S. Mail, Certified Mail # 7010 3090 0002 7264 9969 to Gregory C. Langham, Clerk of the Court, U.S. District Court Colorado.

Richard Kellogg Armstrong, pro se
Petitioner

**Public Posting**
www.getnotice.info/rka.html

**International Registered Private Tracking Number – RB 066 173 046 US**
**UCC-1 Filed in WASHINGTON – Secured Transaction Registry Number – 2009-103-9022-6**



NON WAR POWERS
ACT FLAG

## ATTENTION! AND WARNING!
### THIS IS A LEGAL NOTICE AND DEMAND
### FIAT JUSTITIA, RUAT COELUM
### *(Let right be done, though the heavens should fall)*
### To: All State, Federal and International Public Officials, by and through
ARIZONA SECRETARY OF STATE KEN BENNETT.
TAKE NOTICE IGNORANCE OF THE LAW IS NO EXCUSE!
THIS IS A CONTRACT IN ADMIRALTY JURISDICTION

Take a moment to read this before you proceed any further!
I do not wish to speak to you under any circumstances excluding federal judicial review!

### THIS TITLE IS FOR YOUR PROTECTION!

**Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent.**

**(1) I,** One **Richard Kellogg Armstrong,** Secured Party, the undersigned herein requests that you present anything that you say to me in writing, signed under penalty of perjury required by your law as shown in this Legal Demand and Notice (hereinafter "Contract").

**(2) Secured Party is the 2009 "posterity" of the 1787 "we the people"** of the preamble to the Constitution for the united States of America, **a joint tenant in the sovereignty** of both the United States and of the State of Arizona by right of birth. All rights reserved under the Preamble and Article 6, paragraphs 2 and 3, and the 1st, 2nd, 4th, 9th and 10th Amendments to the Constitution for the united States of America, and under the Preamble and Article 2, Section 2 of the February 14, 1912, Constitution for the State of Arizona.

**(3) The** declaration and notice, stated above in Paragraph 2, defines Secured Party's "**Legal Status**" by birth right, as one of the sovereign "People" who holds a joint tenant share of the sovereignty in the "united States of America" and in the independent sovereign nation, state and republic of Arizona, distinguishing Secured Party to be a "People", rather than a "person" as such terms are defined and distinguished in the "Constitution for the united States of America" and the "Constitution of the State of Arizona".

**(4) Article IV** of the Articles of Confederation and the Preamble to the Constitution for the united States of America have defined, for all time, the means by which in the united States of America a Natural Man or Woman achieves the "Legal Status" of "People". That process is **ONLY BY BIRTHRIGHT**, which includes marriage or legal adoption. Secured Party is one of the sovereign "People" by birthright.

**(5) Secured Party's** "Legal Status" as a "People", and that "Legal Status" alone, defines and sets in stone Secured Party's relationship with and to the "Government".

1 of 29

Initials: *RKA*

Public Posting
www.getnotice.info/rka.html

**(6) Secured Party** is first a citizen of the independent sovereign nation, state and republic of Arizona, and secondly a citizen of the "united States of America".

**(7) Secured Party** is **not** a 14th Amendment citizen within; surety for; or subject of; and does not owe allegiance, subjection to, fealty, bond, undertaking, obligation, duty, tax, impost, or tribute to the "government of the United States as created in the original "Constitution for the united States of America", circa 1787" or your "<u>UNITED STATES CORPORATION</u>", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name it may currently be known or be hereafter named (exclusive of the "State of Arizona", i.e., "Republic of Arizona"), and the like. Now being a matter of public record, tendered by way of "registered mail" to ARIZONA SECRETARY OF STATE, <u>and by this document</u> being placed on record in the public, by posting at www.getnotice.info/rka.html.

**(8) Secured Party** holds certain "Unalienable Rights" (Inalienable Rights) in the united States of America, including, but not limited to: **(a)** life, liberty and the pursuit of happiness, *The Declaration of Independence;* **(b)** entitlement to all privileges and immunities of free citizens of the several States, *Article IV, Articles of Confederation and Article IV, § 2.1 Constitution for the united States of America* ("uSA Constitution", hereafter in this paragraph) ; **(c)** free ingress and regress to and from any other State, *Article IV, Articles of Confederation;* **(d)** enjoyment in and between the several States of all the privileges of trade and commerce, subject to the same duties, impositions and restrictions as the inhabitants thereof respectively, *Article IV, Articles of Confederation;* **(e)** the right to form a more perfect union, to establish justice, to insure domestic tranquility, to provide for the common defense, to promote the general welfare, and to secure the blessings of liberty to ourselves and our posterity, *Preamble to the uSA Constitution;* **(f)** a republican form of government in the State of Arizona, *Article III, § 4., uSA Constitution;* **(g)** protection of the State of Arizona from invasion and against domestic violence, *Article III, § 4.,uSA Constitution;* **(h)** allegiance of loyalty from our elected and appointed public servants in the form of an oath of office to preserve, protect and defend the Constitution of the United States, *Article II, § 1.8., and Article VI, § 2. and 3., uSA Constitution;* **(i)** the exclusive right to amend or modify the Constitution for the United States of America; **(j)** a guarantee that Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances, *Amendment 1. to the uSA Constitution;* **(k)** the right to keep and bear arms, *Amendment 2. to the uSA Constitution;* **(l)** no soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner prescribed by law, *Amendment 3. to the uSA Constitution;* **(m)** the right to be secure in my persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized, *Amendment 4. to the uSA Constitution;* **(n)** all other rights retained by the People that are not enumerated in the uSA Constitution, *Amendment 9. to the uSA Constitution;* **(o)** all powers not delegated to the United States by the Constitution, nor prohibited to it by the states, and not reserved to the states, *Amendment 10. to the uSA Constitution;* **(p)** no man or woman shall be made justice, constable, sheriff, or bailiff, unless they are such as know the "**Law of the Realm**", and are minded to observe it rightly, *Article 45., Magna Carta;* **(q)** the right to form and serve on a "Twenty Five sovereign "People" Magna Carta Grand Jury", and for the Government to amend any error it has made within a term of forty (40) days, *Article 61., Magna Carta;* **(r)** the right to appeal to a "Twenty Five sovereign "People" Magna Carta Grand Jury" for the restoration of property, liberties, or rights of which Secured Party has been dispossessed by an "Oppressing Government", *Article 61., Magna Carta;* **(s) and, most importantly -an unalienable right in and to a joint tenant share in the Sovereignty** of the most powerful nation on the planet, the united States of America, pursuant to **(i)** the *"The Perpetual Treaty of Genesis 17",* where all men were created equal, **(ii)** the *"Third Treaty of Moses at Deuteronomy 29 and 30,* where all men are endowed with certain unalienable rights, **(iii)** the *"Divine Right of Kings' Treaty of 1 Samuel 8 and 10,* whereby the office and person of the King was established, and the sovereignty was placed

Initials:

**Public Posting**
www.getnotice.info/rka.html

in the office and person of the King, **(iv)** *"The Act of Supremacy of 1534"*, wherein the King of England was declared to hold the sovereignty, **(v)** *"The Treason Act of 1703"*, wherein it was declared to be High Treason to impeach the Succession of the Crown, by any overt act or deed, **(vi)** the *"Treaty of Peace of 1783*, wherein King George the 3rd devolved his sovereignty on the "we the people" of the united States of America, so that the "People" now sit in the office and person of the King and exercise the King's prerogatives, through the People's government that the People established in the Constitution for the united States of America for themselves and their posterity, and **(vii)** the *Constitution of the united States of America*, where the People jealously guarded and retained their sovereignty against all others, including the incorporeal person of the government.

**(9) Secured Party** holds certain "Unalienable Rights" (Inalienable Rights) in the State of Arizona, including, but not limited to: **(a)** "We the people of the State of Arizona, grateful to Almighty God for our liberties, do ordain this Constitution" *"Preamble to the Constitution of the State of Arizona"*, **(b)** All political power is inherent in the people, and governments derive their just powers from the consent of the governed, and are established to protect and maintain individual rights, "Article 2, Section 2, AZ Constitution".

**(10) By** the maxim of law, so eloquently re-stated in *Miranda v. Arizona, 384 U.S. 436,491*, to wit: *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."*, Secured Party demands that all of Secured Party's rights, capacities, privileges, and immunities be rightly observed and protected at all costs by Government and its Representatives. In any cause for which the Government brings an action against Secured Party in any court, or Secured Party brings an action against the Government, Secured Party demands that, upon the request of the Secured Party, the Attorney General for said plaintiff Government will represent Secured Party, pursuant to the maxim of law so eloquently re-stated in *Commonwealth ex rel Hancock v. Paxton, (1974) Ky., 516 S.W. 2d 865*, to wit: *"It is true that at common law the duty of the Attorney General was to represent the King, he being the embodiment of the state. But under the democratic form of government now prevailing the people are the King, so the Attorney General's duties are to that sovereign, rather than to the machinery of government."*

**(11) Be On Notice That:** Secured Party will in every instance defend and enforce all of Secured Party's rights, capacities, privileges, and immunities against all who would dare to Disrespect or deny them. Secured Party waives none of its rights, capacities, privileges or immunities and refuses any attempt by the Government or its Representatives to deny them to Secured Party. Any attempt by the Government or its Representatives to treat Secured Party as a "Person" and not as one of the sovereign "People", who holds the sovereignty of the united States of America and of the State of Arizona, will be an act of "High Treason" under *"The Act of Supremacy of 1534" and the "Treason Act of 1703"*.

**(12) The** undersigned tendering this document is a Secured Party by fact; **not** a Strawman, Vessel in Commerce, Corporate Fiction, Legal Entity, *ens legis*, or Transmitting Utility, of, for, by, or to the "united States of America", the "government of the United States", as created in the original "Constitution for the united States of America", circa 1787, the "State of Arizona", i.e., "Republic of Arizona", or to your "UNITED STATES Corporation", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named, and the like.

**(13) The Vessel in Commerce** known as RICHARD KELLOGG ARMSTRONG is a trust created by the Government for the sole benefit of the Secured Party. RICHARD KELLOGG ARMSTRONG is a beneficiary directed trust, for which Richard Kellogg Armstrong is the sole beneficiary. RICHARD KELLOGG ARMSTRONG was created using the same letters as are used to spell the name of Secured Party i.e., Richard Kellogg Armstrong, the only difference between the spelling of the two being that the name of the Vessel in Commerce is written in all capital letters and the name of the Secured Party is written in upper and lower case letters. RICHARD KELLOGG ARMSTRONG is also known by a Social Security Number which is comprised of nine (9) numeric characters separated by hyphens after the third and fifth

Initials: *RKA*

Public Posting
www.getnotice.info/rka.html

characters, which nine numeric characters are identical to the nine (9) numeric characters contained in the Private Offset Account established at the United States Department of Treasury through a branch of the Federal Reserve Bank for Secured Party, i.e., Richard Kellogg Armstrong, the only difference between the two identifying numbers being that the Private Offset Account for Secured Party has no dashes separating the numeric characters.  The similarity in the names and identifying numbers of the Secured Party and the Vessel in Commerce are testament to the undeniable propinquity of the two distinct and separate legal entities.  In fact, RICHARD KELLOGG ARMSTRONG, an incorporeal creation of Government, is dependent upon and only exists because Richard Kellogg Armstrong, a Natural Man exists as a living, breathing, flesh and blood sentient being. The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood human, and therefore the Government had to create the Vessel in Commerce with which to interface. Since the birth of the Secured Party, the Government has utilized the credit of the Secured Party, and has established and operated a Private Offset Account in the name of the Secured Party, through the use of the Vessel in Commerce, RICHARD KELLOGG ARMSTRONG, without the knowing permission of Secured Party. During this time, Secured Party has unknowingly been functioning as the manager of the trust, and signing as an authorized representative for the Vessel in Commerce, by signing bank checks, applications for credit and notes on behalf of the Vessel in Commerce.    Secured Party, has by separate documents, posted in the public at **www.getnotice.info/rka.html** and submitted herewith documents by which the Secured Party became the secured party to RICHARD KELLOGG ARMSTRONG, and has memorialized its Power of Attorney over RICHARD KELLOGG ARMSTRONG.  Secured Party's Power of Attorney over the Vessel in Commerce is the property of Secured Party because: **1)** Secured Party never gave permission to the Government to use its name to create RICHARD KELLOGG ARMSTRONG, and said name belongs to Secured Party by natural right; and **2)** Secured Party, having signed as authorized representative (Attorney-In-Fact) for RICHARD KELLOGG ARMSTRONG for most of Secured Party's life, Secured Party has established the validity of the Power of Attorney by continual non-contested use. The Private Offset Account established in the name of Secured Party is the property of Secured Party. Any value that has been deposited in Secured Party's Private Offset Account is the property of Secured Party, as any such value was created from the credit of Secured Party.

**(14) Secured Party,** now tendering this legally binding Legal Notice and Demand in hand, and having hereinabove accurately declared Secured Party's proper Legal Status, Secured Party's relation to the "Government", and relation to , RICHARD KELLOGG ARMSTRONG, the All Capital Letter Vessel in Commerce, hereby states that the declarations and statements made by Secured Party herein are the truth, the whole truth and nothing but the truth to the best of Secured Party's knowledge, and such being acknowledged by silence and acquiescence of KEN BENNETT respectfully ARIZONA SECRETARY OF STATE, or any Representative of said office, Secured Party's "NOTICE and DEMAND" tendered by registered mail with website posting address affixed, is therefore accepted and agreed to be the truth.  Failure to rebut Secured Party's Power of Attorney over the Vessel in Commerce, RICHARD KELLOGG ARMSTRONG within **thirty (30) days** will be your tacit agreement through silence and general acquiescence to the Power of Attorney.

**(15) Which** silence of Corporate Office "SECRETARY OF STATE" ratifies severances of any nexus or relationship between Secured Party and the "Government of the United States, the "UNITED STATES Corporation", and said de facto corporate commercial STATE offices; being fraudulent conveyance by operating under "Color of Authority" upon affiant, Secured Party.  Let this be known by the **"Good Faith (Oxford) Doctrine"** to all men and women.  Secured Party, being one of the "People" referred to in the Preamble and the 4th Amendment to the Constitution for the united States of America, and Article 2, Section 8 of the Constitution for the State of Arizona, does not consent to any warrantless searches, or searches that are not compliant therewith, whether of Secured Party's dwellings, cars, land crafts, watercrafts, aircrafts, Secured Party and Secured Party's own, current location, property, hotel rooms, apartments, business records, business, or machinery, vehicles, equipment, supplies, buildings, grounds, land in private possession or control of Secured Party, past, present, and future, now and forevermore, so help you God.

**(16) This** notice is in the nature of a Miranda Warning: *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."* Take due heed of its contents. If, for any reason, you do

Initials:

**Public Posting**
www.getnotice.info/rka.html

not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal, notarized, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), and Federal Rules of Civil Procedure Sections 8-A, and 13-A, the claim or presumption that I Richard Kellogg Armstrong am a Strawman, Vessel in Commerce, Corporate Fiction, Legal Entity, *ens legis*, or Transmitting Utility, of, for, by, or to the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Richard Kellogg Armstrong", i.e., "Republic of Arizona", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named, and the like, is forever rebutted, by this contract. Further, undersigned Secured Party is **not** a citizen within; surety for; subject of; and does not owe allegiance, subjection to, fealty, bond, undertaking, obligation, duty, tax, impost, or tribute to the "government of the United States as created in the original "Constitution for the united States of America", circa 1787" or your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial states contracting therein, including the "STATE OF ARIZONA", or by whatever name it may currently be known or be hereafter named (exclusive of the "State of Arizona", i.e., "Republic of Arizona"), and the like, is forever rebutted, by this Contract. This rebuttal is a counterclaim in Admiralty.

**(17) Your** failure to timely do so leaves you in the position of accepting full corporate and personal responsibility for any and all liabilities for monetary damages, as indicated herein, that Secured Party incurs by any adversely affecting injuries caused by your overt, or covert actions, or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein or related thereto in any manner whatsoever. You have Thirty (30) days, from the date that this document is posted at www.getnotice.info/rka.html to respond and rebut the presumptions of this Contract by submitting to Secured Party signed, certified, authenticated documents of the laws that rebut these presumptions point by point, On and For the Record under penalties of the law, including perjury. This document will be on file in the public record. Your Failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that the Secured Party is a "Corporate Fiction" or "Legal Entity" under the jurisdiction of the "Government of the United States" and/or "UNITED STATES Corporation", and that Secured Party is under the jurisdiction of the "Government of the United States" and/or the "UNITED STATES Corporation" are now and forever rebutted.

