IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.      RICHARD KELLOGG ARMSTRONG,

        Defendant.

---

**GOVERNMENT'S MOTION TO PERMIT FILING
OF CORRECTED COPY OF GOVERNMENT RESPONSE TO DEFENDANT
ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR
PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT (DE 366)**[1]

---

        The United State of America, by and through its undersigned counsel, moves this Court for permission to file the accompanying pleading, which is a corrected copy of the government's previously filed pleading entitled GOVERNMENT RESPONSE TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT (DE 366).

        As grounds for the motion, the government states that accompany corrected copy undertakes to correct certain typographical errors and error of grammar and syntax detected by undersigned counsel immediately after filing the government's response.  However, the corrected

---

[1] "DE" stands for docket entries in this case.

1

copy does not change or supplement the substance of that response.

WHEREFORE, the United States respectfully requests that the Court grant this motion and permit the filing of the accompanying corrected copy of the government's pleading entitled GOVERNMENT RESPONSE TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT (DE 366) .

Respectfully submitted,

JOHN F. WALSH
United States Attorney

s/Kenneth M. Harmon
By:  Kenneth M. Harmon
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

David L. Owen
davidowen@lodopc.com

and will undertake to cause said pleading to be mailed to:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123

<u>s/ Kenneth M. Harmon</u>
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202