IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     RICHARD KELLOGG ARMSTRONG,

        Defendant.

___

### GOVERNMENT'S MOTION TO PERMIT FILING OF NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT

___

      The United State of America, by and through its undersigned counsel, moves this Court for permission to file the accompanying proposed Notice of Supplemental Authority Concerning Defendant Armstrong's Motion for Leave to File a Motion for Rehearing for Pretrial Release on Bond Pursuant to 8th Amendment (DE 366).[1]

      As grounds for the motion, the government states as follows:

      In its response to the motion, the government cited *United States v. Hare*, 873 F.2d 796, 799 (5th Cir.1989), for the proposition that length of a defendant's current or potential future detention cannot be considered under Section 3142(f) since it is not material to the issue of risk

___

[1] "DE" stands for docket entries in this case.

of flight or dangerousness (DE 366 at 7).  The proposed notice of supplemental authority seeks to provide the Court with non-binding case law in this circuit indicating that length of detention may, notwithstanding, be a factor for a judicial officer to consider in assessing whether continued detention raises potential constitutional issues and in determining whether further detention proceedings are warranted in order to examine such issues.  The proposed notice of supplemental authority is accordingly intended to ensure that the government's discussion of the issue is complete and not misleading.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

        s/Kenneth M. Harmon
        By:  Kenneth M. Harmon
        Assistant U.S. Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Tel. No. (303) 454-0100
        Fax No. (303) 454-0402
        E-mail: kenneth.harmon@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of November 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

    David L. Owen
    davidowen@lodopc.com

and will undertake to cause said pleading to be mailed to:

    Richard Kellogg Armstrong
    #20413-298
    Englewood Federal Correctional Institution
    Inmate Mail/parcels
    9595 West Quincy Avenue
    Littleton, CO 80123

                        s/ Kenneth M. Harmon
                        KENNETH M. HARMON
                        Assistant United States Attorney
                        U.S. Attorney's Office
                        1225 Seventeenth Street, Suite 700
                        Denver, Colorado 80202