**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

    Defendant.

## MINUTE ORDER[1]

    The following matters are before the court for consideration: (1) **Government's Motion To Permit Filing of Corrected Copy of Government Response To Defendant Armstrong's Motion For Leave To File a Motion For Rehearing For Pretrial Release on Bond Pursuant to 8th Amendment (DE 366)** [#367][2] filed November 30, 2011; and (2) **Government's Motion To Permit Filing of Notice of Supplemental Authority Concerning Defendant Armstrong's Motion For Leave To File a Motion For Rehearing For Pretrial Release on Bond Pursuant to 8th Amendment** [#368] filed November 30, 2011. After reviewing the motions and the file, the court has concluded that the motions should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Government's Motion To Permit Filing of Corrected Copy of Government Response To Defendant Armstrong's Motion For Leave To File a Motion For Rehearing For Pretrial Release on Bond Pursuant to 8th Amendment (DE 366)** [#367] filed November 30, 2011, is **GRANTED**;

    2. That the **Government Response To Defendant Armstrong's Motion For Leave To File a Motion For Rehearing For Pretrial Release on Bond Pursuant to 8th Amendment** [#367-1] is accepted for filing;

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#367]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

      3.  That the **Government's Motion To Permit Filing of Notice of Supplemental Authority Concerning Defendant Armstrong's Motion For Leave To File a Motion For Rehearing For Pretrial Release on Bond Pursuant to 8th Amendment** [#368] filed November 30, 2011, is **GRANTED**; and

      4.  That the **Government's Notice of Supplemental Authority Concerning Defendant Armstrong's Motion For Leave To File a Motion For Rehearing For Pretrial Release on Bond Pursuant to 8th Amendment** [#368-1] is accepted for filing.

      Dated:  December 1, 2011