**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

     Defendant.

**MINUTE ORDER**[1]

The matter is before the court *sua sponte*. The government was to have filed a response by November 15, 2011, to defendant's **Motion To Answer a Certified Question of Law Related To Jurisdiction in This Case, and an Offer of Proof** [#361][2] (see Courtroom Minutes [#347] filed November 1, 2011, at page 3, paragraph 5. No response has been filed.

**THEREFORE, IT IS ORDERED** that the government shall have until **December 23, 2011**, in which to file a response.

Dated: December 19, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#361]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.