IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

           Plaintiff,

v.

2.     RICHARD KELLOGG ARMSTRONG,

           Defendant.

## GOVERNMENT'S NOTICE REGARDING ORDER TO SHOW CAUSE

The United State of America, by and through its undersigned counsel, provides the following notice in relation to matters addressed in the Court's December 16, 2011 Order to Show Cause (DE 378),[1] which order, *inter alia*, directs defendant Armstrong to show cause in writing as to why he should not be held in criminal contempt and punished for failure to comply with specified orders of the Court in this case and which appoints the government to prosecute the criminal contempt proceedings contemplated by said order to show cause:

1.     Government counsel assigned to prosecute the instant pending criminal case acknowledge and accept their appointment to prosecute the criminal contempt proceedings contemplated by the Court's December 16, 2011 Order to Show Cause (DE 378) and are prepared to discharge their obligations to do so.

2.     The government does not seek a term of imprisonment as punishment for the cited

---

[1] "DE _" refers to docket entries in this case.

1

contemptuous conduct which would exceed six months in duration and so does not request that

the criminal contempt matters by tried to a jury.

                              Respectfully submitted,

                              JOHN F.WALSH
                              United States Attorney


                              <u>s/Kenneth M. Harmon</u>
                              By:  Kenneth M. Harmon
                              Assistant U.S. Attorney
                              1225 Seventeenth Street, Suite 700
                              Denver, Colorado 80202
                              Tel. No. (303) 454-0100
                              Fax No. (303) 454-0402
                              E-mail: kenneth.harmon@usdoj.gov


## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 22nd day of December, 2011, I electronically filed the foregoing  with the Clerk of the Court using the CM/ECF, which will send notification to counsel listed below.

David L. Owen, Esq
davidowen@lodopc.com
Advisory Counsel for Defendant Richard Kellogg Armstrong

       And I hereby certify that I will cause a copy of the foregoing to be mailed, by U.S. Mail, to defendant Richard Kellogg Armstrong at the following address:

Richard Kellogg Armstrong
#20413-298
Englewood
Federal Correctional Institution
Inmate Mail/Parcels
9595 West Quincy Avenue
Littleton, CO 80123

s/ Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov