IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.      CURTIS L. MORRIS,
2.      RICHARD K. ARMSTRONG

Defendants.

---

**GOVERNMENT'S NOTICE OF INTENT TO OFFER A REDACTED VERSION OF
CURTIS MORRIS'S VERBAL STATEMENT TO IRS-CI**

---

The United States of America, by and through its undersigned counsel, provides the

following notice of its proposed redactions to the verbal statement made by Curtis Morris to IRS-

CI..  On April 28, 2011, the Government filed a consolidated response to several defense motions

including a motion for severance of the defendants in this case.  Doc. No. 210.  In footnote 3 of

its response, the Government acknowledged that testimony regarding Morris's verbal statement

to IRS-CI on July 1, 2009 risks a potential deprivation of Armstrong's Sixth Amendment right of

confrontation at their joint trial because Morris could invoke his Fifth Amendment right to not

testify and, thereby, render himself unavailable for cross-examination.  Doc. No. 210 at page 11-

12.  To remedy this issue, the Government represented that it would refrain from eliciting the

portions of Morris's verbal statement that directly incriminate Armstrong.  This notice is

designed to aid the Court in determining whether the portions of Morris's verbal statements that

the Government does intend to introduce at trial risk a potential violation of Armstrong's Sixth

Amendment right to confrontation.

The Government intends to introduce Morris's verbal statement of July 1, 2009 through the testimony of the IRS-CI agent(s) that witnessed it.  This verbal statement has been memorialized by the memorandum of interview attached to this notice.  (Exh. 1).  Through the following proposed redactions to this memorandum of interview, the Government hereby provides notice of the portions of Morris's verbal statement it intends to offer at trial and those that it does not.

1.  The Government intends to offer testimony regarding paragraphs 1-6, 11-17, 19, 21-32, 37-38, and 40-52 of the memorandum of interview in their entirety.

2.  The Government does not intend to offer testimony regarding any portion of paragraphs 7-9, 18, 20, or 39.

3.  The Government does not intend to offer testimony regarding the last sentence of paragraph 10 but does intend to offer testimony regarding the first two sentences.

4. The Government does not intend to offer testimony regarding the first sentence of paragraph 33 but does intend to offer testimony concerning the remainder of that paragraph with the second sentence of the paragraph being modified as follows: "Mr. Morris was asked if he believed the Forms 1099-OID annexed to a particular tax return that he prepared for a particular client were prepared by the respective third parties, Morris stated he had no idea."

5.  The Government intends to offer testimony regarding paragraph 34 in its entirety with the exception of substituting the phrase "certain particular clients" for the words  "Mr. And Mrs. Armstrong."

6.  The Government does not intend to offer testimony regarding the first three sentences of paragraph 35 but does intend to offer testimony regarding the last four sentences with the exception of substituting the words "certain particular clients" in sentences 4 and 6 for "the Armstrongs."

7.  The Government does not intend to offer testimony regarding the first sentence of paragraph 36 but does intend to offer testimony regarding the last sentence.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


s/Kevin F. Sweeney
By: Kevin F. Sweeney
Trial Attorney
Tax Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2012, I electronically filed the foregoing **GOVERNMENT'S NOTICE REGARDING ITS INTENT TO OFFER A REDACTED VERBAL STATEMENT MADE BY CURTIS MORRIS TO IRS-CI** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

Lisa Monet Wayne
lmoney20@aol.com

David L. Owen
davidowen@lodopc.com

I also certify that I sent the foregoing via U.S. Mail to the following:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123

By:     s/ *Kevin F. Sween*ey
          KEVIN F. SWEENEY
          Trial Attorney