## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview



| | | | |
|---|---|---|---|
| **In Re:** | Curtis Morris | **Location:** | Curtis Morris' residence<br>5996 Pine Ridge Rd<br>Elizabeth, CO |

**Investigation #:** 1000225930
**Date:** July 1, 2009
**Time:** Various – roughly 7:40 am to 8:15 am
and briefly around 1:30 pm
**Participant(s):** Curtis Morris, Subject
Greg Flynn, Special Agent
Kevin Sophia, Supervisory Special Agent

1. On July 1, 2009, IRS-CI Agents executed a search warrant on the premises occupied by Curtis Morris. Agent Flynn provided Mr. Morris with a copy of the search warrant and explained to him that the agents were executing a federal search warrant. Agent Flynn explained to Morris that he was free to leave but Flynn wished to ask Morris some questions. Agent Flynn explained he was trying to figure out who Morris was and what he was all about. Agent Flynn advised Morris that he could make a statement if he wanted to, but doing so was not required and was completely up to him. Agent Flynn displayed his credentials for Morris' examination and provided Morris with a business card. Mr. Morris requested Agent Flynn's badge number, and Agent Flynn provided it. Mr. Morris asked Agent Flynn if he was going to read him his Miranda rights, Special Agent Flynn stated he was going to read something similar and further explained that Miranda did not apply because Morris was not in custody and was free to go at anytime. Agent Flynn then read Curtis Morris his non-custodial statement of rights using Document 5661, Rev 3-2001. Mr. Morris was asked if he understood his rights, he stated, "Yes." Morris provided the following information:

2. Morris stated his date of birth (DOB) is 8/26/1968, and confirmed his social security number is 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.

3. Morris stated he had a college degree in accounting and attended college in South Dakota at Black Hills State. He stated he had graduated six years ago, but then corrected his statement to say he graduated in 1995 or 1996.

4. Morris stated he is currently employed at Part Point as an accountant. Morris

stated he worked at Part Point for 2 years part time but currently works there full time. Morris stated he previously worked at E-bags as an accountant but quit in late 2008. When asked if most of his employment since college had been in accounting, Morris responded, "Yes."

5. When asked if he was a citizen of the United States, Morris responded, "No." Morris stated he was domiciled in the State of Colorado. Morris stated he was one of "We the People", and stated he was an American Sovereign. When asked if U.S. laws applied to him, Morris responded if the laws were in the general interest of the people. Mr. Morris stated he was part of the We in We the People, but was not associated with the group using that name. Mr. Morris also stated the United States was not under the Constitution, that it was governed by the Articles of Confederation. Mr. Morris stated the United States was a corporation, not a country and was rather small in size (less than 10 square miles). Mr. Morris questioned whether it was the Constitution of the United States or the Constitution for the United States. Mr. Morris was asked if he was nuts and he replied he was not.

6. When asked if he prepared tax returns under the name Numbers and Beyond, Morris responded, "I do." Mr. Morris stated he spends approximately 2 to 3 hours a week depending on the season and number of referrals. When asked if he prepares tax returns from his home, Morris responded, "Yes.". Mr. Morris stated there are no other locations for Numbers and Beyond, and that he does not do tax preparation work at his job.

7. Mr. Morris was asked if he had prepared tax returns for Richard and Sharon Armstrong, Morris stated he didn't recall. Agent Flynn showed Morris a copy of Richard and Sharon Armstrongs' 2005 amended federal income tax return IRS Form 1040X. Mr. Morris was asked if he prepared this return, he responded, "Yes." On question if this was his signature on the return under preparer, Morris responded, "Yes."

8. Agent Flynn showed Morris a copy of Richard and Sharon Armstrong's 2006 amended US Income Tax Return IRS Form 1040X, and asked if he had prepared this return, Morris responded, "Yes." When asked if this was his signature on the return as paid preparer, Morris responded, "Yes."

9. Agent Flynn showed Morris a copy of Richard and Sharon Armstrong's 2007 amended federal income tax return IRS Form 1040X. Mr. Morris was asked if he prepared this return, he responded, "Yes." Mr. Morris was asked if the signature on the return was his, and he responded, "Yes."

10. When asked if he was familiar with Forms 1099-OID, Mr. Morris responded, "I am." Mr. Morris stated that he preferred not to explain his understanding of Forms 1099-OID. When asked if he generated Forms 1099-OID attached to the Armstrong's returns, Morris stated, "No."

