IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE ROBERT E. BLACKBURN

Case No.: 10-CR-00317-REB     Date: January 4, 2012

Case Caption: United States of America, Plaintiff, vs. [1] Curtis Morris and [2] Richard Kellogg Armstrong, Defendants

## DEFENDANT CURTIS MORRIS' WITNESS LIST
(Name and Party Designation)

| WITNESS | DATES(S) TESTIFIED |
|---|---|
| INVESTIGATOR TONY DIVIRGILIO | JANUARY 4, 2012 |
| SA GREG FLYNN | JANUARY 4, 2012 |
| INVESTIGATIVE RESOURCES ROBERT CHRISTIANSEN | JANUARY 4, 2012 |