IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:            January 4, 2012

Deputy Clerk:    Nel Steffens
Court Reporter:  Tracy Weir

**Criminal Action No. 10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
|  | Kevin Sweeney |
| Plaintiff, |  |
| v. |  |
| 1. CURTIS L. MORRIS, and | Lisa Wayne |
| 2. RICHARD KELLOGG ARMSTRONG, | *Pro Se*, with David Owen, Advisory Counsel |
| Defendants. |  |

### COURTROOM MINUTES

**Motions Hearing on #199, #201, and #213**

**8:38 a.m.     Court in session.**

Appearances of counsel.  Also seated at government's table are IRS-CID Special Agent, Greg Flynn, and U.S. Attorney's Office paralegal, Summer Wall.  Also seated at defendants' table is Ms. Wayne's paralegal, Wendy Anderson.  Seated in the gallery (due to illness) is defendant Morris' advisory witness, Investigator Tony Divirgilio.

Opening statements by the court.

Court's sequestration order is in effect.

Court addresses **Defendant Morris' Motion To Suppress Alleged Statements Made to Any and All Law Enforcement on July 1, 2009** [#199] filed April 14, 2011.

8:42 a.m.      Government's witness, Greg Flynn, called and sworn.

Direct examination by Mr. Harmon.

***Exhibits Identified:*** *Government's Exhibit 4A, Government's Exhibit 4B, Government's Exhibit 2, Morris' Exhibit 2, Morris' Exhibit 3, Morris' Exhibit 4, Government's Exhibit 7, Government's Exhibit 3A, Government's Exhibit 3B, Government's Exhibit 1A, Government's Exhibit 1B, Government's Exhibit 5*

***Exhibits Admitted:*** *Government's Exhibit 4A, Government's Exhibit 4B, Government's Exhibit 2, Morris' Exhibit 2, Morris' Exhibit 3, Morris' Exhibit 4, Government's Exhibit 7, Government's Exhibit 3A, Government's Exhibit 3B, Government's Exhibit 1A, Government's Exhibit 1B, Government's Exhibit 5*

**10:15 a.m.     Court in recess.**

**10:32 a.m.     Court in session.**

Witness Flynn has resumed the witness stand.

Continued direct examination by Mr. Harmon.

10:47 a.m.     Cross examination by Ms. Wayne.

***Exhibits Identified:*** *Morris' Exhibit 8, Morris' Exhibit 9*

***Exhibits Admitted:*** *Morris' Exhibit 8, Morris' Exhibit 9*

**11:58 a.m.     Court in recess.**

**1:18 p.m.      Court in session.**

Witness Flynn has resumed the witness stand.

Continued cross examination by Ms. Wayne.

***Exhibits Identified:*** *Morris' Exhibit 13*

2:02 p.m.      Re-direct examination by Mr. Harmon.

2:12 p.m.      Witness is excused.

2:14 p.m.      Government's witness, Kevin Sophia, called and sworn.

Direct examination by Mr. Harmon.

2:39 p.m.      Cross examination by Ms. Wayne.

3:09 p.m.      Witness is excused.

**3:10 p.m.     Court in recess.**

**3:27 p.m.     Court in session.**

Both sides rest.

3:28 p.m.      Closing argument by Mr. Harmon.

3:36 p.m.      Closing argument by Ms. Wayne.

4:00 p.m.      Rebuttal argument by Mr. Harmon.

　　　　**IT IS ORDERED** as follows:

　　1.　　That **Defendant Morris' Motion To Suppress Alleged Statements Made to Any and All Law Enforcement on July 1, 2009** [#199] filed April 14, 2011, is taken under advisement.

Court requests oral argument on **Defendant Morris' Motion for Severance of Defendants** [#201] filed April 14, 2011.

4:09 p.m.      Oral motion by Ms. Wayne to continue oral argument on the motion for severance.

4:10 p.m.      Argument by Mr. Harmon in opposition to the oral motion to continue argument.

4:13 p.m.      Argument by Ms. Wayne in support of her oral motion.

Court's findings.

　　　　**IT IS FURTHER ORDERED** as follows:

　　2.　　That Ms. Wayne's oral motion to continue the oral argument on **Defendant Morris' Motion for Severance of Defendants** [#201] filed April 14, 2011, is **DENIED.**

4:16 p.m.      Argument by Ms. Wayne in support of **Defendant Morris' Motion for Severance of Defendants** [#201] filed April 14, 2011.

4:22 p.m.      Argument in opposition by Mr. Sweeney.

4:26 p.m.      Rebuttal argument by Ms. Wayne.

**IT IS FURTHER ORDERED** as follows:

3. That **Defendant Morris' Motion for Severance of Defendants** [#201] filed April 14, 2011, is taken under advisement.

Court will treat and construe the **Accused Armstrong's Notice for Severence** [sic] **of Defendants** [#213] filed April 29, 2011, as defendant Armstrong's motion for severance.

4:29 p.m.   Argument by defendant Armstrong in support of his motion for severance.

4:30 p.m.   Argument in opposition by Mr. Sweeney.

**IT IS FURTHER ORDERED** as follows:

4. That **Accused Armstrong's Notice for Severence** [sic] **of Defendants** [#213] filed April 29, 2011, construed as defendant Armstrong's motion for severance, is taken under advisement;

5. That, with the concurrence of counsel and defendant Armstrong, a Status and Scheduling Conference is set for Tuesday, **January 24, 2012, at 9:00 a.m.**, at which counsel and the defendants shall appear without further notice or order; and

6. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendants at the Status and Scheduling Conference.

**4:35 p.m.   Court in recess.**

Total time in court:   06:03

Hearing concluded.