CASE NO.:   10-CR-00317-REB
CASE CAPTION:   UNITED STATES OF AMERICA, Plaintiff, vs. [1] CURTIS L. MORRIS and [2] RICHARD KELLOGG ARMSTRONG, Defendants
EXHIBIT LIST OF:   CURTIS L. MORRIS

☆ *Exhibits admitted are for the limited purposes of this hearing.*

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 1 | NON-CUSTODY STATEMENT OF RIGHTS | | | | EXHIBIT 1 TO DOCKET 199 |
| 2 | Photograph of the sidewalk and stairs leading to the front door of the residence | | ✓ | | 1/4/12 ☆ |
| 3 | Close up view of the stairs leading to the front door of the residence | | ✓ | | 1/4/12 ☆ |
| 4 | Photograph from the driveway facing the residence | | ✓ | | 1/4/12 ☆ |
| 5 | Photograph of the stairs leading to the sidewalk and driveway from the front porch of the residence | | | | |
| 6 | Photograph of the driveway and sidewalk from the front porch of the residence | | | | |
| 7 | Photograph of inside the residence from the front porch of the residence | | | | |
| 8 | Photograph of the first half of stairs leading to the basement | | ✓ | | 1/4/12 ☆ |

| | | IN | OUT | Comments |
|---|---|---|---|---|
| 9 | Photograph of the second half of stairs leading to the basement | ✓ | | 1/4/12 ★ |
| 10 | Photograph of the hallway leading to the shower/laundry room (first door on left) | | | |
| 11 | Photograph of the shower/laundry room | | | |
| 12 | Close up view of the entry door to the shower | | | |
| 13 & 13-1 | Google Earth 5996 Pine Ridge feet and meters description | | | |