CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris, et al.

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 1

(Name and Party Designation)

☆

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 1A | IRS Non-Custody Statement of Rights Form | | ✓ | | 1/4/12 ☆ |
| 1B | IRS In-Custody Statement of Rights Form | | ✓ | | 1/4/12 ☆ |
| 2 | Photograph of front of residence at 5996 Pine Ridge Dr, Elizabeth, CO | | ✓ | | 1/4/12 ☆ |
| 3A | Diagram of residence and attached structures at 5996 Pine Ridge Dr, Elizabeth, CO (overhead view) | | ✓ | | 1/4/12 ☆ |
| 3B | Diagram of lower level of residence 5996 Pine Ridge Dr, Elizabeth, CO (overhead view) | | ✓ | | 1/4/12 ☆ |
| 4A | Aerial photograph of property located at 5996 Pine Ridge Dr, Elizabeth, CO | | ✓ | | 1/4/12 ☆ |
| 4B | Aerial photograph of property located at 5996 Pine Ridge Dr, Elizabeth, CO (different view) | | ✓ | | 1/4/12 ☆ |
| 5 | IRS Memorandum of July 1, 2009 Interview of Curtis Morris | | ✓ | | 1/4/12 ☆ |
| | | | | | ☆ Exhibits admitted are for the limited purposes of this hearing. |
| 6 | | | ✓ | | 1/4/12 ☆ |
| 7 | | | ✓ | | 1/4/12 ☆ |