IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE ROBERT E. BLACKBURN

Case No.: 10-cr-00317-REB                                    Date: 1-4-12

Case Caption: United States of America v. Curtis L. Morris, et al.

United States - Plaintiff                    WITNESS LIST
(Name and Party Designation)

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| Greg Flynn, Special Agent, IRS-CID | 1/4/12 |
| Kevin ~~Sofia~~ Sophia, Supervisory Special Agent, IRS-CID | 1/4/12 |
| Jared Erwin, Special Agent, IRS-CID | |
| Patrick Hegarty, Special Agent, IRS-CID | |

*Rev. April 15, 2002*