

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v | § | No. 10-CR-00317-REB |
| | § | |
| CURTIS L MORIS, | § | |
| RICHARD KELLOGG ARMSTRONG | § | |
| Defendants | § | |
| | § | |

**REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION FOR JUDGMENT ON THE PLEADINGS**

Comes now Defendant, and hereby files this reply to the Government's Response to Motion to Answer a Certified Question of Law.

The government's response should be stricken as lacking creditability and as untimely. The government's response should also be stricken because the US Attorney has declared Article I, Section 5, Clause 1, of the Constitution of the United States "frivolous", which is perjury of oath of office and the US Attorney should be referred for criminal charges for perjury of oath of office. The US Attorney is also in violation of the US Attorney's oath of office to uphold the Constitution, and the violation is grounds for dismissal, loss of pension, referral to the state bar, and removal from office. Since the US Attorney has violated their oath of office and committed criminal charges, the US Attorney should now be declared a terrorist. NADA 2012.

Alternatively, the government's response should be denied as lacking evidentiary and legal support and the US attorney should be referred for disciplinary action. The US Attorney attempts to act as a fact witness, which is hearsay and not legal.

### A. "The Government Mistakenly Overlooked his filing"

On page 1 of the government's response the government attempts to avoid their responsibility by stating that the government "mistakenly overlooked his filing". Pardon me while I throw up. That statement is conclusory, and lacks evidentiary support. The US Attorney is acting as its own fact witness, which is illegal. The government **failed to respond to the court's show cause order**, then the court provided another show cause order, and the government responded that it "**mistakenly overlooked the [first] order**". Let me throw up again. This is the government, that is responsible for protecting the people. Did the US Attorney mistakenly overlook going home to his family last night? Did the US Attorney mistakenly overlook that he took an oath of office to uphold the Constitution? Did the US Attorney mistakenly overlook that he is a protector of the Constitution above all else? No such leeway exists in federal courts, particularly for the government. The government's response should be stricken as lacking credibility and lacking evidentiary support and the US Attorney should be referred for dismissal from office and stripped of his/her benefits.

### B. The Government's Statement that the Argument is Frivolous is Without Merit

The government on page 2 states that Armstrong's argument is frivolous. Therefore, the government is now stating that the **Constitution of the United States is frivolous.** The US Attorney has now breached his oath of office to uphold the Constitution and has attempted to mislead the court The argument by Defendant is very simple and is based on Congressional records: No quorum was in place on May 12, 1947 when the House "passed" Public Law 80-772 and no quorum was in place on June 23,

1948 when the Speaker of the House and President pro tempore of the Senate voted on Public Law 80-772. Article 1, Section 5, Clause 1, of the Constitution. The US attorney should be referred by the court for disciplinary action, disbarment, and investigation on criminal charges.

### C. The Government's Statement That the Court Has Already Determined the Issue Makes the Court a Co-Conspirator

The government next states that the Court has already determined that it has subject matter jurisdiction in the case. Doc 169. "As this Court has previously put it, 'Armstrong's argument that Title 18 was enacted in violation of the Quorum clause of the Constitution is [a] frivolous challenge....". Doc 169 at 6.

The government fails to state that on June 16, 2011, the Supreme Court ruled that any statute repugnant to the Constitution is void ab initio. See *Carol Ann Bond v. United States*, S.Ct., 6/16/11. Lower courts have repeatedly been warned not to attempt to overturn Supreme Court precedent.

Thus, if the court declares the argument frivolous, despite the facts that Public Law 80-772 failed to Constitutionally pass the House on May 12, 1947, because no quorum was in place, and failed to properly be signed into law on June 23, 1948, by the Speaker of the House and President of the Senate, because no quorum was in place, both in violation of Article I, Section 5, Clause 1 of the Constitution, **then the court has violated its oath of office and has created Structural Error and** should be referred to the 10th Circuit for investigation for violation of its oath of office, for disbarment of the judge, and for impeachment of the judge. The ruling is conclusory and is only intended to protect the court's jurisdiction, which is impossible since the jurisdiction is ***void, ab initio*** as a matter of law.

The prosecutor is likewise in violation of their oath of office, as the prosecutor now wants to change the Constitution. Such a change requires a Constitutional quorum and vote of the people. Otherwise, the US Attorney has come with lack of candor to the court and has failed to admit that the court lacked jurisdiction over this claim. The prosecutor should be referred to the attorney general for removal from office and for removal of his retirement benefits.

### D. The Governments Statements that the Questions Are Not Legal Question Is Unusual, But Without Merit

The Government cites United States v. Chillemi, 2007 WL 2995726 (D.Ariz. 2007) in support of its argument that the Defendant's questions are not legal questions. Although interesting, the court's opinion in *Chillemi* carries no significance. First, the case is a district court opinion and carries no precedent value. Second, the opinion fails to address the issue presented, whether a violation of the quorum clause on May 12, 1947 as reported in the Congressional record when the vote on the bill was 38 to 6 as 435 members were in Congress, and another violation on June 23, 1948 as reported in the Congressional record when the Speaker of the House and President pro tempore of the Senate signed the bill when Congress had completely and fully adjourned *sine die* is a violation of the Constitution of the United States. So what is the US Attorney trying to say? The government can't win the argument. So they revert to not relevant cases. The attorney should be sanctioned for lack of candor to the court.

### E. The Government Next States That the Challenge is Not a Legal Question

Pardon me if I throw up again. Where did the US Attorney receive the law degree? From a cracker jack box? The challenge is very simple. No quorum on May 12, 1947 and no quorum on June 23, 1948. Statute void, ab initio. *Marshall*

*Field* does not apply by its own language. Besides, as presented herein, it was overruled or distinguished by Munos Flores and Clinton v. New York. This is a Constitutional violation. Read my lips. A Constitutional Violation. Marshal Field does not apply. The US Attorney should again be sanctioned and have his pension removed.

These are not political questions, See Blacks Law Dictionary, Pocket Edition, 1996: "The judicial principle that a court should refuse to decide issues involving the exercise of discretionary powers by the executive or legislative branch of government." This is not an issue that has been decided by either the executive or legislative branches of the government. In fact, repeated attempts to have it decided by those branches has resulted in nothing but stonewalling. Therefore, it is a question to be resolved by the court.

The issue is very simple: Did Congress violate Article I, Section 5, Clause 1 of the Constitution on May 1, 1947 and June 23 1948. Either one, or both, renders Public Law80-772 and 18 USC 3231 void ab intitio. No jurisdiction.

### F. Conclusion

The government's argument is enough to warrant sanctions against the US Attorney, at the court's discretion. The issue is simple. No quorum, violation of the Constitution, no law, no jurisdiction. Case closed. Relief granted.

Respectfully submitted,
/s/
Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123

## CERTIFICATE OF SERVICE

On this the _10_ day of _JAN 2012_, a true and correct copy of the foregoing was served on opposing counsel by first class mail, postage prepaid.

_/S/_
Richard Kellogg Armstrong

