IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              January 24, 2012

Deputy Clerk:      Deborah Hansen
Court Reporter:    Tracy Weir

**Criminal Action No. 10-cr-00317-REB**

*Parties:*                                          *Counsel:*

UNITED STATES OF AMERICA,                           Mark Harmon

     Plaintiff,

v.

1. CURTIS L. MORRIS,                                Lisa Monet Wayne
2. RICHARD KELLOGG ARMSTRONG,                       *Pro Se*, with David L. Owen, Advisory
                                                    Counsel

     Defendants.

## COURTROOM MINUTES

**STATUS/SCHEDULING CONFERENCE/SHOW CAUSE HEARING**

**09:05 a.m.    Court in session.**

Court's comments

This matter is before the Court for a status and setting conference and for advisement proceedings in the nature of contempt.

Appearances of counsel.  Also seated at Government's table is IRS-CID Special Agent Greg Flynn

Defendants are present and in custody.

Court's comments

There are three pending motions before the Court:
1) Defendant Morris' Motion to Limit The Lay-Witness Testimony of Internal Revenue Service Special Agents And Employees [ECF No. 227];
2) Defendant Morris' Motion to Strike Proposed Expert Testimony of IRS-CID Special Agent Riordan, or in the Alternative, For an Evidentiary Hearing Pursuant to FR.E. 702 [ECF No. 230]; and
3) Defendant Armstrong's Motion for Leave to File a Motion for ReHearing for Pretrial Release on Bond Pursuant to 8th Amendment [ECF No. 359].

The Court addresses trial and status of speedy trial

Mr. Harmon's comments

Ms. Wayne's comments

The Government's speedy trial calculation is 27 days.  Ms. Wayne agrees with the Government's calculation.  Mr. Harmon and Ms. Wayne agree that the speedy trial is tolled until the Court rules on all pending motions.

Defendant Armstrong's comments

Court's findings and conclusions entered on the record.

**ORDERED:   A Jury Trial shall commence at 8:30 a.m.,  Monday, April 9, 2012 for sixteen days, as follows:  Monday through Thursday the week of April 9;  Monday through Thursday the week of April 16; Monday through Thursday the week of April 23; and if necessary, Monday through Thursday the week of April 30, 2012.**

**ORDERED:   A Trial Preparation Conference is set Friday, April 6, 2012, at 1:30 p.m.**

> **Counsel and the defendants shall again appear before the Court without further notice, order, or subpoena.  Provided furthermore, that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the Court in securing the appearances of Defendants Morris and Armstrong.**
>
> **One and one half hours is allocated for this conference.**

The Court addresses the pending non-CJA motions

Discussion

**ORDERED:   The pending non-CJA pretrial motions [ECF Nos. 227 and 230] are set for oral argument Wednesday, March 14, 2012 at 1:15 p.m.**

**Forty-five minutes is allocated for oral argument.**

**Counsel and the defendants shall again appear before the Court without further notice, order, or subpoena.  Provided furthermore, that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the Court in securing the appearance of Defendants Morris and Armstrong**.

The Court addresses Defendant Armstrong's Motion for Leave to File a Motion for ReHearing for Pretrial Release on Bond Pursuant to 8th Amendment [ECF No. 359]

**ORDERED   Defendant Armstrong's Motion for Leave to File a Motion for ReHearing for Pretrial Release on Bond Pursuant to 8th Amendment [ECF No. 359] is set for a limited evidentiary hearing and oral argument Friday, February 24, 2012 at 9:00 a.m.**

**Forty-five minutes is allocated for this hearing.**

Ms. Wayne's comments

Defendant Morris requests leave to waive appearance at the hearing set Friday, February 24, 2012 (by Ms. Wayne).

Mr. Harmon's comments

The Government has no objection.

**ORDERED:   Defendant Morris' request to waive appearance at the hearing set Friday, February 24, 2012 Is GRANTED.  Defendant Morris and Ms. Wayne are excused from appearing at the hearing**.

**ORDERED:   The United States Marshal for the District of Colorado shall assist the Court in securing the appearance of Defendant Armstrong for the hearing set Friday, February 24, 2012 at 9:00 a.m.**

The Court addresses the advisement of Defendants Morris and Armstrong in the nature of contempt proceedings which were initiated by the Court through the issuance of Orders to Show Cause

Court's advisement to the defendants, concerning the Orders to Show Cause.

Defendant Morris states he did not read the Order to Show Cause [ECF No. 377].

Defendant Armstrong states he did read the Order to Show Cause [ECF No. 378].

Court's comments to Defendant Morris concerning the Order to Show Cause [ECF No. 377].

The Court advises the defendants of their rights in criminal contempt proceedings.

Colloquy between the Court and the defendants

The Court inquires whether Defendants Morris and Armstrong wish to be represented by an attorney in these contempt proceedings. Defendant Morris responds that he does not. Defendant Armstrong requests a few days to answer the Court's question.

**ORDERED: Defendant Armstrong has up to and including Friday, February 3, 2012 to advise the Court, in writing, whether he intends to be represented by an attorney in the criminal contempt proceedings**.

Court's comments

Neither the Government nor Ms. Wayne object to the Court continuing the contempt hearing to the date and time Defendant Morris' pending non-CJA pretrial motions are set for hearing.

**ORDERED: The advisement and related proceedings for the contempt hearing as to Defendant Morris is CONTINUED to Wednesday, March 14, 2012 at 1:15 p.m.**

Neither the Government nor Defendant Armstrong object to the Court continuing the contempt hearing to the date and time Defendant Armstrong's pending non-CJA pretrial motion is now set for hearing.

**ORDERED: The advisement and related proceedings for the contempt hearing as to Defendant Armstrong is CONTINUED to Wednesday, March 14, 2012 at 1:15 p.m.**

**ORDERED: The Defendants are REMANDED to the custody of the U.S. Marshal**.

09:55 a.m.   Court in Recess
             Hearing concluded
             Time: /50