FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2012 JAN 31 PM 3:08
GREGORY C. LANGHAM
CLERK
BY ______ DEP. CLK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

DENVER DIVISION

UNITED STATES OF AMERICA C

Plaintiff C 10-cr-00317-REB

V C No. xxxx

RICHARD KELLOGG ARMSTRONG C

Defendant C Verified

**MOTION FOR RETURN OF PROPERTY, OR ALTERNATIVELY A STAY ON SEIZURE PROCEEDINGS PENDING THE OUTCOME OF TRIAL PROCEEDINGS**

Comes now, Defendant, moving for leave to file this Motion as is Defendant's right pursuant to the 1st, 5th and 14th amendments of the United States.

Defendant answers the government and moves that the court order the government to return property under a seizure order in accordance with FRCrimP 41(g), or alternatively to issue an order of stay to prevent the government from seizing and/or disposing of any property under initial seizure pending a ruling on the jurisdiction of the court or pending trial and verdict. Defendant incorporates all prior filings related to seizure, by reference, herein. Defendant presents this motion verified, and the facts herein must be taken as true unless rebutted by fact or affidavit.

A. Return of Property

Rule 41(g) states: "A person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return. The motion must be filed in the district where the property was seized. The court must receive evidence on any factual issue

necessary to decide the motion. If it grants the motion, the court must return the property to the movant, but may impose reasonable conditions to protect access to the property and its use in later proceedings.

**a) Defendant is actually innocent as a Matter of Law**

As Defendant has previously established as a matter of law, Defendant is actually Innocent of any criminal offense. Attached as Exhibit B is Defendant's Motion for Judgment as a matter of law, which proves as a matter of law that it is irrefutable that:

The Judge has taken an oath of office to uphold the Constitution.

The Prosecutor has taken an oath of office to uphold the Constitution.

The 80th Congress violated the Quorum Clause of the Constitution, Article I, Section 5, Clause 1, on May 12, 1947, when the House voted 38 to 6 to pass Public Law 80-772 when 435 members were in the House. This smoking gun is irrefutable and renders the statute invalid as a matter of law.

The 80th Congress also violated the Quorum Clause of the Constitution on June 23, 1948, when the President of the Senate and Speaker of the House signed Public Law 80-772 into law after Congress had completely and fully adjourned *sine die* on June 20, 1948, was not in session and no quorum was present.

Public Law 80-772 is *void ab initio*.

18 USC section 3231, which gives the court its jurisdiction, is *void ab initio* as it is part of Public Law 80-772 (See in toto provision to pass legislation).

Without 18 USC section 3231, the government has no authority to seize anything and must return the property and the court has no authority to order a seizure nor to charge or convict Defendant and must declare Defendant actually innocent.

The court can not obtain its jurisdiction under the prior statute of Title 18 (1940) as that statute was repealed in 1948.

The court can not obtain jurisdiction pursuant to Title 18 (1909) because that would be in violation of the Fair Warning Doctrine.

Without jurisdiction, no detention is valid and no seizure order is valid.

**b) No seizure is valid until Defendant is found Guilty as a Matter of Law**

Defendant is presumed to be innocent until proven guilty:

"Presumption of innocence" serves to emphasize that the prosecution has the obligation to prove each element of the offense beyond a reasonable doubt (or some other level of proof depending on the criminal justice system) and that the accused bears no burden of proof. Mueller, Christopher B; Laird C. Kirkpatrick (2009). *Evidence, 4th Ed.* Aspen (Wolters Kluwer). ISBN 9780735579682, pp. 133-134. This is often expressed in the phrase *innocent until proven guilty*, coined by the English lawyer (1760–1840). Moore, Christopher (1997). *The Law Society of Upper Canada and Ontario's lawyers*, 1797-1997. University of Toronto Press. ISBN 0802041272. Garrow insisted that accusers be robustly tested in court. An objective observer in the position of the juror must reasonably conclude that the defendant almost certainly committed the crime. Rembar, Charles (1980). *The Law of the Land.* New York: Simon & Schuster.

