**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

    Defendant.

## MINUTE ORDER[1]

    By **February 17, 2012**, the government shall file a response to defendant Armstrong's **Motion For Return of Property, or Alternatively a Stay on Seizure Proceedings Pending The Outcome of The Trial Proceedings** [#406][2] filed January 31, 2012.

    Dated:  February 3, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#406]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.