TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO:
SUBJECT: Expert witness motion 2/2/12
DATE: 02/02/2012 05:20:21 PM

February 2, 2012

U.S. District Court Colorado
UNITED STATES OF AMERICA
    Plaintiff
    v
RICHARD KELLOGG ARMSTRONG
    Defendant/Petitioner

Case No. 10-cr-00317-REB-2

*[Stamped: FILED U.S. DISTRICT COURT DISTRICT OF COLORADO 2012 FEB -8 AM 10:08 GREGORY C. LANGHAM CLERK  BY____DEP. CLK]*

---

MOTION FOR LEAVE TO FILE A MOTION FOR AUTHORIZATION FOR COURT PAID EXPERT FORENSIC WITNESS TO INVESTIGATE AND CHALLENGE IRS CHARGES OF PETITIONER FILING FRAUDULENT AND FICTITIOUS INCOME TAX FORMS CLAIMING ORIGINAL ISSUE DISCOUNT AS WELL AS A DEMAND FOR A TRIAL DATE EXTENSION.

---

Haines v. Kerner 404 U.S. 519

    Comes now, Petitioner, Richard Kellogg Armstrong, pro se, moves this court to authorize payment for a court paid expert forensic witness in the above captioned case to address IRS charges of filing false and fictitious income tax returns and related forms based on Petitioner's claims for Original Issue Discount return of interest.

    The IRS has falsely claimed that the Petitioner filed for the refund of income tax that was never paid into the IRS. Petitioner claims that the IRS charges are bogus, based on their skewed interpretation of Original Issue Discount charging, of course, that Petitioner knowingly and intentionally defrauded the U.S. Department of Treasury.

    Because of the technicality of the argument at issue, it is imperative for the Petitioner to have access to the services of Ms. Victoria Osborn, a Certified Fraud Examiner with extensive experience in the area of IRS, in order for Petitioner to be adequately represented at trial.

    Petitioner has confirmed that Ms. Osborn will serve as an expert witness at trial. However, as Petitioner advised the Court at the January 24, 2012, hearing, due to a heavy work schedule, Ms. Osborn requires a minimum ninety-day advance notice. She estimates forty working hours for her investigation at an hourly rate of $195.00.

    The Court received Petitioner's prior motion for authorization of a court paid expert witness, Doc #360, November 15, 2011, but the Court did not respond, until January 17, 2012, which Petitioner considers an inexcusably long delay for response considering that a was trial pending. Now, with an April 9, 2012, trial date set, there is inadequate lead time for Ms. Osborn to adequately investigate the IRS claims and prepare for trial. Petitioner, therefore, demands that the trial date be reset to allow the expert witness adequate time for her investigation to prepare for trial. Petitioner CANNOT GO TO TRIAL without this expert witness and be satisfactorily represented. It could be construed as a violation of due process as the entire trial revolves around the lawfulness of Petitioner's IRS filings and will be prepared to prove that the IRS has fraudulently brought a complaint against Petitioner.

    Petitioner, being (unlawfully) incarcerated (see Petitioner's Motion to answer a Certified Question of Law Related to Jurisdiction In This Case, And An Offer Of Proof, Doc #361, to which Petitioner has not received a ruling to date) does not have access to a Form CJA-21 so Petitioner requests that the Court incorporate the completed Form CJA-21 previously submitted.

    As this pleading is merely a motion for leave to file a motion, Petitioner will anticipate a timely response. Thank you.

Respectfully,

*[signature]*
Richard Kellogg Armstrong, pro se

Encl: Exhibit A - Osborn resume

Victoria Osborn is a Certified Fraud Examiner (CFE) who graduated from the University of Colorado in 1988 with a Bachelor of Science in Business and majors in Accounting and Finance.

