TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO:
SUBJECT: Motion to the court re attorney for contempt charg
DATE: 02/02/2012 11:40:46 AM

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 FEB -8  AM 10: 08

GREGORY C. LANGHAM
           CLERK

BY_____DEP. CLK

February 1, 2012

U.S. District Court Colorado
901 19th Street
Denver, CO 80294-3589

UNITED STATES OF AMERICA (CORP.)
            v.                                   Case No. 10-cr-00317-REB-2
RICHARD KELLOGG ARMSTRONG

---

MOTION FOR THE COURT TO APPOINT AN ATTORNEY AS CO-COUNSEL TO ASSIST PETITIONER WITH CRIMINAL CONTEMPT PROCEEDINGS.

---

Haines v. Kerner 404 U.S. 519

   Petitioner, Richard Kellogg Armstrong, unrepresented, moves the court to appoint an attorney as co-counsel to assist Petitioner with court proceedings related to charges of alleged criminal contempt.

   The alleged criminal contempt charges appear to have resulted from Petitioner's alleged willful filing of Motions and/or Notices without prior court approval in violation of the court's directives.

   The appointed attorney cannot be Mr. David Owen, the currently appointed advisory counsel. Petitioner and Mr. Owen have a specific personality clash making it impossible for the two to work amicably together in addition to Petitioner's lack of confidence in Mr. Owen's ability to properly represent him.

   Should the appointed attorney be acceptable to Petitioner, the appointed attorney should possess in-depth knowledge of the IRS and to have had direct experience in the defense of IRS cases should Petitioner elect to have that person, as co-counsel, assist him in his defense in the scheduled criminal case jury trial.

Respectfully,

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong, pro se

RICHARD K. ARMSTRONG
26413-258
FEDERAL DETENTION CENTER
ENGLEWOOD
9595 QUINCY AVE
LITTLETON, CO 80123

LEGAL
MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 07 2012
GREGORY C. LANGHAM
CLERK

U.S. DISTRICT COURT COLORADO
901 19TH ST.
DENVER, CO 80294-3589