**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

**AMENDED
MINUTE ORDER**[1]

The matter is before the court *sua sponte*. On February 3, 2012, the court issued a **Minute Order** [#407] requiring the government to file a response to the **Motion For Return of Property, or Alternatively a Stay on Seizure Proceedings Pending The Outcome of The Trial Proceedings** [#406]2 filed January 31, 2012, by the defendant, Richard Kellogg Armstrong.

Mr. Armstrong's motion [#406] is quintessentially a motion to file a motion. Thus, this amended minute order is issued to direct the government to file its response to Mr. Armstrong's request to file the motion that Mr. Armstrong includes improperly with his request to file the motion.[2]

**THEREFORE, IT IS ORDERED** as follows:

1. That by February 17, 2012, the government shall file a response to the request [#406] of the defendant, Richard Kellogg Armstrong, to file a **Motion For Return of Property, or Alternatively a Stay on Seizure Proceedings Pending The Outcome of The Trial Proceedings**; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] The **Trial Preparation Conference Order** [#33] entered June 25, 2010, provides in relevant part: "A request for leave to file [a motion] shall not be contained or included in the paper sought to be filed. *See* **REB Cr. Practice Standard V.B., C., and D**." Order at 1, n. 2. Although the order has been supplanted by the **Second Trial Preparation Conference Order** [#403] entered January 24, 2012, *see* Order at 6, ¶ 21, **REB Cr. Practice Standard V.B., C., and D.** remains in full force and effect.

2.  That this **Amended Minute Order** supplants and supersedes the **Minute Order** [#407] entered February 3, 2012.

Dated:  February 9, 2012