**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Date:  February 13, 2012          Case Number:  10-cr-00317-REB

CERTIFICATE OF MAILING

      The undersigned hereby certifies that on the above date a copy of the Order Denying Motion To Answer Certified Question of Law Related to Jurisdiction in This Case (#400) signed by Judge Blackburn,  was duly mailed to the person listed below:

| | |
|---|---|
| Defendant | Richard Kellogg Armstrong, #20413-298, Englewood Federal Correctional Institution, Inmate Mail/Parcels, 9595 West Quincy Ave., Littleton, CO 80123 |

GREGORY C. LANGHAM, CLERK

By:  s/N. Marble
      Deputy Clerk