IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             February 24, 2012

Deputy Clerk:     Nel Steffens
Court Reporter:   Tracy Weir

**Criminal Action No.  10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
|     Plaintiff, | |
| v. | |
| 2.  RICHARD KELLOGG ARMSTRONG, | *Pro Se*, with David Owen as advisory counsel |
|     Defendant. | |

## COURTROOM MINUTES

**Motion Hearing on #359**

**9:08 a.m.     Court in session.**

Appearances of counsel.  Also seated at government's table is IRS Case Agent, Greg Flynn.

Opening statements by the court.

Court addresses the defendant's **Motion for Leave To File a Motion for Rehearing for Pretrial Release on Bond Pursuant to 8th Amendment** [#359] filed November 15, 2011.

Argument by defendant Armstrong.

Response by Mr. Harmon.

Court's findings and conclusions.

**IT IS ORDERED:**

That the defendant's **Motion for Leave To File a Motion for Rehearing for Pretrial Release on Bond Pursuant to 8th Amendment** [#359] filed November 15, 2011, **DENIED**.

**9:18 a.m.     Court in recess.**

Total time in court:   00:10

Hearing concluded.