**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | March 12, 2012 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Richard Kellogg Armstrong
FCI - Englewood
9595 West Quincy Avenue
Littleton, CO 80123
#20413-298

**RE:**   **12-1082, In re: Armstrong**
District docket: 1:10-CR-00317-REB-2

Dear Appellant:

Your petition for extraordinary writ of mandamus was docketed today but will not be submitted to the court until the docket fee has been paid or you have filed an application to proceed without prepayment of fees and costs. *See* Fed. R. App. P. 21(a)(3). Within 30 days of the date of this order, you must either pay the $450.00 docket fee to the clerk or file for leave to proceed without prepayment of fees on the enclosed form. If the fee is not paid or the form is not filed, this proceeding may be dismissed without further notice.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Tonya S. Andrews
      Kenneth Mark Harmon
      Martha A. Paluch
      Kevin F. Sweeney

EAS/ad