IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:            March 14, 2012

Deputy Clerk:    Nel Steffens
Court Reporter:  Tracy Weir

**Criminal Action No. 10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
| | Kevin Sweeney |
| Plaintiff, | |
| v. | |
| 1. CURTIS L. MORRIS, and | Lisa Wayne |
| 2. RICHARD KELLOGG ARMSTRONG, | *Pro Se*, with David Owen, Advisory Counsel |
| Defendants. | |

## COURTROOM MINUTES

**Motions Hearing on #227 and #230**

**1:28 p.m.    Court in session.**

Appearances of counsel.  Also seated at government's table is IRS-CID Special Agent, Greg Flynn.

Defendants are present in custody.

Opening statements by the court.

Ms. Wayne notes that defendant Morris is present today with a black eye, but since she and the defendant do not communicate, she is unable to determine his condition.

Court addresses **Defendant Morris' Motion To Limit the Lay-Witness Testimony of Internal Revenue Service Special Agents and Employees** [#227] filed May 10, 2011.

1:33 p.m.     Argument by Ms. Wayne.

1:44 p.m.     Response by Mr. Sweeney.

1:50 p.m.     Reply by Ms. Wayne.

Court takes the matter under advisement.

Court addresses **Defendant Morris' Motion To Strike Proposed Expert Testimony of IRS-CID Special Agent Riordan, or in the Alternative, for an Evidentiary Hearing Pursuant to F.R.E. 702** [#230] filed May 11, 2011.

1:55 p.m.     Argument by Ms. Wayne.

2:08 p.m.     Response by Mr. Harmon.

2:17 p.m.     Reply by Ms. Wayne.

Court takes the matter under advisement.

>       **IT IS ORDERED** that pending contempt proceedings are **CONTINUED** pending further order of the court.

**2:21 p.m.     Court in recess.**

Total time in court:   00:53

Hearing concluded.