**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

      Defendants.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

      The attached **Juror Questionnaire** is approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

      Dated March 29, 2012 at Denver, Colorado.

                                                **BY THE COURT:**

                                                Robert E. Blackburn
                                                United States District Judge