## **PROPOSED FORFEITURE JURY INSTRUCTIONS**

Ladies and Gentleman of the Jury, at this stage of the proceeding, there is one additional duty which you must perform as jurors. This will require you to deliberate and consider a special verdict on the forfeiture of property which the government seeks from the defendant.

In view of your verdict finding the Defendant guilty of Counts One, Twenty-Five, Twenty-Six, and Twenty-Seven, you must also decide, under the law I will now explain to you now, whether the Defendant must forfeit certain property which the government claims is subject to forfeiture to the United States because of its connection to the Defendant's illegal activities.

The term "forfeited" simply means for someone to be divested or deprived of the ownership of something as a part of the punishment allowed by the law for the commission of certain criminal offenses.

In deciding these forfeiture issues you should consider all of the evidence you have already heard during the trial plus the additional evidence that will be presented to you when I finish giving you these instructions.

The property at issue is:

a. real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado;

b. real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona and,

c. Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527.

In order to be entitled to the forfeiture of any of these assets in regard to Count One, the Government must have proved by a preponderance of the evidence:

*First*: That the money or property to be forfeited constitutes the proceeds the Defendant obtained directly or indirectly as the result of the crime charged in Count One of the Superseding Indictment;

**OR**

*Second*: That the property to be forfeited was either derived from or traceable to the proceeds the Defendant obtained directly or indirectly as the result of the crime charged in Count One of the Superseding indictment.

In order to be entitled to the forfeiture of any of these assets in regard to Counts Twenty-Five, Twenty-Six, and Twenty-Seven, the Government must have proved by a preponderance of the evidence:

*First*: That the money or property to be forfeited was involved in the financial transaction charged in Counts Twenty-Five, Twenty-Six, and Twenty-Seven of the Superseding Indictment;

**OR**

*Second*: That the property to be forfeited was traceable to property involved in the financial transaction charged in Counts Twenty-Five, Twenty-Six, and Twenty-Seven of the Superseding Indictment.

To "establish by a preponderance of the evidence" means to prove that something is more likely so than not so. In other words, a preponderance of the evidence in the case means such evidence as, when considered and compared with that opposed to it, has more convincing force, and produces in your minds belief that what is sought to be proved is more likely true than not true. You do not need to be convinced beyond a reasonable

doubt, just whether the true answer to each question is more likely yes than no.

To be "derived" from something means that the property under consideration must have been formed or developed out of the original source so as to be directly descended from that source.

To be "involved in a financial transaction" means that the property under consideration was the subject of the financial transaction that constituted the money laundering violation.

To be "traceable" to something means that the property under consideration must have followed an ascertainable course or trail in successive stages of development or progress from the original source.

While deliberating, you are to consider the evidence offered by the parties in your previous deliberations as well as any additional evidence presented by either the Government or the Defendant(s) during this forfeiture phase of the trial.

I further instruct you that what happens to property of the Defendant or any third party after your special verdict is exclusively a matter for the Court to decide.  In this regard, I instruct you that your previous verdict that the Defendant is guilty of Counts One, Twenty-Five, Twenty-Six, and Twenty-Seven as charged in the Superseding Indictment is binding on this part of the proceeding, and you must not discuss or seek to determine anew whether he is guilty or not guilty of those charges.

### **INSTRUCTIONS ON SPECIAL VERDICT FORM**

A Special Verdict Form has been prepared.  The special verdict requires you to answer certain questions about the relationship between the property and the violation(s)

of which you have found the Defendant guilty, as follows:

     1.    Whether the Subject Property constitutes proceeds or was derived from proceeds of Count One for which Defendant Richard Kellogg Armstrong has been found guilty?

     2.    Whether the Subject Property was involved in Counts Twenty-Five, Twenty-Six, and Twenty-Seven for which you have found the Defendant Richard Kellogg Armstrong guilty?

You may answer the questions by simply putting an "X" or check mark in the space provided next to the words "Yes" or "No."  Your answer to each question must be unanimous; that is, you must all agree that the answer is either "Yes" or "No."  After you are finished, the foreperson must then sign and date the Special Verdict Form.