IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-0031-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. CURTIS L. MORRIS,
2. RICHARD KELLOGG ARMSTRONG,

       Defendants.

---

### UNITED STATES' REVISED PROPOSED JURY INSTRUCTIONS AND VERDICT FORM

---

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, and through Kenneth M. Harmon, Assistant United States Attorney and Kevin F. Sweeney, United States Department of Justice Tax Attorney, respectfully submits UNITED STATES' REVISED PROPOSED JURY INSTRUCTIONS AND VERDICT FORM for trial. Based upon the *pro se* status of Defendant Richard K. Armstrong, the United States presumes that all of its proposed jury instructions are non-stipulated instructions and it is not aware of any competing instructions. The United States reserves the right to submit additional proposed jury instructions to address issues that arise during the course of the trial.

Dated this 2nd day of April, 2012.

Respectfully Submitted,

JOHN F. WALSH
United States Attorney


*s/Kenneth M. Harmon*
Kenneth M. Harmon
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Co 80202
Telephone:  (303) 454-0100
Fax: (303) 454-0402
e-mail: kenneth.harmon@usdoj

s/Kevin F. Sweeney
By: Kevin F. Sweeney
Special Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Phone: 303-454-0100
Kevin.Sweeney@usdoj.gov

*Attorneys for the Government*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2012, I electronically filed the foregoing **UNITED STATES' REVISED PROPOSED JURY INSTRUCTIONS AND VERDICT FORM** using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Lisa Monet Wayne
lmoney20@aol.com

David L. Owen
davidowen@lodopc.com

I also certify that I sent the foregoing via U.S. Mail to the following:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123

By:   s/ *Kevin F. Sweeney*
        KEVIN F. SWEENEY
        Trial Attorney