IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-003-REB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CURTIS L. MORRIS,

        Defendant.

## VERDICT FORM

### COUNT ONE

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count One of the indictment:

        \_\_\_\_ Not Guilty

        \_\_\_\_ Guilty

### COUNT TWO

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Two of the indictment:

        \_\_\_\_ Not Guilty

        \_\_\_\_ Guilty

## COUNT THREE

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Three of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

## COUNT SIX

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Six of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

## COUNT SEVEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Seven of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

## COUNT EIGHT

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Eight of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

## COUNT NINE

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Nine of the indictment:

_____ Not Guilty

_____ Guilty

### COUNT TEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Ten of the indictment:

_____ Not Guilty

_____ Guilty

### COUNT ELEVEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Eleven of the indictment:

_____ Not Guilty

_____ Guilty

### COUNT TWELVE

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Twelve of the indictment:

_____ Not Guilty

_____ Guilty

### COUNT THIRTEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Thirteen of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT FOURTEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Fourteen of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT FIFTEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Fifteen of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT SIXTEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Sixteen of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT SEVENTEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Seventeen of the indictment:

_____ Not Guilty

_____ Guilty

## COUNT EIGHTEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Eighteen of the indictment:

  ____ Not Guilty

  ____ Guilty

### COUNT NINETEEN

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Nineteen of the indictment:

  ____ Not Guilty

  ____ Guilty

### COUNT TWENTY

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Twenty of the indictment:

  ____ Not Guilty

  ____ Guilty

### COUNT TWENTY-ONE

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Twenty-One of the indictment:

  ____ Not Guilty

  ____ Guilty

### COUNT TWENTY-TWO

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Twenty-Two of the indictment:

  ____ Not Guilty

  ____ Guilty

## **COUNT TWENTY-EIGHT**

We, the jury, upon our oaths, unanimously find the defendant, CURTIS L. MORRIS, in Count Twenty-Eight of the indictment:

    _____ Not Guilty

    _____ Guilty

    _____
    FOREPERSON

Dated this ____ day of _____ 2012.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-0031-REB-2

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

2.      **RICHARD KELLOGG ARMSTRONG,**

        **Defendant.**

---

## VERDICT FORM

### COUNT ONE

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count One of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

### COUNT SIX

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Six of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

### COUNT SEVEN

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Seven of the indictment:

    ____    Not Guilty

    ____    Guilty

### COUNT EIGHT

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Eight of the indictment:

    ____    Not Guilty

    ____    Guilty

### COUNT NINE

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Nine of the indictment:

    ____    Not Guilty

    ____    Guilty

### COUNT THIRTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Thirteen of the indictment:

    ____    Not Guilty

    ____    Guilty

### COUNT FOURTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Fourteen of the indictment:

    ____    Not Guilty

    ____    Guilty

### COUNT FIFTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Fifteen of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

### COUNT SIXTEEN

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Sixteen of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

### COUNT TWENTY-FIVE

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Twenty-Five of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

### COUNT TWENTY-SIX

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Twenty-Six of the indictment:

    \_\_\_\_ Not Guilty

    \_\_\_\_ Guilty

### COUNT TWENTY-SEVEN

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Twenty-Seven of the indictment:

  _____ Not Guilty

  _____ Guilty

### **COUNT TWENTY-EIGHT**

We, the jury, upon our oaths, unanimously find the defendant, RICHARD K. ARMSTRONG, in Count Twenty-Eight of the indictment:

  _____ Not Guilty

  _____ Guilty

  _____
  FOREPERSON


Dated this _____ day of _____, 2012.