IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CURTIS L. MORRIS, and
2.     RICHARD KELLOGG ARMSTRONG,

        Defendants.

## GOVERNMENT'S REVISED PROPOSED VOIR DIRE QUESTIONS

The United States of America, by and through the undersigned counsel, respectfully requests the Court consider including in its voir dire the attached questions.

                              Respectfully Submitted,

                              JOHN F. WALSH
                              United States Attorney

        By:    *s/Kenneth M. Harmon*
                      Kenneth M. Harmon
                      Assistant United States Attorney
                      District of Colorado

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2012, I electronically filed the foregoing **GOVERNMENT'S REVISED PROPOSED VOIR DIRE QUESTIONS** with the Clerk of the Court using the CM/ECF, which will send notification to counsel listed below.

Lisa Monet Wayne
lmonet20@aol.com

David L. Owen
davidowen@lodopc.com

I also certify that I will cause to be sent the foregoing via U.S. Mail to the following:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123

By:   s/ *Kenneth M. Harmon*
      KENNETH M. HARMON
      Assistant United States Attorney