## <u>GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS</u>

<u>General</u>

1.    Have any of you, your relatives or close friends been the victims of or witnesses to a

crime?

If so:

a.    What type of crime?

b.    Were you satisfied with the way the police or law enforcement officers handled

the matter? The prosecutor? The Court?

c.    If not:

i.    The law requires that your verdict be based on the facts as you find them

to be from the evidence.  The law does not permit you to consider any

emotion such as sympathy, prejudice, vengeance, fear, or hostility.  Can

you put these emotions out of your mind when deliberating on a verdict?

2.    This is a criminal trial. Your duty, as jurors, will be to determine whether or not the

defendant is guilty of the crimes charged in the indictment  based on the evidence in the

case.  It is my duty, as judge, to determine what punishment, if any, may be imposed in

the event of a guilty verdict.  Would you be able to assess the evidence in this case and

render a verdict without consideration as to the type of sentence or punishment which

ultimately may be imposed as a result of your verdict?

3.    Do any of you have any moral, ethical, religious or any other reservation about, or any

other reason preventing you from sitting in judgment of another person?

Law Enforcement

4.      This case was investigated by the Internal Revenue Service's Criminal Investigation

        Division and is being prosecuted by the Department of Justice.  Have you or any member

        of your family, or any of your close friends, had any experience with these or any other

        any state, local, or federal law enforcement agency that left you with bad or negative

        feelings?

        If so:

        a.      Do you think that these experiences or disputes, and your feelings about them,

                would prejudice you either for or against the Government in this case or affect

                your ability to be fair and impartial in the case?

5.      Have any of you, your family members, or your close friends, ever been arrested or

        charged with a criminal offense?  (If so, the United States requests that the court question

        the potential juror regarding the circumstances at side bar.)

6.      Have any of you, your relatives, or close friends, ever been the subject of a criminal

        investigation or inquiry?

        If so:

        a.      How long ago?

        b.      Was the matter resolved to your satisfaction?

        c.      Were you treated fairly by the government officials?

        d.      Do you hold any grudges against the government or against government officials?

        e.      Would your feelings prevent you from listening to the government's case fairly

                and impartially and rendering a verdict according to the evidence?

<u>Sovereign Citizen</u>

7.      Do you, any member of your family or any close business or social associate hold any

        personal belief, conviction or prejudice against the laws generally of the United States, or

        any belief that the United States has no authority over its citizens?

8.      Do any of you have strong personal views or feelings regarding the power and reach of

        the federal government within the State of Colorado or any other state in this country?

        If so:

        a.      Please explain.

        b.      Do you believe that you could not sit as a fair and impartial juror in this case?

<u>Tax Views</u>

9.      Do any of you disagree with the idea that everyone has a duty to obey the income tax

        laws, as well as all other laws, of this country?

10.     Do any of you feel that it is wrong for the United States to try to make its citizens pay

        taxes?

11.     Do any of you think that the income tax laws of the United States are unconstitutional?

12.     Does anyone have any strong personal views or feelings about the tax system of the

        United States in general?

        If so:

        a.      What are these views?

        b.      Would anything about these views or feelings effect your ability to be fair and

                impartial in this case?

13.     Have you, a family member or someone close to you ever been the subject of an audit,

        been assessed a penalty, or had a similar action (such as a fine, lien, levy or garnishment)

taken by the IRS.

If so:

    a.      How long ago did this occur?

    b.      In your opinion, was the matter resolved satisfactorily?

    c.      Were you or you business or the family member or friend treated fairly by the IRS?

    d.      Would anything about this experience effect your ability to be fair and impartial in this case?

14.    Do you believe that violations of the tax code should be limited to civil penalties and not be subject to criminal prosecution or criminal penalties?

15.    Have you, a family member or someone close to you ever been affiliated with any group or organization that studied or protested against the tax laws of the United States?

If so:

    a.      Please identify the organization.

    b.      What is the organization's position on income taxes?

    c.      How active have you, your family members or persons close to you been in the organization? Are any of you or they still active in it?

    d.      Would anything about your or their experience or involvement in this organization effect your ability to be fair and impartial in this case? If so, how?

## Knowledge of Tax Matters

16.    The defendants in this case are charged with filing false income tax returns with the IRS claiming large refunds.  According to the Indictment, these claimed refunds are based upon fictitious federal income tax withholding purported to have been withheld from the

defendants and others by certain financial institutions and entities.  Does anyone have any specialized knowledge, education or training concerning taxes or tax laws?  If so, please describe.

17.     Who is familiar with, has used or has been involved in the use of the following IRS forms, in connection with the preparation of your own or other's tax returns?

    a.     IRS Forms 1040 (commonly known as an income tax return);

    b.     IRS Forms 1040X (commonly known as an amended income tax return);

    c.     IRS Forms 1099-OID.

Please describe your use, involvement or familiarity with these forms.

18.     Have any of you ever had a portion of your salary or investment income withheld for federal income taxes?

If so:

    a.     Have any of you ever received a document informing you of the amount of federal income taxes your employer or financial institution withheld from you for a given year such as a Form W-2, Form 1099-INT, Form 1099-DIV, or Form 1099-OID?

    b.     Did you report the amount of federal income tax withholding listed on these documents on your tax returns?

## Tax Preparers

19.     Do you prepare your own income tax returns or do you hire someone to prepare them? If you hire someone to prepare them:

    a.     Have you generally been satisfied with your tax preparer?

    b.     Have you any significant problems with the tax preparer that were not resolved to your satisfaction? Please explain.