Claimant:

Richard Kellogg Armstrong
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the U.S.
Phone: (480) 319-1552
Email: benton.private@gmail.com

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 APR -3  AM 8: 33

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In RE:

UNITED STATES OF AMERICA
            Plaintiff,

v.                                          Criminal Case No. 10-cr-00317-REB-2

1. RICHARD KELLOGG ARMSTRONG
            Defendant.

# NOTICE

## NOTICE OF TENDER FOR SETOFF and REQUEST REGARDING A STATEMENT OF ACCOUNT

### in Case No. 1:10-cr-00317-REB-2, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Notice is hereby given that a **NOTICE OF TENDER FOR SETOFF and REQUEST REGARDING A STATEMENT OF ACCOUNT** in Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, a copy attached hereto as "EXHIBIT 1" is given to Chief Financial Officer, c/o UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, CO 80294, this 30th day of March A.D. 2012.

Executed without the United States of America, Denver County, Colorado Republic, this thirtieth day of the third month in the year of our Lord, two-thousand and twelve.

In Witness Whereof, I have hereunto set my hand and seal.

Richard K Armstrong

Richard Kellogg Armstrong, Secured Party Creditor
Executive Trustee for the Trust
RICHARD KELLOGG ARMSTRONG

# EXHIBIT 1

**Case #PR-2012-0330-A**

CERTIFIED COPY

I hereby certify the foregoing document to which this seal has been affixed consisting of ___04___ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: _____Benton Hall_____

Date: __March 30, 2012__

(THIS STAMP MUST BE RED)

Claimant:
**Richard Kellogg Armstrong**
**c/o Benton Hall, Notary**
**3546 East Presidio Circle**
**Mesa, Arizona [85213]**
**Non-Domestic without the U.S.**
**Phone: (480) 319-1552**
**Email:** benton.private@gmail.com

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# NOTICE

## NOTICE OF TENDER FOR SETOFF

March 30, 2012

Respondent:
**Chief Financial Officer**
**c/o UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**901 19th Street**
**Denver, Colorado 80294**
**Serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

Re:   Case No. 1:10-cr-00317-REB-2, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG).

WHEREAS, on March 30, 2012 instruments of tender for setoff, hereinafter "TENDER", for the setoff of an INDICTMENT in Case No. 1:10-cr-00317-REB-2, issued IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), hereinafter "ACCOUNT", were presented for setoff to:

        INTERNAL REVENUE SERVICE
        Stop 4440
        P.O. Box 9036
        Ogden, Utah 84201

WHEREAS, on March 30, 2012, the TENDER is deemed accepted for the setoff of the INDICTMENT in Case No. 1:10-cr-00317-REB-2, issued IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), pursuant to and evidenced by the records enclosed herewith and incorporated herein as "Exhibit A".

**NOTICE OF TENDER FOR SETOFF**                                          **Page 1 of 4**

Case #PR-2012-0330-A

THEREFORE, Richard Kellogg Armstrong, hereinafter "Claimant", requests that the balance of the ACCOUNT be adjusted to Zero dollars ($0.00) to reflect the ledgering of said TENDER.

Enclosed herewith is a Request Regarding a Statement of Account, pursuant to Uniform Commercial Code §9-210 and its implementation in the State of Colorado, as a record authenticated by the Debtor requesting that the respondent approve or correct the statement. Respondent has Fourteen (14) days to comply with this request and provide an authenticated record.

If the Request Regarding a Statement of Account is not corrected by the Respondent within Fourteen (14) days, then it shall be deemed accepted and/or approved. Respondent's failure to respond within Fourteen (14) days of the postmark of the presentment of this Notice of Tender for Setoff shall cause the Claimant to have executed a Certificate of Non-Response by the Notary listed below. Said Certificate of Non-Response shall serve as evidence of the Respondent's acceptance and/or approval of this Notice of Tender for Setoff and the enclosed Request Regarding a Statement of Account.

Upon the Respondent's acceptance of the Request Regarding a Statement of Account, the Respondent shall credit the INDICTMENT in Case No. 1:10-cr-00317-REB-2, issued in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), in behalf of RICHARD KELLOGG ARMSTRONG with the TENDER and discharge any and all public and private claims, levies, liens or holdings of the Defendant-Debtor RICHARD KELLOGG ARMSTRONG, resulting from any INDICTMENT and all variations and derivatives thereof; Respondent shall rescind on any INDICTMENT and or COLLATERAL being held in regards to this matter in the INDICTMENT by executing or causing to be executed a Notice of Rescission regarding RICHARD KELLOGG ARMSTRONG and all variations and derivatives thereof and any other collateral of or relating to the Claimant in the INDICTMENT in Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), and file said Notice of Discharge and dismissal of the INDICTMENT in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO. Respondent shall also execute all procedures for the discharge of all liens and levies or detainers in the INDICTMENT, belonging to the Defendant-Debtor, RICHARD KELLOGG ARMSTRONG to hold the Defendant-Debtor, RICHARD KELLOGG ARMSTRONG non liable for public performance.

