Offeree:
Richard Kellogg Armstrong
c/o Benton Hall, Notary
3546 E. Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the U.S.
Phone: (480) 319-1552
Email: benton.private@gmail.com

CERTIFIED COPY
I hereby certify the foregoing document to which this seal has been affixed consisting of ___03___ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.
By: _Benton Hall_
Date: _March 30, 2012_
(THIS STAMP MUST BE RED)

FILED
DISTRICT COURT
DISTRICT OF COLORADO
2012 APR -3  AM 8:32
GREGORY C. LANGHAM
CLERK
BY_____DEP. CLK

# NOTICE

## NOTICE CONDITIONAL ACCEPTANCE OF ATTORNEY
### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
(Applicable to all Successors and Assigns)

Date:   March 30, 2012

To:   **David L. Owen, Jr.**
   David L. Owen Jr., P.C., Law Office of
   718 Huntington Place
   Highlands Ranch, CO 80126-4730
   Phone: (303) 993-7092
   Fax: (720) 242-8907
   Email: davidowen@lodopc.com

Re:   Court Appointment of a Public Defender for RICHARD KELLOGG ARMSTRONG in Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG).

Dear Sir:

Thank you very much for your offer of assistance. I'm confident the court would not offer to appoint an attorney such as you unless they were of the highest caliber.

Notice is hereby given that you are either terminated as of March 30, 2012 or the Offeree conditionally accepts your offer as Public Defender to represent Defendant, RICHARD KELLOGG ARMSTRONG in Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO on condition that:

1. The Offeree does not have the capacity to bring the remedy to the Court making the appointment of a public defender/attorney representing the Defendant, RICHARD

Page 1 of 3

KELLOGG ARMSTRONG or the Offeree moot, and;

David L. Owen, Jr., David L. Owen Jr., P.C., Law Office Of 718 Huntington Place, Highlands Ranch, CO 80126-4730, be personally converted on all liability as surety for the Defendant, RICHARD KELLOGG ARMSTRONG in Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG).

This **CONDITIONAL ACCEPTANCE OF ATTORNEY APPOINTMENT** is intended as a complete and exclusive statement of the terms of the agreement between the parties as a **"Final Expression in a Record"** as it relates to appointment of an attorney in this instant matter UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG in Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO.

_____
Authorized Representative

cc:

**Kenneth Mark Harmon**
U.S. Attorney's Office-Denver
1225 17th Street Plaza
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

**Kevin F. Sweeney**
c/o U.S. Department of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**

c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

**CLERK OF COURT (Case No. 1:10-cr-00317-REB-2)**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to

**David L. Owen, Jr.**
David L. Owen Jr., P.C., Law Office of
718 Huntington Place
Highlands Ranch, CO 80126-4730
Phone: (303) 993-7092
Fax: (720) 242-8907
Email: davidowen@lodopc.com

cc:

**Kenneth Mark Harmon**
U.S. Attorney's Office-Denver
1225 17th Street Plaza
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

**Kevin F. Sweeney**
c/o U.S. Department of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

**All serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

hereinafter, "Recipients," the documents and sundry papers pertaining to certain Court Appointment of a Public Defender for RICHARD KELLOGG ARMSTRONG, Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG) as follows:

1. NOTICE: **NOTICE CONDITIONAL ACCEPTANCE OF ATTORNEY** dated March 30, 2012 (3 leaves);

2. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated March 30, 2012, (2 leaves).

These mailings contained a total of five (5) leaves each. They were sent via the United States Postal Service under the control and direction of the USPS "Certificate of Mailing" (PS Form 3817) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

__March 30, 2012__                                   _____

**DATE**                                             **Notary**


**Benton Hall,**

**3546 East Presidio Circle**

**Mesa, Arizona [85213]**

**Phone: (480) 319-1552**

**Email: benton.private@gmail.com**

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.