Case #PR-2012-0330-A

CERTIFIED COPY

I hereby certify the foregoing document to which this seal has been affixed consisting of _____ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: _Brita Hall_

Date: _April 2, 2012_

(THIS STAMP MUST BE RED)

Claimant:
    Richard Kellogg Armstrong
    c/o Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona [85213]
    Non-Domestic without the U.S.
    Phone: (480) 319-1552
    Email: benton.private@gmail.com

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE OF TENDER FOR SETOFF

April 2, 2012

Respondent:
    **Chief Financial Officer**
    c/o UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
    901 19th Street
    Denver, Colorado 80294
    **Serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

Re:   Criminal Case No. 1:10-cr-00317-REB, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG).

WHEREAS, on April 2, 2012 instruments of tender for setoff, hereinafter "TENDER", for the setoff of a SUPERSEDING INDICTMENT in Criminal Case No. 1:10-cr-00317-REB, issued IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), hereinafter "ACCOUNT", were presented for setoff to:

    INTERNAL REVENUE SERVICE
    Stop 4440
    P.O. Box 9036
    Ogden, Utah 84201

WHEREAS, on April 2, 2012, the TENDER is deemed accepted for the setoff of the SUPERSEDING INDICTMENT in Criminal Case No. 1:10-cr-00317-REB, issued in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG

Case #PR-2012-0330-A

ARMSTRONG), pursuant to and evidenced by the records enclosed herewith and incorporated herein as "Exhibit A".

THEREFORE, Richard Kellogg Armstrong, hereinafter "Claimant", requests that the balance of the ACCOUNT be adjusted to Zero dollars ($0.00) to reflect the ledgering of said TENDER.

Enclosed herewith is a Request Regarding a Statement of Account, pursuant to Uniform Commercial Code §9-210 and its implementation in the State of Colorado, as a record authenticated by the Debtor requesting that the respondent approve or correct the statement. Respondent has Fourteen (14) days to comply with this request and provide an authenticated record.

If the Request Regarding a Statement of Account is not corrected by the Respondent within Fourteen (14) days, then it shall be deemed accepted and/or approved. Respondent's failure to respond within Fourteen (14) days of the postmark of the presentment of this Notice of Tender for Setoff shall cause the Claimant to have executed a Certificate of Non-Response by the Notary listed below. Said Certificate of Non-Response shall serve as evidence of the Respondent's acceptance and/or approval of this Notice of Tender for Setoff and the enclosed Request Regarding a Statement of Account.

Upon the Respondent's acceptance of the Request Regarding a Statement of Account, the Respondent shall credit the SUPERSEDING INDICTMENT in Criminal Case No. 1:10-cr-00317-REB, issued in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), in behalf of RICHARD KELLOGG ARMSTRONG with the TENDER and discharge any and all public and private claims, levies, liens or holdings of the Defendant-Debtor RICHARD KELLOGG ARMSTRONG, resulting from any SUPERSEDING INDICTMENT and all variations and derivatives thereof; Respondent shall rescind on any SUPERSEDING INDICTMENT and or COLLATERAL being held in regards to this matter in the SUPERSEDING INDICTMENT by executing or causing to be executed a Notice of Rescission regarding RICHARD KELLOGG ARMSTRONG and all variations and derivatives thereof and any other collateral of or relating to the Claimant in the SUPERSEDING INDICTMENT in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), and file said Notice of Discharge and dismissal of the SUPERSEDING INDICTMENT in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO. Respondent shall also execute all procedures for the discharge of all liens and levies or detainers in the SUPERSEDING INDICTMENT, belonging to the Defendant-Debtor, RICHARD KELLOGG ARMSTRONG to hold the Defendant-Debtor, RICHARD KELLOGG ARMSTRONG non liable for public performance.

Respondent's failure to execute or cause to be executed the Notice of Discharge of the SUPERSEDING INDICTMENT in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), in behalf of RICHARD KELLOGG ARMSTRONG, within Fourteen (14) days of the mailing of the Request Regarding a Statement of Account shall constitute the granting and conveying of a Specific Power-of-Attorney-in-Fact by the Respondent to the Claimant for the Claimant to execute any and all said instruments effectuate same on behalf of the Respondent. In addition, the Respondent shall also grant and convey a Specific Power-of-Attorney-in-Fact to the Claimant to execute any and all instruments, communications, or correspondences the Claimant deems necessary for the perfection of the Claimant's paramount security interest in the Defendant-Debtor, RICHARD KELLOGG ARMSTRONG.

Respondent shall give notice to the Claimant of the filing of the Discharge of the SUPERSEDING INDICTMENT in Criminal Case No. 1:10-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), in behalf of RICHARD KELLOGG ARMSTRONG, and all variations and derivatives thereof, by mailing

Case #PR-2012-0330-A

certified copies of said instruments to the Claimant through the Notary listed below. Respondent's failure to give notice to the Claimant within Fourteen (14) days of this mailing shall be deemed a failure to perform and shall cause the Claimant to have executed a Certificate of Non-Performance by the Notary listed below.  Said Certificate of Non-Performance shall serve as evidence of the Respondent's acceptance and/or approval of the granting and conveying of the Specific Power-of-Attorney-in-Fact mentioned above.

Any and all responses, notices, or correspondence regarding this NOTICE OF TENDER FOR SETOFF and REQUEST REGARDING A STATEMENT OF ACCOUNT shall be directed to the Claimant, by U.S.P.S.  Certified or Registered Mail, at the following address:

> Richard Kellogg Armstrong
> c/o Benton Hall, Notary
> 3546 East Presidio Circle
> Mesa, Arizona [85213]
> Non-Domestic without the U.S.
> Phone: (480) 319-1552
> Email: benton.private@gmail.com

Service in any other manner will be deemed defective on its face.

**SEALS:** The seals on the documents represent that the parties intend the agreement to entail legal consequences.

Executed in Denver County, Colorado Republic, the Second day of the Fourth month in the year Two-Thousand and Twelve.

In Witness Whereof, I have hereunto set my hand and seal.


_Richard K Armstrong_
Richard Kellogg Armstrong, Authorized Representative
For the Accommodation Party & Secured Party Creditor

NOTICE:  THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS.  IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

Enclosure(s):

1. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf);
2. **NOTARY'S CERTIFICATE OF SERVICE** dated April 2, 2012 (signed original on file) (2 leaves);

**EXHIBIT A:**
3. **EXHIBIT A** cover page (1 leaf);
4. NOTICE: **NOTICE TO SETOFF ACCOUNTS** dated 2 April 2012 (2 leaves);

Case #PR-2012-0330-A

5. **COUPON** in the amount of TEN MILLION AND 00/100 DOLLARS (1 leaf);
6. **"SUPERSEDING INDICTMENT"**, Criminal Case Number 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), with banker's acceptance endorsement on front page and reverse page of first leaf (34 leaves);
7. **I.R.S. FORM 1040-ES PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for RICHARD K. ARMSTRONG, SSN: ***-**-7153 (1 leaf);
8. **PRIVATE REGISTERED SETOFF BOND NO. 20120330RA** dated March 30, 2012 (1 leaf);
9. **UCC-1 FINANCING STATEMENT**, Document No. 32581890002, Filing No. 12-7306779123, dated March 30, 2012 (3 leaves);
10. **UCC-3 FINANCING ASSIGNMENT**, Document No. 32581890003, Filing No. 12-73067792, dated March 30, 2012 (3 leaves), and;
11. **NOTARY'S CERTIFICATE OF SERVICE** April 2, 2012 (signed original on file) (1 leaf).

cc:

**Kenneth Mark Harmon**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

**Kevin F. Sweeney**
c/o U.S. Department of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

**CLERK OF COURT (Criminal Case No. 1:10-cr-00317-REB)**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

All serviced by: USPS "Certificate of Mailing" (PS Form 3817)

Case #PR-2012-0330-A

CERTIFIED COPY

I hereby certify the foregoing document to which this seal has been affixed consisting of _02_ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benson Hall.

