IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              April 6, 2012

Deputy Clerk:      Emily Seamon
Court Reporter:    Tracy Weir

**Criminal Action No. 10-cr-00317-REB**

*Parties:*                                          *Counsel:*

UNITED STATES OF AMERICA,                           Kenneth Harmon
                                                    Kevin Sweeney
    Plaintiff,

v.

1. CURTIS L. MORRIS,                                Lisa Wayne
2. RICHARD KELLOGG ARMSTRONG,                       *Pro Se*, with David Owen, Advisory
                                                    Counsel
    Defendants.

## COURTROOM MINUTES

**Trial Preparation Conference**

**1:35 p.m.    Court in session.**

Defendants are present in custody.

Also seated at government's table are Greg Flynn and Wayne Stockley, IRS Special Agents.

Also seated at defense table is Wendy Anderson, CJA paralegal for Ms. Wayne.

Discussion between Court and counsel regarding Defendant Morris' Motion for Hearing to Determine Mental Competency Prior to Trial.

1:38 p.m.    Argument presented by Ms. Wayne.

1:50 p.m.     Response by Mr. Harmon.

2:03 p.m.     Rebuttal by Ms. Wayne.

**ORDERED**: Defendant Morris' Motion for Hearing to Determine Mental Competency Prior to Trial [Doc. No. 450, Filed April 3, 2012] is DENIED insofar as the request of the Court to hold a formal competency hearing and insofar as the Court order a competency evaluation.  For now, Defendant Curtis L. Morris, is presumed and declared to be competent to proceed.

Discussion regarding length of trial, proposed jury instructions, verdict forms, proposed voir dire examination questions, operating with 12 regular jurors and 2 alternates, the alternate juror seat positions, a juror questionnaire, the individuals who will be seated at counsel table, entering and exiting the courtroom during the trial, Defendants dressing in civilian clothing, attorney conducted voir dire, length of opening statements, the Court issuing an Order of Sequestration under Federal Rules of Evidence 615, minimizing bench conferences, and closing arguments.

Mr. Harmon addresses the Court regarding the matter of forfeiture and accommodating witnesses.

Ms. Wayne addresses the Court regarding the number of peremptory challenges, attorney conducted voir dire, and an objection to the headings of proposed examination questions submitted by the Government.

**ORDERED**:  Defendants are remanded to the custody of the United States Marshal.

**2:55 p.m.     Court in recess.**

Total time in court:   1:20

Hearing concluded.