IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              April 9, 2012

Deputy Clerk:      Emily Seamon
Court Reporter:    Tracy Weir

**Criminal Action No.  10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
|  | Kevin Sweeney |
| Plaintiff, |  |
| v. |  |
| 1.  CURTIS L. MORRIS, | Lisa Wayne |
| 2.  RICHARD KELLOGG ARMSTRONG, | *Pro Se*, with David Owen, Advisory Counsel |
| Defendants. |  |

## COURTROOM MINUTES

**Trial to Jury - Day One**

**9:00 a.m.       Court in session.**

Defendants are present in custody.

Also seated at government's table are Greg Flynn and Wayne Stockley, IRS Special Agents.

Jury panel is present; 32 jurors are seated in the jury box prior to court calling the case.

Court's opening remarks to the jury panel.

9:02 a.m.      Criminal voir dire oath given to jury panel.  Voir dire by court commences.

9:06 a.m.      Mr. Harmon introduces those present at government's table.

9:07 a.m.     Ms Wayne introduces herself and defendant Morris.

9:07 a.m.     Defendant Armstrong introduces himself.

9:07 a.m.     Court introduces Defendant Armstrong's advisory counsel, Mr. Owen.

9:08 a.m.     Court introduces staff.

Voir dire by court continues.

Challenges for Cause:
1.    #100213811
2.    #100211265
3.    #100222623
4.    #100215175
5.    #100202870

**10:31 a.m.   Court in recess.**

**10:50 a.m.   Court in session.**

Jury panel is present.

Voir dire by court continues.

Challenges for Cause:
6.    #100201344

11:36 a.m.    Voir dire by Mr. Harmon.

**ORDERED:** Mr. Harmon's Oral Motion to Excuse Juror 238035 for Cause is GRANTED.

**ORDERED:** After the Clerk speaks to the Jury Commissioner, the Court REVERSES the granting of the Motion for Excusal for Cause, and Juror 238035 retakes seat number 4.

11:50 a.m.    Continued voir dire by Mr. Harmon.

12:00 p.m.    Court addresses the jury panel regarding conduct during the lunch recess.

**12:00 p.m.   Court in recess.**

**1:22 p.m.    Court in session.**

Jury panel is present.

1:22 p.m.     Continued voir dire by Mr. Harmon.

1:37 p.m.     Voir dire by Ms. Wayne.

2:20 p.m. - 2:25 p.m.     Bench conference.

2:26 p.m.     Parties exercise their peremptory challenges.

Peremptory Challenges by Plaintiff:
1.    #100209984
2,    #100209368
3.    #100226476
4.    #100217031
5.    #100215403
6.    #100238035

Peremptory Challenges by Defendant:
1.    #100219892
2.    #100208195
3.    #100235536
4.    #100229610
5.    #100208235
6.    #100209366
7.    #100217413

2:57 p.m.     Jury oath administered.

Fourteen Jurors Sworn to Try the Case:

1.    #100214243
2.    #100202603
3.    #100221310
4.    #100201112
5.    #100219212
6.    #100238797
7.    #100217728
8.    #100207736
9.    #100225054
10.   #100213729
11.   #100225924
12.   #100213439
13.   #100203538
14.   #100234583

Courtroom deputy clerk distributes the court's Juror Code of Conduct to all jurors and counsel.

Court reviews the Juror Code of Conduct with jurors.

**3:03 p.m.	Court in recess.**

**3:36 p.m.	Court in session.**

Jury is not present.

Court advises counsel regarding the timing of the remainder of the day.

3:37 p.m.	Jury is present.

Court reads the counts of the Indictment as to the defendants now the subject of trial.

Court gives preliminary instructions to the jury.

Court enters its witness sequestration order.

4:03 p.m.	Court advises jury regarding admonitions of trial.  Trial will resume tomorrow at 8:30 a.m.

**ORDERED:	Defendants are remanded to the custody of the United States Marshal.**

**4:03 p.m.	Court in recess.**

Total time in court:   4:49

Trial continued.