IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date: April 10, 2012

Deputy Clerk: Emily Seamon
Court Reporter: Tracy Weir

**Criminal Action No. 10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
|  | Kevin Sweeney |
| Plaintiff, |  |
| v. |  |
| 1. CURTIS L. MORRIS, | Lisa Wayne |
| 2. RICHARD KELLOGG ARMSTRONG, | *Pro Se*, with David Owen, Advisory Counsel |
| Defendants. |  |

**COURTROOM MINUTES**

**Trial to Jury - Day Two**

**8:37 a.m.    Court in session.**

Defendants are present in custody.

Also seated at government's table are Greg Flynn and Wayne Stockley, IRS Special Agents.

Jury is not present.

Discussion between the Court and counsel regarding a disclosure issue concerning Government's third witness, Mr. Broughton. Court reminds counsel to follow his pretrial order regarding bringing matters before the Court outside of the presence of the jury.

**ORDERED:** Mr. Harmon's Oral Motion to Restrict Access to the Report Concerning Mr.

        Broughton is GRANTED.

Discussion regarding the Government's intent to introduce records and Ms. Wayne's possible objections.

**8:47 a.m.**    **Court in recess.**

**8:54 a.m.**    **Court in session.**

Jury is present.

8:55 a.m.    Opening statement by Mr. Sweeney.

9:06 a.m.    Opening statement by Ms. Wayne.

9:25 a.m.    Opening statement by defendant Armstrong.

**ORDERED:**    Defendant Armstrong's Oral Motion to Continue these Proceedings for 60 Days to Resolve the Matter Privately is DENIED.

9:28 a.m.    Government's witness, Kristy Morgan, called and sworn.

Direct examination by Mr. Sweeney.

*Exhibits Identified:*    111, 112, 113, 114, 115, 116, 117, 118, 119, 191, 120A, 120B, 120C, 121A, 121B, 122, 123, 124, 101A, 101B, 101C, 101D, 102A, 102B, 102C, 102D, 103A, 103B, 103C, 103D, 104A, 104B, 104C, 105, 106, 107, 108, 109, 110, 130A, 130B, 130C, 131A, 131B, 131C, 132A, 132B, 132C

*Exhibits Admitted:*    111, 112, 113, 114, 115, 116, 117, 118, 119, 191, 120A, 120B, 120C, 121A, 121B, 122, 123, 124, 101A, 101B, 101C, 101D, 102A, 102B, 102C, 102D, 103A, 103B, 103C, 103D, 104A, 104B, 104C, 105, 106, 107, 108, 109, 110, 130A, 130B, 130C, 131A, 131B, 131C, 132A, 132B, 132C

**10:26 a.m.**    **Court in recess.**

**10:48 a.m.**    **Court in session.**

Jury is present.

10:49 a.m.    Continued direct examination by Mr. Sweeney.

*Exhibits Identified:*    133A, 133B, 134A, 134B, 135A, 135B, 136A, 136B, 137A, 137B, 137C, 138A, 138B, 138C, 139A, 139B, 139C, 139D,

|  |  |
|---|---|
|  | 140A, 140B, 140C, 1201A, 141A, 142A, 143A, 144A, 145A, 146A, 147A, 148A, 149A, 150A, 151A, 152A, 153A, 154A, 155A 156A, 157A, 158A, 159A, 160A, 161A, 162A, 163A, 164A, 165A, 166A, 167A, 168A |
| *Exhibits Admitted:* | 133A, 133B, 134A, 134B, 135A, 135B, 136A, 136B, 137A, 137B, 137C, 138A, 138B, 138C, 139A, 139B, 139C, 139D, 140A, 140B, 140C, 1201A, 141A, 142A, 143A, 144A, 145A, 146A, 147A, 148A, 149A, 150A, 151A, 152A, 153A, 154A, 155A 156A, 157A, 158A, 159A, 160A, 161A, 162A, 163A, 164A, 165A, 166A, 167A, 168A |

11:41 a.m.    Cross examination by Ms. Wayne.

12:00 p.m.    Court addresses the jury panel regarding conduct during the lunch recess.

12:02 p.m.    Jury excused.

Court admonishes the gentlemen at Government's table regarding their movement in the courtroom during the examination of witnesses.

**12:03 p.m.    Court in recess.**

**1:21 p.m.    Court in session.**

Jury is present.

1:23 p.m.    Continued cross examination by Ms. Wayne.

1:54 p.m.    Government's witness, Shauna Henline, called and sworn.

Direct examination by Mr. Sweeney.

*Exhibits Identified:*    176, 178B, 187A, 189, 188A, 190A, 170, 171, 172, 173, 174, 178A, 178B

*Exhibits Admitted:*    176, 187A, 189, 188A, 190A, 170, 171, 172, 173, 174, 178A, 178B

**3:05 p.m.    Court in recess.**

**3:28 p.m.    Court in session.**

Jury is present.

3:29 p.m.    Continued direct examination by Mr. Sweeney.

***Exhibits Identified:***        **531, 180**

3:52 p.m.      Cross examination by Ms. Wayne.

4:13 p.m.      Government's witness, Steven Broughton, called and sworn.

4:16 p.m.      Direct examination by Mr. Harmon.

Ms. Wayne objects to Mr. Broughton testifying.

4:17 p.m.      Jury excused.

4:19 p.m.      Mr. Broughton is asked by the Court to temporarily step down and leave the courtroom.

4:19 p.m.      Statement by Ms. Wayne regarding her objection to Mr. Broughton testifying.  Ms. Wayne asks to strike the witness or be granted more time to prepare for cross examination.

**ORDERED:**  The Court will not strike this witness.

4:31 p.m.      Response by Mr. Harmon.

Mr. Harmon tenders to the Court Government's Exhibits 1 and 2.

**ORDERED:**  The Court accepts Government's Exhibits 1 and 2 for the limited purpose of this hearing.

4:37 p.m.      Rebuttal by Ms. Wayne.

**ORDERED:**  Counsel and Defendant Armstrong may file briefs on the matter of Mr. Broughton testifying no later than **8:00 a.m. on Wednesday, April 11, 2012.**

**ORDERED:**  The Court continues the subpoena of Steven Broughton until Wednesday, April 11, 2012 at 9:00 a.m.

4:40 p.m.      Jury is present.

4:42 p.m.      Court advises jury regarding admonitions of trial.  Trial will resume tomorrow at 8:30 a.m. with counsel and at 9:00 a.m. with the jury.

4:44 p.m.      Jury excused.

Discussion between the Court and counsel regarding contacting the IT department to provide another screen for both defendants to view the evidence.

Discussion regarding allowing Defendant Morris to briefly communicate with his father in the courtroom.  The Court grants the request but limits the conference time to five minutes, to occur after the Court declares a recess.

**ORDERED:  Defendants are remanded to the custody of the United States Marshal.**

**4:45 p.m.     Court in recess.**

Total time in court:   5:58

Trial continued.