**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Date:                    April 11, 2012

Deputy Clerk:        Emily Seamon
Court Reporter:      Tracy Weir

---

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,              Kenneth Harmon
                                                        Kevin Sweeney

        Plaintiff,

v.

1.  CURTIS L. MORRIS,                        Lisa Wayne
2.  RICHARD KELLOGG ARMSTRONG,    *Pro Se*, with David Owen, Advisory
                                                        Counsel
        Defendants.

---

**COURTROOM MINUTES**

---

**Trial to Jury - Day Three**

**8:46 a.m.        Court in session.**

Defendants are present in custody.

Also seated at government's table is Greg Flynn, IRS Special Agent.

Jury is not present.

Discussion between the Court and counsel regarding Defendant Morris's Oral Motion to Exclude, Limit, or Postpone the Testimony of Mr. Steven Broughton, or to Suspend and Continue the Trial to Facilitate the Retention of an Expert.

**ORDERED:**  Defendant Morris's Oral Motion to Exclude, Limit, or Postpone the
                    Testimony of Mr. Steven Broughton, or to Suspend and Continue the Trial

to Facilitate the Retention of an Expert is DENIED.

**ORDERED:**  Ms. Wayne's Oral Motion for Extension of Time to have an Expert Present During Mr. Broughton's Testimony is GRANTED IN PART AND DENIED IN PART.  To the extent the oral motion seeks the opportunity to have an expert present, that portion of the motion is granted.  To the extent the motion seeks a suspension or continuance of the trial to facilitate those arrangements, that portion of the motion is denied.

**8:57 a.m.**     **Court in recess.**

**9:09 a.m.**     **Court in session.**

Jury is present.

Mr. Broughton resumes the witness stand.

9:11 a.m.     Continued direct examination by Mr. Harmon.

9:25 a.m.     Mr. Broughton identifies Defendant Morris in the courtroom.

***Exhibits Identified:***          *Government's Exhibit 521, Government's Exhibit 517, Government's Exhibit 522, Government's Exhibit 772*

***Exhibits Admitted:***          *Government's Exhibit 521, Government's Exhibit 517, Government's Exhibit 522, Government's Exhibit 772*

**10:31 a.m.**     **Court in recess.**

**10:48 a.m.**     **Court in session.**

10:51 a.m.     Jury is present.

10:51 a.m.     Continued direct examination by Mr. Harmon.

***Exhibits Identified:***          *Government's Exhibit 773, Government's Exhibit 774A, Government's Exhibit 774B, Government's Exhibit 774C, Government's Exhibit 774D, Government's Exhibit 775, Government's Exhibit 511, Government's Exhibit 512*

***Exhibits Admitted:***          *Government's Exhibit 773, Government's Exhibit 774A, Government's Exhibit 774B, Government's Exhibit 774C, Government's Exhibit 774D, Government's Exhibit 775, Government's Exhibit 511, Government's Exhibit 512*

11:59 a.m.     Court addresses the jury panel regarding conduct during the lunch recess.

**12:00 p.m.    Court in recess.**

**1:23 p.m.    Court in session.**

Jury is present.

1:25 p.m.    Continued direct examination by Mr. Harmon.

***Exhibits Identified:***      *Government's Exhibit 301J, Government's Exhibit 514,*
*Government's Exhibit 510, Government's Exhibit 513,*
*Government's Exhibit 776A, Government's Exhibit 776B,*
*Government's Exhibit 771, Government's Exhibit 525,*
*Government's Exhibit 533, Government's Exhibit 532A,*
*Government's Exhibit 532B, Government's Exhibit 532C,*
*Government's Exhibit 532D, Government's Exhibit 532E*

***Exhibits Admitted:***      *Government's Exhibit 301J, Government's Exhibit 514,*
*Government's Exhibit 510, Government's Exhibit 513,*
*Government's Exhibit 776A, Government's Exhibit 776B,*
*Government's Exhibit 771, Government's Exhibit 525,*
*Government's Exhibit 533, Government's Exhibit 532A,*
*Government's Exhibit 532B, Government's Exhibit 532C,*
*Government's Exhibit 532D, Government's Exhibit 532E*

**3:01 p.m.    Court in recess.**

**3:20 p.m.    Court in session.**

Jury is present.

3:21 p.m.    Continued direct examination by Mr. Harmon.

***Exhibits Identified:***      *Government's Exhibit 303A, Government's Exhibit 303B,*
*Government's Exhibit 770, Government's Exhibit 519,*
*Government's Exhibit 528, Government's Exhibit 207,*
*Government's Exhibit 807, Government's Exhibit 515,*
*Government's Exhibit 303A.1*

***Exhibits Admitted:***      *Government's Exhibit 303A, Government's Exhibit 303B,*
*Government's Exhibit 770, Government's Exhibit 519,*
*Government's Exhibit 528, Government's Exhibit 207,*
*Government's Exhibit 807, Government's Exhibit 515,*
*Government's Exhibit 303A.1*

**ORDERED:**  The Court requires Mr. Broughton to complete his testimony tomorrow
morning at 8:30 a.m.

4:51 p.m.      Court advises jury regarding admonitions of trial.  Trial will resume
               tomorrow at 8:15 a.m. with counsel and at 8:30 a.m. with the jury.

4:52 p.m.      Jury excused.

Discussion between Court and counsel regarding the start time of tomorrow's
proceedings.

**ORDERED:   Defendants are remanded to the custody of the United States
               Marshal.**

**4:53 p.m.      Court in recess.**

Total time in court:  5:56

Trial continued.