IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             April 12, 2012

Deputy Clerk:     Emily Seamon
Court Reporter:   Tracy Weir

**Criminal Action No.  10-cr-00317-REB**

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CURTIS L. MORRIS,
2.  RICHARD KELLOGG ARMSTRONG,

    Defendants.

*Counsel:*

Kenneth Harmon
Kevin Sweeney

Lisa Wayne
*Pro Se*, with David Owen, Advisory Counsel

**COURTROOM MINUTES**

**Trial to Jury - Day Four**

**8:18 a.m.     Court in session.**

Defendants are present in custody.

Also seated at government's table is Greg Flynn, IRS Special Agent.

Jury is not present.

Discussion between the Court and counsel regarding an objection by Ms. Wayne in response to a question by the Government to Mr. Broughton regarding the interaction between Mrs. Broughton and Larry Hall during July 2009.  Discussion regarding whether the evidence of record is sufficient to support a conclusion that the alleged conspiracy was terminated as concerns Defendant Morris effective July 1, 2009.

8:19 a.m.      Statement by Ms. Wayne.

8:21 a.m.      Response by Mr. Harmon.

8:29 a.m.      Reply by Ms. Wayne.

**ORDERED:**  Defendant Morris's objection is OVERRULED.

**8:32 a.m.      Court in recess.**

**8:41 a.m.      Court in session.**

Jury is present.

Mr. Broughton resumes the witness stand.

8:43 a.m.      Continued direct examination by Mr. Harmon.

*Exhibits Identified:*      *Government's Exhibit 518A*

8:52 a.m.      Jury excused.

Court asks Mr. Broughton to temporarily leave the courtroom.

8:53 a.m.      Statement by Ms. Wayne regarding her pending objection regarding Mr. Hall and Mr. Broughton's statements.

Response by Mr. Harmon.

**ORDERED:**  Defendant Morris's objection is OVERRULED.

8:59 a.m.      Jury is present.

Mr. Broughton resumes the witness stand.

9:00 a.m.      Continued direct examination by Mr. Harmon.

*Exhibits Admitted:*      *Government's Exhibit 518A*

*Exhibits Identified:*      *Government's Exhibit 516, Government's Exhibit 526*

*Exhibits Admitted:*      *Government's Exhibit 516, Government's Exhibit 526*

9:35 a.m.      Cross examination by Ms. Wayne.

*Exhibits Identified:*      *Defendant Morris's Exhibit 7, Defendant Morris's Exhibit 4,*

*Defendant Morris's Exhibit 5*

**10:01 a.m.**      **Court in recess.**

**10:19 a.m.**      **Court in session.**

Jury is present.

10:20 a.m.      Continued cross examination by Ms. Wayne.

*Exhibits Identified:*      *Defendant Morris's Exhibit 41, Defendant Morris's Exhibit 6, Defendant Morris's Exhibit 2, Defendant Morris's Exhibit 4*

11:56 a.m.      Court addresses the jury panel regarding conduct during the lunch recess.

**11:56 a.m.**      **Court in recess.**

**1:19 p.m.**      **Court in session.**

Jury is present.

1:21 p.m.      Continued cross examination by Ms. Wayne.

1:37 p.m.      Ms. Wayne tenders Defendant Morris's Exhibit 39 to the Court.

*Exhibits Identified:*      *Defendant Morris's Exhibit 7, Defendant Morris's Exhibit 39, Defendant Morris's Exhibit 2, Defendant Morris's Exhibit 42*

*Exhibits Admitted:*      *Defendant Morris's Exhibit 39, Defendant Morris's Exhibit 42(for demonstrative purposes only)*

2:16 p.m.      Re-direct examination by Mr. Harmon.

*Exhibits Identified:*      *Defendant Morris's Exhibit 5, Government's Exhibit 534*

*Exhibits Admitted:*      *Government's Exhibit 534*

2:53 p.m.      Witness is excused and released from subpoena.

2:56 p.m.      Government's witness, Ken Baker, called and sworn.

Direct examination by Mr. Sweeney.

3:04 p.m.      Witness is excused and released from subpoena.

**3:04 p.m.**     **Court in recess.**

**3:30 p.m.**     **Court in session.**

Jury is present.

3:32 p.m.     Government's witness, Marcia McCall, called and sworn.

3:33 p.m.     Direct examination by Mr. Sweeney.

3:42 p.m.     Witness is excused and released from subpoena.

3:43 p.m.     Government's witness, Lonnie Peppin, called and sworn.

3:44 p.m.     Direct examination by Mr. Sweeney.

3:52 p.m.     Witness is excused and released from subpoena.

3:53 p.m.     Government's witness, Ronnie Emery, called and sworn.

Direct examination by Mr. Harmon.

3:59 p.m.     Cross examination by Ms. Wayne.

4:01 p.m.     Re-direct examination by Mr. Harmon.

4:02 p.m.     Witness is excused and released from subpoena.

4:04 p.m.     Government's witness, Ann Cohenour, called and sworn.

Direct examination by Mr. Harmon.

*Exhibits Identified:*     *Government's Exhibit 350A, Government's Exhibit 350B, Government's Exhibit 351, Government's Exhibit 350C*

*Exhibits Admitted:*     *Government's Exhibit 350A, Government's Exhibit 350B, Government's Exhibit 351, Government's Exhibit 350C*

4:21 p.m.     Cross examination by Ms. Wayne.

*Exhibits Identified:*     *Government's Exhibit 352*

*Exhibits Admitted:*     *Government's Exhibit 352*

4:33 p.m.     Re-direct examination by Mr. Harmon.

4:40 p.m.   Witness is excused and released from subpoena.

4:41 p.m.   Government's witness, Amy Robinson, called and sworn.

Direct examination by Mr. Sweeney.

4:47 p.m.   Witness is excused and released from subpoena.

4:48 p.m.   Court advises jury regarding admonitions of trial.  Trial will resume Monday morning at 8:30 a.m.

**ORDERED:  Defendants are remanded to the custody of the United States Marshal.**

**4:49 p.m.   Court in recess.**

Total time in court:   6:15

Trial continued.