IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:            April 17, 2012

Deputy Clerk:    Nel Steffens
Court Reporter:  Tracy Weir

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                                      *Counsel:*

UNITED STATES OF AMERICA,                       Kenneth Harmon
                                                Kevin Sweeney
    Plaintiff,

v.

1. CURTIS L. MORRIS,                            Lisa Wayne
2. RICHARD KELLOGG ARMSTRONG,                   *Pro Se*, with David Owen, Advisory
                                                Counsel
    Defendants.

**COURTROOM MINUTES**

**Trial to Jury - Day Six**

**8:36 a.m.     Court in session.**

Defendants are present in custody.

Also seated at government's tables are IRS Special Agents, Greg Flynn, Wayne Stockley, and Becky Forristal.

Jury is present.

Witness Riordan has resumed the witness stand and is reminded that he remains under oath.

8:37 a.m.     Continued direct examination by Mr. Harmon.

**Exhibits Identified:** Government's Exhibit 704A, Government's Exhibit 704B, Government's Exhibit 705A, Government's Exhibit 705B, Government's Exhibit 741A, Government's Exhibit 741B

**Exhibits Admitted:** Government's Exhibit 704A, Government's Exhibit 704B, Government's Exhibit 705A, Government's Exhibit 705B, Government's Exhibit 741A, Government's Exhibit 741B

9:16 a.m.      Jury exits.

Court further admonishes defendant Armstrong regarding his responses.

   **IT IS ORDERED** as follows:

   1.  That, as a punitive sanction for this second direct contempt of court, defendant Armstrong shall pay to the clerk of the court the sum of $1,000.00 by the beginning of business tomorrow; provided further, that, again, if defendant Armstrong persists in his contumacious behavior in disregard of the lawful and reasonable orders of this court, then the files will double;

   2.  That the court continues to reserve the discretion and option to impose other punitive sanctions to include, but not necessarily be limited to, an imposition of a term of incarceration to be served in addition to any pretrial detention or any sentence imposed on any conviction found in this case; and

   3.  That if the defendant continues, then the court may exercise its discretion for him to communicate a simple and direct answer to the simple and direct questions of the court which require nothing more than a simple yes or no through his advisory counsel.

9:25 a.m.      Jury is present.

Continued direct examination by Mr. Harmon.

**Exhibits Identified:** Government's Exhibit 751, Government's Exhibit 752, Government's Exhibit 753, Government's Exhibit 754, Government's Exhibit 755, Government's Exhibit 756, Government's Exhibit 757, Government's Exhibit 711, Government's Exhibit 712, Government's Exhibit 758, Government's Exhibit 802

**Exhibits Admitted:** Government's Exhibit 751 (with any highlighting redacted), Government's Exhibit 752 (with any highlighting redacted), Government's Exhibit 753 (with any highlighting redacted), Government's Exhibit 754 (with any highlighting redacted), Government's Exhibit 755 (with any highlighting redacted), Government's Exhibit 756 (with any highlighting redacted), Government's Exhibit 757 (with any highlighting redacted), Government's Exhibit 711, Government's Exhibit 712

**10:03 a.m.    Court in recess.**

**10:28 a.m.     Court in session.**

Jury is not present.

Also seated at defendant's table is Investigator, Tony Divirgilio.

Court again addresses defendant's responses.

>   **IT IS FURTHER ORDERED** as follows:
>
>   4.  That once again defendant is found for a third time to be in contempt of court;
>
>   5.  That to vindicate the dignity and authority of the court, defendant Armstrong is sanctioned as follows:
>
>   >   a.  That defendant Armstrong shall pay a fine of $4,000.00 by close of business tomorrow; and
>   >
>   >   b.  That defendant Armstrong shall be incarcerated for a term of ten (10) days to be served subsequent to the completion of any pretrial detention or sentence to imprisonment imposed on any conviction for any crime in this case.

10:31 a.m.     Jury is present.

Argument regarding the admission of Government's Exhibit 802.

