IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:            April 18, 2012

Deputy Clerk:    Nel Steffens
Court Reporter:  Tracy Weir

**Criminal Action No. 10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
|  | Kevin Sweeney |
| Plaintiff, |  |
| v. |  |
| 1. CURTIS L. MORRIS, | Lisa Wayne |
| 2. RICHARD KELLOGG ARMSTRONG, | *Pro Se*, with David Owen, Advisory Counsel |
| Defendants. |  |

# COURTROOM MINUTES

**Trial to Jury - Day Seven**

**8:38 a.m.     Court in session.**

Defendants are present in custody.

Also seated at government's tables are IRS Special Agents, Greg Flynn, Wayne Stockley, and Becky Forristal.  Also seated at defendants' table is paralegal, Wendi Anderson.

Jury is present.

Court addresses jury regarding previous limiting instructions.

8:41 a.m.     Government's witness, Kenneth Chafin, called and sworn.

Direct examination by Mr. Harmon.

***Exhibits Identified:*** Government's Exhibit 601, Government's Exhibit 602, Government's Exhibit 603

***Exhibits Admitted:*** Government's Exhibit 601, Government's Exhibit 602, Government's Exhibit 603

9:55 a.m.    Jury exits.

Witness Chafin exits the courtroom.

Court addresses defendant Armstrong regarding continued inappropriate responses to the court's questions.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant Armstrong is again found guilty of contempt of court committed in its presence;

2. That as a sanction for this act of contempt, defendant Armstrong shall pay a fine of $8,000.00 to the Clerk of the Court on or before close of business tomorrow;

3. That defendant Armstrong shall be incarcerated for a term of twenty (20) days to be served in addition to the previous sanction of incarceration for contempt of court imposed yesterday, in addition to any pretrial detention, and in addition to any sentence, if any, imposed on any conviction for any crime in this case; and

4. That defendant Armstrong is again ordered, required, enjoined, and restrained to answer the direct and simple questions of the court with, at least initially, a simple yes or no.

**10:03 a.m.    Court in recess.**

**10:20 a.m.    Court in session.**

Jury is present.

Witness Chafin has resumed the witness stand.

Continued direct examination by Mr. Harmon.

***Exhibits Identified:*** Government's Exhibit 604A, Government's Exhibit 604B, Government's Exhibit 605, Government's Exhibit 606, Government's Exhibit 606.1

| | |
|---|---|
| ***Exhibits Admitted:*** | *Government's Exhibit 604A, Government's Exhibit 604B, Government's Exhibit 605, Government's Exhibit 606, Government's Exhibit 606.1* |

11:10 a.m.    Cross examination by Ms. Wayne.

Defendant Armstrong declines the opportunity to conduct cross examination.

11:34 a.m.    Re-direct examination by Mr. Harmon.

11:47 a.m.    Witness is excused and released from subpoena.

11:49 a.m.    Government's witness, David Lissy, called and sworn.

Direct examination by Mr. Harmon.

**12:00 p.m.    Court in recess.**

**1:30 p.m.    Court in session.**

Jury is present.

Witness Lissy has resumed the witness stand.

Continued direct examination by Mr. Harmon.

| | |
|---|---|
| ***Exhibits Identified:*** | *Government's Exhibit 505, Government's Exhibit 501, Government's Exhibit 500, Government's Exhibit 502, Government's Exhibit 503, Government's Exhibit 504, Government's Exhibit 179* |
| ***Exhibits Admitted:*** | *Government's Exhibit 501, Government's Exhibit 500, Government's Exhibit 502, Government's Exhibit 503, Government's Exhibit 504, Government's Exhibit  179* |

2:35 p.m.    Cross examination by Ms. Wayne.

Defendant Armstrong declines the opportunity to conduct cross examination.

2:54 p.m.    Re-direct examination by Mr. Harmon.

2:58 p.m.    Witness is excused and released from subpoena.

**2:59 p.m.    Court in recess.**

**3:24 p.m.    Court in session.**

Jury is present.

Government's witness, Pamela Meyer, called and sworn.

Direct examination by Mr. Sweeney.

**Exhibits Identified:**     *Government's Exhibit 400A, Government's Exhibit 400B, Government's Exhibit 400C, Government's Exhibit 1101A*

**Exhibits Admitted:**     *Government's Exhibit 400A, Government's Exhibit 400B, Government's Exhibit 400C, Government's Exhibit 1101A*

Defendants decline the opportunity to conduct cross examination.

4:00 p.m.     Witness is excused and released from subpoena.

4:01 p.m.     Government's witness, Lynn Anne Sheats, called and sworn.

Direct examination by Mr. Sweeney.

**Exhibits Identified:**     *Government's Exhibit 401A, Government's Exhibit 401B, Government's Exhibit 401C, Government's Exhibit 401D, Government's Exhibit 401E, Government's Exhibit 401F, Government's Exhibit 401G, Government's Exhibit 401H, Government's Exhibit 401I, Government's Exhibit 401J, Government's Exhibit 401K, Government's Exhibit 402A, Government's Exhibit 402E*

**Exhibits Admitted:**     *Government's Exhibit 400A, Government's Exhibit 400B, Government's Exhibit 400C, Government's Exhibit 401D, Government's Exhibit 401E, Government's Exhibit 401F, Government's Exhibit 401G, Government's Exhibit 401H, Government's Exhibit 401I, Government's Exhibit 401J, Government's Exhibit 401K, Government's Exhibit 402A, Government's Exhibit 402E*

Defendants decline the opportunity to conduct cross examination.

4:35 p.m.     Witness is excused and released from subpoena.

4:37 a.m.     Government's witness, Phillip Patton, called and sworn.

Direct examination by Mr. Sweeney.

**Exhibits Identified:** *Government's Exhibit 211*

***Exhibits Admitted:*** *Government's Exhibit 211*

Defendants decline the opportunity to conduct cross examination.

| | |
|---|---|
| 4:51 p.m. | Witness is excused and released from subpoena. |
| 4:52 p.m. | Court advises jury regarding admonitions of trial.  Trial will resume tomorrow morning at 8:30 a.m. |
| 4:53 p.m. | Jury exits. |

The court will hear argument on defendant Morris' renewed oral motion to sever tomorrow morning at 8:15 a.m.

The government's anticipated motion in limine seeking an exclusion of evidence is deferred.

**4:55 p.m.     Court in recess.**

Total time in court:   06:05

Trial continued.

**p.m.   Court in recess.**

Total time in court:

Trial continued.