IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              April 19, 2012

Deputy Clerk:      Nel Steffens
Court Reporter:    Tracy Weir

**Criminal Action No. 10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
|  | Kevin Sweeney |
| Plaintiff, |  |
| v. |  |
| 1.  CURTIS L. MORRIS, | Lisa Wayne |
| 2.  RICHARD KELLOGG ARMSTRONG, | *Pro Se*, with David Owen, Advisory Counsel |
| Defendants. |  |

## COURTROOM MINUTES

**Trial to Jury - Day Eight**

**8:20 a.m.     Court in session.**

Jury is not present.

Defendants are present in custody.

Also seated at government's tables are IRS Special Agents, Greg Flynn, Wayne Stockley, and Becky Forristal. Also seated at defendants' table is paralegal, Wendi Anderson.

Court addresses defendant Morris' oral renewed motion to sever.

Ms. Wayne has no further argument.

Defendant Armstrong has no argument.

Government has no response.

Court's findings and conclusions.

> **IT IS ORDERED** as follows:

> 1. That defendant Morris' oral renewed motion to sever is **DENIED**.

**8:30 a.m.**     **Court in recess.**

**8:35 a.m.**     **Court in session.**

Jury is present.

Government's witness, Joseph Walsh, called and sworn.

Direct examination by Mr. Sweeney.

*Exhibits Identified:* Government's Exhibit 901

*Exhibits Admitted:* Government's Exhibit 901

Defendants decline the opportunity to conduct cross examination.

8:54 a.m.     Witness is excused and released from subpoena.

9:55 a.m.     Government's witness, Jerry Carter, called and sworn.

Direct examination by Mr. Sweeney.

*Exhibits Identified:*     Government's Exhibit 197A, Government's Exhibit 197B

*Exhibits Admitted:*     Government's Exhibit 197A, Government's Exhibit 197B

Defendants decline the opportunity to conduct cross examination.

9:12 a.m.     Witness is excused and released from subpoena

9:13 a.m.     Government's witness, Timothy Chase, called and sworn.

Direct examination by Mr. Harmon.

*Exhibits Identified:*     Government's Exhibit 1010, Government's Exhibit 1011

***Exhibits Admitted:***     Government's Exhibit 1010, Government's Exhibit 1011

9:22 a.m.     Cross examination by Ms. Wayne.

9:26 a.m.     Jury exits.

Court addresses government's objection to the last question posed to the witness by Ms. Wayne.

Argument by Mr. Harmon.

Response by Ms. Wayne.

Reply by Mr. Harmon.

Court's findings and conclusions.

    **IT IS ORDERED** as follows:

    2.  That the government's motion in limine is **GRANTED IN PART** and **DENIED IN PART**; the motion is granted insofar as the motion in limine seeks discussion and admission of evidence concerning contact, interaction, and communication by agents on the day and time of the search with defendant Morris; the motion is denied as to the other three categories discussed in the court's findings and conclusions.

**9:59 a.m.     Court in recess.**

**10:21 a.m.    Court in session.**

Jury is not present.

Court supplements its findings and conclusions regarding the government's motion in limine.

Court addresses defendant Armstrong's continuing non-responsive answers.

    **IT IS ORDERED** as follows:

    3.  That defendant Armstrong is again found in contempt of court for contempt #5, contempt #6, contempt #7, and contempt #8;

    4.  That as a sanction for contempt #5, defendant Armstrong shall pay a fine of $16,000.00 to the Clerk of the Court by close of business tomorrow and that he shall be incarcerated for a term of thirty (30) days to be served subsequent to any pretrial detention or imposition of sentence on any conviction for any crime charged in this case;

5. That as a sanction for contempt #6, defendant Armstrong shall pay a fine of $32,000.00 to the Clerk of the Court by close of business tomorrow and that he shall be incarcerated for a term of sixty (60) days to be served subsequent to any pretrial detention or imposition of sentence on any conviction for any crime charged in this case;

6. That as a sanction for contempt #7, defendant Armstrong shall pay a fine of $64,000.00 to the Clerk of the Court by close of business tomorrow and that he shall be incarcerated for a term of ninety (90) days to be served subsequent to any pretrial detention or imposition of sentence on any conviction for any crime charged in this case;

7. That as a sanction for contempt #8, defendant Armstrong shall pay a fine of $128,000.00 to the Clerk of the Court by close of business tomorrow and that he shall be incarcerated for a term of 120 days to be served subsequent to any pretrial detention or imposition of sentence on any conviction for any crime charged in this case;

8. That, so that the record is clear, all of the terms of incarceration for acts of contempt of court between and among themselves are also imposed consecutively, that is, one after the other.

10:34 a.m.     Jury is present.

