**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**


Date:              April 23, 2012

Deputy Clerk:      Nel Steffens
Court Reporter:    Tracy Weir

---

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                              *Counsel:*

UNITED STATES OF AMERICA,               Kenneth Harmon
                                        Kevin Sweeney

         Plaintiff,

v.

1.  CURTIS L. MORRIS,                   Lisa Wayne
2.  RICHARD KELLOGG ARMSTRONG,          *Pro Se*, with David Owen, Advisory
                                        Counsel
         Defendants.

---

**COURTROOM MINUTES**

---

**Trial to Jury - Day Nine**

**8:20 a.m.      Court in session.**

Jury is not present.

Defendants are present in custody.

Also seated at government's tables are IRS Special Agent, Greg Flynn, and IRS
Investigative Analyst, Becky Forristal.  Also seated at defendants' table is paralegal,
Wendi Anderson.

Court addresses parties regarding the unavailability due to medical reasons of juror
#100207736.

Discussion.

Court's findings and conclusions.

**IT IS ORDERED** as follows:

1.  That juror #100207736 is excused and discharged from further duty and service in the trial of this case;

2.  That the first alternate juror shall become a regular juror and the second alternate juror shall become the first and only remaining alternate juror.

Court informs the parties of the weekend accident resulting in some injury to juror #100238797 who, though present and able to attend as a juror, has requested relocation to a different seat in the jury box.  The court grants the request.  The courtroom deputy clerk will provide updated seating charts.

Court addresses defendant Armstrong's request to make a statement prior to the arrival of the jury.  Statement by defendant Armstrong.  Court further addresses defendant Armstrong.

8:51 a.m.      Jury is present.

Court addresses the jury regarding the excusal of juror #100207736.

Government's witness Flynn has resumed the witness stand.

Continued direct examination by Mr. Harmon.

| | |
|---|---|
| ***Exhibits Identified:*** | *Government's Exhibit 1201A (as revised), Government's Exhibit 801, Government's Exhibit 803, Government's Exhibit 804, Government's Exhibit 805, Government's Exhibit 806, Government's Exhibit 808, Government's Exhibit 809, Government's Exhibit 902A, Government's Exhibit 902B* |
| ***Exhibits Admitted:*** | *Government's Exhibit 1201A (as revised), Government's Exhibit 801, Government's Exhibit 803, Government's Exhibit 804, Government's Exhibit 805, Government's Exhibit 806, Government's Exhibit 808, Government's Exhibit 809* |

10:11 a.m.    Jury exits.

Mr. Harmon responds to the objections of defendant Morris to the admission of Government's Exhibit 902A and Government's Exhibit 902B.

Discussion.

Court addresses the two additional acts of contempt committed by defendant Armstrong.

**10:14 a.m.    Court in recess.**

**10:35 a.m.    Court in session.**

Jury is not present.

Court's findings and conclusions regarding acts of contempt.

**IT IS ORDERED** as follows:

3.  That for the first of these two separate, distinct acts of contempt, defendant Armstrong shall pay a fine in the amount of $256,000.00 to the Clerk of the Court by close of business tomorrow, April 24, 2012; provided furthermore, that this fine shall be in addition to all fines imposed previously;

4.  That for the first of these two separate, distinct acts of contempt, defendant Armstrong shall be incarcerated for a term of 150 days; provided furthermore, that this term of incarceration shall be served in addition to all terms of incarceration imposed previously as sanctions for previous acts of contempt, and in addition to all time served in pretrial detention and in addition to any term of imprisonment that may be imposed as a sentence on conviction of any crime charged in this case;

5.  That for the second of these two separate, distinct acts of contempt, defendant Armstrong shall pay a fine in the amount of $512,000.00 to the Clerk of the Court by close of business tomorrow, April 24, 2012; provided furthermore, that this fine shall be in addition to all fines imposed previously;

6.  That for the second of these two separate, distinct acts of contempt, defendant Armstrong shall be incarcerated for a term of 180 days; provided furthermore, that this term of incarceration shall be served in addition to all terms of incarceration imposed previously as sanctions for previous acts of contempt, and in addition to all time served in pretrial detention and in addition to any term of imprisonment that may be imposed as a sentence on conviction of any crime charged in this case; and

7.  That all sanctions imposed previously for each individual act of direct contempt are imposed cumulatively and consecutively, that is, in addition to any other sanction imposed previously and in addition to any time in pretrial detention and in addition to any sentence imposed on conviction for any crime charged in this case.

10:48 a.m.    Jury is present.

***Exhibits Admitted:***          *Government's Exhibit 902A, Government's Exhibit 902B*

***Exhibits Identified:***        *Government's Exhibit 204, Government's Exhibit 403,*
*Government's Exhibit 210A, Government's Exhibit 210B,*
*Government's Exhibit 310A, Government's Exhibit 310B,*

|  | *Government's Exhibit 310C, Government's Exhibit 310D, Government's Exhibit 310E, Government's Exhibit 310F, Government's Exhibit 310G, Government's Exhibit 310H, Government's Exhibit 310I, Government's Exhibit 310J, Government's Exhibit 310K, Government's Exhibit 310L* |
|---|---|
| ***Exhibits Admitted:*** | *Government's Exhibit 204, Government's Exhibit 403, Government's Exhibit 210A, Government's Exhibit 210B (except page 5)* |

11:59 a.m.    Jury exits.

Court hears argument regarding the admission of Government's Exhibits 310A-310L.

Court's findings and conclusions.

**12:03 p.m.    Court in recess.**

**1:18 p.m.    Court in session.**

Jury is not present.

1:21 p.m.    Jury enters.

Witness Flynn has resumed the witness stand.

Continued direct examination by Mr. Harmon.

| ***Exhibits Admitted:*** | *Government's Exhibit 310A, Government's Exhibit 310B, Government's Exhibit 310C, Government's Exhibit 310D, Government's Exhibit 310E, Government's Exhibit 310F, Government's Exhibit 310G, Government's Exhibit 310H, Government's Exhibit 310I, Government's Exhibit 310J, Government's Exhibit 310K, Government's Exhibit 310L* |
|---|---|
| ***Exhibits Identified:*** | *Government's Exhibit 1205, Government's Exhibit 320A, Government's Exhibit 320B, Government's Exhibit  320B.1, Government's Exhibit 320C, Government's Exhibit 320E, Government's Exhibit 320F, Government's Exhibit 320G, Government's Exhibit 320H, Government's Exhibit 320I, Government's Exhibit 320J* |
| ***Exhibits Admitted:*** | *Government's Exhibit 320A, Government's Exhibit 320B, Government's Exhibit  320B.1, Government's Exhibit 320C, Government's Exhibit 320E, Government's Exhibit 320F, Government's Exhibit 320G, Government's Exhibit 320H,* |

*Government's Exhibit 320I, Government's Exhibit 320J*

1:49 p.m.        Juror #100225924 exits the courtroom due to illness.

**1:51 p.m.        Court in recess.**

**2:14 p.m.        Court in session.**

Jury is not present.

Court addresses parties regarding the sudden illness of the juror and proposes recessing until tomorrow morning.

All parties concur.

**2:18 p.m.        Court in recess.**

**2:20 p.m.        Court in session.**

2:22 p.m.        Jury enters.

2:22 p.m.        Court advises jury regarding admonitions of trial.  Trial will resume tomorrow at 8:30 a.m.

**2:23 p.m.        Court in recess.**

Total time in court:   04:02

Trial continued.

 **p.m.  Court in recess.**

Total time in court:

Trial continued.