IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1.     CURTIS L. MORRIS, and
2.     RICHARD KELLOGG ARMSTRONG,

          Defendants.

---

### GOVERNMENT'S MEMORANDUM IN SUPPORT OF
### REVISED NON-STIPULATED AND SUPPLEMENTAL JURY INSTRUCTIONS

---

The United States of America, by and through its undersigned counsel, hereby submits its memorandum in support of its revision to three proposed jury instructions previously filed on April 2, 2012 and its tender of two supplemental jury instructions based upon the evidence presented at trial. A copy of these instructions have been submitted to chambers of the Court and defense counsel. Based upon Armstrong's *pro se* status, stipulated instructions are not feasible. Accordingly, the Government considers all of its instructions to be non-stipulated.

### NON-STIP G INSTRUCTION NO. 20 (Revised)
### STATUTE DEFINING THE OFFENSE CHARGED
### CONSPIRACY TO DEFRAUD THE GOVERNMENT WITH RESPECT TO CLAIMS
### [18 U.S.C. § 286]

There has been evidence presented during this trial that the two defendants had different roles in the conspiracy. This revised instruction incorporates additional language from sections 30.05 and 31.04 from O'Malley et al., Federal Jury Practice and Instructions, regarding what the

1

Government is and is not required to prove regarding agreements among co-conspirators.  These revisions will assist the jury in assessing and evaluating facts related to the charged conspiracy count.

### NON-STIP  G INSTRUCTION NO. 22 (Revised)
### STATUTE DEFINING THE OFFENSE CHARGED
### MAIL FRAUD
### [18 U.S.C. § 1341]

During opening statements, the defense stated that the defendants may have been confused by the fact that sometimes the IRS paid out tax refunds to clients of the scheme while others times they did not.  This revised instruction adds language from the use note from the 2005 Tenth Circuit Pattern Jury Instructions stating that the success of the scheme to defraud alleged in the mail fraud scheme is inconsequential.  These revisions will assist the jury in assessing and evaluating evidence related to the mail fraud count.

### NON-STIP G INSTRUCTION NO. 24 (Revised)
### MONETARY TRANSACTIONS IN CRIMINALLY DERIVED PROPERTY
### [18 U.S.C. § 1957]

The Tenth Circuit does not have a pattern jury instruction for 18 U.S.C. § 1957.  After further consideration, the Government believes that this instruction from the Eleventh Circuit Pattern Jury Instructions will better assist the jury in assessing and evaluating the evidence related to the money laundering counts.

### NON-STIP  G SUPPLEMENTAL INSTRUCTION NO. 1
### MOTIVE - EXPLAINED

There has been evidence presented during this trial that the defendants may have filed false tax returns to get money from commercial banks.  This instruction has been crafted from a

combination of comments from the Tenth Circuit Pattern Jury Instructions and O'Malley et al., Federal Jury Practice and Instructions, and will assist the jury in understanding the difference between the defendants' motive for filing false tax returns and their knowledge and intent regarding the falsity of the claims they submitted.

### NON-STIP  G SUPPLEMENTAL INSTRUCTION NO. 2
### CONSPIRATOR'S LIABILITY FOR SUBSTANTIVE CRIMES COMMITTED BY CO-CONSPIRATORS; CONSPIRACY CHARGED-ELEMENTS

There has been evidence presented during this trial to support a finding that the defendants have <u>Pinkerton</u> liability for several substantive false claims counts.  This instruction has been taken from the Seventh Circuit Pattern Jury Instructions and will assist the jury in understanding when a co-conspirator is responsible for substantive offenses committed by his fellow con-conspirators.

<div style="margin-left: 50%;">

Respectfully submitted,

JOHN F. WALSH
United States Attorney


s/Kevin F. Sweeney
By: Kevin F. Sweeney
Trial Attorney
Tax Division
U.S. Department of Justice

</div>

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 24th day of April, 2012, I electronically filed the foregoing **GOVERNMENT'S MEMORANDUM IN SUPPORT OF REVISED NON-STIPULATED AND SUPPLEMENTAL JURY INSTRUCTIONS** with the Clerk of the Court using the CM/ECF, which will send notification to counsel listed below.

       Lisa Monet Wayne
       lmoney20@aol.com

       David L. Owen
       davidowen@lodopc.com


                                                                     By:    s/ *Kevin F. Sween*ey
                                                                                     KEVIN F. SWEENEY
                                                                                     Trial Attorney