**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Date:                    April 24, 2012

Deputy Clerk:            Nel Steffens
Court Reporter:          Tracy Weir

---

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                          *Counsel:*

UNITED STATES OF AMERICA,           Kenneth Harmon
                                    Kevin Sweeney
        Plaintiff,

v.

1.  CURTIS L. MORRIS,               Lisa Wayne
2.  RICHARD KELLOGG ARMSTRONG,      *Pro Se*, with David Owen, Advisory
                                    Counsel
        Defendants.

---

**COURTROOM MINUTES**

---

**Trial to Jury - Day Ten**

**8:41 a.m.      Court in session.**

Jury is present.

Defendants are present in custody.

Also seated at government's tables are IRS Special Agents, Greg Flynn and Wayne Stockley, and IRS Investigative Analyst, Becky Forristal.  Also seated at defendants' table is paralegal, Wendi Anderson.

Government's witness Flynn has resumed the witness stand.

Continued direct examination by Mr. Harmon.

| | |
|---|---|
| **Exhibits Identified:** | *Government's Exhibit 404, Government's Exhibit 1103, Government's Exhibit 312A, Government's Exhibit 312B, Government's Exhibit 312C, Government's Exhibit 312D, Government's Exhibit 312E, Government's Exhibit 312F, Government's Exhibit 312G, Government's Exhibit 312H, Government's Exhibit 312I, Government's Exhibit 312J, Government's Exhibit 312K, Government's Exhibit 312L, Government's Exhibit 312M, Government's Exhibit 330A, Government's Exhibit 330B, Government's Exhibit 330C, Government's Exhibit 330D, Government's Exhibit 330E, Government's Exhibit 330F, Government's Exhibit 1102A, Government's Exhibit 1102B, Government's Exhibit 1202, Government's Exhibit 1203, Government's Exhibit 1204* |
| **Exhibits Admitted:** | *Government's Exhibit 404, Government's Exhibit 1103, Government's Exhibit 312A, Government's Exhibit 312B, Government's Exhibit 312C, Government's Exhibit 312D, Government's Exhibit 312E, Government's Exhibit 312F, Government's Exhibit 312G, Government's Exhibit 312H, Government's Exhibit 312I, Government's Exhibit 312J, Government's Exhibit 312K, Government's Exhibit 312L, Government's Exhibit 312M, Government's Exhibit 330A, Government's Exhibit 330B, Government's Exhibit 330C, Government's Exhibit 330D, Government's Exhibit 330E, Government's Exhibit 330F, Government's Exhibit 1102A, Government's Exhibit 1102B, Government's Exhibit 1202 (for demonstrative purposes only), Government's Exhibit 1203 (for demonstrative purposes only), Government's Exhibit 1204 (for demonstrative purposes only)* |

9:48 a.m.      Jury exits.

Court addresses objections to the admission of Government's Exhibit 1205.

Argument by Ms. Wayne.

Response by Mr. Harmon.

Reply by Ms. Wayne.

Court's findings and conclusions.

**9:57 a.m.      Court in recess.**

**10:18 a.m.     Court in session.**

***Exhibits Admitted:***          *Government's Exhibit 1205 (for demonstrative purposes only)*

10:49 a.m.   Cross examination by Ms. Wayne.

***Exhibits Identified:***          *Defendant Morris' Exhibit 14*

**11:57 a.m.   Court in recess.**

**1:19 p.m.   Court in session.**

Jury is present.

Witness Flynn has resumed the witness stand.

Continued cross examination by Ms. Wayne.

***Exhibits Identified:***          *Government's Exhibit 195, Government's Exhibit 196,*
*Government's Exhibit 303D, Government's Exhibit 524A,*
*Government's Exhibit 523B, Government's Exhibit 523A,*
*Defendant Morris' Exhibit 26, Defendant Morris' Exhibit 32,*
*Defendant Morris' Exhibit 33, Defendant Morris' Exhibit 34,*
*Defendant Morris' Exhibit 35*

***Exhibits Admitted:***          *Government's Exhibit 195, Government's Exhibit 196,*
*Government's Exhibit 303D, Government's Exhibit 524A,*
*Government's Exhibit 523B, Government's Exhibit 523A,*
*Defendant Morris' Exhibit 26, Defendant Morris' Exhibit 32,*
*Defendant Morris' Exhibit 33, Defendant Morris' Exhibit 34*

**3:00 p.m.   Court in recess.**

**3:20 p.m.   Court in session.**

Jury is present.

Witness Flynn has resumed the witness stand.

Continued cross examination by Ms. Wayne.

***Exhibits Identified:***          *Defendant Morris' Exhibit 28, Defendant Morris' Exhibit 45*

***Exhibits Admitted:***          *Defendant Morris' Exhibit 28*

Defendant Armstrong declines the opportunity to conduct cross examination.

4:08 p.m.   Re-direct examination by Mr. Harmon.

4:35 p.m. - 4:43 p.m.          Bench conference.

4:45 p.m.     Court advises jury regarding admonitions of trial.  Trial will resume
              tomorrow at 8:30 a.m.

**4:46 p.m.     Court in recess.**

Total time in court:   06:02

Trial continued.