IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             April 25, 2012

Deputy Clerk:     Nel Steffens
Court Reporter:   Tracy Weir

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,                               Kenneth Harmon
                                                        Kevin Sweeney
       Plaintiff,

v.

1.  CURTIS L. MORRIS,                                   Lisa Wayne
2.  RICHARD KELLOGG ARMSTRONG,                          *Pro Se*, with David Owen, Advisory
                                                        Counsel
       Defendants.

## COURTROOM MINUTES

**Trial to Jury - Day Eleven**

**8:41 a.m.     Court in session.**

Jury is present.

Defendants are present in custody.

Also seated at government's tables are IRS Special Agents, Greg Flynn and Wayne Stockley, and IRS Investigative Analyst, Becky Forristal.  Also seated at defendants' table is paralegal, Wendi Anderson.

Government's witness Flynn has resumed the witness stand.

Continued re-direct examination by Mr. Harmon.

8:43 a.m. - 8:51 a.m.		Bench conference.

Continued re-direct examination by Mr. Harmon.

9:02 a.m.	Witness is excused.

9:04 a.m.	Government's witness, John Maloney, called and sworn.

Direct examination by Mr. Harmon.

Defendants decline the opportunity to conduct cross examination.

9:14 a.m.	Witness is excused and released from subpoena.

9:14 a.m.	Government rests.

Court addresses jurors regarding mid-trial procedures.

9:15 a.m.	Jury exits.

Court states it will recess prior to mid-trial proceedings.

**9:16 a.m.	Court in recess.**

**9:26 a.m.	Court in session.**

Jury is not present.

Ms. Wayne, on behalf of defendant Morris, orally moves for judgment of acquittal pursuant to Rule 29.

9:46 a.m.	Response by Mr. Harmon.

Court's findings and conclusions.

	**IT IS ORDERED** as follows:

	1.  That the mid-trial oral motion of defendant Morris for the entry of judgment of acquittal under Fed. R. Crim. P 29(a) is **DENIED.**

Court addresses defendant Morris' continuing renewed motion to sever.

Argument by Ms. Wayne.

Response by Mr. Harmon.

Defendant Armstrong declines the opportunity to respond.

Court's findings and conclusions.

    **IT IS ORDERED** as follows:

    2.  That defendant Morris' renewed oral motion to sever is **DENIED**.

9:59 a.m.    Statement by defendant Armstrong, including an oral motion to continue the trial for sixty days.

Defendant Morris declines the opportunity to respond.

Response by Mr. Harmon.

Court's findings and conclusions.

    **IT IS FURTHER ORDERED** as follows:

    3.  That defendant Armstrong's oral motion to continue these proceedings for a term of sixty (60) days is **DENIED** on both procedural and substantive grounds.

Mr. Harmon states that there is an error in the Superseding Indictment which he intends to move to amend.  Court directs him to make defendants aware of the motion to amend.

**10:07 a.m.**    **Court in recess.**

**10:29 a.m.**    **Court in session.**

10:29 a.m.    Defendant Morris rests.

10:30 a.m.    Defendant Armstrong rests.

10:30 a.m. - 10:33 a.m.    Bench conference.

10:33 a.m.    Court addresses jury regarding post-evidentiary procedures.  Court also advises jury regarding admonitions of trial.  Trial will resume as concerns the jury at 9:00 a.m. tomorrow.

10:37 a.m.    Jury exits.

Mr. Harmon orally moves to amend the Superseding Indictment to correct a typographical error in Counts 25 and 26.  Argument by Mr. Harmon.

Court will hear responses from defendants this afternoon.

Ms. Wayne orally renews defendant Morris' motion for judgment of acquittal.

Defendant Armstrong declines the opportunity to respond.

Government rests on previous argument.

Court's findings and conclusions.

    **IT IS ORDERED** as follows:

    3.  That the renewed oral motion of defendant Morris for the entry of judgment of acquittal under Fed. R. Crim. P 29(A) moved at the conclusion of the presentation of evidence is **DENIED.**

Court proposes reconvening this afternoon at 2:00 p.m. for a Charging Conference. Proposed jury instructions will be available for review by parties at 1:30 p.m.

**10:49 a.m.    Court in recess.**

**2:37 p.m.    Court in session.**

Court addresses the government's oral motion to amend the Superseding Indictment.

Response by Ms. Wayne.

Defendant Armstrong declines the opportunity to respond.

Reply by Mr. Harmon.

Court's findings and conclusions.

    **IT IS ORDERED** as follows:

    4.  That the objections on behalf of defendant Morris are **OVERRULED**;

    5.  That the oral motion of the government to amend the Superseding Indictment as to Counts 25 and 26 to indicate the alleged date as December rather than November, is **GRANTED**; and

    6.  That the Superseding Indictment subsequently shall be amended accordingly.

Court addresses the government's oral motion that demonstrative exhibits go to the jury during their deliberations.

Argument by Mr. Harmon.

Response by Ms. Wayne.

Defendant Armstrong declines the opportunity to respond.

Reply by Mr. Harmon.

Court's findings and conclusions.

    **IT IS ORDERED** as follows:

    7.  That the government's oral motion to provide demonstrative exhibits to the jury during their deliberations is **DENIED**.

2:54 p.m.     Charging Conference commences.

4:02 p.m.     Charging Conference ends.

Discussion regarding time allotment for closing arguments.  Government shall have ninety (90) minutes for closing arguments; defendants Morris and Armstrong shall each have sixty (60) minutes for closing arguments.

Parties shall review admitted exhibits with the courtroom deputy clerk prior to the court's reconvening tomorrow at 8:15 a.m.

**4:08 p.m.     Court in recess.**

Total time in court:   03:05

Trial continued.