IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:           April 26, 2012

Deputy Clerk:      Nel Steffens
Court Reporter:    Tracy Weir

**Criminal Action No.  10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
|  | Kevin Sweeney |
| Plaintiff, |  |
| v. |  |
| 1.  CURTIS L. MORRIS, | Lisa Wayne |
| 2.  RICHARD KELLOGG ARMSTRONG, | *Pro Se*, with David Owen, Advisory Counsel |
| Defendants. |  |

## COURTROOM MINUTES

**Trial to Jury - Day Twelve**

**8:30 a.m.     Court in session.**

Jury is not present.

Defendants are present in custody.

Also seated at government's tables are IRS Special Agents, Greg Flynn and Wayne Stockley, and IRS Investigative Analyst, Becky Forristal.

Court provides copies of final jury instructions to counsel and defendant Armstrong.

Counsel and defendant Armstrong confirm that all exhibits admitted in trial are intact and available for review and consideration by the jury during its deliberations.

**8:38 a.m.**     **Court in recess.**

**9:10 a.m.**     **Court in session.**

Jury is not present.

Court reviews corrections made to jury instructions.

9:11 a.m.     Jury is present.

Court reviews the order of upcoming procedures with the jury.

9:18 a.m.     Court reads the Indictment to the jury.

10:02 a.m.    Court instructs jury.

**10:59 a.m.**    **Court in recess.**

**11:11 a.m.**    **Court in session.**

Jury is present.

11:13 a.m.    Closing argument by Mr. Harmon.

11:59 a.m.    Court advises jurors regarding admonitions during the lunch break.

**12:00 p.m.**    **Court in recess.**

**1:20 p.m.**     **Court in session.**

Jury is not present.

Court reviews corrected Jury Instruction No. 15 and distributes the corrected page to counsel and defendant Armstrong.

Court addresses defendant Armstrong's request to have Mr. Owen deliver closing argument for him.  Defendant Armstrong makes a statement.  Court advises defendant Armstrong that his choice must be unconditional.  Defendant Armstrong withdraws the request.

1:26 p.m.     Jury is present.

Court addresses jury regarding the correction to Jury Instruction No. 15.  Courtroom deputy clerk distributes corrected pages and collects incorrect pages.

1:29 p.m.     Continued closing argument by Mr. Harmon.

| | |
|---|---|
| 1:57 p.m. | Closing argument by Ms. Wayne. |
| 2:48 p.m. | Closing argument by Mr. Armstrong. |
| 2:50 p.m. | Rebuttal closing argument by Mr. Harmon. |
| 3:09 p.m. | Court gives final instructions to the jury. |
| 3:11 p.m. | Bailiffs are sworn. |
| 3:12 p.m. | Alternate juror, #100225924, is identified.  Regular jurors are excused to commence their deliberations. |
| 3:12 p.m. | Jury exits. |
| 3:13 p.m. - 3:14 p.m. | Bench conference. |

Court addresses the alternate juror.  The alternate will be retained, but not sequestered, as an alternate until either needed to replace one of the twelve regular jurors or verdicts are reached.

The alternate juror is excused with the thanks of the court.

| | |
|---|---|
| 3:16 p.m. | Alternate juror exits the courtroom. |

Court directs counsel to remain within ten minutes of the courthouse and to provide the courtroom deputy clerk with contact numbers.

Unless sooner called, court will reconvene at 4:45 p.m.

**3:20 p.m.     Court in recess.**

**4:48 p.m.     Court in session.**

| | |
|---|---|
| 4:50 p.m. | Jury is present. |

Court advises jury regarding admonitions of trial.  Jury is directed to continue their deliberations on Monday, April 30, 2012 at 9:00 a.m.

| | |
|---|---|
| 4:53 p.m. | Jury exits. |

Court reminds counsel and defendant Armstrong to remain within ten minutes of the courthouse once the jury has resumed its deliberations and to ensure that the courtroom deputy clerk has their contact numbers.

Unless sooner called, court will reconvene on Monday, April 30, 2012, at 4:45 p.m.

**4:53 p.m.**     **Court in recess.**

Total time in court:   04:51

Trial continued.