**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The government shall file a response to **Defendant Morris' Objection To Government's Closing Argument and Request for Mistrial or in The Alternative a Curative Insttruction** [*sic*] [#505][2] filed April 30, 2012, by 12:00 p.m. MDT, May 1, 2012.

      Dated: April 30, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#505]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.