CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 1

(Name and Party Designation)

FDPO = For Demonstrative Purposes Only

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 101A | 2005 - Form 1040X Amended US Individual Income Tax Return - Richard K. & Sharon L. Armstrong | | √ | | 4110 |
| 101B | 2005 - IRPT Information for Richard K. Armstrong | | √ | | 4110 |
| 101C | 2005 - IRPT Information for Sharon L. Armstrong | | √ | | 4110 |
| 101D | US Treasury Check for $699,449.70 (2005) | | √ | | 4110 |
| 102A | 2006 - Form 1040X Amended US Individual Income Tax Return - Richard K. & Sharon L. Armstrong | | √ | | 4110 |
| 102B | 2006 - IRPT Information for Richard K. Armstrong | | √ | | 4110 |
| 102C | 2006 - IRPT Information for Sharon L. Armstrong | | √ | | 4110 |
| 102D | US Treasury Check for $315,252.75 (2006) | | √ | | 4110 |
| 103A | 2007 - Form 1040X Amended US Individual Income Tax Return - Richard K. & Sharon L. Armstrong | | √ | | 4110 |
| 103B | 2007 - IRPT Information for Richard K. Armstrong | | √ | | 4110 |
| 103C | 2007 - IRPT Information for Sharon L. Armstrong | | √ | | 4110 |
| 103D | US Treasury Check for $622,779.16 (2007) | | √ | | 4110 |
| 104A | 2008 - Form 1040 US Individual Income Tax Return for Richard K. & Sharon L. Armstrong | | √ | | 4110 |
| 104B | 2008 - IRPT Information for Richard K. Armstrong | | √ | | 4110 |
| 104C | 2008 - IRPT Information for Sharon L. Armstrong | | √ | | 4110 |
| 105 | 2008 - Form 1040 US Individual Income Tax Return for Richard K. & Sharon L. Armstrong received by IRS 8/16/2010 | | √ | | 4110 |
| 106 | 2009 - Form 1040 U.S. Individual Income Tax Return for Richard K. & Sharon L. Armstrong | | √ | | 4110 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 2

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 107 | 2004 - Form 1040 US Individual Income Tax Return for Richard K. & Sharon L. Armstrong | | √ | | 4/10 |
| 108 | 2005 - Form 1040 US Individual Income Tax Return for Richard K. & Sharon L. Armstrong | | √ | | 4/10 |
| 109 | 2006 - Form 1040 US Individual Income Tax Return for Richard K. & Sharon L. Armstrong | | √ | | 4/10 |
| 110 | 2007 - Form 1040 US Individual Income Tax Return for Richard K. & Sharon L. Armstrong | | √ | | 4/10 |
| 111 | 2004 - Form 1041 US Income Tax Return for Estates and Trusts for Bonanza Pacific Group | | √ | | 4/10 |
| 112 | 2005 - Form 1041 US Income Tax Return for Estates and Trusts for Bonanza Pacific Group | | √ | | 4/10 |
| 113 | 2006 - Form 1041 US Income Tax Return for Estates and Trusts for Bonanza Pacific Group | | √ | | 4/10 |
| 114 | 2007 - Form 1041 US Income Tax Return for Estates and Trusts for Bonanza Pacific Group | | √ | | 4/10 |
| 115 | 2003 - Form 1120 US Corporation Income Tax Return for Cabo Corp. year end 10/04 | | √ | | 4/10 |
| 116 | 2004 - Form 1120 US Corporation Income Tax Return for Cabo Corp. year end 10/05 | | √ | | 4/10 |
| 117 | 2005 - Form 1120 US Corporation Income Tax Return for Cabo Corp. year end 10/06 | | √ | | 4/10 |
| 118 | 2006 - Form 1120 US Corporation Income Tax Return for Cabo Corp. year end 10/07 | | √ | | 4/10 |
| 119 | 2007 - Form 1120 US Corporation Income Tax Return for Cabo Corp. year end 10/08 | | √ | | 4/10 |
| 120A | 2006 - Form 1040X Amended US Individual Income Tax Return - Susan K. & Curtis L. Morris | | √ | | 4/10 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 3

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 120B | 2006 - IRPT Information for Susan K. Morris | | √ | | 4110 |
| 120C | 2006 - IRPT Information for Curtis L. Morris | | √ | | 4110 |
| 121A | 2008 - Form 1040 US Individual Income Tax Return for Curtis L. Morris | | √ | | 4110 |
| 121B | 2008 - IRPT Information for Curtis L. Morris | | √ | | 4110 |
| 122 | 2005 - Form 1040 Susan K. & Curtis L. Morris | | √ | | 4110 |
| 123 | 2006 - Form 1040 Susan K. & Curtis L. Morris | | √ | | 4110 |
| 124 | 2007 - Form 1040 Susan K. & Curtis L. Morris | | √ | | 4110 |
| 125 | 2001 - IRS Transcript of Account - Curtis Morris | | | | |
| 130A | 2005 - Form 1040X Amended US Individual Income Tax Return - David & Carol Lissy | | √ | | 4110 |
| 130B | 2005 - IRPT Information for David Lissy | | √ | | 4110 |
| 130C | 2005 - IRPT Information for Carol Lissy | | √ | | 4110 |
| 131A | 2006 - Form 1040X Amended US Individual Income Tax Return - David & Carol Lissy | | √ | | 4110 |
| 131B | 2006 - IRPT Information for David Lissy | | √ | | 4110 |
| 131C | 2006 - IRPT Information for Carol Lissy | | √ | | 4110 |
| 132A | 2007 - Form 1040X Amended US Individual Income Tax Return - David & Carol Lissy | | √ | | 4110 |
| 132B | 2007 - IRPT Information for David Lissy | | √ | | 4110 |
| 132C | 2007 - IRPT Information for Carol Lissy | | √ | | 4110 |
| 133A | 2005 - Form 1040X Amended US Individual Income Tax Return - Elyse Del Francia | | √ | | 4110 |
| 133B | 2005 - IRPT Information for Elyse Del Francia | | √ | | 4110 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 4

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 134A | 2006 - Form 1040X Amended US Individual Income Tax Return - Elyse Del Francia | | √ | | 4\|10 |
| 134B | 2006 - IRPT Information for Elyse Del Francia | | √ | | 4\|10 |
| 135A | 2007 - Form 1040 US Individual Income Tax Return for Elyse Del Francia | | √ | | 4\|10 |
| 135B | 2007 - IRPT Information for Elyse Del Francia | | √ | | 4/10 |
| 136A | 2008 - Form 1040 US Individual Income Tax Return for Elyse Del Francia | | √ | | 4/10 |
| 136B | 2008 - IRPT Information for Elyse Del Francia | | √ | | 4\|10 |
| 137A | 2005 - Form 1040X Amended US Individual Income Tax Return - Steven C. & Susan Broughton | | √ | | 4\|10 |
| 137B | 2005 - IRPT Information for Steven Broughton | | √ | | 4\|10 |
| 137C | 2005 - IRPT Information for Susan Broughton | | √ | | 4\|10 |
| 138A | 2006 - Form 1040X Amended US Individual Income Tax Return - Steven C. & Susan Broughton | | √ | | 4\|10 |
| 138B | 2006 - IRPT Information for Steven Broughton | | √ | | 4\|10 |
| 138C | 2006 - IRPT Information for Susan Broughton | | √ | | 4\|10 |
| 139A | 2007 - Integrated Data Retrieval System - IDRS TXMOD for Steven & Susan Broughton | | √ | | 4\|10 |
| 139B | 2007 - IRPT Information for Steven Broughton | | √ | | 4\|10 |
| 139C | 2007 - IRPT Information for Susan Broughton | | √ | | 4\|10 |
| 139D | US Treasury Check for $373,448.41 (2007) | | √ | | 4\|10 |
| 140A | 2008 - Form 1040 US Individual Income Tax Return - Steven C. & Susan Broughton | | √ | | 4\|10 |
| 140B | 2008 - IRPT Information for Steven Broughton | | √ | | 4\|10 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 5

