IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE ROBERT E. BLACKBURN

Case No.: 10-cr-00317-REB          Date: 4-9-12

Case Caption: United States of America v. Curtis Morris and Richard Armstrong

United States - Plaintiff          WITNESS LIST
(Name and Party Designation)

**WILL CALL**

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| Ken Baker<br>Custodian of Records<br>Financial Assistance<br>10-148th Avenue<br>Bellevue, WA | 4/12 |
| Steven Broughton<br>8734 Crestview Drive<br>Parker, CO 80138 | 4/10 & 4/11, 4/12 |
| Capital One<br>Custodian of Records  Lawrence Hayes<br>P.O. Box 85032<br>Richmond, VA 23285 | 4/16/12 |
| Michael Cassell<br>Custodian of Records<br>Discover Financial<br>P.O. Box 7112<br>Dover, DE 19903 | 4/16/12 |
| Ken Chafin, CPA<br>3624 Foothill Blvd., # 1<br>La Crescenta, CA 91214 | 4/18/12 |
| Timothy Chase, Special Agent<br>Internal Revenue Service<br>Denver, CO | 4/19/12 |

1

| Name / Address | Date |
|---|---|
| Ann Cohenour<br>LA Financial Credit Union<br>55 Lake Havasu Avenue South<br>Lake Havasu City, AZ | 4/12 |
| Angela Davidson<br>Custodian of Records<br>US Bank<br>Denver, CO | 4/16/12 |
| Ronnie Emery<br>Custodian of Records<br>Toyota Motor Credit<br>500 Red Brook Blvd.<br>Owings Mills, MD 21117 | 4/12 |
| Greg Flynn, Special Agent<br>Internal Revenue Service<br>Denver, CO | 4/19/12, 4/23/12, 4/24/12, 4/25/12 |
| Terry Gearhart<br>Custodian of Records<br>Citibank<br>P.O. Box 9438<br>Gaithersburg, MD | 4/16/12 |
| Mike Gorham<br>Wells Fargo<br>42-350 Bob Hope Drive<br>Rancho Mirage, CA 92270 | 4/16/12 |
| Shauna Henline<br>Senior Technical Advisor<br>Internal Revenue Service<br>1973 N. Rulon White Blvd., M/S 4390<br>Ogden, UT 84404 | 4/10 |
| Martha Koehler<br>Custodian of Records<br>GE Consumer Finance, Inc. and<br>GE Capital Retail Bank<br>9510 W. 67th Street<br>Merriam, KS 66203 | 4/16/12 |
| David Lissy<br>7517 S Monaco Way<br>Centennial, CO 80112 | 4/18/12 |

2

| | |
|---|---|
| Norma Melendez<br>Custodian of Records<br>LA Financial Credit Union<br>224 N. Fair Oaks Avenue<br>Pasadena, CA 91103 | 4/16/12 |
| Kristy Morgan, Representative<br>Internal Revenue Service Center | 4/10 |
| Phillip Patton, Office Manager<br>Val-U-Corp Services<br>1802 N. Carson Street, Suite 108<br>Carson City, NV 89701 | 4/18/12 |
| Lonnie Peppin<br>Bank of America<br>Custodian of Records<br>P.O. Box 3609<br>Los Angeles, CA | 4/12 |
| John Reither<br>2590 Rocky View Road<br>Castle Rock, CO 80104 | 4/17/12 |
| David Riordan  Riordon<br>Computer Investigative Specialist<br>Internal Revenue Service<br>Denver, CO | 4/16/12, 4/17/12 |
| Harvey Rindt<br>Custodian of Records<br>Baxter Credit Union<br>P.O. Box 8133<br>Vernon Hills, IL 60061 | 4/16/12 |
| Amy Robinson<br>Custodian of Records<br>Mohave State Bank<br>1771 McCulloch Blvd.<br>Lake Havasu City, AZ | 4/12 |
| Adriana Sobarnia<br>Custodian of Records<br>JP Morgan Chase<br>7610 W. Washington Street<br>Indianapolis, IN 46231 | 4/16/12 |

| | |
|---|---|
| Russell Taylor<br>Custodian of Records<br>US Bank<br>800 Nicolett Mall<br>Minneapolis, MN 55402 | 4/16/12 |
| Jerry Young (aka Jerry Carter)<br>Revenue Agent<br>Internal Revenue Service<br>1818 E Southern Avenue<br>Mesa, AZ 85204 | 4/19/12 |

## MAY CALL

| Name/Address | Date |
|---|---|
| Elyse Del Francia<br>37922 Los Cocos Drive East<br>Rancho Mirage, CA 92270 | |
| FAA  Joseph Walsh<br>Custodian of Records<br>P.O. Box 25082<br>Oklahoma, City, OK 73125 | 4/19/12 |
| Marcia McCall<br>Custodian of Records<br>Bank of America<br>BAC Home Loan Servicing LP<br>2595 W. Chandler Blvd<br>Chandler, AZ 85224 | 4/12 |
| Paul McKeag<br>9234 Ashburn Court<br>Littleton, CO | |
| Pamela Meyer, Realtor<br>Keller Williams<br>6300 S. Syracuse Way<br>Englewood, CO | 4/18/12 |
| Susan Miller<br>4150 Via Dolce #138<br>Marina Del Rey, CA | |
| Bruce Reddick<br>Custodian of Records<br>New York Community Bank<br>f/k/a Amtrust Bank<br>1801 East Ninth Street, # 200<br>Cleveland, OH 44114 | 4/16/12 |
| Lynn Anne K. Sheats<br>c/o Land Title<br>181 S. Telluride Street<br>Brighton, CO | 4/18/12 |
| Steven Slotter, Controller<br>EBags<br>5500 Greenwood Plaza, # 160<br>Greenwood Village, CO 80111 | 4/17/12 |

| | |
|---|---|
| Kevin Sofia, Supervisory Special Agent<br>Internal Revenue Service<br>Denver, CO | |
| Dean Winslow<br>6160 Rhonda Dr.<br>North Ridgeville, OH 44039 | |
| Karen Gurgel, Special Agent<br>Internal Revenue Service<br>Denver, CO | 4/19/12 |
| John Maloney<br>TCF Bank<br>Greenwood Village, CO | 4/25/12 |