CASE NO.: 10-cr-00317-REB    PAGE: 1

CASE CAPTION: United States of America v. Curtis Morris and Richard Armstrong

EXHIBIT LIST OF: Defendant Curtis Morris

| EX. NO/LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 1 | Financials of Steve Broughton (Personal Financial Statement as of 09/09) | | | | |
| 2 | Grand Jury Transcripts in re: Steve Broughton testimony | | | | |
| 3 | Steve Broughton Proffer Agreement | | | | |
| 4 | Steve Broughton Memorandum of Interview dated 03/05/10 | | | | |
| 5 | Emails between Greg Flynn and Steve Broughton | | | | |
| 6 | Broughton IRS Tax Issue Brief 09/07/09 | | | | |
| 7 | Steve Broughton timeline | | | | |
| 8A 8B | Steve Broughton timelines | | | | |
| 9 | IRS Refund check for $373,448.41 to Broughton's 2007 Amended Return | | | | SAME AS GOVT. 139D |
| 10 | Email from Fred Hill to Steve Broughton dated 12/07/08 in re: "Why You Can Reclaim Your OID (GJ Ex. 11; GJ 00000475) | | | | |
| 11 | Email chain in re: Message 0223 – Larry Hall & Curtis Morris (GJ00000234, 00000236) | | | | |
| 12 | Richard Maurer Tax Returns | | | | |
| 13 | David Lissy Tax Returns | | | | |
| 14 | Gerald Boysen Tax Returns | | | | |
| 15 | John Reither Tax Returns | | | | |
| 16 | Bruce Achord Tax Returns | | | | |
| 17 | Harry Esralew Tax Returns | | | | |

CASE NO.: 10-cr-00317-REB                                                                                          PAGE: 2

CASE CAPTION: United States of America v. Curtis Morris and Richard Armstrong

EXHIBIT LIST OF: Defendant Curtis Morris

| EX. NO/LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 18 | Barry Jurgeleit Tax Returns | | | | |
| 19 | John Kerwin Tax Returns | | | | |
| 20 | Paul McKeag Tax Returns | | | | |
| 21 | David Novak Tax Returns | | | | |
| 22 | Jeffrey Reynolds Tax Returns | | | | |
| 23 | Stanley Sayler Tax Returns | | | | |
| 24 | Roger Vigil Tax Returns | | | | |
| 25 | Boog & Cruser Documents (8390) | | | | |
| 26 | Photograph of the sidewalk and stairs leading to the front door of the residence | | ✓ | | 4/24/12 |
| 27 | Close up view of the stairs leading to the front door of the residence | | | | |
| 28 | Photograph from the driveway facing the residence | | ✓ | | 4/24/12 |
| 29 | Photograph of the stairs leading to the sidewalk and driveway from the front porch of the residence | | | | |
| 30 | Photograph of the driveway and sidewalk from the front porch of the residence | | | | |
| 31 | Photograph of the residence from the front porch of the residence | | | | |
| 32 | Photograph of the first half of stairs leading to the basement | | ✓ | | 4/24/12 |
| 33 | Photograph of the second half of stairs leading to the basement | | ✓ | | 4/24/12 |
| 34 | Photograph of the hallway leading to the shower/laundry room (first door on left) | | ✓ | | 4/24/12 |
| 35 | Photograph of the shower/laundry room | | | | |

CASE NO.: 10-cr-00317-REB                                                                 PAGE: 3

CASE CAPTION: United States of America v. Curtis Morris and Richard Armstrong

EXHIBIT LIST OF:   Defendant Curtis Morris

| EX. NO/LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 36 | Close-up view of the entry door to the shower | | | | |
| 37 | Google Earth 5996 Pine Ridge feet and meters description | | | | |
| 38 | Internal Revenue Service Manual Criminal Investigation | | | | |
| 39 | Broughton 2007 Tax Return & Amended with cover letter | | X ✓ | | 4/12/12 |
| 40 | Instructions for 1040 (2011) | | | | |
| 41 | 08/12/10 MOI – Cruiser/Flynn | | | | |
| 42 | Demonstrative timeline in re: Broughton | | ✓* | | 4/12/12 - *FDPO |
| 43 | John Reither email with Curtis Morris | | | | |
| 44 | Transcript – Hearing on Motion to Suppress and Motion to Sever 01/04/12 | | | | |
| 45 | Original Issue Discount Web Information | | | | |
| 46 | 2011 – 1099 INT and 1099 OID Forms | | | | |
| 47 | | | | | |
| 48 | | | | | |
| 49 | | | | | |
| 50 | | | | | |