IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No.   10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS,
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

## NOTE TO THE COURT

_____X_____   We the jury, have a question.

_____   We the jury, have a verdict.

Please write your question to the Court below:

ALL JURY VERDICT FORMS HAVE A DATE OF MAY
DOES THIS NEED TO BE CORRECTED

**Answer by the Court:**

rec'd
4/26/12
3:28 by KS