IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS L. MORRIS,

    Defendant.

---

### VERDICT FORM AS TO CURTIS L. MORRIS

---

### COUNT 1

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of mail fraud, as charged in Count 1 of the indictment:

    ____ Not Guilty

    _X_ Guilty

### COUNT 2

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of mail fraud, as charged in Count 2 of the indictment:

    ____ Not Guilty

    _X_ Guilty

## COUNT 3

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of mail fraud, as charged in Count 3 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT 6

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 6 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT 7

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 7 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT 8

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 8 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT 9

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 9 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT TEN

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 10 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT 11

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 11 of the indictment:

    \_\_\_\_ Not Guilty

    _X_ Guilty

## COUNT 12

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 12 of the indictment:

    \_\_\_\_ Not Guilty

    _X_ Guilty

## COUNT 13

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 13 of the indictment:

    \_\_\_\_ Not Guilty

    _X_ Guilty

## COUNT 14

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 14 of the indictment:

___ Not Guilty

_X_ Guilty

## COUNT 15

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 15 of the indictment:

___ Not Guilty

_X_ Guilty

## COUNT 16

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 16 of the indictment:

___ Not Guilty

_X_ Guilty

## COUNT 17

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 17 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT 18

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 18 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT 19

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 19 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT 20

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 20 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT 21

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 21 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT 22

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of making a false claim, as charged in Count 22 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## **COUNT 28**

We, the jury, on our oaths, unanimously find defendant, CURTIS L. MORRIS, as to the crime of conspiracy to defraud the government, as charged in Count 28 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty



Dated 4/30, 2012.

FOREPERSON