IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-0031-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RICHARD KELLOGG ARMSTRONG,

       Defendant.

---

## VERDICT FORM AS TO RICHARD KELLOGG ARMSTRONG

---

### COUNT 1

We, the jury, on our oaths, unanimously find defendant, RICHARD KELLOGG ARMSTRONG, as to the crime of mail fraud, as charged in Count 1 of the indictment:

    ____ Not Guilty

    _X_ Guilty

### COUNT 6

We, the jury, on our oaths, unanimously find defendant, RICHARD KELLOGG ARMSTRONG, as to the crime of making a false claim, as charged in Count 6 of the indictment:

    ____ Not Guilty

    _X_ Guilty

### COUNT 7

We, the jury, on our oaths, unanimously find defendant, RICHARD KELLOGG ARMSTRONG, as to the crime of making a false claim, as charged in Count 7 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT 8

We, the jury, on our oaths, unanimously find defendant, RICHARD KELLOGG ARMSTRONG, as to the crime of making a false claim, as charged in Count 8 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT 9

We, the jury, on our oaths, unanimously find defendant, RICHARD KELLOGG ARMSTRONG, as to the crime of making a false claim, as charged in Count 9 of the indictment:

\_\_\_\_ Not Guilty

_X_ Guilty

## COUNT 13

We, the jury, on our oaths, unanimously find defendant, RICHARD KELLOGG ARMSTRONG, as to the crime of making a false claim, as charged in Count 13 of the indictment:

\_\_\_\_ Not Guilty

__X__ Guilty

## COUNT 14

We, the jury, on our oaths, unanimously find defendant, RICHARD KELLOGG ARMSTRONG, as to the crime of making a false claim, as charged in Count 14 of the indictment:

\_\_\_\_ Not Guilty

__X__ Guilty

## COUNT 15

We, the jury, on our oaths, unanimously find defendant, RICHARD KELLOGG ARMSTRONG, as to the crime of making a false claim, as charged in Count 15 of the indictment:

\_\_\_\_ Not Guilty

__X__ Guilty

## COUNT 16

We, the jury, on our oaths, unanimously find defendant, RICHARD KELLOGG ARMSTRONG, as to the crime of making a false claim, as charged in Count 16 of the indictment:

____ Not Guilty

__X__ Guilty

## COUNT 25

We, the jury, on our oaths, unanimously find defendant, RICHARD KELLOGG ARMSTRONG, as to the crime of engaging in monetary transactions in criminally derived property, as charged in Count 25 of the indictment:

____ Not Guilty

__X__ Guilty

## COUNT 26

We, the jury, on our oaths, unanimously find defendant, RICHARD KELLOGG ARMSTRONG, as to the crime of engaging in monetary transactions in criminally derived property, as charged in Count 26 of the indictment:

____ Not Guilty

__X__ Guilty

## COUNT 27

We, the jury, on our oaths, unanimously find defendant, RICHARD KELLOGG ARMSTRONG, as to the crime of engaging in monetary transactions in criminally derived property, as charged in Count 27 of the indictment:

____ Not Guilty

_X_ Guilty

## COUNT 28

We, the jury, on our oaths, unanimously find defendant, RICHARD KELLOGG ARMSTRONG, as to the crime of conspiracy to defraud the government, as charged in Count 28 of the indictment:

____ Not Guilty

_X_ Guilty

Dated 4/26, 2012.



FOREPERSON