**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 4 2012

GREGORY C. LANGHAM
                    CLERK

Offeree:
    Richard Kellogg Armstrong
    c/o Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona [85213]
    Non-domestic without the U.S.
    Phone: (480) 319-1552
    Email: benton.private@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In RE:
UNITED STATES OF AMERICA
        Plaintiff,
v.                                                                           Criminal Case No. 10-cr-00317-REB (s)

1. CURTIS L. MORRIS,
2. RICHARD KELLOGG ARMSTRONG, and
3. LARRY RAY HALL
        Defendant.

# NOTICE
## NOTICE OF MISTAKE
in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Notice is hereby given that a **NOTICE OF MISTAKE** in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, a copy attached hereto as "EXHIBIT 1" is given to UNITED STATES OF AMERICA via Kenneth Mark Harmon, c/o 1225 17th Street East, Seventeenth Street Plaza, #700, Denver, CO 80202, this 10th day of May A.D. 2012.

      Executed without the United States of America, Denver County, Colorado Republic, this tenth day of the fifth month in the year of our Lord, two-thousand and twelve.

In Witness Whereof, I have hereunto set my hand and seal.

                      _Richard K Armstrong_
                      Richard Kellogg Armstrong, Secured Creditor
                      Executive Trustee for the Trust
                      RICHARD KELLOGG ARMSTRONG

# EXHIBIT 1

Case # PR-2012-0330-A

Offeree:
    Richard Kellogg Armstrong
    c/o Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona [85213]
    Non-Domestic without the United States
    Phone: (480) 319-1552
    Email: benton.private@gmail.com

**CERTIFIED COPY**
I hereby certify the foregoing document to which this seal has been affixed consisting of ____03____ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: _*Benton Hall*_
Date: _May 10, 2012_

(THIS STAMP MUST BE RED)

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# NOTICE

## NOTICE OF MISTAKE

Date:   *Nunc pro tunc* to 9 May 2012

Offeror:
    **UNITED STATES OF AMERICA**
    Via **Kenneth Mark Harmon**
    U.S. Attorney's Office-Denver
    c/o 1225 17th Street East
    Seventeenth Street Plaza, #700
    Denver, CO 80202
    Phone: (303) 454-0100
    Fax: (303) 454-0402
    Email: kenneth.harmon@usdoj.gov

**Service by: USPS Form (PS Form 3877)**

Re:    The Guilty verdict of April 30, 2012 and subsequent Sentencing date of August 10, 2012 in Criminal Case No: 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO.

    NOTICE is hereby given that the Offeree has made a mistake by stating the incorrect date of the Guilty verdict of the Defendant on the first and forth page of the CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE in the description of the Matter. Document stating "The Offeree is in receipt of a Guilty Verdict handed down by a

Case # PR-2012-0330-A

jury on August 10, 2012 in Criminal Case No: 1:10-cr-00317-REB" should state "The Offeree is in receipt of a Guilty Verdict handed down by a jury on April 30, 2012 and subsequent Sentencing date of August 10, 2012".

Please replace the incorrect document with the corrected CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE, a copy attached hereto and incorporated herein as Exhibit A.

For any inconvenience or offense this may have caused, the Offeree has only two words for said mistake, "FORGIVE ME".

_____
Authorized Representative

**Enclosures:**

1. EXHIBIT A: CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE dated *nunc pro tunc* to 9 May, 2012 (5 leaves).

cc:

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

**Kevin F. Sweeney**
c/o U.S. Dept. of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623

Page 2 of 3

Case # PR-2012-0330-A

Email: kevin.f.sweeney@usdoj.gov

**CLERK OF COURT (Criminal Case No. 1:10-cr-00317-REB)**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

# EXHIBIT A

Case # PR-2012-0330-A

>Offeree:
>>Richard Kellogg Armstrong
>>c/o Benton Hall, Notary
>>3546 East Presidio Circle
>>Mesa, Arizona [85213]
>>Non-Domestic without U.S.
>>Phone: (480) 319-1552
>>Email: benton.private@gmail.com

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL--- NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# NOTICE

## CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE

Date: 9 May 2012

>Offeror:
>>**UNITED STATES OF AMERICA**
>>Via **Kenneth Mark Harmon**
>>U.S. Attorney's Office-Denver
>>c/o 1225 17th Street East
>>Seventeenth Street Plaza, #700
>>Denver, CO 80202
>>Phone: (303) 454-0100
>>Fax: (303) 454-0402
>>Email: kenneth.harmon@usdoj.gov

**Service by: USPS FORM (PS Form 3877)**

Re:   The Guilty Verdict handed down by a jury on April 30, 2012 and subsequent Sentencing of August 10, 2012 in Criminal Case No.: 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO.

   Comes now Richard Kellogg Armstrong, as Paramount Security Interest holder in all property and collateral both registered and unregistered belonging to the Defendant, RICHARD K. ARMSTRONG, and also an accommodation party, hereinafter "Offeree". The Offeree is in receipt of a Guilty Verdict handed down by a jury on April 30, 2012 and

Case # PR-2012-0330-A

subsequent Sentencing of August 10, 2012 in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, hereinafter "Offer", from UNITED STATES OF AMERICA, Via Kenneth Mark Harmon, c/o 1225 17th Street East, Seventeenth Street Plaza, #700, Denver, CO 80202, hereinafter "Offeror".

The Offeree conditionally accepts the Offeror's Offer upon proof of claim that:

1. The start of the corrected procedure to get the Foreign Judgment Record properly before the public by a process currently in process will not have the good likely hood to resolve the sentencing of August 10, 2012 within 30 days, making Offeror's Offer moot.

