Case #PR-2012-0413-A

Claimant:
Richard Kellogg Armstrong
Sharon Louise Armstrong
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-Domestic without the United States
Phone: (480) 319-1552
Email: benton.private@gmail.com

**CERTIFIED COPY**
I hereby certify the foregoing document to which this seal has been affixed consisting of __05__ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.
By: _Benton Hall_
Date: _June 12, 2012_
(THIS STAMP MUST BE RED)

10-CR-00317-REB

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE OF DEFAULT IN DISHONOR
## CONSENT TO JUDGMENT



*Nunc pro tunc* to May 9, 2012

Respondent:
**Pamela LaRue, Chief Financial Officer**
c/o Internal Revenue Service
1111 Constitution Avenue NW
Washington, D.C. 20244-0002
**Service by: USPS "Certificate of Mailing" (PS Form 3877)**

Re:   Forms 1040 for Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 regarding RICHARD K. ARMSTRONG, TaxPayer identification No. 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 and SHARON L. ARMSTRONG, TaxPayer identification No. 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.

**STATEMENT OF FACTS**:

1. On April 13, 2012, Richard Kellogg Armstrong and Sharon Louise Armstrong, hereinafter "Claimant", made presentment of a **NOTICE: NOTICE TO SETOFF ACCOUNTS, COUPONS** in the amounts of TWO MILLION ONE HUNDRED THOUSAND AND 00/100 DOLLARS, NINE HUNDRED SIXTY THOUSAND AND 00/100 DOLLARS, ONE MILLION EIGHT HUNDRED SEVENTY-FIVE THOUSAND AND 00/100 DOLLARS, FIVE HUNDRED SIXTY-ONE THOUSAND AND 00/100 DOLLARS, SIXTY THOUSAND AND 00/100 DOLLARS, SIXTY THOUSAND AND 00/100 DOLLARS and SIXTY THOUSAND AND 00/100 DOLLARS, **U.S. INDIVIDUAL INCOME TAX RETURNS** for the tax periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 Forms 1040, with bankers endorsement on front and reverse page of first leaf, **I.R.S. FORM 1040-V payment vouchers**, and a **PRIVATE REGISTERED SETOFF**

BOND, hereinafter "Tender", a record of which is available upon request, to INTERNAL REVENUE SERVICE, Stop 4440, P.O. Box 9036, Ogden, Utah 84201, hereinafter "Tender Agent", for the settlement of Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 regarding TAXPAYER: RICHARD K. ARMSTRONG, TaxPayer identification No. 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 and TAXPAYER: SHARON L. ARMSTRONG, TaxPayer identification No. 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, sent via USPS Registered Mail, Article No. RE 261 087 690 US, by Benton Hall, Notary, hereinafter "Notary", as evidenced by the "NOTARY'S CERTIFICATE OF SERVICE" dated April 13, 2012, a record of which is available upon request.

2. On April 24, 2012 the Tender Agent accepted the Tender for the settlement of the debt owed Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 regarding TAXPAYER: RICHARD K. ARMSTRONG, TaxPayer identification No. 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 and TAXPAYER: SHARON L. ARMSTRONG, TaxPayer identification No. 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, as evidenced by the "CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE" dated April 24, 2012, a record of which is available upon request.

3. On April 13, 2012, Claimant made presentment of a **NOTICE OF TENDER FOR SETOFF** and a **REQUEST REGARDING A STATEMENT OF ACCOUNT**, hereinafter "Presentment", to Pamela LaRue Chief Financial Officer, c/o Internal Revenue Service, hereinafter "Respondent", sent via USPS "Certificate of Mailing" (PS Form 3817), by the Notary, as evidenced by the "NOTARY'S CERTIFICATE OF SERVICE" dated April 13, 2012, a record of which is available upon request.

4. On April 13, 2012 the presentment is deemed received pursuant to the "Mailbox Rule".

5. As of April 28, 2012, Respondent has not sufficiently responded to the Presentment, as evidenced by the "CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE" dated April 28, 2012, a record of which is available upon request.

6. Respondent's failure to sufficiently respond or timely honor the Presentment, by the terms of the Presentment, constitutes Respondent's acceptance and approval of the **REQUEST REGARDING A STATEMENT OF ACCOUNT** contained therein.

7. Respondent's acceptance and approval of the **REQUEST REGARDING A STATEMENT OF ACCOUNT** constitutes Respondent's agreement to the stipulated aggregate amount of unpaid obligations being Zero ($0.00) and 00/100 dollars.

8. On April 28, 2012, Claimant made presentment of a **NOTICE OF FAULT -- OPPORTUNITY TO CURE "FINAL EXPRESSION IN A RECORD"** to the Respondent, dated April 28, 2012, hereinafter "Fault Notice", a record of which is available upon request, sent via USPS "Certificate of Mailing" (PS Form 3817), by the Notary, as evidenced by the "NOTARY'S CERTIFICATE OF SERVICE" dated April 28, 2012, a record of which is available upon request.

9. As of June 12, 2012 *nunc pro tunc* to May 9, 2012, neither the Claimant nor the Notary, received sufficient response to the Presentment or the Fault Notice, from the Respondent, as evidenced by the "CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE" dated June 12, 2012, a record of which is attached hereto.

10. Respondent's failure to perform by the terms of the Presentment, constitutes Respondent's acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Claimant to perform the duties of the Respondent stipulated therein.
11. Respondent's failure to perform by the terms of the Fault Notice, constitutes Respondent's acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Claimant to perform the duties of the Respondent stipulated therein.
12. Respondent has defaulted.
13. As an operation of law, Respondent by dishonor of the Presentment and the Fault Notice has created a default.

