IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     CURTIS L. MORRIS,
2.     RICHARD K. ARMSTRONG

      Defendants.

---

## MOTION TO RESTRICT ATTACHMENT TO DOCKET #557
---

      The United States of America, by and through the undersigned Special Assistant United States Attorney, files this Motion to Restrict and states as follows:

      1.     The Government asks that the attachment to Docket #557 be restricted at Level 2.

      WHEREFORE, the United States asks this Honorable Court to issue an Order restricting the attachment to docket #557.

      Respectfully submitted,

      JOHN F. WALSH
      United States Attorney

      s/Kevin F. Sweeney
      By: Kevin F. Sweeney
      Special Assistant United States Attorney
      1225 Seventeenth Street, Suite 700
      Denver, CO 80202
      Phone: 303-454-0100
      Fax: 303-454-0402
      kevin.sweeney3@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2012, I electronically filed the foregoing **MOTION TO RESTRICT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

Lisa Monet Wayne
lmoney20@aol.com

David L. Owen
davidowen@lodopc.com

I also certify that I sent the foregoing via U.S. Mail to the following:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123

By:   s/ Dane Ellingson
DANE ELLINGSON
Office of the United States Attorney

2