IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     CURTIS L. MORRIS,
2.     RICHARD K. ARMSTRONG

      Defendants.

---

**ORDER**

---

      The Court has for consideration the government's Motion to Restrict the Attachment to Docket #557, wherein the Government asks this Court to restrict said document. Upon consideration, it is

      ORDERED that the attachment to Docket #557 is hereby restricted.

      IT IS SO ORDERED on this ___ day of June, 2012.

                                          **BY THE COURT**

                                          _____
                                          Robert E. Blackburn
                                          United States District Judge