Undersigned:
   Richard Kellogg Armstrong
   c/o Benton Hall, Notary Public
   3546 East Presidio Circle
   Mesa, Arizona [85213]
   *Non-Domestic without the United States*
   Phone: (480) 319-1552
   Email: Benton.private@gmail.com

*[Court filing stamp:]* U.S. DISTRICT COURT DISTRICT OF COLORADO 2012 JUN 19 PM 3: 07 GREGORY C. LANGHAM CLERK

BY_____DEP. CLK

**CERTIFIED COPY**
I hereby certify the foregoing document to which this seal has been affixed consisting of __01__ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: *Benton Hall*

Date: June 14, 2012

(THIS STAMP MUST BE RED)

THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE OF MISTAKE OF OMISSION
## TO FILE 1099A and 1096

Date of Notice:  *Nunc pro tunc* to April 2, 2012

Notice for:     **Chief Financial Officer**
              c/o UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
              901 19TH Street
              Denver, Colorado 80294

Service by:    **USPS "Certificate of Mailing" (PS Form 3877)**

Re:          Criminal Case No. 1:10-cr-00317-REB, IN THE UNITED STATES DISTRICT
              COURT FOR THE DISTRICT OF COLORADO (UNITED STATES OF AMERICA v.
              RICHARD KELLOGG ARMSTRONG). Omission of 1099A Form B.
              (Acquisition or Abandonment of Secured Property)

Comes now, the Undersigned, Richard Kellogg Armstrong as Paramount Security Interest holder in all property and collateral both registered and unregistered belonging to RICHARD KELLOGG ARMSTRONG The Undersigned has omitted a certain 1099A Form (Acquisition or Abandonment of Secured Property) in the original presentment of "Notice of Tender for Setoff and a Request Regarding A Statement of Account". For this mistake and omission of the proper form for an abandonment of funds that was to be included in the original presentment, the Undersigned has but two words, "Forgive Me". Attached hereto is the 1099A "Copy B For Borrower" to be included in the Administrative Record. Thank you for your assistance to amend the filing of the original presentment with this 1099A "Copy B For Borrower" in this matter.

*[signature]* Richard K Armstrong
Authorized Representative

☐ CORRECTED (if checked)

| LENDER'S name, street address, city, state, ZIP code, and telephone no. | OMB No. 1545-0877 | Acquisition or Abandonment of Secured Property |
|---|---|---|

LENDER'S name, street address, city, state, ZIP code, and telephone no.
Richard Kellogg Armstrong
1642 N. McCulloch Blvd #391
Lake Havasu City, AZ 86403
(714) 442-0527

**2012**

Form **1099-A**

**Acquisition or Abandonment of Secured Property**

**Copy B**
**For Borrower**

| LENDER'S federal identification number | BORROWER'S identification number |
|---|---|
| ✱✱✱-✱✱-7153 | |

**1** Date of lender's acquisition or knowledge of abandonment
03/30/2012

**2** Balance of principal outstanding
$ 3,300,000.00

BORROWER'S name THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, By: CHIEF FINANCIAL OFFICER, TRUSTEE/FIDUCIARY

**3**

**4** Fair market value of property
$ 3,300,000.00

Street address (including apt. no.)
901 19th STREET

**5** If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . ▶ ☐

City, state, and ZIP code
DENVER, COLORADO 80294

**6** Description of property Receipt for THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO SUPERSEDING INDICTMENT Set off

Account number (see instructions)
Case No. 1:10-cr-00317-REB

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-A**          (keep for your records)          Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

LENDER'S name, street address, city, state, ZIP code, and telephone no.

OMB No. 1545-0877

**2012**

Form **1099-A**

**Acquisition or Abandonment of Secured Property**

**Copy B**
**For Borrower**

| LENDER'S federal identification number | BORROWER'S identification number |
|---|---|
| | |

**1** Date of lender's acquisition or knowledge of abandonment

**2** Balance of principal outstanding
$

BORROWER'S name

**3**

**4** Fair market value of property
$

Street address (including apt. no.)

**5** If checked, the borrower was personally liable for repayment of the debt . . . . . . . . ▶ ☐

City, state, and ZIP code

**6** Description of property

Account number (see instructions)

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-A**          (keep for your records)          Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

LENDER'S name, street address, city, state, ZIP code, and telephone no.

OMB No. 1545-0877

**2012**

Form **1099-A**

**Acquisition or Abandonment of Secured Property**

**Copy B**
**For Borrower**

| LENDER'S federal identification number | BORROWER'S identification number |
|---|---|
| | |

**1** Date of lender's acquisition or knowledge of abandonment

**2** Balance of principal outstanding
$

BORROWER'S name

**3**

**4** Fair market value of property
$

Street address (including apt. no.)

**5** If checked, the borrower was personally liable for repayment of the debt . . . . . . . . ▶ ☐

City, state, and ZIP code

**6** Description of property

Account number (see instructions)

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-A**          (keep for your records)          Department of the Treasury - Internal Revenue Service

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19TH Street
Denver, Colorado 80294

**cc:**

| | |
|---|---|
| **Kenneth Mark Harmon** | **Kevin F. Sweeney** |
| c/o U.S. Attorney's Office-Denver | c/o U.S. Department of Justice –DC-Tax Division |
| 1225 17th Street East | 601 D. Street, N.W. |
| Seventeenth Street Plaza #700 | Tax Division, Western Criminal Enforcement |
| Denver, CO 80202 | Washington, DC 20530 |
| Phone: (303) 454-0100 | Phone: (202) 305-3637 |
| Fax: (303) 454-0402 | Fax: (202) 514-9623 |
| Email: kenneth.harmon@usdoj.gov | Email: kevin.f.sweeney@usdoj.gov |
| | |
| **Martha Ann Paluch** | **Tonya Shotwell Andrews** |
| c/o U.S. Attorney's Office-Denver | c/o U.S. Attorney's Office-Denver |
| 1225 17th Street East | 1225 17th Street East |
| Seventeenth Street Plaza #700 | Seventeenth Street Plaza #700 |
| Denver, CO 80202 | Denver, CO 80202 |
| Phone: (303) 454-0100 | Phone: (303) 454-0100 |
| Fax: (303) 454-0402 | Fax: (303) 454-0402 |
| Email: Martha.Paluch@usdoj.gov | Email: Tonya.Andrews@usdoj.gov |

**All serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

hereinafter "Recipients," the documents and sundry papers pertaining to a certain Criminal Case No. 1:10-cr-00317-REB, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG) as follows:

1. **NOTICE: NOTICE OF MISTAKE OF MISSION TO FILE 1099A and 1096** dated *nunc pro tunc* to April 2, 2012 (1 leaf);

2. **COPY:** 1099A (Acquisition or Abandonment of Secured Property) (1 leaf), and;

3. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated June 14, 2012, (signed original on file) (2 leaves).

These mailings contained a total of four (4) leaves each. They were sent via the United States Postal Service under the control and direction of the USPS "Certificate of Mailing" (PS Form 3877) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to

the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.


__June 14, 2012_____                         _____

**DATE**                                          **Notary**


                                                  **Benton Hall,**

                                                  **3546 East Presidio Circle**

                                                  **Mesa, Arizona [85213]**

                                                  **Phone: (480) 319-1552**

                                                  **Email: benton.private@gmail.com**


---

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim.  In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department.  Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations.  This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

---



RICHARD ARMSTRONG
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
*Non-domestic without the U.S.*

Chief Financial Officer
c/o United States District Court
For The District of Colorado
101 19th Street
Denver, CO 80294