IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    RICHARD KELLOGG ARMSTRONG,

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Forfeiture Money Judgment and Preliminary Order of Forfeiture pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On April 30, 2012, a jury found defendant Richard K. Armstrong guilty of Counts One, Six through Nine, Thirteen through Sixteen, Twenty-Five through Twenty-Seven, and Twenty-Eight in violation of 18 U.S.C. §§ 286, 287, 1341, 1957, and 2, which conviction provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c) for the following assets:

    a.    a $1,637,481.61 money judgment, representing the amount proceeds obtained by the defendant, less any funds obtained from the forfeiture of directly traceable assets;

    b.    real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado;

1

      c.    real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona; and

      d.    Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527.

THAT, based on the evidence introduced at trial, the Court finds the requisite nexus exists between the assets listed above and the offenses for which defendant Richard K. Armstrong was convicted.

THAT prior to the disposition of the assets, the Internal Revenue Service, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the following:

      a.    a $1,637,481.61 money judgment, representing the amount proceeds obtained by the defendant, less any funds obtained from the forfeiture of directly traceable assets;

      b.    real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado;

      c.    real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona; and

      d.    Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527.

is forfeited to the United States in accordance with 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the Internal Revenue Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure , in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

THAT, this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1).

SO ORDERED this _____ day of _____, 2012.

BY THE COURT:

_____
ROBERT E. BLACKBURN
United States District Court Judge