IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             June 22, 2012

Deputy Clerk:     Nel Steffens
Court Reporter:   Tracy Weir

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                     Kenneth Harmon
                                              Kevin Sweeney
       Plaintiff,

v.

1.  CURTIS L. MORRIS,                         Lisa Wayne
2.  RICHARD KELLOGG ARMSTRONG,                *Pro Se* with David Owen, Advisory
                                              Counsel
       Defendants.

## COURTROOM MINUTES

**Hearing - Advisement on Criminal Contempt**

**2:38 p.m.     Court in session.**

Appearances of counsel.

Defendants are present in custody.

Opening statements by the court.

Court advises defendants of their rights in these criminal contempt proceedings.

Court inquires of defendant Morris whether he wants to continue with Ms. Wayne's representation.  Defendant Morris answers in the affirmative.

Ms. Wayne objects and offers argument.

Defendant Morris requests other court-appointed counsel.

      **IT IS ORDERED** as follows:

1. That counsel from the Criminal Justice Act panel, other than Ms. Wayne, shall be appointed to represent defendant Morris in these criminal contempt proceedings.

Statement by defendant Armstrong.

Court determines that defendant Armstrong will proceed *pro se*.

      **IT IS FURTHER ORDERED** as follows:

2. That this criminal contempt proceeding is **CONTINUED** for Arraignment to Friday, **July 27, at 8:30 a.m.**, at which both defendants shall appear without further notice or order; provided furthermore, that neither Ms. Wayne nor Mr. Owen need appear at the Arraignment;

3. That the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendants; and

4. That the defendants are remanded to the custody of the United States Marshal.

**2:51 p.m.**   **Court in recess.**

Total time in court:   00:13

Hearing concluded.