IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:            July 27, 2012

Deputy Clerk:       Nel Steffens
Court Reporter:     Tracy Weir

**Criminal Action No. 10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
|  | Kevin Sweeney |
| Plaintiff, |  |
| v. |  |
| 1. CURTIS L. MORRIS, | Michael Root |
| 2. RICHARD KELLOGG ARMSTRONG, | *Pro Se* |
| Defendants. |  |

## COURTROOM MINUTES

**Hearing - Arraignment on Criminal Contempt**

**8:38 a.m.    Court in session.**

Appearances of counsel.  Also seated at government's table is IRS Special Agent, Greg Flynn.

Opening statements by the court.

Court addresses the **Order To Show Cause** [#377] filed December 16, 2011; the **Order To Show Cause** [#422] filed March 5, 2012; the **Order To Show Cause** [#424] filed March 6, 2012; the **Order To Show Cause** [#436] filed March 21, 2012; the **Order To Show Cause** [#511] filed May 1, 2012; and the **Order To Show Cause** [#521] filed May 1, 2012, as to defendant Morris.

Court also addresses the **Order To Show Cause** [#378] filed December 16, 2011, the **Amended Order To Show Cause** [#513] filed May 1, 2012, the **Third Order To Show Cause** [#514] filed May 1, 2012, the **Fourth Order To Show Cause** [#515] filed May 1, 2012, the **Fifth Order To Show Cause** [#541] filed May 9, 2012, and the **Sixth Order To Show Cause** [#547] filed May 16, 2012, as to defendant Armstrong.

Mr. Root states that defendant Morris' pleas to the charges of criminal contempt are not guilty.

Defendant Armstrong makes a statement to the court.

Court exercises its discretion and prerogative in these circumstances to enter pleas of not guilty on behalf of defendant Armstrong on the charges of criminal contempt.

These matters will be set for trial at the conclusion of the respective Sentencing Hearings now set for the defendants.

**8:48 a.m.      Court in recess.**

Total time in court:   00:10

Hearing concluded.