IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     RICHARD KELLOGG ARMSTRONG,

        Defendant.

## MOTION FOR PROTECTIVE ORDER

The United States of America, by and through Special Assistant United States Attorney Kevin F. Sweeney, respectfully requests that this Court enter a protective order pursuant to Fed. R. Crim. P. 16(d)(1) restricting defendant Richard K. Armstrong's access to certain discovery materials after the conclusion of his criminal contempt trial.[1]

Mr. Armstrong is a *pro se* litigant. A trial is set to commence against defendant Richard K. Armstrong for six counts of criminal contempt on September 7, 2012. The Government has previously provided discovery for this proceeding to Mr. Armstrong.

During the course of interviewing a witness today September 5, 2012, the

---

[1] The Government respectfully views this motion as timely. It recognizes that the Court's motion deadline in the underlying criminal case expired on February 28, 2011. Doc. No. 128. However, the first Order to Show Cause relating to Mr. Armstrong's criminal contempt action wasn't issued under December 16, 2011 and the matter wasn't set for trial until the defendant was sentenced in the underlying criminal case on August 10, 2012. Doc. No. 378. The Government isn't aware of a specific motions deadline for the criminal contempt action and couldn't have possibly foresaw the need for a protective order related to criminal contempt prior to the February 28, 2011 motions deadline in the underlying criminal case.

Government learned of certain correspondence among Federal Bureau of Prisons officials. It has reviewed this correspondence and determined that none of it is discoverable pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) or *Giglio v. United States*, 405 U.S. 150 (1972). However, it has also determined that it would have an obligation to produce two pages of emails involving writings by this witness, a three-page statement of complaint (including a copy of the envelope it was sent in) completed by this witness, and supporting documentation to these emails and the complaint pursuant to the Jencks Act if so requested by the defendant. 18 U.S.C. Sec. 3500.

Though the defendant has not requested these materials pursuant to the Jencks Act, the government intends to produce these portions of the materials to the defendant on the morning of trial anyway in light of his *pro se* status, fairness, and an abundance of caution. However, these materials contain correspondence among and to Federal Bureau of Prisons personnel and relate to its security procedures. As such, they are sensitive in nature.

WHEREFORE, the Government requests that this Court order that the materials it intends to produce to the defendant on the morning of trial be returned to the United States Attorney's Office at the conclusion of the hearing.[2] Alternatively, the Government requests that this Court redact the sensitive information from these materials before allowing Mr. Armstrong access to them outside of the courtroom. It will bring a redacted version of these materials to the trial on September 7, 2012 for the

---

[2] In the event this Court orders Mr. Armstrong to return these materials to the United States Attorney's Office, our office would preserve the materials.

Court's convenience.

DATED: September 5, 2012, at Denver, Colorado.

                    Respectfully submitted,

                    JOHN F. WALSH
                    United States Attorney

                    <u>s/Kevin F. Sweeney</u>
                    By: Kevin F. Sweeney
                    Special Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

       I hereby certify that on this 5th day of September, 2012, I electronically filed the foregoing **MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

I also certify that I sent the foregoing via U.S. Mail to the following:

    Richard Kellogg Armstrong
    #20413-298
    Englewood Federal Correctional Institution
    Inmate Mail/parcels
    9595 West Quincy Avenue
    Littleton, CO 80123

                                                  By:    s/ *Kevin F. Sweene*y
                                                              KEVIN F. SWEENEY
                                                              Special Assistant U.S. Attorney