IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              September 7, 2012

Deputy Clerk:      Nel Steffens
Court Reporter:    Tracy Weir

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                            *Counsel:*

UNITED STATES OF AMERICA,             Kenneth Harmon
                                      Kevin Sweeney
       Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,        *Pro Se*

       Defendant.

### COURTROOM MINUTES

**Contempt Trial to Court**

**8:41 a.m.     Court in session.**

Appearances of counsel.  Also seated at government's tables are IRS Special Agent, Greg Flynn, and

Opening statements by the court.

Court identifies the six orders to show cause issued throughout the pendency of the underlying criminal proceedings.  They include:

- **Order To Show Cause** [#378] filed December 16, 2011,
- **Amended Second Order To Show Cause** [#513] filed May 1, 2012
- **Third Order To Show Cause** [#514] filed May 1, 2012
- **Fourth Order To Show Cause** [#515] filed May 1, 2012
- **Fifth Order To Show Cause** [#541] filed May 9, 2012

- **Sixth Order To Show Cause** [#547] filed May 16, 2012

8:42 a.m.      Opening statement by Mr. Sweeney.

8:46 a.m.      Opening statement by defendant Armstrong.

8:55 a.m.      Government's witness, Kathy Triplett, called and sworn.

Direct examination by Mr. Sweeney.

*Exhibit Identified:* Government's Exhibit 57

*Exhibit Admitted:* Government's Exhibit 57

Defendant Armstrong declines the opportunity for cross examination.

9:05 a.m.      Witness is excused and released from subpoena.

9:06 a.m.      Government's witness, Laura Bresee, called and sworn.

Direct examination by Mr. Sweeney.

*Exhibits Identified:* Government's Exhibit 65, Government's Exhibit 60, Government's Exhibit 61

Defendant Armstrong declines the opportunity for cross examination.

9:22 a.m.      Witness is excused and released from subpoena.

9:23 a.m.      Government's witness, Greg Flynn, called and sworn.

Direct examination by Mr. Sweeney.

*Exhibits Identified:* Government's Exhibit 58, Government's Exhibit 1, Government's Exhibit 12, Government's Exhibit 19, Government's Exhibit 26, Government's Exhibit 36, Government's Exhibit 37, Government's Exhibit 43, Government's Exhibit 55, Government's Exhibit 16, Government's Exhibit 14, Government's Exhibit 15, Government's Exhibit 18, Government's Exhibit 20, Government's Exhibit 21, Government's Exhibit 22, Government's Exhibit 23, Government's Exhibit 59, Government's Exhibit 2, Government's Exhibit 3, Government's Exhibit 4, Government's Exhibit  6, Government's Exhibit  7, Government's Exhibit 8, Government's Exhibit 9, Government's Exhibit 10, Government's Exhibit 11, Government's Exhibit 13, Government's Exhibit 14, Government's Exhibit 15, Government's Exhibit 16, Government's Exhibit 18, Government's Exhibit 25, Government's Exhibit 61, Government's Exhibit 60, Government's Exhibit 63

Court defers ruling on admission of exhibits.

**10:16 a.m.    Court in recess.**

**10:37 a.m.    Court in session.**

Witness Flynn has resumed the witness stand.

Continued direct examination by Mr. Sweeney.

***Exhibits Identified:*** *Government's Exhibit 64, Government's Exhibit 28, Government's Exhibit 29, Government's Exhibit 30, Government's Exhibit 31, Government's Exhibit 32, Government's Exhibit 33, Government's Exhibit 34, Government's Exhibit 35, Government's Exhibit 38, Government's Exhibit 39, Government's Exhibit 40, Government's Exhibit 41, Government's Exhibit 42, Government's Exhibit 48, Government's Exhibit 49, Government's Exhibit 50, Government's Exhibit 51, Government's Exhibit 53, Government's Exhibit 54*

Mr. Sweeney moves to admit Government's Exhibits 1-16, 18-26, 28-43, 48-51, 53-55, 57-64

***Exhibits Admitted:*** *Government's Exhibits 1-16, 18-26, 28-43, 48-51, 53-55, 57-64*

Government rests.

Closing argument by Mr. Sweeney.

Closing argument by defendant Armstrong.

Court will reconvene at 1:30 p.m. today to receive the court's findings, conclusions, and orders.

**11:05 a.m.    Court in recess.**

**1:30 p.m.    Court in session.**

Court's findings and conclusions.

>    **IT IS ORDERED** as follows:
>
>    1.    That the defendant is found **GUILTY** of criminal contempt in violation of 18 U.S.C. § 4013 as charged in each of the six aforementioned Orders To Show Cause docketed as numbers 378, 513, 514, 515, 541, and 547;
>
>    2.    That presentence investigation is waived; and

    3.       That this matter shall proceed to immediate sentencing.

**1:52 p.m.**    **Criminal Contempt Trial concluded.**

Trial concluded.

---

**1:52 p.m.**    **Sentencing Hearing commences.**

Statement by defendant Armstrong.

Statement by Mr. Sweeney.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgments of conviction, sentences, and orders.

    **IT IS ORDERED** as follows:

1. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on each of the six counts of criminal contempt in violation of 18 U.S.C. § 4013 as charged in each of the six orders to show cause docketed as Nos. 378, 513, 514, 515, 541, and 547;

2. That pursuant to the Sentencing Reform Act of 1984, and the combined provisions of 18 U.S.C. SS 3553(a)(1)-(7) and 3621(a), it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **six (6) months** on each of the six counts of criminal contempt, the sentences on these six counts shall be served concurrently with each other, but consecutively to any previously imposed sentences, including the sentences imposed in the **Order of Contempt** [#484], the **Order of Contempt** [#510], and the **Judgment in a Criminal Case** [#588];

3. That no additional term of supervised release is imposed

4. That no fine is imposed;

5. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00 for each count of conviction for a total of $600.00;

6. That the mandatory drug-testing provisions of 18 U.S.C. § 3583(d) are waived;

7. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and

      9.      That the defendant is remanded to the custody of the United States Marshal.

The defendant is advised of the right to appeal the sentences imposed by the court

**2:12 p.m.**    **Court in recess.**

Total time in court:   Criminal Contempt Trial:   02:25
                          Sentencing Hearing:     00:20

Hearing concluded.