| Case No. | 10-cr-000317-REB | Exhibit List for Contempt Hearing of Richard Kellogg Armstrong September 7, 2012 | |
|---|---|---|---|
| Case Caption: | United States of America vs. Curtis L. Morris and Richard Kellogg Armstrong | | |
| Exhibit List of: | United States- Plaintiff | | |
| Exh. No. | Description | In | Comments |
| 1 | Doc. #235: Order - striking 232 & 233 filed May 17, 2011 | ✓ | 9/7/12 |
| 2 | Doc. #236: Stricken notice to Article III court filed by RKA May 19, 2011 | ✓ | |
| 3 | Doc. #237: Stricken notice to Article III court requesting requesting response toNotice dated april 12, 2012 filed by RKA May 19, 2011 | ✓ | |
| 4 | Doc. #240: Stricken notice of default filed by RKA May 25, 2011 | ✓ | |
| 5 | Doc. #241: Order - striking 236, 237& 240 filed May 31, 2011 | ✓ | |
| 6 | Doc. #244: Stricken notice of default for nonresponse filed by RKA June 7, 2011 | ✓ | |
| 7 | Doc. #245: Stricken notice to courts to regognize RKA filed by RKA June 7, 2011 | ✓ | |
| 8 | Doc. #246: Stricken notice of default for nonresponse filed by RKA June 7, 2011 | ✓ | |
| 9 | Doc. #247: Stricken notice of default for nonresponse filed by RKA June 7, 2011 | ✓ | |
| 10 | Doc. #248: Stricken notice of jurisdictional challenge filed by RKA June 8, 2011 | ✓ | |

|    |    |    |    |
|----|----|----|----|
| 11 | Doc. #249: Stricken notice of default for nonresponse filed by RKA June 9, 2011 | ✓ | 9/7/12 |
| 12 | Doc. #251: Order - striking 244, 245, 246, 247, 248 & 249 filed June 10, 2011 | ✓ | |
| 13 | Doc. #254: Stricken motion for dismissal filed by RKA June 23, 2011 | ✓ | |
| 14 | Doc. #256: Stricken motion for dismissal filed by RKA June 30, 2011 | ✓ | |
| 15 | Doc. #257: Stricken motion for dismissal filed by RKA June 30, 2011 | ✓ | |
| 16 | Doc. #258: Stricken notice of exception taken and request for recognition of notices filed by RKA June 30, 2011 | ✓ | ↓ |
| 17 | Doc. #259: Order - striking 254, 256, 257 & 258 filed July 7, 2012 | | |
| 18 | Doc. #262: Stricken motiuon to dismiss filed by RKA July 12, 2011 | ✓ | 9/7/12 |
| 19 | Doc. #263: Order - striking 262 filed July 15, 2011 | ✓ | |
| 20 | Doc. #265: Request for authorization to file motion filed by RKA July 21, 2011 | ✓ | |
| 21 | Doc. #268: Motion for leave to file motion for Bona Fides by RKA July 26, 2011 | ✓ | |
| 22 | Doc. #278: Motion for leave to file motion for dismissal of indictment filed by RKA August 30, 2011 | ✓ | |
| 23 | Doc. #297: Motion for leave to file motion for rehearing on petitioner's detention by RKA September 19, 2011 | ✓ | |
| 24 | Doc. #326: Stricken amicus brief filed by RKA October 17, 2011 | ✓ | |
| 25 | Doc. #363: Stricken notice to clerk of the court to enter documents filed by RKA November 23, 2011 | ✓ | ↓ |
| 26 | Doc. #364: Order - striking 363 filed November 28, 2011 | ✓ | ✓ |

