IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE ROBERT E. BLACKBURN

Case No.: 10-cr-00317-REB-2    Date: 9-7-2012

Case Caption: United States of America v. Richard Armstrong

United States - Plaintiff    WITNESS LIST
AUSA Kenneth M. Harmon
SAUSA Kevin F. Sweeney

**WILL CALL**

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| Greg Flynn, Special Agent<br>Internal Revenue Service<br>Denver, CO | 9/7/12 |
| Laura Bresee<br>Investigative Technician<br>Englewood Federal Correctional Institution<br>9595 West Quincy Avenue<br>Littleton, CO 80123 | 9/7/12 |

**MAY CALL**

| | |
|---|---|
| Kathy Triplett<br>Court Support Team Advisor<br>Alfred A. Araj Courthouse<br>901 19th Street<br>Denver, Colorado | 9/7/12 |

1