IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.     RICHARD KELLOGG ARMSTRONG,

       Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), as set forth in the Superseding Indictment returned on February 15, 2011;

THAT a Preliminary Order of Forfeiture was entered on June 25, 2012;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on September 13, 2012;

THAT, as of September 19, 2012, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture shall enter as to the following:

- a. $1,637,481.61 money judgment, representing the amount of proceeds obtained by the defendant, less any funds obtained from the forfeiture of directly traceable assets;
- b. real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado;
- c. one-half interest of the real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona, with one-half interest being remitted to the holder with a superior right, title, and interest; and
- d. Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527

in favor of the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), free from the claims of any other party;

THAT the United States shall have full and legal title and may dispose of it in accordance with law the following:

- a. real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado;
- b. real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona, with the remaining unforfeited one-half in net proceeds being remitted to the party with a superior right, title, and interest in that one-half interest; and
- c. Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527.

SO ORDERED this _____ day of _____, 2012.

BY THE COURT:

_____
ROBERT E. BLACKBURN
United States District Court Judge