# NON NEGOTIABLE NOTICE

# OF ACCEPTANCE

NOTICE DATE:   DAY: TWENTY-FOUR   MONTH: TWELVE   YEAR: 2012 C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN  2 2013

JEFFREY P. COLWELL
CLERK

United States District Court
Robert E. Blackburn, United States District Judge
Alfred A. Arraj Courthouse
901 - 19th Street, Room A105
Denver Colorado 80294-3589

**IN REPLY TO;** "CASE 1:10-cr-00317-REB DOCUMENT 630 FILED 12/05/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Robert E. Blackburn, Judge, Page 2 of 3, Page 3 of 3 Dated December 5,2012 BY THE COURT: Robert E.Blackburn United States District Judge, "1.U.S. District Court District of Colorado Notice of Electronic Filing"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong sentient moral being accept your Presentments, "CASE 1:10-cr-00317-REB DOCUMENT 630 FILED 12/05/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Robert E. Blackburn, Judge, Page 2 of 3, Page 3 of 3 Dated December 5,2012 BY THE COURT: Robert E. Blackburn United States District Judge, "1.U.S. District Court of Colorado Notice of Electronic Filing" and return your offers herein attached to you.  I request you issue me the Order of the Court.

I indicate my acceptance of your offers by my signature and date.

Sincerely

*[signature]*
C/O 20413-298  FCI
3600 Guard Road
Lompoc California

Attachments:   "CASE 1:10-cr-00317-REB DOCUMENT 630 FILED 12/05/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Robert E. Blackburn, Judge, Page 2 of 3, Page 3 of 3 Dated December 5,2012 BY THE COURT:  Robert E. Blackburn United States District Judge, "1.U.S. District Court District of Colorado Notice of Electronic Filing"

CC:  Clerk of the Court U.S. District Court 901 - 19th Street Room A105 Denver Colorado 80294-3589
CC:  United States District Court Office of the U.S. Attorney Kenneth Harmon  901 - 19th Street Denver Colorado 80294
CC:  Office of the Public Defender David L. Owen 718 Huntington Place Highlands Ranch Colorado

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this NON-NEGOTIABLE NOTICE OF ACCEPTANCE was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc California on Day Twenty-four Month Twelve Year 2012 C.E. for same day delivery to Robert E. Blackburn 901 - 19th Street Room A105 Denver Colorado

*[signature]*
Richard Kellogg Armstrong

"ACCEPTED"
Richard Kellogg Armstrong
DECEMBER 24, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge

Criminal Case No. 10-cr-00317-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS,

    Defendant.

---

## FINDINGS OF FACT AND CONCLUSIONS OF LAW
## ON THE ENTRY OF PLEAS OF GUILTY TO CRIMINAL CONTEMPT

---

**Blackburn, J.**

On December 5, 2012, I arraigned the defendant under Fed. R. Crim. P. 10; and I formally advised the defendant and conducted providency proceedings under Fed. R. Crim. P. 11.

Based upon my exchange and colloquy with the defendant in open court on the record; based upon the representations, remarks, and statements of counsel for the government and counsel for the defendant; and based upon my review of the file and record, I enter the following findings of fact and conclusions of law:

That the defendant appeared to be alert and not under the influence of or impaired by drugs, narcotics, marihuana, alcohol, medication, or intoxicants;

That the defendant was competent and fully understood the nature, circumstances, and essential elements of the acts of contempt to which his pleas of guilty were entered;

"ACCEPTED"
*Richard Kellogg Armstrong*
DECEMBER 24, 2012

That the defendant understood the direct and collateral consequences that he may suffer or experience as a result of his pleas of guilty and the resultant convictions and sentence for criminal contempt in violation of 18 U.S.C. § 401(3);

That the defendant's pleas of guilty were made and entered voluntarily, knowingly, intelligently and intentionally, and was not the result of mistake; misunderstanding, fear, force, threats, coercion, or undue influence by anyone;

That the defendant's pleas of guilty were not the result of any promise or inducement made by anyone, including legal counsel;

