# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Nine                   Month: One                    Year: 2013 C.E.

U.S. DEPARTMENT OF JUSTICE
John F. Walsh
United States Attorney
Britta Nord
District of Colorado
Financial Litigation Unit
1225 Seventeenth Street Suite 700
Seventeenth Street Plaza
Devner Colorado 80202

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 4 2013

JEFFREY P. COLWELL
                    CLERK

**In reply to:** "U.S. Department of Justice John F. Walsh August 27,2012 Sincerely John F. Walsh United States Attorney Britta Nord FINANCIAL LITIGATION UNIT District of Colorado, "U.S. DEPARTMENT OF JUSTICE U.S. DEPARTMENT OF JUSTICE ADMINISTRATIVE OFFSET NOTICE DATE OF NOTICE 08/15/2012 ACCOUNT NUMBER 2012A67682/001 Court Number 10-cr-000317 BALANCE DUE 1,680,134.00 NOTICE OFFSET (Continued from front) ADDITIONAL INFORMATION"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept your Presentments "U.S. Department of Justice John F. Walsh August 27,2012 Sincerely John F.Walsh United States Attorney Britta Nord FINANCIAL LITIGATION UNIT District of Colorado, "U.S. DEPARTMENT OF JUSTICE U.S. DEPARTMENT OF JUSTICE ADMINISTRATIVE OFFSET NOTICE DATE OF NOTICE 08/15/2012 ACCOUNT NUMBER 2012A67682/001 Court Number 10-cr-000317 BALANCE DUE 1,680,134.00 NOTICE OFFSET (Continued from front) ADDITIONAL INFORMATION", for value and return your offers for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your Presentments by my signature and date.

- I do not argue any facts.
- I request you close the Account Number: 2012A67682/001 and issue the Order of the Court to me immediately.
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy.
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        F.C.I. Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "U.S. Department of Justice John F. Walsh August 27,2012 Sincerely John F Walsh United States Attorney Britta Nord FINANCIAL LITIGATION UNIT District of Colorado, "U.S. DEPARTMENT OF JUSTICE U.S. DEPARTMENT OF JUSTICE ADMINISTRATIVE OFFSET NOTICE DATE OF NOTICE 08/15/2012 ACCOUNT NUMBER 2012A67682/001 Court Number 10-cr-000317 BALANCE DUE 1,680,134.00 NOITICE OFFSET (Continued from front) ADDITIONAL INFORMATION"

cc: **U.S. DEPARTMENT OF JUSTICE Colorado Seventeenth Street Plaza 1225 17th Street, Suite 700 Denver Colorado 80202**
cc: **U.S. District Court 901 19th Street, Room A105 Denver Colorado 80294**
cc: **United States District Court Office of the Clerk of Court 901 19th Street A-105 Denver Colorado 80294**
cc: **United States District Court Office of the Honorable Judge Robert G. Blackburn 901 19th Street Denver Colorado 80294**
cc: **United States District Court United States Attorney's Office Kenneth Mark Harmon 1225 17th Street East Seventeenth Street Plaza #700 Denver Colorado 80202**
cc: **United States Attorney's Office Tonya Shotwell Andrews 1225 17th Street East Suite 700 Denver Colorado 80202**
cc: **U.S. Department of Justice -DC-Tax Division- 601 D St. Tax Division Enforcement 601 D Street, N.W. Washington D.C. 20530**

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc California on January 9, 2013 C.E. for same day delivery to U.S. DEPARTMENT OF JUSTICE John F. Walsh United States Attorney Britta Nord District of Colorado Financial Litigation Unit 1225 Seventeenth Street Suite 700 Seventeenth Street Plaza Denver Colorado 80202.

*Richard Kellogg Armstrong* (signature)

Richard Kellogg Armstrong