# NOTICE OF AND REPENTANCE OF SIN

NOTICE DATE: Day Twenty-five     Month Two     Year 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 8 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Robert E. Blackburn, Judge
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being have examined the path my feet are on. I have come to the conclusion that I have sinned greatly.

I have dishonored the Honorable Robert E. Blackburn, Judge United States District Court. I have dishonored THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO. I have dishonored the UNITED STATES OF AMERICA. I have dishonored several United States Attorneys, other Courts, Judges and or Magistrates, and Clerks of Court.

I am very sorry for my sin. I now repent of all my sin. As I become aware of every particular sin, I will immediately repent.

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc - California

cc: United States District Court for the District of Colorado, 901 19th Street, Denver Colorado 80294-3589
cc: United States District Court for the District of Colorado, Office of the Clerk, 901 19th Street, Denver, Colorado 80294-3589
cc: Department of Justice, John F. Walsh, U.S. Attorney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: Greg Flynn, Special Agent, Internal Revenue Service, 1999 Broadway, Suite 2700 Denver, Colorado 80202
cc: Department of Justice, Kenneth M. Harmon, Assitant United States Attorney, 1225 17th Street, Suite 700 Denver, Colorado 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify that this **NOTICE OF AND REPENTANCE OF SIN** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI - Lompoc 3600 Guard Road Lompoc California on February 25, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, Honorable Robert E. Blackburn, Judge 901 19th Street Denver, Colorado 80294-3589