# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-five          Month Two          Year 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 8 2013

JEFFREY P. COLWELL
CLERK

U.S. DISTRICT COURT COLORADO
Robert E. Blackburn United States District Judge
901 19th Street
Denver Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 601 Filed 10/03/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO JUDGEMENT ON CONTEMPT THEREFORE, IT IS ORDERED as follows: Page 2 of 2 BY THE COURT: Robert E. Blackburn, United States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept your Presentment "Case 1:10-cr-00317-REB Document 601 Filed 10/03/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO JUDGEMENT ON CONTEMPT THEREFORE, IT IS ORDERED as follows: Page 2 of 2 BY THE COURT Robert E. Blackburn, United States District Judge" for value and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your Presentment by my signature and date.
- I do not argue any facts in this case;
- I request you issue the Appearance Bond and waive all Public costs;
- I request you close Account number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution – Lompoc
3600 Guard Road
Lompoc California

Attachment: "Case 1:10-cr-00317-REB Document 601 Filed 10/03/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO JUDGEMENT ON CONTEMPT THEREFORE IT IS ORDERED as follows: Page 2 of 2 BY THE COURT: Robert E. Blackburn, United States District Judge"
cc: **U.S. District Court Colorado, 901 19th Street, Denver, Colorado 80294-3589**
cc: **U.S. District Court Colorado, Clerk of the Court, 901 19th Street, Denver, Colorado 80294-3589**
cc: **Department of Justice, U.S. Attorney John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202**

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify that this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envolope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at Federal Correctional Institution - Lompoc, 3600 Guard Road Lompoc California on February 25, 2013 C.E. for same day delivery to U.S. DISTRICT COURT COLORADO Robert E. Blackburn United States District Judge 901 19th Street Denver, Colorado 80294-3589

Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 21, 2013 C.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

> Plaintiff,

vs.

2. RICHARD KELLOGG ARMSTRONG,

> Defendant.

---

## JUDGMENT ON CONTEMPT

---

On September 7, 2012, the defendant, Richard Kellogg Armstrong, was found guilty of criminal contempt in violation of 18 U.S.C. § 401 as charged in each of the six Orders to Show Cause docketed as No. 378, No. 513, No. 514, No. 515, No. 541, and No. 547.

Presentence investigation and report were waived, and the Court proceeded to immediate sentencing.

This Judgment on Contempt is entered on the findings of fact, conclusions of law, judgments of conviction, sentences, and orders e..    d in open court on September 7, 2012.

THEREFORE, IT IS ORDERED as follows:

1.   That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on each of the six counts of criminal contempt in violation of 18 U.S.C. § 4013 as charged in each of the six orders to show cause docketed as Nos. 378, 513, 514, 515, 541, and 547;

*"Accepted"*
*Richard Kelloff Armstrong*
*February 25, 2013 C.E.*

2.   That pursuant to the Sentencing Reform Act of 1984, and the combined provisions of 18 U.S.C. §§ 401, 3553(a)(1)-(7) and 3621(a), and Fed. R. Crim. P. 42,  it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **six (6) months** on each of the six counts of criminal contempt, which sentences on these six counts shall be served concurrently with each other, but consecutively to any previously imposed sentences, including the sentences imposed in the **Order of Contempt** [#484] entered April 17, 2012, the **Order of Contempt** [#510] entered May 1, 2012, and the **Judgment in a Criminal Case** [#588] entered August 14, 2012;

3.   That no additional term of supervised release is imposed;

4.   That no fines are imposed;

5.   That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00 for each count of conviction, for a total of $600.00; and

6.   That the mandatory drug-testing provisions of 18 U.S.C. § 3583(d) are waived.

DATED at Denver, Colorado, October 3, 2012.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge