# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Twenty-five        Month: Two          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 8 2013

JEFFREY P. COLWELL
CLERK

COPY

**In reply to:** "Case 1:10-cr-00317-REB Document 594 Filed 09/07/12 USDC Colorado Page 1 of 5 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date September 7,2012 COURTROOM MINUTES, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, "Case 1:10-cr-00317-REB Document 594-1 Filed 09/07/12 USDC Colorado Page 1 of 5, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, "Case 1:10-cr-0 617-REB Document 594-2 Filed 09/07/12 USDC Colorado Page 1 of 1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO JUDGE Robert E. Blackburn"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept your Presentments  ." Case 1:10-cr-00317-REB Document 594 Filed 09/07/12 USDC Colorado Page 1 of 5 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date September 7,2012 COURTROOM MINUTES, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, "Case 1:10-cr-00317-REB Document 594-1 Filed 09/07/12 USDC Colorado Page 1 of 5, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, "Case 1:10-cr-00317-REB Document 594-2 Filed 09/07/12 USDC Colorado Page 1 of 1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO JUDGE Robert E. Blackburn" for value and return your offers for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offers by my signature and date.

- I do not argue any facts.
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately.
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy.
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "Case 1:10-cr-00317-REB Document 594 Filed 09/07/12 USDC Colorado Page 1 of 5 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date September 7,2012 COURTROOM MINUTES, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, "Case 1:10-cr-00317-REB Document 594-1 Filed 09/07/12 USDC Colorado Page 1 of 5, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, "Case 1:10-cr-00317-REB Document 594-2 Filed 09/07/12 USDC Colorado Page 1 of 1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO JUDGE Robert E. Blackburn"

cc: United States District Court District of Colorado, 901 19th Street, Denver, Colorado 80294
cc: United States District Court District of Colorado, Clerk of the Court, 901 19th Street, Denver Colorado 80294
cc: Department of Justice, John F. Walsh, U.S. Attorney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: Greg Flynn, Special Agent, Internal Revenue Service, 1999 Broadway, Suite 2700, Denver, Colorado 80202
cc: Laura Bresee, Investigative Technician, Englewood FCI, 9595 W Quincy Ave., Littleton, Colorado
cc: Kathy Triplett, Court Support Team Advisor, United States District Court District of Colorado, 901 19th Street, Denver, Colorado 80294

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on February 25, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge, Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong