# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Twenty-five         Month: Two    **FILED**    Year: 2013 C.E.

**UNITED STATES DISTRICT COURT
DENVER, COLORADO**

**MAR 0 1 2013**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge, Robert E. Blackburn      **JEFFREY P. COLWELL**
901 19th Street                  **CLERK**
Denver, Colorado 80294

**In reply to:** "Case 1:10-cr-00317-REB Document 594 Filed 09/07/12 USDC Colorado Page 1 of 5 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date September 7,2012 COURTROOM MINUTES, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, "Case 1:10-cr-00317-REB Document 594-1 Filed 09/07/12 USDC Colorado Page 1 of 5, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, "Case 1:10-cr-0 617-REB Document 594-2 Filed 09/07/12 USDC Colorado Page 1 of 1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO JUDGE Robert E. Blackburn"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept your Presentments  " Case 1:10-cr-00317-REB Document 594 Filed 09/07/12 USDC Colorado Page 1 of 5 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date September 7,2012 COURTROOM MINUTES, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, "Case 1:10-cr-00317-REB Document 594-1 Filed 09/07/12 USDC Colorado Page 1 of 5, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, "Case 1:10-cr-00317-REB Document 594-2 Filed 09/07/12 USDC Colorado Page 1 of 1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO JUDGE Robert E. Blackburn" for value and return your offers for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offers by my signature and date.

- I do not argue any facts.
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately.
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy.
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "Case 1:10-cr-00317-REB Document 594 Filed 09/07/12 USDC Colorado Page 1 of 5
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn
Date September 7,2012 COURTROOM MINUTES, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of
5, "Case 1:10-cr-00317-REB Document 594-1 Filed 09/07/12 USDC Colorado Page 1 of 5, Page
2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, "Case 1:10-cr-00317-REB Document 594-2 Filed
09/07/12 USDC Colorado Page 1 of 1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
COLORADO JUDGE Robert E. Blackburn"

cc:  United States District Court District of Colorado, 901 19th Street, Denver, Colorado 80294
cc:  United States District Court District of Colorado, Clerk of the Court, 901 19th Street, Denver Colorado 80294
cc:  Department of Justice, John F. Walsh, U.S. Attorney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  Greg Flynn, Special Agent, Internal Revenue Service, 1999 Broadway, Suite 2700, Denver, Colorado 80202
cc:  Laura Bresee, Investigative Technician, Englewood FCI, 9595 W Quincy Ave., Littleton, Colorado
cc:  Kathy Triplett, Court Support Team Advisor, United States District Court District of Colorado, 901 19th Street,
     Denver, Colorado 80294

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed
in an envelope with First Class Postage paid and deposited in a United States Postal Mail
Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on February 25,
2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
Judge, Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294.

Richard Kellogg Armstrong

*"ACCEPTED"*

*Richard Kellogg Armstrong*

*1 FEBRUARY 25, 2013 C.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date:                    September 7, 2012

Deputy Clerk:            Nel Steffens
Court Reporter:          Tracy Weir

---

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                      Kenneth Harmon
                                               Kevin Sweeney
        Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,        *Pro Se*

        Defendant.

---

## COURTROOM MINUTES

---

**Contempt Trial to Court**

**8:41 a.m.     Court in session.**

Appearances of counsel.  Also seated at government's tables are IRS Special Agent, Greg Flynn, and

Opening statements by the court.

Court identifies the six orders to show cause issued throughout the pendency of the underlying criminal proceedings.  They include:

- **Order To Show Cause** [#378] filed December 16, 2011,
- **Amended Second Order To Show Cause** [#513] filed May 1, 2012
- **Third Order To Show Cause** [#514] filed May 1, 2012
- **Fourth Order To Show Cause** [#515] filed May 1, 2012
- **Fifth Order To Show Cause** [#541] filed May 9, 2012

Case 1:10-cr-00317-REB   Document 594   Filed 09/07/12   USDC Colorado   Page 2 of 5

"ACCEPTED"
Richard Kellogg Armstrong
FEBRUARY 25, 2013 C.E.

