# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-seven     Month Two     Year 2013 C.E.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 4 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 568 Filed 06/22/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date: June 22, 2012 COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept your Presentment "Case 1:10-cr-00317-REB Document 568 Filed 06/22/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date: June 22, 2012 COURTROOM MINUTES, Page 2 of 2" for value and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "Case 1:10-cr-00317-REB Document 568 Filed 06/22/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date: June 22, 2012 COURTROOM MINUTES, Page 2 of 2"
cc: **UNITED STATES DISTRICT COURT COLORADO** 901 19th Street Denver, Colorado 80294-3589
cc: **UNITED STATES DISTRICT COURT COLORADO**, Clerk of the Court, 901 19th Street Denver, Colorado 80294-3589

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 27, 2013 C.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date:            June 22, 2012

Deputy Clerk:    Nel Steffens
Court Reporter:  Tracy Weir

---

**Criminal Action No. 10-cr-00317-REB**

<u>Parties:</u>                                  <u>Counsel:</u>

UNITED STATES OF AMERICA,               Kenneth Harmon
                                        Kevin Sweeney
    Plaintiff,

v.

1. CURTIS L. MORRIS,                    Lisa Wayne
2. RICHARD KELLOGG ARMSTRONG,           *Pro Se* with David Owen, Advisory
                                        Counsel
    Defendants.

---

### COURTROOM MINUTES

---

**Hearing - Advisement on Criminal Contempt**

**2:38 p.m.     Court in session.**

Appearances of counsel.

Defendants are present in custody.

Opening statements by the court.

Court advises defendants of their rights in these criminal contempt proceedings.

Court inquires of defendant Morris whether he wants to continue with Ms. Wayne's representation. Defendant Morris answers in the affirmative.

Ms. Wayne objects and offers argument.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 27, 2013 C.E.*

Defendant Morris requests other court-appointed counsel.

**IT IS ORDERED** as follows:

1. That counsel from the Criminal Justice Act panel, other than Ms. Wayne, shall be appointed to represent defendant Morris in these criminal contempt proceedings.

Statement by defendant Armstrong.

Court determines that defendant Armstrong will proceed *pro se*.

**IT IS FURTHER ORDERED** as follows:

2. That this criminal contempt proceeding is **CONTINUED** for Arraignment to Friday, **July 27, at 8:30 a.m.**, at which both defendants shall appear without further notice or order; provided furthermore, that neither Ms. Wayne nor Mr. Owen need appear at the Arraignment;

3. That the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendants; and

4. That the defendants are remanded to the custody of the United States Marshal.

**2:51 p.m.     Court in recess.**

Total time in court:   00:13

Hearing concluded.