# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day One     Month Three     FILED    Year 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

MAR 0 4 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 595 Filed 09/07/12 USDC Colorado Page 1 of 1 ORDER GOVERNING THE CUSTODY OF TRIAL EXHIBITS Dated at Denver, Colorado this 7th day of September, 2012 BY THE COURT: Robert E. Blackburn United States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept your Presentment "Case 1:10-cr-00317-REB Document 595 Filed 09/07/12 USDC Colorado Page 1 of 1 ORDER GOVERNING THE CUSTODY OF TRIAL EXHIBITS Dated at Denver, Colorado this 7th day of September, 2012 BY THE COURT: Robert E. Blackburn United States District Judge" for value and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

Sincerely,

*[signature]*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "Case 1:10-cr-00317-REB Document 595 Filed 09/07/12 USDC Colorado Page 1 of 1 ORDER GOVERNING THE CUSTODY OF TRIAL EXHIBITS Dated at Denver, Colorado this 7th day of September, 2012 BY THE COURT: Robert E. Blackburn United States District Judge"

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI - Lompoc 3600 Guard Road Lompoc, California on March 1, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

*[signature]*
Richard Kellogg Armstrong

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MARCH 1, 2013 C.E.*

## ORDER GOVERNING THE CUSTODY OF TRIAL EXHIBITS

**Blackburn, J.**

To provide for the retention of the exhibits admitted or otherwise used during the Contempt Trial on September 7, 2012,

**IT IS ORDERED** as follows:

1. That counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at the contempt trial by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

Dated at Denver, Colorado this 7th day of September, 2012.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge