# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-seven    Month Two    **FILED**    Year 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 4 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 552 Filed 05/24/12 USDC Colorado Page 1 of 1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Criminal Case No. 10-cr-00317-REB MINUTE ORDER IT IS ORDERED as follows: Dated: May 24, 2012"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept your Presentment "Case 1:10-cr-00317-REB Document 552 Filed 05/24/12 USDC Colorado Page 1 of 1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Criminal Case No. 10-cr-00317-REB MINUTE ORDER IT IS ORDERED as follows: Dated: May 24, 2012" for value and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number: 1:10-cr-00317-REB and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "Case 1:10-cr-00317-REB Document 552 Filed 05/24/12 USDC Colorado Page 1 of 1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Criminal Case No. 10-cr-00317-REB MINUTE ORDER IT IS ORDERED as follows: Date: May 24, 2012"
cc: **UNITED STATES DISTRICT COURT DISTRICT OF COLORADO** 901 19th Street Denver, Colorado 80294-3589
cc: **UNITED STATES DISTRICT COURT DISTRICT OF COLORADO**, Office of the Clerk of Court, 901 19th Street Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify that this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI - Lompoc 3600 Guard Road Lompoc, California on February 27, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 27, 2013 C.E.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

      Defendants.

---

## MINUTE ORDER[1]

---

On May 24, 2012, the court conducted a telephonic setting conference to set an advisement and arraignment on the various Orders To Show Cause issued by this court. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **June 22, 2012**, commencing at 2:00 p.m., the court shall conduct an advisement and arraignment in this case, the court reserving one (1) hour for this hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendants' appearances for this hearing.

Dated: May 24, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.