# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-seven Month Two Year 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 04 2013
JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Robert E. Blackburn, Judge
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 588 Filed 08/14/12 USDC Colorado Page 1 of 11 AO 245B (Rev. 09/08) Judgment in a Criminal Case Sheet 1 UNITED STATES DISTRICT COURT District of Colorado JUDGMENT IN A CRIMINAL CASE August 10/2012 Robert E. Blackburn August 14, 2012, Page 2 of 11 AO 245B (Rev. 06/05) Criminal Judgment Sheet 1A ADDITIONAL COUNTS OF CONVICTION, Page 3 of 11 AO 245B (Rev. 09/08) Judgment in a Criminal Case Sheet 2 - Imprisonment IMPRISONMENT RETURN, Page 4 of 11 AO 245B (Rev. 06/05) Judgment in a Criminal Case Sheet 3 - Supervised Release SUPERVISED RELEASE STANDARD CONDITIONS OF SUPERVISION, Page 5 of 11 AO 245B (Rev. 09/08) Judgment in a Criminal Case Sheet C - Supervised Release SPECIAL CONDITIONS OF RELEASE, Page 6 of 11 AO 245B (Rev. 09/08) Judgment in a Criminal Case Sheets - Criminal Monetary Penalties CRIMINAL MONETARY PENALTIES, Page 7 of 11 AO 245B (Rev. 09/08) Judgment in a Criminal Case Sheet 6 Payments SCHEDULE OF PAYMENTS, Page 8 of 11 AO 245B (Rev. 09/08) Criminal Judgment Attachment (Page 1) - Statement of Reasons STATEMENT OF REASONS, Page 9 of 11 AO 245B (Rev. 09/08) Criminal Judgment Attachment (Page 2) - Statement of Reasons STATEMENT OF REASONS, Page 10 of 11 AO 245B (Rev. 09/08) Criminal Judgment Attachment (Page 3) - Statement of Reasons STATEMENT OF REASONS, Page 11 of 11 AO 245B (Rev. 09/08) Criminal Judgment Attachment (Page 4) - Statement of Reasons STATEMENT OF REASONS"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept your Presentment "Case 1:10-cr-00317-REB Document 588 Filed 08/14/12 USDC Colorado Page 1 of 11 AO 245B (Rev. 09/08) Judgment in a Criminal Case Sheet 1 UNITED STATES DISTRICT COURT District of Colorado JUDGMENT IN A CRIMINAL CASE August 10/2012 Robert E. Blackburn August 14, 2012, Page 2 of 11 AO 245B (Rev. 06/05) Criminal Judgment Sheet 1A ADDITIONAL COUNTS OF CONVICTION, Page 3 of 11 AO 245B (Rev. 09/08) Judgment in a Criminal Case Sheet 2 - Imprisonment IMPRISONMENT RETURN, Page 4 of 11 AO 245B (Rev. 06/05) Judgment in a Criminal Case Sheet 3 - Supervised Release SUPERVISED RELEASE STANDARD CONDITIONS OF SUPERVISION, Page 5 of 11 AO 245B (Rev. 09/08) Judgment in a Criminal Case Sheet 3C - Supervised Release SPECIAL CONDITIONS OF RELEASE, Page 6 of 11 AO 245B (Rev. 09/08) Judgment in a Criminal Case Sheets - Criminal Monetary Penalties CRIMINAL MONETARY PENALTIES, Page 7 of 11 AO 245B (Rev. 09/08) Judgment in a criminal Case Sheet 6 Payments SCHEDULE OF PAYMENTS, Page 8 of 11 AO 245B (Rev. 09/08) Criminal Judgment Attachment (Page 1) - Statement of Reasons STATEMENT OF REASONS, Page 9 of 11 AO 245B (Rev. 09/08) Criminal Judgment Attachment (Page 2) - Statement of Reasons STATEMENT OF REASONS, Page 10 of 11 AO 245B (Rev. 09/08) Criminal Judgment Attachment (Page 3) - Statement of Reasons STATEMENT OF REASONS, Page 11 of 11 AO 245B (Rev. 09/08) Criminal Judgment Attachment (Page 4) - Statement of Reasons STATEMENT OF REASONS" for value and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

