# NON NEGOTIABLE
# OF ACCEPTANCE

Notice Date: Day Five      Month Three      F I L E D      Year 2013 C.E.
UNITED STATES DISTRICT COURT
DENVER, COLORADO

UNITED STATES  DISTRICT COURT
FOR THE DISTRICT OF COLORADO            MAR 0 8 2013
Judge Robert E. Blackburn
901 19th Street                         JEFFREY P. COLWELL
Denver, Colorado 80294-3589                         CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 510 Filed 05/01/12 USDC Colorado Page 1 of 5 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER OF CONTEMPT, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5 BY THE COURT: Robert E. Blackburn, United States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept your Presentment "Case 1:10-cr-00317-REB Document 510 Filed 05/01/12 USDC Colorado Page 1 of 5 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER OF CONTEMPT, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5 BY THE COURT: Robert E. Blackburn, United States District Judge", for value and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any of the facts in this case;
- I request you issue me the Appearance Bond and waive all Public charges;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc California

Attachment: "Case 1:10-cr-00317-REB Document 510 Filed 05/01/12 USDC Colorado Page 1 of 5 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER OF CONTEMPT, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5 BY THE COURT: Robert E. Blackburn, United States District Judge"

cc: **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589**
cc: **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, Clerk of the Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589**

NON NEGOTIABLE
NOTICE OF ACCEPTANCE                                                            NNNOA

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MARCH 5, 2013 C.E.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

## ORDER OF CONTEMPT

**Blackburn, J.**

This order is entered pursuant to Fed. R. Crim. P. 42(b) to certify, confirm, reiterate, expatiate, and supplement the findings of fact, conclusions of law, and orders of contempt (with sanctions) entered summarily by the court during trial (outside the presence of the jury) on April 17, 18, 19, and 23, 2012, against the defendant, Richard Kellogg Armstrong, as punishment for the nine, additional,[1] separate criminal contempts committed by him in the presence of the court.

Beginning on April 16, 2012, the court entered, reiterated, and asseverated orders requiring Mr. Armstrong to respond, if at all, directly, relevantly, and responsively with a simple yes or no to the simple and direct questions of the court. These orders essentially required Mr. Armstrong to respond, if at all, to the questions of the court

---

[1] I say "additional" because Mr. Armstrong committed his first contempt on April 16, 2012, for which he was sanctioned by the imposition of a fine of $500. *See* **Order of Contempt [#484]** entered April 17, 2012.

"ACCEPTED"
Richard Kellogg Armstrong
MARCH 5, 2013 C.E.

concerning the admission of exhibits, the examination of witnesses, and the release of witnesses directly and relevantly, subject to the penalties for contempt of court, including, but not necessarily limited to, the imposition of fines and terms of incarceration.

Notwithstanding the entry of its admonitions and orders, during trial on April 17, 18, 19, and 23, 2012, Mr. Armstrong violated the lawful orders of this court when he, in response to the simple and direct questions of the court, responded with statements that were unresponsive, irrelevant, and disruptive. The court found each of these responses to be in violation of the orders of the court that Mr. Armstrong respond directly and relevantly with a simple yes or no to the questions of the court that could and should be answered with a simple yes or no. Accordingly, on each such occasion, the court removed the jury from the courtroom and entered findings of fact, conclusions of law, and orders in the nature of contempt.

In responding to each of these additional acts of contempt, which were each committed in the presence of the court, the court exercised its authority under 18 U.S.C. § 401 and Fed. R. Crim. P. 42(b) to summarily punish criminal contempt committed in the presence of the court to vindicate the dignity and authority of the court and to require Mr. Armstrong to conform his conduct to the lawful orders of the court. On each occasion, the contemptuous conduct implicated 18 U.S.C. § 401(1) and (3).

**THEREFORE, IT IS ORDERED** as follows:

1. That for his contumacious conduct on April 17, 2012, the defendant, Richard Kellogg Armstrong, is found guilty of a second contempt of court; provided, furthermore, that as a punitive sanction to vindicate the authority and dignity of the court, Richard

"ACCEPTED"
Richard Kellogg Armstrong
MARCH 5, 2013 C.E.

