# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seven          Month Three          F I L E D          Year 2013 C.E.
                                                     UNITED STATES DISTRICT COURT
                                                         DENVER, COLORADO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO                         MAR 1 1 2013
Judge, Robert E. Blackburn
901 19th Street                                      JEFFREY P. COLWELL
Denver, Colorado 80294-3589                                              CLERK


**In reply to:** "Case 1:10-cr-00317-REB Document 546 Filed 05/15/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER STRIKING DEFENDANT'S NOTICES Page 2 of 3 STRICKEN; Page 3 of 3 Dated May 15, 2012, at Denver, Colorado. BY THE COURT Robert E. Blackburn United States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept your Presentment "Case 1:10-cr-000317-REB Document 546 Filed 05/15/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER STRIKING DEFENDANT'S NOTICES Page 2 of 3 STRICKEN; Page 3 of 3 Dated May 15, 2012, at Denver, Colorado. BY THE COURT Robert E. Blackburn United States District Judge", for value and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case.
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close Account Number 1:10-cr-000317-REB.
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy.
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

                                            Sincerely,

                                            *Richard Kellogg Armstrong* (signature)
                                            Richard Kellogg Armstrong
                                            c/o 20413-298
                                            Federal Correctional
                                            Institution - Lompoc
                                            3600 Guard Road
                                            Lompoc, California

Attachment: "Case 1:10-cr-000317-REB Document 546 Filed 05/15/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER STRIKING DEFENDANT'S NOTICES Page 2 of 3 STRICKEN; Page 3 of 3 Dated May 15, 2012, at Denver, Colorado. BY THE COURT Robert E. Blackburn United States District Judge"

cc: **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589**
cc: **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589**

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 7, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg (signature)*
*MARCH 7, 2013 C.E.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

## ORDER STRIKING DEFENDANT'S NOTICES

**Blackburn, J.**

The matter is before me on the following: (1) **NOTICE Notice of Mistake [#544]**[1] filed May 14, 2012; and (2) **NOTICE Constructive Notice of Conditional Acceptance [#545]** filed May 14, 2012. Both of these unauthorized notices were filed by defendant, Richard Kellogg Armstrong.[2] I strike both of these notices.

To rehearse, at least as early as the proceedings on April 7, 2011, I admonished and instructed Mr. Armstrong, to cease and desist from filing notices in lieu of motions. Soon thereafter I expanded the injunction to enjoin Mr. Armstrong from filing any pretrial motion or other paper without advance leave of the court. I reiterated and asseverated

---

[1] "[#544]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] As I have done assiduously during the time that Mr. Armstrong has represented himself, I construe his papers liberally. *See* **Erickson v. Pardus**, 551 U.S. 89, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972)). However, I have not acted as an advocate for Mr. Armstrong.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MARCH 7, 2013 C.E.*

these requirements in a series of orders, the most recent of which was entered May 8, 2012. See Amended Order [#539] at 3, ¶ 5.a. and b.  Notwithstanding, Mr. Armstrong filed the two "notices" described above.

Whether considered individually or collectively, neither of these notices is required by law or by order of the court; neither is necessary to preserve the constitutional or legal rights of Mr. Armstrong in this criminal case; and neither may be construed as a response to the recently filed second, third, fourth, or fifth orders to show cause. Thus, these latest, two, unauthorized notices will be stricken as violative of my continuing oral and written orders.

Additionally, I will issue a separate, sixth order to show cause, requiring Mr. Armstrong to show cause in writing by a date certain why he should not be found guilty of contempt of court and punished accordingly.  Finally, as I have so often now, I will reiterate and asseverate my orders that Mr. Armstrong cease and desist from filing notices in lieu of motions and that he not file any additional pretrial motions or papers without advance leave of this court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **NOTICE Notice of Mistake** [#544] filed May 14, 2012, is **STRICKEN**;

2. That the **NOTICE Constructive Notice of Conditional Acceptance** [#545] filed May 14, 2012, is **STRICKEN**; and

3. That once again the defendant, Richard Kellogg Armstrong, subject to the

"ACCEPTED"

*Richard Kellogg Armstrong*

MARCH 7, 2013 C.E.

penalties for contempt of court[3]:

    a.    shall not file any paper as a "notice" (as opposed to and distinguished from a "motion") without advance leave of the court; and

    b.    shall not file any pretrial motion, notice, or other paper without advance leave of the court.[4]

Dated May 15, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[3] I rehearsed those penalties for Mr. Armstrong during the contempt advisement proceedings I conducted on January 24, 2012, see **Courtroom Minutes** [#404] at 4, and in each of the five orders to show cause that I have issued.

[4] This order does not prohibit or enjoin Mr. Armstrong from filing a proper motion seeking leave of the court to file a motion or other paper in this case or from filing a proper and timely response to an order to show cause.

3