# NOTICE OF DISHONOR

Notice Date: Day Seven        Month: Three        FILED        Year: 2013 C.E.
                                           UNITED STATES DISTRICT COURT
                                               DENVER, COLORADO

UNITED STATES DISTRICT COURT                    MAR 1 1 2013
FOR THE DISTRICT OF COLORADO
Judge, Robert E. Blackburn                    JEFFREY P. COLWELL
901 19th Street                                              CLERK
Denver, Colorado 80294


**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Twenty-two  Month: Two  Year: 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 594 Filed 09/07/12 USDC Colorado Page 1 of 5 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date September 7,2012 COURTROOM MINUTES, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, "Case 1:10-cr-00317-REB Document 594-1 Filed 09/07/12 USDC Colorado Page 1 of 5, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, "Case 1:10-cr-00317-REB Document 594-2 Filed 09/07/12 USDC Colorado Page 1 of 1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO JUDGE Robert E. Blackburn"

I intend to look to you for payment or performance.

                                        Sincerely,

                                        /s/ Richard Kellogg Armstrong

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


cc:  United States District Court District of Colorado, 901 19th Street, Denver, Colorado 80294
cc:  United States District Court District of Colorado, Clerk of Court, 901 19th Street, Denver, Colorado 80294
cc:  Department of Justice, John F. Walsh, U.S. Attorney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  Greg Flynn, Special Agent, Internal Revenue Service, 1999 Broadway, Suite 2700, Denver, Colorado 80202
cc:  Laura Bresee, Investigative Technician, Englewood FCI, 9595 W Quincy Ave., Littleton, Colorado
cc:  Kathy Triplett, Court Support Team Advisor, United States District Court District of Colorado, 901 19th Street, Denver, Colorado 80294

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 7, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge, Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294.

                                        /s/ Richard Kellogg Armstrong
                                        Richard Kellogg Armstrong