NOTICE OF AND INQUIRY INTO CONFISCATION OF PRIVATE
LEGAL CORRESPONDENCE AND REQUEST FOR EQUITABLE REMEDY

NOTICE DATE: Day Ten          Month Three      FILED          Year 2013 C.E.
                                         UNITED STATES DISTRICT COURT
                                             DENVER, COLORADO

Mr. Webster
A Unit Manager                              MAR 1 4 2013
Federal Correctional Institution
3600 Guard Road                           JEFFREY P. COLWELL
Lompoc, California 93436                                CLERK

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being recognize compelled performance. However, I am unaware of and not seen an International Admiralty/Maritime Contract or Commercial Agreement bearing my signature that would cause me to acquiesce to your demands. If you would present the Document(s) bearing my signature, I will examine the Contract or Commercial Agreement and obey it to the letter of the law.

- It is a sorry state of affairs when the law is vague and mutable;
- The coupling of words indicate that they should be taken in the same sense;
- The intention, declaration, foundation and matter brought to judgment ought to be certain.

### CAUSE

- The cause and its origin are the essence of a transaction;
- A vague and uncertain cause is not a reasonable cause;
- Evil has not an efficient but a deficient cause;
- To know properly is to know a thing by its cause and its reason;
- When the law compels a man to show cause, it is necessary that the cause be just and legal.

### EFFECT

- The intention amounts to nothing unless some effect follows;
- The attempt becomes of consequence, if the effect follows;
- One making contradictory allegations is not to be heard;
- An attempt becomes of consequence, if the effect follows.

### CONSENT

- Nothing is as much opposed to consent as force and fear;
- He who makes a mistake does not consent;
- An act done against my will is not my act;
- What is mine cannot be taken away without my consent;
- He who consents cannot receive an injury;
- He who is silent, is deemed to consent.

### INJURY

- No injury is done where the person injured consents;
- A personal injury cannot be compensated for by later acts;
- He who stands on his own rights injures no one;
- Law is the rule of right; and whatever is contrary to the rule of right is an injury;

- It is better to meet a thing in time, than to seek a remedy after an injury has been inflicted;
- Fiction of law is wrongful if it works loss or harm to anyone;
- Inquire into doubtful matters if you wish to understand the law well;
- Inquiry is the way to know what things are truly lawful.

1. Are you a licensed attorney? Are you a lawyer?
2. Are you an expert on the subject matter of your claim?
3. Are you speaking for Assistant Director Kathleen M. Kenney?
4. Are you speaking for Warden Linda Sanders?
5. What is the definition of your Phrase "U.C.C. Notes"?
6. By what portion of the U.C.C. do you rely to identify any confiscated material as a U.C.C. 1 or similar form or any U.C.C. form promulgated by the Secretary of State or any governing body as a U.C.C. Form?
7. Have you read and do you understand the memorandum of Assistant Director Kathleen M. Kenney?
8. Have you read and do you understand the memorandum posted for the inmate population of Warden Linda Sanders dated January 18, 2011?
9. What is the cause of Kathleen M. Kenneys' memorandum?
10. What is the cause of Warden Linda Sanders' memorandum?
11. Are you by your actions attempting to restrict my fundamental right of access to the Courts?
12. Are you, by your actions attempting to direct the manner in which I may seek relief relating to my instant case or my private personal affairs?
13. Are you, by your own decision, or at the direction of any other party declaring that my free access to the Courts is not a fundamental right?
14. Are you attempting to deny me my most fundamental political right through your confiscation of material clearly being used in the furtherance of my redress to my instant case and the discharge of my private personal business through the use of your position using threat, duress, coercion, force and fear?
15. Are you attempting to reinstate the long ruled against policy and practice of the wholesale confiscation of my legal documents in an effort to thwart my access to the Courts, a fundamental right guaranteed me by the Constitution and Bill of Rights?
16. Are you attempting to use threat, duress, coercion, force and fear to gain something for your benefit or the benefit of third parties?

