# NOTICE OF DISHONOR

NOTICE DATE: Day Twelve     Month Three     Year 2013 C.E.

```
                    FILED
          UNITED STATES DISTRICT COURT
              DENVER, COLORADO

               MAR 1 5 2013

           JEFFREY P. COLWELL
                           CLERK
```

U.S. DISTRICT COURT COLORADO
Robert E. Blackburn United States District Judge
901 19th Street
Denver, Colorado

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Twenty-five Month Two Year 2013 C.E. in reply to your "Case 1:10-cr-000317-REB Document 601 Filed 10/03/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO JUDGEMENT ON CONTEMPT THEREFORE, IT IS ORDERED as follows: Page 2 of 2 BY THE COURT: Robert E. Blackburn, United States District Judge".

Sincerely,

*[signature]*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: U.S. District Court Colorado, 901 19th Street, Denver, Colorado 80294-3589
cc: U.S. District Court Colorado, Clerk of the Court, 901 19th Street, Denver, Colorado 80294-3589
cc: Department of Justice, U.S. Attorney John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 12, 2013 C.E. for same day delivery to U.S. DISTRICT COURT COLORADO Robert E. Blackburn United States District Judge 901 19th Street Denver, Colorado 80294-3589.

*[signature]*

Richard Kellogg Armstrong