# NOTICE OF DISHONOR

NOTICE DATE: Day Twelve             Month Three                              Year 2013 C.E.

```
                                    FILED
                              UNITED STATES DISTRICT COURT
                                   DENVER, COLORADO
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge, Robert E. Blackburn                    MAR 1 5 2013
901 19th Street
Denver, Colorado 80294-3589                JEFFREY P. COLWELL
                                                     CLERK

**PLEASE TAKE NOTICE** that you are in dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Twenty-seven Month Two Year 2013 C.E. in reply to your " Case 1:10-cr-00317-REB Document 552 Filed 05/24/12 USDC Colorado Page 1 of 1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Criminal Case No. 10-cr-00317-REB MINUTE ORDER IT IS ORDERED as follows: Dated: May 24, 2012"

I intend to look to you for payment or performance.

                                        Sincerely,

                                        [signature]

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: **UNITED STATES DISTRICT COURT COLORADO** 901 19th Street Denver, Colorado 80294-3589
cc: **UNITED STATES DISTRICT COURT COLORADO,** Office of the Clerk of Court 901 19th Street Denver, Colorado 80294-3589


## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI - Lompoc 3600 Guard Road Lompoc, California on March 12, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

                                        [signature]
                                        Richard Kellogg Armstrong