# NOTICE OF DISHONOR

NOTICE DATE: Day Twelve                Month Three                    Year 2013 C.E.

```
                                              FILED
                                       UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT                DENVER, COLORADO
FOR THE DISTRICT OF COLORADO
Judge, Robert E. Blackburn                    MAR 1 5 2013
901 19th Street
Denver, Colorado 80294-3589              JEFFREY P. COLWELL
                                                       CLERK
```

**PLEASE TAKE NOTICE** that you are in dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Twenty-seven Month Two Year 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 568 Filed 06/22/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date: June 22, 2012 COURTROOM MINUTES, Page 2 of 2"

I intend to look to you for payment or performance.

                                            Sincerely,

                                            *[signature]*
                                            Richard Kellogg Armstrong
                                            c/o 20413-298
                                            Federal Correctional
                                            Institution - Lompoc
                                            3600 Guard Road
                                            Lompoc, California

cc: **UNITED STATES DISTRICT COURT COLORADO** 901 19th Street Denver, Colorado 80294-3589
cc: **UNITED STATES DISTRICT COURT COLORADO** Office of the Clerk of Court 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify that this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI - Lompoc 3600 Guard Road Lompoc, California on March 12, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

                                            *[signature]*
                                            Richard Kellogg Armstrong