# NOTICE OF DISHONOR

NOTICE DATE: Day Twelve     Month Three     Year 2013 C.E.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 5 2013

JEFFREY P. COLWELL
                 CLERK

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day One Month Three Year 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 575 Filed 07/27/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date: July 27, 2012 COURTROOM MINUTES, Page 2 of 2".

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: **UNITED STATES DISTRICT COURT COLORADO**, 901 19th Street, Denver, Colorado 80294-3589
cc: **UNITED STATES DISTRICT COURT COLORADO**, Clerk of the Court, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 12, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

Richard Kellogg Armstrong