# NOTICE OF DISHONOR

NOTICE DATE: Day Twelve            Month Three            FILED            Year 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER COLORADO

MAR 1 5 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day One Month Three Year 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 595 Filed 09/07/12 USDC Colorado Page 1 of 1 ORDER GOVERNING THE CUSTODY OF TRIAL EXHIBITS Dated at Denver, Colorado this 7th day of September, 2012 BY THE COURT: Robert E. Blackburn United States District Judge".

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 12, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

Richard Kellogg Armstrong