# NOTICE OF DISHONOR

NOTICE DATE: Day Twelve      Month Three      FILED    Year 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 5 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Robert E. Blackburn, Judge
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Twenty-seven Month Two Year 2013 C.E. in reply to your "Case 1:10-cr-000317-REB Document 588 Filed 08/14/12 USDC Colorado Page 1 of 11 AO 245B (Rev. 09/08) Judgement in a Criminal Case Sheet 1 UNITED STATES DISTRICT COURT District of Colorado JUDGEMENT IN A CRIMINAL CASE August 10, 2012 Robert E. Blackburn August 14, 2012, Page 2 of 11 AO 245B (Rev. 06/05) Criminal Judgement Sheet 1A ADDITIONAL COUNTS OF CONVICTION, Page 3 of 11 AO 245B (Rev. 09/08) Judgement in a Criminal Case Sheet 2 - Imprisonment IMPRISONMENT RETURN, Page 4 of 11 AO 245B (Rev. 06/05) Judgement in a Criminal Case Sheet 3 - Supervised Release SUPERVISED RELEASE STANDARD CONDITIONS OF SUPERVISION, Page 5 of 11 AO 245B (Rev. 09/08) Judgement in a Criminal Case Sheet C - Supervised Release SPECIAL CONDITIONS OF RELEASE, Page 6 of 11 AO 245B (Rev. 09/08) Judgement in a Criminal Case Sheets - Criminal Monetary Penalties CRIMINAL MONETARY PENALTIES, Page 7 of 11 AO 245B (Rev. 09/08) Judgement in a Criminal Case Sheet 6 Payments SCHEDULE OF PAYMENTS, Page 8 of 11 AO 245B (Rev. 09/08) Criminal Judgement Attachment (Page 1) - Statement of Reasons STATEMENT OF REASONS, Page 9 of 11 AO 245B (Rev. 09/08) Criminal Judgement Attachment (Page 2) - Statement of Reasons STATEMENT OF REASONS, Page 10 of 11 AO 245B (Rev. 09/08) Criminal Judgement Attachment (Page 3) - Statement of Reasons STATEMENT OF REASONS, Page 11 of 11 AO 245B (Rev. 09/08) Criminal Judgement Attachment (Page 4) - Statement of Reasons STATEMENT OF REASONS".

I intend to look to you for payment or performance.

                                                          Sincerely,

                                                         Richard Kellogg Armstrong
                                                         c/o 20413-298
                                                         Federal Correctional
                                                         Institution - Lompoc
                                                         3600 Guard Road
                                                         Lompoc, California

cc: **United States District Court Colorado 901 19th Street, Denver, Colorado 80294-3589**
cc: **United States District Court Colorado, Clerk of the Court, 901 19th Street, Denver, Colorado 80294-3589**
cc: **Department of Justice, Frank W. Walsh United States Attorney, 1225 17th Street Suite 700 Denver, Colorado 80202**
cc: **David L. Owen, Attorney at law, c/o United States District Court Colorado, 901 19th Street, Denver, Colorado 80294-3589**
cc: **IRS, MPU, Stop 151 PO Box 47-421 Doraville, Georgia 30362**
cc: **Department of the Treasury Internal Revenue Service Office of the Commissioner 1111 Constitution Avenue Northwest Room 300 Washington D.C. 20224**

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 12, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Honorable Robert E. Blackburn, Judge 901 19th Street Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong