# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen     MONTH: Three     **FILED**     Year: 2013 C.E.
UNITED STATES DISTRICT COURT
DENVER, COLORADO

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

MAR 18 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 484 Filed 04/17/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER OF CONTEMPT, Page 2 of 3, Page 3 of 3 BY THE COURT Bob Blackburn Robert E. Blackburn United States District Judge".

**PLEASE TAKE NOTICE** that I Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 484 Filed 04/17/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER OF CONTEMPT, page 2 of 3, Page 3 of 3 BY THE COURT Bob Blackburn Robert E. Blackburn United States District Judge", and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any of the facts in this case.
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close Account Number 1:10-cr-00317-REB and issue the Order of the Court to me immediately.
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy.
- I request discharge.

Please respond within three (3) days of you receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc California

Attachment: "Case 1:10-cr-00317-REB Document 484 Filed 04/17/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER OF CONTEMPT, Page 2 of 3, Page 3 of 3 BY THE COURT Bob Blackburn Robert E. Blackburn United States District Judge".

cc:  UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc:  UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, Clerk of the Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589

cc:  UNITED STATES DEPARTMENT OF JUSTICE, John F. Walsh, UNITED STATES ATTORNEY, 1225 17th Street, Suite 700, Denver, Colorado 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstong, certify that this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit "J" at the Federal Correctional Institution, 3600 Guard Road, Lompoc California on March 14, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MARCH 14, 2013 C.E.,*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

## ORDER OF CONTEMPT

---

**Blackburn, J.**

This order is entered pursuant to Fed. R. Crim. P. 42(b) to certify, confirm, reiterate, expatiate, and supplement the findings of fact, conclusions of law, and order of contempt (with sanctions) entered summarily by the court during trial (outside the presence of the jury) on Monday, April 16, 2012, against the defendant, Richard Kellogg Armstrong, as punishment for the criminal contempt committed by him in the presence of the court.

On April 16, 2012, at approximately 1:20 p.m., the court entered certain orders requiring Mr. Armstrong to respond, if at all, directly, relevantly, and responsively to the simple and direct questions of the court. These orders essentially required Mr. Armstrong to respond, if at all, to the questions of the court directly and relevantly, subject to the penalties for contempt of court specified by the court in its orders issued in open court from the bench.