# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen         Month Three         **FILED**         Year 2013 C.E.

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street                                MAR 18 2013
Denver, Colorado 80294-3589
                                          JEFFREY P. COLWELL
                                                CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 539 ~~Filed 05/08/12 USDC Co~~lorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn AMENDED' ORDER STRIKING DEFENDANT'S NOTICES, Page 2 of 3, Page 3 of 3  Dated May 8, 2012 at Denver, Colorado BY THE COURT Bob Blackburn Robert E. Blackburn United States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 539 Filed 05/08/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn AMENDED' ORDER STRIKING DEFENDANT'S NOTICES, Page 2 of 3, Page 3 of 3 Dated May 8, 2012 at Denver, Colorado BY THE COURT Bob Blackburn Robert E. Blackburn United States District Judge" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case.
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close Account Number 1:10-cr-00317-REB.
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy.
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

                                          Sincerely,

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong
                                          c/o 20413-298
                                          Federal Correctional
                                          Institution - Lompoc
                                          3600 Guard Road
                                          Lompoc, California

Attachment:  "Case 1:10-cr-00317-REB Document 539 Filed 05/08/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn AMENDED' ORDER STRIKING DEFENDANT'S NOTICES, Page 2 of 3, Page 3 of 3  Dated May 8, 2012 at Denver, Colorado BY THE COURT Bob Blackburn Robert E. Blackburn United States District Judge"

cc: UNITED STATES DISTRICT COURT COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT COLORADO, Clerk of the Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 14, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Judge, Robert E. Blackburn 901 19th Street, Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MARCH 14, 2013 C.E.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

### AMENDED[1] ORDER STRIKING DEFENDANT'S NOTICES

**Blackburn, J.**

The matter is before me on the following: (1) **NOTICE Notice of Fault – Opportunity To Cure "Final Expression in a Record"** [#524] filed May 4, 2012; (2) **NOTICE (2nd) Notice of Fault – Opportunity To Cure "Final Expression in a Record"** [#525] filed May 4, 2012; (3) **NOTICE Notice of Default in Dishonor Consent to Judgment** [#526] filed May 4, 2012; and (4) **NOTICE Notice of Default in Dishonor Consent to Judgment** [#527] filed May 4, 2012. All four of these unauthorized notices were filed by defendant, Richard Kellogg Armstrong.[2] I strike all four notices.

To rehearse, at least as early as the proceedings on April 7, 2011, I admonished and instructed Mr. Armstrong, to cease and desist from filing notices in lieu of motions.

---

[1] This amended order is necessary to correctly identify the docket number of the fourth spurious notice as [#527], not [#526] as stated in the original order [#537].

[2] As I have done assiduously during the time that Mr. Armstrong has represented himself, I construe his papers liberally. See *Erickson v. Pardus*, 551 U.S. 89, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972)). However, I have not acted as an advocate for Mr. Armstrong.

*"ACCEPTED"*
*Richard Kellogg [signature]*
*MARCH 14, 2013 C.E.*

Soon thereafter I expanded the injunction to enjoin Mr. Armstrong from filing any pretrial motion or other paper without advance leave of the court. I reiterated and asseverated these requirements in a series of orders, the most recent of which was entered April 23, 2012. See Order [#494] at 3, ¶ 6.a. and b. Notwithstanding, Mr. Armstrong filed the four "notices" described above.

Whether considered individually or collectively, none of these notices are required by law or by order of the court; none is necessary to preserve the constitutional or legal rights of Mr. Armstrong in this criminal case; and none may be construed as a response to the recently filed second, third, fourth, or fifth orders to show cause. Thus, these notices will be stricken as violative of my continuing oral and written orders.

Additionally, I will issue a separate, fifth order to show cause, requiring Mr. Armstrong to show cause in writing by a date certain why he should not be found guilty of contempt of court and punished accordingly. Finally, as I have so often now, I will reiterate and asseverate my orders that Mr. Armstrong cease and desist from filing notices in lieu of motions and that he not file any additional pretrial motions or papers without advance leave of this court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **NOTICE Notice of Fault – Opportunity To Cure "Final Expression in a Record"** [#524] filed May 4, 2012, is **STRICKEN**;

2. That the **NOTICE (2nd) Notice of Fault – Opportunity To Cure "Final Expression in a Record"** [#525] filed May 4, 2012, is **STRICKEN**;

3. That the **NOTICE Notice of Default in Dishonor Consent to Judgment**

2

"Accepted"
*Richard Kellogg Armstrong*
March 14, 2013 C.E.

[#526] filed May 4, 2012, is **STRICKEN**; and

    4. that the **NOTICE Notice of Default in Dishonor Consent to Judgment** [#527] filed May 4, 2012, is **STRICKEN**;

    5. That once again the defendant, Richard Kellogg Armstrong, subject to the penalties for contempt of court[3]:

    a.    shall not file any paper as a "notice" (as opposed to and distinguished from a "motion") without advance leave of the court; and

    b.    shall not file any pretrial motion, notice, or other paper without advance leave of the court[4]; and

    6. That this amended order **SUPPLANTS** and **SUPERSEDES** the **Order Striking Defendant's Notices** [#537] filed May 8, 2012.

Dated May 8, 2012, at Denver, Colorado.

                                              **BY THE COURT:**

                                              Robert E. Blackburn
                                              United States District Judge

---

[3] I rehearsed those penalties for Mr. Armstrong in the **Order To Show Cause** [#378] entered December 16, 2011, and during the contempt advisement proceedings I conducted on January 24, 2012. See **Courtroom Minutes** [#404] at 4.

[4] Once again, this order does not prohibit or enjoin Mr. Armstrong from filing a proper motion seeking leave of the court to file a motion or other paper in this case.