# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day: Fourteen          MONTH: Three          **FILED**          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 8 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 518 Filed 05/02/12 USDC Colorado Page 1 of
1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn
MINUTE ORDER Dated: May 2, 2012".

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong sentient moral being accept for value
your Presentment "Case 1:10-cr-00317-REB Document Filed 05/02/12 USDC Colorado Page 1 of
1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn
MINUTE ORDER Dated: May 2, 2012", and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any of the facts in this case.
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close Account Number1;10-cr-00317-REB and issue the Order of the Court
  to me immediately.
- I request you adjust and set-off all Public charges by the exemption in accord with Public
  Policy.
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to resopnd.

Sincerely,

Richard Kellogg Armstong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc California

Attachment:  "Case 1:10-cr-00317-REB Document 518 Filed 05/02/12 USDC Colorado Page 1 of
1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn
MINUTE ORDER Dated: May 2, 2012".

cc:   UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver,
      Colorado 80294-3589

cc:   UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, Clerk of the Court, 901
      19th Street, Room A-105, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstong, certify that this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was
sealed in an envelope with First Class Postage paid and deposited in a United States Postal
Mail Box located in Unit "J" at the Federal Correctional Institution, 3600 Guard Road,
Lompoc California on March 14, 2013 C.E. for same day delivery to UNITED STATES DISTRICT
COURT, FOR THE DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver,
Colorado 80294-3589.

Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MARCH 14, 2013 C.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  CURTIS L. MORRIS, and
2.  RICHARD KELLOGG ARMSTRONG,

        Defendants.

---

## MINUTE ORDER[1]

---

On **May 24, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set further proceedings and advisement proceedings on all pending contempt proceedings.  Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

        Dated:  May 2, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.