# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen     MONTH: Three     Year: 2013 C.E.

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 18 2013

JEFFREY P. COLWELL
CLERK



**In reply to:** "Case 1:10-cr-00317-REB Document 235 Filed 05/17/11 USDC Colorado Page 1 of 7 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER, Page 2 of 7, Page 3 of 7, Page 4 of 7, Page 5 of 7, Page 6 of 7, Page 7 of 7 Dated May 17, 2011 at Denver, Colorado, BY THE COURT: Bob Blackburn Robert E. Blackburn United States District Judge".

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 235 Filed 05/17/11 USDC Colorado Page 1 of 7 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER, Page 2 of 7, page 3 of 7, Page 4 of 7, Page 5 of 7, Page 6 of 7, Page 7 of 7 Dated May 17, 2011 at Denver Colorado, BY THE COURT: Bob Blackburn Robert E. Blackburn United States District Judge", and return you offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any of the fact in this case.
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close Account Number 1:10-cr-00317-REB and issue the Order of the Court to me immediately.
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy.
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

                                                   Sincerely,

                                                   *Richard Kellogg Armstrong*

                                                   Richard Kellogg Armstrong
                                                   c/o 20413-298
                                                   Federal Correctional Institution
                                                   3600 Guard Road
                                                   Lompoc California

Attachment:    "Case 1:10-cr-00317-REB Document 235 Filed 05/17/11 USDC Colorado Page 1 of 7 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER, Page 2 of 7, Page 3 of 7, Page 4 of 7, Page 5 of 7, Page 6 of 7, Page 7 of 7 Dated May 17, 2011 at Denver, Colorado, BY THE COURT: Bob Blackburn Robert E. Blackburn United States District Judge".

cc: UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, Clerk of the Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstong, certify that this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit "J" at the Federal Correctional Institution, 3600 Guard Road, Lompoc California on March 14, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong