**NOTICE OF AND RESCISSION OF NOTICE OF DEFAULT FOR NONRESPONSE TO ACCUSED NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS , PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES. FOR CAUSE**

NOTICE DATE: Day Fourteen          Month Three          Year 2013 C.E.

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 18 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 240 Filed 05/25/11 USDC Colorado Page 1 of 2 FROM: 20413298 TO: Armstrong, Sharon; Szot, Katherine SUBJECT: Notice of Default 5/12 DATE: 5/12/2011 5:26:01 PM May 12, 2011 U.S. Certified Mail #7010 3090 0002 7265 7872 NOTICE OF DEFAULT FOR NONRESPONSE TO ACCUSED NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES. REQUEST THAT THE COURT RECOGNIZE, Page 2 of 2 Copy of mailing envelope".

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy bearing my signature "Richard K. Armstrong" and date "May 12, 2011" for cause. I made a mistake creating, signing, dating, filing, and Presenting the NOTICE OF DEFAULT FOR NONRESPONSE TO ACCUSED NOTICE TO COMPEL DICOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: 1)Proverbs 6:! 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5

Attachment: "Case 1:10-cr-00317-REB Document 240 Filed 05/25/11 USDC Colorado Page 1 of 2 FROM: 20413298 TO: Armstrong, Sharon; Szot, Katherine SUBJECT: Notice of Default 5/12 DATE: 5/12/2011 5:26:01 PM May 12, 2011 U.S. Certified Mail #7010 3090 0002 7265 7872 NOTICE OF DEFAULT FOR NONRESPONSE TO ACCUSED NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES. REQUEST THAT THE COURT RECOGNIZE, Page 2 of 2 Copy of mailing envelope"

cc: UNITED STATES DISTRICT COURT COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF DEFAULT FOR NONRESPONSE TO ACCUSED NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES. FOR CAUSE** was sealed in an envelope with First Class Postage pai and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 14, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

Richard Kellogg Armstrong

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO: Armstrong, Sharon; Szot, Katherine
SUBJECT: Notice of Default 5/12
DATE: 5/12/2011 5:26:01 PM

May 12, 2011                                       U.S. Certified Mail #7010-3090-0002-7265-7872

UNITED STATES DISTRICT COURT COLORADO
              Plaintiff
                                                   Case No. 10-cr-00317-REB
                                                   Case No. 10-cv-01073-MEH
    Richard Kellogg Armstrong
              Defendant

NOTICE OF DEFAULT FOR NONRESPONSE TO ACCUSED' NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES.

---

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S. 519, 30 L.Ed 652, 92 S. Ct. 594, Reh den U.S. 948, 30 L. Ed 2d 819, 92 S. Ct. 963

   COMES NOW, Richard Kellogg Armstrong, pro se, sovereign and the Accused, hereby declares that the UNITED STATES DISTRICT COURT COLORADO to be in default for their failure to respond to the Accused' Notice dated April 3, 2011 (Exhibit A) within thirty (30) days to Compel Discovery For Production of Bid, Performance and Payment Bonds and All CUSIP Numbers, Miller Bonds, Penal Sum and Any and All Bonds Used or Associated With These Cases.

   Due to the Court's failure to respond, the Accused demands that Case No. 10-cr-00317-REB and 10-cv-01073-MEH be dismissed immediately and the Accused be released from incarceration.

Encl: Exhibit A - Copy of Notice dated April 3, 2011

                                                   Richard Kellogg Armstrong
                                                   Sovereign
                                                   Executor of the Estate

CC:
Tenth Circuit Court of Appeals
Administrative Office of the U.S. Courts

