**NOTICE OF AND RESCISSION OF NOTICE TO THIS ARTICLE III COURT TO REQUEST A RESPONSE TO ACCUSED' NOTICE DATED APRIL 12,2011, TO REINSTATE ALL NOTICES AND DOCUMENTS SENT TO THE COURT THAT MAY HAVE BEEN STRICKEN AS BEING SUPPOSEDLY OUT OF TIME. FOR CAUSE**

NOTICE DATE: Day Fourteen       Month Three       Year 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
COLORADO
MAR 18 2013
JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 237 Filed 05/19/11 USDC Colorado Page 1 of 2 May 14,2011 NOTICE TO THIS ARTICLE III COURT TO REQUEST A RESPONSE TO ACCUSED' NOTICE DATED APRIL 12, 2011, TO REINSTATE ALL NOTICES AND DOCUMENTS SENT TO THE COURT THAT MAY HAVE BEEN STRICKEN AS BEING SUPPOSEDLY OUT OF TIME. REQUEST THAT THE COURT RECOGNIZE, Page 2 copy of envelope"

**PLEASE TAKE NOTICE** THAT I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy bearing my signature "Richard K. Armstrong" and date "May 12, 2011" for cause. I made a mistake creating, signing, dating, filing, and Presenting the NOTICE TO THIS ARTICLE III COURT TO REQUEST A RESPONSE TO ACCUSED' NOTICE DATED APRIL 12, 2011, TO REINSTATE ALL NOTICES AND DOCUMENTS SENT TO THE COURT THAT MAY HAVE BEEN STRICKEN AS BEING SUPPOSEDLY OUT OF TIME. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: 1)Proverbs 6:! 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5

Attachment: "Case 1:10-cr-00317-REB document 237 Filed 05/19/11 USDC Colorado Page 1 of 2 May 14, 2011 NOTICE TO THIS ARTICLE III COURT TO REQUEST A RESPONSE TO ACCUSED' NOTICE DATED APRIL 12, 2011, TO REINSTATE ALL NOTICES AND DOCUMENTS SENT TO THE COURT THAT MAY HAVE BEEN STRICKEN AS BEING SUPPOSEDLY OUT OF TIME. REQUEST THAT THE COURT RECOGNIZE, Page 2 copy of envelope"

cc: UNITED STATES DISTRICT COURT COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THIS ARTICLE III COURT TO REQUEST A RESPONSE TO ACCUSED' NOTICE DATED APRIL 12, 2011, TO REINSTATE ALL NOTICES AND DOCUMENTS SENT TO THE COURT THAT MAY HAVE BEEN STRICKEN AS BEING SUPPOSEDLY OUT OF TIME. FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 14, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

May 12, 2011

UNITED STATES DISTRICT COURT COLORADO

Richard Kellogg Armstrong

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave
Littleton, CO 80123

Case No. 10-cr-00317-REB
Case No. 10-cv-01073

NOTICE TO THE ARTICLE III COURT TO REQUEST A RESPONSE TO ACCUSED' NOTICE DATED APRIL 12, 2011, TO REINSTATE ALL NOTICES AND DOCUMENTS SENT TO THE COURT THAT MAY HAVE BEEN STRICKEN AS BEING SUPPOSEDLY OUT OF TIME

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner, 404 U.S. 519, 30 L. Ed 652, 92 S.Ct. 594 Reh den U.S. 948, 30L. Ed 2d 819, 925 S.Ct. 963

   COMES NOW, Richard Kellogg Armstrong, pro se, the Accused, a Sovereign, requesting that this Article III Court reinstall all Notices and documents that may have been stricken due to claim of being out of time.

   Considering the Court's May 11, 2011, decision to extend the time to trial by six months, all previously submitted Notices and documents relating to the Accused' cases should be accepted/honored by the Court. Please advise the Court's concurrance.

   Enclosed if a copy of the subject Notice dated April 12, 2011, for reference.

                                        Richard K. Armstrong
                                        Richard Kellogg Armstrong
                                        Sovereign
                                        Executor of the Estate

CC: Tenth Circuit Court of Appeals

[Stamp: 2011 MAY 19 PM 2:32 GREGORY C. LANGHAM CLERK  BY_____DEP. CLK]

[Overlay stamp: MARCH 14 2013 O.E. RESCISSION]

RESCISSION

MARCH 14, 2013 C.E.

---

Richard K. Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy
Littleton, CO 80123

[signature] Richard Kellogg Armstrong

LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 19 2011
GREGORY C. LANGHAM
CLERK

CR

Gregory L. Langham, Clerk of the Court
U.S. District Court, Colorado
901 19th St., Room A-105
Denver, CO 80294-3589

DENVER CO 800
18 MAY 2011 PM 6 L

80294+2501