**NOTICE OF AND RESCISSION OF NOTICE OF CHALLENGE OF AUTHORITY OF THE INTERNAL REVENUE SERVICE TO BRING CHARGES AS THE IRS IS NOT AN AGENCY OF THE UNITED STATES GOVERNMENT AND THEREFORE, THE DEPARTMENT OF JUSTICE HAS NO CONGRESSIONAL AUTHORITY TO REPRESENT/DEFEND THE IRS IN COURT. FOR CAUSE**

NOTICE DATE: Day Fourteen     Month Three     Year 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 18 2013
JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 233 Filed 05/11/11 USDC Colorado Page 1 of 3 May 10, 2011 NOTICE OF CHALLENGE OF AUTHORITY OF THE INTERNAL REVENUE SERVICE TO BRING CHARGES AS THE IRS IS NOT AN AGENCY OF THE UNITED STATES GOVERNMENT AND THEREFORE, THE DEPARTMENT OF JUSTICE HAS NO CONGRESSIONAL AUTHORITY TO REPRESENT/DEFEND THE IRS IN COURT. Page 2 of 3 Richard Kellogg Armstrong Sovereign Executor of the Estate, Page 3 of 3 copy of mailed envelope"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy bearing my signature "Richard K. Armstrong" and date "May 12,2011" for cause. I made a mistake creating, signing, dating, filing, and Presenting the NOTICE OF AND RESCISSION OF NOTICE OF CHALLENGE OF AUTHORITY OF THE INTERNAL REVENUE SERVICE TO BRING CHARGES AS THE IRS IS NOT AN AGENCY OF THE UNITED STATES GOVERNMENT AND THEREFORE, THE DEPARTMENT OF JUSTICE HAS NO CONGRESSIONAL AUTHORITY TO REPRESENT/DEFEND THE IRS IN COURT. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: 1)Proverbs 6:! 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5

Attachment: "Case 1:10-cr-00317-REB Document 233 Filed 05/11/11 USDC Colorado Page 1 of 3 May 10, 2011 NOTICE OF CHALLENGE OF AUTHORITY OF THE INTERNAL REVENUE SERVICE TO BRING CHARGES AS THE IRS IS NOT AN AGENCY OF THE UNITED STATES GOVERNMENT AND THEREFORE, THE DEPARTMENT OF JUSTICE HAS NO CONGRESSIONAL AUTHORITY TO REPRESENT/DEFEND THE IRS IN COURT. Page 2 of 3 Richard Kellogg Armstrong Sovereign Executor of the Estate, Page 3 of 3 copy of mailed envelope"

cc: UNITED STATES DISTRICT COURT COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF CHALLENGE OF AUTHORITY OF THE INTERNAL REVENUE SERVICE TO BRING CHARGES AS THE IRS IS NOT AN AGENCY OF THE UNITED STATES GOVERNMENT AND THEREFORE, THE DEPARTMENT OF JUSTICE HAS NO CONGRESSIONAL AUTHORITY TO REPRESENT/DEFEND THE IRS IN COURT. FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 14, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 MAY 13  AM 8:42

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

May 10, 2011

UNITED STATES DISTRICT COURT COLORADO
                    v.
RICHARD KELLOGG ARMSTRONG

Case No. 10-cr-00317-REB
Case No. 10-cv-01073-MEH

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

NOTICE OF CHALLENGE OF AUTHORITY OF THE INTERNAL REVENUE SERVICE TO BRING CHARGES AS THE IRS IS NOT AN AGENCY OF THE UNITED STATES GOVERNMENT AND THEREFORE, THE DEPARTMENT OF JUSTICE HAS NO CONGRESSIONAL AUTHORITY TO REPRESENT/DEFEND THE IRS IN COURT.

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner, 404 U.S. 519, 30 L. Ed 652, 92 S. Ct. 594 Reh den U.S. 948, 30L. Ed 2d 819, 92S. Ct. 963

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL

COMES NOW, Richard Kellogg Armstrong, pro se, the Affiant, a Sovereign, challenging the authority of the Internal Revenue Service to bring criminal charges against me as the IRS is not an agency of the United States Government and has no authority to operate anywhere in the 50 States of the Union. Their employees are not employees of the U.S. Government.

The IRS, in acting as an agency of the International Monetary Fund (IMF) (SEE: Diversified Metal Products, Inc. v T Bow Co. and IRS Case No. 93-41... The IRS is a successor of the Bureau of Internal Revenue Service, Puerto Rico, and does not have lawful authority in States of the Union. In that case, U.S. Attorney Betty H. Richardson, answered on behalf of the IRS in her response to Ohman's #4 averment filed in that case, made the following correction: "DENIED" that the IRS is an agency of the United States Government, but admits that the UNITED STATES OF AMERICA (a corporation) would be a proper party to this action." These charges made against RICHARD KELLOGG ARMSTRONG prove to be generated by fraud by the DOJ and their agents.

