**NOTICE OF AND RESCISSION OF NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES. FOR CAUSE**

NOTICE DATE: Day Fourteen    Month Three    Year 2013 C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 18 2013
JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** " Case 1:10-cr-00317-REB Document 240-1 Filed 05/25/11 USDC Colorado Page 1 of 1 FROM: 20413298 TO: Armstrong, Sharon SUBJECT: motion for disclosure of bonds DATE: 4/3/2011 10:53:20 AM April 3, 2011 NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES. STATE OF COLORADO COUNTY OF DENVER EXHIBIT A"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy bearing my signature "Richard K. Armstrong" and date "May 12, 2011" for cause. I made a mistake creating, signing, dating, filing, and Presenting the NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: 1)Proverbs 6:! 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5

Attachment: "Case 1:10-cr-00317-REB Document 241-1 Filed 05/25/11 USDC Colorado Page 1 of 1 FROM: 20413298 TO: Armstrong, Sharon SUBJECT: motion for disclosure of bonds DATE: 4/3/2011 10:53:20 AM April 3, 2011 NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES. STATE OF COLORADO COUNTY OF DENVER EXHIBIT A"

cc: UNITED STATES DISTRICT COURT COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES. FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 14, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: Motion for disclosure of bonds
DATE: 4/3/2011 10:53:20 AM

April 3, 2011

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA
    Plaintiff,

v.                                                                  Case No. 10-cr-00317-REB
                                                                    Case No. 10-cv-01073

RICHARD KELLOGG ARMSTRONG   Affidavit Verified

    Defendant

---

NOTICE TO AND DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS, PLURAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES.

---

STATE OF COLORADO
COUNTY OF DENVER

    COMES NOW: Richard Kellogg Armstrong, sui juris and not pro se, not waiving his right to represent himself, and hereby demands from the court production of all bonds and CUSIP numbers associated with Case No. 10-cr-00317-REB and Case No. 10-cv-01073, along with bid, performance and payment bonds SF 273, 274 and 275.

    Research have determined that a federal criminal case is bonded, typically using GSA forms 24, 25 and 25a, and that those bonds carry value and are lodged at Fidelity Investments. One can research the bonds through fidelity.com by pulling up the case number in a certain fashion.

Since the issuance of bonds for money constitutes violations of various federal laws, and is a form of making money from a person's incarceration without disclosure to the person and without his/her authorization, the issuance of those bonds constitutes counterfeit securities, as defined in Szafranski v. United States, W.D. N.Y. as well as a form of peonage and slavery.

Therefore, premises considered, Defendant moves the court to order the production of all bond information from the government as well as the forms and CUSIP numbers related to those bonds or dismiss these cases with prejudice.

CERTIFICATE OF SERVICE
    On this _____ day of APRIL, 2011, a true and correct copy of the foregoing was served on opposing counsel as required by law.

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong
                                          Sovereign
                                          Executor of the Estate
                                          Secured Party

EXHIBIT A