# NOTICE OF DISHONOR

NOTICE DATE: Day Seventeen    Month Three    Year 2013 C.E.

```
                    FILED
           UNITED STATES DISTRICT COURT
               DENVER, COLORADO

                 MAR 21 2013

           JEFFREY P. COLWELL
                              CLERK
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge, Robert E. Blackburn
901 19 Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to repond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Seven Month Three Year 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 378 Filed 12/16/11 USDC Colorado Page 1 of 6 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER TO SHOW CAUSE, Page 2 of 6, Page 3 of 6, Page 4 of 6, Page 5 of 6, Page 6 of 6 Dated December 16, 2011 at Denver Colorado BY THE COURT Robert E. Blackburn United States District Judge"

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California


cc: UNITED STATES DISTRICT COURT Colorado, 901 19th Street, Denver, Colorado 80294-3589

cc: UNITED STATES DISTRICT COURT Colorado, Clerk of the Court, 901 19th Street Room A-105, Denver, Colorado 80294-3589


### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI - Lompoc 3600 Guard Road Lompoc, California on March 17, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*