# NOTICE OF DISHONOR

Notice Date: Day Seventeen     Month Three     Year 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Seven Month Three Year 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 512 Filed 05/01/12 USDC Colorado Page 1 of 6 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn SECOND ORDER TO SHOW CAUSE, Page 2 of 6, Page 3 of 6, Page 4 of 6, Page 5 of 6, Page 6 of 6 Dated May 1, 2012, at Denver, Colorado. BY THE COURT: Robert E. Blackburn, United States District Judge".

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc California

cc: **UNITED STATES DISTRICT COURT FOR THE DISRICT OF COLORADO, 901 19th Street, Denver Colorado 80294-3589**
cc: **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589**

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc California on March 17, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

NOTICE OF DISHONOR                                                              NOD