# NOTICE OF DISHONOR

Notice Date: Day Seventeen     Month: Three     Year: 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

MAR 21 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Seven  Month: Three  Year: 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 541 Filed 05/09/12 USDC Colorado Page 1 of 6 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn FIFTH  ORDER TO SHOW CAUSE, Page 2 of 6, Page 3 of 6, Page 4 of 6, Page 5 of 6, Page 6 of 6 Dated May 1, 2012, at Denver, Colorado. BY THE COURT: Robert E. Blackburn United States District Judge"

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, Denver, Colorado 89294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 17, 2013 C.E. For same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong