# NOTICE OF DISHONOR

NOTICE DATE: Day Seventeen      Month Three      FILED      Year 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Seven Month Three Year 2013 C.E. in reply to your "Case 1:10-cr-000317-REB Document 584 Filed 08/10/2012 USDC Colorado Page 1 0f 6 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date: August 10, 2012 SENTENCING MINUTES, Page 2 of 6, Page 3 of 6, Page 4 of 6, Page 5 of 6, Page 6 of 6".

I intend to look to you for payment or performance.

                                                     Sincerely,

                                                   Richard Kellogg Armstrong
                                                   c/o 20413-298
                                                   Federal Correctional
                                                   Institution - Lompoc
                                                   3600 Guard Road
                                                   Lompoc, California

cc: **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO 901 19th Street, Denver, Colorado 80294-3589**
cc: **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, Clerk of the Court, Room A-105, Denver, Colorado 80294-3589**

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify that this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 17, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, Colorado 80294-3589

                                                                                        Richard Kellogg Armstrong