# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Nineteen          Month Three          FILED          Year 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
Room A - 105
901 19th Street
Denver, Colordo 80294-3589

MAR 2 5 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 597-1 Filed 09/19/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO FINAL ORDER OF FORFEITURE, Page 2 of 3, Page 3 of 3 SO ORDERED this___day of___,2012. BY THE COURT: Robert E. Blackburn United States District Court Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment " Case 1:10-cr-00317-REB Document 597-1 Filed 09/19/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO FINAL ORDER OF FORFEITURE, Page 2 of 3, Page 3 of 3 SO ORDERED this___day of___,2012.  BY THE COURT: Robert E. Blackburn United States District Court Judge" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any of the facts in this case.
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close Account Number 1:10-cr-00317-REB.
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy.
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: " supra "
cc: United States District Court Colorado, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc: United States District Court Colorado, 901 19th Street Denver Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 19, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Gregory C. Langham, Clerk of the Court Room A - 105 901 19th Street Denver, Colorado 80294-3589

Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

NNNOA

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MARCH 19, 2013 C.E.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.    RICHARD KELLOGG ARMSTRONG,

      Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), as set forth in the Superseding Indictment returned on February 15, 2011;

THAT a Preliminary Order of Forfeiture was entered on June 25, 2012;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on September 13, 2012;

THAT, as of September 19, 2012, no Petition for Ancillary Hearing has been filed by any petitioner;

1

*"ACCEPTED"*
*Richard Kellogg [signature]*
*MARCH 19, 2013 C.E.*

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture shall enter as to the following:

    a.    $1,637,481.61 money judgment, representing the amount of proceeds obtained by the defendant, less any funds obtained from the forfeiture of directly traceable assets;

    b.    real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado;

    c.    one-half interest of the real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona, with one-half interest being remitted to the holder with a superior right, title, and interest; and

    d.    Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527

in favor of the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), free from the claims of any other party;

THAT the United States shall have full and legal title and may dispose of it in accordance with law the following:

    a.    real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado;

    b.    real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona, with the remaining unforfeited one-half in net proceeds being remitted to the party with a superior right, title, and interest in that one-half interest; and

    c.    Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527.

*"ACCEPTED"*

*Richard Kellogg Armstrong*
*MARCH 19, 2013 C.E.*

SO ORDERED this _____ day of _____, 2012.

BY THE COURT:

_____
ROBERT E. BLACKBURN
United States District Court Judge