# NON NEGOTIABLE
# OF ACCEPTANCE

NOTICE DATE: Day Nineteen        Month Three        FILED        Year 2013 C.E.
                                                UNITED STATES DISTRICT COURT
                                                    DENVER, COLORADO

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court            MAR 2 5 2013
Room A - 105
901 19th Street                                  JEFFREY P. COLWELL
Denver, Colorado 80294-3589                              CLERK


**In reply to:** "Case 1:10-cr-00317-REB Document 597 Filed 09/19/12 USDC Colorado Page 1 of 6 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE 1, Page 2 of 6, Page 3 of 6, Page 4 of 6, Page 5 of 6, Dated this 19th day of September, 2012 John F. Walsh United States Attorney BY: Tanya S. Andrews Tanya S. Andrews Assistant United States Attorney, Page 6 of 6 CERTIFICATE OF SERVICE Raisa Vilensky FSA Data Analyst Office of the U.S. Attorney 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 579 Filed 09/19/12 USDC Colorado Page 1 of 6 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE 1, Page 2 of 6, Page 3 of 6, Page 4 of 6, Page 5 of 6 Dated this 19th day of September, 2012 John F. Walsh United States Attorney BY: Tanya S. Andrews Tanya S. Andrews Assistant United States Attorney, Page 6 of 6 CERTIFICATE OF SERVICE Raisa Vilesky FSA Data Analyst Office of the U.S. Attorney 6" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any of the facts in this case.
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close Account Number 1:10-cr-00317-REB and issue the Order of the Court to me immediately.
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy.
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,
*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: United States District Court Colorado, Judge Robert E. Blackburn, 901 19th Street
    Denver, Colorado 80294-3589
cc: United States District Court Colorado, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIBLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 19, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Gregory C, Langham, Clerk of the Court, Room A - 105 901 19th Street Denver, Colorado 80294-3589

                                    Richard Kellogg Armstrong

"ACCEPTED"

*Richard Kellogg Armstrong*
MARCH 19, 2013 C.E.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.    RICHARD KELLOGG ARMSTRONG,

       Defendant.

---

### UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

---

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c). In support thereof, the United States submits the following:

    1.    In the Superseding Indictment in this case, the United States sought forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c) of the following property:

        a.    a $1,637,481.61 money judgment, representing the amount of proceeds obtained by the defendant, less any funds obtained from the forfeiture of directly traceable assets;

        b.    real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado;

        c.    real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona; and

1

*"Accepted"*
*Richard Killoff Armstrong*
*March 19, 2013 R.E.*

        d.     Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527. (Doc. 140).

2.     On April 30, 2012, a jury found the defendant Richard K. Armstrong guilty of Counts One, and Twenty-Five through Twenty-Seven in violation of 18 U.S.C. §§ 1341, 1957, and 2 of the Superseding Indictment.

3.     Pursuant to the guilty verdict, the Court entered a Preliminary Order of Forfeiture on June 25, 2012, forfeiting to the United States any and all of defendant Richard K. Armstrong's right, title and interest in the following properties:

        a.     a $1,637,481.61 money judgment, representing the amount of proceeds obtained by the defendant, less any funds obtained from the forfeiture of directly traceable assets;

        b.     real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado;

        c.     real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona; and

        d.     Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527.  (Doc. 567).

4.     The Preliminary Order of Forfeiture directed the United States to seize the subject property, and to publish notice of the forfeiture and the United States' intent to dispose of the property.

5.     Notice of the forfeiture was sent to all known interested third parties on July 9, 2012, and the United States properly published notice of the forfeiture via an official government internet website for thirty consecutive days, July 12, 2012 to August 10, 2012.

*"Accepted"*

*Richard Kellogg Armstrong*

*March 19, 2013 C.E.*

6. No Verified Statement of Interest or Petition of United States of America for Ancillary Hearing has been filed by any third parties within the time period set forth in the Notice of Forfeiture. Therefore, any third-parties are barred for their failure to timely file a petition asserting an interest in the property to be forfeited.

