# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Nineteen          Month Three    FILED          Year 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER COLORADO

MAR 25 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
Room A - 105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 598 Filed 09/19/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn FINAL ORDER OF FORFEITURE, Page 2 of 3, Page 3 of 3 SO ORDERED September 19, 2012. BY THE COURT: Bob Blackburn Robert E. Blackburn United States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 598 Filed 09/19/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT OF COLORADO Judge Robert E. Blackburn FINAL ORDER OF FORFEITURE, Page 2 of 3, Page 3 of 3 SO ORDERED September 19, 2012. BY THE COURT: Bob Blackburn Robert E. Blackburn United States District Judge" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any of the facts in this case.
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close Account Number 1:10-cr-00317-REB.
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy.
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: United States District Court Colorado, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: United States District Court Colorado, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 19, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO, Gregory C. Langham, Clerk of the Court Room A - 105 901 19th Street Denver, Colorado 80294-3589

Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE                                                    NNNOA

"*ACCEPTED*"

*Richard Kellogg Armstrong*

MARCH 19, 2013 C.E.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     RICHARD KELLOGG ARMSTRONG,

        Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture [#597] filed September 19, 2012.  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and  28 U.S.C. § 2461(c), as set forth in the Superseding Indictment returned on February 15, 2011;

THAT a Preliminary Order of Forfeiture was entered on June 25, 2012;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on September 13, 2012;

"*ACCEPTED*"

*Richard Kellogg Armstrong*

*MARCH 19, 2013 C.E.*

THAT, as of September 19, 2012, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and  28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture shall enter as to the following:

a.   $1,637,481.61 money judgment, representing the amount of proceeds obtained by the defendant, less any funds obtained from the forfeiture of directly traceable assets;

b.   real property, including all attachments and fixtures thereto, located at 14255 Harvest Mile Road, Brighton, Colorado;

c.   one-half undivided interest in and to the real property, including all attachments and fixtures thereto, located at 30 Perkins Drive, Prescott, Arizona, with one-half interest being remitted to the holder with a superior right, title, and interest; and

d.   Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527

in favor of the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and  28 U.S.C. § 2461(c), free from the claims of any other party;

THAT the United States shall have full and legal title and may dispose of it in accordance with law the following:

a.   real property, including all attachments and fixtures thereto, located at 14255 Harvest Mile Road, Brighton, Colorado;

b.   real property, including all attachments and fixtures thereto, located at 30 Perkins Drive, Prescott, Arizona, with the remaining unforfeited one-half in net proceeds being remitted to the party with a superior right, title, and interest in that one-half interest; and

"*ACCEPTED*"

*Richard Kellogg Armstrong*

*MARCH 19, 2013 C.E.*

    c.      Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527.

SO ORDERED September 19, 2012.


                                        **BY THE COURT:**

                                        Robert E. Blackburn
                                        United States District Judge