# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-Five          MONTH: Three          **FILED**          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

MAR 2 8 2013

JEFFREY P. COLWELL
                    **CLERK**

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACEPTANCE** dated Day Fourteen Month Three Year 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 539 Filed 05/08/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn AMENDED ORDER STIKING DEFENDANT'S NOTICES Page 2 of 3, Page 3 of 3 Date May 8, 2012 Denver, Colorado BY THE COURT Bob Blackburn Robert E. Blackburn United States District Judge"

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc California

cc:  UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc:  UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, Clerk of the Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify that this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit "J" at the Federal Correctional Institution, Lompoc California on March 25, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO, Judge Robert E. Blackburn 901 19th Street, Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

NOTICE OF DISHONOR                                                                    NOD

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-Five          MONTH: Three          **FILED**          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER COLORADO

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street                                          MAR 2 8 2013
Denver, Colorado 80294-3589
                                                    JEFFREY P. COLWELL
                                                              CLERK

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Fourteen Month Three Year 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 538 Filed 05/08/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER STRIKING DEFENDANT'S NOTICES, Page 2 of 3, Page 3 of 3 Dated May 8, 2012 at Denver, Colorado BY THE COURT Bob Blackburn Robert E. Blackburn United States District Judge".

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc California

cc:   UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc:   UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, Clerk of the Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify that this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit "J" at the Federal Correctional Institution, Lompoc California on March 25, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO, Judge Robert E. Blackburn 901 19th Street, Denver, Colorado 80294-3589

                                        *Richard Kellogg Armstrong*

                                        Richard Kellogg Armstrong

NOTICE OF DISHONOR                                                                    NOD

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty Five          MONTH: Three          **FILED**          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER COLORADO

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

MAR 28 2013

JEFFREY P. COLWELL
CLERK

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Fourteen Month Three Year 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 518 Filed 05/02/12 USDC Colorado Page 1 of 1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn MINUTE ORDER Dated: May 2, 2012".

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc California

cc:  UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc:  UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, Clerk of the Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify that this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit "J" at the Federal Correctional Institution, Lompoc California on March 25, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO, Judge Robert E. Blackburn 901 19th Street, Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

NOTICE OF DISHONOR                                                        NOD

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty Five          MONTH: Three          **FILED**          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 8 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Fourteen Month Three Year 2013 C.E. in reply to your""Case 1:10-cr-00317-REB Document 537 Filed 05/08/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER STRIKING DEFENDANT'S NOTICES,  Page 2 of 3, Page 3 of 3 Dated May 8, 2012 at Denver, Colorado BY THE COURT Bob Blackburn Robert E. Blackburn United States District Judge".

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc California

cc: UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, Clerk of the Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify that this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit "J" at the Federal Correctional Institution, Lompoc California on March 25, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO, Judge Robert E. Blackburn 901 19th Street, Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

NOTICE OF DISHONOR                                                                    NOD

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty Five          MONTH: Three          ~~FILED~~          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Fourteen Month Three Year 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 484 04/17/12 USDC Colorado Page 1 of 3 IN THE  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER OF CONTEMPT, Page 2 of 3, Page 3 of 3 BY THE COURT Bob Blackburn Robert E. Blackburn United States District Judge".

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc California

cc:  UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc:  UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO, Clerk of the Court, 901 19th Street, Denver, Colorado 80294-3589

cc:  UNITED STATES DEPARTMENT OF JUSTICE, John F. Walsh, UNITED STATES ATTORNEY, 1225 17th Street, Suite 700, Denver, Colorado 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify that this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit "J" at the Federal Correctional Institution, Lompoc California on March 25, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO, Judge Robert E. Blackburn 901 19th Street, Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty Five          MONTH: Three          Year: 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT COLORADO
Judge, Robert E. Blackburn
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Fourteen Month Three Year 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 235 Filed 05/17/11 USDC Colorado Page 1 of 7 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER, Page 2 of 7, Page 3 of 7, Page 4 of 7, Page 5 of 7, Page 6 of 7, Page 7 of 7 Dated May 17, 2011 at Denver, Colorado, BY THE COURT: Bob Blackburn Robert E. Blackburn United States District Judge".

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600  Guard Road
Lompoc California

cc:  UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc:  UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLORADO, Clerk of the Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify that this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit "J" at the Federal Correctional Institution, Lompoc California on March 25, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO, Judge Robert E. Blackburn 901 19th Street, Denver, Colorado 80294-3589

Richard Kellogg Armstrong