# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-nine        Month Three                                Year 2013 C.E.

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langman, Clerk of the Court
Room A - 105
901 19th Street
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 01 2013

JEFFREY P. COLWELL
CLERK

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Nineteen Month Three Year 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 597 Filed 09/19/12 USDC Colorado Page 1 of 6 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE 1, Page 2 of 6, Page 3 of 6, Page 4 of 6 Page 5 of 6, Dated this 19th day of September, 2012 John F. Walsh United States Attorney BY: Tanya S. Andrews Tanya S. Andrews Assistant United States Attorney, Page 6 of 6 CERTIFICATE OF SERVICE Raisa Vilesky FSA Data Analyst Office of the U.S. Attorney 6"

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: United States District Court Colorado, Judge Robert E. Blackburn, 901 19th Street
    Denver, Colorado 80294-3589
cc: United States District Court Colorado, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 29, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO, Gregory C. Langham, Clerk of the Court, Room A - 105 901 19th Street Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-nine     Month Three     Year 2013 C.E.

UNITED STATES DISTRICT COURT COLORADO  
Gregory C. Langham, Clerk of the Court  
Room A - 105  
901 19th Street  
Denver, Colorado 80294-3589

FILED  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  

APR 01 2013  

JEFFREY P. COLWELL  
                   CLERK

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Nineteen Month Three Year 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 597-1 Filed 09/19/12 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO FINAL ORDER OF FORFEITURE, Page 2 of 3, Page 3 of 3 SO ORDERED this___day of___,2012. BY THE COURT: Robert E. Blackburn United States District Court Judge"

I intend to look to you for payment or performance.

                                              Sincerely,

                                              Richard Kellogg Armstrong  
                                              c/o 20413-298  
                                              Federal Correctional  
                                              Institution - Lompoc  
                                              3600 Guard Road  
                                              Lompoc, California

cc: United States District Court Colorado, Judge Robert E. Blackburn, 901 19th Street  
      Denver, Colorado 80294-3589  
cc: United States District Court Colorado, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 29, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO Gregory C. Langham, Clerk of the Court Room A - 105 901 19th Street Denver, Colorado 80294-3589

                                              Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-nine      Month Three      Year 2013 C.E.

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
Room A - 105
901 19th Street
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 01 2013

JEFFREY P. COLWELL
CLERK

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day 19 Month Three Year 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 598 Filed 09/19/2012 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn FINAL ORDER OF FORFEITURE, Page 2 of 3, Page 3 of 3 SO ORDERED September 19, 2012. BY THE COURT: Bob Blackburn Robert E. Blackburn United States District Judge"

I intend to look to you for payment or performance.

                                               Sincerely,

                                               Richard Kellogg Armstrong
                                               c/o 20413-298
                                               Federal Correctional
                                               Institution - Lompoc
                                               3600 Guard Road
                                               Lompoc, California

cc: United States District Court Colorado, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: United States District Court Colorado, 901 19th Street Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on March 29, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO, Gregory C. Langham, Clerk of the Court Room A - 105 901 19th Street Denver, Colorado 80294-3589

                                               Richard Kellogg Armstrong