### NOTICE OF AND RESCISSION OF NOTICE FOR CAUSE

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 11 2013

JEFFREY P. COLWELL
CLERK

NOTICE DATE: Day Seven            Month Four            Year 2013 C.E.

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 527 Filed 05/04/12 USDC Page 1 of 10 Case #: PR-2012-0330-A Benton Hall April 28, 2012 NOTICE Page1of5, Page 2 of 10 Page2of5, Page 3 of 10 Page3of5, Page 4 of 10 Richard Kellogg Armstrong Page4of5, Page 5 of 10 Page5of5, Page 6 of 10 NOTICE OF ADMINISTRATIVE JUDGMENT Page1of2, Page 7 of 10 Benton Hall 30, April, 2012 Page2of2, Page 8 of 10 Benton Hall April 28, 2012 April 17, 2012, Page 9 of 10 NOTARY'S CERTIFICATE OF SERVICE Page1of2, Page 10 of 10 April 30, 2012 Page2of2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" for cause. I made a mistake creating, signing, filing and Presenting the NOTICE. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: 1)Proverbs 6:1 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT Colorado, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT Colorado, 901 19th Street, Denver, Colordo 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on April 7, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO, Gregory C. Langman, Clerk of the Court, 901 19th Street, Denver, Colorado 80294-3589

Richard Kellogg Armstrong

Case #: PR-2012-0330-A

Claimant:
Richard Kellogg Armstrong
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-Domestic without the United States
Phone: (480) 319-1552
Email: benton.private@gmail.com

CERTIFIED COPY
I hereby certify the foregoing document to which this seal has been affixed consisting of ___05___ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.
By: _Benton Hall_
Date: _April 28, 2012_
(THIS STAMP MUST BE RED)

THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE OF DEFAULT IN DISHONOR
## CONSENT TO JUDGMENT

April 28, 2012

Respondent:
Chief Financial Officer
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294
Service by: USPS "Certificate of Mailing" (PS Form 3817)

Re:   Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG).

**STATEMENT OF FACTS:**

1. On April 2, 2012, Richard Kellogg Armstrong, hereinafter "Claimant", made presentment of a NOTICE: **NOTICE TO SETOFF ACCOUNTS, COUPON** in the amount of TEN MILLION AND 00/100 DOLLARS, **SUPERSEDING INDICTMENT,** issued in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG), with banker's acceptance endorsement on front page and reverse page of leaf, **I.R.S.FORM 1040-ES payment voucher, and a PRIVATE REGISTERED SETOFF BOND,** hereinafter "Tender", a record of which is available upon request, to INTERNAL REVENUE SERVICE, Stop 4440, P.O. Box 9036, Ogden, Utah 84201, hereinafter "Tender Agent", for the settlement of the debt owed in Criminal Case No. 1:10-cv-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD

Page 1 of 5

Case #: PR-2012-0330-A

KELLOGG ARMSTRONG), issued for RICHARD K. ARMSTRONG, sent via USPS Registered Mail, Article No. RE 261 087 641 US, by Benton Hall, Notary, hereinafter "Notary", as evidenced by the "NOTARY'S CERTIFICATE OF SERVICE" dated April 2, 2012, a record of which is available upon request

2. On April 13, 2012 the Tender Agent accepted the Tender for the settlement of Criminal Case No. 1:10-cv-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, in behalf of RICHARD K. ARMSTRONG, as evidenced by the "CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE" dated April 13, 2012, a record of which is available upon request.

3. On April 2, 2012, Richard Kellogg Armstrong, hereinafter "Claimant", made presentment of a **NOTICE OF TENDER FOR SETOFF** and a **REQUEST REGARDING A STATEMENT OF ACCOUNT**, hereinafter "Presentment", to Chief Financial Officer, c/o UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294, hereinafter "Respondent", sent via USPS "Certificate of Mailing" (PS Form 3817), by the Notary, as evidenced by the "NOTARY'S CERTIFICATE OF SERVICE" dated April 2, 2012, a record of which is available upon request.

4. On April 2, 2012 the presentment is deemed received pursuant to the "Mailbox Rule".

5. As of April 17, 2012, Respondent has not sufficiently responded to the Presentment, as evidenced by the "CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE" dated April 17, 2012, a record of which is available upon request.

