NOTICE OF AND RESCISSION OF NOTICE FOR CAUSE

Notice Date: Day Twenty-two    Month: Four    Year: 2013 C.E.

United States District Court
For the District of Colorado
Gregory C. Langham, Clerk of Court
901 19th Street, Room A-105
Denver, Colorado 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 457 Filed 04/03/12 USDC Colorado Page 1 of 5 NOTICE March 30, 2012, 2 Richard Kellogg Armstrong, 3, 4, 5 March 30, 2012"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "Case 1:10-cr-00317-REB Document 457 Filed 04/03/12 USDC Colorado Page 1 of 5 NOTICE March 30, 2012, 2 Richard Kellogg Armstrong, 3, 4, 5 March 30, 2012" for cause. I made a mistake preparing, creating, filing, signing and notarizing the NOTICE. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazeele from the hand of the hunter and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Proverbs 6:1  2) Proverbs 6:2  3) Proverbs 6:3  4) Proverbs 6:4  5) Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong certify this **NOTICE OF AND RESCISSION OF NOTICE FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on April 22, 2013 C.E. for same day delivery to United States District Court for the DIstrict of Colorado, Gregory C. Langham, Clerk of Court, 901 19th Street, Room A-105, Denver, Colorado 80294

Richard Kellogg Armstrong

Offeree:
Richard Kellogg Armstrong
c/o Benton Hall, Notary
3546 E. Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the US
Phone: (480) 319-1552
Email: benton.private@gmail.com

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 APR -3  AM 8: 32

GREGORY C. LANGHAM
CLERK

_____DEP. CLK

CERTIFIED COPY

I hereby certify the foregoing document to which this seal has been affixed consisting of __03__ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: _Benton Hall_

Date: _March 30, 2012_

(THIS STAMP MUST BE RED)

# NOTICE
## NOTICE CONDITIONAL ACCEPTANCE OF ATTORNEY
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
(Applicable to all Successors and Assigns)

Date:  March 30, 2012

To:  **David L. Owen, Jr.**
     David L. Owen, Jr., P.C., Law Office of
     718 Huntington Place
     Highlands Ranch, CO 80126-4730
     Phone: (303) 993-7692
     Fax: (720) 242-____
     Email: davidowen@lodopc.com

Re:  Court Appointment of a Public Defender for RICHARD KELLOGG ARMSTRONG, Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG).

Dear Sir:

Thank you very much for your offer of assistance. I'm confident the court would not offer to appoint an attorney such as you unless they were of the highest caliber.

Notice is hereby given that you are either terminated as of March 30, 2012 or the Offeree conditionally accepts your offer as Public Defender to represent Defendant, RICHARD KELLOGG ARMSTRONG in Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO on condition that:

1. The Offeree does not have the capacity to bring the remedy to the Court making the appointment of a public defender/attorney representing the Defendant, RICHARD

KELLOGG ARMSTRONG or the Offeree moot, and;

David L. Owen, Jr., David L. Owen Jr., P.C., Law Office Of 718 Huntington Place, Highlands Ranch, CO 80126-4730, be personally converted on all liability as surety for the Defendant, RICHARD KELLOGG ARMSTRONG in Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG).

This **CONDITIONAL ACCEPTANCE OF ATTORNEY APPOINTMENT** is intended as a complete and exclusive statement of the terms of the agreement between the parties as a **"Final Expression in a Record"** as it relates to appointment of an attorney in this instant matter UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG in Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO.

_____
Authorized Representative

cc:

**Kenneth Mark Harmon**
U.S. Attorney's Office-Denver
1225 17th Street Plaza
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

**Kevin F. Sweeney**
c/o U.S. Department of Justice-DC Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**

Page 2 of 3

c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

**CLERK OF COURT (Case No. 1:10-cr-00317-REB-2)**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294





## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to

**David L. Owen, Jr.**
David L. Owen Jr., P.C., Law Office of
718 Huntington Place
Highlands Ranch, CO 80126-4730
Phone: (303) 993-7092
Fax: (720) 242-8907
Email: davidowen@lodopc.com

cc:

**Kenneth Mark Harmon**
U.S. Attorney's Office-Denver
1225 17th Street Plaza
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

**Kevin F. Sweeney**
c/o U.S. Department of Justice-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov


April 24, 2013 C.E.


Richard Kellogg Armstrong


RESCISSION NOTARY

Chief Financial Officer
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

All serviced by: USPS "Certificate of Mailing" (PS Form 3817)

hereinafter, "Recipients," the documents and sundry papers pertaining to certain Court Appointment of a Public Defender for RICHARD KELLOGG ARMSTRONG, Case No. 1:10-cr-00317-REB-2, in THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG) as follows:

1. NOTICE: **NOTICE CONDITIONAL ACCEPTANCE OF ATTORNEY** dated March 30, 2012 (3 leaves);

2. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated March 30, 2012, (2 leaves).

These mailings contained a total of five (5) leaves each. They were sent via the United States Postal Service under the control and direction of the USPS "Certificate of Mailing" (PS Form 3817) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

<u>March 30, 2012</u>

DATE

_____
Notary

Benton Hall,

3546 East Presidio Circle

Mesa, Arizona [85213]

Phone: (480) 319-1552

Email: benton.private@gmail.com

---

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.