## NOTICE OF AND RESCISSION OF NOTICE FOR CAUSE

Notice Date: Day Twenty-two    Month: Four    Year: 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 2 5 2013
JEFFREY P. COLWELL
CLERK

United States District Court
For the District of Colorado
Gregory C. Langham, Clerk of Court
901 19th Street, Room A-105
Denver, Colorado 80294

**In reply to:** "Case 1:10-cr-00317-REB Document 458 Filed 04/03/12 USDC Colorado Page 1 of 7 Criminal Case No. 10-cr-00317-REB-2 NOTICE Richard K Armstrong, 2 EXHIBIT 1, 3, 4, Richard K Armstrong, 5, 6, 7 March 30, 2012 Benton Hall"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "Case 1:10-cr-00317-REB Document 458 Filed 04/03/12 USDC Colorado Page 1 of 7 Criminal Case No. 10-cr-00317-REB-2 NOTICE Richard Kellogg Armstrong, 2 EXHIBIT 1, 3, 4 Richard Kellogg Armstrong, 5, 6, 7 March 30, 2012 Benton Hall" for cause. I made a mistake preparing, signing, filing and notarizing the NOTICE. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazeele from the hand of the hunter and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Proverbs 6:1  2) Proverbs 6:2  3) Proverbs 6:3  4) Proverbs 6:4  5) Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NOTICE OF AND RESCISSION OF NOTICE FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on April 22, 2013 C.E. for same day delivery to United States District Court for the DIstrict of Colorado, Gregory C. Langham, Clerk of Court, 901 19th Street, Room A-105, Denver, Colorado 80294

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong