# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-two          Month Four          Year 2013 C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
901 19th Street, Room A-105
Denver, Colorado 80295-3589

APR 2 5 2013

JEFFREY P. COLWELL
CLERK

In reply to: "Case 1:10-cr-00317-REB Document 575 Filed 07/27/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date: July 27, 2012 COURTROOM MINUTES Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 575 Filed 07/27/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date: July 27, 2012 COURTROOM MINUTES Page 2 of 2" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*(signature)*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "Case 1:10-cr-00317-REB Document 575 Filed 07/27/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date: July 27, 2012 COURTROOM MINUTES Page 2 of 2"
cc: UNITED STATES DISTRICT COURT COLORADO, Judge Robert e. Blackburn, 901 19th Street, Denver Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT COLORADO, 901 19th Street, Denver Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit H FCI Lompoc 3600 Guard Road Lompoc, California on April 22, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Gregory C. Langham, Clerk of the Court 901 19th Street, Room A-105 Denver, Colorado 80295-3589

*(signature)*
Richard Kellogg Armstrong

"ACCEPTED"
*Richard Kellogg* (signature)
April 22, 2013 C.E.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:                July 27, 2012

Deputy Clerk:        Nel Steffens
Court Reporter:      Tracy Weir

---

**Criminal Action No. 10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
|  | Kevin Sweeney |
| Plaintiff, |  |
| v. |  |
| 1. CURTIS L. MORRIS, | Michael Root |
| 2. RICHARD KELLOGG ARMSTRONG, | *Pro Se* |
| Defendants. |  |

---

**COURTROOM MINUTES**

---

**Hearing - Arraignment on Criminal Contempt**

**8:38 a.m.    Court in session.**

Appearances of counsel. Also seated at government's table is IRS Special Agent, Greg Flynn.

Opening statements by the court.

Court addresses the **Order To Show Cause** [#377] filed December 16, 2011; the **Order To Show Cause** [#422] filed March 5, 2012; the **Order To Show Cause** [#424] filed March 6, 2012; the **Order To Show Cause** [#436] filed March 21, 2012; the **Order To Show Cause** [#511] filed May 1, 2012; and the **Order To Show Cause** [#521] filed May 1, 2012, as to defendant Morris.

"ACCEPTED"
Richard Kellogg Armstrong
APRIL 22, 2013 c.l.

Court also addresses the **Order To Show Cause** [#378] filed December 16, 2011, the **Amended Order To Show Cause** [#513] filed May 1, 2012, the **Third Order To Show Cause** [#514] filed May 1, 2012, the **Fourth Order To Show Cause** [#515] filed May 1, 2012, the **Fifth Order To Show Cause** [#541] filed May 9, 2012, and the **Sixth Order To Show Cause** [#547] filed May 16, 2012, as to defendant Armstrong.

Mr. Root states that defendant Morris' pleas to the charges of criminal contempt are not guilty.

Defendant Armstrong makes a statement to the court.

Court exercises its discretion and prerogative in these circumstances to enter pleas of not guilty on behalf of defendant Armstrong on the charges of criminal contempt.

These matters will be set for trial at the conclusion of the respective Sentencing Hearings now set for the defendants.

**8:48 a.m.      Court in recess.**

Total time in court:   00:10

Hearing concluded.