# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-two      Month Four      Year 2013 C.E

UNITED STATED DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 593 Filed 09/05/12 USDC Colorado Page 1 of 4 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO MOTION FOR PROTECTIVE ORDER, Page 2 of 4, 2, Page 3 of 4 JOHN F. WALSH, United States Attorney s/Kevin F. Sweeney, 3, Page 4 of 4 CERTIFICATE OF SERVICE KEVIN F. SWEENEY, 4"

**PLEASE TAKE NOTICE** I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 593 Filed 09/05/12 USDC Colorado Page 1 of 4 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO MOTION FOR PROTECTIVE ORDER, Page 2 of 4, 2, Page 3 of 4 JOHN F. WALSH, United States Attorney s/KEVIN F. SWEENEY, 4", and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your Presentment by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this NON NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

                                           Sincerely

                                           *[signature]*
                                           Richard Kellogg Armstrong
                                           c/o 20413-298
                                           Federal Correctional
                                           Institution - Lompoc
                                           3600 Guard Road
                                           Lompoc, California

Attachment: "Case 1:10-cr-00317-REB Document 593 Filed 09/05/12 USDC Colorado Page 1 of 4 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO MOTION FOR PROTECTIVE ORDER, Page 2 of 4, 2, Page 3 of 4 JOHN F. WALSH, United States Attorney s/Kevin F Sweeney, 3, Page 4 of 4 CERTIFICATE OF SERVICE KEVIN F. SWEENEY, 4"
cc: UNITED STATES DISTRICT COURT COLORADO, Judge Robert E. Blackburn 901 19th Street, Denver Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Department of Justice, U.S. Attorney's Office, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this NON NEGOTIABLE NOTICE OF ACCEPTANCE was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit H at Federal Correctional Institution, Lompoc, 3600 Guard Road Lompoc California on April 22, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Gregory C. Langham, Clerk of the Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589

                                           *[signature]*
                                           Richard Kellogg Armstrong

"ACCEPTED"
Richard Kellogg Armstrong
April 22, 2013 C.E.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     RICHARD KELLOGG ARMSTRONG,

        Defendant.

---

### MOTION FOR PROTECTIVE ORDER

---

The United States of America, by and through Special Assistant United States Attorney Kevin F. Sweeney, respectfully requests that this Court enter a protective order pursuant to Fed. R. Crim. P. 16(d)(1) restricting defendant Richard K. Armstrong's access to certain discovery materials after the conclusion of his criminal contempt trial.[1]

Mr. Armstrong is a *pro se* litigant. A trial is set to commence against defendant Richard K. Armstrong for six counts of criminal contempt on September 7, 2012. The Government has previously provided discovery for this proceeding to Mr. Armstrong.

During the course of interviewing a witness today September 5, 2012, the

---

[1] The Government respectfully views this motion as timely. It recognizes that the Court's motion deadline in the underlying criminal case expired on February 28, 2011. Doc. No. 128. However, the first Order to Show Cause relating to Mr. Armstrong's criminal contempt action wasn't issued under December 16, 2011 and the matter wasn't set for trial until the defendant was sentenced in the underlying criminal case on August 10, 2012. Doc. No. 378. The Government isn't aware of a specific motions deadline for the criminal contempt action and couldn't have possibly foresaw the need for a protective order related to criminal contempt prior to the February 28, 2011 motions deadline in the underlying criminal case.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*APRIL 22, 2013 C.E.*

Government learned of certain correspondence among Federal Bureau of Prisons officials. It has reviewed this correspondence and determined that none of it is discoverable pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) or *Giglio v. United States*, 405 U.S. 150 (1972). However, it has also determined that it would have an obligation to produce two pages of emails involving writings by this witness, a three-page statement of complaint (including a copy of the envelope it was sent in) completed by this witness, and supporting documentation to these emails and the complaint pursuant to the Jencks Act if so requested by the defendant. 18 U.S.C. Sec. 3500.

Though the defendant has not requested these materials pursuant to the Jencks Act, the government intends to produce these portions of the materials to the defendant on the morning of trial anyway in light of his *pro se* status, fairness, and an abundance of caution. However, these materials contain correspondence among and to Federal Bureau of Prisons personnel and relate to its security procedures. As such, they are sensitive in nature.

WHEREFORE, the Government requests that this Court order that the materials it intends to produce to the defendant on the morning of trial be returned to the United States Attorney's Office at the conclusion of the hearing.[2] Alternatively, the Government requests that this Court redact the sensitive information from these materials before allowing Mr. Armstrong access to them outside of the courtroom. It will bring a redacted version of these materials to the trial on September 7, 2012 for the

---

[2] In the event this Court orders Mr. Armstrong to return these materials to the United States Attorney's Office, our office would preserve the materials.

"ACCEPTED"
*Richard Kellogg Armstrong*
APRIL 22, 2013 CE.

Court's convenience.

DATED: September 5, 2012, at Denver, Colorado.

 

Respectfully submitted,

JOHN F. WALSH
United States Attorney


s/Kevin F. Sweeney
By: Kevin F. Sweeney
Special Assistant U.S. Attorney

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*APRIL 22, 2013 C.E.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2012, I electronically filed the foregoing **MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

I also certify that I sent the foregoing via U.S. Mail to the following:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123

By:     s/ Kevin F. Sweeney
        KEVIN F. SWEENEY
        Special Assistant U.S. Attorney

4