NOTICE OF AND RESCISSION OF NOTICE FOR CAUSE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2013

JEFFREY P. COLWELL
CLERK

NOTICE DATE: Day twenty-two          Month Four          Year 2013 C.E.

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 481 Filed 04/16/12 USDC Colorado Page 1 of 70 Richard K. Armstrong, Page 2 EXHIBIT 1, 3, 4, 5, Richard K. Armstrong Sharon L. Armstrong, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56 Debra Bowen File #12739875626, 57, 58, 59 Debra Bowen File #1273087773, 60, 61, 62 Debra Bowen File #127308829292, 63, 64, 65 Debra Bowen, 66, 67, 68 April 13, 2013 Benton Hall, 69, 70 April 13, 2012 Benton Hall"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy bearing my signature "Richard K. Armstrong", and my wifes signature "Sharon L. Armstrong" for cause.  I made a mistake creating, preparing, signing, filing and Presenting the NOTICE.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

[1]"Moses said to the heads of the tribes of Israel: "This is what the LORD commands: [2]"When a man makes a vow to the LORD or takes an oath to obligate himself by a pledge, he must not break his word but must do everything he said."[3]"When a young woman still living in her fathers house makes a vow to the LORD or obligates herself by a pledge[4] "And her father hears about her vow or pledge but says nothing to her, then all her vows and every pledge by which she obligated herself will stand."[5]"But if her father forbids her when he hears about it, none of her vows or pledges by which she obligated herself will stand; the LORD will release her because her father has forbidden her."[6] "If she maries after she makes a vow or after her lips utter a rash promise by which she obligates herself"[7]"And her husband hears about it but says nothing to her, then her vows or the pledges by which she obligated herself will stand."[8]"But if her husband forbids her when he hears about it, he nullifies the vow that obligates her or the rash promise by which she obligates herself, and the LORD will release her."[9]"Any vow or obligation taken by a widow or divorced woman will be binding on her."[10]"If a woman living with her husband makes a vow or obligates herself by a pledge under oath"[11]"And her husband hears about it but says nothing to her and does not forbid her, then all her vows or pledges by which she obligated herself will stand."[12]"But if her husband nullifies them when he hears about them, then none of the vows or pledges that came from her lips will stand.  Her husband has nullified them, and the LORD will release her."[13]"Her husband may confirm or nullify any vow she makes or any sworn pledge to deny herself."[14]"But if her husband says nothing to her about it from day to day, then he confirms all her vows or the pledges binding on her.  He confirms them by saying nothing when he hears about them."[15]"If, however, he nullifies them some time after he hears about them, them he is responsible for her guilt."[16]"These are the regulations the LORD gave Moses concerning relationships between a man and his wife, and between a father and his young daughter still living in his house."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Sharon L. Armstrong*

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: 1)Proverbs 6:1 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5
1)Numbers 30:1 2)Numbers 30:2 3)Numbers 30:3 4)Numbers 30:4 5)Numbers 30:5 6)Numbers
30:6 7)Numbers 30:7 8)Numbers 30:8 9)Numbers 30:9 10)Numbers 30:10 11)Numbers 30:11
12)Numbers 30:12 13)Numbers 30:13 14)Numbers 30:14 15)Numbers 30:15 16)Numbers 30:16
Attachment: "supra"

cc: UNITED STATES DISTRICT COURT COLORADO Judge Robert E. Blackburn, 901 19th Street
    Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT COLORADO 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE FOR CAUSE**
was sealed in an envelope with First Class Postage paid and deposited in a United
States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, Califor-
nia on April 22, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT
COLORADO Gregory C. Langham, Clerk of the Court 901 19th Street, Room A-105, Denver,
Colorado 80294-3589

*Richard Kellogg Armstrong*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 APR 16 PM 1: 16

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Claimant:
Richard Kellogg Armstrong
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the U.S.
Phone: (480) 319-1552
Email: benton.private@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In RE:
UNITED STATES OF AMERICA,
                    Plaintiff,

v.                                              Criminal Case No. 10-cr-00317-REB (s)

1. CURTIS L. MORRIS,
2. RICHARD KELLOGG ARMSTRONG, and
3. LARRY RAY HALL
                    Defendant.

# NOTICE

## NOTICE OF TENDER FOR SETOFF and REQUEST REGARDING A STATEMENT OF ACCOUNT

### In Criminal Case No. 1:10-cr-00317-REB, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Notice is hereby given that a **NOTICE OF TENDER FOR SETOFF and REQUEST REGARDING A STATEMENT OF ACCOUNT** in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, a copy attached hereto as "EXHIBIT 1" is given to Pamela LaRue, Chief Financial Officer, c/o Internal Revenue Service, 1111 Constitution Avenue NW, Washington, D.C. 20224-0002, this 13th day of April A.D. 2012.

Executed without the United States of America, Denver County, Colorado Republic, this thirteenth day of the fourth month in the year of our Lord, two-thousand and twelve.

In Witness Whereof, I have hereunto set my hand and seal.

*Richard K Armstrong*

Richard Kellogg Armstrong, Secured Party Creditor
Executive Trustee for the Trust
RICHARD KELLOGG ARMSTRONG

Page 1 of 1

# EXHIBIT 1



Case #: PR-2012-0413-A

**CERTIFIED COPY**

I hereby certify the foregoing document to which this seal has been affixed consisting of _05_ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: _____

Date: _April 13, 2012_

(THIS STAMP MUST BE RED)

Claimants:
  Richard Kellogg Armstrong
  Sharon Louise Armstrong
  c/o Benton Hall, Notary
  3546 East Presidio Circle
  Mesa, Arizona [85213]
  Non-Domestic without the United States
  Phone: (480) 319-1552
  Email: benton.private@gmail.com

### THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## NOTICE

## NOTICE OF TENDER FOR SETOFF

13 April 2012

Respondent:
  **Pamela LaRue, Chief Financial Officer**
  c/o Internal Revenue Service
  1111 Constitution Avenue NW
  Washington, D.C. 20244-0002
  **Service by: USPS "Certificate of Mailing" (PS Form 3817)**

Re:   Forms 1040 for Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 regarding
      TAXPAYER: RICHARD K. ARMSTRONG, TaxPayer identification # 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 and SHARON L.
      ARMSTRONG, TaxPayer identification # 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.

WHEREAS, on April 13, 2012 instruments of tender for setoff, hereinafter "TENDER", for the setoff of Tax
Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 in behalf of RICHARD K. ARMSTRONG,
TaxPayer identification # 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 and SHARON L. ARMSTRONG, TaxPayer identification # 563-54-
3486, hereinafter "ACCOUNT", were presented for setoff to:

  INTERNAL REVENUE SERVICE
  Stop 4440
  P.O. Box 9036
  Ogden, Utah 84201

WHEREAS, on April 13, 2012, the TENDER is deemed accepted for the setoff of Tax Periods ending 2005,
2006, 2007, 2008, 2009, 2010 and 2011 in behalf of RICHARD K. ARMSTRONG and SHARON L.
ARMSTRONG pursuant to and evidenced by the records enclosed herewith and incorporated herein as
"EXHIBIT A".

Case #: PR-2012-0413-A

THEREFORE, Richard Kellogg Armstrong and Sharon Louise Armstrong, hereinafter "Claimants", request that the balance of the ACCOUNT be adjusted to Zero dollars ($0.00) to reflect the ledgering of said TENDER.

Enclosed herewith is a Request Regarding a Statement of Account, pursuant to Uniform Commercial Code § 9-210 and its implementation in the state of Arizona as a record authenticated by the Debtor requesting that the Respondent approve or correct the statement. Respondent has Fourteen (14) days to comply with this request and provide an authenticated record.

Upon the Respondent's acceptance of the Request Regarding a Statement of Account, the Respondent shall credit the Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 in behalf of the TAXPAYER: RICHARD K. ARMSTRONG, TaxPayer identification # 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 and SHARON L. ARMSTRONG, TaxPayer identification # 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, with the TENDER and discharge any and all public and private claims, levies, liens or holdings of the Taxpayer-Debtors RICHARD K. ARMSTRONG and SHARON L. ARMSTRONG, resulting from any debt owed on Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 in Form 1040 issued by Department of the Treasury – Internal Revenue Service and all variations and derivatives thereof. Respondent shall rescind on any debt owed on Tax Periods ending in 2005, 2006, 2007, 2008, 2009, 2010 and 2011 and or collateral being held in regards to this matter in the ACCOUNT by executing or causing to be executed a Notice of Rescission regarding Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 in behalf of RICHARD K. ARMSTRONG and SHARON L. ARMSTRONG and all variations and derivatives thereof and any other collateral of or relating to the Claimants for the Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011, and file said Notice of Discharge and dismissal of this Account in the Department of the Treasury, Internal Revenue Service. Respondent shall also execute all procedures for the discharge of all liens and levies or detainers in the debt owed on Tax Periods ending in 2005, 2006, 2007, 2008, 2009, 2010 and 2011 to the Taxpayer-Debtors RICHARD K. ARMSTRONG and SHARON L. ARMSTRONG to hold the Taxpayer-Debtors RICHARD K. ARMSTRONG and SHARON L. ARMSTRONG non liable for public performance.

Respondent's failure to execute or cause to be executed the Notice of Discharge of the Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011, within Fourteen (14) days of the mailing of the Request Regarding a Statement of Account shall constitute the granting and conveying of a Specific Power of Attorney by the Respondent to the Claimants for the Claimants to execute any and all said instruments effectuate same on behalf of the Respondent. In addition, the Respondent shall also grant and convey a Specific Power of Attorney to the Claimants to execute any and all instruments, communications, or correspondences the Claimants deem necessary for the perfection of the Claimant's paramount security interest in the Taxpayer-Debtors RICHARD K. ARMSTRONG and SHARON L. ARMSTRONG.

Respondent shall give notice to the Claimants of the filing of the Discharge of Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011, and all variations and derivatives thereof, by mailing certified copies of said instruments to the Claimants through the Notary listed below. Respondent's failure to give notice to the Claimants within Fourteen (14) days of the mailing shall be deemed a failure to perform and shall cause the Claimants to have executed a Certificate of Non-Response/Non-Performance by the Notary listed below. Said Certificate of Non-Response/Non-Performance shall serve as evidence of the Respondent's acceptance and/or approval of the granting and conveying of the Specific Power-of-Attorney-in-Fact mentioned above.

Case #: PR-2012-0413-A

Any and all responses, notices, or correspondence regarding this NOTICE OF TENDER FOR SETOFF and REQUEST REGARDING A STATEMENT OF ACCOUNT shall be directed to the Claimants, by U.S.P.S. Certified or Registered Mail, at the following address:

> Richard Kellogg Armstrong
> Sharon Louise Armstrong
> c/o Benton Hall, Notary
> 3546 East Presidio Circle
> Mesa, Arizona [85213]
> Non-Domestic without the United States
> Phone: (480) 319-1552
> Email: benton.private@gmail.com

Service in any other manner will be deemed defective on its face.

