NOTICE OF AND RESCISSION OF
NOTICE OF DEFAULT IN DISHONOR CONSENT TO JUDGMENT
FOR CAUSE

NOTICE DATE: Day Twenty-nine        Month Four        Year 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 02 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

In reply to: "Case 1:10-cr-00317-REB Document 558 Filed 06/15/12 USDC Colorado Page 1 of 6 NOTICE Page 1 of 5, Page 2 of 6 Page 2 of 5, Page 3 of 6 Page 3 of 5, Page 4 of 6 Richard K. Armstrong Sharon L. Armstrong Page 4 of 5, Page 5 of 6 Page 5 of 5, Page 6 of 6 Benton Hall June 12, 2012"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy bearing my signature "Richard K. Armstrong" and my wifes signature "Sharon L. Armstrong" for cause. I made a mistake preparing, creating, signing, filing and presenting the NOTICE OF DEFAULT IN DISHONOR CONSENT TO JUDGMENT. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

$^1$"My son, if you have become surety for your friend, if you have shaken hands in pledge for a stranger"$^2$"You have been snared by the words of your mouth; you are taken by the words of your mouth."$^3$"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."$^4$"Give no sleep to your eyes, nor slumber to your eyelids."$^5$"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler.

$^1$"Then Moses spoke to the heads of the tribes of Israel, saying, "This is the word which the LORD commanded"$^2$"If a man makes a vow to the LORD, or takes an oath to bind himself with a binding obligation, he shall not violate his word; he shall do according to all that proceeds out of his mouth."$^3$"Also if a woman makes a vow to the LORD, and binds herself by an obligation in her father's house in her youth,"$^4$"And her father hears her vow and her obligation by which she has bound herself, and her father says nothing to her, then all her vows shall stand and every obligation by which she has bound herself shall stand."$^5$"But if her father should forbid her on the day he hears of it, none of her vows or her obligations by which she has bound herself shall stand; and the LORD will forgive her because her father had forbidden her."$^6$"However, if she should marry while under her vows or rash statement of her lips by which she has bound herself,"$^7$"And her husband hears of it and says nothing to her on the day he hears it, then her vows shall stand and her obligations by which she has bound herself shall stand."$^8$"But if on the day her husband hears of it, he forbids her, then he shall annul her vow which she is under and the rash statement of her lips by which she has bound herself; and the LORD will forgive her."$^9$"But the vow of a widow or of a divorced woman, everything by which she has bound herself, shall stand against her."$^{10}$"However, if she vowed in her husband's house, or bound herself by an obligation with an oath,"$^{11}$"And her husband heard it, but said nothing to her and did not forbid her, then all her vows shall stand and every obligation by which she bound herself shall stand."$^{12}$"But if her husband indeed annuls them on the day he hears them, then whatever proceeds out of her lips concerning the vows or concerning the obligation of herself shall not stand; her husband has annulled them, and the LORD will forgive her."$^{13}$"Every vow and every binding oath to humble herself, her husband may confirm it or her husband may annul it."$^{14}$"But if her husband indeed says nothing to her from day to day, then he confirms all her vows or all her obligations which are on her; he has confirmed them, because he said nothing to her on the day he heard them."$^{15}$"But if he indeed annuls them after he has heard them, then he shall bear her guilt."$^{16}$"These are the statutes which the LORD commanded Moses, as between a man and his wife, and between a father and his daughter, while she is in her youth in her father's house."

Case #PR-2012-0413-A

Claimant:
Richard Kellogg Armstrong
Sharon Louise Armstrong
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-Domestic without the United States
Phone: (480) 319-1552
Email: benton.private@gmail.com

CERTIFIED COPY
I hereby certify the foregoing document to which this seal has been affixed consisting of _06_ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: _Benton Hall_
Date: June 12, 2012

[THIS STAMP MUST BE RED]

10-CR-00317-REB

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE OF DEFAULT IN DISHONOR
## CONSENT TO JUDGMENT

*Nunc pro tunc* to May 9, 2012

Respondent:
**Pamela LaRue, Chief Financial Officer**
c/o Internal Revenue Service
1111 Constitution Avenue NW
Washington, D.C. 20244-0002
**Service by: USPS "Certificate of Mailing" (PS Form 3877)**

Re:   Forms 1040 for Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 regarding RICHARD K. ARMSTRONG, TaxPayer identification No. 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 and SHARON L. ARMSTRONG, TaxPayer identification No. 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.

