# NOTICE OF DISHONOR

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 9 2013

JEFFREY P. COLWELL
CLERK

NOTICE DATE: Day Five          Month Five          Year 2013 C.E.

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Twenty-two Month Four Year 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 592 Filed 09/04/12 USDC Colorado Page 1 of 1 IN THE UNITED STATES DISTRICT COURT OF COLORADO Judge Robert E. Blackburn MINUTE ORDER Dated: September 4, 2012"

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: UNITED STATES DISTRICT COURT COLORADO Judge Robert E. Blackburn 901 19th Street,
    Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on May 5, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Gregory C. Langham, Clerk of the Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589

Richard Kellogg Armstrong