# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Six     Month: Five     Year: 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 09 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Gregory C. Langham, Clerk of Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 560 Filed 06/18/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO MOTION TO RESTRICT ATTACHMENT TO DOCKET #557 John F. Walsh Kevin F. Sweeney, Page 2 of 2 CERTIFICATE OF SERVICE Dane Ellingson"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"