# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Six     Month: Five     Year: 2013 C.E.

```
                              FILED
                      UNITED STATES DISTRICT COURT
                          DENVER, COLORADO
```

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO     MAY 0 9 2013
Gregory C. Langham, Clerk of Court
901 19th Street, Room A-105     JEFFREY P. COLWELL
Denver, Colorado 80294-3589     CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 241 Filed 05/31/11 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER, Page 2 of 3, Page 3 of 3 BY THE COURT Robert E. Blackburn United States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"