# NOTICE OF DISHONOR

NOTICE DATE: Day Five       Month Five       Year 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 0 9 2013
JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
901 19th Street, Room A-105
Denver, Colorado 80295-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day Twenty-two Month Four Year 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 575 Filed 07/27/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn Date: July 27, 2012 COURTROOM MINUTES Page 2 of 2".

I intend to look to you for payment of performance.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: UNITED STATES DISTRICT COURT COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver Colorado 802-3589
cc: UNITED STATES DISTRICT COURT COLORADO, 901 19th Street, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on May 5,   2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Gregory C. Langham, Clerk of the Court 901 19th Street, Room A-105 Denver, Colorado 80295-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong