# NON NEGOTIABLE
# OF ACCEPTANCE

NOTICE DATE: Day Four    Month Five    Year 2013 C.E.

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
901 19th Street, Room A-105
Chicago, Illinois 60604

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 9 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cv-01073-MSK-MEH Document 121 Filed 01/09/13 USDC Colorado Page1 of1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO ORDER OF DISMISSAL BY THE COURT: Marcia S. Krieger Chief United States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cv-01073-MSK-MEH Document 121 Filed 01/09/13 USDC Colorado Page1of1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO ORDER OF DISMISSAL BY THE COURT: Marcia S. Krieger Chief United States District Judge" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any of the facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cv-01073-MSK-MEH;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*[signature]*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: UNITED STATES DISTRICT COURT COLORADO Judge, Marcia S. Krieger, 901 19th Street Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT COLORADO 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on May 4, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT Gregory C. Langham, Clerk of the Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589

*[signature]*
Richark Kellogg Armstrong

"ACCEPTED"
*Richard Kellogg Armstrong*
May 4, 2013 c.13,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 10-cv-01073-MSK-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BEECH AIRCRAFT A36, FAA REGISTRATION NUMBER N5509Y, SERIAL NUMBER E-2527;
UP TO THE AMOUNT OF $126,971.16 HELD IN WASHINGTON MUTUAL/JP MORGAN CHASE ACCOUNT 0358-6018232;
14255 HARVEST MILE ROAD, BRIGHTON, COLORADO;
LARRY RAY HALL,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Motion to Dismiss Civil Forfeiture Case (Motion) **(#118)** filed January 4, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and this civil forfeiture case is hereby dismissed without prejudice.

DATED this 9th day of January, 2013.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge