# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seven          Month: Five          FILED          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105          MAY 1 0 2013
901 19th Street
Denver, Colorado 80294-3589          JEFFREY P. COLWELL
                                              CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 476 Filed 4/11/12 USDC Colorado Page 1 of 4 Date: April 11, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 4, Page 3 of 4, Page 4 of 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California


Attachment: "supra"


cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

"ACCEPTED"
*Richard Kellogg Armstrong*
MAY 7, 2013 CB

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:            April 11, 2012

Deputy Clerk:    Emily Seamon
Court Reporter:  Tracy Weir

---

**Criminal Action No.  10-cr-00317-REB**

<u>Parties:</u>                                    <u>Counsel:</u>

UNITED STATES OF AMERICA,                         Kenneth Harmon
                                                  Kevin Sweeney
          Plaintiff,

v.

1. CURTIS L. MORRIS,                              Lisa Wayne
2. RICHARD KELLOGG ARMSTRONG,                     *Pro Se*, with David Owen, Advisory
                                                  Counsel
          Defendants.

---

### COURTROOM MINUTES

---

**Trial to Jury - Day Three**

**8:46 a.m.   Court in session.**

Defendants are present in custody.

Also seated at government's table is Greg Flynn, IRS Special Agent.

Jury is not present.

Discussion between the Court and counsel regarding Defendant Morris's Oral Motion to Exclude, Limit, or Postpone the Testimony of Mr. Steven Broughton, or to Suspend and Continue the Trial to Facilitate the Retention of an Expert.

**ORDERED:**   Defendant Morris's Oral Motion to Exclude, Limit, or Postpone the
               Testimony of Mr. Steven Broughton, or to Suspend and Continue the Trial

"ACCEPTED"
Richard Kellogg Armstrong
MAY 7, 2013 CE

to Facilitate the Retention of an Expert is DENIED.

**ORDERED:** Ms. Wayne's Oral Motion for Extension of Time to have an Expert Present During Mr. Broughton's Testimony is GRANTED IN PART AND DENIED IN PART. To the extent the oral motion seeks the opportunity to have an expert present, that portion of the motion is granted. To the extent the motion seeks a suspension or continuance of the trial to facilitate those arrangements, that portion of the motion is denied.

**8:57 a.m.**     **Court in recess.**

**9:09 a.m.**     **Court in session.**

Jury is present.

Mr. Broughton resumes the witness stand.

9:11 a.m.     Continued direct examination by Mr. Harmon.

9:25 a.m.     Mr. Broughton identifies Defendant Morris in the courtroom.

**Exhibits Identified:**     Government's Exhibit 521, Government's Exhibit 517, Government's Exhibit 522, Government's Exhibit 772

**Exhibits Admitted:**     Government's Exhibit 521, Government's Exhibit 517, Government's Exhibit 522, Government's Exhibit 772

**10:31 a.m.**     **Court in recess.**

**10:48 a.m.**     **Court in session.**

10:51 a.m.     Jury is present.

10:51 a.m.     Continued direct examination by Mr. Harmon.

**Exhibits Identified:**     Government's Exhibit 773, Government's Exhibit 774A, Government's Exhibit 774B, Government's Exhibit 774C, Government's Exhibit 774D, Government's Exhibit 775, Government's Exhibit 511, Government's Exhibit 512

**Exhibits Admitted:**     Government's Exhibit 773, Government's Exhibit 774A, Government's Exhibit 774B, Government's Exhibit 774C, Government's Exhibit 774D, Government's Exhibit 775, Government's Exhibit 511, Government's Exhibit 512

11:59 a.m.     Court addresses the jury panel regarding conduct during the lunch recess.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MAY 7, 2013 CE*

| | |
|---|---|
| **12:00 p.m.** | **Court in recess.** |
| **1:23 p.m.** | **Court in session.** |

Jury is present.

| | |
|---|---|
| 1:25 p.m. | Continued direct examination by Mr. Harmon. |

**Exhibits Identified:**   Government's Exhibit 301J, Government's Exhibit 514, Government's Exhibit 510, Government's Exhibit 513, Government's Exhibit 776A, Government's Exhibit 776B, Government's Exhibit 771, Government's Exhibit 525, Government's Exhibit 533, Government's Exhibit 532A, Government's Exhibit 532B, Government's Exhibit 532C, Government's Exhibit 532D, Government's Exhibit 532E

**Exhibits Admitted:**   Government's Exhibit 301J, Government's Exhibit 514, Government's Exhibit 510, Government's Exhibit 513, Government's Exhibit 776A, Government's Exhibit 776B, Government's Exhibit 771, Government's Exhibit 525, Government's Exhibit 533, Government's Exhibit 532A, Government's Exhibit 532B, Government's Exhibit 532C, Government's Exhibit 532D, Government's Exhibit 532E

| | |
|---|---|
| **3:01 p.m.** | **Court in recess.** |
| **3:20 p.m.** | **Court in session.** |

Jury is present.

| | |
|---|---|
| 3:21 p.m. | Continued direct examination by Mr. Harmon. |

**Exhibits Identified:**   Government's Exhibit 303A, Government's Exhibit 303B, Government's Exhibit 770, Government's Exhibit 519, Government's Exhibit 528, Government's Exhibit 207, Government's Exhibit 807, Government's Exhibit 515, Government's Exhibit 303A.1

**Exhibits Admitted:**   Government's Exhibit 303A, Government's Exhibit 303B, Government's Exhibit 770, Government's Exhibit 519, Government's Exhibit 528, Government's Exhibit 207, Government's Exhibit 807, Government's Exhibit 515, Government's Exhibit 303A.1

**ORDERED:**   The Court requires Mr. Broughton to complete his testimony tomorrow morning at 8:30 a.m.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MAY 7, 2013 CE*

| | |
|---|---|
| 4:51 p.m. | Court advises jury regarding admonitions of trial. Trial will resume tomorrow at 8:15 a.m. with counsel and at 8:30 a.m. with the jury. |
| 4:52 p.m. | Jury excused. |

Discussion between Court and counsel regarding the start time of tomorrow's proceedings.

**ORDERED: Defendants are remanded to the custody of the United States Marshal.**

**4:53 p.m.    Court in recess.**

Total time in court:  5:56

Trial continued.