# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seven      Month: Five      Year: 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 0 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 497 Filed 04/24/12 USDC Colorado Page 1 of 4 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S MEMORANDUM IN SUPPORT OF REVISED NON-STIPULATED AND SUPPLEMENTAL JURY INSTRUCTIONS 1, Page 2 of 4 2, Page 3 of 4 John F. Walsh s/ Kevin F. Sweeney 3, Page 4 of 4 CERTIFICATE OF SERVICE Lisa Monet Wayne David L. Owen s/ Kevin F. Sweeney 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California


Attachment: "supra"

"ACCEPTED"
*Richard Kellogg Armstrong*
MAY 7, 2013 CE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

           Plaintiff,

v.

1.   CURTIS L. MORRIS, and
2.   RICHARD KELLOGG ARMSTRONG,

           Defendants.

---

### GOVERNMENT'S MEMORANDUM IN SUPPORT OF REVISED NON-STIPULATED AND SUPPLEMENTAL JURY INSTRUCTIONS

---

The United States of America, by and through its undersigned counsel, hereby submits its memorandum in support of its revision to three proposed jury instructions previously filed on April 2, 2012 and its tender of two supplemental jury instructions based upon the evidence presented at trial. A copy of these instructions have been submitted to chambers of the Court and defense counsel. Based upon Armstrong's *pro se* status, stipulated instructions are not feasible. Accordingly, the Government considers all of its instructions to be non-stipulated.

### NON-STIP G INSTRUCTION NO. 20 (Revised)
### STATUTE DEFINING THE OFFENSE CHARGED
### CONSPIRACY TO DEFRAUD THE GOVERNMENT WITH RESPECT TO CLAIMS
### [18 U.S.C. § 286]

There has been evidence presented during this trial that the two defendants had different roles in the conspiracy. This revised instruction incorporates additional language from sections 30.05 and 31.04 from O'Malley et al., Federal Jury Practice and Instructions, regarding what the

"ACCEPTED"
Richard Kellogg Armstrong
May 7, 2013 CE

Government is and is not required to prove regarding agreements among co-conspirators. These revisions will assist the jury in assessing and evaluating facts related to the charged conspiracy count.

### NON-STIP G INSTRUCTION NO. 22 (Revised)
### STATUTE DEFINING THE OFFENSE CHARGED
### MAIL FRAUD
### [18 U.S.C. § 1341]

During opening statements, the defense stated that the defendants may have been confused by the fact that sometimes the IRS paid out tax refunds to clients of the scheme while others times they did not. This revised instruction adds language from the use note from the 2005 Tenth Circuit Pattern Jury Instructions stating that the success of the scheme to defraud alleged in the mail fraud scheme is inconsequential. These revisions will assist the jury in assessing and evaluating evidence related to the mail fraud count.

### NON-STIP G INSTRUCTION NO. 24 (Revised)
### MONETARY TRANSACTIONS IN CRIMINALLY DERIVED PROPERTY
### [18 U.S.C. § 1957]

The Tenth Circuit does not have a pattern jury instruction for 18 U.S.C. § 1957. After further consideration, the Government believes that this instruction from the Eleventh Circuit Pattern Jury Instructions will better assist the jury in assessing and evaluating the evidence related to the money laundering counts.

### NON-STIP G SUPPLEMENTAL INSTRUCTION NO. 1
### MOTIVE - EXPLAINED

There has been evidence presented during this trial that the defendants may have filed false tax returns to get money from commercial banks. This instruction has been crafted from a

"ACCEPTED"
*/s/ Richard Kellogg (signature)*
May 7, 2013 CE

combination of comments from the Tenth Circuit Pattern Jury Instructions and O'Malley et al., Federal Jury Practice and Instructions, and will assist the jury in understanding the difference between the defendants' motive for filing false tax returns and their knowledge and intent regarding the falsity of the claims they submitted.

### NON-STIP G SUPPLEMENTAL INSTRUCTION NO. 2
### CONSPIRATOR'S LIABILITY FOR SUBSTANTIVE CRIMES
### COMMITTED BY CO-CONSPIRATORS; CONSPIRACY CHARGED-ELEMENTS

There has been evidence presented during this trial to support a finding that the defendants have Pinkerton liability for several substantive false claims counts. This instruction has been taken from the Seventh Circuit Pattern Jury Instructions and will assist the jury in understanding when a co-conspirator is responsible for substantive offenses committed by his fellow con-conspirators.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

s/Kevin F. Sweeney
By: Kevin F. Sweeney
Trial Attorney
Tax Division
U.S. Department of Justice

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*May 7, 2013 CR*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2012, I electronically filed the foregoing **GOVERNMENT'S MEMORANDUM IN SUPPORT OF REVISED NON-STIPULATED AND SUPPLEMENTAL JURY INSTRUCTIONS** with the Clerk of the Court using the CM/ECF, which will send notification to counsel listed below.

Lisa Monet Wayne
lmoney20@aol.com

David L. Owen
davidowen@lodopc.com

By:   s/ *Kevin F. Sweeney*
      KEVIN F. SWEENEY
      Trial Attorney

4