# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Seven          Month: Five  FILED          Year: 2013 C.E.

**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**MAY 1 0 2013**

JEFFREY P. COLWELL
**CLERK**

**In reply to:** "Case 1:10-cr-00317-REB Document 503 Filed 04/27/12 USDC Colorado Page 1
of 1 CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT(Rev.01/08) REQUEST AND
AUTHORIZATION FOR TRANSCRIPT David Lee Owen, Jr. 04/27/2012"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of
  the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver,
     Colorado 80294-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE                                                          NNNOA

Case 1:10-cr-00317-REB   Document 503   Filed 04/27/12   USDC Colorado   Page 1 of 1

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MAY 7, 2013 CJE*

**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT** (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| COX | Richard Kellogg Armstrong | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 10-cr-00317-REB-02 | | |

| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE *(See Instructions)* |
|---|---|---|---|
| US v Morris | ☑ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | ☑ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

18 USC 1341.F - Fraud and Swindles

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

Entire Trial scheduled to commence April 9, 2012 - REAL TIME Reqeust

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*

Entire Trial - Real Time Request

| 14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A.   Apportioned Cost _____   % of transcript with *(Give case name and defendant)* | |
| B.  ☐ 14-Day   ☐ Expedited   ☐ Daily   ☐ Hourly   ☑ Realtime Unedited | |
| C.  ☐ Prosecution Opening Statement   ☑ Prosecution Argument   ☑ Prosecution Rebuttal<br>☐ Defense Opening Statement   ☑ Defense Argument   ☑ Voir Dire   ☑ Jury Instructions | |
| D.   In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

| 15.  ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation.  I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.<br><br>_Signature_   04/27/2012<br>Signature of Attorney         Date<br><br>David Lee Owen, Jr.<br>Printed Name<br>Telephone Number: _____<br>☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.<br><br>_____<br>Signature of Presiding Judge or By Order of the Court<br><br>_____        _____<br>Date of Order         Nunc Pro Tunc Date |

## CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S NAME AND MAILING ADDRESS |
|---|---|
| ☑ Official   ☐ Contract   ☐ Transcriber   ☐ Other | Tracy Weir<br>901 19th Street, Denver, CO 80294-3589 |

| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | Telephone Number:  (303) 298-1207 |
|---|---|

| 20.  TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____        Date _____

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

_____        _____
Signature of Attorney or Clerk         Date

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _____        _____<br>Signature of Judge or Clerk of Court         Date | |