# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seven    Month: Five    Year: 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 10 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 522 Filed 04/30/12 USDC Colorado Page 1 of 1 Case No. 10-cr-00317-REB STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION OF TRIAL EXHIBITS, TRANSCRIPTS, AND PAPERS Attorney for the Plaintiff Attorney for the Defendant Morris BY THE COURT: Robert Blackburn United States District Judge rev. 3/2/09"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*May 7, 2013 C/E*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. CURTIS L. MORRIS,
2. RICHARD KELLOGG ARMSTRONG,

       Defendants.

---

### STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION OF TRIAL EXHIBITS, TRANSCRIPTS, AND PAPERS

---

       Following the completion of trial, the parties stipulate:

       1. That counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at trial by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

       2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

       DATED at Denver, Colorado, this 30th day of April, 2012.

_____       _____
Attorney for the Plaintiff            Attorney for Defendant Morris

       IT IS ORDERED that the stipulation is approved and that its terms are implemented forthwith.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

*rev. 3/2/09*