# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seven        Month: Five        FILED        Year: 2013 C.E.
UNITED STATES DISTRICT COURT
DENVER, COLORADO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105        MAY 1 0 2013
901 19th Street
Denver, Colorado 80294-3589        JEFFREY P. COLWELL
                                              CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 528 Filed 05/07/12 USDC Colorado Page 1 of 4 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S MOTION TO PERMIT OUT OF TIME FILING OF GOVERNMENT'S RESPONSE TO DEFENDANT MORRIS'S OBJECTION TO GOVERNMENT CLOSING ARGUMENT AND REQUEST FOR MISTRIAL OR, IN THE ALTERNATIVE, A CURATIVE INSTRUCTION 1, Page 2 of 4 John F. Walsh 2, Page 3 of 4 s/ Kenneth M. Harmon Lisa M. Wayne, Esq. David L. Owen, ESQ. Richard Kellogg Armstrong s/ Kenneth M. Harmon 3, Page 4 of 4 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"

*"ACCEPTED"*
*Richard Kellogg (signature)*
*May 7, 2013 CR*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

           Plaintiff,

v.

1.     CURTIS L. MORRIS,

           Defendant.

---

**GOVERNMENT'S MOTION TO PERMIT OUT OF TIME FILING
OF GOVERNMENT'S RESPONSE TO DEFENDANT MORRIS'S
OBJECTION TO GOVERNMENT CLOSING ARGUMENT AND
REQUEST FOR MISTRIAL OR, IN THE ALTERNATIVE,
A CURATIVE INSTRUCTION**

---

The United State of America, by and through its undersigned counsel, moves this Court for permission to file out of time the accompanying pleading entitled "Government's Response to Defendant Morris's Objection to Government Closing Argument and Request for Mistrial Or, in the Alternative, a Curative Instruction" (hereinafter, "Defendant Morris's Objection and Motion"), filed with the Court as Docket Entry Number 505 in this case. In support of the motion, the government states as follows:

1.     On April 30, 2012, this Court directed the government to file a response to defendant Morris' Objection and Motion by close of business on May 7, 2012 (DE 516).[1]

2.     The accompanying proposed response to defendant Morris's Objection and

---

[1]    "DE __" refers to docket entries in this case.

*"ACCEPTED"*
*Richard Kellogg [signature]*
*MAY 7, 2013 CE*

Motion is being submitted for filing on May 7, 2012 but several hours after close of business.

3. Undersigned government counsel had to attend to a personal engagement outside of the office that affected his ability to file the accompanying response before the close of business on May 7, 2012.

4. On May 7, 2012, prior to close of business, undersigned counsel alerted counsel for defendant Morris, the proponent of the objection and motion, that it would be likely that undersigned counsel would not be able to file the government's response before close of business that day. Counsel for defendant Morris stated that she did not object, under the circumstances, to the filing of the response after the close of business.

3. Because the proposed response is being submitted on May 7th for filing, it will be available both to the Court and the defendants for review and consideration when business commences on May 8, 2012. Under the circumstances, the undersigned respectfully submits that no prejudice will result from accepting this pleading and that the Court's ability to decide defendant Morris's Objection and Motion will be facilitated by considering the response.

WHEREFORE, the United States respectfully requests that the Court grant this motion and permit the filing and consideration of the government's accompanying response to the defendant's motion styled "Defendant Morris's Objection to Government Closing Argument and Request for Mistrial Or, in the Alternative, a Curative Instruction" (DE 505).

Respectfully submitted,

JOHN F. WALSH
United States Attorney

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MAY 7, 2013  CIE*

> s/Kenneth M. Harmon
> By: Kenneth M. Harmon
> Assistant U.S. Attorney
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado 80202
> Tel. No. (303) 454-0100
> Fax No. (303) 454-0402
> E-mail: kenneth.harmon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which will send notification to counsel listed below.

Lisa M. Wayne, Esq.
Lmonet20@aol.com
Attorney for Defendant Curtis L. Morris

David L. Owen, Esq.
davidowen@lodopc.com
Advisory Counsel for Defendant Richard Kellogg Armstrong

And I hereby certify that I will cause a copy of the foregoing to be mailed, by U.S. Mail, to defendant Richard Kellogg Armstrong at the following address:

Richard Kellogg Armstrong
#20413-298
Englewood
Federal Correctional Institution
Inmate Mail/Parcels
9595 West Quincy Avenue
Littleton, CO 80123

> s/ Kenneth M. Harmon
> KENNETH M. HARMON
> Assistant United States Attorney
> U.S. Attorney's Office
> 1225 Seventeenth Street, Suite 700

3

"ACCEPTED"
Richard Kellogg Armstrong
MAY 7, 2013  C/E

Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov