# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seven     Month: Five     Year: 2013 C.E.

```
                    FILED
          UNITED STATES DISTRICT COURT
               DENVER, COLORADO

                MAY 10 2013

            JEFFREY P. COLWELL
                              CLERK
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 483 Filed 04/16/12 USDC Colorado Page 1 of 7 Date: April 16. 2012 COURTROOM MINUTES, Page 2 of 7, Page 3 of 7, Page 4 of 7, Page 5 of 7, Page 6 of 7, Page 7 of 7"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

             Sincerely,

             *Richard Kellogg Armstrong* (signature)
             Richard Kellogg Armstrong
             c/o 20413-298
             Federal Correctional Institution
             3600 Guard Road
             Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

"ACCEPTED"
Richard Kellogg Armstrong
MAY 7, 2013 CoZ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              April 16, 2012

Deputy Clerk:      Nel Steffens
Court Reporter:    Tracy Weir

**Criminal Action No. 10-cr-00317-REB**

<u>Parties:</u>                                    <u>Counsel:</u>

UNITED STATES OF AMERICA,                        Kenneth Harmon
                                                 Kevin Sweeney
       Plaintiff,

v.

1. CURTIS L. MORRIS,                             Lisa Wayne
2. RICHARD KELLOGG ARMSTRONG,                    *Pro Se*, with David Owen, Advisory
                                                 Counsel
       Defendants.

**COURTROOM MINUTES**

**Trial to Jury - Day Five**

**8:46 a.m.    Court in session.**

Defendants are present in custody.

Also seated at government's tables are IRS Special Agents, Greg Flynn and Wayne Stockley, and IRS Investigative Analyst, Becky Forristal.

Jury is not present.

8:48 a.m.      Jury is present.

8:49 a.m.      Government's witness, Harvey Rindt, called and sworn.

Direct examination by Mr. Sweeney.

"ACCEPTED"
Richard Kellogg Armstrong
May 7, 2013 CoE

Defendants decline the opportunity to conduct cross examination.

8:56 a.m.   Witness is excused and released from subpoena.

8:56 a.m.   Government's witness, Michael Cassell, called and sworn.

Direct examination by Mr. Harmon.

9:13 a.m.   Cross examination by Ms. Wayne.

Defendant Armstrong declines the opportunity to conduct cross examination.

9:17 a.m.   Witness is excused and released from subpoena.

9:17 a.m.   Government's witness, Lawrence Hayes, called and sworn.

Direct examination by Mr. Sweeney.

Defendants decline the opportunity to conduct cross examination.

9:26 a.m.   Witness is excused and released from subpoena.

9:26 a.m.   Government's witness, Norma Melendez, called and sworn.

Direct examination by Mr. Harmon.

Defendants decline the opportunity for cross examination.

9:45 a.m.   Witness is excused and released from subpoena.

9:46 a.m.   Government's witness, Michael Gorham, called and sworn.

Direct examination by Mr. Harmon.

Defendants decline the opportunity to conduct cross examination.

9:59 a.m.   Witness is excused and released from subpoena.

Government's witness, Angela Davidson, called and sworn.

Direct examination by Mr. Harmon.

**Exhibits Identified**: Government's Exhibit 302A, Government's Exhibit 302B, Government's Exhibit 302C, Government's Exhibit 302D

**Exhibits Admitted**: Government's Exhibit 302A, Government's Exhibit 302B,

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*May 7, 2013 CJE*

Government's Exhibit 302C, Government's Exhibit 302D

Defendants decline the opportunity to conduct cross examination.

10:28 a.m.   Witness is excused and released from subpoena.

**10:29 a.m.   Court in recess.**

**10:54 a.m.   Court in session.**

Jury is present.

10:55 a.m.   Government's witness, Russell Taylor, called and sworn.

Direct examination by Mr. Harmon.

Defendants decline the opportunity to conduct cross examination.

11:12 a.m.   Witness is excused and released from subpoena

11:13 a.m.   Paralegal, Wendy Anderson, enters the courtroom and joins counsel and defendants at defendants' table.

11:14 a.m.   Government's witness, Martha Koehler, called and sworn.

Direct examination by Mr. Harmon.

Defendants decline the opportunity to conduct cross examination.

11:25 a.m.   Witness is excused and released from subpoena

11:26 a.m.   Government's witness, Adriana Sobarnia, called and sworn.

Direct examination by Mr. Harmon.

**Exhibits Identified:** Government's Exhibit 311A, Government's Exhibit 311B, Government's Exhibit 311C, Government's Exhibit 340A, Government's Exhibit 340B, Government's Exhibit 340C

**Exhibits Admitted:** Government's Exhibit 311A, Government's Exhibit 311B, Government's Exhibit 311C

11:47 a.m.   Jury exits.

Court will hear argument regarding Mr. Morris' oral objection to the admission of Government's Exhibits 340A, 340B, and 340C.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MAY 7, 2013 CE*

Argument by Ms. Wayne.

Response by Mr. Harmon.

Rebuttal by Ms. Wayne.

Reply by Mr. Harmon.

Court's findings and conclusions.

**12:00 p.m.   Court in recess.**

**1:20 p.m.   Court in session.**

Jury is not present.

Court addresses its remarks, findings, conclusions, and orders to defendant Armstrong regarding the defendant's statements which the court has construed throughout this trial as non-responsive to the court's questions.

