# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seven          Month: Five          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 0 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 477 Filed 04/12/12 USDC Colorado Page 1 of 5 Date: April 12, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

" ACCEPTED "
*Richard Kellogg Armstrong*
MAY 7, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             April 12, 2012

Deputy Clerk:     Emily Seamon
Court Reporter:   Tracy Weir

**Criminal Action No.  10-cr-00317-REB**

<u>Parties:</u>                              <u>Counsel:</u>

UNITED STATES OF AMERICA,                Kenneth Harmon
                                         Kevin Sweeney
         Plaintiff,

v.

1. CURTIS L. MORRIS,                     Lisa Wayne
2. RICHARD KELLOGG ARMSTRONG,            *Pro Se*, with David Owen, Advisory
                                         Counsel
         Defendants.

**COURTROOM MINUTES**

**Trial to Jury - Day Four**

**8:18 a.m.     Court in session.**

Defendants are present in custody.

Also seated at government's table is Greg Flynn, IRS Special Agent.

Jury is not present.

Discussion between the Court and counsel regarding an objection by Ms. Wayne in response to a question by the Government to Mr. Broughton regarding the interaction between Mrs. Broughton and Larry Hall during July 2009.  Discussion regarding whether the evidence of record is sufficient to support a conclusion that the alleged conspiracy was terminated as concerns Defendant Morris effective July 1, 2009.

*"ACCEPTED"*
*Richard Kellogg (presiding)*
*MAY 7, 2013 CE*

| | |
|---|---|
| 8:19 a.m. | Statement by Ms. Wayne. |
| 8:21 a.m. | Response by Mr. Harmon. |
| 8:29 a.m. | Reply by Ms. Wayne. |

**ORDERED:** Defendant Morris's objection is OVERRULED.

**8:32 a.m.     Court in recess.**

**8:41 a.m.     Court in session.**

Jury is present.

Mr. Broughton resumes the witness stand.

8:43 a.m.      Continued direct examination by Mr. Harmon.

**Exhibits Identified:**     *Government's Exhibit 518A*

8:52 a.m.      Jury excused.

Court asks Mr. Broughton to temporarily leave the courtroom.

8:53 a.m.      Statement by Ms. Wayne regarding her pending objection regarding Mr. Hall and Mr. Broughton's statements.

Response by Mr. Harmon.

**ORDERED:** Defendant Morris's objection is OVERRULED.

8:59 a.m.      Jury is present.

Mr. Broughton resumes the witness stand.

9:00 a.m.      Continued direct examination by Mr. Harmon.

**Exhibits Admitted:**     *Government's Exhibit 518A*

**Exhibits Identified:**    *Government's Exhibit 516, Government's Exhibit 526*

**Exhibits Admitted:**     *Government's Exhibit 516, Government's Exhibit 526*

9:35 a.m.      Cross examination by Ms. Wayne.

**Exhibits Identified:**    *Defendant Morris's Exhibit 7, Defendant Morris's Exhibit 4,*

*"ACCEPTED"*
*Richard Kellogg (signature)*
*May 7, 2013 CJZ*

Defendant Morris's Exhibit 5

**10:01 a.m.**   **Court in recess.**

**10:19 a.m.**   **Court in session.**

Jury is present.

10:20 a.m.   Continued cross examination by Ms. Wayne.

***Exhibits Identified:***   *Defendant Morris's Exhibit 41, Defendant Morris's Exhibit 6, Defendant Morris's Exhibit 2, Defendant Morris's Exhibit 4*

11:56 a.m.   Court addresses the jury panel regarding conduct during the lunch recess.

**11:56 a.m.**   **Court in recess.**

**1:19 p.m.**   **Court in session.**

Jury is present.

1:21 p.m.   Continued cross examination by Ms. Wayne.

1:37 p.m.   Ms. Wayne tenders Defendant Morris's Exhibit 39 to the Court.

***Exhibits Identified:***   *Defendant Morris's Exhibit 7, Defendant Morris's Exhibit 39, Defendant Morris's Exhibit 2, Defendant Morris's Exhibit 42*

***Exhibits Admitted:***   *Defendant Morris's Exhibit 39, Defendant Morris's Exhibit 42(for demonstrative purposes only)*

2:16 p.m.   Re-direct examination by Mr. Harmon.

***Exhibits Identified:***   *Defendant Morris's Exhibit 5, Government's Exhibit 534*

***Exhibits Admitted:***   *Government's Exhibit 534*

2:53 p.m.   Witness is excused and released from subpoena.

2:56 p.m.   Government's witness, Ken Baker, called and sworn.

Direct examination by Mr. Sweeney.

3:04 p.m.   Witness is excused and released from subpoena.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*May 7, 2013 CE*

| | |
|---|---|
| 3:04 p.m. | **Court in recess.** |
| 3:30 p.m. | **Court in session.** |

Jury is present.

| | |
|---|---|
| 3:32 p.m. | Government's witness, Marcia McCall, called and sworn. |
| 3:33 p.m. | Direct examination by Mr. Sweeney. |
| 3:42 p.m. | Witness is excused and released from subpoena. |
| 3:43 p.m. | Government's witness, Lonnie Peppin, called and sworn. |
| 3:44 p.m. | Direct examination by Mr. Sweeney. |
| 3:52 p.m. | Witness is excused and released from subpoena. |
| 3:53 p.m. | Government's witness, Ronnie Emery, called and sworn. |

Direct examination by Mr. Harmon.

| | |
|---|---|
| 3:59 p.m. | Cross examination by Ms. Wayne. |
| 4:01 p.m. | Re-direct examination by Mr. Harmon. |
| 4:02 p.m. | Witness is excused and released from subpoena. |
| 4:04 p.m. | Government's witness, Ann Cohenour, called and sworn. |

Direct examination by Mr. Harmon.

**Exhibits Identified:**   Government's Exhibit 350A, Government's Exhibit 350B, Government's Exhibit 351, Government's Exhibit 350C

**Exhibits Admitted:**   Government's Exhibit 350A, Government's Exhibit 350B, Government's Exhibit 351, Government's Exhibit 350C

| | |
|---|---|
| 4:21 p.m. | Cross examination by Ms. Wayne. |

**Exhibits Identified:**   Government's Exhibit 352

**Exhibits Admitted:**   Government's Exhibit 352

| | |
|---|---|
| 4:33 p.m. | Re-direct examination by Mr. Harmon. |

*"ACCEPTED"*
*Richard Kellogg [signature]*
*MAY 7, 2013 CJE*

| | |
|---|---|
| 4:40 p.m. | Witness is excused and released from subpoena. |
| 4:41 p.m. | Government's witness, Amy Robinson, called and sworn. |

Direct examination by Mr. Sweeney.

| | |
|---|---|
| 4:47 p.m. | Witness is excused and released from subpoena. |
| 4:48 p.m. | Court advises jury regarding admonitions of trial. Trial will resume Monday morning at 8:30 a.m. |

**ORDERED: Defendants are remanded to the custody of the United States Marshal.**

**4:49 p.m.   Court in recess.**

Total time in court:   6:15

Trial continued.