## NOTICE OF AND RESCISSION OF CONSTRUCTIVE
## NOTICE OF CONDITIONAL ACCEPTANCE

**NOTICE DATE:** Day Seven          Month Five          Year 2013 C.E.

```
                                    FILED
                           UNITED STATES DISTRICT COURT
                               DENVER, COLORADO
```

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
901 19th Street, Room A-105          MAY 10 2013
Denver, Colorado 80294-3589
                                     JEFFREY P. COLWELL
                                              CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 586 Filed 08/13/12 USDC Colorado Page 1 of 9 Richard K Armstrong, 2 EXHIBIT 1, 3 NOTICE Date: 9 August, 2012, 4 Richard K Armstrong, 5, 6 AFFIDAVIT OF NEGATIVE AVERMENT, 7 Richard K Armstrong, 8, 9 of 9 August 9, 2012 Benton Hall"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature "Richard K Armstrong" and the Original "Caes 1:10-cr-00317-REB Document 586 Filed 08/13/12 USDC Colorado Page 1 of 9 Richard K Armstrong, 2 EXHIBIT 1, 3 NOTICE Date: 9 August, 2012, 4 Richard K Armstrong, 5, 6 AFFIDAVIT OF NEGATIVE AVERMENT, 7 Richard K Armstrong, 8, 9 of 9 August 9, 2012 Benton Hall" including every copy bearing my signature and date, for cause. I made a mistake Producing, certifying, signing, having notarized and presenting the CONSTRUCTIVE NOTICE OF CONDITONAL ACCEPTANCE. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                                        Sincerely

                                        *[signature]*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc California

Offeree:
Richard Kellogg Armstrong
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the U.S.
Phone: (480) 319-1552
Email: benton.private@gmail.com

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 13 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In RE:
UNITED STATES OF AMERICA
    Plaintiff,
v.

1. CURTIS L. MORRIS,
2. RICHARD KELLOGG ARMSTRONG, and
3. LARRY RAY HALL
    Defendant.

Criminal Case No. 10-cr-00317-REB (s)

CONSTUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE

Notice is hereby given that a **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE** in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, a copy attached hereto as "EXHIBIT 1" is given to United States of America via Kenneth Mark Harmon, c/o 1225 17th Street East, Seventeenth Street Plaza, #700, Denver, CO 80202, this 8th day of August A.D. 2012.

    Executed without the United States of America, Denver County, Colorado Republic, this ninth day of the eighth month in the year of our Lord, two-thousand and twelve.

In Witness Whereof, I have hereunto set my hand and seal.

                            *Richard K. Armstrong* (signature)
                            Richard Kellogg Armstrong, Secured Party Creditor
                            Executive Trustee for the Trust
                            RICHARD KELLOGG ARMSTRONG

# EXHIBIT 1



Case #PR-2012-0330-A

Offeree:
    Richard Kellogg Armstrong
    c/o Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona [85213]
    Non-Domestic without U.S.
    Phone: (480) 319-1552
    Email: benton.private@gmail.com

**CERTIFIED COPY**
I hereby certify the foregoing document to which this seal has been affixed consisting of _____05_____ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: _Benton Hall_
Date: _August 9, 2012_

(THIS STAMP MUST BE RED)

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL--- NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# NOTICE
## CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE

Date:   9 August 2012

To:    Offeror:
      **UNITED STATES OF AMERICA**
      Via **Kenneth Mark Harmon**
      U.S. Attorney's Office-Denver
      c/o 1225 17th Street East
      Seventeenth Street Plaza, #700
      Denver, CO 80202
      Phone: (303) 454-0100
      Fax: (303) 454-0402
      Email: kenneth.harmon@usdoj.gov
      **Service by: USPS "Certificate of Mailing" (PS Form 3877)**

Re:   Hearing dated August 10, 2012.

Comes now Richard Kellogg Armstrong, as Paramount Security Interest holder in all property and collateral both registered and unregistered belonging to the Defendant, RICHARD KELLOGG ARMSTRONG, and also an Accommodation Party, hereinafter "Offeree". The Offeree is in receipt of Hearing dated August 10, 2012, hereinafter "Offer", from UNITED STATES OF AMERICA, Via Kenneth Mark Harmon, c/o 1225 17th Street East, Seventeenth Street Plaza, #700, Denver, CO 80202, hereinafter "Offeror".

Case #PR-2012-0330-A

The Offeree conditionally accepts the Offeror's Offer upon proof of claim that:

1. The hearing dated August 10, 2012 is not merely for the purpose for the Moving Party/prosecutor to present the genuine charging /accusatory instrument in Criminal Case No. 1:10-cr-00317-REB against RICHARD KELLOGG ARMSTRONG for the Offeree's inspection and execution, so as to not trespass upon the Offeree's God-given unalienable rights and constitutional safeguards and protections, making the Offer moot;

2. Refusal/acceptance of the Offeree's "tender of payment of the obligation to pay the instrument" in this case does not constitute "discharge" in accordance with the commercial code of the state and constitutional safeguards and protections.

3. The Plaintiff appear and Show Cause, why tender of payment of the obligation to pay the instrument for setoff, settled, and closure the matter and endorsement of the check for cashing to setoff the account that the obligation to pay the instrument is not NOW discharged and show cause why the collateral should not be discharged immediately or in the alternative the Plaintiff/Moving Party should not incur damages and penalties personally in the amount of $100,000.00 United States dollars per day overdue and owing for kidnapping, violation of the 2nd thirteenth article in amendment to the United states constitution consisting of involuntary servitude, malversation, stultification, barratry, harassment, delay, and false imprisonment.

