NOTICE OF AND RESCISSION OF NOTICE NOTICE OF MISTAKE
OF OMISSION TO FILE 1099A and 1096

NOTICE DATE: Day Seven          Month Five          Year 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 10 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 562 Filed 06/19/12 USDC Colorado Page 1 of 5 NOTICE NOTICE OF MISTAKE OF OMISSION TO FILE 1099A and 1096 Richard K Armstrong, Page 2 of 5, Page 3 of 5 NOTARY'S CERTIFICATE OF SERVICE Page 1 of 2, Page 4 of 5 June 14, 2012 NOTARY'S CERTIFICATE OF SERVICE Page 2 of 2, Page 5 of 5"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy bearing my signature "Richark K Armstrong" for cause. I made a mistake creating, signing, filing and presenting the NOTICE NOTICE OF MISTAKE OF OMISSION TO FILE 1099A and 1096. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: 1)Proverbs 6:1 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT COLORADO Judge, Robert E. Blackburn, 901 19th Street Denver, Colorado
    80294-3589
cc: UNITED STATES DISTRICT COURT COLORADO 901 19th Street Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE NOTICE OF MISTAKE OF OMISSION TO FILE 1099A and 1096 FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on May 7, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Gregory C. Langham, Clerk of the Court, 901 19th Street, Room A-105 Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

Undersigned:
Richard Kellogg Armstrong
c/o Benton Hall, Notary Public
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-Domestic without the United States
Phone: (480) 319-1552
Email: Benton.private@gmail.com

**CERTIFIED COPY**
I hereby certify the foregoing document to which this seal has been affixed consisting of __01__ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.
By: _Benton Hall_
Date: _June 14, 2012_
(THIS STAMP MUST BE RED)

THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE OF MISTAKE OF OMISSION
## TO FILE 1099A and 1096

Date of Notice: *Nunc pro tunc* to April 2, 2012

Notice for:  **Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19TH Street
Denver, Colorado 80294

Service by:  **USPS "Certificate of Mailing" (PS Form 3877)**

Re:  Criminal Case No. 1:10-cr-00317-REB, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG). Omission of 1099A Form B. (Acquisition or Abandonment of Secured Property)

Comes now, the Undersigned, Richard Kellogg Armstrong as Paramount Security Interest holder in all property and collateral both registered and unregistered belonging to RICHARD KELLOGG ARMSTRONG The Undersigned has omitted a certain 1099A Form (Acquisition or Abandonment of Secured Property) in the original presentment of "Notice of Tender for Setoff and a Request Regarding A Statement of Account". For this mistake and omission of the proper form for an abandonment of funds that was to be included in the original presentment, the Undersigned has but two words, "Forgive Me". Attached hereto is the 1099A "Copy B For Borrower" to be included in the Administrative Record. Thank you for your assistance to amend the filing of the original presentment with this 1099A "Copy B For Borrower" in this matter.

_Richard K Armstrong_
Authorized Representative

☐ CORRECTED (if checked)

**LENDER'S name, street address, city, state, ZIP code, and telephone no.**
Richard Kellogg Armstrong
1642 N. McCulloch Blvd #391
Lake Havasu City, AZ 86403
(714) 442-0527

**LENDER'S federal identification number:** ***-**-7153

**BORROWER'S identification number:**

**BORROWER'S name:** THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, By: CHIEF FINANCIAL OFFICER, TRUSTEE/FIDUCIARY

**Street address (including apt. no.):** 901 19th STREET

**City, state, and ZIP code:** DENVER, COLORADO 80294

**Account number (see instructions):** Case No. 1:10-cr-00317-REB

**OMB No. 1545-0877**
**2012**
**Form 1099-A**

**Acquisition or Abandonment of Secured Property**

1 Date of lender's acquisition or knowledge of abandonment: 03/30/2012
2 Balance of principal outstanding: $3,300,000.00
3
4 Fair market value of property: $3,300,000.00
5 If checked, the borrower was personally liable for repayment of the debt ☐
6 Description of property: Receipt for THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO SUPERSEDING INDICTMENT Set off

**Copy B For Borrower**
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-A**     (keep for your records)     Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

[Second blank Form 1099-A Acquisition or Abandonment of Secured Property, 2012, OMB No. 1545-0877, Copy B For Borrower — all fields blank]

Form **1099-A**     (keep for your records)     Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

[Third blank Form 1099-A Acquisition or Abandonment of Secured Property, 2012, OMB No. 1545-0877, Copy B For Borrower — all fields blank]

Form **1099-A**     (keep for your records)     Department of the Treasury - Internal Revenue Service

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19TH Street
Denver, Colorado 80294

cc:

**Kenneth Mark Harmon**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

**Kevin F. Sweeney**
c/o U.S. Department of Justice –DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

**All serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

hereinafter "Recipients," the documents and sundry papers pertaining to a certain Criminal Case No. 1:10-cr-00317-REB, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG) as follows:

1. **NOTICE: NOTICE OF MISTAKE OF MISSION TO FILE 1099A and 1096** dated *nunc pro tunc* to April 2, 2012 (1 leaf);

2. **COPY:** 1099A (Acquisition or Abandonment of Secured Property) (1 leaf), and;

3. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated June 14, 2012, (signed original on file) (2 leaves).

These mailings contained a total of four (4) leaves each. They were sent via the United States Postal Service under the control and direction of the USPS "Certificate of Mailing" (PS Form 3877) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to

the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

**June 14, 2012**                                                    _____

DATE                                                                 Notary

                                                                     Benton Hall,

                                                                     3546 East Presidio Circle

                                                                     Mesa, Arizona [85213]

                                                                     Phone: (480) 319-1552

                                                                     Email: benton.private@gmail.com

---

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

---

