# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seven     Month: Five     FILED     Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

MAY 1 0 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 501 Filed 04/24/12 USDC Colorado Page 1 of 5 Date: April 24, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong* (signature)

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MAY 7, 2013 CE*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

| | |
|---|---|
| Date: | April 24, 2012 |
| Deputy Clerk: | Nel Steffens |
| Court Reporter: | Tracy Weir |

**Criminal Action No. 10-cr-00317-REB**

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
| | Kevin Sweeney |
| Plaintiff, | |
| v. | |
| 1. CURTIS L. MORRIS, | Lisa Wayne |
| 2. RICHARD KELLOGG ARMSTRONG, | *Pro Se*, with David Owen, Advisory Counsel |
| Defendants. | |

## COURTROOM MINUTES

**Trial to Jury - Day Ten**

**8:41 a.m.    Court in session.**

Jury is present.

Defendants are present in custody.

Also seated at government's tables are IRS Special Agents, Greg Flynn and Wayne Stockley, and IRS Investigative Analyst, Becky Forristal. Also seated at defendants' table is paralegal, Wendi Anderson.

Government's witness Flynn has resumed the witness stand.

Continued direct examination by Mr. Harmon.

*"ACCEPTED"*
*Richard Kellogg [signature]*
*MAY 7, 2013 CE*

| | |
|---|---|
| **Exhibits Identified:** | Government's Exhibit 404, Government's Exhibit 1103, Government's Exhibit 312A, Government's Exhibit 312B, Government's Exhibit 312C, Government's Exhibit 312D, Government's Exhibit 312E, Government's Exhibit 312F, Government's Exhibit 312G, Government's Exhibit 312H, Government's Exhibit 312I, Government's Exhibit 312J, Government's Exhibit 312K, Government's Exhibit 312L, Government's Exhibit 312M, Government's Exhibit 330A, Government's Exhibit 330B, Government's Exhibit 330C, Government's Exhibit 330D, Government's Exhibit 330E, Government's Exhibit 330F, Government's Exhibit 1102A, Government's Exhibit 1102B, Government's Exhibit 1202, Government's Exhibit 1203, Government's Exhibit 1204 |
| **Exhibits Admitted:** | Government's Exhibit 404, Government's Exhibit 1103, Government's Exhibit 312A, Government's Exhibit 312B, Government's Exhibit 312C, Government's Exhibit 312D, Government's Exhibit 312E, Government's Exhibit 312F, Government's Exhibit 312G, Government's Exhibit 312H, Government's Exhibit 312I, Government's Exhibit 312J, Government's Exhibit 312K, Government's Exhibit 312L, Government's Exhibit 312M, Government's Exhibit 330A, Government's Exhibit 330B, Government's Exhibit 330C, Government's Exhibit 330D, Government's Exhibit 330E, Government's Exhibit 330F, Government's Exhibit 1102A, Government's Exhibit 1102B, Government's Exhibit 1202 (for demonstrative purposes only), Government's Exhibit 1203 (for demonstrative purposes only), Government's Exhibit 1204 (for demonstrative purposes only) |

9:48 a.m.   Jury exits.

Court addresses objections to the admission of Government's Exhibit 1205.

Argument by Ms. Wayne.

Response by Mr. Harmon.

Reply by Ms. Wayne.

Court's findings and conclusions.

**9:57 a.m.   Court in recess.**

**10:18 a.m.   Court in session.**

"ACCEPTED"
Richard Kellogg
MAY 7, 2013 US

**Exhibits Admitted:**     Government's Exhibit 1205 (for demonstrative purposes only)

10:49 a.m.     Cross examination by Ms. Wayne.

**Exhibits Identified:**     Defendant Morris' Exhibit 14

**11:57 a.m.     Court in recess.**

**1:19 p.m.     Court in session.**

Jury is present.

Witness Flynn has resumed the witness stand.

Continued cross examination by Ms. Wayne.

**Exhibits Identified:**     Government's Exhibit 195, Government's Exhibit 196, Government's Exhibit 303D, Government's Exhibit 524A, Government's Exhibit 523B, Government's Exhibit 523A, Defendant Morris' Exhibit 26, Defendant Morris' Exhibit 32, Defendant Morris' Exhibit 33, Defendant Morris' Exhibit 34, Defendant Morris' Exhibit 35

**Exhibits Admitted:**     Government's Exhibit 195, Government's Exhibit 196, Government's Exhibit 303D, Government's Exhibit 524A, Government's Exhibit 523B, Government's Exhibit 523A, Defendant Morris' Exhibit 26, Defendant Morris' Exhibit 32, Defendant Morris' Exhibit 33, Defendant Morris' Exhibit 34

**3:00 p.m.     Court in recess.**

**3:20 p.m.     Court in session.**

Jury is present.

Witness Flynn has resumed the witness stand.

Continued cross examination by Ms. Wayne.

**Exhibits Identified:**     Defendant Morris' Exhibit 28, Defendant Morris' Exhibit 45

**Exhibits Admitted:**     Defendant Morris' Exhibit 28

Defendant Armstrong declines the opportunity to conduct cross examination.

4:08 p.m.     Re-direct examination by Mr. Harmon.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*May 7, 2013 CE*

4:35 p.m. - 4:43 p.m.        Bench conference.

4:45 p.m.      Court advises jury regarding admonitions of trial.  Trial will resume tomorrow at 8:30 a.m.

**4:46 p.m.      Court in recess.**

Total time in court:   06:02

Trial continued.

"ACCIEPTED"
Richard Kellogg Armstrong
MAY 7, 2013 UE