# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seven          Month: Five          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 0 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 502 Filed 04/25/12 USDC Colorado Page 1 of 6 Date: April 25, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 6, Page 3 of 6, Page 4 of 6, Page 5 of 6, Page 6 of 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California


Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

"ACCEPTED"
Richard Kellogg Armstrong
MAY 7, 2013 CE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date: April 25, 2012

Deputy Clerk: Nel Steffens
Court Reporter: Tracy Weir

**Criminal Action No. 10-cr-00317-REB**

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
| | Kevin Sweeney |
| Plaintiff, | |
| v. | |
| 1. CURTIS L. MORRIS, | Lisa Wayne |
| 2. RICHARD KELLOGG ARMSTRONG, | *Pro Se*, with David Owen, Advisory Counsel |
| Defendants. | |

## COURTROOM MINUTES

**Trial to Jury - Day Eleven**

**8:41 a.m.    Court in session.**

Jury is present.

Defendants are present in custody.

Also seated at government's tables are IRS Special Agents, Greg Flynn and Wayne Stockley, and IRS Investigative Analyst, Becky Forristal. Also seated at defendants' table is paralegal, Wendi Anderson.

Government's witness Flynn has resumed the witness stand.

Continued re-direct examination by Mr. Harmon.

"ACCEPTED"
Richard Kellogg Armstrong
MAY 7, 2013 OE

8:43 a.m. - 8:51 a.m.   Bench conference.

Continued re-direct examination by Mr. Harmon.

9:02 a.m.   Witness is excused.

9:04 a.m.   Government's witness, John Maloney, called and sworn.

Direct examination by Mr. Harmon.

Defendants decline the opportunity to conduct cross examination.

9:14 a.m.   Witness is excused and released from subpoena.

9:14 a.m.   Government rests.

Court addresses jurors regarding mid-trial procedures.

9:15 a.m.   Jury exits.

Court states it will recess prior to mid-trial proceedings.

**9:16 a.m.   Court in recess.**

**9:26 a.m.   Court in session.**

Jury is not present.

Ms. Wayne, on behalf of defendant Morris, orally moves for judgment of acquittal pursuant to Rule 29.

9:46 a.m.   Response by Mr. Harmon.

Court's findings and conclusions.

   **IT IS ORDERED** as follows:

   1. That the mid-trial oral motion of defendant Morris for the entry of judgment of acquittal under Fed. R. Crim. P 29(a) is **DENIED**.

Court addresses defendant Morris' continuing renewed motion to sever.

Argument by Ms. Wayne.

Response by Mr. Harmon.

"ACCEPTED"
Richard Kellog Armstrong
MAY 7, 2013 CJE

Defendant Armstrong declines the opportunity to respond.

Court's findings and conclusions.

**IT IS ORDERED** as follows:

2. That defendant Morris' renewed oral motion to sever is **DENIED**.

9:59 a.m.   Statement by defendant Armstrong, including an oral motion to continue the trial for sixty days.

Defendant Morris declines the opportunity to respond.

Response by Mr. Harmon.

Court's findings and conclusions.

**IT IS FURTHER ORDERED** as follows:

3. That defendant Armstrong's oral motion to continue these proceedings for a term of sixty (60) days is **DENIED** on both procedural and substantive grounds.

Mr. Harmon states that there is an error in the Superseding Indictment which he intends to move to amend. Court directs him to make defendants aware of the motion to amend.

**10:07 a.m.   Court in recess.**

**10:29 a.m.   Court in session.**

10:29 a.m.   Defendant Morris rests.

10:30 a.m.   Defendant Armstrong rests.

10:30 a.m. - 10:33 a.m.   Bench conference.

10:33 a.m.   Court addresses jury regarding post-evidentiary procedures. Court also advises jury regarding admonitions of trial. Trial will resume as concerns the jury at 9:00 a.m. tomorrow.

10:37 a.m.   Jury exits.

Mr. Harmon orally moves to amend the Superseding Indictment to correct a typographical error in Counts 25 and 26. Argument by Mr. Harmon.

Court will hear responses from defendants this afternoon.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MAY 7, 2013 CE*

Ms. Wayne orally renews defendant Morris' motion for judgment of acquittal.

Defendant Armstrong declines the opportunity to respond.

Government rests on previous argument.

Court's findings and conclusions.

   **IT IS ORDERED** as follows:

   3. That the renewed oral motion of defendant Morris for the entry of judgment of acquittal under Fed. R. Crim. P 29(A) moved at the conclusion of the presentation of evidence is **DENIED.**

Court proposes reconvening this afternoon at 2:00 p.m. for a Charging Conference. Proposed jury instructions will be available for review by parties at 1:30 p.m.

**10:49 a.m.    Court in recess.**

**2:37 p.m.    Court in session.**

Court addresses the government's oral motion to amend the Superseding Indictment.

Response by Ms. Wayne.

Defendant Armstrong declines the opportunity to respond.

Reply by Mr. Harmon.

Court's findings and conclusions.

   **IT IS ORDERED** as follows:

   4. That the objections on behalf of defendant Morris are **OVERRULED**;

   5. That the oral motion of the government to amend the Superseding Indictment as to Counts 25 and 26 to indicate the alleged date as December rather than November, is **GRANTED**; and

   6. That the Superseding Indictment subsequently shall be amended accordingly.

Court addresses the government's oral motion that demonstrative exhibits go to the jury during their deliberations.

Argument by Mr. Harmon.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MAY 7, 2013 c/s*

Response by Ms. Wayne.

Defendant Armstrong declines the opportunity to respond.

Reply by Mr. Harmon.

Court's findings and conclusions.

   **IT IS ORDERED** as follows:

   7. That the government's oral motion to provide demonstrative exhibits to the jury during their deliberations is **DENIED**.

2:54 p.m.   Charging Conference commences.

4:02 p.m.   Charging Conference ends.

Discussion regarding time allotment for closing arguments.  Government shall have ninety (90) minutes for closing arguments; defendants Morris and Armstrong shall each have sixty (60) minutes for closing arguments.

Parties shall review admitted exhibits with the courtroom deputy clerk prior to the court's reconvening tomorrow at 8:15 a.m.

**4:08 p.m.   Court in recess.**

Total time in court:   03:05

Trial continued.

"ACCEPTED"
Richard Kellogg Armstrong
MAY 7, 2013 c/e