# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seven     Month: Five     Year: 2013 C.E.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 0 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 488 Filed 04/18/12 USDC Colorado Page 1 of 6 Date: April 18, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 6, Page 3 of 6, Page 4 of 6, Page 5 of 6, Page 6 of 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong* (signature)

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California


Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*May 7, 2013 CJE*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             April 18, 2012

Deputy Clerk:     Nel Steffens
Court Reporter:   Tracy Weir

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                     Kenneth Harmon
                                              Kevin Sweeney
    Plaintiff,

v.

1. CURTIS L. MORRIS,
2. RICHARD KELLOGG ARMSTRONG,                 Lisa Wayne
                                              *Pro Se*, with David Owen, Advisory
                                              Counsel
    Defendants.

**COURTROOM MINUTES**

**Trial to Jury - Day Seven**

**8:38 a.m.    Court in session.**

Defendants are present in custody.

Also seated at government's tables are IRS Special Agents, Greg Flynn, Wayne Stockley, and Becky Forristal. Also seated at defendants' table is paralegal, Wendi Anderson.

Jury is present.

Court addresses jury regarding previous limiting instructions.

**8:41 a.m.**    Government's witness, Kenneth Chafin, called and sworn.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*May 7, 2013 CE*

Direct examination by Mr. Harmon.

| | |
|---|---|
| **Exhibits Identified:** | Government's Exhibit 601, Government's Exhibit 602, Government's Exhibit 603 |
| **Exhibits Admitted:** | Government's Exhibit 601, Government's Exhibit 602, Government's Exhibit 603 |

9:55 a.m.     Jury exits.

Witness Chafin exits the courtroom.

Court addresses defendant Armstrong regarding continued inappropriate responses to the court's questions.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That defendant Armstrong is again found guilty of contempt of court committed in its presence;

    2. That as a sanction for this act of contempt, defendant Armstrong shall pay a fine of $8,000.00 to the Clerk of the Court on or before close of business tomorrow;

    3. That defendant Armstrong shall be incarcerated for a term of twenty (20) days to be served in addition to the previous sanction of incarceration for contempt of court imposed yesterday, in addition to any pretrial detention, and in addition to any sentence, if any, imposed on any conviction for any crime in this case; and

    4. That defendant Armstrong is again ordered, required, enjoined, and restrained to answer the direct and simple questions of the court with, at least initially, a simple yes or no.

**10:03 a.m.**     **Court in recess.**

**10:20 a.m.**     **Court in session.**

Jury is present.

Witness Chafin has resumed the witness stand.

Continued direct examination by Mr. Harmon.

| | |
|---|---|
| **Exhibits Identified:** | Government's Exhibit 604A, Government's Exhibit 604B, Government's Exhibit 605, Government's Exhibit 606, Government's Exhibit 606.1 |

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MAY 7, 2013* CE

**Exhibits Admitted:**   *Government's Exhibit 604A, Government's Exhibit 604B, Government's Exhibit 605, Government's Exhibit 606, Government's Exhibit 606.1*

11:10 a.m.   Cross examination by Ms. Wayne.

Defendant Armstrong declines the opportunity to conduct cross examination.

11:34 a.m.   Re-direct examination by Mr. Harmon.

11:47 a.m.   Witness is excused and released from subpoena.

11:49 a.m.   Government's witness, David Lissy, called and sworn.

Direct examination by Mr. Harmon.

**12:00 p.m.   Court in recess.**

**1:30 p.m.   Court in session.**

Jury is present.

Witness Lissy has resumed the witness stand.

Continued direct examination by Mr. Harmon.

**Exhibits Identified:**   *Government's Exhibit 505, Government's Exhibit 501, Government's Exhibit 500, Government's Exhibit 502, Government's Exhibit 503, Government's Exhibit 504, Government's Exhibit 179*

**Exhibits Admitted:**   *Government's Exhibit 501, Government's Exhibit 500, Government's Exhibit 502, Government's Exhibit 503, Government's Exhibit 504, Government's Exhibit 179*

2:35 p.m.   Cross examination by Ms. Wayne.

Defendant Armstrong declines the opportunity to conduct cross examination.

2:54 p.m.   Re-direct examination by Mr. Harmon.

2:58 p.m.   Witness is excused and released from subpoena.

**2:59 p.m.   Court in recess.**

**3:24 p.m.   Court in session.**

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MAY 7, 2013 CE*

Jury is present.

Government's witness, Pamela Meyer, called and sworn.

Direct examination by Mr. Sweeney.

**Exhibits Identified:** Government's Exhibit 400A, Government's Exhibit 400B, Government's Exhibit 400C, Government's Exhibit 1101A

**Exhibits Admitted:** Government's Exhibit 400A, Government's Exhibit 400B, Government's Exhibit 400C, Government's Exhibit 1101A

Defendants decline the opportunity to conduct cross examination.

4:00 p.m.    Witness is excused and released from subpoena.

4:01 p.m.    Government's witness, Lynn Anne Sheats, called and sworn.

Direct examination by Mr. Sweeney.

**Exhibits Identified:** Government's Exhibit 401A, Government's Exhibit 401B, Government's Exhibit 401C, Government's Exhibit 401D, Government's Exhibit 401E, Government's Exhibit 401F, Government's Exhibit 401G, Government's Exhibit 401H, Government's Exhibit 401I, Government's Exhibit 401J, Government's Exhibit 401K, Government's Exhibit 402A, Government's Exhibit 402E

**Exhibits Admitted:** Government's Exhibit 400A, Government's Exhibit 400B, Government's Exhibit 400C, Government's Exhibit 401D, Government's Exhibit 401E, Government's Exhibit 401F, Government's Exhibit 401G, Government's Exhibit 401H, Government's Exhibit 401I, Government's Exhibit 401J, Government's Exhibit 401K, Government's Exhibit 402A, Government's Exhibit 402E

Defendants decline the opportunity to conduct cross examination.

4:35 p.m.    Witness is excused and released from subpoena.

4:37 a.m.    Government's witness, Phillip Patton, called and sworn.

Direct examination by Mr. Sweeney.

**Exhibits Identified:** Government's Exhibit 211

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MAY 7, 2013 CE*

**Exhibits Admitted:** *Government's Exhibit 211*

Defendants decline the opportunity to conduct cross examination.

4:51 p.m.    Witness is excused and released from subpoena.

4:52 p.m.    Court advises jury regarding admonitions of trial. Trial will resume tomorrow morning at 8:30 a.m.

4:53 p.m.    Jury exits.

The court will hear argument on defendant Morris' renewed oral motion to sever tomorrow morning at 8:15 a.m.

The government's anticipated motion in limine seeking an exclusion of evidence is deferred.

**4:55 p.m.    Court in recess.**

Total time in court:   06:05

Trial continued.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MAY 7, 2013*

**p.m.  Court in recess.**

Total time in court:

Trial continued.