# NOTICE OF AND RESCISSION OF
## NOTICE FOR CAUSE

**NOTICE DATE:**  Day  Seven                    Month  Five                    Year  2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 0 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 493 Filed 04/23/12 USDC Colorado Page 1 of 9 Criminal Case No. 10-cr-00317-REB(s) NOTICE Richard K Armstrong, 2 EXHIBIT 1, 3 NOTICE, 4 Richard K Armstrong, 5, 6 AFFIDAVIT OF SPECIFIC AVERMENT, 7 Richard K Armstrong, 8 NOTARY'S CERTIFICATE OF SERVICE Page 1 of 2, 9 of 9 April 17, 2012 Benton Hall"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature "Richard K Armstrong" and the original "Case 1:10-cr-00317-REB Document 493 Filed 04/23/12 USDC Colorado Page 1 of 9 Criminal Case No. 10-cr-00317-REB(s) NOTICE Richard K Armstrong, 2 EXHIBIT 1, 3 NOTICE, 4 Richard K Armstrong, 5, 6 AFFIDAVIT OF SPECIFIC AVERMENT, 7 Richard K Armstrong, 8 NOTARY'S CERTIFICATE OF SERVICE Page 1 of 2, 9 of 9 April 17, 2012 Benton Hall" including every copy bearing my signature and date, for cause. I made a mistake producing, creating, filing, presenting, signing and notarizing the NOTICE. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc California

Offeree:
Richard Kellogg Armstrong
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the U.S.
Phone: (480) 319-1552
Email: benton.private@gmail.com

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

In RE:
UNITED STATES OF AMERICA
      Plaintiff,

v.                                          Criminal Case No. 10-cr-00317-REB (s)

1.  CURTIS L. MORRIS,
2.  RICHARD KELLOGG ARMSTRONG, and
3.  LARRY RAY HALL
      Defendant.

# NOTICE

## CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE
in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLORADO

Notice is hereby given that a **CONSTRUCTIVE NOTICE OF CONDITIONAL
ACCEPTANCE** in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLORADO, a copy attached hereto as
"EXHIBIT 1" is given to United States of America via Kenneth Mark Harmon, c/o 1225
17th Street East, Seventeenth Street Plaza, #700, Denver, CO 80202, this 17th day of
April A.D. 2012.

      Executed without the United States of America, Denver County, Colorado
Republic, this seventeenth day of the fourth month in the year of our Lord, two-
thousand and twelve.

In Witness Whereof, I have hereunto set my hand and seal.

*Richard K Armstrong*

Richard Kellogg Armstrong, Secured Party Creditor
Executive Trustee for the Trust
RICHARD KELLOGG ARMSTRONG

# EXHIBIT 1



Case #PR-2012-0330-A

**CERTIFIED COPY**

I hereby certify the foregoing document to which this seal has been affixed consisting of __05__ page(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: _Benton Hall_

Date: _April 17, 2010_

(THIS STAMP MUST BE RED)

Offeree:

    Richard Kellogg Armstrong
    c/o Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona [85213]
    Non-Domestic without U.S.
    Phone: (480) 319-1552
    Email: benton.private@gmail.com

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL--- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE
## CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE

Date: *Nunc pro tunc* to 3 April 2012

To:     Offeror:
        **United States of America**
        **Via Kenneth Mark Harmon**
        U.S. Attorney's Office-Denver
        c/o 1225 17th Street East
        Seventeenth Street Plaza, #700
        Denver, CO 80202
        Phone: (303) 454-0100
        Fax: (303) 454-0402
        Email: kenneth.harmon@usdoj.gov
        **Service by: USPS "Certificate of Mailing" (PS Form 3817)**

Re:     Stricken documents as described in docket entries #455, #456, #457, #458, #459, #460, #461, #462 and ORDERS in docket entries #463 and #467.

    Comes now Richard Kellogg Armstrong, as Paramount Security Interest holder in all property and collateral both registered and unregistered belonging to the Debtor-Defendant, RICHARD KELLOGG ARMSTRONG, and also accommodation party, hereinafter "Offeree". The Offeree is in receipt of Stricken documents as described in docket entries #455, #456, #457, #458, #459, #460, #461, #462 and ORDERS in docket entries #463 and #467, hereinafter "Offer", from United States of America, Via Kenneth Mark Harmon, c/o 1225 17th Street East, Seventeenth Street Plaza, #700, Denver, CO 80202, hereinafter "Offeror".

Case #PR-2012-0330-A

The Offeree conditionally accepts the Offeror's Offer upon proof of claim that:

1. The Offeree was not merely giving notice to this court of the ongoing Private Administrative Record and for the Offeror or Judge Robert E. Blackburn to Strike any of the above notices would not be prejudicing the Offeree's right to resolve the matter privately and denying the Offeree substantive and procedural due process, and equal protection under the law, therefore making the Offer moot;

2. Striking of the documents does not constitute an improper procedural response to the private administrative process to resolve Criminal Case No. 1:10-cr-00317-REB, hereinafter "Matter", making the Offer moot.

Thank you for your assistance in this matter.

