# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seven         Month: Five         Year: 2013 C.E.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

*[FILED stamp: UNITED STATES DISTRICT COURT, DENVER COLORADO, MAY 10 2013, JEFFREY P. COLWELL, CLERK]*

**In reply to:** "Case 1:10-cr-00317-REB Document 516 Filed 4/30/12 USDC Colorado Page 1 of 4 Date: April 30, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 4, Page 3 of 4, Page 4 of 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *[signature: Richard Kellogg Armstrong]*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


Attachment: "supra"


cc:   UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc:   UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

"ACCEPTED"
Richard Kellogg Armstrong
MAY 7, 2013 CE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date:              April 30, 2012

Deputy Clerk:      Nel Steffens
Court Reporter:    Tracy Weir

---

**Criminal Action No.  10-cr-00317-REB**

Parties:                                  Counsel:

UNITED STATES OF AMERICA,                 Kenneth Harmon
                                          Kevin Sweeney
    Plaintiff,

v.

1. CURTIS L. MORRIS,                      Lisa Wayne
2. RICHARD KELLOGG ARMSTRONG,             *Pro Se*, with David Owen, Advisory
                                          Counsel
    Defendants.

---

### COURTROOM MINUTES

---

**Trial to Jury - Day Thirteen**

**11:23 a.m.     Court in session.**

Jury is not present.

Defendants are present in custody.

Also seated at government's table is IRS Special Agent, Greg Flynn.

Court advises parties that the jury has reached verdicts.

Court addresses **Defendant Morris' Objection to Government's Closing Argument and Request for Mistrial or in the Alternative a Curative Instruction** [#505] filed April 30, 2012.  Court will further address the motion once verdicts are delivered and the jury is discharged.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*MAY 7, 2013 UE*

**IT IS ORDERED** as follows:

1. That the court's **Minute Order** [#507] filed April 30, 2012, is **VACATED**.

11:28 a.m.   Jury is present.

Foreperson confirms that the jury has reached unanimous verdicts and delivers same to the court via the bailiff.

Court reads the verdicts[1].

Court polls the jurors.

11:39 a.m.   Jury is given its closing trial instructions, including the prohibition against contact from counsel and parties, given the thanks of the court, and is discharged.

11:42 a.m.   Jury exits.

Court directs the courtroom deputy clerk to contact the alternate juror to discharge the juror from further service with the thanks of the court.

Discussion regarding sentencing dates.

**IT IS FURTHER ORDERED** as follows:

2. That as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department shall conduct a pre-sentence investigation and shall file a pre-sentence report for each defendant;

3. That as to defendant Morris, the matter is continued for sentencing to **August 10, 2012, at 10:00 a.m.**, at which counsel and defendant Morris shall appear without further notice or order of the court, pending ruling on his motion for declaration of mistrial; provided furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of defendant Morris at the Sentencing Hearing;

4. That as to defendant Armstrong, the matter is continued for sentencing to **August 10, 2012, at 1:30 p.m.**, at which counsel and defendant Armstrong shall appear without further notice or order of the court; provided furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of defendant Armstrong at the Sentencing Hearing;

---

[1] Pursuant to General Order 2007-3 the original Jury Verdicts have been filed conventionally by delivery to the clerk's office. Representations of the Jury Verdicts are attached to the court minutes.

"ACCEPTED"
Richard Kellogg Armstrong
May 7, 2013 CJE

     5. That the defendants are remanded to the custody of the United States Marshal for continued detention.

Court further addresses **Defendant Morris' Objection to Government's Closing Argument and Request for Mistrial or in the Alternative a Curative Instruction** [#505] filed April 30, 2012.

     **IT IS FURTHER ORDERED** as follows:

     6. That the government shall file its response to **Defendant Morris' Objection to Government's Closing Argument and Request for Mistrial or in the Alternative a Curative Instruction** [#505] filed April 30, 2012, by close of business one week from today, May 7, 2012;

     7. That, unless the court has sooner ruled, a hearing on **Defendant Morris' Objection to Government's Closing Argument and Request for Mistrial or in the Alternative a Curative Instruction** [#505] filed April 30, 2012, is set for Thursday, **May 10, 2012,** commencing at 1:30 p.m., at which defendant Morris, his counsel, defendant Armstrong and his advisory counsel shall appear without further notice or order of the court; provided furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendants.

Mr. Harmon raises the issue of forfeiture. That issue will be addressed at sentencing.

**11:51 a.m.    Court in recess.**

Total time in court:   00:28

Trial concluded.

"ACCEPTED"

*Richard Kellogg Armstrong*

May 7, 2013