# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Six            Month: Five                               Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Gregory C. Langham, Clerk of Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 3 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 241 Filed 05/31/11 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER, Page 2 of 3, Page 3 of 3 BY THE COURT Robert E. Blackburn United States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge, Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on May 6, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Gregory C. Langham, Clerk of Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*May 6, 2013 C/E*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before me on the following: (1) the **Notice To The Article III Court To Reinstall Notices and Court Documents That Were Stricken By The Judge, To Take Exegent** (sic) **Notice of One of We The People of My Legal Notice and Demand Filed With The Arizona Secretary of State June 8, 2009, and The Affiant, To Date, Has Not Received Grand Jury Transcripts in Printed Form** [#236][1] filed May 19, 2011, by defendant, Richard Kellogg Armstrong; (2) the **Notice To This Article III Court To Request a Response To Accused' Notice Dated April 12, 2011, To Reinstate All Notices and Documents Sent To The Court That May Have Been Stricken as Being Supposedly Out of Time** [#237] filed May 19, 2011, by defendant, Richard Kellogg Armstrong; and (3) the **Notice of Default For Nonresponse To Accused' Notice To Compel Discovery For Production of Bid, Performance and**

---

[1] "[#236]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

"ACCEPTED"
*Richard Kellogg Armstrong*
May 6, 2013 CE

**Payment Bonds and All Cusip Numbers, Miller Bonds, Penal Sum and Any and All Bonds Used or Associated With These Cases** [#240] filed May 25, 2011, by defendant, Richard Kellogg Armstrong. I strike the notices.

During the proceedings on April 7, 2011, I admonished and instructed Mr. Armstrong, to cease and desist from filing notices in lieu of motions. I reiterated this requirement in the order [#235] I entered on May 17, 2011. *See* Order [#235] at 6-7, ¶ 3.a. Notwithstanding, Mr. Armstrong filed the three "notices" described above. Thus, his notices will be stricken as violative of my oral and written orders.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice To The Article III Court To Reinstall Notices and Court Documents That Were Stricken By The Judge, To Take Exegent** (sic) **Notice of One of We The People of My Legal Notice and Demand Filed With The Arizona Secretary of State June 8, 2009, and The Affiant, To Date, Has Not Received Grand Jury Transcripts in Printed Form** [#236] filed May 19, 2011, 2011, by defendant, Richard Kellogg Armstrong, is **STRICKEN**;

2. That the **Notice To This Article III Court To Request a Response To Accused' Notice Dated April 12, 2011, To Reinstate All Notices and Documents Sent To The Court That May Have Been Stricken as Being Supposedly Out of Time** [#237] filed May 19, 2011, 2011, by defendant, Richard Kellogg Armstrong, is **STRICKEN**; and

3. That the **Notice of Default For Nonresponse To Accused' Notice To Compel Discovery For Production of Bid, Performance and Payment Bonds and**

*" ACCEPTED "*
*Richard Kellogg Armstrong*
*MAY 6, 2013 c/2*

**All Cusip Numbers, Miller Bonds, Penal Sum and Any and All Bonds Used or Associated With These Cases** [#240] filed May 25, 2011, by defendant, Richard Kellogg Armstrong, is **STRICKEN**.

Dated May 31, 2011, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge