# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Six  Month: Five  Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Gregory C. Langham, Clerk of Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 3 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 560 Filed 06/18/12 USDC Colorado Page 1 of 2 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO MOTION TO RESTRICT ATTACHMENT TO DOCKET #557 John F. Walsh Kevin F. Sweeney, Page 2 of 2 CERTIFICATE OF SERVICE Dane Ellingson"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you close the Account Number 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge, Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE DISTRICT OF COLORADO, John Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: Kevin F. Sweeney, A.U.S.A., DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE DISTRICT OF COLORADO, 1225 17th Street, Suite 700, Denver, Colorado 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on May 6, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Gregory C. Langham, Clerk of Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

"ACCEPTED"
*[signature] Richard Kellogg* *[initials]*
MAY 6, 2013 CE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   CURTIS L. MORRIS,
2.   RICHARD K. ARMSTRONG

    Defendants.

---

### MOTION TO RESTRICT ATTACHMENT TO DOCKET #557

---

The United States of America, by and through the undersigned Special Assistant United States Attorney, files this Motion to Restrict and states as follows:

1.   The Government asks that the attachment to Docket #557 be restricted at Level 2.

WHEREFORE, the United States asks this Honorable Court to issue an Order restricting the attachment to docket #557.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

        s/Kevin F. Sweeney
        By: Kevin F. Sweeney
        Special Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, CO 80202
        Phone: 303-454-0100
        Fax: 303-454-0402
        kevin.sweeney3@usdoj.gov

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*May 6, 2013 CTS*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2012, I electronically filed the foregoing **MOTION TO RESTRICT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

Lisa Monet Wayne
lmoney20@aol.com

David L. Owen
davidowen@lodopc.com

I also certify that I sent the foregoing via U.S. Mail to the following:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123


By:   s/ Dane Ellingson
      DANE ELLINGSON
      Office of the United States Attorney

2