# NOTICE OF DISHONOR

Notice Date: Day Sixteen        Month: Five        Year: 2013 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Gregory C. Langham, Clerk of Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Six  Month: Five  Year: 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 241 Filed 05/31/11 USDC Colorado Page 1 of 3 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Judge Robert E. Blackburn ORDER, Page 2 of 3, Page 3 of 3 BY THE COURT Robert E. Blackburn United States District Judge"

I intend to look to you for payment or performance.

Sincerely,

*[signature]*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California


cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge, Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589


## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on May 16, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Gregory C. Langham, Clerk of Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589.

*[signature]*
Richard Kellogg Armstrong