# NOTICE OF DISHONOR

Notice Date: Day Sixteen       Month: Five       Year: 2013 C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Gregory C. Langham, Clerk of Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Six  Month: Five  Year: 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 564 Filed 06/22/12 USDC Colorado Page 1 of 10 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO UNITED STATES' MOTION FOR FORFEITURE MONEY JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE, Page 2 of 10, Page 3 of 10, Page 4 of 10, Page 5 of 10, Page 6 of 10, Page 7 of 10, Page 8 of 10, Page 9 of 10, Page 10 of 10 CERTIFICATE OF SERVICE s/ Raisa Vilensky"

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge, Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE DISTRICT OF COLORADO, John Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: Tonya S. Andrews, A.U.S.A., DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE DISTRICT OF COLORADO, 1225 17th Street, Suite 700, Denver, Colorado 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on May 16, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Gregory C. Langham, Clerk of Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong