# NOTICE OF DISHONOR

Notice Date: Day Seventeen     Month: Five     Year: 2013 C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 20 2013
JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Seven  Month: Five  Year: 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 489 Filed 04/19/12 USDC Colorado Page 1 of 8 Date: April 19, 2012 COURTROOM MINUTES, Page 2 of 8, Page 3 of 8, Page 4 of 8, Page 5 of 8, Page 6 of 8, Page 7 of 8, Page 8 of 8"

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on May 17, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, CLERK OF THE COURT, Room A-105, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong