# NOTICE OF DISHONOR

Notice Date: Day Seventeen          Month: Five          Year: 2013 C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Seven  Month: Five  Year: 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 497 Filed 04/24/12 USDC Colorado Page 1 of 4 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S MEMORANDUM IN SUPPORT OF REVISED NON-STIPULATED AND SUPPLEMENTAL JURY INSTRUCTIONS 1, Page 2 of 4 2, Page 3 of 4 John F. Walsh s/ Kevin F. Sweeney 3, Page 4 of 4 CERTIFICATE OF SERVICE Lisa Monet Wayne David . Owen s/ Kevin F. Sweeney 4"

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

cc: Lisa M. Wayne, Esq., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: David L. Owen, Esq., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: John F. Walsh, DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE DISTRICT OF COLORADO, 1225 17th Street, Suite 700, Denver, Colorado 80202

cc: Kevin F. Sweeney, A.U.S.A., DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE DISTRICT OF COLORADO, 1225 17th Street, Suite 700, Denver, Colorado 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unite J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on May 17, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, CLERK OF THE COURT, Room A-105, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong