# NOTICE OF DISHONOR

Notice Date: Day Seventeen          Month: Five          Year: 2013 C.E.

```
                                    FILED
                           UNITED STATES DISTRICT COURT
                                 DENVER, COLORADO

                                    MAY 20 2013

                              JEFFREY P. COLWELL
                                      CLERK
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Seven  Month: Five  Year: 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 502 Filed 04/25/12 USDC Colorado Page 1 of 6 Date: April 25, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 6, Page 3 of 6, Page 4 of 6, Page 5 of 6, Page 6 of 6"

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *[signature]*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on May 17, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, CLERK OF THE COURT, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                        *[signature]*
                                        Richard Kellogg Armstrong