# NOTICE OF DISHONOR

Notice Date: Day Seventeen     Month: Five     Year: 2013 C.E.

```
                                        FILED
                                   UNITED STATES DISTRICT COURT
                                       DENVER, COLORADO

                                        MAY 20 2013

                                     JEFFREY P. COLWELL
                                             CLERK
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Seven  Month: Five  Year: 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 516 Filed 4/30/12 USDC Colorado Page 1 of 4 Date: April 30, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 4, Page 3 of 4, Page 4 of 4"

I intend to look to you for payment or performance.

Sincerely,

*[signature]*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on May 17, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, CLERK OF THE COURT, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*[signature]*
Richard Kellogg Armstrong