# NOTICE OF DISHONOR

Notice Date: Day Seventeen       Month: Five        Year: 2013 C.E.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2013

JEFFREY P. COLWELL
CLERK

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Seven  Month: Five  Year: 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 522 Filed 04/30/12 USDC Colorado Page 1 of 1 Case No. 10-cr-00317-REB STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION OF TRIAL EXHIBITS, TRANSCRIPTS, AND PAPERS Attorney for the Plaintiff Attorney for the Defendant Mooris BY THE COURT: Robert E. Blackburn United States District Judge rev. 3/2/09"

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *[signature]*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on May 17, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, CLERK OF THE COURT, Room A-105, Denver, Colorado 80294-3589.

                                        *[signature]*
                                        Richard Kellogg Armstrong

NOTICE OF DISHONOR                                                              NOD