# NOTICE OF DISHONOR

Notice Date: Day Seventeen     Month: Five     Year: 2013 C.E.

```
                    FILED
                UNITED STATES DISTRICT COURT
                DENVER, COLORADO

                    MAY 20 2013

                JEFFREY P. COLWELL
                            CLERK
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Seven  Month: Five  Year: 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 528 Filed 05/07/12 USDC Colorado Page 1 of 4 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S MOTION TO PERMIT OUT OF TIME FILING OF GOVERNMENT'S RESPONSE TO DEFENDANT MORRIS'S OBJECTION TO GOVERNMENT CLOSING ARGUMENT AND REQUEST FOR MISTRIAL OR, IN THE ALTERNATIVE, A CURATIVE INSTRUCTION 1, Page 2 of 4 John F. Walsh 2, Page 3 of 4 s/ Kenneth M. Harmon Lisa M. Wayne, Esq. David L. Owen, Esq. Richard Kellogg Armstrong s/ Kenneth M. Harmon 3, Page 4 of 4 4"

I intend to look to you for payment or performance.

                                                Sincerely,

                                                Richard Kellogg Armstrong
                                                c/o 20413-298
                                                Federal Correctional Institution
                                                3600 Guard Road
                                                Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

cc: Lisa M. Wayne, Esq., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: David L. Owen, Esq., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unite J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on May 17, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, CLERK OF THE COURT, Room A-105, Denver, Colorado 80294-3589.

                                                Richard Kellogg Armstrong