# NOTICE OF DISHONOR

Notice Date: Day Seventeen          Month: Five          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CLERK OF THE COURT, Room A-105
901 19th Street
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2013

JEFFREY P. COLWELL
CLERK

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Seven  Month: Five  Year: 2013 C.E. in reply to your "Case 1:10-cr-00317-REB Document 540 Filed 05/09/12 USDC Colorado Page 1 of 5 Criminal Case No. 10-cr-00317-REB ORDER DENYING DEFENDANT MORRIS' OBJECTION TO GOVERNMENT'S CLOSING ARGUMENT AND REQUEST FOR MISTRIAL OR IN THE ALTERNATIVE A CURATIVE INSTRUCTION, Page 2 of 5 2, Page 3 of 5 3, Page 4 of 5 4, Page 5 of 5 Dated May 9, 2012 at Denver, Colorado. BY THE COURT: Robert E. Blackburn United States District Judge 5"

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on May 17, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, CLERK OF THE COURT, Room A-105, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong