# NON NEGOTIABLE NOTICE OF ACCEPTANCE

**NOTICE DATE:** Day  Twenty Two     Month  Five                              Year  2013 C.E.

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, CLERK OF COURT
ROOM A-105 901 19th STREET
DENVER, COLORADO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 385 Filed 01/03/12 USDC Colorado Page 1 of 4 Criminal Case 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER A REDACTED VERSION OF CURTIS MORRIS'S VERBAL STATEMENT TO IRS-CI, Page 2 of 4 2, Page 3 of 4 JOHN F. WALSH Kevin F. Sweeney 3, Page 4 of 4 Lisa Monet Wayne David L. Owen KEVIN F. SWEENEY 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrond, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 385 Filed 01/03/12 USDC Colorado Page 1 of 4 Criminal Case 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER A REDACTED VERSION OF CURTIS MORRIS'S VERBAL STATEMENT TO IRS-CI, Page 2 of 4 2, Page 3 of 4 JOHN F. WALSH Kevin F. Sweeney 3, Page 4 of 4 Lisa Monet Wayne David L. Owen KEVIN F. SWEENEY 4" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "Case 1:10-cr-00317-REB Document 385 Filed 01/03/12 USDC Colorado Page 1 of 4 Criminal Case 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER A REDACTED VERSION OF CURTIS MORRIS'S VERBAL STATEMENT TO IRS-CI, Page 2 of 4 2, Page 3 of 4 JOHN F. WALSH Kevin F. Sweeney 3, Page 4 of 4 Lisa Monet Wayne David L. Owen KEVIN F. SWEENEY 4"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS,
2. RICHARD K. ARMSTRONG

    Defendants.

---

**GOVERNMENT'S NOTICE OF INTENT TO OFFER A REDACTED VERSION OF CURTIS MORRIS'S VERBAL STATEMENT TO IRS-CI**

---

The United States of America, by and through its undersigned counsel, provides the following notice of its proposed redactions to the verbal statement made by Curtis Morris to IRS-CI.. On April 28, 2011, the Government filed a consolidated response to several defense motions including a motion for severance of the defendants in this case. Doc. No. 210. In footnote 3 of its response, the Government acknowledged that testimony regarding Morris's verbal statement to IRS-CI on July 1, 2009 risks a potential deprivation of Armstrong's Sixth Amendment right of confrontation at their joint trial because Morris could invoke his Fifth Amendment right to not testify and, thereby, render himself unavailable for cross-examination. Doc. No. 210 at page 11-12. To remedy this issue, the Government represented that it would refrain from eliciting the portions of Morris's verbal statement that directly incriminate Armstrong. This notice is designed to aid the Court in determining whether the portions of Morris's verbal statements that the Government does intend to introduce at trial risk a potential violation of Armstrong's Sixth

Amendment right to confrontation.

The Government intends to introduce Morris's verbal statement of July 1, 2009 through the testimony of the IRS-CI agent(s) that witnessed it. This verbal statement has been memorialized by the memorandum of interview attached to this notice. (Exh. 1). Through the following proposed redactions to this memorandum of interview, the Government hereby provides notice of the portions of Morris's verbal statement it intends to offer at trial and those that it does not.

1. The Government intends to offer testimony regarding paragraphs 1-6, 11-17, 19, 21-32, 37-38, and 40-52 of the memorandum of interview in their entirety.

2. The Government does not intend to offer testimony regarding any portion of paragraphs 7-9, 18, 20, or 39.

3. The Government does not intend to offer testimony regarding the last sentence of paragraph 10 but does intend to offer testimony regarding the first two sentences.

4. The Government does not intend to offer testimony regarding the first sentence of paragraph 33 but does intend to offer testimony concerning the remainder of that paragraph with the second sentence of the paragraph being modified as follows: "Mr. Morris was asked if he believed the Forms 1099-OID annexed to a particular tax return that he prepared for a particular client were prepared by the respective third parties, Morris stated he had no idea."

5. The Government intends to offer testimony regarding paragraph 34 in its entirety with the exception of substituting the phrase "certain particular clients" for the words "Mr. And Mrs. Armstrong."

