**NOTICE OF AND RESCISSION OF DEFENDANT'S**
**RESPONSE TO ORDER OF CONTEMPT FOR CAUSE**

NOTICE DATE: Day Twenty-four           Month Five           F I L E D Year 2013 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
Room A-105 901 19th Street                              MAY 2 8 2013
Denver, Colorado 80294-3589
                                                   JEFFREY P. COLWELL
                                                         CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 392 01/10/12 USDC Colorado Page 1 of 3 No. 1:10-cr-00317-REB-2 DEFENDANT'S RESPONSE TO ORDER OF CONTEMPT, Page 2 of 3 Richard Kellogg Armstrong CERTIFICATE OF SERVICE Richard Kellogg Armstrong, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy bearing my signature "Richard Kellogg Armstrong" and date "1/7/12" for cause.  I made a mistake creating, preparing, signing, dating, and filing the DEFENDANT'S RESPONSE TO ORDER OF CONTEMPT.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                              Sincerely,

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional
                              Institution - Lompoc
                              3600 Guard Road
                              Lompoc, California

Footnotes: 1)Proverbs 6:1 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT, COLORADO, 901 19th Street Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT, COLORADO, Judge, Robert E. Blackburn, 901 19th Street Denver, Colorado
    80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF DEFENDANT'S RESPNSE TO ORDER OF CONTEMPT FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on May 24, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Gregory C. Langham, Clerk of the Court Room A-105, 901 19th Street, Denver, Colorado 80294-3589

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 JAN 10   PM 2: 45

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

UNITED STATES OF AMERICA          §
    Plaintiff                              §
                  §
                  §          No. 1:10-cr-00317-REB-2
                  §
RICHARD KELLOGG ARMSTRONG   §
    Defendant                          §
_____§

## DEFENDANT'S RESPONSE TO ORDER FOR CONTEMPT

        Comes now Defendant, and hereby files this opposition to the court's order to show cause why criminal contempt should not be assessed against Defendant.

        Criminal contempt is defined in sections 401 and 402 of Title 18 of the criminal code.

        Section 401 states: "A court of the United States shall have power to punish by fine or imprisonment, or both, at its discretion, such contempt of its authority, and none other as—(3) Disobedience or resistance to its lawful writ, process, order, rule, decree, or command."

        Section 402 states: "Any person, corporation or association willfully disobeying any lawful writ, process, order, rule, decree, or command of any district court of the United States or any court of the District of Columbia, by doing any act or thing therein, or thereby forbidden, if the act or thing so done be of such character as to constitute also a criminal offense under any statute of the United States or under the laws of any State in which the act was committed, shall be prosecuted for such contempt as provided in section 3691 of this title and shall be punished by a fine under this title or imprisonment, or both."

1.     Defendant demands a Jury Trial

Although not required for contempt of less than 6 months, based on the history
      of the case to date, and the bias established by the court, the only fair due process
       that could accrue to the defendant is to have an independent jury rule on the
      facts and law of the case. Therefore, Defendant demands a trial by jury.

2.     The Court is Biased

Based on the record in the case, the court has acted with bias throughout. Defendant incorporates the record of the court and the filings of the Petitioner, by reference. The court is acting as nothing more than an arm of the DOJ, and is in violation of the Separation of Powers Doctrine. Therefore, the only alternative for this court is to refer this matter to the 10th Circuit for their independent review of the case.

3.     The Court is Acting In Retaliation

Defendant has continued to attempt to exercise his Due Process rights, which have repeatedly been throttled by the court. The court is acting in retaliation for Defendant exercising those rights, which is a violation of Bordenkircher v. Hayes, S.Ct. (1978) (even the appearance of retaliation is a violation of Due Process).

4.     The Statute is Unconstitutional

Defendant incorporates his Motion for a Certified Question of Law herein. Public Law 80-772 was never Constitutionally passed, because Quorum violations occurred on May 12, 1947 and June 23, 1948, in violation of Article I, Section 5, Clause 1, of the Constitution. The Constitution is not frivolous. With the unconstitutionally of Title 18, then 18 USC 401 and 402 are likewise unconstitutional and are therefore void ab initio. Therefore, no contempt can be exercised and allow the judge and prosecutor to maintain their oath of office.

5.     Summary

In summary, the court has no grounds for contempt. Defendant, pro se, was simply attempting to exercise his Constitutional rights. Should the court deny Defendant's Constitutional rights, the court should just revert to the ball and chain theory of justice as found in the Middle Ages.

The court has clearly establishes its bias in this case, the court has clearly established that is acting in retaliation, and the statute used to invoke the contempt is unconstitutional on its face. The court should either dismiss this matter or refer it to the 10th Circuit for an independent review. Should the court proceed in this case, then Defendant demands a jury trial based on the bias established by the court to date.

Respectfully submitted,

Richard Kellogg Armstrong

CERTIFICATE OF SERVICE

On this 1/7/12 , a true and correct copy of the foregoing was served on opposing counsel by first class mail, postage prepaid.

Richard Kellogg Armstrong



RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER
9595 QUINCY AVE
LITTLETON, CO 80128

LEGAL
MAIL

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2012

GREGORY C. LANGHAM
CLERK

Robert E. Keller Courthouse
U. S. DISTRICT COURT COLORADO
901 19TH ST.
DENVER, CO 80294-3589

DENVER CO 800
09 JAN 2012 PM 5 L

602942500SS

**NOTICE OF AND RESCISSION OF REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO ANSWER A CERTIFIED QUESTION
OF LAW RELATED TO JURISDICTION IN THIS CASE AND AN OFFER
OF PROOF AND MOTION FOR JUDGMENT ON THE PLEADINGS FOR CAUSE**

NOTICE DATE: Twenty-four          Month Five          Year 2013 C.E.

