**NOTICE OF AND RESCISSION OF NOTICE OF CHALLENGE OF JURISDICTION AND DEMAND FOR DISMISSAL WITH PREJUDICE FOR VIOLATION OF MY CIVIL AND CONSTITUTIONAL RIGHTS OF 1781 AND THE BILL OF RIGHTS 1791. ALSO, CHALLENGE OF TITLE 18 AS NOT CONSTITUTIONAL LAW AND CHALLENGE OF IRS AUTHORITY AS NOT BEING AN AGENCY OF THE UNITED STATES GOVERNMENT AND NOT ENTITLED TO REPRESENTATION BY THE D.O.J. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW FOR CAUSE**

NOTICE DATE: Day Twenty-four         Month Five                     Year 2013 C.E.

UNITED STATES DISTRICT COURT, COLORADO
Gregory C. Langham, Clerk of the Court
901 19th Street, Room A-104
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2013

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 144 Filed 02/17/11 USDC Colorado Page 1 of 8 February 13, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE OF CHALLENGE NOTICE OF CHALLENGE OF JURISDICTION AND DEMAND FOR DISMISSAL WITH PREJUDICE FOR VIOLATION OF MY CIVIL AND CONSTITUTIONAL RIGHTS OF 1787 AND THE BILL OF RIGHTS 1791. ALSO, CHALLENGE OF TITLE 18 AS NOT CONSTITUTIONAL LAW AND CHALLENGE OF IRS AUTHORITY AS NOT BEING AN AGENCY OF THE UNITED STATES GOVERNMENT AND NOT ENTITLED TO REPRESENTATION BY THE D.O.J. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW., Page 2 of 8, Page 3 of 8, Page 4 of 8, Page 5 of 8 Richard Kellogg Armstrong, Page 6 of 8 EXHIBIT A -1, Page 7 of 8 EXHIBIT A-2, Page 8 of 8"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy bearing my signature "Richard Kellogg Armstrong" for cause. I made a mistake creating, preparing, signing and filing the NOTICE OF CHALLENGE OF JURISDICTION AND DEMAND FOR DISMISSAL WITH PREJUDICE FOR VIOLATION OF MY CIVIL AND CONSTITUTIONAL RIGHTS OF 1787 AND THE BILL OF RIGHTS OF 1791. ALSO, CHALLENGE OF TITLE 18 AS NOT CONSTITUTIONAL LAW AND CHALLENGE OF IRS AUTHORITY AS NOT BEING AN AGENCY OF THE UNITED STATES GOVERNMENT AND NOT ENTITLED TO REPRESENTATION BY THE D.O.J. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTIONAL AT COMMON LAW. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution – Lompoc
3600 Guard Road
Lompoc, California

Footnotes: 1)Proverbs 6:1 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT, COLORADO, 901 19th Street Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT, COLORADO, Judge, Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 7 2011

GREGORY C. LANGHAM
_____
CLERK

February 13, 2011

DISTRICT COURT OF THE UNITED STATES

UNITED STATES OF AMERICA
v.
RICHARD KELLOGG ARMSTRONG

Case No. 10-cr-00317 - REB
Case No. 10-cv-01073

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Avenue
Littleton, CO 80123

NOTICE OF CHALLENGE OF JURISDICTION AND DEMAND FOR DISMISSAL WITH PREJUDICE FOR VIOLATION OF MY CIVIL AND CONSTITUTIONAL RIGHTS OF 1787 AND THE BILL OF RIGHTS 1791. ALSO, CHALLENGE OF TITLE 18 AS NOT CONSTITUTIONAL LAW AND CHALLENGE OF IRS AUTHORITY AS NOT BEING AN AGENCY OF THE UNITED STATES GOVERNMENT AND NOT ENTITLED TO REPRESENTATION BY THE D.O.J. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT - NOTICE TO AGENT IS NOTICE TO PRINCIPAL

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner, 405 U.S. 519, 30 L.ed 652, 92 S.Ct 594 Rel den 405 U.S. 948, 30, L.ed 2d 819, 92 S.Ct 963

COMES NOW: Richard Kellogg Armstrong, de jure, a native born American, always appearing by special RESTRICTED visitation, never by general visitation. This district court is to secure my inalienable rights of the Constitution 1787 and the Bill of Rights 1791, the Constitution for the Republic of Arizona and the Arizona Enabling Act which guarantees a republic form of government. Failure to do so would be a violation of the accused' rights (See: Article IV, Section 4 of the united States Constitution 1787).

The accused is not surrendering any rights or my standing in law as a man standing on the land. This is evidenced by my filing of my UCC-1 and other legal documents with numerous state, federal and international agencies. These legal recorded filings declare that Richard Kellogg Armstrong has cancelled all adhesion contracts that the U.S. corporate government and Arizona State corporate government had fraudulently enacted. These contracts were never disclosed from the beginning or the accused would never have participated from the start without proper notice. These were intended to defraud Richard Kellogg Armstrong and the American people.

The District Courts for the united States are empowered by the people through Article III of the Constitution of the united States of America 1787, to protect and defend their inalienable rights, most importantly their right to Life, Liberty and the pursuit of Happiness. This is the only court that can hear this case, not a territorial court of the UNITED STATES DISTRICT COURT that operates under statutes, rules and regulations or as an administrative Article I or Article IV court that has no jurisdiction over a sovereign State Citizen of the Republic of Arizona. Any violation or attempt to overthrow the Constitution is a violation of any and all court officers who have taken an oath of office to uphold that great document.

As a sovereign State Citizen of the Republic of Arizona, the laws of Congress do not extend into limits of the States, but have force only in the District of Coulmbia and places that are within the exclusive jurisdiction of the national government (See: Caha v. United States 152, U.S. 24, 215, 14 S.Ct 513, 1894). The accused is bound only to the constraining certainty of the united States Constitution 1787 itself, and absolutely nothing else.

Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them. "Miranda v. Arizona" 384 U.S. 436, 491; 86 S.Ct 1602;16 L Ed 2d 694, 1966".

Constitutional rights would be of little value if they could be indirectly denied (See: Gumillion v Lightfoot 364 U.S. 155, 1966. Cited also in Smith v. Allwright, 321 U.S. 694, 644).

Any judge or attorney who does not report a judge for treason as required by law may themselves be guilty of misprison of treason, 18 U.S.C., Section 2382.

The court, to date, has failed to recognize my challenge of jurisdiction, even though the Supreme court has ruled that the challenge of jurisdiction can be challenged anytime during the trial (See: Menlo v. United States and Rhode Island v. Massachussets 39 U.S. 657, 1838 "Once jurisdiction is challenged, all proceedings must cease. The government of the U.S. may, therefore, exercise all, but no more than all the judicial power provided by the Constitution").

The court has failed to represent my inalienable constitutional Rights before this court. By the several judges' denial of bail, they have treated the Constitution with contempt, even though they took an oath of office and an oath of affirmation that is required for all judges, officers or court officials to abide by (See: Cooper v. Paron 385 U.S. 1, 78 S.Ct1401, 1958. "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it). The court and officers erred by, but not limited to, a violation of my Eighth Amendment right by denial of bail. Eighth Amendment to the Constitution 1787 - "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted". The several judges in four different courts elected to hold the accused in detention (now nearly nine months) pending trial on the basis of their unwarranted belief that the accused was a risk of flight, in violation of his Constitutional rights.

Article III, Section 1 "The judges, both of the Supreme and inferior courts, shall hold their offices during good behavior and shall, at stated times, receive for their services a compensation, which shall not be deminished during their continuance in office".

The Supreme Court ruled that where the Grand Jury process is abused and the accused objects to the indictment before trial, the indictment should be dismissed where there is a showing that the abusing party....substantially influenced the Grand Jury's decision to indict, or if there is great doubt as to whether it had such effect (1978). The Fifth Amendment was violated by not allowing the accused to be present from the very beginning of the process, denying due process of law. Also, the jury was not of my peers as they were U.S. citizens, not sovereigns.

If everything that might influence a jury must be disclosed, then the only way a prosecutor could discharge his Constitutional duty would be to allow complete discovery of his files as a matter of routine practice (See: U.S. v. Agurs 427 U.S., 97, 109, 49, Led 2d 342, 96 S.Ct 2392, 1976). It is obvious that the AUSA Harmon fraudulently misrepresented evidence to the Grand Jury by failure to disclose the accused' filing of his UCC-1 declaring his non-citizenship of the corporate UNITED STATES OF AMERICA.

The Internal Revenue Service is not an agency of the United States Government and their employees are not employees of the United States Government. The D.O.J. had no legal or lawful right to charge the accused with Title 18 U.S.C., 287, 1341 and 2.

In 1944, Washington, DC, was deeded to the International Monetary Fund (IMF) by the Breton Woods Agreement.

The IRS is not a United States Government agency, it is an agency of the IMF (See: Diversified Metal Products v. T. Bow Co. and IRS Case No. 93-4117). The IRS is a successor of the Bureau of Internal Revenue Service, Puerto Rico, and does not have lawful authority in States of the Union. In that case, U.S. Attorney, Betty H. Richardson, answered on behalf of the IRS in her response to Ohman's #4 averment filed in that case, made the following correction: "DENIED" that the IRS is an agency of the United States Government, but admits that the United States of America (a corporation) would be a proper party to this action". These charges made against RICHARD KELLOGG ARMSTRONG prove to be generated by fraud by the D.O. J. and their agents. This case must be dismissed.

Congress did not legislatively create a Bureau of the IRS (See: Public Law 94-564, Senate Report 94-1148, Page 5967, Reorganization Plan No. 26, Public Law 102-391. Also see: U.S.S.C. case Chrysler v. Brown). The Supreme Court researched all the way back to the Civil War and IRS could not be found.

On December 8, 1998, Richard Bufkin of Dundee, Illinois, sent a Freedom of Information Act request to the IRS for documentation of authority for the Department of Justice to defend IRS personnel in civil and criminal litigation. On August 2, 1999, Leslie Hayward, a disclosure program assistant in the IRS national office answered Attorney Bufkin as follows: "A search was performed with the Office of Tax Crimes (criminal investigation), and with the Assistant Chief Counsel, DISCLOSURE LITIGATION, and we have no document responsive to your request. However, you may forward a copy of your request to the U.S. Attorney General's office within the Department of Justice".

