# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Twenty-six     Month: Eight     Year: 2013 C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 29 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 324 Filed 10/17/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER DENYING MOTION FOR REHEARING ON ISSUE OF DETENTION Blackburn, J., Page 2 of 2 Dated October 17, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 324 Filed 10/17/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER DENYING MOTION FOR REHEARING ON ISSUE OF DETENTION Blackburn, J., Page 2 of 2 Dated October 17, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong* [signature]
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on August 26, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver Colorado 80294-3589.

NON NEGOTIABLE NOTICE OF ACCEPTANCE

*Richard Kellogg Armstrong* [signature]
Richard Kellogg Armstrong

NNNOA

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*August 26, 2013 C.F.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

      Defendant.

## ORDER DENYING MOTION
## FOR REHEARING ON ISSUE OF DETENTION

**Blackburn, J.**

The matter is before me on the **Motion For Leave To File a Motion For Rehearing on Petitioner's** [*sic*] **Detention** [#297][1] filed September 19, 2011, by the defendant, Richard Kellogg Armstrong.[2] The government filed the **Government Response to Defendant Armstrong's Motion For Leave To File a Motion For Rehearing on Petitioner's Detention** [#321] on October 13, 2011. I deny the motion.

Mr. Armstrong requests that the court grant a rehearing on the issue of his detention. Motion at 1. His two sentence motion provides as follows:

> COMES NOW, Petitioner, unrepresented, hereby moves the Court to grant a rehearing regarding Petitioner's detention to include Petitioner's

---

[1] "[#297]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] Because Mr. Armstrong is proceeding *pro se*, I continue to construe his papers liberally. *See* **Erickson v. Pardus**, 551 U.S. 89, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972)).

"ACCEPTED"
Richard Kellogg Armstrong
AUGUST 26, 2013 c.E.

opportunity to cross examine the Prosecution's witness, Greg M. Flynn. The Petitioner alleges that Mr. Flynn made fraudulent, misleading and purjurous [sic] statements to the Court at the detention hearing in order to ensure the Court's decision to detain the Petitioner.

*Id.* The government objects. Response at 1 and 5.

Base on the relevant record and the reasons stated, arguments advanced, and authorities cited by the parties in the motion and response, I find and conclude as follows: (1) that Mr. Armstrong neither pleads nor proves any reason why this motion could not have been filed within the time provided by the court for the filing of pretrial motions; (2) that Mr. Armstrong does not provide any, let alone a sufficient, factual basis for the claim he makes or the relief he requests; and (3) that Mr. Armstrong has already had a reasonable and sufficient opportunity to cross examine IRS-CID Agent, Greg Flynn, concerning the sworn testimony he presented relevant to the detention, *vel non*, of Mr. Armstrong.

**THEREFORE, IT IS ORDERED** that the **Motion For Leave To File a Motion For Rehearing on Petitioner's Detention** [#297] filed September 19, 2011, by the defendant, Richard Kellogg Armstrong, is **DENIED**.[3]

Dated October 17, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[3] In further support of my order, I approve, adopt, and incorporate, the facts presented, reasons stated, arguments advanced, and authorities cited by the government in its response [#321].

2

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*August 26, 2013 C.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date: September 9, 2011

Deputy Clerk: Nel Steffens
Court Reporter: Suzanne Claar

---

**Criminal Action No. 10-cr-00317-REB**

<u>Parties:</u>

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

<u>Counsel:</u>

Kenneth Harmon
Kevin Sweeney

Lisa Wayne
*Pro Se*, with David Owen, Advisory Counsel

---

## COURTROOM MINUTES

**Status Conference**

**9:05 a.m.**   **Court in session.**

Appearances of counsel. Also seated at government's table is IRS Special Agent Greg Flynn.

Defendant Morris is present on bond; defendant Armstrong is present in custody.

Opening statements by the court.

