NOTICE OF AND RESCISSION OF UNITED STATES DISTRICT COURT
DESIGNATION FORM

Notice Date: Day Twenty-six        Month: Eight        Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589



In reply to: "Case 1:10-cr-00317-REB Document 285 Filed 09/05/11 USDC Colorado Page 1 of 23 UNITED STATES DISTRICT COURT DESIGNATION FORM David L. Owen, Jr. A-9 Designation of Record Form 12/09, Page 2 of 23 APPEAL U.S. District Court District of Colorado (Denver) CRIMINAL DOCKET FOR CASE #: 1:10-cr-00317-REB-2 Date Filed: 06/08/2010 David L. Owen, Jr. Richard Kent Kornfeld 8/31/2011, Page 3 of 23 Kenneth Mark Harmon, Page 4 of 23 Kevin F. Sweeney Martha Ann Paluch Tonya Shotwell Andrews, Page 5 of 23, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, Page 23 of 23 8/31/2011"

PLEASE TAKE NOTICE that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy for cause. I made a mistake signing and filing the UNITED STATES DISTRICT COURT DESIGNATION FORM. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 3 2013

JEFFREY P. COLWELL
CLERK

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Tonya S. Andrews, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Martha A. Paluch, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Richard Kent Kornfeld, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF UNITED STATES DISTRICT COURT DESIGNATION FORM** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on August 26, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong