**NOTICE OF AND RESCISSION OF EMERGENCY MOTION TO DISMISS**
**FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT FOR CAUSE**

Notice Date: Day Thirty          Month: Eight          Year: 2013 C.E.

# FILED

UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 3 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 256 Filed 06/30/11 USDC Colorado Page 1 of 21 1:10-cr-00317-2 Affidavit Verified EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT 1, Page 2 of 21 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, Page 17 of 21 30th day of June 17, Page 18 of 21 AFFIDAVIT Appendix 1/3, Page 19 of 21 Elyse Del Francia June 28, 2011 Appendix 2/3, Page 20 of 21 6/28/2011 Elyse Del Francia Appendix 2/3, Page 21 of 21 10-cr-00317-REB-2 10-cv-01073-MEH BY THE COURT"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy for cause. I made a mistake creating, preparing, signing, and filing the EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT. I repent of my sin.

I willingly. knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of you mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Provebs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on August 30, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the COURT, Room A-105, 901 19th Street, Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 JUN 30  PM 2:48

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff/Respondent | § | |
| | § | |
| v. | § | 1:10-cr-00317-REB-2 |
| | § | |
| RICHARD KELLOGG | § | **Affidavit** |
| ARMSTRONG | § | |
| Defendant/Petitioner | § | **Verified** |
| | § | |

## EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF
## PROSECUTORIAL MISCONDUCT

Comes now Petitioner, unrepresented, and hereby moves the court for

dismissal of this case with prejudice based on evidence of prosecutorial

misconduct, the retaliation when that prosecutorial misconduct was

discovered and was to be presented to the court.

### A.    History

Petitioner was indicted on or about June 6, 2010, charged with

violations of Counts one through three allege mail fraud. Counts four

through seven allege filing false claims against the united States.

Petitioner is currently incarcerated, denied bond, based on statements

and allegations of the prosecution team. However, evidence now obtained by

the defense establishes that the prosecution team has committed multiple

1

violations of fraud in order to confine Petitioner and in order to proceed with

a fraudulent conviction.

B.     **Corrupted Testimony is Illegal**

Across the nation, judges, prosecutors and the police are running amok

engaging in rape and pillage of the U.S. Constitution, abusing the

laws, their briefcases, gavels, badges and their black robes to terrorize,

retaliate and intimidate members of the citizenry who have the courage

to stand up to their arbitrary and wrongful arrests, malicious

prosecutions and rulings, who seek to expose the cover-ups of abuse and

corruption in the justice system and challenge their abuse of parties

whom appear before them seeking justice and redress of grievances.

The outing of the firing of federal prosecutors based on politics and the

egregious prosecutorial misconduct by North Carolina prosecutor Mike

Nifong in the Duke rape case  are clear indications that our Republic is

on a slippery slope to destroying democracy.

Police are abusing their powers, arresting people who dare to criticize

the government, arresting people for taking pictures of police officers or

simply taking pictures in public places, who wear a t-shirt bashing

different Presidents and for reporters who dare to look further than the

2

news release handed out and work to expose government corruption. The prosecutors and low level courts are condoning it, resulting in ruining people's lives, causing wrongful incarcerations, trying to label their critics as cuckoo, all in an effort to cover up their wrongful actions, in essence fueling the cancer of governmental interference and corruption that has become pervasive in today's society.

"Speech is often provocative and challenging. It may strike at prejudices and preconceptions and have profound unsettling effects . . . . That is why freedom of speech, though not absolute, . . . is nevertheless protected against censorship or punishment", the Sixth Circuit Court of Appeals ruled in February. In courts nationwide, judges are claiming it's the citizens who are intimidating the judiciary because they use their voice, blogs, computers, emails—and exercise those freedoms guaranteed them by the Bill of Rights—freedom of speech, expression and press—to criticize the runaway judiciary who believe they are autonomous, shouting a defense of judicial independence as they engage in judicial homicide with the stroke of a pen as Florida Judge George Greer did in the Terri Schiavo case or as the egotistical Ohio judges like retired visiting judge Richard Markus, Ronald Bowman and David Faulkner did in the Baumgartner case, totally disregarding the U.S.

3

Constitution in their overzealous approach to retaliate against and silence Elsebeth Baumgartner. Instead of investigating the merits of her allegations, the criminal justice system of northern Ohio has teamed together to try to squelch her totally with the creed "hang together or assuredly we shall all hang separately".

The Sixth Circuit Court of Appeals in Cincinnati has ruled that citizens have a right against government retaliation, not just in Ohio but across America.  People have the right to speak out without retaliation. Public confidence in the criminal justice system is eroding from the town courts to the Supreme Court and members of the judiciary, prosecutors offices and police agencies have no one to blame but themselves.

It appears that Ohio, Florida and New York aren't exempt from a runaway judiciary. In fact, it appears that they might be leading the pack.

The powers-that-be in Ohio, where the spotlight on public corruption has been aglow with ethics convictions of Gov. Bob Taft, the conviction of GOP fundraiser and Taft appointee Thomas Noe and and Congressman Bob Ney, have attacked a judicial whistleblower and governmental critic Elsebeth Baumgartner repeatedly, trying to

4

discredit her and have unsuccessfully tried to label her incompetent, trying to make her exposure of their wrongdoing go away.

She has incurred the government's wrath for speaking out and in turn, they have retaliated by maliciously prosecuting her for postings made on the Internet and for statements made in court pleadings which are traditionally immune from defamation and libel.

After being charged with multiple felonies for alleging that retired visiting judge Richard Markus is corrupt and engaged in case fixing, Baumgartner was then arrested for postings on a blog after the Cuyahoga County prosecutor's office claims that she made anonymous derogatory postings on her own blog, directed towards the wife of her former business partner.   At best, there may have been a civil claim although even that is doubtful under the Digital Millineum Act of 1964. The Constitution prohibits one being criminally charged an exercise in freedom of speech, redress and press, acts expressly protected by the First Amendment.

The government's repeated criminalizing of speech against Baumgartner served to make an example out of her, albeit in violation of her First Amendment rights, and helped to create a chilling effect to

5

intimidate others from speaking out against public corruption. The government set out to make an example of Baumgartner, albeit in violation of her constitutional rights and the right against retaliation.

