NOTICE OF AND RESCISSION OF EMERGENCY MOTION TO DISMISS
FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT FOR CAUSE

Notice Date: Day Thirty              Month: Eight                Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589



In reply to: "Case 1:10-cr-00317-REB Document 256 Filed 06/30/11 USDC Colorado Page 1 of 21 1:10-cr-00317-2 Affidavit Verified EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT 1, Page 2 of 21 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, Page 17 of 21 30th day of June 17, Page 18 of 21 AFFIDAVIT Appendix 1/3, Page 19 of 21 Elyse Del Francia June 28, 2011 Appendix 2/3, Page 20 of 21 6/28/2011 Elyse Del Francia Appendix 2/3, Page 21 of 21 10-cr-00317-REB-2 10-cv-01073-MEH BY THE COURT"

PLEASE TAKE NOTICE that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy for cause. I made a mistake creating, preparing, signing, and filing the EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of you mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 3 2013

JEFFREY P. COLWELL
CLERK

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

cc:) UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:) UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this NOTICE OF AND RESCISSION OF EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT FOR CAUSE was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on August 30, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the COURT, Room A-105, 901 19th Street, Denver, Colorado 80294-3589

Richard Kellogg Armstrong