NOTICE OF AND RESCISSION OF EXCEPTION TAKEN TO JUDGE BLACKBURN'S STRIKING
OF DEFENDANT'S NOTICES AND JUDICIAL NOTICES TO THE COURT FOR CAUSE

Notice Date: Day Thirty          Month: Eight                    Year: 2013 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 258 Filed 06/30/11 USDC Colorado Page 1 of 3 June 26, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073-MEH EXCEPTION TAKEN TO JUDGE BLACKNURN'S STRIKING OF DEFENDANT'S NOTICES AND JUDICIAL NOTICES TO THE COURT, Page 2 of 3, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "Case 1:10-cr-00317-REB Document 258 Filed 06/30/11 USDC Colorado Page 1 of 3 June 26, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073-MEH EXCEPTION TAKEN TO JUDGE BLACKBURN'S STRIKING OF DEFENDANT'S NOTICES AND JUDICIAL NOTICES TO THE COURT, Page 2 of 3, Page 3 of 3" including every copy for cause. I made a mistake creating, preparing, signing, and filing the EXCEPTION TAKEN TO JUDGE BLACKBURN'S STRIKING OF DEFENDANT'S NOTICES AND JUDICIAL NOTICES TO THE COURT. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of you mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 3 2013

JEFFREY P. COLWELL
CLERK

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Provebs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF EXCEPTION TAKEN TO JUDGE BLACKBURN'S STRIKING OF DEFENDANT'S NOTICES AND JUDICIAL NOTICES TO THE COURT FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on August 30, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong