IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.     RICHARD KELLOGG ARMSTRONG,

       Defendant.

_____

### UNITED STATES' MOTION FOR AMENDED FINAL ORDER OF FORFEITURE
_____

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and moves this Court to enter an Amended Final Order of Forfeiture in this case pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c) to include the legal descriptions for the real properties, to specify notice to any third parties allowing for clear title to the United States, and to vacate final order as to real property located at 30 Perkins Drive, Prescott, Arizona in lieu of Internal Revenue Service enforcement action. In support thereof, the United States submits the following:

    1.    In the Superseding Indictment in this case, the United States sought forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c) of the following property:

        a.    a $1,637,481.61 money judgment, representing the amount of proceeds obtained by the defendant, less any funds obtained from the forfeiture of directly traceable assets;

1

    b.    Real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado, which is more fully described as;

> Parcel B:
> Legal Description of a parcel of land being a portion of the Northeast Quarter of Section 19, Township 1 South, Range 65 West of the 6th P.M., Adams County, Colorado, being more particularly described as follows:
>
> Beginning at the Northeast corner of said Section19 and considering the East line of the Northeast Quarter of said Section 19 as bearing South 00 Degrees 00 Minutes 00 Seconds West and with all bearings contained herein relative thereto: thence along said East line South 00 Degrees 00 Minutes 00 Seconds West 663.14 feet to the True Point of Beginning; thence continuing along said East line South 00 Degrees 00 Minutes 00 Seconds West 663.14 feet; thence departing said East line North 89 Degrees 11 Minutes 35 Seconds West 2643.11 feet to a point on the North-South centerline of said Section 19; thence along said North-South centerline North 00 Degrees 06 Minutes 25 Seconds West 664.71 feet; thence departing said North-South centerline South 89 Degrees 09 Minutes 30 Seconds East 2641.89 feet to the True Point of Beginning, except any part lying within county roads, County of Adams, State of Colorado

    c.    Real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona, which is more fully described as;

> Lot 26 and the East Half of Lot 27, Block "A", amended map of Antelope Hills Second Subdivision, according to the plat of record in the office of the Yavapai County Recorder in Book 6 of Maps, page 45, County of Yavapai, State of Arizona

    d.    Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527. (Doc. 140).

2.    On April 30, 2012, a jury found the defendant Richard K. Armstrong guilty of Counts One, and Twenty-Five through Twenty-Seven in violation of 18 U.S.C. §§

1341, 1957, and 2 of the Superseding Indictment.

3. After the guilty verdict, the Court entered a Preliminary Order of Forfeiture on June 25, 2012, forfeiting to the United States any and all of defendant Richard K. Armstrong's right, title and interest in the assets identified in the Superseding Indictment. (Doc. 567).

4. The Preliminary Order of Forfeiture directed the United States to seize the subject property, and to publish notice of the forfeiture and the United States' intent to dispose of the property.

5. Notice of the forfeiture was sent to all known interested third parties on July 9, 2012, and the United States properly published notice of the forfeiture via an official government internet website for thirty consecutive days, July 12, 2012 to August 10, 2012.

6. Specifically, the United States sent notice to Sharon Armstrong via certified and regular mail on July 10, 2012, at 30 Perkins Drive, Prescott Arizona. Both the certified and regular mail notices were returned by the post office on July 18, 2012, indicating a forwarding address of 1642 McCulloch Blvd., N #391, Lake Havasu City, Arizona.

7. On July 19, 2012, the United States sent another notice to Sharon Armstrong via certified and regular mail to the forwarding address at 1642 McCulloch Blvd., N, #391, Lake Havasu City, Arizona. The certified notice was returned by the post office on August 20, 2012, stating it was unclaimed. The regular mail notice sent to 1642 McCulloch Blvd., N, #391, Lake Havasu City, Arizona was not returned.

8. In addition, the United States sent notice to Foreign Enterprises via certified and regular mail on July 10, 2012, at 14255 Harvest Mile Road, Brighton, Colorado and 1802 N. Carson St., Suite. 108-3087, Carson City, Nevada. The certified mail sent to 14255 Harvest Mile Road, Brighton, Colorado was received and signed by Mary Sands. The certified mail sent to 1802 N. Carson St., Suite. 108-3087, Carson City, Nevada was received on July 13, 2012, and signed for by Julie Bower. *See* attached Certified Mail Domestic Return Receipts.

