# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-five        Month Eleven                     Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 16 Filed 06/16/10 USDC Colorado Page 1 of 1
Case 1:10-mj-01088-KLM *SEALED* Document 2 Filed 05/18/10 USDC Colorado Page 1 of 1
WARRANT FOR ARREST CASE NUMBER 10-mj-1088-KLM Kristen L. Mix 5/18/10 at Denver, Colorado
DATE RECEIVED 5-18-10 DATE OF ARREST 6-11-10 Matthew Berg, DEO, USMS"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

```
        FILED                              Sincerely,
UNITED STATES DISTRICT COURT
      DENVER, COLORADO                     /s/ Richard Kellogg Armstrong
                                           Richard Kellogg Armstrong
       DEC - 2 2013                        c/o 20413-298
                                           Federal Correctional
     JEFFREY P. COLWELL                    Institution - Lompoc
              CLERK                        3600 Guard Road
                                           Lompoc, California
```

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge, U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO. 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on November 25, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Denver, CO 80294-3589

                                              /s/ Richard Kellogg Armstrong
                                              Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE