# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-five     Month Eleven     Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 183 Filed 04/04/11 USDC Colorado Page 1 of 9 ORDER, 2, 3, 4, 5, 6, 7, 8, Page 9 of 9 Dated April 4, 2011 Bob Blackburn, Robert E. Blackburn 9"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close Account Number 1:10-cr-00317-RED, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 2 2013

JEFFREY P. COLWELL
CLERK

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachemt: "supra"
cc: Matthew Berg c/o Robert E Blackburn, United States District Judge, U.S. District Court, 901 19th Street Denver, CO 80294-3589 Kristen L. Mix U.S. Magistrate Judge, c/o Robert E. Blackburn, United States District Judge U.S. District Court, 901 19th Street, Denver, CO 80294-3589
(cc:) Robert E. Blackburn, United States District Judge, U.S. District Court. 901 19th Street, Denver, CO 80294-3589
cc: U.S.District Court, 901 19th Street, Denver, CO 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on November 25, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court, 901 19th Street, Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE     NNNOA