# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-five     Month Eleven     Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 189 Filed 04/06/11 USDC Colorado Page 1 of 9 ORDER DENYING DEFENDANT ARMSTRONG'S MOTION TO TERMINATE COURT APPOINTED ASSISTANCE OF COUNSEL, 2, Page 3 of 3 Dated April 6, 2011 Bob Blackburn, Robert E. Blackburn 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close Account Number 1:10-cr-00317-RED, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

                                Sincerely,

                                Richard Kellogg Armstrong
                                c/o 20413-298
                                Federal Correctional
                                Institution - Lompoc
                                3600 Guard Road
                                Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn. United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on November 25, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street, Denver, CO 80294-3589

                                Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE