# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-five        Month Eleven                    Year 2013 C.E.

Robert E. Blackburn, United States District Judge
U.S. District Court
901 19th Street
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 218 File 05/03/11 USDC Colorado Page 1 of 6 GOVERNMENT'S MOTION TO SET AND CONDUCT MOTIONS HEARING RESPECTING PENDING MOTIONS TO CONTINUE AND EXCLUDE TIME; MOTIONS SETTINGS CONFERENCE RESPECTING OTHER PENDING MOTION; AND STATUS CONFERENCE 1, 2, 3, 4, of 6 John F. Walsh, Kenneth M.Harmon 4, 5, page 6 of 6 Kenneth M. Harmon 6".

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 2 2013

JEFFREY P. COLWELL
CLERK

Sincerely,
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office, 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA 1225 17th Street, Seventeenth Street Plaza #700 Denver, CO 80202
cc: David L. Owen, Attorney C/O U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney C/O U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on November 25, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street Denver, CO 80294-3589

Richard Kellogg Armstrong