# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-five      Month Eleven                          Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 353 Filed 11/09/11 USDC Colorado Page 1 of 2 ORDER DENYING MOTION FOR JAMES HEARING, Page 2 of 2 Bob BLackburn, Robert E. Blackburn 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being  accept for value your Presentment "supra" and  return your offer for closure and  settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

                                              Sincerely,

                                              /s/ Richard Kellogg Armstrong
                                              Richard Kellogg Armstrong
                                              c/o 20413-298
                                              Federal Correctional
                                              Institution - Lompoc
                                              3600 Guard Road
                                              Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn. United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on November 25, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street, Denver, CO 80294-3589

                                              /s/ Richard Kellogg Armstrong
                                              Richard Kellogg Armstrong