# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-five       Month Eleven                          Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 431 Filed 03/19/12 USDC Colorado Page 1 of 6 GOVERNMENT'S SUPPLEMENTAL NOTICE OF INTENTION TO OFFER EVIDENCE PURSUANT TO FED.R.EVID. 404(b) 1, 2, 3, Page 4 of 6 John F. Walsh, Kenneth M. Harmon 4, Page 5 of 6 Kenneth M. Harmon 5, Page 6 of 6 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close Account Number 1:10-cr-00317-RED, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

                                                    Sincerely,

                                                    *Richard Kellogg Armstrong*
                                                    Richard Kellogg Armstrong
                                                    c/o 20413-298
                                                    Federal Correctional
                                                    Institution - Lompoc
                                                    3600 Guard Road
                                                    Lompoc, California

Attachement: "supra"
cc: U.S. District Court 901 19th Street, Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA U.S. Attorney's Office, 1225 17th Street, Senveteenth Street Plaza, #700, Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on November 25, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street, Denver, CO 80294-3589

                                             *Richard Kellogg Armstrong*
                                             Richard Kellogg Armstrong