# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-five          Month Eleven          Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO 80294-3589

**In reply to:** "Case 1:!0-cr-00317-REB Document 12 Filed 06/14/10 USDC Colorado Page 1 of 1
Case 1:10-cr-00317-REB *SEALED* Document 2 Filed 05/18/10 USDC Colorado Page 1 of 1
WARRANT FOR ARREST CASE NIMBER 10-mj-1088-WLM Kristen L. Mix 5/18/10 at Denver,
Colorado DATE RECEIVED 5-18-10 DATE OF ARREST 6-11-10 Matthew Berg, DEO, USMS"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 2 2013

JEFFREY P. COLWELL
                    CLERK

Sincerely,

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn. United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on November 25, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street, Denver, CO 80294-3589

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong

AO 442 (Rev 5/85)   Warrant for Arrest

*"NOT ACCEPTED", November 25, 2013 C.E. Without Prejudice*

# United States District Court

_____ DISTRICT OF _____ COLORADO _____

UNITED STATES OF AMERICA

V.

RICHARD KELLOGG ARMSTRONG

## WARRANT FOR ARREST

CASE NUMBER 10-mj-1088-KLM

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD KELLOGG ARMSTRONG and bring him forthwith to the nearest magistrate to answer a

☐ Indictment    ☐ Information    X Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with: filing false claims against the United States and mail fraud, in violation of Title 18 U.S.C. Sections 287, 1341 and 2.

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

Name of Issuing Officer / Title of Issuing Officer

Signature of Issuing Officer

5/18/10 at Denver, Colorado

Date and Location

(By) Deputy Clerk

Bail fixed at $_____   by _____
                                          Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   901 19th St, Denver CO

| DATE RECEIVED 5-18-10 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6-11-10 | Matthew Berg, DEO, USMS | [signature] |

AO 442 (Rev. 5/85) Warrant for Arrest