# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-five      Month Eleven      Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 189 Filed 04/06/11 USDC Colorado Page 1 of 9 ORDER DENYING DEFENDANT ARMSTRONG'S MOTION TO TERMINATE COURT APPOINTED ASSISTANCE OF COUNSEL, 2, Page 3 of 3 Dated April 6, 2011 Bob Blackburn, Robert E. Blackburn 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close Account Number 1:10-cr-00317-RED, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

```
      FILED
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

     DEC - 2 2013

  JEFFREY P. COLWELL
              CLERK
```

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn. United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on November 25, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street, Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*November 25, 2013 C.E.*
*Richard Kellogg Armstrong*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

## ORDER DENYING DEFENDANT ARMSTRONG'S
## MOTION TO TERMINATE COURT APPOINTED ASSISTANCE OF COUNSEL

**Blackburn, J.**

The matter is before me on defendant's **Notice To The District Court To Terminate and Withdraw Court Appointed Assistance of Counsel, David L. Owen, For Cause For His Refusal To Recognize My Constitutional Rights or My Sovereignty** [#137][1] filed February 4, 2011. I deny the motion.

Because Mr. Armstrong is proceeding *pro se*, I continue to construe his papers liberally. *See Erickson v. Pardus*, 551 U.S. 89, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972)). I construe this paper to constitute a motion to dismiss David L. Owen, Jr., Esq., as advisory and standby counsel for Mr. Armstrong.

Some historical perspective is necessary. The chronology of relevant events is

---

[1] "[#137]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

"ACCEPTED"
November 25 2013 C.E.
Richard Kellogg, *grantor*

as follows. On June 18, 2010, Richard K. Kornfeld, Esq., was appointed to represent Mr. Armstrong. See [#19]. On January 5, 2011, Mr. Kornfeld filed a motion to withdraw. See [#104], which was granted that same day. See [#106].

On January 7, 2011, David L. Owen, Jr., Esq., was appointed to represent Mr. Armstrong. See [#107]. On January 12, 2011, Mr. Owen met with Mr. Armstrong. See Motion at 1 [#113] filed January 18, 2011. Following that meeting, Mr Armstrong prepared and filed what is tantamount to a motion to terminate the attorney-client relationship between Mr. Owen and himself. See [#113].[2] The motion was denied on January 19, 2011. See [#115].

On January 27, 2011, I conducted a hearing during which, *inter alia*, Mr. Armstrong waived his right to counsel and exercised his right to self-representation. See [#128 & 129]. Mr. Armstrong requested the appointment of advisory counsel. Over Mr. Armstrong's objection I appointed Mr. Owen to serve as advisory and standby counsel. See id. Finally, Mr. Armstrong filed his motion to dismiss Mr. Owen as advisory and standby counsel. See [#137] filed February 4, 2011.

In his motion, Mr. Armstrong does not provide any cogent factual or legal basis to justify or warrant the dismissal of Mr. Owen as advisory or standby counsel. In his inimitable, rambling fashion, Mr. Armstrong complains that Mr. Owen should be dismissed because Mr. Owen disagrees apparently with Mr. Armstrong's views concerning such issues as "the U.S. monetary system," the legal status of the IRS, individual sovereignty, "declared citizenship," and the standing of the United States.

---

[2] This motion is dated January 12, 2011, and was filed January 18, 2011.

2

*"Accepted"*
*November 25, 2013 C.E.*
*Richard Kellogg (signature)*

Thus, on the relevant record, considered as a whole, I conclude ultimately that the motion should be denied.

**THEREFORE, IT IS ORDERED** that defendant's **Notice To The District Court To Terminate and Withdraw Court Appointed Assistance of Counsel, David L. Owen, For Cause For His Refusal To Recognize My Constitutional Rights or My Sovereignty** [#137] filed February 4, 2011, is **DENIED**.

Dated April 6, 2011, at Denver, Colorado.

BY THE COURT:

Rob Blackburn
Robert E. Blackburn
United States District Judge

3