# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-five     Month Eleven     Year 2013 C.E.

Robert E. Blackburn, United States District Judge
U.S. District Court
901 19th Street
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 218 File 05/03/11 USDC Colorado Page 1 of 6 GOVERNMENT'S MOTION TO SET AND CONDUCT MOTIONS HEARING RESPECTING PENDING MOTIONS TO CONTINUE AND EXCLUDE TIME; MOTIONS SETTINGS CONFERENCE RESPECTING OTHER PENDING MOTION; AND STATUS CONFERENCE 1, 2, 3, 4, of 6 John F. Walsh, Kenneth M.Harmon 4, 5, page 6 of 6 Kenneth M. Harmon 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 2 2013

JEFFREY P. COLWELL
CLERK

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn. United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office, 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA 1225 17th Street, Seventeenth Street Plaza #700 Denver, CO 80202
cc: David L. Owen, Attorney C/O U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney C/O U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on November 25, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street Denver, CO 80294-3589

Richard Kellogg Armstrong

"ACCEPTED"
November 25, 2013 *[handwritten signature]*
Richard Kellogg *[handwritten]*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   CURTIS L. MORRIS,
2.   RICHARD KELLOGG ARMSTRONG

        Defendants.

---

### GOVERNMENT'S MOTION TO SET AND CONDUCT MOTIONS HEARING RESPECTING PENDING MOTIONS TO CONTINUE AND EXCLUDE TIME; MOTIONS SETTING CONFERENCE RESPECTING OTHER PENDING MOTIONS; AND STATUS CONFERENCE

---

The United States of America, by and through its undersigned counsel, moves this Court to set and conduct (1) a motions hearing with respect to currently pending defense motions seeking a trial continuance and concomitant designations of excludable time under the Speedy Trial Act (DE191, 208, 215)[1]; (2) a motions setting hearing with respect to other pending

---

[1] "DE" refers to docket entries in this case.

The referenced motions are specifically as follows:

DE 191     defendant Morris's motion styled, "Motion to Exclude Time Within Which the Trial for the Offenses Charged in the Superseding Indictment must Commence Pursuant to 18 U.S.C. §3161(h)(7)(B)(I) and (IV) and Continuance of Deadlines Currently Set";

DE 208     defendant Armstrong's motion styled, "Motion for Enlargement of Time Due to non Receipt of All Discovery and non Receipt of All

1

*"ACCEPTED"*
*November 25, 2013 CE*
*Richard Kellogg (signature)*

motions in this case; and (3) a status conference to address any other matters deemed fit and proper by the Court for the orderly administration of this case.

In support of the motion, the government states as follows:

1. On April 28 and 29, 2011, the government filed responses to all defense motions then pending and deemed timely within the scope of the Court's prior rulings. These motions included motions by both defendants which effectively sought a continuance of trial, currently set for May 16, 2011, and a concomitant exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161 *et. seq.* (DE 191, 208). The government indicated in its response that it did not oppose a continuance of trial but that the trial of the defendants, which should be joint, should not be continued beyond 90-days, the time period which the government submitted was reasonable for this case based on its current circumstances. Both these motions and the other timely defense motions have now been briefed by the government and ready to be addressed by the Court.

2. The government now respectfully requests that the Court set these motions down for a hearing prior to the currently scheduled trial preparation conference on May 11, 2011, and preferably prior to May 9, 2011.

3. As the briefing on the motions reflect, the parties are in agreement that neither defendant is prepared to proceed to trial on May 16, 2011. As the record in the case currently stands, however, the parties must do a host of things to comply with their current obligations to

---

|  | Grand Jury Transcripts"; |
|---|---|
| DE 215 | defendant Morris' motion styled , "Second Motion to Exclude Time Within Which the Trial for Offenses Charged In the Superseding Indictment Must Commence Pursuant to 18 U.S.C. §3161(h)(7)(B)(I) and (IV) and Continuance of Deadlines Currently Set". |

*"ACCEPTED"*
*November 25, 2013 C.E.*
*Richard Kellogg Armstrong*

have the case ready to go to trial on May 16, 2011. Among other things, they must consult and submit to chambers by May 9, 2011, their proposed jury instructions and briefs supporting disputed and competing instructions. Further, in order to fulfill the objectives of the May 11th trial preparation conference, the parties, at the conference, will also need to tender witness lists and proposed voir dire questions and be ready to address exhibit issues (presumably with exhibit lists in hand). The government will undertake to discharge its obligations but it does not appear, at this juncture, that, based on defense representations, a trial preparation conference would be meaningful or productive. A hearing and ruling on the defense continuance motions in advance of May 9, 2011 will permit the parties to proceed in an efficient and orderly manner in the preparation of this case for trial and will allow the Court to avoid wasting time at the trial preparation conference where necessary business -- such as a discussion of possible stipulated exhibits and witnesses - cannot be conducted.

