# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-five      Month Eleven                Year 2013 C.E.

Robert E. Blackburn, United States District Judge
U.S. District Court
901 19th Street
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 222 Filed 05/06/11 USDC Colorado Page 1 of 2 COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

**FILED**
UNITED STATES DISTRICT COURT
DENVER COLORADO

DEC - 2 2013

JEFFREY P. COLWELL
CLERK

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street
    Denver, CO 80294-3589
cc: U.S. District Court, 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc, 3600 Guard Road Lompoc, California on November 25, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court, 901 19th Street Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*NOVEMBER 25, 2013 C.E.*
*Richard Kellogg Armstrong*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             May 6, 2011

Deputy Clerk:     Nel Steffens
Court Reporter:   Suzanne Claar

---

**Criminal Action No. 10-cr-00317-REB**

Parties:                                    Counsel:

UNITED STATES OF AMERICA,                   Kenneth Harmon

    Plaintiff,

v.

1. CURTIS L. MORRIS,                        Lisa Wayne
2. RICHARD KELLOGG ARMSTRONG,               *Pro Se* with David Owen, Advisory
                                            Counsel
    Defendants.

---

### COURTROOM MINUTES

**Motion Hearing on #215**

3:48 p.m.      **Court in session.**

Appearances of counsel.

Defendant Morris is present on bond; defendant Armstrong is present in custody.

Opening statements by the court.

Argument by Ms. Wayne in support of **Defendant Morris' Second Motion To Exclude Time Within Which the Trial for the Offenses Charged in the Superseding Indictment Must Commence Pursuant to 18 U.S.C. § 3161(h0(70(B)(i) (ii) and (iv) and Continuance of Deadlines Currently Set** [#215] filed May 3, 2011.

Response by defendant Armstrong.

*"ACCEPTED"*
*November 25, 2013 CE*
*Richard Kellogg [signature]*

Response by Mr. Harmon.

Court addresses parties regarding scheduling and takes the motion under advisement. Court will issue its written ruling as soon as practicable.

**4:05 p.m.     Court in recess.**

Total time in court:   00:17

Hearing concluded.