# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Twenty-five     Month Eleven     Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 353 Filed 11/09/11 USDC Colorado Page 1 of 2 ORDER DENYING MOTION FOR JAMES HEARING, Page 2 of 2 Bob BLackburn, Robert E. Blackburn 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 2 2013

JEFFREY P. COLWELL
CLERK

Sincerely,

*Richard Kellogg Armstrong* (signature)

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn. United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on November 25, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street, Denver, CO 80294-3589

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong

"ACCEPTED"
November 25, 2013 C.E.
Richard Kellogg Armstrong

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **CURTIS L. MORRIS**, and
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

---

## ORDER DENYING MOTION FOR *JAMES* HEARING

---

**Blackburn, J.**

The matter before me is the **Defendant Curtis L. Morris' Motion for Pretrial Determination of Admissibility of Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)(E) Statements** [#197][1] filed April 14, 2011, by defendant, Curtis L. Morris. The government filed **Government's Consolidated Response to Defense Motions** [#210] on April 28, 2011. I deny the motion.

Having considered, but not necessarily accepted, the reasons stated, arguments advanced, and authorities cited by Mr. Morris in his motion and the government in its response, I find and conclude as follows: (1) that given the nature and circumstances of the alleged conspiracy, no pretrial *James*[2] hearing or proffer is necessary; and (2) that,

---

[1] "[#197]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] So named for *United States v. James*, 590 F.2d 575 (5th Cir. 1979), *cert. denied*, 99 S.Ct. 2836 (1979).

*"ACCEPTED"*
*NOVEMBER 25 2013 C.E.*
*Michael Kellogg [signature]*

instead, in lieu of a pretrial *James* proffer or hearing, the government should be required to prove up the foundational predicate for the admission of evidence offered under Fed.R.Evid. 801(d)(2)(E), failing which, such evidence should be excluded.

**THEREFORE, IT IS ORDERED** that the **Defendant Curtis L. Morris' Motion for Pretrial Determination of Admissibility of Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)(E) Statements** [#197] filed April 14, 2011, is **DENIED**.[3]

Dated November 9, 2011, at Denver, Colorado.

BY THE COURT:

*[signature]*
Robert E. Blackburn
United States District Judge

---

[3] The denial of the motion does not become the law of the case to preclude or prohibit me from conducting a *James* hearing or requiring a *James* proffer during the trial, if I deem it necessary.

2