# NOTICE OF DISHONOR

NOTICE DATE Day Five                Month Twelve                Year 2013 C.E.

Robert E. Blackburn, United States District Judge
U.S. District Court
901 19th Street
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Twenty-five Month Eleven Year 2013 C.E., in reply to your presentment "Case 1:10-cr-00317-REB Document 222 File 05/06/11 Colorado Page 1 of 2 COURTROOM MINUTES, Page 2 of 2" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California


cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street
    Denver, CO 80294-3589
cc: U.S. District Court, 901 19th Street Denver, CO 80294-3589


### CERTIFICATE OF MAILING

I Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 5, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

                                        Richard Kellogg Armstrong

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 9 2013

JEFFREY P. COLWELL
CLERK