# NOTICE OF DISHONOR

NOTICE DATE: Day Five          Month Twelve          Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO 80294

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Twenty-five Month Eleven Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 353 Filed 11/09/11 USDC Colorado Page 1 of 2 ORDER DELYING MOTION FOR JAMES HEARING, Page 2 of 2 Bob Blackburn, Robert E. Blackburn 2  has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                       Sincerely,

                                       Ricard Kellogg Armstrong
                                       c/o 20413-298
                                       Federal Correctional
                                       Institution - Lompoc
                                       3600 Guard Road
                                       Lompoc, California

cc: Robert E. Blackburn, United States District Judge, U.S. District Court, 901 19th Street, Denver, CO 80294-3589
cc: U.S. District Court, 901 19th STreet, Denver, CO 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 9 2013

JEFFREY P. COLWELL
CLERK

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 5, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

                                       Richard Kellogg Armstrong