# NOTICE OF DISHONOR

NOTICE DATE: Day Five            Month Twelve            Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day Twenty-five Month Eleven Year 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 16 Filed 06/16/10 USDC Colorado Page 1 of 1 Case 1:10-mj-01088-KLM *SEALED* Document 2 Filed 05/18/10 USDC Colorado Page 1 of 1 WARRANT FOR ARREST CASE NUMBER 10-mj-1088-KLM Kristen L. Mix 5/18/10 at Denver, Colorado DATE RECEIVED 5-18-10 DATE OF ARREST 6-11-10 Matthew Berg, DEO, USMS" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

```
        FILED
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

       DEC - 9 2013

    JEFFREY P. COLWELL
              CLERK
```

                                    Sincerely,

                                    /s/ Richard Kellogg Armstrong
                                    Richard Kellogg Armstrong
                                    c/o 20413-298
                                    Federal Correctional
                                    Institution - Lompoc
                                    3600 Guard Road
                                    Lompoc, California

cc: Robert E. Blackburn, United States District Judge, U.S. District Court, 901 19th Street, Denver, CO. 80294-3589
cc: U.S. District Court, 901 19th Street, Denver, CO. 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 5, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Denver, CO 80294-3589

                                    /s/ Richard Kellogg Armstrong
                                    Richard Kellogg Armstrong