# NOTICE OF DISHONOR

NOTICE DATE: Day Five        Month Twelve        Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO 80294



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Twenty-five Month Eleven Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 183 Filed 04/04/11 USDC Colorado Page 1 of 9 ORDER, 2, 3, 4, 5, 6, 7, 8, Page 9 of 9 Dated April 4, 2011 Bob Blackburn, Robert E. Blackburn 9" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                          Sincerely,

                                          Ricard Kellogg Armstrong
                                          c/o 20413-298
                                          Federal Correctional
                                          Institution - Lompoc
                                          3600 Guard Road
                                          Lompoc, California

cc: Matthew Berg c/o Robert E. Blackburn, United States District Judge, U.S. District Court, 901 19th Street Denver, CO 80294-3589 Kristen L. Mix U.S. Magistrate Judge, c/o Robert E. Blackburn, United States District Fudge U.S. District Court, 901 19th Street, Denver,
cc: Robert E. Blackburn, United States District Judge, U.S. District Court, 901 19th Street, Denver, CO 80294-3589
cc: U.S. District Court, 901 19th STreet, Denver, CO 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 9 2013

JEFFREY P. COLWELL
                 CLERK

---

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 5, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

                                                        Richard Kellogg Armstrong