# NOTICE OF DISHONOR

NOTICE DATE: Day Five          Month Twelve          Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO 80294



**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day Twenty-five Month Eleven Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 189 Filed 04/06/11 USDC Colorado Page 1 of 9 ORDER DENYING DEFENDANT ARMSTRONG'S MOTION TO TERMINATE COURT APPOINTED ASSISTANCE OF COUNSEL, @, Page 3 of 3 Dated April 6, 2011 Bob Blackburn, Robert E. Blackburn 3" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 9 2013

JEFFREY P. COLWELL
CLERK

Sincerely,

Ricard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc) Robert E. Blackburn, United States District Judge, U.S. District Court, 901 19th Street, Denver, CO 80294-3589
cc: U.S. District Court, 901 19th STreet, Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 5, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

Richard Kellogg Armstrong