# NOTICE OF DISHONOR

NOTICE DATE: Day Five        Month Twelve        Year 2013 C.E.

Robert E. Blackburn, United States District Judge
U.S. District Court
901 19th Street
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated day Twenty-five Month Eleven Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 218 File 05/03/11 USDC Colorado Page 1 of 6 GOVERNMENT'S MOTION TO SET AND CONDUCT MOTIONS HEARING RESPECTING PENDING MOTIONS TO CONTINUE AND EXCLUDE TIME; MOTIONS SETTINGS CONFERENCE RESPECTING OTHER PENDING MOTION; AND STATUS CONFERENCE 1, 2, 3, 4 of 6 John F. Walsh, Kenneth M. Harmon 4, 5, page 6 of 6 Kenneth M. Harmon 6" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC - 9 2013**

JEFFREY P. COLWELL
CLERK

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office, 1225 17th Street Seventeenth Street Plaza, # 700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA 1225 17th Street, Seventeenth Street Plaza # 700 Denver, CO 80202
cc: David L. Owen, Attorney C/O U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne Attorney C/O U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 5, 2013 C.E. for same day delivery to Clerk or the Court, U.S. District Court 901 19th Street Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong