# NOTICE OF DISHONOR

NOTICE DATE: Day Five                    Month Twelve                    Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-106
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day Twenty-five Month Eleven Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 281 Filed 08/31/11 USDC Colorado Page 1 of 3 Appellate Case: 11-1397 Document: 01018703828 Date Filed: 08/31/2011 Page: 1 UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT OFFICE OF THE CLERK August 31, 2011, Page 2 of 3 Page 2, Page 3 of 3 Page 3 Elizabeth A Shumaker" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                                    Sincerely,

                                                    *Richard Kellogg Armstrong*
                                                    Richard Kellogg Armstrong
                                                    c/o 20413-298
                                                    Federal Correctional
                                                    Institution - Lompoc
                                                    3600 Guard Road
                                                    Lompoc, California

**FILED**
UNITED STATES DISTRICT COURT
DENVER COLORADO

DEC - 9 2013

JEFFREY P. COLWELL
                    CLERK

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver CO. 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. Court of Appeals For The Tenth Circuit Office of the Clerk 1823 Stout Street Denver, CO. 80257

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in an United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 5, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-106 Denver, CO. 80294-3589

                                                    *Richard Kellogg Armstrong*
                                                    Richard Kellogg Armstrong