# NOTICE OF DISHONOR

NOTICE DATE: Day Five          Month Twelve                    Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO 80294



PLEASE TAKE NOTECE that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Twenty-five Month Eleven Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 431 Filed 03/19/12 USDC Colorado Page 1 of 6 GOVERMENT'S SUPPLEMENTAL NOTICE OF INTENTION TO OFFER EVIDENCE PURSUANT TO FED. R. EVID. 404(b) 1, 2, 3, Page 4 of 6 John F. Walsh, Kenneth M, Harmon 4, Page 5 of 6 Kenneth M. Harmon 5, Page 6 of 6 6" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

```
       FILED                              Sincerely,
 UNITED STATES DISTRICT COURT
     DENVER, COLORADO             Ricard Kellogg Armstrong
                                  c/o 20413-298
       DEC - 9 2013                Federal Correctional
                                   Institution - Lompoc
    JEFFREY P. COLWELL              3600 Guard Road
               CLERK                Lompoc, California
```

cc) U.S. District Court 901 19th Street, Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA U.S. Attorney's Office, 1225 17th Street, Seventeenth Street Plaza, #700, Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 5, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

                                                 Richard Kellogg Armstrong