# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Ten                    Month Twelve                    Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



In reply to: "Case 1:10-cr-00317-REB Document 191 File 04/06/11 USDC Colorado Page 1 of 8 MOTION TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENCES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C §3161(h)(7)(B)(i) and(iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET 1, 2, 3, 4, 5, 6 Page 7 of 8 Dated: April 6, 2011   Lisa M. Wayne 7, Page 8 of 8 Wendy S. Anderson 8"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor my result if you fail to respond.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 3 2013

JEFFREY P. COLWELL
CLERK

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney C/O U.S. District Court, 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California December 10, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court, 901 19th Street, Denver CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong