# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Ten           Month Twelve           Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 219 File 05/03/11 USDC Colorado Page 1 of 2 MINUTE ORDER, Page 2 of 2   2"

**PLEASE TAKE NOTICE:** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

```
           FILED                    Sincerely,
UNITED STATES DISTRICT COURT        Richard Kellogg Armstrong
     DENVER, COLORADO               c/o 20413-298
                                    Federal Correctional
       DEC 1 3 2013                 Institution - Lompoc
                                    3600 Guard Road
     JEFFREY P. COLWELL              Lompoc, California
              CLERK
```

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was seal in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on November 25, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street Denver, CO 80294-3589

Richard Kellogg Armstrong

NNNOA