# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Ten          Month Twelve          Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 286 Filed 09/06/11 USDC Colorado Page 1 of 2 Appellate Case: 11-1397 Document: 01018705737 Date Filed: 09/06/2011 Page 1, Page 2 of 3 Page: 2 ELIZABETH SHUMAKER, Clerk of Court, Page 3 of 3 Page 1 Elizabeth A. Shumaker, Clerk of the Court"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.

I indicate my acceptance by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 3 2013

JEFFREY P. COLWELL
CLERK

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Elizabeth A. Shumaker, Clerk of the Court, United States Court of Appeals For The Tenth Circuit, 1823 Stout Street Denver, CO 80257

### CERTIFICATE OF MAILING

I Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road on December 10, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong