# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Ten          Month Twelve                    Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 193 File 04/07/11 USDC Colorado Page 1 of 2 COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 193 File 04/07/11 USDC Colorado Page 1 of 2 COURTROOM MINUTES, 2 of 2" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs:
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 3 2013

JEFFREY P. COLWELL
CLERK

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge, U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court, 901 19th Street, Room A-105 Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE BOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 10, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street, Denver, CO 80294-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong                NNOA

"ACCEPTED"
*Richard Kellogg Armstrong*
DECEMBER 10, 2013 C.E.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date:            April 7, 2011

Deputy Clerk:    Nel Steffens
Court Reporter:  Suzanne Claar

**Criminal Action No. 10-cr-00317-REB**

<u>Parties:</u>                                <u>Counsel:</u>

UNITED STATES OF AMERICA,              Kenneth Harmon
                                       Kevin Sweeney
    Plaintiff,

v.

1. CURTIS L. MORRIS,                   Lisa Wayne
2. RICHARD KELLOGG ARMSTRONG,          *Pro Se*

    Defendant.

## COURTROOM MINUTES

**Motion Hearing on #153**

**1:43 p.m.    Court in session.**

Appearances of counsel. Also seated at government's table is Special Agent Greg Tafoya.

Defendants are present in custody.

Opening statements by the court.

Argument by Ms. Wayne.

Colloquy between the court and Ms. Wayne.

Response by Mr. Harmon.

*"ACCEPTED"*
*Richard Kellogg [signature]*
*DECEMBER 10, 2013 C.E.*

Further argument by Ms. Wayne.

Further response by Mr. Harmon.

>    **IT IS ORDERED** as follows:
>
>    1.  That **Defendant Morris' Unopposed Motion for Additional Time To File Motions as a Result of the Superseding Indictment Filed February 15, 2011 (Doc. #140)** [#153] filed February 28, 2011, is **GRANTED** consistent with the following orders;
>
>    2.  That defendant Morris shall have until **April 14, 2011**, by which to file additional non-CJA pretrial motions, anticipated to include, but not necessarily be limited to, a motion to dismiss the Superseding Indictment, a motion to sever, and a motion to suppress the search occurring in the summer of 2009;
>
>    3.  That the government and defendant Armstrong shall have until **April 28, 2011,** by which to file a response to any timely-filed motion by defendant Morris; and
>
>    4.  That the government and defendant Armstrong shall have until that same date, **April 28, 2011**, by which to file a response to defendant Morris' **Motion To Exclude Time Within Which the Trial for the Offenses Charged in the Superseding Indictment Must Commence Pursuant to 18 U.S.C. § 3161(h)(7)(B)(I) and Continuance of Deadlines Currently Set** [#191] filed April 6, 2011.

Colloquy between the court and Mr. Harmon regarding the government's previously stricken motion as to protective order.

Colloquy between the court and defendant Armstrong regarding trial date and preparation for trial.

Court directs courtroom deputy clerk to provide copies of recent orders to defendant Armstrong.

**2:30 p.m.    Court in recess.**

Total time in court:   00:47

Hearing concluded.