# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Ten      Month Twelve      Year 2013 C.E.

Clerk of the Court  
U.S. District Court  
901 19th Street, Room A-105  
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 219 File 05/03/11 USDC Colorado Page 1 of 2 MINUTE ORDER, Page 2 of 2   2"

**PLEASE TAKE NOTICE:** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

**FILED**  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  

DEC 1 3 2013  

JEFFREY P. COLWELL  
CLERK

Sincerely,  
Richard Kellogg Armstrong  
c/o 20413-298  
Federal Correctional Institution - Lompoc  
3600 Guard Road  
Lompoc, California

Attachment: "supra"  
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589  
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was seal in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on November 25, 2013 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street Denver, CO 80294-3589

Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*DECEMBER 10, 2013 CE.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

---

### MINUTE ORDER[1]

---

    The matter is before the court on the **Government's Motion To Set and Conduct Motions hearing Respecting Pending Motions To Continue and Exclude Time; Motions Setting Conference Respecting Other Pending Motions; and Status Conference** [#218] filed May 3, 2011. After reviewing the motion and the file, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Government's Motion To Set and Conduct Motions hearing Respecting Pending Motions To Continue and Exclude Time; Motions Setting Conference Respecting Other Pending Motions; and Status Conference** [#218] filed May 3, 2011, is **GRANTED**;

    2. That on Friday, May 6, 2011, commencing at 3:30 p.m., the court shall conduct a hearing on the **Government's Motion To Set and Conduct Motions hearing Respecting Pending Motions To Continue and Exclude Time; Motions Setting Conference Respecting Other Pending Motions; and Status Conference** [#218] filed May 3, 2011;

    3. That the court's **Minute Order** [#217] entered May 3, 2011, requiring that the government and defendant Armstrong file a response to defendant Morris' motion to exclude time is **WITHDRAWN**, the court shall hear oral argument on this issue at the

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*DECEMBER 10, 2013 C.E.*

time of the hearing on May 6, 2011; and

    4. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing defendant Armstrong's appearance for the hearing set for Friday, May 6, 2011, at 3:30 p.m..

    Dated:  May 3, 2011