# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Ten          Month Twelve          Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 286 Filed 09/06/11 USDC Colorado Page 1 of 2 Appellate Case: 11-1397 Document: 01018705737 Date Filed: 09/06/2011 Page 1, Page 2 of 3 Page: 2 ELIZABETH SHUMAKER, Clerk of Court, Page 3 of 3 Page 1 Elizabeth A. Shumaker, Clerk of the Court"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.

I indicate my acceptance by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 3 2013

JEFFREY P. COLWELL
CLERK

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Elizabeth A. Shumaker, Clerk of the Court, United States Court of Appeals For The Tenth Circuit, 1823 Stout Street Denver, CO 80257

### CERTIFICATE OF MAILING

I Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road on December 10, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

Case 1:10-cr-00317-REB   Document 725-16   Filed 12/13/13   USDC Colorado   Page 2 of 4
Case 1:10-cr-00317-REB   Document 286   Filed 09/06/11   USDC Colorado   Page 1 of 3
Appellate Case: 11-1397   Document: 01018705737   Date Filed: 09/06/2011   Page: 1

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

September 6, 2011

Elisabeth A. Shumaker
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 11-1397 |
| RICHARD KELLOGG ARMSTRONG, | (D.C. No. 1:10-CR-00317-REB-2) |
| Defendant - Appellant. | |

**ORDER**

Before **BRISCOE**, Chief Judge, and **LUCERO** and **HOLMES**, Circuit Judges.

Mr. Armstrong has filed an appeal from the district court's order of August 23, 2011, denying his "Motion for Leave to File Motion for Bona Fides," in which he requested the district court judge's recusal. We dismiss for lack of appellate jurisdiction, due to the absence of a final, appealable order or judgment.

Generally, the final judgment rule prohibits appellate review in a criminal case until after conviction and imposition of sentence. *Flanagan v. United States*, 465 U.S. 259, 263 (1984). "The rule of finality has particular force in criminal prosecutions because encouragement of delay is fatal to the vindication of the criminal law." *United States v. MacDonald*, 435 U.S. 850, 853-54 (1978)

(internal quotation omitted).  No exception to the finality rule is applicable here.  *See United States v. P. H. E., Inc.*, 965 F. 2d 848, 854 (10th Cir. 1992) (interlocutory appeals in criminal cases have been allowed only in the narrow circumstance where "the substantive constitutional right at stake included the right to be free from the adverse effect of undergoing the trial itself.")  This court has stated that "[a]n order denying a motion to recuse is interlocutory and is, therefore, not immediately appealable."  *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995).

Accordingly, this appeal is **DISMISSED.**

> Entered for the Court
> ELISABETH SHUMAKER, Clerk of Court
>
> by:
>
> Christine Van Coney
> Counsel to the Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
### OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

September 06, 2011

Douglas E. Cressler
Chief Deputy Clerk

Mr. David Lee Owen Jr.
Law Office of David L. Owen, Jr.
8854 South Miners Street
Highlands Ranch, CO 80126

RE:   **11-1397, United States v. Armstrong**
      Dist/Ag docket: 1:10-CR-00317-REB-2

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Kenneth Mark Harmon

EAS/jm