# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen            Month Twelve                Year 2013 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 263 Filed 07/15/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB ORDER STRIKING MOTION TO TAKE JUDICAIAL NOTICE OF FACTS AND TO DISMISS THE CASE WITH PREJUDICE Blackburn, J., Page 2 of 2 Dated: July 15, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 20 2013

JEFFREY P. COLWELL
CLERK

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO 901 19th Street Denver, CO 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 17, 2013 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

"ACCEPTED"
*Richard Kellogg Armstrong*
DECEMBER 17, 2013 C.F.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

## ORDER STRIKING MOTION TO TAKE JUDICIAL NOTICE OF FACTS AND TO DISMISS THE CASE WITH PREJUDICE

**Blackburn, J.**

The matter is before me on defendant's **Motion To Take Judicial Notice of Facts and To Dismiss The Case With Prejudice** [#262][1] filed July 12, 2011. I strike the motion.

As I rehearsed in my **Order Striking Defendant's Motions To Dismiss And To Reinstate Notices** [#259] entered July 7, 2011, Mr. Armstrong has been enjoined twice by this court from filing pretrial motions without advance leave of this court. *See* Order [#259] at 1. The attempted filing of this motion is the latest in a series of ostensibly contumacious acts in direct violation of the orders of this court. Thus, once again, this contumelious conduct by Mr. Armstrong warrants striking of the putative motion.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#262]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

"ACCEPTED"
*Richard Kellogg Armstrong*
DECEMBER 17, 2013 C.E.

1. That defendant's **Motion To Take Judicial Notice of Facts and To Dismiss The Case With Prejudice** [#262] filed July 12, 2011, is stricken; and

2. That subject to the penalties for contempt of court, Mr. Armstrong continues to be enjoined and restrained from filing pretrial motions without the advance permission of this court.

Dated July 15, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

2