# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty        Month Twelve        Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Ten Month Twelve Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 48 Filed 07/17/10 USDC Colorado Page 1 of 101, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, Page 101 of 101 Adrianne Whitlow" has been dishonored or has not been paid or acceptad.

I intend to look to you for payment or performance.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 23 2013

JEFFREY P. COLWELL
                       CLERK

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 20, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Twenty         Month Twelve         Year 2013 C.E.

Clerk of the Court  
U.S. District Court  
901 19th Street, Room A-105  
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated day Ten Month Twelve Year 2013 C.E., in reply to your Presentment " Case 1:10-cr-00317-REB Document 191 File 04/06/11 USDC Colorado Page 1 of 8 MOTION TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENCES CHARGED IN THE SUPERSEDING ENDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161 (h)(7)(B)(i) and (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET 1, 2, 3, 4, 5, 6 Page 7 of 8 Dated: April 6, 2011 Lisa M. Wayne 7, Page 8 of 8 Wendy S. Anderson 8 " has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                                  Sincerely,

                                                  Richard Kellogg Armstrong  
                                                  c/o 20413-298  
                                                  Federal Correctional  
                                                  Institution - Lompoc  
                                                  3600 Guard Road  
                                                  Lompoc, California

cc:   Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Denver, CO 80294-3589  
cc:   U.S. District Court 901 19th Street Denver, CO 80294-3589  
cc:   Lisa Wayne, Attorney C/O U.S. District Court, 901 19th Street Denver, CO  80294-3589

                    **FILED**  
            UNITED STATES DISTRICT COURT  
                 DENVER, COLORADO

                    DEC 2 3 2013

               JEFFREY P. COLWELL  
                           CLERK

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 20, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

                                                           Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty                    Month Twelve                    Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day Ten Month Twelve Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 193 Filed 04/07/11 USDC Colorado Page 1 of 2 COURTROOM MINUTES, Page 2 of 2" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                                Sincerely,

                                                Richard Kellogg Armstrong
**FILED**                                       c/o 20413-298
UNITED STATES DISTRICT COURT                    Federal Correctional
DENVER, COLORADO                                Institution - Lompoc
                                                3600 Guard Road
DEC 2 3 2013                                    Lompoc, California

JEFFREY P. COLWELL
CLERK

cc: Robert E. Blackburn, United States District Judge, U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court, 901 19th Street, Room A-105 Denver, CO 80294-3589


### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 20, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105, Denver, CO 80294-3589

                                                Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE Day Twenty              Month Twelve              Year 2013 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated day Ten Month Twelve Year 2013 C.E., in reply to your Presentment "Case1:10-cr-00317-REB Document 219 File 05/03/11 USDC Colorado Page 1 of 2 MINUTE ORDER, Page 2 of 2  2" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or preformance.

                                        Sincerely,

                                        *[signature]*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge, U.S. District Court, 901 19th
    Street Denver, CO 80294-3589
cc: U.S. District Court, 901 19th Street, CO 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 3 2013

JEFFREY P. COLWELL
                    CLERK

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 20, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

                                        *[signature]*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty          Month Twelve          Year 2013 C.E.


Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589


**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day Ten Month Twelve Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 286 Filed 09/06/11 USDC Colorado Page 1 of 2 Appellate Case: 11-1397 Document: 01018705737 Date Filed: 09/06/2011 Page 1, Page 2 of 3 Page: 2 ELIZABETH SHUMAKER, Clerk of Court, Page 3 of 3 Page 1 Elizabeth A. Shumaker, Clerk of the Court" has been dishonored or has not been paid or accepted.


I intend to look to you for payment or performance.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 2 3 2013**

**JEFFREY P. COLWELL**
**CLERK**

Sincerely,

*/s/ Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California


cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Elizabeth A. Shumaker, Clerk of the Court, United States Court of Appeals For The Tenth Circuit, 1823 Stout Street Denver, CO 80257


## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 20, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*/s/ Richard Kellogg Armstrong*
Richard Kellogg Armstrong