# NOTICE OF DISHONOR

NOTICE DATE: Day Thirty-one        Month Twelve                    Year 2013 C.E.


Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589


**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day Seventeen Month Twelve Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 263 Filed 07/15/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB ORDER STRIKING MOTION TO TAKE JUDICIAL NOTICE OF FACTS AND TO DISMISS THE CASE WITH PREJUDICE Blackburn, J., Page 2 of 2 Dated: July 15, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2" has been dishonored or has not been paid or accepted.


I intend to look to you for payment or performance.


                                        Sincerely,

        FILED
UNITED STATES DISTRICT COURT            Richard Kellogg Armstrong
      DENVER, COLORADO                  c/o 20413-298
                                        Federal Correctional
      JAN - 3 2014                      Institution - Lompoc
                                        3600 Guard Road
    JEFFREY P. COLWELL                  Lompoc, California
                    CLERK


cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO 901 19th Street Denver, CO 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO Judge, Robert E. Blackburn 901 19th Street Denver, CO 80294-3589


### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on December 31, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        Richard Kellogg Armstrong