# NOTICE OF DISHONOR

NOTICE DATE: Day Three         1 MONTH ONE         Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day Twenty-four Month Twelve Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 223 Filed 05/09/11 USDC Colorado Page 1 of 7 GOVERNMENT'S MEMORANDUM IN SUPPORT OF NON-STIPULATED JURY INSTRUCTIONS 'the government's tendered instructions and verdict forms are annexed as Exhibits 1-38.1, 2, 3, 4, 5, Page 6 of 7 John F. Walsh, Kevin F. Sweeney 6, Page 7 of 7 Kevin F. Sweeney 7, "Dpcument 223-1 Page 1 of 6 NON-STIP G INSTRUCTION NO.1, 2, 3, 4, 5, 6, "Document 223-2 Page 1 of 21 NON-STIP G INSTRUCTION NO.2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, "Document 223-3 Page 1 of 1 NON-STIP G INSTRUCTION NO.3 1.03 <u>Pattern Jury Instructions, Criminal Cases</u>, Tenth Circuit (2006), "Document 203-4 Page 1 of 1 NON-STIP G INSTRUCTION NO.4, "Document 223-5 Page 1 of 1 NON-STIP G INSTRUCTION NO.6, Page 2 of 2, "Document 223-6 Page 1 of 1 NON-STIP G INSTRUCTION NO.5, "Document 223-7 Page 1 of 1 NON-STIP G INSTRUCTION NO.7, "Document 223-8 Page 1 of 2 NON-STIP G INSTRUCTION NO.8, Page 2 of 2, "Document 223-9 Page 1 of 1 NON-STIP G INSTRUCTION NO.9, "Document 223-10 Page 1 of 1 NON-STIP G INSTRUCTION NO.10, "Document 223-11 Page 1 of 1 NON-STIP INSTRUCTION NO. 11, "Document 223-12 Page 1 of 2 NON-STIP G INSTRUCTION NO.12, Page 2 of 2, "Document 223-13 Page 1 of 1 NON-STIP G INSTRUCTION NO.13, "Document 223-14 Page 1 of 1 NON-STIP G INSTRUCTION NO. 13 MULTIPLE DEFENDANTS-MULTIPLE COUNTS, "Document 223-15 Page 1 of 1 NON-STIP G INSTRUCTION NO.15, "Document 223-16 Page 1 of 2 NON-STIP INSTRUCTION NO.16, Page 2 of 2, "Document 223-17 Page 1 of 1 NON STIPULATED G INSTRUCTION NO.17, "document 223-18 Page 1 of 1 NON-STIP G INSTRUCTION NO.18, "Document 223-19 Page 1 of 1 NON-STIP G INSTRUCTION NO.19 Page 1 of 1, "Document 223-20 Page 1 of 1 NON-STIP G INSTRUCTION NO.20, "Document 223-21 Page 1 of 1, "Document 223-22 Page 1 of 2, Page 2 of 2, "Document 223-23 Page 1 of 2 NON-STIP G INSTRUCTION NO.23, Page 2 of 2, "Document 223-24 Page 1 of 1 NON-STIP G INSTRUCTION NO.24, "Document 223-25 Page 1 of 1 NON-STIP G INSTRUCTION NO.26, "Document 223-26 Page 1 of 3 NON-STIP G INSTRUCTION NO.27, Page 2 of 3, Page 3 of 3, "Document 223-27 Page 1 of 2 NON-STIP G INSTRUCTION NO.28, Page 2 of 2, "Document 223-28 Page 1 of 1 NON-STIP G INSTRUCTION NO.30, "Document 223-29 Page 1 of 2 NON-STIP G INSTRUCTION NO.29, Page 2 of 2, "Document 223-30 Page 1 of 3 NON-STIP G INSTRUCTION NO.31, Page 2 of 3, Page 3 of 3, "Document 223-31 Page 1 of 2 NON-STIP G INSTRUCTION NO.32, Page 2 of 2, "Document 223-32 Page 1 of 3 NON-STIP G INSTRUCTION NO.33, Page 2 of 3, Page 3 of 3, "Document 223-31 Page 1 of 1 NON-STIP G INSTRUCTION NO.34, "Document 223-34 Page 1 of 2 SPECIAL VERDICT FORM, Page 2 of 2, "Document 223-35 Page 1 of 1 SPECIAL VERDICT FORM, "Document 223-36 Page 1 of 4 VERDICT FORM, Page 2 of 4, Page 3 of 4, Page 4 of 4, "Document 223-37 Page 1 of 6 VERDICT FORM, Page 2 of 6, 3, 4, 5, Page 6 of 6, "Document 223-38 Page 1 of 1 NON-STIP G INSTRUCTION NO.25 Page 1 of 1" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 6 2014

