**NOTICE OF AND RESCISSION OF NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES INCLUDING ROBERT E. BLACKBURN, MAGISTRATES, ALL LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE LAW SUIT SERVED ON THE U.S. COURT OF APPEALS 10TH CIRCUIT (TRIBUNAL COURT) ON JANUARY 28,2011 STAMPED IN AT 1:44, RECEIVED BY COURT CLERK LINDA HEMERISH, CASE # GB110106-70091410000134484684 FOR CAUSE**

**NOTICE DATE:** Day Fourteen Month One Year 2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 190 Filed 04/06/11 USDC Colorado Page 1 of 11 April 3,2011 Certified Mail # 7008 1300 0002 7796 9642 Case Number: 10-cr-00317-REB Case Number: 10-cv-01073 NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES INCLUDING ROBERT E. BLACKBURN, MAGISTRATES, ALL LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE LAW SUIT SERVED ON THE U.S. COURT OF APPEALS 10TH CIRCUIT (TRIBUNAL COURT) ON JANUARY 28,2011, STAMPED IN AT 1:44, RECEIVED BY COURT CLERK LINDA HELMERISH, CASE # GB110106-70091410000134484684. Page 1 of 3, 2, Page 2 of 3, 3 Date: 4/3/2011 Richard Kellogg Armstrong Page 3 of 3, Page 4 of 11 EXHIBIT A, Page 5 of 11 EXHIBIT A-1, Page 6 of 11 EXHIBIT A-2, Page 7 of 11 April 3, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073 3rd day of APRIL,2011 Richard Kellogg Armstrong EXHIBIT B, Page 8 of 11 EXHIBIT C, Page 9 of 11 9TH day of MARCH,2011 Richard Kellogg Armstrong, Page 10 of 11 EXHIBIT D, Page 11 of 11"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES INCLUDING ROBERT E. BLACKBURN, MAGISTRATES, ALL LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE LAW SUIT SERVED ON THE U.S. COURT OF APPEALS 10TH CIRCUIT (TRIBUNAL COURT) ON JANUARY 28,2011 STAMPED IN AT 1:44, RECEIVED BY COURT CLERK LINDA HELMERISH, CASE # GB110106-70091410000 134484684. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

1"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", 2"You are snared by the words of you mouth; you are taken by the words of your mouth." 3"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." 4"Give no sleep to your eyes, nor slumber to your eyelids." 5"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 17 2014
JEFFREY P. COLWELL
CLERK

Sincerely

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution - Lompoc
3600 Guard Road
Lompoc, California

FROM: 36087013
TO:
SUBJECT: Default US Court
DATE: 4/3/2011 7:13:13 PM

DISTRICT
2011 APR -6 PM 1:18
GREGORY C. LANGHAM
CLERK

April 3, 2011

DISTRICT COURT OF THE UNITED STATES

Certified Mail# 7008 1300 0002 7796 9642
Case Number: 10-cr-00317-REB
Case Number: 10-cv-01073

UNITED STATES OF AMERICA
V.
RICHARD KELLOGG ARMSTRONG

NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES INCLUDING ROBERT E. BLACKBURN, MAGISTRATES, ALL LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE LAW SUIT SERVED ON THE U.S. COURT OF APPEALS 10TH CIRCUIT (TRIBUNAL COURT) ON JANUARY 28, 2011, STAMPED IN AT 1:44, RECEIVED BY COURT CLERK LINDA HELMERISH CASE # GB110106-70091410000134484684.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT AND NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
EXIGENT DEMAND TO TAKE JUDICIAL NOTICE OF ALL EXHIBITS AS EVIDENCE

COMES NOW the Petitioner, Richard Kellogg Armstrong, sui juris, as one of "We the People", a declared sovereign of the republic United States of America, whose name is contained in the attached list of people who have signed by name and address and have incorporated herein as the Plaintiff in this Extraordinary lawsuit. [See attached Exhibit "A", "A(1)", and "A(2)".]

