NOTICE OF AND RESCISSION OF
NOTICE OF CLAIMS FOR CAUSE

**NOTICE DATE:** Day  Fourteen          Month  One                          Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 178 Filed 03/29/11 USDC Colorado Page 1 of 4 27th day of March, 2011 Richard Kellogg Armstrong, Page 2 of 4 Case 1:10-cr-00317-REB Document 155 Filed 03/01/11 USDC Colorado Page 1 of 1 25th day of March, 2011 Richard Kellogg Armstrong, Page 3 of 4 Case Name: UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG Case Number: 10-CR-00317-REB 27th day of March 2011 Richard Kellogg Armstrong, Page 4 of 4"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature and the original "Case 1:10-cr-00317-REB Document 178 Filed 03/29/11 USDC Colorado Page 1 of 4 27th day of March, 2011 Richard Kellogg Armstrong, Page 2 of 4 Case 1:10-cr-00317-REB Document 155 Filed 03/01/11 USDC Colorado Page 1 of 1 25th day of March 2011 Richard Kellogg Armstrong, Page 3 of 4 Case Name: UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG Case Number: 10-CR-00317-REB 27th day of March 2011 Richard Kellogg Armstrong, Page 4 of 4" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the NOTICE OF CLAIMS. I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.


[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2014

JEFFREY P. COLWELL
CLERK

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

Page 1 of 2

TO: UNTIED STATES DISTRICT COURT - DISTRICT OF COLORADO
ATTN: Clerk of the Court-- et. al; FEDERAL CORPORATION Title 28 U.S.C. 3002(15)
C/O U.S. Postal Service Address: Constitutional Township-- Republic
901 NINETEENTH STREET [80294-3589] DENVER, COLORADO

In re: UNITED STATES OF AMERICA V. RICHARD KELLOGG ARMSTRONG, Incorporate Case #: 10-cr00317-REB

From: Richard Kellogg Armstrong, a living, breathing, liable flesh-and-bllod man-- Sui-Juris (and not pro-se)

Subject: Please firmly find attached copy of this document(s): ("Doc. #: 155") is hereby being returned unto this agency-- as the "...plaintiff" does not oppose my petition seeking dismissal of the indictment with prejudice.

* * * Notice to the Agent is Notice to the Principal and Notice to the Principal is Notice to the Agent * * *

That I, Richard Kellogg Armstrong, proceeding Sui-Juris and not pro-se, in special appearance and not by general appearance making a plea of: "...That a plea in bar corman non-judice" under protest, do hereby return unto this Court its presentment and offer to contract. That I do hereby find the court's order to be in error, and the plaintiffs have failed to comply with this court's orders issued on March 1, 2011 as they relate to ("Doc. #: 155"), and the "plaintiff" shall be estoppel by silence.

Notice of Claim(s):

1. That I have demonstrated that this court and its public servants lack subject matter and persona jurisdiction herein the case at the bar;

2. As such, these officers are proceeding in violation of their 'Oath of Office', and in violation of the united states of America's Constitution 1787 and the Honorable Bill of Rights 1791;

3. These officers of the court proceeding under the "color of law" but without actual authority, have committed an 'ultra vires' act;

4. That I do not accept your offer to contract, and I find your presentment to be prejudicial, and it is for these reasons that any orders issued by this court are ("illegal and void") on their face, for being unconscionable;

5. This court issed an "...ORDER" unto the plaintiff to respond by a day certain (being March 14th 2011) as of the time of this writing, that I have recieved no response from the plaintiff.

Claims For Relief

Wherefore, this court is hereby instructed to immediately enter an "...order" ordering the indictment to be discharged with prejudice, and that I am to be immediately released unconditionally. The officers of this court have committed fraud upon the court with this unlawful indictment, by and through, its representatives false, fraudulent, and erroneous claims. Any attempt to continue and that I will be requiring this court and its officers to immediately make disclosure of their "evidence" and "proof of claims". These officer's are to cease and desist with any further actions.

SEE-- Attached Exhibit: Affidaivt of Proof of Service is (available upon written request)..

Done under necessity-- Signed & Dated on this   27th   day of   March   20 11.

