# NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF FOR CAUSE

**NOTICE DATE:** Day Fourteen Month One Year 2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 334 Filed 10/19/11 USDC Colorado Page 1 of 8 1, Page 2 of 8 Tony Davis 14 day of OCTOBER 2011 Tony Davis 2, Page 3 of 8 APP A, Page 4 of 8 APP B, Page 5 of 8 APP C, Page 6 of 8 APP D, Page 7 of 8 APP E, Page 8 of 8"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the original "Case 1:10-cr-00317-REB Document 334 Filed 10/19/11 USDC Colorado Page 1 of 8 1, Page 2 of 8 Tony Davis 14 day of OCTOBER 2011 Tony Davis 2, Page 3 of 8 APP A, Page 4 of 8 APP B, Page 5 of 8 APP C, Page 6 of 8 APP D, Page 7 of 8 APP E, Page 8 of 8" including every copy, for cause. I make a mistake creating, presenting and filing the MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 17 2014
JEFFREY P. COLWELL
CLERK

Sincerely

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2011 OCT 19 PM 12:55
GREGORY C. LANGHAM
CLERK
BY ____________ DEP. CLK

UNITED STATES OF AMERICA
Plaintiff

v.

RICHARD KELLOGG ARMSTRONG
Defendant

No. 1:10-cr-00317-REB-2

## MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF

Legal Accountability Workgroup, a firm dedicated to the preservation of Constitutional and Human Rights, respectfully moves this Honorable Court for leave to appear and file a Brief Amicus Curiae in the above-entitled cause with the consent of the Defendant and without the consent of the Plaintiff who has been duly served with a copy of the motion and the copy of the proposed form of brief. The interest of Legal Accountability Workgroup is as follows:

## STATEMENT OF INTEREST

Legal Accountability Workgroup has been monitoring the proceedings in this case and finds that the prosecutor has committed gross misconduct due to the a direct conflict of interest since the prosecutor's wife works for the Internal Revenue Service, that evidence exists that the Internal Revenue Service and the Prosecutors have committed grand jury fraud and have attempted to bribe witnesses, and that the Judge in this case, despite clear and convincing evidence that the judge carries complete bias in the case has refused to recuse himself as judge and has continued on a path to knowingly deter Defendant's Constitutional Rights to defend.

It is further abhorrent that the both the court and the Prosecutor had full knowledge of the ruling in *Bond v. United States*, S.Ct. 6/16/11, and were bound to follow that ruling regarding

any unconstitutional statute, and that the Prosecutor has lacked candor with the court when the Prosecutor knows or should know that the Department of Justice is acting without a valid statute to prosecute and that the Court has full knowledge (the court is presumed to know the law or where to find it) that is acting without valid legal authority.

Therefore, it is in the best interests of the Citizens of the United States and the Citizens of other countries who have persons imprisoned and charged in this country that this amicus be heard and that the Constitution be upheld.

Respectfully submitted,

/s/ [signature]
Legal Accountability Workgroup
3300 Bee Cave Road, Suite 650-1185
Austin, TX 78746
(512) 354-4727
(512) 402-5425 (fax)
Email: legalaccountabilityworkgroup88@yahoo.com

**CERTIFICATE OF SERVICE**

On this the 14 day of October 2011, a true and correct copy of this motion was served on opposing counsel and the court.

/s/ [signature]
Legal Accountability Workgroup

January 2014 C.E.

RESCISSION

JEFF TRANDAHL
CLERK

MARTHA C. MORRISON
DEPUTY CLERK

H-154 THE CAPI

# Office of the Clerk
## U.S. House of Representatives
## Washington, DC 20515-6601

June 28, 2000

Mr. Charles R. Degan
Mail Stop 116012076
Building Beale B 313
1101 John Denie Road
Memphis, TN 38184

Dear Mr. Degan:

Thank you for your letter requesting information on Title 18.

In response to your inquiry, Congress was in session on June 1, 3, 4, 7-12 and 14-19, 1948, however, Title 18 was not voted on at this time. As you may know, Title 18 covers 845 pages in the U.S. Code and this wording was developed over many years. Signed copies of laws are archived at the National Archives and Records Administration and are not available to the public.

I hope that I have been of some assistance to you. For future reference, most federal depository libraries possess this type of information. For the depository library closest to you please consult the Government Printing Office web site: www.gpo.gov/libraries.

With best wishes, I am

Sincerely,

Jeff Trandahl

Jeff Trandahl

JT/rs

January 14, 2014 C.F.

Rescission

APP A

RESCISSION



Office of the Clerk
U.S. House of Representatives
Washington, DC 20515–6601

September 11, 2008

Thank you for contacting the Office of the Clerk.

After conducting a thorough examination of the journals, I found no entry in the journal of the House of any May 12, 1947 vote on the H.R. 3190 bill, although pages 343-344 of the Journal of the House of Representatives from the 1st Session of the 80th Congress indicates that the bill was amended, purportedly passed, and transmitted to the Senate for concurrence. The Senate took no action on the H.R. 3190 bill prior to the December 19, 1947 sine die adjournment.

Page 5049 of the Congressional Record, 80th Congress, 1st Session indicates 44 Members voting 38 to 6 to amend H.R. 3190 on May 12, 1947. Therefore by counting the total yea and nay vote a quorum was not present.

According to House Rules, when less than a majority of a quorum votes to pass a bill, the journal must show the names of Members present but not voting. I found no record of any names for the May 12, 1947 vote. I hope this information has answered your questions.

Sincerely Yours,

Karen L. Haas

Karen L. Haas
Clerk, U.S. House of Representatives

JANUARY 14, 2014 C.E.

