## NOTICE OF AND RESCISSION OF INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE

**NOTICE DATE:**  Day   Fourteen             Month   One                    Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:**  "Case 1:10-cr-00317-REB Document 720 Filed 09/10/13 USDC Colorado Page 1 of 6 NOTICE OF AND INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE 1, Page 2 of 6 (2), Page 3 of 6 (3), Page 4 of 6 (4), Page 5 of 6 (5), Page 6 of 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 720 Filed 09/10/13 USDC Colorado Page 1 of 6 NOTICE OF AND INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE 1, Page 2 of 6 (2), Page 3 of 6 (3), Page 4 of 6 (4), Page 5 of 6 (5), Page 6 of 6" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the NOTICE OF AND INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

---

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2014

JEFFREY P. COLWELL
CLERK

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

## NOTICE OF AND INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE

Notice Date: Day Three     Month: Nine     Year: 2013 C.E.

Richard Ives
Warden, Federal Correctional Institution
3901 Klein Boulevard
Lompoc, California 93436

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:48 am, Sep 10, 2013
JEFFREY P. COLWELL, CLERK

The confiscation and later issuance of an incident report carrying the weight of sanctions gives rise to serious questions as to my rights afforded by the Constitution as well as the legitimacy of the actions of certain B.O.P. staff members who have participated in this action. I must inquire into the matter to ensure the legitimacy of the action and to seek out my potential fault.

### INQUIRY

- Inquiry is the way to know things are truly lawful;
- Inquire into doubtful matters if you wish to understand the law well;
- Inquire into doubtful matters because by reasoning we arrive at legal reason.

### LAWFUL

- We may do only that which we are able to do lawfully.

### AUTHORITY

- Nothing is so becoming to authority as to live in conformity with the laws;
- One who commands lawfully must be obeyed;
- No obedience is to be given to a judge exceeding his office of jurisdiction.

### JUDGMENT

- It is a matter of import to a judge that nothing should be either more leniently or more severely construed then the cause itself demands;
- Every conclusion of a good and true judgment arises from good and true premises; and the verdicts of jurors;
- Judgment is the expression of the law.

(1)

1. Is Mr. Scot Webster a licensed attorney? Is he a lawyer?
2. In your opinion is Mr. Scot Webster an expert on the subject matter on which his claim is based?
3. Do you support his judgment in this matter?
4. Have you read and do you understand the memorandum written and posted by the previous Warden Ms. Linda Sanders concerning U.C.C.1 Financing Statements and similar forms and if so can you identify any confiscated documents as a U.C.C. form promulgated by any agency?
5. Have you read and do you understand the memorandum written but witheld from all inmates by Kathleen M. Kenny assistant Director/General Counsel January 11, 2011 and if so in your judgment is Mr. Scot Webster's action justified?
6. Does the above mentioned "secret" memorandum of Kathleen M. Kenny declare the use of the term U.C.C. or reference to it as "contraband?
7. Since Mr. Scot Webster's confiscation and subsequent Incident Report allege the violation of a B.O.P. Policy (305-Possession of anything not authorized), is Mr. Scot Webster, in your judgment, acting within the scope of the "secret" memorandum of Kathleen M. Kenny, the posted memorandum of Linda Sanders, the Legal Department of FCI Lompoc, and yourself, or is Mr. Scot Webster acting out of retalitory intent as a result of the actions taken against him by another inmate?
8. If the Legal Department is charged with establishing what is lawful in this facility, S.I.S. is charged with internal security of the facility and staff, and both the Legal Department and S.I.S. have seen and authorized the materials that have here been confiscated as "hard contraband" by Mr. Scot Webster, then are you supporting Mr. Scot Webster in this action declaring that both the Legal Department and S.I.S. do not fully understand their roles in the functioning of this facility and should learn from Mr. Scot Webster's example of "Personal Interpretation".

### RIGHT

- He is not considered to use force who exercises his own right, and proceeds in an ordinary fashion;
- Where the law gives a right, it gives a remedy to recover;
- One who exercises his legal rights injures no one;
- No one is considered to have committed a wrong who excercises his legal rights;
- Law is the rule of right; and whatever is contrary to the rule of right is an injury.

