**NOTICE OF AND RESCISSION OF NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR, NOT A FOURTEENTH AMENDMENT CITIZEN AND FOR REFUSAL TO PROVIDE EVIDENCE THAT WOULD BE CRUCIAL TO MY DEFENSE FOR CAUSE**

NOTICE DATE:  Day  Fourteen          Month  One                    Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 116 Filed 01/20/11 USDC Colorado Page 1 of 3 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR, NOT A FOURTEENTH AMENDMENT CITIZEN AND FOR REFUSAL TO PROVIDE EVIDENCE THAT WOULD BE CRUCIAL TO MY DEFENSE, Page 2 of 3 Richard Kellogg Armstrong, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 116 Filed 01/20/11 USDC Colorado Page 1 of 3 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR, NOT A FOURTEENTH AMENDMENT CITIZEN AND FOR REFUSAL TO PROVIDE EVIDENCE THAT WOULD BE CRUCIAL TO MY DEFENSE" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR, NOT A FOURTEENTH AMENDMENT CITIZEN. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 17 2014

JEFFREY P. COLWELL
CLERK

Sincerely

*Richard Kellogg Armstrong* [signature]

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Page 1 of 2

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: U.S. District Court
DATE: 1/16/2011 3:29:26 PM

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 JAN 20 AM 7:40

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

DISTRICT COURT OF THE UNITED STATES

UNITED STATES AMERICA

v

Case No. 10-cr-00317-REB
Case No. 10-cv-01073

RICHARD KELLOGG ARMSTRONG, de jure

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
Ninety-five ninety-five Quincy Avenue
Littleton, CO [80123]

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR, NOT A FOURTEENTH AMENDMENT CITIZEN AND FOR REFUSAL TO PROVIDE EVIDENCE THAT WOULD BE CRUCIAL TO MY DEFENSE.

REQUEST THAT THIS COURT RECOGNIZE
Haines v. Kerner, 405 U.S. 519, 30 LEd 652, 92 SCt 594 Ret, Den. 405 U.S. 948, 30 LEd 2d 819, 92 SCt 963

COMES NOW: Richard Kellogg Armstrong, de jure, appearing by special RESTRICTED visitation, never by general visitation. this court is put on notice to secure all my inalienable rights secured by the Constitution 1787, the Bill of Rights 1791, the Constitution of the Republic of Arizona and the enabling act that guarantees a republic form of government. I am notifying this court that I am not surrendering any of my rights or my standing in law as a man standing on the land.

By my filings with the Office of Director, James C. Duff, Administrative Office of the United States Courts, Washington, DC, Chief Counsel, William L. Wilkins, Internal Revenue Service Headquarters, Washington, DC, the Governor of the State of California, the Attorney General for the State of California, the Secretary of State for the State of Arizona, more than twenty state, federal and international agencies as well as my UCC-1 filing with the State of Washington (see www.getnotice.info/rka.html and my recission of all adhesion of government contracts verifies my status as a sovereign citizen of the State of Arizona.

I am notifying this court that any and all proceedings must recognize all of my rights and that I only be tried or heard in an Article III Court that will abide by the Constitution of the united States of America where the judge, not a Magistrate Judge, prosecution and all court officials are bound by their oaths of office to protect my Constitutional Rights where, if there is no injured party, there is no cause of action.

The Defendant has terminated the court appointed counsel, Mr. David Owen, Jr., for his obvious lack of knowledge of Constitutional law, sovereignty, trust documents (Executior of the RICHARD KELLOGG ARMSTRONG Estate) and has no understanding of the United States financial and monetary system including my 1099-OID filing. Also, he apparently does not understand that there are two different types of Citizens in this country, a corporate, Fourteenth Amendment citizen and a natural born, living, breathing, sentient, flesh-and-blood man standing on the land, a Sovereign, of which I am the latter (see Dyett v. Turner). It would be impossible to educate him in this matter and would ultimately lead to inefficient and misrepresentation of counsel. This leaves the accused no other option than to defend my case with a court appointed assistance of counsel.

This court is already aware of my Constitutional violation of the Fifth Amendment where neither I or my counsel were present at my indictment. The Fifth Amendment gives me the right to be indicted by a Grand Jury of my peers consisting of non Fourteenth Amendment U.S. Citizens.

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

The Sixth Amendment gives me the right to assistance of counsel who must be knowledgeable in all aspects of my case.

The Eighth Amendment to the Constitution 1787 states clearly "EXCESSIVE BAIL SHALL NOT BE REQUIRED, NOR EXCESSIVE FINES IMPOSED, NOR CRUEL AND UNUSUAL PUNISHMENT INFLICTED". As a non Fourteenth Amendment citizen, I have been denied bail and have been incarcerated for 240 days as of the date hereon which are direct violations of this Constitutional Amendment as well as my Civil Rights under Title 42-Ch. 13 1983. Anything that is repugnant to the Constitution 1787 and the Bill of Rights 1791 is null and void (see Marbury v. Madison). Caha v. United States, 152 U.S. 211, 215, 12 S.CT. 413 (1894). "The laws of Congress do not extend into the limits of the States but have force only in the District of Columbia and other places that are within the exclusive jurisdiction of the national government".

United States v. Watson, 80 F. Supp. 649, 651 (E.D. Va. 1948), the Supreme Court dismissed the case saying: "Without proof of the requisite ownership of the United States, the [offense or] crime has not been made out".

Defendant's counsel has refused to provide evidence of counsel's competence related to this case. Therefore I am demanding assistance of counsel provided by the court (see Neder v. U.S. Supp. A 527 U.S. at 8: Denial of self representation at trial); (see Johnson v. U.S. 520 U.S. at 469); (see also Poindexter v. U.S.).

This is to advise that Richard Kellogg Armstrong has occupied the Office of Executor of the RICHARD KELLOGG ARMSTRONG Estate, as evidenced by recent Certified mailings to the Director, Administrative Office of the U.S. Courts, Chief Counsel IRS Headquarters, the Governor and the Attorney General of California and others, and has thereby effectively assumed control of all court and prison bonds, sureties, insurance, indemnification and Court Registry Investment System (CRIS) CUSIP numbers, thereby negating any and all authority of the court to administer the RICHARD KELLOGG ARMSTRONG Estate. There must be no further unwarranted intrusion on the RICHARD KELLOGG ARMSTRONG Estate.

Exigent demand to take judicial notice of all exhibits and documents as evidence. Wherefore, Richard Kellogg Armstrong requests assistance of counsel or dismiss these cases with prejudice.

This document is not intended to threaten, intimidate or harrass but is my lawful remedy in law.

Dated January 10, 2011

Signed: [signature] Richard Kellogg Armstrong
Executor of the RICHARD KELLOGG ARMSTRONG Estate
Secured Party Creditor
Sovereign

cc:
Tenth Circuit Court of Appeals
James C. Duff, Director, Administrative Office of the U.S. Courts
David Owen, Jr., Attorney

*Rescission!*

Richard K. Armstrong
20413-238
Federal Detention Center Englewood
9595 S Quincy Ave.
Littleton, CO 80123

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 19 2011
GREGORY C. LANGHAM
CLERK

CR

Clerk's Office
United States Courthouse
901 19th St.
Denver, CO 80294-3589

January 14, 2011 C.E.