## NOTICE OF AND RESCISSION OF NOTICE TO THE DISTRICT COURT TO RELEASE GRAND JURY TRANSCRIPTS, TESTIMONY, EXHIBITS, CD's, TAPES AND PHONE CONVERSATIONS AS WELL AS ANY AND ALL DOCUMENTS RELATED IN THIS CASE, ALL TO BE IN PRINTED FORMAT AND BE CERTIFIED TO BE TRUE AND CORRECT. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW FOR CAUSE

**NOTICE DATE:**   Day   Fourteen           Month   One                          Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:**  "Case 1:10-cr-00317-REB Document 148 Filed 02/23/11 USDC Colorado Page 1 of 4 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE TO THE DISTRICT COURT TO RELEASE GRAND JURY TRANSCRIPTS, TESTIMONY, EXHIBITS, CD's, TAPES AND PHONE CONVERSATIONS AS WELL AS ANY AND ALL DOCUMENTS RELATED IN THIS CASE, ALL TO BE IN PRINTED FORMAT AND BE CERTIFIED TO BE TRUE AND CORRECT. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW, Page 2 of 4 Richard Kellogg Armstrong, Page 3 of 4 Richard Kellogg Armstrong, Page 4 of 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the NOTICE TO THE DISTRICT COURT TO RELEASE GRAND JURY TRANSCRIPTS, TESTIMONY, EXHIBITS, CD's, TAPES AND PHONE CONVERSATIONS AS WELL AS ANY AND ALL DOCUMENTS RELATED IN THIS CASE, ALL TO BE IN PRINTED FORMAT AND BE CERTIFIED TO BE TRUE AND CORRECT. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong* (signature)

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 17 2014

JEFFREY P. COLWELL
CLERK

Page 1 of 2

February 15, 2011

DISTRICT COURT OF THE UNITED STATES

UNITED STATES OF AMERICA
v.
RICHARD KELLOGG ARMSTRONG

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

Case No. 10-cr-00317-REB
Case No. 10-cv-01073

2011 FEB 23 PM 3:28

GREGORY C. LANGHAM

BY_____DEP. CLK

---

NOTICE TO THE DISTRICT COURT TO RELEASE GRAND JURY TRANSCRIPTS, TESTIMONY, EXHIBITS, CD's, TAPES AND PHONE CONVERSATIONS AS WELL AS ANY AND ALL DOCUMENTS RELATED IN THIS CASE, ALL TO BE IN PRINTED FORMAT AND BE CERTIFIED TO BE TRUE AND CORRECT. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW

---

NOTICE TO PRINCIPAL IS NOTICE TO AGENT - NOTICE TO AGENT IS NOTICE TO PRINCIPAL

REQUEST THAT THE COURT RECOGNIZE

Haines v. Kerner, 405 U.S. 519, 30 Led 652. 92 S.Ct 594 Rel den 405 U.S.948, 30, Led 2d 819, 92 S.Ct 963

COMES NOW: Richard Kellogg Armstrong, de jure, a native born American, always appearing by special RESTRICTED visitation, never by general visitation. This District Court is to secure my inalienable rights of the Constitution 1787 and the Bill of Rights 1791, the Constitution for the Republic of Arizona and the Arizona Enabling Act which guarantees a republic form of government. Failure to do so would be a violation of the accused' rights (See Article IV, Section 4 of the united States Constitution 1787).

The accused is not surrendering any rights or my standing in law as a man standing on the land as a living, breathing, sentient, flesh-and-blood living soul as evidenced by my filings of my UCC-1 and other legal documents with numerous state, federal and international agencies (See: www.getnotice.info/rka.html), not a created fiction of the UNITED STATES corporation.

On June 25, 2010, the court, upon motion filed by the government, entered an order permitting disclosure of Grand Jury testimony and jury exhibits and other materials to the accused and his attorneys. In that order was the restriction the D.O.J. attorneys placed on the accused by their not making this information available which is a violation of the accused "due process". I had the right to face my accuser from the very beginning. That order is in total denial of my right to defend myself. The D.O.J. prosecutor is obviously being paid by the government.

