## NOTICE OF AND RESCISSION OF COPY OF MAILING ENVELOPE ADDRESSED TO U.S. DISTRICT COURT FOR CAUSE

**NOTICE DATE:** Day Fourteen    Month One    Year 2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 181 Filed 03/31/11 USDC Colorado Page 1 of 1 copy of mailing envelope addressed to U.S. DISTRICT COURT GREGORY C. LANGHAM, CLERK OF THE COURT 901 19th STREET, ROOM A-105 DENVER, CO 80294-3589 DOCKET #169 10-317 REFUSED FOR CAUSE Without Dishonor/UCC 3-501 ... Returned to sender improper jurisdiction and venue ... returned on ("03/27/2011") That I do not accept your offer to contract. BOP public servants opened this envelope unauthorized on 3/25/2011"

**PLEASE TAKE NOTICE** that I Richard Kellogg Armstrong, sentient moral being rescind the original "Case 1:10-cr-00317-REB Document 181 Filed 03/31/11 USDC Colorado Page 1 of 1 copy of mailing envelope addressed to U.S. DISTRICT COURT GREGORY C. LANGHAM, CLERK OF THE COURT 901 19th STREET, ROOM A-105 DENVER, CO 80294-3589 DOCKET #169 10-317 REFUSED FOR CAUSE Without Dishonor/UCC 3-501 ... Returned to sender improper jurisdiction and venue ... returned on ("03/27/2011") That I do not accept your offer to contract. BOP public servants opened this envelope unauthorized on 3/25/2011" including every copy for cause. I made a mistake creating, presenting and filing the MAILING ENVELOPE ADDRESSED TO U.S. DISTRICT COURT. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

---

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 1 7 2014
JEFFREY P. COLWELL
CLERK

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

