## NOTICE OF AND RESCISSION OF DEFENDANT ARMSTRONG'S
## MOTION FOR THE U.S. MARSHAL
## TO PROVIDE BATTERIES FOR HEARING AIDS
## FOR CAUSE

**NOTICE DATE:**  Day   Fourteen            Month   One                Year   2014 C.E.


Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 119 Filed 01/21/11 USDC Colorado Page 1 of 2 DEFENDANT ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS, Page 2 of 2 Date: January 21,2011 David L. Owen, Jr."


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong sentient moral being rescind the original "Case 1:10-cr-00317-REB Document 119 Field 01/21/11 USDC Colorado Page 1 of 2 DEFENDANT ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS, Page 2 of 2 Date: January 21,2011 David L. Owen, Jr." including every copy for cause.
I made a mistake creating, preparing and filing the DEFENDANT ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS FOR CAUSE.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.


[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2014

JEFFREY P. COLWELL
CLERK

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294
cc: David L. Owen, Attorney, c/o United States District Court 901 19th Street Denver, Colorado 80294

...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

### DEFENDANT ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS

---

Comes now defendant, RICHARD KELLOGG ARMSTRONG, by and through his attorney, David L. Owen, Jr., of the Law Office of David L. Owen, Jr., P.C., and respectfully requests this Court's Order directing the United States Marshal to provide replacement batteries for his hearing aids and in support thereof submits as follows:

1. On June 21, 2010, Mr. Armstrong was detained and remanded into the custody of the United States Marshal pending completion of the instant case.

2. Mr. Armstrong has hearing problems and, in prior court hearings, has utilized the court provided hearing assistance equipment.

3. On January 21, 2011, appearing for a Motions Hearing pursuant to Court Order, Mr. Armstrong was unable to effectively hear the Court even when provided the hearing assistance equipment. It was subsequently learned the batteries in Mr. Armstrong's hearing aids were depleted thus rendering his ability to hear the Court non-existent. Mr. Armstrong utilizes #10

batteries.

4. The Code of Federal Regulations mandate the United States Marshal to care for and provide for the physical welfare of pretrial detainees. Title 28 CFR Part O, Subpart T §0.111(k).

5. With the replacement batteries in Mr. Armstrong's hearing aids, he should be able to hear the Court and all other parties during court hearings.

WHEREFORE, the undersigned counsel respectfully requests this Court's Order directing the United States Marshal to provide replacement batteries for Mr. Armstrong's hearing aids.

Date: January 21, 2011

Respectfully submitted,

/s/ David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092

### CERTIFICATE OF SERVICE

I hereby certify that on this January 21, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following email address:

AUSA Kenneth Mark Harmon  kenneth.harmon@usdoj.gov

Ms. Lisa Monet Wayne, Esq.  Lmonet20@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Richard Kellogg Armstrong

/s/ David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092