**NOTICE OF AND RESCISSION OF MOTION FOR ENLARGEMENT OF TIME
DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL
GRAND JURY TRANSCRIPTS IN PRINTED FORMAT FOR CAUSE**

**NOTICE DATE:**  Day  Fourteen                    Month  One                              Year  2014 C.E.


Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 208 Filed 04/26/11 USDC Colorado Page 1 of 2
Criminal Action No. 10-cr-00317-REB MOTION FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF
ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS IN PRINTED FORMAT, Dated this
22nd Day of April,2011 Richard Kellogg Armstrong, Page 2 of 2"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my
signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document
208 Filed 04/26/11 USDC Colorado Page 1 of 2 Criminal Action No. 10-cr-00317-REB MOTION
FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND
JURY TRANSCRIPTS IN PRINTED FORMAT, Dated this 22nd Day of April,2011 Richard Kellogg
Armstrong, Page 2 of 2" including every copy bearing my signature and date, for cause.
I made a mistake creating, signing and presenting the MOTION FOR ENLARGEMENT OF TIME DUE
TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS IN PRINTED
FORMAT.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and
deed.


[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."


**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**


# FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

## JAN 1 7 2014

## JEFFREY P. COLWELL
CLERK

Sincerely

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

-----------------------------------------------------------------------------------------

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: Extension of time 4/22
DATE: 4/22/2011 12:30:40 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00317-REB

UNITED STATES OF AMERICA
        Plaintiff
            v.
Richard Kellogg Armstrong
        Accused
20413-298
Federal Detention Center Englewood
9595 Quincy Avenue
Littleton, CO 80123

_____

MOTION FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS
IN PRINTED FORMAT

_____

    COMES NOW Richard Kellogg, Armstrong, Sui Juris, being a native born American, non-U.S. citizen-subject, filing this Notice and
Demand for enlargement of time due to non receipt of all discovery and non receipt of all Grand Jury transcripts to date in printed
format affecting insufficient time to prepare pretrial motions with assistance of counsel.

    I would ask the court to extend additional time to respond for discovery so that I can present additional evidence into the
record to properly defend myself.

    I have waived the right to a speedy trial that is in the record.

    I therefore request this additional ninety (90) days that will be necessary for me, under incarceration, to obtain personal
records to prepare for my defense.

    The additional time would not prejudice the Plaintiff's claim in any way.

Dated this 22nd Day of April, 2011

Respectfully,

Richard Kellogg Armstrong

RESCISSION

JANUARY 14, 2014 C.E.

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2011

GREGORY C. LANGHAM
CLERK



DENVER CO 800

25 APR 2011 PM 4 T

80294+2501

Curtis L. Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

Gregory C. Langham, Clerk of the
U.S. District Court of Colorado
901 19th St., Room A-105
Denver, CO 80294-3589