## NOTICE OF AND RESCISSION OF
## NOTICE OF APPEAL FOR CAUSE

**NOTICE DATE:**  Day   Fourteen        Month  One              Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 279 Filed 08/30/11 USDC Colorado Page 1 of 1 Case No. 10-cr-00317-REB NOTICE OF APPEAL Richard Kellogg Armstrong" "Document 279-1 copy of mailing envelope addressed to CLERK OF THE COURT 10CR-317, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original Case 1:10-cr-00317-REB Document 279 Field 08/30/11 USDC Colorado Page 1 of 1 Case No. 10-cr-00317-REB NOTICE OF APPEAL Richard Kellogg Armstrong" "Document 279-1 copy of mailing envelope addressed to CLERK OF THE COURT 10CR317, Page 2 of 2" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing, presenting and filing the NOTICE OF APPEAL.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

**FILED**
UNITED STATES DISTRICT COURT
DENVER COLORADO

JAN 17 2014

JEFFREY P. COLWELL
                    CLERK

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO:
SUBJECT: Notice of Appeal
DATE: 08/25/2011 07:37:52 PM

August 25, 2011

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

UNITED STATES DISTRICT COURT COLORADO

UNITED STATES OF AMERICA
  Plaintiff
  v.
RICHARD KELLOGG ARMSTRONG
  Defendant

Case No. 10-cr-00317-REB

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 30 2011

GREGORY C. LANGHAM
CLERK

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S., 519

NOTICE OF APPEAL

COMES NOW, Richard Kellogg Armstrong, Defendant, pro se.

Defendant appeals to the Tenth Circuit Court of Appeals regarding United States District Court's Order #273, dated August 23, 2011, denying his request for judge's recusal.

Richard Kellogg Armstrong

CERTIFICATE OF SERVICE

On this the 25TH day of AUGUST, a true and correct copy of the foregoing was sent by First Class mail or better to opposing counsel of record.

Richard Kellogg Armstrong

January 14, 2014 C.R.

[Scanned image of an envelope, rotated sideways. Handwritten return address includes references to "RICHARD K. CHRISTIANS" and "LITIGATION, QUINCY ABLE, CO 80123". Addressed to: "Clerk of the Court, U.S. District Court Colorado, Gregory C. Langham, Clerk, U.S. District Court, 1974 St., Room A105, Denver, CO 80294-3589". Stamped "RECEIVED AUG 30 2011 UNITED STATES DISTRICT COURT DENVER, COLORADO" and postmarked "25 AUG 2011 PM 1 T DENVER CO 802". Handwritten "RESCISSION" and "DOCKET 10-CR-317" across the envelope.]



JANUARY 14, 2014 C.E.



RESCISSION