### REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL DATE FOR CAUSE

**NOTICE DATE:**   Day   Fourteen               Month   One                    Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 123 Filed 01/25/11 USDC Colorado Page 1 of 3 REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL DATE, Page 2 of 3 Date: January 25,2011 David L. Owen, Jr. Page 2 of 3, Page 3 of 3 David L. Owen, Jr. Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the original "Case 1:10-cr-00317-REB Document 123 Filed 01/25/11 USDC Colorado Page 1 of 3 REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL DATE, Page 2 of 3 Date: January 25,2011 David L. Owen, Jr. Page 2 of 3, Page 3 of 3 David L. Owen, Jr. Page 3 of 3" including every copy for cause. I made a mistake creating, preparing and filing the REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL DATE. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

---

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2014

JEFFREY P. COLWELL
CLERK

Sincerely

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294
cc: David L. Owen, Attorney, c/o United States District Court 901 19th Street Denver, Colorado 80294

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 10-cr-00317-REB

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

　　　　Defendant.

---

**REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL DATE.**

---

Comes now defendant, RICHARD KELLOGG ARMSTRONG, by and through his attorney, David L. Owen, Jr., of the Law Office of David L. Owen, Jr., P.C., and requests this Court's Order setting a hearing on defendant's Motion for Continuance and in support thereof states as follows:

1. On January 14, 2011, counsel for Defendant Armstrong filed an Unopposed Motion for Continuance (Doc. 109). On the same date the Court entered an Order setting a Hearing for January 21, 2011 (Doc. 110).

2. On January 21, 2011, all counsel and parties appeared for the scheduled hearing. However, due to technical difficulties, Mr. Armstrong could not hear the Court or any other parties. The Court adjourned the hearing until further Order of the Court.

3. On January 21, 2011, counsel for Mr. Armstrong filed a Motion to Compel the U.S. Marshal to provide replacement batteries for Mr. Armstrong's hearing aids (Doc. 119).

4. On January 24, 2011, the Honorable Kristen L. Mix, United States Magistrate Judge for the District of Colorado, granted defendant Armstrong's Motion and Ordered the U.S. Marshal to provide replacement batteries for Mr. Armstrong's hearing aids (Doc. 122).

WHEREFORE, due to the Trial Motions filing deadline of January 31, 2011, the undersigned counsel requests this Court set a hearing as soon as possible to resolve defendant Armstrong's pending Motion to Compel prior to the Motions filing deadline of January 31, 2011.

Date: January 25, 2011

Respectfully submitted,

/s/ David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092

## CERTIFICATE OF SERVICE

I hereby certify that on this January 25, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following email addresses:

AUSA Kenneth Mark Harmon kenneth.harmon@usdoj.gov

Ms. Lisa Monet Wayne, Esq. Lmonet20@aol.com

and I hereby certify that I have mailed/served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Richard Kellogg Armstrong

/s/ David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092