## NOTICE OF AND RESCISSION OF ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS FOR CAUSE

**NOTICE DATE:** Day Fourteen     Month One     Year 2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 213 Filed 04/29/11 USDC Colorado Page 1 of 3 CRIMINAL ACTION NO. 10-cr-00317-REB ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS, Page 2 of 3 Richard Kellogg Armstrong, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 213 Filed 04/29/11 USDC Colorado Page 1 of 3 CRIMINAL ACTION NO. 10-cr-00317-REB ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS, Page 2 of 3 Richard Kellogg Armstrong, Page 3 of 3" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS. I repent of my sin.

I willingly, knowingly, voluntarily, intenttionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 17 2014

JEFFREY P. COLWELL
CLERK

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: Severence 4/26
DATE: 4/26/2011 7:54:29 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CRIMINAL ACTION NO. 10-cr-00317-REB

UNITED STATES OF AMERICA
    PLAINTIFF
v.
1. CURTIS MORRIS
2. Richard Kellogg Armstrong
    ACCUSED

2011 APR 29 PM 3: 14

GREG... ...HAM

BY_____DEP. CLK

## ACCUSED ARMSTRONG'S NOTICE FOR SEVERANCE OF DEFENDANTS

    COMES NOW Richard Kellogg Armstrong, Sui Juris, a native born American, One of We the People, who by his declaration as a citizen of the Republic of the united States of America and a State Citizen of the Republic of Arizona, a man standing on the land evidenced by his filing of his UCC-1 as well as other notarized documents that have been recorded at the Arizona Secretary of State and numerous other state, federal and international agencies, respectfully moves this Court for an Order granting his Notice for Severence on the following grounds:

    1. Mr. Armstrong has one living co-defendant in this case, Mr. Curtis Morris. Mr. Morris and Mr. Armstrong were indicted June 6, 2010. A superceding indictment was filed on February 15, 2011.

    2. The Court has the descretion to sever Mr. Armstrong's trial from Mr. Morris' under Fed. R. Crim P14 if joinder may prejudice him. United States v. Janus Indus., 48 F 3d 1548 (10th Cir. 1995).

    3. Upon information and belief, there are statements made by Mr. Morris which may incriminate Mr. Armstrong in the charged offenses.

    As a Sovereign, the laws of Congress do not extend into the limits of the States, but have force only in the District of Columbia and places that are within the exclusive jurisdiction of the national government (SEE: Caha v. U.S.). The Sovereign is only bound to the constraining certain of the united States Constitution 1787, itself and absolutely nothing else except the laws of the Almighty God [ELHOIM] who created the Heavens and the Earth. This Sovereign bows his knees to none other.

    Richard Kellogg Armstrong, whose inalienable rights are secure by the Constitution 1787, is a living Soul, a Sovereign, a Private Human Being, a Creditor and Claimant and is not a "Statutory person" or Juristic person, is domiciled on the overlay of the Republic, otherwise known as the Republic of Arizona and therefore can only be tried in an Article III Court under the common laws of the Constitution 1787 and by a jury of his peers. If Mr. Armstrong and Mr. Morris were to be tried together, there would be a conflict of interest as Mr. Armstrong cannot be tried in an Administrative court.

    WHEREFORE, Mr. Armstrong respectfully requests that this Court enter an Order granting his request for Severence. Mr. Armstrong also wishes to reserve the right to supplement this Notice pending resolution of various issues by the Court as trial approaches.

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2011, that I placed in the U.S. Mail, Certified Mail #7010 3090 0002 7265 7865 to the U.S. District Court Colorado the foregoing: DEFENDANT Armstrong's NOTICE FOR SEVERENCE OF DEFENDANTS.

I hereby certify that I have mailed the document to the following recipient:
Lisa M. Wayne, Attorney
999 18th St., Suite 2
One Denver Place - South Tower
Denver, CO 80202

Richard Kellogg Armstrong

CC:
Supreme Court of the United States
Tenth Circuit Court of Appeals

