### NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM FOR CAUSE

**NOTICE DATE:** Day  Fourteen          Month  One          Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 236 Filed 05/19/11 USDC Colorado Page 1 of 2 April 12, 2011 Case No. 10-cr-00317 Case No. 10-cv-01073 NOTICE TO THE ARTICLE 111 COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM, April 12, 2011 Richard Kellogg Armstrong, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the NOTICE TO THE ARTICLE 111 COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 17 2014
JEFFREY P. COLWELL
CLERK

Sincerely
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

```
                                                 U.S.
                                                 DIST.

                                                 2011 MAY 19 PM 2:32

                                                 GREG...      ...HAM

                                                 BY_____DEP. CLK
```

April 12, 2011

DISTRICT COURT OF THE UNITED STATES

UNITED STATES OF AMERICA
           v.                              Case No. 10-cr-00317
RICHARD KELLOGG ARMSTRONG                  Case No. 10-cv-01073

NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner, 404 U.S. 519, 30 Led 652, 92 SCt 594 Rel den 405 U.S. 948, 30, Led 2d 819, 92 SCt 963

COMES NOW, Richard Kellogg Armstrong, of the Armstrong family, a Sui Juris litigant, hereinafter referred to as the "Accused", a native-born state citizen of the Republic of Arizona, a non Fourteenth Amendment, United States citizen, demanding that all previous court presentments be entered back into the court records to ensure that my Due Process of law is not violated. The Accused has stated his standing in law and has set out in specific detail the information required to ensure that the Due Process of law of the Accused is not violated and to prepare a proper defense for trial.

The Accused, to date, has not received the Grand Jury transcripts from two Grand Jury hearings which must be in printed form due to the Accused' extremely limited computer access and no computer printing facility at the Federal Detention Center. Furnishing of these transcripts was approved by the court but my demand to receive them in printed form was denied by Judge Blackburn. This is a violation of Due Process.

I am enclosing a copy of my Legal Notice and Demand that was filed with the Arizona Secretary of State as well as 18 other state, federal and international agencies June 8, 2009, (See Exhibit A).

This document is not intended to threaten, intimidate or harass but is my remedy in law.

April 12, 2011

                                    _____
                                    Richard Kellogg Armstrong
                                    Sovereign
                                    Executor of the Estate

CC:
Tenth Circuit Court of Appeals
Administrative Office of the U.S. Courts

