## NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TAKING EXCEPTION TO MAGISTRATE JUDGE MICHAEL E. HEGARTY'S MINUTE ORDER NO. 99 DENYING WITHOUT PREJUDICE INTERESTED PARTY RICHARD KELLOGG ARMSTRONG'S NOTICE TO THE ARTICLE III COURT FOR REQUEST FOR COURT APPOINTED CO-COUNSEL AND FOR AUTHORIZATION FOR COURT PAID EXPERT WITNESS FOR CAUSE

**NOTICE DATE:** Day Fourteen                Month One                          Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 242 Filed 06/01/11 USDC Colorado Page 1 of 2 May 26, 2011 Case No. 10-cv-01073-MEH Case No. 10-cr-00317-REB NOTICE TO THE ARTICLE 111 COURT TAKING EXCEPTION TO MAGISTRATE JUDGE HEGARTY'S MINUTE ORDER NO. 99 DENYING WITHOUT PREJUDICE INTERESTED PARTY RICHARD KELLOGG ARMSTRONG'S NOTICE TO THE ARTICLE 111 COURT FOR REQUEST FOR COURT APPOINTED CO-COUNSEL AND FOR AUTHORIZATION FOR COURT PAID EXPERT WITNESS, Richard Kellogg Armstrong, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the NOTICE TO THE ARTICLE III COURT TAKING EXCEPTION TO MAGISTRATE JUDGE MICHAEL E. HEGARTY'S MINUTE ORDER NO. 99 DENYING WITHOUT PREJUDICE INTERESTED PARTY RICHARD KELLOGG ARMSTRONG'S NOTICE TO THE ARTICLE III COURT FOR REQUEST FOR COURT APPOINTED CO-COUNSEL AND FOR AUTHORIZATION FOR COURT PAID EXPERT WITNESS. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2014

JEFFREY P. COLWELL
CLERK

Sincerely

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A
--------------------------------------------------------------------------------

FROM: 20413298
TO: Armstrong, Sharon
SUBJECT: Court appointed co-counsel 5/26
DATE: 5/26/2011 3:56:41 PM

May 26, 2011

DISTRICT COURT OF THE UNITED STATES
v.
RICHARD KELLOGG ARMSTRONG

Richard Kellogg Armstrong, 20413-298
FDC Englewood, 9595 Quincy Ave.
Littleton, CO 80123

Case No. 10-cv-01073-MEH
Case No. 10-cr-00317-REB

NOTICE TO THE ARTICLE III COURT TAKING EXCEPTION TO MAGISTRATE JUDGE MICHAEL E. HEGARTY'S MINUTE ORDER NO. 99 DENYING WITHOUT PREJUDICE INTERESTED PARTY RICHARD KELLOGG ARMSTRONG'S NOTICE TO THE ARTICLE III COURT FOR REQUEST FOR COURT APPOINTED CO-COUNSEL AND FOR AUTHORIZATION FOR COURT PAID EXPERT WITNESS.

REQUEST THAT THE COURT RECOGNIZE

Haines v. Kerner 404 U.S. 519, 30 L. Ed 652, 92 S. Ct. 594, Reh den U.S. 948, 30 L. Ed 2d 819, 92 S. Ct 963

COMES NOW, Richard Kellogg Armstrong, pro se, the Accused, defendant in Case No. 10-cv-01073-MEH and 10-cr-00317-REB, taking exception to Magistrate Judge Michael E. Hegarty's denial of a court appointed co-counsel in defense of Case No. 10-cv-01073-MEH. The Accused does not accept a Magistrate's orders in this Article III court in which it is the only court that the Accused can be lawfully tried. My declaration clearly shows my filing.

Civil Case No. 10-cv-01073-MEH is specifically separate from the criminal Case No. 10-cr-00317-REB and has no bearing on a court action January 4, 2011, relating to the Accused proceeding pro se and the subsequent court appointment of assistance of counsel. It should be noted that the initial court appointed counsel for Case No. 10-cr-00317-REB, Richard Kornfeld, who withdrew in January, 2011, was separately appointed by the court to represent the defendant in the civil Case No. 10-cv-01073-MEH directly indicating that the court recognized the civil case as being separate from the criminal case. Since my incarceration, I have had no income or funds to pay for my defense as the IRS frauduently cleaned out our bank account.

This Article III Court must recognize that the Accused is entitled to court appointed representation under the common laws and the Fifth Amendment of the Constitution of the united States 1787 and is hereby required to appoint a co-counsel as requested without further delay.

Because of the nature of the lawfully questionable charges brought against the Accused by the Claimant, IRS/SID Agent Greg Flynn, that I deem to be fraudulent and without any authority, it is absolutely necessary and mandatory that a qualified Expert Witness be authorized for payment by the Court for Richard Kellogg Armstrong's defense in this matter. Richard Kornfeld had requested and had received court paid authorization for an accountant for this purpose in 2010 but the Accused has not utilized her services to date as she is not qualified to investigate the unusual nature of the IRS charges. I have researched the qualifications of Ms. Victoria Osborn, a Certified Forensic Examiner, and determined that she is specifically qualified to assist the Accused and his court appointed co-counsel in this matter as well as the criminal case.

In summary, the Accused requests the appointment of a QUALIFIED co-counsel as well as authorization for the court paid named Expert Witness without delay as time is of the essence.

This document is not intended to threaten, harrass or intimidate but is my legal remedy in law.

Richard Kellogg Armstrong
Executor of the Estate

CC: Tenth Circuit Court of Appeals
Administrative Office of the U. S. Courts

RICHARD K. ARMSTRONG
20413-298
FEDERAL DISTRIBUTION CENTER ENGLEWOOD
9-93 - QUINCY AVE.
LITTLETON, CO 80123

DENVER CO 802
31 MAY 2011 PM 7

RESCISSION

LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 01 2011
GREGORY C. LANGHAM
CLERK

CR
80294+2500

Michael J Watanabe
DISTRICT COURT OF THE UNITED STATES
GREGORY C. LANGHAM, CLERK OF THE COURT
901 19TH ST. ROOM A-105
DENVER, CO 80294-3489

JANUARY 14, 2014 C.E.