# NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, FOR CAUSE

**NOTICE DATE:** Day  Fourteen              Month  One                       Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 278 Filed 08/30/11 USDC Colorado Page 1 of 3 August 25, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073-MEH MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, Page 2 of 3 Richard Kellogg Armstrong CERTIFICATE OF SERVICE 25th day of AUGUST Richard Kellogg Armstrong, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Ricahrd Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 278 Field 08/30/11 USDC Colorado Page 1 of 3 August 25, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073-MEH MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, Page 2 of 3 Richard Kellogg Armstrong CERTIFICATE OF SERVICE 25th day of AUGUST Richard Kellogg Armstrong, Page 3 of 3" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

**FILED**
UNITED STATES DISTRICT COURT
DENVER COLORADO

**JAN 1 7 2014**

**JEFFREY P. COLWELL**
                    **CLERK**

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Page 1 of 2

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

FROM: 20413298
TO:
SUBJECT: Motion to file leave to file Motion 8/25
DATE: 08/25/2011 05:58:39 PM

August 25, 2011

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

UNITED STATES DISTRICT COURT COLORADO

UNITED STATES OF AMERICA
   Plaintiff
RICHARD KELLOGG ARMSTRONG
   Defendant

Case No. 10-cr-00317-REB
Case No. 10-cv-01073-MEH

REQUEST THAT THE COURT RECOGNIZE
Haines v. Kerner 404 U.S., 519

MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES.

   COMES NOW Richard Kellogg Armstrong, Defendant, pro se and moves the court for leave to file Motion For Dismissal of Indictment With Prejudice Due to Grand Jury Irregularities.

   Defendant Armstrong is on trial and, due to his age, if convicted, could be sentenced to the equivalent of a death sentence. Defendant's very life is on the line. Defendant has never had a prior conviction, has been a model citizen, and yet since he had a passport and had a home and did work in another country, is considered a "flight risk" by the government. The argument borders on the absurd, particularly since it impacts the Defendant's trial strategy, and allows the government to monitor all mail received and sent by the Defendant as well as all phone calls made and emails sent and received.

   The continued confinement of the Defendant is a clear 8th Amendment violation. The Defendant moves the court to allow him to file the aforementioned Motion as it addresses alleged criminal activities by the Assistant U.S. Attorney and his key witness, an IRS/CID Agent related to Grand Jury proceedings.

   The Defendant has the legal right to challenge the Grand Jury proceedings and the actions of the officers of the government as well as Agents of the IRS which have all the earmarks of alleged government corruption. Nothing is so authorized by Congress, which gives the federal courts their limited jurisdiction, and nothing is so authorized by the Constitution.

   Whatever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority. The scope of this authority may be explicitly defined by Congress or be limited by delegated legislation, properly exercised through the rule making power. See Federal Crop Insurance v. Merrill, 332 U.S. 380 (1947).

   Wherefore, premises considered, Defendant Armstrong moves the court to accept a Motion for Dismissal of Indictment With Prejudice Due To Grand Jury Irregularities, as is his right according to law. A presumption now exists that this court is nothing more than a second prosecutor, will direct the jury in favor of the government, and will deny any motion filed by Defendant Armstrong in order to ensure that the government wins the case. A further presumption exists that the court has a financial interest in this case. Should the court refuse to allow Defendant Armstrong to file this motion, in clear violation of the pro se rule and the do no harm rule, a further presumption will be created that the court is directing blockage of information that is detrimental to the government.

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

---

Unsworn declaration under penalty of perjury 28 USC, 1746(1), an affidavit of truth.

Respectfully submitted,

*[signature]* Richard Kellogg Armstrong

CERTIFICATE OF SERVICE

On this the 25th day of AUGUST, a true and correct copy of the foregoing was sent by first class mail or better to opposing counsel of record.

*[signature]* Richard Kellogg Armstrong

*[handwritten overlay: JANUARY 14, 2014 C.E.]*

*[handwritten overlay: RESCISSION]*

RESCISSION

JANUARY 14, 2014 C.E.

Michael R. Mouyious
20413-298
Federal Detention Center
Englewood
9595 Quincy Ave.
Littleton, CO 80123

LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 30 2011
GREGORY C. LANGHAM
CLERK

Clerk of the Court
U.S. District Court - Colorado
901 19th St., Room A105
Denver, CO 80294-3179