# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen                Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 390 Filed 01/06/12 USDC Colorado Page 1
of 1 MINUTE ORDER Dated: January 6, 2012"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 390 Filed 01/06/12 USDC Colorado
Page 1 of 1 MINUTE ORDER Dated: January 6, 2012" and return your offer for closure and
settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2014

JEFFREY P. COLWELL
CLERK

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

"ACCEPTED"
*Richard Kellogg Armstrong*
JANUARY 14, 2014 CE

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  CURTIS L. MORRIS, and
2.  RICHARD KELLOGG ARMSTRONG,

        Defendants.

---

### MINUTE ORDER[1]

---

        Due to a conflict arising on the court's calendar, the Show Cause Hearings set for January 26, 2012, are **VACATED** and are **RESET** to **January 24, 2012**, at 9:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendants' appearances for this hearing.

        Dated:  January 6, 2012

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.