# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 395 Filed 01/12/12 USDC Colorado Page 1 of 3 ORDER STRIKING PAPERS, Page 2 of 3 2, Page 3 of 3 Dated January 12, 2012 Robert E. Blackburn United States District Judge 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 395 Filed 01/12/12 USDC Colorado Page 1 of 3 ORDER STRIKING PAPERS, Page 2 of 3 2, Page 3 of 3 Dated January 12, 2012 Robert E. Blackburn United States District Judge 3" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*

*"ACCEPTED"*

*Richard Kellogg Armstrong*

*JANUARY 14, 2014  CR*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

## ORDER STRIKING PAPERS

**Blackburn, J.**

The matter is before me concerning the following papers: (1) the **Motion for Judgment on the Pleadings Based on Motion for Certified Question of Law** [#383] filed December 22, 2011, by defendant, Richard Kellogg Armstrong; (2) the **Notice of Motion And Motion for Judgment on the Pleadings** [#384] filed December 22, 2011, by defendant, Richard Kellogg Armstrong; and (3) the **Reply to Government's Response to Motion To Answer a Certified Question of Law Related to Jurisdiction in This Case And an Offer of Proof And Motion for Judgment on the Pleadings** [#393] filed January 11, 2012, by defendant, Richard Kellogg Armstrong. I strike all these papers as unauthorized.[1]

Mr. Armstrong has been ordered repeatedly not to file notices in lieu of motions

---

[1] As I have done assiduously during the time that Mr. Armstrong has represented himself, I construe his papers liberally. *See Erickson v. Pardus*, 551 U.S. 89, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972)).

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 14, 2014 CE*

and not to file motions unless first authorized by this court. Additionally, since the entry of the **Trial Preparation Conference Order** [#33] on June 25, 2010, all parties, including Mr. Armstrong, have been on notice not to file a reply to a response without approval of the court. *See* TPC Order [#33] at 1, nt. 2 ("Replies to responses shall not be filed without leave of court.")

Notwithstanding my oral and written orders, Mr. Armstrong filed the papers above without first requesting or receiving permission of this court. Thus, his unauthorized and contumacious papers will be stricken as violative of my oral and written orders. Additionally, I will reiterate and asseverate my orders that subject to the penalties for contempt of court,[2] Mr. Armstrong cease and desist from filing any paper, whether in the form of a notice, motion, or reply, without advance leave of this court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion for Judgment on the Pleadings Based on Motion for Certified Question of Law** [#383] filed December 22, 2011, by defendant, Richard Kellogg Armstrong, is stricken;

2. That the **Notice of Motion And Motion for Judgment on the Pleadings** [#384] filed December 22, 2011, by defendant, Richard Kellogg Armstrong, is stricken;

3. That the **Reply to Government's Response to Motion To Answer a Certified Question of Law Related to Jurisdiction in This Case And an Offer of Proof And Motion for Judgment on the Pleadings** [#393] filed January 11, 2012, by defendant, Richard Kellogg Armstrong, is stricken; and

---

[2] I rehearsed those penalties for Mr. Armstrong in the **Order To Show Cause** [#378] entered December 16, 2011.

"ACCEPTED"
Richard Kellogg Armstrong

4. That once again the defendant, Richard Kellogg Armstrong, subject to the penalties for contempt of court:

JANUARY 14, 2014 CE

    a.    shall not file any paper as a "notice" (as opposed to and distinguished from a "motion") without advance leave of the court;

    b.    shall not file any pretrial motion without advance leave of the court; and

    c.    shall not file any reply to any response to any pretrial motion without advance leave of the court.[3]

Dated January 12, 2012, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[3] This order does not prohibit or enjoin Mr. Armstrong from filing a motion seeking leave of the court to file a motion or other paper in this case.

3