# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen      Month One      Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 397 Filed 01/17/12 USDC Colorado Page 1 of 2 ORDER STRIKING PAPERS, Page 2 of 2 Dated January 17, 2012 Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 397 Filed 01/17/12 USDC Colorado Page 1 of 2 ORDER STRIKING PAPERS, Page 2 of 2 Dated January 17, 2012 Robert E. Blackburn United States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2014

JEFFREY P. COLWELL
CLERK

"ACCEPTED"

*Richard Kellogg Armstrong*

JANUARY 14, 2014 CE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

## ORDER STRIKING PAPERS

**Blackburn, J.**

The matter before me is the **Reply to Government's Response to Motion To Answer a Certified Question of Law Related to Jurisdiction in This Case And an Offer of Proof And Motion for Judgment on the Pleadings** [#396] filed January 13, 2012, by defendant, Richard Kellogg Armstrong. I strike this paper as unauthorized.[1]

Since the entry of the **Trial Preparation Conference Order** [#33] on June 25, 2010, all parties, including Mr. Armstrong, have been on notice not to file a reply to a response without approval of the court. *See* TPC Order [#33] at 1, nt. 2 ("Replies to responses shall not be filed without leave of court."). I reiterated this prohibition recently in my **Order Striking Papers** [#395] entered January 12, 2012. *See* Order [#395] at 3, ¶ 4.c. (defendant "shall not file any reply to any response to any pretrial motion without

---

[1] As I have done assiduously during the time that Mr. Armstrong has represented himself, I construe his papers liberally. *See* **Erickson v. Pardus**, 551 U.S. 89, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972)).

"ACCEPTED"
Richard Kellogg Armstrong
JANUARY 14, 2014 CE

advance leave of the court.").

Notwithstanding my orders, Mr. Armstrong filed this reply without first requesting or receiving permission of this court. Thus, his unauthorized and contumacious paper will be stricken as violative of my orders. Additionally, I will reiterate and asseverate my orders that subject to the penalties for contempt of court,[2] Mr. Armstrong cease and desist from filing a reply without advance leave of this court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Reply to Government's Response to Motion To Answer a Certified Question of Law Related to Jurisdiction in This Case And an Offer of Proof And Motion for Judgment on the Pleadings** [#396] filed January 13, 2012, by defendant, Richard Kellogg Armstrong, is stricken; and

2. That once again the defendant, Richard Kellogg Armstrong, subject to the penalties for contempt of court, shall not file any reply to any response to any pretrial motion without advance leave of the court.[3]

Dated January 17, 2012, at Denver, Colorado.

BY THE COURT:

Robert E Blackburn
United States District Judge

---

[2] I rehearsed those penalties for Mr. Armstrong in the **Order To Show Cause** [#378] entered December 16, 2011.

[3] This order does not prohibit or enjoin Mr. Armstrong from filing a motion seeking leave of the court to file a motion or other paper in this case.

2