# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen      Month One      Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** Case 1:10-cr-00317-REB Document 9 Filed 06/09/10 USDC Colorado Page 1 of 2 ORDER TO SEAL, Page 2 of 2 9th day of June 2010 Boyd N Balard UNITED STATES MAGISTRATE JUDGE"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 9 Filed 06/09/10 USDC Colorado Page 1 of 2 ORDER TO SEAL, Page 2 of 2 9th day of June 2010 Boyd N. Balard UNITED STATES MAGISTRATE JUDGE" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 17 2014

JEFFREY P. COLWELL
CLERK

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Boyd N. Balard, United States Magistrate Judge, c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

"ACCEPTED"
~~Richard Kellogg Armstrong~~
January 14, 2014 CE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   CURTIS L. MORRIS, and
2.   RICHARD KELLOGG ARMSTRONG,

    Defendants.

---

## ORDER TO SEAL

---

The Court has for consideration the government's Motion to Seal wherein the government asks this Court to seal the indictment and the arrest warrant for defendant Curtis L. Morris, as well as the government's Motion to Seal, and any order issued with regard to the motion. Upon consideration,

IT IS ORDERED that the government's Motion to Seal, this Order, and the indictment arrest warrant for defendant Curtis L. Morris are hereby sealed (except that copies may be provided to the U.S. Marshal and any other law enforcement agency assisting in the execution of the arrest warrant), until further order of this Court or until such time as the arrest of defendant Curtis L. Morris or until such time as the initial appearance in this district of either defendant on the indictment in this case, and

IT IS FURTHER ORDERED that, in the event that defendant

"ACCEPTED"

*Richard Kellogg Armstrong*

Armstrong's initial appearance in this district on the indictment
JANUARY 14, 2014 CE
in this case precedes the arrest of defendant Morris, then the
indictment will be unsealed with respect to defendant Armstrong
only.

DONE AND ORDERED on this 9th day of June 2010.

_____
UNITED STATES MAGISTRATE JUDGE