# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen        Month One              Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 367 Filed 11/30/11 USDC Colorado Page 1 of 3 1, Page 2 of 3 JOHN F. WALSH Kenneth M. Harmon David L. Owen 2, Page 3 of 3 KENNETH M. HARMON 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2014

JEFFREY P. COLWELL
CLERK

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

*"ACCEPTIES"*
*Richard Kellogg Armstrong*
*January 14, 2014 CE*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.    RICHARD KELLOGG ARMSTRONG,

        Defendant.

---

**GOVERNMENT'S MOTION TO PERMIT FILING
OF CORRECTED COPY OF GOVERNMENT RESPONSE TO DEFENDANT
ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR
PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT (DE 366)[1]**

---

The United State of America, by and through its undersigned counsel, moves this Court for permission to file the accompanying pleading, which is a corrected copy of the government's previously filed pleading entitled GOVERNMENT RESPONSE TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT (DE 366).

As grounds for the motion, the government states that accompany corrected copy undertakes to correct certain typographical errors and error of grammar and syntax detected by undersigned counsel immediately after filing the government's response. However, the corrected

---

[1] "DE" stands for docket entries in this case.

"Accepted"
Richard Kellogg [signature]
January 14, 2014 CE

copy does not change or supplement the substance of that response.

WHEREFORE, the United States respectfully requests that the Court grant this motion and permit the filing of the accompanying corrected copy of the government's pleading entitled GOVERNMENT RESPONSE TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT (DE 366).

Respectfully submitted,

JOHN F. WALSH
United States Attorney

s/Kenneth M. Harmon
By: Kenneth M. Harmon
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

David L. Owen
davidowen@lodopc.com

and will undertake to cause said pleading to be mailed to:

2

"ACCEPTED"
*Richard Kellogg Armstrong*
JANUARY 14, 2014 CE

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123

s/ Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

3