# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen        Month One        Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 721 Filed 09/11/13 USDC Colorado Page 1 of 7 UNITED STATES' MOTION FOR AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 7 2, 3 3, 4 4, 5 5, Page 6 of 7 Dated this 11th day of September, 2013 JOHN F. WALSH Tonya S. Andrews 6, Page 7 of 7 7, Document 721-1 Filed 09/11/13 USDC Colorado Page 1 of 4 AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 4 2, 3 3, Page 4 of 4 ROBERT E. BLACKBURN United States District Judge 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 17 2014

JEFFREY P. COLWELL
CLERK

Sincerely.

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Tonya S. Andrews, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

*"ACCEPTIES"*
*Richard Kellogg Armstrong*
*JANUARY 14, 2014  C.E.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    RICHARD KELLOGG ARMSTRONG,

    Defendant.

## UNITED STATES' MOTION FOR AMENDED FINAL ORDER OF FORFEITURE

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and moves this Court to enter an Amended Final Order of Forfeiture in this case pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c) to include the legal descriptions for the real properties, to specify notice to any third parties allowing for clear title to the United States, and to vacate final order as to real property located at 30 Perkins Drive, Prescott, Arizona in lieu of Internal Revenue Service enforcement action. In support thereof, the United States submits the following:

1.    In the Superseding Indictment in this case, the United States sought forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c) of the following property:

    a.    a $1,637,481.61 money judgment, representing the amount of proceeds obtained by the defendant, less any funds obtained from the forfeiture of directly traceable assets;

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*January 14, 2014 C.E.*

1341, 1957, and 2 of the Superseding Indictment.

3. After the guilty verdict, the Court entered a Preliminary Order of Forfeiture on June 25, 2012, forfeiting to the United States any and all of defendant Richard K. Armstrong's right, title and interest in the assets identified in the Superseding Indictment. (Doc. 567).

4. The Preliminary Order of Forfeiture directed the United States to seize the subject property, and to publish notice of the forfeiture and the United States' intent to dispose of the property.

5. Notice of the forfeiture was sent to all known interested third parties on July 9, 2012, and the United States properly published notice of the forfeiture via an official government internet website for thirty consecutive days, July 12, 2012 to August 10, 2012.

6. Specifically, the United States sent notice to Sharon Armstrong via certified and regular mail on July 10, 2012, at 30 Perkins Drive, Prescott Arizona. Both the certified and regular mail notices were returned by the post office on July 18, 2012, indicating a forwarding address of 1642 McCulloch Blvd., N #391, Lake Havasu City, Arizona.

7. On July 19, 2012, the United States sent another notice to Sharon Armstrong via certified and regular mail to the forwarding address at 1642 McCulloch Blvd., N, #391, Lake Havasu City, Arizona. The certified notice was returned by the post office on August 20, 2012, stating it was unclaimed. The regular mail notice sent to 1642 McCulloch Blvd., N, #391, Lake Havasu City, Arizona was not returned.

*"ACCEPTED"*
*Richard Kellogg [signature]*
*JANUARY 14, 2014 CE.*

a superior right title and interest to the defendant in these properties that were derived from criminal proceeds. Accordingly, these assets are subject to a final order of forfeiture in their entirety.

11. On, September 19, 2012, the United States filed a Motion of Final Order of Forfeiture based on the above. (Doc. 597).

12. On September 19, 2012, the Court entered the Final Order of Forfeiture. (Doc. 598).

13. Since the entry of the Final Order of Forfeiture, the United States has learned that there are issues with the Order of Forfeiture that prevent sufficient legal title to pass to prospective buyers. Specifically, given Mrs. Armstrong's lack of participation in this forfeiture action, the Final Order of Forfeiture must include the legal descriptions for the real properties and specify the notice to any third parties, including Mrs. Armstrong, allowing for clear title to the United States.

14. The United States has further learned that the one-half interest obtained by the United States from defendant Armstrong in the real property located at 30 Perkins Drive, Prescott, Arizona cannot be sold at market value. However, the United States is aware that the Internal Revenue Service has a lien against the Perkins Drive property and would like to take enforcement action against the property to satisfy their lien. The Final Order of Forfeiture is a cloud on the title of the Perkins Drive property that is prohibiting this enforcement action. Accordingly, the United States is requesting to vacate the Final Order of Forfeiture as entered against the real property located at 30 Perkins Drive, Prescott, Arizona.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
JANUARY 14, 2014 CE.

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record, and true copies were mailed, via regular and certified mail, return receipt requested, to:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123
**Cert # 7010 3090 0001 3928 0465**

Cabo Corporation
1642 McCulloch Blvd N., #391
Lake Havasu City, AZ 86403
**Cert # 7010 3090 0001 3928 0472**

Foreign Enterprises
1802 N. Carson St., Suite 108-3087
Carson City, NV 89701-1227
**Cert # 7010 3090 0001 3928 0489**

Foreign Enterprises
14255 Harvest Mile Road
Brighton, CO 80603
**Cert # 7010 3090 0001 3928 0496**

Sharon Armstrong
30 Perkins Drive
Prescott, AZ 86301
**Cert # 7010 3090 0001 3928 0502**

Sharon Armstrong
1642 McCulloch Blvd N., #391
Lake Havasu City, AZ 86403
**Cert # 7010 3090 0001 3928 0519**

s/ *Raisa Vilensky*
FSA Data Analyst
Office of the U.S. Attorney

"ACCEPTED"
Richard Kellogg Armstrong
January 14, 2014 CE.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.    RICHARD KELLOGG ARMSTRONG,

      Defendant.

