# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen      Month: One      Year: 2014 C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 1 Filed 05/18/10 USDC Colorado Page 1
of 25 CRIMINAL COMPLAINT CASE NUMBER: 10-mj-1088-KLM Greg M. Flynn 5/18/10 Kristen L.
Mix MAGISTRATE JUDGE, Page 2 of 25 1, 3 1, 4 2, 5 3, 6 4, 7 5, 8 6, 9 7, 10 8, 11 9,
12 10, 13 11, 14 12, 15 13, 16 14, 17 15, 18 16, 19 17, 20 18, 21 19, 22 20, 23 21,
24 22, Page 25 Greg M. Flynn 18th Day of May, 2010 Kristen L. Mix 23"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
    Denver, Colorado 80294-3589
cc: Kristen L. Mix, MAGISTRATE JUDGE, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
    Denver, Colorado 80294-3589
cc: Greg M. Flynn, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, 1999 BROADWAY, Suite 2700,
    Denver, Colorado 80202

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

**United States District Court**

_____ STATE AND DISTRICT OF COLORADO _____

*"ACCEPTED"*
*Richard Kellogg Armstrong*
~~██████████~~
JANUARY 16, 2014 C.E.

UNITED STATES OF AMERICA
                    v.

**CRIMINAL COMPLAINT**

1.  **RICHARD KELLOGG ARMSTRONG**

**CASE NUMBER:** *10-mj-1088-NLM*

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief: On or about the dates indicated in Attachment A hereto, incorporated by reference, in the State and District of Colorado, and elsewhere, the defendant did:

Please See Attachment A attached hereto and incorporated by reference

in violation of Title 18 United States Code, Sections 287, 1341 and 2.

I further state that I am a  Special Agent, Internal Revenue Service, Criminal Investigation Division and that this complaint is based on the following facts:

Please See Affidavit attached hereto as Attachment B.

Continued on the attached sheet and made a part hereof:   X Yes   ☐ No

Signature of Complainant  Greg M. Flynn, Special Agent, U.S.
Internal Revenue Service, Criminal Investigation Division

Sworn to before me, and subscribed in my presence

5/18/10 _____        at        Denver, Co _____
Date                                                              City and State

**KRISTEN L. MIX**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer
**DISTRICT OF COLORADO**

Signature of Judicial Officer

" *ACCEPTED* "
*Richard Kellogg Armstrong*

## ATTACHMENT A

Specification No. 1

*2008 29*   *JANUARY 16, 2014 L.E.*

Continuing from on or about October 23, ~~2008~~ through to on or about November 3, 2008, in the State and District of Colorado and elsewhere, the defendant made and presented to the United States Treasury Department claims against the United States for payments of refunds of taxes in the aggregate amount of approximately $ 1.4 million, which he then and there knew to be false, fictitious, and fraudulent,  by  causing to be prepared and filed Amended U.S. Individual Income Tax Returns, on Forms 1040X, for the years 2005, 2006 and 2007, which returns were presented to the United States Treasury Department, through the Internal Revenue Service.

In violation of Title 18, United States Code, Section 287 and 2.

Specification No. 2

Continuing from on or about January 23, 2009 through to on or about January 31, 2009, in the State and District of Colorado and elsewhere, the defendant made and presented to the United States Treasury Department a claim against the United States for payment of a refund of taxes in the amount of approximately $ 1.739 million, which he then and there knew to be false, fictitious, and fraudulent,  by  causing to be prepared and filed a U.S. Individual Income Tax Return, on Form 1040, for the year 2008, which returns were presented to the United States Treasury Department, through the Internal Revenue Service.

In violation of Title 18, United States Code, Section 287 and 2.

Specification No. 3

On or about October 23, 2008, in the State and District of Colorado, and elsewhere, for the purpose of executing a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent material pretenses, representations and promises, the defendant did knowingly cause, and aid and abet others to cause, to be deposited a matter and things to be sent and delivered by a commercial interstate carrier, according to the direction thereon, to wit, three completed amended U.S. Income Tax Returns for the years 2005, 2006, and 2007, from Elizabeth, Colorado to Prescott, Arizona.

In violation of Title 18, United States Code, Sections 1341 and 2.

1



**ATTACHMENT B**

**AFFIDAVIT**

I, GREG M. FLYNN, being duly sworn, hereby depose and state as follows:

1.      I am a Special Agent/Criminal Investigator with the Internal Revenue Service

Criminal Investigation Division (IRS/CID). I have been employed as such since July of 1999, and

have worked in the Denver Field Office since January of 2000.

2.      Pursuant to my employment with IRS/CID, I was trained at the Federal Law

Enforcement Training Center in Glynco, Georgia. As a Special Agent with IRS/CID I have

investigated numerous financial fraud cases, including: false claims submitted to the Internal

Revenue Service (IRS), tax evasion, preparation of fraudulent tax returns, conspiracy to defraud

the United States Government, mail fraud, wire fraud and money laundering.

3.      Prior to my employment with IRS/CID, I worked as an accountant for roughly five

years. I performed auditing, tax and general accounting services during my tenure as an

accountant. I have an inactive Certified Public Accountant (CPA) license issued by New York

State. I have a Bachelors of Science in Business Administration with a major in accounting from

Bucknell University in Lewisburg, Pennsylvania.

4.      I submit this affidavit in support of a criminal complaint charging

Richard Kellogg ARMSTRONG with filing false claims for income tax refunds, in violation of

Title 18, United States Code, Section 287, and with engaging in a mail fraud scheme, as

described further below, in violation of Title 18, United States Code, Section 1341. This affidavit

is based on a criminal investigation of ARMSTRONG and others which I have been conducting

1

"ACCEPTED"
Richard Kellog Armstrong

concerning their use and exploitation of false and fictitious IRS Forms 1099-OID, as part of a

JANUARY 16, 2014 CE

fraudulent scheme to obtain improper large income tax refunds. The information set forth herein

is intended for the sole purpose of establishing probable cause for the complaint against Richard

Kellogg ARMSTRONG. As such, this affidavit does not contain all information known to me

concerning ARMSTRONG or the investigation involving him. The statements contained within

this affidavit are based, in part, on the results of my participation in this investigation, in part on

information that has been provided to me directly or indirectly by other IRS agents and

employees involved in the investigation or related matters, on my experience and training as an

IRS/CID special agent, and my analysis of financial and public records and examination of tax

return information and documents.

### Relevant Statutes

5.      False, Fictitious, or Fraudulent Claims -18 U.S.C. § 287 makes it a felony to make

or present to any person or officer in the civil, military, or naval service of the United States, or

to any department or agency thereof, any claim upon or against the United States, or any

department or agency thereof, knowing such claim to be false, fictitious, or fraudulent.

6.      Mail Fraud - 18 U.S.C. § 1341 makes it a felony to devise any scheme or artifice

to defraud, or for obtaining money or property by means of false or fraudulent pretenses,

representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute,

supply , or furnish or procure for unlawful use any counterfeit or spurious coin, obligation,

security, or other article, or anything represented to be or intimated or held out to be such

counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting

so to do, places in any post office or authorized depository for mail matter, any matter or thing

2

*"Accepted"*
*Richard Kellogg _____*
*_____*
*January 16, 2014 CE.*

whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any

matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or

takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by

mail or such carrier according to the direction thereon, or at the place at which it is directed to be

delivered by the person to whom it is addressed, any such matter or thing.

## General Information Regarding Form 1099- OID Schemes

7.      Based on my work on the investigation which is the subject of this affidavit, I

have learned the following:

A.      Nationwide, the IRS is receiving a large number of fraudulent tax returns/false

claims for refunds utilizing Forms 1099-OID. The perpetrators of these schemes generally claim

credit for large amounts of federal income tax withheld from supposed original issue discount

income using bogus Forms 1099-OID, when in fact no Original Issue Discount (OID) income or

related federal income tax withholding occurred. The perpetrators then claim credit for the

payments that were never made to the IRS on tax returns or amended tax returns, and request

large tax refunds, which are based entirely on the amount of federal income tax they claim was

withheld from the claimed OID income.

B.      The 1099-OID schemes are the most recent in a series of frivolous arguments

against the IRS and the United States tax system as a whole. The United States Government has

suffered significant losses as a result of these schemes.

C.      OID income is a form of interest and occurs when a debt instrument is issued at a

discount, or is purchased for less than its ultimate redemption value. There are legitimate

financial transactions that involve original issue discount income, which are reported to the IRS

3

"ACCEPTED"
Richard Kellogg Armstrong
JANUARY 16, 2014 CE

by the issuing institution on Form 1099-OID. These transactions are governed by Internal Revenue Code, Sections 1271 through 1275. OID income, reported on Form 1099-OID, is generally included in a taxpayer's income as it accrues over the term of the debt instrument, whether or not they receive any payments from the issuer. A debt instrument generally has OID when the instrument is issued for a price that is less than its stated redemption price at maturity. OID is the difference between the stated redemption price at maturity and the issue price. For example, if a taxpayer buys for $950 a 10-year bond with a stated redemption price at maturity of $1,000, the OID is $50 and the taxpayer must include the OID in income as it accrues over the term of the bond. Box 4 of Form 1099-OID will contain an amount if the taxpayer was subject to backup withholding. Investment income is generally not subject to regular federal income tax withholding. However, in certain instances it may be subject to backup withholding. Backup withholding applies if (a) the taxpayer does not give the payer an identification number, which is either a social security number or an employer identification number, (b) the IRS notifies the payer that the taxpayer gave an incorrect identification number, (c) the IRS notifies the payer that the taxpayer is subject to backup withholding because the taxpayer underreported interest on their tax return, or (d) the taxpayer is required, but failed, to certify that they are not subject to backup withholding for the reason described in (c). If backup withholding applies, the payer will withhold funds from the taxpayer and remit them to the IRS, similar to how an employer handles payroll taxes withheld from wages paid to employees. When used properly the payer will file Forms 1099-OID along with a Form 1096 summarizing the amounts of income, and taxes withheld, with the IRS and provide copies of the Forms 1099 to the payees, and remit the withheld federal income taxes to the IRS-US Treasury.

4

*"ACCEPTED"*
*Richard William Armstrong*
*January 16, 2014 CE*

D.      Fraudulent use or misuse of Forms 1099-OID: Individuals are preparing IRS Forms 1099-OID and submitting them to the IRS attached to fraudulent tax returns or amended tax returns. In most instances, someone generates IRS Forms 1099-OID that purport to be from financial institutions of some kind. The bogus Forms 1099-OID claim large amounts of OID income and equal amounts of federal income tax withheld from that income. The amounts of federal income tax withheld listed on the Forms 1099-OID are claimed as payments on income tax returns submitted to the IRS. Those returns request refunds. The persons involved claim credit for and request refunds based on payments that were never made to the IRS.

E.      1099-OID type fraudulent tax returns/false claims for refunds typically contain statements addressing the return of equity interest to principal, creator or surety or similar verbiage. I do not know what is meant by that, and have no knowledge of similar verbiage being used on legitimate tax returns. Some 1099-OID returns will have actual Forms 1099-OID attached to them, others simply claim large amounts of unsubstantiated federal income tax withheld without providing details to the source, or attaching any Forms 1099-OID.

## Summary of the Investigation To Date

### The Nature And Origins of the Investigation.

8.      In or about April 2009, the IRS's Fraud and Detection Center in Ogden, Utah referred for possible criminal investigation a series of suspected fraudulent income tax returns that had been prepared by Curtis L. Morris, doing business as Numbers And Beyond, claiming large federal income tax refund payments, using as their apparent basis fraudulent IRS Forms 1099-OID or related information and matching the profile of fraudulent 1099-OID schemes of the sort described above.  Based on my review of the referral and the underlying returns and

5

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 C/E.*

records filed with or on file with the IRS, I learned that Mr. Morris prepared at least forty-six

federal income tax returns for the tax years 2005 through 2008 that appear to have exploited the

use of fraudulent IRS Forms 1099-OID or information purported to be derived from such forms,

consistent with 1099-OID schemes described above, in order to claim large tax refunds for the

taxpayers. These forty-six returns were prepared for over twenty clients. These returns claim

large amounts of federal income tax withheld on IRS Forms 1099-OID and correspondingly

claim large refunds due.

      9.    I learned as well that the returns flagged for investigation were submitted to the

IRS on paper by mail. The returns were signed and dated by both the taxpayer(s) and Morris, as

the return preparer. The returns were then typically mailed from various locations in Colorado,

New Mexico, Arizona, and California to various IRS locations for processing.

      10.    The tax returns prepared by Numbers and Beyond that I  reviewed that were the

subject of the referral either had Forms 1099-OID attached, or indicia of 1099-OID type activity.

Specifically most of the returns had statements regarding the return of equity interest to creator

and surety or words to the effect, which is a telltale sign of a 1099-OID type fraudulent

return/false claim for refund based on other returns that have been detected by the IRS to be

exploiting the 1099-OID scheme.

      11.    Based on my review, I learned as well that IRS records do not show any of the

Forms 1099-OID attached to any of the returns prepared by Morris and Numbers and Beyond

being filed, independently or otherwise, with the IRS by the parties purported to have issued

them, something which an issuer of a valid Form 1099-OID would have been obligated to do.

Furthermore, IRS records did not show the amounts of federal income tax withheld claimed on

the Numbers and Beyond tax returns being reported or remitted to the IRS either. The vast

majority of federal income tax withheld claimed on the Numbers and Beyond tax returns could

not be substantiated and appeared to be bogus.

12.     In addition to being unsubstantiated, the amounts of federal income tax withheld

claimed on the Numbers and Beyond tax returns, I could tell from my review of the returns, was

unreasonable with respect to the reported income for those periods. For a sample of returns

analyzed, the claimed federal income tax withheld exceeded the total income on the returns.

Typically, federal income tax is withheld at a rate of 28% from the related income, and would not

exceed reported income.

