cc:   UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:   UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc:   DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:   DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:   David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:   Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, COlorado 80294-3589.

Richard Kellogg Armstrong

"ACCEPTED"
Richard Kellogg Armstrong
JANUARY 16, 2014 CE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   CURTIS L. MORRIS, and
2.   RICHARD KELLOGG ARMSTRONG,

Defendants.

---

## GOVERNMENT'S RESPONSE
## TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES

---

The United States of America, by and through its undersigned counsel, responds to

Defendant Armstrong's "MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF

INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES" filed August

30, 2011 (hereinafter "Motion"), Doc. No. 278.  For the reasons set forth below, the Government

opposes the motion and requests that this Court deny Defendant Armstrong leave to file a motion

to dismiss on the basis of grand jury irregularities.

### BACKGROUND

On June 25, 2010, this Court entered its Trial Preparation Conference Order requiring in

relevant part:

> Non-CJA motions shall not be filed out of time without leave of court. Amended papers,
> including amended motions, petitions, responses, or replies shall not be filed without
> leave of court. Supplements to papers, including motions, petitions, responses, or replies,
> shall not be filed without leave of court. Replies to responses shall not be filed without

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

leave of court. Leave of court must be obtained before such papers may be filed. A request for leave to file such a paper shall not be contained or included in the paper sought to be filed. Doc. No. 33.

On January 27, 2011, this Court ordered that all non-CJA motions shall be filed by February 29, 2011. Doc. No. 128. Defendant Armstrong filed this motion on August 30, 2011. On September 1, 2011, this Court ordered the Government to respond to his motion by September 8, 2011.

## ARGUMENT

The Government requests that this Court deny Defendant Armstrong's motion for leave to file a motion to dismiss on the basis of grand jury irregularities for several reasons. First, the motion does not state any specific factual or legal basis for why the grand jury procedures were irregular and the Government knows no viable factual or legal basis for Defendant Armstrong's assertion. Second, the motion does not state when these alleged irregularities occurred or why Defendant Armstrong could not have filed his motion in a timely fashion.[1] To the contrary, Defendant Armstrong has demonstrated that he could have filed this motion by the deadline by raising similar allegations of grand jury irregularities in other timely filed motions. Doc. No. 169. These allegation included unsubstantiated challenges to the composition of the grand jury and allegations that the prosecution team misrepresented evidence during grand jury proceedings. Doc. No. 169. Finally, this Court should reject Defendant Armstrong's request for leave to file

---

[1] The Government provided Defendant Armstrong with grand jury transcripts related to the June 8, 2010 indictment on July 7, 2010. The Government provided additional grand jury transcripts related to the superceding indictment filed on February 15, 2011 to Defendant Armstrong on March 25, 2011. It is unclear whether these alleged irregularities occurred during the grand jury proceedings leading to the indictment, those leading to the superceding indictment, or both. In any event, Defendant Armstrong has had all of the grand jury transcripts for over five months and, in that time, has failed to bring these irregularities to the attention of this Court.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

the motion because it appears that his sole motivation for filing it is to frustrate the Government.
On August 23, 2011, this Court granted Defendant Armstrong's request for leave to file a motion
to dismiss until September 6, 2011 for prosecutorial misconduct related to the government's
alleged attempted bribery of a witness.  Despite forcing the Government to respond to his motion
and causing this Court to carefully consider and subsequently issue an Order granting relief in
this regard, Defendant Armstrong did not actually file a motion to dismiss for prosecutorial
misconduct by September 6, 2011 nor has he yet to file such a motion.

## CONCLUSION

WHEREFORE, the Government opposes Defendant Armstrong's motion and requests
that this Court deny him leave to file a motion to dismiss the indictment on the basis of grand
jury irregularities.

DATED: September 8, 2011, at Denver, Colorado.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

s/Kevin F. Sweeney
By: Kevin F. Sweeney
Trial Attorney
Tax Division
U.S. Department of Justice
Western Criminal Enforcement Section
601 D. Street, NW
Washington, D.C. 20004
Phone: (202) 305-3637
Fax: (202) 514-9623
Email: kevin.f.sweeney@usdoj.gov

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 8th day of September 2011, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

       Lisa Monet Wayne
       lmoney20@aol.com

       David L. Owen
       davidowen@lodopc.com

I also certify that I sent the foregoing via U.S. Mail to the following:

       Richard Kellogg Armstrong
       #20413-298
       Englewood Federal Correctional Institution
       Inmate Mail/parcels
       9595 West Quincy Avenue
       Littleton, CO 80123

                 By:    *s/ Kevin F. Sweeney*
                        KEVIN F. SWEENEY
                        Trial Attorney

**NOTICE OF AND RESCISSION OF Subj: Notice to the Court of
cancellation of voluntary appearance at hearing
scheduled for September 15, 2011 FOR CAUSE**

Notice Date: Day Sixteen               Month: One                                   Year: 2014 C.E.

**FILED**

UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589                  JEFFREY P. COLWELL
                                                      **CLERK**

**In reply to:** "Case 1:10-cr-00317-REB Document 295 Filed 09/15/11 USDC Colorado Page
1 of 2 September 11, 2011 Case 10-cr-00317-REB Subj: Notice to the Court of cancellation
of voluntary appearance at hearing schedule for September 15, 2011, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
Original "Case 1:10-cr-00317-REB Document 295 Filed 09/15/11 USDC Colorado Page 1 of
2 September 11, 2011 Case 10-cr-00317-REB Subj: Notice to the Court of cancellation
of voluntary appearance at hearing scheduled for September 15, 2011, Page 2 of 2"
including every copy for cause. I made a mistake filing and presenting the Subj: Notice
to the COurt of cancellation of voluntary appearance at hearing scheduled for September
15, 2011. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge
for a stranger"[2]"You snared by the words of your mouth; you are taken by the words of
your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand
of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your
eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                                          Sincerely,

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong
                                          c/o 20413-298
                                          Federal Correctional Institution
                                          3600 Guard Road
                                          Lompoc, California

Attachment: "supra"

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E, Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF Subj: Notice to the Court of cancellation
of voluntary appearance at hearing scheduled for September 15, 2011 FOR CAUSE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT
COURT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong

**TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A**

---------------------------------------------------------------------------

FROM: 20413298
TO:
SUBJECT: Hearing cancellation
DATE: 09/11/2011 06:02:59 PM

September 11, 2011

Clerk of the Court
U.S. District Court
901 19th St., Room A-105
Denver CO 80294-3589

Ref: United States of America v. Richard Kellogg Armstrong
      Case No. 10-cr-00317-REB

Subj: Notice to the Court of cancellation of voluntary appearance at hearing scheduled for September 15, 2011.

Dear Clerk,
    This is to advise that I hereby cancel my voluntary appearance in Judge Blackburn's Court for a hearing scheduled for September 15, 2011, regarding my codefendant's attorney's withdrawl of representation. Please terminate any scheduled transportation of me from FDC to the Court. Thank you.

Sincerely,

Richard Kellogg Armstrong, pro se







# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014  C.E.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

JAN 2 1 2014

JEFFREY P. COLWELL
**CLERK**

In reply to: "Case 1:10-cr-00317-REB Document 296 Filed 09/15/11 USDC Colorado Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 15, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 296 Filed 09/15/11 USDC Colorado Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 15, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 . C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80194-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*

*Richard Kellogg Armstrong*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO  *JANUARY 16, 2014 CE*
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

    Defendant.

---

### MINUTE ORDER[1]

---

        The matter is before the court on defendant's **Notice To The Court of Cancellation of Voluntary Appearance** [#295][2] filed September 15, 2011.  The court construes this as defendant's waiver of his appearance for the hearing set for September 21, 2011.

        **THEREFORE, IT IS ORDERED** as follows:

        1.  That defendant's **Notice To The Court of Cancellation of Voluntary Appearance** [#295] filed September 15, 2011, construed as a waiver of defendant's appearance, is **APPROVED**; and

        2.  That defendant Richard Kellogg Armstrong's appearance is **WAIVED** for the hearing on the **Motion To Withdraw As Counsel For Curtis L. Morris** [#287] set for September 21, 2011, at 8:15 a.m.

        Dated:  September 15, 2011

---

        [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

        [2]"[#295]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE A MOTION
FOR REHEARING ON PETITIONER'S DETENTION FOR CAUSE**

Notice Date: Day Sixteen                Month: One                Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the  Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 297 Filed 09/19/11 USDC Colorado Page
1 of 2 MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING ON PETITIONER'S DETENTION, Page
2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
Original "Case 1:10-cr-00317-REB Document 297 Filed 09/19/11 USDC Colorado Page 1 of
2 MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING ON PETITIONER'S DETENTION, Page 2
of 2" including every copy for cause. I made a mistake finling and presenting the MOTION
FOR LEAVE TO FILE A MOTION FOR REHEARING ON PETITIONER'S DETENTION. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge
for a stranger"[2]"You snared by the words of your mouth; you are taken by the words of
your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand
of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your
eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, COlorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E, Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE A MOTION FOR
REHEARING ON PETITIONER'S DETENTION FOR CAUSE** was sealed in an envelope with First Class Postage paid and
deposited in a United States Postal Mail Boc located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California
on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk
of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

TRULINCS 20413298 - ARMSTRONG, RICHARD KELLOGG - Unit: ENG-J-A

------------------------------------------------------------------------

FROM: 20413298
TO:
SUBJECT: Motion request for detention hearing 9/14
DATE: 09/14/2011 11:28:24 AM

September 14, 2011

Richard Kellogg Armstrong
20413-298
Federal Detention Center Englewood
9595 Quincy Ave.
Littleton, CO 80123

UNITED STATES OF AMERICA
               v
RICHARD KELLOGG ARMSTRONG

10-cr-00317-REB
10-cv-01073-MEH

MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING ON PETITIONER'S DETENTION

Haines v Kerner, 404, 519

COMES NOW, Petitioner, unrepresented, hereby moves the Court to grant a rehearing regarding Petitioner's detention to include Petitioner's opportunity to cross examine the Prosecution's witness, Greg M. Flynn. The Petitioner alleges that Mr. Flynn made fraudulent, misleading and purjurous statements to the Court at the detention hearing in order to ensure the Court's decision to detain the Petitioner.

Richard Kellogg Armstrong, pro se



JANUARY 16, 2011

Richard Kellogg Armstrong
20105-298
Federal Detention Center
Englewood
9595 Quincy Ave.
Littleton, CO 80123

WITH MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2011

GREGORY C. LANGHAM
CLERK

Clerk of the Court
U.S. District Court Colorado
901 19th St., Room A-105
Denver, CO 80294

RESCISSION

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One                Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 307 Filed 09/26/11 USDC Colorado Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 26, 2011"

**PLEASE TAKE NOTICE** that I, Richard  Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 307 Filed 09/26/11 USDC Colorado Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 26, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014  C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80194-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg (Armstrong)*
*January 16, 2014 CE*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  CURTIS L. MORRIS, and
2.  RICHARD KELLOGG ARMSTRONG,

     Defendants.

---

## MINUTE ORDER[1]

---

On September 26, 2011, the court conducted a telephonic setting conference to set this matter for a status hearing.  After conferring with the parties, and with their consent,

**IT IS ORDERED** as follows:

1.  That on **October 18, 2011**, commencing at 1:30 p.m., the court shall conduct a status hearing in this matter; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant Armstrong's appearance for this hearing.

Dated:  September 26, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014 C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 310 Filed 09/27/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-01 ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161(h)(1)) Blackburn, J., Page 2 of 2 Dated September 27, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 310 Filed 09/27/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-01 ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161(h)(1)) Blackburn, J., Page 2 of 2 Dated September 27, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80194-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

"*ACCEPTED*"

*Richard Kellogg Armstrong*

JANUARY 16, 2014   CE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

      Defendants.

---

## ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT
## (18 U.S.C. § 3161(h)(1))

---

**Blackburn, J.**

      The matter is before me *sua sponte* to consider the exclusion of time under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74 ( the Act). Based on the analysis below, I exclude the time from the hearing on September 21, 2011, to the date of the status conference now set for October 18, 2011, a period of 27 days, from the computation of time for a speedy trial under the Act.

      On September 21, 2011, I held a hearing on the issues raised by and inherent to the **Motion To Withdraw as Counsel for Curtis L. Morris** [#287] filed September 8, 2011, which motion Mr. Morris supported. At the conclusion of the hearing, I denied the motion and rehearsed for the benefit of Mr. Morris his three options: (1) continue with Ms. Wayne as his attorney; (2) retain private counsel in time for a trial anticipated to be held in December, 2011; or (3) proceed pro se. In fairness to Mr. Morris, I continued the proceedings until October 18, 2011, to allow Mr. Morris a reasonable time to consider his options.

"ACCEPTED"
Richard Kellogg Armstrong

In these circumstances, I find and conclude that the delay between the hearing

JANUARY 16, 2014 CE

on September 21, 2011, and the related status conference on October 18, 2011,

constitutes a "period of delay resulting from proceedings concerning the defendant"

within the meaning of 18 U.S.C. § 3161(h)(1). Thus, this period should be excluded

under the Act.

   **THEREFORE, IT IS ORDERED** that the time from the hearing on September 21,

2011, to the date of the status conference now set for October 18, 2011, a period of 27

days, **SHALL BE EXCLUDED** under 18 U.S.C. § 3161(h)(1) from the time for a speedy

trial under the Speedy Trial Act of 1974.[1]

   Dated September 27, 2011, at Denver, Colorado.

                              **BY THE COURT:**

                              Bob Blackburn
                              Robert E. Blackburn
                              United States District Judge

_____

   [1] The exclusion of this period in no way affects the exclusion of some or all of this same time or additional time under other provisions of the Act, e.g., § 3161(h)(1)D) (delay resulting from pretrial motions.)

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen        Month: One        Year: 2014  C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 314 Filed 09/29/11 USDC Colorado Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 29, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 314 Filed 09/29/11 USDC Colorado Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 29, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unite J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80284-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*

*JANUARY 16, 2014 CE*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

     Defendant.

---

## MINUTE ORDER[1]

---

By **October 13, 2011**, the government shall file a response to defendant's **Motion For Leave To File a Motion For Rehearing on Petitioner's Detention** [#297][2] filed September 19, 2011.

Dated:  September 29, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2]"[#297]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen             Month:One                          Year: 2014 . C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

In reply to: "Case 1:10-cr-00317-REB Document 315 Filed 09/29/11 USDC Colorado Page
1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER DENYING MOTION FOR LEAVE TO FILE MOTION
FOR DISMISSAL Blackburn, J., Page 2 of 2 Dated September 29, 2011 BY THE COURT: Robert
E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 315 Filed 09/29/11 USDC Colorado
Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER DENYING MOTION FOR LEAVE TO FILE
MOTION FOR DISMISSAL Blackburn, J., Page 2 of 2 Dated September 29, 2011 BY THE COURT:
Robert E. Blackburn United States District Judge 2" and return your offer for closure
and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
    Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unite J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014  C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80284-3589.

Richard Kellogg Armstrong

"ACCEPTED"

*Richard Kellogg Armstrong*

JANUARY 16, 2014 CE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

      Defendant.

---

## ORDER DENYING MOTION FOR LEAVE TO FILE
## MOTION FOR DISMISSAL

**Blackburn, J.**

    The matter is before me on defendant's **Motion For Leave to File Motion For Dismissal of Indictment With Prejudice Due To Grand Jury Irregularities** [#278][1] filed August 30, 2011.  I deny the motion.

    Having reviewed the file and record, having considered the motion and the government's response [#288], I find and conclude: (1) that the proposed motion would be woefully out of time[2]; (2) that Mr. Armstrong does not plead or prove that the time given him to file pretrial motions in this case is inadequate or unreasonable[3]; and (3) that the motion does not rehearse any factual or legal basis for an additional attack of

---

    [1]"[#278]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    [2] The extant order [#128] entered January 27, 2011, pursuant to Fed. R. Crim. P 12(c), set February 29, 2011, as the deadline for filing pretrial motions .

    [3] Nor could he, since he filed similar allegations of grand jury irregularities in a timely filed motion [#169].

"ACCEPTED"
Richard Kellogg Armstrong

JANUARY 16, 2014 CE

the grand jury proceedings in this case. Thus, the motion should be denied.

**THEREFORE, IT IS ORDERED** that defendant's **Motion For Leave to File**

**Motion For Dismissal of Indictment With Prejudice Due To Grand Jury**

**Irregularities** [#278] filed August 30, 2011, is **DENIED**.

Dated September 29, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 331 Filed 10/19/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 October 17, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 331 Filed 10/19/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 October 17, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of my offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 ; C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, COlorado 80294-3589.

Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014  CE*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

      Defendant.

---

## ORDER

**Blackburn, J.**

      The matter is before me *sua sponte* concerning the soi disant **Brief Amicus Curaie** [*sic*] [#326][1] filed October 17, 2011. This paper is stricken.

      This putative amicus brief was filed purportedly on behalf of the defendant, Richard Kellogg Armstrong, by the "Legal Accountability Workgroup" with an address in Austin Texas. The filing of a brief by amicus curiae has not been requested or authorized by this court. Thus, it may be stricken on that basis alone.

      The caption of the case misidentifies improperly Mr. Armstrong as petitioner and the government as respondent in violation of D.C.COLO.LCrR 49.3J. The paper does not contain a signature block that conforms to the requirements of D.C.COLO.LCrR 49.3K. Conveniently, the paper is signed on behalf of the Legal Accountability Workgroup by an individual whose signature is not completely legible.

      The individual who signed the paper does not identify or represent himself or herself to be an attorney, let alone an attorney in good standing of the bar of this court. If the signatory

---

[1] "[#326]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout the orders entered in this case.

*"ACCEPTED"*

*Richard Kellogg Armstrong*
*JANUARY 16, 2014  CE*

is not an attorney, then the signer may be engaged in the unauthorized practice of law. Thus, until or unless the status of the signer is clarified, the matter should be referred to the Colorado Supreme Court Office of Attorney Regulation Counsel for investigation.

Substantively, although titled a "brief," the paper is quintessentially a motion to dismiss. For example, the opening sentence of the paragraph provides, "Legal Accountability Workgroup on behalf of Richard Kellogg Armstrong, respectfully *moves* this Honorable Court for dismissal of all charges in his case . . . ." Paper at 1 (Emphasis supplied). The very next sentence, which is in the very next paragraph, reads, ""Legal Accountability Workgroup, a group specializing in Constitutional and Human Rights, files this amicus curiae [*sic*] on behalf of Armstrong, *seeking an immediate order* dismissing the criminal case . . . ." *Id.* (Emphasis supplied). Then on the next page the paper continues, ". . . Amicus Curiae *moves this court* to issue an order declaring Petitioner actually innocent . . . ." *Id.* at 2, ¶ I (Emphasis supplied).

The deadline for filing pretrial motions has long since passed, and the court has not authorized the filing of such a motion, *a fortiori*, by a person who is not an attorney representing Mr. Armstrong and who has not been admitted to the bar of this court. Thus, this paper, whether considered as a as a brief or a motion, should be stricken.

**THEREFORE, IT IS ORDERED** that the **Brief Amicus Curaie** [*sic*] [#326] filed October 17, 2011, is **STRICKEN**.

Dated October 19, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014   C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 350 Filed 11/07/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 Dated: November 7, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 350 Filed 11/07/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 Dated: November 7, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of my offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, COlorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014   CE*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

      Defendant.

---

## ORDER

**Blackburn, J.**

      The matter is before me on defendant's **Motion For Leave To File An Amicus Curiae Brief** [#334][1] filed October 19, 2011, by the "Legal Accountability Workgroup" by an unidentified representative. I deny the motion.

      Having considered the record, the motion [#334], the proposed amicus brief [#326], and the response [#344], I find and conclude as follows: (1) that the proposed amicus brief is neither timely nor useful; (2) that the issue made the myopic focus of the proposed amicus brief has been considered and resolved; and (3) that the proposed amicus brief is not submitted by attorney who is a member of the bar of this court.[2] Thus, the motion should be denied.

---

[1] "[#334]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] I adopt, approve, and incorporate the reasons stated, arguments advanced, and authorities cited by the government in its response [#344] filed October 31, 2011.

*"ACCEPTED"*
*[handwritten signature] Kellogg [handwritten]*
*JANUARY 16, 2014 CE*

**THEREFORE, IT IS ORDERED** that defendant's **Motion For Leave To File An**

**Amicus Curiae Brief** [#334] filed October 19, 2011, is **DENIED**.

Dated November 7, 2011, at Denver, Colorado.

BY THE COURT:

*[signature]*

Robert E. Blackburn
United States District Judge

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One     **FILED**       Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 368 Filed 11/30/11 USDC Colorado Page
1 of 3 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S MOTION TO PERMIT FILING OF NOTICE
OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT ARMSTORNG'S MOTION FOR LEAVE TO FILE
A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT 1, Page
2 of 3 John F. Walsh Kenneth M. Harmon David L. Owen 2, Page 3 of 3 Richard Kellogg
Armstrong Kenneth M. Harmon 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
    Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700,
    Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
    Denver, Colorado 80202
cc: David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
    Denver, Colorado 80924-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

"*ACCEPTED*"

~~Richard Kellogg Armstrong~~

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO   *JANUARY 16, 2014   CE*

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.


2.    RICHARD KELLOGG ARMSTRONG,

        Defendant.

---

### GOVERNMENT'S MOTION TO PERMIT FILING OF NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT

---

The United State of America, by and through its undersigned counsel, moves this Court for permission to file the accompanying proposed Notice of Supplemental Authority Concerning Defendant Armstrong's Motion for Leave to File a Motion for Rehearing for Pretrial Release on Bond Pursuant to 8th Amendment (DE 366).[1]

As grounds for the motion, the government states as follows:

In its response to the motion, the government cited *United States v. Hare*, 873 F.2d 796, 799 (5th Cir.1989), for the proposition that length of a defendant's current or potential future detention cannot be considered under Section 3142(f) since it is not material to the issue of risk

---

[1]    "DE" stands for docket entries in this case.

*"ACCEPTED"*

*Richard Kellogg Armstrong*

*January 16, 2014 CE*

of flight or dangerousness (DE 366 at 7).  The proposed notice of supplemental authority seeks to

provide the Court with non-binding case law in this circuit indicating that length of detention

may, notwithstanding, be a factor for a judicial officer to consider in assessing whether continued

detention raises potential constitutional issues and in determining whether further detention

proceedings are warranted in order to examine such issues.  The proposed notice of supplemental

authority is accordingly intended to ensure that the government's discussion of the issue is

complete and not misleading.


Respectfully submitted,

JOHN F. WALSH
United States Attorney


s/Kenneth M. Harmon
By:  Kenneth M. Harmon
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November 2011, I electronically filed the foregoing
with the Clerk of the Court using the CM/ECF system, which will send notification of such filing
to the following email address:


David L. Owen
davidowen@lodopc.com

2

*"ACCEPTED"*
*Richard Kellogg Armstrong*
JANUARY 16, 2014 CE

and will undertake to cause said pleading to be mailed to:

      Richard Kellogg Armstrong
      #20413-298
      Englewood Federal Correctional Institution
      Inmate Mail/parcels
      9595 West Quincy Avenue
      Littleton, CO 80123

                      s/ Kenneth M. Harmon
                      KENNETH M. HARMON
                      Assistant United States Attorney
                      U.S. Attorney's Office
                      1225 Seventeenth Street, Suite 700
                      Denver, Colorado 80202

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014 C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

In reply to: "Case 1:10-cr-00317-REB Document 370 Filed 12/30/11 USDC Colorado Page 1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT  ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURUANT TO 8TH AMENDMENT 1, Page 2 of 4 2, Page 3 of 4 John F. Walsh Kenneth M. Harmon 3, Page 4 of 4 David L. Owen Richard Kellogg Armstrong Kenneth M. Harmon 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80924-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

Case 1:10-cr-00317-REB    Document 367    Filed 12/30/11    USDC Colorado    Page 1 of 9

*"ACCEPTED"*
*Richard Kellogg Armstrong*
~~_____~~
*JANUARY 16, 2014  CE*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.    RICHARD KELLOGG ARMSTRONG,

      Defendant.

---

## GOVERNMENT RESPONSE TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT
### [corrected copy]

---

The United States of America, by and through its undersigned counsel, responds to

Defendant Armstrong's motion styled "MOTION FOR LEAVE TO FILE A MOTION FOR

REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT"

(DE 359). As indicated below, this motion constitutes defendant Armstrong's fifth undertaking

to litigate his pretrial detention in this case, a matter that has now been considered and reviewed

by two federal magistrate judges, the presiding district judge in this case and three federal

appellate judges of this circuit. For reasons which follow, the government opposes the motion

and requests that this Court deny Armstrong leave to file a motion for rehearing on his pretrial

detention.

### Background

On May 20, 2010, defendant Armstrong was arrested in the Southern District of

*"ACCEPTED"*

*Richard Kellogg Armstrong*

California based on a complaint filed and arrest warrant issued in this case (DE 1, 2). On May

*JANUARY 16, 2014 CE*

25, 2010, a magistrate judge in the Southern District of California conducted a pretrial detention

hearing on the government's request that defendant Armstrong be detained pending trial in this

case. After receiving arguments from government counsel and Armstrong, through retained

counsel, the magistrate judge ordered that Armstrong be held in custody pending trial on the

ground that he was a flight risk and ordered his removal to the District of Colorado forthwith

(DE 8). On June 21, 2010, following his initial appearance in this district and his arraignment on

the indictment in this case, Armstrong, then represented by court-appointed counsel, successfully

moved to reopen the issue of his detention before Magistrate Judge Kathleen Tafoya, who

conducted an evidentiary hearing at which the government presented testimony from its case

agent,  IRS-CID Special Agent Greg Flynn, in support of Armstrong's continued detention, and

Armstrong, through his court-appointed counsel, cross-examined the agent and made a factual

proffer and argument in support of Armstrong's pretrial release on various possible conditions

(DE 23, 48). After hearing the testimony, defense counsel's proffer and counsels' argument,

Magistrate Judge Tafoya orally reaffirmed that defendant Armstrong was a risk of flight and so

should be detained pending trial because there were no conditions or combinations of conditions

short of detention that would reasonably ensure his future presence in this case (DE 48, 6/21/10

Detention Hrg. Tr. at 97-99). The following day, the magistrate judge issued a written order

detailing her findings of fact and conclusions of law supporting Armstrong's continued detention

(DE 30).

On July 14, 2010, Armstrong's court-appointed counsel filed a motion for

reconsideration, with the presiding district judge in this case, of Magistrate Judge Tafoya's

*"ACCEPTED"*

*Richard Kellogg Armstrong*

detention order (DE 43)  In response, the Government submitted additional evidence uncovered

*JANUARY 16, 2014 CE*

after the June 21, 2010 hearing (DE 49).  On July 23, 2010, this Court conducted a hearing as

part of its *de novo* review of the motion for reconsideration and took the issue under advisement

(DE 51, 75).  After judicially noticing all relevant adjudicative facts in the record and file,

carefully considering the additional evidence, proffers, and argument presented at the hearing,

and reviewing the Pretrial Services Report, this Court issued a written order affirming Magistrate

Judge Tafoya's factual finding and conclusions of law and agreeing that defendant Armstrong

presented a risk of flight warranting continued detention (DE 54).

Defendant Armstrong, through court-appointed counsel, appealed this ruling with the

United States Court of Appeals for the Tenth Circuit (DE 56).  On September 28, 2010, finding

oral argument to be unnecessary and ruling on the parties' briefs, the Tenth Circuit affirmed this

Court's detention order, finding that the Court properly determined, based upon the evidence,

that Armstrong: (1) was a flight risk; and (2) should be detained pending trial (DE 86).

On September 19, 2011, following the Court's February 29, 2011 deadline for pretrial

motions (DE 128), defendant, proceeding *pro se*, moved the Court for leave to file a motion for

rehearing on the issue of his pretrial detention in this case, alleging, without more, that the

government's case agent had previously presented "fraudulent, misleading and perjurious

statements" in support of the government's detention requests (DE 297).  The Court denied this

motion on October 17, 2011, finding that defendant Armstrong had not shown why the motion

could not have been filed before the February 29th motions deadline, had not established a factual

basis for his contentions and had already had an adequate opportunity to cross examine the case

agent (DE 324).

Case 1:10-cr-00317-REB   Document 667-1   Filed 12/30/11   USDC Colorado   Page 4 of 99

*"ACCEPTED"*

*Richard Kellogg Armstrong*

The instant motion, filed November 15, 2011, now follows.   *JANUARY 16, 2014  CE*

## Argument

Defendant's request for leave to move this Court to reconsider the issue of his detention

turns, ultimately, on whether he satisfies the statutory requirements for challenging his pretrial

detention status.  Defendant has already availed himself of *de novo* review by this Court of the

magistrate judges' detention rulings and unsuccessfully appealed this Court's *de novo* ruling,

pursuant to 18 U.S.C. §§ 3145(b), (c).  His remaining statutory basis for challenging his

continued detention is under 18 U.S.C. § 3142(f), which governs when a detention hearing can be

reopened.  That statutory provision provides, in pertinent part, that:

> The [detention] hearing may  reopened ... at any time before trial if
> the judicial officer finds that information exists that was not known
> to the movant at the time of the hearing and that has a material
> bearing on the issue whether there are conditions of release that
> will reasonably assure the appearance of the person as required and
> the safety of any other person in the community.

*Id. See United States v. Cisneros*, 328 F.3d 610, 614-17 (10th Cir. 2003).[1]  "[I]f it is clear that the

information relied upon by the movant actually was known and available at the time of the

original detention hearing, the proffered evidence will be deemed irrelevant in the context of the

motion to reopen. *United States v. Bradshaw*, Slip. Op., Case No. 00-40033-04-DES, 2000 WL

1371517*2, n. 1 (D.Kan. July 20, 2000)(citing *United States v. Dillon*, 938 F.2d 1412, 1415 (1st

---

[1]      The Tenth Circuit in *Cisneros* held that a request to reopen a detention hearing
should be made before the judicial officer who conducted the detention hearing and entered the
initial detention order. *United States v. Cisneros*, 328 F.3d at 614-17. *See United States v.
Whiteskunk*, Slip Op., Case No. 10-cr-00443-PAB, 2010 WL 5103031 (D. Colo. Dec. 9, 2010).
Here, the presiding district judge conducted *de novo* proceedings and issued a detention order
based on those proceedings, which incorporated proceedings before Magistrate Judge Tafoya.
Accordingly, the request to reopen detention proceedings can be addressed, in the first instance,
by the presiding district judge.

4

*"ACCEPTED"*
*Richard Kellogg Armstrong*

*JANUARY 16, 2014 CE*

Cir.1991) (affirming district court's decision not to reopen detention hearing based on defendant's

submission of affidavits from witnesses who could have been secured at the original hearing),

and *United States v. Hare*, 873 F.2d 795, 799 (5th Cir.1989) (affirming district court's decision

not to reopen detention hearing based on proffered testimony of defendant's family members and

a friend, because the proffered information was not new)).

      Defendant Armstrong's instant motion satisfies neither the statutory requirement that he

now possesses information concerning his detention status that was not known to him at the time

of his detention hearings in this case, nor the statutory requirement that such information is

material to the determination of his detention status.  Nor, for that matter, does the motion show

why his present bond request could not have been made within the allotted time for pretrial

motions generally.  Defendant Armstrong's motion, on its face, constitutes little more than a

reiteration of arguments that either were previously asserted and rejected, or that could have been

asserted and addressed before and which do not make a difference now.  Thus, for example,

Armstrong, in support of the motion, contends that his court-appointed counsel failed to advise

the Court that Armstrong had two residences in Denver, Colorado where he could stay as a

condition of pretrial release.   Yet his counsel, in moving for reconsideration of the magistrate

judge's detention order, did, in fact, indicate that Armstrong had friends in Denver with whom he

could stay upon release and even suggested, at one point, that a possible release condition could

be that Armstrong reside in a halfway house in Denver (DE 43, Mot. to Reconsider at ¶12; DE

75, 7/23/10 Hrg. Tr. at 39).   Armstrong's court-appointed counsel also pointed  to his lack of a

criminal record and the non-violent nature of the offense conduct as reasons for pretrial release

(DE 43, Mot. to Reconsider at ¶ 12; DE 75, 7/23/10 Hrg. Tr. at 30).

"ACCEPTED"

*Richard Kellogg Armstrong*

Similarly, defendant Armstrong's desire to be with family and his need to prepare a

*JANUARY 16, 2014  CR*

defense were matters that were raised by appointed counsel both with the magistrate judge and

the presiding district judge (*see, e.g.*, DE 48, 6/21/10 Hrg. Tr. at 91; DE 75, 7/23/10 Hrg. Tr.).

So too were defendant Armstrong's ability to travel to Mexico without a passport or to fly to that

country without a flight plan issues that were vetted in previous proceedings:   Defendant

Armstrong now contends that he would not be able to fly to that country without detection

because a flight plan identifying him would have to be filed with federal authorities in advance of

the flight.  Yet the government previously presented evidence showing how defendant Armstrong

could obviate that requirement by simply changing the flight path of a private domestic flight, for

which no flight plan was required (DE 48, 6/21/10 Hrg. at 47-5, 66-67, 70-71).  Defendant

Armstrong now also points out that he cannot legally reside in Mexico for more than thirty days

without a passport and tourist permit or visa. Yet that subject too was thoroughly addressed

before, with the government offering evidence showing that defendant Armstrong could easily

cross the border into Mexico and remain there without a passport (*see, e.g.*, DE44-1, Flynn Dec.

at ¶13). And, indeed, the Court, in affirming defendant Armstrong's continued detention

acknowledged that his covert flight to Mexico, without a passport, was a viable prospect (DE 54

at 7).[2]

---

[2]      Other specific contentions made in the instant motion – such as defendant'
assertion that there was not as much unaccounted unlawful proceeds as the IRS case agent
calculated and that he lacks accessible funds now to maintain a fugitive status abroad, that his
connections to Germany and Belize were nothing more than wire transfer repayments of lines of
credit, and that he lacks the incentive to flee – all involved matters that were addressed or
touched upon in some way in previous proceedings. They were matters that were known to
defendant Armstrong, in any event, at the time of those proceedings or arguments that were at his
disposal at the time.

"ACCEPTED"
*Richard Kellogg Armstrong*
~~███████████~~.
JANUARY 16, 2014   CE

Further, while defendant Armstrong in the instant motion also contends that he has health

issues that cannot adequately be addressed in a custodial setting, he offers nothing to indicate

what these issues are and why they cannot be addressed in custody. Nor does he show or allege

that these are problems that are recent and could not have been raised either at the time of

detention proceedings or by the pretrial motions deadline in this case. The government notes, in

this regard, that defendant Armstrong's court-appointed counsel did, in prior proceedings,

suggest that defendant's advanced age, and potential health issues that it might present in

custody, were matters that the Court should consider, so that the defendant could have developed

the issue before (see, e.g., DE 48, 6/21/10 Hrg Tr.at 12-13). Additionally, defendant Armstrong

could have supported this motion with an *in camera* submission concerning his health condition

were this, in fact, a recent matter that could not have previously been raised.

Finally, defendant Armstrong's instant motion observes that he has now been in pretrial

confinement for 18 months. Yet this fact alone is insufficient to warrant reopening detention

proceedings. *United States v. Hare*, 873 F.2d 796, 799 (5th Cir.1989)( length of his current or

potential future detention cannot be considered under Section 3142(f) since it is not material to

the issue of risk of flight or dangerousness). Nor does the duration of his confinement itself

present constitutional problems despite the caption of his motion.[3]

---

[3]      In captioning his motion, defendant suggests that his pretrial confinement violates
the Eighth Amendment. However, pretrial detention based on risk of flight does not violate the
eighth amendment. *See, e.g., United States v. Winsor*, 785 F.2d 755 (9th Cir.1986).

Moreover, length of detention, alone, rarely offends due process, and courts have
held that periods of pretrial confinement comparable to or longer than defendant Armstrong's
have not offended due process. *See, e.g., United States v. Lacallo*, Slip. Op., Case No. 09-cr-
00055-PAB, 2010 WL 4511079**2-3 (D.Colo. Nov. 1, 2010); *United States v. Stanford*, 722

(continued...)

*"ACCEPTED"*

*Richard Kellogg Armstrong*

*JANUARY 16, 2014 CE*

## Conclusion

WHEREFORE, the government opposes Defendant Armstrong's motion and requests that this Court deny him leave to file a motion for a rehearing of his detention.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

s/Kenneth M. Harmon
By:  Kenneth M. Harmon
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

David L. Owen
davidowen@lodopc.com

and will undertake to cause said pleading to be mailed to:

---

[3](...continued)
F.Supp.2d 803, 809 (S.D. Tex. 2010).  The government notes that it has not requested continuances of trial in this case and that most of the delays therefore have resulted from continuance requests made or joined in by defendant Armstrong.

8

*"ACCEPTED",*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123

s/ Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

9

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen             Month: One **FILED** Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 417 Filed 02/24/12 USDC Colorado Page 1 of 2 Date: February 24, 2012 Criminal Action No. 10-cr-00317-REB Kenneth Harmon David Owen COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 417 Filed 02/24/12 USDC Colorado Page 1 of 2 Date: February 24, 2012 Criminal Action No. 10-cr-00317-REB Kenneth Harmon David Owen COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80924-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16,  2014 . C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date:                February 24, 2012

Deputy Clerk:        Nel Steffens
Court Reporter:      Tracy Weir

---

**Criminal Action No. 10-cr-00317-REB**

<u>*Parties:*</u>                              <u>*Counsel:*</u>

UNITED STATES OF AMERICA,              Kenneth Harmon

     Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,         *Pro Se*, with David Owen as advisory
                                        counsel
     Defendant.

---

## COURTROOM MINUTES

---

**Motion Hearing on #359**

**9:08 a.m.    Court in session.**

Appearances of counsel. Also seated at government's table is IRS Case Agent, Greg Flynn.

Opening statements by the court.

Court addresses the defendant's **Motion for Leave To File a Motion for Rehearing for Pretrial Release on Bond Pursuant to 8th Amendment** [#359] filed November 15, 2011.

Argument by defendant Armstrong.

Response by Mr. Harmon.

Court's findings and conclusions.

*"ACCIEPTIED"*

*Richard Kellogg Armstrong*

*JANUARY 16, 2014 CE*

**IT IS ORDERED:**

That the defendant's **Motion for Leave To File a Motion for Rehearing for Pretrial Release on Bond Pursuant to 8th Amendment** [#359] filed November 15, 2011, **DENIED**.

**9:18 a.m.**    **Court in recess.**

Total time in court:  00:10

Hearing concluded.

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen

UNITED STATES DISTRICT COURT
DENVER, COLORADO

Month: One

Year: 2014 C.E.

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 427 Filed 03/14/12 USDC Colorado Page 1 of 2 March 14, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 427 Filed 03/14/12 USDC Colorado Page 1 of 2 March 14, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- — I do not argue any facts in this case;
- — I request you issue me the Appearance Bond and waive all Public cost;
- — I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- — I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- — I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*ACCEPTED*

*Richard Kellogg Armstrong*   JANUARY 16, 2014 CE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date:              March 14, 2012

Deputy Clerk:      Nel Steffens
Court Reporter:    Tracy Weir

---

**Criminal Action No.  10-cr-00317-REB**

_Parties:_                              _Counsel:_

UNITED STATES OF AMERICA,

     Plaintiff,                    Kenneth Harmon
                                        Kevin Sweeney

v.

1.  CURTIS L. MORRIS, and
2.  RICHARD KELLOGG ARMSTRONG,          Lisa Wayne
                                        _Pro Se_, with David Owen, Advisory
     Defendants.                   Counsel

---

## COURTROOM MINUTES

---

**Motions Hearing on #227 and #230**

**1:28 p.m.     Court in session.**

Appearances of counsel.  Also seated at government's table is IRS-CID Special Agent, Greg Flynn.

Defendants are present in custody.

Opening statements by the court.

Ms. Wayne notes that defendant Morris is present today with a black eye, but since she and the defendant do not communicate, she is unable to determine his condition.

Court addresses **Defendant Morris' Motion To Limit the Lay-Witness Testimony of Internal Revenue Service Special Agents and Employees** [#227] filed May 10, 2011.

*"ACCEPTED"*

*Richard Kellogg Armstrong*

*JANUARY 16, 2014 CE*

1:33 p.m.      Argument by Ms. Wayne.

1:44 p.m.      Response by Mr. Sweeney.

1:50 p.m.      Reply by Ms. Wayne.

Court takes the matter under advisement.

Court addresses **Defendant Morris' Motion To Strike Proposed Expert Testimony of IRS-CID Special Agent Riordan, or in the Alternative, for an Evidentiary Hearing Pursuant to F.R.E. 702** [#230] filed May 11, 2011.

1:55 p.m.      Argument by Ms. Wayne.

2:08 p.m.      Response by Mr. Harmon.

2:17 p.m.      Reply by Ms. Wayne.

Court takes the matter under advisement.

**IT IS ORDERED** that pending contempt proceedings are **CONTINUED** pending further order of the court.

**2:21 p.m.      Court in recess.**

Total time in court:  00:53

Hearing concluded.

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One

Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

In reply to: "Case 1:10-cr-00317-REB Document 269 Filed 07/27/11 USDC Colorado Page 1
of 1 Criminal Case No. 10-cr-00317-REB-02 MINUTE ORDER Dated: July 27, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 269 Filed 07/27/11 USDC Colroado
Page 1 of 1 Criminal Case No. 10-cr-00317-REB-02 MINUTE ORDER Dated: July 27, 2011" and
return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer  by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street
     Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on  January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*January 16, 2014   CE*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

      Defendant.

---

### MINUTE ORDER[1]

---

On July 21, 2011, Mr. Armstrong filed a **Motion for Court's Authorization for Submission of Professionally Written Motion** [#265]. On July 26, 2011, Mr. Armstrong filed a **Motion For Leave To File Motion For Bona Fides** [#268]. Because Mr. Armstrong has been enjoined by this court from filing pretrial motions without advance leave of the court and because the time for filing pretrial motions has long since passed, the court enters this order to require the government to respond.

**THEREFORE, IT IS ORDERED** as follows:

1.  That by **August 10, 2011**, the government shall file a response to the following motions: (1) defendant's **Motion for Court's Authorization for Submission of Professionally Written Motion** [#265] filed July 21, 2011; and (2) defendant's **Motion For Leave To File Motion For Bona Fides** [#268] filed July 26, 2011; and

2.  That in its response the government shall address, *inter alia*, whether Mr. Armstrong should be permitted to file either or both of the proposed motions and whether the court should construe the **Motion For Leave To File Motion For Bona Fides** [#268] filed July 26, 2011, as a motion to recuse or a request for leave to file a motion to recuse.

Dated:  July 27, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

### NOTICE OF AND RESCISSION OF UNITED STATES DISTRICT COURT DESIGNATION FORM FOR CAUSE

Notice Date: Day Sixteen                Month: One

Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 2 1 2014**

**JEFFREY P. COLWELL**
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 283 Filed 09/05/11 USDC Colorado Page 1 of 1 UNITED STATES DISTRICT COURT DESIGNATION FORM /s/ David L. Owen, Jr. A-9 Designation of Record Form 12/09"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "Case 1:10-cr-00317-REB Document 283 Filed 09/05/11 USDC Colorado Page 1 of 1 UNITED STATES DISTRICT COURT DESIGNATION FORM /s/ David L. Owen, Jr. A-9 Designation of Record Form 12/09" including every copy for cause. I made a mistake signing and filing the UNITED STATES DISTRICT COURT DESIGNATION FORM. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF UNITED STATES DISTRICT COURT DESIGNATION FORM FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014  C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA,

        Plaintiff-Appellee        ,

    v.

RICHARD KELLOGG ARMSTRONG

        Defendant-Appellant        .

District Court No. 10-cr-00317-REB-02

Court of Appeals No.

    11-1397
    (if known)

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

The original papers which have been designated by circling their respective docket numbers (dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals.  (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

The following items should also be included in the record on appeal.  (Portions of transcripts should be designated by hearing dates and page numbers.)

1.

2.

3.

4.

5.

        (Attach additional sheets if necessary)

        Signature:   /s/ David L. Owen, Jr.

        Counsel for:   Richard Kellogg Armstrong

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on   September 5, 2011                .

Signature:   /s/ David L. Owen, Jr.

A-9  Designation of Record Form 12/09

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                    Month: One        **FILED**        Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the COurt, Room A-105
901 19th Street
Denver, Colorado 80294-3589

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 270 Filed 08/10/11 USDC Colorado Page 1 of 6 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT ARMSTRING'S MOTIONS FOR COURT'S AUTHORIZATION FOR SUBMISSION OF PROFESSIONALLY WRITTEN MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES, Page 2 of 6 2, Page 3 of 6 3, Page 4 of 6 4, Page 5 of 6 John F. Walsh Kevin F. Sweeney 5, Page 6 of 6 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment  "supra" and return your offer  for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer  by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16,  2014  C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    CURTIS L. MORRIS, and
2.    RICHARD KELLOGG ARMSTRONG,

        Defendants.

---

## GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT ARMSTRONG'S MOTIONS FOR COURT'S AUTHORIZATION FOR SUBMISSION OF PROFESSIONALLY WRITTEN MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES

---

The United States of America, by and through its undersigned counsel, responds to Defendant Armstrong's two motions styled as follows:

(1) "MOTION FOR COURT'S AUTHORIZATION FOR SUBMISSION OF PROFESSIONALLY WRITTEN MOTION" filed July 21, 2011 (hereinafter "Motion One"), Doc. No. 265; and

(2) "MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES" filed July 26, 2011 (hereinafter "Motion Two"), Doc. No. 268.

For the reasons set forth below, the Government construes Motions One and Two as requests for leave to file motions. Moreover, the Government does not object to Defendant Armstrong's filing of a motion regarding alleged Government misconduct related to the recently created affidavit of Elysse Del Francia but opposes permitting Defendant Armstrong to file any

*"ACCEPTED"*
*Michael Kellogg (initials)*
*JANUARY 16, 2014 CE*

other motion.

## BACKGROUND

On June 25, 2010, this Court entered its Trial Preparation Conference Order requiring in relevant part:

> Non-CJA motions shall not be filed out of time without leave of court. Amended papers, including amended motions, petitions, responses, or replies shall not be filed without leave of court. Supplements to papers, including motions, petitions, responses, or replies, shall not be filed without leave of court. Replies to responses shall not be filed without leave of court. Leave of court must be obtained before such papers may be filed. A request for leave to file such a paper shall not be contained or included in the paper sought to be filed. Doc. No. 33.

On January 27, 2011, this Court ordered that all non-CJA motions shall be filed by February 29, 2011. Doc. No. 128. Defendant Armstrong filed Motion One on July 21, 2011 and filed Motion Two on July 26, 2011. On July 27, 2011, this Court ordered the Government to respond as to whether Defendant Armstrong should be permitted to file either or both of the proposed motions and whether the court should construe Motion Two as a motion to recuse or a request for leave to file a motion to recuse.

## ARGUMENT

### I.   Motion Two Construed

The Government construes Motion Two as a motion for leave to file a recusal motion for three reasons.[1] First, Motion Two is styled as "MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES." Second, Motion Two prays only for the relief of the Court's acceptance of Defendant Armstrong's motions. In particular, the motion "moves the court for leave to file a Motion for Bona Fides" in paragraph one, "moves the court to allow [Defendant Armstrong] to

---

[1] The Government construes the term "Motion for Bona Fides" as "Motion for Recusal."

2

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

file a request " in paragraph two, and "moves the court to accept a Motion for Bona Fides" in paragraph seven.  It is telling that the relief requested in Motion Two contrasts starkly from the remedy of dismissal of charges that Defendant Armstrong has requested in nearly every substantive motion in this case.  Third, the timing of Motion Two indicates that Defendant Armstrong is requesting leave to file a recusal motion.  Prior to filing Motion Two, Defendant Armstrong had been enjoined for filing untimely motions without leave of court and had several motions stricken.  Docs. No. 235, 251, 259.  Paragraph three of Motion Two references the subjects of several of these previously stricken motions.  Doc. No. 259.  Moreover, the Court had not yet ruled on a prior request by Defendant Armstrong for leave to file motions in a general sense (Motion One).  It appears that Motion Two was Defendant Armstrong's attempt to comply with the Court's Orders by requesting advanced leave to specifically file a recusal motion.  For the aforementioned reasons, the Government construes Motion Two as a motion for leave to file a recusal motion.

## II.   Requests for Leave to File Motions

### A.   Motion One

The Government requests that this Court deny Motion One in part.  Motion One consists of one sentence stating, "This is a request for the Court's authorization for the submission of a professionally written Motion for the purpose of the Court's consideration for case dismissal."  Though the Government welcomes professionally written motions in a general sense, the motion does not specify the substance of the proposed motion(s) or why the motion(s) could not have been filed by the Court's motion's deadline.  Open ended permission to file any professionally written motion would eviscerate the purpose of the Trial Preparation Conference Order and the

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

Government opposes such an open ended request.  However, based upon Defendant Armstrong's

*pro se* status, the Government would not oppose the granting of leave for him to file one motion

regarding his alleged prosecutorial misconduct for the government's attempted bribery of a

witnesses.  Defendant Armstrong has already filed similar motions which were stricken by this

Court and has, once again, referenced this issue in Motion Two.  Doc. Nos. 256, 257, 259.  His

previously filed motions include an affidavit from a potential witness named Elysse Del Francia

dated June 28, 2011 that makes various allegations against government officials.  Doc. Nos. 256,

257.  Based upon the timing of the affidavit relative to the February 29, 2011 motion deadline

and recognition that Defendant Armstrong is *pro se*, the Government does not object to this

Court permitting him to file a motion on this issue at this time.

    B.    Motion Two

    The Government requests that this Court deny Motion Two.[2]  Defendant Armstrong

previously moved for Judge Blackburn's recusal after filing a fictitious lawsuit against numerous

Government officials including Judge Blackburn.  Doc. No. 154.  This Court rejected his

argument as meritless.  Doc. 169.  Now it appears that Defendant Armstrong once again intends

to seek recusal based upon circumstances he himself created.  This time Defendant Armstrong

suggests that Judge Blackburn's Orders admonishing him for repeatedly ignoring court imposed

filing deadlines without advanced leave of court demonstrates bias.  Docs. No. 251, 259.  This is

not a viable basis for recusal.  His proposed motion "constitute[s], in disguised form, no more

than a disagreement with the legal conclusions reached by the district judge." *Jones v.*

*Pittsburgh Nat. Corp.*, 899 F.2d 1350, 1356 (3rd Cir. 1990).  Moreover, the Orders he disagrees

_____

[2] This argument assumes that Motion Two is a request for leave to file a recusal request.

4

*ACCEPTED*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

with were issued in response to Defendant Armstrong's previous blatant disregard for Court

issued deadlines and protocols.  Defendant Armstrong has failed to establish good cause for leave

to file a motion to recuse.  This Court should deny his request.

## CONCLUSION

WHEREFORE, the Government construes Motions One and Two as requests for leave to

file motions.  The Government does not oppose Defendant Armstrong's filing of one motion

regarding alleged Government misconduct related to the recently created affidavit of Elysse Del

Francia but opposes permitting Defendant Armstrong to file any other motion.

DATED: August 10, 2011, at Denver, Colorado.


Respectfully submitted,

JOHN F. WALSH
United States Attorney


s/Kevin F. Sweeney
By: Kevin F. Sweeney
Trial Attorney
Tax Division
U.S. Department of Justice

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*JANUARY 16, 2014 CE*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August 2011, I electronically filed the foregoing **GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT ARMSTRONG'S MOTIONS FOR COURT'S AUTHORIZATION FOR SUBMISSION OF PROFESSIONALLY WRITTEN MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

Lisa Monet Wayne
lmoney20@aol.com

David L. Owen
davidowen@lodopc.com

I also certify that I sent the foregoing via U.S. Mail to the following:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123

By:   *s/ Kevin F. Sweeney*
       KEVIN F. SWEENEY
       Trial Attorney