# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014 C.E.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

In reply to: "Case 1:10-cr-00317-REB Document 1 Filed 05/18/10 USDC Colorado Page 1 of 25 CRIMINAL COMPLAINT CASE NUMBER: 10-mj-1088-KLM Greg M. Flynn 5/18/10 Kristen L. Mix MAGISTRATE JUDGE, Page 2 of 25 1, 3 1, 4 2, 5 3, 6 4, 7 5, 8 6, 9 7, 10 8, 11 9, 12 10, 13 11, 14 12, 15 13, 16 14, 17 15, 18 16, 19 17, 20 18, 21 19, 22 20, 23 21, 24 22, Page 25 Greg M. Flynn 18th Day of May, 2010 Kristen L. Mix 23"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: Kristen L. Mix, MAGISTRATE JUDGE, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Greg M. Flynn, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, 1999 BROADWAY, Suite 2700, Denver, Colorado 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, .2014 C.E. . for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                    Month: One                              Year: 2014 C.E.

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 239 Filed 05/24/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS RECORDS BY DECLARATION PURSUANT TO FED.R.EVID.803(6) AND 902(11), Page 2 of 3 John F. Walsh Kevin F. Sweeney 2, Page 3 of 3 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 3,"Case 1:10-cr-00317-REB Document 239-1 Filed 05/24/11 USDC Colorado Page 1 of 2 ATTACHMENT A 1, Page 2 of 2 2,"Case 1:10-cr-00317-REB Document 239-2 Filed 05/24/11 USDC Colorado Page 1 of 3 ATTACHMENT B [sample] DECLARATION, Page 2 of 3, Page 3 of 3 ATTACHMENT 1"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentments "supra" and return your offers for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offers by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

**cc**

UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Denver, Colorado 80294-3589

cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202

cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202

cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen

Month: One

Year: 2014 C.E.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 259 Filed 07/07/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB ORDER STRIKING DEFENDANT'S MOTION TO DISMISS AND MOTION TO REINSTATE NOTICES Blackburn, J., Page 2 of 2 Dated: July 7, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 259 Filed 07/07/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB ORDER STRIKING DEFENDANT'S MOTION TO DISMISS AND MOTION TO REINSTATE NOTICES Blackburn, J., Page 2 of 2 Dated: July 7, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer  by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014   C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105          JAN 2 1 2014
901 19th Street
Denver, Colorado 80294-3589

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 269 Filed 07/27/11 USDC Colorado Page 1
of 1 Criminal Case No. 10-cr-00317-REB-02 MINUTE ORDER Dated: July 27, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 269 Filed 07/27/11 USDC Colrado
Page 1 of 1 Criminal Case No. 10-cr-00317-REB-02 MINUTE ORDER Dated: July 27, 2011" and
return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer  by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"
(cc) UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street
    Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on  January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                    Month: One                              Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the COurt, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER. COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 270 ~~Filed 08/10/11 USDC~~ Colorado Page 1
of 6 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT
ARMSTRING'S MOTIONS FOR COURT'S AUTHORIZATION FOR SUBMISSION OF PROFESSIONALLY WRITTEN
MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES, Page 2 of 6 2, Page 3 of 6
3, Page 4 of 6 4, Page 5 of 6 John F. Walsh Kevin F. Sweeney 5, Page 6 of 6 Lisa Monet
Wayne David L. Owen Kevin F. Sweeney 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment  "supra" and return your offer  for closure and settlement of
the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer  by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong
Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF UNITED STATES
## DISTRICT COURT DESIGNATION FORM FOR CAUSE

Notice Date: Day Sixteen          Month: One          **FILED**          Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 283 Filed 09/05/11 USDC Colorado Page 1 of 1 UNITED STATES DISTRICT COURT DESIGNATION FORM /s/ David L. Owen, Jr. A-9 Designation of Record Form 12/09"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "Case 1:10-cr-00317-REB Document 283 Filed 09/05/11 USDC Colorado Page 1 of 1 UNITED STATES DISTRICT COURT DESIGNATION FORM /s/ David L. Owen, Jr. A-9 Designation of Record Form 12/09" including every copy for cause. I made a mistake signing and filing the UNITED STATES DISTRICT COURT DESIGNATION FORM. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF UNITED STATES DISTRICT COURT DESIGNATION FORM FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014  C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen

Month: One

Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

In reply to: "Case 1:10-cr-00317-REB Document 288 Filed 09/08/11 USDC Colorado Page
1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S
MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND
JURY IRREGULARITIES, Page 2 of 4 2, Page 3 of 4 John F. Walsh Kevin F. Sweeney 3, Page
4 of 4 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of my offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202

cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202

cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

cc: Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, COlorado 80294-3589.

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF Subj: Notice to the Court of
cancellation of voluntary appearance at hearing
scheduled for September 15, 2011 FOR CAUSE**

Notice Date: Day Sixteen               Month: One                    Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2014

JEFFREY P. COLWELL
CLERK

In reply to: "Case 1:10-cr-00317-REB Document 295 Filed 09/15/11 USDC Colorado Page
1 of 2 September 11, 2011 Case 10-cr-00317-REB Subj: Notice to the Court of cancellation
of voluntary appearance at hearing schedule for September 15, 2011, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
Original "Case 1:10-cr-00317-REB Document 295 Filed 09/15/11 USDC Colorado Page 1 of
2 September 11, 2011 Case 10-cr-00317-REB Subj: Notice to the Court of cancellation
of voluntary appearance at hearing scheduled for September 15, 2011, Page 2 of 2"
including every copy for cause. I made a mistake filing and presenting the Subj: Notice
to the COurt of cancellation of voluntary appearance at hearing scheduled for September
15, 2011. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge
for a stranger"[2]"You snared by the words of your mouth; you are taken by the words of
your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand
of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your
eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

(cc) UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E, Blackburn, 901 19th Street,
Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF Subj: Notice to the Court of cancellation
of voluntary appearance at hearing scheduled for September 15, 2011 FOR CAUSE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014  C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

In reply to: "Case 1:10-cr-00317-REB Document 296 Filed 09/15/11 USDC Colorado Page 1
of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 15, 2011"

PLEASE TAKE NOTICE that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 296 Filed 09/15/11 USDC Colorado
Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 15, 2011"
and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE
OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this NON-NEGOTIABLE NOTICE OF ACCEPTANCE was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014 , C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80194-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

### NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE A MOTION
### FOR REHEARING ON PETITIONER'S DETENTION FOR CAUSE

Notice Date: Day Sixteen                    Month: One        **FILED**        Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO                                       JAN 2 1 2014
Clerk of the  Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589                      JEFFREY P. COLWELL
                                                       CLERK

In reply to: "Case 1:10-cr-00317-REB Document 297 Filed 09/19/11 USDC Colorado Page
1 of 2 MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING ON PETITIONER'S DETENTION, Page
2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
Original "Case 1:10-cr-00317-REB Document 297 Filed 09/19/11 USDC Colorado Page 1 of
2 MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING ON PETITIONER'S DETENTION, Page 2
of 2" including every copy for cause. I made a mistake finling and presenting the MOTION
FOR LEAVE TO FILE A MOTION FOR REHEARING ON PETITIONER'S DETENTION. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge
for a stranger"[2]"You snared by the words of your mouth; you are taken by the words of
your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand
of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your
eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                                          Sincerely,

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong
                                          c/o 20413-298
                                          Federal Correctional Institution
                                          3600 Guard Road
                                          Lompoc, California

Attachment: "supra"

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, COlorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E, Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE A MOTION FOR
REHEARING ON PETITIONER'S DETENTION FOR CAUSE** was sealed in an envelope with First Class Postage paid and
deposited in a United States Postal Mail Boc located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California
on January  16,  2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk
of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen               Month: One               Year: 2014  C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

In reply to: "Case 1:10-cr-00317-REB Document 307 Filed 09/26/11 USDC Colorado Page 1
of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 26, 2011"

PLEASE TAKE NOTICE that I, Richard  Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 307 Filed 09/26/11 USDC Colorado
Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 26, 2011"
and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I  request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                    Sincerely,

                                    Richard Kellogg Armstrong
                                    Richard Kellogg Armstrong
                                    c/o 20413-298
                                    Federal Correctional Institution
                                    3600 Guard Road
                                    Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
    Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014  C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80194-3589

                                    Richard Kellogg Armstrong
                                    Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 310 Filed 09/27/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-01 ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161(h)(1)) Blackburn, J., Page 2 of 2 Dated September 27, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 310 Filed 09/27/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-01 ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161(h)(1)) Blackburn, J., Page 2 of 2 Dated September 27, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80194-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014  C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

In reply to: "Case 1:10-cr-00317-REB Document 314 Filed 09/29/11 USDC Colorado Page
1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 29, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document  314 Filed 09/29/11 USDC Colorado
Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 29, 2011"
and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
    Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box  located in Unite J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January  16,  2014 C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80284-3589.

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month:One     **FILED**       Year: 2014 , C.E.

UNITED STATES DISTRICT COURT
DENVER COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 315 Filed 09/29/11 USDC Colorado Page
1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER DENYING MOTION FOR LEAVE TO FILE MOTION
FOR DISMISSAL Blackburn, J., Page 2 of 2 Dated September 29, 2011 BY THE COURT: Robert
E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 315 Filed 09/29/11 USDC Colorado
Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER DENYING MOTION FOR LEAVE TO FILE
MOTION FOR DISMISSAL Blackburn, J., Page 2 of 2 Dated September 29, 2011 BY THE COURT:
Robert E. Blackburn United States District Judge 2" and return your offer for closure
and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unite J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80284-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014  C.E.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 331 Filed 10/19/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 October 17, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 331 Filed 10/19/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 October 17, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of my offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

(cc:) UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One                          Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**FILED**
**UNITED STATES DISTRICT COURT**
DENVER COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 350 Filed 11/07/11 USDC Colorado Page
1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 Dated:
November 7, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 350 Filed 11/07/11 USDC Colorado
Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 Dated:
November 7, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2" and
return your offer for closure and settlement of the accounting.

I indicate my acceptance of my offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          **FILED**          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 368 Filed 11/30/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S MOTION TO PERMIT FILING OF NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT ARMSTORNG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT 1, Page 2 of 3 John F. Walsh Kenneth M. Harmon David L. Owen 2, Page 3 of 3 Richard Kellogg Armstrong Kenneth M. Harmon 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80924-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One                    Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 370 Filed 12/30/11 USDC Colorado Page
1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY
CONCERNING DEFENDANT ⸱ ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR
PRETRIAL RELEASE ON BOND PURUANT TO 8TH AMENDMENT 1, Page 2 of 4 2, Page 3 of 4 John
F. Walsh Kenneth M. Harmon 3, Page 4 of 4 David L. Owen Richard Kellogg Armstrong
Kenneth M. Harmon 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                              Sincerely,

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional Institution
                              3600 Guard Road
                              Lompoc, California


Attachment: "supra"

CC: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
    Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700,
    Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
    Denver, Colorado 80202
cc: David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
    Denver, Colorado 80924-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One .          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 417 Filed 02/24/12 USDC Colorado Page
1 of 2 Date: February 24, 2012 Criminal Action No. 10-cr-00317-REB Kenneth Harmon David
Owen COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 417 Filed 02/24/12 USDC Colorado
Page 1 of 2 Date: February 24, 2012 Criminal Action No. 10-cr-00317-REB Kenneth Harmon
David Owen COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and settlement
of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
    Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
    Denver, Colorado 80202
cc: David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
    Denver, Colorado 80924-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16,  2014 - C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 427 Filed 03/14/12 USDC Colorado Page 1 of 2 March 14, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 427 Filed 03/14/12 USDC Colorado Page 1 of 2 March 14, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

CC: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One               Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 1 Filed 05/18/10 USDC Colorado Page 1
of 25 CRIMINAL COMPLAINT CASE NUMBER: 10-mj-1088-KLM Greg M. Flynn 5/18/10 Kristen L.
Mix MAGISTRATE JUDGE, Page 2 of 25 1, 3 1, 4 2, 5 3, 6 4, 7 5, 8 6, 9 7, 10 8, 11 9,
12 10, 13 11, 14 12, 15 13, 16 14, 17 15, 18 16, 19 17, 20 18, 21 19, 22 20, 23 21,
24 22, Page 25 Greg M. Flynn 18th Day of May, 2010 Kristen L. Mix 23"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
    Denver, Colorado 80294-3589
cc: Kristen L. Mix, MAGISTRATE JUDGE, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
    Denver, Colorado 80294-3589
cc: Greg M. Flynn, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, 1999 BROADWAY, Suite 2700,
    Denver, Colorado 80202

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One                    Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 239 Filed 05/24/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS RECORDS BY DECLARATION PURSUANT TO FED.R.EVID.803(6) AND 902(11), Page 2 of 3 John F. Walsh Kevin F. Sweeney 2, Page 3 of 3 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 3,"Case 1:10-cr-00317-REB Document 239-1 Filed 05/24/11 USDC Colorado Page 1 of 2 ATTACHMENT A 1, Page 2 of 2 2,"Case 1:10-cr-00317-REB Document 239-2 Filed 05/24/11 USDC Colorado Page 1 of 3 ATTACHMENT B [sample] DECLARATION, Page 2 of 3, Page 3 of 3 ATTACHMENT 1"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentments "supra" and return your offers for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offers by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:   UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:   UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc:   DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:   DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:   David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:   Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 259 Filed 07/07/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB ORDER STRIKING DEFENDANT'S MOTION TO DISMISS AND MOTION TO REINSTATE NOTICES Blackburn, J., Page 2 of 2 Dated: July 7, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 259 Filed 07/07/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB ORDER STRIKING DEFENDANT'S MOTION TO DISMISS AND MOTION TO REINSTATE NOTICES Blackburn, J., Page 2 of 2 Dated: July 7, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer  by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street
Denver, Colorado 80294-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, ,2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014  C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 269 Filed 07/27/11 USDC Colorado Page 1 of 1 Criminal Case No. 10-cr-00317-REB-02 MINUTE ORDER Dated: July 27, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 269 Filed 07/27/11 USDC Colroado Page 1 of 1 Criminal Case No. 10-cr-00317-REB-02 MINUTE ORDER Dated: July 27, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer  by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California


Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
(cc)  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street
Denver, Colorado 80294-3589


### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on  January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the COurt, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 270 Filed 08/10/11 USDC Colorado Page 1 of 6 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT ARMSTRING'S MOTIONS FOR COURT'S AUTHORIZATION FOR SUBMISSION OF PROFESSIONALLY WRITTEN MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES, Page 2 of 6 2, Page 3 of 6 3, Page 4 of 6 4, Page 5 of 6 John F. Walsh Kevin F. Sweeney 5, Page 6 of 6 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment  "supra" and return your offer  for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer  by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF UNITED STATES
DISTRICT COURT DESIGNATION FORM FOR CAUSE**

Notice Date: Day Sixteen          Month: One          Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 283 Filed 09/05/11 USDC Colorado Page
1 of 1 UNITED STATES DISTRICT COURT DESIGNATION FORM /s/ David L. Owen, Jr. A-9
Designation of Record Form 12/09"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
Original "Case 1:10-cr-00317-REB Document 283 Filed 09/05/11 USDC Colorado Page 1 of
1 UNITED STATES DISTRICT COURT DESIGNATION FORM /s/ David L. Owen, Jr. A-9 Designation
of Record Form 12/09" including every copy for cause. I made a mistake signing and filing
the UNITED STATES DISTRICT COURT DESIGNATION FORM. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge
for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words
of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the
hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to
your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF UNITED STATES DISTRICT COURT DESIGNATION
FORM FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal
Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E.
for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105,
901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 288 Filed 09/08/11 USDC Colorado Page
1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S
MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND
JURY IRREGULARITIES, Page 2 of 4 2, Page 3 of 4 John F. Walsh Kevin F. Sweeney 3, Page
4 of 4 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of my offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this NON-NEGOTIABLE NOTICE OF ACCEPTANCE was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, COlorado 80294-3589.

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF** Subj: Notice to the Court of
cancellation of voluntary appearance at hearing
scheduled for September 15, 2011 FOR CAUSE

Notice Date: Day Sixteen          Month: One                    Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 295 Filed 09/15/11 USDC Colorado Page
1 of 2 September 11, 2011 Case 10-cr-00317-REB Subj: Notice to the Court of cancellation
of voluntary appearance at hearing schedule for September 15, 2011, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
Original "Case 1:10-cr-00317-REB Document 295 Filed 09/15/11 USDC Colorado Page 1 of
2 September 11, 2011 Case 10-cr-00317-REB Subj: Notice to the Court of cancellation
of voluntary appearance at hearing scheduled for September 15, 2011, Page 2 of 2"
including every copy for cause. I made a mistake filing and presenting the Subj: Notice
to the COurt of cancellation of voluntary appearance at hearing scheduled for September
15, 2011. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge
for a stranger"[2]"You snared by the words of your mouth; you are taken by the words of
your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand
of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your
eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                              Sincerely,

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional Institution
                              3600 Guard Road
                              Lompoc, California

Attachment: "supra"

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc̄  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E, Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF** Subj: **Notice to the Court of cancellation
of voluntary appearance at hearing scheduled for September 15, 2011 FOR CAUSE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen            Month: One                    Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 296 Filed 09/15/11 USDC Colorado Page 1
of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 15, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 296 Filed 09/15/11 USDC Colorado
Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 15, 2011"
and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014 , C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80194-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

### NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE A MOTION
### FOR REHEARING ON PETITIONER'S DETENTION FOR CAUSE

Notice Date: Day Sixteen          Month: One          Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


In reply to: "Case 1:10-cr-00317-REB Document 297 Filed 09/19/11 USDC Colorado Page
1 of 2 MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING ON PETITIONER'S DETENTION, Page
2 of 2"

PLEASE TAKE NOTICE that I, Richard Kellogg Armstrong, sentient moral being rescind the
Original "Case 1:10-cr-00317-REB Document 297 Filed 09/19/11 USDC Colorado Page 1 of
2 MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING ON PETITIONER'S DETENTION, Page 2
of 2" including every copy for cause. I made a mistake finling and presenting the MOTION
FOR LEAVE TO FILE A MOTION FOR REHEARING ON PETITIONER'S DETENTION. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge
for a stranger"[2]"You snared by the words of your mouth; you are taken by the words of
your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand
of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your
eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

### I RESERVE ALL MY RIGHHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California


Attachment: "supra"

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, COlorado 80294-3589
    UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E, Blackburn, 901 19th Street,
    Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE A MOTION FOR
REHEARING ON PETITIONER'S DETENTION FOR CAUSE was sealed in an envelope with First Class Postage paid and
deposited in a United States Postal Mail Boc located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California
on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk
of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen            Month: One            Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 307 Filed 09/26/11 USDC Colorado Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 26, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 307 Filed 09/26/11 USDC Colorado Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 26, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80194-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One                        Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 310 Filed 09/27/11 USDC Colorado Page 1
of 2 Criminal Case No. 10-cr-00317-REB-01 ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL
ACT (18 U.S.C. § 3161(h)(1)) Blackburn, J., Page 2 of 2 Dated September 27, 2011 BY THE
COURT: Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 310 Filed 09/27/11 USDC Colorado
Page 1 of 2 Criminal Case No. 10-cr-00317-REB-01 ORDER EXCLUDING TIME UNDER THE SPEEDY
TRIAL ACT (18 U.S.C. § 3161(h)(1)) Blackburn, J., Page 2 of 2 Dated September 27, 2011
BY THE COURT: Robert E. Blackburn United States District Judge 2" and return your offer
for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014 J C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80194-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014  C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 314 Filed 09/29/11 USDC Colorado Page
1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 29, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document  314 Filed 09/29/11 USDC Colorado
Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 29, 2011"
and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                              Sincerely,

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional Institution
                              3600 Guard Road
                              Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box  located in Unite J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January  16,  2014 C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80284-3589.

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen          Month:One          Year: 2014 , C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 315 Filed 09/29/11 USDC Colorado Page
1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER DENYING MOTION FOR LEAVE TO FILE MOTION
FOR DISMISSAL Blackburn, J., Page 2 of 2 Dated September 29, 2011 BY THE COURT: Robert
E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 315 Filed 09/29/11 USDC Colorado
Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER DENYING MOTION FOR LEAVE TO FILE
MOTION FOR DISMISSAL Blackburn, J., Page  2 of 2 Dated September 29, 2011 BY THE COURT:
Robert E. Blackburn United States District Judge  2" and return your offer for closure
and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue to me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California


Attachment: "supra"

cc:   UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:   UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
      Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box  located in Unite J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014  C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80284-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 331 Filed 10/19/11 USDC Colorado Page
1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 October
17, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 331 Filed 10/19/11 USDC Colorado
Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 October
17, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2" and return
your offer for closure and settlement of the accounting.

I indicate my acceptance of my offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One                        Year: 2014  C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 350 Filed 11/07/11 USDC Colorado Page
1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 Dated:
November 7, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 350 Filed 11/07/11 USDC Colorado
Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 Dated:
November 7, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2" and
return your offer for closure and settlement of the accounting.

I indicate my acceptance of my offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                    Sincerely,

                                    _Richard Kellogg Armstrong_
                                    Richard Kellogg Armstrong
                                    c/o 20413-298
                                    Federal Correctional Institution
                                    3600 Guard Road
                                    Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, COlorado 80294-3589.

                                    _Richard Kellogg Armstrong_
                                    Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One                          Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 368 Filed 11/30/11 USDC Colorado Page
1 of 3 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S MOTION TO PERMIT FILING OF NOTICE
OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT ARMSTORNG'S MOTION FOR LEAVE TO FILE
A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT 1, Page
2 of 3 John F. Walsh Kenneth M. Harmon David L. Owen 2, Page 3 of 3 Richard Kellogg
Armstrong Kenneth M. Harmon 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard L. Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80924-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen            Month: One                    Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 370 Filed 12/30/11 USDC Colorado Page
1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY
CONCERNING DEFENDANT  ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR
PRETRIAL RELEASE ON BOND PURUANT TO 8TH AMENDMENT 1, Page 2 of 4 2, Page 3 of 4 John
F. Walsh Kenneth M. Harmon 3, Page 4 of 4 David L. Owen Richard Kellogg Armstrong
Kenneth M. Harmon 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                              Sincerely,

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional Institution
                              3600 Guard Road
                              Lompoc, California


Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80924-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16,  2014  C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                     Month: One .                          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 417 Filed 02/24/12 USDC Colorado Page
1 of 2 Date: February 24, 2012 Criminal Action No. 10-cr-00317-REB Kenneth Harmon David
Owen COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 417 Filed 02/24/12 USDC Colorado
Page 1 of 2 Date: February 24, 2012 Criminal Action No. 10-cr-00317-REB Kenneth Harmon
David Owen COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and settlement
of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                         Sincerely,

                                         *Richard Kellogg Armstrong*
                                         Richard Kellogg Armstrong
                                         c/o 20413-298
                                         Federal Correctional Institution
                                         3600 Guard Road
                                         Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
    Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
    Denver, Colorado 80202
cc: David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
    Denver, Colorado 80924-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16,  2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One .                    Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 427 Filed 03/14/12 USDC Colorado Page 1 of 2 March 14, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 427 Filed 03/14/12 USDC Colorado Page 1 of 2 March 14, 2012 Criminal Action No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One                    Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 1 Filed 05/18/10 USDC Colorado Page 1
of 25 CRIMINAL COMPLAINT CASE NUMBER: 10-mj-1088-KLM Greg M. Flynn 5/18/10 Kristen L.
Mix MAGISTRATE JUDGE, Page 2 of 25 1, 3 1, 4 2, 5 3, 6 4, 7 5, 8 6, 9 7, 10 8, 11 9,
12 10, 13 11, 14 12, 15 13, 16 14, 17 15, 18 16, 19 17, 20 18, 21 19, 22 20, 23 21,
24 22, Page 25 Greg M. Flynn 18th Day of May, 2010 Kristen L. Mix 23"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  Kristen L. Mix, MAGISTRATE JUDGE, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  Greg M. Flynn, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, 1999 BROADWAY, Suite 2700,
     Denver, Colorado 80202

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, .2014 C.E. . for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One                Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 239 Filed 05/24/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS RECORDS BY DECLARATION PURSUANT TO FED.R.EVID.803(6) AND 902(11), Page 2 of 3 John F. Walsh Kevin F. Sweeney 2, Page 3 of 3 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 3,"Case 1:10-cr-00317-REB Document 239-1 Filed 05/24/11 USDC Colorado Page 1 of 2 ATTACHMENT A 1, Page 2 of 2 2,"Case 1:10-cr-00317-REB Document 239-2 Filed 05/24/11 USDC Colorado Page 1 of 3 ATTACHMENT B [sample] DECLARATION, Page 2 of 3, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentments "supra" and return your offers for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offers by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposit~d in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One                          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 239 Filed 05/24/11 USDC Colorado Page 1
of 3 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS
RECORDS BY DECLARATION PURSUANT TO FED.R.EVID.803(6) AND 902(11), Page 2 of 3 John F.
Walsh Kevin F. Sweeney 2, Page 3 of 3 Lisa Monet Wayne David L. Owen Kevin F. Sweeney
3,"Case 1:10-cr-00317-REB Document 239-1 Filed 05/24/11 USDC Colorado Page 1 of 2
ATTACHMENT A 1, Page 2 of 2 2,"Case 1:10-cr-00317-REB Document 239-2 Filed 05/24/11 USDC
Colorado Page 1 of 3 ATTACHMENT B [sample] DECLARATION, Page 2 of 3, Page 3 of 3
ATTACHMENT 1"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentments "supra" and return your offers for closure and settlement of
the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offers by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                      Sincerely,

                                      *Richard Kellogg Armstrong*
                                      Richard Kellogg Armstrong
                                      c/o 20413-298
                                      Federal Correctional Institution
                                      3600 Guard Road
                                      Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                    Month: One                    Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the COurt, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 270 Filed 08/10/11 USDC Colorado Page 1 of 6 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT ARMSTRING'S MOTIONS FOR COURT'S AUTHORIZATION FOR SUBMISSION OF PROFESSIONALLY WRITTEN MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES, Page 2 of 6 2, Page 3 of 6 3, Page 4 of 6 4, Page 5 of 6 John F. Walsh Kevin F. Sweeney 5, Page 6 of 6 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


Attachment: "supra"

cc:   UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:   UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street
      Denver, Colorado 80294-3589
cc:   DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700,
      Denver, Colorado 80202
cc:   DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700,
      Denver, Colorado 80202
cc:   David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
      Denver, Colorado 80294-3589
cc:   Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
      Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16,  2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen               Month: One                    Year: 2014  C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the COurt, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 270 Filed 08/10/11 USDC Colorado Page 1 of 6 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT ARMSTRING'S MOTIONS FOR COURT'S AUTHORIZATION FOR SUBMISSION OF PROFESSIONALLY WRITTEN MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES, Page 2 of 6 2, Page 3 of 6 3, Page 4 of 6 4, Page 5 of 6 John F. Walsh Kevin F. Sweeney 5, Page 6 of 6 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment  "supra" and return your offer  for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer  by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                              Sincerely,

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional Institution
                              3600 Guard Road
                              Lompoc, California


Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF UNITED STATES
## DISTRICT COURT DESIGNATION FORM FOR CAUSE

Notice Date: Day Sixteen                Month: One                Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 283 Filed 09/05/11 USDC Colorado Page
1 of 1 UNITED STATES DISTRICT COURT DESIGNATION FORM /s/ David L. Owen, Jr. A-9
Designation of Record Form 12/09"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
Original "Case 1:10-cr-00317-REB Document 283 Filed 09/05/11 USDC Colorado Page 1 of
1 UNITED STATES DISTRICT COURT DESIGNATION FORM /s/ David L. Owen, Jr. A-9 Designation
of Record Form 12/09" including every copy for cause. I made a mistake signing and filing
the UNITED STATES DISTRICT COURT DESIGNATION FORM. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge
for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words
of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the
hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to
your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Footnotes: 1) Proverbs 6:1 2) Proverbs 6:2 3) Proverbs 6:3 4) Proverbs 6:4 5) Proverbs 6:5

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF UNITED STATES DISTRICT COURT DESIGNATION
FORM FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal
Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014  C.E.
for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105,
901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One                Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 288 Filed 09/08/11 USDC Colorado Page 1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, Page 2 of 4 2, Page 3 of 4 John F. Walsh Kevin F. Sweeney 3, Page 4 of 4 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of my offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                    Sincerely,

                                    *Richard Kellogg Armstrong*
                                    Richard Kellogg Armstrong
                                    c/o 20413-298
                                    Federal Correctional Institution
                                    3600 Guard Road
                                    Lompoc, California


Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this NON-NEGOTIABLE NOTICE OF ACCEPTANCE was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on : January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, COlorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


In reply to: "Case 1:10-cr-00317-REB Document 288 Filed 09/08/11 USDC Colorado Page 1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, Page 2 of 4 2, Page 3 of 4 John F. Walsh Kevin F. Sweeney 3, Page 4 of 4 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 4"

PLEASE TAKE NOTICE that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of my offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California


Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this NON-NEGOTIABLE NOTICE OF ACCEPTANCE was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, COlorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One                          Year: 2014  C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 368 Filed 11/30/11 USDC Colorado Page
1 of 3 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S MOTION TO PERMIT FILING OF NOTICE
OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT ARMSTORNG'S MOTION FOR LEAVE TO FILE
A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT 1, Page
2 of 3 John F. Walsh Kenneth M. Harmon David L. Owen 2, Page 3 of 3 Richard Kellogg
Armstrong Kenneth M. Harmon 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80924-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen              Month: One                    Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 370 Filed 12/30/11 USDC Colorado Page
1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY
CONCERNING DEFENDANT ⸱ ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR
PRETRIAL RELEASE ON BOND PURUANT TO 8TH AMENDMENT 1, Page 2 of 4 2, Page 3 of 4 John
F. Walsh Kenneth M. Harmon 3, Page 4 of 4 David L. Owen Richard Kellogg Armstrong
Kenneth M. Harmon 4"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                              Sincerely,

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional Institution
                              3600 Guard Road
                              Lompoc, California


Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80924-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One          Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 417 Filed 02/24/12 USDC Colorado Page
1 of 2 Date: February 24, 2012 Criminal Action No. 10-cr-00317-REB Kenneth Harmon David
Owen COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 417 Filed 02/24/12 USDC Colorado
Page 1 of 2 Date: February 24, 2012 Criminal Action No. 10-cr-00317-REB Kenneth Harmon
David Owen COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and settlement
of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.


Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.


                              Sincerely,

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional Institution
                              3600 Guard Road
                              Lompoc, California


Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc   David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80924-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 - C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One                    Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 239 Filed 05/24/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS RECORDS BY DECLARATION PURSUANT TO FED.R.EVID.803(6) AND 902(11), Page 2 of 3 John F. Walsh Kevin F. Sweeney 2, Page 3 of 3 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 3,"Case 1:10-cr-00317-REB Document 239-1 Filed 05/24/11 USDC Colorado Page 1 of 2 ATTACHMENT A 1, Page 2 of 2 2,"Case 1:10-cr-00317-REB Document 239-2 Filed 05/24/11 USDC Colorado Page 1 of 3 ATTACHMENT B [sample] DECLARATION, Page 2 of 3, Page 3 of 3 ATTACHMENT 1"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentments "supra" and return your offers for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offers by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street
     Denver, Colorado 80294-3589
(cc) DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One                Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 239 Filed 05/24/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS RECORDS BY DECLARATION PURSUANT TO FED.R.EVID.803(6) AND 902(11), Page 2 of 3 John F. Walsh Kevin F. Sweeney 2, Page 3 of 3 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 3,"Case 1:10-cr-00317-REB Document 239-1 Filed 05/24/11 USDC Colorado Page 1 of 2 ATTACHMENT A 1, Page 2 of 2 2,"Case 1:10-cr-00317-REB Document 239-2 Filed 05/24/11 USDC Colorado Page 1 of 3 ATTACHMENT B [sample] DECLARATION, Page 2 of 3, Page 3 of 3 ATTACHMENT 1"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentments "supra" and return your offers for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offers by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                    Sincerely,

                                    *Richard Kellogg Armstrong*
                                    Richard Kellogg Armstrong
                                    c/o 20413-298
                                    Federal Correctional Institution
                                    3600 Guard Road
                                    Lompoc, California


Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                 Month: One

Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the COurt, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 270 Filed 08/10/11 USDC Colorado Page 1
of 6 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT
ARMSTRING'S MOTIONS FOR COURT'S AUTHORIZATION FOR SUBMISSION OF PROFESSIONALLY WRITTEN
MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES, Page 2 of 6 2, Page 3 of 6
3, Page 4 of 6 4, Page 5 of 6 John F. Walsh Kevin F. Sweeney 5, Page 6 of 6 Lisa Monet
Wayne David L. Owen Kevin F. Sweeney 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer  for closure and settlement of
the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer  by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this NON-NEGOTIABLE NOTICE OF ACCEPTANCE was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One                    Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the COurt, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 270 Filed 08/10/11 USDC Colorado Page 1
of 6 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT
ARMSTRING'S MOTIONS FOR COURT'S AUTHORIZATION FOR SUBMISSION OF PROFESSIONALLY WRITTEN
MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES, Page 2 of 6 2, Page 3 of 6
3, Page 4 of 6 4, Page 5 of 6 John F. Walsh Kevin F. Sweeney 5, Page 6 of 6 Lisa Monet
Wayne David L. Owen Kevin F. Sweeney 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer  for closure and settlement of
the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer  by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue to me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                              Sincerely,

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional Institution
                              3600 Guard Road
                              Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
(cc) DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen             Month: One                    Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 288 Filed 09/08/11 USDC Colorado Page 1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, Page 2 of 4 2, Page 3 of 4 John F. Walsh Kevin F. Sweeney 3, Page 4 of 4 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of my offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this NON-NEGOTIABLE NOTICE OF ACCEPTANCE was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, COlorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                    Month: One                    Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 288 Filed 09/08/11 USDC Colorado Page
1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S
MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND
JURY IRREGULARITIES, Page 2 of 4 2, Page 3 of 4 John F. Walsh Kevin F. Sweeney 3, Page
4 of 4 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of my offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this NON-NEGOTIABLE NOTICE OF ACCEPTANCE was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on :January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong