# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One                    Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

In reply to: "Case 1:10-cr-00317-REB Document 368 Filed 11/30/11 USDC Colorado Page
1 of 3 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S MOTION TO PERMIT FILING OF NOTICE
OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT ARMSTORNG'S MOTION FOR LEAVE TO FILE
A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT 1, Page
2 of 3 John F. Walsh Kenneth M. Harmon David L. Owen 2, Page 3 of 3 Richard Kellogg
Armstrong Kenneth M. Harmon 3"

PLEASE TAKE NOTICE that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this NON-NEGOTIABLE NOTICE
OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80924-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One                         Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


In reply to: "Case 1:10-cr-00317-REB Document 368 Filed 11/30/11 USDC Colorado Page
1 of 3 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S MOTION TO PERMIT FILING OF NOTICE
OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT ARMSTORNG'S MOTION FOR LEAVE TO FILE
A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT 1, Page
2 of 3 John F. Walsh Kenneth M. Harmon David L. Owen 2, Page 3 of 3 Richard Kellogg
Armstrong Kenneth M. Harmon 3"

PLEASE TAKE NOTICE that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

-  I do not argue any facts in this case;
-  I request you issue me the Appearance Bond and waive all Public cost;
-  I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
   of the Court immediately;
-  I request you adjust and set-off all Public charges by the exemption in accord with
   Public Policy;
-  I request discharge.

Please respond with three (3) days from the date you receive this NON-NEGOTIABLE NOTICE
OF ACCEPTANCE. Dishonor may result if you fail to respond.

                                    Sincerely,

                                    Richard Kellogg Armstrong
                                    Richard Kellogg Armstrong
                                    c/o 20413-298
                                    Federal Correctional Institution
                                    3600 Guard Road
                                    Lompoc, California


Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80924-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE                                                                  NNN06

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E.  for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                    Month: One                                     Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 370 Filed 12/30/11 USDC Colorado Page
1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY
CONCERNING DEFENDANT ⸫ ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR
PRETRIAL RELEASE ON BOND PURUANT TO 8TH AMENDMENT 1, Page 2 of 4 2, Page 3 of 4 John
F. Walsh Kenneth M. Harmon 3, Page 4 of 4 David L. Owen Richard Kellogg Armstrong
Kenneth M. Harmon 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80924-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One                          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 370 Filed 12/30/11 USDC Colorado Page
1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY
CONCERNING DEFENDANT ⌐ ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR
PRETRIAL RELEASE ON BOND PURUANT TO 8TH AMENDMENT 1, Page 2 of 4 2, Page 3 of 4 John
F. Walsh Kenneth M. Harmon 3, Page 4 of 4 David L. Owen Richard Kellogg Armstrong
Kenneth M. Harmon 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80924-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16,  2014  C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Sixteen                Month: One .                Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 417 Filed 02/24/12 USDC Colorado Page
1 of 2 Date: February 24, 2012 Criminal Action No. 10-cr-00317-REB Kenneth Harmon David
Owen COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 417 Filed 02/24/12 USDC Colorado
Page 1 of 2 Date: February 24, 2012 Criminal Action No. 10-cr-00317-REB Kenneth Harmon
David Owen COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and settlement
of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
     Denver, Colorado 80202
cc:  David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80924-3589

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 16, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Sixteen          Month: One                    Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 1 Filed 05/18/10 USDC Colorado Page 1
of 25 CRIMINAL COMPLAINT CASE NUMBER: 10-mj-1088-KLM Greg M. Flynn 5/18/10 Kristen L.
Mix MAGISTRATE JUDGE, Page 2 of 25 1, 3 1, 4 2, 5 3, 6 4, 7 5, 8 6, 9 7, 10 8, 11 9,
12 10, 13 11, 14 12, 15 13, 16 14, 17 15, 18 16, 19 17, 20 18, 21 19, 22 20, 23 21,
24 22, Page 25 Greg M. Flynn 18th Day of May, 2010 Kristen L. Mix 23"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the Order
  of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days from the date you receive this **NON-NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                   Sincerely,

                                   *Richard Kellogg Armstrong*
                                   Richard Kellogg Armstrong
                                   c/o 20413-298
                                   Federal Correctional Institution
                                   3600 Guard Road
                                   Lompoc, California

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
    Denver, Colorado 80294-3589
cc: Kristen L. Mix, MAGISTRATE JUDGE, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
    Denver, Colorado 80294-3589
cc: Greg M. Flynn, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, 1999 BROADWAY, Suite 2700,
    Denver, Colorado 80202

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 15, .2014 C.E. . for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NOTICE OF AND RESCISSION OF NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES, MAGISTRATES AND LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE EXTRAORDINARY LAWSUIT GB-110106-70091410000134484684ARE DEMANDED THEY BE RECUSED FOR VIOLATION OF ARTICLE IV, SECTION 4 GUARANTEE OF A REPUBLIC FORM OF GOVERNMENT AND THAT THESE CASES, 10-cr-00317-REB AND 10-cv-01073, BE DISMISSED WITH PREJUDICE FOR CAUSE

**NOTICE DATE:**  Day  Fourteen                    Month  One                              Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2014

JEFFREY P. COLWELL
CLERK

In reply to: "Case 1:10-cr-00317-REB Document 154 Filed 02/28/11 USDC Colorado Page 1 of 7 February 24, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES, MAGISTRATES AND LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE EXTRAORDINARY LAWSUIT GB-110106-70091410000134484684ARE DEMANDED THEY BE RECUSED FOR VIOLATION OF ARTICLE IV, SECTION 4 GUARANTEE OF A REPUBLIC FORM OF GOVERNMENT AND THAT THESE CASES, 10-cr-00317-REB AND 10-cv-01073, BE DISMISSED WITH PREJUDICE, Page 2 of 7, Page 3 of 7 February 24, 2011 Richard Kellogg Armstrong, Page 4 of 7 Richard Kellogg Armstrong, Page 5 of 7 Richard Kellogg Armstrong, Page 6 of 7 Richard Kellogg Armstrong, Page 7 of 7 Richard Kellogg Armstrong"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES, MAGISTRATES AND LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE EXTRAORDINARY LAWSUIT GB-110106-70091410000344 84684ARE DEMANDED THEY BE RECUSED FOR VIOLATION OF ARTICLE IV, SECTION 4 GUARANTEE OF A REPUBLIC FORM OF GOVERNMENT AND THAT THESE CASES, 10-cr-00317-REB AND 10-cv-01073, BE DISMISSED WITH PREJUDICE.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES, MAGISTRATES AND LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE EXTRAORDINARY LAWSUIT GB-110106-70091410000134484684ARE DEMANDED THEY BE RECUSED FOR VIOLATION OF ARTICLE IV, SECTION 4 GUARANTEE OF A REPUBLIC FOR OF GOVERNMENT AND THAT THESE CASES, 10-cr-00317-REB AND 10-cv-01073, BE DISMISSED WITH PREJUDICE FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294.

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF NOTICE TO THE COURT THAT MAGISTRATE
JUDGE KATHLEEN M. TAFOYA REFUSED TO RECOGNIZE, AS A DEFENDANT
THE EXTRAORDINARY LAWSUIT NO. GB 110106-70091410000134484684 ON
MARCH 2, 2011 FOR CAUSE**

**NOTICE DATE:**  Day   Fourteen              Month   One              Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:**  "Case 1:10-cr-00317-REB Document 161 Filed 03/10/11 USDC Colorado Page 1 of
3 March 7, 2011 10-cr-00317-REB NOTICE TO THE COURT THAT MAGISTRATE JUDGE KATHLEEN M.
TAFOYA REFUSED TO RECOGNIZE, AS A DEFENDANT, THE EXTRAORDINARY LAWSUIT NO. GB 110106-
70091410000134484684 ON MARCH 2, 2011, Page 2 of 3 March 7, 2011 Richard Kellogg Armstrong
Page 3 of 3"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my
signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document
161 Filed 03/10/11 USDC Colorado Page 1 of 3 March 7, 2011 10-cr-00317-REB NOTICE TO THE
COURT THAT MAGISTRATE JUDGE KATHLEEN M. TAFOYA REFUSED TO RECOGNIZE, AS A DEFENDANT, THE
EXTRAORDINARY LAWSUIT NO. GB 110106-70091410000134484684 ON MARCH 2, 2011, PAGE 2 of 3
March 7, 2011 Richard Kellogg Armstrong Page 3 of 3" including every copy bearing my
signature and date, for cause.  I made a mistake creating, signing and presenting the
NOTICE TO THE COURT THAT EXTRAORDINARY LAWSUIT NO. GB 110106-70091410000134484684 ON
MARCH 2, 2011.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird  from the hand of the fowler."


**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**


                                        Sincerely

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

(cc) UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE COURT THAT MAGISTRATE JUDGE KATHLEEN M. TAFOYA REFUSED TO RECOGNIZE, AS A DEFENDANT, THE EXTRAORDINARY LAWSUIT NO. GB 110106-70091410000134484684 ON MARCH 2, 2011 FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2013 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

Page 2 of 2

**NOTICE OF AND RESCISSION OF NOTICE TO THE COURT THAT MAGISTRATE JUDGE KATHLEEN M. TAFOYA REFUSED TO RECOGNIZE, AS A DEFENDANT THE EXTRAORDINARY LAWSUIT NO. GB 110106-70091410000134484684 ON MARCH 2, 2011 FOR CAUSE**

**NOTICE DATE:**  Day   Fourteen                    Month   One                          Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:**  "Case 1:10-cr-00317-REB Document 161 Filed 03/10/11 USDC Colorado Page 1 of 3 March 7, 2011 10-cr-00317-REB NOTICE TO THE COURT THAT MAGISTRATE JUDGE KATHLEEN M. TAFOYA REFUSED TO RECOGNIZE, AS A DEFENDANT, THE EXTRAORDINARY LAWSUIT NO. GB 110106-70091410000134484684 ON MARCH 2, 2011, Page 2 of 3 March 7, 2011 Richard Kellogg Armstrong Page 3 of 3"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 161 Filed 03/10/11 USDC Colorado Page 1 of 3 March 7, 2011 10-cr-00317-REB NOTICE TO THE COURT THAT MAGISTRATE JUDGE KATHLEEN M. TAFOYA REFUSED TO RECOGNIZE, AS A DEFENDANT, THE EXTRAORDINARY LAWSUIT NO. GB 110106-70091410000134484684 ON MARCH 2, 2011, PAGE 2 of 3 March 7, 2011 Richard Kellogg Armstrong Page 3 of 3" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE TO THE COURT THAT EXTRAORDINARY LAWSUIT NO. GB 110106-70091410000134484684 ON MARCH 2, 2011.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."


**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**


                                        Sincerely

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE COURT THAT MAGISTRATE JUDGE KATHLEEN M. TAFOYA REFUSED TO RECOGNIZE, AS A DEFENDANT, THE EXTRAORDINARY LAWSUIT NO. GB 110106-7009141000013448468 ON MARCH 2, 2011 FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2013 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong
Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF NOTICE TO THE COURTS TO RECOGNIZE MY STANDING AS ONE OF WE THE PEOPLE AND ABIDE BY THE CONSTITUTION OF 1787 AND THE BILL OF RIGHTS 1791, THE AFFIANT HEREBY DISSOLVES AND TERMINATES ANY FRANCHISE AGREEMENTS CONNECTED WITH THE BIRTH CERTIFICATE OR TRUST INSTRUMENT ORIGINATING AT THE CALIFORNIA STATE REGISTRAR AND DISMISS CASE NOS. 10-cr-00317-REB AND 10-cv-01073. AS THE EXECUTORY OF THE RICHARD KELLOGG ARMSTRONG ESTATE, I AM DIRECTING THE COURT TO DISMISS BOTH CASES WITH PREJUDICE AND CHALLENGES THE VALIDITY OF THE INDICTMENTS, THE VALIDITY OF THE CHARGES AND THE AUTHORITY OF THE IRS FOR CAUSE**

**NOTICE DATE:** Day Fourteen          Month One                          Year 2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 177 Field 03/29/11 USDC Colorado Page 1 of 29 March 24, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE TO THE COURTS TO RECOGNIZE MY STANDING AS ONE OF WE THE PEOPLE AND ABIDE BY THE CONSTITUTION OF 1787 AND THE BILL OF RIGHTS 1791, THE AFFIANT HEREBY DISSOLVES AND TERMINATES ANY FRANCHISE AGREEMENTS CONNECTED WITH THE BIRTH CERTIFICATE OR TRUST INSTRUMENT ORIGINATING AT THE CALIFORNIA STATE REGISTRAR AND DISMISS CASE NOS. 10-cr-00317-REB AND 10-cv-01073. AS THE EXECUTOR OF THE RICHARD KELLOGG ARMSTRONG ESTATE, I AM DIRECTING THE COURT TO DISMISS BOTH CASES WITH PREJUDICE AND CHALLENGES THE VALIDITY OF THE INDICTMENTS, THE VALIDITY OF THE CHARGES AND THE AUTHORITY OF THE IRS, Page 2 of 29, Page 3 of 29, Page 4 of 29, Page 5 of 29, Page 6 of 29, Page 7 of 29, Page 8 of 29, Page 9 of 29, Page 10 of 29, Page 11 of 29, Page 12 of 29 March 24, 2011 Richard Kellogg Armstrong, Page 13 of 29, Page 14 of 29 9th day of March, 2011 Richard Kellogg Armstrong, Page 15 of 29 1, Page 16 of 29 2, Page 17 of 29 3, Page 18 of 29 4, Page 19 of 29 5, Page 20 of 29 6, Page 21 of 29 7, Page 22 of 29 17th day of June, 2010, Richard Kellogg Armstrong 21st day of June, 2010 Richard Kellogg Armstrong 24th day of March, 2011 Ricahrd Kellogg Armstrong 8, Page 23 of 29 1:10-cr-00317-REB 1, Page 24 of 29 2, Page 25 of 29 3, Page 26 of 29 Richard Kellogg Armstrong 4, Page 27 of 29 Richard Kellogg Armstrong 5, Page 28 of 29 24th say of March, 2011 Richard Kellogg Armstrong 6, Page 29 of 29"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the NOTICE TO THE COURTS TO RECOGNIZE MY STANDING AS ONE OF WE THE PEOPLE AND ABIDE BY THE CONSTITUTION OF 1787 AND THE BILL OF RIGHTS 1791, THE AFFIANT HEREBY DISSOLVES AND TERMINATES ANY FRANCHISE AGREEMENTS CONNECTED WITH THE BIRTH CERTIFICATE OR TRUST INSTRUMENT ORIGINATING AT THE CALIFORNIA STATE REGISTRAR AND DISMISS CASE NOS. 10-cr-00317-REB AND 10-cv-01073. AS THE EXECUTOR OF THE RICHARD KELLOGG ARMSTRONG ESTATE I AM DIRECTING THE COURT TO DISMISS BOTH CASES WITH PREJUDICE AND CHALLENGES THE VALIDITY OF THE INDICTMENTS, THE VALIDITY OF THE CHARGES AND THE AUTHORITY OF THE IRS. I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.


Page 1 of 2

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution – Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE COURTS TO RECOGNIZE MY STANDING AS ONE OF WE THE PEOPLE AND ABIDE BY THE CONSTITUTION OF 1787 AND THE BILL OF RIGHTS 1791, THE AFFIANT HEREBY DISSOLVES AND TERMINATES ANY FRANCHISE AGREEMENTS CONNECTED WITH THE BIRTH CERTIFICATE OR TRUST INSTRUMENT ORIGINATING AT THE CALIFORNIA STATE REGISTRAR AND DISMISS CASE NOS. 10-cr-00317-REB AND 10-cv-01073. AS THE EXECUTOR OF THE RICHARD KELLOGG ARMSTRONG ESTATE, I AM DIRECTING THE COURT TO DISMISS BOTH CASES WITH PREJUDICE AND CHALLENGES THE VALIDITY OF THE INDICTMENTS, THE VALIDITY OF THE CHARGES AND THE AUTHORITY OF THE IRS FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

Page 2 of 2

**NOTICE OF AND RESCISSION OF NOTICE TO THE COURTS TO RECOGNIZE MY
STANDING AS ONE OF WE THE PEOPLE AND ABIDE BY THE CONSTITUTION
OF 1787 AND THE BILL OF RIGHTS 1791, THE AFFIANT HEREBY DISSOLVES
AND TERMINATES ANY FRANCHISE AGREEMENTS CONNECTED WITH THE BIRTH
CERTIFICATE OR TRUST INSTRUMENT ORIGINATING AT THE CALIFORNIA
STATE REGISTRAR AND DISMISS CASE NOS. 10-cr-00317-REB AND
10-cv-01073. AS THE EXECUTORY OF THE RICHARD KELLOGG ARMSTRONG
ESTATE, I AM DIRECTING THE COURT TO DISMISS BOTH CASES WITH
PREJUDICE AND CHALLENGES THE VALIDITY OF THE INDICTMENTS, THE
VALIDITY OF THE CHARGES AND THE AUTHORITY OF THE IRS FOR CAUSE**
**NOTICE DATE:** Day  Fourteen        Month  One

                                                    Year  2014 C.E.


Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 177 Field 03/29/11 USDC Colorado Page 1 of
29 March 24, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE TO THE COURTS TO
RECOGNIZE MY STANDING AS ONE OF WE THE PEOPLE AND ABIDE BY THE CONSTITUTION OF 1787 AND
THE BILL OF RIGHTS 1791, THE AFFIANT HEREBY DISSOLVES AND TERMINATES ANY FRANCHISE
AGREEMENTS CONNECTED WITH THE BIRTH CERTIFICATE OR TRUST INSTRUMENT ORIGINATING AT THE
CALIFORNIA STATE REGISTRAR AND DISMISS CASE NOS. 10-cr-00317-REB AND 10-cv-01073. AS THE
EXECUTOR OF THE RICHARD KELLOGG ARMSTRONG ESTATE, I AM DIRECTING THE COURT TO DISMISS
BOTH CASES WITH PREJUDICE AND CHALLENGES THE VALIDITY OF THE INDICTMENTS, THE VALIDITY
OF THE CHARGES AND THE AUTHORITY OF THE IRS, Page 2 of 29, Page 3 of 29, Page 4 of 29,
Page 5 of 29, Page 6 of 29, Page 7 of 29, Page 8 of 29, Page 9 of 29, Page 10 of 29,
Page 11 of 29, Page 12 of 29 March 24, 2011 Richard Kellogg Armstrong, Page 13 of 29,
Page 14 of 29 9th day of March, 2011 Richard Kellogg Armstrong, Page 15 of 29 1, Page
16 of 29 2, Page 17 of 29 3, Page 18 of 29 4, Page 19 of 29 5, Page 20 of 29 6, Page
21 of 29 7, Page 22 of 29 17th day of June, 2010, Richard Kellogg Armstrong 21st day of
June, 2010 Richard Kellogg Armstrong 24th day of March, 2011 Ricahrd Kellogg Armstrong
8, Page 23 of 29 1:10-cr-00317-REB 1, Page 24 of 29 2, Page 25 of 29 3, Page 26 of 29
Richard Kellogg Armstrong 4, Page 27 of 29 Richard Kellogg Armstrong 5, Page 28 of 29
24th say of March, 2011 Richard Kellogg Armstrong 6, Page 29 of 29"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my
signature Richard Kellogg Armstrong and the original "supra" including every copy bearing
my signature and date, for cause. I made a mistake creating, signing and presenting the
NOTICE TO THE COURTS TO RECOGNIZE MY STANDING AS ONE OF WE THE PEOPLE AND ABIDE BY THE
CONSTITUTION OF 1787 AND THE BILL OF RIGHTS 1791, THE AFFIANT HEREBY DISSOLVES AND
TERMINATES ANY FRANCHISE AGREEMENTS CONNECTED WITH THE BIRTH CERTIFICATE OR TRUST
INSTRUMENT ORIGINATING AT THE CALIFORNIA STATE REGISTRAR AND DISMISS CASE NOS.
10-cr-00317-REB AND 10-cv-01073. AS THE EXECUTOR OF THE RICHARD KELLOGG ARMSTRONG ESTATE
I AM DIRECTING THE COURT TO DISMISS BOTH CASES WITH PREJUDICE AND CHALLENGES THE VALIDITY
OF THE INDICTMENTS, THE VALIDITY OF THE CHARGES AND THE AUTHORITY OF THE IRS.  I repent
of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution – Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE COURTS TO RECOGNIZE MY STANDING AS ONE OF WE THE PEOPLE AND ABIDE BY THE CONSTITUTION OF 1787 AND THE BILL OF RIGHTS 1791, THE AFFIANT HEREBY DISSOLVES AND TERMINATES ANY FRANCHISE AGREEMENTS CONNECTED WITH THE BIRTH CERTIFICATE OR TRUST INSTRUMENT ORIGINATING AT THE CALIFORNIA STATE REGISTRAR AND DISMISS CASE NOS. 10-cr-00317-REB AND 10-cv-01073. AS THE EXECUTOR OF THE RICHARD KELLOGG ARMSTRONG ESTATE, I AM DIRECTING THE COURT TO DISMISS BOTH CASES WITH PREJUDICE AND CHALLENGES THE VALIDITY OF THE INDICTMENTS, THE VALIDITY OF THE CHARGES AND THE AUTHORITY OF THE IRS FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS FOR CAUSE

**NOTICE DATE:**  Day  Fourteen               Month  One                    Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:**  "Case 1:10-cr-00317-REB Document 213 Filed 04/29/11 USDC Colorado Page 1 of 3 CRIMINAL ACTION NO. 10-cr-00317-REB ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS, Page 2 of 3 Richard Kellogg Armstrong, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 213 Filed 04/29/11 USDC Colorado Page 1 of 3 CRIMINAL ACTION NO. 10-cr-00317-REB ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS, Page 2 of 3 Richard Kellogg Armstrong, Page 3 of 3" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                              Sincerely

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional
                              Institution - Lompoc
                              3600 Guard Road
                              Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3580.

Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS FOR CAUSE

**NOTICE DATE:**  Day  Fourteen          Month  One          Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:**  "Case 1:10-cr-00317-REB Document 213 Filed 04/29/11 USDC Colorado Page 1 of 3 CRIMINAL ACTION NO. 10-cr-00317-REB ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS, Page 2 of 3 Richard Kellogg Armstrong, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 213 Filed 04/29/11 USDC Colorado Page 1 of 3 CRIMINAL ACTION NO. 10-cr-00317-REB ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS, Page 2 of 3 Richard Kellogg Armstrong, Page 3 of 3" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS. I repent of my sin.

I willingly, knowingly, voluntarily, intenttionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                              Sincerely

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional
                              Institution - Lompoc
                              3600 Guard Road
                              Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
CC: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF ACCUSED ARMSTRONG'S NOTICE FOR SEVERENCE OF DEFENDANTS FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3580.

Richard Kellogg Armstrong

### NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM FOR CAUSE

**NOTICE DATE:**  Day  Fourteen                     Month  One                          Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:**  "Case 1:10-cr-00317-REB Document 236 Filed 05/19/11 USDC Colorado Page 1 of 2 April 12, 2011 Case No. 10-cr-00317 Case No. 10-cv-01073 NOTICE TO THE ARTICLE 111 COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM, April 12, 2011 Richard Kellogg Armstrong, Page 2 of 2"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE TO THE ARTICLE 111 COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."


**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**


                                        Sincerely

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution – Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

(cc) UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

Page 2 of 2

NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TO
REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE
JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL
NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE
JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND
JURY TRANSCRIPTS IN PRINTED FORM FOR CAUSE

**NOTICE DATE:** Day  Fourteen            Month  One                    Year  2014 C.E.


Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:**  "Case 1:10-cr-00317-REB Document 236 Filed 05/19/11 USDC Colorado Page 1 of
2 April 12, 2011 Case No. 10-cr-00317 Case No. 10-cv-01073 NOTICE TO THE ARTICLE 111 COURT
TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT
NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA
SECRETARY OF STATE JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY
TRANSCRIPTS IN PRINTED FORM, April 12, 2011 Richard Kellogg Armstrong, Page 2 of 2"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my
signature Richard Kellogg Armstrong and the original "supra" including every copy bearing
my signature and date, for cause.  I made a mistake creating, signing and presenting the
NOTICE TO THE ARTICLE 111 COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN
BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND
FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT
RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.


[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird  from the hand of the fowler."


**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**


                         Sincerely

                         *Richard Kellogg Armstrong*
                         Richard Kellogg Armstrong
                         c/o 20413-298
                         Federal Correctional
                         Institution - Lompoc
                         3600 Guard Road
                         Lompoc, California


                         Page 1 of 2

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
(cc) Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

Page 2 of 2

**NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TAKING EXCEPTION TO MAGISTRATE JUDGE MICHAEL E. HEGARTY'S MINUTE ORDER NO. 99 DENYING WITHOUT PREJUDICE INTERESTED PARTY RICHARD KELLOGG ARMSTRONG'S NOTICE TO THE ARTICLE III COURT FOR REQUEST FOR COURT APPOINTED CO-COUNSEL AND FOR AUTHORIZATION FOR COURT PAID EXPERT WITNESS FOR CAUSE**

**NOTICE DATE:** Day  Fourteen          Month  One          Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:** "Case 1:10-cr-00317-REB Document 242 Filed 06/01/11 USDC Colorado Page 1 of 2 May 26, 2011 Case No. 10-cv-01073-MEH Case No. 10-cr-00317-REB NOTICE TO THE ARTICLE 111 COURT TAKING EXCEPTION TO MAGISTRATE JUDGE MICHAEL E. HEGARTY'S MINUTE ORDER NO. 99 DENYING WITHOUT PREJUDICE INTERESTED PARTY RICHARD KELLOGG ARMSTRONG'S NOTICE TO THE ARTICLE 111 COURT FOR REQUEST FOR COURT APPOINTED CO-COUNSEL AND FOR AUTHORIZATION FOR COURT PAID EXPERT WITNESS, Richard Kellogg Armstrong, Page 2 of 2"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the NOTICE TO THE ARTICLE III COURT TAKING EXCEPTION TO MAGISTRATE JUDGE MICHAEL E. HEGARTY'S MINUTE ORDER NO. 99 DENYING WITHOUT PREJUDICE INTERESTED PARTY RICHARD KELLOGG ARMSTRONG'S NOTICE TO THE ARTICLE III COURT FOR REQUEST FOR COURT APPOINTED CO-COUNSEL AND FOR AUTHORIZATION FOR COURT PAID EXPERT WITNESS. I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."


**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**


Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TAKING EXCEPTION TO MAGISTRATE JUDGE MICHAEL E. HEGARTY'S MINUTE ORDER NO. 99 DENYING WITHOUT PREJUDICE INTERESTED PARTY RICHARD KELLOGG ARMSTRONG'S NOTICE TO THE ARTICLE III COURT FOR REQUEST FOR COURT APPOINTED CO-COUNSEL AND FOR AUTHORIZATION FOR COURT PAID EXPERT WITNESS FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TAKING EXCEPTION TO MAGISTRATE JUDGE MICHAEL E. HEGARTY'S MINUTE ORDER NO. 99 DENYING WITHOUT PREJUDICE INTERESTED PARTY RICHARD KELLOGG ARMSTRONG'S NOTICE TO THE ARTICLE III COURT FOR REQUEST FOR COURT APPOINTED CO-COUNSEL AND FOR AUTHORIZATION FOR COURT PAID EXPERT WITNESS FOR CAUSE**

**NOTICE DATE:**  Day  Fourteen                 Month  One                              Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:**  "Case 1:10-cr-00317-REB Document 242 Filed 06/01/11 USDC Colorado Page 1 of 2 May 26, 2011 Case No. 10-cv-01073-MEH Case No. 10-cr-00317-REB NOTICE TO THE ARTICLE 111 COURT TAKING EXCEPTION TO MAGISTRATE JUDGE MICHAEL E. HEGARTY'S MINUTE ORDER NO. 99 DENYING WITHOUT PREJUDICE INTERESTED PARTY RICHARD KELLOGG ARMSTRONG'S NOTICE TO THE ARTICLE 111 COURT FOR REQUEST FOR COURT APPOINTED CO-COUNSEL AND FOR AUTHORIZATION FOR COURT PAID EXPERT WITNESS, Richard Kellogg Armstrong, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the NOTICE TO THE ARTICLE III COURT TAKING EXCEPTION TO MAGISTRATE JUDGE MICHAEL E. HEGARTY'S MINUTE ORDER NO. 99 DENYING WITHOUT PREJUDICE INTERESTED PARTY RICHARD KELLOGG ARMSTRONG'S NOTICE TO THE ARTICLE III COURT FOR REQUEST FOR COURT APPOINTED CO-COUNSEL AND FOR AUTHORIZATION FOR COURT PAID EXPERT WITNESS. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TAKING EXCEPTION TO MAGISTRATE JUDGE MICHAEL E. HEGARTY'S MINUTE ORDER NO. 99 DENYING WITHOUT PREJUDICE INTERESTED PARTY RICHARD KELLOGG ARMSTRONG'S NOTICE TO THE ARTICLE III COURT FOR REQUEST FOR COURT APPOINTED CO-COUNSEL AND FOR AUTHORIZATION FOR COURT PAID EXPERT WITNESS FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

_Richard Kellogg Armstrong_
Richard Kellogg Armstrong

Page 2 of 2

## NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, FOR CAUSE

**NOTICE DATE:**  Day  Fourteen                    Month  One                         Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:**  "Case 1:10-cr-00317-REB Document 278 Filed 08/30/11 USDC Colorado Page 1 of 3 August 25, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073-MEH MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, Page 2 of 3 Richard Kellogg Armstrong CERTIFICATE OF SERVICE 25th day of AUGUST Richard Kellogg Armstrong, Page 3 of 3"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Ricahrd Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 278 Field 08/30/11 USDC Colorado Page 1 of 3 August 25, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073-MEH MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, Page 2 of 3 Richard Kellogg Armstrong CERTIFICATE OF SERVICE 25th day of AUGUST Richard Kellogg Armstrong, Page 3 of 3" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.


[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."


**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**


                                        Sincerely

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
(CC) Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

Page 2 of 2

# NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, FOR CAUSE

**NOTICE DATE:**  Day   Fourteen          Month   One          Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:**  "Case 1:10-cr-00317-REB Document 278 Filed 08/30/11 USDC Colorado Page 1 of 3 August 25, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073-MEH MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, Page 2 of 3 Richard Kellogg Armstrong CERTIFICATE OF SERVICE 25th day of AUGUST Richard Kellogg Armstrong, Page 3 of 3"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Ricahrd Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 278 Field 08/30/11 USDC Colorado Page 1 of 3 August 25, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073-MEH MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, Page 2 of 3 Richard Kellogg Armstrong CERTIFICATE OF SERVICE 25th day of AUGUST Richard Kellogg Armstrong, Page 3 of 3" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.


[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."


**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**


Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
(cc) Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION
FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE
HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL DATE FOR CAUSE

NOTICE DATE:  Day  Fourteen                Month  One                          Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

In reply to: "Case 1:10-cr-00317-REB Document 123 Filed 01/25/11 USDC Colorado Page 1 of 3
REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE
CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL
DATE, Page 2 of 3 Date: January 25,2011 David L. Owen, Jr. Page 2 of 3, Page 3 of 3
David L. Owen, Jr. Page 3 of 3"

PLEASE TAKE NOTICE that I, Richard Kellogg Armstrong, sentient moral being rescind the
original "Case 1:10-cr-00317-REB Document 123 Filed 01/25/11 USDC Colorado Page 1 of 3
REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE
CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL
DATE, Page 2 of 3 Date: January 25,2011 David L. Owen, Jr. Page 2 of 3, Page 3 of 3
David L. Owen, Jr. Page 3 of 3" including every copy for cause.  I made a mistake creating,
preparing and filing the REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION
FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL
CONFERENCE DATE, AND TRIAL DATE.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and
deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution – Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294
cc: David L. Owen, Attorney, c/o United States District Court 901 19th Street Denver, Colorado 80294

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL DATE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2013 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

Page 2 of 2

## NOTICE OF AND RESCISSION OF
## NOTICE OF APPEAL FOR CAUSE

**NOTICE DATE:** Day  Fourteen          Month  One                    Year   2014 C.E.


Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:**  "Case 1:10-cr-00317-REB Document 56 Filed 08/06/10 USDC Colorado Page 1 of 2
NOTICE OF APPEAL 6th day of August, 2010 Richard K. Kornfeld 1, Page 2 of 2 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
original "Case 1:10-cr-00317-REB Document 56 Filed 08/06/10 USDC Colorado Page 1 of 2
NOTICE OF APPEAL 6th day of August, 2010 Richard K. Kornfeld 1, Page 2 of 2 2" including
every copy, for cause.  I made a mistake creating, preparing and filing the NOTICE OF
APPEAL.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird  from the hand of the fowler."


**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**


                                        Sincerely

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294-3589
cc: Richard K. Kornfeld, Attorney, 1600 Stout Street, Suite 1000 Denver, Colorado 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF APPEAL FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294.

Richard Kellogg Armstrong
Richard Kellogg Armstrong

Page 2 of 2

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen                    Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 205 Filed 04/25/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: April 25, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 205 Filed 04/25/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: April 25, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**   Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen                Month One                        Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 205 Filed 04/25/11 USDC Colorado Page
1 of 1 MINUTE ORDER Dated: April 25, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 205 Filed 04/25/11 USDC Colorado
Page 1 of 1 MINUTE ORDER Dated: April 25, 2011" and return your offer for closure and
settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**.  Dishonor may result if you fail to respond.

                                        Sincerely.

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen            Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 209 Filed 04/27/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: April 27, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 209 Filed 04/27/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: April 27, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 209 Filed 04/27/11 USDC Colorado Page
1 of 1 MINUTE ORDER Dated: April 27, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 209 Filed 04/27/11 USDC Colorado
Page 1 of 1 MINUTE ORDER Dated: April 27, 2011" and return your offer for closure and
settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                                      Sincerely,

                                      *Richard Kellogg Armstrong*
                                      Richard Kellogg Armstrong
                                      c/o 20413-298
                                      Federal Correctional
                                      Institution - Lompoc
                                      3600 Guard Road
                                      Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
(cc) U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                      *Richard Kellogg Armstrong*
                                      Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen                Month One                Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 217 Filed 05/03/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: May 3, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 217 Filed 05/03/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: May 3, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen

Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 217 Filed 05/03/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: May 3, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 217 Filed 05/03/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: May 3, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen                Month One                Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 280 Filed 08/31/11 USDC Colorado
Page 1 of 1 UNITED STATES DISTRICT COURT DISTRICT OF COLORADO OFFICE OF THE CLERK
GREGORY C. LANGHAM, CLERK August 31,2011 NOTICE OF ELECTRONIC FILING GREGORY C. LANGHAM,
Clerk cc: Clerk, U.S. Court of Appeals, Document 280-1 Page 1 of 22 APPEAL U.S. District
Court District of Colorado (Denver) CRIMINAL DOCKET FOR CASE #: 1:10-cr-00317-REB-2
8/31/2011, Page 2 of 22, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19,
20, 21, Page 22 of 22 8/31/2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely.

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc) Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen               Month One                      Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 280 Filed 08/31/11 USDC Colorado
Page 1 of 1 UNITED STATES DISTRICT COURT DISTRICT OF COLORADO OFFICE OF THE CLERK
GREGORY C. LANGHAM, CLERK August 31,2011 NOTICE OF ELECTRONIC FILING GREGORY C. LANGHAM,
Clerk cc: Clerk, U.S. Court of Appeals, Document 280-1 Page 1 of 22 APPEAL U.S. District
Court District of Colorado (Denver) CRIMINAL DOCKET FOR CASE #: 1:10-cr-00317-REB-2
8/31/2011, Page 2 of 22, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19,
20, 21, Page 22 of 22 8/31/2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen                    Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 390 Filed 01/06/12 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: January 6, 2012"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 390 Filed 01/06/12 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: January 6, 2012" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen               Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 390 Filed 01/06/12 USDC Colorado Page 1
of 1 MINUTE ORDER Dated: January 6, 2012"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 390 Filed 01/06/12 USDC Colorado
Page 1 of 1 MINUTE ORDER Dated: January 6, 2012" and return your offer for closure and
settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely.

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
(cc) U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen            Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 395 File d 01/12/12 USDC Colorado Page 1 of 3 ORDER STRIKING PAPERS, Page 2 of 3 2, Page 3 of 3 Dated January 12, 2012 Robert E. Blackburn United States District Judge 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 395 Filed 01/12/12 USDC Colorado Page 1 of 3 ORDER STRIKING PAPERS, Page 2 of 3 2, Page 3 of 3 Dated January 12, 2012 Robert E. Blackburn United States District Judge 3" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
(cc:) Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen            Month One            Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 395 Filed 01/12/12 USDC Colorado Page 1 of 3 ORDER STRIKING PAPERS, Page 2 of 3 2, Page 3 of 3 Dated January 12, 2012 Robert E. Blackburn United States District Judge 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 395 Filed 01/12/12 USDC Colorado Page 1 of 3 ORDER STRIKING PAPERS, Page 2 of 3 2, Page 3 of 3 Dated January 12, 2012 Robert E. Blackburn United States District Judge 3" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
CC: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
(CC) U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen                    Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 397 Filed 01/17/12 USDC Colorado Page 1 of 2 ORDER STRIKING PAPERS, Page 2 of 2 Dated January 17, 2012 Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 397 Filed 01/17/12 USDC Colorado Page 1 of 2 ORDER STRIKING PAPERS, Page 2 of 2 Dated January 17, 2012 Robert E. Blackburn United States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 397 Filed 01/17/12 USDC Colorado Page
1 of 2 ORDER STRIKING PAPERS, Page 2 of 2 Dated January 17, 2012 Robert E. Blackburn
United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 397 Filed 01/17/12 USDC Colorado
Page 1 of 2 ORDER STRIKING PAPERS, Page 2 of 2 Dated January 17, 2012 Robert E.
Blackburn United States District Judge 2" and return your offer for closure and
settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                                          Sincerely,

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong
                                          c/o 20413-298
                                          Federal Correctional
                                          Institution - Lompoc
                                          3600 Guard Road
Attachment: "supra"                       Lompoc, California
CC: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
CC U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen       Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 400 Filed 01/17/12 USDC Colorado Page 1 of 4, Page 2 of 4 2, Page 3 of 4 3, Page 4 of 4 Dated January 17, 2012 Robert E. Blackburn United States District Judge 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:!0-cr-00317-REB Document 400 Filed 01/17/12 USDC Colorado Page 1 of 4, Page 2 of 4 2, Page 3 of 4 3, Page 4 of 4 Dated January 17, 2012 Robert E. Blackburn United States District Judge 4" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 400 Filed 01/17/12 USDC Colorado Page 1 of 4, Page 2 of 4 2, Page 3 of 4 3, Page 4 of 4 Dated January 17, 2012 Robert E. Blackburn United States District Judge 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:!0-cr-00317-REB Document 400 Filed 01/17/12 USDC Colorado Page 1 of 4, Page 2 of 4 2, Page 3 of 4 3, Page 4 of 4 Dated January 17, 2012 Robert E. Blackburn United States District Judge 4" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely.

*Richard J Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard J Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 402 Filed 01/23/12 USDC Colorado Page
1 of 7 ORDER DENYING MOTIONS TO SEVER, Page 2 of 2 2, 3 3, 4 4, 5 5, 6 6, Page 7 of 7
Dated January 23, 2012 Robert E. Blackburn United States District Judge 7"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:!0-cr-00317-REB Document 402 Filed 01/23/12 USDC Colorado
Page 1 of 7 ORDER DENYING MOTIONS TO SEVER, Page 2 of 2 2, 3 3, 4 4, 5 5, 6 6, Page 7
of 7 Dated January 23, 2012 Robert E. Blackburn United States District Judge 7" and
return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen                 Month One                          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 402 Filed 01/23/12 USDC Colorado Page
1 of 7 ORDER DENYING MOTIONS TO SEVER, Page 2 of 2 2, 3 3, 4 4, 5 5, 6 6, Page 7 of 7
Dated January 23, 2012 Robert E. Blackburn United States District Judge 7"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:!0-cr-00317-REB Document 402 Filed 01/23/12 USDC Colorado
Page 1 of 7 ORDER DENYING MOTIONS TO SEVER, Page 2 of 2 2, 3 3, 4 4, 5 5, 6 6, Page 7
of 7 Dated January 23, 2012 Robert E. Blackburn United States District Judge 7" and
return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen          Month One                          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 403 Filed 01/24/12 USDC Colorado Page
1 of 6 SECOND TRIAL PREPARATION CONFERENCE ORDER 1, Page 2 of 6 2, 3 3, 4 4, 5 5, Page
6 of 6 Dated January 24, 2012 Robert E. Blackburn United States District Judge 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 403 Filed 01/24/12 USDC Colorado
Page 1 of 6 SECOND TRIAL PREPARATION CONFERENCE ORDER 1, Page 2 of 6 2, 3 3, 4 4, 5 5,
Page 6 of 6 Dated January 24, 2012 Robert E. Blackburn United States District Judge 6"
and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
(cc:) Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen            Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 403 Filed 01/24/12 USDC Colorado Page 1 of 6 SECOND TRIAL PREPARATION CONFERENCE ORDER 1, Page 2 of 6 2, 3 3, 4 4, 5 5, Page 6 of 6 Dated January 24, 2012 Robert E. Blackburn United States District Judge 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 403 Filed 01/24/12 USDC Colorado Page 1 of 6 SECOND TRIAL PREPARATION CONFERENCE ORDER 1, Page 2 of 6 2, 3 3, 4 4, 5 5, Page 6 of 6 Dated January 24, 2012 Robert E. Blackburn United States District Judge 6" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
CC: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
CC: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen                    Month One

                                                         Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 404 Filed 01/24/12 USDC Colorado Page
1 of 4 COURTROOM MINUTES 1, Page 2 of 4 2, 3 3, Page 4 of 4 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 404 Filed 01/24/12 USDC Colorado
Page 1 of 4 COURTROOM MINUTES 1, Page 2 of 4 2, 3 3, Page 4 of 4 4" and return your
offer for closure and settlement of the accounting.  I request you issue me the Order
of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen          Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 404 Filed 01/24/12 USDC Colorado Page 1 of 4 COURTROOM MINUTES 1, Page 2 of 4 2, 3 3, Page 4 of 4 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 404 Filed 01/24/12 USDC Colorado Page 1 of 4 COURTROOM MINUTES 1, Page 2 of 4 2, 3 3, Page 4 of 4 4" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen                Month One                          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 411 Filed 02/10/12 USDC Colorado Page 1 of 4, 2 2, 3 3, Page 4 of 4 Dated February 10, 2012 Robert E. Blackburn United States District Judge 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 411 Filed 02/10/12 USDC Colorado Page 1 of 4, 2 2, 3 3, Page 4 of 4 Dated February 10, 2012 Robert E. Blackburn United States District Judge 4" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen            Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 411 Filed 02/10/12 USDC Colorado Page
1 of 4, 2 2, 3 3, Page 4 of 4 Dated February 10, 2012 Robert E. Blackburn United States
District Judge 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 411 Filed 02/10/12 USDC Colorado
Page 1 of 4, 2 2, 3 3, Page 4 of 4 Dated February 10, 2012 Robert E. Blackburn United
States District Judge 4" and return your offer for closure and settlement of the
accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                                          Sincerely,

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong
                                          c/o 20413-298
                                          Federal Correctional
                                          Institution - Lompoc
                                          3600 Guard Road
                                          Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
(cc:) U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen                  Month One                          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 444 Filed 03/30/12 ORDER PRESCRIBING
JURY SELECTION PROTOCOL Dated March 30, 2012 Robert E. Blackburn United States District
Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1"10-cr-00317-REB Document 444 Filed 03/30/12 ORDER
PRESCRIBING JURY SELECTION PROTOCOL Dated March 30, 2012 Robert E. Blackburn United
States District Judge" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely.
                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution – Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
(cc) Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen               Month One               Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 444 Filed 03/30/12 ORDER PRESCRIBING JURY SELECTION PROTOCOL Dated March 30, 2012 Robert E. Blackburn United States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1"10-cr-00317-REB Document 444 Filed 03/30/12 ORDER PRESCRIBING JURY SELECTION PROTOCOL Dated March 30, 2012 Robert E. Blackburn United States District Judge" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                    Sincerely,

                                    *Richard Kellogg Armstrong*
                                    Richard Kellogg Armstrong
                                    c/o 20413-298
                                    Federal Correctional
                                    Institution - Lompoc
                                    3600 Guard Road
                                    Lompoc, California

Attachment: "supra"
  cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
  cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                    *Richard Kellogg Armstrong*
                                    Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen                    Month One                               Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** Case 1:10-cr-00317-REB Document 9 Filed 06/09/10 USDC Colorado Page 1 of 2
ORDER TO SEAL, Page 2 of 2 9th day of June 2010 Boyd N Balard UNITED STATES MAGISTRATE
JUDGE"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 9 Filed 06/09/10 USDC Colorado
Page 1 of 2 ORDER TO SEAL, Page 2 of 2 9th day of June 2010 Boyd N. Balard UNITED STATES
MAGISTRATE JUDGE" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution – Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Boyd N. Balard, United States Magistrate Judge, c/o U.S. District Court 901 19th Street Denver, CO
    80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# FILED
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**

## JAN 2 1 2014

## JEFFREY P. COLWELL
### CLERK

## NOTICE OF AND RESCISSION OF DEFENDANTS' JOINT UNOPPOSED MOTION FOR DECLARATION OF COMPLEXITY AND TO EXCLUDE TIME WITHIN WHICH THE THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h) FOR CAUSE

**NOTICE DATE:**  Day  Fourteen            Month  One            Year  2013 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 36 Filed 07/07/2010 USDC Colorado Page 1 of 5 DEFENDANTS' JOINT UNOPPOSED MOTION FOR DECLARATION OF COMPLEXITY AND TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h) 1, Page 2 of 5 2. Page 3 of 5 3, Page 4 of 5 4, Page 5 of 5 Lisa Monet Wayne Richard K Kornfeld 5"

**PLEASE TAKE NOTICE** that I, RIchard Kellogg Armstrong, sentient moral being rescind the original "supra" including every copy, for cause.  I made a mistake creating, preparing and filing the DEFENDANTS' JOINT UNOPPOSED MOTION FOR DECLARATION OF COMPLEXITY AND TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h).  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street
Denver, Colorado 80294-3589
cc: Lisa Wayne, Attorney, C/o United States District Court 901 19th Street Denver, Colorado
80294-3589.
cc: Richard K. Kornfeld, Attorney, 1600 Stout Street, Suite 1000 Denver, Colorado 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify  this **NOTICE OF AND RESCISSION OF DEFENDANTS'
UNOPPOSED MOTION FOR DECLARATION OF COMPLEXITY AND TO EXCLUDE TIME WITHIN WHICH THE
TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C.
§3161(h) FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited
in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc,
California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the
Court United States District Court 901 19th Street, Room A-105 Denver,  Colorado 80294.

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF MOTION TO RECONSIDER MAGISTRATE'S
## ORDER OF DETENTION FOR CAUSE

**NOTICE DATE:**  Day  Fourteen                    Month  One

                                                               Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 43 Filed 07/14/10 USDC Colorado Page 1 of 8 MOTION TO RECONSIDER MAGISTATE'S ORDER OF DETENTION 1, Page 2 of 8 2, Page 3 of 8 3, Page 4 of 8 4, Page 5 of 8 5, Page 6 of 8 6, Page 7 of 8 Richard K. Kornfeld 7, Page 8 of 8"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the original Case 1:10-cr-00317-REB Document 43 Filed 07/14/10 USDC Colorado Page 1 of 8 MOTION TO RECONSIDER MAGISTRATE'S ORDER OF DETENTION 1, Page 2 of 8 2, Page 3 of 8 3, Page 4 of 8 4, Page 5 of 8 5, Page 6 of 8 6, Page 7 of 8 Richard K. Kornfeld 7, Page 8 of 8" including every copy, for cause. I made a mistake creating, preparing and filing the MOTION TO RECONSIDER MAGISTRATE'S ORDER OF DETENTION. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

                                         Sincerely

                                         *Richard Kellogg Armstrong*

                                         Richard Kellogg Armstrong
                                         c/o 20413-298
                                         Federal Correctional
                                         Institution - Lompoc
                                         3600 Guard Road
                                         Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294-3589.
cc: Richard K. Kornfeld, Attorney, 1600 Stout Street, Suite 1000 Denver, Colorado 80202.

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION TO RECONSIDER MAGISTRATE'S ORDER OF DETENTION FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

Page 2 of 2

**NOTICE OF AND RESCISSION OF NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR , NOT A FOURTEENTH AMENDMENT CITIZEN AND FOR REFUSAL TO PROVIDE EVIDENCE THAT WOULD BE CRUCIAL TO MY DEFENSE FOR CAUSE**

**NOTICE DATE:**  Day  Fourteen                Month   One                              Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:**  "Case 1:10-cr-00317-REB Document 116 Filed 01/20/11 USDC Colorado Page 1 of 3 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR, NOT A FOURTEENTH AMENDMENT CITIZEN AND FOR REFUSAL TO PROVIDE EVIDENCE THAT WOULD BE CRUCIAL TO MY DEFENSE, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 116 Filed 01/20/11 USDC Colorado Page 1 of 3 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR, NOT A FOURTEENTH AMENDMENT CITIZEN AND FOR REFUSAL TO PROVIDE EVIDENCE THAT WOULD BE CRUCIAL TO MY DEFENSE" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR, NOT A FOURTEENTH AMENDMENT CITIZEN.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR, NOT A FOURTEENTH AMENDMENT CITIZEN AND REFUSAL TO PROVIDE EVIDENCE THAT WOULD BE CRUCIAL TO MY DEFENSE FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF DEFENDANT ARMSTRONG'S
## MOTION FOR THE U.S. MARSHAL
## TO PROVIDE BATTERIES FOR HEARING AIDS
## FOR CAUSE

**NOTICE DATE:** Day  Fourteen                     Month  One                          Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 119 Filed 01/21/11 USDC Colorado Page 1 of 2
DEFENDANT ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS,
Page 2 of 2 Date: January 21,2011 David L. Owen, Jr."

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong sentient moral being rescind the
original "Case 1:10-cr-00317-REB Document 119 Field 01/21/11 USDC Colorado Page 1 of 2
DEFENDANT ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS,
Page 2 of 2 Date: January 21,2011 David L. Owen, Jr." including every copy for cause.
I made a mistake creating, preparing and filing the DEFENDANT ARMSTRONG'S MOTION FOR THE
U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS FOR CAUSE.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and
deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294
cc: David L. Owen, Attorney, c/o United States District Court 901 19th Street Denver, Colorado 80294

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF DEFENDANT
ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS FOR CAUSE**
was sealed in an envelope with First Class Postage paid and deposited in a United States
Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on
Day Fourteen Month One Year 2013 C.E. for same day delivery to Clerk of the Court United
States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF NOTICE TO THE DISTRICT COURT TO RELEASE GRAND JURY TRANSCRIPTS, TESTIMONY, EXHIBITS, CD's, TAPES AND PHONE CONVERSATIONS AS WELL AS ANY AND ALL DOCUMENTS RELATED IN THIS CASE, ALL TO BE IN PRINTED FORMAT AND BE CERTIFIED TO BE TRUE AND CORRECT. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW FOR CAUSE**

**NOTICE DATE:** Day  Fourteen                    Month  One                                Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:**  "Case 1:10-cr-00317-REB Document 148 Filed 02/23/11 USDC Colorado Page 1 of 4 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE TO THE DISTRICT COURT TO RELEASE GRAND JURY TRANSCRIPTS, TESTIMONY, EXHIBITS, CD's, TAPES AND PHONE CONVERSATIONS AS WELL AS ANY AND ALL DOCUMENTS RELATED IN THIS CASE, ALL TO BE IN PRINTED FORMAT AND BE CERTIFIED TO BE TRUE AND CORRECT. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW, Page 2 of 4 Richard Kellogg Armstrong, Page 3 of 4 Richard Kellogg Armstrong, Page 4 of 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE TO THE DISTRICT COURT TO RELEASE GRAND JURY TRANSCRIPTS, TESTIMONY, EXHIBITS, CD's, TAPES AND PHONE CONVERSATIONS AS WELL AS ANY AND ALL DOCUMENTS RELATED IN THIS CASE, ALL TO BE IN PRINTED FORMAT AND BE CERTIFIED TO BE TRUE AND CORRECT. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                                        Sincerely

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
(cc) Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE DISTRICT COURT TO RELEASE GRAND JURY TRANSCRIPTS, TESTIMONY, EXHIBITS, CD's, TAPES AND PHONE CONVERSATIONS AS WELL AS ANY AND ALL DOCUMENTS RELATED IN THIS CASE, ALL TO BE IN PRINTED FORMAT AND BE CERTIFIED TO BE TRUE AND CORRECT. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United StaTES District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

Page 2 of 2

NOTICE OF AND RESCISSION OF
NOTICE OF CLAIMS FOR CAUSE

**NOTICE DATE:**   Day   Fourteen

Month   One

Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 178 Filed 03/29/11 USDC Colorado Page 1 of 4 27th day of March, 2011 Richard Kellogg Armstrong, Page 2 of 4 Case 1:10-cr-00317-REB Document 155 Filed 03/01/11 USDC Colorado Page 1 of 1 25th day of March, 2011 Richard Kellogg Armstrong, Page 3 of 4 Case Name: UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG Case Number: 10-CR-00317-REB 27th day of March 2011 Richard Kellogg Armstrong, Page 4 of 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature and the original "Case 1:10-cr-00317-REB Document 178 Filed 03/29/11 USDC Colorado Page 1 of 4 27th day of March, 2011 Richard Kellogg Armstrong, Page 2 of 4 Case 1:10-cr-00317-REB Document 155 Filed 03/01/11 USDC Colorado Page 1 of 1 25th day of March 2011 Richard Kellogg Armstrong, Page 3 of 4 Case Name: UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG Case Number: 10-CR-00317-REB 27th day of March 2011 Richard Kellogg Armstrong, Page 4 of 4" including every copy bearing my signature and date, for cause.   I made a mistake creating, signing and presenting the NOTICE OF CLAIMS.   I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF CLAIMS FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294.

Richard Kellogg Armstrong

NOTICE OF AND RESCISSION OF
NOTICE OF CLAIMS FOR CAUSE

**NOTICE DATE:**   Day   Fourteen              Month   One                        Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 179 Filed 03/29/11 USDC Colorado Page 1 of 4 27th day of March, 2011 Richard Kellogg Armstrong, Page 2 of 4 Case 1:10-cr-00317-REB Document 148 Filed 02/22/11 USDC Colorado Page 1 of 1 dated 25th day of March, 2011 Richard Kellogg Armstrong, Page 3 of 4 Case Name: UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG Case Number: 10-CR-00317-REB 27th day of March 2011 Richard Kellogg Armstrong, Page 4 of 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature and the original "Case 1:10-cr-00317-REB Document 179 Filed 03/29/11 USDC Colorado Page 1 of 4 27th day of March, 2011 Richard Kellogg Armstrong, Page 2 of 4 Case 1:10-cr-00317-REB Document 148 Filed 02/22/11 USDC Colorado Page 1 of 1 dated 25th day of March, 2011 Richard Kellogg Armstrong, Page 3 of 4 Case Name: UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTORNG Case Number: 10-cr-00317-REB 27th day of March 2011 Richard Kellogg Armstrong, Page 4 of 4" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE OF CLAIMS. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

Page 1 of 2

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF CLAIMS FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294.

Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF COPY OF MAILING ENVELOPE
### ADDRESSED TO U.S. DISTRICT COURT FOR CAUSE

**NOTICE DATE:**  Day  Fourteen                    Month  One                                    Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 181 Filed 03/31/11 USDC Colorado Page 1 of 1 copy of mailing envelope addressed to U.S. DISTRICT COURT GREGORY C. LANGHAM, CLERK OF THE COURT 901 19th STREET, ROOM A-105 DENVER, CO 80294-3589 DOCKET #169 10-317 REFUSED FOR CAUSE Without Dishonor/UCC 3-501 ... Returned to sender improper jurisdiction and venue ... returned on ("03/27/2011") That I do not accept your offer to contract. BOP public servants opened this envelope unauthorized on 3/25/2011"

**PLEASE TAKE NOTICE** that I Richard Kellogg Armstrong, sentient moral being rescind the original "Case 1:10-cr-00317-REB Document 181 Filed 03/31/11 USDC Colorado Page 1 of 1 copy of mailing envelope addressed to U.S. DISTRICT COURT GREGORY C. LANGHAM, CLERK OF THE COURT 901 19th STREET, ROOM A-105 DENVER, CO 80294-3589 DOCKET #169 10-317 REFUSED FOR CAUSE Without Dishonor/UCC 3-501 ... Returned to sender improper jurisdiction and venue ... returned on ("03/27/2011") That I do not accept your offer to contract. BOP public servants opened this envelope unauthorized on 3/25/2011" including every copy for cause.  I made a mistake creating, presenting and filing the MAILING ENVELOPE ADDRESSED TO U.S. DISTRICT COURT.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MAILING ENVELOPE ADDRESSED TO U.S. DISTRICT COURT FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES INCLUDING ROBERT E. BLACKBURN, MAGISTRATES, ALL LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE LAW SUIT SERVED ON THE U.S. COURT OF APPEALS 10TH CIRCUIT (TRIBUNAL COURT) ON JANUARY 28,2011 STAMPED IN AT 1:44, RECEIVED BY COURT CLERK LINDA HEMERISH, CASE # GB110106-70091410000134484684 FOR CAUSE**

**NOTICE DATE:**  Day  Fourteen          Month  One          Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 190 Filed 04/06/11 USDC Colorado Page 1 of 11 April 3,2011 Certified Mail # 7008 1300 0002 7796 9642 Case Number: 10-cr-00317-REB Case Number: 10-cv-01073 NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES INCLUDING ROBERT E. BLACKBURN, MAGISTRATES, ALL LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE LAW SUIT SERVED ON THE U.S. COURT OF APPEALS 10TH CIRCUIT (TRIBUNAL COURT) ON JANUARY 28,2011, STAMPED IN AT 1:44, RECEIVED BY COURT CLERK LINDA HELMERISH, CASE # GB110106-70091410000134484684. Page 1 of 3, 2, Page 2 of 3, 3 Date: 4/3/2011 Richard Kellogg Armstrong Page 3 of 3, Page 4 of 11 EXHIBIT A, Page 5 of 11 EXHIBIT A-1, Page 6 of 11 EXHIBIT A-2, Page 7 of 11 April 3, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073 3rd day of APRIL,2011 Richard Kellogg Armstrong EXHIBIT B, Page 8 of 11 EXHIBIT C, Page 9 of 11 9TH day of MARCH,2011 Richard Kellogg Armstrong, Page 10 of 11 EXHIBIT D, Page 11 of 11"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES INCLUDING ROBERT E. BLACKBURN, MAGISTRATES, ALL LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE LAW SUIT SERVED ON THE U.S. COURT OF APPEALS 10TH CIRCUIT (TRIBUNAL COURT) ON JANUARY 28,2011 STAMPED IN AT 1:44, RECEIVED BY COURT CLERK LINDA HELMERISH, CASE # GB110106-70091410000 134484684.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Page 1 of 2

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street
Denver, Colorado 80294

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES INCLUDING ROBERT E. BLACKBURN, MAGISTRATES, ALL LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE LAW SUIT SERVED ON THE U.S. COURT OF APPEALS 10TH CIRCUIT (TRIBUNAL COURT) ON JANUARY 28,2011, STAMPED IN AT 1:44, RECEIVED BY COURT CLERK LINDA HELMERISH, CASE # GB110106-7009141000013448464** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen             Month One                Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 206 Filed 04/25/11 USDC Colorado Page
1 of 8 1, 2 2, 3 3, 4 4, 5 5, 6 6, Page 7 of 8 JOHN F. WALSH Kenneth M. Harmon 7, Page
8 of 8 Lisa M. Wayne David L. Owen KENNETH M. HARMON 8"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**. Dishonor may result if you fail to respond.

                              Sincerely.

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional
                              Institution - Lompoc
                              3600 Guard Road
                              Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO
    80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong