### NOTICE OF AND RESCISSION OF MOTION FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS IN PRINTED FORMAT FOR CAUSE

**NOTICE DATE:**  Day  Fourteen              Month  One              Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 208 Filed 04/26/11 USDC Colorado Page 1 of 2 Criminal Action No. 10-cr-00317-REB MOTION FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS IN PRINTED FORMAT, Dated this 22nd Day of April,2011 Richard Kellogg Armstrong, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 208 Filed 04/26/11 USDC Colorado Page 1 of 2 Criminal Action No. 10-cr-00317-REB MOTION FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS IN PRINTED FORMAT, Dated this 22nd Day of April,2011 Richard Kellogg Armstrong, Page 2 of 2" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the MOTION FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS IN PRINTED FORMAT.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS IN PRINTED FORMAT FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen               Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 210 Filed 04/28/11 USDC Colorado Page 1 of
15, Page 2 of 15 2, 3 3, 4 4, 5 5, 6 6, 7 7, 8 8, 9 9, 10 10, 11 11, 12 12, 13 13, Page
14 of 15 JOHN F. WALSH Kevin F. Sweeney Kenneth M. Harmon 14, Page 15 of 15 Lisa M. Wayne
David L. Owen KENNETH M. HARMON 15"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO
    80202
cc: Kevin F. Sweeney, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF DEFENDANT MORRIS' SECOND MOTION TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(i)(ii) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET FOR CAUSE**

**NOTICE DATE:** Day  Fourteen          Month  One                    Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 215 Filed 05/03/11 USDC Colorado Page 1 of 10 DEFENDANT MORRIS' SECOND MOTION TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(i)(11_ AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET 1, Page 2 of 10 2, Page 3 of 10 3, Page 4 of 10 4, Page 5 of 10 5, Page 6 of 10 6, Page 7 of 10 7, Page 8 of 10 8, Page 9 of 10 9, Page 10 of 10 Lisa M. Wayne Wendy S. Anderson 10"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the DEFENDANT MORRIS' SECOND MOTION TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(i)(11) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                              Sincerely

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional
                              Institution - Lompoc
                              3600 Guard Road
                              Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294-3589
cc: Lisa Wayne, Attorney, c/o United States District Court 901 19th Street Denver, Colorado 80294-3589.

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF DEFENDANT MORRIS' SECOND MOTION TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(i)(ii) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

### NOTICE OF AND RESCISSION OF
### NOTICE OF APPEAL FOR CAUSE

**NOTICE DATE:**  Day   Fourteen                     Month   One                              Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 279 Filed 08/30/11 USDC Colorado Page 1 of 1
Case No. 10-cr-00317-REB NOTICE OF APPEAL Richard Kellogg Armstrong" "Document 279-1
copy of mailing envelope addressed to CLERK OF THE COURT 10CR-317, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my
signature Richard Kellogg Armstrong and the original Case 1:10-cr-00317-REB Document 279
Field 08/30/11 USDC Colorado Page 1 of 1 Case No. 10-cr-00317-REB NOTICE OF APPEAL Richard
Kellogg Armstrong" "Document 279-1 copy of mailing envelope addressed to CLERK OF THE COURT
10CR317, Page 2 of 2" including every copy bearing my signature and date, for cause.  I
made a mistake creating, signing, presenting and filing the NOTICE OF APPEAL.  I repent
of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and
deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution – Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF APPEAL FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294.

Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF FOR CAUSE

**NOTICE DATE:**  Day  Fourteen                    Month  One                              Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 334 Filed 10/19/11 USDC Colorado Page 1 of 8 1, Page 2 of 8 Tony Davis 14 day of OCTOBER 2011 Tony Davis 2, Page 3 of 8 APP A, Page 4 of 8 APP B, Page 5 of 8 APP C, Page 6 of 8 APP D, Page 7 of 8 APP E, Page 8 of 8"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the original "Case 1:10-cr-00317-REB Document 334 Filed 10/19/11 USDC Colorado Page 1 of 8 1, Page 2 of 8 Tony Davis 14 day of OCTOBER 2011 Tony Davis 2, Page 3 of 8 APP A, Page 4 of 8 APP B, Page 5 of 8 APP C, Page 6 of 8 APP D, Page 7 of 8 APP E, Page 8 of 8" including every copy, for cause.  I make a mistake creating, presenting and filing the MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                                        Sincerely

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
CC: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
CC: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteeen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT FOR CAUSE

**NOTICE DATE:** Day  Fourteen            Month  One            Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 355 Filed 11/09/11 USDC Colorado Page 1 of 5 No. 10-CR-00317-REB REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT, Page 2 of 5, Page 3 of 5 Richard Kellogg Armstrong, Page 4 of 5 November 6,2011 Richard Kellogg Armstrong, Page 5 of 5"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 355 Filed 11/09/11 USDC Colorado Page 1 of 5 No. 10-CR-00317-REB REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT, Page 2 of 5, Page 3 of 5 Richard Kellogg Armstrong, Page 4 of 5 November 6,2011 Richard Kellogg Armstrong, Page 5 of 5" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing, presenting and filing the REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE, AND AN OFFER OF PROOF FOR CAUSE

**NOTICE DATE:**  Day   Fourteen            Month   One                Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



In reply to: "Case 1:10-cr-00317-REB Document 361 Filed 11/18/11 USDC Colorado Page 1 of 25 No. 10-cr-00317-REB-2 MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE, AND AN OFFER OF PROOF, Page 2 of 25 2, Page 3 of 25 3, Page 4 of 25 4, Page 5 of 25 5, Page 6 of 25 6, Page 7 of 25 7, Page 8 of 25 8, Page 9 of 25 9, Page 10 of 25 10, Page 11 of 25 11, Page 12 Richard Kellogg Armstrong, pro se, 12, Page 13 16th day of NOVEMBER, 2011 Richard Kellogg Armstrong, 13, Page 14 of 25 14, Page 15 of 25 15, Page 16 of 25 16, Page 17 of 25 17, Page 18 of 25 18, Page 19 of 25 18, Page 20 of 25 20, Page 21 of 25 21, Page 22 of 25 22, Page 23 of 25 23, Page 24 of 25 24, Page 25 of 25"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the MOTION TO ANSWER CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE, AND AN OFFER OF PROOF.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
(cc) Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE, AND AN OFFER OF PROOF FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294.

Richard Kellogg Armstrong

Page 2 of 2

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 367 Filed 11/30/11 USDC Colorado Page 1 of 3 1, Page 2 of 3 JOHN F. WALSH Kenneth M. Harmon David L. Owen 2, Page 3 of 3 KENNETH M. HARMON 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

### NOTICE OF AND RESCISSION OF REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION FOR JUDGMENT ON THE PLEADINGS FOR CAUSE

**NOTICE DATE:**  Day  Fourteen                    Month  One                    Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:**  "Case 1:10-cr-00317-REB Document 393 Filed 1/11/12 USDC Colorado Page 1 of 7 No. 10-CR-00317-REB REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION FOR JUDGMENT ON THE PLEADINGS, Page 2 of 7, Page 3 of 7, Page 4 of 7, Page 5 of 7 Richard Kellogg Armstrong, Page 6 of 7 10 day of JAN 2012 Richard Kellogg Armstrong, Page 7 of 7"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 393 Filed 1/11/12 USDC Colorado Page 1 of 7 No. 10-CR-00317-REB REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION FOR JUDGMENT ON THE PLEADINGS, Page 2 of 7, Page 3 of 7, Page 4 of 7, Page 5 of 7 Richard Kellogg Armstrong, Page 6 of 7 10 day of JAN 2012 Richard Kellogg Armstrong, Page 7 of 7" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION FOR JUDGMENT ON THE PLEADINGS. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a birds from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION FOR JUDGMENT ON THE PLEADINGS** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

### NOTICE OF AND RESCISSION OF INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE

**NOTICE DATE:**  Day  Fourteen                Month  One                              Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:**  "Case 1:10-cr-00317-REB Document 720 Filed 09/10/13 USDC Colorado Page 1 of 6 NOTICE OF AND INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE 1, Page 2 of 6 (2), Page 3 of 6 (3), Page 4 of 6 (4), Page 5 of 6 (5), Page 6 of 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 720 Filed 09/10/13 USDC Colorado Page 1 of 6 NOTICE OF AND INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE 1, Page 2 of 6 (2), Page 3 of 6 (3), Page 4 of 6 (4), Page 5 of 6 (5), Page 6 of 6" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE OF AND INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                                        Sincerely

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
(cc:) Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF AND INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen                Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 721 Filed 09/11/13 USDC Colorado Page
1 of 7 UNITED STATES' MOTION FOR AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 7 2, 3 3,
4 4, 5 5, Page 6 of 7 Dated this 11th day of September, 2013 JOHN F. WALSH Tonya S.
Andrews 6, Page 7 of 7 7, Document 721-1 Filed 09/11/13 USDC Colorado Page 1 of 4
AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 4 2, 3 3, Page 4 of 4 ROBERT E. BLACKBURN
United States District Judge 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.   I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**   Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: Tonya S. Andrews, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO
    80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen          Month One                          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 722 Filed 09/13/13 USDC Colorado Page 1 of
4 AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 4, Page 3 of 4, Page 4 of 4 Dated
September 13, 2013 Robert E. Blackburn United States District Judge 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of
the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                         Sincerely.

                                         Richard Kellogg Armstrong
                                         c/o 20413-298
                                         Federal Correctional
                                         Institution - Lompoc
                                         3600 Guard Road
                                         Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                         Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen                    Month One                         Year 2014 C.E.

Clerk of the Court
U.S. District Court                          
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** Case 1:10-cr-00317-REB Document 9 Filed 06/09/10 USDC Colorado Page 1 of 2
ORDER TO SEAL, Page 2 of 2 9th day of June 2010 Boyd N Balard UNITED STATES MAGISTRATE
JUDGE"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 9 Filed 06/09/10 USDC Colorado
Page 1 of 2 ORDER TO SEAL, Page 2 of 2 9th day of June 2010 Boyd N. Balard UNITED STATES
MAGISTRATE JUDGE" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely.
                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Boyd N. Balard, United States Magistrate Judge, c/o U.S. District Court 901 19th Street Denver, CO
    80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF DEFENDANTS' JOINT UNOPPOSED MOTION
FOR DECLARATION OF COMPLEXITY AND TO EXCLUDE TIME WITHIN WHICH THE
THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE
PURSUANT TO 18 U.S.C. §3161(h) FOR CAUSE**

**NOTICE DATE:**  Day  Fourteen          Month  One          Year  2013 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 36 Filed 07/07/2010 USDC Colorado Page 1 of
5 DEFENDANTS' JOINT UNOPPOSED MOTION FOR DECLARATION OF COMPLEXITY AND TO EXCLUDE TIME
WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE PURSUANT
TO 18 U.S.C. §3161(h) 1, Page 2 of 5 2. Page 3 of 5 3, Page 4 of 5 4, Page 5 of 5 Lisa
Monet Wayne Richard K Kornfeld 5"

**PLEASE TAKE NOTICE** that I, RIchard Kellogg Armstrong, sentient moral being rescind the
original "supra" including every copy, for cause.  I made a mistake creating, preparing
and filing the DEFENDANTS' JOINT UNOPPOSED MOTION FOR DECLARATION OF COMPLEXITY AND TO
EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST
COMMENCE PURSUANT TO 18 U.S.C. §3161(h).  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                              Sincerely

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional
                              Institution - Lompoc
                              3600 Guard Road
                              Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street
    Denver, Colorado 80294-3589
cc: Lisa Wayne, Attorney, C/o United States District Court 901 19th Street Denver, Colorado
    80294-3589.
cc: Richard K. Kornfeld, Attorney, 1600 Stout Street, Suite 1000 Denver, Colorado 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify  this **NOTICE OF AND RESCISSION OF DEFENDANTS'
UNOPPOSED MOTION FOR DECLARATION OF COMPLEXITY AND TO EXCLUDE TIME WITHIN WHICH THE
TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C.
§3161(h) FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited
in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc,
California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the
Court United States District Court 901 19th Street, Room A-105 Denver,  Colorado 80294.

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF MOTION TO RECONSIDER MAGISTRATE'S
## ORDER OF DETENTION FOR CAUSE

**NOTICE DATE:** Day   Fourteen                      Month   One

                                                                          Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 43 Filed 07/14/10 USDC Colorado Page 1 of
8 MOTION TO RECONSIDER MAGISTATE'S ORDER OF DETENTION 1, Page 2 of 8 2, Page 3 of 8 3,
Page 4 of 8 4, Page 5 of 8 5, Page 6 of 8 6, Page 7 of 8 Richard K. Kornfeld 7, Page 8 of 8"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
original Case 1:10-cr-00317-REB Document 43 Filed 07/14/10 USDC Colorado Page 1 of 8
MOTION TO RECONSIDER MAGISTRATE'S ORDER OF DETENTION 1, Page 2 of 8 2, Page 3 of 8 3,
Page 4 of 8 4, Page 5 of 8 5, Page 6 of 8 6, Page 7 of 8 Richard K. Kornfeld 7, Page 8
of 8" including every copy, for cause.  I made a mistake creating, preparing and filing
the MOTION TO RECONSIDER MAGISTRATE'S ORDER OF DETENTION.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

                              Sincerely

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional
                              Institution - Lompoc
                              3600 Guard Road
                              Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589.
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294-3589.
cc: Richard K. Kornfeld, Attorney, 1600 Stout Street, Suite 1000 Denver, Colorado 80202.

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION TO RECONSIDER MAGISTRATE'S ORDER OF DETENTION FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR , NOT A FOURTEENTH AMENDMENT CITIZEN AND FOR REFUSAL TO PROVIDE EVIDENCE THAT WOULD BE CRUCIAL TO MY DEFENSE FOR CAUSE**

**NOTICE DATE:**  Day  Fourteen                  Month  One                        Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:**  "Case 1:10-cr-00317-REB Document 116 Filed 01/20/11 USDC Colorado Page 1 of 3 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR, NOT A FOURTEENTH AMENDMENT CITIZEN AND FOR REFUSAL TO PROVIDE EVIDENCE THAT WOULD BE CRUCIAL TO MY DEFENSE, Page 2 of 3 Richard Kellogg Armstrong, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 116 Filed 01/20/11 USDC Colorado Page 1 of 3 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR, NOT A FOURTEENTH AMENDMENT CITIZEN AND FOR REFUSAL TO PROVIDE EVIDENCE THAT WOULD BE CRUCIAL TO MY DEFENSE" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEDGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR, NOT A FOURTEENTH AMENDMENT CITIZEN.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE COURT TO TERMINATE AND WITHDRAW COURT APPOINTED COUNSEL DAVID OWEN, JR. FOR REFUSAL TO ACKNOWLEGE MY CONSTITUTIONAL RIGHTS AS A SOVEREIGN AND AS A SECURED PARTY CREDITOR, NOT A FOURTEENTH AMENDMENT CITIZEN AND REFUSAL TO PROVIDE EVIDENCE THAT WOULD BE CRUCIAL TO MY DEFENSE FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

### NOTICE OF AND RESCISSION OF DEFENDANT ARMSTRONG'S
### MOTION FOR THE U.S. MARSHAL
### TO PROVIDE BATTERIES FOR HEARING AIDS
### FOR CAUSE

**NOTICE DATE:** Day  Fourteen          Month  One          Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



In reply to: "Case 1:10-cr-00317-REB Document 119 Filed 01/21/11 USDC Colorado Page 1 of 2
DEFENDANT ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS,
Page 2 of 2 Date: January 21,2011 David L. Owen, Jr."

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong sentient moral being rescind the
original "Case 1:10-cr-00317-REB Document 119 Field 01/21/11 USDC Colorado Page 1 of 2
DEFENDANT ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS,
Page 2 of 2 Date: January 21,2011 David L. Owen, Jr." including every copy for cause.
I made a mistake creating, preparing and filing the DEFENDANT ARMSTRONG'S MOTION FOR THE
U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS FOR CAUSE.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and
deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                              Sincerely

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional
                              Institution - Lompoc
                              3600 Guard Road
                              Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"

(cc) UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294
cc: David L. Owen, Attorney, c/o United States District Court 901 19th Street Denver, Colorado 80294

Page 1 of 2

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF DEFENDANT ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2013 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF NOTICE TO THE DISTRICT COURT TO RELEASE GRAND JURY TRANSCRIPTS, TESTIMONY, EXHIBITS, CD's, TAPES AND PHONE CONVERSATIONS AS WELL AS ANY AND ALL DOCUMENTS RELATED IN THIS CASE, ALL TO BE IN PRINTED FORMAT AND BE CERTIFIED TO BE TRUE AND CORRECT. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW FOR CAUSE**

**NOTICE DATE:** Day  Fourteen                    Month  One                    Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:**  "Case 1:10-cr-00317-REB Document 148 Filed 02/23/11 USDC Colorado Page 1 of 4 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE TO THE DISTRICT COURT TO RELEASE GRAND JURY TRANSCRIPTS, TESTIMONY, EXHIBITS, CD's, TAPES AND PHONE CONVERSATIONS AS WELL AS ANY AND ALL DOCUMENTS RELATED IN THIS CASE, ALL TO BE IN PRINTED FORMAT AND BE CERTIFIED TO BE TRUE AND CORRECT. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW, Page 2 of 4 Richard Kellogg Armstrong, Page 3 of 4 Richard Kellogg Armstrong, Page 4 of 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE TO THE DISTRICT COURT TO RELEASE GRAND JURY TRANSCRIPTS, TESTIMONY, EXHIBITS, CD's, TAPES AND PHONE CONVERSATIONS AS WELL AS ANY AND ALL DOCUMENTS RELATED IN THIS CASE, ALL TO BE IN PRINTED FORMAT AND BE CERTIFIED TO BE TRUE AND CORRECT. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE DISTRICT COURT TO RELEASE GRAND JURY TRANSCRIPTS, TESTIMONY, EXHIBITS, CD's, TAPES AND PHONE CONVERSATIONS AS WELL AS ANY AND ALL DOCUMENTS RELATED IN THIS CASE, ALL TO BE IN PRINTED FORMAT AND BE CERTIFIED TO BE TRUE AND CORRECT. I EXPLICITLY RESERVE MY RIGHTS UCC-1-308 AND ASK FOR JURISDICTION AT COMMON LAW** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United StaTES District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

### NOTICE OF AND RESCISSION OF
### NOTICE OF CLAIMS FOR CAUSE

**NOTICE DATE:**  Day  Fourteen            Month  One                        Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 178 Filed 03/29/11 USDC Colorado Page 1 of 4 27th day of March, 2011 Richard Kellogg Armstrong, Page 2 of 4 Case 1:10-cr-00317-REB Document 155 Filed 03/01/11 USDC Colorado Page 1 of 1 25th day of March, 2011 Richard Kellogg Armstrong, Page 3 of 4 Case Name: UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG Case Number: 10-CR-00317-REB 27th day of March 2011 Richard Kellogg Armstrong, Page 4 of 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature and the original "Case 1:10-cr-00317-REB Document 178 Filed 03/29/11 USDC Colorado Page 1 of 4 27th day of March, 2011 Richard Kellogg Armstrong, Page 2 of 4 Case 1:10-cr-00317-REB Document 155 Filed 03/01/11 USDC Colorado Page 1 of 1 25th day of March 2011 Richard Kellogg Armstrong, Page 3 of 4 Case Name: UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG Case Number: 10-CR-00317-REB 27th day of March 2011 Richard Kellogg Armstrong, Page 4 of 4" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE OF CLAIMS.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF CLAIMS FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294.

Richard Kellogg Armstrong

NOTICE OF AND RESCISSION OF
NOTICE OF CLAIMS FOR CAUSE

**NOTICE DATE:**  Day   Fourteen                Month   One                          Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 179 Filed 03/29/11 USDC Colorado Page 1 of 4 27th day of March, 2011 Richard Kellogg Armstrong, Page 2 of 4 Case 1:10-cr-00317-REB Document 148 Filed 02/22/11 USDC Colorado Page 1 of 1 dated 25th day of March, 2011 Richard Kellogg Armstrong, Page 3 of 4 Case Name: UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTRONG Case Number: 10-CR-00317-REB 27th day of March 2011 Richard Kellogg Armstrong, Page 4 of 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature and the original "Case 1:10-cr-00317-REB Document 179 Filed 03/29/11 USDC Colorado Page 1 of 4 27th day of March, 2011 Richard Kellogg Armstrong, Page 2 of 4 Case 1:10-cr-00317-REB Document 148 Filed 02/22/11 USDC Colorado Page 1 of 1 dated 25th day of March, 2011 Richard Kellogg Armstrong, Page 3 of 4 Case Name: UNITED STATES OF AMERICA v. RICHARD KELLOGG ARMSTORNG Case Number: 10-cr-00317-REB 27th day of March 2011 Richard Kellogg Armstrong, Page 4 of 4" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE OF CLAIMS. I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"

CC: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF CLAIMS FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294.

Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF COPY OF MAILING ENVELOPE
### ADDRESSED TO U.S. DISTRICT COURT FOR CAUSE

NOTICE DATE:  Day  Fourteen          Month  One                    Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



In reply to: "Case 1:10-cr-00317-REB Document 181 Filed 03/31/11 USDC Colorado Page 1 of 1
copy of mailing envelope addressed to U.S. DISTRICT COURT GREGORY C. LANGHAM, CLERK OF
THE COURT 901 19th STREET, ROOM A-105 DENVER, CO 80294-3589 DOCKET #169 10-317 REFUSED
FOR CAUSE Without Dishonor/UCC 3-501 ... Returned to sender improper jurisdiction and
venue ... returned on ("03/27/2011") That I do not accept your offer to contract. BOP
public servants opened this envelope unauthorized on 3/25/2011"

PLEASE TAKE NOTICE that I Richard Kellogg Armstrong, sentient moral being rescind the
original "Case 1:10-cr-00317-REB Document 181 Filed 03/31/11 USDC Colorado Page 1 of 1
copy of mailing envelope addressed to U.S. DISTRICT COURT GREGORY C. LANGHAM, CLERK OF
THE COURT 901 19th STREET, ROOM A-105 DENVER, CO 80294-3589 DOCKET #169 10-317 REFUSED
FOR CAUSE Without Dishonor/UCC 3-501 ... Returned to sender improper jurisdiction and
venue ... returned on ("03/27/2011") That I do not accept your offer to contract. BOP
public servants opened this envelope unauthorized on 3/25/2011" including every copy
for cause.  I made a mistake creating, presenting and filing the MAILING ENVELOPE
ADDRESSED TO U.S. DISTRICT COURT.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and
deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

                                              Sincerely

                                              *Richard Kellogg Armstrong*
                                              Richard Kellogg Armstrong
                                              c/o 20413-298
                                              Federal Correctional
                                              Institution - Lompoc
                                              3600 Guard Road
                                              Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
CC: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MAILING ENVELOPE ADDRESSED TO U.S. DISTRICT COURT FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES INCLUDING ROBERT E. BLACKBURN, MAGISTRATES, ALL LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE LAW SUIT SERVED ON THE U.S. COURT OF APPEALS 10TH CIRCUIT (TRIBUNAL COURT) ON JANUARY 28,2011 STAMPED IN AT 1:44, RECEIVED BY COURT CLERK LINDA HEMERISH, CASE # GB110106-70091410000134484684 FOR CAUSE**

**NOTICE DATE:**  Day  Fourteen          Month  One                    Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 190 Filed 04/06/11 USDC Colorado Page 1 of 11 April 3,2011 Certified Mail # 7008 1300 0002 7796 9642 Case Number: 10-cr-00317-REB Case Number: 10-cv-01073 NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES INCLUDING ROBERT E. BLACKBURN, MAGISTRATES, ALL LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE LAW SUIT SERVED ON THE U.S. COURT OF APPEALS 10TH CIRCUIT (TRIBUNAL COURT) ON JANUARY 28,2011, STAMPED IN AT 1:44, RECEIVED BY COURT CLERK LINDA HELMERISH, CASE # GB110106-70091410000134484684. Page 1 of 3, 2, Page 2 of 3, 3 Date: 4/3/2011 Richard Kellogg Armstrong Page 3 of 3, Page 4 of 11 EXHIBIT A, Page 5 of 11 EXHIBIT A-1, Page 6 of 11 EXHIBIT A-2, Page 7 of 11 April 3, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073 3rd day of APRIL,2011 Richard Kellogg Armstrong EXHIBIT B, Page 8 of 11 EXHIBIT C, Page 9 of 11 9TH day of MARCH,2011 Richard Kellogg Armstrong, Page 10 of 11 EXHIBIT D, Page 11 of 11"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES INCLUDING ROBERT E. BLACKBURN, MAGISTRATES, ALL LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE LAW SUIT SERVED ON THE U.S. COURT OF APPEALS 10TH CIRCUIT (TRIBUNAL COURT) ON JANUARY 28,2011 STAMPED IN AT 1:44, RECEIVED BY COURT CLERK LINDA HELMERISH, CASE # GB110106-70091410000 134484684.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street
    Denver, Colorado 80294

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES INCLUDING ROBERT E. BLACKBURN, MAGISTRATES, ALL LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE LAW SUIT SERVED ON THE U.S. COURT OF APPEALS 10TH CIRCUIT (TRIBUNAL COURT) ON JANUARY 28,2011, STAMPED IN AT 1:44, RECEIVED BY COURT CLERK LINDA HELMERISH, CASE # GB110106-7009141000013448 4684** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

Page 2 of 2

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 206 Filed 04/25/11 USDC Colorado Page
1 of 8 1, 2 2, 3 3, 4 4, 5 5, 6 6, Page 7 of 8 JOHN F. WALSH Kenneth M. Harmon 7, Page
8 of 8 Lisa M. Wayne David L. Owen KENNETH M. HARMON 8"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**.  Dishonor may result if you fail to respond.

                                        Sincerely.
                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO
    80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF MOTION FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS IN PRINTED FORMAT FOR CAUSE

**NOTICE DATE:** Day  Fourteen          Month  One                    Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



In reply to: "Case 1:10-cr-00317-REB Document 208 Filed 04/26/11 USDC Colorado Page 1 of 2 Criminal Action No. 10-cr-00317-REB MOTION FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS IN PRINTED FORMAT, Dated this 22nd Day of April,2011 Richard Kellogg Armstrong, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 208 Filed 04/26/11 USDC Colorado Page 1 of 2 Criminal Action No. 10-cr-00317-REB MOTION FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS IN PRINTED FORMAT, Dated this 22nd Day of April,2011 Richard Kellogg Armstrong, Page 2 of 2" including every copy bearing my signature and date, for cause. I made a mistake creating, signing and presenting the MOTION FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS IN PRINTED FORMAT.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

Page 1 of 2

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION FOR ENLARGEMENT OF TIME DUE TO NON RECEIPT OF ALL DISCOVERY AND NON RECEIPT OF ALL GRAND JURY TRANSCRIPTS IN PRINTED FORMAT FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 210 Filed 04/28/11 USDC Colorado Page 1 of
15, Page 2 of 15 2, 3 3, 4 4, 5 5, 6 6, 7 7, 8 8, 9 9, 10 10, 11 11, 12 12, 13 13, Page
14 of 15 JOHN F. WALSH Kevin F. Sweeney Kenneth M. Harmon 14, Page 15 of 15 Lisa M. Wayne
David L. Owen KENNETH M. HARMON 15"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution – Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO
    80202
cc: Kevin F. Sweeney,  AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S.  District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF DEFENDANT MORRIS' SECOND MOTION TO
EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE
SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C.
§3161(h)(7)(B)(i)(ii) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY
SET FOR CAUSE**

**NOTICE DATE:** Day  Fourteen          Month  One                    Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 215 Filed 05/03/11 USDC Colorado Page 1 of
10 DEFENDANT MORRIS' SECOND MOTION TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES
CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)
(i)(11_ AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET 1, Page 2 of 10 2, Page 3 of
10 3, Page 4 of 10 4, Page 5 of 10 5, Page 6 of 10 6, Page 7 of 10 7, Page 8 of 10 8,
Page 9 of 10 9, Page 10 of 10 Lisa M. Wayne Wendy S. Anderson 10"**

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my
signature Richard Kellogg Armstrong and the original "supra" including every copy bearing
my signature and date, for cause.  I made a mistake creating, signing and presenting the
DEFENDANT MORRIS' SECOND MOTION TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES
CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)
(i)(11) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                                        Sincerely

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street
    Denver, Colorado 80294-3589
cc: Lisa Wayne, Attorney, c/o United States District Court 901 19th Street Denver, Colorado
    80294-3589.

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF DEFENDANT MORRIS'
SECOND MOTION TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE
SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(i)(ii) AND
(iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET FOR CAUSE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit
A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E.
for same day delivery to Clerk of the Court United States District Court 901 19th Street,
Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

Page 2 of 2

## NOTICE OF AND RESCISSION OF
## NOTICE OF APPEAL FOR CAUSE

**NOTICE DATE:**  Day   Fourteen                Month   One                          Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 279 Filed 08/30/11 USDC Colorado Page 1 of 1
Case No. 10-cr-00317-REB NOTICE OF APPEAL Richard Kellogg Armstrong" "Document 279-1
copy of mailing envelope addressed to CLERK OF THE COURT 10CR-317, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my
signature Richard Kellogg Armstrong and the original Case 1:10-cr-00317-REB Document 279
Field 08/30/11 USDC Colorado Page 1 of 1 Case No. 10-cr-00317-REB NOTICE OF APPEAL Richard
Kellogg Armstrong" "Document 279-1 copy of mailing envelope addressed to CLERK OF THE COURT
10CR317, Page 2 of 2" including every copy bearing my signature and date, for cause.  I
made a mistake creating, signing, presenting and filing the NOTICE OF APPEAL.  I repent
of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and
deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
CC: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF APPEAL FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294.

Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF FOR CAUSE

**NOTICE DATE:**  Day  Fourteen                    Month  One                    Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 334 Filed 10/19/11 USDC Colorado Page 1 of 8 1, Page 2 of 8 Tony Davis 14 day of OCTOBER 2011 Tony Davis 2, Page 3 of 8 APP A, Page 4 of 8 APP B, Page 5 of 8 APP C, Page 6 of 8 APP D, Page 7 of 8 APP E, Page 8 of 8"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the original "Case 1:10-cr-00317-REB Document 334 Filed 10/19/11 USDC Colorado Page 1 of 8 1, Page 2 of 8 Tony Davis 14 day of OCTOBER 2011 Tony Davis 2, Page 3 of 8 APP A, Page 4 of 8 APP B, Page 5 of 8 APP C, Page 6 of 8 APP D, Page 7 of 8 APP E, Page 8 of 8" including every copy, for cause.  I make a mistake creating, presenting and filing the MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                                    Sincerely

                                    *Richard Kellogg Armstrong*
                                    Richard Kellogg Armstrong
                                    c/o 20413-298
                                    Federal Correctional
                                    Institution - Lompoc
                                    3600 Guard Road
                                    Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
CC: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
CC: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteeen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF REPLY TO GOVERNMENT'S RESPONSE
TO DEFENDANT ARMSTRONG'S EMERGENCY MOTION TO DISMISS FOR
EVIDENCE OF PROSECUTORIAL MISCONDUCT FOR CAUSE**

**NOTICE DATE:**  Day  Fourteen            Month  One                        Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 355 Filed 11/09/11 USDC Colorado Page 1 of
5 No. 10-CR-00317-REB REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S EMERGENCY
MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT, Page 2 of 5, Page 3 of 5
Richard Kellogg Armstrong, Page 4 of 5 November 6,2011 Richard Kellogg Armstrong, Page
5 of 5"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my
signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document
355 Filed 11/09/11 USDC Colorado Page 1 of 5 No. 10-CR-00317-REB REPLY TO GOVERNMENT'S
RESPONSE TO DEFENDANT ARMSTRONG'S EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL
MISCONDUCT, Page 2 of 5, Page 3 of 5 Richard Kellogg Armstrong, Page 4 of 5 November 6,2011
Richard Kellogg Armstrong, Page 5 of 5" including every copy bearing my signature and date,
for cause.  I made a mistake creating, signing, presenting and filing the REPLY TO
GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S EMERGENCY MOTION TO DISMISS FOR EVIDENCE
OF PROSECUTORIAL MISCONDUCT.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and
deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                                        Sincerely

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"

ⓒ UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S EMERGENCY MOTION TO DISMISS FOR EVIDENCE OF PROSECUTORIAL MISCONDUCT FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF MOTION TO ANSWER A CERTIFIED
QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE, AND
AN OFFER OF PROOF FOR CAUSE**

**NOTICE DATE:** Day   Fourteen                     Month   One                                    Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 361 Filed 11/18/11 USDC Colorado Page 1 of
25 No. 10-cr-00317-REB-2 MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO
JURISDICTION IN THIS CASE, AND AN OFFER OF PROOF, Page 2 of 25 2, Page 3 of 25 3, Page
4 of 25 4, Page 5 of 25 5, Page 6 of 25 6, Page 7 of 25 7, Page 8 of 25 8, Page 9 of 25
9, Page 10 of 25 10, Page 11 of 25 11, Page 12 Richard Kellogg Armstrong, pro se, 12,
Page 13 16th day of NOVEMBER, 2011 Richard Kellogg Armstrong, 13, Page 14 of 25 14, Page
15 of 25 15, Page 16 of 25 16, Page 17 of 25 17, Page 18 of 25 18, Page 19 of 25 18,
Page 20 of 25 20, Page 21 of 25 21, Page 22 of 25 22, Page 23 of 25 23, Page 24 of 25 24,
Page 25 of 25"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my
signature Richard Kellogg Armstrong and the original "supra" including every copy bearing
my signature and date, for cause.  I made a mistake creating, signing and presenting
the MOTION TO ANSWER CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE, AND
AN OFFER OF PROOF.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and
deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                                          Sincerely

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong
                                          c/o 20413-298
                                          Federal Correctional
                                          Institution - Lompoc
                                          3600 Guard Road
                                          Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE, AND AN OFFER OF PROOF FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



In reply to: "Case 1:10-cr-00317-REB Document 367 Filed 11/30/11 USDC Colorado Page 1 of 3 1, Page 2 of 3 JOHN F. WALSH Kenneth M. Harmon David L. Owen 2, Page 3 of 3 KENNETH M. HARMON 3"

PLEASE TAKE NOTICE that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this NON NEGOTIABLE NOTICE OF ACCEPTANCE.  Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this NON NEGOTIABLE NOTICE OF ACCEPTANCE was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF REPLY TO GOVERNMENT'S RESPONSE TO
MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO
JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION
FOR JUDGMENT ON THE PLEADINGS FOR CAUSE**

**NOTICE DATE:**  Day  Fourteen                     Month  One                          Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:**  "Case 1:10-cr-00317-REB Document 393 Filed 1/11/12 USDC Colorado Page 1 of
7 No. 10-CR-00317-REB REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO ANSWER A CERTIFIED
QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION
FOR JUDGMENT ON THE PLEADINGS, Page 2 of 7, Page 3 of 7, Page 4 of 7, Page 5 of 7 Richard
Kellogg Armstrong, Page 6 of 7 10 day of JAN 2012 Richard Kellogg Armstrong, Page 7 of 7"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my
signature Richard Kellogg Armstrong from "Case 1:10-cr-00317-REB Document
393 Filed 1/11/12 USDC Colorado Page 1 of 7 No. 10-CR-00317-REB REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS
CASE AND AN OFFER OF PROOF AND MOTION FOR JUDGMENT ON THE PLEADINGS, Page 2 of 7, Page 3
of 7, Page 4 of 7, Page 5 of 7 Richard Kellogg Armstrong, Page 6 of 7 10 day of JAN 2012
Richard Kellogg Armstrong, Page 7 of 7" including every copy bearing my signature and
date, for cause.  I made a mistake creating, signing and presenting the REPLY TO
GOVERNMENT'S RESPONSE TO MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO
JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION FOR JUDGMENT ON THE PLEADINGS.
I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a birds from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                                        Sincerely

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO ANSWER A CERTIFIED QUESTION OF LAW RELATED TO JURISDICTION IN THIS CASE AND AN OFFER OF PROOF AND MOTION FOR JUDGMENT ON THE PLEADINGS** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE

**NOTICE DATE:**  Day   Fourteen                Month   One                           Year   2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:**  "Case 1:10-cr-00317-REB Document 720 Filed 09/10/13 USDC Colorado Page 1 of 6 NOTICE OF AND INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE 1, Page 2 of 6 (2), Page 3 of 6 (3), Page 4 of 6 (4), Page 5 of 6 (5), Page 6 of 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "Case 1:10-cr-00317-REB Document 720 Filed 09/10/13 USDC Colorado Page 1 of 6 NOTICE OF AND INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE 1, Page 2 of 6 (2), Page 3 of 6 (3), Page 4 of 6 (4), Page 5 of 6 (5), Page 6 of 6" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE OF AND INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF AND INQUIRY INTO MATTERS SURROUNDING INCIDENT REPORT AND CONFISCATION OF PERSONAL PRIVATE PROPERTY FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen                Month One                Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 721 Filed 09/11/13 USDC Colorado Page 1 of 7 UNITED STATES' MOTION FOR AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 7 2, 3 3, 4 4, 5 5, Page 6 of 7 Dated this 11th day of September, 2013 JOHN F. WALSH Tonya S. Andrews 6, Page 7 of 7 7, Document 721-1 Filed 09/11/13 USDC Colorado Page 1 of 4 AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 4 2, 3 3, Page 4 of 4 ROBERT E. BLACKBURN United States District Judge 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Tonya S. Andrews, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 722 Filed 09/13/13 USDC Colorado Page 1 of 4 AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 4, Page 3 of 4, Page 4 of 4 Dated September 13, 2013 Robert E. Blackburn United States District Judge 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen                    Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** Case 1:10-cr-00317-REB Document 9 Filed 06/09/10 USDC Colorado Page 1 of 2 ORDER TO SEAL, Page 2 of 2 9th day of June 2010 Boyd N Balard UNITED STATES MAGISTRATE JUDGE"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 9 Filed 06/09/10 USDC Colorado Page 1 of 2 ORDER TO SEAL, Page 2 of 2 9th day of June 2010 Boyd N. Balard UNITED STATES MAGISTRATE JUDGE" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution – Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Boyd N. Balard, United States Magistrate Judge, c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF DEFENDANTS' JOINT UNOPPOSED MOTION
FOR DECLARATION OF COMPLEXITY AND TO EXCLUDE TIME WITHIN WHICH THE
THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE
PURSUANT TO 18 U.S.C. §3161(h) FOR CAUSE**

**NOTICE DATE:**  Day  Fourteen                Month  One                    Year  2013 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 36 Filed 07/07/2010 USDC Colorado Page 1 of
5 DEFENDANTS' JOINT UNOPPOSED MOTION FOR DECLARATION OF COMPLEXITY AND TO EXCLUDE TIME
WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE PURSUANT
TO 18 U.S.C. §3161(h) 1, Page 2 of 5 2. Page 3 of 5 3, Page 4 of 5 4, Page 5 of 5 Lisa
Monet Wayne Richard K Kornfeld 5"

**PLEASE TAKE NOTICE** that I, RIchard Kellogg Armstrong, sentient moral being rescind the
original "supra" including every copy, for cause.  I made a mistake creating, preparing
and filing the DEFENDANTS' JOINT UNOPPOSED MOTION FOR DECLARATION OF COMPLEXITY AND TO
EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST
COMMENCE PURSUANT TO 18 U.S.C. §3161(h).  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294-3589
cc: Lisa Wayne, Attorney, C/o United States District Court 901 19th Street Denver, Colorado 80294-3589.
cc: Richard K. Kornfeld, Attorney, 1600 Stout Street, Suite 1000 Denver, Colorado 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify  this **NOTICE OF AND RESCISSION OF DEFENDANTS' UNOPPOSED MOTION FOR DECLARATION OF COMPLEXITY AND TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h) FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver,  Colorado 80294.

Richard Kellogg Armstrong

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF DEFENDANTS' JOINT UNOPPOSED MOTION
FOR DECLARATION OF COMPLEXITY AND TO EXCLUDE TIME WITHIN WHICH THE
THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE
PURSUANT TO 18 U.S.C. §3161(h) FOR CAUSE**

**NOTICE DATE:**  Day  Fourteen          Month  One          Year  2013 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 36 Filed 07/07/2010 USDC Colorado Page 1 of
5 DEFENDANTS' JOINT UNOPPOSED MOTION FOR DECLARATION OF COMPLEXITY AND TO EXCLUDE TIME
WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE PURSUANT
TO 18 U.S.C. §3161(h) 1, Page 2 of 5 2. Page 3 of 5 3, Page 4 of 5 4, Page 5 of 5 Lisa
Monet Wayne Richard K Kornfeld 5"

**PLEASE TAKE NOTICE** that I, RIchard Kellogg Armstrong, sentient moral being rescind the
original "supra" including every copy, for cause.  I made a mistake creating, preparing
and filing the DEFENDANTS' JOINT UNOPPOSED MOTION FOR DECLARATION OF COMPLEXITY AND TO
EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST
COMMENCE PURSUANT TO 18 U.S.C. §3161(h).  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294-3589
cc: Lisa Wayne, Attorney, C/o United States District Court 901 19th Street Denver, Colorado 80294-3589.
cc: Richard K. Kornfeld, Attorney, 1600 Stout Street, Suite 1000 Denver, Colorado 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify  this **NOTICE OF AND RESCISSION OF DEFENDANTS' UNOPPOSED MOTION FOR DECLARATION OF COMPLEXITY AND TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. $3161(h) FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver,  Colorado 80294.

Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF MOTION TO RECONSIDER MAGISTRATE'S
## ORDER OF DETENTION FOR CAUSE

**NOTICE DATE:** Day Fourteen          Month One                     Year 2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



In reply to: "Case 1:10-cr-00317-REB Document 43 Filed 07/14/10 USDC Colorado Page 1 of
8 MOTION TO RECONSIDER MAGISTATE'S ORDER OF DETENTION 1, Page 2 of 8 2, Page 3 of 8 3,
Page 4 of 8 4, Page 5 of 8 5, Page 6 of 8 6, Page 7 of 8 Richard K. Kornfeld 7, Page 8 of 8"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
original Case 1:10-cr-00317-REB Document 43 Filed 07/14/10 USDC Colorado Page 1 of 8
MOTION TO RECONSIDER MAGISTRATE'S ORDER OF DETENTION 1, Page 2 of 8 2, Page 3 of 8 3,
Page 4 of 8 4, Page 5 of 8 5, Page 6 of 8 6, Page 7 of 8 Richard K. Kornfeld 7, Page 8
of 8" including every copy, for cause.  I made a mistake creating, preparing and filing
the MOTION TO RECONSIDER MAGISTRATE'S ORDER OF DETENTION.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                              Sincerely

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional
                              Institution - Lompoc
                              3600 Guard Road
                              Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294-3589.
cc: Richard K. Kornfeld, Attorney, 1600 Stout Street, Suite 1000 Denver, Colorado 80202.

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF MOTION TO RECONSIDER MAGISTRATE'S ORDER OF DETENTION FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

Richard Kellogg Armstrong

Page 2 of 2

**NOTICE OF AND RESCISSION OF DEFENDANT ARMSTRONG'S
MOTION FOR THE U.S. MARSHAL
TO PROVIDE BATTERIES FOR HEARING AIDS
FOR CAUSE**

**NOTICE DATE:** Day  Fourteen             Month  One                    Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



In reply to: "Case 1:10-cr-00317-REB Document 119 Filed 01/21/11 USDC Colorado Page 1 of 2
DEFENDANT ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS,
Page 2 of 2 Date: January 21,2011 David L. Owen, Jr."

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong sentient moral being rescind the
original "Case 1:10-cr-00317-REB Document 119 Field 01/21/11 USDC Colorado Page 1 of 2
DEFENDANT ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS,
Page 2 of 2 Date: January 21,2011 David L. Owen, Jr." including every copy for cause.
I made a mistake creating, preparing and filing the DEFENDANT ARMSTRONG'S MOTION FOR THE
U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS FOR CAUSE.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and
deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution — Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294
(cc) David L. Owen, Attorney, c/o United States District Court 901 19th Street Denver, Colorado 80294

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF DEFENDANT ARMSTRONG'S MOTION FOR THE U.S. MARSHAL TO PROVIDE BATTERIES FOR HEARING AIDS FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2013 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen                    Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 206 Filed 04/25/11 USDC Colorado Page 1 of 8 1, 2 2, 3 3, 4 4, 5 5, 6 6, Page 7 of 8 JOHN F. WALSH Kenneth M. Harmon 7, Page 8 of 8 Lisa M. Wayne David L. Owen KENNETH M. HARMON 8"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Fourteen                Month One                Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 206 Filed 04/25/11 USDC Colorado Page 1 of 8 1, 2 2, 3 3, 4 4, 5 5, 6 6, Page 7 of 8 JOHN F. WALSH Kenneth M. Harmon 7, Page 8 of 8 Lisa M. Wayne David L. Owen KENNETH M. HARMON 8"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen                Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 210 Filed 04/28/11 USDC Colorado Page 1 of 15, Page 2 of 15 2, 3 3, 4 4, 5 5, 6 6, 7 7, 8 8, 9 9, 10 10, 11 11, 12 12, 13 13, Page 14 of 15 JOHN F. WALSH Kevin F. Sweeney Kenneth M. Harmon 14, Page 15 of 15 Lisa M. Wayne David L. Owen KENNETH M. HARMON 15"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kevin F. Sweeney, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen         Month One         Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 210 Filed 04/28/11 USDC Colorado Page 1 of 15, Page 2 of 15 2, 3 3, 4 4, 5 5, 6 6, 7 7, 8 8, 9 9, 10 10, 11 11, 12 12, 13 13, Page 14 of 15 JOHN F. WALSH Kevin F. Sweeney Kenneth M. Harmon 14, Page 15 of 15 Lisa M. Wayne David L. Owen KENNETH M. HARMON 15"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kevin F. Sweeney, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

NOTICE OF AND RESCISSION OF DEFENDANT MORRIS' SECOND MOTION TO
EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE
SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C.
§3161(h)(7)(B)(i)(ii) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY
SET FOR CAUSE

**NOTICE DATE:**  Day  Fourteen            Month  One            Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 215 Filed 05/03/11 USDC Colorado Page 1 of
10 DEFENDANT MORRIS' SECOND MOTION TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES
CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)
(i)(ii_ AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET 1, Page 2 of 10 2, Page 3 of
10 3, Page 4 of 10 4, Page 5 of 10 5, Page 6 of 10 6, Page 7 of 10 7, Page 8 of 10 8,
Page 9 of 10 9, Page 10 of 10 Lisa M. Wayne Wendy S. Anderson 10"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my
signature Richard Kellogg Armstrong and the original "supra" including every copy bearing
my signature and date, for cause.  I made a mistake creating, signing and presenting the
DEFENDANT MORRIS' SECOND MOTION TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES
CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)
(i)(ii) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

                              Sincerely

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional
                              Institution – Lompoc
                              3600 Guard Road
                              Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294-3589
cc: Lisa Wayne, Attorney, c/o United States District Court 901 19th Street Denver, Colorado 80294-3589.


## CERTIFICATE OF MAILING


I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF DEFENDANT MORRIS' SECOND MOTION TO EXCLUDE TIME WITHIN WHICH THE TRIAL FOR THE OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT MUST COMMENCE PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(i)(ii) AND (iv) AND CONTINUANCE OF DEADLINES CURRENTLY SET FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.


*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Fourteen         Month One              Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**In reply to:** "Case 1:10-cr-00317-REB Document 367 Filed 11/30/11 USDC Colorado Page 1 of 3 1, Page 2 of 3 JOHN F. WALSH Kenneth M. Harmon David L. Owen 2, Page 3 of 3 KENNETH M. HARMON 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on January 14, 2013 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF
## NOTICE OF APPEAL FOR CAUSE

**NOTICE DATE:** Day  Fourteen                    Month  One                    Year  2014 C.E.


Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:**  "Case 1:10-cr-00317-REB Document 56 Filed 08/06/10 USDC Colorado Page 1 of 2
NOTICE OF APPEAL 6th day of August, 2010 Richard K. Kornfeld 1, Page 2 of 2 2"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
original "Case 1:10-cr-00317-REB Document 56 Filed 08/06/10 USDC Colorado Page 1 of 2
NOTICE OF APPEAL 6th day of August, 2010 Richard K. Kornfeld 1, Page 2 of 2 2" including
every copy, for cause.  I made a mistake creating, preparing and filing the NOTICE OF
APPEAL.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird  from the hand of the fowler."


**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**


                              Sincerely

                              *Richard S Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional
                              Institution - Lompoc
                              3600 Guard Road
                              Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294-3589
cc: Richard K. Kornfeld, Attorney, 1600 Stout Street, Suite 1000 Denver, Colorado 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF APPEAL FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

## NOTICE OF AND RESCISSION OF
## NOTICE OF APPEAL FOR CAUSE

**NOTICE DATE:**  Day  Fourteen               Month  One                    Year   2014 C.E.


Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:**  "Case 1:10-cr-00317-REB Document 56 Filed 08/06/10 USDC Colorado Page 1 of 2
NOTICE OF APPEAL 6th day of August, 2010 Richard K. Kornfeld 1, Page 2 of 2 2"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
original "Case 1:10-cr-00317-REB Document 56 Filed 08/06/10 USDC Colorado Page 1 of 2
NOTICE OF APPEAL 6th day of August, 2010 Richard K. Kornfeld 1, Page 2 of 2 2" including
every copy, for cause.  I made a mistake creating, preparing and filing the NOTICE OF
APPEAL.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act
and deed.


[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird  from the hand of the fowler."


**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**


                                        Sincerely

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294-3589
cc: Richard K. Kornfeld, Attorney, 1600 Stout Street, Suite 1000 Denver, Colorado 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF APPEAL FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294.

Richard Kellogg Armstrong

REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION
FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE
HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL DATE FOR CAUSE

NOTICE DATE:  Day  Fourteen            Month  One            Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


In reply to: "Case 1:10-cr-00317-REB Document 123 Filed 01/25/11 USDC Colorado Page 1 of 3
REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE
CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL
DATE, Page 2 of 3 Date: January 25,2011 David L. Owen, Jr. Page 2 of 3, Page 3 of 3
David L. Owen, Jr. Page 3 of 3"


PLEASE TAKE NOTICE that I, Richard Kellogg Armstrong, sentient moral being rescind the
original "Case 1:10-cr-00317-REB Document 123 Filed 01/25/11 USDC Colorado Page 1 of 3
REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE
CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL
DATE, Page 2 of 3 Date: January 25,2011 David L. Owen, Jr. Page 2 of 3, Page 3 of 3
David L. Owen, Jr. Page 3 of 3" including every copy for cause.  I made a mistake creating,
preparing and filing the REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION
FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL
CONFERENCE DATE, AND TRIAL DATE.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and
deed.


[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.


                                        Sincerely

                                        [signature]
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
cc: UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294
cc: David L. Owen, Attorney, c/o United States District Court 901 19th Street Denver, Colorado 80294

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL DATE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2013 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009 AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM FOR CAUSE**
**NOTICE DATE:** Day  Fourteen                Month  One                    Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:**  "Case 1:10-cr-00317-REB Document 203 Filed 04/15/11 USDC Colorado Page 1 of 31 April 11, 2011 Case No. 10-cr-00317 Case No. 10-cv-01073 NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009 AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM, April 12, 2011 Richard Kellogg Armstrong, Page 2 of 31 1 of 29 EXHIBIT A, Page 3 of 31 2 of 29, Page 4 of 31 3 of 29, Page 5 of 31 4 of 29, Page 6 of 31 5 of 29, Page 7 of 31 6 of 29, Page 8 of 31 7 of 29, Page 9 of 31 8 of 29, Page 10 of 31 9 of 29, Page 11 of 31 10 of 29, Page 12 of 31 11 of 29, Page 13 of 31 12 of 29, Page 14 of 31 13 of 29, Page 15 of 31 Richard Kellogg Armstrong 14 of 29, Page 16 of 31 15 of 29, Page 17 of 31 16 of 29, Page 18 of 31 17 of 29, Page 19 of 31 18 of 29, Page 20 of 31 19 of 29, Page 21 of 31 20 of 29, Page 22 of 31 21 of 29, Page 23 of 31 22 of 29, Page 24 of 31 23 of 29, Page 25 of 31 24 of 29, Page 26 of 31 25 of 29, Page 27 of 31 26 of 29, Page 28 of 31 27 of 29, Page 29 of 31 28 of 29, Page 30 of 31 29 of 29, Page 31 of 31"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8,2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

(cc) UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009 AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

Page 2 of 2

**NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009 AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM FOR CAUSE**

**NOTICE DATE:**   Day  Fourteen          Month  One          Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589

**In reply to:**   "Case 1:10-cr-00317-REB Document 203 Filed 04/15/11 USDC Colorado Page 1 of 31 April 11, 2011 Case No. 10-cr-00317 Case No. 10-cv-01073 NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009 AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM, April 12, 2011 Richard Kellogg Armstrong, Page 2 of 31 1 of 29 EXHIBIT A, Page 3 of 31 2 of 29, Page 4 of 31 3 of 29, Page 5 of 31 4 of 29, Page 6 of 31 5 of 29, Page 7 of 31 6 of 29, Page 8 of 31 7 of 29, Page 9 of 31 8 of 29, Page 10 of 31 9 of 29, Page 11 of 31 10 of 29, Page 12 of 31 11 of 29, Page 13 of 31 12 of 29, Page 14 of 31 13 of 29, Page 15 of 31 Richard Kellogg Armstrong 14 of 29, Page 16 of 31 15 of 29, Page 17 of 31 16 of 29, Page 18 of 31 17 of 29, Page 19 of 31 18 of 29, Page 20 of 31 19 of 29, Page 21 of 31 20 of 29, Page 22 of 31 21 of 29, Page 23 of 31 22 of 29, Page 24 of 31 23 of 29, Page 25 of 31 24 of 29, Page 26 of 31 25 of 29, Page 27 of 31 26 of 29, Page 28 of 31 27 of 29, Page 29 of 31 28 of 29, Page 30 of 31 29 of 29, Page 31 of 31"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8,2009, AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM.  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

**Page 1 of 2**

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE ARTICLE III COURT TO REINSTALL NOTICES AND COURT DOCUMENTS THAT WERE STRICKEN BY THE JUDGE, TO TAKE EXEGENT NOTICE OF ONE OF WE THE PEOPLE OF MY LEGAL NOTICE AND DEMAND FILED WITH THE ARIZONA SECRETARY OF STATE JUNE 8, 2009 AND THE AFFIANT, TO DATE, HAS NOT RECEIVED GRAND JURY TRANSCRIPTS IN PRINTED FORM FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

**NOTICE OF AND RESCISSION OF NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES, MAGISTRATES AND LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE EXTRAORDINARY LAWSUIT GB-110106-700914100001344846844ARE DEMANDED THEY BE RECUSED FOR VIOLATION OF ARTICLE IV, SECTION 4 GUARANTEE OF A REPUBLIC FORM OF GOVERNMENT AND THAT THESE CASES, 10-cr-00317-REB AND 10-cv-01073, BE DISMISSED WITH PREJUDICE FOR CAUSE**

**NOTICE DATE:**  Day  Fourteen                Month  One                              Year  2014 C.E.


Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


**In reply to:**  "Case 1:10-cr-00317-REB Document 154 Filed 02/28/11 USDC Colorado Page 1 of 7 February 24, 2011 Case No. 10-cr-00317-REB Case No. 10-cv-01073 NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES, MAGISTRATES AND LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE EXTRAORDINARY LAWSUIT GB-110106-700914100001344846844ARE DEMANDED THEY BE RECUSED FOR VIOLATION OF ARTICLE IV, SECTION 4 GUARANTEE OF A REPUBLIC FORM OF GOVERNMENT AND THAT THESE CASES, 10-cr-00317-REB AND 10-cv-01073, BE DISMISSED WITH PREJUDICE, Page 2 of 7, Page 3 of 7 February 24, 2011 Richard Kellogg Armstrong, Page 4 of 7 Richard Kellogg Armstrong, Page 5 of 7 Richard Kellogg Armstrong, Page 6 of 7 Richard Kellogg Armstrong, Page 7 of 7 Richard Kellogg Armstrong"


**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind my signature Richard Kellogg Armstrong and the original "supra" including every copy bearing my signature and date, for cause.  I made a mistake creating, signing and presenting the NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES, MAGISTRATES AND LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE EXTRAORDINARY LAWSUIT GB-110106-700914100003448 4684ARE DEMANDED THEY BE RECUSED FOR VIOLATION OF ARTICLE IV, SECTION 4 GUARANTEE OF A REPUBLIC FORM OF GOVERNMENT AND THAT THESE CASES, 10-cr-00317-REB AND 10-cv-01073, BE DISMISSED WITH PREJUDICE.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.


[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You are snared by the words of your mouth; you are taken by the words of your mouth." [3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend." [4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird  from the hand of the fowler."


**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**


Sincerely

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California


Page 1 of 2

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5

Attachment: "supra"

cc: UNTIED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294-3589
cc: Honorable Robert E. Blackburn, Judge, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE TO THE UNITED STATES DISTRICT COURT THAT ALL NAMED JUDGES, MAGISTRATES AND LISTED AGENTS AND AGENCIES AS DEFENDANTS IN THE EXTRAORDINARY LAWSUIT GB-110106-7009141000013448468ARE DEMANDED THEY BE RECUSED FOR VIOLATION OF ARTICLE IV, SECTION 4 GUARANTEE OF A REPUBLIC FOR OF GOVERNMENT AND THAT THESE CASES, 10-cr-00317-REB AND 10-cv-01073, BE DISMISSED WITH PREJUDICE FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2014 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294.

_Richard Kellogg Armstrong_
Richard Kellogg Armstrong

Page 2 of 2

REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION
FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE
HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL DATE FOR CAUSE

NOTICE DATE:  Day  Fourteen             Month  One               Year  2014 C.E.

Clerk of the Court
United States District Court
901 19th Street, Room A-105
Denver, Colorado 80294-3589


In reply to: "Case 1:10-cr-00317-REB Document 123 Filed 01/25/11 USDC Colorado Page 1 of 3
REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE
CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL
DATE, Page 2 of 3 Date: January 25,2011 David L. Owen, Jr. Page 2 of 3, Page 3 of 3
David L. Owen, Jr. Page 3 of 3"


PLEASE TAKE NOTICE that I, Richard Kellogg Armstrong, sentient moral being rescind the
original "Case 1:10-cr-00317-REB Document 123 Filed 01/25/11 USDC Colorado Page 1 of 3
REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE
CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL
DATE, Page 2 of 3 Date: January 25,2011 David L. Owen, Jr. Page 2 of 3, Page 3 of 3
David L. Owen, Jr. Page 3 of 3" including every copy for cause.  I made a mistake creating,
preparing and filing the REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION
FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL
CONFERENCE DATE, AND TRIAL DATE.  I repent of my sin.


I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and
deed.


[1]"My son, if you become surety for your friend, if you have shaken hands in a pledge for a stranger", [2]"You
are snared by the words of you mouth; you are taken by the words of your mouth." [3]"So do this, my son, and
deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."
[4]"Give no sleep to your eyes, nor slumber to your eyelids." [5]"Deliver yourself like a gazelle from the hand of
the hunter, and like a bird from the hand of the fowler."

I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.


                                    Sincerely

                                    _Richard Kellogg Armstrong_
                                    Richard Kellogg Armstrong
                                    c/o 20413-298
                                    Federal Correctional
                                    Institution - Lompoc
                                    3600 Guard Road
                                    Lompoc, California

Footnotes: [1]Proverbs 6:1, [2]Proverbs 6:2, [3]Proverbs 6:3, [4]Proverbs 6:4, [5]Proverbs 6:5
Attachment: "supra"
(cc) UNITED STATES DISTRICT COURT 901 19th Street Denver, Colorado 80294
cc: Honorable Robert Blackburn, Judge, United States District Court 901 19th Street Denver, Colorado 80294
cc: David L. Owen, Attorney, c/o United States District Court 901 19th Street Denver, Colorado 80294

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF REQUEST FOR HEARING ON DEFENDANT ARMSTRONG'S UNOPPOSED MOTION FOR CONTINUANCE OF THE CURRENT MOTIONS FILING DATE, TELEPHONE HEARING DATE, PRETRIAL CONFERENCE DATE, AND TRIAL DATE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit A at FCI Lompoc 3600 Guard Road Lompoc, California on Day Fourteen Month One Year 2013 C.E. for same day delivery to Clerk of the Court United States District Court 901 19th Street, Room A-105 Denver, Colorado 80294-3589.

Richard Kellogg Armstrong