# NOTICE OF DISHONOR

Notice Date: Day Twenty-six            Month: One                    Year: 2014  C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day:
Sixteen  Month: Nine  Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB
Document 417 Filed 02/24/12 USDC Colorado Page 1 of 2 Date: February 24, 2012 Criminal
Action No. 10-cr-00317-REB Kenneth Harmon David Owen COURTROOM MINUTES, Page 2 of 2"
has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
    Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700,
    Denver, Colorado 80202
cc: David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
    Denver, Colorado 80924-3589


### CERTIFICATE OF MAILING


I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage
paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc,
California on January 26, 2014 , C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF
COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six          Month: One                    Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day:
Sixteen  Month: Nine  Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB
Document 427 Filed 03/14/12 USDC Colrado Page 1 of 2 March 14, 2013 Criminal Action
No. 10-cr-00317-REB COURTROOM MINUTES, Page 2 of 2" had been dishonored or has not been
paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage
paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc,
California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF
COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six          Month: One          Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day:
Sixteen  Month: Nine  Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB
Document 1 Filed 05/18/10 USDC Colorado Page 1 of 25 CRIMINAL COMPLAINT CASE NUMBER:
10-mj-1088-KLM Greg M. Flynn 5/18/10 Kristen L. Mix MAGISTRATE JUDGE, Page 2 of 25 1,
3 1, 4 2, 5 3, 6 4, 7 5, 8 6, 9 7, 10 8, 11 9, 12 10, 13 11, 14 12, 15 13, 16 14, 17
15, 18 16, 19 17, 20 18, 21 19, 22 20, 23 21, 24 22, Page 25 Greg M. Flynn 18th day
of May, 2010 Kristen L. Mix 23" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performacne.

                                        Sincerely,

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  Kristen L. Mix, MAGISTRATE JUDGE, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street,
     Denver, Colorado 80294-3589
cc:  Greg M. Flynn, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, 1999 BROADWAY, Suite 2700,
     Denver, Colorado 80202


## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage
paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc,
California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF
COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six            Month: One            Year: 2014 C.E.


UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen  Month: Nine  Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 239 Filed 05/24/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS RECORDS BY DECLARATION PURSUANT TO FED.R.EVID.803(6) AND 902(11), Page 2 of 3 John F. Walsh Kevin F. Sweeney 2, Page 3 of 3 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 3,"Case 1:10-cr-00317-REB Document 239-1 Filed 05/24/11 USDC Colorado Page 1 of 2 ATTACHMENT A 1, Page 2 of 2 2,"Case 1:10-cr-00317-REB Document 239-2 Filed 05/24/11 USDC Colorado Page 1 of 3 ATTACHMENT B [sample] DECLARATION, Page 2 of 3, Page 3 of 3 ATTACHMENT 1" has been Dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589


### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six          Month One          Year: 2014  C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day:
Sixteen  Month: Nine  Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB
Document 259 Filed 07/07/11 USDC Colorado Page 1 of 2 Criminal Case NO. 10-cr-00317-REB
ORDER STRIKING DEFENDANT'S MOTION TO DISMISS AND MOTION TO REINSTATE NOTICES Blackburn,
J., Page 2 of 2 Dated: July 7, 2011 BY THE COURT: Robert E. Blackburn United States
District Judge 2" has been Dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street
Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class postage
paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc,
California on  January 26,  2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO,
Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong