# NOTICE OF DISHONOR

Notice Date: Day Twenty-six        Month: One        Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen  Month: Nine  Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 239 Filed 05/24/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS RECORDS BY DECLARATION PURSUANT TO FED.R.EVID.803(6) AND 902(11), Page 2 of 3 John F. Walsh Kevin F. Sweeney 2, Page 3 of 3 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 3,"Case 1:10-cr-00317-REB Document 239-1 Filed 05/24/11 USDC Colorado Page 1 of 2 ATTACHMENT A 1, Page 2 of 2 2,"Case 1:10-cr-00317-REB Document 239-2 Filed 05/24/11 USDC Colorado Page 1 of 3 ATTACHMENT B [sample] DECLARATION, Page 2 of 3, Page 3 of 3 ATTACHMENT 1" has been Dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six        Month: One        Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 239 Filed 05/24/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS RECORDS BY DECLARATION PURSUANT TO FED.R.EVID.803(6) AND 902(11), Page 2 of 3 John F. Walsh Kevin F. Sweeney 2, Page 3 of 3 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 3,"Case 1:10-cr-00317-REB Document 239-1 Filed 05/24/11 USDC Colorado Page 1 of 2 ATTACHMENT A 1, Page 2 of 2 2,"Case 1:10-cr-00317-REB Document 239-2 Filed 05/24/11 USDC Colorado Page 1 of 3 ATTACHMENT B [sample] DECLARATION, Page 2 of 3, Page 3 of 3 ATTACHMENT 1" has been Dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                            Sincerely,

                                            *Richard Kellogg Armstrong* (signature)
                                            Richard Kellogg Armstrong
                                            c/o 20413-298
                                            Federal Correctional Institution
                                            3600 Guard Road
                                            Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                            *Richard Kellogg Armstrong* (signature)
                                            Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six        Month: One        Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen  Month: Nine  Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 270 Filed 08/10/11 USDC Colorado Page 1 of 6 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT ARMSTRONG'S MOTIONS FOR COURT'S AUTHORIZATION FOR SUBMISSION OF PROFESSIONALLY WRITTEN MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES, Page 2 of 6 2, Page 3 of 6 3, Page 4 of 6 4, Page 5 of 6 John F. Walsh Kevin F. Sweeney 5, Page 6 of 6 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 6" has been Dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six        Month: One        Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589


**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 270 Filed 08/10/11 USDC Colorado Page 1 of 6 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT ARMSTRONG'S MOTIONS FOR COURT'S AUTHORIZATION FOR SUBMISSION OF PROFESSIONALLY WRITTEN MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR BONA FIDES, Page 2 of 6 2, Page 3 of 6 3, Page 4 of 6 4, Page 5 of 6 John F. Walsh Kevin F. Sweeney 5, Page 6 of 6 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 6" has been Dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California


cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six          Month: One          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment  "Case 1:10-cr-00317-REB Document 288 Filed 09/08/11 USDC Colorado Page 1 of 4 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S RESPONSE TO DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL OF INDICTMENT WITH PREJUDICE DUE TO GRAND JURY IRREGULARITIES, Page 2 of 4 2, Page 3 of 4 John F. Walsh Kevin F. Sweeney 3, Page 4 of 4 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 4"

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

                        **CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on  January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the COurt, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong