# NOTICE OF DISHONOR

Notice Date: Day Twenty-six        Month: One        Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen  Month: Nine  Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 368 Filed 11/30/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S MOTION TO PERMIT FILING OF NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT 1, Page 2 of 3 John F. Walsh Kenneth M. Harmon David L. Owen 2, Page 3 of 3 Richard Kellogg Armstrong Kenneth M. Harmon 3" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                                      Sincerely,

                                                      */s/ Richard Kellogg Armstrong*
                                                      Richard Kellogg Armstrong
                                                      c/o 20413-298
                                                      Federal Correctional Institution
                                                      3600 Guard Road
                                                      Lompoc, California

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc:  David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80924-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                                      */s/ Richard Kellogg Armstrong*
                                                      Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six       Month: One       Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 368 Filed 11/30/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S MOTION TO PERMIT FILING OF NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT 1, Page 2 of 3 John F. Walsh Kenneth M. Harmon David L. Owen 2, Page 3 of 3 Richard Kellogg Armstrong Kenneth M. Harmon 3" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                              Sincerely,

                                              Richard Kellogg Armstrong
                                              c/o 20413-298
                                              Federal Correctional Institution
                                              3600 Guard Road
                                              Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80924-3589

CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                              Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six     Month: One     Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 370 Filed 12/30/11 USDC Colorado Page 1 of 4 Criminal Case NO. 10_CR-00317-REB GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT ARMSTORNG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT 1, Page 2 of 4 2, Page 3 of 4 John F. Walsh Kenneth M. Harmon 3, Page 4 of 4 David L. Owen Richard Kellogg Armstrong Kenneth M. Hármon 4" has been Dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                              Sincerely,

                                              Richard Kellogg Armstrong
                                              c/o 20413-298
                                              Federal Correctional Institution
                                              3600 Guard Road
                                              Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80924-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                              Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six        Month: One        Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen  Month: Nine  Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 370 Filed 12/30/11 USDC Colorado Page 1 of 4 Criminal Case NO. 10 CR-00317-REB GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT ARMSTORNG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT 1, Page 2 of 4 2, Page 3 of 4 John F. Walsh Kenneth M. Harmon 3, Page 4 of 4 David L. Owen Richard Kellogg Armstrong Kenneth M. Hármon 4" has been Dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                                     Sincerely,

                                                   Richard Kellogg Armstrong
                                                   c/o 20413-298
                                                   Federal Correctional Institution
                                                   3600 Guard Road
                                                   Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80924-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                                   Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six     Month: One     Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 417 Filed 02/24/12 USDC Colorado Page 1 of 2 Date: February 24, 2012 Criminal Action No. 10-cr-00317-REB Kenneth Harmon David Owen COURTROOM MINUTES, Page 2 of 2" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                                            Sincerely,

                                                            Richard Kellogg Armstrong
                                                            c/o 20413-298
                                                            Federal Correctional Institution
                                                            3600 Guard Road
                                                            Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80924-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014, C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                                            Richard Kellogg Armstrong