# NOTICE OF DISHONOR

Notice Date: Day Twenty-six           Month: One                          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen  Month: Nine  Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 1 Filed 05/18/10 USDC Colorado Page 1 of 25 CRIMINAL COMPLAINT CASE NUMBER: 10-mj-1088-KLM Greg M. Flynn 5/18/10 Kristen L. Mix MAGISTRATE JUDGE, Page 2 of 25 1, 3 1, 4 2, 5 3, 6 4, 7 5, 8 6, 9 7, 10 8, 11 9, 12 10, 13 11, 14 12, 15 13, 16 14, 17 15, 18 16, 19 17, 20 18, 21 19, 22 20, 23 21, 24 22, Page 25 Greg M. Flynn 18th day of May, 2010 Kristen L. Mix 23" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performacne.

                                                        Sincerely,

                                                        Richard Kellogg Armstrong
                                                        c/o 20413-298
                                                        Federal Correctional Institution
                                                        3600 Guard Road
                                                        Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: Kristen L. Mix, MAGISTRATE JUDGE, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Greg M. Flynn, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, 1999 BROADWAY, Suite 2700, Denver, Colorado 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six          Month: One          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen  Month: Nine  Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 1 Filed 05/18/10 USDC Colorado Page 1 of 25 CRIMINAL COMPLAINT CASE NUMBER: 10-mj-1088-KLM Greg M. Flynn 5/18/10 Kristen L. Mix MAGISTRATE JUDGE, Page 2 of 25 1, 3 1, 4 2, 5 3, 6 4, 7 5, 8 6, 9 7, 10 8, 11 9, 12 10, 13 11, 14 12, 15 13, 16 14, 17 15, 18 16, 19 17, 20 18, 21 19, 22 20, 23 21, 24 22, Page 25 Greg M. Flynn 18th day of May, 2010 Kristen L. Mix 23" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performacne.

Sincerely,

*Richard Kellogg Armstrong* (signature)

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: Kristen L. Mix, MAGISTRATE JUDGE, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Greg M. Flynn, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, 1999 BROADWAY, Suite 2700, Denver, Colorado 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26,. 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six        Month: One        Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 239 Filed 05/24/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-cr-00317-REB GOVERNMENT'S NOTICE OF INTENT TO OFFER BUSINESS RECORDS BY DECLARATION PURSUANT TO FED.R.EVID.803(6) AND 902(11), Page 2 of 3 John F. Walsh Kevin F. Sweeney 2, Page 3 of 3 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 3,"Case 1:10-cr-00317-REB Document 239-1 Filed 05/24/11 USDC Colorado Page 1 of 2 ATTACHMENT A 1, Page 2 of 2 2,"Case 1:10-cr-00317-REB Document 239-2 Filed 05/24/11 USDC Colorado Page 1 of 3 ATTACHMENT B [sample] DECLARATION, Page 2 of 3, Page 3 of 3 ATTACHMENT 1" has been Dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong* (signature)

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kevin F. Sweeney, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, Jr., c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: Lisa Monet Wayne, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six     Month: One     Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 259 Filed 07/07/11 USDC Colorado Page 1 of 2 Criminal Case NO. 10-cr-00317-REB ORDER STRIKING DEFENDANT'S MOTION TO DISMISS AND MOTION TO REINSTATE NOTICES Blackburn, J., Page 2 of 2 Dated: July 7, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2" has been Dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*[signature]*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*[signature]*
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six      Month: One      Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 269 Filed 07/27/11 USDC Colorado Page 1 of 1 Criminal Case No. 10-cr-00317-REB-02 MINUTE ORDER Dated: July 27, 2011" has been Dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*/s/ Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014   C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*/s/ Richard Kellogg Armstrong*
Richard Kellogg Armstrong