# NOTICE OF DISHONOR

Notice Date: Day Twenty-six        Month: One        Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 314 Filed 09/29/11 USDC Colorado Page 1 of 1 Criminal Case No. 10-cr-00317-REB MINUTE ORDER Dated: September 29, 2011"

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong* (signature)

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong* (signature)
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six        Month: One        Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are in Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment  "Case 1:10-cr-00317-REB Document 315 Filed 09/29/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR DISMISSAL Blackburn, J., Page 2 of 2 Dated September 29, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on  January 26, 2014  C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six        Month: One        Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 331 Filed 10/19/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 October 17, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

I intend to look to you for payment or performance.

                                                Sincerely,

                                                Richard Kellogg Armstrong
                                                c/o 20413-298
                                                Federal Correctional Institution
                                                3600 Guard Road
                                                Lompoc, California

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the COurt, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                                Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six      Month: One      Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that you are Dishonor for failure to respond to the **NON-NEGOTIABLE NOTICE OF ACCEPTANCE** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 350 Filed 11/07/11 USDC Colorado Page 1 of 2 Criminal Case No. 10-cr-00317-REB-02 ORDER Blackburn, J., Page 2 of 2 Dated: November 7, 2011 BY THE COURT: Robert E. Blackburn United States District Judge 2"

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, California

cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc:  UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the COurt, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

Notice Date: Day Twenty-six          Month: One          Year: 2014 C.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Clerk of the Court, Room A-105
901 19th Street
Denver, Colorado 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Sixteen Month: Nine Year: 2013 C.E. in reply to your Presentment "Case 1:10-cr-00317-REB Document 368 Filed 11/30/11 USDC Colorado Page 1 of 3 Criminal Case No. 10-CR-00317-REB GOVERNMENT'S MOTION TO PERMIT FILING OF NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING DEFENDANT ARMSTRONG'S MOTION FOR LEAVE TO FILE A MOTION FOR REHEARING FOR PRETRIAL RELEASE ON BOND PURSUANT TO 8TH AMENDMENT 1, Page 2 of 3 John F. Walsh Kenneth M. Harmon David L. Owen 2, Page 3 of 3 Richard Kellogg Armstrong Kenneth M. Harmon 3" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                              Sincerely,

                                              *[signature]*
                                              Richard Kellogg Armstrong
                                              c/o 20413-298
                                              Federal Correctional Institution
                                              3600 Guard Road
                                              Lompoc, California

cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80294-3589
cc: UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Judge Robert E. Blackburn, 901 19th Street, Denver, Colorado 80294-3589
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, John F. Walsh, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE, Kenneth M. Harmon, 1225 17th Street, Suite 700, Denver, Colorado 80202
cc: David L. Owen, c/o UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, 901 19th Street, Denver, Colorado 80924-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on January 26, 2014 C.E. for same day delivery to UNITED STATES DISTRICT COURT DISTRICT OF COLORADO, Clerk of the Court, Room A-105, 901 19th Street, Denver, Colorado 80294-3589.

                                              *[signature]*
                                              Richard Kellogg Armstrong