# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 9 Filed 06/09/10 USDC Colorado Page 1 of 2 ORDER TO SEAL, Page 2 of 2 9th day of June 2010 Boyd N Balard UNITED STATES MAGISTRATE JUDGE" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 3 1 2014

JEFFREY P. COLWELL
CLERK

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Boyd N. Balard, United States Magistrate Judge, c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 205 Filed 04/25/11 USDC Colorado Page 1 of 1 MINUTE  ORDER Dated: April 25, 2011" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution – Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 206 Filed 04/25/11 USDC Colorado Page 1 of 8 1, 2 2, 3 3, 4 4, 5 5, 6 6, Page 7 of 8 JOHN F. WALSH Kenneth M. Harmon 7, Page 8 of 8 Lisa M. Wayne David L. Owen KENNETH M. HARMON 8" has been dishonored or has  not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S.  District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB
Document 209 Filed 04/27/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: April 27, 2011"
has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                         Sincerely,

                                         *Richard Kellogg Armstrong*

                                         Richard Kellogg Armstrong
                                         c/o 20413-298
                                         Federal Correctional
                                         Institution - Lompoc
                                         3600 Guard Road
                                         Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                         *Richard Kellogg Armstrong*
                                         Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 210 Filed 04/28/11 USDC Colorado Page 1 of  15, Page 2 of  15 2, 3 3, 4 4, 5 5,
6 6, 7 7, 8 8, 9 9, 10 10, 11 11, 12 12, 13 13, Page 14 of 15 JOHN F. WALSH Kevin F.
Sweeney Kenneth M. Harmon 14, Page 15 of 15 Lisa M. Wayne David L. Owen KENNETH M.
HARMON 15" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO
    80202
cc: Kevin F. Sweeney,  AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S.  District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight      Month One      Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 217 Filed 05/03/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: May 3, 2011" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 280 Filed 08/31/11 USDC Colorado Page 1 of 1 UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO OFFICE OF THE CLERK GREGORY C. LANGHAM, CLERK August 31, 2011
NOTICE OF ELECTRONIC FILING GREGORY C. LANGHAM, Clerk cc: Clerk, U.S. Court of Appeals,
Document 280-1 Page 1 of  22 APPEAL U.S. District Court District of Colorado (Denver)
CRIMINAL DOCKET FOR CASE #: 1:10-cr-00317-REB-2 8/31/2011, Page  2 of 22, 3, 4, 5, 6, 7,
8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, Page 22 of 22 8/31/2011" has
been dishonored or has  not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution – Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 367 Filed 11/30/11 USDC Colorado Page 1 of 3 1, Page 2 of 3 JOHN F. WALSH
Kenneth M. Harmon David L. Owen 2, Page 3 of 3 KENNETH M. HARMON 3" has been dishonored
or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight      Month One         Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 390 Filed 01/06/12 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: January 6, 2012" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight        Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 395 Filed 01/12/12 USDC Colorado Page 1 of 3 ORDER STRIKING PAPERS, Page 2 of
3 2, Page 3 of 3 Dated January 12, 2012 Robert E. Blackburn United States District Judge
3" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                           Sincerely,

                                           *Richard Kellogg Armstrong*
                                           Richard Kellogg Armstrong
                                           c/o 20413-298
                                           Federal Correctional
                                           Institution - Lompoc
                                           3600 Guard Road
                                           Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                           *Richard Kellogg Armstrong*
                                           Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 397 Filed 01/17/12 USDC  Colorado Page 1 of 2 ORDER STRIKING PAPERS,  Page 2 of  2 Dated  January 17, 2012 Robert E. Blackburn United States District Judge 2" has been dishonored or has not been paid or  accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight       Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 400 Filed 01/17/12 USDC Colorado Page 1 of 4, Page 2 of 4 2, Page 3 of 4 3,
Page 4 of 4 Dated January 17, 2012 Robert E. Blackburn United States District Judge 4"
has been dishonored or has not been paid or  accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight        Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 402 Filed 01/23/12 USDC Colorado Page 1 of 7 ORDER DENYING MOTIONS TO SEVER,
Page  2 of 2 2, 3 3, 4 4, 5 5, 6 6, Page 7 of 7 Dated January 23, 2012 Robert E.
Blackburn United States District  Judge 7" has  been dishonored or has not been paid
or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 403 Filed 01/24/12 USDC Colorado Page 1 of 6 SECOND   TRIAL PREPARATION CONFERENCE
ORDER 1,  Page  2 of 6 2, 3 3, 4 4, 5 5, Page 6 of 6 Dated January 24, 2012 Robert E.
Blackburn United States District Judge 6" has been dishonored or has not been paid or
accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 404 Filed 01/24/12 USDC Colorado Page 1 of 4 COURTROOM MINUTES 1, Page 2 of 4 2,
3 3, Page 4 of 4 4" has been dishonored or  has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight      Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB
Document 411 Filed 02/10/12 USDC Colorado Page 1 of 4, 2 2, 3 3, Page 4 of 4 Dated
February 10, 2012 Robert E. Blackburn United States District Judge   4" has been
dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight      Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 444 Filed 03/30/12 ORDER PRESCRIBING JURY SELECTION PROTOCOL Dated March 30, 2012 Robert E. Blackburn United States District Judge" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard E. Kellogg (signature)*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard E. Kellogg (signature)*
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 721 Filed 09/11/13 USDC Colorado Page 1 of 7 UNITED STATES' MOTION FOR AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 7 2, 3 3, 4 4, 5 5, Page 6 of 7 Dated this 11th day of September, 2013 JOHN F. WALSH Tonya S. Andrews 6, Page 7 of 7 7, Document 721-1 Filed 09/11/13 USDC Colorado Page 1 of 4 AMENDED ORDER OF FORFEITURE 1, Page 2 of 4 2, 3 3, Page 4 of 4 ROBERT E. BLACKBURN United States District Judge 4" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Tonya S. Andrews, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 722 Filed 09/13/13 USDC Colorado Page 1 of 4 AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 4, Page 3 of 4, Page 4 of 4 Dated September 13, 2013 Robert E. Blackburn United States District Judge 4" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 9 Filed 06/09/10 USDC Colorado Page 1 of 2 ORDER TO SEAL, Page 2 of 2 9th day
of June 2010 Boyd N Balard UNITED STATES MAGISTRATE JUDGE" has been dishonored or has
not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Boyd N. Balard, United States Magistrate Judge, c/o U.S. District Court 901 19th Street Denver, CO
    80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 206 Filed 04/25/11 USDC Colorado Page 1 of 8 1, 2 2, 3 3, 4 4, 5 5, 6 6, Page 7 of 8 JOHN F. WALSH Kenneth M. Harmon 7, Page 8 of 8 Lisa M. Wayne David L. Owen KENNETH M. HARMON 8" has been dishonored or has  not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S.  District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight       Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 210 Filed 04/28/11 USDC Colorado Page 1 of  15, Page 2  of  15 2, 3 3, 4 4, 5 5, 6 6, 7 7, 8 8, 9 9, 10 10, 11 11, 12 12, 13 13, Page 14 of 15 JOHN F. WALSH Kevin F. Sweeney Kenneth M. Harmon 14, Page 15 of 15 Lisa M. Wayne David L. Owen KENNETH M. HARMON 15" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kevin F. Sweeney,  AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S.  District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight

Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 367 Filed 11/30/11 USDC Colorado Page 1 of 3 1, Page 2 of 3 JOHN F. WALSH Kenneth M. Harmon David L. Owen 2, Page 3 of 3 KENNETH M. HARMON 3" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight      Month One      Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 721 Filed 09/11/13 USDC Colorado Page 1 of 7 UNITED STATES' MOTION FOR AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 7 2, 3 3, 4 4, 5 5, Page 6 of 7 Dated this 11th day of September, 2013 JOHN F. WALSH Tonya S. Andrews 6, Page 7 of 7 7, Document 721-1 Filed 09/11/13 USDC Colorado Page 1 of 4 AMENDED ORDER OF FORFEITURE 1, Page 2 of 4 2, 3 3, Page 4 of 4 ROBERT E. BLACKBURN United States District Judge 4" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Tonya S. Andrews, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 722 Filed 09/13/13 USDC Colorado Page 1 of 4 AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 4, Page 3 of 4, Page 4 of 4 Dated September 13, 2013 Robert E. Blackburn United States District Judge 4" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight      Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 9 Filed 06/09/10 USDC Colorado Page 1 of 2 ORDER TO SEAL, Page 2 of 2 9th day of June 2010 Boyd N Balard UNITED STATES MAGISTRATE JUDGE" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Boyd N. Balard, United States Magistrate Judge, c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight       Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB
Document 206 Filed 04/25/11 USDC Colorado Page 1 of 8 1, 2 2, 3 3, 4 4, 5 5, 6 6, Page
7 of 8 JOHN F. WALSH Kenneth M. Harmon 7, Page 8 of 8 Lisa M. Wayne David L. Owen
KENNETH M. HARMON 8" has been dishonored or has  not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO
80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S.  District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 210 Filed 04/28/11 USDC Colorado Page 1 of  15, Page 2 of  15 2, 3 3, 4 4, 5 5, 6 6, 7 7, 8 8, 9 9, 10 10, 11 11, 12 12, 13 13, Page 14 of 15 JOHN F. WALSH Kevin F. Sweeney Kenneth M. Harmon 14, Page 15 of 15 Lisa M. Wayne David L. Owen KENNETH M. HARMON 15" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kevin F. Sweeney,  AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S.  District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight

Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 367 Filed 11/30/11 USDC Colorado Page 1 of 3 1, Page 2 of 3 JOHN F. WALSH Kenneth M. Harmon David L. Owen 2, Page 3 of 3 KENNETH M. HARMON 3" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight     Month One     Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 721 Filed 09/11/13 USDC Colorado Page 1 of 7 UNITED STATES' MOTION FOR AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 7 2, 3 3, 4 4, 5 5, Page 6 of 7 Dated this 11th day of September, 2013 JOHN F. WALSH Tonya S. Andrews 6, Page 7 of 7 7, Document 721-1 Filed 09/11/13 USDC Colorado Page 1 of 4 AMENDED ORDER OF FORFEITURE 1, Page 2 of 4 2, 3 3, Page 4 of 4 ROBERT E. BLACKBURN United States District Judge 4" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Tonya S. Andrews, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1::10-cr-00317-REB Document 722 Filed 09/13/13 USDC Colorado Page 1 of 4 AMENDED FINAL ORDER OF FORFEITURE 1, Page 2 of 4, Page 3 of 4, Page 4 of 4 Dated September 13, 2013 Robert E. Blackburn United States District Judge 4" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight        Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB
Document 9 Filed 06/09/10 USDC Colorado Page 1 of 2 ORDER TO SEAL, Page 2 of 2 9th day
of June 2010 Boyd N Balard UNITED STATES MAGISTRATE JUDGE" has been dishonored or has
not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Boyd N. Balard, United States Magistrate Judge, c/o U.S. District Court 901 19th Street Denver, CO
80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB Document 206 Filed 04/25/11 USDC Colorado Page 1 of 8 1, 2 2, 3 3, 4 4, 5 5, 6 6, Page 7 of 8 JOHN F. WALSH Kenneth M. Harmon 7, Page 8 of 8 Lisa M. Wayne David L. Owen KENNETH M. HARMON 8" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB
Document 206 Filed 04/25/11 USDC Colorado Page 1 of 8 1, 2 2, 3 3, 4 4, 5 5, 6 6, Page
7 of 8 JOHN F. WALSH Kenneth M. Harmon 7, Page 8 of 8 Lisa M. Wayne David L. Owen
KENNETH M. HARMON 8" has been dishonored or has  not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO
    80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S.  District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 210 Filed 04/28/11 USDC Colorado Page 1 of  15, Page 2 of  15 2, 3 3, 4 4, 5 5,
6 6, 7 7, 8 8, 9 9, 10 10, 11 11, 12 12, 13 13, Page 14 of 15 JOHN F. WALSH Kevin F.
Sweeney Kenneth M. Harmon 14, Page 15 of 15 Lisa M. Wayne David L. Owen KENNETH M.
HARMON 15" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO
    80202
cc: Kevin F. Sweeney,  AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S.  District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight      Month One         Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 210 Filed 04/28/11 USDC Colorado Page 1 of 15, Page 2 of 15 2, 3 3, 4 4, 5 5, 6 6, 7 7, 8 8, 9 9, 10 10, 11 11, 12 12, 13 13, Page 14 of 15 JOHN F. WALSH Kevin F. Sweeney Kenneth M. Harmon 14, Page 15 of 15 Lisa M. Wayne David L. Owen KENNETH M. HARMON 15" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Kevin F. Sweeney, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney, c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight           Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589



**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 367 Filed 11/30/11 USDC Colorado Page 1 of 3 1, Page 2 of 3 JOHN F. WALSH Kenneth M. Harmon David L. Owen 2, Page 3 of 3 KENNETH M. HARMON 3" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 205 Filed 04/25/11 USDC Colorado Page 1 of 1 MINUTE  ORDER Dated: April 25,
2011" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                                    Sincerely,

                                                    Richard Kellogg Armstrong
                                                    c/o 20413-298
                                                    Federal Correctional
                                                    Institution - Lompoc
                                                    3600 Guard Road
                                                    Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                                    Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight     Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:10-cr-00317-REB
Document 209 Filed 04/27/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: April 27, 2011"
has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight      Month One      Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 217 Filed 05/03/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: May 3, 2011"
has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight        Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 280 Filed 08/31/11 USDC Colorado Page 1 of 1 UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO OFFICE OF THE CLERK GREGORY C. LANGHAM, CLERK August 31, 2011
NOTICE OF ELECTRONIC FILING GREGORY C. LANGHAM, Clerk cc: Clerk, U.S. Court of Appeals,
Document 280-1 Page 1 of  22 APPEAL U.S. District Court District of Colorado (Denver)
CRIMINAL DOCKET FOR CASE #: 1:10-cr-00317-REB-2 8/31/2011, Page  2 of 22, 3, 4, 5, 6, 7,
8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, Page 22 of 22 8/31/2011" has
been dishonored or has  not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 390 Filed 01/06/12 USDC Colorado Page 1 of 1 MINUTE ORDER Dated:  January 6,
2012" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument "**NON NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 395 Filed 01/12/12 USDC Colorado Page 1 of 3 ORDER STRIKING PAPERS, Page 2 of
3 2, Page 3 of 3 Dated January 12, 2012 Robert E. Blackburn United States District Judge
3" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                              Sincerely,

                                              *Richard Kellogg Armstrong*
                                              Richard Kellogg Armstrong
                                              c/o 20413-298
                                              Federal Correctional
                                              Institution - Lompoc
                                              3600 Guard Road
                                              Lompoc, California

(cc) Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

- - -

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                              *Richard Kellogg Armstrong*
                                              Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight        Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 397 Filed 01/17/12 USDC  Colorado Page 1 of 2 ORDER STRIKING PAPERS,  Page 2
of  2 Dated  January 17, 2012 Robert E. Blackburn United States District Judge 2" has
been dishonored or has not been paid or  accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight     Month One        Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 400 Filed 01/17/12 USDC Colorado Page 1 of 4, Page 2 of 4 2, Page 3 of 4 3, Page 4 of 4 Dated January 17, 2012 Robert E. Blackburn United States District Judge 4" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 402 Filed 01/23/12 USDC Colorado Page 1 of 7 ORDER DENYING MOTIONS TO SEVER,
Page  2 of 2 2, 3 3, 4 4, 5 5, 6 6, Page 7 of 7 Dated January 23, 2012 Robert E.
Blackburn United States District  Judge 7" has  been dishonored or has not been paid
or accepted.

I intend to look to you for payment or performance.

                                              Sincerely,

                                              *Richard Kellogg Armstrong*
                                              Richard Kellogg Armstrong
                                              c/o 20413-298
                                              Federal Correctional
                                              Institution - Lompoc
                                              3600 Guard Road
                                              Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

                        **CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                              *Richard Kellogg Armstrong*
                                              Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 403 Filed 01/24/12 USDC Colorado Page 1 of 6 SECOND   TRIAL PREPARATION CONFERENCE
ORDER 1,   Page   2 of 6 2, 3 3, 4 4, 5 5, Page 6 of 6 Dated January 24, 2012 Robert E.
Blackburn United States District Judge 6" has been dishonored or has not been paid or
accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

(cc) Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight      Month One            Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 404 Filed 01/24/12 USDC Colorado Page 1 of 4 COURTROOM MINUTES 1, Page 2 of 4 2,
3 3, Page 4 of 4 4" has been dishonored or  has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

(cc) Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                              Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 411 Filed 02/10/12 USDC Coloradc Page 1 of 4, 2 2, 3 3, Page 4 of 4 Dated February 10, 2012 Robert E. Blackburn United States District Judge  4" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution – Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 444 Filed 03/30/12 ORDER PRESCRIBING JURY SELECTION PROTOCOL Dated March 30, 2012 Robert E. Blackburn United States District Judge" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard S Kellogg Armstrong*

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard S Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 205 Filed 04/25/11 USDC Colorado Page 1 of 1 MINUTE  ORDER Dated: April 25, 2011" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight      Month One         Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 209 Filed 04/27/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: April 27, 2011" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 217 Filed 05/03/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: May 3, 2011"
has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 280 Filed 08/31/11 USDC Colorado Page 1 of 1 UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO OFFICE OF THE CLERK GREGORY C. LANGHAM, CLERK August 31, 2011
NOTICE OF ELECTRONIC FILING GREGORY C. LANGHAM, Clerk cc: Clerk, U.S. Court of Appeals,
Document 280-1 Page 1 of  22 APPEAL U.S. District Court District of Colorado (Denver)
CRIMINAL DOCKET FOR CASE #: 1:10-cr-00317-REB-2 8/31/2011, Page  2 of 22, 3, 4, 5, 6, 7,
8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, Page 22 of 22 8/31/2011" has
been dishonored or has  not been paid or accepted.

I intend to look to you for payment or performance.

                                              Sincerely,

                                              *Richard Kellogg Armstrong*
                                              Richard Kellogg Armstrong
                                              c/o 20413-298
                                              Federal Correctional
                                              Institution - Lompoc
                                              3600 Guard Road
                                              Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                              *Richard Kellogg Armstrong*
                                              Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 390 Filed 01/06/12 USDC Colorado Page 1 of 1 MINUTE ORDER Dated:  January 6, 2012" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution – Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 395 Filed 01/12/12 USDC Colorado Page 1 of 3 ORDER STRIKING PAPERS, Page 2 of
3 2, Page 3 of 3 Dated January 12, 2012 Robert E. Blackburn United States District Judge
3" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc) U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight        Month One

Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 397 Filed 01/17/12 USDC Colorado Page 1 of 2 ORDER STRIKING PAPERS, Page 2 of 2 Dated January 17, 2012 Robert E. Blackburn United States District Judge 2" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
CC: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight            Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 400 Filed 01/17/12 USDC Colorado Page 1 of 4, Page 2 of 4 2, Page 3 of 4 3,
Page 4 of 4 Dated January 17, 2012 Robert E. Blackburn United States District Judge 4"
has been dishonored or has not been paid or  accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution – Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 402 Filed 01/23/12 USDC Colorado Page 1 of 7 ORDER DENYING MOTIONS TO SEVER, Page 2 of 2 2, 3 3, 4 4, 5 5, 6 6, Page 7 of 7 Dated January 23, 2012 Robert E. Blackburn United States District Judge 7" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution – Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight    Month One         Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 403 Filed 01/24/12 USDC Colorado Page 1 of 6 SECOND  TRIAL PREPARATION CONFERENCE ORDER 1,  Page  2 of 6 2, 3 3, 4 4, 5 5, Page 6 of 6 Dated January 24, 2012 Robert E. Blackburn United States District Judge 6" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 404 Filed 01/24/12 USDC Colorado Page 1 of 4 COURTROOM MINUTES 1, Page 2 of 4 2,
3 3, Page 4 of 4 4" has been dishonored or  has not been paid or accepted.

I intend to look to you for payment or performance.

                                           Sincerely,

                                           *Richard Kellogg Armstrong*

                                           Richard Kellogg Armstrong
                                           c/o 20413-298
                                           Federal Correctional
                                           Institution - Lompoc
                                           3600 Guard Road
                                           Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                           *Richard Kellogg Armstrong*
                                           Richard Kellogg Armstrong

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight        Month One                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day
Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB
Document 411 Filed 02/10/12 USDC Coloradc Page 1 of 4, 2 2, 3 3, Page 4 of 4 Dated
February 10, 2012 Robert E. Blackburn United States District Judge  4" has been
dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

                                        Sincerely,

                                        *[signature]*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class
Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road
Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105
Denver, CO 80294-3589

                                        *[signature]*
                                        Richard Kellogg Armstrong

NOTICE OF DISHONOR                                                                    NOD

# NOTICE OF DISHONOR

NOTICE DATE: Day Twenty-eight          Month One          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**PLEASE TAKE NOTICE** that instrument **"NON NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day Fourteen Month One Year 2014 C.E., in reply to your Presentment "Case 1:!0-cr-00317-REB Document 444 Filed 03/30/12 ORDER PRESCRIBING JURY SELECTION PROTOCOL Dated March 30, 2012 Robert E. Blackburn United States District Judge" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc) U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF DISHONOR** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California for  same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

NOTICE OF DISHONOR                                                                                    NOD