**(18) By** this record let it be known that Secured Party does not at any time waive any rights, capacities, privileges, immunities, defenses, or protections, as acknowledged by "The Act of Supremacy of 1534", "The Treason Act of 1703", "Magna Carta", "The Treaty of Peace of 1783", the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Arizona", nonetheless, demanding that you protect these as you swore an oath(s) to do so. Secured Party accepts your lawfully required "Oath(s) of Office," bonds of any type, insurance policies, CAFR funds, and property of any type for Secured Party's protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violate any of the rights, privileges, immunities, defenses, or protections of the Secured Party, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

Initials:

Public Posting
www.getnotice.info/rka.html

**(19) NOTE:** A true and correct notarized copy of this **Statute Staple Securities Instrument** is safely posted at www.getinfo.info/rka.html. This security instrument has also been delivered to several trusted friends apprising them of Secured Party's policy of presenting this security instrument to each and every public officer who approaches Secured Party and violating Secured Party's rights including, but not limited to Secured Party's unalienable rights listed above in paragraphs 8. and 9. above and Secured Party's right of liberty and free movement upon any common pathway of travel. Secured party has a lawful right to travel, by whatever means, via land, sea or air, without any officer, agent, employee, attorney, or judge, in any manner willfully causing adverse affects or damages upon Secured Party by an arrest, detainment, restraint, or deprivation. With regard to any encounter or communication with the de facto compact (Corporate) commercial STATES, including the "STATE OF ARIZONA", or by whatever name it may currently be known or be hereafter named, Secured Party will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the posted copy thereof becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon Secured Party as caused by your acts under color of law with you, your officers, and employees. **Take note**; you are now monetarily liable in your personal and corporate capacity. Secured Party, notwithstanding anything to the contrary, abides by all laws in accordance with the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Arizona" which are applicable to "People". Secured Party wishes no harm to any man or woman. You agree by your non-response to uphold my "Right to Travel"; or you must rebut Secured Party's presumption by lawfully documented evidence in law On and For the Record, Under Oath and penalty of perjury, within the Thirty (30) Days, as aforementioned in this Admiralty Contract. Definitions as they apply to this Contract are enclosed in ATTACHMENT "B", and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Secured Party.

**(20) BE WARNED, NOTICED, AND ADVISED** that in addition to the constitutional limits on governmental authority included in the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Arizona", Secured Party relies upon the rights and defenses guaranteed under Uniform Commercial Code(s), common equity law, laws of admiralty, and commercial liens and levies pursuant, but not limited to: Title 42 U.S.C.A.(Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), the "Constitution of the State of Arizona", and Arizona penal codes, in as much as they are in compliance with the "Constitution for the united States of America", Bill of Rights, and/or the "Constitution of the State of Arizona", as applicable. There can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood man or woman who has been injured. When there is no victim, there is no crime committed or law broken. Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any Representative in any capacity of any agency, government, Corporation, or the like, agree to abide by this Contract anytime you interact with Secured Party. Secured Party addresses the foregoing being of lawful majority age, clear head, and sound mind henceforth.

**(21) Remember,** you took a solemn binding oath(s) to protect and defend the original Constitution for the united States of America circa (1787) and/or the Constitution of the State of Arizona against all enemies, foreign and domestic. Violation(s) of said oath(s) is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. Secured Party accepts said Oath(s) of Office that you have sworn to uphold. Secured Party declares that any and all presumptions that Secured Party is a Strawman, Vessel in Commerce, Corporate Fiction, Legal Entity, *ens legis*, or Transmitting Utility, of, for, by, or to the "united States of America", the "government of the United States" as created in the original "Constitution for the united States of America", circa 1787, the "State of Arizona", i.e., "Republic of Arizona", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named, and the like, are now and forever rebutted. Further, Secured Party declares that any and all presumptions that I Richard Kellogg Armstrong am a citizen within; surety for; subject of; and that Secured Party owes any allegiance, subjection to, fealty,

Initials: _RKA_

**Public Posting**
www.getnotice.info/rka.html

bond, undertaking, obligation, duty, tax, impost, or tribute the "government of the United States as created in the original "Constitution for the united States of America", circa 1787" or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name it may currently be known or be hereafter named (exclusive of the "State of Arizona", i.e., "Republic of Arizona"), and the like, is forever rebutted.   You may rebut Secured Party's presumptions by submitting certified copies of lawful documents that have been certified by ARIZONA's state attorney while under oath and on the official record and under penalty of perjury and waiving all immunities from prosecution and made under his/her personal unlimited commercial liability.  Further, in making a rebuttal, you must provide the information required in Paragraph 33. hereinbelow.  You have Thirty (30) days to rebut Secured Party's statements, as indicated herein, or Secured Party's statements will stand as true, lawful, and legal in all of your courts, and/or hearings.

**(22) This** legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace.  The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collections Act.  These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate Secured Party's rights as one of the sovereign People or allow violations by others.  Your corporate commercial acts against Secured Party or Secured Party's own and your failures to act on behalf of same, where an obligation to act or not to act exists, are ultra vires and injurious by willful and gross negligence.

**(23) The** liability is upon you, and/or your respondeat superior, and upon, including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at Secured Party's discretion.  You are sworn to your Oath(s) of Office, and I accept your Oath(s) of Office and your responsibility to uphold the rights of Secured Party or Secured Party's own at all times.

**BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE:**

**(24) -Unlawful Arrest, Illegal Arrest, Restraint, Distraint,** or **Trespassing/Trespass,** without a lawful correct and complete 4th amendment warrant: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of Right to Freedom of Speech, Conspiracy, Aid and Abet, Racketeering,** and or **Abuse of Authority** as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Assault** or **Assault and Battery without Weapon**: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Assault and Battery with Weapon**: $3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Unfounded Accusations by officer of the court**: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**(25) -Denial and or Abuse of Due Process**:  $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Obstruction of Justice**: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

Initials: _RAR_

**Public Posting**
**www.getnotice.info/rka.html**

**-Unlawful Distraint, Unlawful Detainer, or False Imprisonment**: $5,000,000.00 (Five Million) US Dollars, per day, per occurrence, per officer, official, agent, or Representative involved, plus 18% annual interest.

**-Reckless Endangerment, Failure to Identify and/or present credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained**: $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, official, agent, or Representative involved.

**-Counterfeiting Statute Staple Security Instruments**: $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, official, agent, or Representative involved.

**(26) -Unlawful Detention, or Incarceration**: $2,000,000.00 (Two Million) US Dollars per day, per occurrence, per officer, official, agent, or Representative involved.

**-Incarceration for Civil or Criminal Contempt of court without lawful, documented-in-law, and valid reason**: $2,000,000.00 (Two Million) US Dollars per day, per occurrence, per officer, official, agent, or Representative involved.

**-Disrespect by a Judge or Officer of the Court: $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, official, agent, or Representative involved.**

**-Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court: $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, official, agent, or Representative involved.**

**-Coercing or Attempted Coercion of the (Secured Party) to take responsibility for the Strawman against the Secured Party's Will:** $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, official, agent, or Representative involved.

**-The Placing of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings, accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency**: $2,000,000.00 (Two Million) US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18 % annual interest upon the Secured Party's declared value of property.

**-Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property**, including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Secured Party will incur a penalty equal to the total new replacement costs of property, as indicated by Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Secured Party and will be accepted as complete, accurate, and uncontestable by the agency, or Representative thereof that caused such harm or deprivation of rights. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the first day after the occurrence of the incident, as provided by this Contract.

**(27) High Treason**: $2,000,000.00 (Two Million) US Dollars per occurrence, per officer, official, agent, or Representative involved.

## CAVEAT

**(28) The** aforementioned charges are billing costs deriving from, but not limited to, Uniform Commercial Codes, the Fair Debt Collection Practices Act and this Contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate Secured

Initials: *RKA*

Public Posting
www.getnotice.info/rka.html

Party's rights, privileges, capacities and immunities, as one of the sovereign "People" under the "Constitution for the united States of America", the Honorable "Bill of Rights" and/or "Constitution of the State of Arizona", each of which establishes jurisdiction for you in your normal course of business. All violations against Secured Party will be assessed per occurrence, and individually and personally; Representative of any branch of government, agency, or group that is involved in any unlawful action against Secured Party.

**(29) By** your actions, carried out to Secured Party's harm, said actions being *ultra vires* of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your oath(s) of office or of that of your principal, you shall lack recourse for all claims of immunity in any forum. Your knowing consent and admission of perpetrating known acts by your continued *ultra vires* enterprise is a violation of Secured Party's rights, capacities, privileges and immunities. This **Statute Staple Securities Instrument** exhausts all state maritime Article 1 administrative jurisdictions and protects Secured Party's Article III court remedies, as guaranteed in the Constitution for the united States of America, including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A (including, but not limited to § 242 thereof), and Title 28 U.S.C.A.

## IGNORANCE OF THE LAW IS NO EXCUSE!

**(30) I,** one Richard Kellogg Armstrong, Secured Party am the principal, and you are the agent! Fail not to adhere to your oath(s), lest you be called to answer before one God and one Supreme Court of Exclusive and Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith Oxford Doctrine" by my conclusive honorable "Bill of Rights."

**(31) This Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct in any manner, but rather to protect guaranteed Rights and Defenses assuring that at no time my Unalienable. Rights are ever waived or taken from the undersigned against my will by threats, duress, coercion, fraud, or in any case without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential personal, civil and criminal liability if and when such persons violate Secured Party's Unalienable Rights as protected by the "The Act of Supremacy of 1534", "The Treason Act of 1703", "Magna Carta", "The Treaty of Peace of 1783", the original "Constitution for the united States of America" circa (1787), "Bill of Rights" and/or the "Constitution of the State of Arizona." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is Secured Party's stated standard policy to ALWAYS present this NOTICE to any public or private, officer, official, or agent attempting to violate Secured Party's rights. It is noted on the record that by implication of said presentment, this notice has been tendered by way of registered mail to ARIZONA SECRETARY OF STATE KEN BENNETT. Said presentment is prima facie evidence of your receipt and acceptance of this presentment in both your official and personal capacity, jointly and severally for each and all governmental political and corporate bodies. Any other individuals who have been, are, or hereafter are involved in any actions now existing or that may arise in the future against Secured Party shall only correspond to Secured Party in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. §1746. This document is now on record in the public, being posted at www.getinfo.info/rka.html.

Initials

## SUMMATION

**(32) Should** you move against Secured Party in defiance of this presentment, there is no immunity from prosecution available to you, or any of your fellow public officers, officials of government or private corporations, judges, magistrates, district attorney, clerks or any other persons who become involved in any actions now existing or that may arise in the future against Secured Party by way of aiding and abetting other actors. Take due heed and govern yourself accordingly. Any or all documents tendered to Secured Party, lacking bona-fide ink signatures or dates per Title 18 U.S.C.A. § 513-514 are counterfeit security instruments causing you to be liable in your corporate and personal capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Secured Party, by violating any of the unalienable rights, constitutional rights, civil rights, privileges, immunities, or any terms herein, you agree to willingly, with no reservation of rights and defenses, at the written request of the Secured Party, surrender, including, but not limited to, any and all bonds, public and/or corporate insurance policies; and/or CAFR funds as needed to satisfy any and all claims as filed against you by the Secured Party. This applies to any and all Representatives, severally and individually of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Arizona", i.e., "Republic of Arizona", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or he hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named, the like.

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**(33) This** document cannot be retracted by any Representative, excluding the Secured Party on this registered document, for one hundred years from date notarized on this legally binding **Statute Staple Security Instrument**.

**ATTENTION:** All Representatives of the "united States of America". the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Arizona", i.e., "Republic of Arizona", or to your corporate "UNITED STATES" , "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial States contracting therein, including to the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named, and the like. You have Thirty (30) days to rebut any portion or this entire document, or you stand in total agreement to each and every statement made herein. Non response is agreement. Partial response is agreement. Rebuttal must be in written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed. Parties making rebuttals to this agreement must print or type their full name and sign their rebuttal in blue ink. Any rebuttal to this agreement, when made and delivered to principal must be accompanied with a copy of proper identification for the person making the rebuttal, such as a driver license, passport or birth certificate, a copy of the person's badge and/or other identification that signifies the person's official capacity, and provide the following information: full legal name and residence address; name of department, bureau, agency, or Corporation by which the person is employed or acts as a Representative and the supervisor's name and mailing address; certified copy of the person's oath(s) of office if such is required by law; if the person is a member of the state bar, a certified copy of the person's bar card and license to practice law; if the person is required by law to be bonded, a certified copy of the person's official bond, and the name, address, and phone number of the bonding company; if the person is covered by a corporate insurance policy, a certified copy of the insurance policy, and the name, address, and phone number of the insurance company; if the person is beneficiary of a CAFR, a certified copy of the CAFR policy, and the name, address and phone number of the administrator. This documentation must be provided under penalty of perjury. Notice to Agent is Notice to Principal. Ignorance of the law is no excuse.

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

**(34) ALL OTHER CORPORATIONS** not limited to: telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers retailers, and all others, including all persons natural or fictional, including, but not limited to corporations, limited liability companies, limited liability partnerships, limited and general partnerships, trusts, foundations, DBAs, and AKAs are bound by all paragraphs, terms, and conditions herein, regardless of the nature of limited liability corporation(s) or affiliations such as "DBA's," "AKA's," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

**(35) YOU ARE FINALY NOTICED,** having been given knowledge of the law and your personal financial liability in event of any violations of Secured Party's rights and/or being. This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith notice and grace.

**(36)** Dated this Fourth day of April, in the year of our Lord Two Thousand Nine. This Contract being of honor is presented under the "**Good Faith (Oxford) Doctrine**". Secured Party accepts the Oath(s) of Office of all officers of the Court, including but not limited to the clerk of court; all judges and attorneys from all jurisdictions; all local, state, federal, international law enforcement officers, and all agents of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Arizona", i.e., "Republic of April", or your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF APRIL", or by whatever name same may currently be known or be hereafter named, and the like.

**(37)** Any Representative of the "government of the United States as created in the original Constitution for the united States of America, circa 1787", or of your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America" or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name it may currently be known or be hereafter named, (excluding the "State of Arizona", i.e., "Republic of Arizona"), MAY NOT UNDER ANY CIRCUMSTANCE ENTER ANY PROPERTY AT WHICH SECURED PARTY IS LOCATED, LEASE, OWN, or CONTROL, AT ANY TIME, FOR ANY REASON, WITHOUT SECURED PARTY'S EXPRESS WRITTEN PERMISSION. Violation of this Notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator.

**(38) Attention:** Any and all lending institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and their officers, agents, and employees therein: You have now been notified of the law as to your corporate and personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being of Richard Kellogg Armstrong, Secured Party. This **Statute Staple Securities Instrument** constitutes timely and sufficient warning by Good Faith Notice of your liability regardless of your political affirmations. All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) US Dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty first (31st) day after Default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par value in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 pure silver coin at the US MINT, or by law, whichever is highest in value at the time of the incident. Any dispute over the par value will be decided by the Secured Party, or Secured Party's designee.

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

**(39) Additional Rights and Defenses – Twenty-Five sovereign "People" Magna Carta Grand Jury:** In addition to any other rights or defenses that are afforded to Secured Party by right and by this Contract, the Secured Party has the right to appeal to a "Twenty Five sovereign "People" Magna Carta Grand Jury" for the restoration of property, liberties, or rights of which Secured Party has been dispossessed by an "Oppressing Government" or its Representatives. If Secured Party shall have been dispossessed by the "united States of America", the "government of the United States", the "State of Arizona", or the "UNITED STATES Corporation", or any Representative thereof without a legal verdict of the Secured Party's Peers, of the Secured Party's property, liberties, or rights, even if such taking was by way of lien, levy, attachment, or garnishment, the Oppressing Government entity or Representative thereof shall immediately restore these things to the Secured Party. Should the Oppressing Government or Representative thereof fail to restore the property, liberties, or rights of which the Secured Party has been dispossessed, then the Secured Party may by right bring the matter before four of the sovereign "People" asking for relief from the transgressions of the Oppressing Government or Representative thereof. The four sovereign "People shall petition the Oppressing Government for a redress of grievances, showing to the Oppressing Government its error, and asking the Oppressing Government to cause that error to be amended without delay. Should the Oppressing Government not amend that error within a term of forty (40) days from the time when the petition for redress of grievances is presented to the Oppressing Government, the four sovereign "People" shall refer the matter to the remainder of the "Twenty Five sovereign "People" Magna Carta Grand Jury" and they shall distrain and oppress the Oppressing Government and its Representative by taking their property and possessions in every way that they can, until amends shall have been made according to their judgment. Any citizen of the united States of America, the United States, or of the several States may swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", and with them any such citizen may take the property and possessions of the Oppressing Government. If any citizens be unwilling to swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall make them to swear by the mandate of the "Twenty Five sovereign "People" Magna Carta Grand Jury". At all times the decision of a majority of the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall be considered binding and valid on the whole. And the aforesaid Twenty Five shall swear that they will faithfully observe all the foregoing, and will cause them to be observed to the extent of their power. The Oppressing Government shall obtain nothing from any one, either through itself or through another, by which the powers of the "Twenty Five sovereign "People" Magna Carta Grand Jury" may be revoked or diminished. And if any such thing shall have been obtained, it shall be vain and invalid, and the offending government shall never make use of it either through itself or through another. The judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", both by rule of law longtime standing and by the terms of this Contract, shall not be overturned by court, as there is no higher court in the realm.

Initials: _RKA_

Public Posting
otice.info/rka.html

Name:   Richard Kellogg Armstrong, Secured Party

Country: The "united States of America"

**All property belonging to the Debtor belongs to the Secured Party.  See ATTACHMENT "A."**

Mohave County, Arizona Parcel 109-08-026

Mohave County, Arizona Parcel 120-11-085

Mohave county, Arizona Parcel 120-11-112B

Mohave County, Arizona Parcel 120-11-112C

Yavapai County, Arizona Parcel 102-13-026

Initials *RKA*

Public Posting
www.getnotice.info/rka.html

## NOTICE TO YAVAPAI COUNTY CLERK AND RECORDER

**(40) Pursuant** to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

LS: _Richard Kellogg Armstrong_
Richard Kellogg Armstrong, Secured Party

**SUBSCRIBED AND AFFIRMED:** On this _4TH_ day of _MAY_, 2009 AD before me appeared Richard Kellogg Armstrong, known to me or proved to me on the basis of satisfactory evidence to be the man/woman whose name is subscribed on this **Statute Staple Securities Instrument**. Witness my hand and official stamp, signed, sealed, and delivered by hand, or by private registered or certified mail, drafted by the above Secured Party with attached List of Collateral – Attachment "A".

NS: _____
Signature of Notary Public                           SEAL/TERM

[Notary seal: STEVEN C. BROUGHTON, NOTARY PUBLIC, STATE OF COLORADO, My Commission Expires 04.02.2013]

  We, the undersigned witnesses, do hereby swear or affirm that it is the stated policy of Richard Kellogg Armstrong to present this "LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or Representative of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Arizona", i.e., "Republic of Arizona", or to your "<u>UNITED STATES CORPORATION</u>", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named, and the like, anytime that Secured Party has any interaction with them.

LS: _Bernard John Gryzbyljski jr._
First Witness

LS: _Janice Kay Reynolds_
Second Witness

LS: _Pamela Ellard Mc_
Third Witness

**Attachments: Attachment A - List of Collateral**
                 **Attachment B - Definitions**

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

# Attachment 'A' - LIST OF COLLATERAL

1. All proceeds from Secured Party's labor from every source; from products, works and services, accounts, fixtures, crops, mine head, wellhead, and transmitting utilities, etc.;
2. All rents, wages, and income from every source;
3. All land in which Debtor has an interest, including the soil itself; all minerals atop or beneath the soil surface; all air rights; water rights, all waters on or in the soil or land surface such as a lake or pond, within the land boundaries;
4. All real property and all documents involving all real property in which Debtor has an interest, including all buildings, structures, fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above;
5. All timeshares, interest in rental property, condominiums, cottages, cabins, houses, mansions, and buildings of whatever type and wherever located;
6. All bank accounts foreign and domestic, bank "safety" deposit boxes and the contents therein; personal security codes, passwords, and the like associated therewith, credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
7. All inventory from any source;
8. All machinery, either farm or industrial; all mechanical tools, construction tools, tools of trade;
9. All boats, yachts, and watercraft; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
10. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
11. All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;
12. All animals and all farm livestock; and all things required for the care, feeding, use, transportation, and husbandry thereof;
13. All pets, including cats, dogs, birds, fish, or whatever other of the animal kingdom has been gifted or otherwise acquired; whether kept indoors or outdoors; with all fixtures, vehicles, and housings required for their protection, feeding, care, transportation, shelter, and whatever other needs may arise;
14. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances of any kind, motorized or otherwise, in which Debtor has an interest;
15. All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;
16. All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, ipods, phonograph records, film, video and aural production equipment, cameras, projectors, etc.;
17. All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;
18. All handwritten, printed, and electronic versions of books and financial records of Debtor;
19. All trademarks, registered marks, copyrights, patents, proprietary data and technology, inventions, intellectual property, royalties, good will;
20. All public or private scholastic degrees, titles, credentials, medals, trophies, honors, awards, recognitions, meritorious citations, certificates from apprenticeship training and/or continuing education programs, etc., from whatever source, for whatever trade, occupation, work, or endeavor;
21. All military (Army, Navy, Air Force, Marine, National Guard, etc.) discharge papers, and the like;
22. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;
23. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof; and all other corporal identification factors, and said factors' physical counterparts in any form; and all records, record numbers, and information pertaining thereto;
24. All biometric data, records, information, and processes not elsewhere described; the use thereof and the use of the information contained therein or pertaining thereto;
25. All rights to obtain, use, request, refuse, or authorize the administration of any food, beverage, nourishment, or water, or any substance to be infused or injected into or affecting the body by any means whatsoever;
26. All rights to obtain, use, request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters or might alter the present or future state of the body, mind, spirit, free will, faculties, and self by any means, method, or process whatsoever;

Initials: _RKA_

27. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery. or devices related thereto;

28. All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia: cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution;

29. All rights to barter, buy, contract, sell, or trade any kind of asset, product, tool, item of value, property, ideas, services, work, or time, whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, private money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

31. All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile; and to be free from requirement to apply for or obtain any government license or permission, permit and otherwise; and to be free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period;

32. All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

33. All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, any vaccinations, or permission of any kind whatsoever;

34. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

35. All rights as outlined in the "Constitution for the united States of America" and the Honorable "Bill of Rights", and the Constitution of the State of Arizona;

36. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgement of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition government for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either "public" or "private" sources;

37. All rights to keep and bear arms for defense of self, family, and parties entreating physical protection of person or property;

38. All rights to keep and bear arms for hunting and target shooting of any kind;

39. All rights to protect myself and my family from any animals that threaten my/our safety or well being or my/our property, or that cause a nuisance to me/us, by using deadly force against any such animals;

40. All rights to exercise dominion over the earth and the resources of the earth;

41. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

42. All rights to create, carry, and use private documents of travel of any kind whatsoever, inter alia: those signifying diplomatic status and immunity;

43. All rights to make video and/or audio recordings of all interactions between me and any local, state, federal, international government officials of any kind whatsoever including the right to bring all necessary video/audio recording equipment into government buildings as necessary;

44. All rights to obtain or be presented with a certified copy of the Oath of Office of any government official with whom I interact;

45. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e., body, mind, spirit, free will, faculties, and self;

46. All rights to privacy and security in person and property, inter alia: all rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to Debtor or any household or sanctuary dwellers or guests, from governmental, quasi-governmental, de facto government, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

47. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

48. All intellectual property, inter alia: all speaking and writing; All thoughts, beliefs, world views, emotions, psychology, etc.;

49. All signatures and seals;

50. All signatures on all applications for and all value associated with all licenses foreign and domestic;

51. All present and future retirement incomes and rights to such incomes issuing from all accounts;

52. All optical, medical, and health equipment, supplies, devices, etc.

53. All present and future medical and healthcare rights; and rights owned through survivorship, from all accounts;

54. All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia: all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, records and records numbers, and the like;

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

55. All signatures on all applications for and all value associated with all library cards;
56. All memberships in private associations, etc.
57. All credit records, credit and repayment history, credit scores, lender records, creditworthiness, trade credit, credit, charge, and debit cards, mortgages, notes, applications, card numbers, and associated records and information, etc;
58. All credit of Debtor;
59. All signatures on and all value associated with all traffic citations/tickets;
60. All signatures on and all value associated with all parking citations/tickets;

61. All value from all court cases and all judgments, past, present, and future, in any court whatsoever; and all bonds, orders, warrants, and other matters attached thereto or derived therefrom;
62. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts; and any storage boxes, receptacles, and depositories within which said items are stored;
63. All tax correspondence, filings, notices, coding, record numbers, all benefit from Debtor's social security account; and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;
64. All bank accounts, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, all retirement plan accounts, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, securities, benefits from trusts, 401-K's, and the like;
65. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds; and all records and records numbers, correspondence, and information pertaining thereto or derived there from;
66. All stockpiles, collections, buildups, amassment, and accumulations, however small, of Federal Reserve Notes (FRNs), gold certificates, silver certificates; and all other types and kinds of cash, coins, currency, and money delivered into possession of Secured Party;
67. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds; and all related storage facilities and supplies;
68. All fitness and/or sports equipment intended to increase vitality, fitness, and health; and whole food complexes, vitamin, mineral, and other supplements to the diet for the same health and fitness purposes; and all juicers, grinders, dehydrators, and storage and delivery devices or equipment;
69. All products of and for agriculture; and all equipment, inventories, supplies, contracts, and accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;
70. All plants and shrubs, trees, fruits, vegetables, farm and garden produce, indoors and out, watering devices, fertilizers and fertilizing equipment, pots, collections of plants, e.g., bonsai, dry or live assortments of flowers and plants, or anything botanical;
71. All farm, lawn, and irrigation equipment, accessories, attachments, hand tools, implements, service equipment, parts, supplies, and storage sheds and contents;
72. All fuel, fuel tanks, containers, and involved or related delivery systems;
73. All metal-working, woodworking, and other such machinery; and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;
74. All camping, fishing, hunting, and sporting equipment; and all special clothing, materials, supplies, and baggage related thereto;
75. All rifles, guns, bows, crossbows, other weapons, and related accessories; and the ammunition, reloading equipment and supplies, projectiles, and integral components thereof;
76. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, towers, etc.; and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;
77. All power-generating machines or devices; and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining to or attached thereto;
78. All devices, engines, fixtures, fans, plans needed for the production or storage of electrical energy;
79. All computers and computer systems and the information contained therein; as well as all ancillary equipment, printers, and data compression or encryption devices, processes, and processors;
80. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;
81. All water rights, all water wells and well-drilling equipment; and all ancillary equipment, chemicals, tools, and supplies;
82. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;
83. All building materials and prefabricated buildings; and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;
84. All communications and data; and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;
85. All artwork and supplies, paintings, etchings, photographic art, lithographs, and serigraphs, etc.; and all frames and mounts pertaining to or affixed thereto;
86. All food; and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage.

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

87.  All construction machinery; and all ancillary equipment, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

88.  All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

89.  The Last Will and Testament from any source;

90.  All inheritances gotten or to be gotten;

91.  All wedding bands and rings, watches, and jewelry;

92.  All household goods and appliances, linen, wardrobe, toiletries, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques, etc.;

93.  All musical instruments, whether new or old, including brass, woodwinds, percussion, strings, pianos etc.;

94.  All children's toys, clothing, playthings, and possessions of any type or amount;

95.  All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired; and all books and records thereof and therefrom; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

96.  All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like; and all books and records pertaining thereto; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

97.  All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, Debtor or Secured Party, whether received or not received;

98.  All telephone numbers;

99.  All signatures on all applications for and all value associated with all certificates of birth documents of the Secured Party, and all said documents themselves;

100. All signatures on all applications for and all value associated with all certificates of birth documents of all children and grandchildren of the Secured Party; and all said documents themselves;

101. All signatures on all applications for social security numbers, and all value associated with all accounts;

102. All signatures on all applications for social security numbers, for all children and grandchildren of the Secured Party, and all value associated with all accounts;

103. All value associated with the private contract trust account number of the Secured Party;;

104. All value associated with the private contract trust account numbers of all children and grandchildren of the Secured Party: Redacted Numbers for children and grandchildren;

105. All signatures on all applications for and all value associated with Debtor's ARIZONA Driver License;

106. All signatures on all applications for and all value associated with all passports for the Secured Party, children and grandchildren;

107. All documents as recorded in the public record by and for the Secured Party as indicated herein;

108. All signatures on all applications for and all value associated with all marriage licenses;

109. All private marriage contracts;

110. All signatures on all applications for and all value associated with all professional licenses;

111. All private addresses of the Secured Party as indicated herein;

112. All signatures on all applications for and all value associated with all public addresses;

113. All private, registered, bond/account numbers; and all bonds and notes tendered to any and all entities, including the Department of the Treasury, banks, creditors, corporations, etc., identified by the following numbers:
   a.   RKAIB0001-RKAIB9999;
   b.   RKAOB0001-RKAOB9999;
   c.   RKABPN0001-RKABPN9999;

114. The following United States Postal Service Registered Mail Numbers: RB 066 173 046 US, RB 066 173 032 US, RB 066 173 029 US,RB 066 173 015 US, RB 066 173 001 US, RB 066 172 995 US, RB 066 172 981 US, RB 979 946 764 US, RB 979 946 778 US, RB 979 946 804 US.

115. All documents registered at: http://www.getnotice.info/rka.html now and in the future:

116. Financing Statement and Security Agreement;

117. Financial Statement;

118. Trade Name ID Number: Cabo Corporation, Document number: EIN 86-0692033, Arizona Secretary of State;

119. Any and all property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of the Secured Party.

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

# ATTACHMENT 'B' - LEGAL DEFINITIONS

1. **Abuse of Authority**: Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals, any right, benefit, protections, or privilege, as protected by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of Arizona." This includes arrest or detainment without documented evidence that a lawful crime has been committed by the Secured Party. This includes use of restraint devices on the Secured Party and/or physical abuse that makes any marks, scars, cuts, abrasions, or the like. This also includes denial of lawful Due Process, Habeas Corpus, Excessive Bail, Unlawful Arrest, Unlawful Detention, or the like, as outlined in this Contract.

2. **Abuse of Due Process**: Means any action against the Secured Party, when said action does not abide by all the rights and defenses contained in or represented by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Arizona." This includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any Representative of the "government of the United States" or the "UNITED STATES Corporation".

3. **Agency, Entity, Department, Sub Division, Subsidiary, Contractor, Employee, Inspector, Investigator, Organization, Officer, Official, Agent, Branch of Government, Group, Authorized Representative, Policeman, Police Officer, Participant**: Means any person, Corporation, or entity of any kind, which works for, is compensated all or in part by, receives funds or collects funds for, contracts with, receives any benefit from, receives any privilege from, participates with, has allegiance to, or in any way has a relationship with, the "government of the United States" or the "UNITED STATES Corporation" or any of its subsidiaries, sub-Corporations, departments, or agencies, etc. The word "**Representative**" where used in this Contract, shall have the same meaning.

4. **Aiding and Abetting**: Means the efforts of any Representative of the "government of the United States" or the "UNITED STATES Corporation" or officer of the court to assist another of the same to hinder, coerce, restrict, resist, suppress, or deprive in any way, the Secured Party from receiving any and all rights, benefits, privileges, as provided by the Constitution for the united States of America, the Bill of Rights, and/or the "Constitution of the State of Arizona" or that would normally be offered to a citizen of the United States or of the State of Arizona. This also includes the provisions as provided in item # 57 **Racketeering** and suppression of evidence.

5. **Artificial Person**: Means a fictitious entity that was created by the "government of the United States" or the "UNITED STATES Corporation" for transacting in commerce. This artificial Man or Strawman is represented by the all capital letter name that appears to be spelled the same as the name of the Natural Man or Woman. When the Artificial Person is used in commerce by the Secured Party, it is a transmitting utility.

6. **Assault and Battery with Weapon**: Means any use of, threatened, or perceived use of any weapon, against Secured Party, by any Representative of the "government of the United States" or the "UNITED STATES Corporation" that creates an atmosphere of fear for the Secured Party. This includes non lethal weapons, such as tazers, stun guns, mace, pepper spray, any chemical used to incapacitate, rubber bullets, shock force weapons, electronic weapon or any other type of weapon that may be used to control or to create fear. If a conflict arises about the events, the version told by the Secured Party will be accepted as truth and will not be contested.

7. **Assault and Battery without a Weapon**: Means the verbal abuse or physical contact, of any kind, upon the Secured Party without the express voluntary written consent of Secured Party. If a conflict arises about the facts involving the incident, the version as told by the Secured Party will be accepted as truth, without question, and will not be contested.

8. **Bill of Rights**: Means, for the purposes of this Contract, the original "Bill of Rights" of 1791 to the "Constitution for the united States of America" circa 1787.

9. **Clerk of the Public Record**: Means any clerk who records documents on the public record and who is employed by a city, county, state, municipality, federal government, international, multi-national, multijurisdictional Corporation.

10. **Coercion or Attempt to Coerce**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to threaten, intimidate, deprive, conceal, or in any way prevent the Secured Party

Initials: _RKA_

**Public Posting**
www.getnotice.info/rka.html

from receiving and/or enjoying any right, or privilege that is granted, outlined, or secured by the "Constitution for the united States of America" the Honorable "Bill of Rights", "Constitution of the State of Arizona.", or allow another to do so.

11. **Concealment**: Means withholding or keeping information that should normally be revealed, about property and/or rights from the Secured Party. This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the Secured Party. No officer of any court or Representative of the "government of the United States" or the "UNITED STATES Corporation" may conceal any law and/or any evidence of any kind that is considered relevant by the Secured Party, and/or fail to disclose any law that benefits the Secured Party.

12. **Conspiracy**: Means the cooperation of two or more persons working together to, restrict, suppress, inhibit, or in any way deprive the Secured Party of any right, benefit, or privilege that would ordinarily be offered by the Constitution for the united States of America, the Bill of Rights, and/or "Constitution of the State of Arizona." and/or to a citizen of the United States or of the State of Arizona. This also includes the provisions in item # 57. "**Racketeering**".

13. **Contract**: Means any agreement in writing that has been offered for review and acceptance by another party, wherein the offering party has ten (10) days or more, or as stipulated in the contract, to review and respond, accept or rebut, any provisions of the contract, as indicated in the contract. Non Response on the part of the receiving party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in said contract. Rebuttal by the receiving party of any provision of the contract by any means other than those as are indicated in the contract will be non response. Return of the contract unopened and/or without review will be acceptance of all conditions of said contract. Recording the contract with the clerk of court or any public records officer will be a lawful offer and notification and will be presentment to all officers of the court in that state or county. Notice to Agent is Notice to the Principal and Notice to the Principal is notice to the Agent.

14. **Corporate Capacity**: Means acting for, or on behalf of, a Corporation, or government entity, while under law or color of law.

15. **Corporate Fiction**: A Corporation, a creation of the law that does not actually exist in nature, like a natural man or woman; a legal entity that is false and not real, but which the law assumes to be true.

16. **Corporation**: Means any Representative, agency, sub-Corporation, contractor, or any person or entity that is employed by, receives or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the "government of the United States" or the "UNITED STATES" Corporation".

17. **Constitution for the united States of America**: Means, for the purpose of this Contract, "The Constitution for the united States of America" circa 1787, as opposed to the "Constitution of the UNITED STATES" Corporation circa 1868.

18. **Counterfeiting Statute Staple Securities Instruments**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to copy, duplicate, replicate any document that has "Statute Staple Securities Agreement" typed, printed, or hand written anywhere on the document, without the express written voluntary permission of the document's owner who is the Secured Party who filed said document in the public record, or is in possession of said document, or who is the maker of said document. If a dispute about permission to duplicate arises, the statements of the Secured Party will be accepted as fact without question and will not be contested.

19. **County or City**: Means any subdivision of any State of the "united States of America." This term excludes any jurisdiction, zone, or territory of the "UNITED STATES Corporation" unless described by the Secured Party in all CAPITAL letters. Any dispute over any errors contained in spelling or grammar will be resolved at the discretion of the Secured Party and will not be challenged by any Representative of the "UNITED STATES Corporation".

20. **Cruel and Unusual Punishment**: Means physical violence of any type or form that is used against a Secured Party that causes visible physical injury, i.e., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains,

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, or any other type of physical stress to the body; or any chemically induced altered mental state of the Secured Party. This also includes any attempt to incarcerate, restrain, question, detain, withholding food when requested, withholding drink when requested, withholding medications as requested, withhold use of bathroom facilities and supplies when requested, withhold reading and writing materials, withholding communication with friends, family, legal counsel, and religious counsel, withholding proper clothing as needed for comfort, withholding blankets when requested, withholding hot and cold water for showers, withholding freedom when requested. This also includes ridicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

21. **Defacing**: Means the changing or altering the appearance of an item. This also includes changing or altering the meaning of laws, rights, property, documents, or any other thing that has value as determined by the Secured Party.

22. **Denial of Due Process**:  Means any attempt by any officer of the court and or the "government of the United States" or the "UNITED STATES Corporation" to deny, deprive, restrict, prevent, or in any way inhibit the proper Due Process to any Secured Party as outlined in the "Constitution for the united States of America" the Honorable "Bill of Rights, and/or the "Constitution of the State of Arizona." Any public law, statute, regulation, ordinance, home rule, etc., that is incompatible with the Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Arizona", is null and void and will not be used in any action against any Secured Party.

23. **Deprivation of Rights or Property**:  Means the concealment, keeping from, hiding, obstructing of any rights, property, privileges or immunities that are outlined or protected by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of Arizona."

24. **Destruction of Property**:   Means any alteration, damage, deprivation, defacing, removing, changing, breaking, separating, removing parts from, erasing of files from, throwing, shooting, kicking, stomping, smashing, crushing, or the like of any property belonging to or in possession of the Secured Party.

25. **Disrespect**: Means anything said or written to me, about the Secured Party that Secured Party does not like, including body language, or anything that makes Secured Party or any reasonable man uncomfortable, or have fear. Disrespect also means any action or inaction by the Government or any of its Representatives that serves to belittle or refuse to acknowledge or protect the Legal Status of Secured Party as one of the sovereign "People", or Secured Party's rights, capacities, privileges, and immunities attached to Secured Party's Legal Status.

26. **Encroachment**: Means to invade, intrude, or in any way prevent the Secured Party from enjoying the full and complete use of property, including the acts of trespass; impeding ingress or egress to the property of the Secured Party; or limiting the ability of the Secured Party to freely access, claim, hold, possess, use, convey, sell, rent, lease, barter, exchange, or in any way make full and unfettered use of his property.  This includes the placing or filing of an unlawful lien, levy, burden, charge, liability, garnishment, attachment or encumbrance against any and all property including wages, salaries, stocks, bonds, bank accounts (foreign or domestic), savings accounts, contents of safety deposit boxes, gold, silver, notes, insurance funds, annuities, retirement accounts, social security benefits, motor vehicles, automobiles, recreational vehicles, land, real estate, homes, structures, roads, driveways, personal property of any kind that is held by title, deed, contract, agreement (written or verbal), or is in possession of the Secured Party. This includes, but is not limited to, traffic stops, searches of vehicles, home invasion, confiscation of any lawful property owned by, in possession of, or under the control of the Secured Party.

27. **Ens Legis**: In this Security Agreement, the term "*ens legis*" means a creature of the law; an artificial being, such as a Corporation, considered as deriving its existence entirely by the law, as contrasted with a natural person/natural man or woman.

28. **Excessive Bail**: Means any amount of bail set at an unreasonable rate as per the 8th amendment of the Constitution for the united States of America. This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed.  This also means that if the Secured Party has lived in a community

Initials:

Public Posting
www.getnotice.info/rka.html

or has lived in one community or area for more than one year, provided that he has not recently moved within a year, works a regular job, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk, or a threat to society. If the Secured Party can produce at least four (4) affidavits stating that he lives, works, and is involved in his community, or the prior community in which he lived, he must be released on his own recognizance without any bail required. This provision does not apply to anyone charged with rape, murder, or violent crimes against women, or children.

29. **Failure to Charge within Forty Eight (48) Hours**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to delay, inhibit, prevent, or in any way stop a Secured Party from being lawfully charged by the court within forty eight (48) hours of arrest.

30. **Failure to Identify**: Means any time the Secured Party has interaction with any Representative of the "government of the United States" or the "UNITED STATES Corporation", the Representative must, upon request of the Secured Party, provide proper identification, written proof of authority, state what his business is with the Secured Party, complete a public servants questionnaire in advance of arrest or detention, provide documentation properly identifying the officer or respondeat superior's name and contact information, and any other relevant information as requested by the Secured Party. The officer may not detain the Secured Party for more than ten (10) minutes while he obtains this information.

31. **Failure to Respond**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to ignore, inhibit, withhold, delay, or deny a request for information from a Secured Party.

32. **False Imprisonment**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to incarcerate any Secured Party against his will and/or against any and all protections of the laws and provisions of the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of Arizona."

33. **Federal Zone**: See - "**Jurisdiction of the "Government of the United States" and of the "United States Corporation""**

34. **Freedom of Speech**: Means the right to speak open and plainly without the fear of reprisal. This includes the right of the Secured Party to speak at hearings and trials, before magistrates, judges, officers of the court, Representatives, or the like, the "government of the United States" or the "UNITED STATES Corporation". It also means that no attempt to suppress this right will be made by any officer of the court, Representatives, or the like of the "government of the United States" or the "UNITED STATES Corporation". No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Secured Party.

35. **Government**: Means the "united States of America", "government of the United States", the "United States Corporation", the "State of Arizona" (i.e., the "Republic of Arizona", or the "STATE OF ARIZONA".

36. **Government of the United States**: The term "government of the United States", when used in this Contract, means the government that was originally established in the "Constitution for the united States of America" adopted in 1787, and does not include any "imposter government" known by any name whatsoever, no matter how similar in spelling the name of any such "imposter government" may appear to be to the spelling of the name of the constitutionally authorized "government of the United States". It is to be noted that the term "United States" as used here is "plural" and not "singular" in number, as is the name "UNITED STATES" used by the "imposter government" (i.e., "UNITED STATES Corporation") now _acting_ as the "government of the United States'.

37. **High Treason**: Means the offense of attempting by overt acts to overthrow the sovereign or King (i.e., the "People") to which the offender owes allegiance. Any effort by the Government or any of its Representatives to deny the Secured Party any of the rights, privileges, capacities or immunities that rightfully belong to the Secured Party in his

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

legal capacity as a holder of a joint tenant share of the sovereignty of the united States of America and/or the State of Arizona shall be High Treason against the Sovereign Secured Party.

38. **Ignore:** Means to refuse or in any way to deny a lawful request for an officer to complete legal documents that will provide information when requested by the Secured Party.

39. **Illegal Arrest:** Means same as above item # 79, **"Unlawful Arrest".**

40. **Personal Capacity:** Means acting on one's behalf, in one's individual capacity, to do a thing. A Representative acting under law or color of law and *ultra vires* of the Representative's official capacity as assigned by the law, or acting in violation of his/her oath(s) of office take on personal liability.

41. **Interpretation:** Means if any conflict arises concerning the definition of any of the terms and or conditions of this Contract, the conflict concerning the meaning of the term or condition will be decided by the Secured Party. Secured Party's decision will be final and not subject to review or argument. No liability or penalty will be incurred by the Secured Party due to his interpretation of such terms and or conditions.

42. **Interstate Detainer:** Means the same as unlawful detainer as when involving the Secured Party and involving more than one Representative, agency or STATE of the "government of the United States" or the "UNITED STATES Corporation", or any Representative who has any agreement with, contract with, or permission to act on behalf of any municipal Corporation of the "government of the United States" or the "UNITED STATES Corporation" or any subsidiary or sub-Corporation thereof.

43. **Jurisdiction of the "Government of the United States" and of the "United States Corporation"** (If indeed the later has any jurisdiction at all.): The constitutionally authorized "Government of the United States" is recognized by the Secured Party as having exclusive legislative jurisdiction only over the following geographic areas: **1.** The District of Columbia, as authorized by Article 1, Section 8, Clause 17 of the Constitution for the united States of America; **2.** Federal enclaves within the States, such as land, property or buildings which the Government of the united States of America has purchased by the consent of the legislatures of the States for purposes of erecting forts, magazines, arsenals, dock-yards, and other needful buildings, as authorized by Article 1, Section 8, Clause 17 of the Constitution for the untied States of America; and **3.** Territories and possessions belonging to the Government of the United States, as authorized by Article 4, Section 3, Clause 2 of the Constitution for the united States of America. The imposter government - "UNITED STATES Corporation" - while having no real jurisdiction, as no jurisdiction has been lawfully granted, can nevertheless have no claim, even under color of law, to exercise jurisdiction except in those areas where the constitutionally authorized "Government of the United States" has been granted jurisdiction by the sovereign people. The area just described over which the "Government of the United States" lawfully" exercises jurisdiction is also referred to as the "Federal Zone", and all private property held by the Secured Party, which properties are located outside of the Federal Zone are therefore outside of the jurisdictions of the "Government of the United States" and the "UNITED STATES Corporation". Additionally, the constitutionally authorized "Government of the United States" is recognized by the Secured Party as having jurisdiction only as to those matters which the sovereign people, through their several State governments gave to the "Government of the United States", which powers are exclusive as to the powers not granted by the sovereign people through their several State governments and powers reserved to the States by the 10[th] Amendment to the Constitution for the united States of America. These are the facts and may be presented in any court by affidavit of the Secured Party, where any property or property interest belonging to Secured Party is involved in any interaction with the "Government of the United States" or the "UNITED STATES Corporation" or any of its Representatives, as outlined in this Contract.

44. **Lawful 4th Amendment Warrant:** Means a warrant that follows the provisions of the fourth amendment to the original "Constitution for the united States of America." This warrant must not deter from the exact procedures as outlined by the Fourth Amendment.

45. **Legal Counsel:** Means anyone that the Secured Party chooses to have as legal assistance of counsel, whether counsel is licensed or not, or members of the Bar Association. Counsel may assist, represent, speak on behalf of, write cases

Initials: 

Public Posting
www.getnotice.info/rka.html

for, or perform any act in or out of court for the Secured party without any hindrance, threat, prosecution, charge, repercussion from any officer of the court, or Representative of the "government of the United States" or the "UNITED STATES Corporation", or any Representative thereof.

46. **Legal Status**:  Means the two classes of Natural Men and Women recognized in the Constitution for the united States of America – "People" and "Persons".  Legal Status in the united States of America defines the rights, duties, capacities, incapacities, privileges, and immunities assigned to each legally recognized class of natural persons. Legal Status also determines to a large degree the type of "Citizenship" to which each class legally recognized class of natural persons is assigned.  See definitions for "People" and "Persons" below.

47. **Natural Man or Woman**:  Means a sentient, flesh and blood, living, breathing, biological man or woman, created by God, as represented by the Upper and Lower Case Name. including "Natural Man or Woman," or "Real Man," or "Real Woman," or "Real Man/Woman."  This is not to be confused with the Fictitious Legal Entity that was created by the STATE that is represented by the All Capital Letter Name.

48. **Natural Man or Woman Secured Party**: Means any flesh and blood, living, breathing Man or Woman, created by God.  This is not to be confused with the Fictitious Legal Entity that was created by the "government of the United States" or the "UNITED STATES Corporation", and is represented by an ALL CAPITAL LETTER NAME.  Any attempt to notify any Representative of the status of the Secured Party will be sufficient notice.  Sufficient notice will be determined by oath, statement, or affidavit by the Secured Party; and the validity of such will not be challenged by any officer of the court.

49. **Obstruction of Justice**:  Means any attempt by any officer of the court or Representative of any agency that represents the "government of the United States" or the "UNITED STATES Corporation", or any of its subdivisions, agencies, contractors, etc., to deprive, hinder, conceal, coerce, threaten the Secured Party in an attempt to prevent his any and every opportunity to legally/lawfully defend him/herself by attempting to produce and file lawful documents, and or testimony, to officers, judges, magistrates, the court, clerk of court, or Representatives, in order to settle any legal/lawful controversy.  This also includes any attempt by a judge or officer of the court from hindering the Secured Party from filing, admitting, presenting, discussing, questioning, or using any evidence, document, paper, photographs, audio and/or video recordings, or any other type of evidence that they desire to submit as evidence in any type of court proceeding.  The determination of what is evidence and what will be admitted is to be solely determined by the Secured Party.  Any evidence will be tried on merits of the lawful content and validity.  Any judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds, insurance, property, CAFR funds, corporate property, bank accounts, and savings accounts of value to the Secured Party upon written demand and surrender all rights to and defenses against said property.  This also includes evidence that is supported by case law.  This includes attempts by any officer of the court from making motions, order such as Gag Orders or any other means of keeping information suppressed from the public or the official record.  The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Secured Party. This also includes the provision as indicated in item # 57 "**Racketeering**".

50. **Oppressing Government**: Means any Government or Representative thereof that shall have transgressed against Secured Party or any of Secured Party's property, rights, privileges, capacities, or immunities in any respect.

51. **Peers**: Means a natural man or woman who is one of the sovereign "People".

52. **People**: The "People" are those natural men and women who hold the sovereignty in joint tenancy in the united States of America and the several States, by virtue of the Treaty of Peace of 1783, signed by His Most Royal and Dread Sovereign Majesty, King George the 3rd, and its two addendums signed by the then Kings of Spain and France. The "People" are those who were the free inhabitants in the several States and their posterity (paupers, vagabonds and fugitives from justice excepted), who ordained and established the "Constitution for the united States of America" in 1787 and the Bill of Rights of 1791, for themselves and their posterity, and who established the constitutions for the several states, reserving unto themselves and their posterity the sovereignty of both the united

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

States of America and the several states. The "People" are not citizens of or subject to the jurisdiction of the "government of the United States", as created in the original "Constitution for the united States of America", circa 1787, or to your "UNITED STATES Corporation", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named, and the like. The "People" are citizens first of the State in which they reside, and second of the united States of America.

53. **Person:** The word "Person", when used in this Contract and written in upper and lower case letters, shall mean a natural man or woman, and not an incorporeal person. Further, a "Person" is distinguished from a "People", in that the "People", hold the sovereignty in the united States of America (see: "People" # 48), and the "Persons" derive all of their rights and privileges from the "People", through the Constitution for the united States of America and the Constitutions for the several States. The "Persons" are identified in the Constitution for the united States, first at Article 1, Section 9, Clause 1, their rights and privileges and defenses and protections are defined at Amendment Five of the Bill of Rights, and their duties and citizenship status are defined at Amendment Fourteen of the Constitution for the united States of America.

54. **Presumption:** Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on the Secured Party. No presumption shall prevail against the Secured Party without lawful, documented evidence that supports the presumption which is certified by the officers of the court, on and for the record, under penalty of perjury.

55. **Public Record:** Means any record or document placed into the public by the Secured Party. For example, when this document is placed on record in the public by being posted at www.getnotice.info/rka.html, it becomes a public record.

56. **Purchase Price:** Means the new replacement costs of items of property at the time of replacement. This includes locating, packing, shipping, handling, delivery, set up, installation, and any other fee associated with total replacement of property.

57. **Racketeering:** Means any attempt by any two or more officers of "government of the United States" or the "UNITED STATES Corporation", to restrict, suppress, coerce, manipulate, inhibit, or in any way deprive the Secured Party from receiving every right, benefit, or privilege or exercising every immunity that is outlined by the Constitution for the united States of America, the Honorable "Bill of Rights, and/or the "Constitution of the State of Arizona.". This also includes any effort by the officers of the court or any Representative of "government of the United States" or the "UNITED STATES Corporation", to hinder in any way the introduction of evidence, law, facts, affidavits, statements, witness testimony, or any information that is considered relevant by the Secured Party, or any attempt to prevent a jury from hearing this evidence. This also includes any attempt to prevent this evidence from being heard in a public forum and before any and all members of the general public, as many as can be accommodated by the main courtroom. All hearings, tribunals, or trials will be held in a public place; and any and all members of the general public will be allowed to attend, without restriction. This also includes questioning and/or interrogation by police officers before, during, and after an arrest.

58. **Reckless Endangerment:** Means any attempt by any officer of the court or Representative of "government of the United States" or the "UNITED STATES Corporation", as defined herein, to endanger, attempt, or threaten to attempt to endanger the life or property of the Secured Party. This includes dangerous driving in a car, use or threatened use of lethal or non lethal weapons or chemicals, improper use of restraint devices, use of restraint devices on a non-combative Secured Party. If a conflict arises as to whether or not reckless endangerment has occurred, the version of the Secured Party will be considered as truth.

Initials: _KKR_

Public Posting
www.getnotice.info/rka.html

59. **Representative**: Means any agent, agency, department, officer, investigator, entity, subsidiary, sub-Corporation, contractor, employee, inspector. individual or Corporation that has any affiliation, association, collects or distributes funds for, does any task for, receives any benefit or privilege from, etc., of or for "government of the United States" or the "UNITED STATES Corporation", or anyone, or anything that represents the interests of, or is being funded by, or receives funds from, or has any attachment to "government of the United States" or the "UNITED STATES Corporation", or any of their Representatives, sub divisions or sub-Corporations.

60. **Rights and Defenses**: Means Secured Party's legal and/or lawful right and/or ability to defend himself/ herself in any action. Upon agreement, the defendant in an action may give up his right to defend himself/herself in a given action. This includes tacit agreement or agreement by default; and the Secured Party is never the defendant.

61. **Right to Speedy Trial**: Means trial will commence within 90 days of the date of arrest.

**Right to Travel**: Means the right to freely move about and/or control any type of craft by whatever means, via land, sea, or air, without any interference by any Representative of "government of the United States" or the "UNITED STATES Corporation", that in any manner willfully causes adverse affects or damages upon the Secured Party by an arrest, inhibition, detainment, restraint, deprivation or prevention.

62. **Secured Party**: In this Contract, the term "Secured Party", means a "Secured Party Creditor", which means Richard Kellogg Armstrong, a natural, living, Breathing flesh-and-blood man or sentient being as against a juristic person created by legal construction.

63. **State**: The word "State", which is distinguished in this Contract by being written in upper and lower case letters, means any of the fifty independent sovereign nations, states and republics which make up the Union and are commonly referred to and known as states of the "united States of America" (For example: the "State of Arizona", i.e., "Republic of Arizona"), which use of the word "State" is not the same as a "STATE" of the "UNITED STATES Corporation" and any such "State" is not a creation or subdivision thereof, and is not subject to the jurisdiction thereof.

64. **STATE**: The word "STATE", which is distinguished in this Contract by being written in all upper case letters, means any of the de facto compact (Corporate) commercial states contracting within the "UNITED STATES Corporation", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, by way of example, including, but not limited to the "STATE OF ARIZONA", or by whatever name same may currently be known or be hereafter named. STATES are a part of and subject to the jurisdiction of the "UNITED STATES Corporation", and are not States of the "united States of America". As a condition of this Contract, the Secured Party will determine **1**. Whether or not any State is a part of the "UNITED STATES Corporation", and **2**. Whether the alleged offense occurred within the limits of the "UNITED STATES Corporation", and such determination will never be challenged by any Representative of the "UNITED STATES Corporation". A violation of this provision will be # 78 Unlawful Determination and punishable as indicated by this Contract.

65. **Statute Staple Securities Instrument**: Means a registered (by way of the post office registered mail) bond, statute, which establishes a procedure for settlement of commercial debt or obligation of record. This also establishes the law as it relates to the Secured Party, being one of the sovereign People, who sits in the office and person of the King.

66. **Strawman**: In this Security Agreement the term "strawman" means the Debtor, i.e., RICHARD KELLOGG ARMSTRONG, and any and all variations and derivatives of the spelling of said name except Richard Kellogg Armstrong; a front, a third party who is put up in name only for participating in a transaction. The "strawman" is synonymous with # 70. "Transmitting Utility".

67. **The Placing or Filing of an Unlawful Lien, Levy, Burden, Charge, Liability, Garnishment, Encumbrance, or Attachment**: Means any attempt by any Representative of "government of the United States" or the "UNITED STATES Corporation", to place a lien, levy, garnishment, or attachment on the property or collateral of the Secured Party. Any such Representative must first prove his authority to do so by lawfully documented evidence, furnishing

Initials: _RKA_

Public Posting
www.getnotice.info/rka.html

all documents, forms, and papers as necessary to prove his authority to do so to a neutral Three (3) Notary Panel, hereinafter referenced as The Panel, selected by the Secured Party. Said Representative must guarantee in writing that the Representative signing said documents will be personally liable for any damage(s) due to his unlawful and/or illegal actions. He must supply bonds or other lawful funds to be held in trust by The Panel until The Panel determines if any actions of the Representative have violated any laws or caused damage to the Secured Party. The Panel will have the sole power to determine if any damage(s) has occurred and will release the funds according to The Panel's adjudication. The decision of The Panel will be final with no recourse. The surety bonds and/or funds held in escrow by The Panel must be at least four (4) times the estimated value of the property that is liened, levied, garnished, or attached. The assessment of value will be recorded via affidavit by the Secured Party and delivered to The Panel. The Panel's determination and the assessment thereof will be accepted as truth without question or recourse. Said Representative agrees to surrender, including, but not limited to, any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said Representative by the Secured Party. Said Representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the Secured Party until such time as a determination has been made by a jury of twelve of the Secured Party's Peers as defined herein. In the event that a jury of twelve of the Secured Party's Peers cannot be convened or has not been convened within sixty (60) days from the date of the order of the lien, levy, attachment, or garnishment, any action against the Secured Party shall be dismissed with prejudice; and every lien, levy, attachment, or garnishment shall be released within ten (10) days and all property rights restored, unencumbered. The Representative who has authorized said lien, levy, attachment, or garnishment agrees to surrender any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said Representative.

68. **Trespassing/Trespass:** Means the entry into, or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barns, sheds, caves, structures, lands, storage areas, tunnels, automobiles, trucks, safe houses, underground shelters, automobiles, motor vehicles, recreational vehicles, boats, planes, trains, ships, containers, vans, heavy equipment, farm implements, culverts, driveways, trees, yards, real property, real estate, land, etc., of the Secured Party without Secured Party's express written permission, or without a lawfully executed fourth (4th) amendment warrant, and any and all Representatives of "government of the United States" or the "UNITED STATES Corporation", will fully and completely observe any and all protections as outlined in the Constitution for the united States of America, the Honorable "Bill of Rights, and/or the "Constitution of the State of Arizona." Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in this Notice and Demand document. Secured Party solemnly swears and affirms that Secured Party does not have any illegal contraband on Secured Party's property; Secured Party has never had any illegal contraband on or around my property and never will. Secured Party simply does not allow it on Secured Party's property. Any contraband if it is found on my property will have been introduced by the officers or agents during time of trespass. Contraband or illegal items if they are found in a search do not belong to Secured Party and may not be used in any attempt in any claim against me. Any and all Representatives of the "government of the United States" or the "UNITED STATES Corporation", will be held individually and personally liable for the full amount of damages as outlined in this Notice and Demand document for trespassing.

69. **Transmitting Utility:** In this Security Agreement, the term "Transmitting Utility" RICHARD KELLOGG ARMSTRONG, and any and all derivatives and variations in the spelling of said name except Richard Kellogg Armstrong.

**Unalienable Rights (Inalienable Rights):** Means Natural Rights given by God as acknowledged by the Law of Nations and incorporated into the "Bill of Rights," of the Constitution of the State of Arizona such as, but not limited to, Article 1, Section 1"A frequent recurrence to fundamental principles is essential to the security of individual rights and the perpetuity of free government".

Initials: *RKA*

Public Posting
www.getnotice.info/rka.html

71. **Unfounded Accusations**: Means any accusation, charge, or claim, civil or criminal, or in admiralty that is alleged or made by any Representative of the "government of the United States" or the "UNITED STATES Corporation", as defined herein, that is not proven by written documented evidence presented under oath and penalty of perjury by an authorized Representative of the "government of the United States" or the "UNITED STATES Corporation". The accuser has eight (8) hours to provide said documents to be reviewed and in possession of the Secured Party; and failure to do so will be unfounded accusations and subject to the penalties contained herein.

72. **UNITED STATES Corporation**: In this Contract the term "UNITED STATES Corporation" means the corporate "UNITED STATES", "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America" and the "government of the United States as created in the original Constitution for the united States of America, circa 1787"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial states contracting therein, including, but not limited to the "STATE OF ARIZONA", or by whatever name it may currently be known or be hereafter named (Exclusive of the "State of Arizona", i.e., "Republic of Arizona").

73. **united States of America**: The term "united States of America", when used in this Contract is distinguished by being written in upper and lower case letters, except that the first letter of the first word, i.e., "united" is a lower case letter, and means that union of independent sovereign nations, states and republics, which as colonies of Great Britain and having declared their independence from Great Britain in The Declaration of Independence adopted July 4, 1776, and having won their independence from Great Britain in the American Revolutionary War, and thereafter having gained recognition as independent sovereign nations, states and republics in international law by the Treaty of Peace of 1783, signed by His Most Royal and Dread Sovereign Majesty, King George the 3rd, and its two addendums signed by the then Kings of Spain and France, and which independent sovereign nations and states did adopt the "Articles of Confederation" of 1778 and thereafter adopted the "Constitution for the united States of America" in 1787. The word "united States of America", when used in this Contract, does not include the UNITED STATES Corporation, as that term is defined herein.

74. **Unlawful Arrest**: Means restricting the Secured Party's right to move about freely without the proper use of a lawful 4th amendment warrant signed by a judge of "Competent Jurisdiction" while under oath. This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a "Notice and Demand," "Public Servants Questionnaire," "Right to Travel" Documents, or other documents notifying the officer of the lawful rights of the Secured Party, created by God, who is not to be confused with the Corporate Fiction "Strawman" which was created by the STATE. This includes arrest when the Secured Party is incarcerated for refusing to sign any citation, arrest due to contempt of court when he or she is not violent or a physical threat to the court, arrest by Internal Revenue Service for failure to produce books, records, or other documents, arrest and refusal of Habeas Corpus, arrest for conspiracy of any kind without lawfully documented affidavits from at least three (3) eye witnesses, signed under oath and penalty of perjury.

75. **Unlawful Detainer**: Means any attempt by any officer of the court or Representative of the "government of the United States" or the "UNITED STATES Corporation" to arrest, check, hinder, delay, possess, hold, keep in custody, restrain, retard, stop, withhold the Secured Party without affording him every protection as outlined by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of Arizona." Any public law, statute, regulation, ordinance or the like will be null and void and will not be used in any action in which the Secured Party is involved.

76. **Unlawful Detention**: Means restraining the Secured Party's freedom of movement, and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath. This includes routine traffic stops, raids, random identification checks, security checks, only after the Representative has been notified by the Secured Party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for officer to examine said documents.

Initials: _____

Public Posting
www.getnotice.info/rka.html

77. **Unlawful Determination**: Means any statement, speech, gesture, writing, presentment, or the like that suggests an idea that negatively represents the character, actions, plans, procedures, customs, ways of the Secured Party, or group of Secured Parties, that is not proven by documented authorized certified evidence, on and for the record under penalty of perjury. This includes off color statements, accusations, or remarks by a judge or other officer of the court and any other Representative of the "government of the United States" or the "UNITED STATES Corporation".

78. **Unlawful Distraint**: Means seizure or taking of any property that is lawfully owned or in possession of the Secured Party without proper probable cause, and/or due process, and lawful 4th amendment warrant. This includes any seizure by any Representative, in any capacity, or relationship with the "government of the United States" or the "UNITED STATES Corporation" or any of its agencies, contractors, subdivisions, subsidiaries, or the like.

79. **Unlawful Restraint**: Means any action by any Representative to prevent, coerce, intimidate, hinder, or in any way limit the right of the Secured Party from any type of freedom of legal/ lawful speech, travel, movement, action, gesture, writing, utterance, or enjoyment of any right or privilege that is commonly enjoyed by any citizen of the United States or of the State of Arizona.

80. **US Dollars**: Means the currently recognized medium of exchange as used by the general public at the time of offense, at par value, equal to one ounce silver dollar equivalent per each dollar unit, as represented in a claim. All claims and damages will be paid at par value as indicated. Par value will be established by written law or the value established by the US MINT for the purchase of an official one troy ounce 99.999% Pure Silver Coin, whichever is higher at the time of the offense.

81. **Verbal Abuse**: Means the use of offensive, and /or threatening verbal words, body language, and non verbal gestures or actions by any representative of the "government of the United States" or the "UNITED STATES Corporation", as defined herein, upon the Secured Party. If a controversy arises about an incident, the version told by the Secured Party will be accepted as truth and will not be contested.

82. **Vessel in Commerce**: In this Security Agreement, the term "vessel in commerce" means the strawman, RICHARD KELLOGG ARMSTRONG, and any and all derivatives and variations in the spelling of said name except Richard Kellogg Armstrong, a transmitting utility, an all-capital letter name for the real man/woman's alter ego in commerce by which the real man/woman can participate in commerce, and appear in court.

83. **Victim**: Means the Secured Party who has received direct damages to themselves or their property as the result of an unlawful or illegal act by another.

84. **Victimless Laws**: Means any law that is passed or presumed to be passed that creates a violation of law where no Natural Man or Woman has been damaged. This includes any statute, ordinance, regulation, policy, or color of law provision. These types of laws will not be used in any action, of any kind, against any Natural Man or Woman.

85. **Willingly**: Means that a Secured Party is in full knowledge, understanding, agreement, and full consent, at all times, without fear of reprisal, threat, or coercion, during any interaction in which he is involved with any Representative of any court or Corporation, including incorporated governments.

86. **Written or Verbal Agreement**: Means any agreement entered into by the Secured Party, written or verbal. Any question of any contract will be resolved by an affidavit from the Secured Party. Secured Party's affidavit will be considered fact in any action or dispute, without question of any Representative of any Corporation, including incorporated governments.

Initials: _____

PUBLIC POSTING
www.getnotice.info/rka.html

# Commercial Security Agreement
## RKA0001CSA

This non-negotiable and non-transferable Commercial Security Agreement (hereinafter referred to as the "**Agreement**") is made and entered into this Fourth day of April, 2009, by and between the vessel in commerce/juristic person RICHARD KELLOGG ARMSTRONG, and also known by any and all derivatives and variations in the spelling of said name except "Richard Kellogg Armstrong", hereinafter jointly and severally, "Debtor", and the natural, living, sentient being, Richard Kellogg Armstrong, hereinafter "Secured Party,". The Parties hereto, hereinafter "Parties," are identified as follows:

Debtor:

RICHARD KELLOGG ARMSTRONG, (and all derivatives and variations thereof) A LEGAL ENTITY
1642 N. MCCULLOCH BLVD., #391
LAKE HAVASU CITY, ARIZONA 86403

**Secured Party:**
Richard Kellogg Armstrong
c/o 585 Jones Dr.
Lake Havasu City, Arizona; near [86406], Republic
Non Domestic without the US

## AGREEMENT

NOW, THEREFORE, the Parties hereto agree as follows:

1.  **Grants and Agreements by Debtor.**    For valuable consideration, Debtor, who deems itself insecure, hereby:

    a.  Assigns Secured Party a security interest in the collateral described generally herein or specifically on the List of Collateral attached hereto as  Attachment 'A', and incorporated herein as if fully set forth within this Agreement, and hereinafter referred to as "**Collateral**".  Note: **All property or Collateral acquired by non consensual means is replevin unto Secured Party**.

    b.  Transfers any Collateral along with any security entitlement or transfer or assignment or attachment of perfection rights, not limited by security entitlements, unto or into the possession and control of Secured Party.

    c.  Agrees with Secured Party having Debtor's name entered and registered in the records of the UCC filing office, the records of the clerk and recorders of any county or parish, and/or posted on the internet as a Transmitting Utility Debtor.

2.  **This Agreement will secure:**

    a.  All Debtor's property, as well as all income from every source, and all public indebtedness and liabilities held by Debtor in favor of Secured Party, whether direct or indirect, absolute or contingent, now due or that may hereafter become due, now existing or hereafter arising, presumed or actual, parole or expressed.

    b.  The performance of obligations owed by Debtor in favor of Secured Party, as set forth in this Agreement.

    c.  The repayment of (i) any amounts now owing or that Secured Party may advance, spend, and otherwise convey for the maintenance, preservation, upkeep, and the like of the Collateral, and

1

DEBTOR: RKA /s/ *RKA*                    Private Between the Parties                    Secured Party: rka *RKA*

PUBLIC POSTING
www.getnotice.info/rka.html

(ii) any other expenditures now owing or that Secured Party may make under the provisions of this Agreement in particular and for the benefit of the Debtor in general.

3. **Agreements by Secured Party.** In consideration of certain good and valuable considerations by Debtor, Secured Party agrees to provide the following for the benefit of Debtor:

   a. Secured Party constituting the source, origin, substance, and being, i.e. basis of "preexisting claim", from which the existence of Debtor is derived, and the basis upon which Debtor functions as a transmitting utility, i.e. serves as a conduit, vessel in commerce, granting Secured Party capacity for interacting, contracting, and exchanging goods and services in commerce with other artificial or juristic persons.

   b. Secured Party constituting the source of Debtor's assets, via the sentient existence, exercise of faculties, and labor of Secured Party, which provides valuable consideration sufficient for supporting any contract whatsoever that Debtor may execute and concerning which Debtor may be regarded as bound.

   c. Providing the security for payment of all sums now due and owing and as might hereafter become due and owing by Debtor.

   d. Secured Party signing by accommodation for Debtor, when necessary, where the signature of Debtor will be required. Secured Party reserves the right to make sufficient claims to secure such indebtedness until satisfied in whole.

   e. Secured Party issuing a binding commitment to extend credit or to extend immediately available credit, whether or not drawn upon and whether or not reimbursed in the event of difficulties in collection.

   f. Secured Party providing the security for payment of all sums due or owing, or to become due or owing, by Debtor on every public contract entered into by Debtor.

4. **Agreements by Debtor.** In consideration of good and valuable consideration and accommodations by Secured Party, Debtor agrees to provide the following for the benefit of Secured Party:

   a. Debtor declares that it is a legal entity recognized as such and has rights and privileges recognized under the laws of the UNITED STATES, as has been the case since its creation in 1934. All legal means to protect the security interest being established by this Agreement *nunc pro tunc* from the Fourth day of April, 2009, will be used by Debtor when necessary; and all support needed by Secured Party to protect Secured Party's security interest in the Collateral identified herein will be provided by Debtor.

   b. Execution of this Agreement incorporates a promise that Debtor will execute such commercial forms as may be necessary, including but not limited to financing statements, to assure that Secured Party's interest is perfected, maintaining the priority of the security interest granted herein, and generally effectuating rights herein granted Secured Party by Debtor. The security interest established by this Agreement will continue until Secured Party-is relieved of all liability associated with said services provided to Debtor and until all owing and due consideration to Secured Party has been delivered, regardless of whether the Collateral identified in this Agreement is in the possession of Debtor or Secured Party.

   c. Debtor warrants that Secured Party's claim against the Collateral is enforceable according to the terms and conditions expressed herein and according to all applicable laws promulgated for the purpose of protecting the interests of a creditor against a Debtor. Debtor also warrants that it holds good and marketable title to the Collateral, free and clear of all actual and lawful liens and

2

**COMMERCIAL SECURITY AGREEMENT No. RKA0001CSA**

PUBLIC POSTING
www.getnotice.info/rka.html

encumbrances, except for the interest established herein and except for such substantial interest as may have been privately established by agreement of the Parties with full attention to the elements necessary to establish a valid contract under international contract law. Public encumbrances belonging to Debtor, against the Collateral, shall remain secondary to this Agreement, unless registered prior to the registration of Secured Party's interest in the same Collateral, as is well established in international commercial law.

   d.   Functioning and serving as a transmitting utility for the benefit of Secured Party, granting Secured Party ability to engage in commerce with artificial and juristic persons.

   e.   Indemnifying, defending, and holding Secured Party harmless from and against any and all harm as expressed in the Indemnity Bond attached hereto as Attachment 'B', and incorporated herein as if fully set forth within this Agreement.

   f.   Debtor, for valuable consideration, does also hereby expressly acknowledge, consent, and agree that Secured Party cannot and must not, under any circumstance, nor in any manner whatsoever, be deemed an accommodation party, nor a surety, Debtor.

## GENERAL PROVISIONS

5.   **Public Disputes**.  Debtor agrees to pay all applicable taxes, assessments, and liens upon the Collateral when due, provided that such taxes, assessments, and liens are proved to be superior to the lawful claim established by this Agreement and subsequently perfected by Secured Party by appropriate registration. In the event that Debtor elects to dispute such taxes, assessments, and liens, Secured Party's interest must be protected at all times, at the sole opinion of Secured Party, who may, at Secured Party's option, intervene in any situation that appears to jeopardize Secured Party's interest in the Collateral. Debtor may elect to continue pursuit of dispute of such taxes, assessments, and liens, only upon production of a surety bond by public claimant(s), in favor of Secured Party, sufficient to protect Secured Party from loss, including all costs and fees associated with such dispute. Should public judgment against Debtor result from such dispute, Debtor agrees to satisfy such judgment from its accounts established and managed by the UNITED STATES or its subdivisions, agents, officers, or affiliates, so as not to adversely affect Secured Party's interest in the Collateral.

## SUBORDINATION OF DEBTOR'S DEBTS TO SECURED PARTY

6.   Providing Secured Party, subsequent to the execution of this Agreement, perfects Secured Party's security interest in the Collateral by appropriate registration, Debtor agrees that its indebtedness to Secured Party, whether now existing or hereafter created, shall have priority over unregistered claims that third parties may raise against Debtor or the Collateral, whether or not Debtor becomes insolvent. Debtor hereby expressly subordinates any claim that Debtor may have against Secured Party, upon any account whatsoever, to the claim that Secured Party has or will have against Debtor.

If Secured Party so requests, all notes or credit agreements now or hereafter established, evidencing debts or obligations of Debtor to third parties, shall be marked with a legend that the same are subject to this Agreement and shall be delivered to Secured Party. Debtor agrees, and Secured Party is hereby authorized, in the name of Debtor, to execute and file such financing statements and other commercial statements as Secured Party deems necessary or appropriate to perfect, preserve, and enforce Secured Party's rights under this Agreement.

## DEFAULT

7.   **DEFAULT.**  The following shall constitute event(s) of default hereunder:

   a.   Failure by Debtor to pay a debt secured hereby when due;

COMMERCIAL SECURITY AGREEMENT No. **RKA0001CSA**

DEBTOR: RKA /s/ _R K A_      Private Between the Parties      Secured Party: rka _R K A_

PUBLIC POSTING
www.getnotice.info/rka.html

b.  Failure by Debtor to perform an obligation secured hereby when required to be performed;

c.  Breach by Debtor of a warranty contained in this Agreement;

d.  Evidence that a statement, warranty, or representation made or implied in this Agreement by Debtor is false or misleading in any material respect, either now or at the time made or furnished;

e.  Evidence that this Agreement or a document of title is void or ineffective;

f.  Dissolution or termination of Debtor's existence as a legal entity, the insolvency of Debtor, the appointment of a receiver for all or any portion of Debtor's property, an assignment for the benefit of public creditors, or the commencement of proceedings under bankruptcy or insolvency laws by or against Debtor;

g.  Commencement of foreclosure, whether by action of a tribunal, self-help, repossession, or other method, by any third-party creditor of Debtor against the Collateral;

h.  Garnishment of Debtor's deposit accounts or employment.

i.  Secured Party, in good faith, deems itself insecure.

8.  **Dishonor by Third Party.** A dishonor under this Agreement, initiated by third party intervention, will not cause a default if such intervention is challenged by Debtor by its good faith effort to confirm or disprove the validity or reasonableness of a public claim which is the basis of the public creditor's proceeding; but Debtor must, in that event, deposit such surety with Secured Party as is necessary to indemnify Secured Party from loss.

9.  **Rights and Remedies in Event of Default**.  Secured Party shall have all the rights and remedies of a secured creditor under the provisions of the Uniform Commercial Code, as it has been adopted in the state where part or all of the Collateral is located or presumed to be located, including but not limited to the right to proceed with self-help with or without a public court or tribunal.  Without limitation, all of the rights and remedies listed below are available to Secured Party may be exercised singularly or jointly and in all venues and jurisdictions concurrently at the sole discretion of Secured Party.

a.  **Debtor's Accounts:** If a default or dishonor under this Agreement is curable through an account held by Debtor but managed by the UNITED STATES or one of its subdivisions, agents, officers, or affiliates, such default or dishonor may be cured by Debtor with authorization by Secured Party that the default or dishonor has been cured; and no event of default will have occurred.

b.  **Liquidation of Collateral**.  In the event of default, Secured Party shall have full power to privately or publicly sell, lease, transfer, or otherwise deal with the Collateral or proceeds or products therefrom, in Secured Party's own name or in the name of Debtor.  All expenses related to the liquidation of Collateral shall become a part of Debtor's indebtedness. Secured Party may, at Secured Party's discretion, transfer part or all of the Collateral to Secured Party's own name or to the name of Secured Party's nominee.

c.  **Appoint Receiver.**  In accordance with the requirements and options permitted by applicable law, Secured Party possesses the following rights and remedies regarding the appointment of a receiver: (a) Secured Party may have a receiver appointed as a matter of right; (b) the receiver may be an employee of Secured Party and may serve without bond, and (c) any fees and expenses of the receiver and any fees and expenses of any attorney of the receiver becomes part of the Indebtedness secured by this Security Agreement and are payable on demand, with interest at the Note rate, unless payment of interest at that rate is not permitted by applicable law, in which event such expenses shall bear interest at the highest rate permitted by applicable law from date of expenditure until repaid.

4

COMMERCIAL SECURITY AGREEMENT No. **RKA0001CSA**

DEBTOR: RKA /s/ _RKA_          Private Between the Parties          Secured Party: rka _RKA_

PUBLIC POSTING
www.getnotice.info/rka.html

d. **Collect Revenues, Apply Accounts.** Secured Party, both in Secured Party's personal capacity and through a receiver, may collect the payments, rents, incomes, and revenues from the Collateral. Secured Party may at any time, at the sole discretion of Secured Party, transfer any Collateral into the name of Secured Party as well as into the name of any nominee of Secured Party, and receive the payments, rents, incomes, and revenues there-from, and may hold the same as security for the Indebtedness, apply payments in favor of the Indebtedness in an order of preference that Secured Party may determine. Insofar as the Collateral consists of accounts, general intangibles, deposit accounts, insurance policies, instruments, chattel paper, choses in action, and any similar property, Secured Party may demand, collect, receive, execute receipt for, settle, compromise, adjust, sue for, foreclose, and realize on the Collateral, as Secured Party may determine, concerning both Indebtedness and Collateral and whenever due.

e. **Disposition Rights of Secured Party.** Secured Party shall have any rights in any disposition of any of the herein-stated and adequately described Collateral for the benefit of the Secured Party as the Secured Party sees fit.

f. **Obtain Deficiency.** If Secured Party decides in favor of selling any Collateral, Secured Party may obtain a judgment against Debtor for any deficiencies remaining on the Indebtedness that Secured Party might be owed after application of any amounts received from the exercise of the rights provided in this Security Agreement. Debtor is liable for a deficiency even if the transaction described in this subsection is a sale of accounts, and likewise of chattel paper.

g. **Other Rights and Remedies.** Secured Party possesses any rights and remedies of a secured creditor under the Uniform Commercial Code, as may be amended upon agreement between the parties. In addition, Secured Party possesses and may exercise any and all other rights and remedies available at law in equity and otherwise.

## MISCELLANEOUS PROVISIONS

10. **Rules of Construction.** In this Security Agreement: (a) the words "include", "Includes", and "including" are not limiting; (b) the word "all" includes "any" and the word "any" includes "all"; (c) the word "or" is not exclusive; (d) words and terms (i) in the singular number include the plural, and in the plural, the singular and (ii) in the masculine gender include both the feminine and neuter.

11. **Amendments.** This Agreement, together with all related documents, constitutes the entire understanding and agreement of the Parties as to the matters set forth in this Agreement. No alteration of or amendment to this Agreement shall be effective unless expressed in writing and signed by both Parties.

12. **Applicable Law.** The governing law of this Agreement is the agreement of the Parties, supported by the Uniform Commercial Code as adopted by the legislature of the STATE OF ARIZONA, international contract law, the unwritten Law Merchant as practiced before the Uniform Commercial Code was promulgated, and applicable maxims of law (a list of maxims of law can be found at **www.getnotice.info/rka.html**, and which maxims of law are made a part hereof by this reference).

13. **Expenses.** Debtor agrees to pay upon demand, from such accounts as Debtor may have, all Secured Party's costs and expenses, including reasonable attorney's fees and other expenses incurred by Secured Party to defend or enforce the provisions of this Agreement.

14. **Indebtedness.** The word "indebtedness" means the indebtedness evidenced by this Agreement as a claim against Debtor and all of Debtor's present and future possessions identified in this Agreement as Collateral; and all public obligations, debts, and liabilities ascribed to Debtor through Debtor's contracts and agreements, whether expressed or implied, known or unknown, or actual or constructive, that are with the UNITED STATES or its subdivisions, agents, officers, affiliates, or other public entities; and all

5

COMMERCIAL SECURITY AGREEMENT No. **RKA0001CSA**

DEBTOR: RKA /s/ _RKA_                Private Between the Parties                Secured Party: rka _RKA_

PUBLIC POSTING
www.getnotice.info/rka.html

claims made by Secured Party against Debtor, whether existing now or arising in the future, whether they are voluntary or involuntary, due or not due, direct or indirect, absolute or contingent, liquidated or not liquidated, regardless of whether Debtor is or may be liable individually or jointly, or is obligated as, or beneficiary of, a surety or accommodation party.

15.    **Related Documents.**   The phrase "related documents" means all promissory notes, credit agreements, loan agreements, guaranties, security agreements, mortgages, deeds of trust, applications, accounts, licenses, policies, permits, identification cards, account cards, receipts, forms, and all other documents and instruments that Debtor or its surety prior to this Agreement has or will execute in connection with Debtor's total indebtedness.

16.    **Notices.**  Except for revocation notices by Debtor, all notices required to be given by either Party under this Agreement shall be in writing and shall be effective when actually delivered or when deposited with the United States Post Office or a nationally recognized courier service, first class postage prepaid, addressed to the Party to whom the notice is to be given at the address shown on this Agreement or to such other address as either Party may designate to the other in writing.

17.    **Severability**.  If one or more provisions of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a qualified court finds that one or more provisions of this Agreement is invalid or unenforceable, but that by limiting such provision(s) it would become valid or enforceable, such provision(s) shall be deemed to be written, construed, and enforced as so limited. In the event that such a finding and limitation causes damage or hardship to either Party, this Agreement shall be amended in a lawful manner to make all Parties whole.

18.    **Waiver of Contractual Right**.  The failure of either Party to enforce one or more provisions of this Agreement shall not be construed as a waiver or limitation of that Party's right to subsequently enforce and compel strict compliance with every provision of this Agreement. Secured Party shall not be deemed to have waived rights under this Agreement unless such waiver is given in writing and signed by Secured Party. No delay or omission on the part of Secured Party in exercising a right shall operate as a waiver of such right or any other right. A waiver by Secured Party of a provision of this Agreement shall not prejudice or constitute a waiver of Secured Party's right otherwise to demand strict compliance with that provision or any other provision of this Agreement. No prior waiver by Secured Party, nor any course of dealing between Secured Party and Debtor, shall constitute a waiver of Secured Party's rights or of Debtor's obligations under this Agreement as to future transactions. Whenever the consent of Secured Party is required under this Agreement, the granting of such consent by Secured Party in one instance shall not constitute consent over the whole.

19.    **Ambiguities and Interpretation.**  Each Party acknowledges receipt of this Agreement and has had the opportunity to have counsel review it. Any rule of construction claiming ambiguities is to be resolved in favor of Secured Party and shall not apply in the interpretation of this Agreement or its amendments. All statements in this instrument are important to the Parties. Misunderstandings have been resolved prior to execution.

20.    **Authority to Represent.**  A signer of this Agreement on behalf of a legal entity certifies that said signer has the authority to sign this Agreement and that this transaction has been duly authorized by such entity.

21.    **Security Agreement**.

    a.   This Security Agreement is not dischargeable in bankruptcy court. Secured Party is Entitlement Holder of any negotiable instrument referencing, bearing upon, and deriving from any property and Collateral referenced herein and on Attachment 'A'. Debtor acknowledges that Collateral is exempt from levy and a third-party lien.

COMMERCIAL SECURITY AGREEMENT No. **RKA0001CSA**

DEBTOR: RKA /s/ _R K A_          Private Between the Parties          Secured Party: rka _rka_

PUBLIC POSTING
www.getnotice.info/rka.html

b.  This Security Agreement herewith expressly includes and encompasses any Security Entitlement right, right, legal title, equitable title, and interest in any property described herein and on Attachment 'A'.

c.  This Security Agreement secures any indebtedness and liability whatsoever that Debtor owes in favor of Secured Party.  This security interest also secures any debts that may be owed by Debtor, upon occasion, for the benefit of Secured Party.

d.  This is a continuing Security Agreement and continues in effect though any part of the Indebtedness may be paid/satisfied in full notwithstanding the fact that a period of time may pass in which Debtor incurs no indebtedness in favor of Secured Party.

Debtor acknowledges, consents, and agrees with all the provisions of this Security Agreement and agrees that Debtor is bound by all terms and conditions as stated herein.

## SIGNATURES

Secured Party accepts all signatures in accordance with the Uniform Commercial Code and acknowledges Debtor's signature as representative of all derivations thereof.

This Security Agreement No. RKA0001CSA is dated:  the 24th day of April in the year of A.D. 2009

Debtor: **RICHARD KELLOGG ARMSTRONG**                    Secured Party:  Richard Kellogg Armstrong

/S/ *Richard Kellogg Armstrong*                          *Richard Kellogg Armstrong*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Debtor's Signature                                       Secured Party's Signature

Entitlement Holder or Secured Party accepts Debtor's signature in accord with UCC §§     Autograph Common Law Trade-name 2008 by Richard Kellogg Armstrong.  All Rights
1-201(39), 3-401 and accepts for value this Security Agreement and any of                Reserved.
Debtor's Collateral described herein and on Attachment 'A'.

State of ARIZONA   )                                     State of ARIZONA   )
                   ) ss.                                                    ) ss.
County of YAVAPAI )                                      County of YAVAPAI )

On this  5th day of  May, 2009, before me personally     On this  5th day of  May, 2009, before me personally
appeared **RICHARD KELLOGG ARMSTRONG**, known to me      appeared, **Richard Kellogg Armstrong** known to me  to be the
to be the party whose name is subscribed to this written instrument,   party whose name is subscribed to this written instrument, and
and acknowledged that he/she executed the same for the purpose   acknowledged that he/she executed the same for the
therein contained.                                       therein contained.

WITNESS MY HAND                                          WITNESS MY HAND
AND OFFICIAL SEAL:                                       AND OFFICIAL SEAL:

*Deborah Mathern*                                        *Deborah Mathern*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾       SEAL                            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾       SEAL
Notary Public                                            Notary Public

**Attachments:**
    Attachment 'A' – Collateral                          DEBORAH MATHERN
    Attachment 'B' – Security Bond                       NOTARY PUBLIC - ARIZONA
    Attachment 'C' – Notice of Lien                      YAVAPAI COUNTY
    Attachment 'D' – Definitions and Glossary of Terms   My Commission Expires
                                                         December 7, 2011

DEBORAH MATHERN
NOTARY PUBLIC - ARIZONA
YAVAPAI COUNTY
My Commission Expires
December 7, 2011

COMMERCIAL SECURITY AGREEMENT No. **RKA0001CSA**

DEBTOR: RKA /s/ *RKA*            Private Between the Parties            Secured Party: rka *RKA*

PUBLIC POSTING
www.getnotice.info/rka.html

# ATTACHMENT 'A'

## To Commercial Security Agreement No. RKA0001CSA

# LIST OF COLLATERAL

1. All proceeds from Secured Party's labor from every source; from products, works and services, accounts, fixtures, crops, mine head, wellhead, and transmitting utilities, etc.;
2. All rents, wages, and income from every source;
3. All land in which Debtor has an interest, including the soil itself, all minerals atop or beneath the soil surface; all air rights; water rights, all waters on or in the soil or land surface such as a lake or pond, within the land boundaries;
4. All real property and all documents involving all real property in which Debtor has an interest, including all buildings, structures, fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above;
5. All timeshares, interest in rental property, condominiums, cottages, cabins, houses, mansions, and buildings of whatever type and wherever located;
6. All bank accounts foreign and domestic, bank "safety" deposit boxes and the contents therein; personal security codes, passwords, and the like associated therewith; credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
7. All inventory from any source;
8. All machinery, either farm or industrial; all mechanical tools, construction tools, tools of trade;
9. All boats, yachts, and watercraft; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
10. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
11. All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;
12. All animals and all farm livestock; and all things required for the care, feeding, use, transportation, and husbandry thereof;
13. All pets, including cats, dogs, birds, fish, or whatever other of the animal kingdom has been gifted or otherwise acquired; whether kept indoors or outdoors; with all fixtures, vehicles, and housings required for their protection, feeding, care, transportation, shelter, and whatever other needs may arise;
14. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances of any kind, motorized or otherwise, in which Debtor has an interest;
15. All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;
16. All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, ipods, phonograph records, film, video and aural production equipment, cameras, projectors, etc.;
17. All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;
18. All handwritten, printed, and electronic versions of books and financial records of Debtor;
19. All trademarks, registered marks, copyrights, patents, proprietary data and technology, inventions, intellectual property, royalties, good will;
20. All public or private scholastic degrees, titles, credentials, medals, trophies, honors, awards, recognitions, meritorious citations, certificates from apprenticeship training and/or continuing education programs, etc., from whatever source, for whatever trade, occupation, work, or endeavor;
21. All military (Army, Navy, Air Force, Marine, National Guard, etc.) discharge papers, and the like;
22. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;
23. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof; and all other corporal identification factors, and said factors' physical counterparts in any form; and all records, record numbers, and information pertaining thereto;
24. All biometric data, records, information, and processes not elsewhere described; the use thereof and the use of the information contained therein or pertaining thereto;
25. All rights to obtain, use, request, refuse, or authorize the administration of any food, beverage, nourishment, or water, or any substance to be infused or injected into or affecting the body by any means whatsoever;
26. All rights to obtain, use, request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters or might alter the present or future state of the body, mind, spirit, free will, faculties,

8

DEBTOR: RKA /s/ _[signature]_          Private Between the Parties          Secured Party: rka _[signature]_

27. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;

28. All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia: cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution;

29. All rights to barter, buy, contract, sell, or trade any kind of asset, product, tool, item of value, property, ideas, services, work, or time, whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, private money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

31. All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile; and to be free from requirement to apply for or obtain any government license or permission, permit and otherwise; and to be free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period;

32. All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

33. All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, any vaccinations, or permission of any kind whatsoever;

34. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

35. All rights as outlined in the "Constitution for the united States of America" and the Honorable "Bill of Rights", and the Constitution of the State of Arizona;

36. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgement of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition government for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either "public" or "private" sources;

37. All rights to keep and bear arms for defense of self, family, and parties entreating physical protection of person or property;

38. All rights to keep and bear arms for hunting and target shooting of any kind;

39. All rights to protect myself and my family from any animals that threaten my/our safety or well being or my/our property, or that cause a nuisance to me/us, by using deadly force against any such animals;

40. All rights to exercise dominion over the earth and the resources of the earth;

41. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

42. All rights to create, carry, and use private documents of travel of any kind whatsoever, inter alia: those signifying diplomatic status and immunity;

43. All rights to make video and/or audio recordings of all interactions between me and any local, state, federal, international government officials of any kind whatsoever including the right to bring all necessary video/audio recording equipment into government buildings as necessary;

44. All rights to obtain or be presented with a certified copy of the Oath of Office of any government official with whom I interact;

45. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e., body, mind, spirit, free will, faculties, and self;

46. All rights to privacy and security in person and property, inter alia: all rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to Debtor or any household or sanctuary dwellers or guests, from governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

47. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

48. All intellectual property, inter alia: all speaking and writing; All thoughts, beliefs, world views, emotions, psychology, etc.;

49. All signatures and seals;

50. All signatures on all applications for and all value associated with all licenses foreign and domestic;

51. All present and future retirement incomes and rights to such incomes issuing from all accounts;

52. All optical, medical, and health equipment, supplies, devices, etc.

53. All present and future medical and healthcare rights; and rights owned through survivorship, from all accounts;

54. All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia: all processed algorithms analyzing, classifying, comparing,

COMMERCIAL SECURITY AGREEMENT No. **RKA0001CSA**

DEBTOR: RKA /s/ *KKA*            *Private Between the Parties*            Secured Party: rka *RKA*

PUBLIC POSTING
www.getnotice.info/rka.html

compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, records and records numbers, and the like;

55. All signatures on all applications for and all value associated with all library cards;

56. All memberships in private associations, etc.

57. All credit records, credit and repayment history, credit scores, lender records, creditworthiness, trade credit, credit, charge, and debit cards, mortgages, notes, applications, card numbers, and associated records and information, etc;

58. All credit of Debtor;

59. All signatures on and all value associated with all traffic citations/tickets;

60. All signatures on and all value associated with all parking citations/tickets;

61. All value from all court cases and all judgments, past, present, and future, in any court whatsoever; and all bonds, orders, warrants, and other matters attached thereto or derived therefrom;

62. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts; and any storage boxes, receptacles, and depositories within which said items are stored;

63. All tax correspondence, filings, notices, coding, record numbers, all benefit from Debtor's social security account; and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

64. All bank accounts, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, all retirement plan accounts, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, securities, benefits from trusts, 401-K's, and the like;

65. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds; and all records and records numbers, correspondence, and information pertaining thereto or derived there from;

66. All stockpiles, collections, buildups, amassment, and accumulations, however small, of Federal Reserve Notes (FRNs), gold certificates, silver certificates; and all other types and kinds of cash, coins, currency, and money delivered into possession of Secured Party;

67. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds; and all related storage facilities and supplies;

68. All fitness and/or sports equipment intended to increase vitality, fitness, and health; and whole food complexes, vitamin, mineral, and other supplements to the diet for the same health and fitness purposes; and all juicers, grinders, dehydrators, and storage and delivery devices or equipment;

69. All products of and for agriculture; and all equipment, inventories, supplies, contracts, and accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

70. All plants and shrubs, trees, fruits, vegetables, farm and garden produce, indoors and out, watering devices, fertilizers and fertilizing equipment, pots, collections of plants, e.g., bonsai, dry or live assortments of flowers and plants, or anything botanical;

71. All farm, lawn, and irrigation equipment, accessories, attachments, hand tools, implements, service equipment, parts, supplies, and storage sheds and contents;

72. All fuel, fuel tanks, containers, and involved or related delivery systems;

73. All metal-working, woodworking, and other such machinery; and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;

74. All camping, fishing, hunting, and sporting equipment; and all special clothing, materials, supplies, and baggage related thereto;

75. All rifles, guns, bows, crossbows, other weapons, and related accessories; and the ammunition, reloading equipment and supplies, projectiles, and integral components thereof,

76. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, towers, etc., and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

77. All power-generating machines or devices; and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining to or attached thereto;

78. All devices, engines, fixtures, fans, plans needed for the production or storage of electrical energy;

79. All computers and computer systems and the information contained therein; as well as all ancillary equipment, printers, and data compression or encryption devices, processes, and processors;

80. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;

81. All water rights, all water wells and well-drilling equipment; and all ancillary equipment, chemicals, tools, and supplies;

82. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof, whether on-site, in transit, or in storage anywhere;

83. All building materials and prefabricated buildings; and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

84. All communications and data; and the methods, devices, and forms of information storage and retrieval, and the products of

10

COMMERCIAL SECURITY AGREEMENT No. **RKA0001CSA**

DEBTOR: RKA /s/ _RKA_          Private Between the Parties          Secured Party: rka _RKA_

86. All food; and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

87. All construction machinery; and all ancillary equipment, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

88. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

89. The Last Will and Testament from any source;

90. All inheritances gotten or to be gotten;

91. All wedding bands and rings, watches, and jewelry;

92. All household goods and appliances, linen, wardrobe, toiletries, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques, etc.;

93. All musical instruments, whether new or old, including brass, woodwinds, percussion, strings, pianos etc.;

94. All children's toys, clothing, playthings, and possessions of any type or amount;

95. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired; and all books and records thereof and therefrom; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

96. All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like; and all books and records pertaining thereto; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

97. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, Debtor or Secured Party, whether received or not received;

98. All telephone numbers,

99. All signatures on all applications for and all value associated with all certificates of birth documents of the Secured Party, and all said documents themselves;

100. All signatures on all applications for and all value associated with all certificates of birth documents of all children and grandchildren of the Secured Party, and all said documents themselves;

101. All signatures on all applications for social security numbers, and all value associated with all accounts;

102. All signatures on all applications for social security numbers, for all children and grandchildren of the Secured Party, and all value associated with all accounts;

103. All value associated with the private contract trust account number of the Secured Party;;

104. All value associated with the private contract trust account numbers of all children and grandchildren of the Secured Party: Redacted Numbers for children and grandchildren:

105. All signatures on all applications for and all value associated with Debtor's ARIZONA Driver License;

106. All signatures on all applications for and all value associated with all passports for the Secured Party, children and grandchildren;

107. All documents as recorded in the public record by and for the Secured Party as indicated herein;

108. All signatures on all applications for and all value associated with all marriage licenses;

109. All private marriage contracts;

110. All signatures on all applications for and all value associated with all professional licenses;

111. All private addresses of the Secured Party as indicated herein;

112. All signatures on all applications for and all value associated with all public addresses;

113. All private, registered, bond/account numbers; and all bonds and notes tendered to any and all entities, including the Department of the Treasury, banks, creditors, corporations, etc., identified by the following numbers;
    a.   RKAIB0001-RKAIB9999;
    b.   RKAOB0001-RKAOB9999;
    c.   RKABPN0001-RKABPN9999;

114. The following United States Postal Service Registered Mail Numbers:   RB 066 17 046 US; RB 066 173 032 US; RB 066 173 029 US; RB 066 173 015 US; RB 066 173 001 US; RB 066 172 995 US; RB 066 172 981 US; RB 979 946 764 US; RB 979 946 778 US; RB 979 946 804 US.

115. All documents registered at: http://www.getnotice.info/rka.html now and in the future;

116. Financing Statement and Security Agreement,

117. Financial Statement;

118. Trade Name ID Number: Cabo Corporation Document number: EIN 86-0692033, Arizona Secretary of State;

119. Any and all property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of the Secured Party.

COMMERCIAL SECURITY AGREEMENT No. **RKA0001CSA**

DEBTOR: RKA /s/ *RKA*            Private Between the Parties            Secured Party: rka *RKA*

PUBLIC POSTING
www.getnotice.info/rka.html

## ATTACHMENT 'B'

## To Commercial Security Agreement No. RKA0001CSA

## INDEMNITY BOND

Know all men by these presents, that RICHARD KELLOGG ARMSTRONG, Debtor (hereinafter referred to as "**Indemnitor**"), hereby establishes this Indemnity Bond in favor of Richard Kellogg Armstrong, Secured Party (hereinafter referred to as "**Indemnitee**"), in the sum of the value of any and all Collateral (as that term is defined in the attached Commercial Security Agreement) now held by Indemnitor or that may be hereafter acquired by Indemnitor up to the sum of One Hundred Billion United States silver dollars ($100,000,000,000.00) of .999 pure silver, or fiat money at par value, for the payment of which bond, Debtor hereby firmly binds its successors, executors, administrators, fictitious business names (whether denoted as such, or as DBAs, trade names, or otherwise), any alias (commonly referred to as an AKA), and third-party assigns, jointly and severally. Indemnitor hereby indemnifies Indemnitee against losses incurred as a result of all claims of debts or losses made by any and all persons against the commercial transactions and investments of Indemnitor. As a condition of this bond, Indemnitee, on behalf of Indemnitor, covenants to fully perform those obligations assigned to Indemnitee as set forth in the attached Commercial Security Agreement entered between the Indemnitor and Indemnitee on the date given below; and Indemnitor covenants to serve as a Transmitting Utility to assure beneficial interest in all accounts established and managed by the UNITED STATES and any and all subdivisions thereof; and to assure all goods and services in commerce are available to or conveyed from Indemnitor to Indemnitee, whichever is appropriate.

To avert losses of vested rights in the said Collateral that is the subject of the attached Commercial Security Agreement, Indemnitor agrees to make available to Indemnitee such accounts established by intent of the Parties, by operation of law, and/or as constructive trusts, to hold proceeds arising from assets belonging to Indemnitor and administered by the UNITED STATES or its subdivisions, agents, or affiliates. Pursuant to existing laws of the UNITED STATES and the agreement of the parties contained in the attached Commercial Security Agreement, Indemnitee is authorized to assign such funds from said accounts as are necessary to settle all past, present, and future public debts and obligations incurred by Indemnitor on behalf of Indemnitee.

Indemnitor, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Indemnitee harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses including, without restriction, legal costs, interests, penalties, and fines previously suffered or incurred, or that may hereafter be suffered or incurred by Indemnitee, in accordance with Indemnitee's personal guarantee with respect to loans or indebtedness belonging to Indemnitor, including any amount that Indemnitor might be deemed to owe to a public creditor for any reason whatsoever. Indemnitee shall promptly advise Indemnitor of all public claims brought by third parties against the present or future property of Indemnitor, all of which is covered by the attached Commercial Security Agreement up to the indemnification amount declared herein, and to provide Indemnitor with full details of said claim(s), including copies of all documents, correspondence, suits, or actions received by or served upon Indemnitor through Indemnitee. Indemnitee shall fully cooperate with discussion, negotiation, or other proceedings relating to such claims.

This bond shall be in force and effect as of the date that it is signed and accepted by the Parties, and provided that Indemnitee may cancel this bond and be relieved of further duty hereunder by delivering a thirty (30) day written notice of cancellation to Indemnitor. No such cancellation shall affect the liability incurred by or accrued to Indemnitee prior to the conclusion of said thirty (30) day period. In such event of notice of cancellation, and in the event that the UNITED STATES reinstitutes its constructive claim

12

PUBLIC POSTING
www.getnotice.info/rka.html

against the Collateral, Indemnitor agrees to reissue the bond before the end of the thirty (30) day period for an amount equal to or greater than the above value of the attached Commercial Security Agreement, unless the Parties agree otherwise.

Signed on this 24th day of April, 2009.


RICHARD KELLOGG ARMSTRONG, Indemnitor          Richard Kellogg Armstrong, Indemnitee


13

PUBLIC POSTING
www.getnotice.info/rka.html

## ATTACHMENT 'C'

### To Commercial Security Agreement No. RKA0001CSA

### NOTICE OF LIEN

This Commercial Security Agreement constitutes an International Commercial Lien on all property of Debtor /Indemnitor on behalf of, and for the benefit of, Secured Party/Indemnitee in the amount of One Hundred Billion United States silver dollars ($100,000,000,000.00) of .999 pure silver, or fiat money at par value. This lien will expire at the moment that Indemnitee expires or when this lien is satisfied by Indemnitee.

The Collateral listed on Attachment 'A' of the attached Commercial Security Agreement cannot be taken, liened, encumbered, obstructed, burdened, used, duplicated, confiscated, withheld, confined, restrained, abused, damaged, influenced, or removed (each of which such actions shall hereinafter be referred to as an **"Unauthorized Taking"**) from Indemnitee Richard Kellogg Armstrong without Indemnitee's voluntary, written permission. Any violation of this Commercial Security Agreement will constitute a penalty of One Hundred Billion United States silver dollars ($100,000,000,000.00) of .999 pure silver, or fiat money at par value, per occurrence, per principal party or agent involved in any such Unauthorized Taking. This is a contract in admiralty, and you must rebut this contract within fifteen (15) calendar days, in order to avoid the pains and penalties attached hereto. Failure to rebut the attached Commercial Security Agreement, point for point, within fifteen (15) calendar days, shall serve as your tacit and complete approval of and agreement to all of the terms and conditions hereof, which terms and conditions shall thereafter form the binding law to be administered between the parties in all matters relating to the settlement of any Unauthorized Taking.

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**This document cannot be retracted by *any* employee, agent, representative, official, officer of the court or any individuals excluding the foregoing named title holder (Secured Party) on this "Registered Document" for one hundred years from date notarized on this legally binding Statute Staple Security Instrument.**

**Attention: All Agents, Representatives, Officials, or Officers, or such, of the UNITED STATES or its subdivisions including local, state, federal, and/or international or multinational governments, corporations, agencies, and the like: You have Thirty (30) days to rebut any portion or all of this document; or you stand in total agreement to each and every statement made herein. Non response is agreement. Partial response is agreement. Rebuttal must be in written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed. Parties making rebuttals to this agreement must print or type their full name and sign their rebuttal in blue ink. Any rebuttal to this agreement, when made and delivered to Secured Party/Indemnitee must be accompanied with a copy of proper identification for the person making the rebuttal, such as a driver license, passport or birth certificate, a copy of the person's badge and/or other identification that signifies the person's official capacity, and provide the following information: full legal name and residence address; name of department, bureau, or agency by which the person is employed or acts as an agent or representative and the supervisor's name and mailing address; certified copy of the person's oath of office if such is required by law; if the person is a member of the state bar, a certified copy of the person's bar card; if the person is required by law to be bonded, a certified copy of the person's official bond, and the name, address, and phone number of the bonding**

14

COMMERCIAL SECURITY AGREEMENT No. **RKA0001CSA**

DEBTOR: RKA /s/ *RKA*                   Private Between the Parties                   Secured Party: rka *RKA*

PUBLIC POSTING
www.getnotice.info/rka.html

company; if the person is covered by a corporate insurance policy, a certified copy of the insurance policy, and the name, address, and phone number of the insurance company; if the person is beneficiary of a CAFR, a certified copy of the CAFR policy, and the name, address and phone number of the administrator.

## Ignorance of the law is no excuse.

Signed on this 24th day of April, 2009.


*Richard Kellogg Armstrong*
RICHARD KELLOGG ARMSTRONG, Indemnitor       *Richard Kellogg*
                                            Richard Kellogg Armstrong, Indemnitee

COMMERCIAL SECURITY AGREEMENT No. **RKA0001CSA**

DEBTOR: RKA /s/ *RKA*          Private Between the Parties          Secured Party. rka *RKA*

PUBLIC POSTING
www.getnotice.info/rka.html

# ATTACHMENT 'D'

## To Commercial Security Agreement No. RKA0001CSA

### DEFINITIONS AND GLOSSARY OF TERMS

As used in this Commercial Security Agreement, the following words and terms are as defined in this section, non-obstante:

**Richard Kellogg Armstrong.** In this Security Agreement the term "Richard Kellogg Armstrong" means the natural, sentient, living being, identified by the name of Richard Kellogg Armstrong. All rights reserved re use of the name Richard Kellogg Armstrong ©, Autograph Common-law Trade-Name/Trade Mark 2009.

**RICHARD KELLOGG ARMSTRONG.** In this Security Agreement the term "RICHARD KELLOGG ARMSTRONG" means RICHARD KELLOGG ARMSTRONG ©, and any derivatives and variations in the spelling of said name except "Richard Kellogg Armstrong". Trade-Name/Trade Mark 2009. All Rights Reserved.

**All.** In this Security Agreement the word "all" means everything one has: the whole number; totality, including both all and sundry; everyone; without restriction.

**Artificial Person.** In this Security Agreement the term "artificial person" means a juristic person, such as the Debtor, RICHARD KELLOGG ARMSTRONG, also known by any and all derivatives and variations in the spelling of said name except "Richard Kellogg Armstrong". See also: juristic person. *See also Blacks Law Dictionary, 6th ed., page 113.*

**Claim.** In this Security Agreement the word "claim" means: 1. Right of payment, when such right is rendered into the form of a judgment, or for damages, as well as under rulings regarding an equitable remedy for breach of performance, when such breach results in a right of payment, or when an equitable remedy is rendered into the form of a judgment regarding debts or obligations. 2. "Demanding as one's own and challenge of property, and ownership of a thing, that is wrongfully withheld." *[See Hill v. Henry, 66 N.J. Eq. 150, 57 Atl. 555.* Also, a claim is to state. *See Douglas v. Beasley, 40 Ala. 147; Prigg v. Pennsylvania, 16 pet. 615, 10 L.Ed. 1060.]*

**Collateral.** In this Security Agreement the term "Collateral" means any property and property rights of Debtor, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, with ownership either in the name of Debtor or in the name of another in which the Debtor holds a beneficial interest, and secures the entire obligation or amount of indebtedness. "Collateral" includes but is not limited by any of the following: (a) Any accessions, increases, and additions, replacements of, or substitutions for, any property described in this Security Agreement and Attachment 'A'; (b) Any products, produce, or proceeds of any of the property described in this Security Agreement and Attachment 'A': (c) Any accounts, general intangibles, instruments, monies, payments, or contract rights, or any other rights, arising out of sale, lease, or other disposition of any of the property described in this Security Agreement and Attachment 'A'; (d) Any proceeds, including insurance, bond, general intangibles, or account(s) proceeds, from the sale, destruction, loss, or other disposition of any of the property described in this Security Agreement and Attachment 'A'; (e) Any records or data involving any property described in this Security Agreement and Attachment 'A', not limited by any writing, photograph, microfilm, microfiche, tape, electronic media, or the like, together with any of Debtor's right, title, or interest in any computer software or hardware required for utilizing, creating, maintaining, and processing any such records or data in any electronic media.

**Debtor.** In this Security Agreement the term "Debtor" means RICHARD KELLOGG ARMSTRONG, also known by any derivatives and variations in the spelling of said name except "Richard Kellogg Armstrong".

16

DEBTOR: RKA /s/ *[signature]*    Secured Party: rka *[signature]*

PUBLIC POSTING
www.getnotice.info/rka.html

**Default.** In this Security Agreement the term "default" means Debtor's non-performance of a duty arising under this Security Agreement, specifically any event described in any of the three categories, i.e. "Insolvency", "Creditor Proceedings", and "Other Defaults", set forth below under "Event of Default".

**Derivative.** In this Security Agreement the word "derivative" means coming by way of another; taken out of something preceding; secondary; that which has not the origin in itself, but obtains existence out of some foregoing thing and of a more primal and fundamental nature; anything derived out of another.

**Drawer.** In this Security Agreement the word "drawer" means Richard Kellogg Armstrong or RICHARD KELLOGG ARMSTRONG or any derivatives and variations of said names in any manner whatsoever re any assets or contracts or promissory notes or titles or grants or accounts or instruments or agreements in any form whatsoever bearing the name(s) Richard Kellogg Armstrong or RICHARD KELLOGG ARMSTRONG or any derivatives and variations of said names.

*Ens legis.* In this Security Agreement the term "ens legis" means a creature of the law; an artificial being, such as a corporation, considered as deriving its existence of the being entirely by the law, as contrasted with a natural person. See: Natural person.

**Indorsement.** Means the signature, other than that of the maker, drawer, or acceptor, Richard Kellogg Armstrong.

**Entitlement Holder.** Means Richard Kellogg Armstrong having a security entitlement in any security or asset or contract or promissory note or title or grant or account or instrument or agreement in any form whatsoever, bearing Richard Kellogg Armstrong or any derivatives and variations of said name.

**Hold-Harmless and Indemnity Agreement.** The term "Hold-Harmless and Indemnity Agreement" means that Hold-Harmless and Indemnity Agreement No. RKA0001HHIA, as that Hold-Harmless and Indemnity Agreement may be amended and modified in accordance with the agreement of the parties signing hereunder, together with any attachments, exhibits, documents, indorsements, and schedules.

**Indebtedness.** Means anything that is due and/or owing, including all principal and interest, together with all other indebtedness and costs and expenses for which Debtor is responsible under this Agreement or under any of the related documents. In addition, the word **"Indebtedness"** includes all other obligations, debts, and liabilities, plus interest thereon, of Debtor to Secured Party, as well as all claims by Secured Party against Debtor, whether existing now or later; whether they are voluntary or involuntary, due or not due, direct or indirect, absolute or contingent, liquidated or not liquidated, whether Debtor may be liable individually or jointly with others; whether with reference thereto Debtor may be obligated as guarantor, surety, accommodation party, or otherwise; whether recovery upon such indebtedness may be or hereafter may become barred by any statute or limitations; and, whether such indebtedness may be or hereafter may become otherwise unenforceable.

**Juristic person.** In this Security Agreement the term "juristic person" means an abstract, legal entity ens legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; an imaginary entity, such as Debtor, i.e. RICHARD KELLOGG ARMSTRONG, which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Secured Party.

**Legal Entity.** In this Security Agreement the term "Legal Entity" means an entity, other than a natural person, with sufficient existence in legal contemplation that said entity may function legally or sue and be sued or make decisions through agents.

**Liability(ies).** In this Security Agreement the word "liability" means every kind of legal obligation, responsibility, and duty. Also the state of being bound and obligated in law for doing or paying a debt or fulfilling an obligation or rendering committed specific performance or the like. *[See Mayfield v. First Nat'l Bank of Chattanooga, Tenn, C.C.A. Tenn., 137 F.2d 1013, 1019; Feil v. City of Coeur d'*

17

COMMERCIAL SECURITY AGREEMENT No. **RKA0001CSA**

DEBTOR: RKA /s/ _____      Private Between the Parties      Secured Party: rka _____

PUBLIC POSTING
www.getnotice.info/rka.html

*Alene, 23 Idaho 32, 129 P. 643, 649, 43 L.R.A. N.S. 1095; Breslaw v. Rightmire, 196 N.Y.S. 539, 541. 119 Misc. 833.]*

**Living, breathing, flesh-and-blood man.** In this Security Agreement the term "living, breathing, flesh-and-blood man" means the Secured Party, Richard Kellogg Armstrong, a biological and spiritual being as against an artificial legal construct, ens legis (i.e. a juristic person, created by construct of law).

**Maker.** In this Security Agreement the term "Maker" means Richard Kellogg Armstrong or Richard Kellogg Armstrong or any derivatives and variations of said names in any form whatsoever re any asset or contract or promissory note or title or grant or account or instrument or agreement bearing the name(s) Richard Kellogg Armstrong or RICHARD KELLOGG ARMSTRONG or any derivatives and variations of said names.

**Natural person.** In this Security Agreement the term "Natural person" means a neutral living, breathing, flesh-and-blood man, as against artificial persons, juristic persons and the like.

**Negotiable.** Means capable of being transferred by indorsement or delivery so as to pass to holder the right to sue in his own name and take free of against assignor payee. *Fischbach & Moore v. Philadelphia Nat. Bank, 134 Pa. Super. 84. 3 A.2d 1011, 1012*

**Neutral.** In this Security Agreement the term "Neutral" means Richard Kellogg Armstrong, the Secured Party. [See Black's Law Dictionary Forth Edition West Publishing Co. 1951 page 1193].

**Non-Negotiable.** Means not negotiable; not capable of passing title or property by indorsement or delivery. Any document of title that is not a negotiable document. An instrument which may not be transferred by indorsement and delivery or by delivery alone, though I may be assigned. The transferee does not become a holder unless it is negotiated. *See Black's Law Dictionary, 6th ed., page 1055 and page 1035.*

**Notice.** Means warning or intimation of something.

*Nunc pro tunc.* Means "now for then." A thing that is done at one time which ought to have been performed at another, to answer the purposes of justice, but never to do injustice.

**Secured Party.** In this Security Agreement the term "Secured Party" means Richard Kellogg Armstrong a neutral living breathing flesh-and-blood man or sentient being as against a juristic person created by legal construction.

**Security Agreement.** In this Security Agreement the term "Security Agreement" means this Commercial Security Agreement No. RKA0001CSA, with attachments and incorporations by reference.

**Signature.** See U.C.C. § 3-401 [what is considered a signature], which is herein incorporated by reference.

**Signed.** See U.C.C. § 1-201 (39) [what is considered a signature], which is herein incorporated by reference.

**Trade-name.** In this Security Agreement the term "trade-name" means any of the following juristic persons: RICHARD KELLOGG ARMSTRONG, as well as any derivatives and variations in the spelling of said name(s), respectively, except "Richard Kellogg Armstrong".

**Transmitting Utility.** In this Security Agreement the term "Transmitting Utility" means a conduit, e.g., the Debtor, RICHARD KELLOGG ARMSTRONG, and any and all derivatives and variations in the spelling of said name except "Richard Kellogg Armstrong".

**Vessel in Commerce.** In this Security Agreement the term "vessel in commerce" means the Debtor, i.e. RICHARD KELLOGG ARMSTRONG, and any and all variations and derivatives of the spelling of said name except "Richard Kellogg Armstrong"; a "front", a third party who is put up in name only for participating in a transaction.

18

PUBLIC POSTING
www.getnotice.info/rka.html

i9

COMMERCIAL SECURITY AGREEMENT No. **RKA0001CSA**

DEBTOR: RKA /s/ _RKA_        Private Between the Parties        Secured Party: rka _RKA_

PUBLIC POSTING
www.getnotice.info/rka.html

**ACKNOWLEDGMENT**
**Grant of Exclusive Power of Attorney to conduct**
**all tax, business, and legal affairs of Principal**

GetNotice.info Posting
2009.06.06 09:54AM
RKAPOA0001 2 Pages
getnotice.info/rka.html

**POWER OF ATTORNEY**

1.  I, RICHARD KELLOGG ARMSTRONG, Grantor (hereinafter "**Principal**"), at 1642 N. MCCULLOCH BLVD., #391, LAKE HAVASU CITY, ARIZONA 86403, do hereby authorize and appoint Richard Kellogg Armstrong, c/o 585 Jones Dr., Lake Havasu City, Arizona; Near [86406], Republic, Non Domestic Without the US, as my private attorney in fact (hereinafter "**Agent**"), to take exclusive charge of, manage, and conduct all of my tax, business, and legal affairs, and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized:

   **A.** Indorse or otherwise sign Principal's signature, without liability, on all documents and instruments, of any type or nature, where Principal's signature is requested or required for the purpose of authenticating the writing in all commercial activity between Principal and other artificial persons;

   **B.** To demand, collect, receive, take possession of, hold, receipt for, sue to recover, recover, and manage all sums of money, real estate and all other property, which Principal now owns, or which may now or hereafter become due, owing, or payable to Principal from any source whatsoever;

   **C.** To deposit funds into, make withdrawals from, or sign checks or drafts against any account standing in Principal's name individually or jointly in any bank or other depository; to cash coupons, bonds, or certificates of deposit; to endorse checks, notes, or other documents in Principal's name; to have access to, and to place items into or remove them from any safety deposit box standing in Principal's name individually or jointly; and otherwise to conduct bank transactions or business for Principal in Principal's name;

   **D.** To pay on behalf of Principal any just debts and expenses, including reasonable expenses incurred by Principal's Agent, in exercising this exclusive power of attorney;

   **E.** To retain and manage any investments, and to invest in stock, bonds or other securities, or in real estate or other property on behalf of Principal;

   **F.** To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities; to deposit shares or securities with or transfer them to protective committees, or similar bodies; to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities.

   **G.** To sell, exchange, lease, give options, fund trusts, convey title by deed, and make contracts concerning real estate or other property for such considerations and on such terms as Agent may consider prudent;

   **H.** To improve or develop real estate; to construct, alter, or repair building structures and appurtenances to real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber; to explore for, drill for, mine, develop, extract, remove, refine, process, ship, transport, utilize, convert, and sell minerals of all descriptions, oil, natural gas, and geothermal resources lying on or beneath the surface of real estate and/or solar, wind, or hydroelectric energy available on or above the surface of real estate; to lease, sell, option, joint venture, or coop minerals of all descriptions, oil, natural gas, geothermal resources, solar, wind, or hydroelectric energy and rights and title thereto, and do all things necessary or appropriate to good husbandry and stewardship of such property and resources;

   **I.** To provide for the use, maintenance, repair, security, or storage of Principal's tangible property;

   **J.** To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as Agent, may consider prudent;

INITIALS _RKA_                            1 of 2                    Initials _RKA_

PUBLIC POSTING
www.getnotice.info/rka.html

K.   To settle or compromise any and all claims, now existing or hereafter arising, against Principal and/or any of Principal's collateral; and to execute, sign, and indorse any and all claims, instruments, receipts, checks, drafts, or warrants issued in payment for Principal's collateral.

2.   The Creditor Richard Kellogg Armstrong, named herein on the Form UCC-1 and Commercial Security Agreement filed with the SECRETARY OF STATE of WASHINGTON, is authorized by law to act for and in control of the Principal, RICHARD KELLOGG ARMSTRONG, RICHARD K. ARMSTRONG, RICHARD ARMSTRONG, or any derivative thereof.  In addition, Richard Kellogg Armstrong has the exclusive power of attorney to contract for all business and legal affairs of RICHARD KELLOGG ARMSTRONG, Principal.

3.   The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only Agent may obligate Principal in these matters; and Principal forfeits the capacity to obligate self with regard to same.  This grant of Exclusive Power is irrevocable during the lifetime of Agent.

Executed and sealed by the voluntary act of my own hand, this 5ᵗʰ day of _May_____, 2009.

This instrument was prepared by Richard Kellogg Armstrong.

Acceptance:

_Richard Kellogg Armstrong_
RICHARD KELLOGG ARMSTRONG, Principal

_Richard Kellogg Armstrong_
Richard Kellogg Armstrong, Agent
I, the above named exclusive attorney in fact, do accept the responsibility for the herein-named Principal and do execute the herein granted power of attorney with Due Diligence.

*************************************************

## NOTICE

Using a notary on this document does not constitute any adhesion, nor does it in any manner alter any legal status of any of the parties hereto.  The purpose of a notary is verification and identification only and not for entrance into any foreign jurisdiction.

## ACKNOWLEDGEMENT OF NOTARY

STATE OF ARIZONA          )
                                              ) ss.
COUNTY OF YAVAPAI       )

On the 5ᵗʰ day of _May_____, Two Thousand Nine, before me, Deborah Mathern, a Notary, Personally appeared Richard Kellogg Armstrong, known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living man whose name is subscribed upon this instrument and acknowledged to me that he executed the same in his authorized capacity; and by his signature on this instrument, Richard Kellogg Armstrong has acted on behalf of the person who executed this instrument.

Witnessed, my hand and official seal.

_Deborah Mathern_

> DEBORAH MATHERN
> NOTARY PUBLIC - ARIZONA
> YAVAPAI COUNTY
> My Commission Expires
> December 7, 2011

2 of 2

INITIALS _RKA_                                              Initials _RKA_

Richard K. Armstrong
20413-298
Federal Detention Center
Englewood
9595 Quincy Ave.
Littleton, CO 80123

CERTIFIED MAIL

7010 3090 0002 7264 9969



LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 3 2011

GREGORY C. LANGHAM
CLERK

Gregory C. Langham, Clerk of the Court
U.S. District Court Colorado
901, 19th Street
Denver, CO 80294-3589