11. Agent Flynn showed Morris a copy of Curtis and Susan Morris 2006 Form

1040X tax return. When asked if he prepared this return, he responded, "Yes." Mr. Morris was asked if he signed the return, he responded, "Yes." Mr. Morris was asked if this was his tax return, he responded, "Yes." Mr. Morris was asked if his tax return requests a refund of approximately $74,000, Morris responded, "Yes." Mr. Morris stated the writing on the returns was his. Mr. Morris was asked by Agent Flynn why the IRS owed him $74,000, and he replied "You don't." Mr. Morris stated it was filed for equities. Morris stated the Forms 1099-OID attached to this return were filed for the bank, credit cards, and others. Mr. Morris was asked if he generated the Forms 1099-OID attached to his return, Morris stated, "No." Morris stated he had a copy of the Form 1099. Morris stated he preferred not to say where he got the Forms 1099.

12. Morris declined to answer questions regarding tax discussions he had had with individuals.

13. Agent Flynn showed Morris a copy of Curtis and Susan Morris 2005 Form 1040 tax return. Mr. Morris was asked if this was his signature on the return, Morris responded, "Yes." Mr. Morris was asked if this was his tax return, he responded, "Yes." Mr. Morris was asked if he signed it on the date listed next to his signature, Morris responded, "Yes." Mr. Morris was asked if his occupation was listed as accountant, Morris responded, "Yes."

14. Agent Flynn showed Morris a copy of Curtis and Susan Morris 2006 Form 1040 tax return. Mr. Morris identified his signature on the return, and stated it was his return.

15. When asked why he filed an amended return, Morris stated, "I do not know everything."

16. Mr. Morris was asked if he believes the Internal Revenue Code (IRC) is invalid, Morris responded yes. Mr. Morris stated individual income taxes don't apply to him. Morris stated corporate taxes of the IRC were valid.

17. Morris stated, "I know you are going to use everything I say against me."

18. Morris stated for the Armstrongs he dealt with Mr. Armstrong. Morris stated Mr. Armstrong contacted him, and stated he needed his tax returns prepared. Morris stated Armstrong gave documents to Morris to prepare the tax returns, and he (Morris) didn't prepare the Forms 1099-OID.

19. Morris explained the Forms 1099-OID are based on loans. Morris stated a bank doesn't have the ability to lend its or its client's money. Morris stated Title 31 forbids a bank from lending their investor's money. Morris stated according to multiple former bank employees, when people apply for loans that banks simply create money out of thin air.

20. Agent Flynn showed Morris a copy of Richard and Sharon Armstrongs' Form

1040X for the 2005 tax year. Mr. Morris was asked about schedule B adjustments on the return. Mr. Morris stated they were OID adjustments. When asked if this return was computer generated, Mr. Morris stated, "Yes." Morris stated he uses Intuit's Pro Series Software to prepare returns.

21. Morris stated, "I have a degree. I am semi intelligent."

22. Morris stated he started preparing returns for others in October 2008, and charges $150.00 per return. When asked if he prepared any OID tax returns or had non OID clients, Morris responded, "Yes." Morris stated he had "valid" tax clients, and then explained valid in this context to mean from IRS's perspective. Morris stated he probably had 15 non-OID clients, and probably 20-25 OID clients.

23. Agent Flynn showed several tax returns to Morris one at a time and asked him if the return was prepared by him. These returns were marked on the back with Morris's response. Mr. Morris identified his signature on the following returns and stated he had prepared them:
    a. 2007 Amended US Individual Income Tax Return, Form 1040X for David & Carol Lissy of Golden, Colorado
    b. 2006 Amended US Individual Income Tax Return, Form 1040X for David & Carol Lissy of Golden, Colorado
    c. 2005 Amended US Individual Income Tax Return, Form 1040X for David & Carol Lissy of Golden, Colorado
    d. 2006 Amended US Individual Income Tax Return, Form 1040X for Richard & Delores Maurer of Elizabeth, Colorado
    e. 2005 Amended US Individual Income Tax Return, Form 1040X for Richard & Delores Maurer of Elizabeth, Colorado
    f. 2007 Amended US Individual Income Tax Return, Form 1040X for Richard & Delores Maurer of Elizabeth, Colorado
    g. 2007 Amended US Individual Income Tax Return, Form 1040X for Stanley & Donna Sayler of Livermore, Colorado
    h. 2005 Amended US Individual Income Tax Return, Form 1040X for Bernard & Stacy Przybylski of Chino Valley, Arizona
    i. 2006 Amended US Individual Income Tax Return, Form 1040X for Bernard Przybylski of Chino Valley, Arizona
    j. 2007 Amended US Individual Income Tax Return, Form 1040X for Bernard & Duyen Pryzbylski of Chino Valley, Arizona
    k. 2005 Amended US Individual Income Tax Return, Form 1040X for Stanley & Donna Sayler of Livermore, Colorado
    l. 2006 Amended US Individual Income Tax Return, Form 1040X for Nadeja Quell of Denver, Colorado
    m. 2007 Amended US Individual Income Tax Return, Form 1040X for Nadeja Quell of Denver, Colorado
    n. 2005 Amended US Individual Income Tax Return, Form 1040X for Jeffrey Reynolds of Broomfield, Colorado
    o. 2006 Amended US Individual Income Tax Return, Form 1040X for Jeffrey Reynolds of Broomfield, Colorado

p. 2007 Amended US Individual Income Tax Return, Form 1040X for Jeffrey Reynolds of Broomfield, Colorado
q. 2005 Amended US Individual Income Tax Return, Form 1040X for Lauren & Bruce Achord
r. 2005 Amended US Individual Income Tax Return, Form 1040X for Roger Vanderwindt of Phoenix, Arizona
s. 2006 Amended US Individual Income Tax Return, Form 1040X for Roger Vanderwindt of Phoenix, Arizona
t. 2007 Amended US Individual Income Tax Return, Form 1040X for Roger Vanderwindt of Phoenix, Arizona
u. 2005 Amended US Individual Income Tax Return, Form 1040X for Steven & Susan Broughton of Parker, Colorado
v. 2006 Amended US Individual Income Tax Return, Form 1040X for Steven & Susan Broughton of Parker, Colorado
w. 2005 Amended US Individual Income Tax Return, Form 1040X for JD & Crystal Akin on Roswell, New Mexico
x. 2006 Amended US Individual Income Tax Return, Form 1040X for JD & Crystal Akin on Roswell, New Mexico
y. 2007 Amended US Individual Income Tax Return, Form 1040X for JD & Crystal Akin on Roswell, New Mexico
z. 2005 Amended US Individual Income Tax Return, Form 1040X for Robert Franks & Carol Sands of Commerce City, Colorado
aa. 2008 US Federal Income Tax Return, Form 1040 for Edward Vigil, Jr. of Colorado Springs, Colorado

24. Morris stated he received his clients' from referrals. When asked how he got started preparing tax returns, Morris stated he had friends interested in Forms 1099-OID, and inquired with him where the forms went on the return. Morris declined to provide names.

25. Morris explained how as he described it "money works." Morris stated when a client signs a loan application with a bank, the bank creates money. Morris stated this money is created based on me, the loan applicant, but the bank didn't give me the money. Morris stated the banks should have given me, the loan applicant, the money they created, but instead in essence gave me a line of credit. Morris stated the banks list both the asset obtained and the note to the client on their books as an asset. Morris stated the Form 1099-OID theory is based on the belief banks, etc... owe me, the loan applicant, the funds from the loan, and Forms 1099-OID are created based on these owed funds.

26. Morris stated the Forms 1099-OID are reported to the IRS, so the IRS can know what the banks are doing and tax them. Morris stated the reported withholding on the form is what the banks should have submitted. Morris stated the income and withholding on the Forms 1099-OID is the same amount. Morris explained this by stating the banks should have given him, the loan applicant, the money, and didn't so they withheld funds and should have paid it over.

27. On question if Morris took (accounting) classes, Morris replied, "Yes." Morris stated he also took a few continuing (professional) education classes and classes for Quick Books.

28. Morris stated he graduated from college in 1996. Morris stated following graduation he worked for General Parts for 5 years doing general accounting. Mr. Morris was asked if he ever did payroll taxes, Morris responded, yes he did as part of his accounting jobs. Mr. Morris was asked if he had prepared IRS Forms W-2 and W-3, Morris responded, "Yes." Mr. Morris was asked if had prepared Forms 1099 and 1099 misc. He responded, "Yes." Mr. Morris was asked if he had prepared Forms 1096, he responded, "Yes." Morris explained the procedure for preparing and filing Forms 1099. He stated copies of Form 1099 go as follows: Copy A goes to the IRS; Copies B & C go to the payee, and Copy D is retained by payer.

29. Agent Sophia showed Morris a copy of his Form 1040X for the 2006 tax year, and specifically the Forms 1099-OID attached to his amended tax return. Mr. Morris was asked if U.S. Bank prepared the Form 1099-OID listed as from US Bank, Morris responded, "No." Mr. Morris was asked if Toyota prepared the Form 1099-OID listed as from Toyota, Morris responded, "No." Mr. Morris was asked if Discover had prepared the Form 1099-OID listed as from Discover, Morris responded, "No." Morris then stated, "I prepared them."

30. Morris stated he realizes now that he shouldn't have prepared the Forms 1099-OID. Mr. Morris was asked if he prepared Forms 1099-OID for his clients, Morris stated he had for very few clients, but didn't recall which ones.

31. Morris stated he didn't recall exactly when he became aware that filing the Forms 1099-OID and related tax returns was wrong. Morris stated he hasn't prepared any additional tax returns based on Forms 1099-OID after becoming aware that is wrong. Mr. Morris declined to elaborate on when he learned the OID program was wrong. Mr. Morris stated he was aware OID returns were improper a significant time prior to today's IRS activity, but declined to elaborate. Mr. Morris stated he learned in part the OID tax returns were wrong from postings on the IRS's web cite. Mr. Morris stated he would not prepare additional OID tax returns in the future.

32. Morris stated he believed the theory behind the Forms 1099-OID is valid, but isn't sure it was carried out in the proper manner. Morris stated his preparation of Forms 1099-OID without the authority from the bank (creditors) was wrong. Mr. Morris was asked why he ever thought he had the authority to prepare Forms 1099-OID for companies he did not work for, Mr. Morris stated his bank checks state authorized representative. Mr. Morris was asked about the Forms 1099-OID for his clients' returns, he never answered the question regarding why he ever thought he had the authority to prepare Forms 1099-OID for his clients' creditors.

33. Agent Flynn showed Morris a copy of Richard and Sharon Armstrong's 1040X

for the 2005 tax year, and specifically the Forms 1099-OID attached to this return. Mr. Morris was asked if he believed the Forms 1099-OID were prepared by the respective third parties, Morris stated he had no idea. Morris stated upon review now, the Forms 1099-OID attached to this return appear to all be from the same printer, and that usually forms from different institutions appear different. Morris stated at the time he prepared the returns he just viewed the Forms 1099-OID one at a time, and did not question them.

34. Morris explained his understanding of IRS Form 1096 as a summary of what a company paid out versus a summary of what an individual received. Mr. Morris was asked why then Mr. and Mrs. Armstrong had Forms 1096 in their documents for amounts they supposedly received from various parties, Mr. Morris did not address the question.

35. Mr. Morris was asked how the Armstrongs, who live in Lake Havasu, Arizona, came to use Morris. Morris stated friends referred the Armstrongs to him, but again he didn't want to provide names. Mr. Morris was asked why the Armstrongs would use him for their tax returns. Mr. Morris replied they probably heard that Morris knew about Forms 1099-OID. Mr. Morris was asked why if the forms are valid Forms 1099-OID and accurately report withholding, why any accountant couldn't prepare the Armstrongs' tax returns. Mr. Morris didn't have an answer. Mr. Morris was asked if the Armstrongs used him for their taxes because Morris was willing to do things other accountants were not willing to do. Mr. Morris replied, "Probably."

36. Mr. Morris stated that he had prepared three tax returns for the Armstrongs all claiming refunds from the IRS. Morris reiterated that the money should be taken from he banks. Morris stated that the IRS is owed this money and should collect from the companies (banks).

37. Morris stated he believes the banks are defrauding the world, and expressed dismay at the bailout. Mr. Morris was asked if he believed the banks were paying the withheld funds as reported on Forms 1099-OID to the IRS. Mr. Morris stated no, but that they should be.

38. Morris stated again that he is paid $150.00 per return, and did not receive a percentage of any refunds issued by the IRS. Mr. Morris stated he was not supposed to receive a percentage of any refunds obtained from the IRS.

39. Morris stated that he knew the Armstrongs received refunds from the IRS. Mr. Morris stated they were the only ones to receive significant refunds, but some other minor amounts were received by other clients. Morris stated Mr. Armstrong called him and told him he had received roughly $1.6 million dollars from the IRS. Morris stated he congratulated Armstrong. Agents Flynn and Sophia challenged Mr. Morris on the use of the word congratulations. Mr. Morris stated that was what he said, and he did not find it odd, and would congratulate any of his clients upon the receipt of a refund.

40. Morris stated he had bank accounts at U.S. Bank and ING Bank. Morris stated the IRS has probably levied both accounts. Morris stated he also had a Scott Trade account. Morris stated he had an account for his business at Firstbank (of Colorado).

41. Mr. Morris was asked who owns his home, he stated the primary (owner) is his wife. Morris stated he owns a Toyota Prius (parked a few yards away), but owes $8,000 on it.

42. Mr. Morris stated he had also prepared and submitted a 2008 tax return containing OID information. Mr. Morris stated he and his wife filed separately for 2008, because he didn't want to put his wife in "harm's way." Mr. Morris was asked to explain what he meant by "harm's way", Morris could explain his tax returns and the OID program but stated his wife didn't know about the concept behind the Forms 1099-OID and didn't have any desire to learn about it.

43. Morris stated he knows the IRS believes the 1099-OID stuff is baloney. Morris stated he read about the IRS' views concerning the Forms 1099-OID from the IRS's web-site, but declined to specify when he learned this.

44. Mr. Morris stated he was originally contacted by Jeff Reynolds' mother (NU) regarding Forms 1099-OID. Morris stated Reynolds' mother told him to look at the 1099-OID, and she said to Morris that it was a way to get back money. Morris stated he looked into the Form 1099-OID stuff on the web but doesn't recall the details.

45. Morris stated he had prepared his own tax returns ever since he was out of school.

46. Morris described his understanding of taxes and accounting as above average.

47. Morris stated he incorporated EFFN Books with the Colorado Secretary of State but never did anything with this name/company. Morris stated he received an EIN (Employer Identification Number) for EFFN books from the IRS. Morris stated Numbers and Beyond was created as a d.b.a. and he uses it as the State incorporation.

48. Mr. Morris stated he believes he signed all the tax returns prepared by him, as the paid preparer. Mr. Morris stated there are no returns that he prepared that he did not sign floating around. Mr. Morris also stated he believes his computer prints out the returns with the name Numbers and Beyond listed for paid preparer, and that he did not make any effort to obscure that information on any of the returns.

49. Agents Flynn and Sophia left Mr. Morris outside his residence and assisted with other aspects of the search.

50. Near the conclusion of the search, Agents Flynn and Sophia approached Mr.

Morris to give him a status report and an estimate of how much longer the agents would be at his home.

51. Special Agent Flynn asked Mr. Morris if he had anything he wanted to add to or change in his statement. Special Agent Flynn asked Mr. Morris about his earlier statement that he had ceased preparing OID tax returns, informing Mr. Morris that his computer had emails from as recent as yesterday regarding OID tax returns. Mr. Morris stated he was aware of that and was assisting people with OID matters, but was no longer preparing OID returns.

52. Special Agent Flynn then advised Mr. Morris that if he had any information he'd like to provide to the government that he could always call Flynn's office. Mr. Morris asked what the next step was, and Flynn told him he would be contacting witnesses, and requesting documents from various sources, and would provide Morris notice when required. Agent Flynn asked Mr. Morris if the notices should be sent to the Pine Ridge address, Morris stated they should. Agent Flynn told Mr. Morris that if he wanted to accept responsibility for his actions, and cooperate with the government he could do so. Mr. Morris asked what Flynn meant by accept responsibility, and Flynn told him that meant pleading guilty to a crime. Mr. Morris stated Flynn would hear from him soon. Agent Flynn again thanked Mr. Morris for his courtesy toward him and the search team.

I certify that this memorandum contains an accurate summary of relevant items discussed during the interview of Curtis Morris.

Greg Flynn
Special Agent

Kevin Sophia
Supervisory Special Agent

I prepared this memorandum in draft on July 2, 2009 and completed and signed it on July 8, 2009, after refreshing my memory from notes made during and immediately after the interview with Curtis Morris.

00002338

*[signature]*

Greg Flynn
Special Agent

*[signature]*

Kevin Sophia
Supervisory Special Agent