The presumption of innocence is in fact a legal instrument created by the French cardinal and jurist to favor the accused based on the legal inference that most people are not criminals. *Words and Phrases* 1914, p. 1168. It is literally considered favorable evidence for the accused that automatically attaches at trial. Coffin v. United States, 156 U.S. 432 ( "the presumption of innocence is evidence in favor of the accused, introduced by the law in [their] behalf". It requires that the , be it a juror or judge, begin with the presumption that the state is unable to support its assertion. *Words and Phrases* 1914, p. 1168. To ensure this legal protection is maintained a set of three related rules govern the procedure of criminal trials. The presumption means: Mueller, Christopher B.; Laird C. Kirkpatrick (2009). *Evidence*; 4th ed. Aspen (Wolters Kluwer).

1. With respect to the critical facts of the case - whether the crime charged was committed and whether the defendant was the person who committed the crime - the state has the **entire burden of proof**.
2. With respect to the critical facts of the case, **the defendant does not have any burden of proof whatsoever.** The defendant does not have to testify, call witnesses or present any other evidence, and if the defendant elects not to testify or present evidence, this decision cannot be used against them.
3. The jury or **judge is not to draw any negative inferences from the fact the defendant has been charged with a crime** and is present in court and represented by an attorney. They must decide the case solely on evidence presented during the trial.

This duty on the prosecution was famously referred to as the "golden thread" in the criminal law by in :

> Throughout the web of the English criminal law one golden thread is always to be seen - that it is the duty of the prosecution to prove the prisoner's guilt subject to what I have already said as to the defence of insanity and subject also to any statutory exception...

Since a presumption of innocence exists, the government has no authority to seize or hold property.

**c) The Facts Used By the Government Are Invalid**

The government has illegally seized an airplane which was purchased by Defendant's wife from her savings years ago. Even if Defendant could be proven to be guilty of a crime, seizure of the airplane is disputed. Furthermore, the government, due to its illegal seizure, has now reduced the value of the property by failing to maintain it and is liable for that damage since the property still belongs to Defenant.

The government is attempting to include a property in Arizona, at 30 Perkins Drive, Prescott Arizona 6301. That property was gifted to Sharon Armstrong by her mother years ago, prior to any alleged criminal activities. Any seizure is disputed as to its legality.

The government appears to be attempting to seize a house in Colorado from the Estate of Larry Hall. However, that property is not subject to seizure because an abatement exists on Mr. Hall's case due to his death after indictment but prior to trial. See Black's Law Dictionary, New Pocket

Edition, 1996: "The act of eliminating or nullifying; The suspension or defeat of a pending action for a reason unrelated to the merits of the claim." A federal judge in Houston dismissed convictions for fraud and conspiracy against former Enron executive Kenneth Lay. He was tried and convicted in Houston on charges related to the collapse of the giant energy trading company in 2001. He was ordered innocent on Docket No. 1126, Case No. 4:04-cr-000253, S.D.Tx. See also *United States v. Estate of Parsons*, 367 F,.3d 409 (5th Cir. 2004 (en banc); *Durham v. United States*, 91 S.Ct. 858, 860 (1971)(per curiam). Therefore, Hall cannot be held liable for any seizure or restitution by the government, and once again, the government's attempt at seizure is illegal.

**d) Defendant is Innocent as a Matter of Statute**

Defendant avers that defendant never intended to commit a crime, and never intended to harm anyone." Without the proof of intent, then the government has no valid crime and no valid seizure or restitution.

**e) Conclusion**

Defendant moves for immediate return of all property. A presumption of innocence does not allow the seizure at this time. Further, Defendant is actually innocent as a matter of law because 18 USC section 3231 is unconstitutional, and both the US attorney and the Judge have full knowledge of that fact, or are presumed to have full knowledge, and are required to uphold their oaths of office to uphold the Constitution. Next, the government's facts are completely misplaced as the plane and property in Arizona were purchased by Defendant's wife with her own funds. Further, no seizure can be done against Larry Hall due to the rule of abatement.

Finally defendant avers he is actually innocent and until a proper trial proceedings can be heard, if in fact one can be heard, then the government has no authority to seize, hold, or sell property.

**f) Prayer for Relief**

Defendant moves the court to:

a) Declare that a presumption of innocence bars the government from seizing, holding or selling assets;

b) Declare 18 USC section 3231 unconstitutional as a matter of law and declare that Defendant is innocent as a matter of law and that any seizure is illegal;

c) Declare that the government has erred based on the assets seized as the property in Arizona nor the airplane is the subject of any legal seizure and, further, that Larry Hall's death creates an abatement of any crime or seizure alleged against him;

d) Declare that Defendant's averment of actual innocence prevents the government from exercising any seizure pending a declaration on jurisdiction and proper trial and ruling of guilty;

e) Alternatively, stay all proceedings related to seizure of assets pending a proper trial and guilty verdict;

f) And for such other and further relief as the court deems just and proper.

Respectfully submitted,

Respectfully submitted,

Richard Kellogg Armstrong

CERTIFICATE OF SERVICE

On this the __________ day of _________________, a true and correct copy of the foregoing motion was served on opposing counsel by first class mail, postage prepaid, as required by law.

Richard Kellogg Armstrong

fedex.com 1.800.GoFedEx 1.800.463.3339

**FedEx Express** ***NEW** Package US Airbill*

FedEx Tracking Number 8987 3368 9632

0200 Form ID No.

**FedEx Retrieval Copy**

**1 From**

Date 1/30/12

Sender's Name ______ Phone ______

Company ______

Address ______ Dept./Floor/Suite/Room

City ______ State ______ ZIP ______

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name CLERK Phone ______

Company ______

Address ______ Dept./Floor/Suite/Room

We cannot deliver to P.O. boxes or P.O. ZIP codes.

01 ☐ HOLD Weekday — FedEx location address REQUIRED. **NOT available for** FedEx First Overnight.

Address ______

Use this line for the HOLD location address or for continuation of your shipping address.

31 ☐ HOLD Saturday — FedEx location address REQUIRED. **Available ONLY for** FedEx Priority Overnight and FedEx 2Day to select locations.

City ______ State ______ ZIP ______

**4 Express Package Service** *To most locations.

**NOTE: Service order has changed. Please select carefully.**

***Packages up to 150 lbs.*** *For packages over 150 lbs., use the new FedEx Express Freight US Airbill.*

**Next Business Day**

06 ☐ FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

01 ☐ FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

05 ☑ FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

49 ☐ **NEW** FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.

03 ☐ FedEx 2Day — Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

20 ☐ FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.

06 ☑ FedEx Envelope* 02 ☐ FedEx Pak* 03 ☐ FedEx Box 04 ☐ FedEx Tube 01 ☐ Other

**6 Special Handling and Delivery Signature Options**

03 ☐ **SATURDAY DELIVERY**

☐ No Signature Required — Package may be left without obtaining a signature for delivery.

10 ☐ Direct Signature — Someone at recipient's address may sign for delivery. *Fee applies.*

34 ☐ Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. *Fee applies.*

**Does this shipment contain dangerous goods?**

**One box must be checked.**

☑ No 04 ☐ Yes As per attached Shipper's Declaration. ☐ Yes Shipper's Declaration not required. 06 ☐ Dry Ice Dry Ice, 9, UN 1845 ____ x ____ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

**Enter FedEx Acct. No. or Credit Card No. below.**

Obtain recip. Acct. No. ☐

1 ☐ Sender Acct. No. in Section 1 will be billed. 2 ☐ Recipient 3 ☐ Third Party 4 ☑ Credit Card 5 ☐ Cash/Check

Total Packages ______ Total Weight ______ lbs. Credit Card Auth. ______

†Our liability is limited to $100 unless you declare a higher value. See the current FedEx Service Guide for details.

612

8987 3368 9632

Rev. Date 11/10 • Part #163136 • ©1994–2010 FedEx • PRINTED IN U.S.A. SRY