Specialized Training:
- Criminology & Ethics, Financial Transactions, Fraud Investigation and Legal Elements of Fraud
- Fraud Trial Training
- Investigating by Computer
- How to Locate Hidden Assets
- Following the Money-IRS Fraud-IRS Supervising Special Agent
- The U.S. Judicial System
- Analyzing Bank Records
- Beyond the Numbers: Professional Interviewing Techniques
- Financial Institution Fraud
- Over 20,000 hours in IRS examinations, hearings, litigation (civil and criminal) and research
- Pikes Peak Community College-addressed students in Criminal Justice and Forensic Accounting classes (2010)

Memberships:
- Association of Certified Fraud Examiners
- Charter Member of the Colorado Springs Chapter of Association of Certified Fraud Examiners
- National Society of Accountants
- Colorado Public Accounting Society

Experience:
Since 1984 Ms. Osborn has worked in the field of accounting as a Business Manager, Controller, Director of Finance and Forensic Accountant. Her experience includes:
- Analyze interpret and control accounting and financial records such as general accounting, cost accounting, budgeting, forecasting, accounting methods and procedures, taxes and internal auditing
- Coordination of company financial planning, debt financing and budget management
- Analyze monthly operating results
- Ensured company accounting procedures conformed to generally accepted accounting principles
- Outside financial reporting
- Protected company assets through internal controls and audits
- Financial statement preparation for financial institutions in support of business loans
- Year end preparation of financial statements
- Oversight for annual reviews and audits by CPA firms

In 1998 Ms. Osborn began working as an independent forensic accountant specializing in tax litigation working with other professionals to assist taxpayers in resolving complex tax issues. She has over 20,000 hours in IRS examinations, hearings, cases (civil and criminal) and research. She is conversant with IRS forms, documents, computer codes, the IRS computer system, IRS Individual Master Files, Non-Master Files, Administration Files, and Examination Files, and what the various codes in them mean. Her work has included:
- Criminal and civil cases
- Litigation support in all areas such as pretrial, trial, post-trial and sentencing
- Interview witnesses and prepare memorandum of interviews
- Served as a Forensic Accountant, Fraud Examiner and Non-testifying Expert in criminal and civil cases in numerous U.S. District Courts
- Testified as an Expert Witness under Rule 702 of the Federal Rules of Evidence in the U.S. District Courts
- Handled large volumes of electronic and paper evidence
- Participation as a member of numerous legal teams involving multiple defendants and attorneys in criminal cases
- Assist legal counsel in identifying strengths and weaknesses in civil and criminal cases
- Examine evidence and prepare reports of findings such as declarations and expert witness reports

PRACTICE AREAS
- IRS
- Forensic Accounting
- Fraud Examination
- Litigation Support
- Electronic Discovery
- Public Defenders

- Offshore Accounts
- Court Appointed Attorney

Victoria Osborn, PA, CFE
- Public Accountant
- Forensic Accountant
- Certified Fraud Examiner (CFE)

Member:
- Association of Certified Fraud Examiners
- Charter Member of the Colorado Springs Chapter of Association of Certified Fraud Examiners
- National Society of Accountants
- Colorado Public Accounting Society


Richard V. Osborn, MCSE
- Microsoft Certified System Engineer
- Cisco Certified Network Associate

WHAT'S NEW IN OUR BLOG
- IRS Targets Taxpayers Hiding Income in Offshore Accounts
- IRS Hires Hundreds to Hunt Offshore Tax Evaders
- Over 14,700 American Admit Foreign Bank Accounts to IRS-ABC News
- UBS Accidentally Leaks Names to Post Office
- IRS - Report of Foreign Bank and Financial Accounts (FBAR)

PRACTICE AREAS
- IRS
- Forensic Accounting
- Fraud Examination
- Litigation Support
- Electronic Discovery
- Public Defenders
- Offshore Accounts
- Court Appointed Attorney

RICHARD K. ARMSTRONG
20013-298
FEDERAL DETENTION CENTER
ENGLEWOOD
9595 QUINCY AVE.
LITTLETON, CO 80123

LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 07 2012

GREGORY C. LANGHAM
CLERK

U.S. DISTRICT COURT COLORADO
901 19TH STREET
DENVER, CO 80294-3589

06 FEB 2012 PM 3 L

DENVER CO 802



FOREVER USA