Respondent's failure to execute or cause to be executed the Notice of Discharge of the INDICTMENT in Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), in behalf of RICHARD KELLOGG ARMSTRONG, within Fourteen (14) days of the mailing of the Request Regarding a Statement of Account shall constitute the granting and conveying of a Specific Power-of-Attorney-in-Fact by the Respondent to the Claimant for the Claimant to execute any and all said instruments effectuate same on behalf of the Respondent. In addition, the Respondent shall also grant and convey a Specific Power-of-Attorney-in-Fact to the Claimant to execute any and all instruments, communications, or correspondences the Claimant deems necessary for the perfection of the Claimant's paramount security interest in the Defendant-Debtor, RICHARD KELLOGG ARMSTRONG.

Respondent shall give notice to the Claimant of the filing of the Discharge of the INDICTMENT in Case No. 1:10-00317-REB-2, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), in behalf of RICHARD KELLOGG ARMSTRONG, and all variations and derivatives thereof, by mailing certified copies of said instruments to the Claimant through the Notary listed below. Respondent's failure to give notice to the Claimant within Fourteen (14) of the mailing shall be deemed a failure to perform and shall cause the Claimant to have executed a Certificate of Non-Performance by the Notary listed below. Said Certificate of Non-

Case #PR-2012-0330-A

Performance shall serve as evidence of the Respondent's acceptance and/or approval of the granting and conveying of the Specific Power-of-Attorney-in-Fact mentioned above.

Any and all responses, notices, or correspondence regarding this NOTICE OF TENDER FOR SETOFF and REQUEST REGARDING A STATEMENT OF ACCOUNT shall be directed to the Claimant, by U.S.P.S. Certified or Registered Mail, at the following address:

> Richard Kellogg Armstrong
> c/o Benton Hall, Notary
> 3546 East Presidio Circle
> Mesa, Arizona [85213]
> Non-Domestic without the U.S.
> Phone: (480) 319-1552
> Email: benton.private@gmail.com

Service in any other manner will be deemed defective on its face.

**SEALS:** The seals on the documents represent that the parties intend the agreement to entail legal consequences.

Executed in Denver County, Colorado Republic, the Thirtieth day of the Third month in the year Two-Thousand and Twelve.

In Witness Whereof, I have hereunto set my hand and seal.


_Richard K Armstrong_

Richard Kellogg Armstrong, Authorized Representative
For the Accommodation Party & Secured Party Creditor


| NOTICE:   THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS.  IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW. |
| --- |

Enclosure(s):

1. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf);
2. **NOTARY'S CERTIFICATE OF SERVICE** dated March 30, 2012 (signed original on file)(2 leaves);
3.

**EXHIBIT A:**
4. **EXHIBIT A** cover page (1 leaf);
5. NOTICE: **NOTICE TO SETOFF ACCOUNTS** dated 30 March 2012 (2 leaves);
6. **COUPON** in the amount of TEN MILLION AND 00/100 DOLLARS  (1 leaf);

Case #PR-2012-0330-A

7. **"INDICTMENT"**, Case Number 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), with banker's acceptance endorsement on front page and reverse page of first leaf (11 leaves);

8. **I.R.S. FORM 1040-ES PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for RICHARD K. ARMSTRONG, SSN: \*\*\*-\*\*-7153 (1 leaf);

9. **PRIVATE REGISTERED SETOFF BOND NO. 20120330RA** dated March 30, 2012 (1 leaf);

10. **UCC-1 FINANCING STATEMENT**, Document No. 32581890002, Filing No. 12-7306779123, dated March 30, 2012 (3 leaves);

11. **UCC-3 FINANCING ASSIGNMENT**, Document No. 32581890003, Filing No. 12-73067792, dated March 30, 2012 (3 leaves); and

12. **NOTARY'S CERTIFICATE OF SERVICE** March 30, 2012 (signed original on file) (1 leaf), and;

cc:

**Kenneth Mark Harmon**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

**Kevin F. Sweeney**
c/o U.S. Department of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

**CLERK OF COURT (Case No. 1:10-cr-00317-REB-2)**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

**All serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

Case #PR-2012-0330-A

**CERTIFIED COPY**
I hereby certify the foregoing document to
which this seal has been affixed consisting
of _____01_____ pages(s) to be a complete,
true and correct copy of the original on
file and of record in the office of Benton Hall.

By: _____Benton Hall_____

Date: _____March 30, 2012_____

(THIS STAMP MUST BE RED)

**To:**    **Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294
**Serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

**From:**  Richard Kellogg Armstrong, Authorized Representative
For the Accommodation Party & Secured Party Creditor

**Re:**    **REQUEST REGARDING A STATEMENT OF ACCOUNT** for INDICTMENT in Case No. 1:10-cr-
00317-REB-2, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,
(UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), in behalf of RICHARD
KELLOGG ARMSTRONG.

---

**REQUEST REGARDING A STATEMENT OF ACCOUNT**
**Pursuant to the Uniform Commercial Code § 9-210 and its implementation in the State of
Colorado, this is a record authenticated by the debtor requesting that the respondent approve or
correct a statement indicating what the debtor believes to be the aggregate amount of unpaid
obligations secured by collateral as of a specified date and reasonably identifying the transaction
or relationship that is the subject of the request. Respondent has fourteen (14) days to comply
with this request and provide an authenticated record.**

### STATEMENT OF ACCOUNT

Date:          **March 30, 2012**

Creditor:      **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Debtor:        **RICHARD KELLOGG ARMSTRONG**

Case No.:      **1:10-cr-00317-REB-2**

Collateral:    **RICHARD KELLOGG ARMSTRONG**

Balance Due:   **$0.00**

I declare under penalty of perjury that the information above is true and correct.

-RICHARD KELLOGG ARMSTRONG,

By: _____Richard K. Armstrong_____
Richard Kellogg Armstrong, Authorized Representative
For the Accommodation Party & Secured Party Creditor

**REQUEST REGARDING A STATEMENT OF ACCOUNT**                        **Page 1 of 1**

# "EXHIBIT A"
## <u>RECORD OF PRESENTMENT</u>

1. **NOTICE: NOTICE TO SETOFF ACCOUNTS** dated 30 March 2012 (2 leaves);

2. **"INDICTMENT"**, Case Number 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), with banker's acceptance endorsement on front page and reverse page of first leaf (11 leaves);

3. **I.R.S. FORM 1040-ES PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for RICHARD K. ARMSTRONG, SSN **\*\*\*-\*\*-7153** (1 leaf);

4. **PRIVATE REGISTERED SETOFF BOND NO. 20120330RA** dated March 30, 2012 (1 leaf);

5. **UCC-1 FINANCING STATEMENT**, Document No. 32581890002, Filing No. 12-7306779123, dated March 30, 2012 (3 leaves);

6. **UCC-3 FINANCING ASSIGNMENT**, Document No. 32581890003, Filing No. 12-73067792, dated March 30, 2012 (3 leaves), and;

7. **NOTARY'S CERTIFICATE OF SERVICE** March 30, 2012 (signed original on file) (1 leaf).

Case #PR-2012-0330-A

Accommodation Party:
    Richard Kellogg Armstrong
    c/o Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona [85213]
    Non-Domestic without the U.S.
    Phone: (480) 319-1552
    Email: benton.private@gmail.com

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE TO SETOFF ACCOUNTS

Date of Notice:    30 March 2012

Notice for:    INTERNAL REVENUE SERVICE
                 Stop 4440
                 P.O. Box 9036
                 Ogden, Utah 84201

Service by:    Registered Mail Article No. RE 261 087 624 US

In the matter of:    Enclosed tender for setoff of Case Number 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), hereinafter "INDICTMENT".

Please find enclosed the following instruments:

1. **ORIGINAL:** COUPON in the amount of TEN MILLION AND 00/100 DOLLARS (1 leaf);
2. **ORIGINAL:** "INDICTMENT" in Case Number 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), duly indorsed as follows:
    a. "ACCEPT FOR VALUE"
    b. "RETURN FOR VALUE"
    c. "EXEMPT FROM LEVY"
    d. "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
    e. "ADJUST THE BALANCE TO ZERO"
    f. "PRIVATE PREPAID TREASURY EXEMPTION # 568407153"
    g. "CHARGE THE SAME TO: RICHARD K. ARMSTRONG 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"
    h. "(signature) (date) (seal)";
3. **ORIGINAL:** I.R.S. Form 1040-ES Payment Voucher, duly indorsed as follows:
    a. "ACCEPT FOR VALUE – RETURN FOR VALUE"
    b. "EXEMPT FROM LEVY – PREPAID COMMON STOCK"
    c. "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
    d. "ADJUST THE BALANCE TO ZERO"
    e. "PRIVATE PREPAID TREASURY EXEMPTION # 568407153"
    f. "CHARGE THE SAME TO: RICHARD K. ARMSTRONG 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"
    g. "(signature) (date) (seal)";

Case #PR-2012-0330-A

4.  **ORIGINAL:** PRIVATE REGISTERED SETOFF BOND NO. 20120330RA (1 leaf);

   **COPY:** UCC-1 Financing Statement, Document No. 32581890002, Filing No. 12-7306779123, dated March 30, 2012 (3 leaves);

   **COPY:** UCC-3 Financing Assignment, Document No. 32581890003, Filing No. 12-73067792, dated March 30, 2012 (3 leaves); and

5.  **REFERENCE COPY:** Notary's Certificate of Service (signed original on file) (1 leaf).


These instruments are being tendered by Richard Kellogg Armstrong, hereinafter "Accommodation Party", for the setoff of Case Number 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG) in behalf of RICHARD KELLOGG ARMSTRONG, and are to be used to affect debit and credit accounting transactions for the settlement and closure of said account.  If any of the enclosed instruments contain any defects or are incorrect, incomplete, or inaccurate, please return the same to the Accommodation Party via the Notary at the address shown above within 10 days from the date of receipt.


Please exercise ordinary care, as the party entitled to enforce these instruments, to ensure that all debit or credit transactions ledgered to account #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 for RICHARD K. ARMSTRONG are done so in the best interest of the United States Treasury.

Sincerely,


By: _____
      Richard Kellogg Armstrong, Accommodation Party

Case 1:10-cr-00317-REB   Document 5   Filed 06/08/10   USDC Colorado   Page 1 of 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA

Plaintiff,

v.

1.   CURTIS L. MORRIS, and
2.   RICHARD KELLOGG ARMSTRONG,

Defendant.

---

INDICTMENT
18 U.S.C. §287
18 U.S.C. §1341
18 U.S.C. §2

The Grand Jury charges that:

COUNTS 1- 3
(Mail Fraud)

1.   From on or about in or about September 2008, and
continuing at least through in or about April 2009, the exact
dates being unknown to the Grand Jury, in the State and District
of Colorado, and elsewhere, the defendants,

CURTIS L. MORRIS, and
RICHARD KELLOGG ARMSTRONG,

heretofore, and in concert with persons known and unknown to the
Grand Jury, devised and intended to devise a scheme and artifice
to defraud and to obtain money and property by means of false and
fraudulent pretenses, representations and promises, and aided and

---

--------------------------------------------------cut here--------------------------------------------------

# COUPON

#PR-2012-0330-A

30 March 2011

Pay to the
Order of:  **United States Treasury**

| $10,000,000.00 |

**Ten Million and 00/100 Dollars**

Tendered as full satisfaction of the claim for Account # 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,
For Case No. 1:10-cr-00317-REB-2,
**Memo**

*Richard K Armstrong*
Richard Kellogg Armstrong,
Authorized Representative



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA

Plaintiff,

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

Defendant

INDICTMENT
18 U.S.C. §287
18 U.S.C. §1341
18 U.S.C. §2

The Grand Jury charges that:

COUNTS 1- 3
(Mail Fraud)

1.    From as early as in or about September 2008, and

continuing at least through in or about April 2009, the exact

dates being unknown to the Grand Jury, in the State and District

of Colorado, and elsewhere, the defendants,

CURTIS L. MORRIS, and
RICHARD KELLOGG ARMSTRONG,

together, and in concert with persons known and unknown to the

Grand Jury, devised and intended to devise a scheme and artifice

to defraud and to obtain money and property by means of false and

fraudulent material pretenses and representations from the United

1

States Department of Treasury and one of its agencies, the Internal Revenue Service ("IRS"), through the submission of false claims for federal income tax refunds, as part of individual federal income tax returns filed with the IRS, that were based upon and supported by false and fictitious information about federal income taxes purportedly withheld on original issue discount income, as set forth in the federal income tax returns and as purportedly reflected on IRS Forms 1099-OID filed with the IRS.

## **Background**

At all times material to this Indictment:

2.    Original issue discount ("OID") income was a form of interest income typically realized on debt instruments that were issued at a discount to, or purchased at less than, the ultimate redemption value of the debt instrument. The IRS typically considered the holders of such discounted debt instruments to have realized yearly OID income from such instruments in amounts corresponding to a pro rated portion of the overall difference in value between the issuance or purchase price of the instrument and its redemption price.

3.    The IRS required financial institutions to report OID income realized from OID instruments for a particular year, both to the IRS and to the holder of the OID instrument, through the use of IRS Form 1099-OID, a copy of which form was required to be

2

provided to the holder of the OID instrument for use in preparing the taxpayer's federal income tax return for the year and the original of which was to be filed by the financial institution with the IRS.  While a portion of the Form 1099-OID required the financial institution to report any amounts of OID income withheld from the taxpayer for the purpose of paying over federal income taxes on behalf of the taxpayer, OID income was not generally subject to federal income tax withholdings, and Forms 1099-OID, accordingly, would typically report federal income tax withholdings on OID income only for those taxpayers who were subject to certain backup withholding requirements by the IRS.

4.    Defendant CURTIS L. MORRIS was a resident of Elizabeth, Colorado who worked as an accountant, bookkeeper and business consultant and was self-employed, part-time, as an income tax preparer, doing business, through EFFN Books, Inc., under the trade name "Numbers and Beyond."  Defendant MORRIS charged clients of his tax preparation business a fee for the federal income tax returns that he prepared on their behalf.

5.    Beginning in or about September 2008, defendant MORRIS began to prepare a series of federal income tax returns for a number of clients claiming large federal income tax refunds as the result of large amounts of federal income taxes purportedly withheld from OID income earned by the clients (hereinafter, defendant MORRIS's "OID tax return preparation clients").

Defendant MORRIS also prepared federal income tax returns for himself and his spouse claiming federal income tax refunds based on purported federal income tax withholdings on their OID income.

6. Defendant RICHARD KELLOGG ARMSTRONG was a part-time resident of Arizona. ARMSTRONG was one of defendant MORRIS's tax preparation clients for whom MORRIS prepared federal income tax returns claiming large refunds based on purported federal income tax withholdings on OID income.

### The Scheme And Artifice

7. It was part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations that:

a. Defendant ARMSTRONG and defendant MORRIS's other OID tax return preparation clients would compile, for the particular tax year in question, a list of their various financial accounts, including mortgage loan accounts, personal and business loan accounts, lines of credit, credit card accounts, and bank accounts, that included account identifying information and information about loan and credit amounts.

b. The lists provided by defendant ARMSTRONG and these other OID tax preparation clients and the related account information would then be used to prepare IRS Forms 1099-OID that would falsely portray the accounts as generating large amounts of OID income for the taxpayer and correspondingly large amounts of

4

federal income taxes withheld on the OID income, whereas the
nature of the accounts and the  activity in the accounts, in
reality, reflected that the taxpayers owed money to the financial
institutions in question or had negligible bank interest on bank
account deposits and, in any event, had not been subject to
federal income tax withholdings with respect to the accounts.
The amounts represented in the fabricated Forms 1099-OID as OID
income realized and income taxes withheld on that income was
typically derived from and corresponded to the loans or credit
lines that the taxpayer had with the financial institution or, in
the case of bank accounts, the amounts withdrawn or debited from
the accounts over the course of the year.

        c.   The resulting Forms 1099-OID would be fabricated
to make it appear that they had been issued by the financial
institutions in question and would typically be filed with the
IRS by or on behalf of defendant MORRIS's OID tax return
preparation clients.

        d.   Defendant ARMSTRONG and the other OID tax return
preparation clients of defendant MORRIS would then furnish these
fabricated Forms 1099-OID to defendant MORRIS for use in
preparing individual federal income tax returns.  The returns
that defendant MORRIS would prepare would take the federal income
tax withholding amounts reported on the fabricated Forms 1099-OID
and record them as tax payments that would offset and exceed his

taxpayer clients' calculated income tax liabilities for the year and thereby form the basis for their claimed federal income tax refunds.

      e.   Defendant MORRIS would then sign the returns as the paid preparer and forward the prepared returns to defendant ARMSTRONG and the other OID tax return preparation clients for filing with the IRS.

    8.   On or about November 3, 2003, as a part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations, defendant ARMSTRONG caused three Amended U.S. Individual Tax Returns for him and his spouse for the years 2005 through 2007, prepared by defendant MORRIS, to be filed with the IRS.  The amended returns claimed a federal income tax refund of $582,352 for 2005, based on purported federal income tax withheld from purported OID income by financial institutions equaling that amount; $283,746 in tax refunds for 2006, based on purported federal income tax withheld from purported OID income by financial institutions equaling that amount; and $605,300 in tax refunds for 2007, based on purported federal income tax withheld from purported OID income by financial institutions equaling that amount.

    9.   On or about October 7, 2008, as a part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations, defendant

MORRIS caused an Amended U.S. Individual Tax Return for him and his spouse for the year 2006, which he personally prepared, to be filed with the IRS.  The amended return claimed a federal income tax refund of $74,546, based primarily on purported federal income tax withheld from purported OID income by financial institutions equaling that amount.

10.   On or about April 16, 2009, as a part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations, defendant MORRIS caused a U.S. Individual Tax Return for himself for the year 2008, which he personally prepared, to be filed with the IRS.  The return claimed a federal income tax refund of $90,481, based, in substantial part, on purported federal income tax withheld from purported OID income by financial institutions totaling approximately $132,983.

## COUNT 1

11.   The allegations contained in paragraphs 1 through 8 of this Indictment are hereby re-alleged as if set out in full and incorporated herein by reference.

12.   On or about October 23, 2008, in the State and District of Colorado, and elsewhere, for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money and property by means of false and fraudulent material pretenses and representations, and attempting to do so, the defendants,

7

**CURTIS L. MORRIS, and**
**RICHARD KELLOGG ARMSTRONG,**

did knowingly cause, and aid and abet others to cause, to be

deposited matters and things to be sent and delivered by a

commercial interstate carrier, according to the direction

thereon, to wit, three completed amended U.S. Income Tax Returns

for the years 2005, 2006, and 2007, from 5996 Pine Ridge Drive,

Elizabeth, Colorado to 30 Perkins Drive, Prescott, Arizona.

In violation of Title 18, United States Code, Sections

1341 and 2.

## COUNTS 2 - 3

13.   The allegations contained in paragraphs 1 through 10 of

this Indictment are hereby re-alleged as if set out in full and

incorporated herein by reference.

14.   On or about the dates enumerated as to each count

below, in the State and District of Colorado, and elsewhere, for

the purpose of executing the aforesaid scheme and artifice to

defraud and to obtain money and property by means of false and

fraudulent material pretenses and representations, and attempting

to do so, the defendant,

**CURTIS L. MORRIS,**

did knowingly cause to be delivered by United States mail

according to the direction thereon, the following matters and

things:

8

| COUNT | DATE | MAIL MATTER |
|-------|------|-------------|
| 2 | 9/22/08 | IRS Form 1040X Amended U.S. Individual Income Tax Return for Susan K. Morris and Curtis L. Morris, for 2006, addressed to Department of Treasury, Internal Revenue Service Center, Andover, MA 05501-0422 |
| 3 | 4/16/09 | IRS Form 1040 U.S. Individual Income Tax Return for Curtis L. Morris, for 2008, addressed to Department of Treasury, Internal Revenue Service Center, Fresno, CA 93888-0002 |

All in violation of Title 18, United States Code, Sections 1341 and 2.

### COUNTS 4 - 7
(False Claims)

15.   The allegations contained in paragraphs 1 through 8 of this Indictment are hereby re-alleged as if set out in full and incorporated herein by reference.

16.   On or about the dates enumerated as to each count below, in the State and District of Colorado, and elsewhere, the defendants,

### CURTIS L. MORRIS, and
### RICHARD KELLOGG ARMSTRONG,

made and presented, and caused to be made and presented, to the United States Treasury Department the following claims against the United States for payment, which they knew to be false, fictitious and fraudulent, by preparing and causing to be prepared on or about the indicated dates, U.S. Individual Income Tax Returns, on Forms 1040X and 1040, for Richard K. Armstrong

9

and Sharon L. Armstrong, for the particular tax years indicated
below, which returns were presented to the United States Treasury
Department, through the Internal Revenue Service, wherein they
caused to be claimed refunds of taxes in the indicated amounts,
knowing such claims to be false, fictitious, and fraudulent:

| Count | Date | Tax Year | Form | Refund Claimed |
|-------|------|----------|------|----------------|
| 4 | 10/23/08 | 2005 | 1040X | $582,352 |
| 5 | 10/23/08 | 2006 | 1040X | $283,746 |
| 6 | 10/23/08 | 2007 | 1040X | $605,300 |
| 7 | 1/28/09 | 2008 | 1040 | $1,739,452 |

All in violation of Title 18, United States Code, Sections
287 and 2.

### COUNTS 8 - 9
(False Claims)

17.  The allegations contained in paragraphs 1 through 10 of
this Indictment are hereby re-alleged as if set out in full and
incorporated herein by reference.

18.  On or about the dates enumerated as to each count
below, in the State and District of Colorado, and elsewhere, the
defendant,

### CURTIS L. MORRIS,

made and presented to the United States Treasury Department the
following claims against the United States for payment, which he
knew to be false, fictitious and fraudulent, by preparing and
mailing on the indicated dates, U.S. Individual Income Tax

Returns, on Forms 1040X and 1040, for the particular tax years
and in the particular names indicated below, which returns were
presented to the United States Treasury Department, through the
Internal Revenue Service, wherein he caused to be claimed refunds
of taxes in the indicated amounts, knowing such claims to be
false, fictitious, and fraudulent:

| Count | Date | Tax Year | Form | Taxpayer | Refund Claimed |
|-------|------|----------|------|----------|----------------|
| 8 | 9/22/08 | 2006 | 1040X | Susan K. Morris and Curtis L. Morris | $74,546 |
| 9 | 4/16/09 | 2008 | 1040 | Curtis L. Morris | $90,481 |

All in violation of Title 18, United States Code, Sections
287 and 2.

A TRUE BILL:


Ink signature on file in the Clerk's Office
FOREPERSON


DAVID M. GAOUETTE
UNITED STATES ATTORNEY


By:  s/Kenneth M. Harmon
     KENNETH M. HARMON
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th Street, Suite 700
     Denver, CO  80202
     Telephone: (303) 454-0100
     Fax:  (303) 454-0402
     E-mail:  kenneth.harmon@usdoj.gov

11

| Form **1040-ES** | **2011 Estimated Tax** | **Payment** **4** **Voucher** | OMB No. 1545-0074 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and "2011 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

Calendar year—Due Jan. 17, 2012

Amount of estimated tax you are paying by check or money order.

| | Dollars | Cents |
|---|---|---|
| | | |

| Your first name and initial | Your last name | Your social security number |
|---|---|---|
| RICHARD K. | ARMSTRONG | 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 |

If joint payment, complete for spouse

| Spouse's first name and initial | Spouse's last name | Spouse's social security number |
|---|---|---|
| | | |

Address (number, street, and apt. no.)
1642 N. MC CULLOCH BLVD #391

City, state, and ZIP code. (If a foreign address, enter city, province or state, postal code, and country.)
LAKE HAVASU CITY, AZ 86403

**For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 8.**

Form 1040-ES (2011)

-9-

(Print or type)

# PRIVATELY REGISTERED SETOFF BOND

| BOND NUMBER | **$10,000,000.00** | REGISTERED |
|---|---|---|
| **20120330RA** | | CALIFORNIA SECRETARY OF STATE |

UCC DOCUMENT NO.: 32581890002
UCC FILING NO.: 12-7306779123

Pay to the Order of:   UNITED STATES TREASURY ("PAYEE")
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

**Issue Date: March 30, 2012**

**Maturity Date: March 30, 2042**

For Further Credit to:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO for Case No. 1:10-cr-00317-REB-2
in behalf of RICHARD KELLOGG ARMSTRONG.

By/On/Through:   Richard Kellogg Armstrong, Surety ("Creditor")
Private Offset Account No. 568407153

**WHEREAS** only fiat money exists in circulation for the discharge of debts, and

**WHEREAS** this instrument is intended to constitute a Privately Registered Setoff Bond,

**BE IT KNOWN THAT:**

This Privately Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;

The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Privately Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;

By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including **Ten Million United States Dollars ($10,000,000.00)** thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Privately Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to:

Timothy F. Geithner ("Secretary")
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.          PAYEE enter the amount due below

$ | | | | | | | . | |

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Thirtieth day of the Third month in the year of our Lord Two Thousand and Twelve.*

By:  *Richard K Armstrong*                    [seal]
Richard Kellogg Armstrong, Surety/Underwriter
Exemption ID #568407153
Non-domestic mail
in care of: 1642 N. Mc Culloch Blvd. #391
Lake Havasu City, Arizona

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

March 30, 2012

Secretary of State

FILE #        127306779123

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

(714) 442-0587

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

RICHARD K. ARMSTRONG
1642 N. MC CULLOCH BLVD #391
Lake Havasu City, AZ 86403
USA

DOCUMENT NUMBER: 32581890002
FILING NUMBER: 12-7306779123
FILING DATE: 03/30/2012 12:45
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME<br>RICHARD K. ARMSTRONG | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS<br>1642 N. MC CULLOCH BLVD #391 | CITY<br>LAKE HAVASU CITY | STATE<br>AZ | POSTAL CODE<br>86403 | COUNTRY<br>USA |
|---|---|---|---|---|

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION<br>REGISTERED PERSON | 1f. JURISDICTION OF ORGANIZATION<br>CALIFORN IA | 1g. ORGANIZATIONAL ID#, if any<br>***-**-7153 | ☐ NONE |
|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | ☐ NONE |
|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME<br>armstrong | FIRST NAME<br>Richard | MIDDLE NAME<br>Kellogg | SUFFIX<br>of |

| 3c. MAILING ADDRESS<br>General Delivery | CITY<br>Lake Havasu City, Arizona | STATE<br>AZ | POSTAL CODE<br>86403 | COUNTRY<br>ZZZ |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

PRIVATE REGISTERED SETOFF BOND NO. 20120330RA

Value of Collateral: Ten Million and 00/100 Dollars - USD $10,000,000.00

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SET0FF BOND NO. 20120330RA

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| | RICHARD K. ARMSTRONG |

| OR | **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX** |
|---|---|---|---|

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 32581890002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | | |
|---|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | | |

| OR | **11b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|

| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

| **11d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID#, if any** | |
|---|---|---|---|---|---|
| | | | | | □ NONE |

**12.** □ **ADDITIONAL SECURED PARTY'S or** □ **ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| | |
|---|---|
| **12a. ORGANIZATION'S NAME** | |

| OR | **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|

| **12c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers □ timber to be cut or □ as-extracted collateral, or is filed as a □ fixture filing.

**14.** Description of real estate:

**15.** Name and address of RECORD OWNER of above-described real estate
(If Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check only if applicable and check only one box.
Debtor is a ☑ Trust or □ Trustee acting with respect to property held in trust or □ Decedent's Estate

**18.** Check only if applicable and check only one box.
□ Debtor is a TRANSMITTING UTILITY
□ Filed in connection with a Manufactured-Home Transaction - effective 30 years
□ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

March 30, 2012

_Debra Bowen_

Secretary of State

FILE #        1273067792

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

(714) 442-0587

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

RICHARD K. ARMSTRONG
1642 N. MC CULLOCH BLVD #391
Lake Havasu City, AZ 86403
USA

DOCUMENT NUMBER: 32581890003
FILING NUMBER: 12-73067792
FILING DATE: 03/30/2012 12:48
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 12-7306779123 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c |
|---|---|---|

**6. CURRENT RECORD INFORMATION:**

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | UNITED STATES TREASURY | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. 20120330RA

Value of Collateral: Ten Million and 00/100 Dollars - USD $10,000,000.00

9. **NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| OR | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | armstrong | Richard | Kellogg | |

**10. OPTIONAL FILER REFERENCE DATA**
PRIVATE REGISTERED SET0FF BOND NO. 20120330RA

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**12. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
12-7306779123

**13. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

| | 13a. ORGANIZATION'S NAME |
|---|---|

| OR | 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|---|
| | armstrong | Richard | Kellogg |

**14 MISCELLANEOUS**

DOCUMENT NUMBER: 32581890003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names**

| | 14a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|

| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 14c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names**

| | 15a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|

| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 15c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names**

| | 16a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|

| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 16c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**17. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)**

| | 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|

| OR | 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | GEITHNER | TIMOTHY | F | |

| 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

**18. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)**

| | 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|

| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**FILING OFFICE COPY**

Case #PR-2012-0330-A

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below the undersigned Notary mailed to:

INTERNAL REVENUE SERVICE
Mail Stop 4440
P.O. Box 9036
Ogden, Utah 84201

hereinafter, "Recipient", documents and sundry papers pertaining to certain Case Number 1:10-cr-00317-REB-2, THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), hereinafter "INDICTMENT", regarding RICHARD KELLOGG ARMSTRONG as follows:

1. **ORIGINAL:  NOTICE TO SETOFF ACCOUNTS**, dated 30 March 2012 (2 leaves);

2. **ORIGINAL:  COUPON** in the amount of TEN MILLION AND 00/100 DOLLARS (1 leaf);

3. **ORIGINAL:** Case Number 1:10-cr-00317-REB-2, THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), hereinafter "INDICTMENT", with banker's acceptance endorsement on front page and reverse page of each leaf (11 leaves);

4. **ORIGINAL: I.R.S. FORM 1040-ES PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for RICHARD K. ARMSTRONG, SSN # 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 (1 leaf);

5. **ORIGINAL:  PRIVATE REGISTERED SETOFF BOND NO. 20120330RA**, dated March 30, 2012 (1 leaf);

6. **COPY:  UCC-1 FINANCING STATEMENT**, Document No. 32581890002, Filing No. 12-7306779123, dated March 30, 2012 (3 leaves);

7. **COPY:  UCC-3 FINANCING ASSIGNMENT**, Document No. 32581890003, Filing No. 12-73067792, dated March 30, 2012 (3 leaves); and

8. **REFERENCE COPY:  NOTARY'S CERTIFICATE OF SERVICE**, dated March 30, 2012 (signed original on file) (1 leaf).

This mailing contains a total of twenty-three (23) leaves.

Said service was by United States Postal Service, Registered Mail No. RE 261 087 624 US, by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

___March 30, 2012___
DATE

___Benton Hall___
NOTARY

(Seal)

Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim.  In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512.  *Tampering with a witness, victim, or an informant.*  The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department.  Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations.  This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Case #PR-20120330-A

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to:

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

cc:

| | |
|---|---|
| **Kenneth Mark Harmon** | **Kevin F. Sweeney** |
| c/o U.S. Attorney's Office-Denver | c/o U.S. Department of Justice-DC-Tax Division |
| 1225 17th Street East | 601 D. Street, N.W. |
| Seventeenth Street Plaza #700 | Tax Division, Western Criminal Enforcement |
| Denver, CO 80202 | Washington, DC 20530 |
| Phone: (303) 454-0100 | Phone: (202)305-3637 |
| Fax: (303) 454-0402 | Fax: (202) 514-9623 |
| Email: kenneth.harmon@usdoj.gov | Email: kevin.f.sweeney@usdoj.gov |
| | |
| **Martha Ann Paluch** | **Tonya Shotwell Andrews** |
| c/o U.S. Attorney's Office-Denver | c/o U.S. Attorney's Office-Denver |
| 1225 17th Street East | 1225 17th Street East |
| Seventeenth Street Plaza #700 | Seventeenth Street Plaza #700 |
| Denver, CO 80202 | Denver, CO 80202 |
| Phone: (303) 454-0100 | Phone: (303) 454-0100 |
| Fax: (303) 454-0402 | Fax: (303) 454-0402 |
| Email: Martha.Paluch@usdoj.gov | Email: Tonya.Andrews@usdoj.gov |

**All serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

hereinafter, "Recipients", the documents and sundry papers pertaining to a certain INDICTMENT in Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), as follows:

1. **NOTICE OF TENDER FOR SETOFF** (4 leaves);
2. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf);

**EXHIBIT A:**
3. **EXHIBIT A** cover page (1 leaf);
4. NOTICE: **NOTICE TO SETOFF ACCOUNTS** dated 30 March 2012 (2 leaves);
5. **COUPON** in the amount of TEN MILLION AND 00/100 DOLLARS  (1 leaf);
6. **"INDICTMENT"**, Case Number 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG

Page 1 of 2

Case #PR-20120330-A

ARMSTRONG), with banker's acceptance endorsement on front page and reverse page of first leaf (11 leaves);

7. **I.R.S. FORM 1040-ES PAYMENT VOUCHER,** with banker's acceptance indorsement on reverse page of leaf, for RICHARD K. ARMSTRONG, SSN ***-**-7153 (1 leaf);

8. **PRIVATE REGISTERED SETOFF BOND NO. 20120330RA** dated March 30, 2012 (1 leaf);

9. **UCC-1 FINANCING STATEMENT,** Document No. 32581890002, Filing No. 12-7306779123, dated March 30, 2012 (3 leaves);

10. **UCC-3 FINANCING ASSIGNMENT,** Document No. 32581890003, Filing No. 12-73067792, dated March 30, 2012 (3 leaves);

11. **NOTARY'S CERTIFICATE OF SERVICE** March 30, 2012 (signed original on file) (1 leaf), and;

12. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated March 30, 2012 (signed original on file) (2 leaves).

These mailings contained a total of thirty-one (31) leaves each.  They were sent via the United States Postal Service under the control, direction, and instruction of the USPS "Certificate of Mailing" (PS Form 3817) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

_____                    _____March 30, 2012_____
NOTARY                                                          DATE


Benton Hall, Notary
c/o 3546 East Presidio Circle
Mesa, Arizona [85213]
Phone: (480) 319-1552
Email: benton.private@gmail.com

{Seal}

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim.  In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512.  *Tampering with a witness, victim, or an informant.*  The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department.  Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations.  This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.