By: _Benson Hall_

Date: _April 2, 2012_

(THIS STAMP MUST BE RED)

**To:**   **Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294
**Serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

**From:**   Richard Kellogg Armstrong, Authorized Representative
For the Accommodation Party & Secured Party Creditor

**Re:**   **REQUEST REGARDING A STATEMENT OF ACCOUNT** for SUPERSEDING INDICTMENT in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), in behalf of RICHARD KELLOGG ARMSTRONG.

---

**REQUEST REGARDING A STATEMENT OF ACCOUNT**
Pursuant to the Uniform Commercial Code § 9-210 and its implementation in the State of Colorado, this is a record authenticated by the debtor requesting that the respondent approve or correct a statement indicating what the debtor believes to be the aggregate amount of unpaid obligations secured by collateral as of a specified date and reasonably identifying the transaction or relationship that is the subject of the request. Respondent has fourteen (14) days to comply with this request and provide an authenticated record.

### STATEMENT OF ACCOUNT

Date:   **April 2, 2012**

Creditor:   **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Debtor:   **RICHARD KELLOGG ARMSTRONG**

Criminal Case No.:   **1:10-cr-00317-REB**

Collateral:   **RICHARD KELLOGG ARMSTRONG**

Balance Due:   **$0.00**

I declare under penalty of perjury that the information above is true and correct.

-RICHARD KELLOGG ARMSTRONG,

By: _Richard K. Armstrong_

Richard Kellogg Armstrong, Authorized Representative
For the Accommodation Party & Secured Party Creditor

REQUEST REGARDING A STATEMENT OF ACCOUNT

Page 1 of 1

# "EXHIBIT A"
## RECORD OF PRESENTMENT

1. **NOTICE: NOTICE TO SETOFF ACCOUNTS** dated 2 April 2012 (2 leaves);
2. **COUPON** in the amount of TEN MILLION AND 00/100 DOLLARS  (1 leaf);
3. **"SUPERSEDING INDICTMENT"**, Criminal Case Number 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), with banker's acceptance endorsement on front page and reverse page of first leaf (34 leaves);
4. **I.R.S. FORM 1040-ES PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for RICHARD K. ARMSTRONG, SSN: ***-**-7153 (1 leaf);
5. **PRIVATE REGISTERED SETOFF BOND NO. 20120330RA** dated March 30, 2012 (1 leaf);
6. **UCC-1 FINANCING STATEMENT**, Document No. 32581890002, Filing No. 12-7306779123, dated March 30, 2012 (3 leaves);
7. **UCC-3 FINANCING ASSIGNMENT**, Document No. 32581890003, Filing No. 12-73067792, dated March 30, 2012 (3 leaves), and;
8. **NOTARY'S CERTIFICATE OF SERVICE** April 2, 2012 (signed original on file) (1 leaf).

Case #PR-2012-0330-A

Accommodation Party:
  Richard Kellogg Armstrong
  c/o Benton Hall, Notary
  3546 East Presidio Circle
  Mesa, Arizona [85213]
  Non-Domestic without the U.S.
  Phone: (480) 319-1552
  Email: benton.private@gmail.com

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# NOTICE

## NOTICE TO SETOFF ACCOUNTS

Date of Notice:     2 April 2012

Notice for:         INTERNAL REVENUE SERVICE
                    Stop 4440
                    P.O. Box 9036
                    Ogden, Utah 84201

Service by:         Registered Mail Article No. RE 261 087 641 US

In the matter of:   Enclosed tender for setoff of Criminal Case Number 1:10-cr-00317-REB, in THE UNITED STATES
                    DISTRICT COURT FOR THE DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD
                    KELLOGG ARMSTRONG), hereinafter "SUPERSEDING INDICTMENT"

Please find enclosed the following instruments:

1.  **ORIGINAL:** COUPON in the amount of *TEN MILLION AND 00/100 DOLLARS* (1 leaf);

2.  **ORIGINAL:** "SUPERSEDING INDICTMENT" in Criminal Case Number 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT
        COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG),
        duly indorsed as follows:
        a.   "ACCEPT FOR VALUE"
        b.   "RETURN FOR VALUE"
        c.   "EXEMPT FROM LEVY"
        d.   "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
        e.   "ADJUST THE BALANCE TO ZERO"
        f.   "PRIVATE PREPAID TREASURY EXEMPTION # 568407153"
        g.   "CHARGE THE SAME TO: RICHARD K. ARMSTRONG 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"
        h.   "(signature) (date) (seal)";

3.  **ORIGINAL:** I.R.S. Form 1040-ES Payment Voucher, duly indorsed as follows:
        a.   "ACCEPT FOR VALUE – RETURN FOR VALUE"
        b.   "EXEMPT FROM LEVY – PREPAID COMMON STOCK"
        c.   "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
        d.   "ADJUST THE BALANCE TO ZERO"
        e.   "PRIVATE PREPAID TREASURY EXEMPTION # 568407153"
        f.   "CHARGE THE SAME TO: RICHARD K. ARMSTRONG 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"
        g.   "(signature) (date) (seal)";

Case #PR-2012-0330-A

4.  **ORIGINAL:** PRIVATE REGISTERED SETOFF BOND NO. 20120330RA (1 leaf);

   **COPY:** UCC-1 Financing Statement, Document No. 32581890002, Filing No. 12-7306779123, dated March 30, 2012 (3 leaves);

   **COPY:** UCC-3 Financing Assignment, Document No. 32581890003, Filing No. 12-73067792, dated March 30, 2012 (3 leaves); and

5.  **REFERENCE COPY:** Notary's Certificate of Service (signed original on file) (1 leaf).

These instruments are being tendered by Richard Kellogg Armstrong, hereinafter "Accommodation Party", for the setoff of Criminal Case Number 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG) in behalf of RICHARD KELLOGG ARMSTRONG, and are to be used to affect debit and credit accounting transactions for the settlement and closure of said account. If any of the enclosed instruments contain any defects or are incorrect, incomplete, or inaccurate, please return the same to the Accommodation Party via the Notary at the address shown above within 10 days from the date of receipt.

Please exercise ordinary care, as the party entitled to enforce these instruments, to ensure that all debit or credit transactions ledgered to account #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 for RICHARD K. ARMSTRONG are done so in the best interest of the United States Treasury.

Sincerely,

By: _Richard    E    Armstrong_
       Richard Kellogg Armstrong, Accommodation Party

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB(s)

UNITED STATES OF AMERICA

Plaintiff,

v.

1.  CURTIS L. MORRIS,
2.  RICHARD KELLOGG ARMSTRONG, and
3.  LARRY RAY HALL

Defendant.

SUPERSEDING INDICTMENT
18 U.S.C. §286
18 U.S.C. §287
18 U.S.C. §1341
18 U.S.C. §1957
18 U.S.C. §981(a)(1)(C)
18 U.S.C. §982(a)(1)
18 U.S.C. §2

The Grand Jury charges that:

COUNTS 1 - 5
(Mail Fraud)

1.   From as early as in or about September 2008, and
continuing at least through in or about May 2009, the exact dates
being unknown to the Grand Jury, in the State and District of
Colorado, and elsewhere, the defendants,

CURTIS L. MORRIS,
RICHARD KELLOGG ARMSTRONG, and
LARRY RAY HALL,

together, and in concert with persons known and unknown to the

1

--------------------------------------------cut here--------------------------------------------

# COUPON

#PR-2012-0330-A

2 April 2012

Pay to the
Order of:  **United States Treasury**

$10,000,000.00

Ten Million and 00/100 Dollars

Tendered as full satisfaction of the claim for Account # 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,
For Criminal Case No. 1:10-cr-00317-REB.
**Memo**

*Richard E Armstrong*

Richard Kellogg Armstrong,
Authorized Representative



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB(s)

UNITED STATES OF AMERICA

Plaintiff,

v.

1. CURTIS L. MORRIS,
2. RICHARD KELLOGG ARMSTRONG, and
3. LARRY RAY HALL

Defendant

SUPERSEDING INDICTMENT
18 U.S.C. §286
18 U.S.C. §287
18 U.S.C. §1341
18 U.S.C. §1957
18 U.S.C. §981(a)(1)(C)
18 U.S.C. §982(a)(1)
18 U.S.C. §2

The Grand Jury charges that:

## COUNTS 1 - 5
(Mail Fraud)

1.   From as early as in or about September 2008, and
continuing at least through in or about May 2009, the exact dates
being unknown to the Grand Jury, in the State and District of
Colorado, and elsewhere, the defendants,

**CURTIS L. MORRIS,**
**RICHARD KELLOGG ARMSTRONG, and**
**LARRY RAY HALL,**

together, and in concert with persons known and unknown to the

1

Grand Jury, devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent material pretenses and representations from the United States Department of Treasury and one of its agencies, the Internal Revenue Service ("IRS"), through the submission of false claims for federal income tax refunds, as part of individual federal income tax returns filed with the IRS, that were based upon and supported by false and fictitious information about federal income taxes purportedly withheld on original issue discount income, as set forth in the federal income tax returns and as purportedly reflected on IRS Forms 1099-OID filed with the IRS.

### **Background**

At all times material to this Superseding Indictment:

2.    Original issue discount ("OID") income was a form of interest income typically realized on debt instruments that were issued at a discount to, or purchased at less than, the ultimate redemption value of the debt instrument. The IRS typically considered the holders of such discounted debt instruments to have realized yearly OID income from such instruments in amounts corresponding to a pro rated portion of the overall difference in value between the issuance or purchase price of the instrument and its redemption price.

3.    The IRS required financial institutions to report OID

2

income realized from OID instruments for a particular year, both to the IRS and to the holder of the OID instrument, through the use of IRS Form 1099-OID, a copy of which form was required to be provided to the holder of the OID instrument for use in preparing the taxpayer's federal income tax return for the year and the original of which was to be filed by the financial institution with the IRS.  While a portion of the Form 1099-OID required the financial institution to report any amounts of OID income withheld from the taxpayer for the purpose of paying over federal income taxes on behalf of the taxpayer, OID income was not generally subject to federal income tax withholdings, and Forms 1099-OID, accordingly, would typically report federal income tax withholdings on OID income only for those taxpayers who were subject to certain backup withholding requirements by the IRS.

4.   Defendant CURTIS L. MORRIS was a resident of Elizabeth, Colorado who worked as an accountant, bookkeeper and business consultant and was self-employed, part-time, as an income tax preparer, doing business, through EFFN Books, Inc., under the trade name "Numbers and Beyond."  Defendant MORRIS charged clients of his tax preparation business a fee for the federal income tax returns that he prepared on their behalf.

5.   Beginning in or about September 2008, defendant MORRIS began to prepare a series of federal income tax returns for a number of clients claiming large federal income tax refunds as

3

the result of large amounts of federal income taxes purportedly withheld from OID income earned by the clients (hereinafter, defendant MORRIS's "OID tax return preparation clients"). Defendant MORRIS also prepared federal income tax returns for himself and his spouse claiming federal income tax refunds based on purported federal income tax withholdings on their OID income (said returns hereinafter referred to, from time to time, as "OID returns").

6.    Defendant RICHARD KELLOGG ARMSTRONG was a part-time resident of Arizona.  ARMSTRONG was one of defendant MORRIS's tax preparation clients for whom MORRIS prepared federal income tax returns claiming large refunds based on purported federal income tax withholdings on OID income.  ARMSTRONG recruited other individuals to have federal income tax returns prepared on their behalf by MORRIS seeking large refunds on the same basis.

7.    Defendant LARRY RAY HALL was a resident of Parker, Colorado and later Brighton, Colorado.  Defendant HALL was a promoter of the use of self-prepared Forms 1099-OID and corresponding federal income tax returns as vehicles to claim large federal income tax refunds as a result of reporting large amounts federal income taxes purportedly withheld from OID income supposedly earned by taxpayers.  Defendant HALL, among other things, solicited persons to file federal income tax returns claiming refunds in this manner, explained the process by which

4

the refunds could be claimed based on purported tax withholdings from supposed OID income, and referred interested individuals to accountants such as MORRIS to prepare the federal income tax returns claiming refunds on such basis.

8.   Defendant HALL also had federal income tax returns for himself and his spouse prepared claiming federal income tax refunds based on purported federal income tax withholdings on their OID income.

## The Scheme And Artifice

9.   It was part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations that:

a.   Defendant HALL, together with others known and unknown to the grand jury, would explain to solicited persons how they could use accounts with various types of financial institutions, such as mortgage loan accounts, personal and business loan accounts, lines of credit, credit card accounts, and bank accounts (hereinafter, "financial institution accounts"), to claim entitlement from the IRS to payments commensurate with loan and credit amounts relating to these accounts.  Defendant HALL would explain that the payments would be secured in the form of income tax refunds that would be claimed through federal income tax returns and Forms 1099-OID that, depending on the account, would depict the loan, credit,

and checking debit amounts as OID income earned by the taxpayer with respect to the accounts and would represent that federal income taxes approximating these amounts was withheld by the financial institutions where these accounts were held.

b.   Defendant HALL, directly and through others, would provide the solicited persons with documentation prepared by HALL explaining the philosophy and rationale behind seeking tax refunds from the IRS in this manner and purporting to justify the legitimacy of doing so.

c.   Defendant HALL, together with others known and unknown to the grand jury (including, from time to time, defendant MORRIS), would provide persons interested in securing payments from the IRS through the use of federal income tax returns and Forms 1099-OID exploiting this concept with instructions on how to identify and compile information about their financial institution accounts and would provide these interested persons with specific forms through which to list these accounts and related information.

d.   Defendant HALL, together with others known and unknown to the grand jury, would subsequently refer these interested persons to defendant MORRIS to prepare the OID returns using this compiled information or, alternatively, indicate to these persons that they should select another tax professional familiar with the concept of using Forms 1099-OID and OID returns

6

to obtain tax refunds to prepare the OID returns.

     e.   Defendant ARMSTRONG and defendant MORRIS's other OID tax return preparation clients, upon being solicited by HALL and others involved in the scheme, would compile, for the particular tax year in question, a list of their various financial institution accounts and to provide, as part of that list, identifying information about the accounts and the loan, credit or checking debit amounts that they wanted to use to claim tax refunds based on the supposed OID income tax withholdings.

     f.   Defendant ARMSTRONG and these other OID tax preparation clients would then provide these lists and the related account information to defendant HALL and others involved in the scheme to use to prepare IRS Forms 1099-OID that would falsely portray the accounts as generating large amounts of OID income for the taxpayer and correspondingly large amounts of federal income taxes withheld on the OID income, whereas the nature of the accounts and the  activity in the accounts, in reality, reflected that the taxpayers owed money to the financial institutions in question or had negligible bank interest on bank account deposits and, in any event, had not been subject to federal income tax withholdings with respect to the accounts. The amounts represented in the fabricated Forms 1099-OID as OID income realized and income taxes withheld on that income was typically derived from and corresponded to the loans or credit

lines that the taxpayer had with the financial institution or, in
the case of bank accounts, the amounts withdrawn or debited from
the accounts over the course of the year.

      g.  The resulting Forms 1099-OID would be fabricated
to make it appear that they had been issued by the financial
institutions in question. Defendant ARMSTRONG and the other OID
tax return preparation clients of defendant MORRIS, upon
completion of these fabricated Forms 1099-OID, would cause the
forms to be filed with the IRS and then furnished to defendant
MORRIS for use in preparing the OID returns. The returns that
defendant MORRIS would prepare would take the federal income tax
withholding amounts reported on the fabricated Forms 1099-OID and
record them as tax payments that would offset and exceed his
taxpayer clients' calculated income tax liabilities for the year
and thereby form the basis for their claimed federal income tax
refunds.

      h.  Defendant MORRIS would then sign the returns as
the paid preparer and forward the prepared returns to defendant
ARMSTRONG and the other OID tax return preparation clients for
filing with the IRS.

      i.  Defendant HALL would solicit defendant MORRIS's
OID tax return preparation clients and others who had agreed to
file OID returns to entrust with him the proceeds of the
anticipated tax refunds for investment in real estate, which

investment HALL claimed could be used to generate additional tax refund payments through the filing of additional Forms 1099-OID and OID returns.

### The Armstrong OID Returns And Claimed Refunds.

10. On or about November 3, 2008, as a part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations, defendant ARMSTRONG caused three Amended U.S. Individual Tax Returns for him and his spouse for the years 2005 through 2007, prepared by defendant MORRIS, to be filed with the IRS. The amended returns claimed a federal income tax refund of $582,352 for 2005, based on purported federal income tax withheld from purported OID income by financial institutions equaling that amount; $283,746 in tax refunds for 2006, based on purported federal income tax withheld from purported OID income by financial institutions equaling that amount; and $605,300 in tax refunds for 2007, based on purported federal income tax withheld from purported OID income by financial institutions equaling that amount.

11. On or about January 31, 2009, as a part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations, defendant ARMSTRONG caused a U.S. Individual Tax Return for him and his spouse for the year 2008, prepared by defendant MORRIS, to be filed with the IRS. The return claimed a federal income tax

refund of $1,739,452 for 2008, based on purported federal income tax withheld from purported OID income.

### *DL's OID Returns And Claimed Refunds.*

12.   Over the course of in or about October 2008 through in or about November 2008, as a part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations, defendant HALL recruited a Golden, Colorado resident identified herein as "DL" to be an OID tax preparation client of defendant MORRIS and prepared sets of fabricated Forms 1099-OID for DL for the years 2005 through 2007 for DL to submit to the IRS.  Defendant MORRIS then prepared three Amended U.S. Individual Tax Returns for DL and his ex-spouse for the years 2005 through 2007, using the information in these fabricated Forms 10099-OID, for DL to file with the IRS.

13.   The amended returns claimed federal income tax refunds, based on purported federal income tax withheld from purported OID income by financial institutions, of $553,386 for 2005; $1,179,323 for 2006; and $469,550 for 2007.

### *SB's OID Returns And Claimed Refunds.*

14.   Over the course of in or about January 2009 through in or about February 2009, as a part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations, defendant MORRIS prepared and caused to be filed with the IRS three Amended U.S. Individual

10

Tax Returns for a Parker, Colorado resident identified herein as "SB," one of MORRIS's OID tax preparation clients, and SB's spouse, for the years 2005 through 2007. Defendant MORRIS also prepared and caused to be filed with the IRS a U.S. Individual Tax Return for SB and his spouse for the year 2008.

15.   The amended returns claimed federal income tax refunds, based on purported federal income tax withheld from purported OID income by financial institutions, of $333,127 for 2005; $211,429 for 2006; and $355,441 for 2007. The OID return for 2008 claimed a federal income tax refund of $197,824, based on purported federal income tax withheld from purported OID income by financial institutions.

### EDF's OID Returns And Claimed Refunds.

16.   Over the course of on or about February 2009 through in or about May 2009, as a part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations, defendant MORRIS prepared four U.S. Individual Tax Returns for a Rancho Mirage, California resident identified herein as "EDF," an OID tax preparation client referred by defendant ARMSTRONG, for the years 2005 through 2008, which OID returns EDF then filed with the IRS.

17.   The returns claimed federal income tax refunds, based purported federal income tax withheld from purported OID income by financial institutions, of $203,203 for 2005; $253,683 for

11

2006; $1,126,473 for 2007; and $345,000 for 2008.

### *The Morris OID Returns And Claimed Refunds*.

18.  On or about October 7, 2008, as a part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations, defendant MORRIS caused an Amended U.S. Individual Tax Returns for him and his spouse for the year 2006, which he personally prepared, to be filed with the IRS.  The amended return claimed a federal income tax refund of $74,546, based primarily on purported federal income tax withheld from purported OID income by financial institutions equaling that amount.

19.  On or about April 16, 2009, as a part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations, defendant MORRIS caused an U.S. Individual Tax Returns for himself for the year 2008, which he personally prepared, to be filed with the IRS.  The return claimed a federal income tax refund of $90,481, based, in substantial part, on purported federal income tax withheld from purported OID income by financial institutions totaling approximately $129,983.

### *The Hall OID Returns And Claimed Refunds*.

20.  On or about October 6, 2008, as a part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations, defendant

HALL caused an Amended U.S. Individual Tax Return for him and his spouse for the year 2006, to be filed with the IRS.  The amended return claimed a federal income tax refund of $66,550, based primarily on purported federal income tax withheld from purported OID income by financial institutions equaling that amount.

21.  On or about April 15, 2009, as a part of the scheme and artifice to defraud and to obtain money and property by false and fraudulent material pretenses and representations, defendant HALL caused an U.S. Individual Tax Return for himself and his spouse for the year 2008, to be filed with the IRS.  The return claimed a federal income tax refund of $745,781, based primarily on purported federal income tax withheld from purported OID income by financial institutions equaling that amount.

### COUNT 1

22.  The allegations contained in paragraphs 1 through 21 of this Superseding Indictment are hereby re-alleged as if set out in full and incorporated herein by reference.

23.  On or about October 23, 2008, in the State and District of Colorado, and elsewhere, for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money and property by means of false and fraudulent material pretenses and representations, and attempting to do so, the defendants,

**CURTIS L. MORRIS,**
**RICHARD KELLOGG ARMSTRONG, and**
**LARRY RAY HALL,**

13

did knowingly cause, and aid and abet others to cause, to be deposited matters and things to be sent and delivered by a commercial interstate carrier, according to the direction thereon, to wit, three completed amended U.S. Income Tax Returns for Richard K. Armstrong and Sharon L. Armstrong for the years 2005, 2006, and 2007, from 5996 Pine Ridge Drive, Elizabeth, Colorado to 30 Perkins Drive, Prescott, Arizona.

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNTS 2 - 3

24.  The allegations contained in paragraphs 1 through 21 of this Superseding Indictment are hereby re-alleged as if set out in full and incorporated herein by reference.

25.  On or about the dates enumerated as to each count below, in the State and District of Colorado, and elsewhere, for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money and property by means of false and fraudulent material pretenses and representations, and attempting to do so, the defendant,

### CURTIS L. MORRIS,

did knowingly cause to be delivered by United States mail according to the direction thereon, the following matters and things:

14

| COUNT | DATE | MAIL MATTER |
|---|---|---|
| 2 | 9/22/08 | IRS Form 1040X Amended U.S. Individual Income Tax Return for Susan K. Morris and Curtis L. Morris, for 2006, addressed to Department of Treasury, Internal Revenue Service Center, Andover, MA 05501-0422 |
| 3 | 4/16/09 | IRS Form 1040 U.S. Individual Income Tax Return for Curtis L. Morris, for 2008, addressed to Department of Treasury, Internal Revenue Service Center, Fresno, CA 93888-0002 |

All in violation of Title 18, United States Code, Sections 1341 and 2.

### COUNTS 4 - 5

26. The allegations contained in paragraphs 1 through 21 of this Superseding Indictment are hereby re-alleged as if set out in full and incorporated herein by reference.

27. On or about the dates enumerated as to each count below, in the State and District of Colorado, and elsewhere, for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money and property by means of false and fraudulent material pretenses and representations, and attempting to do so, the defendant,

**LARRY RAY HALL,**

did knowingly cause to be delivered by United States mail according to the direction thereon, the following matters and things:

15

| COUNT | DATE | MAIL MATTER |
|-------|------|-------------|
| 4 | 10/6/2008 | IRS Form 1040X Amended U.S. Individual Income Tax Return for Mary A. Sands and Larry R. Hall, for 2006, addressed to Department of Treasury, Internal Revenue Service Center, Fresno, California |
| 5 | 4/15/09 | IRS Form 1040 U.S. Individual Income Tax Return for Mary A. Sands and Larry R. Hall, for 2008, addressed to Department of Treasury, Internal Revenue Service Center, Fresno, California |

All in violation of Title 18, United States Code, Sections 1341 and 2.

### COUNTS 6 - 9
(False Claims)

28. The allegations contained in paragraphs 1 through 21 of this Superseding Indictment are hereby re-alleged as if set out in full and incorporated herein by reference.

29. On or about the dates enumerated as to each count below, in the State and District of Colorado, and elsewhere, the defendants,

**CURTIS L. MORRIS,**
**RICHARD KELLOGG ARMSTRONG, and**
**LARRY RAY HALL,**

made and presented, and caused to be made and presented, to the United States Treasury Department the following claims against the United States for payment, which they knew to be false, fictitious and fraudulent, by preparing and causing to be prepared on or about the indicated dates, U.S. Individual Income

16

Tax Returns, on Forms 1040X and 1040, for defendant Armstrong and his spouse, for the particular tax years indicated below, which returns were presented to the United States Treasury Department, through the Internal Revenue Service, wherein they caused to be claimed refunds of taxes in the indicated amounts, knowing such claims to be false, fictitious, and fraudulent:

| Count | Date | Tax Year | Form | Refund Claimed |
|-------|------|----------|------|----------------|
| 6 | 10/20/08 | 2005 | 1040X | $582,352 |
| 7 | 10/20/08 | 2006 | 1040X | $283,746 |
| 8 | 10/20/08 | 2007 | 1040X | $605,300 |
| 9 | 1/28/09 | 2008 | 1040 | $1,739,452 |

All in violation of Title 18, United States Code, Sections 287 and 2.

## COUNTS 10 - 12
(False Claims)

30.   The allegations contained in paragraphs 1 through 21 of this Superseding Indictment are hereby re-alleged as if set out in full and incorporated herein by reference.

31.   On or about the dates enumerated as to each count below, in the State and District of Colorado, and elsewhere, the defendants,

### CURTIS L. MORRIS, and
### LARRY RAY HALL

made and presented, and caused to be made and presented, to the United States Treasury Department the following claims

17

against the United States for payment, which they knew to be

false, fictitious and fraudulent, by preparing and causing to be

prepared on or about the indicated dates, U.S. Individual Income

Tax Returns, on Forms 1040X and 1040, for DL and his then spouse,

for the particular tax years indicated below, which returns were

presented to the United States Treasury Department, through the

Internal Revenue Service, wherein they caused to be claimed

refunds of taxes in the indicated amounts, knowing such claims to

be false, fictitious, and fraudulent:

| Count | Date | Tax Year | Form | Refund Claimed |
|-------|------|----------|------|----------------|
| 10 | 10/24/08 | 2005 | 1040X | $553,386 |
| 11 | 11/5/08 | 2006 | 1040X | $1,179,328 |
| 12 | 10/24/08 | 2007 | 1040X | $469,550 |

All in violation of Title 18, United States Code, Sections

287 and 2.

### COUNTS 13 - 16
(False Claims)

32.   The allegations contained in paragraphs 1 through 21 of

this Superseding Indictment are hereby re-alleged as if set out

in full and incorporated herein by reference.

33.   On or about the dates enumerated as to each count

below, in the State and District of Colorado, and elsewhere, the

defendants,

**CURTIS L. MORRIS,**
**RICHARD KELLOGG ARMSTRONG, and**
**LARRY RAY HALL**

18

made and presented, and caused to be made and presented,
to the United States Treasury Department the following claims
against the United States for payment, which they knew to be
false, fictitious and fraudulent, by preparing and causing to be
prepared on or about the indicated dates, U.S. Individual Income
Tax Returns, on Forms 1040X and 1040, for EDF, for the particular
tax years indicated below, which returns were presented to the
United States Treasury Department, through the Internal Revenue
Service, wherein they caused to be claimed refunds of taxes in
the indicated amounts, knowing such claims to be false,
fictitious, and fraudulent:

| Count | Date | Tax Year | Form | Refund Claimed | |
|-------|------|----------|------|----------------|---|
| 13 | 2/19/09 | 2005 | 1040X | $203,203 | |
| 14 | 2/19/09 | 2006 | 1040x | $253,653 | |
| 15 | 3/12/09 | 2007 | 1040 | $1,126,473 | |
| 16 | 3/25/09 | 2008 | 1040 | $345,000 | |

All in violation of Title 18, United States Code, Sections
287 and 2.

### COUNTS 17 - 20
(False Claims)

34.   The allegations contained in paragraphs 1 through 21 of
this Superseding Indictment are hereby re-alleged as if set out
in full and incorporated herein by reference.

35.   On or about the dates enumerated as to each count
below, in the State and District of Colorado, and elsewhere, the

19

defendant,

**CURTIS L. MORRIS,**

made and presented, and caused to be made and presented,
to the United States Treasury Department the following claims
against the United States for payment, which he knew to be false,
fictitious and fraudulent, by preparing and causing to be
prepared on or about the indicated dates, U.S. Individual Income
Tax Returns, on Forms 1040X and 1040, for SB and his spouse, for
the particular tax years indicated below, which returns were
presented to the United States Treasury Department, through the
Internal Revenue Service, wherein they caused to be claimed
refunds of taxes in the indicated amounts, knowing such claims to
be false, fictitious, and fraudulent:

| Count | Date | Tax Year | Form | Refund Claimed |
|-------|------|----------|------|----------------|
| 17 | 1/7/09 | 2005 | 1040X | $333,127 |
| 18 | 1/7/09 | 2006 | 1040X | $211,429 |
| 19 | 3/12/09 | 2007 | 1040X | $355,441 |
| 20 | 2/19/09 | 2008 | 1040 | $197,824, |

All in violation of Title 18, United States Code, Sections
287 and 2.

**COUNTS 21 – 22**
(False Claims)

36.  The allegations contained in paragraphs 1 through 21 of
this Superseding Indictment are hereby re-alleged as if set out
in full and incorporated herein by reference.

20

37.   On or about the dates enumerated as to each count below, in the State and District of Colorado, and elsewhere, the defendant,

**CURTIS L. MORRIS,**

made and presented to the United States Treasury Department the following claims against the United States for payment, which he knew to be false, fictitious and fraudulent, by preparing and mailing on the indicated dates, U.S. Individual Income Tax Returns, on Forms 1040X and 1040, for the particular tax years and in the particular names indicated below, which returns were presented to the United States Treasury Department, through the Internal Revenue Service, wherein he caused to be claimed refunds of taxes in the indicated amounts, knowing such claims to be false, fictitious, and fraudulent:

| Count | Date | Tax Year | Form | Taxpayer | | Refund Claimed |
|-------|------|----------|------|----------|--|----------------|
| 21 | 9/18/08 | 2006 | 1040X | Susan K. Morris and Curtis L. Morris | | $74,546 |
| 22 | 4/16/09 | 2008 | 1040 | Curtis L. Morris | | $90,481 |

All in violation of Title 18, United States Code, Sections 287 and 2.

**COUNTS 23 - 24**
(False Claims)

38.   The allegations contained in paragraphs 1 through 21 of this Superseding Indictment are hereby re-alleged as if set out

in full and incorporated herein by reference.

39.  On or about the dates enumerated as to each count below, in the State and District of Colorado, and elsewhere, the defendant,

**LARRY RAY HALL,**

made and presented to the United States Treasury Department the following claims against the United States for payment, which he knew to be false, fictitious and fraudulent, by causing to be mailed mailing on the indicated dates, U.S. Individual Income Tax Returns, on Forms 1040X and 1040, for him and his spouse for the particular tax years indicated below, which returns were presented to the United States Treasury Department, through the Internal Revenue Service, wherein he caused to be claimed refunds of taxes in the indicated amounts, knowing such claims to be false, fictitious, and fraudulent:

| Count | Date | Tax Year | Form | Refund Claimed |
|-------|------|----------|------|----------------|
| 23 | 10/6/08 | 2006 | 1040X | $66,550 |
| 24 | 4/15/09 | 2008 | 1040 | $754,781 |

All in violation of Title 18, United States Code, Sections 287 and 2.

**COUNTS 25 - 27**
(Monetary Transactions in Criminally Derived Property)

40.  The allegations contained in paragraphs 1 through 21 and paragraph 23 of this Superseding Indictment are hereby re-

22

alleged as if set out in full and incorporated herein by reference.

41.   On or about the dates alleged below as to each Count, in the State and District of Colorado, and elsewhere, the defendants,

**RICHARD KELLOGG ARMSTRONG, and
LARRY RAY HALL**

did knowingly engage and attempt to engage in the following monetary transactions affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, which property was derived from a specified unlawful activity, namely, mail fraud, in violation of Title 18, Untied States Code, Section 1341, as described and set forth and alleged in Count 1 of this Indictment:

| Count | Date | Transaction |
|-------|------|-------------|
| 25 | 11/22/08 | Wire transfer of $727,000 from Bank of America Account ending in −7682, in the name of Richard K. Armstrong, to TCF Bank Account ending in − 0141, in the name of Larry Hall |
| 26 | 11/23/08 | Wire transfer of $665,000 from TCF Bank Account ending in − 0141, in the name of Larry Hall, to FirstBank Account ending in − 1825, in the name of Land Title Guarantee Company |
| 27 | 1/7/09 | Wire transfer of $127,000 from TCF Bank Account ending in − 0141, in the name of Larry Hall, to Bank of America Account ending in −7682, in the name of Richard K. Armstrong |

In violation of Title 18 of the United States Code, Sections

23

1957 and 2.

## COUNT 28
### (Conspiracy to Defraud the Government)

42. The allegations contained in paragraphs 1 through 17, 23, 29, 33, 35 and 41 of this Superseding Indictment are hereby re-alleged as if set out in full and incorporated herein by reference.

43. Beginning in or about September 2008 and continuing until in or about May 2009, the exact dates being unknown to the Grand Jury, in the State and District of Colorado, and elsewhere, the defendants,

**CURTIS L. MORRIS,**
**RICHARD KELLOGG ARMSTRONG, and**
**LARRY RAY HALL,**

did knowingly agree, combine and conspire, with each other and with persons known and unknown to the Grand Jury, to defraud the United States Department of Treasury, by obtaining and aiding to obtain the payment and allowance of false, fictitious, and fraudulent claims, that is, claims for payment of money against the United States Treasury Department, through the Internal Revenue Service, such claims being IRS Form 1040X Amended U.S. Individual Income Tax Returns and IRS Form 1040 U.S. Individual Income Tax Returns, together with IRS Forms 1099-OID submitted to the IRS in relation to said returns, seeking refunds on behalf of the taxpayers named in the said returns.

24

44. Said agreement, combination and conspiracy was carried out through the manner and means described in connection with the scheme and artifice to defraud, and to obtain money and property by false and fraudulent material pretenses and representations, set forth in relation to Counts 1 through 5 of this Superseding Indictment.

In violation of Title 18 of the United States Code, Section 286.

## Notice of Forfeiture Allegation

45. The allegations contained in Count 1 and Counts 25 through 27 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) (mail fraud); and Title 18, United States Code, Section 982(a)(1) (money laundering).

46. Upon conviction of the violations alleged in Counts 1 through 5 of this Superseding Indictment involving violations of Title 18, United States Code, Section 1341, the defendants,

**CURTIS L. MORRIS,**
**RICHARD KELLOGG ARMSTRONG, and**
**LARRY RAY HALL,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 1956(c)(7), and 1961(1), any

25

and all of the defendants' right, title and interest in all property, real or personal, constituting and derived from any proceeds the defendants obtained directly and indirectly as a result of the commission of such offenses, including, but not limited to:

     a.   A $1,637,481.61 money judgment, representing the amount of proceeds obtained by the defendants less any funds obtained from the forfeiture of directly traceable assets;

     b.   real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado;

     c.   real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona; and

     d.   Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527.

47.   Upon conviction of the violations alleged in Counts 25 through 27 of this Superseding Indictment involving violations of Title 18, United States Code, Section 1957, the defendants,

**CURTIS L. MORRIS,**
**RICHARD KELLOGG ARMSTRONG, and**
**LARRY RAY HALL,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all of the defendants' right, title and interest in all property, real or personal, involved in or traceable to property involved in such offenses, including, but not limited to:

     a.   A $1,637,481.61 money judgment, representing the

26

amount of proceeds obtained by the defendants less any funds obtained from the forfeiture of directly traceable assets;

b.   real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado;

c.   real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona; and

d.   Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527.

48.   If any of the property described in paragraphs 46 and 47 above, as a result of any act or omission of the defendants:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

27

A TRUE BILL:


<u>Ink signature on file in the Clerk's Office</u>
FOREPERSON


JOHN F. WALSH
UNITED STATES ATTORNEY


By:   <u>s/Kenneth M. Harmon</u>
      KENNETH M. HARMON
      Assistant United States Attorney
      U.S. Attorney's Office
      1225 17th Street, Suite 700
      Denver, CO  80202
      Telephone: (303) 454-0100
      Fax:  (303) 454-0402
      E-mail:  <u>kenneth.harmon@usdoj.gov</u>

(Rev. 04/05)
DEFENDANT:   CURTIS L. MORRIS

YOB:   1968
ADDRESS:   Elizabeth, Colorado

COMPLAINT FILED?   _____ YES   _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ___ YES   _X_ NO

    IF NO, A NEW WARRANT IS REQUIRED. (*Note: Defendant was arrested on warrant issued with initial indictment*)

OFFENSE:
    Counts 1 - 3
    Mail Fraud
    18 U.S.C. §1341

    Counts 6-22
    Filing False Claims Against the United States
    18 U.S.C. §287

    Count 28
    Conspiracy to Defraud the Government
    18 U.S.C. §286

LOCATION OF OFFENSE:   Elbert ,and Adams Counties, Colorado
    And elsewhere

PENALTY:
    Counts 1 - 3
    Per Count, NMT 20 years imprisonment, a $250,000 fine, or both;
    Restitution, and a $100 Special Assessment Fee

    Counts 4-9
    Per Count, NMT 5 years imprisonment, a $250,000 fine, or both;
    Restitution, and a $100 Special Assessment Fee

    Count 28
    NMT 10 years imprisonment, a $250,000 fine, or both; Restitution,
    and a $100 Special Assessment Fee

Notice of Forfeiture Allegation (regarding Counts 1-3)

AGENT:                          Greg M. Flynn, Special Agent
                                Internal Revenue Service,
                                Criminal Investigation Division
                                Denver, Colorado

AUTHORIZED BY:  Kenneth M. Harmon
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other

THE GOVERNMENT

___ will seek detention in this case     __X__ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:        _____ Yes     __X__ No

2

(Rev. 04/05)

<u>DEFENDANT</u>:    Richard Kellogg Armstrong

<u>YOB</u>:    1934
<u>ADDRESS</u>:    Prescott, Arizona

<u>COMPLAINT FILED</u>?  <u> X  </u>  YES   <u>      </u>  NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  <u>  10-mj-1088-KLM    </u>

    IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?  <u> X </u>  YES  <u>   </u>  NO

    IF NO, A NEW WARRANT IS REQUIRED

    <u>OFFENSE</u>:        <u>Counts 1</u>
                    <u>Mail Fraud</u>
                    18 U.S.C. §1341

                    <u>Counts 6-9, 13-16</u>
                    <u>Filing False Claims Against the United States</u>
                    18 U.S.C. §287

                    <u>Counts 25-27</u>
                    <u>Monetary Transactions in Property</u>
                    <u>Derived from Specified Unlawful Activity</u>
                    18 U.S. C. §1957

                    <u>Count 28</u>
                    <u>Conspiracy to Defraud the Government</u>
                    18 U.S.C. §286

  <u>LOCATION OF OFFENSE</u>:  Elbert and Adams Counties, Colorado
                              And elsewhere

      <u>PENALTY</u>:        <u>Count 1</u>
                    NMT 20 years imprisonment, a $250,000 fine, or both; Restitution
                    and a $100 Special Assessment Fee

                    <u>Counts 6-9, 13-16</u>

1

Per Count, NMT 5 years imprisonment, a $250,000 fine, or both; Restitution and a $100 Special Assessment Fee

Counts 25-27
Per Count, NMT 10 years imprisonment, a $250,000 fine, or both; and a $100 Special Assessment Fee

Count 28
NMT 10 years imprisonment, a $250,000 fine, or both; Restitution, and a $100 Special Assessment Fee

Notice of Forfeiture Allegation (regarding Counts 1, 25-27)

AGENT:                          Greg M. Flynn, Special Agent
                                Internal Revenue Service,
                                Criminal Investigation Division
                                Denver, Colorado

AUTHORIZED BY:  Kenneth M. Harmon
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    __X__ over five days    _____ other

THE GOVERNMENT

__X__ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    _____ Yes    __X__ No

2

(Rev. 04/05)
<u>DEFENDANT</u>:          Larry Ray Hall

<u>YOB</u>:                    1949

<u>ADDRESS</u>:             Brighton, Colorado

<u>COMPLAINT FILED</u>?   _____ YES   __X__ NO

      IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
      IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   __YES   ____ NO

      IF NO, A NEW WARRANT IS REQUIRED

    <u>OFFENSE</u>:          <u>Counts 1, 4-5</u>
                   <u>Mail Fraud</u>
                   18 U.S.C. §1341

                   <u>Counts 6-16, 23-24</u>
                   <u>Filing False Claims Against the United States</u>
                   18 U.S.C. §287

                   <u>Counts 25-27</u>
                   <u>Monetary Transactions in Property</u>
                   <u>Derived from Specified Unlawful Activity</u>
                   18 U.S.C. §1957

                   <u>Count 28</u>
                   <u>Conspiracy to Defraud the Government</u>
                   18 U.S.C. §286

  <u>LOCATION OF OFFENSE</u>:   Elbert and Adams Counties, Colorado
                   And elsewhere

    <u>PENALTY</u>:          <u>Counts 1, 4-5</u>
                   NMT 20 years imprisonment, a $250,000 fine, or both; Restitution
                   and a $100 Special Assessment Fee

                   <u>Counts 6-16, 23-24</u>
                   Per Count, NMT 5 years imprisonment, a $250,000 fine, or both;

1

Restitution and a $100 Special Assessment Fee

Counts 25-27
Per Count, NMT 10 years imprisonment, a $250,000 fine, or both; and a $100 Special Assessment Fee

Count 28
NMT 10 years imprisonment, a $250,000 fine, or both; Restitution, and a $100 Special Assessment Fee

Notice of Forfeiture Allegation (regarding Counts 1, 4-5, 25-27)

AGENT:                          Greg M. Flynn, Special Agent
                                Internal Revenue Service,
                                Criminal Investigation Division
                                Denver, Colorado

AUTHORIZED BY:   Kenneth M. Harmon
                                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other

THE GOVERNMENT

___ will seek detention in this case     __X__ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:        _____ Yes     __X__ No

2

**Form 1040-ES**
Department of the Treasury
Internal Revenue Service

# 2011 Estimated Tax

**Payment Voucher 4**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and *"2011 Form 1040-ES"* on your check or money order. *Do not send cash.* Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year—Due Jan. 17, 2012**

Amount of estimated tax you are paying by check or money order.

| | Dollars | Cents |
|---|---|---|

| Your first name and initial | Your last name | Your social security number |
|---|---|---|
| RICHARD K. | ARMSTRONG | 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 |

If joint payment, complete for spouse

| Spouse's first name and initial | Spouse's last name | Spouse's social security number |
|---|---|---|

Address (number, street, and apt. no.)
1642 N. MC CULLOCH BLVD. #391

City, state, and ZIP code. (If a foreign address, enter city, province or state, postal code, and country.)
LAKE HAVASU CITY, ARIZONA 86403

**For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 8.**

Form 1040-ES (2011)

-9-

# PRIVATELY REGISTERED SETOFF BOND

BOND NUMBER
**20120330RA**

## $10,000,000.00

REGISTERED

CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 32581890002
UCC FILING NO.: 12-7306779123

**Issue Date: March 30, 2012**

Pay to the Order of: UNITED STATES TREASURY ("PAYEE")
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

**Maturity Date: March 30, 2042**

For Further Credit to: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO for Case No. 1:10-cr-00317-REB in
behalf of RICHARD KELLOGG ARMSTRONG.

By/On/Through: Richard Kellogg Armstrong, Surety ("Creditor")
Private Offset Account No. 568407153

**WHEREAS** only fiat money exists in circulation for the discharge of debts, and

**WHEREAS** this instrument is intended to constitute a Privately Registered Setoff Bond,

**BE IT KNOWN THAT:**

This Privately Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;

The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Privately Registered Setoff Bond for the purposes of protecting
secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current
and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges,
and any and all other obligations as may exist or come to exist during the term of this bond;

By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for
any amount up to and including **Ten Million United States Dollars ($10,000,000.00)** thereby honorably discharging and vacating dollar-for-dollar all obligations
listed above until the sum or the term of this Privately Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset
Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to:

Timothy F. Geithner ("Secretary")
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the
full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and
all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract
and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.
PAYEE enter the amount due below

$ | | | | | | | . | | |

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force
and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal
or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United
States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Thirtieth day of the Third month in the year of our Lord
Two Thousand and Twelve.*

By: *Richard E. Armstrong* (seal)
Richard Kellogg Armstrong, Surety/Underwriter
Exemption ID #568407153
Non-domestic mail
in care of: 1642 N. Mc Culloch Blvd. #391
Lake Havasu City, Arizona

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

March 30, 2012

Secretary of State

FILE #        127306779123

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

(714) 442-0587

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

RICHARD K. ARMSTRONG
1642 N. MC CULLOCH BLVD #391
Lake Havasu City, AZ 86403
USA

DOCUMENT NUMBER: 32581890002
FILING NUMBER: 12-7306779123
FILING DATE: 03/30/2012 12:45
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **1a. ORGANIZATION'S NAME** RICHARD K. ARMSTRONG | | | |
| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **1c. MAILING ADDRESS** 1642 N. MC CULLOCH BLVD #391 | **CITY** LAKE HAVASU CITY | **STATE** AZ | **POSTAL CODE** 86403 | **COUNTRY** USA |
|---|---|---|---|---|

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** REGISTERED PERSON | **1f. JURISDICTION OF ORGANIZATION** CALIFORN IA | **1g. ORGANIZATIONAL ID#, if any** ***-**-7153  ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | |
| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID#, if any**  ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | | | |
|---|---|---|---|
| **3a. ORGANIZATION'S NAME** | | | |
| **3b. INDIVIDUAL'S LAST NAME** armstrong | **FIRST NAME** Richard | **MIDDLE NAME** Kellogg | **SUFFIX** of |

| **3c. MAILING ADDRESS** General Delivery | **CITY** Lake Havasu City, Arizona | **STATE** AZ | **POSTAL CODE** 86403 | **COUNTRY** ZZZ |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

PRIVATE REGISTERED SETOFF BOND NO. 20120330RA

Value of Collateral: Ten Million and 00/100 Dollars - USD $10,000,000.00

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

☐ **6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. 20120330RA

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| RICHARD K. ARMSTRONG | |

| | | |
|---|---|---|
| OR **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX** |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 32581890002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | |
| OR **11b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **11d. SEE INSTRUCTIONS** ADD'L DEBTOR INFO | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID#, if any** ☐ NONE |

**12.** ☐ **ADDITIONAL SECURED PARTY'S or** ☐ **ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| | | | |
|---|---|---|---|
| **12a. ORGANIZATION'S NAME** | | | |
| OR **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
| **12c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**13. This FINANCING STATEMENT covers** ☐ **timber to be cut or** ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

**16. Additional collateral description:**

**15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**,  I execute this certificate and affix the Great Seal of the State of California this day of

March 30, 2012

_Debra Bowen_

Secretary of State

FILE #        1273067792

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

(714) 442-0587

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

RICHARD K. ARMSTRONG
1642 N. MC CULLOCH BLVD #391
Lake Havasu City, AZ 86403
USA

DOCUMENT NUMBER: 32581890003
FILING NUMBER: 12-73067792
FILING DATE: 03/30/2012 12:48
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**

12-7306779123

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME UNITED STATES TREASURY | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS 1500 PENNSYLVANIA AVENUE, N.W. | CITY WASHINGTON | STATE DC | POSTAL CODE 20220- | COUNTRY USA |
|---|---|---|---|---|
| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. 20120330RA

Value of Collateral: Ten Million and 00/100 Dollars - USD $10,000,000.00

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR b. INDIVIDUAL'S LAST NAME armstrong | FIRST NAME Richard | MIDDLE NAME Kellogg | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SET0FF BOND NO. 20120330RA

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**12. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
12-7306779123

**13. NAME OF PARTY AUTHORIZING THIS AMENDMENT**(same as item 9 on Amendment form)

| | 13a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | 13b. INDIVIDUAL'S LAST NAME<br>armstrong | FIRST NAME<br>Richard | MIDDLE NAME, SUFFIX<br>Kellogg |

**14 MISCELLANEOUS**

DOCUMENT NUMBER: 32581890003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| | 14a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 14c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any | ☐ NONE |

**15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| | 15a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 15c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any | ☐ NONE |

**16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| | 16a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 16c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any | ☐ NONE |

**17.ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

| | 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 17b. INDIVIDUAL'S LAST NAME<br>GEITHNER | FIRST NAME<br>TIMOTHY | MIDDLE NAME<br>F | SUFFIX |
| 17c. MAILING ADDRESS<br>1500 PENNSYLVANIA AVENUE, N.W. | CITY<br>WASHINGTON | STATE<br>DC | POSTAL CODE<br>20220- | COUNTRY<br>USA |

**18.ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

| | 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**FILING OFFICE COPY**

Case #PR-2012-0330-A

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below the undersigned Notary mailed to:

INTERNAL REVENUE SERVICE
Mail Stop 4440
P.O. Box 9036
Ogden, Utah 84201

hereinafter, "Recipient", documents and sundry papers pertaining to certain Criminal Case Number 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), hereinafter "SUPERSEDING INDICTMENT", regarding RICHARD KELLOGG ARMSTRONG as follows:

1. **ORIGINAL: NOTICE TO SETOFF ACCOUNTS**, dated 2 April 2012 (2 leaves);

2. **ORIGINAL: COUPON** in the amount of TEN MILLION AND 00/100 DOLLARS (1 leaf);

3. **ORIGINAL:** Criminal Case Number 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), hereinafter "SUPERSEDING INDICTMENT", with banker's acceptance endorsement on front page and reverse page of each leaf (34 leaves);

4. **ORIGINAL: I.R.S. FORM 1040-ES PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for RICHARD K. ARMSTRONG, SSN # 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 (1 leaf);

5. **ORIGINAL: PRIVATE REGISTERED SETOFF BOND NO. 20120330RA**, dated March 30, 2012 (1 leaf);

6. **COPY: UCC-1 FINANCING STATEMENT**, Document No. 32581890002, Filing No. 12-7306779123, dated March 30, 2012 (3 leaves);

7. **COPY: UCC-3 FINANCING ASSIGNMENT**, Document No. 32581890003, Filing No. 12-73067792, dated March 30, 2012 (3 leaves); and

8. **REFERENCE COPY: NOTARY'S CERTIFICATE OF SERVICE**, dated April 2, 2012 (signed original on file) (1 leaf).

This mailing contains a total of forty-six (46) leaves.

Said service was by United States Postal Service, Registered Mail No. RE 261 087 641 US, by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

\_\_\_\_April 2, 2012\_\_\_\_
DATE

NOTARY

[Seal]

Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant*. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Case #PR-20120330-A

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to:

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

**cc:**

**Kenneth Mark Harmon**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

**Kevin F. Sweeney**
c/o U.S. Department of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202)305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

**All serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

hereinafter, "Recipients", the documents and sundry papers pertaining to a certain SUPERSEDING INDICTMENT in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), as follows:

1. **NOTICE OF TENDER FOR SETOFF** (4 leaves);
2. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf);

**EXHIBIT A:**
3. **EXHIBIT A** cover page (1 leaf);
4. NOTICE: **NOTICE TO SETOFF ACCOUNTS** dated 2 April 2012 (2 leaves);
5. **COUPON** in the amount of TEN MILLION AND 00/100 DOLLARS (1 leaf);

Case #PR-20120330-A

6. **"SUPERSEDING INDICTMENT"**, Criminal Case Number 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), with banker's acceptance endorsement on front page and reverse page of first leaf (34 leaves);

7. **I.R.S. FORM 1040-ES PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for RICHARD K. ARMSTRONG, SSN ***-**-7153 (1 leaf);

8. **PRIVATE REGISTERED SETOFF BOND NO. 20120330RA** dated March 30, 2012 (1 leaf);

9. **UCC-1 FINANCING STATEMENT**, Document No. 32581890002, Filing No. 12-7306779123, dated March 30, 2012 (3 leaves);

10. **UCC-3 FINANCING ASSIGNMENT**, Document No. 32581890003, Filing No. 12-73067792, dated March 30, 2012 (3 leaves);

11. **NOTARY'S CERTIFICATE OF SERVICE** dated April 2, 2012 (signed original on file) (1 leaf), and;

12. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated April 2, 2012 (signed original on file) (2 leaves).

These mailings contained a total of fifty-four (54) leaves each. They were sent via the United States Postal Service under the control, direction, and instruction of the USPS "Certificate of Mailing" (PS Form 3817) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

_____     _____April 2, 2012_____
NOTARY                              DATE

                                            {Seal}

Benton Hall, Notary
c/o 3546 East Presidio Circle
Mesa, Arizona [85213]
Phone: (480) 319-1552
Email: benton.private@gmail.com

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant*. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.