*Exhibits Admitted:* Government's Exhibit 802

*Exhibits Identified:* Government's Exhibit 758, Government's Exhibit 759, Government's Exhibit 760A, Government's Exhibit 760B, Government's Exhibit 760C, Government's Exhibit 760D, Government's Exhibit 706, Government's Exhibit 707, Government's Exhibit 708, Government's Exhibit 709, Government's Exhibit 710, Government's Exhibit 714, Government's Exhibit 715, Government's Exhibit 716, Government's Exhibit 717, Government's Exhibit 718, Government's Exhibit 719, Government's Exhibit 720, Government's Exhibit 721, Government's Exhibit 722, Government's Exhibit 723, Government's Exhibit 724, Government's Exhibit 725, Government's Exhibit 726, Government's Exhibit 727, Government's Exhibit 728, Government's Exhibit 729, Government's Exhibit 730, Government's Exhibit 731, Government's Exhibit 732

*Exhibits Admitted:* Government's Exhibit 758 (with any highlighting redacted), Government's Exhibit 759 (with any highlighting redacted), Government's Exhibit 760A (with any highlighting redacted), Government's Exhibit 760B (with any highlighting redacted), Government's Exhibit 760C (with any highlighting redacted), Government's Exhibit 760D (with any highlighting redacted), Government's Exhibit 706 (with any

*highlighting redacted), Government's Exhibit 707 (with any highlighting redacted), Government's Exhibit 708 (with any highlighting redacted), Government's Exhibit 709 (with any highlighting redacted), Government's Exhibit 710 (with any highlighting redacted), Government's Exhibit 714 (with any highlighting redacted), Government's Exhibit 715, Government's Exhibit 716, Government's Exhibit 717, Government's Exhibit 718, Government's Exhibit 719, Government's Exhibit 720, Government's Exhibit 721, Government's Exhibit 722, Government's Exhibit 723, Government's Exhibit 724, Government's Exhibit 725, Government's Exhibit 726, Government's Exhibit 727, Government's Exhibit 728, Government's Exhibit 729, Government's Exhibit 730, Government's Exhibit 731, Government's Exhibit 732*

**12:05 p.m.**     **Court in recess.**

**1:21 p.m.**     **Court in session.**

Jury is present.

Witness Riordon has resumed the witness stand.

Continued direct examination by Mr. Harmon.

2:00 p.m.     Paralegal Wendi Anderson comes forward to be seated at defendants' table.

**Exhibits Identified:** *Government's Exhibit 726.1, Government's Exhibit 531, Government's Exhibit 713, Government's Exhibit 790, Government's Exhibit 792A, Government's Exhibit 792B, Government's Exhibit 793*

**Exhibits Admitted:** *Government's Exhibit 726.1, Government's Exhibit 531, Government's Exhibit 713, Government's Exhibit 790, Government's Exhibit 792A, Government's Exhibit 792B, Government's Exhibit 793*

**3:05 p.m.**     **Court in recess.**

**3:29 p.m.**     **Court in session.**

Jury is present.

Investigator Tony DiVirgilio is no longer present nor seated at defendants' table.

3:31 p.m.     Cross examination by Ms. Wayne.

**Exhibits Identified:** *Government's Exhibit 791*

**Exhibits Admitted:** *Government's Exhibit 791*

3:51 p.m.   Witness is excused, subject to recall.

3:53 p.m.   Government's witness, John Reither, called and sworn.

Direct examination by Mr. Sweeney.

4:02 p.m.   Cross examination by Ms. Wayne.

*Exhibits Identified:* *Morris' Exhibit 43*

4:10 p.m.   Witness is excused and released from subpoena.

4:11 p.m.   Government's witness, Steven Slotter, called and sworn.

Direct examination by Mr. Harmon.

*Exhibits Identified:* *Government's Exhibit 202*

*Exhibits Admitted:* *Government's Exhibit 202*

4:37 p.m.   Cross examination by Ms. Wayne.

4:46 p.m.   Re-direct examination by Mr. Harmon.

4:52 p.m.   Court advises jury regarding admonitions of trial. Trial will resume tomorrow morning at 8:30 a.m.

**4:53 p.m.   Court in recess.**

Total time in court:   06:12

Trial continued.

**p.m.   Court in recess.**

Total time in court:

Trial continued.