Witness Chase has resumed the witness stand.

Continued cross examination by Ms. Wayne.

Defendant Armstrong declines the opportunity to conduct cross examination.

10:44 a.m.     Re-direct examination by Mr. Harmon.

10:48 a.m.     Government's witness, Karen Gurgel, called and sworn.

Direct examination by Mr. Harmon.

***Exhibits Identified:***     *Government's Exhibit 1016A, Government's Exhibit 1016B, Government's Exhibit 1015*

***Exhibits Admitted:***     *Government's Exhibit 1016A, Government's Exhibit 1016B, Government's Exhibit 1015*

11:22 a.m.     Cross examination by Ms. Wayne.

Defendant Armstrong declines the opportunity to conduct cross examination.

11:26 a.m.     Witness is excused and released from subpoena.

11:27 a.m.     Government's witness, Greg Flynn, called and sworn.

Direct examination by Mr. Harmon.

11:54 a.m.     Jury exits.

Court further addresses defendant Armstrong regarding his responses.

**11:54 a.m.     Court in recess.**

**1:17 p.m.     Court in session.**

Jury is not present.

Court affords defendant Armstrong the opportunity to state his continuing objection and/or statement, which will be implicitly appended to any response made by defendant Armstrong to the court's questions involving the admission of exhibits, examination of witnesses, and release of witnesses.

Statement by defendant Armstrong.

1:21 p.m.     Jury is present.

Witness Flynn has resumed the witness stand.

Continued direct examination by Mr. Harmon.

*Exhibits Identified: Government's Exhibit 1001.2, Government's Exhibit 201*

*Exhibits Admitted: Government's Exhibit 1001.2, Government's Exhibit 201*

**2:46 p.m.     Court in recess.**

**3:09 p.m.     Court in session.**

Jury is present.

Witness Flynn has resumed the witness stand.

Continued direct examination by Mr. Harmon.

*Exhibits Identified:*     *Government's Exhibit 181B, Government's Exhibit 181C, Government's Exhibit 1201B, Government's Exhibit 1201C, Government's Exhibit 1201D, Government's Exhibit 1201E, Government's Exhibit 1201F, Government's Exhibit 1201G, Government's Exhibit 1201I, Government's Exhibit 1201J, Government's Exhibit 1201K*

*Exhibits Admitted:*   Government's Exhibit 181B, Government's Exhibit 181C,
Government's Exhibit 1201B (for demonstrative purposes only),
Government's Exhibit 1201C (for demonstrative purposes only),
Government's Exhibit 1201D (for demonstrative purposes only),
Government's Exhibit 1201E (for demonstrative purposes only),
Government's Exhibit 1201F (for demonstrative purposes only)
Government's Exhibit 1201G (for demonstrative purposes only),
Government's Exhibit 1201I (for demonstrative purposes only),
Government's Exhibit 1201J (for demonstrative purposes only),
Government's Exhibit 1201K (for demonstrative purposes only)

**4:23 p.m.   Court in recess.**

**4:36 p.m.   Court in session.**

Jury is present.

Witness Flynn has resumed the witness stand.

Continued direct examination by Mr. Harmon.

*Exhibits Identified:*   Government's Exhibit 301A, Government's Exhibit 301B,
Government's Exhibit 301C, Government's Exhibit 301D,
Government's Exhibit 301D, Government's Exhibit 301E,
Government's Exhibit 301F, Government's Exhibit 301G,
Government's Exhibit 301H, Government's Exhibit 301I,
Government's Exhibit 301J, Government's Exhibit 301K,
Government's Exhibit 301L, Government's Exhibit 301M,
Government's Exhibit 301N, Government's Exhibit 301O,
Government's Exhibit 301P, Government's Exhibit 301Q,
Government's Exhibit 301R

*Exhibits Admitted:*   Government's Exhibit 301A, Government's Exhibit 301B,
Government's Exhibit 301C, Government's Exhibit 301D,
Government's Exhibit 301D, Government's Exhibit 301E,
Government's Exhibit 301F, Government's Exhibit 301G,
Government's Exhibit 301H, Government's Exhibit 301I,

       *Government's Exhibit 301J, Government's Exhibit 301K, Government's Exhibit 301L, Government's Exhibit 301M, Government's Exhibit 301N, Government's Exhibit 301O, Government's Exhibit 301P, Government's Exhibit 301Q, Government's Exhibit 301R*

4:53 p.m.  Court advises jury regarding admonitions of trial.  Trial will resume Monday, April 23, 2012, at 8:30 a.m.

**4:55 p.m.**  **Court in recess.**

Total time in court:   06:09

Trial continued.

 **p.m.   Court in recess.**

Total time in court:

Trial continued.