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 140C | 2008 - IRPT Information for Susan Broughton | | √ | | 4/10 |
| 141A | 2005 - Form 1040X Amended US Individual Income Tax Return - Lauren M. & Bruce E. Achord | | √ | | 4/10 |
| 141B | 2005 - IRPT Information for Lauren M. Achord | | | | |
| 141C | 2005 - IRPT Information for Bruce E. Achord | | | | |
| 142A | 2005 - Form 1040X Amended US Individual Income Tax Return - JD & Crystal Akin | | √ | | 4/10 |
| 142B | 2005 - IRPT Information for JD Akin | | | | |
| 142C | 2005 - IRPT Information for Crystal Akin | | | | |
| 143A | 2006 - Form 1040X Amended US Individual Income Tax Return - JD & Crystal Akin | | √ | | 4/10 |
| 143B | 2006 - IRPT Information for JD Akin | | | | |
| 143C | 2006 - IRPT Information for Crystal Akin | | | | |
| 144A | 2007 - Form 1040X Amended US Individual Income Tax Return - JD & Crystal Akin | | √ | | 4/10 |
| 144B | 2007 - IRPT Information for JD Akin | | | | |
| 144C | 2007 - IRPT Information for Crystal Akin | | | | |
| 145A | 2005 - Form 1040X Amended US Individual Income Tax Return - Robert L. Franks & Carol Sands | | √ | | 4/10 |
| 145B | 2005 - IRPT Information for Robert L. Franks | | | | |
| 145C | 2005 - IRPT Information for Carol Sands | | | | |
| 146A | 2005 - Form 1040X Amended US Individual Income Tax Return - Richard E. & Delores J. Maurer | | √ | | 4/10 |
| 146B | 2005 - IRPT Information for Richard E. Maurer | | | | |
| 146C | 2005 - IRPT Information for Delores J. Maurer | | | | |

CASE NO.: 10-cr-00317-REB

CASE CAPTION:   United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF:   United States - Plaintiff

PAGE NUMBER:   6

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 147A | 2006 - Form 1040X Amended US Individual Income Tax Return - Richard E. & Delores J. Maurer | | ✓ | | 4110 |
| 147B | 2006 - IRPT Information for Richard E. Maurer | | | | |
| 147C | 2006 - IRPT Information for Delores J. Maurer | | | | |
| 148A | 2007 - Form 1040X Amended US Individual Income Tax Return - Richard E. & Delores J. Maurer | | ✓ | | 4110 |
| 148B | 2007 - IRPT Information for Richard E. Maurer | | | | |
| 148C | 2007 - IRPT Information for Delores J. Maurer | | | | |
| 149A | 2005 - Form 1040X Amended US Individual Income Tax Return - Paul & Lois McKeag | | ✓ | | 4110 |
| 149B | 2005 - IRPT Information for Paul McKeag | | | | |
| 149C | 2005 - IRPT Information for Lois McKeag | | | | |
| 150A | 2006 - Form 1040X Amended US Individual Income Tax Return - Paul & Lois McKeag | | ✓ | | 4110 |
| 150B | 2006 - IRPT Information for Paul McKeag | | | | |
| 150C | 2006 - IRPT Information for Lois McKeag | | | | |
| 151A | 2007 - Form 1040X Amended US Individual Income Tax Return - Paul & Lois McKeag | | ✓ | | 4110 |
| 151B | 2007 - IRPT Information for Paul McKeag | | | | |
| 151C | 2007 - IRPT Information for Lois McKeag | | | | |
| 152A | 2005 - Form 1040X Amended US Individual Income Tax Return - Bernard & Stacy Przybylski | | ✓ | | 4110 |
| 152B | 2005 - IRPT Information for Bernard Przybylski | | | | |
| 152C | 2005 - IRPT Information for Stacy Przybylski | | | | |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 7

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 153A | 2006 - Form 1040X Amended US Individual Income Tax Return - Bernard Przybylski | | √ | | 4110 |
| 153B | 2006 - IRPT Information for Bernard Przybylski | | | | |
| 154A | 2007 - Form 1040X Amended US Individual Income Tax Return - Bernard & Duyen Przybylski | | √ | | 4110 |
| 154B | 2007 - IRPT Information for Bernard Przybylski | | | | |
| 154C | 2007 - IRPT Information for Duyen Przybylski | | | | |
| 155A | 2008 - Form 1040 US Individual Income Tax Return - Bernard & Duyen Przybylski | | √ | | 4110 |
| 155B | 2008 - IRPT Information for Bernard Przybylski | | | | |
| 155C | 2008 - IRPT Information for Duyen Przybylski | | | | |
| 156A | 2005- Form 1040X Amended US Individual Income Tax Return - Nadeja I. Quell | | √ | | 4110 |
| 156B | 2005- IRPT Information for Nadeja I. Quell | | | | |
| 157A | 2006- Form 1040X Amended US Individual Income Tax Return - Nadeja I. Quell | | √ | | 4110 |
| 157B | 2006- IRPT Information for Nadeja I. Quell | | | | |
| 158A | 2007- Form 1040X Amended US Individual Income Tax Return - Nadeja I. Quell | | √ | | 4110 |
| 158B | 2007- IRPT Information for Nadeja I. Quell | | | | |
| 159A | 2005 - Form 1040X Amended US Individual Income Tax Return - Jeffrey J. Reynolds | | √ | | 4110 |
| 159B | 2005 - IRPT Information for Jeffrey J. Reynolds | | | | |
| 160A | 2006- Form 1040X Amended US Individual Income Tax Return - Jeffrey J. Reynolds | | √ | | 4110 |
| 160B | 2006- IRPT Information for Jeffrey J. Reynolds | | | | |
| 161A | 2007- Form 1040X Amended US Individual Income Tax Return - Jeffrey J. Reynolds | | √ | | 4110 |
| 161B | 2007- IRPT Information for Jeffrey J. Reynolds | | | | |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 8

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 162A | 2005 - Form 1040X Amended US Individual Income Tax Return - Stanley & Donna Sayler | | √ | | 4110 |
| 162B | 2005- IRPT Information for Stanley Sayler | | | | |
| 162C | 2005- IRPT Information for Donna Sayler | | | | |
| 163A | 2006- Form 1040X Amended US Individual Income Tax Return - Stanley & Donna Sayler | | √ | | 4110 |
| 163B | 2006- IRPT Information for Stanley Sayler | | | | |
| 163C | 2006- IRPT Information for Donna Sayler | | | | |
| 164A | 2007- Form 1040X Amended US Individual Income Tax Return - Stanley & Donna Sayler | | √ | | 4110 |
| 164B | 2007- IRPT Information for Stanley Sayler | | | | |
| 164C | 2007- IRPT Information for Donna Sayler | | | | |
| 165A | 2005 - Form 1040X Amended US Individual Income Tax Return - Roger A. Vanderwindt | | √ | | 4110 |
| 165B | 2005 - IRPT Information for Roger A. Vanderwindt | | | | |
| 166A | 2006- Form 1040X Amended US Individual Income Tax Return - Roger A. Vanderwindt | | √ | | 4110 |
| 166B | 2006- IRPT Information for Roger A. Vanderwindt | | | | |
| 167A | 2007- Form 1040X Amended US Individual Income Tax Return - Roger A. Vanderwindt | | √ | | 4110 |
| 167B | 2007- IRPT Information for Roger A. Vanderwindt | | | | |
| 168A | 2008- Form 1040 US Individual Income Tax Return - Roger A. Vanderwindt | | √ | | 4110 |
| 168B | 2008- IRPT Information for Roger A. Vanderwindt | | | | |
| 169A | 2008- Form 1040 US Individual Income Tax Return - Edward J. Vigil, Jr. | | | | |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 9

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 169B | 2008- IRPT Information for Edward J. Vigil, Jr. | | | | |
| 170 | 2005 Instructions for Forms 1099-INT and 1099-OID | | √ | | 4/10 |
| 171 | Guide to Original Issue Discount (OID) Instruments, IRS Pub. 1212 | | √ | | 4/10 |
| 172 | IRS 1099-OID alert web site from email | | √ | | 4/10 |
| 173 | IRS Revenue Ruling Number 2005-21 | | √ | | 4/10 |
| 174 | IRS Revenue Ruling Number 2004-31 | | √ | | 4/10 |
| 175 | IRS Publication entitled "The Truth About Frivolous Tax Arguments" | | | | |
| 176 | Sample IRS Form Letter 3175C (Rev. 3-1-2004) | | √ | | 4/10 |
| 177 | Sample IRS Form Letter 3176 (SC)(2-1999) | | | | |
| 178A | Sample IRS Form Letter 3176 (SC)(Rev. 7-2007) | | √ | | 4/10 |
| 178B | IRS Publication 2105 (Rev. 6-2007)("Why Do I Have to Pay Taxes") | | √ | | 4/10 |
| 179 | IRS Form Letter 3175C , dated 3/4/2009 (David & Carol Lissy) | | √ | | 4/18/12 |
| 180 | IRS Form Letter 3176 (SC), dated 4/24/2009 (Del Francia) | | | | |
| 184 | IRS Integrated Collection System (ICS) Notres re: Armstrong | | | | |
| 186A | IRS Frivolous Return Program Master Database, Curtis L. & Sue K. Morris | | | | |
| 186B | IRS Frivolous Return Program Master Database, Susan K. & Curtis L. Morris | | | | |
| 187A | IRS Frivolous Return Program Master Database, Richard K. & Sharon L. Armstrong | | √ | | 4/10 |

CASE NO.:. 10-cr-00317-REB

CASE CAPTION:   United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF:   United States - Plaintiff                                    PAGE NUMBER:   10

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 187B | IRS Frivolous Return Program Master Database,  Sharon L. & Richard K. Armstrong | | | | |
| 188A | IRS Frivolous Return Program Master Database, David & Carol Lissy | | √ | | 4/10 |
| 188B | IRS Frivolous Return Program Master Database, Carol & David Lissy | | | | |
| 189 | IRS Frivolous Return Program Master Database, Elyse Del Francia | | √ | | 4/10 |
| 190A | IRS Frivolous Return Program Master Database, Steven & Susan Broughton | | √ | | 4/10 |
| 190B | IRS Frivolous Return Program Master Database, Susan & Steven Broughton | | | | |
| 191 | 2008 Form 1040 US Individual Income Tax Return - John & Shurette Reither | | √ | | 4/10 |
| 192 | 2007 Form 1040 US Individual Income Tax Return - Robert & Sherry Fincher | | | | |
| 193 | 2008 US Partnership Return - Finchko LLC | | | | |
| 194 | 2009 US Partnership Return - Finchko LLC | | | | |
| 195 | 2007 US S Corp Income Tax Return - Ascensions, Inc. | | √ | | 4/24/12 |
| 196 | 2008 US S Corp Income Tax Return - Ascensions, Inc. | | √ | | 4/24/12 |
| 197A | Armstrong - Notice of Federal Tax Lien (2005-1007), dated 7/7/2009 (Mohave Co., AZ) | | √ | | 4/19/12 |
| 197B | Armstrong - Notice of Federal Tax Lien (2005-1007), dated 7/7/2009 Yavapai Co., AZ) | | √ | | 4/19/12 |
| 198 | Armstrong - Letter from R.K. & Sharon Armstrong to IRS, dated 7/24/2009 | | | | |
| 199 | Armstrong - Letter from R.K. & Sharon Armstrong to IRS, dated 8/5/2009 | | | | |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 11

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 201 | Morris - College Transcript - Black Hills State University | | ✓ | | 4/19/12 |
| 201.1 | Affidavit of April Meeker (Black Hills State University Records Custodian) | | | | |
| 202 | Employment records Curtis Morris | | ✓ | | 4/17/12 |
| 203 | Morris - IRS W-4, DHS Form I-9 & Wage &Employment records - Partpoint | | | | |
| 204 | Armstrong - Mortgage Application dated 11/22/05 (585 Jones Dr., Lake Havasu City, AZ) | | ✓ | | 4/23/12 |
| 205 | Morris - Driver's license records | | | | |
| 206 | Hall - Driver's license records | | | | |
| 207 | Armstrong - Driver's license records | | ✓ | | 4/11 |
| 208 | Armstrong - U.S. Passport Application  dated 12/6/07 | | ✓ | | 4/16/12 |
| 209 | Morris - U.S. Passport Application - dated 2/27/2003 | | | | |
| 210A | Armstrong - Mailbox Service Agreement and Related Records - Havasu Mail & Packaging Centre, Box No. 393 - Lake Havasu, AZ | | ✓ | | 4/23/12 |
| 210B | Armstrong - Mailbox Service Agreement and Related Records - Havasu Mail & Packaging Centre, Box No. 391 - Lake Havasu, AZ | | ✓ | | 4/23/12 - Except page 5 |
| 210C | Affidavit of William Buchanan (Havasu Mail & Packaging Records Custodian) | | | | |
| 211 | Armstrong - Val-U-Corp Records for Airflite Leasing & PO Box 3087 - Carson City, NV | | ✓ | | 4/18/12 |
| 301A | Morris - 1st  Bank of Tech Center -Signature card account # 652-500-3253 | | ✓ | | 4/19/12 |
| 301B | 1stBank of Tech Center - bank statement for EFFN Books DBA Numbers and Beyond for the period ended 11/5/08 (acct # 652-500-3253) | | ✓ | | 4/19/12 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

(Name and Party Designation)

PAGE NUMBER: 12

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 301C | 1stBank of Tech Center (acct # 652-500-3253) - selected deposit items for the period ended 11/5/08 | | ✓ | | 4/19/12 |
| 301D | 1stBank of Tech Center - bank statement for EFFN Books DBA Numbers and Beyond for the period ended 12/3/08 (acct # 652-500-3253) | | ✓ | | 4/19/12 |
| 301E | 1stBank of Tech Center (acct # 652-500-3253) - check #1032 payable to Larry Hall for $150.00 | | ✓ | | 4/19/12 |
| 301F | 1stBank of Tech Center (acct # 652-500-3253) - deposit items for 11/25/08 deposit of $500 | | ✓ | | 4/19/12 |
| 301G | 1stBank of Tech Center - bank statement for EFFN Books DBA Numbers and Beyond for the period ended 1/6/09 (acct # 652-500-3253) | | ✓ | | 4/19/12 |
| 301H | 1stBank of Tech Center (acct # 652-500-3253) - selected deposit items for the period ended 12/26/08 | | ✓ | | 4/19/12 |
| 301I | 1stBank of Tech Center - bank statement for EFFN Books DBA Numbers and Beyond for the period ended 2/4/09 (acct # 652-500-3253) | | ✓ | | 4/19/12 |
| 301J | 1stBank of Tech Center (acct # 652-500-3253) - deposit item for 1/9/09 deposit of $600 (Broughton) | | ✓ | | 4/11, 4/19/12 |
| 301K | 1stBank of Tech Center (acct # 652-500-3253) - deposit item for 1/29/09 deposit of $600 (Armstrong) | | ✓ | | 4/19/12 |
| 301L | 1stBank of Tech Center (acct # 652-500-3253) - deposit items for 1/21/09 deposit of $1,775 (Vanderwindt & Moscow Auto Parts, LLC DBA Napa Auto Parts) | | ✓ | | 4/19/12 |
| 301M | 1stBank of Tech Center - bank statement for EFFN Books DBA Numbers and Beyond for the period ended 4/6/09 (acct # 652-500-3253) | | ✓ | | 4/19/12 |
| 301N | 1stBank of Tech Center (acct # 652-500-3253) - deposit items for 3/31/09 deposit of $775 (Del Francia & Moscow Auto Parts, LLC DBA Napa Auto Parts) | | ✓ | | 4/19/12 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

(Name and Party Designation)

PAGE NUMBER: 13

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 301O | 1stBank of Tech Center - bank statement for EFFN Books DBA Numbers and Beyond for the period ended 5/5/09 (acct # 652-500-3253) | | ✓ | | 4/19/12 |
| 301P | 1stBank of Tech Center (acct # 652-500-3253) - deposit items for 4/30/09 deposit of $350 (Maurer, Brown & Center of Awakening) | | ✓ | | 4/19/12 |
| 301Q | 1stBank of Tech Center - bank statement for EFFN Books DBA Numbers and Beyond for the period ended 7/7/09 (acct # 652-500-3253) | | ✓ | | 4/19/12 |
| 301R | 1stBank of Tech Center (acct # 652-500-3253) - deposit items for 6/12/09 deposit of $350 (Quell) | | ✓ | | 4/19/12 |
| 301S | Affidavit of Melissa Greene (1st Bank of Tech Center Records Custodian) | | | | |
| 302A | Morris - Signature cards US Bank account # 103699219020 | | ✓ | | 4/16/12 |
| 302B | Morris - US Bank records account # 103699219020 - statement for the period ended 6/15/09 (has $3,700 deposit item on 5/18/09) | | ✓ | | 4/16/12 |
| 302C | Morris - US Bank records account # 103699219020 - statement for the period ended 7/16/08 | | ✓ | | 4/16/12 |
| 302D | Morris - US Bank records account # 103699219020 - canceled check # 6062 payable for $3,213.17 to United States Treasury dated 6/10/08 - memo reads 2001-1040A | | ✓ | | 4/16/12 |
| 303A | Broughton - First National Bank of Monument - signature card acct # 502-912 | | √ | | 4/11 |
| 303A.1 | Broughton Family Trust | | √ | | 4/11 |
| 303B | First National Bank of Monument - bank records account # 502-912 - account statement dated 4/30/09 | | √ | | 4/11 |
| 303B.1 | Broughton - First National Bank of Monument - deposit item 4/28/09 $373,448.11 | | | | |

CASE NO.: 10-cr-00317-REB

CASE CAPTION:  United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF:  United States - Plaintiff

PAGE NUMBER:  14

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 303C | **First National Bank of Monument - bank records account # 502-912 - account statement  dated 7/31/09;  & canceled checks** | | | | |
| 303D | **First National Bank of Monument - bank records account # 502-912 - account statement  dated 9/30/09;  & canceled check & withdrawal ticket** | | ✓ | | 4/24/12 |
| 310A | **Bank of America Signature card for Armstrong personal acct # 0001 1574 7682** | | ✓ | | 4/23/12 |
| 310B | **Bank of America records for acct # 0001 1574 7682 (Armstrong personal) - statement for the period ended 12/22/08** | | ✓ | | |
| 310C | **Bank of America records for acct # 0001 1574 7682 (Armstrong personal) - deposit items for 12/13/2008 deposit of $1,637,481.61 (US Treasury Checks)** | | ✓ | | |
| 310D | **Bank of America records for acct # 0001 1574 7682 (Armstrong personal) - canceled checks, wire transfers out for the period ended 12/22/08** | | ✓ | | |
| 310E | **Bank of America records for acct # 0001 1574 7682 (Armstrong personal) - statement for the period ended 1/22/09** | | ✓ | | |
| 310F | **Bank of America records for acct # 0001 1574 7682 (Armstrong personal) - deposit item dated 12/24/2008 for $340,000** | | ✓ | | |
| 310G | **Bank of America records for acct # 0001 1574 7682 (Armstrong personal) - deposit item - wire received dated January 7, 2009 for $127,000** | | ✓ | | |
| 310H | **Bank of America records for acct # 0001 1574 7682 (Armstrong personal) - canceled checks, wire transfers out for the period ended 1/15/09** | | ✓ | | |
| 310I | **Bank of America records for acct # 0001 1574 7682 (Armstrong personal) - statement for the period ended 2/19/09** | | ✓ | | ↓ |

CASE NO.: 10-cr-00317-REB

CASE CAPTION:  United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF:  United States - Plaintiff

PAGE NUMBER:  15

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 310J | Bank of America records for acct # 0001 1574 7682 (Armstrong personal) - $150,000 wire transfer out dated 1/29/09 | | ✓ | | 4/23/12 |
| 310K | Bank of America records for acct # 0001 1574 7682 (Armstrong personal) - statement for the period ended 3/23/09 | | ✓ | | 4/23/12 |
| 310L | Bank of America records for acct # 0001 1574 7682 (Armstrong personal) - Cashier's Check #420292620 for $65,000 payable to Richard K. Armstrong dated 2/24/09 | | ✓ | | 4/23/12 |
| 311A | Bank One (Chase) - signature card account # 653262220 - Bonanza Pacific Group | | ✓ | | 4/16/12 |
| 311B | Chase - bank records account # 653262220 - Bonanza Pacific Group - bank statement for the period ended 12/31/2008 | | ✓ | | 4/16/12 |
| 311C | Chase - bank records account # 653262220 - Bonanza Pacific Group - deposit item for $58,000 deposit on 12/15/08 | | ✓ | | 4/16/12 |
| 312A | Compass Bank - signature card account # 84182478 (Armstrong personal) | | ✓ | | 4/24/12 |
| 312B | Compass Bank - bank records account # 84182478 - statements for the period ended 1/16/2009 | | ✓ | | |
| 312C | Compass Bank - bank records account # 84182478 - deposit item in the amount of $100,000 dated 1/13/09 | | ✓ | | |
| 312D | Compass Bank - bank records account # 84182478 - deposit item in the amount of $100,000 dated 1/15/09 | | ✓ | | |
| 312E | Compass Bank - bank records account # 84182478 - statements for the period from 1/17/2009 - 2/16/2009 | | ✓ | | |
| 312F | Compass Bank - bank records account # 84182478 - wire transfer in the amount of $150,000 dated 1/29/09 | | ✓ | | |
| 312G | Compass Bank - bank records account # 84182478 - statements for the period from 2/17/2009 - 3/17/2009 | | ✓ | | |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

(Name and Party Designation)

PAGE NUMBER: 16

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 312H | Compass Bank - bank records account # 84182478 - deposit item in the amount of $65,000 dated 3/13/09 | | ✓ | | 4/24/12 |
| 312I | Compass Bank - bank records account # 84182478 - statements for the period from 3/18/2009 - 4/16/2009 | | ✓ | | |
| 312J | Compass Bank - bank records account # 84182478 - wire transfer in the amount of $36,000 dated 4/14/09 | | ✓ | | |
| 312K | Compass Bank - bank records account # 84182478 - check #203 payable to Jan Reynolds dated 3/18/2009 in the amount of $500.00 | | ✓ | | |
| 312L | Compass Bank - bank records account # 84182478 - check #211 payable to Jan Reynolds dated 5/4/2009 in the amount of $100.00 | | ✓ | | |
| 312M | Compass Bank - bank records account # 84182478 - statements for the period from 4/17/2009 - 5/15/2009 | | ✓ | | |
| 312N | Affidavit of Janice White (Compass Bank Records Custodian) | | | | |
| 320A | TCF Bank - Signature card account # 9870710141 - Larry Hall | | ✓ | | 4/23/12 |
| 320B | Bank records account # 9870710141 (Hall) - Bank Statement for the period ended 12/19/08 | | ✓ | | |
| 320B.1 | Bank records account # 9870710141 (Hall) - deposit item in the amount of $25,000 dated 12/16/2008 | | ✓ | | |
| 320C | Bank records account # 9870710141 (Hall) - Bank Statement for the period ended 1/21/09 | | ✓ | | |
| 320D | Intentionally Omitted | | | | |
| 320E | Bank records account # 9870710141 (Hall) - wire transfer advice - $727,000 wire from Richard K. & Sharon L. Armstrong dated 12/22/2008 | | ✓ | | 4/23/12 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

(Name and Party Designation)

PAGE NUMBER: 17

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 320F | Bank records account # 9870710141 (Hall) - wire transfer advice - $665,000 wire to Land Title Guarantee Company dated 12/23/08 | | ✓ | | 4/23/12 |
| 320G | Bank records account # 9870710141 (Hall) - wire transfer advice - $127,000 wire to Richard K. & Sharon L. Armstrong dated 1/7/09 | | ✓ | | |
| 320H | Bank records account # 9870710141 (Hall) - wire transfer advice - $70,000 wire transfer From Land Title to Larry Ray Hall & Mary Ann Sands dated 12/31/08 | | ✓ | | |
| 320I | Bank records account # 9870710141 (Hall) - Bank Statement for the period ended 2/20/08 | | ✓ | | |
| 320J | Bank records account # 9870710141 (Hall) - Bank Statement for the period ended 3/21/08 | | ✓ | | |
| 320K | Affidavit of John Maloney (TCF Bank Records Custodian) | | | | |
| 330A | Bank of America  Signature card for acct # 0001 1574 9901 (Cabo Corp) | | ✓ | | 4/24/12 |
| 330B | Bank of America records for acct # 0001 1574 9901 (Cabo Corp) - statement for the period ended 12/31/2008 | | ✓ | | |
| 330C | Bank of America records for acct # 0001 1574 9901 (Cabo Corp) - $345,000 deposit item dated 12/22/08 (check from Armstrong personal account at Bank of America) | | ✓ | | |
| 330D | Bank of America records for acct # 0001 1574 9901 (Cabo Corp) - canceled check # 3596 for $340,000 payable to R.K. Armstrong dated 12/24/2008 (memo reads "Loan pmt.") | | ✓ | | |
| 330E | Bank of America records for acct # 0001 1574 9901 (Cabo Corp) - statement for the period ended 1/30/09 | | ✓ | | |
| 330F | Bank of America records for acct # 0001 1574 9901 (Cabo Corp) - statement for the period ended 2/28/09 | | ✓ | | |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 18

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 340A | Chase - bank records - signature card account # 812939742 (Armstrong personal) | | ✓ | | 4/16/12 |
| 340B | Chase - bank records account # 812939742 (Armstrong personal) - statement for the period ended 1/23/09 | | ✓ | | 4/16/12 |
| 340C | Chase - bank records account # 812939742 (Armstrong personal) - deposit item dated 12/23/2008 for $50,000 | | ✓ | | 4/16/12 |
| 350A | Photocopies of 2008 Form 1099-OID, Payer: LA Financial Credit Union, Recipient: Sharon Armstrong | | ✓ | | 4/12 |
| 350B | Photocopies of 2005-2008 Forms 1099-A, Lender: Richard K. Armstrong | | ✓ | | 4/12 |
| 350C | Photocopies of Envelopes | | ✓ | | 4/12 |
| 351 | Letter from Ann Cohenour to Mrs. Armstrong, dated February 6, 2009 | | ✓ | | 4/12 |
| 352 | LA Financial Credit Union Email Exchanges, January 30, 2009 | | ✓ | | 4/12 |
| 360 | US Bank, Corporate Tax, Screen Shots showing Negative Results for Queried TINs | | | | |
| 361 | US Bank, Corporate Tax, Screen Shots showing Positive Results for Queried TINs | | | | |
| 362 | US Bank, Corporate Tax, Example of US Banks Substitute Form 1099-INT/OID/DIV | | | | |
| 400A | Bank of America 12/22/08 Fax Cover Sheet attaching Funds Transfer Request and Authorization (Armstrong $727,000 wire to Hall) | | ✓ | | 4/18/12 |
| 400B | Contract to Buy and Sell 14255 Harvest Rd, Brighton, CO | | ✓ | | 4/18/12 |
| 400C | Statement of Settlement (Purchasers) for 14255 Harvest Rd, Brighton CO | | ✓ | | 4/18/12 |
| 401A | Wire Transfer in Receipt | | ✓ | | 4/18/12 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION:   United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF:  United States - Plaintiff

PAGE NUMBER:   19

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 401B | Letter of Direction dated 12/30/08 from Hall to Land Title | | ✓ | | 4/18/12 |
| 401C | Harvest Land Trust Agreement between Larry Hall and Janice Kay Reynolds, as Trustee | | ✓ | | 4/18/12 |
| 401D | Letter of Direction dated 1/8/09 from Janice Kay Reynolds to Land Title | | ✓ | | 4/18/12 |
| 401E | Email dated 1/12/09 from Hall to Veronica Armijo re: Funds being held by Land Title | | ✓ | | 4/18/12 |
| 401F | Limited Power of Attorney dated 1/8/2009, executed by Janice Kay Reynolds | | ✓ | | 4/18/12 |
| 401G | Photocopy of Larry Ray Hall Colorado Driver License | | | | 4/18/12 |
| 401H | Disbursement Statement (Confirmation Copy) | | ✓ | | 4/18/12 |
| 401I | Contract to Buy and Sell Real Estate  -  14255 Harvest Rd, Brighton, CO dated 12/28/08 | | ✓ | | 4/18/12 |
| 401J | Closing Instructions - I 14255 Harvest Rd, Brighton, CO dated 12/30/08 | | ✓ | | 4/18/12 |
| 401K | Affidavit of Rebecca Hammer (Land Title Records Custodian) | | ✓ | | 4/18/12 |
| 402A | Warranty Deed dated 1/21/2009 transferring 14255 Harvest Rd., Brighton, CO from Jose R. Villela to Harvest Land Trust | | ✓ | | 4/18/12 |
| 402B | Quit Claim Deed dated 1/21/2009 transferring Well Permit #259458 from Jose R. Villela to Harvest Land Trust | | | | |
| 402C | Limited Power of Attorney dated 1/8/2009 | | | | |
| 402D | Certificate of Authority dated 1/3/2009 | | | | |
| 402E | Quit Claim Deed dated 10/24/2009 transferring 14255 Harvest Mile Rd., Brighton, CO from Harvest Land Trust to Foreign Enterprises | | ✓ | | 4/18/12 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

(Name and Party Designation)

PAGE NUMBER: 20

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 403 | Quit Claim Deed dated 11/27/09 re: conveyance of 585 Jones Dr. Lake Havasu City, AZ to Foreign Enterprises | | ✓ | | 4/23/12 |
| 404 | Quit Claim Deed dated 12/26/08 conveying 30 Perkins Dr Prescott, AZ | | ✓ | | 4/24/12 |
| 500 | Instructions for filing 1099 OIDs | | ✓ | | 4/18/12 |
| 501 | Table of Credit Accounts | | ✓ | | 4/18/12 |
| 502 | Statement of Responsibility | | ✓ | | 4/18/12 |
| 503 | Cover Letter from Curtis Morris re: 2005, 2006 & 2007 Forms 1040X | | ✓ | | 4/18/12 |
| 504 | Proposed joint venture with Hall | | ✓ | | 4/18/12 |
| 505 | Grand Jury Testimony - David Lissy 8/26/2010 | | | | |
| 510 | 2007 Form 1040X for Steven & Susan Broughton | | √ | | 4/11 |
| 511 | Form 1096 & Forms 1099-OID 2005  - Steven Broughton | | √ | | 4/11 |
| 512 | Form 1096 & Forms 1099-OID 2006 - Steven Broughton | | √ | | 4/11 |
| 513 | Form 1096 & Forms 1099-OID 2007 - Steven Broughton | | √ | | 4/11 |
| 514 | Form 1096 & Forms 1099-OID 2008 - Steven Broughton | | ✓ | | 4/11 |
| 515 | Broughton - Email from Morris dated 7/1/09 re: IRS CID Raid | | √ | | 4/11 |
| 516 | Broughton - Email from Morris dated 9/22/09 | | √ | | 4/12 |
| 517 | Broughton Brief History of OID document - received from Morris | | √ | | 4/11 |
| 518A | email from Larry Hall to Steven Broughton dated 9/8/09 - re: do you have this one? | | √ | | 4/12 |
| 518B | email from Fred Hill to Steven Broughton dated 12/7/08 - Why you can reclaim your OID | | | | |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 21

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 518C | A "Relatively" Brief History of How Original Issue Discount (OID) Came to Be and Why It Must Return to the Source (Y.O.U.) - dated 10/25/2008 | | | | |
| 519 | Canceled check payable to Morris for $3,700 dated 5-15-09 | | √ | | 4/11 |
| 520 | Grand Jury Testimony - Steven Broughton 2/14/2011 | | | | |
| 521 | Broughton - email from Fred Hill dated 12/7/2008 - Why you can reclaim your OID and attached OID document | | √ | | 4/11 |
| 522 | Chart of accounts for Broughton OID | | √ | | 4/11 |
| 523A | IRS Notice 3176C to Broughton dated 7/9/09 | | √ | | 4/24/12 |
| 523B | IRS Notice 3175C to Broughton dated 7/9/09 | | √ | | 4/24/12 |
| 524A | Broughton letter to IRS dated 8/9/09 | | √ | | 4/24/12 |
| 524B | Steven Broughton's notes regarding phone contact with IRS | | | | |
| 525 | email from Morris to Broughton dated 5/6/09 - re: updated response letter to 3176SC for 2005 | | √ | | 4/11 |
| 526 | Broughton plea agreement letter - dated 2/13/2011 - signed by Broughton and AUSA Harmon | | √ | | 4/12 |
| 527 | Steven Broughton Statement | | | | |
| 528 | Broughton Notary Public Record Book (excerpted pages) | | √ | | 4/11 |
| 530 | Certified Letter to IRS from Elyse Del Francia re: 2008 1040 | | | | |
| 531 | Certified Letter to IRS from Elyse Del Francia re: 2007 1040 | | √ | | 4/16/12 |
| 532A | Affidavit and Certificate of Service dated 5/7/09 - Steven & Susan Broughton | | √ | | 4/11 |
| 532B | Response letter from Steven & Susan Broughton to IRS dated 5/7/09 | | √ | | 4/11 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION:   United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF:   United States - Plaintiff

PAGE NUMBER:   22

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 532C | Copy of IRS Letter Number 3176SC for Tax Period 2005 from Ms. Green | | ✓ | | 4/11 |
| 532D | Copy of IRS Form 1040X for tax period 2005 - Steven C. Broughton | | ✓ | | 4/11 |
| 532E | Copy of Form 1099-OID for tax period 2005 - Steven C. Broughton | | ✓ | | 4/11 |
| 533 | Response letter from Steven & Susan Broughton to IRS dated 4/29/09 | | ✓ | | 4/11 |
| 601 | email from Armstrong to Chafin dated 12/15/2008 | | ✓ | | 4/18/12 |
| 602 | email from Chafin to Armstrong dated 12/15/2008 (without handwritten notations) | | ✓ | | 4/18/12 |
| 603 | email from Armstrong to Chafin dated 12/16/2008 | | ✓ | | 4/18/12 |
| 604A | email from Armstrong to Chafin  dated 12/16/2008 (attaching OID History) | | ✓ | | 4/18/12 |
| 604B | Attachment to GX 604A (OID History) | | ✓ | | 4/18/12 |
| 605 | email from Chafin to Armstrong dated 12/16/2008 | | ✓ | | 4/18/12 |
| 606 | email from Chafin to Armstrong dated 2/23/09 (providing IRS website link re 1099 OID claims) | | ✓ | | 4/18/12 (also admitted is 606.1) |
| 610 | Chafin Workpapers- Armstrong - Personal Information | | | | |
| 611 | Chafin Workpapers- Armstrong - 2005 Federal and State Returns | | | | |
| 612 | Chafin Workpapers - Armstrong- 2006 Client Information | | | | |
| 613 | Chafin Workpapers - Armstrong- 2006 Personal Income Tax Info & Related Records | | | | |
| 614 | Chafin Workpapers- Armstrong 2006 Federal and State Returns | | | | |
| 615 | Chafin Workpapers - Armstrong - 2007 Client Information | | | | |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 23

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 616 | Chafin Workpapers - Armstrong - 2007 Income Tax Info | | | | |
| 617 | Chafin Workpapers - Armstrong - 2007 Federal and State Returns | | | | |
| 618A | Chafin Workpapers- Armstrong - Return Transmittal Email | | | | |
| 618B | Chafin Workpapers- Armstrong - Email from Ken Chafin to Dick and Sharon Armstrong dated 10/11/07 | | | | |
| 618C | Chafin Workpapers- Armstrong - Email from Richard Armstrong to Ken Chafin dated 6/17/08 | | | | |
| 619 | Chafin Workpapers- Cabo- 2004 1120 Return | | | | |
| 620 | Chafin Workpapers- Cabo - 2005 Income Tax Information | | | | |
| 621 | Chafin Workpapers- Cabo- 2005 1120 Return | | | | |
| 622A | Chafin Workpapers- Cabo- 2006 Income Tax Info (with handwritten notes) | | | | |
| 622B | Chafin Workpapers- Cabo- 2006 Income Tax Info (without handwritten notes) | | | | |
| 622C | Chafin Workpapers- Cabo- Future Depreciation Report FYE 10/31/06 | | | | |
| 623 | Chafin Workpapers- Cabo- 2006 1120 Return | | | | |
| 624 | Chafin Workpapers- Cabo- 2007 Income Tax Return Information | | | | |
| 625 | Chafin Workpapers- Cabo- 2007 1120 Return | | | | |
| 626A | Chafin Workpapers- Cabo- 2008 Income Tax Information | | | | |
| 626B | Chafin Workpapers- Cabo- 2008 Federal Depreciation Schedule | | | | |
| 627 | Chafin Workpapers- Cabo- Arizona Corporate Commission Cabo Corp | | | | |
| 701 | email from Hall to Morris - forward of Chafin email - dated 12/16/2008 8:58:18 pm | | ✓ | | 4/16/12 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION:  United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF:  United States - Plaintiff

PAGE NUMBER:   24

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 702 | email from Morris to Hall - commenting on email from Chafin - dated 12/16/2008 11:26:00 pm | | ✓ | | 4/16/12 |
| 703A | email from Hall to Morris - comments on Morris' comments to Chafin email - dated 12/17/2011 6:05:06 am | | ✓ | | 4/16/12 |
| 703B | Printout of IRS Form 1099-OID Fraud alert dated 10/10/2008 - taken from IRS.gov | | | | |
| 704A | email and attachments - Armstrong to Morris re: 2008 taxes - dated 1/23/2009 1:52:46 pm | | ✓ | | 4/16/12 |
| 704B | 2008 Income Tax Information for Richard & Sharon Armstrong, summary and supporting information/documents | | ✓ | | 4/16/12 |
| 705A | email from Armstrong to Morris - dated 1/25/09 8:13:50 AM | | ✓ | | 4/16/12 |
| 705B | 2008 Forms 1096 Annual Summary and Transmittal of US Information Returns and Forms 1099-OID, Richard K. Armstrong and Sharon L. Armstrong filers | | ✓ | | 4/16/12 |
| 706 | email from Curtis Morris to Elyse Del Francia - dated 5/6/09 9:53:00 pm | | ✓ | | 4/16/12 - (with any highlighting redacted) |
| 707 | email from Elyse Del Francia to Curtis Morris - dated 5/6/09 10:25:39 pm | | ✓ | | 4/16/12 |
| 708 | email from Elyse Del Francia to Curtis Morris - dated 5/4/09 5:41:43 pm | | ✓ | | 4/16/12 |
| 709 | email from Elyse Del Francia to Curtis Morris - dated 5/4/09 2:24:09 pm | | ✓ | | 4/16/12 |
| 710 | email from Elyse Del Francia to Curtis Morris - dated 5/4/09 3:41:47 pm | | ✓ | | 4/16/12 |
| 711 | email from Armstrong to Morris dated 4/4/2009 11:30:58 am - Vanderwindt returns | | ✓ | | 4/16/12 |
| 712 | email from Armstrong to Morris dated 4/7/2009 10:08:45 am - Vanderwindt returns | | ✓ | | 4/16/12 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 25

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 713 | Email from Curtis Morris to David Lissy, dated 11/3/2008, 10:29 p.m. | | ✓ | | 4/16/12 |
| 714 | Email from Elyse Del Francia to Curtis Morris, dated 5/4/2009, 6:00:29 p.m. | | ✓ | | 4/17/12 – with any highlighting redacted |
| 715 | email from Elyse Del Francia to Curtis Morris dated 5/1/09 11:35:02 pm - re: Report from Copy Katz LLC | | ✓ | | 4/17/12 |
| 716 | email from Elyse Del Francia to Curtis Morris dated 5/4/09 10:39:29 am - fw: Report from Copy Katz LLC | | ✓ | | 4/17/12 |
| 717 | email from Elyse Del Francia to Curtis Morris dated 5/4/09 4:12:46 pm - fw: Report from Copy Katz LLC | | ✓ | | 4/17/12 |
| 718 | email from Elyse Del Francia to Curtis Morris dated 5/4/09 4:27:01 pm - fw: Report from Copy Katz LLC | | ✓ | | 4/17/12 |
| 719 | email from Elyse Del Francia to Curtis Morris dated 5/4/09 5:06:02 pm - fw: Report from Copy Katz LLC | | ✓ | | 4/17/12 |
| 720 | email from Elyse Del Francia to Curtis Morris dated 5/4/09 6:20:11 pm - fw: Report from Copy Katz LLC | | ✓ | | 4/17/12 |
| 721 | email from Curtis Morris to Jan Reynolds dated 5/5/09 7:43:00 am - re: Report from Copy Katz LLC | | ✓ | | 4/17/12 |
| 722 | email from Jan Reynolds to Curtis Morris dated 5/5/09 7:45:45 am - re: Report from Copy Katz LLC | | ✓ | | 4/17/12 |
| 723 | email from Elyse Del Francia to Curtis Morris dated 5/6/09 8:17:33 pm - re: Report from Copy Katz LLC | | ✓ | | 4/17/12 |
| 724 | email from Elyse Del Francia to Richard Armstrong dated 5/8/09 6:20:08 pm - Did you not receive this Dick? | | ✓ | | 4/17/12 |
| 725 | email from Elyse Del Francia to Richard Armstrong dated 5/8/09 8:17:21 pm - IRS Response to 3176SC 2007 Return and letter to IRS from Elyse Del Francia dated 5/10/2009 | | ✓ | | 4/17/12 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION:   United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER:   26

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 726 | email from Elyse Del Francia to Curtis Morris dated 5/8/09 8:58:26 pm - re: Report from Copy Katz LLC | | ✓ | | 4/17/12 - with any highlighting redacted |
| 727 | email from Elyse Del Francia to Richard Armstrong dated 5/15/09 11:58:46 am  - fw: IRS Response | | ✓ | | 4/17/12 |
| 728 | email from Elyse Del Francia to Curtis Morris dated 5/18/2009 9:43:33 am - Elyse here… | | ✓ | | 4/17/12 |
| 729 | email from Elyse Del Francia to Curtis Morris dated 5/19/2009 7:57:31 am - Re: Report from Copy Katz LLC | | ✓ | | 4/17/12 |
| 730 | email from Elyse Del Francia to Curtis Morris dated 5/20/2009 7:16:04 pm - Elyse here Curtis… | | ✓ | | 4/17/12 |
| 731 | email from Elyse Del Francia to Curtis Morris dated 5/22/09 10:18:57 am  - IRS Response to 3176SC 2005 Return and letter to IRS from Elyse Del Francia dated 5/10/2009 | | ✓ | | 4/17/12 |
| 732 | email from Elyse Del Francia to Curtis Morris dated 5/22/09 10:54:40 am  - IRS Response to 3176SC 2005 Return and letter to IRS from Elyse Del Francia dated 5/10/09 | | ✓ | | 4/17/12 |
| 740 | MS Outlook Contact Information Record re: Dick Armstrong | | ✓ | | 4/16/12 |
| 741A | Email from Armstrong to Morris, dated 4/24/2009, 4:51:49 p.m., re: IRS response letter | | ✓ | | 4/17/12 |
| 741B | Email attachment: IRS letter dated 4/10/2009 to Richard K. Armstrong | | ✓ | | 4/17/12 |
| 750 | MS Outlook Contact Information Record re: Roger Vanderwindt | | | | |
| 751 | email from Roger Vanderwindt to Curtis Morris dated 1/23/09 9:34:29 am - re: Roger Vanderwindt | | ✓ | | 4/17/12 - with any highlighting redacted |
| 752 | email from Roger Vanderwindt to Curtis Morris dated 3/1/09 7:21:24 am - re: Roger Vanderwindt | | ✓ | | 4/17/12 - with any highlighting redacted |

CASE NO.:  10-cr-00317-REB

CASE CAPTION:  United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF:  United States - Plaintiff

PAGE NUMBER:  27

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 753 | email from Curtis Morris to Roger Vanderwindt dated 3/10/09 9:28:00 pm - re: Roger Vanderwindt | | ✓ | | 4/17/12 - with any highlighting redacted |
| 754 | email from Roger Vanderwindt to Curtis Morris dated 3/20/09 3:37:30 pm - Roger Vanderwindt | | ✓ | | 4/17/12 -    " |
| 755 | email from Roger Vanderwindt to Curtis Morris dated 3/21/09 3:13:19 am - re: Roger Vanderwindt | | ✓ | | 4/17/12 -    " |
| 756 | email from Roger Vanderwindt to Curtis Morris dated 4/2/09 9:12:33 am - re: 2008 taxes | | ✓ | | 4/17/12 -    " |
| 757 | email from Roger Vanderwindt to Curtis Morris dated 4/3/09 10:00:48 am - 2008 taxes | | ✓ | | 4/17/12 -    " |
| 758 | email from Roger Vanderwindt to Curtis Morris dated 4/28/09 5:17:34 pm - IRS/tax returns | | ✓ | | 4/17/12 - |
| 759 | email from Roger Vanderwindt to Curtis Morris dated 4/30/09 9:36:27 am - re: IRS/tax returns | | ✓ | | 4/17/12 |
| 760A | email from Roger Vanderwindt to Curtis Morris dated 5/6/09 11:57:32 am - re: response letter | | ✓ | | 4/17/12 |
| 760B | letter to IRS from Roger Vanderwindt dated 5/5/2009 re: letter 3176(SC) 2005 | | ✓ | | 4/17/12 |
| 760C | letter to IRS from Roger Vanderwindt dated 5/5/2009 re: letter 3176(SC) 2006 | | ✓ | | 4/17/12 |
| 760D | letter to IRS from Roger Vanderwindt dated 5/5/2009 re: letter 3176(SC) 2007 | | ✓ | | 4/17/12 |
| 770 | Email from Curtis Morris to Steven Broughton dated 5/3/2009, 5:09:00 p.m. | | √ | | 4/11 |
| 771 | Email from Curtis Morris to Steven Broughton dated 4/30/2009, 10:00:00 p.m. | | √ | | 4/11 |
| 772 | Email from Steven Broughton to Curtis Morris dated 12/10/2008, 9:05:04 p.m. | | √ | | 4/11 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION:  United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF:  United States - Plaintiff

PAGE NUMBER:   28

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 773 | Email from Curtis Morris to Steven Broughton dated 12/10/2008, 10:45:00 p.m. | | √ | | 4/11 |
| 774A | Email from Steven Broughton to Curtis Morris dated 12/11/2008, 1:33:48 p.m. | | √ | | 4/11 |
| 774B | Form 1099-OID data spreadsheet - Steven Broughton | | √ | | 4/11 |
| 774C | List of addresses and tax ID numbers for banks | | √ | | 4/11 |
| 774D | Checks/debit transactions by month | | √ | | 4/11 |
| 775 | Email from Curtis Morris to Steven Broughton dated 12/11/2008, 9:07:00 p.m. | | √ | | 4/11 |
| 776A | Email from Steven Broughton to Curtis Morris dated 4/22/09, 7:57:05 p.m. | | √ | | 4/11 |
| 776B | Draft letter from Steven Broughton Susan Harvey to IRS dated 4/22/09 | | √ | | 4/11 |
| 790 | Email from joker to Curtis Morris, dated 1/3/2009, 4:43:31 a.m. | | √ | | 4/17/12 |
| 791 | Email from Beryl-Joan, Koenig, to Curtis Morris and others, dated 1/22/09, 6:05:34, re: FW: Update on recent events | | √ | | 4/17/12 |
| 792A | Email from Mimi Vigil to Curtis , dated 2/1/2009, 11:55:31 p.m. | | √ | | 4/17/12 |
| 792B | Email attachment: Images of U.S. Treasury Checks | | √ | | 4/17/12 |
| 793 | Email from Katherine Christensen to Curtis Morris, dated 2/16/2009, 4:05:56 p.m., re: "referral from Dick Armstrong" | | √ | | 4/17/12 - with highlighting redacted |
| 801 | Fedex records - Airbill # 790119436570 - shipment from Curtis Morris to R Armstrong dated 10/23/2008 | | √ | | 4/23/12 |
| 802 | Fedex records - Airbill # 797484256427 - shipment from Curtis Morris to R Armstrong dated 4/7/09 | | √ | | 4/7/12 |
| 803 | Fedex records - Airbill # 864393514101 - shipment from Larry Hall to Dick Armstrong dated 10/13/2008 | | √ | | 4/23/12 |

CASE NO.: 10-cr-00317-REB

CASE CAPTION:  United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF:  United States - Plaintiff

PAGE NUMBER:   29

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 804 | Fedex records - Airbill # 867494037243 - shipment from Larry Hall to Dick Armstrong dated 10/14/2008 | | ✓ | | 4/23/12 |
| 805 | Fedex records - Airbill # 867069896780 - shipment from Elyse (Del Francia) to Curtis Numbers and Beyond dated 5/11/09 | | ✓ | | 4/23/12 |
| 806 | Fedex records - Airbill # 7976074200370 - shipment from Curtis Morris Numbers & Beyond to Elyse Del Francia dated 5/19/09 | | ✓ | | 4/23/12 |
| 807 | Fedex records - Airbill # 869231600006 - shipment from Steven Broughton to Dick Armstrong dated 5/5/09 | ✓ | | | 4/11 |
| 808 | Fedex records - Airbill # 867069896713 - shipment from Elyse Del Francia to Jan Reynolds dated 1/30/09 | | ✓ | | 4/23/12 |
| 809 | Fedex records - Airbill #79748425627 - shipment from Curtis Morris to Dick Armstrong, reference Vanderwindt | | ✓ | | 4/23/12 |
| 810 | Affidavit of Tracey Learned (Fedex Records Custodian) | | | | |
| 901 | US DOT, Certified Copy of FAA Aircraft File for Beech A36 (Cessna), Registration No. N5509Y | | ✓ | | 4/19/12 |
| 902A | Armstrong - 9/2/04 letter to Cessna Finance, enclosing loan application | | ✓ | | 4/23/12 |
| 902B | Armstrong - Financial Statement and other records submitted in subpport of Loan Application dated 9/2/04 - Cessna Finance | | ✓ | | 4/23/12 |
| 902C | Affidavit of Brent Cox (Cessna Records Custodian) | | | | |
| 903 | US DOT, Certified Copy of FAA , Aerospace Medical Certification Division, medical record file for Richard Kellogg Armstrong from February 13, 1961 | | | | |
| 904 | US DOT, Certified Copy of FAA , Airmen Certification Branch, airman file for Richard Kellogg Armstrong | | | | |

CASE NO.: 10-cr-00317-REB

CASE CAPTION:   United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF:   United States - Plaintiff

PAGE NUMBER:   30

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 905 | **Armstrong - Cessna Finance Corp. - Quick Approval Application** | | | | |
| 906 | **Armstrong - Aircraft Purchase Agreement** | | | | |
| 907 | **Armstrong - Cessna Finance Corp. - Promissory Note** | | | | |
| 908 | **Armstrong - Cessna Finance Corp. - Security Agreement** | | | | |
| 909 | **Armstrong - Cessna Fiance Corp. - Disbursement Letter** | | | | |
| 910 | **Armstrong - Cessna Finance Corp. - Loan Transaction Summary Print Out** | | | | |
| 911 | **Armstrong - DOT, FAA Form Release of Security Conveyance  by Cessna Finance, re: Conveyance No. PP025910** | | | | |
| 1001 | **Morris - Memorandum of Interview of dated  7-1-09** | | | | |
| 1002 | **Recordings of Armstrong phone calls while in custody in El Centro, CA** | | | | |
| 1003 | **Armstrong - ICS Single History Transcript History Information (record of taxpayer contact 7/21/2009)** | | | | |
| 1010 | **2007 IRS Instructions for Forms 1099-INT and 1099-OID (found at Morris residence)** | | ✓ | | 4/19/12 |
| 1011 | **Statement dated 12/3/2008 for EFFN 1st Bank, Acct. - 3253 (found at Morris residence)** | | ✓ | | 4/19/12 |
| 1012 | **Statement dated 3/4/2009 for EFFN 1st Bank, Acct. - 3253 (found at Morris residence)** | | | | |
| 1013 | **Document entitled "Using the 1040 and 1099 to Claim Your Re-Fund" (found at Morris residence)** | | | | |
| 1014 | **Photograph of laptop & keyboard (found at Morris residence)** | | ✓ | | 4/16/12 |
| 1020 | **Verified Claim by Richard K. Armstrong for Seized Property, Case No. 10-cv-01073 (D.Colo.)(Docket Entry No. 48)** | | | | |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 31

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 1021 | Motion to Stay filed by Richard K. Armstrong, pro se, Case No. 10-cv-01073-MSK (D.Colo.) (Docket Entry No. 105) | | | | |
| 1022A | Government's Response to Motion to Dismiss - 10-cv-1073-MSK-MEH (DE 109) | | | | |
| 1022B | Response by Richard K. Armstrong, Pro Se, to Government's Response to Petitioner's Motion to Dismiss, Case No. 10-c-01073-MSK (D.Colo.)(Docket Entry No. 110) | | | | |
| 1101A | Photograph of 14255 Harvest Mile Road, Brighton, CO | | ✓ | | 4/18/12 |
| 1101B | Satellite image of 14255 Harvest Mile Road, Brighton, CO | | | | |
| 1102A | Photograph of Beech A36 (Cessna), Registration No. N5509Y | | ✓ | | 4/24/12 |
| 1102B | Photograph of Beech A36 (Cessna), Registration No. N5509Y (Alternative) | | ✓ | | 4/24/12 |
| 1103 | Photograph of 30 Perkins Dr., Prescott, AZ | | ✓ | | 4/24/12 |
| 1104 | Photograph of Val-U-Corp Services, Inc. offices at 1802 N. Carson St., #108, Carson City, NV | | | | |
| 1201A | Summary of Federal Income Tax Withheld Claimed v. Accounted For | | ✓ * | | 4/10 * As revised, admitted 4/23/12 |
| 1201B | Summary of Federal Income Tax Withheld Return v. Listed Payer Susan & Curtis Morris - 2006 Amended Income Tax Return Form 1040X | | ✓ * | | 4/19/12 - * FDPO |
| 1201C | Summary of Federal Income Tax Withheld Return v. Listed Payer Curtis Morris - 2008 Individual Income Tax Return Form 1040 | | ✓ * | | 4/19/12 - * FDPO |
| 1201D | Summary of Federal Income Tax Withheld Return v. Listed Payer Richard K. & Sharon L. Armstrong - 2005 Amended Individual Income Tax Return Form 1040X | | ✓ * | | 4/19/12 * FDPO |

CASE NO.: 10-cr-00317-REB

CASE CAPTION: United States of America v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF: United States - Plaintiff

PAGE NUMBER: 32

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 1201E | Summary of Federal Income Tax Withheld Return v. Listed Payer<br>Richard K. & Sharon L. Armstrong - 2006 Amended Individual Income Tax Return Form 1040X | | ✗ ✓ | | 4/19/12 - *FDPO |
| 1201F | Summary of Federal Income Tax Withheld Return v. Listed Payer<br>Richard K. & Sharon L. Armstrong - 2007 Amended Individual Income Tax Return Form 1040X | | ✗ ✓ | | 4/19/12 - *FDPO |
| 1201G | Summary of Federal Income Tax Withheld Return v. Listed Payer<br>Elyse Del Francia-Goodwin - 2007 Individual Income Tax Return Form 1040 | | ✗ ✓ | | 4/19/12 - *FDPO |
| 1201H | Summary of Federal Income Tax Withheld Return v. Listed Payer<br>Elyse Del Francia-Goodwin - 2008 Individual Income Tax Return Form 1040 | | | | |
| 1201I | Summary of Federal Income Tax Withheld Return v. Per Taxpayers<br>Steven C. & Susan L. Broughton - 2005 Amended Individual Income Tax Return Form 1040X | | ✗ ✓ | | 4/19/12 - *FDPO |
| 1201J | Summary of Federal Income Tax Withheld Return v. Per Taxpayers<br>Steven C. & Susan L. Broughton - 2006 Amended Individual Income Tax Return Form 1040X | | ✗ ✓ | | 4/19/12 - *FDPO |
| 1201K | Summary of Federal Income Tax Withheld Return v. Per Taxpayers<br>Steven C. & Susan L. Broughton - 2008 Individual Income Tax Return Form 1040 | | ✗ ✓ | | 4/19/12 - *FDPO |
| 1202 | Summary Spreadsheet, Richard K. or Sharon L. Armstrong Bank of America Acct. - 7682 | | ✗ ✓ | | 4/24/12 - *FDPO |
| 1203 | Summary Spreadsheet, Larry Hall TCF Bank Acct. - 0141, 12/19/2008 - 3/20/09 | | ✓ | | 4/24/12 - *FDPO |

CASE NO.: 10-cr-00317-REB

CASE CAPTION:  UNITED STATES OF AMERICA v. Curtis L. Morris and Richard Kellogg Armstrong

EXHIBIT LIST OF:  United States - Plaintiff                                      PAGE NUMBER:    33

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 1204 | Summary Spreadsheet, Richard K. or Sharon L. Armstrong Chase Bank Acct. - 9742, 1/23/09 - 2/25/09 | | ✓ | | 4/24/12 - ☆ FDPO |
| 1205 | Diagram of Financial Activity - Richard Armstrong | | ✓ | | 4/24/12 - ☆ FDPO |
| 534 | Letter from Mr. Kenneth Harmon to Mr. Michael Arvin re Steven Broughton dated 3-5-10 | | ✓ | | 4/12/12 |
| 606.1 | IRS website regarding 1099-OID Refund Scheme | | ✓ | | 4/18/12 |
| 1016A | Envelope from Lauren Jones, Shreveport, LA to Curtis Morris post-marked 5-29-09 | | ✓ | | 4/19/12 |
| 1016B | Contents of 1016A - 2006 & 2007 tax info Forms 1099-OID and miscellaneous tax documents | | ✓ | | 4/19/12 |
| 1015 | Lauren Jones 2008 tax info (Please file OID and 1040 return) | | ✓ | | 4/19/12 |
| 1001.2 | Non-Custody Statement of Rights | | ✓ | | 4/19/12 |
| 1001.1 | Memorandum of Interview of Curtis Morris dated 7-1-09 | | | | |
| 181B | 2006 Form 1040 U.S. Individual Income tax return - Thurman Hysong-Escobar | | ✓ | | 4/19/12 |
| 181C | 2007 Form 1040 U.S. Individual Income tax return - Thurman Hysong-Escobar | | ✓ | | 4/19/12 |
| 181A | 2005 - 1040X - Lauren Jones Amended U.S. Individual Income tax return | | ✓ | | 4/19/12 - ☆ Pages 1-7 only |
| 330G | Affidavit regarding 310A - 310L | | | | |