Thank you for your assistance in this matter.

Executed without the United States in Colorado Republic, Denver County, this ninth day of the fifth month in the year of our Lord, two thousand and twelve.

In Witness Whereof, I have hereunto set my hand and seal.

_Richard K Armstrong_
Authorized Representative

**Please direct responses to third party public witness:**

Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the U.S
Phone: (480) 319-1552
Email: benton.private@gmail.com

cc:

| **Martha Ann Paluch** | **Tonya Shotwell Andrews** |
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100

c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100

Case # PR-2012-0330-A

Fax: (303) 454-0402  
Email: Martha.Paluch@usdoj.gov

Fax: (303) 454-0402  
Email: Tonya.Andrews@usdoj.gov

**Chief Financial Officer**  
c/o UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLORADO  
901 19th Street  
Denver, CO 80294

**Kevin F. Sweeney**  
c/o U.S. Dept. of Justice-DC-Tax Division  
601 D. Street, N.W.  
Tax Division, Western Criminal Enforcement  
Washington, DC 20530  
Phone: (202) 305-3637  
Fax: (202) 514-9623  
Email: kevin.f.sweeney@usdoj.gov

**CLERK OF COURT (Criminal Case No. 1:10-cr-00317-REB)**  
c/o UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLORADO  
901 19th Street  
Denver, CO 80294

# All serviced by: USPS FORM (PS form 3877)

Case # PR-2012-0330-A

# AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT

The Offeree Affiant, Richard Kellogg Armstrong, hereinafter "Affiant", does solemnly affirm, declare and state as follows:

1. Affiant is competent to state the matters set forth herein;

2. Affiant has knowledge of the facts stated herein;

2. All the facts herein stated are true, correct and complete, admissible as evidence. If called upon as witnesses, Affiant will testify to their veracity;

3. There is no evidence that the Offeree are not a friend of THIS COURT, and Affiant believes none exists;

4. There is no evidence that does not come now Richard Kellogg Armstrong, as Paramount Security Interest holder in all property and collateral both registered and unregistered belonging to the Defendant, RICHARD K. ARMSTRONG, and also an accommodation party, hereinafter "Offeree". The Offeree is in receipt of a Guilty Verdict handed down by a jury on April 30, 2012 and subsequent Sentencing of August 10, 2012 in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, hereinafter "Offer", from UNITED STATES OF AMERICA, Via Kenneth Mark Harmon, c/o 1225 17th Street East, Seventeenth Street Plaza, #700, Denver, CO 80202, hereinafter "Offeror", and Affiant believes none exists, and;

5. There is no evidence that the start of the corrected procedure to get the Foreign Judgment Record properly before the public by a process currently in process will not have the good likely hood to resolve the sentencing of August 10, 2012 within 30 days, making Offeror's Offer moot, and Affiant's believe none exists.

Thank you for your assistance in this matter.
)
)
)
)
)
)
)
)

Case # PR-2012-0330-A

# Commercial Affirmation and Verification

Denver County            )
Colorado republic        ) affirmed and subscribed:
United States of America )

I, Richard Kellogg Armstrong, Secured Party Creditor, under my unlimited liability and Commercial Affirmation, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

In Witness Whereof, I have hereunto set my hand and seal.

_Richard K Armstrong_
Richard Kellogg Armstrong, Secured Party Creditor
ALL RIGHTS RESERVED

Case #PR-2012-0330-A

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to

**United States of America**
via **Kenneth Mark Harmon**
U.S. Attorney's Office-Denver
c/o 1225 17th Street East
Seventeenth Street Plaza, #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

cc:

| | |
|---|---|
| **Martha Ann Paluch**<br>c/o U.S. Attorney's Office-Denver<br>1225 17th Street East<br>Seventeenth Street Plaza #700<br>Denver, CO 80202<br>Phone: (303) 454-0100<br>Fax: (303) 454-0402<br>Email: Martha.Paluch@usdoj.gov | **Tonya Shotwell Andrews**<br>c/o U.S. Attorney's Office-Denver<br>1225 17th Street East<br>Seventeenth Street Plaza #700<br>Denver, CO 80202<br>Phone: (303) 454-0100<br>Fax: (303) 454-0402<br>Email: Tonya.Andrews@usdoj.gov |

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

**Kevin F. Sweeney**
c/o U.S. Dept. of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**All serviced by: USPS FORM (PS Form 3877)**

hereinafter "Recipients", to the documents and sundry papers pertaining to a certain Guilty Verdict handed down by a jury on April 30, 2012 and subsequent Sentencing of August 10, 2012 in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, as follows:

NOTARY'S CERTIFICATE OF SERVICE                                                                                      Page 1 of 2

Case #PR-2012-0330-A

1. NOTICE: **NOTICE OF MISTAKE** dated *nunc pro tunc* to 9 May 2012 (3 leaves);
2. **EXHIBIT A:** (6 leaves), and;
3. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated May 10, 2012 (signed original on file) (2 leaves).

These mailings contained a total of eleven (11) leaves each. They were sent via the United States Postal Service under the control and direction of the USPS FORM (PS Form 3877) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

<u>May 10, 2012</u>

DATE

*[signature: Betsy Hall]*

Notary

Benton Hall,

3546 East Presidio Circle

Mesa, Arizona [85213]

Phone: (480) 319-1552

Email: <u>benton.private@gmail.com</u>

---

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.