**DEFAULT:**

For the Respondent's failure to honor the Presentment and Fault Notice places the Respondent in **default.** For the course of dealing, set forth herein, with the Respondent's failure, refusal, or neglect in the presentment of a verified response to the Presentment and Fault Notice, constitutes the Respondent's failure to perform in good faith and the Respondent's acquiescence and tacit agreement with all terms, conditions and stipulations set forth within this Notice of Default in Dishonor (Consent to Judgment), Presentment, and Fault Notice. Therefore this matter is deemed *res judicata* and *stare decisis*.

Of this presentment take due **Notice** and heed, and govern yourself accordingly. This **FINAL EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms of the agreement between the parties.

Response by Respondent must be served on Claimant exactly as provided:

    Richard Kellogg Armstrong
    Sharon Louise Armstrong
    c/o Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona [85213]
    Non-domestic without the United States
    Phone: (480) 319-1552
    Email: benton.private@gmail.com

## Commercial Affirmation Oath and Verification

Denver County                    )
Colorado Republic                ) affirmed and subscribed:
United States of America         )

We, Richard Kellogg Armstrong and Sharon Louise Armstrong, Secured Party Creditors, under our unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law, so help us, God, this Twelfth day of the Sixth month, in the year of our Lord, Two-thousand Twelve.

In Witness Whereof, We have hereunto set our hands and seals.

*Richard K. Armstrong*                                          *Sharon L. Armstrong*
Richard Kellogg Armstrong, Authorized                           Sharon Louise Armstrong, Authorized
Representative                                                  Representative
For the Accommodation Party & Secured                           For the Accommodation Party & Secured
Party Creditor                                                  Party Creditor
ALL RIGHTS RESERVED                                             ALL RIGHTS RESERVED


cc:
**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

**Kenneth Mark Harmon**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

**Kevin F. Sweeney**
c/o U.S. Department of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

Case #PR-2012-0413-A

**CLERK OF COURT (Criminal Case No. 1:10-cr-00317-REB)**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

## All Serviced by: USPS "Certificate of Mailing" (PS Form 3877)

Enclosure(s):

(1) **CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE** dated June 12, 2012 (1 leaf);

(2) **NOTARY'S CERTIFICATE OF SERVICE** dated June 12, 2012 (2 leaves).

Case #PR-2012-0413-A

# CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE

Arizona Republic         )
Maricopa County         ) affirmed and subscribed:
Without the United States )

**PRESENTMENT:** Be it known that the person signing below, a duly empowered Notary, at the request of <u>Richard Kellogg Armstrong and Sharon Louise Armstrong</u>
                                  Claimants
in care of _____ <u>3546 East Presidio Circle, Mesa, Arizona [85213], Non-domestic without the United States</u> _____,
                                             Address
                                                         NOTICE OF FAULT – OPPORTUNITY TO CURE
did   duly   present   on <u>April 28, 2012</u>   the   "<u>FINAL   EXPRESSION   IN   A   RECORD</u>" ,dated <u>April 28, 2012</u>

regarding <u>Forms 1040 for Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 regarding TAXPAYER: RICHARD K. ARMSTRONG, TaxPayer Identification No. 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 and TAXPAYER: SHARON L. ARMSTRONG, TaxPayer Identification No. 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</u>

to <u>Pamela LaRue, Chief Financial Officer, c/o Internal Revenue Service, 1111 Constitution Avenue NW, Washington, D.C. 20244-0002</u>
       Respondent

signed by <u>Richard Kellogg Armstrong and Sharon Louise Armstrong</u> requesting **Setoff and/or discharge for the debt owed on Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011** of any and all alleged obligations, etc. attributed to RICHARD K. ARMSTRONG and SHARON L. ARMSTRONG the opportunity for a timely response or performance thereto has elapsed.

**DEFAULT:** Whereupon the Notary signing below, for the reason **dishonor by non-response/non-performance**, does publicly and solemnly certify the dishonor as against all parties it may concern by reason of non-response/non-performance thereof and **stipulations therein**.

**NOTICE:** The undersigned Notary certifies that on <u>April 28, 2012</u> NOTICE (2ⁿᵈ): NOTICE OF FAULT – OPPORTUNITY TO CURE "FINAL EXPRESSION IN A RECORD" was sent to the parties noted below by depositing in an official depository under the exclusive face and custody of the United States Post Office a sealed envelope containing said Notice directed to the respective persons or entities at the last known corresponding address noted below:

**NAME**                                                                 **ADDRESS**

Pamela LaRue, Chief Financial Officer                c/o Internal Revenue Service, 1111 Constitution Avenue NW, Washington, D.C. 20244-0002

**TESTIMONY**   I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Notary

[Notary Seal: Benton Hall, Notary Public - Arizona, Maricopa County, My Commission Expires September 30, 2014]

Executed on: ____<u>June 12, 2012</u>____

Benton Hall
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the United States
Phone: (480) 319-1552
Email: benton.private@gmail.com

## CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL

| | |
|---|---|
| **Date of Presentment:** | April 28, 2012 |
| **Notice Presented Under Seal:** | NOTICE (2ⁿᵈ): NOTICE OF FAULT – OPPORTUNITY TO CURE "FINAL EXPRESSION IN A RECORD" |
| **Notary's Certification:** | The above-noted party was presented under notary seal a NOTICE (2ⁿᵈ): NOTICE OF FAULT – OPPORTUNITY TO CURE "FINAL EXPRESSION IN A RECORD wherein it was stated that certification of non-response/non-performance after ten (10) days of postmark would comprise its acceptance of the terms and conditions contained therein. A dishonor has occurred because the opportunity for a timely response or performance thereto has elapsed. |