| | | | |
|---|---|---|---|
| 27 | Doc. #378: First order to show cause filed December 16, 2011 | | |
| 28 | Doc. #455: Stricken notice of Tender for Steoff filed by RKA April 3, 2012 | ✓ | 9/7/12 |
| 29 | Doc. #456: Stricken notice of Tender for Steoff and request regarding statement of acct filed by RKA April 3, 2012 | ✓ | |
| 30 | Doc. #457: Stricken notice of conditional acceptance of attorney filed by RKA April 3, 2012 | ✓ | |
| 31 | Doc. #458: Stricken notice of conditional acceptance of attorney filed by RKA April 3, 2012 | ✓ | |
| 32 | Doc. #459: Stricken notice of forgive me request and constructive notice of conditional acceptance filed by RKA April 5, 2012 | ✓ | |
| 33 | Doc. #460: Stricken notice of tender for setoff filed by RKA April 5, 2012 | ✓ | |
| 34 | Doc. #461: Stricken notice of forgive me request and constructive notice of conditional acceptance - request to continue public proceedings filed by RKA April 5, 2012 | ✓ | |
| 35 | Doc. #462: Stricken notice of tender for setoff and request regarding statement of acct filed by RKA April 5, 2012 | ✓ | |
| 36 | Doc. #463: Order - striking 455, 456, 457 & 458 filed April 5, 2012 | ✓ | |
| 37 | Doc. #467: Order - striking 459, 460, 461 & 462 filed April 6, 2012 | ✓ | |
| 38 | Doc. #481: Stricken notice of Tender for Steoff and request regarding statement of acct filed April 16, 2012 | ✓ | |
| 39 | Doc. #490: Stricken notice of fault - opportunity to cure filed by RKA April 23, 2012 | ✓ | |
| 40 | Doc. #491: Stricken notice of fault - opportunity to cure filed by RKA April 23, 2012 | ✓ | |

| # | Description | | |
|---|---|---|---|
| 41 | Doc. #492: Stricken notice of conditional acceptance filed by RKA April 23, 2012 | ✓ | 9/7/12 |
| 42 | Doc. #493: Constructive notice of conditional acceptance filed by RKA April 23, 2012 | ✓ | |
| 43 | Doc. #494: Order - striking 481, 490, 491, 492 & 493 filed April 23, 2012 | ✓ | ↓ |
| 44 | Doc. #512: Second Order to show cause filed May 1, 2012 | | |
| 45 | Doc. #513: Amended Second Order to Show Cause filed May 1, 2012 | | |
| 46 | Doc. #514: Third Order to Show Cause filed May 1, 2012 | | |
| 47 | Doc. #515: Fourth Order to Show Cause filed May 1, 2012 | | |
| 48 | Doc. #524: Stricken notice of fault - opportunity to cure filed by RKA May 4, 2012 | ✓ | 9/7/12 |
| 49 | Doc. #525: Stricken notice of fault - opportunity to cure filed by RKA May 4, 2012 | ✓ | |
| 50 | Doc. #526: Stricken notice of default in dishonor consent to judgement filed by RKA May 4, 2012 | ✓ | |
| 51 | Doc. #527: Stricken notice of default in dishonor consent to judgement filed by RKA May 4, 2012 | ✓ | ↓ |
| 52 | Doc. #541: Fifth Order to Show Cause filed May 9, 2012 | | |
| 53 | Doc. #544: Stricken notice of mistake filed by RKA May 14, 2012 | ✓ | 9/7/12 |
| 54 | Doc. #545: Stricken notice of conditional acceptance filed by RKA May 14, 2012 | ✓ | " |
| 55 | Doc. #546: Oder - striking 544 & 545 filed May 15, 2012 | ✓ | " |
| 56 | Doc. #547: Sixth Order to Show Cause filed May 16, 2012 | | |
| 57 | Criminal Docket for case # 1:10-cr-00317-REB | ✓ | 9/7/12 |
| 58 | Transcript of 4-7-11 proceedings | ✓ | |
| 59 | RKA passport application | ✓ | |
| 60 | RKA email 3-30-12 | ✓ | ↓ |

| | | | |
|---|---|---|---|
| 61 | RKA email 3-31-12 | ✓ | 9/7/12 |
| 62 | RKA call log | ✓ | |
| 63 | Recording of RKA phone call from March 29, 2012 | ✓ | Recording on CD |
| 64 | Recording of RKA phone call from March 29, 2012 | ✓ | Recording on CD ✓ |
| 65 | Complete CD of FCI- Englewood Inmate phone calls of inmate RKA created by Laura Bresee August 23, 2012 | | |