That the defendant understood each of his legal rights, including the rights enumerated at Fed. R. Crim. P. 11(b)(1)(B) and (E), and his right to a trial to the court and his right to be represented throughout this criminal case by an attorney even if indigent; and that the defendant freely, voluntarily, knowingly, intelligently, and intentionally waived his rights and privileges, excepting his right to be represented throughout these criminal contempt proceedings by an attorney even if indigent and his right to appeal any sentence I impose;

That the defendant understood the maximum possible penalties, including imprisonment, fines, and term of supervised release;

That the defendant understood that in imposing sentence, I must consult and consider the purposes and goals of sentencing as prescribed by Congress, the relevant provisions of the advisory United States Sentencing Guidelines, any motion for a sentence departure or variance, and the provisions of 18 U.S.C. § 3553 (a)(1)-(7); and

2

*"ACCEPTED"*
*Richard Kellogg Armatures*
*DECEMBER 24, 2012*

the defendant clearly understood that regardless of the sentence I impose, he may not withdraw his pleas of guilty on that basis;

That the defendant understood that the court will not be bound by any representations by anyone concerning the penalty to be imposed;

That a factual basis existed to support and sustain the defendant's pleas of guilty;

That the defendant has been represented at this hearing and throughout the contempt proceedings by effective and competent counsel with whom the defendant has no objection, criticism, or complaint whatsoever;

That the defendant had sufficient time to review, discuss, and consider his position and his pleas in these contempt proceedings; and

That on the record considered as a whole, I conclude that I may properly accept the defendant's pleas of guilty.

Dated December 5, 2012, at Denver, Colorado.

BY THE COURT:

Rob Blackburn
Robert E. Blackburn
United States District Judge

3


*"ACCEPTED"*

*Richard Kellogg Armstrong*

*December 24, 2012*

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

1. U.S. District Court

**District of Colorado**

**Notice of Electronic Filing**

The following transaction was entered on 12/7/2012 at 3:45 PM MST and filed on 12/5/2012

| | |
|---|---|
| **Case Name:** | USA v. Morris et al |
| **Case Number:** | 1:10-cr-00317-REB |
| **Filer:** | |
| **Document Number:** | 630 |

**Docket Text:**
**FINDINGS OF FACT and Conclusions of Law on the Entry of Pleas of Guilty to Criminal Contempt as to Curtis L. Morris by Judge Robert E. Blackburn on 12/5/12. (rebcd)**

**1:10-cr-00317-REB-1 Notice has been electronically mailed to:**

Lisa Monet Wayne   Lmonet20@aol.com, wendyanderson23@aol.com

Michael Gary Root   mroot@mikerootlaw.com

Martha Ann Paluch   Martha.Paluch@usdoj.gov, USACO.ECFCivil@usdoj.gov, barbara.gardalen@usdoj.gov

Kenneth Mark Harmon   kenneth.harmon@usdoj.gov, Andrea.Hough@usdoj.gov, USACO.ECFCriminal@us

Tonya Shotwell Andrews   Tonya.Andrews@usdoj.gov, judith.harding@usdoj.gov, michelle.lockman@usdoj.gov, nicole.davidson@usdoj.gov, pam.jebens@usdoj.gov, pamela.thompson3@usdoj.gov, raisa.vilensky@usdoj.gov, usaco.ecfcivil@usdoj.gov, usaco.ecffluatty@usdc

David L. Owen, Jr   davidowen@lodopc.com

Kevin F. Sweeney   kevin.f.sweeney@usdoj.gov, Dane.Ellingson@usdoj.gov, Western.Taxcriminal@usdoj.gov, kevin.sweeney3@usdoj.gov

**1:10-cr-00317-REB-1 Notice has been mailed by the filer to:**

"ACCEPTED"
*Richard Kellogg Armstrong*
DECEMBER 24, 2012

Richard Kellogg Armstrong(Terminated)
#20413-298
ENGLEWOOD
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=12/7/2012] [FileNumber=3792795-0
] [5c250263da039e02d31778f277575f1bc2707c54b3850e647781013592617e5f899
247d8a09381534c330f3d4f3ac320351f2e6ceafe91853de0822718de8dd2]]