• **Sixth Order To Show Cause [#547] filed May 16, 2012**

8:42 a.m.   Opening statement by Mr. Sweeney.

8:46 a.m.   Opening statement by defendant Armstrong.

8:55 a.m.   Government's witness, Kathy Triplett, called and sworn.

Direct examination by Mr. Sweeney.

**Exhibit Identified:** *Government's Exhibit 57*

**Exhibit Admitted:** *Government's Exhibit 57*

Defendant Armstrong declines the opportunity for cross examination.

9:05 a.m.   Witness is excused and released from subpoena.

9:06 a.m.   Government's witness, Laura Bresee, called and sworn.

Direct examination by Mr. Sweeney.

**Exhibits Identified:** *Government's Exhibit 65, Government's Exhibit 60, Government's Exhibit 61*

Defendant Armstrong declines the opportunity for cross examination.

9:22 a.m.   Witness is excused and released from subpoena.

9:23 a.m.   Government's witness, Greg Flynn, called and sworn.

Direct examination by Mr. Sweeney.

**Exhibits Identified:** *Government's Exhibit 58, Government's Exhibit 1, Government's Exhibit 12, Government's Exhibit 19, Government's Exhibit 26, Government's Exhibit 36, Government's Exhibit 37, Government's Exhibit 43, Government's Exhibit 55, Government's Exhibit 16, Government's Exhibit 14, Government's Exhibit 15, Government's Exhibit 18, Government's Exhibit 20, Government's Exhibit 21, Government's Exhibit 22, Government's Exhibit 23, Government's Exhibit 59, Government's Exhibit 2, Government's Exhibit 3, Government's Exhibit 4, Government's Exhibit 6, Government's Exhibit 7, Government's Exhibit 8, Government's Exhibit 9, Government's Exhibit 10, Government's Exhibit 11, Government's Exhibit 13, Government's Exhibit 14, Government's Exhibit 15, Government's Exhibit 16, Government's Exhibit 18, Government's Exhibit 25, Government's Exhibit 61, Government's Exhibit 60, Government's Exhibit 63*

*"ACCEPTED"*

*Richa S Kellogg Questions*

*FEBRUARY 25, 2013 C.E.*

Court defers ruling on admission of exhibits.

**10:16 a.m.   Court in recess.**

**10:37 a.m.   Court in session.**

Witness Flynn has resumed the witness stand.

Continued direct examination by Mr. Sweeney.

***Exhibits Identified:*** *Government's Exhibit 64, Government's Exhibit 28, Government's Exhibit 29, Government's Exhibit 30, Government's Exhibit 31, Government's Exhibit 32, Government's Exhibit 33, Government's Exhibit 34, Government's Exhibit 35, Government's Exhibit 38, Government's Exhibit 39, Government's Exhibit 40, Government's Exhibit 41, Government's Exhibit 42, Government's Exhibit 48, Government's Exhibit 49, Government's Exhibit 50, Government's Exhibit 51, Government's Exhibit 53, Government's Exhibit 54*

Mr. Sweeney moves to admit Government's Exhibits 1-16, 18-26, 28-43, 48-51, 53-55, 57-64

***Exhibits Admitted:*** *Government's Exhibits 1-16, 18-26, 28-43, 48-51, 53-55, 57-64*

Government rests.

Closing argument by Mr. Sweeney.

Closing argument by defendant Armstrong.

Court will reconvene at 1:30 p.m. today to receive the court's findings, conclusions, and orders.

**11:05 a.m.   Court in recess.**

**1:30 p.m.   Court in session.**

Court's findings and conclusions.

**IT IS ORDERED** as follows:

1.   That the defendant is found **GUILTY** of criminal contempt in violation of 18 U.S.C. § 4013 as charged in each of the six aforementioned Orders To Show Cause docketed as numbers 378, 513, 514, 515, 541, and 547;

2.   That presentence investigation is waived; and

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 25, 2013 C.E.*

3.      That this matter shall proceed to immediate sentencing.

**1:52 p.m.      Criminal Contempt Trial concluded.**

Trial concluded.

---

**1:52 p.m.      Sentencing Hearing commences.**

Statement by defendant Armstrong.

Statement by Mr. Sweeney.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgments of conviction, sentences, and orders.

**IT IS ORDERED** as follows:

1.      That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on each of the six counts of criminal contempt in violation of 18 U.S.C. § 4013 as charged in each of the six orders to show cause docketed as Nos. 378, 513, 514, 515, 541, and 547;

2.      That pursuant to the Sentencing Reform Act of 1984, and the combined provisions of 18 U.S.C. SS 3553(a)(1)-(7) and 3621(a), it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **six (6) months** on each of the six counts of criminal contempt, the sentences on these six counts shall be served concurrently with each other, but consecutively to any previously imposed sentences, including the sentences imposed in the **Order of Contempt** [#484], the **Order of Contempt** [#510], and the **Judgment in a Criminal Case** [#588];

3.      That no additional term of supervised release is imposed

4.      That no fine is imposed;

5.      That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00 for each count of conviction for a total of $600.00;

6.      That the mandatory drug-testing provisions of 18 U.S.C. § 3583(d) are waived;

7.      That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 25, 2013 C.E.*

9.   That the defendant is remanded to the custody of the United States
     Marshal.

The defendant is advised of the right to appeal the sentences imposed by the court

**2:12 p.m.     Court in recess.**

Total time in court:   Criminal Contempt Trial:     02:25
                       Sentencing Hearing:          00:20

Hearing concluded.

Case 1:10-cr-00317-REB   Document 594-1   Filed 09/07/12   USDC Colorado   Page 1 of 5

| Case No. | 10-cr-000317-REB | Exhibit List for Contempt Hearing of Richard Kellogg Armstrong September 7, 2012 | | |
|---|---|---|---|---|
| Case Caption: | United States of America vs. Curtis L. Morris and Richard Kellogg Armstrong | | | |
| Exhibit List of: | United States- Plaintiff | | | |
| | | | | |
| Exh. No. | Description | | In | Comments |
| | | | | 9/7/12 |
| 1 | Doc. #235: Order - striking 232 & 233 filed May 17, 2011 | | ✓ | |
| 2 | Doc. #236: Stricken notice to Article III court filed by RKA May 19, 2011 | | ✓ | |
| 3 | Doc. #237: Stricken notice to Article III court requesting requesting response toNotice dated april 12, 2012 filed by RKA May 19, 2011 | | ✓ | |
| 4 | Doc. #240: Stricken notice of default filed by RKA May 25, 2011 | | ✓ | |
| 5 | Doc. #241: Order - striking 236, 237& 240  filed May 31, 2011 | | ✓ | |
| 6 | Doc. #244: Stricken notice of default for nonresponse filed by RKA June 7, 2011 | | ✓ | |
| 7 | Doc. #245: Stricken notice to courts to regognize RKA filed by RKA June 7, 2011 | | ✓ | |
| 8 | Doc. #246: Stricken notice of default for nonresponse filed by RKA June 7, 2011 | | ✓ | |
| 9 | Doc. #247: Stricken notice of default for nonresponse filed by RKA June 7, 2011 | | ✓ | |
| 10 | Doc. #248: Stricken notice of jurisdictional challenge filed by RKA June 8, 2011 | | ✓ | |

" ACCEPTED "
Richard Kellogg Armstrong
FEBRUARY 2 5, 2013 C.E.

Handwritten: "ACCEPTED" / T Richard Kellogg Armstrong / FEBRUARY 25, 2013 C.E.

| # | Description | | |
|---|---|---|---|
| 11 | Doc. #249: Stricken notice of default for nonresponse filed by RKA June 9, 2011 | ✓ | |
| 12 | Doc. #251: Order - striking 244, 245, 246, 247, 248 & 249 filed June 10, 2011 | ✓ | |
| 13 | Doc. #254: Stricken motion for dismissal filed by RKA June 23, 2011 | ✓ | |
| 14 | Doc. #256: Stricken motion for dismissal filed by RKA June 30, 2011 | ✓ | |
| 15 | Doc. #257: Stricken motion for dismissal filed by RKA June 30, 2011 | ✓ | |
| 16 | Doc. #258: Stricken notice of exception taken and request for recognition of notices filed by RKA June 30, 2011 | ✓ | |
| 17 | Doc. #259: Order - striking 254, 256, 257 & 258 filed July 7, 2012 | | |
| 18 | Doc. #262: Stricken motiuon to dismiss filed by RKA July 12, 2011 | ✓ | 9/7/12 |
| 19 | Doc. #263: Order - striking 262 filed July 15, 2011 | ✓ | |
| 20 | Doc. #265: Request for authorization to file motion filed by RKA July 21, 2011 | ✓ | |
| 21 | Doc. #268: Motion for leave to file motion for Bona Fides by RKA July 26, 2011 | ✓ | |
| 22 | Doc. #278: Motion for leave to file motion for dismissal of indictment filed by RKA August 30, 2011 | ✓ | |
| 23 | Doc. #297: Motion for leave to file motion for rehearing on petitioner's detention  by RKA September 19, 2011 | ✓ | |
| 24 | Doc. #326: Stricken amicus brief filed by RKA October 17, 2011 | ✓ | |
| 25 | Doc. #363: Stricken notice to clerk of the court to enter documents filed by RKA November 23, 2011 | ✓ | |
| 26 | Doc. #364: Order - striking 363 filed November 28, 2011 | ✓ | |

Case 1:10-cr-00317-REB   Document 594-1   Filed 09/07/12   USDC Colorado   Page 3 of 5

"ACCEPTED"
Richard Kellogg Armstrong
FEBRUARY 25, 2013 C.E.

9/7/12

| | | |
|---|---|---|
| 27 | Doc. #378: First order to show cause filed December 16, 2011 | |
| 28 | Doc. #455: Stricken notice of Tender for Steoff filed by RKA April 3, 2012 | ✓ |
| 29 | Doc. #456: Stricken notice of Tender for Steoff and request regarding statement of acct filed by RKA April 3, 2012 | ✓ |
| 30 | Doc. #457: Stricken notice of conditional acceptance of attorney filed by RKA April 3, 2012 | ✓ |
| 31 | Doc. #458: Stricken notice of conditional acceptance of attorney filed by RKA April 3, 2012 | ✓ |
| 32 | Doc. #459: Stricken notice of forgive me request and constructive notice of conditional acceptance filed by RKA April 5, 2012 | ✓ |
| 33 | Doc. #460: Stricken notice of tender for setoff filed by RKA April 5, 2012 | ✓ |
| 34 | Doc. #461: Stricken notice of forgive me request and constructive notice of conditional acceptance - request to continue public proceedings filed by RKA April 5, 2012 | ✓ |
| 35 | Doc. #462: Stricken notice of tender for setoff and request regarding statement of acct  filed by RKA April 5, 2012 | ✓ |
| 36 | Doc. #463: Order - striking 455, 456, 457 & 458 filed April 5, 2012 | ✓ |
| 37 | Doc. #467: Order - striking 459, 460, 461 & 462 filed April 6, 2012 | ✓ |
| 38 | Doc. #481: Stricken notice of Tender for Steoff and request regarding statement of acct filed April 16, 2012 | ✓ |
| 39 | Doc. #490: Stricken notice of fault - opportunity to cure filed by RKA April 23, 2012 | ✓ |
| 40 | Doc. #491: Stricken notice of fault - opportunity to cure filed by RKA April 23, 2012 | ✓ |

*Handwritten: "ACCEPTED" Richard Kellogg [signature] FEBRUARY 21, 2013 c.E.*

| # | Description | | |
|---|---|---|---|
| 41 | Doc. #492: Stricken notice of conditional acceptance filed by RKA April 23, 2012 | ✓ | 9/7/12 |
| 42 | Doc. #493: Constructive notice of conditional acceptance filed by RKA April 23, 2012 | ✓ | |
| 43 | Doc. #494: Order - striking 481, 490, 491, 492 & 493 filed April 23, 2012 | ✓ | ✓ |
| 44 | Doc. #512: Second Order to show cause filed May 1, 2012 | | |
| 45 | Doc. #513: Amended Second Order to Show Cause filed May 1, 2012 | | |
| 46 | Doc. #514: Third Order to Show Cause filed May 1, 2012 | | |
| 47 | Doc. #515: Fourth Order to Show Cause filed May 1, 2012 | | |
| 48 | Doc. #524: Stricken notice of fault - opportunity to cure filed by RKA May 4, 2012 | ✓ | 9/7/12 |
| 49 | Doc. #525: Stricken notice of fault - opportunity to cure filed by RKA May 4, 2012 | ✓ | |
| 50 | Doc. #526: Stricken notice of default in dishonor consent to judgement filed by RKA May 4, 2012 | ✓ | |
| 51 | Doc. #527: Stricken notice of default in dishonor consent to judgement filed by RKA May 4, 2012 | ✓ | ✓ |
| 52 | Doc. #541: Fifth Order to Show Cause filed May 9, 2012 | ✓ | |
| 53 | Doc. #544: Stricken notice of mistake filed by RKA May 14, 2012 | ✓ | 9/7/12 |
| 54 | Doc. #545: Stricken notice of conditional acceptance filed by RKA May 14, 2012 | ✓ | " |
| 55 | Doc. #546: Oder - striking 544 & 545 filed May 15, 2012 | ✓ | " |
| 56 | Doc. #547: Sixth Order to Show Cause filed May 16, 2012 | ✓ | |
| 57 | Criminal Docket for case # 1:10-cr-00317-REB | ✓ | 9/7/12 |
| 58 | Transcript of 4-7-11 proceedings | ✓ | |
| 59 | RKA passport application | ✓ | |
| 60 | RKA email 3-30-12 | ✓ | ✓ |

Case 1:10-cr-00317-REB   Document 594-1   Filed 09/07/12   USDC Colorado   Page 5 of 5

| | | | |
|---|---|---|---|
| 61 | RKA email 3-31-12 | ✓ | |
| 62 | RKA call log | ✓ | |
| 63 | Recording of RKA phone call from March 29, 2012 | ✓ | Recording on CD |
| 64 | Recording of RKA phone call from March 29, 2012 | ✓ | Recording on CD |
| 65 | Complete CD of FCI- Englewood Inmate phone calls of inmate RKA created by Laura Bresee August 23, 2012 | | |

"ACCEPTED"
Richard Kellogg Armstrong
MAR 1 5 2013 C.E.

*"Ac̸ c̸ EPTED"*

*Richard Kellogg Armstrong*

*FEBRUARY 25, 2013 c̸, IE,*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE ROBERT E. BLACKBURN

Case No.: 10-cr-00317-REB-2          Date: 9-7-2012

Case Caption: United States of America v. Richard Armstrong

United States - Plaintiff          WITNESS LIST
AUSA Kenneth M. Harmon
SAUSA Kevin F. Sweeney

**WILL CALL**

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| Greg Flynn, Special Agent<br>Internal Revenue Service<br>Denver, CO | 9/7/12 |
| Laura Bresee<br>Investigative Technician<br>Englewood Federal Correctional<br>Institution<br>9595 West Quincy Avenue<br>Littleton, CO 80123 | 9/7/12 |

**MAY CALL**

| | |
|---|---|
| Kathy Triplett<br>Court Support Team Advisor<br>Alfred A. Araj Courthouse<br>901 19th Street<br>Denver, Colorado | 9/7/12 |

1