I do not argue any facts in this case.
I request you issue me the Appearance Bond and waive all Public costs.
I request you close Account Number 1:10-cr-00317-REB-02 and Account Number 20413-298 and issue the Order of the Court to me immediately.
I request you adjust and set-off all Public charges by the exemption in accord with Public Policy.
I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc - California

Attachment: " Supra "

cc: United States District Court Colorado 901 19th Street Denver Colorado 80294-3589
cc: United States District Court Colorado Clerk of the Court 901 19th Street Denver Colorado 80294-3589
cc: Department of Justice, Frank W. Walsh United States Attorney 1225 17th Street Suite 700 Denver Colorado 80202
cc: David L. Owen, Attorney at law, c/o United States District Court Colorado, 901 19th Street Denver Colorado 80294-3589
cc: IRS, MPU, Stop 151 PO Box 47-421 Doraville, Georgia 30362
cc: Department of the Treasury Internal Revenue Service Office of the Commissioner 1111 Constitution Avenue Northwest Room 300 Washington D.C. 20224

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify that this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI - Lompoc 3600 Guard Road Lompoc California on February 27, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO Honorable Robert E. Blackburn, Judge 901 19th Street Denver, Colorado 80294-3589

"ACCEPTED"
Richard Kellogg Armstrong
FEBRUARY 27, 2013 C.E.

AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of COLORADO

UNITED STATES OF AMERICA
V.

RICHARD KELLOGG ARMSTRONG

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 10-cr-00317-REB-02

USM Number: 20413-298

Richard Kellogg Armstrong, Pro Se and
David L. Owen, Appointed (advisory)
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to Count(s)

☐ pleaded nolo contendere to Count(s)
which was accepted by the Court.

☒ was found guilty on Counts 1, 6, 7, 8, 9, 13, 14, 15, 16, 25, 26, 27, and 28 of the Superseding Indictment
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1341 | Mail Fraud | 10/23/2008 | 1 |

The defendant is sentenced as provided in pages 2 through 11 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on Count(s)

☐ Counts ______ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 10, 2012
Date of Imposition of Judgment

**s/ Robert E. Blackburn**
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name and Title of Judge

**August 14, 2012**
Date

Case 1:10-cr-00317-REB Document 588 Filed 08/14/12 USDC Colorado Page 2 of 11

AO 245B (Rev. 06/05) Criminal Judgment
Sheet 1A

Judgment—Page 2 of 11

DEFENDANT: RICHARD KELLOGG ARMSTRONG
CASE NUMBER: 10-cr-00317-REB-02

"ACCEPTED"
Richard Kellogg Armstrong
FEBRUARY 27, 2013 C.I.E.

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 287 | Filing False Claims Against the United States | 10/20/2008 | 6 |
| 18 U.S.C. § 287 | Filing False Claims Against the United States | 10/20/2008 | 7 |
| 18 U.S.C. § 287 | Filing False Claims Against the United States | 10/20/2008 | 8 |
| 18 U.S.C. § 287 | Filing False Claims Against the United States | 01/28/2009 | 9 |
| 18 U.S.C. § 287 | Filing False Claims Against the United States | 02/19/2009 | 13 |
| 18 U.S.C. § 287 | Filing False Claims Against the United States | 02/19/2009 | 14 |
| 18 U.S.C. § 287 | Filing False Claims Against the United States | 03/12/2009 | 15 |
| 18 U.S.C. § 287 | Filing False Claims Against the United States | 03/25/2009 | 16 |
| 18 U.S.C. § 1957 | Monetary Transactions in Property Derived from Specified Unlawful Activity | 11/22/2008 | 25 |
| 18 U.S.C. § 1957 | Monetary Transactions in Property Derived from Specified Unlawful Activity | 11/23/2008 | 26 |
| 18 U.S.C. § 1957 | Monetary Transactions in Property Derived from Specified Unlawful Activity | 01/07/2009 | 27 |
| 18 U.S.C. § 286 | Conspiracy to Defraud the United States | 05/2009 | 28 |
| 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1); and 28 U.S.C. § 2461(c) | Forfeiture Allegation | | |

Case 1:10-cr-00317-REB Document 588 Filed 08/14/12 USDC Colorado Page 3 of 11

AO 245B (Rev. 09/08) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 3 of 11

DEFENDANT: RICHARD KELLOGG ARMSTRONG
CASE NUMBER: 10-cr-00317-REB-02

"ACCEPTED"
Richard Kellogg Armstrong
FEBRUARY 27, 2013 C.E.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: one hundred eight (108) months. One hundred eight (108) months as to each of Counts 1, 25, 26, 27, and 28; sixty (60) months as to each of Counts 6, 7, 8, 9, 13, 14, 15, and 16, all Counts to be served concurrently. The term of one hundred eight (108) months will be served consecutively to the terms of imprisonment as reflected in the Order of Contempt (Documents 484) and the Order of Contempt (Document 510) from this Court under this case number and any subsequent terms of imprisonment imposed for contempt in this case.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ____________ ☐ a.m. ☐ p.m. on ____________________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 12 p.m. on ____________________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ________________________ to ________________________

at ________________________ , with a certified copy of this judgment.

________________________
UNITED STATES MARSHAL

By ________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: RICHARD KELLOGG ARMSTRONG
CASE NUMBER: 10-cr-00317-REB-02

"ACCEPTED" Richard Kellogg Armstrong FEBRUARY 27, 2013 C.E.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: three (3) years as to each of Counts 1, 6, 7, 8, 9, 13, 14, 15, 16, 25, 26, 27, and 28, to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☒ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and
14) the defendant shall provide access to any requested financial information.

DEFENDANT: RICHARD KELLOGG ARMSTRONG
CASE NUMBER: 10-cr-00317-REB-02

"ACCEPTED" Richard Kellogg Armstrong FEBRUARY 27, 2013 C.E.

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

2. As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

3. The defendant shall submit to financial monitoring by, or at the direction of, the probation officer.

4. All and any employment must be approved in advance by the probation officer.

5. The defendant shall maintain business records for any business activities in which he engages. The defendant shall provide all requested documentation to the probation officer regarding any of his business activities as requested by the probation officer.

6. The defendant shall document all income, compensation and financial support generated or received from any source and provide such information to the probation officer as requested.

7. The defendant shall comply with all legal obligations associated with any federal and state laws including personal and business income taxes and taxation.

DEFENDANT: RICHARD KELLOGG ARMSTRONG
CASE NUMBER: 10-cr-00317-REB-02

"ACCEPTED" Richard Kellogg Armstrong FEBRUARY 27, 2013 C.E.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 1,300.00 | $ 0.00 | $ 1,678,834.00 |

☐ The determination of restitution is deferred until ________. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| IRS<br>Attention: MPU, Stop 151<br>(restitution)<br>PO Box 47-421<br>Doraville, GA 30362 | $1,678,834.00 | $1,678,834.00 | |
| TOTALS | $ 1,678,834.00 | $ 1,678,834.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ ________________

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the ☐ fine ☒ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

"Accepted" Richard Kellogg Armstrong February 27, 2013 A.E.

DEFENDANT: RICHARD KELLOGG ARMSTRONG
CASE NUMBER: 10-cr-00317-REB-02

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ ________ due immediately, balance due

☐ not later than ________, or
☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in equal ______ (e.g., weekly, monthly, quarterly) installments of $ ______ over a period of ______ (e.g., months or years), to commence ______ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal ______ (e.g., weekly, monthly, quarterly) installments of $ ______ over a period of ______ (e.g., months or years), to commence ______ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within ______ (e.g., 30 or 60 days) after release from imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

The special assessment and restitution obligation are due immediately. Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages.

Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

Curtis L. Morris 10-cr-00317-REB-01 $1,678,834.00

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following Court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property accumulated as a result of illegal activities to the United States: a $1,637,481.61 money judgment, representing the amount proceeds obtained by the defendant, less any funds obtained from the forfeiture of directly traceable assets; real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado; real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona; and Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and Court costs.

DEFENDANT: RICHARD KELLOGG ARMSTRONG
CASE NUMBER: 10-cr-00317-REB-02

"Accepted"
richard kellogg armstrong
February 27, 2013 C.E.

## STATEMENT OF REASONS

**I COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT**

A [X] **The Court adopts the presentence investigation report without change.**

B [ ] **The Court adopts the presentence investigation report with the following changes.**
(Check all that apply and specify Court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.) (Use page 4 if necessary.)

1 [ ] **Chapter Two of the U.S.S.G. Manual** determinations by Court (including changes to base offense level, or specific offense characteristics):

2 [ ] **Chapter Three of the U.S.S.G. Manual** determinations by Court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple Counts, or acceptance of responsibility):

3 [ ] **Chapter Four of the U.S.S.G. Manual** determinations by Court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

4 [ ] **Additional Comments or Findings** (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions):

C [ ] **The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.**

**II COURT FINDING ON MANDATORY MINIMUM SENTENCE** (Check all that apply.)

A [X] No Count of conviction carries a mandatory minimum sentence.

B [ ] Mandatory minimum sentence imposed.

C [ ] One or more Counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the Court has determined that the mandatory minimum does not apply based on

[ ] findings of fact in this case

[ ] substantial assistance (18 U.S.C. § 3553(e))

[ ] the statutory safety valve (18 U.S.C. § 3553(f))

**III COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):**

Total Offense Level: 30
Criminal History Category: I
Imprisonment Range: 97 to 121 months (Counts 1, 25, 26, 27, 28)
Imprisonment Term: 60 months (Counts 6, 7, 8, 9, 13, 14, 15, 16)
Supervised Release Range: 1 to 3 years per Count
Fine Range: $ 15,000 to $ 150,000
[X] Fine waived or below the guideline range because of inability to pay.

DEFENDANT: RICHARD KELLOGG ARMSTRONG
CASE NUMBER: 10-cr-00317-REB-02

"ACCEPTED" Richard Kellogg Armstrong FEBRUARY 27, 2013 A.E.

# STATEMENT OF REASONS

**IV ADVISORY GUIDELINE SENTENCING DETERMINATION** (Check only one.)

A [X] **The sentence is within an advisory guideline range that is not greater than 24 months, and the Court finds no reason to depart.**

B [ ] **The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons.** (Use page 4 if necessary.)

C [ ] **The Court departs from the advisory guideline range for reasons authorized by the sentencing guidelines manual.** (Also complete Section V.)

D [ ] **The Court imposed a sentence outside the advisory sentencing guideline system.** (Also complete Section VI.)

**V DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES** (If applicable.)

A **The sentence imposed departs** (Check only one.):
- [ ] below the advisory guideline range
- [ ] above the advisory guideline range

B **Departure based on** (Check all that apply.):

1 **Plea Agreement** (Check all that apply and check reason(s) below.):
- [ ] 5K1.1 plea agreement based on the defendant's substantial assistance
- [ ] 5K3.1 plea agreement based on Early Disposition or "Fast-track" Program
- [ ] binding plea agreement for departure accepted by the Court
- [ ] plea agreement for departure, which the Court finds to be reasonable
- [ ] plea agreement that states that the government will not oppose a defense departure motion.

2 **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
- [ ] 5K1.1 government motion based on the defendant's substantial assistance
- [ ] 5K3.1 government motion based on Early Disposition or "Fast-track" program
- [ ] government motion for departure
- [ ] defense motion for departure to which the government did not object
- [ ] defense motion for departure to which the government objected

3 **Other**
- [ ] Other than a plea agreement or motion by the parties for departure (Check reason(s) below.):

C **Reason(s) for Departure** (Check all that apply other than 5K1.1 or 5K3.1.)

- [ ] 4A1.3 Criminal History Inadequacy
- [ ] 5H1.1 Age
- [ ] 5H1.2 Education and Vocational Skills
- [ ] 5H1.3 Mental and Emotional Condition
- [ ] 5H1.4 Physical Condition
- [ ] 5H1.5 Employment Record
- [ ] 5H1.6 Family Ties and Responsibilities
- [ ] 5H1.11 Military Record, Charitable Service, Good Works
- [ ] 5K2.0 Aggravating or Mitigating Circumstances
- [ ] 5K2.1 Death
- [ ] 5K2.2 Physical Injury
- [ ] 5K2.3 Extreme Psychological Injury
- [ ] 5K2.4 Abduction or Unlawful Restraint
- [ ] 5K2.5 Property Damage or Loss
- [ ] 5K2.6 Weapon or Dangerous Weapon
- [ ] 5K2.7 Disruption of Government Function
- [ ] 5K2.8 Extreme Conduct
- [ ] 5K2.9 Criminal Purpose
- [ ] 5K2.10 Victim's Conduct
- [ ] 5K2.11 Lesser Harm
- [ ] 5K2.12 Coercion and Duress
- [ ] 5K2.13 Diminished Capacity
- [ ] 5K2.14 Public Welfare
- [ ] 5K2.16 Voluntary Disclosure of Offense
- [ ] 5K2.17 High-Capacity, Semiautomatic Weapon
- [ ] 5K2.18 Violent Street Gang
- [ ] 5K2.20 Aberrant Behavior
- [ ] 5K2.21 Dismissed and Uncharged Conduct
- [ ] 5K2.22 Age or Health of Sex Offenders
- [ ] 5K2.23 Discharged Terms of Imprisonment
- [ ] Other guideline basis (*e.g.*, 2B1.1 commentary)

D **Explain the facts justifying the departure.** (Use page 4 if necessary.)

DEFENDANT: RICHARD KELLOGG ARMSTRONG
CASE NUMBER: 10-cr-00317-REB-02

"ACCEPTED"
Richard Kellogg Armstrong
FEBRUARY 27, 2013 C.E.

## STATEMENT OF REASONS

**VI COURT DETERMINATION FOR SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM**
(Check all that apply.)

A **The sentence imposed is** (Check only one.):
- ☐ below the advisory guideline range
- ☐ above the advisory guideline range

B **Sentence imposed pursuant to** (Check all that apply.):

1 **Plea Agreement** (Check all that apply and check reason(s) below.):
- ☐ binding plea agreement for a sentence outside the advisory guideline system accepted by the Court
- ☐ plea agreement for a sentence outside the advisory guideline system, which the Court finds to be reasonable
- ☐ plea agreement that states that the government will not oppose a defense motion to the Court to sentence outside the advisory guideline system

2 **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
- ☐ government motion for a sentence outside of the advisory guideline system
- ☐ defense motion for a sentence outside of the advisory guideline system to which the government did not object
- ☐ defense motion for a sentence outside of the advisory guideline system to which the government objected

3 **Other**
- ☐ Other than a plea agreement or motion by the parties for a sentence outside of the advisory guideline system (

C **Reason(s) for Sentence Outside the Advisory Guideline System** (Check all that apply.)
- ☐ the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1)
- ☐ to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C. § 3553(a)(2)(A))
- ☐ to afford adequate deterrence to criminal conduct (18 U.S.C. § 3553(a)(2)(B))
- ☐ to protect the public from further crimes of the defendant (18 U.S.C. § 3553(a)(2)(C))
- ☐ to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 U.S.C. § 3553(a)(2)(D))
- ☐ to avoid unwarranted sentencing disparities among defendants (18 U.S.C. § 3553(a)(6))
- ☐ to provide restitution to any victims of the offense (18 U.S.C. § 3553(a)(7))

D **Explain the facts justifying a sentence outside the advisory guideline system.** (Use page 4 if necessary.)

AO 245B (Rev. 09/08) Criminal Judgment
Attachment (Page 4) — Statement of Reasons

Judgment—Page 11 of 11

DEFENDANT: RICHARD KELLOGG ARMSTRONG
CASE NUMBER: 10-cr-00317-REB-02

"ACCEPTED"
Richard Kellogg Armstrong
FEBRUARY 27, 2013 C.E.

# STATEMENT OF REASONS

## VII COURT DETERMINATIONS OF RESTITUTION

A ☐ Restitution Not Applicable.

B Total Amount of Restitution: $1,678,834.00

C Restitution not ordered (Check only one.):

1 ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

2 ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

3 ☐ For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

4 ☐ Restitution is not ordered for other reasons. (Explain.)

D ☐ Partial restitution is ordered for these reasons (18 U.S.C. § 3553(c)):

## VIII ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE (If applicable.)

Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.