Kellogg Armstrong shall pay to the clerk of the court the sum of $1,000.00 by April 18, 2012;

2. That for his continuing and additional contumacious conduct on April 17, 2012, the defendant, Richard Kellogg Armstrong, is found guilty of a third contempt of court; provided, furthermore, that as a punitive sanction to vindicate the authority and dignity of the court, Richard Kellogg Armstrong shall pay to the clerk of the court the sum of $4,000.00 by April 18, 2012, and shall be incarcerated for a term of 10 days;

3. That for his contumacious conduct on April 18, 2012, the defendant, Richard Kellogg Armstrong, is found guilty of a fourth contempt of court; provided, furthermore, that as a punitive sanction to vindicate the authority and dignity of the court, Richard Kellogg Armstrong shall pay to the clerk of the court the sum of $8,000.00 by April 19, 2012, and shall be incarcerated for a term of 20 days;

4. That for his contumacious conduct on April 19, 2012, the defendant, Richard Kellogg Armstrong, is found guilty of a fifth contempt of court; provided, furthermore, that as a punitive sanction to vindicate the authority and dignity of the court, Richard Kellogg Armstrong shall pay to the clerk of the court the sum of $16,000.00 by April 20, 2012, and shall be incarcerated for a term of 30 days;

5. That for his continuing and additional contumacious conduct on April 19, 2012, the defendant, Richard Kellogg Armstrong, is found guilty of a sixth contempt of court; provided, furthermore, that as a punitive sanction to vindicate the authority and dignity of the court, Richard Kellogg Armstrong shall pay to the clerk of the court the sum of $32,000.00 by April 20, 2012, and shall be incarcerated for a term of 60 days;

6. That for his continuing and additional contumacious conduct on April 19,

"ACCEPTED"
Richard Kellogg Armstrong
MARCH 5, 2013 C.E.

2012, the defendant, Richard Kellogg Armstrong, is found guilty of a seventh contempt of court; provided, furthermore, that as a punitive sanction to vindicate the authority and dignity of the court, Richard Kellogg Armstrong shall pay to the clerk of the court the sum of $64,000.00 by April 20, 2012, and shall be incarcerated for a term of 90 days;

7. That for his continuing and additional contumacious conduct on April 19, 2012, the defendant, Richard Kellogg Armstrong, is found guilty of an eighth contempt of court; provided, furthermore, that as a punitive sanction to vindicate the authority and dignity of the court, Richard Kellogg Armstrong shall pay to the clerk of the court the sum of $128,000.00 by April 20, 2012, and shall be incarcerated for a term of 120 days;

8. That for his contumacious conduct on April 23, 2012, the defendant, Richard Kellogg Armstrong, is found guilty of a ninth contempt of court; provided, furthermore, that as a punitive sanction to vindicate the authority and dignity of the court, Richard Kellogg Armstrong shall pay to the clerk of the court the sum of $256,000.00 by April 24, 2012, and shall be incarcerated for a term of 150 days;

9. That for his continuing and additional contumacious conduct on April 23, 2012, the defendant, Richard Kellogg Armstrong, is found guilty of a tenth contempt of court; provided, furthermore, that as a punitive sanction to vindicate the authority and dignity of the court, Richard Kellogg Armstrong shall pay to the clerk of the court the sum of $512,000.00 by April 24, 2012, and shall be incarcerated for a term of 180 days; and

10. That each sanction, i.e., each fine and each term of incarceration, imposed for each of the individual, 10 acts of contempt is imposed cumulatively and consecutively; that is, in addition to any fine imposed previously and in addition to any

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MARCH 5, 2013 C.E.*

term of incarceration imposed previously and in addition to any time in presentence confinement and in addition to any sentences to imprisonment imposed on conviction for the crimes charged in the Superseding Indictment.[2]

Done in chambers May 1, 2012, pursuant to Fed. R. Crim. P. 42(b), to certify, confirm, reiterate, expatiate, and supplement the findings of fact, conclusions of law, and orders of contempt entered summarily by the court during trial on April 17, 18, 19, and 23, 2012.

BY THE COURT:

*Rob Blackburn*
Robert E. Blackburn
United States District Judge

---

[2] By my count Mr. Armstrong is now subject to fines totaling $1,021,500 and terms of incarceration totaling 660 days.