## REQUEST FOR EQUITABLE REMEDY

- The law regards equity;
- That which is equitable and right is the law of laws;
- Equity assists ignorance, but not carelessness;
- If anything is deficient in formal requistes, where equity requires it, it should be supplied;
- Equity never counteracts the law;
- In all matters, but especially in law, equity should be regarded;
- We will sell to none, we will deny to none, we will delay to none, either equity or justice;
- A judge ought always to have equity before his eyes;
- The law delights in equity; it grasps at perfection; it is a rule of right;
- In a fiction of law, equity is always present;
- The law regards equity;
- He who seeks equity must come with clean hands;
- Equity will not suffer a wrong without a remedy;

Your written CONFISCATION AND DISPOSITION OF CONTRABAND allegation and the taking of my rights and property deny me my right to repent of my sin, deny

me my right to contract, deny my right to honor, and deny my right to communicate others sin against me as directed by the law and Courts. Unless you intend to personally stand as surety regarding all of the affairs to which you have denied me my fundamental rights, I request that you immediately return my personal private property, expunge the written CONFISCATION AND DISPOSITION OF CONTRABAND as well as the Incident Report issued me on 3/7/13. If you deny me my right to equitable remedy in this matter and do not cease and desist in actions of this type immediately, I request removal to the UNITED STATES DISTRICT COURT or higher Court under the Act of October 6, 1917 as amended because I have NO ABILITY TO SUSTAIN A PERSONAM STANDI IN JUDICIO!

Please respond to this **NOTICE OF AND INQUIRY INTO CONFISCATION OF PRIVATE LEGAL CORRESPONDANCE AND REQUEST FOR EQUITABLE REMEDY** within ten (10) days of your receipt of this **NOTICE**. Dishonor may result if you fail to respond.

I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: United States Supreme Court, United States Supreme Court Building 1 First Northwest Washington, D.C. 20543
cc: United States District Court, Colorado 901 19th Street Denver, Colorado 80294-3589
cc: United States District Court, Colorado Clerk of the Court 901 19th Street Denver, Colorado 80294-3589
cc: United States District Court, Colorado Judge, Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589
cc: Charles Samuels, Director, Federal Bureau of Prisons 320 First Street Northwest Washington, D.C. 20543
cc: Federal Bureau of Prisons, Office of Inspector General, 950 Pennsylvania Avenue Northwest Room 4726 Washington, D.C. 20530
cc: Richard Ives, Warden, Federal Correctional Institution Lompoc 3901 Klein Boulevard Lompoc, California 93436
cc: Linda Sanders, Warden, Federal Correctional Institution Lompoc 3901 Klein Boulevard Lompoc, California 93436
cc: Felicia Ponce, Assistant Warden, Federal Correctional Institution Lompoc 3901 Klein Boulevard Lompoc, California 93436
cc: Kathleen M. Kenney, Assistant Director, Federal Bureau of Prisons, 320 First Street Northwest Washington, D.C. 20543
cc: Office of the Legal Department, Federal Correctional Institution Lompoc 3901 Klein Boulevard Lompoc, California 93436
cc: Mr. Candella, Case Manager and Coordinator, Federal Correctional Institution Lompoc 3600 Guard Road Lompoc, California 93436
cc: Mr. Williams, Counselor, Federal Correctional Institution Lompoc 3600 Guard Road Lompoc, California 93436
cc: Mr. Halbeisen, Federal Correctional Institution Lompoc 3600 Guard Road Lompoc, California 93436
cc: American Civil Liberties Union 1875 Connecticut Avenue Northwest Suite 410 Washingto, D.C. 20530

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND INQUIRY INTO CONFISCATION OF PRIVATE LEGAL CORRESPONDANCE AND REQUEST FOR EQUITABLE REMEDY** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc California on March 10, 2013 C.E. for same day delivery to Mr. Webster A Unit Manager Federal Correctional Institution 3600 Guard Road Lompoc, California 93436

Richard Kellogg Armstrong