Congress did not legislatively create a Bureau of the IRS (SEE: Public Law 94-564, Senate Report 94-114, P. 5967, Reorganization Plan No. 26, Public Law 102-391. Also see: U.S.S.C. case Chrysler v. Brown). The Supreme Court researched all the way back to the Civil War and IRS could not be found. So, IRS was never created by an act of Congress. It cannot be found in any of the laws which created the U.S. Department of the Treasury.

On December 8, 1998, Richard Bufkin of Dundee, Illinois, sent a Freedom of Information Act request to the IRS for documentation of authority for the Department of Justice to defend IRS personnel in civil and criminal litigation. On August 2, 1999, Leslie Hayward, a disclosure program assistant in the IRS national office answered Attorney Bufkin as follows: "A search was performed with the Office of Tax Crimes (criminal investigation), and with the Assistant Chief Counsel, DISCLOSURE LITIGATION, and we have no document responsive to your request. However, you may forward a copy of your request to the U.S. Attorney General's office within the Department of Justice."

In September, 1999, Attorney Bufkin sent the request to the Department of Justice. On January 1, 2000, Thomas J. McIntyre, Chief of the Department of Justice Freedon of Information Privacy Act Unit, made the following response: "We have conducted a search of the appropriate indicies to Criminal Division records and did not locate any records responsive to your request." If the court and prosecution continue to move forward and deny this factual presentment, I will subpoena the above parties of interest as well as expert witnesses to testify before this court.

of the church.

IRS agents and their personnel are agents of a government foreign to the United States and do not have lawful access to government funded defense. They are agents of a foreign government invading the several States of the Union in which the territorial courts, judges and DOJ have fraudulently protected them. These acts are treason, sedition and perjury.

All evidence indicates that the IRS is an alias for the Federal Alcohol Administration ("FAA") which was declared unconstitutional inside the several States by the Supreme Court of the United States in 1935. The result of the high Court's decision in U.S. v. Constantine, confined that FAA to federal territories, like Puerto Rico, where Congress is the "state" legislature.

Further confirmation can be found in a decision in the First Circuit Court of Appeals in Used Tire International, Inc. v. Manual Diaz-Saldana, which identified the latter as the real "Secretary of the Treasury." The Code of Federal Regulations for Title 27 also identifies this "Secretary" as an office in San Juan, Puerto Rico.

This is ominous data. It serves to suggest that IRS has no authority whatsoever to mail envelopes from "Department of the Treasury." Such obvious deception is prohibited by federal mail fraud statutes, and defined as a predicate to racketeering. The IRS had no reservations about charging the Affiant with mail fraud!

The IRS/CID Agent Greg M. Flynn, Complainant, who has no authority in this Article III Court, charged the accused with the filing of Forms 1099-OID for refunds of income taxes in the aggregate of $1.4 million that the Affiant never paid, which he contended that the Affiant knew (not alleged!) to be false, ficticious and fraudulent citing Title 18, Section 1341. However, the IRS Agent knew that the Affiant's filings addressed a different accounting method known to be an absolutely lawful filing. Therefore, the IRS Agent's claims that the Affiant are fraudulent at best and have caused the Affiant irreparable harm, especially in view of the fact that the agency with which he is employed has no authority in this Article III Court whatsoever.

The Affiant hereby demands a response from the government within ten (10) days of their receipt. If there is no response within the specified time period, the government will have exhausted its Administrative Remedy in Law and have agreed to these statements.

The Affiant attests that all statements hereon are the truth and nothing but the truth to the best of his knowledge.

This document is not intended to threaten, harass or intimidate but is my remedy in law.

Richard Kellogg Armstrong
Sovereign
Executor of the Estate

CC via First Class U.S. Mail
Tenth Circuit Court of Appeals
Administrative Office of the U.S. Courts
Department of Justice, Eric Holder, Attorney General
Department of Justice, Denver
Internal Revenue Service Headquarters
IRS/CID, Denver

RICHARD R. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER ENGLEWOOD
9595 QUINCY AVE.
LITTLETON, CO 80123

LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 12 2011
GREGORY C. LANGHAM
CLERK

CR

Richard Kelley Armstrong

U.S. DISTRICT COURT COLORADO
GREGORY C. LANGHAM, CLERK OF THE COURT
901 19TH ST., ROOM A-105
DENVER, CO 80294-3589

DENVER CO 802
11 MAY 2011 PM 3 L

RESCISSION

MARCH 02 2013 C.E.