7. In regard to the real property located at 14255 Harvest Mile Road, Brighton, Colorado and the Beech Aircraft, the United States seeks forfeiture of the assets from defendant Armstrong in their entirety because they were purchased in their entirety with funds traceable to the criminal offenses for which he has been convicted. *See United States v. Grossman*, 501 F.3d 846, 849 (7th Cir. 2007) ("[t]he interests subject to forfeiture encompass all the fruits of a defendant's crimes, including assets held in the name of third parties") (citing 21 U.S.C. § 853(c)); *see also United States v. Hooper*, 229 F.3d 818, 823 (9th Cir. 2000) (criminal forfeiture is an *in personam* proceeding, but the United States has an inchoate interest in the proceeds of the crime at the time the criminal offense is committed; thus, all subsequent transfers to non-bona fide purchasers are invalid). Moreover, as described-above, no third party has asserted a superior right title and interest to the defendant in these properties that were derived from criminal proceeds. Accordingly, these assets are subject to a final order of forfeiture in their entirety.

8. In regard to the real property located at 30 Perkins Drive, Prescott, Arizona, the United States only seeks to forfeit defendant Richard Armstrong's interest in the property, which is fifty-percent. Criminal forfeiture provides solely for the forfeiture of assets belonging to the defendant. *See United States v. Gilbert*, 244 F.3d 888, 919

3

"Accepted"
Richard Kellogg Armstrong
March 19, 2013 C.E.

(11th Cir. 2001) ("[b]ecause it seeks to penalize the defendant for his illegal activities, *in personam* forfeiture reaches only that property, or portion thereof, owned by the defendant") (citation omitted). Unlike the properties described-above, which were traceable in their entirety to proceeds from the defendant's crimes, the Perkins Drive property is only partially traceable to proceeds from the defendant's criminal conduct. Specifically, on December 26, 2008, approximately 11 days after he received fraudulent proceeds, defendant Richard Armstrong purchased a cashier's check in the amount of $150,000 made payable to Susan E. Miller with funds from his personal Bank of America account. *See* Govt's Ex. 310H, p. 4. The memo line of the check read "RE: 30 Perkins Dr. Prescott, AZ." *Id.* Moreover, agents with the Internal Revenue Service talked with Ms. Miller, defendant Armstrong's sister-in-law, who stated that the $150,000 provided to her was for payment of her one-half interest in the Perkins Drive property which had been left to her and her sister, defendant Armstrong's wife, by their mother. Shortly after this exchange, Ms. Miller quit-claimed her interest in the Perkins Drive property to Ms. Sharon Armstrong. *See* Govt's Ex. 404, p.1.

9.   The Perkins Drive property is currently titled to defendant Richard K. Armstrong and Sharon L. Armstrong, as joint tenants with right of survivorship. Thus, pursuant to Arizona state law, defendant Richard K. Armstrong only has a one-half interest in this real property. *See Brant v. Hargrove*, 632 P.2d 978, 981 (Ariz. App. Div.1 1981) (an action which interferes with or destroys the continued coexistence of any one of the unities of time, title, interest and possession severs the joint tenancy relationship, resulting in the creation of a tenancy-in-common, which would vest a one-

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*March 19, 2013 c æ,*

half interest in the property to each tenant). Accordingly, Mrs. Armstrong, although she has not asserted as such in a petition before this Court, clearly has an untainted one-half interest in the Perkins Drive property that is not subject to forfeiture in this action. Conversely, defendant Richard Armstrong has a one-half interest in the Perkins Drive property that was acquired with criminal proceeds and is subject to criminal forfeiture.[1]

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c).

DATED this 19th day of September, 2012.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By:   s/ *Tonya S. Andrews*
      Tonya S. Andrews
      Assistant United States Attorney
      United States Attorney's Office
      1225 17th Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: Tonya.Andrews@usdoj.gov
      *Attorney for the United States*

---

[1] The United States would note, however, that although only fifty percent of the sales proceeds would be subject to forfeiture upon disposition of the Perkins Drive property, that there is a $1,678,708.78 outstanding federal tax lien has been recorded against the property and the remaining fifty percent of the sales proceeds would likely be paid toward that lien.

5

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MARCH 19, 2013 C.E.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record, and true copies were mailed, via regular and certified mail, return receipt requested, to:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123

Cabo Corporation
1642 McCulloch Blvd N., #391
Lake Havasu City, AZ 86403

Foreign Enterprises
1802 N. Carson St., Suite 108-3087
Carson City, NV 89701-1227

Foreign Enterprises
14255 Harvest Mile Road
Brighton, CO 80603

Sharon Armstrong
30 Perkins Drive
Prescott, AZ 86301

Sharon Armstrong
1642 McCulloch Blvd N., #391
Lake Havasu City, AZ 86403

s/ *Raisa Vilensky*
FSA Data Analyst
Office of the U.S. Attorney