6. Respondent's failure to sufficiently respond or timely honor the Presentment, by the terms of the Presentment, constitutes Respondent's acceptance and approval of the **REQUEST REGARDING A STATEMENT OF ACCOUNT** contained therein.

7. Respondent's acceptance and approval of the **REQUEST REGARDING A STATEMENT OF ACCOUNT** constitutes Respondent's agreement to the stipulated aggregate amount of unpaid obligations being Zero ($0.00) and 00/100 dollars.

8. On April 17, 2012, Claimant made presentment of a **NOTICE OF FAULT -- OPPORTUNITY TO CURE "FINAL EXPRESSION IN A RECORD"** to the Respondent, dated April 17, 2012, hereinafter "Fault Notice", a record of which is available upon request, sent via USPS "Certificate of Mailing" (PS Form 3817), by the Notary, as evidenced by the "NOTARY'S CERTIFICATE OF SERVICE" dated April 17, 2012, a record of which is available upon request.

9. As of April 28, 2012 neither the Claimant nor the Notary, received sufficient response to the Presentment or the Fault Notice, from the Respondent, as evidenced by the "CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE" dated April 28, 2012, a record of which is attached hereto.

10. Respondent's failure to perform by the terms of the Presentment, constitutes Respondent's acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Claimant to perform the duties of the Respondent stipulated therein.

Case #: PR-2012-0330-A

11. Respondent's failure to perform by the terms of the Fault Notice, constitutes Respondent's acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Claimant to perform the duties of the Respondent stipulated therein.

12. Respondent has defaulted.

13. As an operation of law, Respondent by dishonor of the Presentment and the Fault Notice has created a default.

**DEFAULT:**

For the Respondent's failure to honor the Presentment and Fault Notice places the Respondent in **default.** For the course of dealing set forth herein, with the Respondent's failure, refusal, or neglect in the presentment of a verified response to the Presentment and Fault Notice, constitutes the Respondent's failure to perform in good faith and the Respondent's acquiescence and tacit agreement with all terms, conditions and stipulations set forth within this Notice of Default in Dishonor (Consent to Judgment), Presentment, and Fault Notice. Therefore this matter is deemed *res judicata* and *stare decisis*.

Of this presentment take due Notice and heed, and govern yourself accordingly. This **FINAL EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms of the agreement between the parties.

Response by Respondent must be served on Claimant exactly as provided:

Richard Kellogg Armstrong
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the United States
Phone: (480) 319-1552
Email: benton.private@gmail.com

Case #: PR-2012-0330-A

## Commercial Affirmation Oath and Verification

Denver County            )
Colorado Republic        ) affirmed and subscribed:
United States of America )

I, Richard Kellogg Armstrong, Secured Party Creditor, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law, so help me, God, this Twenty-Eighth day of the Fourth month in the year of our Lord, Two-thousand Twelve.

In Witness Whereof, I have hereunto set my hand and seal.

_Richard K Armstrong_

Richard Kellogg Armstrong, Authorized Representative
For the Accommodation Party & Secured Party Creditor
ALL RIGHTS RESERVED

cc:

**Kenneth Mark Harmon**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Kevin F. Sweeney**
c/o U.S. Department of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: Kevin.f.sweeney@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

**CLERK OF COURT (Criminal Case No. 1:10-cr-00317-REB)**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

All serviced by: USPS "Certificate of Mailing" (PS Form 3817)

Case #: PR-2012-0330-A

Enclosure(s):

    (1) **NOTICE OF ADMINISTRATIVE JUDGMENT** dated April 30, 2012 (2 leaves);

    (2) **CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE** dated April 28, 2012 (1 leaf);

    (3) **NOTARY'S CERTIFICATE OF SERVICE** dated April 30, 2012 (1 leaf).



*APRIL 7, 2013 C.E.*

*RESCISSION*

PRIVATE MATTER No. PR-2012-0330-A

# NOTICE OF ADMINISTRATIVE JUDGMENT

Maricopa County             )
Arizona state republic      ) ss:
United States of America    )

**REGARDING THE MATTER:** Foreign Judgment in the matter of Criminal Case No. 1:10-cr-00317-REB, issued in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO.

**PRESENTMENT:** Be it known that on 30 April 2012 the Undersigned, a duly empowered Notary Public, hereby awards this CERTIFICATE OF ADMINISTRATIVE JUDGMENT in the matter captioned above to Richard Kellogg Armstrong, Claimant and Administrative Judgment Creditor, and on this same day and date does present the same to

Richard Kellogg Armstrong
c/o Benton ____ Notary Public
3546 East Presidio Circle
Mesa, Arizona [85213]
United States of America

Claimant and Administrative Judgment Creditor.

This Certificate of Judgment is issued in consequence of the NOTICE OF DEFAULT IN DISHONOR – CONSENT TO JUDGMENT, signed and sealed by Richard Kellogg Armstrong, and the CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE in support thereof, signed and sealed by the Undersigned, the time limit having elapsed for any timely response thereto. The aforesaid NOTICE OF DEFAULT and CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE are both dated 30 April 2012, and this day and date the Undersigned has presented the same to:

Chief Financial Officer
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado [80294]

Respondent and Administrative Judgment Debtor.

**DECLARATION OF JUDGMENT:** Whereupon, the undersigned Notary Public for the reason of Default and Dishonor by Non-Response/Non-Performance, does publicly and solemnly certify the Default and Dishonor as against all Parties it may concern by reason of Non-Response/Non-Performance thereof and Stipulations therein, this Administrative Judgment (includes) finds, upholds, and declares the following:

1. RICHARD K. ARMSTRONG having a superior Counter Claim and Lien Hold Interest in Criminal Case No. 1:10-cr-00317-REB issued by THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO by way of a Private Administrative Process grants the releasing of all property and collateral belonging to the Defendant RICHARD K. ARMSTRONG.

2. There being a Stipulation and Agreement by and between the Parties herein that Richard Kellogg Armstrong's Recorded Counter Claim in Criminal Case No. 1:10-cr-00317-REB is granting to RICHARD K. ARMSTRONG the Paramount Claim to all Rights, Titles, Interest, and Property belonging to the Defendant RICHARD K. ARMSTRONG.

3. There being a Stipulation and Agreement by and between the Parties that RICHARD K. ARMSTRONG can rely on this Default Judgment as a Confession of Judgment in any proceedings, administrative or judicial, public or private.

Notice of Administrative Judgment                                                                      Page 1 of 2

4. There being a Stipulation and Agreement by and between the Parties that the Chief Financial Officer of THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, having granted a specific Limited Power of Attorney in Fact to execute any and all instruments and documents necessary to carry into existence in the Public or the Private the results of the Stipulations, Agreements, and Records by and between the Parties.

5. There being a Stipulation and Agreement by and between the Parties that the Chief Financial Officer of THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, that this Default Judgment and Limited Power of Attorney in Fact now issued as an Operation of Law as the FINAL ADMINISTRATION OF THE FACTS as set forth in the PRESENTMENT, through tacit acquiescence to the original PRESENTMENT and the subsequent NOTICE OF FAULT – OPPORTUNITY TO CURE, and that this Entire Matter is henceforth by Default deemed *res judicata* and *stare decisis*.

**NOTICE:** The undersigned Notary Public certifies that on 30 April 2012, NOTICE OF ADMINISTRATIVE JUDGMENT was sent to the Parties noted below by depositing in the official depository under the exclusive face and custody of the United States Post Office a sealed envelope containing said NOTICE directed to the persons at their last-known corresponding address as noted immediately below:

Chief Financial Officer
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

Respondent and Administrative Judgment Debtor.

**TESTIMONY:** I certify under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, and complete.

_____
Benton Hall, Notary Public
3546 East Presidio Circle
Mesa, Arizona [85213]
United States of America

---

| | |
|---|---|
| | CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL |
| Date of Presentment: | 30 April 2012 |
| Notice Presented Under Seal: | NOTICE OF DEFAULT IN DISHONOR – CONSENT TO JUDGMENT |
| Notary's Certification: | The above-noted Parties were presented Notice under Notary Seal that certification of Non-Response/Non-Performance within ten (10) days of postmark would comprise their Acceptance of the Terms and Conditions contained therein, the time having elapsed for response or performance thereof, which was dishonored. |



Notice of Administrative Judgment                                                                 Page 2 of 2

Case #PR-2012-0330-A

## CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE

Arizona Republic )
Maricopa County ) affirmed and subscribed:
Without the United States )

**PRESENTMENT:** Be it known that the person signing below, a duly empowered Notary, at the request of ____Richard Kellogg Armstrong____
                                                                                                                                                Claimant
in care of _____3546 East Presidio Circle, Mesa, Arizona [85213], Non-domestic without the United States_____,
                                                    Address
                                                                    NOTICE OF FAULT – OPPORTUNITY TO CURE
did duly present on  April 17, 2012   the  "FINAL EXPRESSION IN A RECORD"  ,dated  April 17, 2012
regarding Criminal Case No. 1:10-cr-00317-REB in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
to **Chief Financial Officer, c/o UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294**
        Respondent

signed by **Richard Kellogg Armstrong**            requesting Setoff and/or discharge for the debt owed on Criminal Case No. 1:10-cr-00317-REB of any and all alleged obligations, etc. attributed to RICHARD K. ARMSTRONG the opportunity for a timely response or performance thereto has elapsed.

**DEFAULT:** Whereupon the Notary signing below, for the reason dishonor by non-response/non-performance, does duly and solemnly certify the dishonor as against all parties it may concern by reason of non-response/non-performance thereof and stipulations therein.

**NOTICE:** The undersigned Notary certifies that on ____April 17, 2012____NOTICE (2nd): NOTICE OF FAULT – OPPORTUNITY TO CURE "FINAL EXPRESSION IN A RECORD" was sent to the parties noted below by depositing in an official depository under the exclusive face and custody of the United States Post Office a sealed envelope containing said Notice directed to the respective persons or entities at the last known corresponding address noted below.

| NAME | ADDRESS |
|---|---|
| **Chief Financial Officer** | **c/o UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294** |

**TESTIMONY** I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Notary

Executed on: ____April 28, 2012____

Benton Hall
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the United States
Phone: (480) 319-1552
Email: benton.private@gmail.com

---

### CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL

**Date of Presentment:**            April 17, 2012

**Notice Presented Under Seal:**    NOTICE (2nd): NOTICE OF FAULT – OPPORTUNITY TO CURE "FINAL EXPRESSION IN A RECORD"

**Notary's Certification:**         The above-noted party was presented under notary seal a NOTICE (2nd): NOTICE OF FAULT – OPPORTUNITY TO CURE "FINAL EXPRESSION IN A RECORD wherein it was stated that certification of non-response/non-performance after ten (10) days of postmark would comprise its acceptance of the terms and conditions contained therein. A dishonor has occurred because the opportunity for a timely response or performance thereto has elapsed.

Case #: PR-2012-0330-A

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to:

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

cc:

**Kenneth Mark Harmon**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

**Kevin F. Sweeney**
c/o U.S. Department of Justice-DC-Tax Division
601 D Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

All Serviced By: USPS "Certificate of Mailing" (PS Form 3817)

hereinafter "Recipients", the documents and sundry papers pertaining to a Criminal Case No. 1:10-cv-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG) as follows:

(1) NOTICE: **NOTICE OF DEFAULT IN DISHONOR – CONSENT TO JUDGMENT** (5 leaves);

(2) **NOTICE OF ADMINISTRATIVE JUDGMENT** dated April 30, 2012 (2 leaves);

(3) **CERTIFICATE OF NON–RESPONSE/NON-PERFORMANCE** dated April 28, 2012 (1 leaf);

(4) Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated April 30, 2012 (2 leaves).

These mailings contained a total of ten (10) leaves each. They were sent via the United States Postal Service under the control, direction, and instruction of the USPS "Certificate of Mailing" (PS Form 3817) referenced above. The aforesaid mailings were placed in postpaid envelopes

Case #: PR-2012-0330-A

properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

___April 30, 2012___

DATE



NOTARY

Benton Hall

3546 East Presidio Circle

Mesa, Arizona [85213]

Phone: (480) 319-1552

Email: benton.private@gmail.com

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the function of quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

NOTARY'S CERTIFICATE OF SERVICE                                                                 Page 2 of 2