**SEALS:** The seals on the documents represent that the parties intend the agreement to entail legal consequences.

Executed in Denver County, Colorado Republic, this Thirteenth day of the Fourth month in the year of our Lord Two-Thousand and Twelve.

In Witness Whereof, We have hereunto set our hands and seals.

_____
Richard Kellogg Armstrong, Authorized Representative
For the Accommodation Party & Secured Party Creditor
ALL RIGHTS RESERVED

_____
Sharon Louise Armstron, Authorized Representative
For the Accommodation Party & Secured Party Creditor
ALL RIGHTS RESERVED

Enclosure(s):

1. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf);

2. **NOTARY'S CERTIFICATE OF SERVICE** dated April 13, 2012 (signed original on file) (2 leaves);

**EXHIBIT A:**

3. **EXHIBIT A** cover page (1 leaf);

4. NOTICE: **NOTICE TO SETOFF ACCOUNTS** dated April 12, 2012 (2 leaves);

5. **COUPONS** in the amounts of TWO MILLION ONE HUNDRED THOUSAND AND 00/100 DOLLARS, NINE HUNDRED SIXTY THOUSAND AND 00/100 DOLLARS, ONE MILLION EIGHT HUNDRED

Case #: PR-2012-0413-A

SEVENTY-FIVE THOUSAND AND 00/100 DOLLARS, FIVE HUNDRED SIXTY-ONE THOUSAND AND 00/100 DOLLARS, SIXTY THOUSAND AND 00/100 DOLLARS, SIXTY THOUSAND AND 00/100 DOLLARS and SIXTY THOUSAND AND 00/100 DOLLARS. (7 leaves);

6. **U.S. INDIVIDUAL INCOME TAX RETURNS** for the tax periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011, Forms 1040, with bankers endorsement on front and reverse page of first leaf (14 leaves);

7. **I.R.S. FORM 1040-V PAYMENT VOUCHERS**, with banker's acceptance indorsement on reverse page of leaf, for RICHARD K. ARMSTRONG Account # ***-**-7153 and SHARON L. ARMSTRONG Account # ***-**-3486 dated April 13, 2012 (7 leaves);

8. **PRIVATE REGISTERED SETOFF BOND NO.** 20120413RA dated April 13, 2012 (1 leaf);

9. **PRIVATE REGISTERED SETOFF BOND NO.** 20120413SA dated April 13, 2012 (1 leaf);

10. **UCC-1 FINANCING STATEMENT**, Document No. 32752070002, Filing No. 12-7308775626, dated April 13, 2012 (3 leaves);

11. **UCC-3 FINANCING ASSIGNMENT**, Document No. 32752070003, Filing No. 12-73087773, dated April 13, 2012 (3 leaves);

12. **UCC-1 FINANCING STATEMENT**, Document No. 32756220002, Filing No. 12-7308829292, dated April 13, 2012 (3 leaves);

13. **UCC-3 FINANCING ASSIGNMENT**, Document No. 32756420002, Filing No. 12-73088360, dated April 13, 2012 (3 leaves); and

14. **NOTARY'S CERTIFICATE OF SERVICE** dated April 13, 2012 (signed original on file) (1 leaf).

NOTICE:  THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS.  IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

cc:

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

**Kenneth Mark Harmon**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202

**Kevin F. Sweeney**
c/o U.S. Department of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530

Case #: PR-2012-0413-A

Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

**CLERK OF COURT (Criminal Case No. 1:10-cr-00317-REB)**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

**All service  eed by: USPS "Certificate of Mailing" (PS Form 3817)**

Case #: PR-2012-0413-A

CERTIFIED COPY
I hereby certify the foregoing document to
which this seal has been affixed consisting
of ___01___ pages(s) to be a complete,
true and correct copy of the original on
file and of record in the office of Benton Hall.

By: _____
Date: _____

(THIS STAMP MUST BE RED)

**To:    Pamela LaRue, Chief Financial Officer**
c/o Internal Revenue Service
1111 Constitution Avenue NW
Washington, D.C. 20244-0002
**Service by: USPS "Certificate of Mailing" (PS Form 3817)**

**From:**  Richard Kellogg Armstrong and Sharon Louise Armstrong, Authorized Representative
For the Accommodation Party & Secured Party Creditors

**Re:**  **REQUEST REGARDING A STATEMENT OF ACCOUNT** for Tax Periods ending 2005, 2006,
2007, 2008, 2009, 2010 and 2011, in behalf of the TAXPAYER: RICHARD K. ARMSTRONG,
TaxPayer identification # 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 and SHARON L. ARMSTRONG, TaxPayer
identification # 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.

---

**REQUEST REGARDING A STATEMENT OF ACCOUNT**
**Pursuant to the Uniform Commercial Code §9-210 and its implementation in the state of
Arizona, this is a record authenticated by the debtors requesting that the Respondent
approve or correct a statement indicating what the debtors believes to be the aggregate
amount of unpaid obligations secured by collateral as of a specified date and reasonably
identifying the transaction or relationship that is the subject of the request. Respondent
has fourteen (14) days to comply with this request and provide an authenticated record.**

### STATEMENT OF ACCOUNT

Date:        **April 13, 2012**

Creditor:    **Department of the Treasury – Internal Revenue Service**

Debtors:     **RICHARD K. ARMSTRONG, TaxPayer identification # 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
             SHARON L. ARMSTRONG, TaxPayer identification # 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**

Matter:      **Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011.**

Collateral:  **RICHARD K. ARMSTRONG, TaxPayer identification # 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
             SHARON L. ARMSTRONG, TaxPayer identification # 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**

Balance Due:  **$0.00**

We declare under penalty of perjury that the information above is true and correct.

-RICHARD K. ARMSTRONG,                          -SHARON L. ARMSTRONG,

By: _Richard K Armstrong_                        By: _Sharon L Armstrong_
Richard Kellogg Armstrong, Authorized Representative   Sharon Louise Armstrong, Authorized Representative
For the Accommodation Party & Secured Party Creditor   For the Accommodation Party & Secured Party Creditor
ALL RIGHTS RESERVED                              ALL RIGHTS RESERVED

REQUEST REGARDING A STATEMENT OF ACCOUNT                          Page 1 of 1

# EXHIBIT A
# <u>RECORD OF PRESENTMENT</u>

1. **NOTICE: NOTICE TO SETOFF ACCOUNTS** dated April 12, 2012 (2 leaves);

2. **COUPONS** in the amounts of TWO MILLION ONE HUNDRED THOUSAND AND 00/100 DOLLARS, NINE HUNDRED SIXTY THOUSAND AND 00/100 DOLLARS, ONE MILLION EIGHT HUNDRED SEVENTY-FIVE THOUSAND AND 00/100 DOLLARS, FIVE HUNDRED SIXTY-ONE THOUSAND AND 00/100 DOLLARS, SIXTY THOUSAND AND 00/100 DOLLARS, SIXTY THOUSAND AND 00/100 DOLLARS and SIXTY THOUSAND AND 00/100 DOLLARS, (7 leaves);

3. **U.S. INDIVIDUAL INCOME TAX RETURNS** for the tax periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011, Forms 1040, with bankers endorsement on front and reverse page of first leaf (14 leaves);

4. **I.R.S. FORM 1040-V PAYMENT VOUCHERS**, with banker's acceptance indorsement on reverse page of leaf, for RICHARD L. ARMSTRONG Account # ***-**-7153 and SHARON L. ARMSTRONG Account # ***-**-3486 dated April 13, 2012 (7 leaves);

5. **PRIVATE REGISTERED SETOFF BOND NO.** 20120413RA dated April 13, 2012 (1 leaf);

6. **PRIVATE REGISTERED SETOFF BOND NO.** 20120413SA dated April 13, 2012 (1 leaf);

7. **UCC-1 FINANCING STATEMENT**, Document No. 32752070002, Filing No. 12-7308775626, dated April 13, 2012 (3 leaves);

8. **UCC-3 FINANCING ASSIGNMENT**, Document No. 32752070003, Filing No. 12-73087773, dated April 13, 2012 (3 leaves);

9. **UCC-1 FINANCING STATEMENT**, Document No. 32756220002, Filing No. 12-7308829292, dated April 13, 2012 (3 leaves);

10. **UCC-3 FINANCING ASSIGNMENT**, Document No. 32756420002, Filing No. 12-73088360, dated April 13, 2012 (3 leaves), and;

11. **NOTARY'S CERTIFICATE OF SERVICE** dated April 12, 2012 (signed original on file) (1 leaf).

Case #PR-2012-0413-A

Accommodation Party:
    Richard Kellogg Armstrong
    Sharon Louise Armstrong
    c/o Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona [85213]
    Non-Domestic without the U.S.

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE TO SETOFF ACCOUNTS

Date of Notice:      13 April 2012

Notice for:      INTERNAL REVENUE SERVICE
                 Stop 4440
                 P.O. Box 9036
                 Ogden, Utah 84201

Service by:      Registered Mail Article No. RE 261 087 690 US

In the matter of:      Enclosed tender for setoff of tax periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011
                       (Forms 1040) in behalf of RICHARD K. ARMSTRONG SSN: 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 and SHARON L.
                       ARMSTRONG SSN: 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.

Please find enclosed the following instruments:

1. **ORIGINAL:** COUPONS in the amount of TWO MILLION ONE HUNDRED THOUSAND AND 00/100 DOLLARS, NINE HUNDRED
   SIXTY THOUSAND AND 00/100 DOLLARS, ONE MILLION EIGHT HUNDRED SEVENTY-FIVE THOUSAND AND 00/100
   DOLLARS, FIVE HUNDRED SIXTY-ONE THOUSAND AND 00/100 DOLLARS, SIXTY THOUSAND AND 00/100 DOLLARS, SIXTY
   THOUSAND AND 00/100 DOLLARS and SIXTY THOUSAND AND 00/100 DOLLARS (7 leaves);

2. **ORIGINAL:** "U.S. Individual Income Tax Returns for the Tax periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011
   Forms 1040 duly indorsed as follows:
   a. "ACCEPT FOR VALUE"
   b. "RETURN FOR VALUE"
   c. "EXEMPT FROM LEVY"
   d. "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
   e. "ADJUST THE BALANCE TO ZERO"
   f. "PRIVATE PREPAID TREASURY EXEMPTION # 568407153"
   g. "CHARGE THE SAME TO: RICHARD K. ARMSTRONG 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"
   h. "PRIVATE PREPAID TREASURY EXEMPTION # 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"
   i. "CHARGE THE SAME TO: SHARON L. ARMSTRONG 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"
   j. "(signature) (date) (seal)";

3. **ORIGINAL:** I.R.S. Form 1040-V Payment Voucher, duly indorsed as follows:
   a. "ACCEPT FOR VALUE – RETURN FOR VALUE"
   b. "EXEMPT FROM LEVY – PREPAID COMMON STOCK"
   c. "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
   d. "ADJUST THE BALANCE TO ZERO"

Case #PR-2012-0413-A

      e.   "PRIVATE PREPAID TREASURY EXEMPTION # 568407153"
      f.   "CHARGE THE SAME TO: RICHARD K. ARMSTRONG 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"
      g.   "PRIVATE PREPAID TREASURY EXEMPTION # 563543486"
      h.   "CHARGE THE SAME TO: SHARON L. ARMSTRONG 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"
      i.   "(signature) (date) (seal)";

4.  **ORIGINAL:** PRIVATE REGISTERED SETOFF BOND NO. 20120413RA (1 leaf);

5.  **ORIGINAL:** PRIVATE REGISTERED SETOFF BOND NO. 20120213SA (1 leaf);

6.  **COPY:** UCC-1 Financing Statement, Document No. 32752070002, Filing No. 12-7308775626, dated April 13, 2012 (3 leaves);

7.  **COPY:** UCC-3 Financing Assignment, Document No. 32752070003, Filing No. 12-73087773, dated April 13, 2012 (3 leaves); and

8.  **COPY:** UCC-1 Financing Statement, Document No. 32756220002, Filing No. 12-7308829292, dated April 13, 2012 (3 leaves);

9.  **COPY:** UCC-3 Financing Assignment, Document No. 32756420002, Filing No. 12-73088360, dated April 13, 2012 (3 leaves); and

10. **REFERENCE COPY: Notary's Certificate of Service** (signed original on file) (1 leaf).

These instruments are being tendered by Richard Kellogg Armstrong and Sharon Louise Armstrong, hereinafter "Accommodation Party", for the setoff of tax periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 in behalf of RICHARD K. ARMSTRONG and SHARON L. ARMSTRONG, and are to be used to affect debit and credit accounting transactions for the settlement and closure of said account. If any of the enclosed instruments contain any defects or are incorrect, incomplete, or inaccurate, please return the same to the Accommodation Party via the Notary at the address shown above within 10 days from the date of receipt.

Please exercise ordinary care, as the party entitled to enforce these instruments, to ensure that all debit or credit transactions ledgered to account #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 for RICHARD K. ARMSTRONG and account #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 for SHARON L. ARMSTRONG are done so in the best interest of the United States Treasury.

Sincerely,

By: _Richard K Armstrong_
Richard Kellogg Armstrong, Accommodation Party

By: _Sharon L Armstrong_
Sharon Louise Armstrong, Accommodation Party

# COUPON



---cut here---

## COUPON

#PR-20120412-A

13 April 2012

Pay to the
Order of: **United States Treasury**

$2,100,000.00

**Two Million One Hundred Thousand and 00/100 Dollars**

Tendered as full satisfaction of the claim for Account # 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,
and Account # 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 for tax period ending 2005, form 1040
**Memo**

Richard K Armstrong
Richard Kellogg Armstrong
Authorized Representative

Sharon L Armstrong
Sharon Louise Armstrong
Authorized Representative

# COUPON



- - - - - - - - - - - - - - - - - - - - - - - cut here - - - - - - - - - - - - - - - - - - - - - - -

## COUPON

#PR-20120412-A-1

13 April 2012

Pay to the
Order of: **United States Treasury**

$960,000.00

Nine Hundred Sixty Thousand and 00/100 Dollars

Tendered as full satisfaction of the claim for Account # 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,
and Account # 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 for tax period ending 2006, form 1040
**Memo**

*Richard K Armstrong*
Richard Kellogg Armstrong
Authorized Representative

*Sharon L Armstrong*
Sharon Louise Armstrong
Authorized Representative

# COUPON



-------- cut here --------

## COUPON

#PR-20120412-A-2

13 April 2012

Pay to the
Order of: **United States Treasury**

$1,875,000.00

One Million Eight Hundred Seventy-Five Thousand and 00/100 Dollars

Tendered as full satisfaction of the claim for Account # 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,
and Account # 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 for tax period ending 2007, form 1040
**Memo**

*Richard K [signature]*
Richard Kellogg Armstrong
Authorized Representative

*Sharon L Armstrong [signature]*
Sharon Louise Armstrong
Authorized Representative

# COUPON



-- cut here --

## COUPON

#PR-20120412-A-3

13 April 2012

$561,000.00

Pay to the
Order of: **United States Treasury**

**Five Hundred Sixty-One Thousand and 00/100 Dollars**

Tendered as full satisfaction of the claim for Account # 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,
and Account # 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 for tax period ending 2008, form 1040
**Memo**

Richard K Armstrong
Richard Kellogg Armstrong
Authorized Representative

Sharon L Armstrong
Sharon Louise Armstrong
Authorized Representative

# COUPON



- - - - - - - - - - - - - - - - - - - - - cut here - - - - - - - - - - - - - - - - - - - - -

# COUPON

#PR-20120412-A-4

13 April 2012

Pay to the
Order of: **United States Treasury**

$60,000.00

Sixty Thousand and 00/100 Dollars

Tendered as full satisfaction of the claim for Account # 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,
and Account # 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 for tax period ending 2009, form 1040
**Memo**

*Richard K Lamb*
Richard Kellogg Armstrong
Authorized Representative

*Sharon L Armstrong*
Sharon Louise Armstrong
Authorized Representative

# COUPON

Form **1040** U.S. Individual Income Tax Return **2010**

*[IRS Form 1040 image, faint]*

------------------------------- cut here -------------------------------

## COUPON

#PR-20120413A-5

13 April 2012

**Pay to the
Order of:** United States Treasury

$60,000.00

Sixty Thousand and 00/100 Dollars

Tendered as full satisfaction of the claim for Account # 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,
and Account # 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 for tax period ending 2010, form 1040
**Memo**

Richard K Armstrong
**Richard Kellogg Armstrong**
**Authorized Representative**

Sharon L Armstrong
**Sharon Louise Armstrong**
**Authorized Representative**

# COUPON



------------------------------ cut here ------------------------------

## COUPON

#PR-20120412-A-6

13 April 2012

Pay to the

Order of: **United States Treasury**

$60,000.00

**Sixty Thousand and 00/100 Dollars**

Tendered as full satisfaction of the claim for Account # 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,
and Account # 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 for tax period ending 2011, form 1040
  **Memo**

Richard K. Armstrong
Richard Kellogg Armstrong
Authorized Representative

Sharon L. Armstrong
Sharon Louise Armstrong
Authorized Representative

Form **1040**    Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**    **2005**    (99)    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2005, or other tax year beginning _____, 2005, ending _____, 20____    OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: RICHARD KAY    Last name: ARMSTRONG    Your social security number: 568 40 7153

If a joint return, spouse's first name and initial: SHARON L    Last name: ARMSTRONG    Spouse's social security number: 563 54 3486

Home address (number and street). If you have a P.O. box, see page 16.    1963 N. MCCULLOUGH BLVD #391    Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.    LAKE HAVASU CITY, ARIZONA 86403

► You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ► ☐ You ☐ Spouse

**Filing Status** Check only one box.
1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**
6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse
Boxes checked on 6a and 6b
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers on lines above ►

c Dependents:
(1) First name / Last name
(2) Dependent's social security number
(3) Dependent's relationship to you
(4) ✓ if qualifying child for child tax credit (see page 19)

If more than four dependents, see page 19.

d Total number of exemptions claimed

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

7 Wages, salaries, tips, etc. Attach Form(s) W-2    **7**    700000 00
8a Taxable interest. Attach Schedule B if required    **8a**
b Tax-exempt interest. Do not include on line 8a    **8b**
9a Ordinary dividends. Attach Schedule B if required    **9a**
b Qualified dividends (see page 23)    **9b**
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 23)    **10**
11 Alimony received    **11**
12 Business income or (loss). Attach Schedule C or C-EZ    **12**
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐    **13**
14 Other gains or (losses). Attach Form 4797    **14**

If you did not get a W-2, see page 22.

15a IRA distributions    **15a**    b Taxable amount (see page 25)    **15b**
16a Pensions and annuities    **16a**    b Taxable amount (see page 25)    **16b**

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E    **17**
18 Farm income or (loss). Attach Schedule F    **18**
19 Unemployment compensation    **19**
20a Social security benefits    **20a**    b Taxable amount (see page 27)    **20b**
21 Other income. List type and amount (see page 29)    **21**
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ►    **22**

**Adjusted Gross Income**
23 Educator expenses (see page 29)    **23**
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ    **24**
25 Health savings account deduction. Attach Form 8889    **25**
26 Moving expenses. Attach Form 3903    **26**
27 One-half of self-employment tax. Attach Schedule SE    **27**
28 Self-employed SEP, SIMPLE, and qualified plans    **28**
29 Self-employed health insurance deduction (see page 30)    **29**
30 Penalty on early withdrawal of savings    **30**
31a Alimony paid   b Recipient's SSN ►    **31a**
32 IRA deduction (see page 31)    **32**
33 Student loan interest deduction (see page 33)    **33**
34 Tuition and fees deduction (see page 34)    **34**
35 Domestic production activities deduction. Attach Form 8903    **35**
36 Add lines 23 through 31a and 32 through 35    **36**
37 Subtract line 36 from line 22. This is your adjusted gross income ►    **37**    700000 00

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.    Cat. No. 11320B    Form **1040** (2005)

Form 1040 (2005)                                                                                                   Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 700000 00 |
| | 39a | Check if: ☐ You were born before January 2, 1941, ☐ Blind. ☐ Spouse was born before January 2, 1941, ☐ Blind. } Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ▶ 39b ☐ | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 36. | 40 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | 40 | |
| | 41 | Subtract line 40 from line 38 | 41 | |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 42 | |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | |
| • All others: | 44 | Tax (see page 37). Check if any tax is from: a ☐ Form(s) 8814   b ☐ Form 4972 | 44 | 2100000 00 |
| Single or Married filing separately, $5,000 | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | |
| Married filing jointly or Qualifying widow(er), $10,000 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| Head of household, $7,300 | 50 | Education credits. Attach Form 8863 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit (see page 41). Attach Form 8901 if required | 52 | |
| | 53 | Adoption credit. Attach Form 8839 | 53 | |
| | 54 | Credits from: a ☐ Form 8396   b ☐ Form 8859 | 54 | |
| | 55 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801   c ☐ Form | 55 | |
| | 56 | Add lines 47 through 55. These are your **total credits** | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 | 2100000 00 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| | 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your **total payments** ▶ | 71 | 2100000 00 |
| **Refund** | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you **overpaid** | 72 | |
| Direct deposit? See page 59 and fill in 73b, 73c, and 73d. | 73a | Amount of line 72 you want **refunded to you** ▶ | 73a | |
| | b | Routing number [          ]  ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number [          ] | | |
| | 74 | Amount of line 72 you want applied to your 2006 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 63. For details on how to pay, see page 60 ▶ | 75 | 0 |
| | 76 | Estimated tax penalty (see page 60) 76 | | |

**Third Party Designee**   Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ **Yes.** Complete the following. ☐ **No**

| Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) ▶ |
|---|---|---|

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| *Richard K Armstrong* | 4-13-2012 | | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| *Sharon S Armstrong* | 4-13-2012 | | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. ( ) | |

Form **1040** (2005)

**Form 1040**   Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2006**   (99)   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning _____, 2006, ending _____, 20____   OMB No. 1545-0074

**Label**
(See instructions on page 16.)
Use the IRS label.
Otherwise, please print or type.

Your first name and initial: RICHARD   Last name: ARMSTRONG
Your social security number: 568 40 7153

If a joint return, spouse's first name and initial: SHARON L.   Last name: ARMSTRONG
Spouse's social security number: 563 54 3486

Home address (number and street). If you have a P.O. box, see page 16.: 1575 N MCCULLOCH BLVD #391   Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.: LAKE HAVASU CITY ARIZONA 86403

You must enter your SSN(s) above.

Checking a box below will not change your tax or refund.
Presidential Election Campaign ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ► ☐ You ☐ Spouse

**Filing Status**
Check only one box.
1 ☐ Single
2 ☑ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**
6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse
c Dependents:
(1) First name  Last name
(2) Dependent's social security number
(3) Dependent's relationship to you
(4) ✓ if qualifying child for child tax credit (see page 19)

If more than four dependents, see page 19.

d Total number of exemptions claimed

Boxes checked on 6a and 6b
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers on lines above

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 320000 00
8a Taxable interest. Attach Schedule B if required | 8a |
b Tax-exempt interest. Do not include on line 8a | 8b |
9a Ordinary dividends. Attach Schedule B if required | 9a |
b Qualified dividends (see page 23) | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 |
11 Alimony received | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ | 12 |
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 |
14 Other gains or (losses). Attach Form 4797 | 14 |
15a IRA distributions | 15a | b Taxable amount (see page 25) | 15b |
16a Pensions and annuities | 16a | b Taxable amount (see page 26) | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
18 Farm income or (loss). Attach Schedule F | 18 |
19 Unemployment compensation | 19 |
20a Social security benefits | 20a | b Taxable amount (see page 27) | 20b |
21 Other income. List type and amount (see page 29) | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 |

**Adjusted Gross Income**
23 Archer MSA deduction. Attach Form 8853 | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |
25 Health savings account deduction. Attach Form 8889 | 25 |
26 Moving expenses. Attach Form 3903 | 26 |
27 One-half of self-employment tax. Attach Schedule SE | 27 |
28 Self-employed SEP, SIMPLE, and qualified plans | 28 |
29 Self-employed health insurance deduction (see page 29) | 29 |
30 Penalty on early withdrawal of savings | 30 |
31a Alimony paid   b Recipient's SSN ► | 31a |
32 IRA deduction (see page 31) | 32 |
33 Student loan interest deduction (see page 33) | 33 |
34 Jury duty pay you gave to your employer | 34 |
35 Domestic production activities deduction. Attach Form 8903 | 35 |
36 Add lines 23 through 31a and 32 through 35 | 36 |
37 Subtract line 36 from line 22. This is your adjusted gross income ► | 37 | 320000 00

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.   Cat. No. 11320B   Form **1040** (2006)

Form 1040 (2006)  Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 320000 00 |
| | 39a | Check { ☐ **You** were born before January 2, 1942, ☐ Blind. **Total boxes** if: ☐ **Spouse** was born before January 2, 1942, ☐ Blind. **checked** 39a ☐ | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here 39b ☐ | | |
| | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | 40 | |
| **People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34.** | 41 | Subtract line 40 from line 38 | 41 | |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | 42 | |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | |
| **All others:** | 44 | **Tax** (see page 36). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 960000 00 |
| **Single or Married filing separately, $5,150** | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 | 46 | |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| **Married filing jointly or Qualifying widow(er), $10,300** | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| | 50 | Education credits. Attach Form 8863 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| **Head of household, $7,550** | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 | |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 | 54 | |
| | 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | |
| | 56 | Add lines 47 through 55. These are your **total credits** | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | 57 | |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** | 63 | 960000 00 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| | 65 | 2006 estimated tax payments and amount applied from 2005 return | 65 | |
| **If you have a qualifying child, attach Schedule EIC.** | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election | 66b | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see page 60) | 69 | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** | 72 | 960000 00 |
| **Refund** Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888. | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 74a | |
| | b | Routing number _____ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number _____ | | |
| | 75 | Amount of line 73 you want applied to your 2007 estimated tax | 75 | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 62 | 76 | |
| | 77 | Estimated tax penalty (see page 62) | 77 | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 63)? ☐ **Yes.** Complete the following. ☐ **No** |
|---|---|
| | Designee's name _____  Phone no. ( )  Personal identification number (PIN) _____ |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17.
Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| *Richard L Armstrong* | 09-13-2011 | | ( ) |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| *Sharon L Armstrong* | 09-13-2011 | | |

**Paid Preparer's Use Only**

| Preparer's signature | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | | | EIN | |
| | | | Phone no. ( ) | |

Form **1040** (2006)

Form **1040**   Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2007**   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning _____, 2007, ending _____, 20 ___   OMB No. 1545-0074

**Label**
(See instructions on page 12.)
Use the IRS label.
Otherwise, please print or type.

Your first name and initial: RICHARD K.   Last name: ARMSTRONG   Your social security number: 568 40 7153

If a joint return, spouse's first name and initial: SHARON L.   Last name: ARMSTRONG   Spouse's social security number: 563 54 3486

Home address (number and street). If you have a P.O. box, see page 12.   1320 N. McCULLOCH BLVD. #391   Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.   LAKE HAVASU CITY, ARIZONA 86403

▲ You must enter your SSN(s) above. ▲

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ► ☐ You ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4 ☐ Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see page 14)

**Exemptions**

6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse

Boxes checked on 6a and 6b ____
No. of children on 6c who:

c Dependents:
(1) First name   Last name
(2) Dependent's social security number
(3) Dependent's relationship to you
(4) ☐ Qualifying child for child tax credit (see page 15)

• lived with you ____
• did not live with you due to divorce or separation (see page 16) ____
Dependents on 6c not entered above ____

If more than four dependents, see page 15.

d Total number of exemptions claimed.

Add numbers on lines above ► ____

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ... 7 | 625000 | 00
8a Taxable interest. Attach Schedule B if required ... 8a
b Tax-exempt interest. Do not include on line 8a ... 8b
9a Ordinary dividends. Attach Schedule B if required ... 9a
b Qualified dividends (see page 19) ... 9b
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 20) ... 10
11 Alimony received ... 11
12 Business income or (loss). Attach Schedule C or C-EZ ... 12
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ ... 13
14 Other gains or (losses). Attach Form 4797 ... 14
15a IRA distributions 15a ___ b Taxable amount (see page 21) 15b
16a Pensions and annuities 16a ___ b Taxable amount (see page 21) 16b
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... 17
18 Farm income or (loss). Attach Schedule F ... 18
19 Unemployment compensation ... 19
20a Social security benefits 20a ___ b Taxable amount (see page 24) 20b
21 Other income. List type and amount (see page 24) ... 21
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ► 22

**Adjusted Gross Income**

23 Educator expenses (see page 26) ... 23
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ... 24
25 Health savings account deduction. Attach Form 8889 ... 25
26 Moving expenses. Attach Form 3903 ... 26
27 One-half of self-employment tax. Attach Schedule SE ... 27
28 Self-employed SEP, SIMPLE, and qualified plans ... 28
29 Self-employed health insurance deduction (see page 26) ... 29
30 Penalty on early withdrawal of savings ... 30
31a Alimony paid b Recipient's SSN ► ___ 31a
32 IRA deduction (see page 27) ... 32
33 Student loan interest deduction (see page 30) ... 33
34 Tuition and fees deduction. Attach Form 8917 ... 34
35 Domestic production activities deduction. Attach Form 8903 ... 35
36 Add lines 23 through 31a and 32 through 35 ... 36
37 Subtract line 36 from line 22. This is your **adjusted gross income** ► 37 | 625000 | 00

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.   Cat. No. 11320B   Form **1040** (2007)

Form 1040 (2007)                                                                                  Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 625000 00 |

**Tax and Credits**

- 38 Amount from line 37 (adjusted gross income) — **38** 625000 00
- 39a Check if: ☐ You were born before January 2, 1943, ☐ Blind. ☐ Spouse was born before January 2, 1943, ☐ Blind. Total boxes checked ► 39a
- b If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ►39b ☐

**Standard Deduction for—**
- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 31.
- All others:
- Single or Married filing separately, $5,350
- Married filing jointly or Qualifying widow(er), $10,700
- Head of household, $7,850

- 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) — **40**
- 41 Subtract line 40 from line 38 — **41**
- 42 If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 — **42**
- 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- — **43**
- 44 Tax (see page 33). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ Form(s) 8889 — **44** 1875000 00
- 45 Alternative minimum tax (see page 36). Attach Form 6251 — **45**
- 46 Add lines 44 and 45 ► **46**
- 47 Credit for child and dependent care expenses. Attach Form 2441 — 47
- 48 Credit for the elderly or the disabled. Attach Schedule R — 48
- 49 Education credits. Attach Form 8863 — 49
- 50 Residential energy credits. Attach Form 5695 — 50
- 51 Foreign tax credit. Attach Form 1116 if required — 51
- 52 Child tax credit (see page 39). Attach Form 8901 if required — 52
- 53 Retirement savings contributions credit. Attach Form 8880 — 53
- 54 Credits from: a ☐ Form 8396 b ☐ Form 8859 c ☐ Form 8839 — 54
- 55 Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form — 55
- 56 Add lines 47 through 55. These are your total credits — **56**
- 57 Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- — **57**

**Other Taxes**
- 58 Self-employment tax. Attach Schedule SE — **58**
- 59 Unreported social security and Medicare tax from: a ☐ Form 4137 b ☐ Form 8919 — **59**
- 60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required — **60**
- 61 Advance earned income credit payments from Form(s) W-2, box 9 — **61**
- 62 Household employment taxes. Attach Schedule H — **62**
- 63 Add lines 57 through 62. This is your total tax ► **63** 1875000 00

**Payments**
If you have a qualifying child, attach Schedule EIC.
- 64 Federal income tax withheld from Forms W-2 and 1099 — 64
- 65 2007 estimated tax payments and amount applied from 2006 return — 65
- 66a Earned income credit (EIC) — 66a
- b Nontaxable combat pay election ► 66b
- 67 Excess social security and tier 1 RRTA tax withheld (see page 59) — 67
- 68 Additional child tax credit. Attach Form 8812 — 68
- 69 Amount paid with request for extension to file (see page 59) — 69
- 70 Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 — 70
- 71 Refundable credit for prior year minimum tax from Form 8801, line 27 — 71
- 72 Add lines 64, 65, 66a, and 67 through 71. These are your total payments ► **72** 1875000 00

**Refund**
Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888.
- 73 If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid — **73**
- 74a Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ► ☐ — **74a**
- b Routing number ► c Type: ☐ Checking ☐ Savings
- d Account number
- 75 Amount of line 73 you want applied to your 2008 estimated tax ► 75

**Amount You Owe**
- 76 Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 60 ► **76**
- 77 Estimated tax penalty (see page 61) — 77

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ Yes. Complete the following. ☐ No
Designee's name ► Phone no. ► ( ) Personal identification number (PIN) ►

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
Joint return? See page 13. Keep a copy for your records.
Your signature *Richard L Armstrong* Date 08-13-2012 Your occupation Daytime phone number ( )
Spouse's signature. If a joint return, both must sign. *Shara L Armstrong* Date 04-13-2012 Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature ► Date Check if self-employed ☐ Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ► EIN Phone no. ( )

Form **1040** (2007)

Form **1040**   Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2008**   (99)   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2008, or other tax year beginning , 2008, ending , 20   OMB No. 1545-0074

**Label**
(See instructions on page 14.)
Use the IRS label. Otherwise, please print or type.

Your first name and initial: RICHARD E   Last name: ARMSTRONG   Your social security number: 568 40 7153

If a joint return, spouse's first name and initial: SHARON L   Last name: ARMSTRONG   Spouse's social security number: 563 54 3486

Home address (number and street). If you have a P.O. box, see page 14.   Apt. no.: 1928 N MC CULLOCH BLVD #391

City, town or post office, state, and ZIP code. If you have a foreign address, see page 14.: LAKE HAVASU CITY, ARIZONA 86403

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 16)

**Exemptions**

6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a.
b ☐ Spouse

Boxes checked on 6a and 6b: [ ]
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above

c Dependents:
(1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 17)

d Total number of exemptions claimed

Add numbers on lines above ▶ [ ]

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 | **7** | 187000 00
8a Taxable interest. Attach Schedule B if required | 8a |
b Tax-exempt interest. Do not include on line 8a | 8b |
9a Ordinary dividends. Attach Schedule B if required | 9a |
b Qualified dividends (see page 21) | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 |
11 Alimony received | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ | 12 |
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |

If you did not get a W-2, see page 21.

14 Other gains or (losses). Attach Form 4797 | 14 |
15a IRA distributions | 15a | b Taxable amount (see page 23) | 15b |
16a Pensions and annuities | 16a | b Taxable amount (see page 24) | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

18 Farm income or (loss). Attach Schedule F | 18 |
19 Unemployment compensation | 19 |
20a Social security benefits | 20a | b Taxable amount (see page 26) | 20b |
21 Other income. List type and amount (see page 28) | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 |

**Adjusted Gross Income**

23 Educator expenses (see page 28) | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |
25 Health savings account deduction. Attach Form 8889 | 25 |
26 Moving expenses. Attach Form 3903 | 26 |
27 One-half of self-employment tax. Attach Schedule SE | 27 |
28 Self-employed SEP, SIMPLE, and qualified plans | 28 |
29 Self-employed health insurance deduction (see page 29) | 29 |
30 Penalty on early withdrawal of savings | 30 |
31a Alimony paid   b Recipient's SSN ▶ | 31a |
32 IRA deduction (see page 30) | 32 |
33 Student loan interest deduction (see page 33) | 33 |
34 Tuition and fees deduction. Attach Form 8917 | 34 |
35 Domestic production activities deduction. Attach Form 8903 | 35 |
36 Add lines 23 through 31a and 32 through 35 | 36 |
37 Subtract line 36 from line 22. This is your adjusted gross income ▶ | **37** | 187000 00

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 88.   Cat. No. 11320B   Form **1040** (2008)

Richard xe Armstrong
Sharon t Armstrong

Richard Kellog Armstrong

Form 1040 (2008)                                                                                                          Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . | 38 | 187000 | 00 |

39a Check if: ☐ You were born before January 2, 1944, ☐ Blind. | Total boxes
☐ Spouse was born before January 2, 1944, ☐ Blind. | checked ▶ 39a

b If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ▶ 39b ☐

**Standard Deduction for—**
- People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see page 34.
- All others:

Single or Married filing separately, $5,450

Married filing jointly or Qualifying widow(er), $10,900

Head of household, $8,000

c Check if standard deduction includes real estate taxes or disaster loss (see page 34) ▶ 39c ☐
40 Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) . | 40 |
41 Subtract line 40 from line 38 . . . . . . . . . . . . | 41 |
42 If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see page 36. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d . | 42 |
43 **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 |
44 **Tax** (see page 36). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 561000 | 00
45 Alternative minimum tax (see page 39). Attach Form 6251 . . . . | 45 |
46 Add lines 44 and 45 . . . . . . . . . . . . . ▶ | 46 |
47 Foreign tax credit. Attach Form 1116 if required . . . | 47 |
48 Credit for child and dependent care expenses. Attach Form 2441 | 48 |
49 Credit for the elderly or the disabled. Attach Schedule R . | 49 |
50 Education credits. Attach Form 8863 . . . . . | 50 |
51 Retirement savings contributions credit. Attach Form 8880 | 51 |
52 Child tax credit (see page 42). Attach Form 8901 if required . | 52 |
53 Credits from Form: a ☐ 8396  b ☐ 8839  c ☐ 5695 | 53 |
54 Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 54 |
55 Add lines 47 through 54. These are your **total credits** . . . . . . | 55 |
56 Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- . . . ▶ | 56 |

**Other Taxes**
57 Self-employment tax. Attach Schedule SE . . . . . . . . | 57 |
58 Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 58 |
59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 |
60 Additional taxes: a ☐ AEIC payments  b ☐ Household employment taxes. Attach Schedule H | 60 |
61 Add lines 56 through 60. This is your **total tax** . . . . . . . . ▶ | 61 | 561000 | 00

**Payments**
62 Federal income tax withheld from Forms W-2 and 1099 . . | 62 |
63 2008 estimated tax payments and amount applied from 2007 return | 63 |

If you have a qualifying child, attach Schedule EIC.

64a **Earned income credit (EIC)** . . . . . . | 64a |
b Nontaxable combat pay election | 64b |
65 Excess social security and tier 1 RRTA tax withheld (see page 61) | 65 |
66 Additional child tax credit. Attach Form 8812 . . . | 66 |
67 Amount paid with request for extension to file (see page 61) | 67 |
68 Credits from Form: a ☐ 2439  b ☐ 4136  c ☐ 8801  d ☐ 8885 | 68 |
69 First-time homebuyer credit. Attach Form 5405 . . . | 69 |
70 Recovery rebate credit (see worksheet on pages 62 and 63) . | 70 |
71 Add lines 62 through 70. These are your **total payments** . . . . . ▶ | 71 | 561000 | 00

**Refund**
Direct deposit?
See page 63 and fill in 73b, 73c, and 73d, or Form 8888.
72 If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you **overpaid** | 72 |
73a Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 73a |
▶ b Routing number ☐☐☐☐☐☐☐☐☐ ▶ c Type: ☐ Checking ☐ Savings
▶ d Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
74 Amount of line 72 you want applied to your 2009 estimated tax ▶ | 74 |

**Amount You Owe**
75 **Amount you owe.** Subtract line 71 from line 61. For details on how to pay, see page 65 ▶ | 75 | 0
76 Estimated tax penalty (see page 65) . . . . . | 76 |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see page 66)? ☐ **Yes. Complete the following.** ☐ **No**
Designee's name ▶                 Phone no. ▶ (          )          Personal identification number (PIN) ▶

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 15.
Keep a copy for your records.

Your signature  *Richard C Armstrong*  Date 04-13-2012   Your occupation                 Daytime phone number ( )

Spouse's signature. If a joint return, **both** must sign.  *Sharon E Armstrong*  Date 04-13-2012   Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature                 Date        Check if self-employed ☐   Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶                 EIN
Phone no. (          )

Form **1040** (2008)

Form **1040**   Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**   **2009**   (99)   IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2009, or other tax year beginning , 2009, ending , 20

**Label**
(See instructions on page 14.)
Use the IRS label.
Otherwise, please print or type.

Your first name and initial: RICHARD   Last name: ARMSTRONG
Your social security number: 568407153

If a joint return, spouse's first name and initial: SHARON L   Last name: ARMSTRONG
Spouse's social security number: 563543486

Home address (number and street). If you have a P.O. box, see page 14.   Apt. no.
2442 NSEC CHADOC BLVD #42

City, town or post office, state, and ZIP code. If you have a foreign address, see page 14.
LAKE HAVASU CITY, ARIZONA 86403

▲ You **must** enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign**   Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.
1 ☐ Single
2 ☑ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 16)

**Exemptions**
6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a.
b ☐ Spouse
c Dependents:
(1) First name   Last name
(2) Dependent's social security number
(3) Dependent's relationship to you
(4) ☐ if qualifying child for child tax credit (see page 17)

If more than four dependents, see page 17 and check here ▶ ☐

Boxes checked on 6a and 6b
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above
Add numbers on lines above ▶

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 20000 00 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 22) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a | b Taxable amount (see page 24) | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see page 27) | 19 | |
| 20a | Social security benefits 20a | b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 30) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 31) | 32 | |
| 33 | Student loan interest deduction (see page 34) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 20000 00 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 97.   Cat. No. 11320B   Form **1040** (2009)



Form 1040 (2009)                                                                                                                                    Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . | 38 | 20000 00 |
| | 39a | Check ☐ You were born before January 2, 1945, ☐ Blind. �months **Total boxes** if: ☐ Spouse was born before January 2, 1945, ☐ Blind. ⎭ checked ▶ 39a ☐ | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here▶ 39b ☐ | | |
| | 40a | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | 40a | |
| • People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see page 35. | b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see page 35) . ▶ 40b ☐ | | |
| | 41 | Subtract line 40a from line 38 . . . . . . . . . . . . | 41 | |
| | 42 | **Exemptions.** If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see page 37 . | 42 | |
| • All others: | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | |
| Single or Married filing separately, $5,700 | 44 | **Tax** (see page 37). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 . | 44 | 60000 00 |
| | 45 | **Alternative minimum tax** (see page 40). Attach Form 6251 . . . . | 45 | |
| Married filing jointly or Qualifying widow(er), $11,400 | 46 | Add lines 44 and 45 . . . . . . . . . . . . . . ▶ | 46 | |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . | 47 | | |
| Head of household, $8,350 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| | 49 | Education credits from Form 8863, line 29 . . | 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit (see page 42) . . . . . | 51 | | |
| | 52 | Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | 52 | | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** . . . | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- . . ▶ | 55 | |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE . . . . . . . | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Schedule H | 59 | |
| | 60 | Add lines 55 through 59. This is your **total tax** . . . . . . ▶ | 60 | 60000 00 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 . | 61 | | |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return | 62 | | |
| If you have a qualifying child, attach Schedule EIC. | 63 | Making work pay and government retiree credits. Attach Schedule M | 63 | | |
| | 64a | Earned income credit (EIC) . . . . . | 64a | | |
| | b | Nontaxable combat pay election | 64b | | | |
| | 65 | Additional child tax credit. Attach Form 8812 . . | 65 | | |
| | 66 | Refundable education credit from Form 8863, line 16 . | 66 | | |
| | 67 | First-time homebuyer credit. Attach Form 5405 . . | 67 | | |
| | 68 | Amount paid with request for extension to file (see page 72) | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see page 72) | 69 | | |
| | 70 | Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | 70 | | |
| | 71 | Add lines 61, 62, 63, 64a, and 65 through 70. These are your **total payments** . ▶ | 71 | 60000 00 |
| **Refund** | 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you **overpaid** | 72 | |
| Direct deposit? See page 73 and fill in 73b, 73c, and 73d, or Form 8888. | 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here . ▶ ☐ | 73a | |
| | ▶ b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number _____ | | |
| | 74 | Amount of line 72 you want applied to your 2010 estimated tax ▶ | 74 | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 60. For details on how to pay, see page 74 ▶ | 75 | |
| | 76 | Estimated tax penalty (see page 74) . . . . | 76 | |

**Third Party Designee**   Do you want to allow another person to discuss this return with the IRS (see page 75)? ☐ **Yes. Complete the following.** ☐ **No**

| Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |
|---|---|---|
| | | |

**Sign Here**   Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 15. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| *Richard K Armstrong* | 04-13-2012 | | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| *Sharon L Armstrong* | 04-13-2012 | | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. | |

Form **1040**   Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**   20**10**   (99)   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2010, or other tax year beginning , 2010, ending , 20         OMB No. 1545-0074

**Name, Address, and SSN**

Your first name and initial   RICHARD    Last name   ARMSTRONG

If a joint return, spouse's first name and initial   SHARON LA    Last name   ARMSTRONG

Your social security number   568407153

Spouse's social security number   563543486

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.   1042 N ... CHAPO ... BLVD #89

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.   LAKE HAVASU CITY, ARIZONA 86404

▲ Make sure the SSN(s) above and on line 6c are correct.

Checking a box below will not change your tax or refund.

**Presidential Election Campaign**   Check here if you, or your spouse if filing jointly, want $3 to go to this fund.   ☐ You   ☐ Spouse

**Filing Status**   Check only one box.
1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**
6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a.
6b ☐ Spouse
c Dependents:
(1) First name   Last name   (2) Dependent's social security number   (3) Dependent's relationship to you   (4) ☐ if child under age 17 qualifying for child tax credit (see page 15)

If more than four dependents, see instructions and check here ▶ ☐

Boxes checked on 6a and 6b
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

Total number of exemptions claimed   Add numbers on lines above ▶

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 20000 | 00 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions   15a    b Taxable amount | 15b | |
| 16a | Pensions and annuities   16a    b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits   20a    b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 20000 | 00 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2010)

PRIVATE — EXEMPT FROM LEVY — FOR VALUE — ADJUST THE BALANCE TO ZERO — 568407153 — CHARGE ALL TO PRESENTMENT IN THE NAME OF RICHARD L ARMSTRONG — FEE SCHEDULE — TREASURY EXEMPT 563543486 — ACCEPTED FOR THE SAME



Form 1040 (2010)                                                                                                        Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 20000 00 |
| | 39a | Check if: ☐ You were born before January 2, 1946, ☐ Blind. ☐ Spouse was born before January 2, 1946, ☐ Blind. | Total boxes checked ▶ 39a ☐ | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | | |
| | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see instructions) | | 40 | |
| | 41 | Subtract line 40 from line 38 | | 41 | |
| | 42 | **Exemptions.** Multiply $3,650 by the number on line 6d | | 42 | |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | |
| | 44 | **Tax** (see instructions). Check if any tax is from: **a** ☐ Form(s) 8814   **b** ☐ Form 4972 | | 44 | 60000 00 |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | 45 | |
| | 46 | Add lines 44 and 45 | ▶ | 46 | |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| | 49 | Education credits from Form 8863, line 23 | 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit (see instructions) | 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| | 53 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | 53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- | ▶ | 55 | |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 58 | |
| | 59 | **a** ☐ Form(s) W-2, box 9   **b** ☐ Schedule H   **c** ☐ Form 5405, line 16 | | 59 | |
| | 60 | Add lines 55 through 59. This is your **total tax** | ▶ | 60 | 60000 00 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | | |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return | 62 | | |
| | 63 | Making work pay credit. Attach Schedule M | 63 | | |
| *If you have a qualifying child, attach Schedule EIC.* | 64a | **Earned income credit (EIC)** | 64a | | |
| | b | Nontaxable combat pay election | 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | | |
| | 68 | Amount paid with request for extension to file | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | |
| | 71 | Credits from Form: **a** ☐ 2439 **b** ☐ 8839 **c** ☐ 8801 **d** ☐ 8885 | 71 | | |
| | 72 | Add lines 61, 62, 63, 64a, and 65 through 71. These are your **total payments** | ▶ | 72 | 60000 00 |
| **Refund** | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you **overpaid** | | 73 | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 74a | |
| *Direct deposit? See instructions.* | ▶ b | Routing number | ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number | | | |
| | 75 | Amount of line 73 you want applied to your 2011 estimated tax ▶ | 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 60. For details on how to pay, see instructions | ▶ | 76 | 0 |
| | 77 | Estimated tax penalty (see instructions) | 77 | | |

| | | | | |
|---|---|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☐ **No** | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return?
See page 12.
Keep a copy
for your
records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| *Richard L Armstrong* | 04-13-2012 | | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |
| *Sharon S Armstrong* | 04-13-2012 | | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

Form **1040** (2010)

Form **1040**  Department of the Treasury—Internal Revenue Service  (99)
**U.S. Individual Income Tax Return**  **2011**  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2011, or other tax year beginning _____, 2011, ending _____, 20 ___   See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| RICHARD K. | ARMSTRONG | 568407153 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| SHARON L. | ARMSTRONG | 563543486 |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.

1642 N. MC CULLOCH BLVD #384

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

LAKE HAVASU CITY, ARIZONA 86403

Foreign country name   Foreign province/county   Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☑ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse

Boxes checked on 6a and 6b _____

| | (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|---|

If more than four dependents, see instructions and check here ▶ ☐

c Dependents:

No. of children on 6c who:
• lived with you _____
• did not live with you due to divorce or separation (see instructions) _____
Dependents on 6c not entered above _____

Add numbers on lines above ▶ _____

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 20000 | 00 |
|---|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | | |
| b | Qualified dividends | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | | |
| 11 | Alimony received | 11 | | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | | |
| 15a | IRA distributions | 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | | |
| 19 | Unemployment compensation | 19 | | |
| 20a | Social security benefits | 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | | |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | | |
|---|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | |
| 29 | Self-employed health insurance deduction | 29 | | |
| 30 | Penalty on early withdrawal of savings | 30 | | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | | |
| 32 | IRA deduction | 32 | | |
| 33 | Student loan interest deduction | 33 | | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | |
| 36 | Add lines 23 through 35 | 36 | | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 20000 | 00 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2011)

Form 1040 (2011)                                                                 Page **2**

| | | | Amount |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 20000 00 |

**Tax and Credits**

| Line | Description | | Amount |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | **38** | 20000 00 |
| 39a | Check if: ☐ You were born before January 2, 1947, ☐ Blind. ☐ Spouse was born before January 2, 1947, ☐ Blind. } Total boxes checked ▶ 39a | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | **40** | |
| 41 | Subtract line 40 from line 38 | **41** | |
| 42 | Exemptions. Multiply $3,700 by the number on line 6d | **42** | |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | **43** | |
| 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ 962 election | **44** | 60000 00 |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | **45** | |
| 46 | Add lines 44 and 45 ▶ | **46** | |
| 47 | Foreign tax credit. Attach Form 1116 if required | **47** | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | **48** | |
| 49 | Education credits from Form 8863, line 23 | **49** | |
| 50 | Retirement savings contributions credit. Attach Form 8880 | **50** | |
| 51 | Child tax credit (see instructions) | **51** | |
| 52 | Residential energy credits. Attach Form 5695 | **52** | |
| 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | **53** | |
| 54 | Add lines 47 through 53. These are your total credits | **54** | |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | **55** | |

**Standard Deduction for—**
• People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
• All others:
Single or Married filing separately, $5,800
Married filing jointly or Qualifying widow(er), $11,600
Head of household, $8,500

**Other Taxes**

| Line | Description | | Amount |
|---|---|---|---|
| 56 | Self-employment tax. Attach Schedule SE | **56** | |
| 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | **57** | |
| 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | **58** | |
| 59a | Household employment taxes from Schedule H | **59a** | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | **59b** | |
| 60 | Other taxes. Enter code(s) from instructions | **60** | |
| 61 | Add lines 55 through 60. This is your total tax ▶ | **61** | 60000 00 |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| Line | Description | | | Amount |
|---|---|---|---|---|
| 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | | |
| 63 | 2011 estimated tax payments and amount applied from 2010 return | 63 | | |
| 64a | Earned income credit (EIC) | 64a | | |
| b | Nontaxable combat pay election | 64b | | |
| 65 | Additional child tax credit. Attach Form 8812 | 65 | | |
| 66 | American opportunity credit from Form 8863, line 14 | 66 | | |
| 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | | |
| 68 | Amount paid with request for extension to file | 68 | | |
| 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | |
| 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | |
| 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885 | 71 | | |
| 72 | Add lines 62, 63, 64a, and 65 through 71. These are your total payments ▶ | | **72** | 60000 00 |

**Refund**

Direct deposit? See instructions.

| Line | Description | | Amount |
|---|---|---|---|
| 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | **73** | |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | **74a** | |
| b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | | |
| d | Account number _____ | | |
| 75 | Amount of line 73 you want applied to your 2012 estimated tax ▶ | 75 | |

**Amount You Owe**

| Line | Description | | Amount |
|---|---|---|---|
| 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | **76** | |
| 77 | Estimated tax penalty (see instructions) | 77 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☐ No

Designee's name ▶ _____   Phone no. ▶ _____   Personal identification number (PIN) ▶ _____

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| Your signature *Richard K Armstrong* | 04-13-2012 | | |
| Spouse's signature. If a joint return, both must sign. *Sharon L Armstrong* | 04-13-2012 | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

Form **1040** (2011)



| Form **1040-V** | **Payment Voucher** | | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service **(99)** | ▶ Do not staple or attach this voucher to your payment or return. | | **2005** |

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| 568  40  7153 | 563  54  3486 | | | |

| 4 Your first name and initial | | Last name |
|---|---|---|
| RICHARD K. | | ARMSTRONG |
| If a joint return, spouse's first name and initial | | Last name |
| SHARON L. | | ARMSTRONG |
| Home address (number and street) | | Apt. no. |
| 1642 N. MC CULLOCH BLVD #391 | | |
| City, town or post office, state, and ZIP code | | |
| LAKE HAVASU CITY, ARIZONA 86403 | | |

Cat. No. 20975C





| Form **1040-V** | **Payment Voucher** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service  (99) | Do not staple or attach this voucher to your payment or return. | **2006** |

| 1  Your social security number (SSN) | | 2  If a joint return, SSN shown second<br>on your return | | 3  Amount you are<br>paying by check<br>or money order | Dollars | Cents |
|---|---|---|---|---|---|---|
| 568 : 40 : 7153 | | 563 : 54 : 3486 | | | | |

| 4  Your first name and initial | Last name |
|---|---|
| **RICHARD K.** | **ARMSTRONG** |

| If a joint return, spouse's first name and initial | Last name |
|---|---|
| **SHARON L.** | **ARMSTRONG** |

| Home address (number and street) | | Apt. no. |
|---|---|---|
| **1642 N. MC CULLOCH BLVD #391** | | |

City, town or post office, state, and ZIP code
**LAKE HAVASU CITY, ARIZONA 86403**

Cat. No. 20975C



| Form **1040-V** | | **Payment Voucher** | | | OMB No. 1545-0074 | | |
|---|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service   (99) | | ▶ Do not staple or attach this voucher to your payment or return. | | | **2007** | | |
| 1   Your social security number (SSN) | | 2   If a joint return, SSN shown second on your return | | 3   Amount you are paying by check or money order | Dollars | | Cents |
| 568 : 40 : 7153 | | 563 : 54 : 3486 | | | | | |
| 4   Your first name and initial | | | | Last name | | | |
| RICHARD K. | | | | ARMSTRONG | | | |
| If a joint return, spouse's first name and initial | | | | Last name | | | |
| SHARON L. | | | | ARMSTRONG | | | |
| Home address (number and street) | | | | | | Apt. no. | |
| 1642 N. MC CULLOCH BLVD #391 | | | | | | | |
| City, town or post office, state, and ZIP code (if a foreign address, enter city, province or state, postal code, and country.) | | | | | | | |
| LAKE HAVASU CITY, ARIZONA 86403 | | | | | | | |

Cat. No. 20975C





| Form **1040-V** | | **Payment Voucher** | | OMB No. 1545-0074 | |
| Department of the Treasury Internal Revenue Service (99) | | ▶ Do not staple or attach this voucher to your payment or return. | | 20**08** | |
| 1   Your social security number (SSN) | 2   If a joint return, SSN shown second on your return | 3   Amount you are paying by check or money order | | Dollars | Cents |
| 568  40  7153 | 563  54  3486 | | | | |
| 4   Your first name and initial | | | Last name | | |
| RICHARD K. | | | ARMSTRONG | | |
| If a joint return, spouse's first name and initial | | | Last name | | |
| SHARON L. | | | ARMSTRONG | | |
| Home address (number and street) | | | | | Apt. no. |
| 1642 N. MC. CULLOCH BLVD #391 | | | | | |
| City, town or post office, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.) | | | | | |
| LAKE HAVASU CITY, ARIZONA 86403 | | | | | |

Cat. No. 20975C

Richard K. Newberg

DATE

Shawn L. Neathery   04-13-2012

DATE



| Form **1040-V** | **Payment Voucher** | | OMB No. 1545-0074 |
| --- | --- | --- | --- |
| Department of the Treasury Internal Revenue Service (99) | ▶ Do not staple or attach this voucher to your payment or return. | | 20**09** |

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
| --- | --- | --- | --- | --- |
| 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 | 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 | | | |

| 4 Your first name and initial | | Last name |
| --- | --- | --- |
| RICHARD K. | | ARMSTRONG |
| If a joint return, spouse's first name and initial | | Last name |
| SHARON L. | | ARMSTRONG |
| Home address (number and street) | | Apt. no. |
| 1642 N. MC CULLOCH BLVD #391 | | |
| City, town or post office, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.) | | |
| LAKE HAVASU CITY, ARIZONA 86403 | | |

Cat. No. 20975C



| Form **1040-V** | **Payment Voucher** | | | OMB No. 1545-0074 | |
| Department of the Treasury Internal Revenue Service (99) | ▶ **Do not staple or attach this voucher to your payment or return.** | | | **20**10 | |
| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | | Dollars | Cents |
| 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 | 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 | | | | |

| 4 Your first name and initial | | Last name |
| RICHARD K. | | ARMSTRONG |
| If a joint return, spouse's first name and initial | | Last name |
| SHARON L. | | ARMSTRONG |
| Home address (number and street) | | Apt. no. |
| 1642 N. MC CULLOCH BLVD #391 | | |
| City, town or post office, state, and ZIP code (if a foreign address, enter city, province or state, postal code, and country.) | | |
| LAKE HAVASU CITY, ARIZONA 86403 | | |

For Paperwork Reduction Act Notice, see your tax return instructions.                                                                                       Cat. No. 20975C





| Form **1040-V** | **Payment Voucher** | | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► **Do not staple or attach this voucher to your payment or return.** | | **2011** |

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| 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 | 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 | | | |

| 4 Your first name and initial | | Last name |
|---|---|---|
| RICHARD K. | | ARMSTRONG |
| If a joint return, spouse's first name and initial | | Last name |
| SHARON L. | | ARMSTRONG |
| Home address (number and street) | Apt. no. | City, town or post office, state, and ZIP code (if a foreign address, also complete spaces below.) |
| 1642 N. MC CULLOCH BLVD #391 | | LAKE HAVASU CITY, ARIZONA 86403 |
| Foreign country name | | Foreign province/county | Foreign postal code |

For Paperwork Reduction Act Notice, see your tax return instructions.   Cat. No. 20975C



# PRIVATELY REGISTERED SETOFF BOND

BOND NUMBER
**20120413RA**

**$5,676,000.00**

REGISTERED
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 32752070002
UCC FILING NO.: 12-7308775626

Pay to the Order of:  UNITED STATES TREASURY ("PAYEE")
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

Issue Date: **April 13, 2012**

Maturity Date: **April 13, 2042**

For Further Credit to:  INTERNAL REVENUE SERVICE in behalf of RICHARD K. ARMSTRONG/Account# 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 for Tax Periods
ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011.

By/On/Through:  Richard Kellogg Armstrong, Surety ("Creditor")
Private Offset Account No. 568407153

**WHEREAS** only fiat money exists in the account for the discharge of debts, and

**WHEREAS** this instrument is intended to constitute a Privately Registered Setoff Bond,

**BE IT KNOWN THAT:**

This Privately Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;

The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Privately Registered Setoff Bond for the purposes of protecting
secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current
and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges,
and any and all other obligations as may exist or come to exist during the term of this bond;

By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for
any amount up to and including Five Million Six Hundred Seventy-Six Thousand and 00/100 United States Dollars ($5,676,000.00) thereby honorably
discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Privately Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES.  The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset
Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to:

Timothy F. Geithner ("Secretary")
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT.  The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the
full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and
all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract
and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                                    PAYEE enter the amount due below

$ [ | | | | | | | | | | . | | ]

MATURITY.  Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force
and effect.  Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal
or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United
States Department of the Treasury.

IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Thirteenth day of the Fourth month in the year of our
Lord Two Thousand and Twelve.

By: _Richard K Armstrong_ (seal)
Richard Kellogg Armstrong, Surety/Underwriter
Exemption ID # 568407153
Non-domestic mail
in care of: 1642 N. Mc Culloch Blvd #391
Lake Havasu City, Arizona

# PRIVATELY REGISTERED SETOFF BOND

**BOND NUMBER**
20120413SA

## $5,676,000.00

**REGISTERED**
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 327556220002
UCC FILING NO.: 12-7308829292

Pay to the Order of:   UNITED STATES TREASURY ("PAYEE")
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

**Issue Date: April 13, 2012**

**Maturity Date: April 13, 2042**

For Further Credit to:   INTERNAL REVENUE SERVICE in behalf of SHARON L. ARMSTRONG/Account# 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 for Tax Periods
ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011.

By/On/Through:   Sharon Louise Armstrong, Surety ("Creditor")
Private Offset Account No. 563543486

WHEREAS only fiat money exists in circulation for the discharge of debts, and

WHEREAS this instrument is intended to constitute a Privately Registered Setoff Bond,

BE IT KNOWN THAT:

This Privately Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;

The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Privately Registered Setoff Bond for the purposes of protecting
secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current
and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges,
and any and all other obligations as may exist or come to exist during the term of this bond;

By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for
any amount up to and including **Five Million Six Hundred Seventy-Six Thousand and 00/100 United States Dollars ($5,676,000.00)** thereby honorably
discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Privately Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset
Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to:

Timothy F. Geithner ("Secretary")
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the
full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and
all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract
and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                            PAYEE enter the amount due below

$ [ ][ ][ ][ ][ ][ ][ ][ ] . [ ][ ]

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force
and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal
or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United
States Department of the Treasury.

IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Thirteenth month in the year of our
Lord Two Thousand and Twelve.

By: *Sharon L. Armstrong*
Sharon Louise Armstrong, Surety/Underwriter
Exemption ID # 563543486
Non-domestic mail
in care of: 1642 N. Mc Culloch Blvd #391
Lake Havasu City, Arizona







# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of

April 13, 2012

Secretary of State

FILE #    127306775626



# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

(714) 442-0587

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

RICHARD K. ARMSTRONG
1642 N. MC CULLOCH BLVD #391
LAKE HAVASU CITY, AZ 86403
USA

DOCUMENT NUMBER: 32752070002
FILING NUMBER: 12-7308775626
FILING DATE: 04/13/2012 11:02
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| RICHARD K. ARMSTRONG | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1642 N. MC CULLOCH BLVD #391 | LAKE HAVASU CITY | AZ | 86403 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | REGISTERED PERSON | CALIFORNIA | ***-**-7153    ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| armstrong | Richard | Kellogg | of |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| General Delivery | Lake Havasu City, Arizona | AZ | [86403] | ZZZ |

**4. This FINANCING STATEMENT covers the following collateral:**

PRIVATE REGISTERED SETOFF BOND NO. 20120413RA

Value of Collateral: Five Million Six Hundred Seventy-Six Thousand and 00/100 Dollars - USD $5,676,000.00

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. 20120413RA

FILING OFFICE COPY





# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME
RICHARD K. ARMSTRONG

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

DOCUMENT NUMBER: 32752070002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any | ☐ NONE

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing

14. Description of real estate:

16. Additional collateral description:

15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY



# State of California

## Secretary of State

I, **Debra Bowen**, Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

April 13, 2012

Secretary of State

FILE #          1273087773

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

(714) 442-0587

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

RICHARD K. ARMSTRONG
1642 N. MC CULLOCH BLVD #391
LAKE HAVASU CITY, AZ 86403
USA

**DOCUMENT NUMBER:** 32752070003
**FILING NUMBER:** 12-73087773
**FILING DATE:** 04/13/2012 11:06
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
12-7308775626

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b; and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c.

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| UNITED STATES TREASURY | | | |
| **7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. 20120413RA

Value of Collateral: Five Million Six Hundred Seventy-Six Thousand and 00/100 Dollars - USD $5,676,000.00

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment).** If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
| armstrong | Richard | Kellogg | |

**10. OPTIONAL FILER REFERENCE DATA**
PRIVATE REGISTERED SET0FF BOND NO. 20120413RA

**FILING OFFICE COPY**





**UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 12-7308775626 |

13. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)

| 13a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| armstrong | Richard | Kellogg |

14 MISCELLANEOUS

DOCUMENT NUMBER: 32752070003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| 14a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 14c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any [ ] NONE |

15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| 15a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 15c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any [ ] NONE |

16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| 16a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 16c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any [ ] NONE |

17. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

| 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| GEITHNER | TIMOTHY | F | |
| 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

18. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

| 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY



# State of California

## Secretary of State

I, **Debra Bowen**, Secretary of State of the State of California, hereby certify:

That the attached transcript of 2 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of

April 13, 2012

Secretary of State

FILE #        127308829292



# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
(714) 442-0587

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
SHARON L. ARMSTRONG
1642 N. MC CULLOCH BLVD #391
LAKE HAVASU CITY, AZ 86403
USA

DOCUMENT NUMBER: 32756220002
FILING NUMBER: 12-7308829292
FILING DATE: 04/13/2012 13:40
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME |
|---|

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| SHARON L. ARMSTRONG | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1642 N. MC CULLOCH BLVD #391 | LAKE HAVASU CITY | AZ | 86403 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION REGISTERED PERSON | 1f. JURISDICTION OF ORGANIZATION CALIFORNIA | 1g. ORGANIZATIONAL ID #, if any ***-**-3486 ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME |
|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME |
|---|

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| armstrong | Sharon | Louise | of |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| General Delivery | Lake Havasu City Arizona | AZ | [86403] | ZZZ |

**4. This FINANCING STATEMENT covers the following collateral:**
PRIVATE REGISTERED SETOFF BOND NO. 20120413SA

Value of Collateral: Five Million Six Hundred Seventy-Six Thousand and 00/100 Dollars - USD $5,676,000.00

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]** ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
PRIVATE REGISTERED SETOFF BOND NO. 20120413SA

FILING OFFICE COPY





# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

SHARON L. ARMSTRONG

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 32756220002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**13.** This FINANCING STATEMENT covers ☐ timber to be cut as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY





# State of California

## Secretary of State

I, **Debra Bowen**, Secretary of State of the State of California, hereby certify:

That the attached transcript of 2 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

April 13, 2012

Secretary of State

FILE #          1273088360





## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

(714) 442-0587

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

SHARON L. ARMSTRONG
1642 N. MC CULLOCH BLVD #391
LAKE HAVASU CITY, AZ 86403
USA

DOCUMENT NUMBER: 32756420002
FILING NUMBER: 12-73088360
FILING DATE: 04/13/2012 13:52
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**

12-7308829292

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c.

**6. CURRENT RECORD INFORMATION:**

| **6a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|
| OR  **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| **7a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|
| UNITED STATES TREASURY | | | |
| OR  **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| **7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 2022 | USA |

| **7d. SEE INSTRUCTIONS** | ADD'L DEBTOR INFO | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any** | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. 20120413SA

Value of Collateral: Five Million Six Hundred Seventy-Six Thousand and 00/100 Dollars - USD $5,676,000.00

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| **a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|
| OR  **b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
| armstrong | Sharon | Louise | |

**10. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. 20120413SA

FILING OFFICE COPY



## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**12. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
12-7308829292

**13. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

| | 13a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | armstrong | Sharon | Louise |

**14 MISCELLANEOUS**

DOCUMENT NUMBER: 32756420002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| | 14a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 14c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any | | NONE |

**15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| | 15a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 15c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any | | NONE |

**16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| | 16a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 16c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any | | NONE |

**17. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (17a or 17b)

| | 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | GEITHNER | TIMOTHY | F | |
| 17c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 1500 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20220- | USA |

**18. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (18a or 18b)

| | 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 18c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

**FILING OFFICE COPY**



Case #PR-2012-0413-A

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below the undersigned Notary mailed to:

INTERNAL REVENUE SERVICE
Mail Stop 4440
P.O. Box 9036
Ogden, Utah 84201

hereinafter, "Recipient", documents and such papers pertaining to certain tax periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 (Forms 1040) regarding RICHARD K. ARMSTRONG and SHARON L. ARMSTRONG as follows:

1. **ORIGINAL: NOTICE TO SETOFF ACCOUNT,** dated 13 April 2012 (2 leaves);
2. **ORIGINAL: COUPONS** in the amount of TWO MILLION ONE HUNDRED THOUSAND AND 00/100 DOLLARS, NINE HUNDRED SIXTY THOUSAND AND 00/100 DOLLARS, ONE MILLION EIGHT HUNDRED SEVENTY-FIVE THOUSAND AND 00/100 DOLLARS, FIVE HUNDRED SIXTY-ONE THOUSAND AND 00/100 DOLLARS, SIXTY THOUSAND AND 00/100 DOLLARS, SIXTY THOUSAND AND 00/100 DOLLARS and SIXTY THOUSAND AND 00/100 DOLLARS, dated April 13, 2012 (7 leaves);
3. **ORIGINAL: U.S. INDIVIDUAL INCOME TAX RETURNS** for the tax periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011, Forms 1040, with bankers endorsement on front and reverse page of first leaf (14 leaves);
4. **ORIGINAL: I.R.S. FORM 1040-V PAYMENT VOUCHERS,** with banker's acceptance indorsement on reverse page of leaf, for RICHARD K. ARMSTRONG Account # ***-**-7153 and SHARON L. ARMSTRONG Account # ***-**-3486 dated April 13, 2012 (7 leaves);
5. **ORIGINAL: PRIVATE REGISTERED SETOFF BOND NO.** 20120413RA dated April 13, 2012 (1 leaf);
6. **ORIGINAL: PRIVATE REGISTERED SETOFF BOND NO.** 20120413SA dated April 13, 2012 (1 leaf);
7. **COPY: UCC-1 Financing Statement,** Document No. 32752070002, Filing No. 12-7308775626, dated April 13, 2012 (3 leaves);
8. **COPY: UCC-3 Financing Assignment,** Document No. 32752070003, Filing No. 12-73087773, dated April 13, 2012 (3 leaves);
9. **COPY: UCC-1 Financing Statement,** Document No. 32756220002, Filing No. 12-7308829292, dated April 13, 2012 (3 leaves);
10. **COPY: UCC-3 Financing Assignment,** Document No. 32756420002, Filing No. 12-73088360, dated April 13, 2012 (3 leaves), and;
11. **REFERENCE COPY: NOTARY'S CERTIFICATE OF SERVICE** dated April 13, 2012 (signed original on file) (1 leaf).

This mailing contains a total of forty-five (45) leaves.

Said service was by United States Postal Service, Registered Mail No. RE 261 087 690 US, Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

April 13, 2012
DATE

NOTARY

Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Phone: (480) 319-1552
Email: benton.private@gmail.com

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

1





Case #: PR-2012-0413-A

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to:

**Pamela LaRue, Chief Financial Officer**
c/o Internal Revenue Service
1111 Constitution Avenue NW
Washington, D.C. 20244-0002

cc:   **Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

**Kenneth Mark Harmon**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

**Kevin F. Sweeney**
c/o U.S. Department of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

**All serviced by: USPS "Certificate of Mailing" PS Form 3817)**

hereinafter "Recipients", the documents and sundry papers pertaining to a certain Form 1040 for Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 regarding TAXPAYER: RICHARD K. ARMSTRONG and SHARON L. ARMSTRONG, as follows:

1. **NOTICE OF TENDER FOR SETOFF** dated April 13, 2012 (5 leaves);

2. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf);

   **EXHIBIT A:**

3. **EXHIBIT A** cover page (1 leaf);

4. NOTICE: **NOTICE TO SETOFF ACCOUNTS** dated April 13, 2012 (2 leaves);

5. **COUPONS** in the amounts of TWO MILLION ONE HUNDRED THOUSAND AND 00/100 DOLLARS, NINE HUNDRED SIXTY THOUSAND AND 00/100 DOLLARS, ONE MILLION EIGHT HUNDRED SEVENTY-FIVE

Case #: PR-2012-0413-A

THOUSAND AND 00/100 DOLLARS, FIVE HUNDRED SIXTY-ONE THOUSAND AND 00/100 DOLLARS, SIXTY THOUSAND AND 00/100 DOLLARS, SIXTY THOUSAND AND 00/100 DOLLARS and SIXTY THOUSAND AND 00/100 DOLLARS. (7 leaves);

6. **U.S. INDIVIDUAL INCOME TAX RETURNS** for the tax periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011, Forms 1040, with bankers endorsement on front and reverse page of first leaf (14 leaves);

7. **I.R.S. FORM 1040-V PAYMENT VOUCHERS**, with banker's acceptance indorsement on reverse page of leaf, for RICHARD K. ARMSTRONG Account # ***-**-7153 and SHARON L. ARMSTRONG Account # ***-**-3486 dated April 12, 2012 (7 leaves);

8. **PRIVATE REGISTERED SETOFF BOND NO.** 20120413RA dated April 13, 2012 (1 leaf);

9. **PRIVATE REGISTERED SETOFF BOND NO.** 20120413SA dated April 13, 2012 (1 leaf);

10. **UCC-1 FINANCING STATEMENT**, Document No. 3275207002, Filing No. 12-7308775626, dated April 2012 (3 leaves);

11. **UCC-3 FINANCING ASSIGNMENT**, Document No. 3275207003, Filing 12-73087773, dated April 13, 2012 (3 leaves);

12. **UCC-1 FINANCING STATEMENT**, Document No. 3275622000, Filing No. 12-7308829292, dated April 13, 2012 (3 leaves);

13. **UCC-3 FINANCING ASSIGNMENT**, Document No. 3275642000, Filing No. 12-73088360, dated April 13, 2012 (3 leaves);

14. **NOTARY'S CERTIFICATE OF SERVICE** dated April 13, 2012 (signed original on file) (1 leaf), and;

15. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated April 13, 2012 (signed original on file) (2 leaves).

These mailings contained a total of fifty four (54) leaves each. They were sent via the United States Postal Service under the control direction and instruction of the USPS "Certificate of Mailing" (PS Form 3817) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

 April 13, 2012 
DATE

_Benton Hall_
NOTARY

Benton Hall
c/o 3546 East Presidio Circle
Mesa, Arizona [85213]
Phone: (480) 319-1552
Email: benton.private@gmail.com

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. _Tampering with a witness, victim, or an informant._ The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.