**STATEMENT OF FACTS:**

1. On April 13, 2012, Richard Kellogg Armstrong and Sharon Louise Armstrong, hereinafter "Claimant", made presentment of a NOTICE: **NOTICE TO SETOFF ACCOUNTS, COUPONS** in the amounts of TWO MILLION ONE HUNDRED THOUSAND AND 00/100 DOLLARS, NINE HUNDRED SIXTY THOUSAND AND 00/100 DOLLARS, ONE MILLION EIGHT HUNDRED SEVENTY-FIVE THOUSAND AND 00/100 DOLLARS, FIVE HUNDRED SIXTY-ONE THOUSAND AND 00/100 DOLLARS, SIXTY THOUSAND AND 00/100 DOLLARS, SIXTY THOUSAND AND 00/100 DOLLARS and SIXTY THOUSAND AND 00/100 DOLLARS, **U.S. INDIVIDUAL INCOME TAX RETURNS** for the tax periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 Forms 1040, with bankers endorsement on front and reverse page of first leaf, **I.R.S. FORM 1040-V payment vouchers**, and a **PRIVATE REGISTERED SETOFF**

Case #PR-2012-0413-A

BOND, hereinafter "Tender", a record of which is available upon request, to INTERNAL REVENUE SERVICE, Stop 4440, P.O. Box 9036, Ogden, Utah 84201, hereinafter "Tender Agent", for the settlement of Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 regarding TAXPAYER: RICHARD K. ARMSTRONG, TaxPayer identification No. 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 and TAXPAYER: SHARON L. ARMSTRONG, TaxPayer identification No. 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, sent via USPS Registered Mail, Article No. RE 261 087 690 US, by Benton Hall, Notary, hereinafter "Notary", as evidenced by the "NOTARY'S CERTIFICATE OF SERVICE" dated April 13, 2012, a record of which is available upon request.

2. On April 24, 2012 the Tender Agent accepted the Tender for the settlement of the debt owed Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 regarding TAXPAYER: RICHARD K. ARMSTRONG, TaxPayer identification No. 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 and TAXPAYER: SHARON L. ARMSTRONG, TaxPayer identification No. 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, as evidenced by the "CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE" dated April 24, 2012, a record of which is available upon request.

3. On April 13, 2012, Claimant made presentment of a **NOTICE OF TENDER FOR SETOFF** and a **REQUEST REGARDING A STATEMENT OF ACCOUNT**, hereinafter "Presentment", to Pamela LaRue Chief Financial Officer, c/o Internal Revenue Service, hereinafter "Respondent", sent via USPS "Certificate of Mailing" (PS Form 3817), by the Notary, as evidenced by the "NOTARY'S CERTIFICATE OF SERVICE" dated April 13, 2012, a record of which is available upon request.

4. On April 13, 2012 the presentment is deemed received pursuant to the "Mailbox Rule".

5. As of April 28, 2012, Respondent has not sufficiently responded to the Presentment, as evidenced by the "CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE" dated April 28, 2012, a record of which is available upon request.

6. Respondent's failure to sufficiently respond or timely honor the Presentment, by the terms of the Presentment, constitutes Respondent's acceptance and approval of the **REQUEST REGARDING A STATEMENT OF ACCOUNT** contained therein.

7. Respondent's acceptance and approval of the **REQUEST REGARDING A STATEMENT OF ACCOUNT** constitutes Respondent's agreement to the stipulated aggregate amount of unpaid obligations being Zero ($0.00) and 00/100 dollars.

8. On April 28, 2012, Claimant made presentment of a **NOTICE OF FAULT -- OPPORTUNITY TO CURE "FINAL EXPRESSION IN A RECORD"** to the Respondent, dated April 28, 2012, hereinafter "Fault Notice", a record of which is available upon request, sent via USPS "Certificate of Mailing" (PS Form 3817), by the Notary, as evidenced by the "NOTARY'S CERTIFICATE OF SERVICE" dated April 28, 2012, a record of which is available upon request.

9. As of June 12, 2012 *nunc pro tunc* to May 9, 2012, neither the Claimant nor the Notary, received sufficient response to the Presentment or the Fault Notice, from the Respondent, as evidenced by the "CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE" dated June 12, 2012, a record of which is attached hereto.

Case #PR-2012-0413-A

10. Respondent's failure to perform by the terms of the Presentment, constitutes Respondent's acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Claimant to perform the duties of the Respondent stipulated therein.
11. Respondent's failure to perform by the terms of the Fault Notice, constitutes Respondent's acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Claimant to perform the duties of the Respondent stipulated therein.
12. Respondent has defaulted.
13. As an operation of law, Respondent by dishonor of the Presentment and the Fault Notice has created a default.

**DEFAULT:**

For the Respondent's failure to honor the Presentment and Fault Notice places the Respondent in **default.** For the course of dealing, set forth herein, with the Respondent's failure, refusal, or neglect in the presentment of a verified response to the Presentment and Fault Notice, constitutes the Respondent's failure to perform in good faith and the Respondent's acquiescence and tacit agreement with all terms, conditions and stipulations set forth within this Notice of Default in Dishonor (Consent to Judgment), Presentment, and Fault Notice. Therefore this matter is deemed *res judicata* and *stare decisis*.

Of this presentment take due **Notice** and heed, and govern yourself accordingly. This **FINAL EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms of the agreement between the parties.

Response by Respondent must be served on Claimant exactly as provided:

    Richard Kellogg Armstrong
    Sharon Louise Armstrong
    c/o Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona [85213]
    Non-domestic without the United States
    Phone: (480) 319-1552
    Email: benton.private@gmail.com

Case #PR-2012-0413-A

## Commercial Affirmation Oath and Verification

Denver County              )
Colorado Republic          ) affirmed and subscribed:
United States of America   )

We, Richard Kellogg Armstrong and Sharon Louise Armstrong, Secured Party Creditors, under our unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law, so help us, God, this Twelfth day of the Sixth month, in the year of our Lord, Two-thousand Twelve.

In Witness Whereof, We have hereunto set our hands and seals.

_Richard K. Armstrong_
Richard Kellogg Armstrong, Authorized
Representative
For the Accommodation Party & Secured
Party Creditor
ALL RIGHTS RESERVED

_Sharon L. Armstrong_
Sharon Louise Armstrong, Authorized
Representative
For the Accommodation Party & Secured
Party Creditor
ALL RIGHTS RESERVED

cc:

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

**Kenneth Mark Harmon**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

**Kevin F. Sweeney**
c/o U.S. Department of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

Case #PR-2012-0413-A

**CLERK OF COURT (Criminal Case No. 1:10-cr-00317-REB)**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

**All Serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

Enclosure(s):

(1) **CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE** dated June 12, 2012 (1 leaf);

(2) **NOTARY'S CERTIFICATE OF SERVICE** dated June 12, 2012 (2 leaves).

Case #PR-2012-0413-A

## CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE

Arizona Republic         )
Maricopa County          ) affirmed and subscribed:
Without the United States )

**PRESENTMENT:** Be it known that the person signing below, a duly empowered Notary, at the request of <u>Richard Kellogg Armstrong and Sharon Louise Armstrong</u>
                                                                                      Claimants
in care of _____<u>3546 East Presidio Circle, Mesa, Arizona [85213], Non-domestic without the United States</u>_____,
                                          Address

did duly present on <u>April 28, 2012</u> the NOTICE OF FAULT – OPPORTUNITY TO CURE "<u>FINAL EXPRESSION IN A RECORD</u>" dated <u>April 28, 2012</u>

regarding <u>Forms 1040 for Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 regarding TAXPAYER: RICHARD K. ARMSTRONG, TaxPayer Identification No. 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 and TAXPAYER: SHARON L. ARMSTRONG, TaxPayer Identification No. 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</u>

to <u>Pamela LaRue, Chief Financial Officer, c/o Internal Revenue Service, 1111 Constitution Avenue NW, Washington, D.C. 20244-0002</u>
   Respondent

signed by <u>Richard Kellogg Armstrong and Sharon Louise Armstrong</u> requesting Setoff and/or discharge for the debt owed on Tax Periods ending 2005, 2006, 2007, 2008, 2009, 2010 and 2011 of any and all alleged obligations, etc. attributed to RICHARD K. ARMSTRONG and SHARON L. ARMSTRONG the opportunity for a timely response or performance thereto has elapsed.

**DEFAULT:** Whereupon the Notary signing below, for the reason dishonor by non-response/non-performance, does publicly and solemnly certify the dishonor as against all parties it may concern by reason of non-response/non-performance thereof and **stipulations therein**.

**NOTICE:** The undersigned Notary certifies that on <u>April 28, 2012</u> NOTICE (2nd): NOTICE OF FAULT – OPPORTUNITY TO CURE "FINAL EXPRESSION IN A RECORD" was sent to the parties noted below by depositing in an official depository under the exclusive face and custody of the United States Post Office a sealed envelope containing said Notice directed to the respective persons or entities at the last known corresponding address noted below:

| NAME | ADDRESS |
|---|---|
| Pamela LaRue, Chief Financial Officer | c/o Internal Revenue Service, 1111 Constitution Avenue NW, Washington, D.C. 20244-0002 |

**TESTIMONY** I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Notary

[Notary Seal: Benton Hall, Notary Public - Arizona, Maricopa County, My Commission Expires September 30, 2014]

Executed on: <u>June 12, 2012</u>

Benton Hall
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the United States
Phone: (480) 319-1552
Email: benton.private@gmail.com

### CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL

**Date of Presentment:** April 28, 2012

**Notice Presented Under Seal:** NOTICE (2nd): NOTICE OF FAULT – OPPORTUNITY TO CURE "FINAL EXPRESSION IN A RECORD"

**Notary's Certification:** The above-noted party was presented under notary seal a NOTICE (2nd): NOTICE OF FAULT – OPPORTUNITY TO CURE "FINAL EXPRESSION IN A RECORD wherein it was stated that certification of non-response/non-performance after ten (10) days of postmark would comprise its acceptance of the terms and conditions contained therein. A dishonor has occurred because the opportunity for a timely response or performance thereto has elapsed.