   **IT IS ORDERED** as follows:

   1. That in response to the question of the court whether a witness may be excused and/or released from subpoena, defendant Armstrong shall respond, if at all, with a simple yes or no; provided further, that defendant Armstrong may not respond with the statement, "I conditionally accept your offer on proof of claim that there is not a request before this court to continue these proceeding in accordance with the records," or other words to that effect;

   2. That in response to the question of the court whether defendant Armstrong has any objection to the admission of a specific exhibit, defendant Armstrong shall respond, if at all, with a simple yes or no; provided further, that if defendant Armstrong has an objection, then he may state his objection as directly and relevantly as practicable, but may not state his objection using the statement, "I conditionally accept your offer on proof of claim that there is not a request before this court to continue these proceeding in accordance with the records," or other words to that effect;

   3. That if defendant Armstrong violates the foregoing order, he shall be held in direct contempt of court;

   4. That as an initial sanction for any such direct contempt of court, the court, in addition to any other sanction available to the court, shall require defendant Armstrong to pay a fine of $500.00, which shall be doubled for any and each subsequent violation; that is, for a second violation, the fine shall be $1,000.00, that for a third violation the fine shall be $2,000.00, et cetera; and

"ACCEPTED"
*Richard Kellogg* (signature)
MAY 7, 2013 CE

  5. That the court reserves the right to require defendant Armstrong to state his position concerning the admission of a specific exhibit or the release of a specific witness with a simple yes or no communicated through his advisory counsel, Mr. Owen.

**1:30 p.m.**  **Court in recess.**

**1:36 p.m.**  **Court in session.**

Jury is present.

Witness Sobarnia has resumed the witness stand.

**Exhibits Admitted:** Government's Exhibit 340A, Government's Exhibit 340B, Government's Exhibit 340C

Defendants decline the opportunity to conduct cross examination.

1:50 p.m.  Witness is excused and released from subpoena.

1:52 p.m.  Jury exits.

Court addresses further remarks to defendant Armstrong.

  **IT IS ORDERED** as follows:

  6. That defendant Armstrong is now held in contempt of court; and

  7. That as a sanction for this direct contempt of court, defendant Armstrong, by close of business tomorrow, shall pay a fine of $500.00.

The court will certify its finding of contempt in a written order as required by Fed. R. Crim. P. 42.

Ms. Wayne orally renews defendant Morris' motion to sever.

The court will hear and consider the oral motion at the conclusion of testimony today.

2:00 p.m.  Jury enters.

2:01 p.m.  Government's witness, Bruce Reddick, called and sworn.

Direct examination by Mr. Sweeney.

2:08 p.m.  Cross examination by Ms. Wayne.

Defendant Armstrong declines the opportunity to conduct cross examination.

*"ACCEPTED"*
*Richard Kellogg [signature]*
*MAY 7, 2013 CE*

2:09 p.m.     Witness is excused and released from subpoena.

2:11 p.m.     Government's witness, Terry Gearhart, called and sworn.

Direct examination by Mr. Sweeney.

Defendants decline the opportunity to conduct cross examination.

2:24 p.m.     Witness is excused and released from subpoena.

2:25 p.m.     Government's witness, David Riordon, called and sworn.

Direct examination by Mr. Harmon.

**3:05 p.m.     Court in recess.**

**3:30 p.m.     Court in session.**

Jury is present.

Witness Riordon has resumed the witness stand.

Continued direct examination by Mr. Harmon.

**Exhibits Identified:** *Government's Exhibit 701, Government's Exhibit 702, Government's Exhibit 703A, Government's Exhibit 704A, Government's Exhibit 704B, Government's Exhibit  705A, Government's Exhibit 705B, Government's Exhibit 741A, Government's Exhibit 741B, Government's Exhibit 706, Government's Exhibit 707, Government's Exhibit 708, Government's Exhibit 709, Government's Exhibit 710, Government's Exhibit 714, Government's Exhibit 715, Government's Exhibit 716, Government's Exhibit 717, Government's Exhibit 718, Government's Exhibit 719, Government's Exhibit 720, Government's Exhibit 721, Government's Exhibit 722, Government's Exhibit 723, Government's Exhibit 724, Government's Exhibit 725, Government's Exhibit 726, Government's Exhibit 727, Government's Exhibit 728, Government's Exhibit 729, Government's Exhibit 730, Government's Exhibit 731, Government's Exhibit 732, Government's Exhibit 711, Government's Exhibit 751, Government's Exhibit 752, Government's Exhibit 753, Government's Exhibit 754, Government's Exhibit 755, Government's Exhibit 756, Government's Exhibit 757, Government's Exhibit 758, Government's Exhibit 759, Government's Exhibit 760, Government's Exhibit 713, Government's Exhibit 790, Government's Exhibit 791, Government's Exhibit 792, Government's Exhibit 793, Government's Exhibit 740, Government's Exhibit 208,*

**Exhibits Admitted:** *Government's Exhibit 701, Government's Exhibit 740, Government's Exhibit 208, Government's Exhibit 702, Government's Exhibit 703A,*

"ACCEPTED"
Richard Kellogg Armstrong
MAY 7, 2013 CE

4:40 p.m.     Court advises jury regarding admonitions of trial. Trial will resume tomorrow morning at 8:30 a.m.

4:42 p.m.     Jury exits.

Court addresses defendant Morris' oral (renewed) motion to sever.

Ms. Wayne declines opportunity for argument.

Mr. Harmon stands on the papers.

Court's findings and conclusions.

> **IT IS ORDERED** as follows:
>
> 8. That defendant Morris' oral (renewed) motion to sever is **DENIED**.

**4:52 p.m.     Court in recess.**

Total time in court:   05:50

Trial continued.