Thank you for your assistance in this matter.

*Richard K. Armstrong*
Authorized Representative

Please direct responses to third party public witness:

Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the U.S
Phone: (480) 319-1552
Email: benton.private@gmail.com

Case #PR-2012-0330-A
cc:

| | |
|---|---|
| **Martha Ann Paluch** | **Tonya Shotwell Andrews** |
| c/o U.S. Attorney's Office-Denver | c/o U.S. Attorney's Office-Denver |
| 1225 17th Street East | 1225 17th Street East |
| Seventeenth Street Plaza #700 | Seventeenth Street Plaza #700 |
| Denver, CO 80202 | Denver, CO 80202 |
| Phone: (303) 454-0100 | Phone: (303) 454-0100 |
| Fax: (303) 454-0402 | Fax: (303) 454-0402 |
| Email: Martha.Paluch@usdoj.gov | Email: Tonya.Andrews@usdoj.gov |

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

**Kevin F. Sweeney**
c/o U.S. Dept. of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**CLERK OF COURT (Criminal Case No. 1:10-cr-00317-REB)**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

**All serviced by: USPS "Certificate of Mailing" (PS Form 3877).**

Case #PR-2012-0330-A

# AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT

The Offeree Affiant, Richard Kellogg Armstrong, hereinafter "Affiant", does solemnly affirm, declare and state as follows:

1. Affiant is competent to state the matters set forth herein;

2. Affiant has knowledge of the facts stated herein;

3. All the facts herein stated are true, correct and complete, admissible as evidence. If called upon as a witness, Affiant will testify to their veracity;

4. There is no evidence that the Offeree is not a friend of THIS COURT, and Affiant believes none exists;

5. There is no evidence that does not come now Richard Kellogg Armstrong, as Paramount Security Interest holder in all property and collateral both registered and unregistered belonging to the Defendant, RICHARD KELLOGG ARMSTRONG, and also an Accommodation Party, hereinafter "Offeree". The Offeree is in receipt of Hearing dated August 10, 2012, hereinafter "Offer", from UNITED STATES OF AMERICA, Via Kenneth Mark Harmon, c/o 1225 17th Street East, Seventeenth Street Plaza, #700, Denver, CO 80202, hereinafter "Offeror", and Affiant believes none exists;

6. There is no evidence that the hearing dated August 10, 2012 is not merely for the purpose for the Moving Party/prosecutor to present the genuine charging/accusatory instrument in Criminal Case No. 1:10-cr-00317-REB against RICHARD KELLOGG ARMSTRONG for the Offeree's inspection and execution, so as to not trespass upon the Offeree's God-given unalienable rights and constitutional safeguards and protections, making the Offer moot, and Affiant believes none exists;

7. There is no evidence that the Refusal/acceptance of the Offeree's "tender of payment of the obligation to pay the instrument" in this case does not constitute "discharge" in accordance with the commercial code of the state and constitutional safeguards and protections, and Affiant believes none exists;

8. There is no evidence that the Plaintiff appear and Show Cause, why tender of payment of the obligation to pay the instrument for setoff, settled, and closure the matter and endorsement of the check for cashing to setoff the account that the obligation to pay the instrument is not NOW discharged and show cause why the collateral should not be discharged immediately or in the alternative the Plaintiff/Moving Party should not incur damages and penalties personally in the amount of $100,000.00 United States dollars per day overdue and owing for kidnapping, violation of the 2nd thirteenth article in amendment to the United states constitution consisting of involuntary

Case #PR-2012-0330-A

servitude, malversation, stultification, barratry, harassment, delay, and false imprisonment, and Affiant believes none exists.

Thank you for your assistance in this matter.

# Commercial Affirmation and Verification

Denver County            )
Colorado Republic        ) affirmed and subscribed:
United States of America )

I, Richard Kellogg Armstrong, Secured Party Creditor, under my unlimited liability and Commercial Affirmation, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

In Witness Whereof, I have hereunto set my hand and seal.

_Richard K. Armstrong_
Richard Kellogg Armstrong, Secured Party Creditor
ALL RIGHTS RESERVED

Case #PR-2012-0330-A

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to

**UNITED STATES OF AMERICA**
Via **Kenneth Mark Harmon**
U.S. Attorney's Office-Denver
c/o 1225 17th Street East
Seventeenth Street Plaza, #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

cc:

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

**Kevin F. Sweeney**
c/o U.S. Dept. of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**All serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

hereinafter "Recipients", to the documents and sundry papers pertaining to a certain Hearing dated August 10, 2012 as follows:

Case #PR-2012-0330-A

1. NOTICE: **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE** dated 9 August 2012 (5 leaves), and;

2. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated August 9, 2012 (signed original on file) (2 leaves).

These mailings contained a total of seven (7) leaves each. They were sent via the United States Postal Service under the control and direction of the USPS "Certificate of Mailing" (PS Form 3877) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

<u>August 9, 2012</u>

DATE

Notary

Benton Hall

3546 East Presidio Circle

Mesa, Arizona [85213]

Phone: (480) 319-1552

Email: benton.private@gmail.com

*Benton Hall*
*Notary Public - Arizona*
*Maricopa County*
*My Commission Expires*
*September 30, 2014*

---

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant*. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.