_Richard K Armstrong_
Authorized Representative

**Please direct responses to third party public witness:**

Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the US.
Phone: (480) 319-1552
Email: benton.private@gmail.com

cc:
**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

Case #PR-2012-0330-A

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

**Kevin F. Sweeney**
c/o U.S. Dept. of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**CLERK OF COURT (Criminal Case No. 1:10-cr-00317-REB)**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

**All serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

Case #PR-2012-0330-A

# AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT

The Offeree Affiant, Richard Kellogg Armstrong, hereinafter "Affiant", does solemnly affirm, declare and state as follows:

1.  Affiant is competent to state the matters set forth herein;

2.  Affiant has knowledge of the facts stated herein;

3.  All the facts herein stated are true, correct and complete, admissible as evidence. If called upon as a witness, Affiant will testify to their veracity;

4.  There is no evidence that the Offeree is not a friend of THIS COURT, and Affiant believes none exists;

5.  There is no evidence that does not come now Richard Kellogg Armstrong, as Paramount Security Interest Holder in all property and collateral both registered and unregistered belonging to the Debtor-Defendant, RICHARD KELLOGG ARMSTRONG, and also accommodation party, hereinafter "Offeree". The Offeree is in receipt of Stricken documents as described in docket entries #455, #456, #457, #458, #459, #460, #461, #462 and ORDERS in docket entries #463 and #467, hereinafter "Offer", from United States of America, Via Kenneth Mark Harmon, c/o 1225 17th Street East, Seventeenth Street Plaza, #700, Denver, CO 80202, hereinafter "Offeror", and Affiant believes none exists;

6.  There is no evidence that the Offeree was not merely giving notice to this court of the ongoing Private Administrative Record and for the Offeror or Judge Robert E. Blackburn to strike any of the above notices would not be prejudicing the Offeree's right to resolve the matter privately and denying the Offeree substantive and procedural due process, and equal protection under the law, therefore making the Offer moot, and Affiant believes none exists, and;

7.  There is no evidence that striking of the documents does not constitute an improper procedural response to the private administrative process to resolve Criminal Case No. 1:10-cr-00317-REB, hereinafter "Matter", making the Offer moot, and Affiant believes none exists.

Thank you for your assistance in this matter.

Case #PR-2012-0330-A

# Commercial Affirmation and Verification

Denver County               )
Colorado Republic           )  affirmed and subscribed:
United States of America )

I, Richard Kellogg Armstrong, Secured Party Creditor, under my unlimited liability
and Commercial Affirmation, proceeding in good faith, being of sound mind, having
first-hand knowledge, affirm, state, and declare under penalty of perjury under the
laws of the United States of America that the foregoing is true and correct.

In Witness Whereof, I have hereunto set my hand and seal.

Richard Kellogg Armstrong, Secured Party Creditor
ALL RIGHTS RESERVED

Case #PR-2012-0330-A

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to

> **United States of America**
> via **Kenneth Mark Harmon**
> U.S. Attorney's Office-Denver
> c/o 1225 17th Street East
> Seventeenth Street Plaza, #700
> Denver, CO 80202
> Phone: (303) 454-0100
> Fax: (303) 454-0402
> Email: kenneth.harmon@usdoj.gov

cc:

> **Martha Ann Paluch**
> c/o U.S. Attorney's Office-Denver
> 1225 17th Street East
> Seventeenth Street Plaza #700
> Denver, CO 80202
> Phone: (303) 454-0100
> Fax: (303) 454-0402
> Email: Martha.Paluch@usdoj.gov

> **Tonya Shotwell Andrews**
> c/o U.S. Attorney's Office-Denver
> 1225 17th Street East
> Seventeenth Street Plaza #700
> Denver, CO 80202
> Phone: (303) 454-0100
> Fax: (303) 454-0402
> Email: Tonya.Andrews@usdoj.gov

> **Chief Financial Officer**
> c/o UNITED STATES DISTRICT COURT
> FOR THE DISTRICT OF COLORADO
> 901 19th Street
> Denver, CO 80294

> **Kevin F. Sweeney**
> c/o U.S. Dept. of Justice-DC-Tax Division
> 601 D. Street, N.W.
> Tax Division, Western Criminal Enforcement
> Washington, DC 20530
> Phone: (202) 305-3637
> Fax: (202) 514-9623
> Email: kevin.f.sweeney@usdoj.gov

**All serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

hereinafter "Recipients", to the documents and sundry papers pertaining to a certain Stricken documents as described in docket entries #455, #456, #457, #458, #459, #460, #461, #462 and ORDERS in docket entries #463 and #467, as follows:

Case #PR-2012-0330-A

1. NOTICE: **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE** dated *nunc pro tunc* 3 April 2012 (5 leaves), and;

2. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated April 17, 2012 (signed original on file) (2 leaves).

These mailings contained a total of seven (7) leaves each. They were sent via the United States Postal Service under the control and direction of the USPS "Certificate of Mailing" (PS Form 3817) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

__April 17, 2012__

DATE

Notary

Benton Hall,

3546 East Presidio Circle

Mesa, Arizona [85213]

Phone: (480) 319-1552

Email: benton.private@gmail.com

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.