*[Handwritten annotation: "Accepted Richard O. Kellogg[?] May 28, 2013"]*

6. The Government does not intend to offer testimony regarding the first three sentences of paragraph 35 but does intend to offer testimony regarding the last four sentences with the exception of substituting the words "certain particular clients" in sentences 4 and 6 for "the Armstrongs."

7. The Government does not intend to offer testimony regarding the first sentence of paragraph 36 but does intend to offer testimony regarding the last sentence.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

s/Kevin F. Sweeney
By: Kevin F. Sweeney
Trial Attorney
Tax Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2012, I electronically filed the foregoing **GOVERNMENT'S NOTICE REGARDING ITS INTENT TO OFFER A REDACTED VERBAL STATEMENT MADE BY CURTIS MORRIS TO IRS-CI** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

Lisa Monet Wayne
lmoney20@aol.com

David L. Owen
davidowen@lodopc.com


I also certify that I sent the foregoing via U.S. Mail to the following:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123


By:   s/ *Kevin F. Sweeney*
      KEVIN F. SWEENEY
      Trial Attorney

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

**NOTICE DATE:**   Day   Twenty Two          Month   Five                    Year   2013 C.E.


UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, CLERK OF COURT
ROOM A-105 19th STREET
DENVER, COLORADO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 386 Filed 01/03/12 USDC Colorado Page 1 of 1 JUDGE ROBERT E. BLACKBURN Case No. 10-CR-00317-REB Date: January 4, 2012 DEFENDANT CURTIS MORRIS' WITNESS LIST"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 386 Filed 01/03/12 USDC Colorado Page 1 of 1 JUDGE ROBERT E. BLACKBURN Case No. 10-cr-00317-REB Date: January 4, 2012 DEFENDANT CURTIS MORRIS' WITNESS LIST" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

                                             Sincerely,

                                             *Richard Kellogg Armstrong*
                                             Richard Kellogg Armstrong
                                             c/o 20413-298
                                             Federal Correctional
                                             Institution - Lompoc
                                             3600 Guard Road
                                             Lompoc, California


Attachment: "Case 1:10-cr-00317-REB Document 386 Filed 01/03/12 USDC Colorado Page 1 of 1 JUDGE ROBERT E. BLCKBURN Case No. 10-cr-00317-REB Date: January 4, 2012 DEFENDANT CURTIS MORRIS' WITNESS LIST"

cc: U.S. DISTRICT COURT COLORADO 901 19th STREET, DENVER, COLORADO 80294
cc: U.S.D.C. COLORADO, JUDGE ROBERT E. BLACKRURN, 901 19th STREET, DENVER COLORADO 80294

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE ROBERT E. BLACKBURN

Case No.: 10-CR-00317-REB     Date: January 4, 2012

Case Caption: United States of America, Plaintiff, vs. [1] Curtis Morris and [2] Richard Kellogg Armstrong, Defendants

## DEFENDANT CURTIS MORRIS' WITNESS LIST
(Name and Party Designation)

| WITNESS | DATES(S) TESTIFIED |
|---|---|
| INVESTIGATOR TONY DIVIRGILIO | JANUARY 4, 2012 |
| SA GREG FLYNN | JANUARY 4, 2012 |
| INVESTIGATIVE RESOURCES ROBERT CHRISTIANSEN | JANUARY 4, 2012 |

*[Handwritten annotation: "ACCEPTED" Richard Kellogg Armstrong May 22, 2013 C.E.]*

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

**NOTICE DATE:** Day   Twenty Two          Month   Five                    Year   2013 C.E.


UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, CLERK OF COURT
ROOM A-105 901 19th STREET
DENVER COLORADO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 387 Filed 01/03/12 USDC Colorado Page 1 of 2 EXHIBIT LIST OF: CURTIS MORRIS, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 387 Filed 01/03/12 USDC Colorado Page 1 of 2 EXHIBIT LIST OF: CURTIS MORRIS, Page 2 of 2" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

                                             Sincerely,

                                             */s/ Richard Kellogg Armstrong*
                                             Richard Kellogg Armstrong
                                             c/o 20413-298
                                             Federal Correctional
                                             Institution - Lompoc
                                             3600 Guard Road
                                             Lompoc, California

Attachment: "supra"

cc: U.S. DISTRICT COURT COLORADO 901 19th STREET DENVER,  COLORADO 80294
cc: U.S.D.C. COLORADO JUDGE ROBERT E. BLACKBURN 901 19th STREET DENVER, COLORADO 80294-3589

### certificate of mailing

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on Day Twenty Two Month Five Year 2013 C.E.  for same day delivery to UNITED STATES DISTRICT COURT COLORADO GREGORY C. LANGHAM, CLERK OF COURT ROOM A-105 901 19th STREET DENVER, COLORADO 80294-3589.

                                             */s/ Richard Kellogg Armstrong*
                                             Richard Kellogg Armstrong

CASE NO.: 10-CR-00317-REB
CASE CAPTION: UNITED STATES OF AMERICA, Plaintiff, vs. [1] CURTIS L. MORRIS and [2] RICHARD KELLOGG ARMSTRONG, Defendants
EXHIBIT LIST OF: CURTIS L. MORRIS

| EX. NO./LTR | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 1 | NON-CUSTODY STATEMENT OF RIGHTS | | | | EXHIBIT 1 TO DOCKET 199 |
| 2 | Photograph of the sidewalk and stairs leading to the front door of the residence | | | | |
| 3 | Close up view of the stairs leading to the front door of the residence | | | | |
| 4 | Photograph from the driveway facing the residence | | | | |
| 5 | Photograph of the stairs leading to the sidewalk and driveway from the front porch of the residence | | | | |
| 6 | Photograph of the driveway and sidewalk from the front porch of the residence | | | | |
| 7 | Photograph of inside the residence from the front porch of the residence | | | | |
| 8 | Photograph of the first half of stairs leading to the basement | | | | |

"ACCEPTED"
Richard Kellogg Armstrong
May 22, 2013 C.E.

| # | Description |
|---|---|
| 9 | Photograph of the second half of stairs leading to the basement |
| 10 | Photograph of the hallway leading to the shower/laundry room (first door on left) |
| 11 | Photograph of the shower/laundry room |
| 12 | Close up view of the entry door to the shower |
| 13 & 13-1 | Google Earth 5996 Pine Ridge feet and meters description |

"Accepted"
Richard Kellogg Armitage C.R.
May 22, 2013

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

**NOTICE DATE:** Day   Twenty Two        Month   Five                    Year   2013 C.E.


UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, CLERK OF COURT
ROOM A-105 901 19th STREET
DENVER, COLORADO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 388 Filed 01/04/12 USDC Colorado Page 1 of 4 Date: January 4, 2012 Criminal Action No. 10-cr-00317-REB Kenneth Harmon Kevin Sweeney Lisa Wayne David Owen COURTROOM MINUTES, Page 2 of 4, Page 3 of 4, Page 4 of 4"

**PLEASE TAKE NOTICE** I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 388 Filed 01/04/12 USDC Colorado Page 1 of 4 Date: January 4, 2012 Criminal Action No. 10-cr-00317-REB Kenneth Harmon Kevin Sweeney Lisa Wayne David Owen COURTROOM MINUTES, Page 2 of 4, Page 3 of 4, Page 4 of 4" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

                                                Sincerely,

                                                */s/ Richard Kellogg Armstrong*
                                                Richard Kellogg Armstrong
                                                c/o 20413-298
                                                Federal Correctional
                                                Institution - Lompoc
                                                3600 Guard Road
Attachment: "supra"                             Lompoc, California

cc: U.S. DISTRICT COURT COLORADO 901 19th STREET DENVER,  COLORADO 80294
cc: U.S.D.C. COLORADO JUDGE ROBERT E. BLACKBURN 901 19th STREET DENVER, COLORADO 80294-3589

### certificate of mailing

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on Day Twenty Two Month Five Year 2013 C.E.  for same day delivery to UNITED STATES DISTRICT COURT COLORADO GREGORY C. LANGHAM, CLERK OF COURT ROOM A-105 901 19th STREET DENVER, COLORADO 80294-3589.

                                                */s/ Richard Kellogg Armstrong*
                                                Richard Kellogg Armstrong

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date: January 4, 2012

Deputy Clerk: Nel Steffens
Court Reporter: Tracy Weir

Criminal Action No. 10-cr-00317-REB

Parties:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

Counsel:

Kenneth Harmon
Kevin Sweeney

Lisa Wayne
Pro Se, with David Owen, Advisory Counsel

COURTROOM MINUTES

Motions Hearing on #199, #201, and #213

8:38 a.m.   Court in session.

Appearances of counsel. Also seated at government's table are IRS-CID Special Agent, Greg Flynn, and U.S. Attorney's Office paralegal, Summer Wall. Also seated at defendants' table is Ms. Wayne's paralegal, Wendy Anderson. Seated in the gallery (due to illness) is defendant Morris' advisory witness, Investigator Tony Divirgilio.

Opening statements by the court.

Court's sequestration order is in effect.

Court addresses **Defendant Morris' Motion To Suppress Alleged Statements Made to Any and All Law Enforcement on July 1, 2009** [#199] filed April 14, 2011.

*Accepted*
*Richard Kellogg Armstrong*
*May 22, 2013 C.S.*

8:42 a.m.     Government's witness, Greg Flynn, called and sworn.

Direct examination by Mr. Harmon.

**Exhibits Identified:** *Government's Exhibit 4A, Government's Exhibit 4B, Government's Exhibit 2, Morris' Exhibit 2, Morris' Exhibit 3, Morris' Exhibit 4, Government's Exhibit 7, Government's Exhibit 3A, Government's Exhibit 3B, Government's Exhibit 1A, Government's Exhibit 1B, Government's Exhibit 5*

**Exhibits Admitted:** *Government's Exhibit 4A, Government's Exhibit 4B, Government's Exhibit 2, Morris' Exhibit 2, Morris' Exhibit 3, Morris' Exhibit 4, Government's Exhibit 7, Government's Exhibit 3A, Government's Exhibit 3B, Government's Exhibit 1A, Government's Exhibit 1B, Government's Exhibit 5*

**10:15 a.m.    Court in recess.**

**10:32 a.m.    Court in session.**

Witness Flynn has resumed the witness stand.

Continued direct examination by Mr. Harmon.

10:47 a.m.    Cross examination by Ms. Wayne.

**Exhibits Identified:** *Morris' Exhibit 8, Morris' Exhibit 9*

**Exhibits Admitted:** *Morris' Exhibit 8, Morris' Exhibit 9*

**11:58 a.m.    Court in recess.**

**1:18 p.m.     Court in session.**

Witness Flynn has resumed the witness stand.

Continued cross examination by Ms. Wayne.

**Exhibits Identified:** *Morris' Exhibit 13*

2:02 p.m.     Re-direct examination by Mr. Harmon.

2:12 p.m.     Witness is excused.

2:14 p.m.     Government's witness, Kevin Sophia, called and sworn.

Direct examination by Mr. Harmon.

2:39 p.m.     Cross examination by Ms. Wayne.

| | |
|---|---|
| 3:09 p.m. | Witness is excused. |
| **3:10 p.m.** | **Court in recess.** |
| **3:27 p.m.** | **Court in session.** |

Both sides rest.

| | |
|---|---|
| 3:28 p.m. | Closing argument by Mr. Harmon. |
| 3:36 p.m. | Closing argument by Ms. Wayne. |
| 4:00 p.m. | Rebuttal argument by Mr. Harmon. |

**IT IS ORDERED** as follows:

1. That **Defendant Morris' Motion To Suppress Alleged Statements Made to Any and All Law Enforcement on July 1, 2009** [#199] filed April 14, 2011, is taken under advisement.

Court requests oral argument on **Defendant Morris' Motion for Severance of Defendants** [#201] filed April 14, 2011.

| | |
|---|---|
| 4:09 p.m. | Oral motion by Ms. Wayne to continue oral argument on the motion for severance. |
| 4:10 p.m. | Argument by Mr. Harmon in opposition to the oral motion to continue argument. |
| 4:13 p.m. | Argument by Ms. Wayne in support of her oral motion. |

Court's findings.

**IT IS FURTHER ORDERED** as follows:

2. That Ms. Wayne's oral motion to continue the oral argument on **Defendant Morris' Motion for Severance of Defendants** [#201] filed April 14, 2011, is **DENIED**.

| | |
|---|---|
| 4:16 p.m. | Argument by Ms. Wayne in support of **Defendant Morris' Motion for Severance of Defendants** [#201] filed April 14, 2011. |
| 4:22 p.m. | Argument in opposition by Mr. Sweeney. |
| 4:26 p.m. | Rebuttal argument by Ms. Wayne. |

*[Handwritten notation: "ACCEPTED" with signature "Richard Kellogg" and date "May 28, 2013 c.k."]*

**IT IS FURTHER ORDERED** as follows:

3. That **Defendant Morris' Motion for Severance of Defendants [#201]** filed April 14, 2011, is taken under advisement.

Court will treat and construe the **Accused Armstrong's Notice for Severence [sic] of Defendants [#213]** filed April 29, 2011, as defendant Armstrong's motion for severance.

4:29 p.m.   Argument by defendant Armstrong in support of his motion for severance.

4:30 p.m.   Argument in opposition by Mr. Sweeney.

**IT IS FURTHER ORDERED** as follows:

4. That **Accused Armstrong's Notice for Severence [sic] of Defendants [#213]** filed April 29, 2011, construed as defendant Armstrong's motion for severance, is taken under advisement;

5. That, with the concurrence of counsel and defendant Armstrong, a Status and Scheduling Conference is set for Tuesday, **January 24, 2012, at 9:00 a.m.**, at which counsel and the defendants shall appear without further notice or order; and

6. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendants at the Status and Scheduling Conference.

**4:35 p.m.   Court in recess.**

Total time in court:   06:03

Hearing concluded.

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

**NOTICE DATE:** Day  Twenty Two          Month  Five                    Year   2013 C.E.


UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham,  CLERK OF COURT
ROOM A-105  901  19th STREET
DENVER, COLORADO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 389 Filed 01/05/12 USDC Colorado Page 1 of 1 Case No. 10-cr-00317-REB ORDER GOVERNING THE CUSTODY OF HEARING EXHIBITS Blackburn, J. January 4, 2012 5th day of January, 2012 BY THE COURT Robert E. Blackburn United States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 389 Filed 01/05/12  USDC Colorado Page 1 of 1 Case No. 10-cr-00317-REB ORDER GOVERNING THE CUSTODY OF HEARING EXHIBITS Blackburn, J. January 4,  2012 5th day of January, 2012 BY THE COURT Robert E. Blackburn Unite dStates District Judge" and return your offer for closure and settlement of the accounting.  I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

                                                Sincerely,

                                                *[signature]*
                                                Richard Kellogg Armstrong
                                                c/o 20413-298
                                                Federal Correctional
                                                Institution - Lompoc
                                                3600 Guard Road
                                                Lompoc, California

Attachment: "supra"

cc: U.S. DISTRICT COURT COLORADO 901 19th STREET DENVER,  COLORADO 80294
cc: U.S.D.C. COLORADO JUDGE ROBERT E. BLACKBURN 901 19th STREET DENVER, COLORADO 80294-3589

### certificate of mailing

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on Day Twenty Two Month Five Year 2013 C.E.  for same day delivery to UNITED STATES DISTRICT COURT COLORADO GREGORY C. LANGHAM, CLERK OF COURT ROOM A-105 901 19th STREET DENVER, COLORADO 80294-3589.

                                                *[signature]*
                                                Richard Kellogg Armstrong

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

      Defendants.

## ORDER GOVERNING THE CUSTODY OF HEARING EXHIBITS

**Blackburn, J.**

To provide for the retention of the exhibits admitted or otherwise used during the hearing on January 4, 2012,

**IT IS ORDERED** as follows:

1. That counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at hearing by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

Dated at Denver, Colorado this 5th day of January, 2012.

BY THE COURT:

Robert E. Blackburn
United States District Judge