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk Of The Court
Room A-105, 901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 396 Filed 01/13/12 USDC Colorado Page 1 of 4
No. 10-cr-00317-REB REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO ANSWER A CERTIFIED QUESTION
OF LAW RELATED TO JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION FOR JUDGMENT
ON THE PLEADINGS, Page 2 of 4, Page 3 of 4 Richard Kellogg Armstrong CERTIFICATE OF
SERVICE Richard Kellogg Armstrong, Page 4 of 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
Original "supra" including every copy bearing my signature "Richard Kellogg Armstrong" and
date " 10th JANUARY, 2012" for cause.  I made a mistake creating, preparing, signing,
filing and presenting the REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO ANSWER A CERTIFIED
QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION FOR
JUDGMENT ON THE PLEADINGS.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and
deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge
for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words
of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand
of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes,
nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter,
and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: 1)Proverbs 6:1 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT COLORADO 901 19th STREET, DENVER, COLORADO 80294
cc: UNITED STATES DISTRICT COURT COLORADO, JUDGE ROBERT E. BLACKBURN, 901 19th STREET, DENVER, COLORADO 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF REPLY TO GOVERNMENT'S RESPONSE TO MOTION
TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION FOR
JUDGMENT ON THE PLEADINGS FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a
United States Postal Mail box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on May 24,
Year 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO, Gregory C. Langham Clerk of The
Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 JAN 13  PM 1: 02

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

UNITED STATES OF AMERICA          §
    Plaintiff,                              §
                                            §
v                                           §
                                            §    No. 10-CR-00317-REB
CURTIS L MORIS,                             §
RICHARD KELLOGG ARMSTRONG        §
    Defendants                             §

REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION FOR JUDGMENT ON THE PLEADINGS

    Comes now Defendant, and hereby files this reply to the Government's Response to Motion to Answer a Certified Question of Law.

    The government's response should be stricken as lacking credibility and as untimely.  The government's response should also be stricken because the US Attorney has declared Article I, Section 5, Clause 1, of the Constitution of the United States "frivolous", which is perjury of oath of office and the US Attorney should be referred for criminal charges for perjury of oath or office.  The US Attorney is also in violation of the US Attorney's oath of office to uphold the Constitution, and the violation is grounds for dismissal, loss of pension, referral to the state bar, and removal from office. Since the US Attorney has violated their oath of office and committed criminal charges, the US Attorney should now be declared a terrorist.  NADA 2012.

    Alternatively, the government's response should be denied as lacking evidentiary and legal support and the US attorney should be referred for disciplinary action.  The US Attorney attempts to act as a fact witness, which is hearsay and not legal.

A.    "The Government Mistakenly Overlooked his filing"

On page 1 of the government's response the government attempts to avoid their

responsibility by stating that the government "mistakenly overlooked his filing".
Pardon me while I throw up. That statement is conclusory, and lacks evidentiary support. The US Attorney is acting as its own
fact witness, which is illegal. The government failed to respond to the court's show cause order, then the court provided
another show cause order, and the government responded that it "mistakenly overlooked the [first] order". Let me throw up
again. This is the government, that is responsible for protecting the people. Did the US Attorney mistakenly overlook going
home to his family last night? Did the US Attorney mistakenly overlook that he took an oath of office to uphold the Constitution?
Did the US Attorney mistakenly overlook that he is a protector of the Constitution above all else? No such leeway exists in
federal courts, particularly for the government. The government's response should be stricken as lacking credibility and lacking
evidentiary support and the US Attorney should be referred for dismissal from office and stripped of his/her benefits.
B.    The Government's Statement that the Argument is Frivolous is Without Merit

The government on page 2 states that Armstrong's argument is frivolous.
Therefore, the government is now stating that the Constitution of the United States is frivolous. The US Attorney has now
breached his oath of office to uphold the Constitution and has attempted to mislead the court The argument by Defendant is
very simple and is based on Congressional records: No quorum was in place on May 12, 1947 when the House "passed"
Public Law 80-772 and no quorum was in place on June 23, 1948 when the Speaker of the House and President pro tempore
of the Senate voted on Public Law 80-772. Article 1, Section 5, Clause 1 of the Constitution. The US attorney should be
referred by the court for disciplinary action, disbarment, and investigation on criminal charges.
C.    The Government's Statement That the Court Has Already Determined the Issue Makes the Court a Co-Conspirator

The government next states that the Court has already determined that it has
subject matter jurisdiction in the case. Doc 169. "As this Court has previously put it, 'Armstrong's argument that Title 18 was
enacted in violation of the Quorum clause of the Constitution is [a] frivolous challenge....". Doc 169 at 6.
     The government fails to state that on June 16, 2011, the Supreme Court ruled that any statute repugnant to the
Constitution is void ab initio. See Carol Ann Bond v. United States, S.Ct. 6/16/11. Lower courts have repeatedly been warned
not to attempt to overturn Supreme Court precedent.
     Thus, if the court declares the argument frivolous, despite the facts that Public Law 80-772 failed to Constitutionally
pass the House on May 12, 1947, because no quorum was in place, and failed to properly be signed into law on June 23, 1948,
by the Speaker of the House and President of the Senate, because no quorum was in place, both in violation of Article I,
Section 5, Clause 1 of the Constitution, then the court has violated its oath of office and has created Structural Error and should
be referred to the 10th Circuit for investigation for violation of its oath of office, for disbarment of the judge, and for impeachment
of the judge. The ruling is conclusory and is only intended to protect the court's jurisdiction, which is impossible since the
jurisdiction is void, ab initio as a matter of law.

The prosecutor is likewise in violation of their oath of office, as the prosecutor now wants to change the Constitution. Such a change requires a Constitutional quorum and vote of the people. Otherwise, the US Attorney has come with lack of candor to the court and has failed to admit that the court lacked jurisdiction over this claim. The prosecutor should be referred to the attorney general for removal from office and for removal of his retirement benefits.

D.       The Governments Statements that the Questions Are Not Legal Question Is Unusual, But Without Merit

        The Government cites United States v. Chillemi, 2007 WL 2995726 (D.Ariz. 2007) in support of its argument that the Defendant's questions are not legal questions.

Although interesting, the court's opinion in Chillemi carries no significance. First, the case is a district court opinion and carries no precedent value. Second, the opinion fails to address the issue presented, whether a violation of the quorum clause on May 12, 1947 as reported in the Congressional record when the vote on the bill was 38 to 6 as 435 members were in Congress, and another violation on June 23, 1948 as reported in the Congressional record when the Speaker of the House and President pro tempore of the Senate signed the bill when Congress had completely and fully adjourned sine die is a violation of the Constitution of the United States. So what is the US Attorney trying to say? The government can't win the argument. So they revert to not relevant cases. The attorney should be sanctioned for lack of candor to the court.

E.       The Government Next States That the Challenge is Not a Legal Question

Pardon me if I throw up again.   Where did the US Attorney receive the law degree? From a cracker jack box? The challenge is very simple. No quorum on May 12, 1947 and no quorum on June 23, 1948. Statute void, ab initio. Marshall Field does not apply by its own language. Besides, as presented herein, it was overruled or distinguished by Munos Flores and Clinton v. New York. This is a Constitutional violation. Read my lips. A Constitutional Violation. Marshal Field does not apply. The US Attorney should again be sanctioned and have his pension removed.

These are not political questions, See Blacks Law Dictionary, Pocket Edition, 1996: "The judicial principle that a court should refuse to decide issues involving the exercise of discretionary powers by the executive or legislative branch of government." This is not an issue that has been decided by either the executive or legislative branches of the government. In fact, repeated attempts to have it decided by those branches has resulted in nothing but stonewalling. Therefore, it is a question to be resolved by the court.

        The issue is very simple: Did Congress violate Article I, Section 8, Clause 1 of the Constitution on May 1, 1947 and June 23 1948. Either one or both, renders Public Law80-772 and 18 USC 3231 void ab intitio. No jurisdiction.

F.       Conclusion

The government's argument is enough to warrant sanctions against the US Attorney, at the court's discretion. The issue is simple. No quorum, violation of the Constitution, no law, no jurisdiction. Case closed. Relief granted.

Respectfully submitted,

/s/ *Richard Kellogg Armstrong*

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123


CERTIFICATE OF SERVICE
        On this the _10TH_ day of _JANUARY_ 20_12_, a true and correct copy of the foregoing was served on opposing counsel by first class mail, postage prepaid.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

Richard K. Armstrong
20413-298
Federal Detention Center
Englewood
9595 Quincy Ave,
Littleton, CO 80123

U.S. DISTRICT COURT
DENVER COLORADO
JAN 12 2012
GREGORY C. LANGHAM
CLERK

CERTIFIED MAIL

7010 3090 0002 7264 9990

901 19TH ST.
DENVER, CO 80294-3189

## NOTICE OF AND RESCISSION OF MOTION FOR RETURN OF PROPERTY, OR ALTERNATIVELY A STAY ON SEIZURE PROCEEDINGS PENDING THE OUTCOME OF TRIAL PROCEEDINGS

Notice Date: Day Twenty-four          Month: Five          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
CLERK OF THE COURT, ROOM A-105
901 19th Street
Denver, Colorado 80294

**In reply to:** "Case 1:10-cr-00317-REB Document 406 Filed 01/31/12 USDC Colorado Page 1 of 8 10-cr-00317-REB MOTION FOR RETURN OF PROPERTY, OR ALTERNATIVELY A STAY ON SEIZURE PROCEEDINGS PENDING THE OUTCOME OF TRIAL PROCEEDINGS, Page 2 of 8, Page 3 of 8, Page 4 of 8, Page 5 of 8, Page 6 of 8, Page 7 of 8 Richard Kellogg Armstrong CERTIFICATE OF SERVICE Richard Kellogg Armstrong, Page 8 of 8"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy bearing my signature "Richard Kellogg Armstrong" for cause. I made a mistake creating, preparing, signing and filing the MOTION FOR RETURN OF PROPERTY, OR ALTERNATIVELY A STAY ON SEIZURE PROCEEDINGS PENDING THE OUTCOME OF TRIAL PROCEEDINGS. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

**DENVER DIVISION**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2012 JAN 31  PM 3: 08
GREGORY C. LANGHAM
CLERK
BY_____DEP. CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | C | |
| **Plaintiff** | C | 10-cr-00317-REB |
| V | C | No. xxxx |
| RICHARD KELLOGG ARMSTRONG | C | |
| **Defendant** | C | Verified |

## MOTION FOR RETURN OF PROPERTY, OR ALTERNATIVELY A STAY ON SEIZURE PROCEEDINGS PENDING THE OUTCOME OF TRIAL PROCEEDINGS

Comes now, Defendant, moving for leave to file this Motion as is Defendant's right pursuant to the 1st, 5th and 14th amendments of the United States.

Defendant answers the government and moves that the court order the government to return property under a seizure order in accordance with FRCrimP 41(g), or alternatively to issue an order of stay to prevent the government from seizing and/or disposing of any property under initial seizure pending a ruling on the jurisdiction of the court or pending trial and verdict. Defendant incorporates all prior filings related to seizure by reference, herein. Defendant presents this motion verified, and the facts herein must be taken as true unless rebutted by fact or affidavit.

### A. Return of Property

Rule 41(g) states: "A person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return. The motion must be filed in the district where the property was seized. The court must receive evidence on any factual issue

necessary to decide the motion.  If it grants the motion, the court must return the property to the

movant, but may impose reasonable conditions to protect access to the property and its use in

later proceedings.

### a)    Defendant is actually innocent as a Matter of Law

As Defendant has previously established as a matter of law, Defendant is actually

Innocent of any criminal offense.   Attached as Exhibit R is Defendant's Motion for Judgment as

a matter of law, which proves as a matter of law that it is irrefutable that:

The Judge has taken an oath of office to uphold the Constitution.

The Prosecutor has taken an oath of office to uphold the Constitution.

The 80th Congress violated the Quorum Clause of the Constitution, Article I, Section 5, Clause 1,

on May 12, 1947, when the House voted 38 to 6 to pass Public Law 80-772 when 435 members

were in the House.  This smoking gun is irrefutable and renders the statute invalid as a matter of

law.

The 80th Congress also violated the Quorum Clause of the Constitution on June 23, 1948, when

the President of the Senate and Speaker of the House signed Public Law 80-772 into law after

Congress had completely and fully adjourned *sine die* on June 20, 1948, was not in session and

no quorum was present.

Public Law 80-772 is *void ab initio*.

18 USC section 3231, which gives the court its jurisdiction, is *void ab initio* as it is part of Public

Law 80-772 (See in toto provision to pass legislation).

Without 18 USC section 3231, the government has no authority to seize anything and must return the property and the court has no authority to order a seizure nor to charge or convict Defendant and must declare Defendant actually innocent.

The court can not obtain its jurisdiction under the prior statute of Title 18 (1940) as that statute was repealed in 1948.

The court can not obtain jurisdiction pursuant to Title 18 (1909) because that would be in violation of the Fair Warning Doctrine.

Without jurisdiction, no detention is valid and no seizure order is valid.

**b)  No seizure is valid until Defendant is found Guilty as a Matter of Law**

Defendant is presumed to be innocent until proven guilty:

"Presumption of innocence" serves to emphasize that the prosecution has the obligation to prove each element of the offense beyond a reasonable doubt (or some other level of proof depending on the criminal justice system) and that the accused bears no burden of proof.  Mueller, Christopher B; Laird C. Kirkpatrick (2009). *Evidence, 4th Ed*. Aspen (Wolters Kluwer).  ISBN 9780735579682, pp. 133-134.  This is often expressed in the phrase *innocent until proven guilty*, coined by the English lawyer          (1760–1840). Moore, Christopher (1997). *The Law Society of Upper Canada and Ontario's lawyers, 1797-1997*.  University of Toronto Press. ISBN 0802041272.  Garrow insisted that accuses be robustly tested in court. An objective observer in the position of the juror must reasonably conclude that the defendant almost certainly committed the crime. Rembar, Charles (1980).  *The Law of the Land*.  New York:  Simon & Schuster.

The presumption of innocence is in fact a legal instrument created by the French cardinal and jurist                to favor the accused based on the legal inference that most people are not criminals. *Words and Phrases* 1914, p. 1168. It is literally considered favorable evidence for the accused that automatically attaches at trial.  Coffin v. United States, 156 U.S. 432 (                                 "the presumption of innocence is evidence in favor of the accused, introduced by the law in [their] behalf". It requires that the       , be it a juror or judge, begin with the presumption that the state is unable to support its assertion. *Words and Phrases* 1914, p. 1168.  To ensure this legal protection is maintained a set of three related rules govern the procedure of criminal trials. The presumption means: Mueller, Christopher B.; Laird C. Kirkpatrick (2009). *Evidence*; 4th ed. Aspen (Wolters Kluwer).

1. With respect to the critical facts of the case - whether the crime charged was committed and whether the defendant was the person who committed the crime - the state has the **entire burden of proof.**

2. With respect to the critical facts of the case, **the defendant does not have any burden of proof whatsoever.** The defendant does not have to testify, call witnesses or present any other evidence, and if the defendant elects not to testify or present evidence, this decision cannot be used against them.

3. The jury or **judge is not to draw any negative inferences from the fact the defendant has been charged with a crime and** is present in court and represented by an attorney. They must decide the case solely on evidence presented during the trial.

This duty on the prosecution was famously referred to as the "golden thread" in the criminal law by                    in

> Throughout the web of the English criminal law one golden thread is always to be seen - that it is the duty of the prosecution to prove the prisoner's guilt subject to what I have already said as to the defence of insanity and subject also to any statutory exception...

> Since a presumption of innocence exists, the government has no authority to seize or hold

property.

**c) The Facts Used By the Government Are Invalid**

The government has illegally seized an airplane which was purchased by Defendant's wife from her savings years ago. Even if Defendant could be proven to be guilty of a crime, seizure of the airplane is disputed. Furthermore, the government, due to its illegal seizure, has now reduced the value of the property by failing to maintain it and is liable for that damage since the property still belongs to Defendant.

The government is attempting to include a property in Arizona, at 30 Perkins Drive, Prescott Arizona 6301. That property was gifted to Sharon Armstrong by her mother years ago, prior to any alleged criminal activities. Any seizure is disputed as to its legality.

The government appears to be attempting to seize a house in Colorado from the Estate of Larry Hall. However, that property is not subject to seizure because an abatement exists on Mr. Hall's case due to his death after indictment but prior to trial. See Black's Law Dictionary, New Pocket

Edition, 1996: "The act of eliminating or nullifying; The suspension or defeat of a pending

action for a reason unrelated to the merits of the claim." A federal judge in Houston dismissed

convictions for fraud and conspiracy against former Enron executive Kenneth Lay. He was tried

and convicted in Houston on charges related to the collapse of the giant energy trading company

in 2001. He was ordered innocent on Docket No. 1126, Case No. 4:04-cr-000253, S.D.Tx. See

also *United States v. Estate of Parsons,* 367 F,.3d 409 (5th Cir. 2004 (en banc); *Durham v. United*

*States,* 91 S.Ct. 858, 860 (1971)(per curiam). Therefore, Hall cannot be held liable for any

seizure or restitution by the government, and once again, the government's attempt at seizure is

illegal.

### d) Defendant is Innocent as a Matter of Statute

Defendant avers that defendant never intended to commit a crime, and never intended to

harm anyone." Without the proof of intent, then the government has no valid crime and no valid

seizure or restitution.

### e) Conclusion

Defendant moves for immediate return of all property. A presumption of innocence does

not allow the seizure at this time. Further, Defendant is actually innocent as a matter of law

because 18 USC section 3231 is unconstitutional, and both the US attorney and the Judge have

full knowledge of that fact, or are presumed to have full knowledge, and are required to uphold

their oaths of office to uphold the Constitution. Next, the government's facts are completely

misplaced as the plane and property in Arizona were purchased by Defendant's wife with her

own funds. Further, no seizure can be done against Larry Hall due to the rule of abatement.

Finally defendant avers he is actually innocent and until a proper trial proceedings can be heard, if in fact one can be heard, then the government has no authority to seize, hold, or sell property.

### f)   Prayer for Relief

Defendant moves the court to:

a)   Declare that a presumption of innocence bars the government from seizing, holding or selling assets;

b)   Declare 18 USC section 3231 unconstitutional as a matter of law and declare that Defendant is innocent as a matter of law and that any seizure is illegal;

c)   Declare that the government has erred based on the assets seized as the property in Arizona nor the airplane is the subject of any legal seizure and, further, that Larry Hall's death creates an abatement of any crime or seizure alleged against him;

d)   Declare that Defendant's averment of actual innocence prevents the government from exercising any seizure pending a declaration on jurisdiction and proper trial and ruling of guilty;

e)   Alternatively, stay all proceedings related to seizure of assets pending a proper trial and guilty verdict;

f)   And for such other and further relief as the court deems just and proper.

Respectfully submitted,

Respectfully submitted,

Richard Kellogg Armstrong

## CERTIFICATE OF SERVICE

On this the _____ day of _____, a true and correct copy of the foregoing motion was served on opposing counsel by first class mail, postage prepaid, as required by law.

Richard Kellogg Armstrong



**NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE A MOTION FOR AUTHORIZATION FOR COURT PAID EXPERT FORENSIC WITNESS TO INVESTIGATE AND CHALLENGE IRS CHARGES OF PETITIONER FILING FRAUDULENT AND FICTITIOUS INCOME TAX FORMS CLAIMING ORIGINAL ISSUE DISCOUNT AS WELL AS A DEMAND FOR A TRIAL DATE EXTENTION FOR CAUSE**

Notice Date: Twenty-four          Month: Five          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
CLERK OF THE COURT, ROOM A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 408 Filed 02/08/12 USDC Colorado Page 1 of 4 Case No. 10-cr-00317-REB-2 MOTION FOR LEAVE TO FILE A MOTION FOR AUTHORIZATION FOR COURT PAID EXPERT FORENSIC WITNESS TO INVESTIGATE AND CHALLENGE IRS CHARGES OF PETITIONER FILING FRAUDULENT AND FICTITIOUS INCOME TAX FORMS CLAIMING ORIGINAL ISSUE DISCOUNT AS WELL AS A DEMAND FOR A TRIAL DATE EXTENTION Richard Kellogg Armstrong Encl: Exhibit A - Osborn resume, Page 2 of 4 EXHIBIT A, Page 3 of 4, Page 4 of 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy bearing my signature "Richard Kellogg Armstrong" for cause. I made a mistake creating, preparing, signing and filing the MOTION FOR LEAVE TO FILE A MOTION FOR AUTHORIZATION FOR COURT PAID EXPERT FORENSIC WITNESS TO INVESTIGATE AND CHALLENGE IRS CHARGES OF PETITIONER FILING FRAUDULENT AND FICTITIOUS INCOME TAX FORMS CLAIMING ORIGINAL ISSUE DISCOUNT AS WELL AS A DEMAND FOR A TRIAL DATE EXTENTION. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

--------------------------------------------------------------------------------

FROM: 20413298
TO:
SUBJECT: Expert witness motion 2/2/12
DATE: 02/02/2012 05:20:21 PM

February 2, 2012

U.S. District Court Colorado
UNITED STATES OF AMERICA
    Plaintiff
    v                   Case No. 10-cr-00317-REB-2
RICHARD KELLOGG ARMSTRONG
    Defendant/Petitioner

MOTION FOR LEAVE TO FILE A MOTION FOR AUTHORIZATION FOR COURT PAID EXPERT FORENSIC WITNESS TO INVESTIGATE AND CHALLENGE IRS CHARGES OF PETITIONER FILING FRAUDULENT AND FICTITIOUS INCOME TAX FORMS CLAIMING ORIGINAL ISSUE DISCOUNT AS WELL AS A DEMAND FOR A TRIAL DATE EXTENSION.

Haines v. Kerner 404 U.S. 519

    Comes now, Petitioner, Richard Kellogg Armstrong, pro se, moves this court to authorize payment for a court paid expert forensic witness in the above captioned case to address IRS charges of filing false and fictitious income tax returns and related forms based on Petitioner's claims for Original Issue Discount return of interest.

    The IRS has falsely claimed that the Petitioner filed for the refund of income tax that was never paid into the IRS. Petitioner claims that the IRS charges are bogus, based on their skewed interpretation of Original Issue Discount charging, of course, that Petitioner knowingly and intentionally defrauded the U.S. Department of Treasury.

    Because of the technicality of the argument at issue, it is imperative for the Petitioner to have access to the services of Ms. Victoria Osborn, a Certified Fraud Examiner with extensive experience in the area of IRS, in order for Petitioner to be adequately represented at trial.

    Petitioner has confirmed that Ms. Osborn will serve as an expert witness at trial. However, as Petitioner advised the Court at the January 24, 2012, hearing, due to a heavy work schedule, Ms. Osborn requires a minimum ninety-day advance notice. She estimates forty working hours for her investigation at an hourly rate of $125.00.

    The Court received Petitioner's prior motion for authorization of a court paid expert witness, Doc #360, November 15, 2011, but the Court did not respond, until January 17, 2012, which Petitioner considers an inexcusably long delay for response considering that a was trial pending. Now, with an April 9, 2012, trial date set, there is inadequate lead time for Ms. Osborn to adequately investigate the IRS claims and prepare for trial. Petitioner, therefore, demands that the trial date be reset to allow the expert witness adequate time for her investigation to prepare for trial. Petitioner CANNOT GO TO TRIAL without this expert witness and be satisfactorily represented. It could be construed as a violation of due process as the entire trial revolves around the lawfulness of Petitioner's IRS filings and will be prepared to prove that the IRS has fraudulently brought a complaint against Petitioner.

    Petitioner, being (unlawfully) incarcerated (see Petitioner's Motion  to answer a Certified Question of Law Related to Jurisdiction In This Case, And An Offer Of Proof, Doc #361, to which Petitioner has not received a ruling to date) does not have access to a Form CJA-21 so Petitioner requests that the Court incorporate the completed Form CJA-21 previously submitted.

    As this pleading is merely a motion for leave to file a motion, Petitioner will anticipate a timely response. Thank you.

Respectfully,

Richard Kellogg Armstrong, pro se

Encl: Exhibit A - Osborn resume

EXHIBIT A

Victoria Osborn is a Certified Fraud Examiner (CFE) who graduated from the University of Colorado in 1988 with a Bachelor of Science in Business and majors in Accounting and Finance.
Specialized Training:
- Criminology & Ethics, Financial Transactions, Fraud Investigation and Legal Elements of Fraud
- Fraud Trial Training
- Investigating by Computer
- How to Locate Hidden Assets
- Following the Money-IRS Fraud-IRS Supervising Special Agent
- The U.S. Judicial System
- Analyzing Bank Records
- Beyond the Numbers: Professional Interviewing Techniques
- Financial Institution Fraud
- Over 20,000 hours in IRS examinations, hearings, litigation (civil and criminal) and research
- Pikes Peak Community College-addressed students in Criminal Justice and Forensic Accounting classes (2010)
Memberships:
- Association of Certified Fraud Examiners
- Charter Member of the Colorado Springs Chapter of Association of Certified Fraud Examiners
- National Society of Accountants
- Colorado Public Accounting Society
Experience:
Since 1984 Ms. Osborn has worked in the field of accounting as a Business Manager, Controller, Director of Finance and Forensic Accountant. Her experience includes:
- Analyze interpret and control accounting and financial records such as general accounting, cost accounting, budgeting, forecasting, accounting methods and procedures, taxes and internal auditing
- Coordination of company financial planning, debt financing and budget management
- Analyze monthly operating results
- Ensured company accounting procedures conformed to generally accepted accounting principles
- Outside financial reporting
- Protected company assets through internal controls and audits
- Financial statement preparation for financial institutions in support of business loans
- Year end preparation of financial statements
- Oversight for annual reviews and audits by CPA firms
In 1998 Ms. Osborn began working as an independent forensic accountant specializing in tax litigation working with other professionals to assist taxpayers in resolving complex tax issues. She has over 20,000 hours in IRS examinations, hearings, cases (civil and criminal) and research. She is conversant with IRS forms, documents, computer codes, the IRS computer system, IRS Individual Master Files, Non-Master Files, Administration Files, and Examination Files, and what the various codes in them mean. Her work has included:
- Criminal and civil cases
- Litigation support in all areas such as pretrial, trial, post-trial and sentencing
- Interview witnesses and prepare memorandum of interviews
- Served as a Forensic Accountant, Fraud Examiner and Non-testifying Expert in criminal and civil cases in numerous U.S. District Courts
- Testified as an Expert Witness under Rule 702 of the Federal Rules of Evidence in the U.S. District Courts
- Handled large volumes of electronic and paper evidence
- Participation as a member of numerous legal teams involving multiple defendants and attorneys in criminal cases
- Assist legal counsel in identifying strengths and weaknesses in civil and criminal cases
- Examine evidence and prepare reports of findings such as declarations and expert witness reports
PRACTICE AREAS
- IRS
- Forensic Accounting
- Fraud Examination
- Litigation Support
- Electronic Discovery
- Public Defenders

- Offshore Accounts
- Court Appointed Attorney

Victoria Osborn, PA, CFE
- Public Accountant
- Forensic Accountant
- Certified Fraud Examiner (CFE)
Member:
- Association of Certified Fraud Examiners
- Charter Member of the Colorado Springs Chapter of Association of Certified Fraud Examiners
- National Society of Accountants
- Colorado Public Accounting Society

Richard V. Osborn, MCSE
- Microsoft Certified System Engineer
- Cisco Certified Network Associate

WHAT'S NEW IN OUR BLOG
- IRS Targets Taxpayers Hiding Income in Offshore Accounts
- IRS Hires Hundreds to Hunt Offshore Tax Evaders
- Over 14,700 American Admit Foreign Bank Accounts to IRS ABC News
- UBS Accidentally Leaks Names to Post Office
- IRS - Report of Foreign Bank and Financial Accounts (FBAR)
PRACTICE AREAS
- IRS
- Forensic Accounting
- Fraud Examination
- Litigation Support
- Electronic Discovery
- Public Defenders
- Offshore Accounts
- Court Appointed Attorney

RICHARD K. ARMSTRONG
2011-258
FEDERAL DETENTION CENTER
ENGLEWOOD
9595 QUINCY AVE.
LITTLETON, CO 80123

LEGAL
MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 07 2012

GREGORY C. LANGHAM
CLERK

CR

U.S. DISTRICT COURT COLORADO
901 19TH STREET
DENVER, CO 80294-3589

DENVER CO 802
06 FEB 2012 PM 3 L

FOREVER USA

Richard Willits Armstrong

**NOTICE OF AND RESCISSION OF MOTION FOR THE COURT TO APPOINT AN ATTORNEY AS
CO-COUNSEL TO ASSIST PETITIONER WITH CRIMINAL CONTEMPT PROCEEDING FOR CAUSE**

Notice Date: Day Twenty-four          Month: Five                 Year: 2013 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
CLERK OF THE COURT, ROOM A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 409 Filed 02/08/12 USDC Colorado Page
1 of 2 Case No. 10-cr-00317-REB-2 MOTION FOR THE COURT TO APPOINT AN ATTORNEY AS CO-
COUNSEL TO ASSIST PETITIONER WITH CRIMINAL CONTEMPT PROCEEDINGS Richard Kellogg Armstrong,
Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
Original "supra" including every copy bearing my signature "Richard Kellogg Armstrong"
for cause. I made a mistake creating, preparing, signing and filing the MOTION FOR THE
COURT TO APPOINT AN ATTORNEY AS CO-COUNSEL TO ASSIST PETITIONER WITH CRIMINAL CONTEMPT
PROCEEDING. I repent of my sin.

I willingly, knowing, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge
for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words
of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the
hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to
your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                              Sincerely,

                              *Richard Kellogg Armstrong*

                              Richard Kellogg Arstrong
                              c/o 20413-298
                              Federal Correctional Institution
                              3600 Guard Road
                              Lompoc, California


Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver,
    Colorado 80294-3589

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---------------------------------------------------------------------------------------------------

FROM: 20413298
TO:
SUBJECT: Motion to the court re attorney for contempt charg
DATE: 02/02/2012 11:40:46 AM

February 1, 2012

U.S. District Court Colorado
901 19th Street
Denver, CO 80294-3589

UNITED STATES OF AMERICA (CORP.)
   v.       Case No. 10-cr-00317-REB-2
RICHARD KELLOGG ARMSTRONG

---

MOTION FOR THE COURT TO APPOINT AN ATTORNEY AS CO-COUNSEL TO ASSIST PETITIONER WITH CRIMINAL
CONTEMPT PROCEEDINGS.

---

Haines v. Kerner 404 U.S. 519

 Petitioner, Richard Kellogg Armstrong, unrepresented, moves the court to appoint an attorney as co-counsel to assist
Petitioner with court proceedings related to charges of alleged criminal contempt.

 The alleged criminal contempt charges appear to have resulted from Petitioner's alleged willful filing of Motions and/or
Notices without prior court approval in violation of the court's directives.

 The appointed attorney cannot be Mr. David Owen, the currently appointed advisory counsel. Petitioner and Mr. Owen have
a specific personality clash making it impossible for the two to work amicably together in addition to Petitioner's lack of
confidence in Mr. Owen's ability to properly represent him.

 Should the appointed attorney be acceptable to Petitioner, the appointed attorney should possess in-depth knowledge of the
IRS and to have had direct experience in the defense of IRS cases should Petitioner elect to have that person, as co-counsel,
assist him in his defense in the scheduled criminal case jury trial.

 Respectfully,

Richard Kellogg Armstrong, pro se

RICHARD K. ARMSTRONG
26413-298
FEDERAL DETENTION CENTER
9595 QUINCY AVE
LITTLETON, CO 80123

LEGAL MAIL

FEB 07 2012
GREGORY C. LANGHAM
CLERK

DENVER CO 802
06 FEB 2012 PM 5 L

PURPLE HEART
FOREVER USA

U.S. DISTRICT COURT COLORADO
901 19TH ST.
DENVER, CO 80294-3589

**NOTICE OF AND RESCISSION OF NOTICE CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE
FOR CAUSE**

Notice Date: Day Twenty-four          Month: Five          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
CLERK OF THE COURT, ROOM A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 551 Filed 05/21/12 USDC Colorado Page
1 of 9 NOTICE CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE 17th day of May A.D. 2012
Richard Kellogg Armstrong Page 1 of 1, Page 2 of 9 EXHIBIT 1, Page 3 of 9 NOTICE
CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE Date: Nunc pro tunc to 11 May 2012 Kenneth
Mark Harmon Page 1 of 5, Page 4 of 9 Case #PR-2012-0330-A Richard Kellogg Armstrong
Benton Hall, Notary Martha Ann Paluch Tonya Shotwell Andrews Page 2 of 5, Page 5 of
9 Chief Financial Officer c/o UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
Kevin F. Sweeney CLERK OF THE COURT Page 3 of 5, Page 6 of 9 AFFIDAVIT OF SPECIFIC
NEGATIVE AVERMENT Page 4 of 5, Page 7 of 9 Commercial Affirmation and verification
Richard Kellogg Armstrong Page 5 of 5, Page 8 of 9 NOTARY'S CERTIFICATE OF SERVICE
NOTARY'S CERTIFICATE OF SERVICE Page 1 of 2, Page 9 of 9 May 17, 2012 Benton Hall
NOTARY'S CERTIFICATE OF SERVICE Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescing the
Original "supra" including every copy bearing my signature "Richard Kellogg Armstrong"
for cause. I made a mistake creating, preparing, signing and filing the NOTICE CONSTRUC-
TIVE NOTICE OF CONDITIONAL ACCEPTANCE. I repent of my sin.

I willingly, knowing, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge
for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words
of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the
hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to
your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Arstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

Offeree:

Richard Kellogg Armstrong
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the U.S.
Phone: (480) 319-1552
Email: benton.private@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In RE:

UNITED STATES OF AMERICA
           Plaintiff,

v.                                                    Criminal Case No. 10-cr-00317-REB (s)

1.  CURTIS L. MORRIS,
2.  RICHARD KELLOGG ARMSTRONG, and
3.  LARRY RAY HALL
           Defendant.

# NOTICE

## CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE
in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLORADO

Notice is hereby given that a **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE** in Criminal Case No. 1:10-cr-00317-REB, in THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, a copy attached hereto as "EXHIBIT 1", is given to United States of America via Kenneth Mark Harmon, c/o 1225 17th Street East, Seventeenth Street Plaza, #700, Denver, CO 80202, this 17th day of May A.D. 2012.

      Executed without the United States of America, Denver County, Colorado Republic, this seventeenth day of the fifth month in the year of our Lord, two-thousand and twelve.

In Witness Whereof, I have hereunto set my hand and seal.

_Richard K Armstrong_
Richard Kellogg Armstrong, Secured Party Creditor
Executive Trustee for the Trust
RICHARD KELLOGG ARMSTRONG

# EXHIBIT 1

Case #PR-2012-0330-A

Offeree:

    Richard Kellogg Armstrong
    c/o Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona [85213]
    Non-Domestic without U.S.
    Phone: (480) 319-1552
    Email: benton.private@gmail.com

CERTIFIED COPY

I hereby certify the foregoing document to which this seal has been affixed consisting of __0 5__ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: _Benton Hall_

Date: _May 17, 2012_

[THIS STAMP MUST BE RED]

### THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL ---NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# NOTICE

## CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE

Date:   *Nunc pro tunc* to **11 May 2012**

To:    Offeror:
     **United States of America**
     Via **Kenneth Mark Harmon**
     U.S. Attorney's Office-Denver
     c/o 1225 17th Street East
     Seventeenth Street Plaza, #700
     Denver, CO 80202
     Phone: (303) 454-0100
     Fax: (303) 454-0402
     Email: kenneth.harmon@usdoj.gov
     **Service by: USPS "Certificate of Mailing" (PS Form 3877)**

Re:   A First, Second, Third, Fourth, Fifth, Sixth, etc., order to show cause "Why he should not be held in contempt of court".

    Comes now Richard Kellogg Armstrong, as Paramount Security Interest holder in all property and collateral both registered and unregistered belonging to the Defendant, RICHARD KELLOGG ARMSTRONG, and also accommodation party, hereinafter "Offeree". The Offeree is in receipt of A First, Second, Third, Fourth, Fifth, Sixth, etc., order to show cause "Why he should not be held in contempt of court", hereinafter "Offer", from United States of America, Via Kenneth Mark Harmon, c/o 1225 17th Street East, Seventeenth Street Plaza, #700, Denver, CO 80202, hereinafter "Offeror".

Case #PR-2012-0330-A

The Offeree conditionally accepts the Offeror's Offer upon proof of claim that:

1. The Judge did not order the defendant rather than the Accommodation Party, making the Offer moot;

2. The Judge has the authority to deny the remedy to the Accommodation Party on behalf of the Accommodated Party, making the Offer moot;

3. The Judge can compel an Accommodation Party not provide a remedy without a violation of the second thirteenth article in amendment to the United States constitution making the Offer moot, and;

4. The Judge can compel performance solely on a public remedy thereby denying a private remedy without committing a constitutional tort in denying equal opportunity and due process of law, making the Offer moot.

Thank you for your assistance in this matter.

_Richard K Arnold_

Authorized Representative

**Please direct responses to third party public witness:**

Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the U.S
Phone: (480) 319-1552
Email: benton.private@gmail.com

cc:

| Martha Ann Paluch | Tonya Shotwell Andrews |
|---|---|
| c/o U.S. Attorney's Office-Denver | c/o U.S. Attorney's Office-Denver |
| 1225 17th Street East | 1225 17th Street East |
| Seventeenth Street Plaza #700 | Seventeenth Street Plaza #700 |
| Denver, CO 80202 | Denver, CO 80202 |
| Phone: (303) 454-0100 | Phone: (303) 454-0100 |
| Fax: (303) 454-0402 | Fax: (303) 454-0402 |

Case #PR-2012-0330-A
Email: Martha.Paluch@usdoj.gov              Email: Tonya.Andrews@usdoj.gov

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

**Kevin F. Sweeney**
c/o U.S. Dept. of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**CLERK OF COURT (Criminal Case No. 1:10-cr-00317-REB)**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

**All serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

Case #PR-2012-0330-A

# AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT

The Offeree Affiant, Richard Kellogg Armstrong, hereinafter "Affiant", does solemnly affirm, declare and state as follows:

1.  Affiant is competent to state the matters set forth herein;

2.  Affiant has knowledge of the facts stated herein;

3.  All the facts herein stated are true, correct and complete, admissible as evidence. If called upon as a witness, Affiant will testify to their veracity;

4.  There is no evidence that the Offeree is not a friend of THIS COURT, and Affiant believes none exists;

5.  There is no evidence that does not come now Richard Kellogg Armstrong, as Paramount Security Interest holder in all property and collateral both registered and unregistered belonging to the Defendant, RICHARD KELLOGG ARMSTRONG, and also accommodation party, hereinafter "Offeree". The Offeree is in receipt of A First, Second, Third, Fourth, Fifth, Sixth, etc., order to show cause "Why he should not be held in contempt of court", hereinafter "Offer", from United States of America, Via Kenneth Mark Harmon, c/o 1225 17th Street East, Seventeenth Street Plaza, #700, Denver, CO 80202, hereinafter "Offeror", and Affiant believes none exists,

6   There is no evidence that the Judge did not order the defendant rather than the Accommodation Party, making the Offer moot, and Affiant believes none exists;

7.  There is no evidence that the Judge has the authority to deny the remedy to the Accommodation Party on behalf of the Accommodated Party, making the Offer moot, and Affiant believes none exists;

8.  There is no evidence that the Judge can compel an Accommodation Party not provide a remedy without a violation of the second thirteenth article in amendment to the United States constitution making the Offer moot, and Affiant believes none exists, and;

9.  There is no evidence that the Judge can compel performance solely on a public remedy thereby denying a private remedy without committing a constitutional tort in denying equal opportunity and due process of law, making the Offer moot, and Affiant believes none exists.

Thank you for your assistance in this matter.

Case #PR-2012-0330-A

# Commercial Affirmation and Verification

Denver County          )
Colorado Republic       ) affirmed and subscribed:
United States of America )

I, Richard Kellogg Armstrong, Secured Party Creditor, under my unlimited liability and Commercial Affirmation, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

In Witness Whereof, I have hereunto set my hand and seal.

*Richard K. Armstrong*

Richard Kellogg Armstrong, Secured Party Creditor
ALL RIGHTS RESERVED

Page 5 of 5

Case #PR-2012-0330-A

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to

**United States of America**
**via Kenneth Mark Harmon**
U.S. Attorney's Office-Denver
c/o 1225 17th Street East
Seventeenth Street Plaza, #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: kenneth.harmon@usdoj.gov

cc:

**Martha Ann Paluch**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.Paluch@usdoj.gov

**Tonya Shotwell Andrews**
c/o U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza #700
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
Email: Tonya.Andrews@usdoj.gov

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, CO 80294

**Kevin F. Sweeney**
c/o U.S. Dept. of Justice-DC-Tax Division
601 D. Street, N.W.
Tax Division, Western Criminal Enforcement
Washington, DC 20530
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

**All serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

hereinafter "Recipients", to the documents and sundry papers pertaining to a certain First, Second, Third, Fourth, Fifth, Sixth, etc., order to show cause "Why he should not be held in contempt of court", as follows:

NOTARY'S CERTIFICATE OF SERVICE

Page 1 of 2

Case #PR-2012-0330-A

1. NOTICE: **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE** dated *nunc pro tunc* to 11 May 2012 (5 leaves), and;

2. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated May 17, 2012 (signed original on file) (2 leaves).

These mailings contained a total of seven (7) leaves each. They were sent via the United States Postal Service under the control and direction of the USPS "Certificate of Mailing" (PS Form 3877) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

May 17, 2012
_____

**DATE**

Notary

**Benton Hall,**

**3546 East Presidio Circle**

**Mesa Arizona [85213]**

**Phone: (480) 319-1552**

**Email: benton.private@gmail.com**

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.