In September, 1999, Attorney Bufkin sent the request to the Department of Justice. On January 1, 2000, Thomas J. McIntyre, Chief of the Department of Justice Freedom of Information Privacy Act Unit, made the following response: "We have conducted a search of the appropriate indicies to Criminal Division records and did not locate any records responsive to your request". If the court and prosecution continue to move forward and deny this factual presentment, the accused will subpoena the above parties of interest to testify before this court.

IRS agents and personnel are agents of a government foreign to the United States and do not have lawful access to government funded defense. They are agents of a foreign government invading the several States of the Union in which the territorial courts, judges and D.O.J. have frauduently protected them. These acts are treason, sedition and perjury.

The IRS agent Greg Flynn, Complainant, who has no authority in this Article III Court, charged the accused with the filing of forms 1099-OID for refunds of income taxes in the aggregate of $1.4 million that the accused never paid in which he contended that the accused knew (not alleged!) to be false, ficticious and fraudulent citing Title 18 U.S.C., Section 1341, apparently referring to Title 26 U.S.C., Sections 1271 - 1275. However, the IRS agent knew that the accused' filings addressed a different accounting method known to be an absolutely lawful filing. Therefore, the IRS agent's claims against the accused are fraudulent at best and have caused the accused irrepairable harm, especially in view of the fact that the entity with which he is employed has no authority whatsoever.

To the accused' knowledge, proper form was used for the filing and there was never a complaint sent from the IRS as to the form or the filing. The only complaint received from the IRS was they "erred" in the issuance of the checks. Isn't there a system of validation within their system before sending out checks in those amounts, which included interest calculated by someone? For all of our lives, my wife and I have never been involved in anything that would be outside of the law, our record is clean. I believed that this was a legal filing to pursue the course of reimbursement or the IRS would never have issued the checks, especially when they have a special department to review large disbursements.

Lawful OID Process -

First send 1099-A to the bank, etc., to identify the interest; 1099-OID reports the withholding of the interest; 1040 is to claim a return of the interest to the principal (ME). I created the money with my signature (See HJR-192 and PL 73-10, 1933). File a 1040 to claim a return of the interest to the principal. If it's not claimed within three years, the bank will claim it as abandoned funds.

OID = Redemption of value of a debt instrument (Ex. a check) at maturity - its issue price. Ex., a $1,000 check minus issue price $0 = $1,000.

Step 1- Send 1099-A to identify the interest.
Step 2- Report those funds as interest income; so far they've been withheld (1099-OID).
Step 3- Make claim (1040). The bank is the payor and I am the recipient. Schedule B, the total of the OID as interest income withheld, a taxable event. This is a lawful process and there is no evidence to the contrary.

Should the interest income be taxable, the IRS should have sent me a bill. However, the supposed $1.6 million derived from the OID filing was returned to the IRS by the submission of fifteen different payments over the period 1/08 to 2/09 so no income was derived from the OID filings. In addition, the form 1040 for 2008 was amended around 4/10 to delete the OID filing so as to temporarily eleviate an argument with the IRS.

In addition to the fraudulent charges made against the accused, the IRS has committed further fraud by the unlawful levy of the accused bank account, the fraudulent placement of liens and lis pendens on the accused' real properties, all without due process,and the unlawful seizure of the accused' aircraft, all in violation of my rights secured by the Constitution 1787 and the Bill of Rights 1791 as well as the Arizona Constitution. The IRS is in violation of their own rules and regulations by denying the accused of due process. They failed to adhere to any of the legal processes by circumventing a court hearing for the accused where the accused was denied a trial. Amendment VII states "In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial be jury shall be preserved, and no fact tried by jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of common law".

When a felony crime has been brought to the attention of one of authority to act and they do nothing to notify someone of authority to correct, they will be participating in that crime. When the government and their systems have become oppressive and the justice system has turned a blind eye upon the people by usurping and overthrowing the Constitution with denial and contempt, the public officials fail to operate under the limits of their oaths of office to uphold the State Constitution and the Constitution of the United States 1787.

It is the belief of the accused that the IRS has processed (cashed) the fifteen payments sent via Certified U.S. Mail with return receipts in the aggregate amount of approximately $8 million so, should the IRS be unable or unwilling to produce the originals in court, the accused should be credited with an overpayment of about $6.4 million and will expect to receive a refund check for that amount within thirty (30) days from the date shown hereon. I also expect to have all fraudulently acquired liens and lis pendens removed from our real properties, the $10,000 fraudulently taken from our B of A account and our fraudulently seized aircraft returned to the Prescott, Arizona airport, with full tanks.

JUDICIAL QUALIFICATION FOR BIAS OR IMPARTIALITY - The U.S. Supreme Court (has) held that "Disqualification is required if an objective observer would entertain reasonable questions about the judge's impartiality" Liteky v. U.S., 114 S.Ct 1147, 1162, 1994. "should a judge not disqualify himself, then the judge is in violation of the Due Process Clause of the U.S. Constitution. "United States v. Sciuto, 521 F.2d 842, 845 (7th cir. 1996) ("The right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause"). Section 455(a) "Requires a judge to recuse himself in any proceeding in which (t)he(i)r impartiality might reasonably be questioned". Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989). In Pfizer, Inc. v. Lord, 456 F.2d 532 (8th Cir. 1972), the Court stated that "It is important that the litigant not only actually receive justice, but that he believes that he has received justice". This is also to advise that Richard Kellogg Armstrong has joined the Extraordinary class action lawsuit that was recently served on the Tenth National Tribunal Court of Colorado, Case No. GB 110106-70091410000134484684, against the following defendants (See Exhibits A-1 and A-2 attached).

Referring to the Supreme Court case Downes v. Bidwell, 182 U.S. 244, 1901, the Government of the United States was born of the Constitution and all powers which it enjoys or may exercise must be either derived expressly or by implication from that instrument. Even then, when an act of any department is challenged because it was not warranted by the Constitution, the existence of the authority is to be ascertained by determining whether the power has been conferred by the Constitution. The Constitution guarantees a Republic form of government. Failure to do so would be in violation of the accused rights (See: Article IV, Section 4 of the Constitution 1787).

On December 18, 2010, I, Richard Kellogg Armstorng, filed into the District Court of the United States through James C. Duff, Director, Adminmistrative Office of the U.S. Courts, notification to the court that I have occupied the office of Executor of the RICHARD KELLOGG ARMSTRONG Estate, as evidenced by Certified U.S. Mail so the Court is reminded that no further intrusion or trespass into the subject estate will be tolerated. The demands made in that filing are still valid and the court, to date, has been nonresponsive.

Wherefore, Richard Kellogg Armstrong demands his immediate release from confinement at the Federal Detention Center Englewood and the dismissal of Case Nos. 10-cr-00317-REB and 10-cv-01073 due to the facts of law presented into evidence by the above statements. This territorial court has no authority over a sovereign State Citizen of the Republic of Arizona whose legal character is on file at www.getnotice.info/rka.html, recorded with Washington State as well as more than twenty state, federal and international agencies including Timothy Geithner, Secretary of the Treasury and Douglas Shulman, Commissioner of the IRS.

February 13, 2011

Signed _Richard Kellogg Armstrong_

Richard Kellogg Armstrong
Sovereign
Executor of the Estate

CC:
Supreme Court of the United States, Hon. John Roberts, Chief Justice
Arizona Supreme Court, Chief Justice
Colorado Supreme Court, Chief Justice
Tenth Circuit Court of Appeals
Republic of the united States of America
Republic Arizona Grand Jury, Foreman
International Trade Court
Administrative Office of the U.S. Courts, James C. Duff, Director
Douglas Shulman, Commissioner, IRS and Fiduciary

NAMES OF PLAINTIFFS
FILING THIS CASE
INCLUDED AS STATED
IN "Plaintiffs, List" BELOW:

# IN THE NATIONAL TENTH TRIBUNAL [~~CIRCUIT~~] COURT
## Established And Located On Alleged United States Property
### Near Denver, Colorado

PLAINTIFFS, Being the People Contained In The
Attached List Of People, Signed, With Addresses,
And Incorporated Herein as the Plaintiffs; Continuing
As the People (hereinafter as "Plaintiffs, List")

See Plaintiffs' Further Description In Body, Below.

Plaintiffs / Insiders, Guaranteed Persons/Parties,

v.

All Departments, Whether or Not Existing Under Color
of Name, of the United States [central] government;
The [Alleged] United States District Court For The
[Alleged] District Of Colorado – As Being De facto; All
Judges And Magistrates Thereof, And All Judges Thereof
As Lacking Standing As Wrongly Constructed Court;
Harley G. Lappin; Douglas H. Shulman; Eric H. Holder
Jr.; The U.S. Department of Justice And Such
Department(s) Or Agencies It May Represent; John &
Jane Doe Members of the [alleged] Congress; The
[alleged] President of the [alleged] United States; the
alleged United States Government As Commenced
UnLawful Establishment, September 17, 1787, - Second
Session; - Under The Proposed Constitution For The
Proposed United States Nation (Any Other Form of
United States Denied All Actual Existence); the Illegal
United States As Commenced Establishment 01/01/1945,
et al, AS:

Guarantor's Defendants (Charged with Breach)

And Those Acting In Unlawful Concert Therewith

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Tribunal Court (En Banc Petitioned For):

Tribunal Court Case # .

The People's Case #: -
GB 110106-79091410000134484684
Entered As: Guarantee Breach ("GB")   Year # / Month # /
State # / Federal Delivery # of Breach of Guarantee Lawsuit

Assignment Of Clause 9 - Five Justice Tribunal
(or "En Banc") Called Upon;

EXIGENT DEMAND TO TAKE JUDICIAL
NOTICE OF ALL EXHIBITS AS EVIDENCE.

AN ARTICLE IV, SECTION 4 – SUPERSEDING
SUPREME LAW – BREACH OF GUARANTEE
BY U.S. GOVERNMENT GUARANTOR –
EXTRAORDINARY LAWSUIT- EXISTENT AS
FACT. - NOT UNDER "THE" RULES

Incorporate U.S. Lower [~~Court~~] [Case] Numbers:

PREVIOUS ALLEGED CASE FILINGS:

*District [~~Court~~] # : (see attached "Plaintiffs, List")

*Bankruptcy Court #: (see attached "Plaintiffs, List")

*NOT Cognizant of A Claim of Jurisdiction Legality

Exhibited Complaint: v. Colorado:
Case #: GB 110106484684

## A LAWSUIT ARISING UNDER ARTICLE IV, SECTION 4 –
## BREACH OF GUARANTEE BY GOVERNMENT GUARANTOR –
## ALL THREE BRANCHES THEREOF

### BY REQUISITE SUBMISSION UNDER ARTICLE IV, SECTION 4
### AND UNDER THE FIFTH AMENDMENT'S "DUE PROCESS" CLAUSE THEREOF

Breach of Guarantee By Guarantor Lawsuit
Page 1 of 103

EXHIBIT A-1

physical location (the courthouse names being irrelevant) as a <u>legal</u> <u>entity</u> - in its

entire "legal" existence as an Established Institution (compare to an *incorporation*) –

of <u>the</u> [alleged] <u>District</u> <u>Court</u> <u>of the</u> [alleged] <u>District</u> <u>of</u> <u>Colorado</u>, each and ever

judicial officer thereof, both as to judges and magistrate judges, therein, but not

excluding any judge not known at the time of this filing, if any, the same being:

**The Defendant [alleged district] Judges, making up the primary judicial part of the <u>Defendant</u> [alleged] United States District <u>Court</u> Of The [<u>alleged</u>] District Of Colorado, are as follows:**

Defendant Wiley Y. Daniel; Defendant Richard P. Matsch; Defendant John L. Kane; Defendant Zita L. Weinshienk; Defendant Lewis T. Babcock; Defendant Walker D. Miller; Defendant Marcia S. Krieger; Defendant Robert E. Blackburn; Defendant Philip A. Brimmer; Defendant Christine M. Arguello; Defendant David M. Ebel;

**The Defendant [alleged] Magistrate Judges, making up the secondary or alleged magistrate offices of the Defendant [alleged] United States District Court Of The [alleged] District Of Colorado, are as follows:**

Defendant Michael J. Watanabe; Defendant Boyd N. Boland; Defendant Craig B. Shaffer; Defendant Michael E. Hegarty; Defendant Kristen L. Mix; Defendant Kathleen M. Tafoya; Defendant Gudrun J. Rice; Defendant David L. West;

**The Defendant [alleged] Bankruptcy Court Judges, making up the alleged part of the Defendant United States [alleged] U.S. Bankruptcy Court Of The [alleged] District Of Colorado, are as follows:**

Defendant Howard R. Tallman; Defendant Sidney B. Brooks; Defendant Elizabeth E. Brown; Defendant A. Bruce Campbell; Defendant Michael E. Romero;

**Additional non-judicial Defendants include:**
Defendant Eric H. Holder, Jr.; Defendant John E. Potter; Defendant Douglas H. Shulman ; Defendant Harley G. Lappin; Defendant Julius Genachowski; Defendant Michael J. Copps; Defendant Robert M. McDowell; Defendant Mignon Clyburn; Defendant Meredith Attwell Baker; Defendant Mary L. Schapiro; Defendant Kathleen L. Casey; Defendant Elisse B. Walter; Defendant Luis A. Aguilar; Defendant Troy A. Paredes; Defendant Jon

EXHIBIT A-2

DENVER CO 800

16 FEB 2011 PM 3 L

RICHARD L. ARMSTRONG
20113-298
FEDERAL DETENTION CENTER ENGLEWOOD
9-A-QUINCY AVE.
LITTLETON, CO 80123

LEGAL
MAIL

U.S. DISTRICT COURT
DISTRICT OF COLORADO
Christopher B. Blaylock, Clerk
901 19TH STREET, ROOM A105
DENVER, CO 80294-3169

80294+2501

**NOTICE OF AND RESCISSION OF CHALLENGE OF VALIDITY OF CHARGES BROUGHT BY THE IRS STATEMENT OF CORRECTNESS OF OID FILING AND CHALLENGE OF AUTHORITY OF THE IRS TO BRING CHARGES AGAINST A SOVEREIGN CITIZEN OF THE united STATES AND A SOVEREIGN STATE CITIZEN OF THE REPUBLIC OF ARIZONA FOR CAUSE**

NOTICE DATE: Day Twenty-Four          Month Five                    Year 2013 C.E.

UNITED STATES DISTRICT COURT COLORADO
Gregory C. Langham, Clerk of the Court
Room A-105 901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 149 Filed 02/24/11 USDC Colorado Page 1 of 17 Case No. 10-cr-00317-REB Case No. 10-cr-01073 CHALLENGE OF VALIDITY OF CHARGES BROUGHT BY THE IRS, STATEMENT OF CORRECTNESS OF OID FILING AND CHALLENGE OF AUTHORITY OF THE IRS TO BRING CHARGES AGAINST A SOVEREIGN CITIZEN OF THE united STATES AND A SOVEREIGN STATE CITIZEN OF THE REPUBLIC OF ARIZONA Page 2 of 17, Page 3 of 17 Richard Kellogg Armstrong, Page 4 of 17 EXHIBIT A,6,7,8,9,10,11,12,13,14,15, Page 16 Date: Febuary 14, 2011 Larry Ray Hall The 2011 pasterity of the 1787 we the people of the preamble, Page 17 of 17"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy bearing my signature "Richard Kellogg Armstrong" for cause.  I made a mistake creating, preparing, signing, filing, the CHALLENGE OF VALIDITY OF CHARGES BROUGHT BY THE IRS, STATEMENT OF CORRECTNESS OF OID FILING AND CHALLENGE OF AUTHORITY OF THE IRS TO BRING CHARGES AGAINST A SOVEREIGN CITIZEN OF THE united STATES AND A SOVEREIGN STATE CITIZEN OF THE REPUBLIC OF ARIZONA.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                                  Sincerely,

                                  *Richard Kellogg Armstrong*
                                  Richard Kellogg Armstrong
                                  c/o 20413-298
                                  Federal Correctional
                                  Institution - Lompoc
                                  3600 Guard Road
                                  Lompoc, California

Footnotes: 1)Proverbs 6:1 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT, Colorado, 901 19th Street Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT, Judge, Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**
I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF CHALLENGE OF VALIDITY OF CHARGES BROUGHT BY THE IRS STATEMENT OF CORRECTNESS OF OID FILING AND CHALLENGE OF AUTHORITY OF THE IRS TO BRING CHARGES AGAINST A SOVEREIGN CITIZEN OF THE united STATES AND A SOVEREIGN STATE CITIZEN OF THE REPUBLIC OF ARIZONA FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on May 24, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO Gregory C. Langham, Clerk of the Court Room A-105 901 19th Street Denver, Colorado 80294-3589

                                  *Richard Kellogg Armstrong*
                                  Richard Kellogg Armstrong

February 22, 2011

DISTRICT COURT OF THE UNITED STATES

UNITED STATES OF AMERICA                              Case No. 10-cr-00317-REB
             v.                                       Case No. 10-cv-01073
RICHARD KELLOGG ARMSTRONG

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

CHALLENGE OF VALIDITY OF CHARGES BROUGHT BY THE IRS, STATEMENT OF CORRECTNESS OF OID FILING AND CHALLENGE OF
AUTHORITY OF THE IRS TO BRING CHARGES AGAINST A SOVEREIGN CITIZEN OF THE united States AND A SOVEREIGN STATE CITIZEN
OF THE REPUBLIC OF ARIZONA.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT - NOTICE TO AGENT IS NOTICE TO PRINCIPAL

REQUEST THAT THE COURT RECOGNIZE

Haines v. Kerner, 405 U.S. 519, 30 Led 652, 92 S.Ct. 594 Rel den 405 U.S. 948, 30, Led 2d 819, 92 S.Ct 963

COMES NOW: Richard Kellogg Armstrong, de jure, a native born American, always appearing by special RESTRICTED visitation,
never by general visitation. This District Court is to secure my inalienable rights of the Constitution 1787 and the Bill of Rights
1791, the Constitution for the Republic of Arizona and the Arizona Enabling Act which guarantees a republic form of government.
Failure to do so would be a violation of the accused rights (See: Article IV, Section 4 of the united States Constitution 1787).

The accused is not surrendering any rights or my standing in law as a man standing on the land. This is evidenced by my filing of my
UCC-1, my CAVEAT MIRANDA WARNING and other legal documents with numerous state, federal and international agencies. These
legal recorded filings declare that Richard Kellogg Armstrong has cancelled all adhesion contracts that the U.S. corporate
government and Arizona State corporate government had frauduently enacted. These contracts were never disclosed from the
beginning or the accused would never have participated from the start without proper notice. These were intended to defraud
Richard Kellogg Armstrong and the American people.

The District Courts for the united States are empowered by the people through Article III of the Constitution of the united States of
America 1787, to protect and defend their inalienable rights, most importantly their right to Life, Liberty and the pursuit of
Happiness. This is the only court that can hear this case, not a territorial court of the UNITED STATES DISTRICT COURT that
operates under statutes, rules and regulations or as an administrative Article I or Article IV court that has no jurisdiction over a
sovereign State Citizen of the Republic of Arizona. Any violation or attempt to overthrow the Constitution is a violation of any and
all court officers who have taken an oath of office to uphold that great document.

As a sovereign State Citizen of the Republic of Arizona, the laws of Congress do not extend into limits of the States, but have force
only in the District of Columbia and places that are within the exclusive jurisdiction of the national government (See: Caha v.
United States 152, U.S. 24, 215, 14 S.Ct 513, 1894). The accused is bound only to the constraining certainty of the united States
Constitution 1787 itself, and absolutely nothing else.

Any judge or attorney who does not report a judge for treason as required by law may themselves be guilty of misprison of treason,
18 U.S.C., Section 2382 under Federal Law. These are the laws they must follow as federal employees where the State Citizen of
the Republic of Arizona is bound by the Highest Law of the Land, the Constitution 1787 and the Bill of Rights 1791.

The Court, to date, has failed to recognize my challenge of jurisdiction, even though the Supreme Court has ruled that the challenge of jurisdiction can be challenged anytime during the trial (See: Menlo v. United States and Rhode Island v. Massachusets 39 U.S. 657, 1838, "Once jurisdiction is challenged, all proceedings must cease. The government of the U.S. may, therefore, exercise all, but no more than all the judicial power provided by the Constitution").

The court has failed to recognize my inalienable Constitutional rights before this court. By the several judges' denial of bail, they have treated the Constitution with contempt, even though they took an oath of office and an oath of affirmation that is required for all judges, officers or court officials to abide by (See: Cooper v. Peron 385 U.S. 1, 78 S.Ct 1401, 1958. "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it"). The court and its officers erred by, but not limited to, a violation of my Eighth Amendment right by denial of bail. Eighth Amendment to the Constitution 1787 - "Excessive bail shall not be required, nor excessive fines imposed, nor cruel or unusual punishment inflicted". The several judges in four different courts elected to hold the accused in detention (now nearly nine months) pending trial on the basis of their unwarranted belief that the accused was a risk of flight, in violation of his Constitutional rights. The accused IS NOT subject to Title 18 in any sense due to the fact that it is not Constitutional law as it did not pass the quorum clause of the Constitution and there is no evidence to the contrary.

Article III, Section 1, "The judges, both of the Supreme and inferior courts, shall hold their offices during good behavior and shall, at stated times, receive for their services a compensation, which shall not be deminished during their continuance in office".

The Supreme Court ruled that where the Grand Jury process is abused and the accused objects to the indictment before trial, the indictment should be dismissed where there is a showing that the abusing party ...substantially influenced the Grand Jury's decision to indict, or if there is great doubt as to whether it had such effect (1d78). The Fifth Amendment was violated by not allowing the accused to be present from the very beginning of the process, denying due process of law. Also, the jury was not of my peers as they were U.S. citizens, not sovereigns.

If everything that might influence a jury must be disclosed, then the only way a prosecutor could discharge his Constitutional duty would be to allow complete discovery of his files as a matter of routine practice (See: U.S. v. Agurs 427 U.S., 97, 109, 49, Led 2 342, 96 S.Ct 2392, 1976). It is obvious that the AUSA Harmon fraudently misrepresented evidence to the Grand Jury by a failure to disclose the accused' filing of his UCC-1 with the State of Washington declaring his non-citizenship of the corporate UNITED STATES OF AMERICA and his Caveat Miranda Warning.

The charges against the accused have been brought by the IRS through their agent, Greg Flynn, who supposedly represents the U.S. Department of the Treasury, a Division of the Federal Reserve Bank, implying that fraud was perpetrated on the U.S. corporate government. However, regardless of the fact that this administrative court has no jurisdiction over the accused who is a Sovereign Citizen under the Constitution 1787 and a Sovereign State Citizen of the Republic of Arizona, the Internal Revenue Service, domiciled in Puerto Rico, is not an agency of the United States government and does not have a delegation of authority from Congress to operate in the 50 states. Their employees are not employees of the United States government and the DOJ has no lawful authority to represent them in court. The IRS is actually an agency of the IMF and there is no evidence to the contrary. Congress did not legislatively create a Bureau of the IRS (See the accused' Notice to the U.S. District Court Colorado dated February 13, 2011, for details).

The charges against the accused arose from the lawful filing of OID using IRS Form 1099-OID as well as other associated forms to properly affect the filing regardless of the false charge that the accused intentionally and fraudulently filed for a tax refund and regardless of the IRS' opinion regarding OID. IRS Agent Flynn knows full well that the accused' filing was lawful so he has brought fraud and deception on the court and should be charged with his crimes.

Since the U.S. bankruptsy in 1933 and the subsequent passing of HJR-192 and PL 73-10, there has been no lawful money, only debt instruments such as Federal Reserve Notes, fiat currency, owned by the Federal Reserve Bank.

The Court and the IRS have erred in thinking that Federal Reserve Notes are lawful money. The Constitution has the definition of lawful money in Article 1, Section 10, Clause 1 that states: "No State shall coin money; emit Bills of Credit; make any thing but gold and silver coin a tender of payment of debt".

IRS agent Flynn's charges of fraud on the accused were knowingly fraudulent and have caused the accused and his wife irrepairable harm, physically, financially and emotionally. Flynn has bragged in court about his eleven years as an IRS/CID Agent and about his extensive knowledge regarding taxes, the IRM and associated filings so he knew, or should have known, without any doubt that the accused' filings were lawful in every respect and therefore was specifically aware that he was willfully and fraudulently bringing

claims of fraud against the accused. His obvious motive was to get a conviction of the accused, using the power and skill of the DOJ, to further his fraudulent actions including colusion, coersion and treason against the Constitution, in concert with the DOJ and the courts (See: 26 USC 6049(d)(6)(A)(i) and 33A Am Jur 2d).

Flynn, through his supposed non-knowledge and misunderstanding of the 1099-OID filing process, has even gone to the fraudulent extent to state that the accused generated with fraudulent intent, Forms 1099-OID to appear as though the banks/lenders created them but he knows this to be untrue. He even stated that certain banks were interviewed to determine if they had generated the forms. He is obviously extremely ignorant of any of the facts addressing the filing for OID, certainly without adequate research, possibly in an effort to protect the banks with their fraudulent and underhanded operations and for personal gain. The result, however, has possibly created grounds for very significant lawsuits, including possible criminal charges, against himself and others.

A clear and concise explanation of the lawful filing for OID is attached as Exhibit A. Flynn and Kenneth Harmon, the AUSA, witnessed a similar presentation by Mr. Larry Hall , now deceased, on February 11, 2011, as a part of his testimony in front of a Grand Jury in Denver.

Wherefore, based on all facts presented to the Court, Richard Kellogg Armstrong demands his immediate release from detention at the Federal Detention Center Englewood and the dismissal of all charges related to Case Nos. 10-cr-00317-REB and 10-cv-01073. The territorial court has no authority over a sovereign State Citizen of the Republic of Arizona whose legal character is on file at www.getnotice.info/rka.html as well as more than twenty state, federal and international agencies including Douglas Shulman, Commissioner of the IRS and Timothy Geithner, Secretary of the Treasury in addition to the recording of the accused' UCC-1 with Washington State and hereby demand that either the Denver County Sheriff or a U.S. Marshal remove me forthwith from FDC Englewood.

This document is not intended to threaten, intimidate or harass but is my lawful remedy in law.

February 22, 2011                                    Signed _____
                                                    Richard Kellogg Armstrong

CC:
Supreme Court of the United States, Hon. John Roberts, Chief Justice
Arizona Supreme Court, Chief Justice
Colorado Supreme Court, Chief Justice
Tenth Circuit Court of Appeals
Republic of the united States of America
Republic Arizona Grand Jury, Foreman
International Trade Court
Administrative Office of the U.S. Courts, James C. Duff, Director
Douglas Shulman, Commissioner, IRS and my appointed Fiduciary
Denver County Sheriff

Attached: Exhibit A is taken from an affidavit to the Grand Jury dated February 14, 2011, by Mr. Larry Ray Hall, now deceased. References to "People 2" is me, Richard Kellogg Armstrong.
See also Exhibits B & C Re Extraordinary Lawsuit

EXHIBIT A

have with me evidence which will absolutely beyond a doubt prove my innocence of the proposed charges, which I can leave with you today for your review. You will discover that the proposed charges being brought against me are for alleged crimes that require the element of intent. Only I know my intent, and I can and have stated that I had no intent to commit any crime, including, but not limited to those crimes specifically alleged. You will discover that these proposed charges arose only in the minds of my accusers in a vacuum of evidence, and in their rush to assign guilt where none exists.

-------------------------------------------------------------------------------------

In introduction, you need to know who I am, as a person. I was brought up to always do what is right, and never harm another person, no matter the personal consequences to myself. I have always followed, as closely as is humanly possible, that mantra for how to live rightly.

I am now 61 years old, and I can honestly say that I have never committed a crime, I have never intended to commit a crime, and I see no reason this late in life to change that policy which has served me so well. I can also say unequivocally that I am absolutely and completely innocent of the crimes alleged against me.

It is utterly beyond my ability to imagine why anyone would intend to commit the crimes for which I am being charged by the prosecutor. Yes, I do know that there are those in our society who, for whatever reason (mental incapacity, improper upbringing, loss of moral compass, etc.) make decisions to commit crimes. It is just that I personally do not have the mental or moral incapacity to understand such things.

I find it very frightening that a prosecutor, acting without any evidence, and having no knowledge of my intentions would bring such charges against me, thereby threatening my very life, and the future of my family. Further, I find it appalling that our public servants would fabricate blatant lies, as they certainly have in this case, to mislead this Grand Jury for the purpose of securing an indictment, when their sworn duty is to uphold the law and assure justice. How can this happen in America?

According to that letter dated February 7, 2011 from Kenneth M. Harmon, Assistant United States Attorney to Larry Ray Hall, provided as Exhibit VI,  Prosecution is alleging that I have conspired to defraud the United States and has proposed charges that I (Larry Ray Hall):

1.    Obtained payments on false, fictitious and fraudulent claims, in violation of Title 18, United States Code, Section 286;

2.    Made false, fictitious and fraudulent claims upon or against the United States, in violation of Title 18, United States Code, Section 287; and

3.    Engaged in monetary transactions in property derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

In relation to those charges, they state that I:

A.    Was involved in filing income taxes for myself and others;

B.    Sought tax refunds based on the purported withholding of taxes on income purportedly realized from Original Issue Discount ("OID") instruments, as purportedly reflected in forms 1099-OID submitted to the Internal Revenue Service; and further indicates that

C.    The subject matter of the investigation, as it pertains to you (i.e., Larry Ray Hall), includes matters that are the subject of an indictment pending against People 1 and People 2 in the District of Colorado under Case No. expurgated.

Note: In the following discussion of these matters, I will refer to each of the above stated issues by the number assigned above (i.e., Issue 1., 2., or 3. or Issue A., B., or C.)

As best as I can tell this whole misunderstanding centers around the issue of filing Original Issue Discount (OID) with the IRS. Without that issue present, there is really nothing else to discuss.

Over the past few years, many people around the country became aware of the OID issue. You can read about it in the tax code at 26 USC 1271-1275 and 6049, and in various IRS publications such as Publication 1212-Guide to Original Issue Discount (OID) Instruments, Instructions for Forms 1099-INT and 1099-OID, Publication 550-Investment Income and Expense (including Capital Gains and Losses)- Chapters 1. and 4., etc. You can also read about OID at 63A Am Jur 2nd.

OID certainly is not anything that is new. People have claimed it and the IRS has paid it out for years. So, why all the sudden resistance from the IRS? Is it possible that with so many learning about OID, that the IRS simply does not want them to know? Or, is the IRS trying to protect certain interests?

Since OID is at the heart of this controversy, here is a simple explanation of original issue discount which involves an issuance of credit. The Original Issue Discount is an actual discount from the face value of a security instrument. Since 1933 there has been no lawful money in this country. Whereas, we have operated in the past under the belief that our money was backed by something, in fact, the financial system of this country has been based on the full faith and credit of the American people. Since money was reduced or converted to a fiat currency, the only value is what we perceive it to have and what we give for it.

Banks give loans and credit based on our signature at which point the bank then monetizes the instruments that we have signed. One does not get a loan based on the value of an object because the value of the object is not what is used in our present monetary system. It is based on our own labor and abilities. When the bank issues what they claim as a credit to us, they are actually only monetizing the signed instrument and generating a computer or ledger entry at some represented value of units after we sign a document that says the units are based on us and our labor. If this were not true then anyone would be able to go and buy a car or a house and have the object be the collateral and there would be no need for credit checks or any personal information to be reviewed. That is not what happens. Research is conducted into each of us personally and then the credit is extended based on our signature. This issued credit is based on a document (such as a promissory note) that is an issuance from us. By signing the documents/instruments presented to us we authorize a negotiable instrument and a bank takes that instrument and ledgers it onto their books. They use that ledgering to authorize further fractionalization of ledgered assets per "Modern Money Mechanics – A Workbook on Bank Reserves and Deposit Expansion" which is published by the Federal Reserve Bank of Chicago and was first written in 1961. Those asset instruments are then batched and sold on the open market as explained in the "Comptroller of the Currency Securitization Handbook", under Real Estate Investment Trusts, or Collateralized Debt Obligations and other such systems. These items are now securities and the banks have just been paid for these items by either selling them or offering them in groups and submitting them for bonding and income producing products.

A business cannot take out a loan on assets it does not have because the banks will not allow a business credit without assets to back it up. Banks cannot loan out their own money and or their investors' money unless they make a public offering for a specific purpose and people invest in the bank for that purpose. When a bank receives a document with a signature, they are starting with a clean even balance sheet, assets = liabilities. How would they ledger the loan if they cannot pay out something that is not theirs? They have to increase assets at the same time as liabilities and so in doing this what can they use as an asset to create the liability that they take when they agree to the loan, other than your signature?

Banks do not report this payment back to the people who submit the instruments and are not notifying the individuals that the funds that they have received have settled the debt that the bank claims to be owed. This income is not reported and the creator of the security is not told that their creation has been used to make income for the bank or the other agencies that used the security. This is one of the main reasons for the bank scandals and all the foreclosure issues that are facing this country now.

When the security was converted and then submitted into the marketplace, there was a discount from the face value of the instrument, and this amount is 100 % of the value of original security. The security had no value prior to the signature when it was originated and so the gain was made when the bank offered the security into the marketplace. This created the issue of the Original Issue Discount as the security was sold for a premium price while the original issue was submitted without value. This price difference and the gain from the sale was a profit or income to the original issuer of the debt instrument or security instrument.

The Banks were authorized and had a duty at this point to inform the issuer of the security of this gain but were negligent in their reporting and fiduciary duty to inform. This then created a requirement that a tax be paid on the gain but no documents were submitted by any of the parties to report this gain. The creator of the instrument was not aware of the gain and the bank did not file the details because they were not the true beneficiary of the gain on the instrument as it, the instrument, belongs to the original issuer, the only person who's signature is on the document. The tax became due but not reportable as no one reported the income. When any individual finds out that a taxable event has occurred, per title 26 of the US Code they are required to report such incident and that is what I feel is and was the appropriate thing to do. I issued the tax reporting forms to have the banks submit the proper taxes and return the original issue gain back to the true creditor or issuer (me) of the security instrument.


Title 26 § 6049. Returns regarding payments of interest

(d)(6) Treatment of original issue discount

(A) In general

Original issue discount on any obligation shall be reported—


IRS Publication 1212 - Guide to Original Issue Discount (OID) Instruments

Page6: "The issuer of the debt instrument … should give you a copy of Form 1099-OID…"


33A Am Jur 2d¶ 60114. Reporting original issue discount (OID) - Form 1099-OID. OID of $10 or more on any obligation must be reported as an interest payment (¶ 60101) at the time it's includible in the holder's gross income (¶ 12400 et seq.). (26 USC 6049(d)(6)(A)(i))


A Form 1099-OID must be made for each person who is a holder of record of the obligation if the OID included in the holder's gross income is at least $10.

As you can see, there is a requirement to report the OID, and banks have not been reporting it and have not been paying the tax on it. Maybe that is who the IRS is trying to protect! I know from calling banks and asking for their tax identification numbers that they were unhappy that I was planning on sending them a 1099-OID. No surprise, after they have gotten away without paying for it, for so many years.

Understanding that, now that I knew about the OID issue, I was required to report it, and I, like many others, put in hundreds of hours of study and research to learn as much as I could about OID. Many accountants, CPAs and Enrolled Agents also studied the OID statutes and came to the same conclusion as I did. Are all of these people criminals because they "may" have misunderstood the tax code on this topic, despite all of their efforts to do so? Were all of these people conspiring to defraud the US Government? Is that a logical conclusion that anyone could reach? What is going on here?

When I filed my personal tax returns, which included the filing of 1099-OID forms, I did so convinced that what I was doing was correct and perfectly legal, not to mention required by the Tax Code. Is it possible that I did not properly fill out all of the forms, or that maybe another form was required for which I was unaware? Sure it was. With hundreds of thousands of tax laws, regulations, court cases, etc. filing row after row of bookshelves, and thousands of tax forms to select from, even the most experienced tax experts routinely admit that they are often stumped as to what to do.

Making a mistake on a tax form (if indeed I did make a mistake) is not a criminal act! Being charged criminally for not being able to figure out the most complicated set of laws in the world, however is a criminal act!

You will notice from a copy of a page of 1099-OIDs (copy provided as Exhibit VII) that were submitted with my 2006 Amended Tax Return, that the "Payer" is identified as the name of the bank to whom I (as the source) issued credit, and from whom the amount of the credit, as shown in Block 1, must be returned. Nowhere do you find any statement by me that the IRS owed me the OID amount. So, for the prosecutor to allege that I made false, fictitious and fraudulent claims upon or against the United States, as alleged in Issue 2. can in no way be characterized as anything other than a bold face lie.

The IRS knows that it did not personally owe me the amount of the OID, and they know that I did not expect them to dig into the pocket of the US Treasury and pay me such amount - my 1099-OID clearly states so. So, why have they concocted this ridiculous story and proposed criminal charges?

So, if the IRS were to pay me out of US Treasury funds (as they seem to be alleging that they so did in the case of People 2), how is it that the independent decision, made solely by the IRS to do something which I did not request, and for which they had no obligation to do, has been translated into proposed criminal charges against me?

How am I responsible for the mistakes or deliberate mis-actions taken by the IRS behind the curtain, where I have no idea what they are actually doing?  The IRS says that when they paid People 2 for his tax filling that included the OID, that it was a mistake on their part - the payment just got out by mistake!  And there we see a part of the problem (assuming we can even believe that a mistake was made).  A person submits their tax return, receives a refund, and then is charged criminally for the mistakes of the IRS.  Doesn't seem like an appropriate manner in which to cover up a mistake!

Since when does someone file a tax return, receive a refund, and then is required to call the IRS and ask if they really meant to issue the refund?  Has anyone on the Grand Jury called the IRS after receiving a refund to ask if the IRS really meant it?

How is the tax filer supposed to know that the IRS did not do the proper thing - go to the bank to collect the funds owed to the issuer of the credit, but instead, paid the tax filer out of US Treasury funds?  For that matter, how do I know that the IRS didn't actually collect the funds from the bank and are hiding that fact, while charging me with something that they know is not true?  Since it is clear that they are lying in making the charges, what is to keep them from lying about what they actually did, in order to cover up their other lies?

If the IRS does not understand its own codes and regulations, how am I supposed to be held liable for their mistakes?  Neither I nor anyone else I know of held a gun to the head of the IRS and demanded a refund of the OID.  And no one demanded that the IRS dip into the pocket of the US Treasury to pay such amounts.  If the IRS truly believes that filing for the OID is not correct under their rules, then all they have to do is send back a response letter telling the person that their filing was made incorrectly, explain the problem and relate what needs to be done to correct it.  I would be glad to make the changes in an instant.

Again, how is a crime to make a mistake on a tax form?  And how did I give anyone the right to judge my intent?

It is clear that Issue 2. is no longer valid, and has been entirely dispensed with.

As to issue 1., the record shows that I did not receive any payments from the filing of my 1099-OIDs, so that proposed charge is no longer valid, and has been entirely dispensed with.

As to Issue A., I have never in my life prepared income taxes for anyone other than my immediate family.  Of course, I did file income taxes for myself.  Is there a law that requires that I hire someone to prepare my income taxes?  I was not involved in filing income taxes for People 2.  So Issue A. is no longer valid, and has been entirely dispensed with.

Issue B. is a neutral statement.  Since I had the obligation under the tax code to file the 1099-OID, and since I did so based on my best available information from studying the OID issue, the fact that I sought tax refunds based on that obligation, using their codes and forms cannot be considered the element of a crime.  Thus, Issue B. evaporates, and has been entirely dispensed with.

Since I did not intend to defraud the United States, did not obtain payments on false, fictitious and fraudulent claims, did not make false, fictitious claims upon or against the United States, and was not involved in filing income taxes for others, Issue 3. becomes a moot issue, as there were no monetary transactions in property derived from specified unlawful activity, there being no specified unlawful activity.

The IRS will point to the fact that funds received by People 2 were used to purchase a property, and allege that that is the specified unlawful activity.  On the date that the property was purchased, however, I had not been notified by the IRS that they considered the OID filing to be a frivolous filing, so any use of funds which belonged to People 2 could in no way be considered improper.  To my knowledge, those funds belonged to People 2 and no one else.  Both People 2 and myself have the absolute right to contract.   Remember, you file a tax return, the IRS pays you a tax return, you can only consider that they have acted properly.  You are not responsible for the mistakes of the IRS.  The IRS needs to "man up", and admit to their mistakes, rather than charging innocent people in an apparent attempt to cover up those mistakes.

The IRS has absolutely no evidence that I committed any of the proposed crimes or that I had the intent to commit the same.

Note that the code sections in Title 18 that the prosecutor has proposed that I be charged with, are general and have no meaning unless there is a code section in Title 26 that both applies to me and that I have violated.  Where is the Title 26 section that I am supposed to have violated?  Really, this is the first question that should be asked!

Now that all of the proposed charges have been sufficiently dispensed with, let's look at what the IRS has been doing to try to escape being held accountable for their mistakes or possibly their intentional mis-deeds.

Here is an outline of how the IRS has indiscriminately dealt with those who have filed 1099-OIDs, as required by the IRS codes:

1. After filing a tax return that includes OID, some filers receive a letter stating that the filing was frivolous.  Some never receive that letter!  This initial frivolous filing letter 3176C cites Frivolous Positions Notice 2007-30, contained in Bulletin No. 2007-14 (copy provided as Exhibit VII), and claims that the Secretary has already declared that the "position" being taken is a frivolous position. First of all, I did not take any position – I just followed the tax code to the best of my ability and understanding using IRS forms. The IRS never explains what the position is that I supposedly took!  When you go to Bulletin No. 2007-14, you will find that the issue of the OID being considered by the Secretary as a "frivolous position" is not to be found.

2. Additionally, the 3176C frivolous filing letter cites 26 USC 6702(c), which does not list any frivolous filing positions, but just says: "The Secretary shall prescribe (and periodically revise) a list of positions which the Secretary has identified as being frivolous for purposes of this subsection."  Unfortunately, the Secretary has not prescribed filing the OID (as required by the tax codes) as a frivolous, for the obvious reason that it is not a frivolous position.

3. There being no information provided by the IRS as to what the problem is, and the references they give to a frivolous position having turned out to be an obvious lie, the only thing one can do is to write to the IRS and ask for an explanation.  So, you write to the IRS asking what the problem is and what you need to do to correct it.

4. Before I continue with this process, lets first look at the IRS Mission:

The IRS Mission:

"Provide America's taxpayers top quality service by helping them understand and meet their tax responsibilities and by applying the tax law with integrity and fairness to all." http://www.irs.gov/pub/irs-irbs/irb07-14.pdf   Page 4.

"The purpose of the IRS is to collect the proper amount of tax revenues at the least cost to the public, and in a manner that warrants the highest degree of public confidence in our integrity, efficiency and fairness. To achieve that purpose, we will encourage and achieve the highest possible degree of voluntary compliance in accordance with the tax laws and regulations...". - Internal Revenue Manual, Chapter 1100, section 1111.1

5.  Once you request an explanation from the IRS (and no matter how many times you ask) you get no answer to your question.  The IRS response is to tell you that if you do not change your filing, you will be charged a frivolous filing penalty.

6.  By the time you figure out that there is nothing you can do or say that will solicit an answer to your question - What is wrong with my tax filing? - the IRS has usually (as they did in my case) assessed a frivolous filing penalty of $5,000 for each year that the OID was filed, and if you filed jointly, each spouse is assessed $5,000 for each year.  Notice that the IRS does not assess everyone the $5,000, but for some people, it not only assesses the $5,000 per year, per spouse, but it also adds $5,000 per year, per spouse every month.  There certainly is nothing in the tax code that allows that assessment, so why are they doing it?  And, why isn't everyone that filed the same thing treated the same?

7.  Then after the IRS has already assessed you the $5,000 frivolous filing penalty, and you continue to ask the IRS for documentation or explanations to support their accusations of a frivolous filing, you may receive about every 40 days a letter that states in part:

"often extensive research is required" and

"Due to heavy workload, we have not yet completed our research to resolve your inquiry"

8.  Why does the IRS have to do any research and what is it that they have to research after they have already issued a decision and assessed me a $5,000 frivolous penalty?  What part of due process allows the IRS to assess a penalty before doing the research to first determine if something improper has been done?

9.  I would submit that the only reason the IRS continues to ignore our questions, with the lame excuse that they need more and more time to research, is because they are trying to figure out a way to justify their entirely incorrect decisions to label the filing of the OID as frivolous and to assess a frivolous filing penalty!  Since an untold number of people filed the 1099-OIDs, and the answer is the same for all of them, why has it taken the IRS almost 3 years to complete this mystery research on one single topic?  Makes no sense, does it?

10.  Then the IRS recommends that the Department of "Justice", take steps to get an indictment for criminal activity against some of those who filed the 1099-OIDs, as required by IRS tax codes, and not against others who did the exact same thing.  Excuse me, but the law must operate equally for all - right?

11. This might be a good time to review some maxims of law, which are simply common sense statements relative to the antics of the IRS in this matter:

a.      All Americans have the right to access the law and to know of its proper application and operation, even tax law.

b.      The law must be complied with, all of it - even by the IRS.

c.      The law must be applied openly and with indifference.

d.      Only Congress writes law.  Administrative (IRS) regulations cannot deviate from law because regulations are not written by Congress.

e.      IRS publications are not law.

12. And to help put things into perspective, here are a couple of quotes that remind us of what we are dealing with here:

"Fear is the key element for the IRS in achieving its mission. Without fear, the IRS would have a difficult time maintaining our so-called system of voluntary compliance ...". "Given the opportunity, the IRS will take the easy way out and grab whatever it can... the IRS does not really care about you and what your future....... may be".  Santo Presti, former IRS Criminal Investigation Agent and author of "IRS In Action"

"The IRS is an extraordinary example of the end justifying the means. The means of this agency is growth. It is interesting that the revenue officers within the IRS refer to taxpayers as 'inventory'. The IRS embodies the political realities of the selfish human desire to dominate others. Thus the end of this gigantic pretense of officialdom is power, pure and simple. The meek may inherit the earth, but they will never receive a promotion in an agency where efficiency is measured by the number of seizures of taxpayers' property and by the number of citizens and businesses driven into bankruptcy".  George Hansen, Congressman and author of "To Harass Our People"

13. Can IRS or DOJ show the law and explain the operation of that law that provides for the following disparity in treatment for the same type filing?  Is the infraction which is not defined on the Secretary's list of Frivolous Positions simply "conjured up in somebody's mind"?

a.     One filer has his tax return denied, and no other action taken.

b.     Another filer has tax return denied, and deemed frivolous per Secretary's List (nothing on that list), and no other action taken.

c.     Another filer has tax return denied, and deemed frivolous per Secretary's List (nothing on that list), and is assessed a $5,000 frivolous filing penalty, per year, per spouse.

d.     Another filer has tax return denied, and deemed frivolous per Secretary's List (nothing on that list), and is assessed a $5,000 frivolous filing penalty, per year, per spouse, and $5,000 is added each month, per year, per spouse.

e.     Another filer has tax return denied, and deemed frivolous per Secretary's List (nothing on that list), and is assessed a $5,000 frivolous filing penalty, per year, per spouse, and is charged with criminal activity.

f.     Another filer has tax return deemed valid, receives refund, and no other action is taken.

g.     Another filer has tax return deemed valid, receives refund, and is then charged with criminal activity.

Does the IRS have the authority to indiscriminately treat filers any way they wish?

Does the IRS have any responsibility as Tax Professionals with their super computers to determine that each and every refund check issued is valid and accurate?

Now, go back and read the IRS's Mission Statement. How can a mission statement and the practice be any further apart?

Since the IRS code requires me to file the 1099-OIDs, how can the IRS then come back and tell me that they are a frivolous filing, and that I am being assessed a penalty and criminal charges for following the law? It becomes a matter of you are damned if you do, and damned if you don't!

Take special notice: The IRS, by its unlawful actions, has created an impossibility. The law does not allow an impossibility. The law may not, and the IRS cannot require an action that will result in a penalty and criminal charges. They can't have it both ways.

Does any of the above constitute an unlawful act on part of the IRS or its agents?:

Title 26 § 7214. Offenses by officers and employees of the United States

(a) Unlawful acts of revenue officers or agents:

(5) who knowingly makes opportunity for any person to defraud the United States; or

(6) who does or omits to do any act with intent to enable any other person to defraud the United States;

It is clear that the prosecutor is falsifying information, both by commission and by omission.  He has knowingly lied in his representations to this Grand Jury (commission) by making statements that he either does not know to be true or does know to be true, and he has not provided all of the evidence to this Grand Jury as required (omission).

I want to know who on this Grand Jury, who in the IRS or US Treasury and who in the Department of "Justice" has been told or has any information about my intent?  Who has conducted a brain scan that reveals what I intend or have ever intended to do anything of a criminal intent?

You have seen how the IRS has not dealt in good faith throughout the process of administering the OID situation.  Since this whole situation arose, I have had occasion to do further research and find out more about the operations of the IRS.

Here is what I have found:

I.  4 USC § 72, which is positive law, mandates that all offices of government are restricted to "the District of Columbia, and not elsewhere" unless Congress "expressly" extends their granted authority to other geographical areas by United States law.

It is a fact, that the IRS does not have a delegation of authority to operate in the 50 compact states, which means that they have no jurisdiction or authority to operate in Colorado, making anything they have done to create this case out of thin air, void and leaving this Grand Jury with nothing to investigate.  Just ask any IRS agent for a copy of their Delegation of Authority to be in Colorado.  They will not be able to provide it, because it does not exist!  A copy of a "Brief Regarding 4 USC § 72 and The Secretary's Authority in the Several States is provided as Exhibit IX.

II.  The requirement to file income tax does not apply to the people domiciled in the 50 compact states, like Colorado.  The tax code does not name those folks as being liable for the tax.  Statutory Definition of citizen of the United States is attached as Exhibit X. This issue is explored in depth in Exhibit IV, my Complaint which has been filed with Congress.  The IRS has never rebutted the issues presented in Exhibit IV and X, because they cannot do so.  (After all, facts are facts!

III.  26 USC§ 29.22(b)-1 Exemptions; exclusions from gross income.

Certain items of income specified in section 22(b) are exempt from tax and may be excluded from gross income.  No other items are exempt from gross income except (a) those items of income which are, under the Constitution, not taxable by the Federal Government;

The reference to the Constitution is to Article 1, Section 9, Clause 5:

No tax or duty shall be laid on articles exported from any state.

Since export into commerce from one state to another state constitutes

Interstate Commerce, and the revenues earned from that export upon its sale

would constitute an "income;" that would mean that a tax on the income

from interstate commerce, being export, and export, from an accounting

standpoint, being the income side of interstate commerce, a tax on an

income derived from any form of Interstate Commerce would be a tax on the

export of the product or products represented in commerce, and would be

mandatorily prohibited in being taxed under Article I, Section 9, Clause 5.

When the IRS realized that the effect of that section was that Americans were not liable for the income tax, they got busy.  You will not find this section in print today, but it was in the code in 1949.  It was never officially removed from the code by Congress, for the obvious reason that that would have been a violation of the Constitution.  However, between the years 1949 and 1961 the IRS committed massive fraud in order to make the code section disappear.  First they just failed to print title 26 for a few years.  Then 29.22(b)-1 was moved to 39.22(b)-1 (a section which did not exist prior to 1953).  Finally, the section just magically disappeared altogether.  During those years, the code was printed at the end of the year instead of the beginning.  One year wasn't even printed until several years later, and then it was represented that it was printed in the earlier year.

The bottom line is that 26 USC § 29.22(b)-1 still exists, you and I still have access to it, and the IRS has never been able to rebut this issue for obvious reasons.

For a complete discussion of this issue see Exhibit XI, The Title 26, 1949 CFR, 29.22(b)-1(a)/Article 1, § 9, Clause 5 Frauds, and watch Exhibit XII, for a Power Point Presentation of the topic.

AFFIDAVIT

I, Larry Ray Hall, do hereby confirm and affirm that the statements made herein are true, correct, and complete to the best of my knowledge, not meant to be misleading, admissible as evidence, and are signed under the penalty of perjury.

By:_____ Date: February 14, 2011

Larry Ray Hall

The 2011 posterity of the 1787 we the people of the preamble

RICHARD K. HAEVISTROMS
DAVIS-280
FEDERAL DETENTION CENTER ENGLEWOOD
9595 QUINCY AVE
LITTLETON, CO 80123

LEGAL
MAIL

GREGORY LANGHAM, CLERK OF THIS COURT
U.S. DISTRICT COURT COLORADO
CLERKS OFFICE, ROOM A 105
901 19TH STREET
DENVER, CO 80294-3589
Michael Hillary

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 24 2011
GREGORY C. LANGHAM
CLERK

CR




## NOTICE OF AND RESCISSION OF EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT FOR CAUSE

NOTICE DATE: Day Twenty-four        Month Five        Year 2013 C.E.

UNITED STATES DISTRICT COURT COLORADO
Clerk of the Court
Room A-105 901 19th Street
Denver, Colorado 80294

**In reply to:** "Case 1:10-cr-00317-REB Document 290 Filed 09/09/11 USDC Colorado Page 1 of 18 1:10-cr-00317-REB-2 10-cr-01073 Affidavit Verified EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT, Page 2 of 18, 2,3 3,4 4,5 5,6 6,7 7,8 8,9 9,10 10, 11 11,12 12,13 13,14 14,15 15,16 16, Page 17 of 18 17 Richard Kellogg Armstrong CERTIFICATE OF SERVICE 31st day of AUGUST, 2011 Richard Kellogg Armstrong, Page 18 of 18"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy bearing my signature "Richard Kellogg Armstrong" and Date "31st of August, 2011"  for cause. I made a mistake creating, preparing, signing, and filing the EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger [2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: 1)Proverbs 6:1 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT COLORADO 901 19th Street, Denver, Colorado 80294
cc: UNITED STATES DISTRICT COURT COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on May 24, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT COLORADO, Clerk of the Court, Room A-105 901 19th Street, Denver, Colorado 80294

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### DENVER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| **Plaintiff/Respondent** § | | |
| § | **1:10-cr-00317-REB-2** | |
| **v.** § | | |
| § | **10-cv-01073** | |
| **RICHARD KELLOGG** § | | |
| **ARMSTRONG** § | **Affidavit** | |
| **Defendant/Petitioner** § | | |
| _____ § | **Verified** | |

## EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT

Comes now, Petitioner, unrepresented, and hereby moves the court for dismissal of this case with prejudice based on evidence of prosecutorial misconduct, then retaliation when that prosecutorial misconduct was discovered and was to be presented to the court.

### A.    History

Petitioner was indicted on or about June 6, 2010, charged with violations of Counts one through three allege mail fraud. Counts four through seven allege filing false claims against the united States.

Petitioner is currently incarcerated, denied bond, based on statements and allegations of the prosecution team. However, evidence now obtained by the defense establishes that the prosecution team has committed multiple

1

violations of fraud in order to confine Petitioner and in order to proceed with

a fraudulent conviction.

### B.    Corrupted Testimony is Illegal

Across the nation, judges, prosecutors and the police are running amok,

engaging in a rape and pillage of the U.S. Constitution, abusing the

laws, their briefcases, gavels, badges and their black robes to terrorize,

retaliate and intimidate members of the citizenry who have the courage

to stand up to their arbitrary and wrongful arrests, malicious

prosecutions and rulings, who seek to expose the cover-ups of abuse and

corruption in the justice system and challenge their abuse of parties

whom appear before them seeking justice and redress of grievances.

The outing of the firing of federal prosecutors based on politics and the

egregious prosecutorial misconduct by North Carolina prosecutor Mike

Nifong in the Duke rape case  are clear indications that our Republic is

on a slippery slope to destroying democracy.

Police are abusing their powers, arresting people who dare to criticize

the government, arresting people for taking pictures of police officers or

simply taking pictures in public places, who wear a t-shirt bashing

different Presidents and for reporters who dare to look further than the

2

news release handed out and work to expose government corruption.
The prosecutors and low level courts are condoning it, resulting in
ruining people's lives, causing wrongful incarcerations, trying to label
their critics as cuckoo, all in an effort to cover up their wrongful actions,
in essence fueling the cancer of governmental interference and
corruption that has become pervasive in today's society.

"Speech is often provocative and challenging. It may strike at
prejudices and preconceptions and have profound unsettling effects . . . .
That is why freedom of speech, though not absolute, . . . is nevertheless
protected against censorship or punishment", the Sixth Circuit Court of
Appeals ruled in February. In courts nationwide, judges are claiming
it's the citizens who are intimidating the judiciary because they use
their voice, blogs, computers, emails—and exercise  those freedoms
guaranteed them by the Bill of Rights—freedom of speech, expression
and press—to criticize the runaway judiciary who believe they are
autonomous, shouting a defense of judicial independence as they engage
in judicial homicide with the stroke of a pen as Florida Judge George
Greer did in the Terri Schiavo case or as the egotistical Ohio judges like
retired visiting judge Richard Markus, Ronald Bowman and David
Faulkner did in the Baumgartner case, totally disregarding the U.S.

3

Constitution in their overzealous approach to retaliate against and silence Elsebeth Baumgartner. Instead of investigating the merits of her allegations, the criminal justice system of northern Ohio has teamed together to try to squelch her totally with the creed "hang together or assuredly we shall all hang separately".

The Sixth Circuit Court of Appeals in Cincinnati has ruled that citizens have a right against government retaliation, not just in Ohio but across America. People have the right to speak out without retaliation. Public confidence in the criminal justice system is eroding from the town courts to the Supreme Court and members of the judiciary, prosecutors offices and police agencies have no one to blame but themselves.

It appears that Ohio, Florida and New York aren't exempt from a runaway judiciary. In fact, it appears that they might be leading the pack.

The powers-that-be in Ohio, where the spotlight on public corruption has been aglow with ethics convictions of Gov. Bob Taft, the conviction of GOP fundraiser and Taft appointee Thomas Noe and and Congressman Bob Ney, have attacked a judicial whistleblower and governmental critic Elsebeth Baumgartner repeatedly, trying to

4

discredit her and have unsuccessfully tried to label her incompetent,

trying to make her exposure of their wrongdoing go away.

She has incurred the government's wrath for speaking out and in turn,

they have retaliated by maliciously prosecuting her for postings made

on the Internet and for statements made in court pleadings which are

traditionally immune from defamation and libel.

After being charged with multiple felonies for alleging that retired

visiting judge Richard Markus is corrupt and engaged in case fixing,

Baumgartner was then arrested for postings on a blog after the

Cuyahoga County prosecutor's office claims that she made anonymous

derogatory postings on her own blog, directed towards the wife of her

former business partner.   At best, there may have been a civil claim

although even that is doubtful under the Digital Millineum Act of 1964.

The Constitution prohibits one being criminally charged an exercise in

freedom of speech, express and press, acts expressly protected by the

First Amendment.

The government's repeated criminalizing of speech against

Baumgartner served to make an example out of her, albeit in violation

of her First Amendment rights, and helped to create a chilling effect to

5

intimidate others from speaking out against public corruption. The government set out to make an example of Baumgartner, albeit in violation of her constitutional rights and the right against retaliation.

Even if all of her accusations against public officials were false, and none have ever been investigated or the merits of the charges brought into court, it is unconstitutional to be criminally charged and imprisoned for expression of peaceful speech.  The primary reason for the First Amendment is for people to be free to criticize the government and its officials without fear of retaliation by that government.

Freedom of speech, though not absolute, is nevertheless protected against censorship or punishment and the Constitution protects First Amendment speech activity, keeping it free from unlawful police harassment and inference.

This was underscored in the recent Sixth Circuit Court of Appeals decision in Center of Bio-ethical Reform v. City of Springboro et.al. http://caselaw.lp.findlaw.com/data2/circs/6th/063284p.pdf

The same Constitution, same First Amendment protection applies for whistleblowers and government critics who are targeted by the

6

government for disfavored treatment—including arrest, unlawful incarceration, financial ruin and emotional turmoil—because they dare to try and expose government corruption.

It took nearly five years of litigation but ultimately the Center for Bio Ethical Reform (CBR), a non profit education foundation, has been victorious in a lawsuit against two Ohio law enforcement agencies and the FBI.

The court decision said that a reasonable jury could find that the officers were motivated to detain the protestors partially because the posters' content and concern by at least one officer that the photographs should be kept out of the sight of children.  The ruling also said that the officers stopped the protestors because they were wearing body armor and Kevlar helmets which caused concern that they might be involved in criminal activity.  However, the initial investigation found no evidence to justify why the protestors were held for three hours and a reasonable officer would have known that detaining the group because of their protests would violate their right to free speech.

The appeals court ruled that the district court had correctly found that CBR had "engaged in protected activity" and had a First Amendment

7

right not to be retaliated against for doing expressing their opinions and engaging in free speech.

"Plaintiffs argue, in their brief on appeal, that the district court erred in granting summary judgment on their First Amendment claim because, in their view, defendant officers stopped and detained them in retaliation for the message expressed on the sides of the trucks and have consequently chilled their free expression. Analyzing Plaintiffs' claim as one of retaliation for exercise of free speech rights, the district court concluded that the record did not show Plaintiffs' exercise of constitutional rights, rather than concern for public safety, motivated the stop. Specifically, the court found as a matter of law that, when stopped for a traffic violation, and found to be in possession of police equipment, radio equipment, body armor and Kevlar helmets, a three hour detention would not chill a person of ordinary firmness from continuing in this particular activity, participation in the public debate on one of the most contentious issues in society today.  The court further concluded that the officers were protected by qualified immunity since their conduct did not "violate clearly established statutory or constitutional rights of which a reasonable person would have known."

That ruling didn't fly in the higher court where the Constitution and First Amendment prevailed.

"We first consider whether "the facts alleged show the [defendants'] conduct violated a constitutional right." *Saucier v. Katz*, 533 U.S. 194, 201 (2001). Next, we determine whether that right was "clearly established" at the time of the alleged violation. *Id.* Applying this inquiry while viewing the facts in the light most favorable to Plaintiffs, the district court erred in granting summary judgment on this claim.

*Plaintiffs' Right Against Retaliation*

"As a threshold matter, we must determine whether, when "[t]aken in the light most favorable to the party asserting the injury, . . . the facts alleged show the officer's conduct violated a constitutional right." *Saucier*, 533 U.S. at 201. We evaluate claims that state actors retaliated against a claimant in response to his exercise of free speech under the framework generally set forth in *Mount Healthy City Sch. Dist. Bd. of Educ. v. Doyle*, 429 U.S. 274 (1977). Under *Mount Healthy* and its progeny, a plaintiff must show that (1) he was participating in a constitutionally protected activity; (2) defendant's action injured plaintiff in a way "likely [to] chill a person of ordinary firmness from"

9

further participation in that activity; and (3) in part, plaintiff's constitutionally protected activity motivated defendant's adverse action. *Bloch v. Ribar*, 156 F.3d 673, 678 (6th Cir. 1998) (internal citations omitted); *see also Thaddeus-X v. Blatter*, 175 F.3d 378, 394 (6th Cir. 1999) (en banc). Once a plaintiff raises an inference that the defendant's conduct was motivated in part by plaintiff's protected activity, the burden shifts and defendant "can demonstrate that it would have taken the same action in the absence of the protected activity." *Arnett v. Myers*, 281 F.3d 552, 560- 61 (6th Cir. 2002) (citing *Thaddeus-X*, 175 F.3d at 399). The inquiry of "whether activity is 'protected' or an action is 'adverse'" is context-specific. *Thaddeus-X*, 175 F.3d at 388.

"The First Amendment generally protects Plaintiffs' right to display signs communicating their views on abortion, and "[t]he fact that the messages conveyed by those communications may be offensive to their recipients does not deprive them of constitutional protection." *Hill v. Colorado*, 530 U.S. 703, 714-15 (2000); *see also Terminiello v. City of Chicago*, 337 U.S. 1, 4 (1949) ("Speech is often provocative and challenging. It may strike at prejudices and preconceptions and have profound unsettling effects .... That is why freedom of speech, though not absolute, ... is nevertheless protected against censorship or

punishment."). The district court correctly found that Plaintiffs had "engaged in protected activity," (J.A. at 116), and Defendants do not argue otherwise. We next consider whether the adverse action "would chill or silence a 'person of ordinary firmness' from future First Amendment activities." *Thaddeus-X*, 175 F.3d at 397 (citation omitted) (noting the "standard is amenable to all retaliation claims"). Here, Plaintiffs need not show they were actually deterred from exercising their right to free speech, but rather must show the actions were "capable of deterring a person of ordinary firmness from exercising his or her right[s]." *Id.* At 398. A chilling effect sufficient under this prong is not born of *de minimis* threats or "inconsequential actions," but neither does the requisite showing permit "solely egregious retaliatory acts . . . to proceed past summary judgment." *Id.*

"Deprivation of one's liberty of movement can hardly be classed "inconsequential;" indeed, the Founders endeavored scrupulously to protect this liberty in the Constitution. *See* U.S. const. amend. IV; U.S. const. amend. XIV. A two and one-half hour detention absent probable cause, accompanied by a search of both their vehicles and personal belongings, conducted in view of an ever-growing crowd of on-lookers, would undoubtedly deter an average law-abiding citizen from similarly

expressing controversial views on the streets of the greater Dayton area.
*See McCurdy v. Montgomery County*, 240 F.3d 512, 520 (6th Cir. 2001)
(impliedly acknowledging an arrest without probable cause constitutes
adverse action of sufficient consequence); *cf. Lucas v. Monroe County*,
203 F.3d 964, 974 (6th Cir. 2000) (loss of business after being removed
from a police station's rotating call list sufficient to "deter the average
wrecker service operator" from similarly criticizing defendant sheriff).

"Finally, we evaluate the motivation for Defendants' actions. Plaintiffs
argue that their speech motivated Defendants to stop and detain them.
Specifically, Plaintiffs aver that Defendants knew their trucks were used
to send an anti-abortion message prior to the challenged stop, that
Defendants' post-incident reports label them as "anti-abortionists," that
Agent Morris profiled them as domestic terrorists on the basis of their
cause, that Defendants took photographs of the sides of Plaintiffs'
trucks, and that Defendants made various comments purportedly
criticizing Plaintiffs' method of expressing their message"

Since 911, the government has tried to justify its unconstitutional
actions against the public by labeling reporters, lawyers and everyday

citizens who dare to criticize government operations as being paper terrorists or domestic terrorists.

Although police and prosecutors nationwide, from the towns up to the federal government, continually assault and try to diminish the freedoms guaranteed to us by the U.S. Constitution, the Constitution remains the Supreme law of the land. The George Greers, Richard Markuses, Bowmans and Faulkners need to remember that the same U.S. Constitution that grants them the right to claim judicial independence is the same U.S. Constitution that grants reporters, lawyers and everyday citizens the right to express their views without retaliation.

C.     Evidence of Corruption in this Case

Attached as Appendix A is the affidavit of Elyse Del Francia, who was "bribed" by the prosecution team for her testimony in this case. Once that attempted bribery occurred, and the government discovered that the bribery would be disclosed, then the witness was subjected to further humiliation and theft of funds in order to discourage her from testifying about the attempted bribery of her testimony.

Due to the attempted bribery of one witness, the presumption now exists that **all witnesses have been offered bribes or benefits** in this case in order for the government to obtain a conviction. The government can not now overcome the presumption.

It is common knowledge that the government obtains a 99 percent conviction rate in federal criminal cases.

Such a conviction rate presumes one of two scenarios: first, that the prosecutors in federal criminal cases are such geniuses that their conviction rate is much higher than in any other country in the world because of their excellent work ethic, their attention to detail, and their belief in integrity of the government. One only needs to drive by a prosecutors' office at 6 p.m. on any evening to determine that that presumption is false.

Alternatively, the presumption is that the prosecutors can only win by misrepresenting and/or manipulating the facts of the case in order to obtain convictions, plus bonuses and benefits from obtaining those convictions.

In this case, evidence clearly establishes the second precedent, that the prosecutors have no code of ethics, no morals, and rely on unscrupulous agents to obtain information that is clearly illegal.

Petitioner invokes the maxim of law, that notice to the principal is notice to the agent, and notice to the agent is notice to the principal.

14

Petitioner also invokes the maxim of law that the right against retaliation is absolute according to the First and Fifth Amendments of the Constitution.

Petitioner has been investigating prosecutorial misconduct and attempted coercion of witnesses in this case, after evidence recently was received from those potential witnesses of such threats. The coercion of witnesses violates Petitioner's 1st, 5th, 6th and 8th Amendment rights according to the Constitution. Such coercion is also a violation of federal statutes and constitutes criminal activity by agents of the government. While the government has the right to prosecute vigorously, its officers do not have the right to threaten and intimidate witnesses in order to obtain unjust ends. Petitioner, requests that the court forward a copy of the report once it is prepared to the Office of Eric Holder within 24 hours as is required by statute, in order that the statutory authority for agents of the government to be investigated, be pursued vigorously.

Petitioner is requesting immunity from prosecution and retaliation for witnesses identified, that all attempted threats and collections against them be immediately dismissed, and that all evidence of harassment and threats of the government in this case be brought forward.

15

## E.   Prayer for Relief

Wherefore, premises considered, Petitioner moves this court for;

1. An order dismissing this case for prosecutorial misconduct;

2. A referral to the Office of Eric Holder, Attorney General of the United States, for investigation of threats and intimidation of witnesses in this case;

3. An immediate order to cease and desist the illegal activity of agents and prosecutors in this case, including retaliation, retribution, threats and actions of the government;

4. Immediate dismissal of any actions by the government against the witness(es) identified in this motion with prejudice;

5. Sanctions against the employees of the government who are deemed to have violated their oaths of office and statutory authority, as determined by the court;

6. For such other and further relief as is deemed just and proper.

**Unsworn declaration under penalty of perjury 28 USC 1746(1), an affidavit of truth**

Respectfully submitted,

By _____

**Richard Kellogg Armstrong**
**20413-298**
**9595 West Quincy Avenue**
**Littleton, CO 80123**

## CERTIFICATE OF SERVICE

On this the ___31ST___ day of ___August, 20XX___, a true and correct copy of

the foregoing was served on the U.S. Attorney as opposing counsel in this

case as is required by law.

_____

Richard Kellogg Armstrong

17

RICHARD K. ARMSTRONG
20113-298
FEDERAL DETENTION CENTER
9595 QUINCY AVE.
LITTLETON, CO 80123

LEGAL MAIL

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM
OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE
WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

DATE INITIALS

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE, LITTLETON, CO. 80123

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 08 2011

GREGORY C. LANGHAM
CLERK

CLERK OF THE COURT
U.S. DISTRICT COURT COLORADO
901 19TH ST., ROOM A-105 -
DENVER, CO 80294-3589



7010 3090 0002 7265 8121