    **IT IS ORDERED** as follows:

    1.    That this Status Conference is **VACATED** and **CONTINUED** pending further order of this court;

"ACCEPTED"
*Richard Kellogg Armstrong*
AUGUST 26, 2013  C.E

2. That a motion hearing on the **Motion To Withdraw as Counsel for Curtis L. Morris** [#287] filed September 8, 2011, is set for **September 21, 2011**, at 8:15 a.m., at which the defendants, Ms. Wayne, and Mr. Owen shall appear without further notice or order;

3. That to the extent necessary the United States Marshal for the District of Colorado shall assist the court in securing the appearance of defendant Armstrong; and

4. That at the request of Mr. Harmon, government counsel is excused from appearing at the motion hearing.

Mr. Armstrong addresses the court regarding several issues.

**9:22 a.m.    Court in recess.**

Total time in court:   00:17

Hearing concluded.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*August 26, 2013 C.E.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:             October 18, 2011

Deputy Clerk:     Nel Steffens
Court Reporter:   Suzanne Claar

---

**Criminal Action No. 10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
| Plaintiff, | |
| v. | |
| 1. CURTIS L. MORRIS, and | Lisa Wayne |
| 2. RICHARD KELLOGG ARMSTRONG, | *Pro Se*, with David Owen, Advisory Counsel |
| Defendants. | |

---

## COURTROOM MINUTES

---

**Status Conference**

**2:05 p.m.     Court in session.**

Appearances of counsel.

Defendant Morris is not present. Defendant Armstrong is present in custody.

Opening statements by the court. The court notes that this hearing was set to commence at 1:30 p.m.

    **IT IS ORDERED** as follows:

    1.    That the Clerk of the Court shall issue immediately a warrant commanding the arrest of defendant Morris;

"ACCEPTED"
Richard Kellogg *[signature]*
AUGUST 26, 2013  C.R.

2. That the defendant shall be taken into custody and imprisoned pending review by this court or a Magistrate Judge on the matter of bail and bond; and

3. That this Status Conference is **VACATED** and **CONTINUED** pending further order of the court.

**2:10 p.m.    Court in recess.**

Total time in court:   00:05

Hearing continued.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*August 26, 2013 C.E.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

       Defendants.

---

### GOVERNMENT MEMORANDUM REGARDING THE STATUS OF TIME LIMITS AND EXCLUSIONS UNDER THE SPEEDY TRIAL ACT OF 1974

---

The United States of America, by and through its undersigned counsel, submits this memorandum to assist the Court in setting a trial date at the conference scheduled for September 9, 2011. Based upon the Government's calculations, any trial set for on or before December 17, 2011 would comply with 18 U.S.C. § 3161(c)(1) of the Speedy Trial Act of 1974.

**Speedy Trial Calculations**

The Government calculates that, absent additional excludable delay, the speedy trial clock in this case will expire on December 17, 2011. The speedy trial clock commenced on June 8, 2010 with the filing of the initial indictment. Since that time, there have been at least four periods of time that are excludable for speedy trial purposes. First, the two day delay caused by the Government's filing of its motion to disclose grand jury material on June 24, 2010 and the Court's disposition of that motion on June 24, 2010 is automatically excludable under 18 U.S.C. § 3161(h)(1)(D). See United States v. Smith, 569 F.3d 1209, 1212 (10th Cir. 2009)(citing United

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*August 26, 2013 c.e.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

## MINUTE ORDER[1]

---

The government shall file a response by **October 3, 2011** to defendant's **Emergency Motion To Dismiss For Evidence of Prosecutorial Misconduct [#290]**[2] filed September 9, 2011.

Dated: September 12, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#290]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

"ACCEPTED"
Richard Kellogg Armstrong
August 26, 2013 C.E.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

      Defendant.

## MINUTE ORDER[1]

      Mr. Armstrong may file a reply to the **Government Response To Defendant Armstrong's Emergency Motion To Dismiss For Evidence of Prosecutorial Misconduct** [#318][2] which was filed on October 3, 2011, and that if Mr. Armstrong chooses to file a reply, he shall file his reply in open court on October 18, 2011, at 1:30 p.m., during the status conference that is scheduled for that same time.

      Dated: October 4, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#318]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.