Even if all of her accusations against public officials were false, and none have even been investigated or the merits of the charges brought into court, it is unconstitutional to be criminally charged and imprisoned for expression of peaceful speech.  The primary reason for the First Amendment is for people to be free to criticize the government and its officials without fear of retaliation by that government.

Freedom of speech, though not absolute…is nevertheless protected against censorship or punishment and the Constitution protects First Amendment speech activity, keeping it free from unlawful police harassment and inference.

This was underscored in the recent Sixth Circuit Court of Appeals decision in Center of Bio-ethical Reform v. City of Springboro et.al. http://caselaw.lp.findlaw.com/data2/circs/6th/063284p.pdf

The same Constitution, same First Amendment protection applies for whistleblowers and government critics who are targeted by the

government for disfavored treatment—including arrest, unlawful incarceration, financial ruin and emotional turmoil——because they dare to try and expose government corruption.

It took nearly five years of litigation but ultimately the Center for Bio Ethical Reform (CBR), a non profit education foundation, has been victorious in a lawsuit against two Ohio law enforcement agencies and the FBI.

The court decision said that a reasonable jury could find that the officers were motivated to detain the protestors partially because the posters' content and concern by at least one officer that the photographs should be kept out of the sight of children.  The ruling also said that the officers stopped the protestors because they were wearing body armor and Kevlar helmets which caused concern that they might be involved in criminal activity.  However, the initial investigation found no evidence to justify why the protestors were held for three hours and a reasonable officer would have known that detaining the group because of their protests would violate their right to free speech.

The appeals court ruled that the district court had correctly found that CBR had "engaged in protected activity" and had a First Amendment

7

right not to be retaliated against for doing expressing their opinions and engaging in free speech.

"Plaintiffs argue, in their brief on appeal, that the district court erred in granting summary judgment on their First Amendment claim because, in their view, defendant officers stopped and detained  them in retaliation for the message expressed on the sides of the truck and have consequently chilled their free expression. Analyzing Plaintiffs' claim as one of retaliation for exercise of free speech rights, the district court concluded that the record did not show Plaintiffs' exercise of constitutional rights, rather than concern for public safety, motivated the stop. Specifically, the court found as a matter of law that, when stopped for a traffic violation, and found to be in possession of police equipment, radio equipment, body armor and Kevlar helmets, a three hour detention would not chill a person of ordinary firmness from continuing in this particular activity, participation in the public debate on one of the most contentious issues in society today.  The court further concluded that the officers were protected by qualified immunity since their conduct did not "violate clearly established statutory or constitutional rights of which a reasonable person would have known."

That ruling didn't fly in the higher court where the Constitution and First Amendment prevailed.

"We first consider whether "the facts alleged show the [defendants'] conduct violated a constitutional right." *Saucier v. Katz*, 533 U.S. 194, 201 (2001). Next, we determine whether that right was "clearly established" at the time of the alleged violation. *Id.* Applying this inquiry while viewing the facts in the light most favorable to Plaintiffs, the district court erred in granting summary judgment on this claim.

*Plaintiffs' Right Against Retaliation*

"As a threshold matter, we must determine whether, when "[taken] in the light most favorable to the party asserting the injury, . . . the facts alleged show the officer's conduct violated a constitutional right." *Saucier*, 533 U.S. at 201. We evaluate claims that state actors retaliated against a claimant in response to his exercise of free speech under the framework generally set forth in *Mount Healthy City Sch. Dist. Bd. of Educ. v. Doyle*, 429 U.S. 274 (1977). Under *Mount Healthy* and its progeny, a plaintiff must show that (1) he was participating in a constitutionally protected activity; (2) defendant's action injured plaintiff in a way "likely [to] chill a person of ordinary firmness from"

9

further participation in that activity; and (3) in part, plaintiff's constitutionally protected activity motivated defendant's adverse action. *Bloch v. Ribar*, 156 F.3d 673, 678 (6th Cir. 1998) (internal citations omitted); *see also Thaddeus-X v. Blatter*, 175 F.3d 378, 394 (6th Cir. 1999) (en banc). Once a plaintiff raises an inference that the defendant's conduct was motivated in part by plaintiff's protected activity, the burden shifts and defendant "can demonstrate that it would have taken the same action in the absence of the protected activity." *Arnett v. Myers*, 281 F.3d 552, 560– 61 (6th Cir. 2002) (citing *Thaddeus-X*, 175 F.3d at 399). The inquiry of "whether activity is 'protected' or an action is 'adverse'" is context-specific. *Thaddeus-X*, 175 F.3d at 388.

"The First Amendment generally protects Plaintiffs' right to display signs communicating their views on abortion, and "[t]he fact that the messages conveyed by those communications may be offensive to their recipients does not deprive them of constitutional protection." *Hill v. Colorado*, 530 U.S. 703, 714-15 (2000); *see also Terminiello v. City of Chicago*, 337 U.S. 1, 4 (1949) ("Speech is often provocative and challenging. It may strike at prejudices and preconceptions and have profound unsettling effects . . . . That is why freedom of speech, though not absolute, . . . is nevertheless protected against censorship or

punishment."). The district court correctly found that Plaintiffs had "engaged in protected activity," (J.A. at 116), and Defendants do not argue otherwise. We next consider whether the adverse action "would chill or silence a 'person of ordinary firmness' from future First Amendment activities." *Thaddeus-X*, 175 F.3d at 397 (citation omitted) (noting the "standard is amenable to all retaliation claims"). Here, Plaintiffs need not show they were actually deterred from exercising their right to free speech, but rather must show the actions were "capable of deterring a person of ordinary firmness from exercising his or her right[s]." *Id.* At 398. A chilling effect sufficient under this prong is not born of *de minimis* threats or "inconsequential actions," but neither does the requisite showing permit "solely egregious retaliatory acts . . . to proceed past summary judgment." *Id.*

"Deprivation of one's liberty of movement can hardly be classed "inconsequential," indeed, the Founders endeavored scrupulously to protect this liberty in the Constitution. *See* U.S. const. amend. IV; U.S. const. amend. XIV. A two and one-half hour detention absent probable cause, accompanied by a search of both their vehicles and personal belongings, conducted in view of an ever-growing crowd of on-lookers, would undoubtedly deter an average law-abiding citizen from similarly

expressing controversial views on the streets of the greater Dayton area.

*See McCurdy v. Montgomery County*, 240 F.3d 512, 520 (6th Cir. 2001)

(impliedly acknowledging an arrest without probable cause constitutes

adverse action of sufficient consequence); *cf. Lucas v. Monroe County*,

203 F.3d 964, 974 (6th Cir. 2000) (loss of business after being removed

from a police station's rotating call list sufficient to "deter the average

wrecker service operator" from similarly criticizing defendant sheriff).

"Finally, we evaluate the motivation for Defendants' actions. Plaintiffs

argue that their speech motivated Defendants to stop and detain them.

Specifically, Plaintiffs aver that Defendants knew their trucks were used

to send an anti-abortion message prior to the challenged stop, that

Defendants' post-incident reports label them as "anti-abortionists," that

Agent Morris profiled them as domestic terrorists on the basis of their

cause, that Defendants took photographs of the sides of Plaintiffs'

trucks, and that Defendants made various comments purportedly

criticizing Plaintiffs' method of expressing their message"

Since 911, the government has tried to justify its unconstitutional

actions against the public by labeling reporters, lawyers and everyday

citizens who dare to criticize government operations as being paper terrorists or domestic terrorists.

Although police and prosecutors nationwide, from the towns up to the federal government, continually assault and try to diminish the freedoms guaranteed to us by the U.S. Constitution, the Constitution remains the Supreme law of the land. The George Greer, Richard Markuses, Bowmans and Faulkners need to remember that the same U.S. Constitution that grants them the right to claim judicial independence is the same U.S. Constitution that grants reporters, lawyers and everyday citizens the right to express their views without retaliation.

        C.       **Evidence of Corruption in this Case**

Attached as Appendix A is the affidavit of Elyse Del Francia, who was "bribed" by the prosecution team for her testimony in this case. Once that attempted bribery occurred, and the government discovered that the bribery would be disclosed, then the witness was subjected to further humiliation and theft of funds in order to discourage her from testifying about the attempted bribery of her testimony.

13

Due to the attempted bribery of one witness, the presumption now exists that *all witnesses have been offered bribes or benefits* in this case in order for the government to obtain a conviction. The government can not now overcome the presumption.

It is common knowledge that the government obtains a 99 percent conviction rate in federal criminal cases.

Such a conviction rate presumes one of two scenarios: first, that the prosecutors in federal criminal cases are such geniuses that their conviction rate is much higher than in any other country in the world because of their excellent work ethic, their attention to detail, and their belief in integrity of the government. One only needs to drive by a prosecutors' office at 6 p.m. on any evening to determine that that presumption is false.

Alternatively, the presumption is that the prosecutors can only win by misrepresenting and/or manipulating the facts of the case in order to obtain convictions, plus bonuses and benefits from obtaining those convictions.

In this case evidence clearly establishes the second precedent, that the prosecutors have no code of ethics, no morals, and rely on unscrupulous agents to obtain information that is clearly illegal.

Petitioner invokes the maxim of law, that notice to the principal is notice to the agent and notice to the agent is notice to the principal.

14

Petitioner also invokes the maxim of law that the right against retaliation is absolute according to the First and Fifth Amendments of the Constitution.

Petitioner has been investigating prosecutorial misconduct and attempted coercion of witnesses in this case, after evidence recently was received from these potential witnesses of such threats.  The coercion of witnesses violates Petitioner's 1st, 5th, 6th and 8th Amendment rights according to the Constitution.  Such coercion is also a violation of federal statutes and constitutes criminal activity by agents of the government. While the government has the right to prosecute vigorously, its officers do not have the right to threaten or intimidate witnesses in order to obtain unjust ends. Petitioner, requests that the court forward a copy of the report once it is prepared to the Office of Eric Holder within 24 hours as is required by statute, in order that the statutory authority for agents of the government to be investigated, be pursued vigorously.

Petitioner is requesting immunity from prosecution and retaliation for witnesses identified, that all attempted threats and collections against them be immediately dismissed, and that all evidence of harassment and threats of the government in this case be brought forward.

15

See also, <u>Napue v People of the State of Illinois</u>, 360 US 264, wherein Napue was released when one of the "prosecutors" witnesses lied on the stand because the witness was offered to have all charges dropped in exchange for testimony against Napue. Since this was a bribe it brings into question the validity of all testimony against Defendant Armstrong.

### E.     Prayer for Relief

Wherefore, premises considered, Petitioner moves this Court for;

1. An order dismissing this case for prosecutorial misconduct;

2. A referral to the Office of Eric Holder, Attorney General of the United States, for investigation of threats and intimidation of witnesses in this case;

3. An immediate order to cease and desist the illegal activity of agents and prosecutors in this case, including retaliation, retribution, threats and actions of the government;

4. Immediate dismissal of any actions by the government against the witness(es) identified in this motion with prejudice;

5. Sanctions against the employees of the government who are deemed to have violated their oaths of office and statutory authority, as determined by the court;

6. For such other and further relief as is deemed just and proper.

**Unsworn declaration under penalty of perjury 28 USC 1746(1), an affidavit of truth**



Respectfully submitted,
By
Richard Kellogg Armstrong
20413-298
9595 West Quincy Avenue
Littleton, CO 80123

## CERTIFICATE OF SERVICE

On this the 30th day of _____, a true and correct copy of

the foregoing was served on the U.S. Attorney as opposing counsel in this

case as is required by law.

Richard Kellogg Armstrong

17

## AFFIDAVIT

My name is Elyse Del Francia. I am over the age of the majority (18 years), and am in good health, am not insane, and have personal knowledge of the facts presented herein. I am fully prepared to testify to those facts.

1. On or about January of 2009, I became involved in the filing of 1099 OID'S for myself, based on information provided to me through others who I believed to be credible and knowledge about issues and opportunities not available to the general public. I believed the process to be valid and that it would not harm others.

2. On or about February of 2009, I filed 1099 OID for years 2005, 2006, 2007 & 2008 based on the information I received from others who had the knowledge of the process. I never received any money from those filings and contacted the IRS several times asking about the process. I then began to receive correspondence from the IRS requesting that I correct my filings as they are meant for financial institutions and not allowed for individuals.

3. The IRS then sent me different notices of frivolous filings related to the 1099 OID's. Again, I was told that those penalties could be waived based on my correcting the tax returns and sending them to a Maureen Green at the IRS. I prepared the corrected tax returns and have subsequently been assessed those penalties in the amount of $80,000. I never will be able to pay such an overwhelming amount of money.

4. Since I am a widow, aged at 62 years, lost my business in 2008 and have had my home foreclosed in 2009, I have not the means to pay the frivolous filing penalties assessed to me. My only income now is my husband's Social Security, which the IRS has now levied at 15% of my total amount.

5. On or about May of 2010 I learned that Richard Kellogg Armstrong had been indicted for his filing and use of 1099 OID forms with the Treasury Department.

6. On or about February of 2011, I received a letter from the IRS that they intended to take my only source of income, social security, and the intent to lien my home and any assets they could find which belonged to me.

7. As would any citizen of the United States, who is destitute, and then faced with unreasonable penalties from the IRS which I cannot pay, I was and continue to be, terrified. I never received any money or refund from the IRS based on my OID filings. These unwarranted IRS penalties constitute an entrapment process on the part of the IRS.

8. On or around early June of 2010, I was contacted by Greg Flynn, an agent of the Internal Revenue Service, who was investigating the case of Richard Kellogg Armstrong. Agent Flynn advised that Special Agent Juan Marquez will meet with me to take my statement. Then Mr. Marquez called for an appointment on June 22, 2010 around noon at a Denny's restaurant close to my home. . After that meeting, I was told that I may be needed as a witness to testify against Mr. Armstrong.

Appendix
1/3

9. I was then contacted a second time by Mr. Greg Flynn, advising that Agent Juan Marquez would be calling to set up a time to give me a subpoena. Than on or about the middle of April 2011 around 1 PM special agent Marquez and another agent arrived at my door with the service of the subpoena. They were prepared, by Greg Flynn, to provide the contact information needed to "take care of the frivolous penalties" through the IRS ADVOCACY. This indicated to me that they wanted my testimony in exchange for waiving the frivolous filing penalties they have assessed on me. Greg Flynn confirmed, by phone, that the IRS Advocacy would assist with my penalties and he stated "Elyse, don't worry". Now felt victimized twice, first by the frivolous filing fees offer of having it dissolved and then by being called as a witness against Richard Armstrong.

10. I personally took the offer as a bribe for my testimony and remain to this date convinced that the agent was intent in obtaining Mr. Armstrong's conviction and was willing to use the resources of the IRS to elicit my testimony.

11. I do not take the allegations made herein lightly, but swear, by my word, that the statements are true and correct and that I abhor any attempt any agents or employees of these United States to obtain testimony by bribery or coercion to obtain a conviction.

12. I request when this Affidavit is filed, that a copy be delivered to The President of the United States and the Attorney General of the United States to advise the Government is something awful should happen to me as a result of my Affidavit.

I Remain Humbly Yours

Elyse Del Francia     Date: June 28, 2011
Elyse Del Francia
37922 Los Cocos Drive East
Rancho Mirage, CA. 92270

VICKI S. JARVIS
Comm # 1893948
Notary Public-California
Riverside County
My Commission Expires
July 24, 2014

Vicki S Jarvis
NOTARY PUBLIC

Appendix
2/3

**ACKNOWLEDGMENT**

State of:   California

County of: _Riverside_

On _6/28/2011_ before me, _Vicki S Jarvis, Notary Public_
(name and title of the officer)

personally appeared _Eline DeFrancia_

who proved to me on the basis of satisfactory evidence to be the person (s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

VICKI S JARVIS
Comm. # 1893948
Notary Public-California
Riverside County
My Commission Expires
July 24, 2014

(seal)

Appendix
3/3



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### DENVER DIVISION

UNITED STATES OF AMERICA § 
    Plaintiff § 
  §     10-cr-00317-REB-2
v. § 
  §     10-cv-01073-MEH
RICHARD KELLOGG § 
ARMSTRONG § 
    Defendant §

## ORDER

This matter comes before the Court on Defendant's "Motion to Dismiss for Evidence of Prosecutorial Misconduct" and "Ex Parte Motion to Dismiss for Evidence of Prosecutorial Misconduct", and good cause appearing therefore,

IT IS HEREBY ORDERED, that the indictment against Defendant Armstrong is dismissed for prosecutorial misconduct;

Further, that any proceeding against the witness hereto is stop forthwith;

Further, that the civil foreclosure based on the allegations of the indictment is also dismissed for prosecutorial misconduct.

BY THE COURT

_____

**NOTICE OF AND RESCISSION OF MOTION TO DISMISS UPON
EVIDENCE OF PROSECUTORIAL MISCONDUCT FOR CAUSE**

Notice Date: Day Thirty              Month: Eight              Year: 2013 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Clerk, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 257 Filed 06/30/11 USDC Colorado Page
1 of 9 1:10-cr-00317-REB-2 Affidavit Verified MOTION TO DISMISS UPON EVIDENCE OF
PROSECUTORIAL MISCONDUCT 1 EX PARTE MOTION TO DISMISS FOR EVIDENCE OF PROSECUTOR
MISCONDUCT, Page 2 of 9 2, 3 3, Page 4 of 9 June 25, 2011 Richard Kellogg Armstrong
4, 5 of 9 CERTIFICATE/PROOF OF SERVICE 30th day of June June 25, 2011 Richard Kellogg
Armstrong 5, Page 6 of 9 AFFIDAVIT Appendix 1/3, Page 7 of 9 Elyse Del Francia June
28, 2011 Appendix 2/3, Page 8 of 9 6/28/2011 Elyse Del Francia Appendix 3/3, Page 9
of 9 10-cr-00317-REB-2 10-cv-01073-MEH ORDER BY THE COURT"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
Original "supra" including every copy for cause. I made a mistake creating, preparing,
signing, and filing the MOTION TO DISMISS UPON EVIDENCE OF PROSECUTORIAL MISCONDUCT.
I repent of my sin.

I willingly. knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge
for a stranger"[2]"You are snared by the words of you mouth; you are taken by the words
of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the
hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to
your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                              Sincerely,

                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional Institution
                              3600 Guard Road
                              Lompoc, California

Footnotes: 1) Provebs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION TO DISMISS UPON EVIDENCE OF
PROSECUTORIAL MISCONDUCT FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in
a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on August
30, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court,
Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                              Richard Kellogg Armstrong

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

DENVER DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 JUN 30  PM 2: 48

GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff/Respondent | § | |
| | § | |
| v. | § | 1:10-cr-00317-REB-2 |
| | § | |
| RICHARD KELLOGG | § | |
| ARMSTRONG | § | Affidavit |
| Defendant/Petitioner | § | |
| | § | Verified |

**MOTION TO DISMISS UPON EVIDENCE OF PROSECUTORIAL MISCONDUCT**

1.  Comes now, Petitioner, unrepresented, hereby *moves* the court for dismissal of this case with prejudice based on evidence of prosecutorial misconduct outlined in Appendix A, by a witness scheduled to testify against Petitioner.

**I**        **History**

2.  Petitioner was indicted on or about June 6, 2010, charged with violations of Counts one through three allege mail fraud. Counts four through seven allege filing false claims against the United States.

3.  Petitioner is currently incarcerated, denied bond, based on statements and allegations of the prosecution team. However, evidence now obtained by the petitioner establishes that the prosecution team has committed multiple violations of fraud in order to confine Petitioner and in order to proceed with a fraudulent conviction.

1

**EX PARTE MOTION TO DISMISS FOR EVIDENCE OF PROCECUTOR MISCONDUCT**

## II   Evidence of Corruption in this Case

4.   Attached as Appendix A is the affidavit of Elyse Del Francia, who feels she is being "bribed" by the prosecution team for her testimony in this case.

5.   The witness has been subjected to IRS penalties in the amount of $39,000 for frivolous filing and now those of funds levied on her only source of income from Social Security in order to insure her testimony for the government to obtain a conviction.

6.   The government can not now overcome the presumption. Due to the attempted bribery of one witness, the presumption now exists that *all witnesses have been offered bribes or benefits* in this case to obtain a conviction.

7.   The presumption is that the IRS prosecutors can only win by misrepresenting to said witness of offering help with the frivolous penalties and/or manipulating the facts of the case in order to obtain convictions, plus bonuses and benefits from obtaining those convictions.

8.   In this case, evidence clearly establishes that the prosecutors have no code of ethics, no morals, and rely on unscrupulous agents to obtain information that is clearly illegal.

9.   It is common knowledge that the government obtains a 99 percent conviction rate in federal criminal cases such as petitioners, one's rights must be exercised where truth and justice prevail and bribery is not accept as part of that 99% rate.

10.   This Petitioner invokes his rights as a United States citizen with all the benefits of not being targeted and manipulated by the very Government obligated to protect her people.

11.   Petitioner invokes the maxim of law, that notice to the principal is notice to the agent, and notice to the agent is notice to the principal.

2

**EX PARTE MOTION TO DISMISS FOR EVIDENCE OF PROCECUTOR MISCONDUCT**

12. Petitioner also invokes the maxim of law that the "right against retaliation" is absolute according to the First and Fifth Amendments of the Constitution.

13. Petitioner has been investigating prosecutorial misconduct and attempted coercion of witnesses in this case, after evidence recently was received from those potential witnesses of such threats.

14. The coercion of witnesses violates Petitioner's 1st, 5th, 6th and 8th Amendment rights according to the Constitution.

15. Such coercion is also a violation of federal statutes and constitutes criminal activity by agents of the government. While the government has the right to prosecute vigorously, its officers do not have the right to threaten and intimidate witnesses in order to obtain unjust ends.

16. Petitioner requests that the court forward a copy of this Motion, once it is prepared, to the Office of Eric Holder within 24 hours in order that the Statutory Authority for Agents of the Government be investigated and pursued vigorously.

17. Petitioner is requesting immunity from prosecution and retaliation for witnesses identified, that all attempts, threats and collections against them be immediately dismissed, and that all evidence of harassment and threats of the government in this case be brought forward.

### III      Prayer for Relief

*Wherefore*, premises considered, Petitioner moves this court for;

1. An order dismissing this case for prosecutorial misconduct;

2. A referral to the Office of Eric Holder, Attorney General of the United States, for investigation of threat and intimidation of witnesses in this case;

3. An immediate order to *cease and desist* the illegal activity of agents and prosecutors in this case, including retaliation, retribution, threats and actions of the government;

3

**EX PARTE MOTION TO DISMISS FOR EVIDENCE OF PROCECUTOR MISCONDUCT**

3. An immediate order to cease *and desist* the illegal activity of agents and prosecutors in this case, including retaliation, retribution, threats and actions of the government;

4. An immediate dismissal of any actions by the Government against the witness(es) identified in this motion with prejudice;

5. Sanctions against the employees of the Government who are deemed to have violated their oaths of office and statutory authority, as determined by the court;

6. For such other and further relief as is deemed just and proper by this Court.

**Unsworn declaration under penalty of perjury 28 USC 1746(1), an affidavit of truth**

Date: _June 25, 2011_        By _Richard Kellogg Armstrong_

Richard Kellogg Armstrong

20413-298

9595 West Quincy Avenue

Littleton, CO 80123

---

**EX PARTE MOTION TO DISMISS FOR EVIDENCE OF PROCECUTOR MISCONDUCT**

1

2

3 **CERTIFICATE/PROOF OF SERVICE**

4

5

6

7 On this the ____30____ day of ____June____, a true and correct copy of the EX PARTE

8 MOTION TO DISMISS FOR EVIDENCE OF PROCECUTER MISCONDUCT was served on

9 the U.S. Attorney as opposing counsel in this case is required by law.

10

11

12

13 Date __June 25, 2011__   By __Richard Kellogg Armstrong__

14

15 Richard Kellogg Armstrong

16

17

18

19

20

21

22

23

24

25

26

27

28

5

**EX PARTE MOTION TO DISMISS FOR EVIDENCE OF PROCECUTOR MISCONDUCT**

## AFFIDAVIT

My name is Elysa Del Francia. I am over the age of the majority (18 years) and am in good health, am not insane, and have personal knowledge of the facts presented here in. I am fully prepared to testify to those facts.

1. On or about January of 2009, I became involved in the filing of 1099 OID for myself, based on information provided to me through others who I believed to be credible and knowledge about issues and opportunities not available to the general public. I believed the process to be valid and that it would not harm others.

2. On or about February of 2009 I filed 1099 OID for years 2005, 2006, 2007 & 2008 based on the information I received from others who had the knowledge of the process. I never received any money from these filings and contacted the IRS several times asking about the process. I then began to receive correspondence from the IRS requesting that I correct my filings as they are meant for financial institutions and not allowed for individuals.

3. The IRS then sent me different notices of frivolous filings related to the 1099 OID's. Again, I was told that those penalties could be waived based on my correcting the tax returns and sending them to a Maureen Green at the IRS. I prepared the corrected tax returns and have subsequently been assessed those penalties in the amount of $330,000. I never will be able to pay such an overwhelming amount of money.

4. Since I am a widow, aged at 62 years, lost my business in 2008 and have had my home foreclosed in 2009, I have not the means to pay the frivolous filing penalties assessed to me. My only income now is my husband's Social Security, which the IRS has now levied at 15% of my total amount.

5. On or about May of 2011 I learned that Richard Kellogg Armstrong had been indicted for his filing and use of 1099 OID forms with the Treasury Department.

6. On or about February of 2011, I received a letter from the IRS that they intended to take my only source of income, social security, and the intent to lien my home and any assets they could find which belonged to me.

7. As would any citizen of the United States, who is destitute, and then faced with unreasonable penalties from the IRS which I cannot pay, I was and continue to be, terrified. I never received any money or refunds from the IRS based on my OID filings. These unwarranted IRS penalties constitute an entrapment process on the part of the IRS.

8. On or around early June of 2010, I was contacted by Greg Flynn, an agent of the Internal Revenue Service, who was investigating the case of Richard Kellogg Armstrong. Agent Flynn advised that Special Agent Juan Marquez will meet with me to take my statement. Then Mr. Marquez called for an appointment on June 22, 2010 around noon at a Denny's restaurant close to my home. . After that meeting, I was told that I may be needed as a witness to testify against Mr. Armstrong.

Appendix
1/3

9. I was then contacted a second time by Mr. Greg Flynn, advising that Agent Juan Marquez would be calling to set up a time to give me a subpoena. Than on or about the middle of April 2011 around 10 AM special agent Marquez and another agent arrived at my home with the service of the subpoena. They were prepared, by Greg Flynn, to provide the contact information needed to "take care of the frivolous penalties" through the IRS ADVOCACY. This indicated to me that they wanted my testimony in exchange for waiving the frivolous filing penalties they have assessed on me. Greg Flynn re-affirmed, by phone, that the IRS Advocacy would assist with my penalties and he stated "Elyse, don't worry". I now felt victimized twice, first by the frivolous filing fees offer, having it dissolved and then by being called as a witness against Richard Armstrong.

10. I personally took the offer as a bribe for my testimony and remain to this day convinced that the agent was intent in obtaining Mr. Armstrong's conviction and was willing to use the resources of the IRS to elicit my testimony.

11. I do not take the allegations made herein lightly, but swear, by my word, that the statements are true and correct and that I abhor any attempt any agents or employees of the United States to obtain testimony by bribery or coercion to obtain a conviction.

12. I request when this affidavit is filed, that a copy be delivered to The President of the United States and the Attorney General of the United States to advise the Government if something awful should happen to me as a result of my Affidavit.

I Remain Humbly Yours,

*Elyse Del Francia*     Date: *June 28, 2011*

Elyse Del Francia
37922 Los Cocos Drive East
Rancho Mirage, CA. 92270

VICKI S. JARVIS
Comm. #1893948
Notary Public-California
Riverside County
My Commission Expires
July 24, 2014

*Vicki S Jarvis*
NOTARY Public

Appendix
2/3

**ACKNOWLEDGMENT**

State of:   California

County of: _Riverside_

On _6/28/2011_ before me, _Vicki S. Jarvis, Notary Public_
(name and title of the officer)

personally appeared_Rose Del FRANCIA_

who proved to me on the basis of satisfactory evidence to be the person (s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

_____
Signature of Notary Public

VICKI S. JARVIS
Comm # 1803948
Notary Public-California
Riverside County
My Commission Expires
July 24, 2014

(seal)

Appendix
3/3

Accession
August 30, 2013 ... C.F.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### DENVER DIVISION



UNITED STATES OF AMERICA    §
          Plaintiff                        §        10-cr-00317-REB-2
                                           §
v.                                         §
                                           §        10-cv-01073-MEB
                                           §
RICHARD KELLOGG                            §
ARMSTRONG                                  §
          Defendant                        §

### ORDER

This matter comes before the Court on Defendant's "Motion to Dismiss for Evidence of Prosecutorial Misconduct" and "Ex Parte Motion to Dismiss for Evidence of Prosecutorial Misconduct", and good cause appearing therefore,

IT IS HEREBY ORDERED, that the indictment against Defendant Armstrong is dismissed for prosecutorial misconduct;

Further, that any proceeding against the witness hereto is stop for with;

Further, that the civil foreclosure based on the allegations of the indictment is also dismissed for prosecutorial misconduct.

BY THE COURT

_____

**NOTICE OF AND RESCISSION OF EXCEPTION TAKEN TO JUDGE BLACKBURN'S STRIKING**
**OF DEFENDANT'S NOTICES AND JUDICIAL NOTICES TO THE COURT FOR CAUSE**

Notice Date: Day Thirty          Month: Eight          Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 258 Filed 06/30/11 USDC Colorado Page 1 of 3 June 26, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073-MEH EXCEPTION TAKEN TO JUDGE BLACKNURN'S STRIKING OF DEFENDANT'S NOTICES AND JUDICIAL NOTICES TO THE COURT, Page 2 of 3, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "Case 1:10-cr-00317-REB Document 258 Filed 06/30/11 USDC Colorado Page 1 of 3 June 26, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073-MEH EXCEPTION TAKEN TO JUDGE BLACKBURN'S STRIKING OF DEFENDANT'S NOTICES AND JUDICIAL NOTICES TO THE COURT, Page 2 of 3, Page 3 of 3" including every copy for  cause. I made a mistake creating, preparing, signing, and filing the EXCEPTION TAKEN TO JUDGE BLACKBURN'S STRIKING OF DEFENDANT'S NOTICES  AND JUDICIAL NOTICES TO THE COURT. I repent of my sin.

I willingly. knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of you mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Provebs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF EXCEPTION TAKEN TO JUDGE BLACKBURN'S STRIKING OF DEFENDANT'S NOTICES AND JUDICIAL NOTICES TO THE COURT FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on August 30, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard  Kellogg Armstrong

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: Exception letter to Blackburn 6/27
DATE: 6/27/2011 6:39:51 PM

JUN 30 2011

GREGORY C. LANGHAM
CLERK

June 26, 2011

UNITED STATES OF AMERICA
v.                                              Case No. 10-cr-00317-REB
RICHARD KELLOGG ARMSTRONG                       Case No. 10-cv-01073-MEH

EXCEPTION TAKEN TO JUDGE BLACKBURN'S STRIKING OF DEFENDANT'S NOTICES AND JUDICIAL NOTICES TO THE COURT.

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S. 519, 30 L. Ed 652, 92 S.Ct. 594 Reh'den U.S. 948, 30 L. Ed 2d 819, 92 S. Ct. 963

Judge Blackburn and Clerk Langham,
    This is to advise that I, Richard Kellogg Armstrong, received a copy of your "ORDER STRIKING DEFENDANT'S NOTICES" dated 6/10/11 on 6/23/11 via U.S. Mail from my Assistance of Counsel, David Owen, following my request for same after he advised me of your "ORDER", Document #250. To date, I have not received your "ORDER" from the Court so I have to believe that the Court didn't consider it important enough to include me in the mail distribution. The same apparently occurred with your Order #235, written admonishment that you state was entered on May 17, 2011, that I never received.

    I have also never received your Document #241 supposedly entered May 31, 2011, apparently striking three of my "Notices", your Document nos. 236, 237 and 240 noted in your footnote, page 3 of your Docement #251. Again it appears that the Court did not deem it important enough to send to me.

    Now, as I have clearly stated in any number of my Notices to the Court and so that there is no misunderstanding by the Court, I reiterate that I am a native born American, One of We the People (that's "People", not "Person"), a sovereign citizen of the Republic of the united States and the Republic of Arizona, and a man standing on the land that is evidenced by my filing with numerous State, Federal and International agencies, the Secretary of State, Arizona, as well as my UCC-1 filing with the Washington Secretary of State. The Court is hereby noticed of the adjudicative fact of my website and in particular my Legal Notice and Demand available thereon (SEE www.getnotice.info/rka.html as public notice). To date, the Court has ignored my status as a Sovereign and not a corporate citizen of the United States Corporation and continues to believe that it has personal jurisdiction over me rather than recognizing that my cases can only be heard or tried in an Article III Court by a qualified Article III judge under the common laws of the Constitution 1787 and the Bill of Rights 1791. This Court continues to erroneously treat me as a Fourteenth Amendment citizen, even to the extent that, because I have appeared in this Article I Administrative court, regardless of how I was brought there (in handcuffs and shackles by armed U.S. Marshals against my will) that your personal jurisdiction is thereby determined. However, I contest that claim that I appear as a special restricted visitor as opposed to a general visitor and that this Court does not have personal jurisdiction or subject matter jurisdiction over me and demand that the Court now recognize my status. Anything that is repugnant to the Constitution is null and void (SEE: Maybury v. Madison, 5 U.S. 137, 180, 1803). The Court cannot ignore the Federal Rules of Civil Procedure, Rule 17(1)(a) which, if there is no injured party, there is no cause of action. The Accused objects to this Court for lack of Ratification of Commencement, Rule 17(1)(a) real parties in interest. Every action shall be prosecuted in the name of a real party in interest, not a corporation or other ficticious entity. To date, no real party in interest has been identified in this Court so the cases must be dismissed.

    Additionally, I have produced evidence to the Court with the submission of my document docketed 5/16/11, entitled "Request For Certified Question Of Law To The Office Of The United States Attorneys Related To Jurisdiction In This Case And Offer Of Proof" showing clearly that Title 18 was never Constitutionally passed into law, so all charges that have been made against me are void ab initio. The Court was asked to respond within 30 days but there has been no response to date. Case No. 10-10047 addressing the Constitutionality of Title 18 is now before the Supreme Court. The document of 5/16/11 was followed up this week by a document entitled "Motion For Dismissal Of Indictment With Prejudice Due To U.S. Attorneys' Lack Of Candor With The Court". That document was mailed to U.S. Registered Mail with $21.50 in U.S. postage stamps. As the amount of the stamps was $20 or more, my cases are automatically subject to the Seventh Amendment "In suits at common law, where the value in controversery shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by jury, shall be otherwise re-examined in any Court of the

TRULINCS  20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A
-------------------------------------------------------------------------------------------------------------------------

united States, than according to the rules of the common law". An additional document entitled "Motion For Dismissal Of Indictment With Prejudice Due To Grand Jury Irregularities" will be filed by 6/30/11.

You are also in receipt of my Judicial Notice of Adjudicative Facts Challenge of Jurisdiction of the United States District Court As An Improper Venue To Hear 'The Accused' Criminal Cases" which you have elected to strike. However, the data is there. The United States District Courts have jurisdiction over CIVIL CASES ONLY and that it is only the District Courts of the United States that have jurisdiction over criminal cases established under Article III of the Constitution of the united States.

Now that I have restated my status as a Sovereign subject only to the common law, I take exception to your striking of my Notices to the Court without my authorization and consider that action as a violation of my due process and interference with my defense (SEE: Miranda v. Arizona, 348 U.S. 436) "The holding of the Court, that where rights secured by the Constitution (1787) are involved, there can be no rule making or legislation which would abrogate them". Therefore, I hereby demand that all of my notices to the court that have been stricken be immediately reinstated back into the record and acted upon.

Miller v. U.S. 230 F, 2d 486, 490: 42 "All judges should know that there can be no sanction or penalty imposed upon one, because of his exercise of Constitutional rights".

Boyd v. U.S. 116, 616 "The court is to protect against any encroachment of the united States Constitutionally secured liberties and the Bill of Rights". Thereby, I demand that you put your oaths of office on the record and that you will abide by the Constitution 1787 and the Bill of Rights 1791 in all matters concerning my cases.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL

This document is not intended to threaten, harass or intimidate but is my remedy in law.

Richard Kellogg Armstrong
Executor of the Estate



AUGUST 30, 2013 C.E.

RICHARD I. ARMSTRONG
13-2-90
FEDERAL DETENTION CENTER
ENGLEWOOD
9595 QUINCY AVE.,
LITTLETON, CO 80123

U.S. DISTRICT COURT OF COLORADO
901 19TH ST.,
DENVER, CO 80 294-3589

LEGAL
MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2011

GREGORY C. LANGHAM
CLERK

**NOTICE OF AND RESCISSION OF TRANSCRIPT ORDER FORM FOR CAUSE**

Notice Date: Day Thirty            Month: Eight            Year: 2013 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 284 Filed 09/05/11 USDC Colorado Page
1 of 2 TRANSCRIPT ORDER FORM A-8 Transcript Order Form 4/97, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
Original "Case 1:10-cr-00317-REB Document 284 Filed 09/05/11 USDC Colorado Page 1 of
2 TRANSCRIPT ORDER FORM A-8 Transcript Order Form 4/97, Page 2 of 2" including every
copy for cause. I made a mistake filing and presenting the TRANSCRIPT ORDER FORM. I
repent of my sin.

I willingly. knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge
for a stranger"[2]"You are snared by the words of you mouth; you are taken by the words
of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the
hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to
your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                              Sincerely,

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional Institution
                              3600 Guard Road
                              Lompoc, California


Footnotes: 1) Provebs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF TRANSCRIPT ORDER FORM FOR CAUSE** was
sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located
in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on August 30, 2013 C.E. for same day delivery
to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver,
Colorado 80294-3589.

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong

## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within ten days of filing the notice of appeal**

**Short Title:** United States v. Richard Kellogg Armstrong     **District:** ___Colorado___

**District Court Number:** __10-cr-00317-REB-02__     **Circuit Court Number:** ___11-1397___

**Name of Attorney:** __David L. Owen, Jr.__

   **Name of Law Firm:** Law Office of David L. Owen, Jr., P.C.

   **Address of Firm:** 718 Huntington Place, Highlands Ranch, CO 80126-4430

   **Telephone of Firm:** (303) 993-7092     **Attorneys for:** Richard Kellogg Armstrong

**Name of Court Reporter:** Suzanne Claar     **Telephone of Reporter:** (303) 335-2107

**PART II - COMPLETE SECTION A OR SECTION B**

**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**

   [X] transcript is not necessary for this appeal, or

   [ ] The necessary transcript is already on file in District Court.

   [ ] The necessary transcript was ordered previously in appeal Number:

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**

   **(Specify the date and proceeding in the space below)**

Voir dire:_____; Opening Statements:_____;

Trial proceedings: _____; Instruction Cnf:_____;

Jury Instructions: _____; Closing Arguments:_____;

Post Trial Motions: _____; Other Proceedings:_____.

   **(Attach additional pages if necessary)**

   [ ] Appellant will pay the cost of the transcript.

   **My signature on this form is my agreement to pay for the transcript ordered on this form.**

   [ ] This case is proceeding under the Criminal Justice Act.

   **NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

**Signature of Attorney/Pro Se:** /s/ David L. Owen, Jr.     **Date:** September 5, 2011

**PART III - TO BE COMPLETED BY THE COURT REPORTER**

   Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____

Estimated completion date: _____

Estimated number of pages: _____

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

**Signature of Court Reporter:** _____     **Date:**_____

A-8   Transcript Order Form 4/97

**TRANSCRIPT ORDER FORM**

### DIRECTIONS FOR USING THIS FORM

This form requires multiple distribution, service and filing.  The responsibilities of each party and the court reporter are described below.

**1. APPELLANT**
Whether or not a transcript is ordered, appellant or his counsel must complete Part I and Part II of this form.  Upon completion, appellant must serve a copy on:
      a. the Court Reporter (if a transcript is ordered),
      b. all parties,
      c. the Clerk of the U.S. District Court, and
      d. the Clerk of the U.S. court of Appeals.

If a transcript is ordered, the appellant must obtain execution of this form by the court reporter(s) who recorded the proceedings.  Within the ten day period allowed for ordering the transcript under Fed. R. App. P. 10(b)(1), appellant must make adequate arrangements for payment for the transcript.  The Court Reporter may require a deposit equal to the full estimated cost of the transcript.  28 U.S.C. §753(f).

Unless the entire transcript is ordered, appellant shall serve on all appellees a statement of the issues he intends to present on appeal.  Fed. R. App. P. 10(b)(3).   The Docketing Statement required by 10th Cir. R. 3.4 fulfills this requirement.

Those portions of the transcripts that are filed that are pertinent to the appeal must be included in appellant's appendix or, in cases where counsel is appointed, designated for inclusion in the record on appeal.  10th Cir. R. 10.2.2, 10.3.2(d) and 30.1.1.

**2. APPELLEE**
Unless the entire transcript is ordered, appellee may, within twenty days of filing of the notice of appeal, file and serve on appellant a designation of additional transcript to be included.  If, within ten days, appellant does not order and pay for the transcript so designated, appellee may, within a further ten days, order and pay for the transcript or move in the district court for an order compelling appellant to do so.  Fed. R. App. P. 10(b)(3).

**3. COURT REPORTER**
After receipt of this form and after satisfactory financial arrangements have been made.  The court reporter shall certify the date the transcript was ordered and estimate the date it will be completed.  The estimated completion date must comply with the Tenth Circuit Judicial Council's mandated district court Court Reporter Management Plans. Transcripts in a criminal case (includes 28 U.S.C. §§2241, 2254, 2255) shall be filed within 30 days of the date arrangements for payment are made.  Transcripts in a civil case shall be filed within 60 days of the date arrangements for payment are made.  Court Reporters are subject to a mandatory fee reduction if transcripts are not timely filed.  See Appellate Transcript Management Plan for the Tenth Circuit, 10th Cir. R., App. B.

The completed form must be served on:
      a. the Clerk of the District Court and
      b. the Clerk of the Court of Appeals.