9. No Verified Statement of Interest or Petition of United States of America for Ancillary Hearing has been filed by any third parties within the time period set forth in the Notice of Forfeiture. Therefore, any third-parties are barred for their failure to timely file a petition asserting an interest in the property to be forfeited.

10. In regard to the real property located at 14255 Harvest Mile Road, Brighton, Colorado and the Beech Aircraft, the United States seeks forfeiture of the assets from defendant Armstrong in their entirety because they were purchased in their entirety with funds traceable to the criminal offenses for which he has been convicted. *See United States v. Grossman*, 501 F.3d 846, 849 (7th Cir. 2007) ("[t]he interests subject to forfeiture encompass all the fruits of a defendant's crimes, including assets held in the name of third parties") (citing 21 U.S.C. § 853(c)); *see also United States v. Hooper*, 229 F.3d 818, 823 (9th Cir. 2000) (criminal forfeiture is an *in personam* proceeding, but the United States has an inchoate interest in the proceeds of the crime at the time the criminal offense is committed; thus, all subsequent transfers to non-bona fide purchasers are invalid). Moreover, as described-above, no third party has asserted

a superior right title and interest to the defendant in these properties that were derived from criminal proceeds.  Accordingly, these assets are subject to a final order of forfeiture in their entirety.

11.    On, September 19, 2012, the United States filed a Motion of Final Order of Forfeiture based on the above.  (Doc. 597).

12.    On September 19, 2012, the Court entered the Final Order of Forfeiture. (Doc. 598).

13.    Since the entry of the Final Order of Forfeiture, the United States has learned that there are issues with the Order of Forfeiture that prevent sufficient legal title to pass to prospective buyers.  Specifically, given Mrs. Armstrong's lack of participation in this forfeiture action, the Final Order of Forfeiture must include the legal descriptions for the real properties and specify the notice to any third parties, including Mrs. Armstrong, allowing for clear title to the United States.

14.    The United States has further learned that the one-half interest obtained by the United States from defendant Armstrong in the real property located at 30 Perkins Drive, Prescott, Arizona cannot be sold at market value.  However, the United States is aware that the Internal Revenue Service has a lien against the Perkins Drive property and would like to take enforcement action against the property to satisfy their lien.  The Final Order of Forfeiture is a cloud on the title of the Perkins Drive property that is prohibiting this enforcement action.  Accordingly, the United States is requesting to vacate the Final Order of Forfeiture as entered against the real property located at 30 Perkins Drive, Prescott, Arizona.

WHEREFORE, the United States moves this Court for entry of the Amended Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c).

DATED this 11th day of September, 2013.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

By:   s/ *Tonya S. Andrews*
       Tonya S. Andrews
       Assistant United States Attorney
       United States Attorney's Office
       1225 17th Street, Suite 700
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       E-mail: Tonya.Andrews@usdoj.gov
       *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record, and true copies were mailed, via regular and certified mail, return receipt requested, to:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123
**Cert # 7010 3090 0001 3928 0465**

Cabo Corporation
1642 McCulloch Blvd N., #391
Lake Havasu City, AZ 86403
**Cert # 7010 3090 0001 3928 0472**

Foreign Enterprises
1802 N. Carson St., Suite 108-3087
Carson City, NV 89701-1227
**Cert # 7010 3090 0001 3928 0489**

Foreign Enterprises
14255 Harvest Mile Road
Brighton, CO 80603
**Cert # 7010 3090 0001 3928 0496**

Sharon Armstrong
30 Perkins Drive
Prescott, AZ 86301
**Cert # 7010 3090 0001 3928 0502**

Sharon Armstrong
1642 McCulloch Blvd N., #391
Lake Havasu City, AZ 86403
**Cert # 7010 3090 0001 3928 0519**

s/ *Raisa Vilensky*
FSA Data Analyst
Office of the U.S. Attorney