    4.    An advanced hearing and ruling will also permit the government to avoid potential significant expenditure of resources and inconvenience to potential government witnesses in the case. The government currently estimates that there are 40 potential government witnesses in its case-in-chief, 25 of which are currently considered "will call" witnesses. A number of these witnesses are representatives from financial institutions whose testimonial scope is limited to addressing the authenticity of records filed with the Internal Revenue Service purportedly by or on behalf of their institutions or with respect to accounts held at their institutions. As many as twenty five of the government's potential witnesses are from outside of the Denver, Colorado metropolitan region. As the case now stands, especially without the prospect of stipulations, the government the will need to make travel arrangements for these

*"ACCEPTED"*
*November 25, 2013 CE*
*Richard Kellogg (signature)*

witnesses commencing no later than this Monday, May 9, 2011, in order to be prepared for possible trial the following Monday, May 16, 2011. All of the potential witnesses will need to be contacted to arrange and keep their schedules open so that they are prepared to testify within the currently scheduled trial period.

     5.     Conducting a hearing prior to May 9, 2011 on the pending continuance motion and addressing the other pending motions with the parties at that time will permit the Court more efficiently to realistically assess the trial readiness of this case for a trial commencing May 16, 2011, and more efficiently permit the Court to re-allocate its resources and schedule to other matters should the court determine that trial commencing on that date is not feasible.

WHEREFORE, the United States respectfully requests that the Court grant this motion and set and conduct (1) a motions hearing with respect to currently pending defense motions seeking a trial continuance and concomitant designations of excludable time under the Speedy Trial Act (DE191, 208, 215); (2) a motions setting hearing with respect to other pending motions in this case; and (3) a status conference to address any other matters deemed fit and proper by the Court for the orderly administration of this case.

                                            Respectfully submitted,

                                            JOHN F. WALSH
                                            United States Attorney

                                            <u>s/Kenneth M. Harmon</u>
                                            By:  Kenneth M. Harmon
                                            Assistant U.S. Attorney
                                            1225 Seventeenth Street, Suite 700
                                            Denver, Colorado 80202

"ACCEPTED"
November 25, 2013 CK
*Richard Kellogg Armstrong* [signature]

Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2011, I electronically filed the foregoing

**GOVERNMENT'S MOTION TO SET AND CONDUCT MOTIONS HEARING RESPECTING PENDING MOTIONS TO CONTINUE AND EXCLUDE TIME; MOTIONS SETTING CONFERENCE RESPECTING OTHER PENDING MOTIONS; AND STATUS CONFERENCE**

with the Clerk of the Court using the CM/ECF, which will send notification to counsel listed below.

Lisa M. Wayne, Esq.
Lmonet20@aol.com
Attorney for Defendant Curtis L. Morris

David L. Owen, Esq.
davidowen@lodopc.com
Advisory Counsel for Defendant Richard Kellogg Armstrong

And I hereby certify that I will cause a copy of the foregoing to be mailed, by U.S. Mail, to defendant Richard Kellogg Armstrong at the following address:

Richard Kellogg Armstrong
#20413-298
Englewood
Federal Correctional Institution
Inmate Mail/Parcels
9595 West Quincy Avenue
Littleton, CO 80123

5

*"ACCEPTED"*
*NOVEMBER 25, 2013 C.E.*
*Richard Kellogg Armstrong*

>s/ Kenneth M. Harmon
>KENNETH M. HARMON
>Assistant United States Attorney
>U.S. Attorney's Office
>1225 Seventeenth Street, Suite 700
>Denver, Colorado 80202
>Tel. No. (303) 454-0100
>Fax No. (303) 454-0402
>E-mail: kenneth.harmon@usdoj.gov