JEFFREY P. COLWELL
CLERK

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

# NOTICE OF DISHONOR

NOTICE DATE: Day Three                Month One                Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Twenty-four Month Twelve Year 2013 C.E,. in reply to your Presentment "Case 1:10-cr-00317-REB Document 226 Filed 05/10/11 USDC Colorado Page 1 of 2 Criminal Case no. 1--cr-00317-REB GOVERNMENT PROPOSED VOIR DIRE QUESTIONS JOHN F. WALSH KEVIN F. SWEENEY, Page 2 of 2 Lisa Monet Wayne David L. Owen KEVIN F. SWEENEY 2, "Document 226-1 Page 1 of 5 GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS, PAge 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                                    Sincerely,

                                                    *Richard Kellogg Armstrong*
                                                    Richard Kellogg Armstrong
                                                    c/o 20413-298
                                                    Federal Correctional
                                                    Institution - Lompoc
                                                    3600 Guard Road
                                                    Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kevin F. Sweeney, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 3, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 6 2014

JEFFREY P. COLWELL
CLERK

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Three            Month One            Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Twenty-four Month Twelve Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 228 Filed 05/11/11 USDC Colorado Page 1 of 2 Criminal Case 10-cr-00317-REB ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF Dated at Denver, Colorado this 11th day of may 2011 JOHN F. WALSH TONYA S. ANDREWS, Page 2 of 2 Kenneth M. Harmon Kevin F. Sweeney David L. Owen Lisa Monet Wayne s/Raisa Vilensky 2" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                            Sincerely,

                                            *Richard Kellogg Armstrong*
                                            Richard Kellogg Armstrong
                                            c/o 20413-298
                                            Federal Correctional
                                            Institution - Lompoc
                                            3600 Guard Road
                                            Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kevin F. Sweeney, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 3, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                            Richard Kellogg Armstrong

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 6 2014

JEFFREY P. COLWELL
CLERK

# NOTICE OF DISHONOR

NOTICE DATE: Day Three              Month One                        Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day Twenty-four  Month Twelve Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 229 Filed 05/11/11 USDC Colorado Page 1 of 2 Criminal Case 10-cr-00317-REB ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF Dated at Denver, Colorado this 11th day of may, 2011 JOHN F. WALSH MARTHA A. PALUCH, Page 2 of 2 Kenneth M. Harmon Kevin F. Sweeney David L. Owen, jr. Lisa Monet Wayne s/Raisa Vilansky 2" has been dishonored or has not been paid or acceptad.

I intend to look to you for payment or performance.

                                          Sincerely,

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong
                                          c/o 20413-298
                                          Federal Correctional
                                          Institution - Lompoc
                                          3600 Guard Road
                                          Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Martha A. Paluch, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 3, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 6 2014

JEFFREY P. COLWELL
CLERK

NOTICE OF DISHONOR                                                                 NOD

# NOTICE OF DISHONOR

NOTICE DATE: Day Three          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Twenty-four Month Twelve Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 231 Filed 05/11/11 USDC Colorado Page 1 of 2 Date: May 11, 2011 Criminal Action no. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 2" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                            Sincerely,

                                            *Richard Kellogg Armstrong*
                                            Richard Kellogg Armstrong
                                            c/o 20413-298
                                            Federal Correctional
                                            Institution - Lompoc
                                            3600 Guard Road
                                            Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 3, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                            *Richard Kellogg Armstrong*
                                            Richard Kellogg Armstrong

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN - 6 2014**

JEFFREY P. COLWELL
CLERK

# NOTICE OF DISHONOR

NOTICE DATE: Day Three             Month One             Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day Twenty-four Month Twelve Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 234 Filed 05/16/11 USDC Colorado Page 1 of 17 REPORTER'S TRANSCRIPT TRIAL PREPARATION CONFERENCE, Page 2 of 17, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, Page 17 of 17 s/Suzanne M. Claar" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                                    Sincerely,

                                                    *[signature]*
                                                    Richard Kellogg Armstrong
                                                    c/o 20413-298
                                                    Federal Correctional
                                                    Institution - Lompoc
                                                    3600 Guard Road
                                                    Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 3, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                                    *[signature]*
                                                    Richard Kellogg Armstrong

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 6 2014

JEFFREY P. COLWELL
CLERK

# NOTICE OF DISHONOR

NOTICE DATE: Day Three           Month One           Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Twenty-four Month Twelve Year 2013 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 645 Filed 03/01/13 USDC Colorado Page 1 of 1 copy of no. 10 mailing envelope OFFICE OF THE THE CLERK UNITED STATES DISTRICT COURT ALFRED A ARRAJ COURTHOUSE 901-19th St., Room A105 DENVER, CO 80294-3589 FEDERAL FACILITY REFUSES TO PAY POSTAGE DUE 10-cr-00317-REB Doc.# 629 Returned FCI Lompoc 3901 Klein Blvd Lompoc, CA 93436 801233:ii" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                                              Sincerely,

                                                          Richard Kellogg Armstrong
                                                          c/o 20413-298
                                                          Federal Correctional
                                                          Institution - Lompoc
                                                          3600 Guard Road
                                                          Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 3, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                  **FILED**      Richard Kellogg Armstrong
                          UNITED STATES DISTRICT COURT
                             DENVER, COLORADO

                               JAN - 6 2014

                         JEFFREY P. COLWELL
                                      CLERK