All case law presented herein are the statutes, rules, and regulations for your review and examples. Petitioner is secured by this inalienable rights under the Constitution 1787 and the Bill of Rights 1791. Any violations of these documents will be construed as an act to overthrow and treat with contempt these documents that are the supreme law of the land, which all public officials have made an oath of office by swearing to uphold. Any violations will be perjury, sedition, and treason.

The Court is to protect against any encroachment of Constitutionally secured liberties. "It is the duty of the Courts to be watchful for the constitutional rights of the citizens and against stealthy encroachments thereon. Their motto should be principii's". [See Boyd v. United States, 116 U.S. 616 at 635 (1885), a Supreme Court Ruling.]

No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution. Your oath of office demands it.

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." [See Miranda v. Arizona, 384 U.S. 436, 491; 86 S.Ct. 1602; 16 L.Ed.2d 694 (1966).]

"It is not the function of our government to keep the citizens from falling into error; it is the function of the citizen to keep the government from falling into error." [See Perry v. United States, 204 U.S. 330, 358.] COLLATERAL COURTS NOT LEGAL AND SO NOT PERMITTED.

As all Judges and defendants have been notified including defendant Robert E. Blackburn, by this lawsuit filed at the tribunal court stamped January 28, 2011 at 1:44, received by the U.S. Court of Appeals for the 10th Circuit, served on Chief Justice Mary Beck Brisco and 18 other Judges. If Judge Blackburn has not been made aware or has no knowledge of this presentment, then this defendant is notified as of this notice. [See Exhibit "A(2)".]

This case # GB110106-70091410000134484684 renders all defendants, Judges, Magistrates, and agencies in this law suit as disqualified and recuse from these case numbers 10-cr-00317-REB and 10-cv-01073 or any directly associated cases.

In addition to the requirements as a matter of laws at title 28 U.S.C.S. Section 455(b)(5)(i) commencing at (2) there of which states:

2. Any Justice, Judge, or Magistrate Judge of the United States:
   b. Shall disqualify him or herself in the following circumstances;
      (5) Where he/she is a party to the proceeding.

Therefore, the Court has been notified that Petitioner Richard Kellogg Armstrong is a Plaintiff in this law suit, where all defendants named for their participation in the breach of guarantee by the U.S. Government and its branches to guarantee a "Republic Form of Government" in violation of the constitution, Article 4, Section 4, and many other crimes listed in this law suit.

For a defendant to proceed will be fraud upon the Court. If any judge or attorney who does not report a judge for treason as required by law may themselves be guilty of misprision of treason, under 18 U.S.C.S. Section 2382, under Federal Law.

This notice is in the nature of a Miranda Warning for the record and on the record let the record show, if for any reason you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer or supervisor immediately to explain for you the importance of this presentment (notice). There will be no immunity from prosecution. [See Clearfield Doctrine and Plaintiff Miranda Warnings as well as his Legal Notice and Demand filed with the Secretary of State in Denver, Colorado.]

In Section 455(a) it requires a Judge to recuse himself in any proceedings in which their impartiality might reasonably be questioned". [See Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1996)]

Researchers have determined that a Federal Criminal Case is bonded. Typically using GSA Form 24, 25, and 25(a) and those bonds cary a value and are lodged at Fidelity Investments, i.e. "Prisoner Bonds". Since the issuance of bonds for money constitutes violations of various federal laws, and is a form of making money from a persons incarceration, without disclosure to the person and without his/her authorization, the issuance of those bonds constitutes counterfeit securities as defined in Szafranski v. United States, W.D.N.Y., as well as a form of peonage and slavery. [See Exhibit "B"]

Petitioner filed into the United States District Court and mailed a certified letter to U.S. Department of Justice Freedom of Information/Privacy Act number #7008-2810-0002-7264-5525 on 3/10/2011. For Disclosure of all criminal bonds, bonding, or otherwise as requested below. [See Exhibit "C"]

These actions indicate that all defendant's involved in this court system would be participating in the benefits of this unconscionable act against the american people and the Petitioner.

The defendant's in this case knew, or should have known, that the rules made for the government, not for the people, are meant to regulate governmental proceedings, not to manipulate justice. When it violates Constitutional Rights of citizens, it ceases to be a rule and becomes an abuse of process and contempt of the Constitution. [See 4064, 55 STAT, CTC USFCA 1999]

Petitioner has notified the Court that Richard Kellogg Armstrong now occupies the office of Executor of the RICHARD KELLOGG ARMSTRONG estate. I, therefore, am able to demand surrender of custodianship of the property and receive it. [See Exhibit D]

WHEREAS: The franchise, birth, and/or trust certificate was created and offered FRAUDULENTLY and DECEITFULLY, supposedly to aid in the census, as a means of identification, to document birth and/or health reasons and purposes. Instead, the true nature of the birth certificate is an unrevealed COMMERCIAL AGREEMENT and unconscionable adhesion contract with an agency of the Federal Corporate UNITED STATES, the Department of Commerce. The true nature of the Date of Birth is to execute the Birth of the Certificate by signing, filing, and recording, not the natural person.

WHEREAS: This instrument was deceived Richard Kellogg Armstrong into an unrevealed contract attempting to place myself and my fellow american citizens into the jurisdiction of the Federal United States. With its tax and regulating authority originating from the Department of Commerce, pursuant to the authority of the Constitution for the United States of America Corporation of 1789 and by fraudulently placing the sovereign under the jurisdiction of equity, admiralty, or maritime jurisdiction of the Federal Territorial Court System and the Uniform Commercial Code (UCC) of 1969. This is now cancelled.

THEREFORE, Petitioner has deposited and sent by U.S. Postal Service, a Certified Mail Receipt # 7010 3090 0002 7264 9907, March 21, 2011 to the California State Registrar at 2400 Imperial Hwy, Norwalk, California 90650, notifying the State Registrar that I am the occupant of the Executor Office of the RICHARD KELLOGG ARMSTRONG estate being the highest office representing this estate.

This ORDER is to put a "permanent roadblock" in the path of any who would use my name as a surety.

This NOTIFICATION and filing to the California State Registrar has dissolved and terminated any franchise connected with the birth certificate or trust instrument. I, Richard Kellogg Armstrong, remove all commercial activity including but not limited to the liability act for payment of debt.

The United States District Court is not a probate court, and therefore, has no authority over this estate. This Court has no authority to address probate issues of this estate. I demand your written authority to administrate the Richard Kellogg Armstrong estate.

THEREFORE, the Petitioner demands his immediate release from incarceration and the cases dismissed WITH PREJUDICE. Disclaimer Clause: This document is not intended to threaten, intimidate or harass; but is my only remedy in law.

Date: 4 / 3 / 2011

Respectfully Submitted:

Richard Kellogg Armstrong

Richard Kellogg Armstrong, Executor of the Estate
Secured Party Creditor

CC: Tenth Circuit Court of Appeals (Tribunal Court)
Administrative Office of the U.S. Courts
Internal Revenue Service Headquarters
Department of Justice

CERTIFICATE OF MAILING AND SERVICE

The Plaintiffs named below are extended to the Class Action Habeas Corpus as filed with this Breach of Guarantee by Guarantor lawsuit, And may be extended further to the Courts and Other Authorities of England and Wales for their Appropriate Intervention As Called For.

# "Plaintiffs, List"

**The State of Colorado People's Case #: GB 110106-700914100001344846884** | **Tenth Tribunal Case # (If Any): As Tribunal Case # Filed / /**

## *FORTHWITH* CONVERSION OF ALL POPULAR ADDRESSES TO LEGAL ADDRESSES BY THIS LEGAL PROCEEDING

**NOTICE: All ["Popular"/General] Addresses of All Plaintiffs Listed Below Shall Be Construed To Automatically Have The Following Legally Descriptive Language Added To Their, Each, Popular Address As Stated By Them, Which Legal Address (Reserving All Legal Description Rights) Of Each And All Plaintiffs Shall Supersede All Uses of Such Address Heretofore On The Subject, & Here Ever After:**

***Legal Address: "Not owned or possessed by the United States of America; – Not a post Road; – Not on a Post Road; – Not in a U.S. district" (Applied To All Addresses Below)**

| Name of Plaintiff / *Address (No Zip Code) | Exhibited Complaint | Breach Of Guarantee "Federal Case #" As Breach By Guarantor (Not Required) |
|---|---|---|
| Name of Plaintiff: RICHARD KELLOGG ARMSTRONG<br>*Address (No Zip Code): 14255 HARVEST MILE Rd, BRIGHTON CO | ☒ Exhibited Complaint<br>#____ (Not Required)<br>See Attachment for Lawsuit Amount | 10-CR-00317-REB<br>10-CV-01073<br>X [signature] |
| Name of Plaintiff: RONALD ROY Hoodenpyle<br>*Address (No Zip Code): 3017 MARINER PT CASTLE ROCK, CO | ☒ Exhibited Complaint<br>#____ (Not Required)<br>See Attachment for Lawsuit Amount | 09-CR-00013MK<br>10-mJ-01182-KLM<br>X [signature] |
| Name of Plaintiff: MICHAEL MORGAN<br>*Address (No Zip Code): 1813 13 ST GREELEY CO | ☐ Exhibited Complaint<br>#____ (Not Required)<br>See Attachment for Lawsuit Amount | 10-CR-00270-REB<br>X [signature] |
| Name of Plaintiff: Justin Curly Peters<br>*Address (No Zip Code): 622 Hwy 92 Crawford CO | ☐ Exhibited Complaint<br>#____ (Not Required)<br>See Attachment for Lawsuit Amount | 37309-013<br>X [signature] |
| Name of Plaintiff: KAZUHIRO WERNER HASHIMOTO<br>*Address (No Zip Code): 9205 Clay St. #2 Federal Heights CO | ☐ Exhibited Complaint<br>#____ (Not Required)<br>See Attachment for Lawsuit Amount | 07-CR-00129-REB<br>X [signature] |
| Name of Plaintiff: Kenneth Louis McCace<br>*Address (No Zip Code): 11503 East First Place Aurora, Colorado | ☐ Exhibited Complaint<br>#____ (Not Required)<br>See Attachment for Lawsuit Amount | 1:08CR00165<br>X [signature] |
| Name of Plaintiff: Carlos M Ramos Carrillo<br>*Address (No Zip Code): 1384 Samaika St Aurora Co | ☐ Exhibited Complaint<br>#____ (Not Required)<br>See Attachment for Lawsuit Amount | 09-CR-00056-PAB<br>X [signature] |

Cataloged Page # ____ Time Submitted Unto National Tribunal Court On Above Date ___:___ ___M

EXHIBIT A

**NAMES OF PLAINTIFFS FILING THIS CASE INCLUDED AS STATED IN "Plaintiffs, List" BELOW:**

# IN THE NATIONAL TENTH TRIBUNAL [~~CIRCUIT~~] COURT

**Established And Located On Alleged United States Property Near Denver, Colorado**

PLAINTIFFS, Being the People Contained In The Attached List Of People, Signed, With Addresses, And Incorporated Herein as the Plaintiffs; Continuing As the People (hereinafter as **"Plaintiffs, List"**)

**See Plaintiffs' Further Description In Body, Below**

Plaintiffs / Insiders, Guaranteed Persons/Parties,

v.

All Departments, Whether or Not Existing Under Color of Name, of the United States [central] government; The [Alleged] United States District Court For The [Alleged] District Of Colorado – As Being De facto; All Judges And Magistrates Thereof, And All Judges Thereof As Lacking Standing As Wrongly Constructed Courts; Harley G. Lappin; Douglas H. Shulman; Eric H. Holder, Jr.; The U.S. Department of Justice And Such Department(s) Or Agencies It May Represent; John & Jane Doe Members of the [alleged] Congress; The [Alleged] President of the [alleged] United States; the alleged United States Government As Commenced UnLawful Establishment, September 17, 1787, - Second Session; - Under The Proposed Constitution For The Proposed United States Nation (Any Other Form of United States Denied All Actual Existence); the Illegal United States As Commenced Establishment 01/01/1945, et al, AS:

Guarantor's Defendants (Charged with Breach)

And Those Acting In Unlawful Concert Therewith

**Tribunal Court (En Banc Petitioned For):**

Tribunal Court Case # .

**The People's Case #:**

**GB 110106-7009141000134484684**

**Entered As: Guarantee Breach ("GB") Year # / Month # / State # / Federal Delivery # of Breach of Guarantee Lawsuit**

Assignment Of Clause 9 - Five Justice Tribunal (or "En Banc") Called Upon;

EXIGENT DEMAND TO TAKE JUDICIAL NOTICE OF ALL EXHIBITS AS EVIDENCE.

AN ARTICLE IV, SECTION 4 – SUPERSEDING SUPREME LAW – **BREACH OF GUARANTEE BY U.S. GOVERNMENT GUARANTOR –** EXTRAORDINARY LAWSUIT- EXISTENT AS FACT, - NOT UNDER "THE" RULES

Incorporate U.S. Lower [~~Court~~] [Case] Numbers:

**PREVIOUS ALLEGED CASE FILINGS:**

*District [~~Court~~] #: (see attached "Plaintiffs, List")
*Bankruptcy Court #: (see attached "Plaintiffs, List")
*NOT *Cognizant* of A Claim of Jurisdiction Legality

Exhibited Complaint: v. Colorado;
Case #: GB 110106484684

## A LAWSUIT ARISING UNDER ARTICLE IV, SECTION 4 – BREACH OF GUARANTEE BY GOVERNMENT GUARANTOR – ALL THREE BRANCHES THEREOF

## BY REQUISITE SUBMISSION UNDER ARTICLE IV, SECTION 4 AND UNDER THE FIFTH AMENDMENT'S "DUE PROCESS" CLAUSE THEREOF

EXHIBIT A-1

physical location (the courthouse names being irrelevant) as a legal entity - in its entire "legal" existence as an Established Institution (compare to an *incorporation*) – of the [alleged] District Court of the [alleged] District of Colorado, each and ever judicial officer thereof, both as to judges and magistrate judges, therein, but not excluding any judge not known at the time of this filing, if any, the same being:

**The Defendant [alleged district] Judges, making up the primary judicial part of the Defendant [alleged] United States District Court Of The [alleged] District Of Colorado, are as follows:**

Defendant Wiley Y. Daniel; Defendant Richard P. Matsch; Defendant John L. Kane; Defendant Zita L. Weinshienk; Defendant Lewis T. Babcock; Defendant Walker D. Miller; Defendant Marcia S. Krieger; Defendant Robert E. Blackburn; Defendant Philip A. Brimmer; Defendant Christine M. Arguello; Defendant David M. Ebel;

**The Defendant [alleged] Magistrate Judges, making up the secondary or alleged magistrate offices of the Defendant [alleged] United States District Court Of The [alleged] District Of Colorado, are as follows:**

Defendant Michael J. Watanabe; Defendant Boyd N. Boland; Defendant Craig B. Shaffer; Defendant Michael E. Hegarty; Defendant Kristen L. Mix; Defendant Kathleen M. Tafoya; Defendant Gudrun J. Rice; Defendant David L. West;

**The Defendant [alleged] Bankruptcy Court Judges, making up the alleged part of the Defendant United States [alleged] U.S. Bankruptcy Court Of The [alleged] District Of Colorado, are as follows:**

Defendant Howard R. Tallman; Defendant Sidney B. Brooks; Defendant Elizabeth E. Brown; Defendant A. Bruce Campbell; Defendant Michael E. Romero;

**Additional non-judicial Defendants include:**

Defendant Eric H. Holder, Jr.; Defendant John E. Potter; Defendant Douglas H. Shulman ; Defendant Harley G. Lappin; Defendant Julius Genachowski; Defendant Michael J. Copps; Defendant Robert M. McDowell; Defendant Mignon Clyburn; Defendant Meredith Attwell Baker; Defendant Mary L. Schapiro; Defendant Kathleen L. Casey; Defendant Elisse B. Walter; Defendant Luis A. Aguilar; Defendant Troy A. Paredes; Defendant Jon

EXHIBIT A-2

January 14, 2014 C.R.

REJECTED

---

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: Motion for disclosure of bonds
DATE: 4/3/2011 10:53:20 AM

April 3, 2011

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA
Plaintiff

v

RICHARD KELLOGG ARMSTRONG Affidavit Verified

Defendant

Case No. 10-cr-00317-REB
Case No. 10-cv-01073

NOTICE TO COMPEL DISCOVERY FOR PRODUCTION OF BID, PERFORMANCE AND PAYMENT BONDS AND ALL CUSIP NUMBERS, MILLER BONDS PENAL SUM AND ANY AND ALL BONDS USED OR ASSOCIATED WITH THESE CASES.

STATE OF COLORADO
COUNTY OF DENVER

COMES NOW: Richard Kellogg Armstrong, sui juris and not pro se, not waiving his right to represent himself, and hereby demands from the court production of all bonds and CUSIP numbers associated with Case No. 10-cr-00317-REB and Case No. 10-cv-01073, along with bid, performance and payment bonds SF 273, 274 and 275.

Researchers have determined that a federal criminal case is bonded, typically using GSA forms 24, 25 and 25A and that those bonds carry a value and are lodged at Fidelity Investments. One can research the bonds through fidelity.com by pulling up the case number in certain fashion.

Since the issuance of bonds for money constitutes violations of various federal laws, and is a form of making money from a person's incarceration, without disclosure to the person and without his/her authorization, the issuance of those bonds constitutes counterfeit securities, as defined in Szafranski v. United States, W.D.N.Y. as well as a form of peonage and slavery.

Therefore, premises considered, Defendant moves the court to order the production of all bond information from the government as well as the forms and CUSIP numbers related to those bonds or dismiss these cases with prejudice.

CERTIFICATE OF SERVICE
On this the 3rd day of APRIL, 2011, a true and correct copy of the foregoing was served on opposing counsel as required by law.

Richard Kellogg Armstrong [signature]
Richard Kellogg Armstrong
Sovereign
Executor of the Estate
Secured Party

EXHIBIT B

EXHIBIT A

7008 2810 0001 5717 5525

Certified Mail Number 7008-2810-0001-5717-5525 Memorandum of Record

AGENCY:/DEPARTMENT:

U.S. DEPARTMENT OF JUSTICE

DIRECT RESPONSE TO:

Your Name and address:

RICHARD KELLOGG ARMSTRONG
1310 PARKSIDE VILLAGE DR,
CHINO VALLEY, AZ. 86323

TO:

Marie A. O'Rourke – Assistant Director
U.S. Department of Justice
Executive Office for United States Attorneys
600 E Street, N.W., Room 7300
Freedom of Information/Privacy Act Unit
Washington, D.C. 20530

IDENTIFICATION OF REQUESTER:
In accordance with 28 CFR § 16.41(d)

RE: DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, OR OTHERWISE AS REQUESTED BELOW – NAME OF DEFENDANT – Case No. 10-cr-00317 10-cv-00733

Date MARCH 9, 2011

Dear Ms. Harris:

This request is made pursuant to the provisions of the Freedom of Information Act 5 U.S.C. §552 and the Privacy Act 5 U.S.C. §552a(d)(1) for a full disclosure and release of all records and/or data contained in the files of your Department and/or Agency under my name and/or identifier to my name. This request sought herein is for Bond Information and/or Commercial Crimes Bonding Information and/or Case Bonding Information and/or Commercial Crimes Bonding Certification 5 U.S.C. §552 (a)(2)(A)(B) of records that are secured and maintained by your Department and/ or Agency.

The records sought specifically but not limited to are the compiled files containing: (1) Criminal Case Bonding Information (2) Commercial Bond Certification (3) Noted Criminal Case Bonding and/or the Bond(s) which secured the financing and/or the pledge for the financing of the Criminal Case listed above (4) Certified true and correct copies of the Bond(s) and identification number(s) (5) Certified indication of the amount secured per Bond per each offense charged (6) The expiration date and specified interest for the specified length of time of these Bond(s) (7) Which governmental body and/or whom or what "person(s)" i.e. corporations, companies, associations, firms, partnerships, societies, joint stock companies, individuals and/or officers (a) secured the Bond(s) (b) hold the Bond(s) (8) Any and all other records and data concerning the Bond(s) not otherwise exempt by 5 U.S.C. §552 (a)(6)(C),(b)(7) 5 U.S.C. §552a(j)(2),(k)(2) or law Public Citizens v. Dept. of Justice (1989) 491 U.S. 440, 105 L. Ed 2d 377, 109 S. Ct. 2552; Dept. of Justice v. Reporters Comm. (1989) 489 U.s. 749, 103 L. Ed 2d 774, 109 S. Ct 1448; Detroit Free Press v. Dept. of Justice, 73 F. 3d 93 (1998); F.B.I. v. Abramson, 465 U.S. 615 72 L. ed 2d 376, 102 S. Ct. 2054 (1982) including exemption ~ u.s.c. §552(b)(3).

If the information, records and/or data requested are placed, filed, secured and/or held in a separate, different and/or distinct file by or under another name, number or identifier other than the case docket number and/or identification(s) Listed above I authorize and request your Department and/or Agency to open and/or access that file for all the information, records and/or data requested herein.

It is further requested that your Department and/or Agency in response to all the information requested, specifically inform me if and to what governmental body and /or to whom and/or what

"person" previously described, has been released and/or disclosed any of the information and/or material requested herein, their name, title purpose and need for such information and/or material, the date of release, and the specific information and/or material released and/or disclosed such information and/ or material and the specific reference to authority, statute or regulation governing such release and/or disclosure 5 U.S.C. §552a(b)(1)—(12), (c)(1)—(4), or law. Graham & Rose, P.L.C. v. U.S. 138 F. 3d 1075 (1998); Ray v. Dept. of Justice 720 F. 2d (1983).

Your Department and/or Agency is advised that the Bonding and/or Bond(s) info, data or reports in total are no longer accord exempt status unless under specific exemptions noted, and only with reference to specific citation of authority, Nemetz v. Department of the Treasury 446 F. Supp. 102 (1987); Akins v. Federal Election Com'n, 101 F. 3d 731 (1996); Gummoc v. Gore, 180 F. 3d 282 (1999); Solar Sourses Inc. v. U.S., 142 F. 3d 1033 (1998).

I agree to pay any reasonable costs or fees applicable to this request, above and/ or beyond the specified allotment of costs or fees applicable at no charge pursuant to The Uniform Practices Code The 0MB Uniform FOIA Fee Schedule & Guidelines §6(b) Fed Reg 10017, in compliance with 31 U.S.C. § 9701, or if I, am considered indigent, I ask that your Department and/or Agency wave all charges pursuant to 5 U.S.C. §552a (i)(3) et seq.

Pursuant to 5 U.S.C. §552(a)(6)(A)(i), it is noted that your Department and/or Agency has ten (10) working days following receipt of this request to provide me this information and/or material sought. Should any delay occur, it is requested that your Department and/or Agency inform me the of this delay as provided by 5 U.S.C. §552(a)(6)(B), and the date when your Department and/or Agency will be able to act. In the event that I do not receive the response in the specified time provided by statute, I will then be forced to pursue other remedy, Public Citizen v. F.T.C. 869 F. 2d 1541 (1989); Blazy v. Tenet, 194 F. 3d 90 (1999); GMRI Inc. v. E.E.O.C., 149 F. 3d 449 (1998).

I certify under penalty of perjury under the laws of The United States of America in the nature of [28 U.S.C. §1746(1)], that I have read the foregoing request for information and know the contents thereof, and that the information listed above is true, correct and complete.

Executed this 9TH day of MARCH ~~2005~~ 2011

[signature]

Requester; ....Name..., *Secured Party*
*(if applicable)*

RICHARD KELLOGG ARMSTRONG, Estate.
Executor Office.
Nation Arizona.
General Post-Office.
McCulloch Boulevard – one seven five zero.
Lake Havasu City. ARMSTRONG Province.
United States Minor, Outlying Islands.
Near. [86403-9998]

Done by the Light of the Day – of ___________ December two-zero one-zero.

Office of Director
Attention: James C. Duff
Administrative Office of the United States Courts
One Columbus Circle, NE
Washington, D.C.
U.S.A. [20544]

To: The Office of Director, Administrative Office of the United States Courts

From: Executor Office - RICHARD KELLOGG ARMSTRONG, Estate.

Regarding: Unauthorized administration of RICHARD KELLOGG ARMSTRONG, Estate; [United States District Court for the District of Colorado – Case No. 10-cv-01073]

Enclosed you will find "abandoned" paperwork which appears to erroneously "allege" that Tanya S. Andrews, Attorney-At-Law, Colorado #39650 who by her unwarranted acts, fraudulently claims authority from this Executor Office to administrate for RICHARD KELLOGG ARMSTRONG. Estate. That false claim is hereby Adjourned.

You will forthwith return and transmit the specific written delegation of authority to "represent" that authorization to administrate [act as trustee] the RICHARD KELLOGG ARMSTRONG Estate has been warranted, together with a certified copy of your oath for the Office of Court Administrator, accompanied by a certified copy of your Bar Bond, James C. Duff, Court Administrator, and a detailed list of all bonds, sureties, indemnification, insurance and Court Registry Investment System (CRIS) CUSIP numbers, and full accounting relating in any way to your or any related actor's personal or professional involvement, as referenced above, through the unwarranted presentation of the arrogated paperwork intrusion upon the RICHARD KELLOGG ARMSTRONG Estate.

govern yourself accordingly.

Certified Document:

copy to: Office of Governor
STATE OF CALIFORNIA
Arnold Schwarzenegger, Governor

copy to: Office of Attorney General
STATE OF CALIFORNIA
Edmund G. Brown, Jr., Attorney General

By: executor ______________________
Executor Office.
RICHARD KELLOGG ARMSTRONG, Estate.
Nation Arizona.
General-Post Office.
McCulloch Boulevard – one seven five zero.
Lake Havasu City. ARMSTRONG Province.
United States Minor, Outlying Islands.
Near. [86403-9998]

STATE OF COLORADO )
) JURAT
COUNTY OF )

Subscribed and sworn to before me, a Notary Public, this ______ day of ____________ 2010, upon satisfactory evidence to the identity of the affiant subscribed and sworn above.

______________________________ (Seal)
NOTARY PUBLIC
My Commission expires:

EXHIBIT D

January 26, 2011 RECEIVED

RESCISSION

RICHARD K. ARMSTRONG
20413-298
FEDERAL DETENTION CENTER ENGLEWOOD
9595 QUINCY AVE.
LITTLETON, CO 80123

RESCISSION

7008 1300 0002 2796 9112

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 06 2011
GREGORY C. LANGHAM
CLERK

CR

LEGAL MAIL

U.S. DISTRICT COURT COLORADO
GREGORY C. LANGHAM, CLERK OF THE COURT
901 19TH [illegible] A105
DENVER, CO 80294-3589

Scanned by
US Marshal

JANUARY 14, 2014 C.E.