Without prejudice UCC  1-103 & 1-308 All Inalienable Rights Reserved

/s/ _____, flesh and blood man-- Sui-Juris (and not pro-se),
Richard Kellogg Armstrong-- Fully Authorized Representative [Agent] Attorney In Fact in the interest of: RICHARD KELLOGG ARMSTRONG, debtor's estate.

Case 1:10-cr-00317-REB   Document 735-3   Filed 01/17/14   USDC Colorado   Page 3 of 5
Case 1:10-cr-00317-REB   Document 178   Filed 03/29/11   USDC Colorado   Page 2 of 4
Case 1:10-cr-00317-REB   Document 155   Filed 03/01/11   USDC Colorado   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

   Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

   Defendant.

---

## MINUTE ORDER[1]

---

By March 14, 2011, the government shall file defendant's Notice To The United States District Court That All N- 'strates and Listed Agents and Agencies as Defendant[s] wsuit GB- 110106700091410000134484684 Are Dem- Violation of Article IV, Section 4 Guarantee of a R- That These Cases, 10-cr-00317-REB and 10-cv- 154] filed February 28, 2011.

Dated: March 1, 2011

[1]This minute order is entered on behalf of the Honorable Robert E. Blackburn, United States...



Case Name: United States of America v. Richard Kellogg Armstrong    Case Number: 10-CR-00317-REB

## AFFIDAVIT OF SERVICE
(Must be returned to Court)

That I, Richard Kellogg Armstrong, does hereby declare, and certifies under the penalty of perjury-- as the Almighty God as my Witness, this presentment represents the truth, the whole truth, and nothing but the truth so help me god, to the best of my knowledge and belief, that I deposited into the institutional mail, to be deposited into the-- U.S. Postal Service by prison official's on this 27th day of March 2011, proper postage pre-paid to the address(es), shown on the other side-----

[ X ] Sent By ... First Class Mail   THE UNITED STATES SUPREME COURT  Hornorable: John Roberts
[ X ] 10TH CIRCUIT COURT - DISTRICT OF COLROADO Honorable: Chief Justice
[ X ] ARIZONA SUPREME COURT   Hornorable: Chief Justice
[ X ] NTERNATIONAL TRADE COURT Honorable: Chief Justice

The address(es) shown on the reverse side have the complete address(es): At the time of the execution of this Affidavit a notary wasn't available, upon notary services a copy may be obtained obtained THE UNITED STATES SUPREME COURT upon written request. Notary shall be completed as soon as possible.

Done under necessity-- Signed & Dated on this 27th day of March 2011

Done under necessity-- Signed & Dated on this 27th day of March 20 11.

Without prejudice UCC  1-103 & 1-308 All Inalienable Rights Reserved

/s/ Richard Kellogg Armstrong, flesh and blood man-- Sui-Juris (and not pro-se), Richard Kellogg Armstrong-- Fully Authorized Representative [Agent] Attorney In Fact in the interest of: RICHARD KELLOGG ARMSTRONG, debtor's estate.

Fee $ _____  Mileage $ _____

Signature of Process Server

Name (Print or type)

Subscribed and affirmed, or sworn to before me in the County of _____, this _____ day of _____, 20 _____, State of _____

My commission expires: _____

Notary Public

## CERTIFICATE OF SERVICE BY MAILING
(To be performed by Clerk within three days of filing)

I hereby certify that on (date) _____, I mailed a true and correct copy of the MOTION AND ORDER FOR INTERROGATORIES -- LONG FORM, by placing it in the United States Mail, postage pre-paid to the Defendant(s) at the address(es) listed above.

Clerk of Court/Deputy Clerk

Richard K. Armstrong
30413-298
Federal Distribution Central Facility
9595 Quincy Ave
Littleton, CO 80123

Legal Mail

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 29 2011
GREGORY C. LANGHAM
CLERK

28 MAR 2011 PM 4 T
DENVER CO 802

Gregory C. Langham, Clerk of the Court
U.S. District Court, District of Colorado
901 19th Street, Room A-105
Denver, CO 80294-3489

RESCISSION

JANUARY 14, 2014 C.E.