APP B

NANCY ERICKSON
SECRETARY

SUITE S-312
THE CAPITOL
WASHINGTON, DC 20510-7100
(202) 224-3622

# United States Senate

OFFICE OF THE SECRETARY

March 9, 2009

Mr. Wayne E. Matthews
713 Bonnie Meadow Lane
Ft. Washington, MD 20744

Dear Mr. Matthews:

Thank you for your recent letter requesting confirmation on the status of H.R. 3190 from the 80th Congress.

I asked the Senate Historian's office to review the correspondence you enclosed, and they were able to verify that no action was taken by the Senate on H.R. 3190 prior to the December 19, 1947 *sine die* adjournment. I have enclosed relevant pages from the *House Journal* and *Congressional Record* for your reference.

Sincerely,

Nancy Erickson

Nancy Erickson
Secretary of the Senate

NE:rwp

Enclosures

JANUARY 14, 2014 C.E.

RESCISSION

APP C

Case 1:10-cr-00317-REB Document 334 Filed 10/19/11 USDC Colorado Page 6 of 8

LORRAINE C. MILLER
CLERK

DEBORAH M. SPRIGGS
DEPUTY CLERK

ROBERT F. REEVES
DEPUTY CLERK

MARIA A. LOPEZ
DEPUTY CLERK

H-154 THE CAPITOL

Office of the Clerk
U.S. House of Representatives
Washington, DC 20515-6601

August 2[illegible], 2010

Thank you for contacting the Office of the Clerk.

Our office has conducted research of the House Journal and the Congressional Record in regards to HR 3190 and the voice vote that was taken on May 12, 1947. After researching these official proceedings of the US House of Representatives we have been unable to find the names of the 44 Members who responded to the voice vote. We have included pages from the House Journal and the Congressional Record that shows the proceedings of that day as far as the quorum is concerned. The text of HR 3190 passed on May 12, 1947 it was debated, engrossed and the motion was laid on the table. HR 3190 was passed by the House and Senate on June 18, 1948 and became Public Law 80-772 on June 25, 1948. The House Convened on December 19, 1947 for daily business the start of a new session of Congress was January 6, 1948. We hope the provided information and documentation will aid in your research.

Legislative Resource Center

Office of the Clerk

US House of Representatives

APP D

Case 1:10-cr-00317-REB Document 334 Filed 10/19/11 USDC Colorado Page 7 of 8

**Harley G. Lappin**

From: "Harley G. Lappin" <harley.lappin@usdoj.gov>
Sent: Monday, July 27, 2009 3:17 PM



January 14, 2014 C.E.

Attention all Department Heads, there has been a large volume of inmate Requests for Administrative Remedies questioning the validity of the Bureau's authority to hold or classify them under 18 U.S.C. §§ 4081, et seq., (1948). On the claim that Public Law 80-772 was never passed or signed in the presence of a Quorum or Majority of both Houses of Congress as required by Article I, § 5, Clause 1 of the Constitution. Although most courts have, thus far, relied on Field v. Clark, 143 U.S. 649(1892) to avoid ruling on the merits of these claims, however, there have been some which have stated that they were not bound by the Field case, but those cases did not involve any Quorum Clause challenge. So out of an abundance of caution, I contacted the Office of Legal Counsel, the National Archives and the Clerk of the House of Representatives to learn that there is no record of any quorum being present during the May 12, 1947 vote on the H.R. 3190 Bill in the House (See 93 Cong.Rec. 5049), and the record is not clear as to whether there was any Senate vote on the H.R. 3190 Bill during any session of the 80th Congress. There is only one Supreme Court case that says in order for any bill to be valid the Journals of both Houses must show that it was passed in the presence of a Quorum. See United States v. Ballin, Joseph & Co., 144 U.S. 1, 3 (1892). The Clerk of the House states that the May 12, 1947 vote was a 'voice vote,' but the Parliamentarian of the House states that a voice vote is only valid when the Journal shows that a quorum is present and that it's unlawful for the Speaker of the House to sign any enrolled bill in the absence of a quorum. On May 12, 1947, a presence of 218 Members in the hall of the House was required to be entered on the Journal in order for the 44 Member 38 to 6 voice vote to be legal. It appears that the 1909 version of the Federal Criminal Code has never been repealed. Therefore, in essence, our only true authority is derived from the 1948 predecessor to Public Law 80-772. "Although adjudication of the constitutionality of congressional enactments has generally been thought to be beyond the jurisdiction of federal administrative agencies, this rule is not mandatory," according to the Supreme Court in the case of Thunder Basin Coal Co. v. Reich, 510 U.S. 200, 215 (1994). Therefore, the Bureau under the advise of the Legal Counsel feels that it is in the best interest of public safety to continue addressing all of these Administrative Remedy Requests by stating that only the Congress or courts can repeal or declare a federal statute unconstitutional.

Harley G. Lappin
Director, Federal Bureau of Prisons

7/27/2009

RESCISSION

APP E


RESCISSION
LEGAL ACCOUNTABILITY WORKGROUP
3300 BEE CAVE ROAD
SUITE 650 - 1185
AUSTIN TX 78746
FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2011 OCT 19 PM 12:55
GREGORY C. LANGHAM
CLERK
BY
DEP. CLK
P
USPS® PRIORITY MAIL®
U.S. POSTAGE
$6.05
PRIORITY
78746
10/17/11
SHIP TO:
0 lb. 3.00 oz.
0004
DENVER CO 80294
USPS TRACKING NUMBER
ZIP
JANUARY 14, 2014 C.E.
UNITED STATES DISTRICT COURT
901 19TH STREET
DENVER, CO 80294-3589