(2)

1. Is there, in valid force, a Constitutional Rights of Inmates?
2. Is there established case law which prohibits disciplinary action against an inmate for attempting to gain access to the courts?
3. Is Mr. Scot Webster, in your judgment, attempting to reinstate the long ruled against policy and practice of wholesale confiscation of my work product already received by the courts as well as pending material as well as private personal and business correspondence in an effort to deny me my fundamental right of guaranteed access to the courts free from disciplinary action?
4. In supporting the actions of Mr. Scot Webster are you taking a position that the Constitutional Rights of Inmates is of no effect?
5. Are you, in supporting Mr. Scot Webster's actions in this matter denying me access to the courts as guaranteed by the Constitutional Rights of Inmate?

### DISCRETION

- Discretion consists in knowing through the law what is just;
- He is the best judge who leaves the least to his own discretion;
- That is the best system of law which leaves the least to the discretion of the judge; that judge is the best who leaves the least to his own discretion.

1. Does the record reflect that I have sought relief from each member of my chain of command leaving no other option then to seek for you, the Warden the relief warranted in this instance?
2. How can the "Personal Interpretations" of Mr. Scot Webster be honored above your Legal Department and S.I.S.?
3. In the U.D.C. or D.H.O. Process do they have the lawful discretion to find an inmate guilty because they are directed to find guilt?

### JUDGE

- A judge ought to always have equity before his eyes;
- Good judges decide according to what is just and right, and prefer equity to strict law.

(3)

## JUSTICE

- Justice is neither to be denied nor delayed;
- Justice knows neither Father nor Mother; justice looks to the truth;
- Justice is to be denied to no one;
- Power ought to follow justice; not preceded it.

## PUNISHMENT

- Punishment belongs to the guilty and not to others;
- If punishment is inflicted on a few, fear comes to all;
- It is always safer to err in acquitting than punishing, on the side of mercy than on the side of punishment.

1. Is the administrative process after the issuance of an Incident Report a search for the truth of the allegations or a mere formality on the road to punishment?

2. Are any members within the administrative process given direction to find guilty those accused of infractions regardless of the facts?

3. If so, who has given such instruction and why?

4. Are B.O.P. staff allowed or encourage by any policy, regulation, or law to censor, examine, or confiscate the legal work of an inmate?

5. Have the Courts ruled that my right to access to the Courts includes "the right to prepare, serve, and file papers and prosecute legal actions affecting my personal liberty"?

6. Have the Courts ruled that confiscation of materials necessary to afford reasonable access to the Courts is a denial of my Constitutional Right of access to the Courts?

7. Can there be any other view than Mr. Scot Webster is, in his action denying my Constitutional Right of access to the Courts by allowing or causing the confiscation of my legal work product, authorized postage, and copy cards?

Does the record reflect that I have requested of Mr. Scot Webster that he provide me with the Policy Statement(s) he was relying on to interpret my personal paperwork which he confiscated as anything resembling anything in said Policy Statement(s) or memorandum?

If such a Policy Statement(s) or memorandum exists, why is the inmate population being kept ignorant of it while staff are permitted to use it as the charging and convicting force of their claims?

(4)

Am I afforded the protections of the Constitution in that I am to be confronted with the witnesses against me insomuch as I would not expect Kathleen M. Kenny to be called but her alleged memorandum in full unedited form produced?

I am attempting to seek equitable remedy and need to know if equity can be found within these walls?

THEREFORE: WHAT IS MY EQUITABLE REMEDY?

I request that the materials confiscated from me be immediately returned in recognition of the error made confiscating them, expungement of the Confiscation form from my Central File, expungement of the Incident Report written and served on me 8/30/2012, expungement of any adjudication as well as any sanctions which may have been imposed or may be contemplated of these allegations along with any findings.

If I have no remedy, or if you provide me no remedy, I appeal to the UNITED STATES DISTRICT COURT or higher since I have no ability to sustain a personam Standi in Judicio pursuant to the Act of October 6, 1917 as amended.

I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc: Mr. Scot Webster, Unit Manager, Federal Correctional Institution, 3600 Guard Road, Lompoc, California 93436
cc: Legal Department, Federal Correctional Institution, 3901 Klein Boulevard, Lompoc, California 93436
cc: S.I.S. Long & Macias, Federal Correctional Institution, 3600 Guard Road, Lompoc, California 93436
cc: Kathleen M. Kenny, Assistant Director/General Counsel, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001
cc: Office of the Inspector General, 950 Pennsylvania Avenue, NW Room # 4726, Washington, DC 20530
cc: ACLU National Offices, 1875 Connecticut Avenue, NW, Suite #410, Washington, DC 20009
cc: Tom McClintock, House of Representatives, House Office Building, Washington, DC 20510
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294
cc: UNITED STATES DISTRICT COURT, 312 North Spring Street, Los Angeles, California 90012

(5)