On January 7, 2011, David L. Owen, Jr. was appointed to represent Mr. Armstrong throughout the pendency of this matter. On January 27, 2011, after appropriate inquiries, the court granted the accused request to represent himself in the captioned matters. The court appointed David L. Owen, Jr. as advisory and/or standby counsel. The court is involved in violation of their oaths of office by stating this court is an Article III Court but continuing to try to force an unqualified assistant counsel on the accused that would definitely result in an appeal for ineffective counsel. It is apparent by this court that has declared it to be an Article III Court that it is still operating as an Article I or Article IV Administrative Court that would be in violation of my Constitutional rights. Owen already stated he would not be able to represent my rights as a sovereign and that my filings were no more than baseless. I am again notifying this court that Davis L. Owen, Jr. is not going to represent the accused as assistance of counsel (See Exhibit A attached).

As this is an Article III court, I intend to demand that the injured party stand up in the court and if there is no injured party standing in the court, I will demand that these cases be summarily dismissed with prejudice.

The hereby demands the immediate release of the accused Grand Jury transcripts from the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT, CALIFORNIA AND THE UNITED STATES DISTRICT COURT COLORADO as well as all other related documents and evidence relating to these cases, all of which are to be certified as true and correct under penalty of perjury and they must be in printed format.

This document is not intended to threaten, intimidate or harass but is my lawful remedy in law.

February 15, 2011

Signed: Richard Kellogg Armstrong
Sovereign
Executor of the RICHARD KELLOGG ARMSTRONG Estate

CC:
Tenth Circuit Court of Appeals
Supreme Court of the United States, Hon. John Roberts, Chief Justice
Arizona Supreme Court

January 2, 2011



EXHIBIT A

UNITED STATES DISTRICT COURT COLORADO
Clerk's Office
United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

Gentlemen,

Mr. David Owen, Jr., Attorney, visited me at FDC Englewood today to introduce himself as my replacement court appointed counsel. Following that meeting where we discussed my case, my status as a sovereign natural born American citizen as well as constitutional law, I summarily reject the court's appointment of this attorney as is my constitutional right (see Poindexter v. United States Supreme Court Ruling).

Mr. Owen does not believe that I have any Constitutional rights. Anything that is repugnant to the Constitution 1787 is null and void (see Marbury v. Madison).

After lengthy discussion, he stated that I had no decision in the court's appointment of counsel. This would be in violation of the Constitution and a Supreme Court Ruling (see Poindexter v. United States). Also, he appears to have no understanding of the money system including my 1099-OID filing. E.g. HJR-192 1933, the fact that the Federal Reserve Bank is not owned by the Federal Government but is a privately held bank that operates as the central bank for the U.S.A. and the fact that he does not believe that the IRS is not a department of the Government but a private corporation incorporated in Deleware, domiciled in Puerto Rico, that is no more than the collection agency for the Federal Reserve Bank and the IMF.

In regard to my sovereignty as a natural born, living, sentient, flesh-and-blood citizen of the Republic of Arizona which guarantees a republic form of government, Mr. Owen stated that my claim as a sovereign, regardless of my filings (see www.gbnotice.info/rka.html) is nothing more than a baseless statement. He obviously does not know that there are two different citizenships in this country, a corporate Fourteenth Amendmant citizen and a native born American of the Republic.

I handed Mr. Owen copies of documents regarding my occupation of the Office of Executor of the RICHARD KELLOGG ARMSTRONG Estate that were recently filed with the courts and he appeared to have no understanding of the meaning of those documents to the court or the value of those to my case. He is apparently uninformed about the Trust and the effect my Executorship has on prison bonds.

Upon my statement to Mr. Owen that I had the right to be tried in an Article III court where my inalienable rights would be strictly upheld, he stated that this administrative court is the only court and he erroneously stated that it is the same as an Article III Court.

By the court claiming that I am a flight risk, Mr. Owen acquiessed to the court's determination and was disinterested in reopening a hearing.

Therefore, the above statements prove that he is totally unqualified to represent me in this case.

With reference to my January 11, 2011, letter to the court, I again demand assistance of counsel at this time and that person must be specifically knowledgeable in the Constitution 1787 and the Bill of Rights.

Richard Kellogg Armstrong, de jure
Sovereign