---

### AMENDED FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), as set forth in the Superseding Indictment returned on February 15, 2011;

THAT a Preliminary Order of Forfeiture was entered on June 25, 2012;

THAT Sharon Armstrong was noticed via certified and regular mail on July 10, 2012, at 30 Perkins Drive, Prescott Arizona. Both the certified and regular mail notices were returned by the post office on July 18, 2012, indicating a forwarding address of 1642 McCulloch Blvd., N #391, Lake Havasu City, Arizona. On July 19, 2012, the United States sent another notice to Sharon Armstrong via certified and regular mail to the forwarding address at 1642 McCulloch Blvd., N, #391, Lake Havasu City, Arizona. The certified notice was returned by the post office on August 20, 2012, stating it was

1

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*January 14, 2014 CE*

unclaimed. The regular mail notice sent to 1642 McCulloch Blvd., N, #391, Lake Havasu City, Arizona was not returned.

THAT Foreign Enterprises was noticed via certified and regular mail on July 10, 2012, at 14255 Harvest Mile Road, Brighton, Colorado and 1802 N. Carson St., Suite. 108-3087, Carson City, Nevada. The certified mail sent to 14255 Harvest Mile Road, Brighton, Colorado was received and signed for by Mary Sands. The certified mail sent to 1802 N. Carson St., Suite. 108-3087, Carson City, Nevada was received on July 13, 2012, and signed for by Julie Bower.

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on September 13, 2012;

THAT, as of September 19, 2012, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture shall enter as to the following:

    a.    a $1,637,481.61 money judgment, representing the amount of proceeds obtained by the defendant, less any funds obtained from the forfeiture of directly traceable assets;

    b.    Real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado, which is more fully described as;

*"ACCEPTED"*
*Michael Kellogg Armstrong*
*JANUARY 14, 2014 CJE.*

> Parcel B: Legal Description of a parcel of land being a portion of the Northeast Quarter of Section 19, Township 1 South, Range 65 West of the 6th P.M., Adams County, Colorado, being more particularly described as follows:
>
> Beginning at the Northeast corner of said Section 19 and considering the East line of the Northeast Quarter of said Section 19 as bearing South 00 Degrees 00 Minutes 00 Seconds West and with all bearings contained herein relative thereto: thence along said East line South 00 Degrees 00 Minutes 00 Seconds West 663.14 feet to the True Point of Beginning; thence continuing along said East line South 00 Degrees 00 Minutes 00 Seconds West 663.14 feet; thence departing said East line North 89 Degrees 11 Minutes 35 Seconds West 2643.11 feet to a point on the North-South centerline of said Section 19; thence along said North-South centerline North 00 Degrees 06 Minutes 25 Seconds West 664.71 feet; thence departing said North-South centerline South 89 Degrees 09 Minutes 30 Seconds East 2641.89 feet to the True Point of Beginning, except any part lying within county roads, County of Adams, State of Colorado;

    c.    Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527

in favor of the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), free from the claims of any other party;

THAT the United States shall have full and legal title and may dispose, including sell, in accordance with law the following assets:

    a.    Real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado, which is more fully described as;

> Parcel B: Legal Description of a parcel of land being a portion of the Northeast Quarter of Section 19, Township 1 South, Range 65 West of the 6th P.M., Adams County, Colorado, being more particularly described as follows:

3

"ACCEPTED"
[signature]
JANUARY 14, 2014 CE.

> Beginning at the Northeast corner of said Section 19 and considering the East line of the Northeast Quarter of said Section 19 as bearing South 00 Degrees 00 Minutes 00 Seconds West and with all bearings contained herein relative thereto: thence along said East line South 00 Degrees 00 Minutes 00 Seconds West 663.14 feet to the True Point of Beginning; thence continuing along said East line South 00 Degrees 00 Minutes 00 Seconds West 663.14 feet; thence departing said East line North 89 Degrees 11 Minutes 35 Seconds West 2643.11 feet to a point on the North-South centerline of said Section 19; thence along said North-South centerline North 00 Degrees 06 Minutes 25 Seconds West 664.71 feet; thence departing said North-South centerline South 89 Degrees 09 Minutes 30 Seconds East 2641.89 feet to the True Point of Beginning, except any part lying within county roads, County of Adams, State of Colorado

b.  Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527.

THAT the Final Order of Forfeiture entered on September 19, 2012 (Doc. 598) as to the real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona; which is more fully described as

> Lot 26 and the East Half of Lot 27, Block "A", amended map of Antelope Hills Second Subdivision, according to the plat of record in the office of the Yavapai County Recorder in Book 6 of Maps, page 45, County of Yavapai, State of Arizona

Is VACATED.

SO ORDERED this _____ day of _____, 2013.

BY THE COURT:

_____
ROBERT E. BLACKBURN
United States District Court Judge