13.     Among the returns referred for investigation were amended joint federal income

tax returns prepared by Morris and Numbers And Beyond  for Sharon L. and Richard K.

Armstrong for the years 2005 through 2007.  Each of these returns claimed large refunds owed to

these taxpayers based on asserted income tax withheld from income listed on Forms 1099-OID.

As a result of the filed returns, the IRS issued checks to Richard K. Armstrong and Sharon L.

Armstrong for income tax refunds and interest exceeding $1.6 million.

**The Fraudulent Armstrong Income Tax Returns & Refund Claims**.

14.     Based on my review of the Armstrong returns that were prepared by Morris and

Numbers And Beyond, and which were the basis for the $1.6 million refund and interest

payments to the Armstrongs, as well as related investigation, I learned, in particular, the

following, among other things:

A.     On or about November 3, 2008, the IRS received three Amended US Individual

Income Tax Returns for Richard K. & Sharon L. Armstrong of Lake Havasu City, Arizona. The

returns were for the taxable years 2005, 2006 and 2007. The returns indicate that they were prepared by Numbers and Beyond at 5996 Pine Ridge Drive in Elizabeth, Colorado.

B.     The Armstrong returns were signed by Richard Armstrong, Sharon Armstrong and Curtis Morris as paid preparer.  The signatures on the tax returns of Richard K. Armstrong are similar to signatures for Richard Kellogg ARMSTRONG noted on his Arizona driver's license, his U.S. passport application, previously filed tax returns, and various bank records and financial documents.

**The 2005 Return**.

C.     The 2005 amended tax return for Richard K. and Sharon L. Armstrong had seventeen Forms 1099-OID attached to it. Those forms, four in Sharon's name, and thirteen in Richard's, listed federal income tax withheld by various financial institutions of $582,352.10. Also, attached to the 2005 amended tax return were two IRS Forms 1096 Annual Summary and Transmittal of U.S Information Returns. One listed its filer as Richard K. Armstrong and stated that he had thirteen forms with a total of $540,752.10 of federal income tax withheld. The other Form 1096 listed Sharon L. Armstrong as its filer, and stated she had four forms with a total of $41,600.00 of federal income tax withheld.

D.     IRS Form 1096 is a summary form or cover sheet for Forms 1099 and some other miscellaneous IRS documents. Typically, a Form 1096 is issued by the payer to summarize all of the Forms 1099 it issued during a particular year. Form 1096 is not used to report a summary of Forms 1099 received by anyone taxpayer from separate sources. With a typical Form 1096 filing, the payer will provide the IRS with copies of all the Forms 1099 it issued during a year and remit to the IRS any federal income tax that was withheld. Also with a typical Form 1099/Form 1096

8

*"ACCEPTED"*
*Richard Kellog Armstrong*
*JANUARY 16, 2014 CLS*

filing, the payer provides Forms 1099 to each payee it paid during the year.

    E.     IRS records did not show any of the Forms 1099-OID attached to the Armstrongs'

2005 return being filed with the IRS by the parties purported to have issued them.

    F.     The amended tax return for 2005 requested a refund of $582,352. On or about

November 28, 2008, the Internal Revenue Service issued United States Treasury Check # 2309

53596478 payable to Richard K. & Sharon L. Armstrong for $699,449.70. Included in that

amount was $117,097.70 of interest on the $582,352 refund requested for 2005. The check was

mailed to Mr. & Mrs. Armstrong at 1642 N McCulloch Boulevard # 391 in Lake Havasu City,

Arizona. The check was negotiated on or about December 15, 2008 with an endorsement stamp

that reads For Deposit Only Richard K Armstrong Sharon L Armstrong 115747682.

**2006 Return.**

    G.     The 2006 amended tax return for Richard K. and Sharon L. Armstrong had eleven

Forms 1099-OID attached to it. Those forms, three in Sharon's name, and eight in Richard's, list

federal income tax withheld by various financial institutions of $283,746.00. Also attached to the

2006 amended tax return were two IRS Forms 1096 Annual Summary and Transmittal of U.S

Information Returns. One lists its filer as Richard K. Armstrong and stated he had eight forms

with a total of $251,846.00 of federal income tax withheld. The other Form 1096 lists Sharon L.

Armstrong as its filer, and stated she had three forms with a total of $31,900.00 of federal income

tax withheld. IRS records did not show any of the Forms 1099-OID attached to the Armstrong's

or any of the other returns prepared by Numbers and Beyond being filed with the IRS by the

parties purported to have issued them.

    H.     The Armstrong's amended tax return for 2006 claimed a refund due of $283,746.

*"Accepted"*
*Richard Kelby Armstrong*
*January 16, 2014 CE.*

The Internal Revenue Service issued United States Treasury Check # 2309 53596479 on or about November 28, 2008. The check was payable to Richard K. & Sharon L. Armstrong and was mailed to them at 1642 N McColloch Boulevard in Lake Havasu City, Arizona. The check was for $315,252.75, the $283,746 plus interest of $31,512.60 on the refund requested for 2006. (There is a miscellaneous un-reconciled amount of $5.85.) The check was negotiated with a stamp that reads, Pay to the order of Bank of America Lake Havasu City AZ 86403 For Deposit Only Richard K Armstrong Sharon L Armstrong 115747682. Stamps on the check indicate it was negotiated on or about December 15, 2008.

**The 2007 Return.**

I.     The 2007 amended tax return for Richard K. and Sharon L. Armstrong had ten Forms 1099-OID attached to it. Those forms, two in Sharon's name, and eight in Richard's, list federal income tax withheld by various financial institutions of $605,300.00. Also attached to the 2007 amended tax return were two IRS Forms 1096 Annual Summary and Transmittal of U.S Information Returns. One lists its filer as Richard K. Armstrong and stated he had eight forms with a total of $558,300.00 of federal income tax withheld. The other Form 1096 lists Sharon L. Armstrong as its filer, and stated she had two forms with a total of $47,000.00 of federal income tax withheld. IRS records did not show any of the Forms 1099-OID attached to the Armstrong's or any of the other returns prepared by Numbers and Beyond being filed with the IRS by the parties purported to have issued them.

J.     The Armstrong's amended tax return for 2007 requested a refund of $605,300. On or about November 28, 2008, the Internal Revenue Service issued United States Treasury check # 230953596480 payable to Richard K. & Sharon L. Armstrong and mailed it to them at 1642 N

"ACCEPTED"

Richard Villag Armstrong

McColloch Boulevard in Lake Havasu City, Arizona. The check was for $622,779.16, which

JANUARY 16, 2012 CE

included $17,479.16 of interest in addition to the $605,300 refund requested for 2007. The check

was negotiated with a stamp that reads, Pay to the order of Bank of America Lake Havasu City

AZ86403 For Deposit Only Richard K Armstrong Sharon L Armstrong 115747682. Stamps on

the check indicate it was negotiated on or about December 15, 2008.

**Analysis of Forms 1099-OID Attached to Armstrong Tax Returns.**

     15.    I was able to determine from the returns themselves and related IRS records that

each of the amended tax returns for Richard and Sharon Armstrong for 2005, 2006 and 2007

were filed with the IRS on paper by mail. I was able to tell from my review of the IRS Forms

1099-OID attached to these amended returns that these supporting forms were bogus in nature

and consistent with a Form 1099-OID scheme.

     16.    Specifically, for the Forms 1099-OID attached to the Armstrong amended tax

returns for 2005, 2006 and 2007:

     A.    The Forms 1099-OID attached to the Armstrong's tax returns for 2005, 2006 and

2007 appear similar in font, type and form, even though they are allegedly from numerous

different financial institutions.

     B.    There are two IRS Forms 1096 attached to each return. These Forms 1096

summarize the Forms 1099-OID purportedly received by Richard & Sharon Armstrong. When

used properly, IRS Forms 1096 are filed with the IRS by issuers of Forms 1099 to summarize

information contained on the Forms 1099 they issued to payees. The Forms 1096 for Richard &

Sharon Armstrong summarize the Forms 1099-OID they allegedly received.

     C.    Some of the Forms 1099-OID attached to the returns list sixteen digit account

11

*"Accepted"*
*Richard Kellogg Armstrong*
▓▓▓▓▓▓▓▓▓▓▓▓
*January 16, 2014 US*

numbers, with dashes every four digits, for accounts at institutions such as Citibank, Discover,

Bank of America, First USA, Chase Bank, and Capital One. Based on my experience as a

financial investigator, which includes reviewing numerous credit reports, I could tell that these

numbers appear to be credit card account numbers, with amounts listed in boxes # 1 & # 4 that

appear to be credit limits on those accounts.

     D.     Included in the Forms 1099-OID attached to the 2005 amended tax returns were

two forms supposedly from Countrywide Home Loans. The forms list account numbers # 287047

and # 299633. Forms 1098, mortgage interest statements, independently filed by Countrywide

Home Loans with the IRS indicate that Richard K. Armstrong paid mortgage interest on accounts

#287047 & 299633 in 2005. Included in the Forms-1099-OID attached to the 2007 amended tax

return for Richard & Sharon Armstrong was a Form 1099-OID supposedly from Countrywide

Home Loans. The form lists account # 120258003 and indicates Richard K. Armstrong had

$300,000 of original issue discount (income) in 2007, with $300,000 of federal income tax

withheld from that amount. Countrywide Home Loans independently filed a Form 1098

mortgage interest statement with the IRS for 2007 indicating that Richard Armstrong paid

mortgage interest of $18,750 on account # 120258003.

     E.     The Forms 1099-OID attached to the Armstrong's tax returns list equal amounts in

Box # 1 Original Issue Discount (income), and Box # 4 Federal Income Tax Withheld.

Legitimate Forms 1099-OID would normally list a smaller amount in Box # 4 than they do in

Box # 1. Box # 4 represents the amount of federal income tax withheld from the income in Box #

1 and is typically 28% of that amount.

     F.     IRS records do not show the amounts of federal income tax withheld claimed on

12

Case 1:10-cr-00317-REB   Document 1   Filed 05/18/10   USD   Colorado   Page 15 of 25

*"Accepted"*

*Richard Kellogg Armstrong*

*January 16, 2014 C.E.*

these returns, attributable to the attached Forms 1099-OID, being reported or remitted to the IRS. The amounts of federal income tax withheld claimed on the Armstrong's returns, attributable to the amounts claimed on these forms, could not be substantiated by any IRS records. As a consequence, the purported income tax withheld amounts that were the basis for the Armstrongs' $1.6 million in refund and interest claims were not supported by any tax payments reported or made to the IRS.

**Warranted Search Of Curtis Morris' Elizabeth, Colorado Residence And Related Investigation.**

17.    On June 30, 2009, based on information gathered in the investigation to that date, I applied for and obtained a federal search warrant from the United States District Court in Colorado for Curtis Morris' residence in Elizabeth, Colorado, the premises where he primarily conducted his tax preparation business under the name Numbers And Beyond and where it appeared that he prepared and mailed out many of the returns exploiting the fraudulent 1099-OID tax refund scheme. I and other IRS agents conducted this warranted search the following day.

18.    While the search of this residence was being conducted, Curtis Morris agreed to be interviewed and gave a lengthy statement to me, in which he admitted the following, among other things:

A.    He knows the IRS considers the OID program he operates a scam.

B.    He prepared OID tax returns using the program for numerous clients and charged $150 a return. He explained that the OID returns that he prepared were supported by IRS Forms 1099-OID that did not report income taxes that were actually withheld and paid over to the IRS

13

by the taxpayer (or anyone) but rather money that he believed was owed by financial institutions to the IRS; he indicated that financial institutions that extended loans and other forms of credit to individuals were creating money and that this was income that the institutions should have reported to the IRS and paid taxes on, but did not, and that individuals who received the loans or other forms of credit could make claim to the IRS for the taxes that the institutions should have paid over to the IRS.

C.      He prepared amended tax returns for Richard and Sharon Armstrong for 2005, 2006, and 2007 at his home in Elizabeth, Colorado, claiming over $1,400,000 in refunds owed to the couple, utilizing IRS Forms 1099-OID that were part of this 1099-OID program. Morris stated that certain unidentified friends referred Richard ARMSTRONG to him to do the returns and that he dealt with Richard ARMSTRONG concerning the preparation of the returns. Morris denied preparing the supporting Forms 1099-OID for the returns, declining to identify the source of these documents, but indicated generally that Richard ARMSTRONG gave him records to prepare the returns. Morris acknowledged that ARMSTRONG probably came to him to do these particular returns because he (Morris) was willing to do things that other accountants were not willing to do.

D.      Richard and Sharon Armstrong received roughly $1.6 million from the IRS based on the returns he prepared. Morris stated that he congratulated Richard ARMSTRONG on receiving the $1.6 million. Morris acknowledged that he was aware that the institutions identified in the supporting Forms 1099-OID had not remitted the supposed tax payments supporting the refunds claimed but was adamant that the institutions should have paid these amounts over to the IRS and that the IRS should collect these funds from them.

14

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 C.E.*

E.      Morris prepared, signed and submitted a 2006 amended U.S. income tax return,

containing forms 1099-OID, for himself claiming a $74,000 refund.  When asked why the IRS

owed him $74,000, he stated "you don't".  Mr. Morris stated the return was filed for equities, and

he wanted the IRS to go after the financial institutions listed on the Forms 1099-OID.

19.      As a result of the warranted search, IRS/CID seized numerous records relating the

OID tax returns and the scheme in general.  IRS/CID also seized electronic images of Mr. Morris'

computers and recovered numerous emails addressing OID returns and related matters from those

images.  Among these recovered emails were email communications to and from Richard

Kellogg ARMSTRONG and email communications forwarded to or from ARMSTRONG.

20.      Among these recovered emails was a December 16, 2008 email communication

from a certified public accountant (CPA) in California who had previously prepared

ARMSTRONG's income tax returns providing his views on the lawfulness of the 1099 OID

program and ARMSTRONG's description and use of it in securing his tax refunds for the years

2005 through 2007, which was forwarded to Morris for comment.

21.      Using this email, I identified and interviewed the California CPA about

ARMSTRONG.  The CPA indicated that ARMSTRONG had been his tax preparation client for

approximately twenty years before the time period of ARMSTRONG's association with Morris[1]

and indicated that during this time ARMSTRONG identified himself as being retired.  The

returns that the CPA prepared for ARMSTRONG reflected modest income from Social Security

benefits and investments.  I discussed with the CPA the email that had been recovered from

Morris's computers, and he acknowledged that he had sent the email to Armstrong that was then

---

[1]      The California CPA did not know Morris.

15

forwarded to Morris.

22.    ARMSTRONG's California CPA indicated that he wrote the email in response to

two emails that ARMSTRONG had sent him regarding the 1099-OID and ARMSTRONG's use

of it to obtain refund payments for 2005 through 2007. The CPA indicated that ARMSTRONG

was sending him these emails because ARMSTRONG wanted the CPA to prepare

ARMSTRONG's 2008 federal income returns using the 1099 OID program and forms that were

the basis of his previous refund claims for 2005 through 2007. The CPA provided me with hard

copies of these emails, which I retained and reviewed.

23.    In the first of these emails, dated December 16, 2008, ARMSTRONG explained

the OID program to the California CPA. Mr. Armstrong wrote, in part:

> "Through an associate, we learned that we could apply to the IRS for a tax refund
> for the past three years, 2005, 2006 and 2007, by submitting, on a Form
> 1099-OID, the gross amount of any mortgages and purchase contracts that were
> open during that period, the maximum credit limits on all credit cards open for
> that period and all debits, except for cash, from our personal checking accounts
> for each of the three years.
>
> We submitted 1099-OIDs along with a Form 1096 summary of the OIDs and then
> filed Form 1040Xs for each of the three years. The 1040Xs were completed by an
> accountant who was familiar with the subject IRS ruling and filing process. The
> result, after about 6 weeks from the filing date, was the receipt of three checks
> form the Treasury Dept. totaling $1,637,481.61 as tax refunds including interest in
> the amount of $166,089.46. Under this process, we can file 1099-OIDs each year
> for all of the stated "credit" forms. It all dates back to Roosevelt and HJR 192 in
> 1933. The key now, you might say is to spend as much as possible this year
> because it will all come back next year in the form of a tax refund. The interest,
> of course, is taxable."
>
> "Under separate email I'm sending you a 38 page paper that my associate wrote
> covering the formation of the Federal Reserve Bank in 1913, Roosevelt's election
> and the subsequent withdrawal of gold to back our currency, HJR 192 and the
> allowance of the Federal Reserve Bank (a private company) to become our
> Central Bank and the OID. I'm sure you'll enjoy reading it and then you'll be

16

knowledgeable and able to file our 1099-OIDs and 1096 along with our 1040 for 2008. We will want to file immediately after Jan. 1 so that we'll get our tax refund by the end of February. You'll probably want to take personal advantage of this process for 2005, 2006, and 2007 and probably do the same for some of your clients. By the way, this process is ABSOLUTELY LEGAL.

Please let me have your comments after happy reading. Thanks."

24.     In the second email, also of that date, ARMSTRONG provided the CPA with a lengthy document entitled A "Relatively" Brief History of How Original Issue Discount (OID) Came to Be and Why it Must Return to the Source (Y.O.U)," as further explanation for the 1099 OID program. The CPA provided me a hard copy of this document, which was an attachment to the email. I retained and reviewed it. The document is not signed and contained a legal disclaimer at the end that reads in part, "This document is not to be construed as legal or tax advice. Use of this material is done so at the individual's own risk." The document is not lucid, but states, among other things, the following:

a.     The United States is a corporation that has jurisdiction over Washington, D.C.

b.     We are not citizens of the United States, but rather citizens of the United States of America, and citizens of the states in which we reside.

c.     The IRS is a private company and not a part of the United States government.

d.     The federal government does not have constitutional authority to tax your wages. So the income tax is voluntary.

e.     Reference is made to government actions in the 1930's regarding the confiscation of gold, this is given as the basis for the OID program, and the reason people are entitled to submit claims under this program. "After analyzing the complete order, it becomes clear the people voluntarily gave up their gold, a substance with intrinsic value, for worthless paper."

f.     "As a result of HJR 192 (House Joint Resolution), we the people, can no

17

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*January 16, 2014 C∓*

longer pay our debts.  We have nothing of value to give in exchange for the goods and services we need.  According to HJR 192, we can only discharge our debts.  This was a huge change in our society, but very few people realize what has occurred."

g.   Reference is made to a "strawman", that is required to act between fictitious entities and the living soul.  The document goes on to state that real being ratifies the strawman's deal if they accept benefits from the system.

h.   "The effect of this emergency power is that all Americans are part of the Trading with the Enemy Act, as amended in 1933, i.e., all United States citizens have been declared to be enemies of the United States, to have no rights under the Constitution for the united States of America, no standing in court and no right to operate in commerce without a license!"

i.   The federal government holds title to us in the form of our birth certificates and for which we pay income taxes and social security taxes."

25.   In his December 16, 2008 email reply, the California CPA informed ARMSTRONG that  the OID program was not valid and was in fact illegal.  The CPA directed Mr. ARMSTRONG to the IRS's web cite addressing the scheme.  The CPA strongly recommended that ARMSTRONG return the funds received from the IRS and undo the OID claims. The CPA explained that the courts have rejected the arguments that people are not citizens of United States but are state citizens and that  the concept that the U.S. owes people a debt due to the confiscation of gold is invalid.  The CPA further advised ARMSTRONG that the U.S. Treasury would  move to take his assets to recover the $1.6 million in refund payments and might prosecute him criminally.  The CPA advised ARMSTRONG that  the promoter of the scheme and return preparer would most likely be prosecuted criminally as well.  The CPA also pointed out in his reply that the theory being put forth did  not make sense, indicating that  if money really is worthless what good would it do to receive $1.6 million worthless dollars, and

18

*"ACCEPTED"*

*Richard Kellogg Armstrong*

*JANUARY 16, 2014 CE.*

that the U.S. could not possibly afford to pay the money "owed" to each person under this theory.

26.    The California CPA advised me that he declined to help ARMSTRONG with his 2008 income tax return and that, in his view, ARMSTRONG was smart enough to know that he should not be generating Forms 1099 that purport to be from banks, or have associates preparing Forms 1099 that purport to be from banks on his behalf.

**Additional Investigation Concerning ARMSTRONG.**

27.    Based on my additional work in this investigation, it is evident that ARMSTRONG did not heed his California CPA's advice to return the refund funds from the IRS and undo his OID claims for 2005, 2006, and 2007 and not to use the 1099-OID program for further income tax refund claims.

28.    As part of the investigation, I obtained bank account records for the bank account into which, according to the endorsement stamps, ARMSTRONG's three IRS refund checks were deposited.  The account was a personal account in the name of Richard and Sharon Armstrong at Bank of America, and the account records reflects that all three refund checks were deposited into the account on or about December 15, 2008.  The account records further reflect that a $600 check was drawn on the account, dated January 22, 2009, payable to Morris or his business, which would be the amount consistent with Morris's professed fee for four OID tax returns.

29.    Using these account records, records I acquired from other financial institutions, and statements from prospective witnesses, I determined that, after receiving the IRS tax refunds, ARMSTRONG made the following disbursements, among others, from the Bank of America account  funded by the tax refunds:

19

*"ACCEPTED"*

a.  Net payments of approximately $625,000 to a person whom I have identified as a Morris associate who promoted the OID program and authored the OID document that Armstrong provided to his California CPA. Based on public real estate records and records from a real estate title company, I was able to trace approximately $590,000 of these funds to the purchase of a residence in Brighton, Colorado in early 2009 that was ultimately titled in the name of a purported Nevada unincorporated business organization that also holds title to a real property in Arizona that ARMSTRONG previously held in his own name.

b.  Transfers of funds outside the U.S. of $386,000, including $336,000 of wire transfers to an account in Belize, and a $50,000 payment to an apparent international shell company;

c.  A $58,000 payment to an entity named Bonanza Pacific Group, which was listed by ARMSTRONG as his employer on a 2005 mortgage application submitted to Countrywide Home Loans.

d.  A $345,000 check to Cabo Corp, owned 100% by Sharon Armstrong according to its corporate tax returns, to purchase an airplane. A bill of sale was filed with the Federal Aviation Administration (FAA). Shortly after buying the plane from Cabo Corp, Mr. and Mrs. Armstrong received $340,000 from Cabo Corp to repay a shareholder loan.

30.  Additionally, I learned from IRS records that ARMSTRONG filed an additional OID tax return for 2008 on or about January 31, 2009, requesting a refund of $1,739,452 from the IRS. The IRS did not issue the 2008 refund requested by ARMSTRONG. The 2008 US Individual Income Tax Return claiming this refund was prepared by Curtis Morris. At least one of the emails that was recovered from Morris's computers pursuant to the search warrant has been identified as being associated with the preparation of this return; the email was from Armstrong to Morris and included attachments of Forms 1099-OID that ARMSTRONG wanted to use as a basis for the refund claim. In the email, which is dated January 23, 2009, ARMSTRONG wrote, "Here's our 2008 tax info. As you can see, it's super simple mainly because we didn't make any money except for the IRS donation."

20

*"ACCEPTED"*
*Richard Killag [signature]*

*JANUARY 16, 2014 CE*

31.    As part of my work in the investigation of ARMSTRONG's 1099-OID-based tax returns and refund claims, I identified and contacted representatives of the financial institutions purported to have issued these Forms 1099-OID for the returns that ARMSTRONG filed for the years 2005 through 2007. They have informed me that their institutions did not issue the Forms 1099-OID in question; that Mr. and Mrs. Armstrong did not have any OID income from their institutions; and that these institutions did not withhold federal income tax for him for the accounts indicated on the forms.

32.    I reviewed the 2008 income return that ARMSTRONG filed in attempt to get the $1,739,452 from the IRS and saw that that return listed income tax withheld in an aggregate amount of roughly $1.7 million. I reviewed the Forms 1099-OID attached to ARMSTRONG's email to Morris regarding this return and saw that most of the claimed income tax withheld was by Bank of America. I contacted a representative from Bank of America about these claimed amounts and was told that Bank of America did not issue the form in question or withhold tax amounts listed on the form transmitted by ARMSTRONG to Morris.

**Mailings in Furtherance of the Scheme** .

33.    Based on IRS records, I have been able to determine that the income tax returns that ARMSTRONG filed to secure tax refunds for the years 2005 through 2007 were mailed to the IRS and that the three refund checks would have been mailed to ARMSTRONG at the address listed on the tax returns, which was in Arizona.

34.    I was also able to identify mailings originating from Colorado, in connection with the preparation of these returns. I obtained and reviewed shipping records from Federal Express, a commercial interstate carrier, indicating that a Federal Express shipment from Curtis Morris in

"ACCEPTED"
Richard Kellogg Armstrong
JANUARY 16, 2014 CE

Elizabeth, Colorado was made to a "R Armstrong" at 30 Perkins Dr in Prescott, Arizona on

October 23, 2008. Federal Express records list the shipper's reference as "05-07 OID RETURN".

I saw from the returns themselves that the 2005, 2006, and 2007 Armstrong Amended U.S.

Individual Income Tax Returns claiming 1099-OID based tax refunds were signed and dated by

Curtis Morris on October 20, 2008, and they were signed and dated by Richard and Sharon

Armstrong on October 24, 2008. Based on these dates, and the notation on the Federal Express

records, it is apparent that the returns prepared by Morris for these years were sent by Federal

Express to ARMSTRONG in Arizona for signature and filing.

## Conclusion

35.    Based on the foregoing, your affiant submits that there is probable cause to

believe that:

–      Richard Kellogg ARMSTRONG submitted false claims against the United States,

based on federal income tax returns that he filed requesting refunds for the years 2005

through 2008, in violation of Title 18, United States Code, Section 287; and that

–      Richard Kellogg ARMSTRONG engaged and participated in a  fraudulent scheme

that was executed through the use of mail matter, including a Federal Express shipment

from Colorado to Arizona on or about October 23, 208, in violation of Title 18, United

*"ACCEPTED "*
*Richard Kellogg Armstrong*

States Code, Section 1341.

FURTHER AFFIANT SAYETH NAUGHT.           JANUARY 16, 2014 CE.

GREG M. FLYNN, SPECIAL AGENT
INTERNAL REVENUE SERVICE,
CRIMINAL INVESTIGATION DIVISION

Sworn and Subscribed to before
me this day __ of May 2010,
at Denver, Colorado

UNITED STATES MAGISTRATE JUDGE

**KRISTEN L. MIX**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

23

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 239 Filed 05/24/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS RECORDS BY DECLARATION PURSUANT TO FED.R.EVID.803(6) AND 902(11), Page 2 of 3 John F. Walsh Kevin F. Sweeney 2, Page 3 of 3 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 3,"Case 1:10-cr-00317-REB Document 239-1 Filed 05/24/11 USDC Colorado Page 1 of 2 ATTACHMENT A 1, Page 2 of 2 2,"Case 1:10-cr-00317-REB Document 239-2 Filed 05/24/11 USDC Colorado Page 1 of 3 ATTACHMENT B [sample] DECLARATION, Page 2 of 3, Page 3 of 3 ATTACHMENT 1"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentments "supra" and return your offers for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offers by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2014

JEFFREY P. COLWELL
CLERK

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*January 16, 2014 CLE*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    CURTIS L. MORRIS, and
2.    RICHARD KELLOGG ARMSTRONG,

      Defendants.

---

**GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS
RECORDS BY DECLARATION PURSUANT TO FED. R. EVID. 803(6) AND 902(11)**

---

      The United States of America, by and through its undersigned counsel, hereby gives notice of its intention to offer exhibits at trial pursuant to Fed.R Evid. 803(6) and 902(11).

      The category of records which the government intends to introduce in this manner have previously been made available (or are being made available under the government's continuing duty to disclose) to the defendant for inspection and copying as part of discovery in this case. The records and the entities from which they were received are described in Attachment A hereto.

      The government will be seeking witness declarations prepared consistent with Rule 902(11) for authentication of the identified category of records. As completed declarations are obtained, the government will provide them to the defendant for inspection. The government notes that the category of records identified in Attachment A which it intends to offer in this manner may not be exhaustive, and accordingly, the government reserves the right as necessary

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

to introduce and authenticate additional records pursuant to Rule 902(11).  The government also

reserves the right to introduce and authenticate records in any manner allowed for by Fed. R.

Evid. 901 and 902, including through testimony of a witness with knowledge.

A sample declaration in support of the described records is provided in Attachment B

hereto.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


s/ Kevin F. Sweeney
By: Kevin F. Sweeney
Trial Attorney
Tax Division
U.S. Department of Justice

2

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2011, I electronically filed the foregoing **GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS RECORDS BY DECLARATION PURSUANT TO FED. R. EVID. 803(6) AND 902(11)** with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:

Lisa Monet Wayne
lmonet20@aol.com

David L. Owen
davidowen@lodopc.com

I also certify that I sent the foregoing via U.S. Mail to the following:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123

By:     s/ Kevin F. Sweeney
        KEVIN F. SWEENEY
        Trial Attorney

3

Case 1:10-cr-00317-REB   Document 239-1   Filed 05/24/11   USDC Colorado   Page 1 of 2

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

## ATTACHMENT A

| Name of Entity | Category of Records |
|---|---|
| Black Hills State University | Transcript of classes taken, grades earned, and degrees awarded by/to Curtis Morris |
| eBags | Personnel records related to employment of Curtis Morris (application for employment, performance reviews, payroll records) |
| Part Pointe | Records relating to employment of Curtis Morris (payroll forms, withholding etc) |
| Havasu Mail & Packaging | Records relating to the rental of post offices boxes, and/or mail forwarding services |
| Val-U-Corp Services | Records relating to the rental of post offices boxes, and/or mail forwarding services |
| FirstBank of Tech Center | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |
| US Bank | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |
| First National Bank of Monument | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |
| Bank of America | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |
| JP Morgan Chase | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |

1

Case 1:10-cr-00317-REB   Document 239-1   Filed 05/24/11   USDC Colorado   Page 2 of 2

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*January 16, 2014 CE*

| | |
|---|---|
| Compass Bank | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |
| TCF Bank | Banking records, including but not limited to, signature card and other account opening documents; monthly account statements; debit and credit items; and other account records |
| Keller Williams | Records relating to the purchase of real estate |
| Land Title Guarantee Company | Records relating to real estate transactions |
| Cessna Finance Company | Records relating to a loan issued to Richard Armstrong, including but not limited to the loan application, and related correspondence |
| Bank of America Home Loans | Records relating to a loan issued to Richard Armstrong, including but not limited to the loan application, and related correspondence |
| Federal Express Corporation | Shipping records - various addresses |

2

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014  CE*

# ATTACHMENT B

# [sample]  DECLARATION

I, _____, _____, of
     (Name of person)              (Title of Person)

[Name of Entity] hereby state and declare under penalty of perjury that the following statements are true and correct:

1.    I am personally familiar with the representations made in this declaration, either because I am the custodian of the records, or by virtue of my position and experience with the entity listed above that provided the records. The records to which this declaration relates were provided in response to [a subpoena(s) issued by the United States Attorney's Office for the District of Colorado][a summons issued by the Internal Revenue Service] The records are [copies of the] original documents [held in][from] this office. Attachment 1 contains a description of the records to which this declaration relates.

2.    The records were and are documents which were made at or near the time of the occurrence of the matters set forth in the documents.

3.    The records were made by a person with knowledge of the matters set forth in the documents, or from information transmitted by a person with knowledge of the matters.

4.    The documents and records were kept in the usual course of the regular business activity of [Name of Entity] and it was the regular practice of this entity to make and keep such records and documents.

DATED this _____ day of _____, 2011.

_____
Declarant's Signature

_____
Declarant's Name Printed

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

In the State of _____)

    I hereby certify that the above Declaration was signed before me by

_____ on this _____ day of _____, 2011.

_____
Notary Public

My commission expires:_____

Case 1:10-cr-00317-REB   Document 239-2   Filed 05/24/11   USDC Colorado   Page 3 of 3

"ACCEPTED"
Richard Kellogg Armstrong
JANUARY 16, 2014 CE

**ATTACHMENT 1**

Government Exhibits for Criminal Case No. 10-cr-00317-REB

| Exhibit Number | Exhibit Description |
| --- | --- |

| | |
| --- | --- |
| [to be determined] | |
| | |
| | |
| | |

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One                        Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 259 Filed 07/07/11 USDC Colorado Page 1
of 2 Criminal Case No. 10-cr-00317-REB ORDER STRIKING DEFENDANT'S MOTION TO DISMISS AND
MOTION TO REINSTATE NOTICES Blackburn, J., Page 2 of 2 Dated: July 7, 2011 BY THE COURT:
Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 259 Filed 07/07/11 USDC Colorado
Page 1 of 2 Criminal Case No. 10-cr-00317-REB ORDER STRIKING DEFENDANT'S MOTION TO DISMISS
AND MOTION TO REINSTATE NOTICES Blackburn, J., Page 2 of 2 Dated: July 7, 2011 BY THE
COURT: Robert E. Blackburn United States District Judge 2" and return your offer for
closure and settlement of the accounting.

I indicate my acceptance of your offer  by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE**. Dishonor may result if you fail to respond.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street
     Denver, Colorado 80294-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*January 16, 2014 CE*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

     Defendant.

---

## ORDER STRIKING DEFENDANT'S MOTIONS TO DISMISS
## AND
## MOTION TO REINSTATE NOTICES

**Blackburn, J.**

     The following matters are before me for consideration: (1) defendant's **Motion For Dismissal of Indictment With Prejudice Due To U.S. Attorney Lakce of Candor With The Court** [#254][1] filed June 23, 2011; (2) defendant's **Emergency Motion To Dismiss For Evidence of Prosecutorial Misconduct** [#256] filed June 30, 2011; (3) defendant's **Motion To Dismiss Upon Evidence of Prosecutorial Misconduct** [#257] filed June 30, 2011; and (4) defendant's **Motion For Request That Court Recognize Notices** [#258] filed June 30, 2011.  I strike the motions.

     Mr. Armstrong was enjoined twice by this court from filing any pretrial motions without advance leave of the court. *See* Order [#235] entered May 17, 2011, at 7, ¶ 3.b.; and Order [#251] entered June 19, 2011, at 5, ¶ 7.b. Yet in clear violation of these two

---

[1] "[#254]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

"ACCEPTED"
Richard Kellogg Armstrong
JANUARY 16, 2014 CE

orders, Mr. Armstrong filed the motions made the focus of this order. This contemptuous

conduct by Mr. Armstrong warrants the striking of these motions.

THEREFORE, IT IS ORDERED as follows:

1. That defendant's **Motion For Dismissal of Indictment With Prejudice Due To U.S. Attorney Lakce of Candor With The Court** [#254] filed June 23, 2011, is **STRICKEN**;

2. That defendant's **Emergency Motion To Dismiss For Evidence of Prosecutorial Misconduct** [#256] filed June 30, 2011, is **STRICKEN**;

3. That defendant's **Motion To Dismiss Upon Evidence of Prosecutorial Misconduct** [#257] filed June 30, 2011, is **STRICKEN**; and

4. That defendant's **Motion For Request That Court Recognize Notices** [#258] filed June 30, 2011, is **STRICKEN**.

Dated July 7, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 1 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 1 of 22

Appellate Case: 11-1397   Document: 01018703822   Date Filed: 08/31/2011   Page: 2

APPEAL

**U.S. District Court**
**District of Colorado (Denver)**
**CRIMINAL DOCKET FOR CASE #: 1:10-cr-00317-REB-2**

Case title: USA v. Morris et al

Date Filed: 06/08/2010

Assigned to: Judge Robert E. Blackburn
Appeals court case number: 10-1345
USCA

**Defendant (2)**
**Richard Kellogg Armstrong**

represented by **Richard Kellogg Armstrong**
#20413-298
ENGLEWOOD
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123
PRO SE

**David L. Owen , Jr.**
David L. Owen Jr., P.C., Law Office of
718 Huntington Place
Highlands Ranch, CO 80126-4730
303-993-7092
Fax: 720-242-8907
Email: davidowen@lodopc.com
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Richard Kent Kornfeld**
Recht & Kornfeld, P.C.
1600 Stout Street
#1000
Denver, CO 80202
303-573-1900
Fax: 303-446-9400
Email: rick@rechtkornfeld.com
TERMINATED: 01/05/2011
Designation: CJA Appointment

**Pending Counts**

FRAUDS AND SWINDLES-Mail

**Disposition**

Case 1:10-cr-00317-REB   Document 737   Filed 01/21/14   USDC Colorado   Page 43 of 64

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 2 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 2 of 22

Appellate Case: 11-1397   Document: 01018703822   Date Filed: 08/31/2011   Page: 3

fraud
(1)
FRAUDS AND SWINDLES
(1s)
FALSE OR FRAUDULENT CLAIMS-
filing flase claims against the U.S.
(4-7)
FALSE OR FRAUDULENT CLAIMS
(6s-9s)
FALSE OR FRAUDULENT CLAIMS
(13s-16s)
Monetary transactions in property
derived from specified unlawful activity
(25s-27s)
CONSPIRE TO DEFRAUD
GOVERNMENT RESPECT TO
CLAIM
(28s)

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**
None

**Highest Offense Level (Terminated)**
None

**Complaints**
18:287.F Filing false claims against the
United States, 18:1341.F Mail Fraud

**Disposition**

**Disposition**

**Plaintiff**
USA

represented by **Kenneth Mark Harmon**
U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver, CO 80202
303-454-0100
Fax: 454-0402
Email: kenneth.harmon@usdoj.gov
*ATTORNEY TO BE NOTICED*

Case 1:10-cr-00317-REB   Document 737   Filed 01/21/14   USDC Colorado   Page 44 of 64
Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 3 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 3 of 22
Appellate Case: 11-1397   Document: 01018703822   Date Filed: 08/31/2011   Page: 4



**Kevin F. Sweeney**
U.S. Department of Justice-DC-Tax
Division-601 D St.
Tax Division, Western Criminal
Enforcement
601 D Street, N.W.
Washington, DC 20530
202-305-3637
Fax: 202-514-9623
Email: kevin.f.sweeney@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Martha Ann Paluch**
U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver, CO 80202
303-454-0100
Fax: 303-454-0402
Email: Martha.Paluch@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Tonya Shotwell Andrews**
U.S. Attorney's Office-Denver
1225 17th Street East
#700
Denver, CO 80202
303-454-0100
Fax: 303-454-0402
Email: Tonya.Andrews@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2010 | 1 | COMPLAINT as to Richard Kellogg Armstrong (1). (Attachments: # 1 Criminal Information Sheet) (tllsl, ) [1:10-mj-01088-KLM *SEALED*] (Entered: 05/18/2010) |
| 05/18/2010 | 2 | Arrest Warrant Issued in case as to Richard Kellogg Armstrong. (tllsl, ) [1:10-mj-01088-KLM *SEALED*] (Entered: 05/18/2010) |
| 05/18/2010 | 3 | MOTION to Seal Case by USA as to Richard Kellogg Armstrong. (tllsl, ) [1:10-mj-01088-KLM *SEALED*] (Entered: 05/18/2010) |
| 05/18/2010 | 4 | ORDER granting 3 Motion to Seal Case as to Richard Kellogg Armstrong (1) by Magistrate Judge Kristen L. Mix on 5/18/2010. (tllsl, ) [1:10-mj-01088-KLM *SEALED*] (Entered: 05/18/2010) |
| 06/08/2010 | 5 | INDICTMENT as to Curtis L. Morris (1) count(s) 1, 2-3, 4-7, 8-9, |

Case 1:10-cr-00317-REB  Document 283-1  Filed 09/05/11  USDC Colorado  Page 4 of 22
Case 1:10-cr-00317-REB  Document 280-1  Filed 08/31/11  USDC Colorado  Page 4 of 22

Appellate Case: 11-1397  Document: 01018703822  Date Filed: 08/31/2011  Page: 5

| | | |
|---|---|---|
| | | Richard Kellogg Armstrong (2) count(s) 1, 4-7. (Attachments: # 1 Criminal Information Sheet Morris, # 2 Criminal Information Sheet Armstrong) (tllsl, ) (Entered: 06/09/2010) |
| 06/08/2010 | 7 | MOTION to Seal Case by USA as to Richard Kellogg Armstrong, Curtis L. Morris. (tllsl, ) (Entered: 06/09/2010) |
| 06/09/2010 | 8 | Rule 5(c)(3) Documents Received from the Southern District of California as to Richard Kellogg Armstrong (tllsl, ) (Entered: 06/09/2010) |
| 06/09/2010 | 9 | ORDER by Magistrate Judge Boyd N. Boland on 6/9/2010, granting 7 Motion to Seal Case as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). (tllsl, ) (Entered: 06/10/2010) |
| 06/11/2010 | 10 | Minute Entry for proceedings held before Magistrate Judge Boyd N. Boland: Initial Appearance as to Richard Kellogg Armstrong held on 6/11/2010. AUSA Ken Harmon; Defendant present in custody without counsel; Pretrial Sue Heckman. The government moves to unseal this case. ORDERED: Government's oral motion to unseal is GRANTED. Defendant advised. Defendant is not requesting court appointed counsel. Arraignment, Discovery, and Detention (Detention if a motion to reopen detention is filed) set for 6/16/2010 10:00 AM in Courtroom A401 before Magistrate Judge Boyd N. Boland. Defendant remanded. TEXT ENTRY ONLY-NO DOCUMENT ATTACHED (Tape #FTR BNB PM) (labsl, ) (Entered: 06/11/2010) |
| 06/14/2010 | 12 | Arrest Warrant Returned Executed on 6/11/10 in case as to Richard Kellogg Armstrong. (labsl, ) (Entered: 06/14/2010) |
| 06/16/2010 | 14 | Minute Entry for proceedings held before Magistrate Judge Boyd N. Boland: Arraignment, Discovery and Detention Hearing as to Richard Kellogg Armstrong held on 6/16/2010. AUSA Kenneth Harmon; Defendant present in custody without counsel; Pretrial Keith Williams. Defendant has not retained counsel. Financial affidavit reviewed. CJA appointed. Arraignment, Discovery and Detention Hearing continued to 6/21/2010 1:30 PM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Defendant remanded. TEXT ENTRY ONLY-NO DOCUMENT ATTACHED. (Tape #FTR BNB AM) (lab, ) (Entered: 06/16/2010) |
| 06/16/2010 | 16 | Arrest Warrant Returned Executed on 6/11/10 in case as to Richard Kellogg Armstrong. (kltsl, ) (Entered: 06/17/2010) |
| 06/16/2010 | | Sealed Document-Financial Affidavit (labsl, ) (Entered: 06/17/2010) |
| 06/18/2010 | 19 | CJA 20: Appointment of Richard Kent Kornfeld for Richard Kellogg Armstrong by Magistrate Judge Boyd N. Boland on 6/18/2010. (smatl, ) (Entered: 06/18/2010) |
| 06/21/2010 | 23 | Minute Entry for proceedings held before Magistrate Judge Kathleen M. Tafoya: Arraignment, Discovery and Detention Hearing as to Richard Kellogg Armstrong held on 6/21/2010. AUSA Kenneth |

Case 1:10-cr-00317-REB   Document 737   Filed 01/21/14   USDC Colorado   Page 46 of 64

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 5 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 6 of 22

Appellate Case: 11-1397      Document: 01018703822      Date Filed: 08/31/2011      Page: 6

| | | |
|---|---|---|
| | | Harmon; Defendant present in custody with Richard Kornfeld; Pretrial Sue Heckman. Plea NOT GUILTY on all counts entered by Richard Kellogg Armstrong. Discovery memorandum executed. Evidence and testimony from government's witness Greg Flynn. Government's exhibits 1 and 2 admitted. Argument regarding detention. ORDERED: Defendant detained. Counsel to chambers. Defendant remanded. TEXT ENTRY ONLY-NO DOCUMENT ATTACHED. (Tape #FTR KMT PM) (lab, ) (Entered: 06/22/2010) |
| 06/21/2010 | 25 | Discovery Conference Memorandum and ORDER Estimated Trial Time - 5 days as to Richard Kellogg Armstrong by Magistrate Judge Kathleen M. Tafoya on 6/21/10. (lab, ) (Entered: 06/22/2010) |
| 06/21/2010 | 26 | Sealed Document-Government's exhibit 1 (lab, ) Modified on 6/22/2010 to link to minutes of 6-21-10, entry 23. (lab, ). (Entered: 06/22/2010) |
| 06/21/2010 | 27 | Government's EXHIBIT 2 in support of 23 Arraignment, Discovery and Detention Hearing as to Richard Kellogg Armstrong (lab, ) (Entered: 06/22/2010) |
| 06/22/2010 | 30 | ORDER OF DETENTION as to Richard Kellogg Armstrong by Magistrate Judge Kathleen M. Tafoya on 6/22/10. (lab, ) (Entered: 06/23/2010) |
| 06/24/2010 | 31 | Ex Parte Document. (Attachments: # 1 Exhibit A, # 2 Exparte Attachment)(Kornfeld, Richard) (Entered: 06/24/2010) |
| 06/24/2010 | 32 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Richard Kellogg Armstrong, Curtis L. Morris. (Attachments: # 1 Proposed Order (PDF Only))(Harmon, Kenneth) (Entered: 06/24/2010) |
| 06/25/2010 | 33 | TRIAL PREPARATION CONFERENCE ORDER by Judge Robert E. Blackburn on 6/25/2010 as to Richard Kellogg Armstrong, Curtis L. Morris. Motions due by 7/9/2010. Telephone Conference set for 7/22/2010 10:30 AM before Judge Robert E. Blackburn. Trial Preparation Conference set for 8/20/2010 at 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. Jury Trial set for 8/23/2010 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 06/25/2010) |
| 06/25/2010 | 34 | ORDER by Judge Robert E. Blackburn on 6/25/2010, granting 32 Motion to Disclose Grand Jury Material as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). (tllsl, ) (Entered: 06/28/2010) |
| 06/28/2010 | 40 | Ex Parte Document. (smatl, ) (Entered: 07/08/2010) |
| 07/01/2010 | 35 | CJA 24 (Kornfeld, Richard) (Entered: 07/01/2010) |
| 07/07/2010 | 36 | Joint MOTION to Declare Case Complex *and to Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence Pursuant to 18 U.S.C. 3161(h)* by Richard Kellogg Armstrong, Curtis L. Morris. (Kornfeld, Richard) (Entered: |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 6 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 6 of 22

Appellate Case: 11-1397   Document: 01018703822   Date Filed: 08/31/2011   Page: 7

| | | 07/07/2010 |
|---|---|---|
| 07/07/2010 | 37 | MINUTE ORDER by Judge Robert E. Blackburn on 7/7/2010 Setting Hearing on Motion 36 Joint MOTION to Declare Case Complex, as to defendants Curtis L. Morris and Richard Kellogg Armstrong. Motion Hearing set for 10/22/2010 08:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 07/07/2010) |
| 07/07/2010 | 38 | Ex Parte Document. (Attachments: # 1 Exparte Attachment, # 2 Exparte Attachment)(Wayne, Lisa) (Entered: 07/07/2010) |
| 07/07/2010 | 39 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 07/07/2010) |
| 07/12/2010 | 42 | MINUTE ORDER Terminating Hearing as to Richard Kellogg Armstrong, Curtis L. Morris 36 Joint MOTION to Declare Case Complex and to Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence. The court has set a hearing on the motion on 10/22/10. The Trial Preparation Conference set for 8/20/10, and the jury trial set to commence 8/23/10, are VACATED and CONTINUED pending further order of court. by Judge Robert E. Blackburn on 7/12/10. (mjg, ) (Entered: 07/12/2010) |
| 07/14/2010 | 43 | MOTION for Reconsideration re 30 Order of Detention Richard Kellogg Armstrong. (Kornfeld, Richard) (Entered: 07/14/2010) |
| 07/15/2010 | 45 | MINUTE ORDER by Judge Robert E. Blackburn on 7/15/2010 Setting Hearing on Motion 43 MOTION for Reconsideration re 30 Order of Detention as to defendant Richard Kellogg Armstrong. Motion Hearing set for 7/23/2010 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 07/15/2010) |
| 07/15/2010 | 46 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 07/15/2010) |
| 07/17/2010 | 48 | TRANSCRIPT of Arraignment, Discovery and Detention Hearing as to Richard Kellogg Armstrong held on 6-21-10 before Magistrate Judge Tafoya. Pages: 1-101. Prepared by: Adrienne Whitlow. <P> NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov. </P> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 10/18/2010. (Whitlow, Adrienne) (Entered: 07/17/2010) |
| 07/22/2010 | 49 | RESPONSE to Motion by USA as to Richard Kellogg Armstrong re 43 MOTION for Reconsideration re 30 Order of Detention |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 7 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 7 of 22

Appellate Case: 11-1397   Document: 01018703822   Date Filed: 08/31/2011   Page: 8

| | | |
|---|---|---|
| | | (Attachments: # 1 Affidavit Declaration of Greg M. Flynn)(Harmon, Kenneth) (Entered: 07/22/2010) |
| 07/23/2010 | 51 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing as to Richard Kellogg Armstrong held on 7/23/2010 re 43 MOTION for Reconsideration of 30 Order of Detention. The court takes the motion under advisement and will issue a written ruling. (Court Reporter Suzanne Claar) (tllsl, ) (Entered: 07/23/2010) |
| 07/27/2010 | 66 | Ex Parte Document, (pponi, ) (Entered: 08/23/2010) |
| 08/03/2010 | 53 | Ex Parte Document. (Kornfeld, Richard) (Entered: 08/03/2010) |
| 08/03/2010 | 54 | ORDER by Judge Robert E. Blackburn on 8/3/2010, denying 43 Motion for Reconsideration as to Richard Kellogg Armstrong (2). (tllsl, ) (Entered: 08/03/2010) |
| 08/04/2010 | 55 | CJA 24 (Kornfeld, Richard) (Entered: 08/04/2010) |
| 08/06/2010 | 56 | NOTICE OF APPEAL as to 54 Order on Motion for Reconsideration by Richard Kellogg Armstrong (Kornfeld, Richard) (Entered: 08/06/2010) |
| 08/06/2010 | 57 | Ex Parte Document. (Kornfeld, Richard) (Entered: 08/06/2010) |
| 08/09/2010 | 58 | Ex Parte Document. (Attachments: # 1 Exparte Attachment Attachment)(Kornfeld, Richard) (Entered: 08/09/2010) |
| 08/09/2010 | 59 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 56 Notice of Appeal as to Richard Kellogg Armstrong to the U.S. Court of Appeals. (CJA) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record including Notice of Appeal) (bjrsl, ) (Entered: 08/09/2010) |
| 08/09/2010 | 60 | USCA Case Number 10-1343 for 56 Notice of Appeal filed by Richard Kellogg Armstrong. (bjrsl, ) (Entered: 08/09/2010) |
| 08/12/2010 | 61 | DESIGNATION OF RECORD ON APPEAL re 56 Notice of Appeal by Richard Kellogg Armstrong. (Attachments: # 1 Exhibit Docketing Sheet)(Kornfeld, Richard) (Entered: 08/12/2010) |
| 08/12/2010 | 62 | TRANSCRIPT ORDER FORM re 56 Notice of Appeal by Richard Kellogg Armstrong. (Attachments: # 1 Exparte Attachment CJA 24) (Kornfeld, Richard) (Entered: 08/12/2010) |
| 08/12/2010 | 63 | TRANSCRIPT ORDER FORM re 56 Notice of Appeal by Richard Kellogg Armstrong. (Kornfeld, Richard) (Entered: 08/12/2010) |
| 08/13/2010 | 66 | Ex Parte Document. (pponi, ) (Entered: 08/20/2010) |
| 08/18/2010 | 64 | REPORTER TRANSCRIPT ORDER FORM filed by Suzanne Claar; Transcripts ordered 07/23/10 re 56 Notice of Appeal by Richard Armstrong. Transcript due by 9/18/2010. (bjrsl, ) (Entered: 08/19/2010) |

Case 1:10-cr-00317-REB   Document 737   Filed 01/21/14   USDC Colorado   Page 49 of 64

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 8 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 8 of 22

Appellate Case: 11-1397   Document: 01018703822   Date Filed: 08/31/2011   Page: 9

| 08/20/2010 | 67 | MINUTE ORDER by Judge Robert E. Blackburn on 8/20/2010, granting 65 Motion to Continue motion hearing as to Curtis L. Morris (1) and Richard Kellogg Armstrong (2). Telephone Conference set for 8/24/2010 10:30 AM before Judge Robert E. Blackburn. (tllsl, ) (Entered: 08/20/2010) |
| 08/23/2010 | 69 | NOTICE *of Attorney's Unavailability for August 24, 2010 Telephonic Setting Conference* by Richard Kellogg Armstrong (Kornfeld, Richard) (Entered: 08/23/2010) |
| 08/24/2010 | 70 | MINUTE ORDER by Judge Robert E. Blackburn on 8/24/2010 Setting Hearing on Motion as to Richard Kellogg Armstrong, Curtis L. Morris. 36 Joint MOTION to Declare Case Complex and to Exclude Time Within Which the Trial for the Offenses Charged in the Indictment Must Commence Pursuant to 18 U.S.C. 3161(h) is set for Hearing on 9/2/2010 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 08/24/2010) |
| 08/26/2010 | 71 | Ex Parte Document. (Attachments: # 1 Exparte Attachment, # 2 Exparte Attachment)(Kornfeld, Richard) (Entered: 08/26/2010) |
| 08/26/2010 | 72 | TRANSCRIPT of Initial Appearance as to Richard Kellogg Armstrong held on 06/11/2010 before Magistrate Judge Boland. Pages: 1-7.<br><br>NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 11/29/2010.(Avery Woods Reporting, ) (Entered: 08/26/2010) |
| 08/30/2010 | 73 | REPORTER TRANSCRIPT ORDER FORM filed by Avery Woods Reporting Service; Transcripts ordered 6/11/10 and 6/16/10 re 56 Notice of Appeal. Transcript due by 8/27/2010. (gmssl, ) (Entered: 08/31/2010) |
| 08/30/2010 | 74 | STIPULATION and ORDER by Judge Robert E. Blackburn on 8/30/2010 as to Richard Kellogg Armstrong re 51 Motion Hearing exhibits, transcripts and papers. (tllsl, ) (Entered: 08/31/2010) |
| 08/31/2010 | 75 | TRANSCRIPT of HEARING ON MOTION FOR RECONSIDERATION OF ORDER OF DETENTION as to Richard Kellogg Armstrong held on July 23, 2010, before Judge Blackburn. |

Case 1:10-cr-00317-REB    Document 283-1    Filed 09/05/11    USDC Colorado    Page 9 of 22
Case 1:10-cr-00317-REB    Document 280-1    Filed 08/31/11    USDC Colorado    Page 9 of 22

Appellate Case: 11-1397    Document: 01018703822    Date Filed: 08/31/2011    Page 10

| | | |
|---|---|---|
| | | Pages: 1 - 48. <P> NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov. </P> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 12/2/2010. (sclaa, ) (Entered: 08/31/2010) |
| 08/31/2010 | 85 | Ex Parte Document. (pponi, ) (Entered: 09/28/2010) |
| 09/02/2010 | 76 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Kornfeld, Richard) (Entered: 09/02/2010) |
| 09/02/2010 | 77 | ORDER by Judge Robert E. Blackburn on 9/2/2010, granting Motion to Declare Case Complex as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). Motions due by 1/31/2011. Telephone Conference set for 2/7/2011 10:00 AM before Judge Robert E. Blackburn. Trial Preparation Conference set for 5/13/2011 at 02:00 PM in Courtroom A1001 before Judge Robert E. Blackburn. Jury Trial set for 5/16/2011 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl) (Entered: 09/02/2010) |
| 09/02/2010 | 78 | TRANSCRIPT of Arraignment/Detention/Discovery Conference as to Richard Kellogg Armstrong held on June 16, 2010 before Magistrate Judge Boland. Pages: 1-16. <br><br> NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov. <br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 12/6/2010. (Avery Woods Reporting, ) (Entered: 09/02/2010) |
| 09/02/2010 | 79 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing as to Richard Kellogg Armstrong, Curtis L. Morris held on 9/2/2010. Court will issue written order. (Court Reporter Tracy Weir) (tllsl, ) (Entered: 09/02/2010) |
| 09/03/2010 | 80 | Ex Parte Document. (Attachments: # 1 Exparte Attachment, # 2 |

Case 1:10-cr-00317-REB   Document 737   Filed 01/21/14   USDC Colorado   Page 51 of 64

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 10 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 10 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 11

| | | |
|---|---|---|
| | | Exparte Attachment)(Wayne, Lisa) (Entered: 09/03/2010) |
| 09/07/2010 | 81 | DESIGNATION OF RECORD ON APPEAL re 56 Notice of Appeal *Supplement to Record* by Richard Kellogg Armstrong. (Kornfeld, Richard) (Entered: 09/07/2010) |
| 09/08/2010 | 82 | Transmitted Record on Appeal to US Court of Appeals re 56 Notice of Appeal as to Richard Kellogg Armstrong. Volume Numbers: 1 - 3. USCA case no. 10-1345. (Attachments: # 1 Docket Sheet)(bjrsl, ) (Entered: 09/08/2010) |
| 09/09/2010 | 83 | ORDER of USCA as to Richard Kellogg Armstrong. Richard K. Kornfeld is appointed to represent appellant, re 56 Notice of Appeal (gmssl, ) (Entered: 09/10/2010) |
| 09/09/2010 | 87 | Ex Parte Document. (pponi, ) (Entered: 09/29/2010) |
| 09/09/2010 | 88 | Ex Parte Document. (pponi, ) (Entered: 09/29/2010) |
| 09/16/2010 | 89 | Ex Parte Document. (pponi, ) (Entered: 09/30/2010) |
| 09/23/2010 | 90 | Ex Parte Document. (pponi, ) (Entered: 09/30/2010) |
| 09/28/2010 | 86 | USCA Order and Judgment as to Richard Kellogg Armstrong re 56 Notice of Appeal : We affirm the district court's detention order. (USCA Case No. 10-1345) (This document is not the Mandate) (bjrsl, ) (Entered: 09/28/2010) |
| 10/04/2010 | 91 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Kornfeld, Richard) (Entered: 10/04/2010) |
| 10/08/2010 | 92 | Joint MOTION to Disclose Grand Jury Material to Defendant *Defense Expert and Investigators* by Richard Kellogg Armstrong, Curtis L. Morris. (Kornfeld, Richard) (Entered: 10/08/2010) |
| 10/20/2010 | 93 | MANDATE of USCA as to Richard Kellogg Armstrong re 56 USCA Order/Opinion/Judgment, 56 Notice of Appeal: Affirmed. (USCA Case No. 10-1345) (bjrsl, ) (Entered: 10/21/2010) |
| 11/03/2010 | 94 | Ex Parte Document. (Attachments: # 1 Exparte Attachment, # 2 Exparte Attachment)(Kornfeld, Richard) (Entered: 11/03/2010) |
| 11/10/2010 | 95 | Ex Parte Document. (Kornfeld, Richard) (Entered: 11/10/2010) |
| 11/12/2010 | 96 | Ex Parte Document. (Kornfeld, Richard) (Entered: 11/12/2010) |
| 11/18/2010 | 97 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Kornfeld, Richard) (Entered: 11/18/2010) |
| 11/19/2010 | 98 | Ex Parte Document. (smatl, ) (Entered: 11/29/2010) |
| 11/19/2010 | 99 | Ex Parte Document. (pponi, ) (Entered: 11/30/2010) |
| 12/02/2010 | 100 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Kornfeld, Richard) (Entered: 12/02/2010) |

Case 1:10-cr-00317-REB   Document 737   Filed 01/21/14   USDC Colorado   Page 52 of 64

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 11 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 11 of 22

Appellate Case: 11-1397   Document: 01018703822   Date Filed: 08/31/2011   Page: 12

| | | |
|---|---|---|
| 12/06/2010 | 101 | ORDER by Judge Robert E. Blackburn on 12/06/2010 granting 92 Motion to Disclose Grand Jury Material as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). (prhsl) (Entered: 12/06/2010) |
| 12/15/2010 | 102 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 12/15/2010) |
| 12/23/2010 | 103 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Kornfeld, Richard) (Entered: 12/23/2010) |
| 01/03/2011 | 138 | Ex Parte Document. (ppoml, ) (Entered: 02/04/2011) |
| 01/05/2011 | 104 | MOTION to Withdraw as Attorney by Richard Kornfeld by Richard Kellogg Armstrong. (Kornfeld, Richard) (Entered: 01/05/2011) |
| 01/05/2011 | 105 | MEMORANDUM regarding 104 MOTION to Withdraw as Attorney by Richard Kornfeld filed by Richard Kellogg Armstrong. Motion referred to Magistrate Judge Michael J. Watanabe. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (romsl, ) (Entered: 01/05/2011) |
| 01/05/2011 | 106 | MINUTE ORDER by Magistrate Judge Michael J. Watanabe on 1/5/2011 granting 104 Motion to Withdraw as Attorney Richard Kent Kornfeld withdrawn from case as to Richard Kellogg Armstrong (2). IT IS FURTHER ORDERED that new counsel from the CJA Panel be appointed to represent Defendant Richard Kellogg Armstrong. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (romsl, ) (Entered: 01/05/2011) |
| 01/05/2011 | 159 | Ex Parte Document. (smatl, ) (Entered: 03/08/2011) |
| 01/07/2011 | 107 | CJA 20: Appointment of David L. Owen, Jr for Richard Kellogg Armstrong by Magistrate Judge Michael J. Watanabe on 1/7/2011. (smatl, ) (Entered: 01/07/2011) |
| 01/11/2011 | 108 | NOTICE OF ATTORNEY APPEARANCE: David L. Owen, Jr appearing for Richard Kellogg Armstrong (Owen, David) (Entered: 01/11/2011) |
| 01/13/2011 | 173 | Ex Parte Document. (smatl, ) (Entered: 03/24/2011) |
| 01/14/2011 | 109 | WITHDRAWN; MOTION to Continue by Richard Kellogg Armstrong. (Owen, David) Modified on 1/28/2011 to withdraw per 128 (tllsl, ). (Entered: 01/14/2011) |
| 01/14/2011 | 110 | MINUTE ORDER by Judge Robert E. Blackburn on 1/14/2011, Setting Hearing on Motion 109 as to Richard Kellogg Armstrong, Curtis L. Morris. Motion Hearing set for 1/21/2011 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 01/14/2011) |
| 01/14/2011 | 112 | NOTICE by Richard Kellogg Armstrong (tllsl, ) (Entered: 01/19/2011) |
| 01/18/2011 | 113 | MOTION to Appoint New Counsel by Richard Kellogg Armstrong. |

Case 1:10-cr-00317-REB   Document 737   Filed 01/21/14   USDC Colorado   Page 53 of 64

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 12 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 12 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 13

| | | (tllsl, ) (Entered: 01/19/2011) |
|---|---|---|
| 01/19/2011 | 111 | Ex Parte Document. (Wayne, Lisa) (Entered: 01/19/2011) |
| 01/19/2011 | 114 | MEMORANDUM regarding 113 MOTION to Appoint Counsel filed by Richard Kellogg Armstrong. Motion(s) referred to Magistrate Judge Kristen L. Mix.TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) (Entered: 01/19/2011) |
| 01/19/2011 | 115 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 1/19/2011, denying 113 Motion to Appoint New Counsel as to Richard Kellogg Armstrong (2).TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) (Entered: 01/19/2011) |
| 01/20/2011 | 116 | NOTICE to principal is notice to agent Richard Kellogg Armstrong (tllsl, ) (Entered: 01/20/2011) |
| 01/21/2011 | 119 | MOTION for Order *Directing US Marshal to Provide Hearing Aid Batteries* by Richard Kellogg Armstrong. (Owen, David) (Entered: 01/21/2011) |
| 01/21/2011 | 124 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing 109 as to Richard Kellogg Armstrong, Curtis L. Morris held on 1/21/2011. IT IS ORDERED that this Hearing is VACATED and CONTINUED pending further order of the court. (Court Reporter: Suzanne Claar (romsl, ) Modified on 1/26/2011 (romsl, ). (Entered: 01/25/2011) |
| 01/24/2011 | 121 | MEMORANDUM regarding 119 MOTION for Order Directing US Marshal to Provide Hearing Aid Batteries filed by Richard Kellogg Armstrong. Motion referred to Magistrate Judge Kristen L. Mix.TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) (Entered: 01/24/2011) |
| 01/24/2011 | 122 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 1/24/2011, granting 119 Motion for Order Directing US Marshal to Provide Hearing Aid Batteries as to Richard Kellogg Armstrong (2). TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) (Entered: 01/24/2011) |
| 01/25/2011 | 123 | MOTION for Hearing by Richard Kellogg Armstrong. (Owen, David) (Entered: 01/25/2011) |
| 01/25/2011 | 188 | Ex Parte Document. (smtl, ) (Entered: 04/06/2011) |
| 01/26/2011 | 125 | MINUTE ORDER Setting Hearing on Motion by Judge Robert E. Blackburn on 1/26/2011 as to Richard Kellogg Armstrong, Curtis L. Morris. The 109 MOTION to Continue, is set for 1/27/2011 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 01/26/2011) |
| 01/26/2011 | 126 | MINUTE ORDER granting 123 Motion for Hearing as to Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 1/26/2011. SEE 125 . TEXT ONLY ENTRY - NO DOCUMENT ATTACHED |

Case 1:10-cr-00317-REB   Document 737   Filed 01/21/14   USDC Colorado   Page 54 of 64

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 13 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 13 of 22

Appellate Case: 11-1397   Document: 01018703822   Date Filed: 08/31/2011   Page: 14

| | | |
|---|---|---|
| | | (tllsl, ) (Entered: 01/26/2011) |
| 01/27/2011 | 127 | NOTICE to the District Court, by Richard Kellogg Armstrong (tllsl, ) (Entered: 01/27/2011) |
| 01/27/2011 | 128 | ORDER by Judge Robert E. Blackburn on 1/27/2011, withdrawing 109 Motion to Continue as to Richard Kellogg Armstrong (2). Motions due by 2/28/2011. Status Conference set for 4/1/2011 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 01/28/2011) |
| 01/27/2011 | 129 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing as to Richard Kellogg Armstrong, Curtis L. Morris held on 1/27/2011. Defendant Armstrong's request to represent himself is Granted and David Owen is appointed as advisory counsel. Motion 109 withdrawn. See order at 128 . (Court Reporter Suzanne Claar) (tllsl, ) (Entered: 01/31/2011) |
| 02/02/2011 | 133 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Kornfeld, Richard) (Entered: 02/02/2011) |
| 02/02/2011 | 135 | NOTICE to the District Court by Richard Kellogg Armstrong (tllsl, ) (Entered: 02/03/2011) |
| 02/03/2011 | 134 | MOTION to Modify Order 34 by Richard Kellogg Armstrong. (Owen, David) Modified on 2/4/2011 to add linkage (tllsl, ). (Entered: 02/03/2011) |
| 02/03/2011 | 136 | MINUTE ORDER as to Richard Kellogg Armstrong re 134 MOTION to Modify Order. Government responses due by 2/17/2011 by Judge Robert E. Blackburn on 2/3/2011. (tllsl, ) (Entered: 02/03/2011) |
| 02/04/2011 | 137 | MOTION to terminate and withdraw court appointed assistance of counsel, by Richard Kellogg Armstrong. (tllsl, ) Modified on 2/7/2011 to correct typo (tllsl, ). (Entered: 02/04/2011) |
| 02/09/2011 | 139 | MINUTE ORDER by Judge Robert E. Blackburn on 2/9/2011 Re-setting Hearing as to Richard Kellogg Armstrong, Curtis L. Morris. Status Conference is now set for 4/4/2011 08:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 02/09/2011) |
| 02/15/2011 | 140 | SUPERSEDING INDICTMENT as to Curtis L. Morris (1) count(s) 1s-3s, 6s-22s, 28s, Richard Kellogg Armstrong (2) count(s) 1s, 6s-9s, 13s-16s, 25s-27s, 28s, Larry Ray Hall (3) count(s) 1, 4-5, 6-16, 23-24, 25-27, 28. (Attachments: # 1 Criminal Information Sheet Morris, # 2 Criminal Information Sheet Armstrong, # 3 Criminal Information Sheet Hall) (tllsl, ) (Entered: 02/16/2011) |
| 02/16/2011 | 142 | MINUTE ORDER by Magistrate Judge Craig B. Shaffer on 2/16/2011 setting Hearing as to Richard Kellogg Armstrong, Curtis L. Morris re 140 Superseding Indictment. Re-Arraignment set for 3/2/2011 10:30 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 14 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 14 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 15

| | | |
|---|---|---|
| | | (Entered: 02/16/2011) |
| 02/17/2011 | 143 | RESPONSE to Motion by USA as to Richard Kellogg Armstrong re 134 MOTION to Modify *Order* (Harmon, Kenneth) (Entered: 02/17/2011) |
| 02/17/2011 | 144 | MOTION; NOTICE of challenge of jurisdiction by Richard Kellogg Armstrong (tllsl, ) Modified on 2/22/2011 to correct event to reflect a motion . (tllsl, ). (Entered: 02/18/2011) |
| 02/22/2011 | 145 | NOTICE OF ATTORNEY APPEARANCE Kevin F. Sweeney appearing for USA. (Sweeney, Kevin) (Entered: 02/22/2011) |
| 02/22/2011 | 146 | MINUTE ORDER by Judge Robert E. Blackburn on 2/22/2011 as to Richard Kellogg Armstrong re 144 MOTION to Dismiss Government responses due by 3/19/2011. (tllsl, ) (Entered: 02/22/2011) |
| 02/23/2011 | 147 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 02/23/2011) |
| 02/23/2011 | 148 | (NOTICE) MOTION for release of grand jury transcripts, etc by Richard Kellogg Armstrong. (tllsl, ) (Entered: 02/23/2011) |
| 02/23/2011 | 264 | Ex Parte Document. (smatl, ) (Entered: 07/21/2011) |
| 02/24/2011 | 149 | MOTION ; NOTICE-Challenge of validity of charges by Richard Kellogg Armstrong (tllsl, ) Modified on 2/28/2011 to correct event type per chambers. (tllsl, ). (Entered: 02/25/2011) |
| 02/28/2011 | 150 | MINUTE ORDER by Judge Robert E. Blackburn on 2/28/2011 as to Richard Kellogg Armstrong re 149 MOTION to Dismiss for Lack of Jurisdiction. Government responses due by 3/10/2011. (tllsl, ) (Entered: 02/28/2011) |
| 02/28/2011 | 151 | ORDER denying 135 Notice/Motion for Order as to Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 2/28/2011. (tllsl, ) (Entered: 02/28/2011) |
| 02/28/2011 | 152 | ORDER granting 134 Motion to Modify 34 and denying as moot 48 Motion for Order as to Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 2/28/2011. (tllsl, ) (Entered: 02/28/2011) |
| 02/28/2011 | 153 | First MOTION for Order *For Unopposed Motion for Extension of Time to File Motions* by Curtis L. Morris as to Richard Kellogg Armstrong, Curtis L. Morris, Larry Ray Hall. (Wayne, Lisa) (Entered: 02/28/2011) |
| 02/28/2011 | 154 | MOTION/NOTICE to the United States District Court by Richard Kellogg Armstrong (tllsl, ) Modified on 3/23/2011 to make a motion event (mjgsl, ). (Entered: 03/01/2011) |
| 03/01/2011 | 155 | MINUTE ORDER by Judge Robert E. Blackburn on 3/1/2011 as to Richard Kellogg Armstrong re 154 Notice (Other). Government Responses due by 3/14/2011. (tllsl, ) (Entered: 03/01/2011) |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 15 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 15 of 22

Appellate Case: 11-1397      Document: 01018703822      Date Filed: 08/31/2011      Page: 16

| 03/01/2011 | 156 | MINUTE ORDER by Judge Robert E. Blackburn on 3/1/2011 Setting Hearing on Motion as to Richard Kellogg Armstrong, Curtis L. Morris, Larry Ray Hall. The 153 First MOTION for Order For Unopposed Motion for Extension of Time to File Motions is set for 3/24/2011 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 03/01/2011) |
|---|---|---|
| 03/02/2011 | 157 | Minute Entry for proceedings held before Magistrate Judge Kathleen M. Tafoya: RE-Arraignment on superseding indictment as to Richard Kellogg Armstrong and Curtis L. Morris held on 3/2/2011. AUSA Kenneth Harmon; Defendant Richard Kellogg Armstrong present in custody with David Owen as advisory counsel; Defendant Curtis L. Morris present with Lisa Wayne; Pretrial Jerald Mason. Plea of NOT GUILTY entered on all counts of superseding indictment by Richard Kellogg Armstrong and Curtis L. Morris. Counsel to chambers; Defendant Richard Kellogg Armstrong remanded; Defendant Curtis L. Morris continued on bond. Total time: 9 minutes. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED. (FTR: KMT AM) (romsl, ) Modified on 3/7/2011 to correct typo and add text (romsl, ). (Entered: 03/02/2011) |
| 03/10/2011 | 160 | RESPONSE by USA as to Richard Kellogg Armstrong re: 154 Notice (Other) filed by Richard Kellogg Armstrong, 144 MOTION to Dismiss filed by Richard Kellogg Armstrong, 149 MOTION to Dismiss for Lack of Jurisdiction filed by Richard Kellogg Armstrong *in Opposition* (Sweeney, Kevin) (Entered: 03/10/2011) |
| 03/10/2011 | 161 | NOTICE to the court by Richard Kellogg Armstrong (tllsl, ) (Entered: 03/11/2011) |
| 03/14/2011 | 163 | MINUTE ORDER by Judge Robert E. Blackburn on 3/14/2011 granting 162 Motion to Continue as to Curtis L. Morris (1). The Motion Hearing is now set for 3/30/2011 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 03/14/2011) |
| 03/15/2011 | 165 | Utility Setting/Resetting Deadlines/Hearings as to Richard Kellogg Armstrong, Curtis L. Morris: Motion Hearing/Status Conference set for 4/7/2011 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) (Entered: 03/15/2011) |
| 03/22/2011 | 166 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 03/22/2011) |
| 03/22/2011 | 167 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 03/22/2011) |
| 03/22/2011 | 168 | STRICKEN: MOTION for Order *to Limit the Disclosure of Section 6103 Material by Defense* by USA as to Richard Kellogg Armstrong, Curtis L. Morris. (Attachments: # 1 Proposed Order (PDF Only)) (Sweeney, Kevin) Modified on 3/23/2011 to add text per 170 (tllsl, ). (Entered: 03/22/2011) |

Case 1:10-cr-00317-REB  Document 737  Filed 01/21/14  USDC Colorado  Page 57 of 64

Case 1:10-cr-00317-REB  Document 283-1  Filed 09/05/11  USDC Colorado  Page 16 of 22
Case 1:10-cr-00317-REB  Document 280-1  Filed 08/31/11  USDC Colorado  Page 16 of 22

Appellate Case: 11-1397  Document: 01018703822  Date Filed: 08/31/2011  Page: 17

| | | |
|---|---|---|
| 03/23/2011 | 169 | ORDER by Judge Robert E. Blackburn on 3/23/2011; denying 144 MOTION to Dismiss ; denying 149 Motion to Dismiss ; denying 154 Motion for Order as to Richard Kellogg Armstrong (2). (tllsl, ) (Entered: 03/23/2011) |
| 03/23/2011 | 170 | MINUTE ORDER striking 168 Motion for Order as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 3/23/2011. (tllsl, ) (Entered: 03/23/2011) |
| 03/25/2011 | 175 | STRICKEN: MOTION to Dismiss, by Richard Kellogg Armstrong. (tllsl, ) Modified on 3/29/2011 to add text per 176 (tllsl, ) (Entered: 03/28/2011) |
| 03/28/2011 | 176 | MINUTE ORDER striking 175 Motion to Dismiss as to Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 3/28/2011. (tllsl, ) (Entered: 03/28/2011) |
| 03/29/2011 | 177 | NOTICE by Richard Kellogg Armstrong (tllsl, ) (Entered: 03/30/2011) |
| 03/29/2011 | 178 | NOTICE of claims by Richard Kellogg Armstrong (tllsl, ) (Entered: 03/30/2011) |
| 03/29/2011 | 179 | Additional NOTICE of claims by Richard Kellogg Armstrong (tllsl, ) (Entered: 03/30/2011) |
| 03/31/2011 | 181 | Returned Mail by Richard Kellogg Armstrong re 169 Order on Motion to Dismiss Complaint/Violation Notice, Order on Motion to Dismiss for Lack of Jurisdiction, Order on Motion for Order. (mjgsl, ) (Entered: 04/01/2011) |
| 04/01/2011 | 180 | Ex Parte Document. (Wayne, Lisa) (Entered: 04/01/2011) |
| 04/04/2011 | 182 | Ex Parte Document. (Wayne, Lisa) (Entered: 04/04/2011) |
| 04/04/2011 | 183 | ORDER by Judge Robert E. Blackburn on 4/4/2011, re 177 178 and 179 Notices (Other) filed by Richard Kellogg Armstrong. See attached document for further information. (tllsl, ) (Entered: 04/04/2011) |
| 04/05/2011 | 184 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 04/05/2011) |
| 04/05/2011 | 185 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 04/05/2011) |
| 04/06/2011 | 187 | ORDER denying 137 Motion to Appoint Counsel as to Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 4/6/2011. (tllsl, ) (Entered: 04/06/2011) |
| 04/06/2011 | 190 | NOTICE to the United States District Court by Richard Kellogg Armstrong (tllsl, ) (Entered: 04/06/2011) |
| 04/06/2011 | 191 | Second MOTION to Exclude *TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161* |

Case 1:10-cr-00317-REB   Document 737   Filed 01/21/14   USDC Colorado   Page 58 of 64

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 17 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 17 of 22

Appellate Case: 11-1397   Document: 01018703822   Date Filed: 08/31/2011   Page: 18

| | | |
|---|---|---|
| | | *(h)(7)(B)(i) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET* by Curtis L. Morris as to Richard Kellogg Armstrong, Curtis L. Morris, Larry Ray Hall. (Wayne, Lisa) (Entered: 04/06/2011) |
| 04/07/2011 | 192 | Docket Annotation re: 191 Second MOTION to Exclude TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(i) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET. Pursuant to chambers: this motion ONLY APPLIES TO DEFENDANT CURTIS MORRIS, therefore the motion as to defendants Armstrong and Hall has been terminated. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) (Entered: 04/07/2011) |
| 04/07/2011 | 193 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing as to Richard Kellogg Armstrong, Curtis L. Morris held on 4/7/2011. granting 155 Motion for Order. Motion deadline 4/14/2011. Response deadline 4/28/2011. (Court Reporter: Suzanne Claar) (tllsl, ) (Entered: 04/07/2011) |
| 04/09/2011 | 194 | Ex Parte Document. (Wayne, Lisa) (Entered: 04/09/2011) |
| 04/15/2011 | 195 | NOTICE by Richard Kellogg Armstrong (mjgsl, ) (Entered: 04/15/2011) |
| 04/25/2011 | 205 | MINUTE ORDER by Judge Robert E. Blackburn on 4/25/2011 Re-Setting Hearing as to Richard Kellogg Armstrong, Curtis L. Morris. Trial Preparation Conference is now set for 5/11/2011 at 1:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. (tllsl, ) (Entered: 04/25/2011) |
| 04/25/2011 | 206 | Notice of Rule 404b by USA as to Curtis L. Morris, Richard Kellogg Armstrong (Harmon, Kenneth) (Entered: 04/25/2011) |
| 04/26/2011 | 207 | Ex Parte Document. (Wayne, Lisa) (Entered: 04/26/2011) |
| 04/26/2011 | 208 | MOTION for enlargement of time due to non receipt of all discovery, by Richard Kellogg Armstrong. (tllsl, ) (Entered: 04/26/2011) |
| 04/27/2011 | 209 | MINUTE ORDER as to Richard Kellogg Armstrong re 208 MOTION for Order. Government shall file a response, due by 5/2/2011. by Judge Robert E. Blackburn on 4/27/2011. (tllsl, ) (Entered: 04/27/2011) |
| 04/28/2011 | 210 | RESPONSE to Motion by USA as to Richard Kellogg Armstrong, Curtis L. Morris re 201 MOTION to Sever Defendant *Morris*, 198 MOTION to Exclude *Statements*, 191 Second MOTION to Exclude *TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(i) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET*Second MOTION to Exclude *TIME WITHIN WHICH THE TRIAL FOR THE* |

Case 1:10-cr-00317-REB   Document 737   Filed 01/21/14   USDC Colorado   Page 59 of 64

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 18 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 18 of 22

Appellate Case: 11-1397      Document: 01018703822      Date Filed: 08/31/2011      Page: 19

| | | |
|---|---|---|
| | | *OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(i) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET,* 197 First MOTION for James Hearing, 208 MOTION for Order *200 Motion for Notice of Govt. Intent to Use 404(b) Evidence and Pretrial Hearing* (Harmon, Kenneth) (Entered: 04/28/2011) |
| 04/29/2011 | 212 | MINUTE ORDER granting government's 211 Motion for Leave to File as to Curtis L. Morris (1) by Judge Robert E. Blackburn on 4/29/11.TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (rebcd) (Entered: 04/29/2011) |
| 04/29/2011 | 213 | MOTION to Sever Defendant, by Richard Kellogg Armstrong. (tllsl, ) (Entered: 05/02/2011) |
| 05/03/2011 | 215 | Second MOTION to Exclude *Time Within Which the Trial for the Offenses Charged Must Commence* by Curtis L. Morris as to Richard Kellogg Armstrong, Curtis L. Morris, Larry Ray Hall. (Wayne, Lisa) (Entered: 05/03/2011) |
| 05/03/2011 | 217 | WITHDRAWN: MINUTE ORDER as to Richard Kellogg Armstrong, Curtis L. Morris re 215 Second MOTION to Exclude Time Within Which the Trial for the Offenses Charged Must Commence filed by Curtis L. Morris. Government and defendant Armstrong are to file responses by 5/10/2011. by Judge Robert E. Blackburn on 5/3/2011. (tllsl, ) Modified on 5/3/2011 to withdraw per 219 (tllsl, ). (Entered: 05/03/2011) |
| 05/03/2011 | 218 | MOTION for Order *to Set and Conduct Motions Hearing Respecting Pending Motions to Continue and Exclude Time; Motions Setting Conference Respecting Other Pending Motions; and Status Conference* by USA as to Richard Kellogg Armstrong, Curtis L. Morris. (Harmon, Kenneth) (Entered: 05/03/2011) |
| 05/03/2011 | 219 | MINUTE ORDER granting 218 Motion for Order as to Curtis L. Morris (1), Richard Kellogg Armstrong (2). Motion Hearing set for 5/6/2011 03:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. by Judge Robert E. Blackburn on 5/3/2011. (tllsl, ) (Entered: 05/03/2011) |
| 05/06/2011 | 221 | NOTICE-Request for certified question of law, by Richard Kellogg Armstrong (tllsl, ) (Entered: 05/09/2011) |
| 05/06/2011 | 222 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing as to Richard Kellogg Armstrong, Curtis L. Morris held on 5/6/2011. Court taking under advisement 215 Motion to Exclude. (Court Reporter: Suzanne Claar) (tllsl, ) (Entered: 05/09/2011) |
| 05/09/2011 | 223 | First MOTION for Disclosure *Jury Instructions* by USA as to Richard Kellogg Armstrong, Curtis L. Morris. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 |

Case 1:10-cr-00317-REB   Document 737   Filed 01/21/14   USDC Colorado   Page 60 of 64

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 19 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 19 of 22
Appellate Case: 11-1397   Document: 01018703822   Date Filed: 08/31/2011   Page: 20

| | | |
|---|---|---|
| | | Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit)(Sweeney, Kevin) (Entered: 05/10/2011) |
| 05/10/2011 | 226 | Proposed Voir Dire by USA as to Curtis L. Morris, Richard Kellogg Armstrong (Attachments: # 1 Proposed Document Voir Dire Questions)(Sweeney, Kevin) (Entered: 05/10/2011) |
| 05/11/2011 | 228 | NOTICE OF ATTORNEY APPEARANCE Tonya Shotwell Andrews appearing for USA. (Andrews, Tonya) (Entered: 05/11/2011) |
| 05/11/2011 | 229 | NOTICE OF ATTORNEY APPEARANCE Martha Ann Paluch appearing for USA. (Paluch, Martha) (Entered: 05/11/2011) |
| 05/11/2011 | 231 | Minute Entry for proceedings held before Judge Robert E. Blackburn: Motion Hearing-Pretrial conference as to Richard Kellogg Armstrong, Curtis L. Morris held on 5/11/2011. Court granting 208 Motion for Order and 215 Motion to Exclude. Ordered that six months be excluded from speedy trial. Status/Setting Conference set for 09/09/2011 9:00am in Courtroom A1001 before Judge Robert E. Blackburn.(Court Reporter Suzanne Claar) (tllsl, ) Modified on 5/12/2011 to correct a typo (tllsl, ). (Entered: 05/12/2011) |
| 05/11/2011 | 232 | NOTICE of challenge by Richard Kellogg Armstrong (tllsl, ) Modified on 5/17/2011 to clarify filing (tllsl, ). (Entered: 05/12/2011) |
| 05/13/2011 | 233 | NOTICE of challenge of authority by Richard Kellogg Armstrong (tllsl, ) (Entered: 05/13/2011) |
| 05/16/2011 | 234 | TRANSCRIPT of TRIAL PREPARATION CONFERENCE as to Richard Kellogg Armstrong, Curtis L. Morris held on May 11, 2011, before Judge Blackburn. Pages: 1 - 17. <br> NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 8/18/2011. (sclaa, ) (Entered: 05/16/2011) |
| 05/17/2011 | 235 | ORDER denying 232 Motion for Order as to Richard Kellogg Armstrong (2). by Judge Robert E. Blackburn on 5/17/2011. (tllsl, ) (Entered: 05/17/2011) |
| 05/19/2011 | 236 | STRIKEN NOTICE to the Article III court by Richard Kellogg |

Case 1:10-cr-00317-REB   Document 737   Filed 01/21/14   USDC Colorado   Page 61 of 64

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 20 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 20 of 22

Appellate Case: 11-1397     Document: 01018703822     Date Filed: 08/31/2011     Page: 21

| | | |
|---|---|---|
| | | Armstrong (tllsl, ) Modified on 6/1/2011 to add text pursuant to 241 (romsl, ). Modified on 6/6/2011 to corect text (romsl, ). (Entered: 05/19/2011) |
| 05/19/2011 | 237 | STRIKEN NOTICE to this Article III court to request a response by Richard Kellogg Armstrong (tllsl, ) Modified on 6/1/2011 to add text pursuant to 241 (romsl, ). Modified on 6/6/2011 to correct text (romsl, ). (Entered: 05/19/2011) |
| 05/24/2011 | 239 | NOTICE *of Intent to Offer Business Records by Declaration* by USA as to Curtis L. Morris, Richard Kellogg Armstrong (Attachments: # 1 A, # 2 B)(Sweeney, Kevin) (Entered: 05/24/2011) |
| 05/25/2011 | 240 | STRIKEN NOTICE of Default by Richard Kellogg Armstrong (Attachments: # 1 Exhibit A)(romsl, ) Modified on 6/1/2011 to add text pursuant to 241 (romsl, ). Modified on 6/6/2011 to correct text (romsl, ). (Entered: 05/25/2011) |
| 05/31/2011 | 241 | ORDER by Judge Robert E. Blackburn on 5/31/2011 as to Richard Kellogg Armstrong: STRIKING 236 Notice (Other) filed by Richard Kellogg Armstrong, STRIKING 240 Notice (Other) filed by Richard Kellogg Armstrong and STRIKING 237 Notice (Other) filed by Richard Kellogg Armstrong. (romsl, ) Modified on 6/6/2011 to correct text (romsl, ). (Entered: 06/01/2011) |
| 06/01/2011 | 242 | NOTICE to the Article III court by Richard Kellogg Armstrong (romsl, ) (Entered: 06/01/2011) |
| 06/06/2011 | 243 | Ex Parte Document. (Wayne, Lisa) (Entered: 06/06/2011) |
| 06/07/2011 | 244 | STRICKEN JUDICIAL NOTICE of DEFAULT by Richard Kellogg Armstrong (romsl, ) Modified on 6/8/2011 to add text (romsl, ). Modified on 6/10/2011 to add text pursuant to Order 251 (romsl, ). (Entered: 06/08/2011) |
| 06/07/2011 | 245 | STRICKEN NOTICE to the Courts by Richard Kellogg Armstrong (romsl, ) Modified on 6/10/2011 to add text pursuant to Order 251 (romsl, ). (Entered: 06/08/2011) |
| 06/07/2011 | 246 | STRICKEN JUDICIAL NOTICE of DEFAULT by Richard Kellogg Armstrong (romsl, ) Modified on 6/8/2011 to add text (romsl, ). Modified on 6/10/2011 to add text pursuant to Order 251 (romsl, ). (Entered: 06/08/2011) |
| 06/07/2011 | 247 | STRICKEN NOTICE of DEFAULT by Richard Kellogg Armstrong (romsl, ) Modified on 6/10/2011 to add text pursuant to Order 251 (romsl, ). (Entered: 06/08/2011) |
| 06/08/2011 | 248 | STRICKEN JUDICIAL NOTICE of ADJUDICATIVE FACTS by Richard Kellogg Armstrong (romsl, ) Modified on 6/10/2011 to add text pursuant to Order 251 (romsl, ). (Entered: 06/08/2011) |
| 06/09/2011 | 249 | STRICKEN JUDICIAL NOTICE of DEFAULT by Richard Kellogg Armstrong (romsl, ) Modified on 6/10/2011 to add text pursuant to |

Case 1:10-cr-00317-REB   Document 737   Filed 01/21/14   USDC Colorado   Page 62 of 64

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 21 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 21 of 22

Appellate Case: 11-1397   Document: 01018703822   Date Filed: 08/31/2011   Page: 22

| | | |
|---|---|---|
| | | Order 251 (romsl, ). (Entered: 06/10/2011) |
| 06/10/2011 | 250 | Ex Parte Document. (Attachments: # 1 Exparte Attachment)(Wayne, Lisa) (Entered: 06/10/2011) |
| 06/10/2011 | 251 | ORDER by Judge Robert E. Blackburn on 6/10/2011 as to Richard Kellogg Armstrong STRIKING 244 Notice (Other) filed by Richard Kellogg Armstrong, STRIKING 246 Notice (Other) filed by Richard Kellogg Armstrong, STRIKING 245 Notice (Other) filed by Richard Kellogg Armstrong, STRIKING 248 Notice (Other) filed by Richard Kellogg Armstrong, STRIKING 247 Notice (Other) filed by Richard Kellogg Armstrong, STRIKING 249 Notice (Other) filed by Richard Kellogg Armstrong. (romsl, ) (Entered: 06/10/2011) |
| 06/23/2011 | 254 | STRICKEN MOTION for Dismissal of Indictment by Richard Kellogg Armstrong. (romsl, ) Modified on 7/7/2011 to strike pursuant to order 259 (skssl, ). (Entered: 06/23/2011) |
| 06/30/2011 | 256 | STRICKEN EMERGENCY MOTION to Dismiss for Evidence of Prosecutorial Misconduct by Richard Kellogg Armstrong. (skssl, ) Modified on 7/7/2011 to strike pursuant to order 259 (skssl, ). (Entered: 06/30/2011) |
| 06/30/2011 | 257 | STRICKEN MOTION to Dismiss Upon Evidence of Prosecutorial Misconduct by Richard Kellogg Armstrong. (skssl, ) Modified on 7/7/2011 to strike pursuant to order 259 (skssl, ). (Entered: 06/30/2011) |
| 06/30/2011 | 258 | STRICKEN MOTION for Request that the Court Recognize Notices by Richard Kellogg Armstrong. (skssl, ) Modified on 7/7/2011 to stirke pursuant to order 259 (skssl, ). (Entered: 07/05/2011) |
| 07/07/2011 | 259 | ORDER by Judge Robert E. Blackburn on 7/07/2011 striking 254 Motion to Dismiss; striking 256 Motion to Dismiss; striking 258 Motion for Order as to Richard Kellogg Armstrong (2). (skssl, )(Entered: 07/07/2011) |
| 07/12/2011 | 260 | Ex Parte Document. (Wayne, Lisa) (Entered: 07/12/2011) |
| 07/12/2011 | 262 | STRICKEN MOTION to take Judicial Notice of Facts and to Dismiss the Case with Prejudice by Richard Kellogg Armstrong. (skssl, ) Modified on 7/15/2011 to add text pursuant to order 263 (skssl, ). (Entered: 07/13/2011) |
| 07/15/2011 | 263 | ORDER by Judge Robert E. Blackburn on 7/15/2011 striking 262 Motion to Dismiss as to Richard Kellogg Armstrong (2). (skssl, ) (Entered: 07/15/2011) |
| 07/21/2011 | 265 | MOTION by Richard Kellogg Armstrong for Court's authorization for the submission of a professionally written motion for case dismissal. (skssl, ) (Entered: 07/21/2011) |
| 07/26/2011 | 268 | MOTION for Leave to File Motion for Bona Fides by Richard Kellogg Armstrong. (skssl, ) (Entered: 07/26/2011) |

Case 1:10-cr-00317-REB   Document 283-1   Filed 09/05/11   USDC Colorado   Page 22 of 22
Case 1:10-cr-00317-REB   Document 280-1   Filed 08/31/11   USDC Colorado   Page 22 of 22

Appellate Case: 11-1397      Document: 01018703822      Date Filed: 08/31/2011      Page: 23

| | | |
|---|---|---|
| 07/27/2011 | 269 | MINUTE ORDER by Judge Robert E. Blackburn on 7/27/2011 as to Richard Kellogg Armstrong re 265 MOTION for Order filed by Richard Kellogg Armstrong, 268 MOTION for Order filed by Richard Kellogg Armstrong. Government shall file Responses due by 8/10/2011. (skssl, ) (Entered: 07/27/2011) |
| 08/10/2011 | 270 | RESPONSE to Motion by USA as to Richard Kellogg Armstrong re 265 MOTION for Order, 268 MOTION for Order (Sweeney, Kevin) (Entered: 08/10/2011) |
| 08/23/2011 | 273 | ORDER by Judge Robert E. Blackburn on 8/23/2011 granting in part 265 Motion Requesting Leave to File a Motion to Dismiss as to Richard Kellogg Armstrong (2); denying 268 Motion for Leave to File Motion for Bona Fides as to Richard Kellogg Armstrong (2). (skssl, ) Modified on 8/24/2011 to correct text (skssl, ). (Entered: 08/23/2011) |
| 08/30/2011 | 278 | MOTION for Leave to File Motion for Dismissal of Indictment with Prejudice Due to Grand Jury Irregularities by Richard Kellogg Armstrong. (skssl, ) (Entered: 08/31/2011) |
| 08/30/2011 | 279 | NOTICE OF APPEAL re 273 Order on Motion for Order, by Richard Kellogg Armstrong. Fee Status: IFP Status. Notice mailed to all counsel on 08/31/11. (Attachments: # 1 Envelope)(bjrsl, ) (Entered: 08/31/2011) |

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 288 Filed 09/08/11 USDC Colorado Page 1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, Page 2 of 4 2, Page 3 of 4 John F. Walsh Kevin F. Sweeney 3, Page 4 of 4 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of my offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK