# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen                    Month Two      **FILED**                   Year 2014 C.E.

UNITED STATES DISTRICT COURT
DENVER, COLORADO

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105                                  FEB 2 4 2014
Denver, CO 80294-3589

JEFFREY P. COLWELL
CLERK

**In reply to:** "Case 1:10-cr-00317-REB Document 168 Filed 03/22/11 USDC Colorado Page 1 of 4,
Page 2 of 4 2, Page 3 of 4 DATED: March 21, 2011 at Denver Colorado JOHN F. WALSH Kevin
F. Sweeney 3, Page 4 of 4 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue me the Order of the
  Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: Kevin F. Sweeney, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

## NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date Day: Seventeen            Month: Two            Year: 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "1:10-cr-00317-REB Document 33 Filed 06/25/10 USDC Colorado Page 1 of 6
July 9, 2010, Page 2 of 6 August 23, 2010 August 20, 2010 2, Page 3 of 6  3, Page 4 of 6
4, Page 5 of 6  5, Page 6 of 6 June 25, 2010 Robert E. Blackburn United States District
Judge 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment " Case 1:10-cr-00317-REB Document 33 Filed 06/25/10 USDC Colorado
Page 1 of 6 July 9, 2010 Page 2 of 6 August 23, 2010 August 20, 2010 2, Page 3 of 6  3,
Page 4 of 6  4, Page 5 of 6 5, Page 6 of 6 June 25, 2010 Robert E. Blackburn United
States District Judge 6" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my  signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Numbers: 1:10-cr-00317-REB;
- I  request you adjust and set-off all Public charges by the exemption in accord  with
  House Joint Resolution (HJR) 192, Public Law 73-10, and U.C.C 3-419
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may  result if you fail  to respond.

                                        Sincerely,


                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California

Attachment "supra"
cc: Rbert E. Blackburn, United States District Judge, U.S. District Court 901 19th Street
    Denver, CO 80294-3589
cc: U.S. District Court, 901  19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this  **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed
in an envelope with First Class Postage paid and deposited in a United States Postal Mail
Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on February 17th
2014 C.E. for same day delivery to Clerk of the Court, U.S. District Court  901 19th Street
Room A-105 Denver, CO 80294-3589


                                        Richard Kellogg Armstrong

## NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date Day: Seventeen          Month: Two          Year: 2014 C.E.


Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 32-1 Filed USDC Colorado 06/24/10 Page 1 of
2 ORDER 1, Page 2 of 2 HON. ROBERT E. BLACKBURN 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value you Presentment "Case 1:10-cr-00317-REB Document 32-1 Filed USDC Colorado 06/24/10
Page 1 of 2 ORDER 1, Page 2 of 2 HON. ROBERT E. BLACKBURN 2" and return your offer for
closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the order of
  the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  House Joint Resolution (HJR) 192, Public Law 73-10, and U.C.C. 3-419
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond

                                          Sincerely,


                                          Richard Kellogg Armstrong
                                          c/o 20413-298
                                          Federal Correctional Institution
                                          3600 Guard Road
                                          Lompoc, California

Attachment "supra"
cc: Robert E. Blacburn, United States District Judge, U.S. District Court 901 19th Street
    Denver, CO 80294-3589
cc: U.S. District Court, 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed
in an envelope with First Class Postage paid and deposited in a United States Postal Mail
Box located in Unit J at F.C.I Lompoc 3600 Guard Road Lompoc, California on February 17th
2014 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street,
Room A-105 Denver, CO 80294-3589


                                          Richard Kellogg Armstrong

## NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date Day: Seventeen                    Month: Two                    Year: 2014 C.E.


Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 32-1 Filed USDC Colorado 06/24/10 Page 1 of 2 ORDER 1, Page 2 of 2 HON. ROBERT E. BLACKBURN 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value you Presentment "Case 1:10-cr-00317-REB Document 32-1 Filed USDC Colorado 06/24/10 Page 1 of 2 ORDER 1, Page 2 of 2 HON. ROBERT E. BLACKBURN 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with House Joint Resolution (HJR) 192, Public Law 73-10, and U.C.C. 3-419
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond

                                        Sincerely,


                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California

Attachment "supra"
cc: Robert E. Blacburn, United States District Judge, U.S. District Court 901 19th Street
    Denver, CO 80294-3589
cc: U.S. District Court, 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I Lompoc 3600 Guard Road Lompoc, California on February 17th 2014 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589


                                        Richard Kellogg Armstrong

## NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date Day: Seventeen                Month: Two                Year: 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 30 Filed 06/22/10 USDC Colorado Page 1 of 6
ORDER OF DETENTION, Page 2 of 6   2, Page 3 of 6   3, Page 4 of 6   4, Page 5 of 6   5, Page
6 of 6   Kathleen M. Tafoya United States Magistrate Judge 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment(s) "Case 1:10-cr-00317-REB Document 30 Filed 06/22/10 USDC Colorado
Page 1 of 6 ORDER OF DETENTION, Page 2 of 6   2, Page 3 of 6   3, Page 4 of 6   4, Page 5 of
6   5, Page 6 of 6   Kathleen M. Tafoya United States Magistrate Judge 6" and return your
offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any of the facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close Account Number 1-10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemtion in accord with
  House Joint Resolution (HJR) 192, Public Law 73-10, and U.C.C. 3-419;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE
OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,


                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California


Attachment: "supra"

cc: Robert E. Blackburn, United States District Judge, U.S. District Court 901 19th Street Denver, CO 80294-
    3589
cc: U.S. District Court, 901 19th Street Denver, 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on February Seventeen, 2014 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589


                                        Richard Kellogg Armstrong

## NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date Day: Seventeen          Month: Two                    Year: 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 30 Filed 06/22/10 USDC Colorado Page 1 of 6
ORDER OF DETENTION, Page 2 of 6   2, Page 3 of 6   3, Page 4 of 6   4, Page 5 of 6   5, Page
6 of 6   Kathleen M. Tafoya United States Magistrate Judge 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment(s) "Case 1:10-cr-00317-REB Document 30 Filed 06/22/10 USDC Colorado
Page 1 of 6 ORDER OF DETENTION, Page 2 of 6   2, Page 3 of 6   3, Page 4 of 6   4, Page 5 of
6   5, Page 6 of 6   Kathleen M. Tafoya United States Magistrate Judge 6" and return your
offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any of the facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close Account Number 1-10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemtion in accord with
  House Joint Resolution (HJR) 192, Public Law 73-10, and U.C.C. 3-419;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE
OF ACCEPTANCE**. Dishonor may result if you fail to respond.

                                           Sincerely,


                                           Richard Kellogg Armstrong
                                           c/o 20413-298
                                           Federal Correctional Institution
                                           3600 Guard Road
                                           Lompoc, California


Attachment: "supra"

cc: Robert E. Blackburn, United States District Judge, U.S. District Court 901 19th Street Denver, CO 80294-
    3589
cc: U.S. District Court, 901 19th Street Denver, 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. lompoc
3600 Guard Road Lompoc, California on February Seventeen, 2014 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589



                                           Richard Kellogg Armstrong

## NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date Day: Seventeen            Month: Two                    Year: 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "1:10-cr-00317-REB Document 33 Filed 06/25/10 USDC Colorado Page 1 of 6
July 9, 2010, Page 2 of 6 August 23, 2010 August 20, 2010 2, Page 3 of  6 3, Page 4 of 6
4, Page 5 of 6  5, Page 6 of 6 June 25, 2010 Robert E. Blackburn United States District
Judge 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment " Case 1:10-cr-00317-REB Document 33 Filed 06/25/10 USDC Colorado
Page 1 of 6 July 9, 2010 Page 2 of 6 August 23, 2010 August 20, 2010 2, Page 3 of 6  3,
Page 4 of 6  4, Page 5 of 6 5, Page 6 of 6 June 25, 2010 Robert E. Blackburn United
States District Judge 6" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my  signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Numbers: 1:10-cr-00317-REB;
- I  request you adjust and set-off all Public charges by the exemption in accord  with
  House Joint Resolution (HJR) 192, Public Law 73-10, and U.C.C 3-419
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may  result if you fail  to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California

Attachment "supra"
cc: Rbert E. Blackburn, United States District Judge, U.S. District Court 901 19th Street
    Denver, CO 80294-3589
cc: U.S. District Court, 901  19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this  **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed
in an envelope with First Class Postage paid and deposited in a United States Postal Mail
Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on February 17th
2014 C.E. for same day delivery to Clerk of the Court, U.S. District Court  901 19th Street
Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong,*
*February 1?, 2014 c.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CURTIS L. MORRIS, and
2.  RICHARD KELLOGG ARMSTRONG,

      Defendants.

---

## TRIAL PREPARATION CONFERENCE ORDER

---

**Blackburn, J.**

      Pursuant to Fed.R.Crim.P. 17.1, D.C.COLO.LCrR 26, and REB Cr. Practice

Standard IV.A.1., the court enters this **Trial Preparation Conference Order**.

      **IT IS ORDERED** as follows:

      1. That all non-CJA[1] pretrial motions shall be filed by no later than close of

business **July 9, 2010**;

      2. That a response to a timely filed  pretrial motion shall be filed within eleven

(11) days of the filing of the pretrial motion;[2]

      3. That all timely filed pretrial motions that the court determines should be set for

---

[1] "CJA" are the initials for **C**riminal **J**ustice **A**ct codified at **18 U.S.C. § 3006A**.

[2] Non-CJA motions shall not be filed out of time without leave of court. Amended papers, including amended motions, petitions, responses, or replies shall not be filed without leave of court.  Supplements to papers, including motions, petitions, responses, or replies, shall not be filed without leave of court. Replies to responses shall not be filed without leave of court.  Leave of court must be obtained before such papers may be filed.  A request for leave to file such a paper shall not be contained or included in the paper sought to be filed. *See* **REB Cr. Practice Standard V.B., C.,** and **D**.

*" ACCEPTED "*

*Richard Veilog Cymatithg*

*FEBRUARY 17, 2014 C.E.*

hearing shall be set for hearing at a motions' hearing setting conference on **July 22, 2010**, at 10:30 a.m.; at which time the defendants **will not be present**, having waived via counsel their right to appear at this hearing only; provided, furthermore, that if the defendants have waived their right to be present, then counsel may appear in person or by telephone;

4.  That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference;

5.  That trial by jury shall commence **August 23, 2010**, at 8:30 a.m., in courtroom A1001, located on the 10th Floor of the Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado, at which the defendant shall appear in person without further notice, order, or subpoena;[3]

6.  That the court reserves five days for trial:

•        Monday, August 23, 2010, through Thursday, August 26, 2010, and

•        Monday, August 30, 2010;

7.  That counsel and the defendants shall appear in courtroom A1001 on the first day of trial at 8:00 a.m., to review the **Trial Checklist** with the courtroom deputy clerk;

8.  That the **Trial Preparation Conference** required by  REB Cr. Practice Standard IV.A.1., shall commence on **August 20, 2010**, at 8:30 a.m., in courtroom A1001;

---

[3]Any motion brought under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74, to vacate or continue the trial shall note and circumstantiate, *inter alia*, the specific amount of time to be excluded in computing the time for speedy trial under the act and shall provide non-conclusory reasons to justify the amount of time to be excluded as provided in **United States v. Toombs**,  574 F.3d 1262 (10th Cir. 2009). Additionally, any motion to vacate and/or continue the trial shall address the factors enunciated in **United States v. West**, 828 F.2d 1468, 1469-70 (10th Cir. 1987), pursuant to **REB Cr. Practice Standard** II.E.1.

*"ACCEPTED"*
*Richa D Redass Cymating*
*FEBRUARY 17, 2014 C.E.*

9. That lead counsel and the defendants shall attend the Trial Preparation Conference;

10. That at the outset of the Trial Preparation conference, each party shall submit on the Witness List form required by the court (an original for the court with copies for the courtroom deputy clerk and all other parties) a "will call" witness list enumerating the name and address of each witness that will be called and a "may call" witness list enumerating the name and address of each witness that may be called; provided, furthermore, that the "will call" witness list constitutes a representation on which the court and every other party may rely that the witnesses listed will be present and available to testify during trial;

11. That at the Trial Preparation Conference the parties shall be prepared to review and discuss, *inter alia*, the following:

a. stipulated and proposed jury instructions and verdict forms;

b. *voir dire* questions;

c. the jury selection process, including alternate jurors, and peremptory challenges:

1. The use of the one or more alternate jurors [Review Fed.R.Crim.P. 24(c)];

2. Pretrial designation of the alternate juror(s);

3. The number and allocation of peremptory challenges [Review Fed.R.Crim.P. 24(b) and (c)(4)]; and

4. Retention or dismissal of alternate juror(s) [Review Fed.R.Crim.P. 24(c)(3)];

3

*"ACCEPTED"*

*[handwritten signature]*

*FEBRUARY 17, 2014 Q.E.*

d. use of juror questionnaires (if a questionnaire is used, the parties shall surrender their copies for destruction immediately subsequent to completion of jury selection);

e. identification of all persons permitted to be seated at each party's table;

f. the pronunciation of problematic party's and witness' names;

g. the names or monikers that may be used when referring to the defendant or a witness;

h. identification of "will call" and "may call" witnesses;

i. use of deposition testimony:

1. designation of specific testimony by page and line; and

2. identification of the person selected to read deposition answers;

j. use of video depositions:

1. resolution of objections;

2. pretrial redaction, if necessary; and

3. arrangements for necessary equipment to broadcast the deposition;

k. the admission of stipulated exhibits or exhibits about which there are no objections;

l. the use of juror trial exhibit notebooks and the timing of the distribution of such notebooks;

m. the allocation of trial time between the parties;

n. the necessity for cautionary or limiting instructions;

o. timing and manner of publication, if any, of trial exhibits to the jury;

4

*"ACCEPTED"*
*Richard Kellog Armstrong*
*February 17, 2014 C.R.*

p. appropriate attire and clothing for defendants; and

q. security issues;

12.  That consistent with REB Cr. Practice Standard IV.C.3.b., each side shall be permitted voir dire examination not to exceed 15 minutes following voir dire examination by the court, but shall not reiterate questions previously propounded by the court or another party;

13. That pending further court order, the jurors shall not be sequestered before deliberations;

14. That trial witnesses subject to sequestration under Fed.R.Evid. 615 shall be sequestered by order entered *sua sponte* immediately before opening statements;

15. That opening statements shall be limited to **thirty (30)**  minutes per party;

16. That the court will not engage in the examination of any witness, except to eschew plain error;

17. That pursuant to REB Cr. Practice Standard III.D.3.b., each party shall have available at trial a set of exhibits for the court, the courtroom deputy clerk, opposing counsel (one set per party), and any *pro se* party;

18. That objections made in the presence or hearing of the jury shall be stated as succinctly as practicable and supported by recitation of apposite authority when possible; however, counsel and a pro se defendant shall not speechify an objection in the presence or hearing of the jury [Review Fed.R.Evid.103(c) and 104(c)];

19. That in marshaling motions or objections during trial, the following sequential protocol shall be observed: objection, response, reply, ruling;

20. That to eliminate or minimize bench or sidebar conferences, each party shall

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*1-FEBRUARY 19, 2014 C.E.*

be responsible to inform the courtroom deputy clerk in writing before the conclusion of a

trial day specifying any issue which should be considered before commencing trial on

the next scheduled day of trial and at the outset of a trial day specifying any issue which

should be considered at the conclusion of that trial day;

21. That to facilitate preparation, marshaling, and consideration of proposed jury

instructions and verdict forms consistent with REB Cr. Practice Standard IV.C.5., the

government shall identify and enumerate each individual jury instruction in the heading

or title as INSTRUCTION NO. G-1, G-2, G-3, etc., and the defendant shall identify and

enumerate each individual jury instruction in the heading or title as INSTRUCTION NO.

D-1, D-2, D-3, etc. [Note: for multiple defendants, each defendant shall identify and

enumerate each individual jury instruction in the heading or title as INSTRUCTION

NO.[insert defendant's name or abbreviated name]-1,[insert defendant's name or

abbreviated name]-2,[insert defendant's name or abbreviated name]-3, etc.]; provided,

furthermore, the parties shall similarly identify and enumerate all proposed verdict forms

and special interrogatories; and

22. That closing argument shall be limited to forty-five **(45)** minutes total for each

party.

Dated June 25, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

6

## NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date Day: Seventeen          Month: Two          Year: 2014 C.E.


Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 32-1 Filed USDC Colorado 06/24/10 Page 1 of 2 ORDER 1, Page 2 of 2 HON. ROBERT E. BLACKBURN 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value you Presentment "Case 1:10-cr-00317-REB Document 32-1 Filed USDC Colorado 06/24/10 Page 1 of 2 ORDER 1, Page 2 of 2 HON. ROBERT E. BLACKBURN 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Number: 1:10-cr-00317-REB and issue me the order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with House Joint Resolution (HJR) 192, Public Law 73-10, and U.C.C. 3-419
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond

                              Sincerely,

                              *Richard Kellogg Armstrong*

                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional Institution
                              3600 Guard Road
                              Lompoc, California

Attachment "supra"
cc: Robert E. Blacburn, United States District Judge, U.S. District Court 901 19th Street
    Denver, CO 80294-3589
cc: U.S. District Court, 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I Lompoc 3600 Guard Road Lompoc, California on February 17th 2014 C.E. for same day delivery to Clerk of the Court, U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong

*" ACCEPTED "*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    CURTIS L. MORRIS, and
2.    RICHARD KELLOGG ARMSTRONG,

      Defendants.

_____

ORDER
_____

      THIS MATTER comes before the Court on the Government's Motion to Disclose Grand

Jury Material, pursuant to Fed. R. Crim. P. 6(e) (3)(E)(i).

      HAVING REVIEWED the motion and being otherwise advised in the premises, the

Court finds that good and sufficient cause supports the same, and it is therefore

      ORDERED that the Government's motion is granted, and that grand jury testimony and

grand jury exhibits and other materials may be disclosed to the Defendants and their attorneys in

the course of discovery in this case.  It is further

      ORDERED that such materials shall only be used in defending this case; that such

materials are disclosed only to the defendants and their attorneys; that the defendants' attorneys

shall

1

*"ACCEPTED"*
*Verline Kellogg Constantine*
*FEBRUARY 17, 2014 C.E.*

maintain custody of such materials, and shall not reproduce or disseminate the same; and that

such materials shall be returned to the United States at the end of the case.

DATED this _____ day of June, 2010

BY THE COURT:

_____

HON. ROBERT E. BLACKBURN
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

2

## NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date Day: Seventeen          Month: Two                    Year: 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 30 Filed 06/22/10 USDC Colorado Page 1 of 6
ORDER OF DETENTION, Page 2 of 6  2, Page 3 of 6  3, Page 4 of 6  4, Page 5 of 6  5, Page
6 of 6  Kathleen M. Tafoya United States Magistrate Judge 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment(s) "Case 1:10-cr-00317-REB Document 30 Filed 06/22/10 USDC Colorado
Page 1 of 6 ORDER OF DETENTION, Page 2 of 6  2, Page 3 of 6  3, Page 4 of 6  4, Page 5 of
6  5, Page 6 of 6  Kathleen M. Tafoya United States Magistrate Judge 6" and return your
offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any of the facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close Account Number 1-10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemtion in accord with
  House Joint Resolution (HJR) 192, Public Law 73-10, and U.C.C. 3-419;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"

cc: Robert E. Blackburn, United States District Judge, U.S. District Court 901 19th Street Denver, CO 80294-
    3589
cc: U.S. District Court, 901 19th Street Denver, 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at F.C.I. Lompoc
3600 Guard Road Lompoc, California on February Seventeen, 2014 C.E. for same day delivery to Clerk of the Court
U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*February 17, 2014 C.E.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.     RICHARD KELLOGG ARMSTRONG,

      Defendant.

---

### ORDER OF DETENTION

---

THIS MATTER came before the Court on an oral motion by the defendant for reconsideration or modification of a detention order previously entered by Magistrate Judge Peter C. Lewis in the Southern District of California upon defendant's initial appearance after arrest. Judge Lewis found that no condition or combination of conditions would reasonably assure the appearance of the Defendant as required. [Doc. No. 8]. Upon proffer by the Defendant, and with no objection by the United States, the court allowed the hearing to be reopened for further proceedings on June 21, 2010.

The government continued to seek detention in the case and elicited testimony from Special Agent Greg Flynn of the IRS-CID. In addition to the evidence presented at the hearing on June 21, 2010, I have taken judicial notice of the information set forth in the Pretrial Services

"*ACCEPTED*"
*Richard Kellogg Armstrong*
*FEBRUARY 19, 2014 C.E.*

Report prepared by officers in the Southern District of California/El Centro, the entire court file,

and have considered the arguments, proffers and statements of counsel.

The Court has concluded, by a preponderance of the evidence, that no condition or

combination of conditions of release will reasonably assure the appearance of the defendant

based upon the following findings of fact and conclusions of law:

In order to sustain a motion for detention, the government must establish that there is no

condition or combination of conditions which could be imposed in connection with pretrial

release that would reasonably assure (a) the appearance of the defendant as required or (b) the

safety of any other person or the community.  18 U.S.C. § 3142(b).  The former element must be

established by a preponderance of the evidence, and the latter requires proof by clear and

convincing evidence.

The Bail Reform Act establishes the following factors to be considered in determining

whether there are conditions of release that will reasonably assure the appearance of the

defendant and the safety of the community:

> (1)  The nature and circumstances of the offense charged,
> including whether the offense is a crime of violence or involves a
> narcotic drug;
>
> (2)  the weight of the evidence against the person;
>
> (3)  the history and characteristics of the person including–
>
>> (A)  the person's character, physical and mental
>> condition, family ties, employment, financial
>> resources, length of residence in the community,
>> community ties, past conduct, history relating to

2

*" ACCEPTED "*

*Richard Welling; Secretary*

*1 FEBRUARY 17, 2014 C.E.*

drug and alcohol abuse, criminal history, and record
concerning appearance at court proceedings; and

(B)   whether at the time of the current offense or
arrest, the person was on probation, on parole, or on
other release pending trial, sentencing, appeal, or
completion of sentence for an offense under
Federal, State, or local law; and

(4)   the nature and seriousness of the danger to any person or the
community that would be posed by the person's release.

18 U.S.C. § 3142(g).

Weighing the factors set out in the Bail Reform Act, I find:

The defendant has been charged in a complex scheme of defrauding the government

pursuant to Title 18 U.S.C. § 287, filing false claims against the United States.  The allegations

concern a so-called "OID Program" wherein it is alleged the defendant, through his co-defendant

and accountant Curtis Morris, filed tax returns claiming income and refunds on a form OID-

1099.  The evidence at the hearing indicated that no refunds were due and none of the accounts

listed in the tax returns had withheld any money from Mr. Armstrong for any reason which

would have incurred an obligation of refund to the defendant.  Evidence at the hearing revealed

that Mr. Armstrong had been advised by his accountant that this scheme was illegal and refused

to participate in it for Mr. Armstrong.  However, Mr. Armstrong had already set up a relationship

with the co-defendant and the alleged false returns were filed.

The evidence adduced at the hearing indicated that the defendant illegally obtained over

$1.6 million dollars from the IRS, which he then distributed to various entities and trusts over

which he had complete control and many of which were foreign, including bank or trust accounts

3

*"ACCEPTED"*

*Richard Kellogg Armstrong*

*FEBRUARY 17, 2014 C.E.*

in Belize, Germany, Canada and Mexico.  Monies would then come back to Mr. Armstrong from either the same or sometimes different offshore accounts.

Mr. Armstrong also purchased real property in the United States with the refunds obtained from the IRS and an aircraft which he used to fly repeatedly to international destinations.  The evidence showed the defendant has submitted numerous loan applications and other documents over the years which are inconsistent with the information given to Pretrial Services in connection with the detention hearing regarding his ownership of overseas property and other financial information.

The defendant and his wife maintain residences in Prescott, Arizona, Lake Havasu, Nevada and in Cabo San Lucas, Mexico.  Most of the properties owned by the defendant are or have been titled in the name of one of the many businesses or trusts which Mr. Armstrong has set up and which make tracing the proceeds of his activities extremely difficult.  The properties have been quit claimed several times, occasionally coming to the defendant in his own name for periods of time and then back into the name of one of the companies controlled by Mr. Armstrong.  Some of the company names used by the defendant are Admirable Global, Bonanza Pacific, Global Pacific, Foreign Enterprises, Cabo Corporation, Blackstone Pension, Redwood Resources and others.  The defendant has utilized other persons to scramble his assets including Susan Miller and Larry Hall.  The defendant's only ties to Colorado appear to be to the accountant/co-defendant who prepared his tax returns using the OID scheme to generate substantial refunds from the IRS.

4

*"ACCEPTED"*
*Michael J. Kellogg Cynthia*
*FEBRUARY 17, 2014 L.E.*

The defendant has been a licensed pilot for many years and, although his current aircraft has been seized by the United States, his pilot's license remains active.  To date the certificate of airworthiness for the seized aircraft has not been located and was not located in the aircraft as prescribed by law.  The evidence revealed that the defendant associates with one or more individuals who may have access to aircraft and who appear to have issues with the United States' taxing authorities.

A large portion of the proceeds allegedly illegally paid to Mr. Armstrong have not been recovered and the investigators have had difficulty tracing the money once it was moved offshore.  To date, given the transfer of the assets and the various ways in which property has been titled, the witness from the IRS said the currently outstanding liens may result in recovery of as little as $10,000.00 of the $1.6 million.

The defendant stated that he would surrender his pilot's license and his passport as a condition of bond and argued that given the seizure of his aircraft he would be unable to leave the country.

The defendant and his wife have been in Mexico during the recent past and only arrived in the United States to attend the funeral of their eldest child, whereupon the defendant was arrested at the airport in Calexico, California.  The defendant's wife apparently owns a realty business in Cabo San Lucas called "Cabo Realtors" and she owns a number of web addresses related to selling real estate in Mexico.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 O.E.*

After considering all appropriate factors, I conclude that the preponderance of the evidence establishes that no condition or combination of conditions of release will reasonably assure the appearance of the defendant as required.

IT IS HEREBY ORDERED that the defendant is committed to the custody of the Attorney General or their designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that the defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States of America, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with this proceeding.

Dated: June 22, 2010, nunc pro tunc to June 21, 2010.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

6

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 412 Filed 02/13/12 USDC Colorado Page 1 of 5 1, 2 2, 3 3, 4 4, Page  5 of 5 February 13, 2012 Robert E. Blackburn 5"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 412 Filed 02/13/12 USDC Colorado Page 1 of 5 1, 2 2, 3 3, 4 4, Page 5 of 5 February 13, 2012 Robert E. Blackburn 5" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E,*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

      Defendant.

---

## ORDER GRANTING IN PART AND DENYING IN PART
## DEFENDANT ARMSTRONG'S MOTION FOR CJA FEES
## FOR APPOINTMENT OF EXPERT WITNESS

---

Blackburn, J.

      The matter before me is the **Motion for Leave To File a Motion for**

**Authorization for Court Paid Expert Forensic Witness To Investigate and**

**Challenge IRS Charges of Petitioner Filing Fraudulent and Fictitious Income Tax**

**Forms Claiming Original Issue Discount As Well As Demand for a Trial Date**

**Extension** [#408][1] filed *pro se* February 8, 2012, by the defendant, Richard Kellogg

Armstrong.  Mr. Armstrong again seeks authorization to file yet another motion

authorizing payment to Victoria Osborn, a putative certified fraud examiner.[2]  I grant the

---

    [1] "[#408]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

    [2] Mr. Armstrong also uses this motion spuriously to complain again of my purported failure to address his **Motion To Answer a Certified Question of Law Related to Jurisdiction in This Case, and an Offer of Proof** [#361] filed November 18, 2011.  As I informed Mr. Armstrong during the proceedings

1

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.J.E,*

motion for leave to file,[3] but again deny the substantive request to authorize CJA funds.

As I have done assiduously during the time that Mr. Armstrong has represented

himself, I construe his papers liberally. ***See Erickson v. Pardus***, 551 U.S. 89, 127 S.

Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076

(10th Cir. 2007); ***Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v.***

***Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

Notwithstanding, *pro se* litigants still bear responsibility to develop the factual bases in

support of their requests for relief. ***See Whitney v. State of New Mexico***, 113 F.3d

1170, 1173-74 (10th Cir. 1997).

A request for compensation under the Criminal Justice Act (CJA) is "a direct

claim upon the limited resources of the U.S. Treasury." ***United States v. Smith***, 76

F.Supp.2d 767, 768 (S.D. Tex. 1999).  Expenditure of such public funds is proper only

when authorized by Congress. ***See United States v. MacCollom***, 426 U.S. 317, 321,

96 S.Ct. 2086, 2089-90, 48 L.Ed.2d 666 (1976).  Pursuant to the statute, funds may be

authorized when it has been shown that the requested expenditures are "necessary for

an adequate representation." 18 U.S.C. § 3006A(a).

---

on January 24, 2012, I have already ruled on and denied this motion, which itself was a reiteration of a
previously denied motion.  (**See Order Denying Motion To Answer a Certified Question of Law
Related to Jurisdiction in This Case** at 1-2 [#400] filed January 17, 2012.)  The court's CM/ECF system
confirms that a copy of this order was mailed timely to Mr. Armstrong.  Nevertheless, in an abundance of
caution, I will direct the clerk of the court to mail another copy of this order to Mr. Armstrong.

   [3]  The inclusion of the substantive motion itself within the motion for leave to file is improper, as I
previously advised Mr. Armstrong.  (**See Amended Minute Order** at 1 n.2 [#410] filed February 9, 2012.)
The **Trial Preparation Conference Order** [#33]  filed June 25, 2010, provides in relevant part that "[a]
request for leave to file [a motion] shall not be contained or included in the paper sought to be filed.  **See
REB Cr. Practice Standard** V.B., C., and D."  (**Id.** at 1, n. 2.)  Although the initial trial preparation
conference order has been supplanted by the **Second Trial Preparation Conference Order** [#403] filed
January 24, 2012 (**see** Order at 6, ¶ 21), **REB Cr. Practice Standard** V.B., C., and D. remains in full force
and effect.

*"ACCEPTED"*

~~Richard Villogs Cymstim~~

███████████████

*FEBRUARY 17, 2014 C.E*

A court need not appoint an expert unless it is convinced that such services are necessary to an adequate defense. ***Christian v. United States***, 398 F.2d 517, 519 (10th Cir.1968). Furthermore, it is the defendant's burden to make a showing of necessity. ***See United States v. Mundt***, 508 F.2d 904, 908 (10th Cir.1974), ***cert. denied***, 421 U.S. 949, 95 S.Ct. 1682, 44 L.Ed.2d 103 (1975).

In a previous order, filed under restriction,[4] addressing this same request, I advised Mr. Armstrong of these precepts underlying entitlement to CJA funds.  Further, and more relevantly, I informed him that his "mere *ipse dixit* is not sufficient to establish necessity," pointing out that he had failed to "identif[y] any specific issues or areas of inquiry that Ms. Osborn may be asked to investigate or address" or to "suggest how much time she may need to devote to any investigation that may be contemplated[.]"[5]

The latest reincarnation of the motion only partially rectifies these shortcomings. Mr. Armstrong does state, but without further essential explication, that Ms. Osborn anticipates approximately 40 hours of work at a rate of $195 an hour.  However, nothing in his motion or in Ms. Osborn's curriculum vitae sheds any further light on the specific nature of Ms. Osborn's purported mission.  Given the alleged centrality of Ms. Osborn's testimony to the defense, Mr. Armstrong must have some notion of what issues and

---

[4] The instant motion was not filed *ex parte* or under restriction.

[5] Mr. Armstrong also chides me for alleged delay in ruling on this matter.  Any delay, however, is attributable to Mr. Armstrong himself.  As outlined in my order denying his prior CJA motion, Mr. Armstrong initially filed his request for expert assistance in his *civil* case, which is not before this court.  Although once apprised of the matter, I granted Mr. Armstrong leave to file a proper motion in this case, that motion was wholly unsubstantiated.  I, therefore, directed the court's CJA Specialist to contact Mr. Armstrong and inform him that further information and documentation were required.  After affording him ample time to respond to that missive, and having received nothing from Mr. Armstrong, I ruled on his motion in due course.  I note, moreover, that despite the supposed urgency of this matter, Mr. Armstrong waited another three weeks after that order was issued to file the present motion, which adds little of substance to his previous submission.

*"ACCEPTED"*

*Richard Kellogg Armstrong*

*FEBRUARY 17, 2012 C.E.*

matters he will ask her to investigate.[6] Yet the exact purposes and parameters of Ms.

Osborn's investigation remain a mystery. Without knowing precisely what issues Ms.

Osborn may address or what tasks she may perform on Mr. Armstrong's behalf, it is

impossible to conclude that her services are necessary to his adequate representation.[7]

THEREFORE, IT IS ORDERED as follows:

1. That defendant's **Motion for Leave To File a Motion for Authorization for**

**Court Paid Expert Forensic Witness To Investigate and Challenge IRS Charges of**

**Petitioner Filing Fraudulent and Fictitious Income Tax Forms Claiming Original**

**Issue Discount As Well As Demand for a Trial Date Extension** [#408], filed February

8, 2012, is **GRANTED IN PART** and **DENIED IN PART** as follows:

a. That the motion for leave to file a motion seeking authorization for the

appointment of Ms. Osborn is **GRANTED**; and

b. That the **Motion for Authorization for Court Paid Expert Forensic Witness**

**To Investigate and Challenge IRS Charges of Petitioner Filing Fraudulent and**

**Fictitious Income Tax Forms Claiming Original Issue Discount As Well As**

**Demand for a Trial Date Extension** is **DENIED**; and

2. That the clerk of the court is **DIRECTED** to mail Mr. Armstrong another copy

---

[6] Moreover, I certainly would not authorize the expenditure of CJA funds to allow any expert to conduct a fishing expedition in the mere hope of turning up some alleged flaw in the government's case.

[7] Concomitantly, without a more detailed description of the precise tasks Ms. Osborn might undertake and the precise issues she might address, it is not possible to conclude that 40 hours is a reasonable estimate of the time Ms. Osborn will require to complete her investigation. Similarly, there is nothing in the motion to substantiate the assertion that Ms. Osborn's schedule necessitates 90 days "lead time," and, thus, no basis for Mr. Armstrong's *demand* for a continuation of the trial date. At this late date it is the responsibility of Mr. Armstrong to nominate a putative expert who can complete the work required in time for trial, which is set to commence on April 9, 2012.

*"ACCEPTED"*
*Richard Villoggi Signatory*

*FEBRUARY 17, 2014 C.E.*

of the **Order Denying Motion To Answer Certified Question of Law Related to Jurisdiction in This Case** [#400] filed January 17, 2012.

Dated February 13, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*

Robert E. Blackburn
United States District Judge

5

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen                Month Two                        Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-106
Denver, CO 80294-3589

**In reply to:**"Case 1:10-cr-00317-REB Document 282 Filed 09/01/11 USDC Colorado Page
1 of 1 Criminal Case no. 10-cr-00317-REB MINUTE ORDER Dated: September 1, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 282 Filed 09/01/11 USDC Colorado
Page 1 of 1 Criminal Case no. 10-cr-00317-REB MINUTE ORDER Dated: September 1, 2011"
and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the
  Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver CO. 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of Court
U.S. District Court 901 19th Street, Room A-106 Denver, CO. 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE                                                                          NNNOA

*"ACCEPTED"*

*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

      Defendant.

---

### MINUTE ORDER[1]

---

      The government shall file a response by **September 8, 2011** to defendant's **Motion For Leave To File For Dismissal of Indictment With Prejudice Due To Grand Jury Irregularities** [#278][2] filed August 30, 2011.

      Dated:  September 1, 2011

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

    [2]"[#278]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-106
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 273 Filed 08/23/11 USDC Colorado Page 1 of 2 Criminal Case no. 10-cr-00317-REB ORDER Blackburn, J., Page 2 of 2 Dated August 23,2011 BY THE COURT Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 273 Filed 08/23/11 USDC Colorado Page 1 of 2 Criminal Case no. 10-cr-00317-REB ORDER Blackburn, J., Page 2 of 2 Dated August 23, 2011 BY THE COURT Robert E. Blackburn UNited States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver CO. 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of Court U.S. District Court 901 19th Street, Room A-106 Denver, CO. 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*

*Richard Kellogg Armstrong*

*FEBRUARY 17, 2014 C.E.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

      Defendant.

---

## ORDER

---

**Blackburn, J.**

      The following matters are before me: (1) the defendant's motion requesting leave

to file a motion to dismiss [#265][1] filed July 21, 2011; and (2) the defendant's **Motion for**

**Leave To File Motion for Bona Fides** [#268] filed July 26, 2011. At my behest the

government filed a response [#270] to both motions on August 10, 2011.

      Having judicially noticed all relevant adjudicative facts in the file and record as

developed *pro tanto*, having considered the reasons stated, arguments advanced, and

authorities cited by the defendant in his motions and the government in its response, I

find and conclude as follows: (1) that both motions are requests to file additional

motions; (2) that the defendant should be given an opportunity to file a motion to

dismiss limited, however, to the grounds of alleged prosecutorial misconduct related to

the government's alleged attempted bribery of a witness; (3) that the motion [#268] is a

---

[1]"[#265]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's electronic case filing and management system (CM/ECF). I use this
convention throughout this order.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 19, 2014 C.E.*

request to file another motion to recuse; and (4) that the grounds for recusal asserted in

the motion [#268] to file a motion to recuse are insufficient as a matter of fact and law to

warrant recusal. Thus, the motion [#265] should be granted in part, and the motion

[#268] should be denied.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That motion requesting leave to file a motion to dismiss [#265] filed July 21,

2011, is granted in part: by September 6, 2011, the defendant may file a motion to

dismiss limited to the grounds of alleged prosecutorial misconduct related to the

government's alleged attempted bribery of a witness; provided, furthermore, that by

September 20, 2011, the government shall file a response to the defendant's

anticipated motion to dismiss; and

     2.  That defendant's **Motion for Leave To File Motion for Bona Fides** [#268]

filed July 26, 2011, is denied.

     Dated August 23, 2011, at Denver, Colorado.

                                      **BY THE COURT:**

                                       *Bob Blackburn*
                                       Robert E. Blackburn
                                       United States District Judge

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:!0-cr-00317-REB Document 168-1 Filed 03/22/11 USDC Colorado Page 1 of 2 ORDER, Page 2 of 2 HONORABLE ROBERT E. BLACKBURN United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 168-1 Filed 03/22/11 USDC Colorado Page 1 of 2 ORDER, Page 2 of 2 HONORABLE ROBERT E. BLACKBURN United States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 28, 2014 C.E. for same day delivery to Clerk of the Court  U.S. District Court 901 19th Street Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

*" ACCEPTED "*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CURTIS L. MORRIS, and
2.     RICHARD KELLOGG ARMSTRONG,

        Defendants.

---

## ORDER

---

This matter comes before the Court upon the motion of the United States to limit the disclosure of tax returns and tax return information by the defense. After considering the motion and the file in this case, the Court finds good cause for the relief requested.

WHEREFORE, IT IS HEREBY ORDERED that the motion is granted. The attorneys for the Government have and must continue to disclose to the defendants or to their counsel of record tax returns and tax return information under 26 U.S.C. § 6103 in order to fulfill its statutory and Constitutional discovery obligations in this case.

IT IS ORDERED that disclosure of § 6103 material is solely for purposes of defending this case, and that the defense only disclose such information to the defendants, their counsel of record, and the defense team; that such § 6103 materials be maintained only in the custody of defense attorneys or *pro se* defendants; that such materials not be reproduced or disseminated to third parties; and that upon request, such materials be returned to the United States at the end of

"*Accepted*"
*Richard Kellogg Armstrong*
*February 17, 2014 C.E.*

this case.

DATED: _____.


_____
HONORABLE ROBERT E. BLACKBURN
United States District Judge

2

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen                Month Two                            Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 168 Filed 03/22/11 USDC Colorado Page 1 of 4,
Page 2 of 4 2, Page 3 of 4 DATED: March 21, 2011 at Denver Colorado JOHN F. WALSH Kevin
F. Sweeney 3, Page 4 of 4 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue me the Order of the
  Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: Kevin F. Sweeney, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CURTIS L. MORRIS, and
2.     RICHARD KELLOGG ARMSTRONG,

        Defendants.

---

## GOVERNMENT'S MOTION TO LIMIT THE DISCLOSURE OF § 6103 MATERIAL BY THE DEFENSE

---

      The United States of America, by and through its undersigned counsel, respectfully files

this motion to limit the disclosure of tax returns and tax return information by the defense.

**I.**    **Disclosure of Tax Returns and Tax Return Information**

      Title 26 U.S.C. § 6103 generally prohibits the disclosure of "tax returns" and other "tax

return information" unless the disclosure falls within one of the specific provisions of § 6103(c)

through (o). Section 6103(h)(4) authorizes a prosecutor to disclose taxpayer returns and return

information in a judicial proceeding related to tax administration if the taxpayer is a party, the

information is directly related to the resolution of an issue in the proceeding, or such information

directly relates to a transactional relationship between a person who is a party and the taxpayer.

26 U.S.C. § 6103(h)(4)(A)-(C). Further, § 6103(h)(4)(D) allows a prosecutor to produce returns

and return information when ordered to do so by the court to meet the Government's discovery

obligations. The above-captioned case involves tax returns and taxpayer return information that

*"ACCEPTED"*

*Richard Kellogg Armstrong*

*FEBRUARY 17, 2014 C.E,*

may be relevant evidence in the trial of the defendants. The defendants are charged with, among

other counts, conspiracy to defraud the United States with respect to claims and filing false

claims against the United States for their respective involvement in a scheme to present tax

returns to the Internal Revenue Service (hereinafter "IRS") and Department of Treasury for

themselves and others seeking false refunds based on fraudulent Forms 1099-OID. Therefore,

the disclosure of tax returns and return information has and will continue to be required for the

Government to comply with its discovery obligations under Federal Rule of Criminal Procedure

16, the Jencks Act, and/or Brady v. Maryland, 373 U.S. 83 (1963) and Giglio v. United States,

405 U.S. 150 (1972).

## II.   Restrictions on Disclosure of Material

The Government moves that disclosure of § 6103 material only be allowed for purposes

of defending this case, and that the defense only disclose such information to the defendants,

their counsel of record, and the defense team; that such § 6103 materials be maintained only in

the custody of defense attorneys or *pro se* defendants; that such materials shall not be reproduced

or disseminated to third parties; and that upon request, such materials be returned to the

government at the end of this case.  See Fed.R.Crim.P. 16(d)(1) (courts have the power to issue

"protective and modifying orders" regulating discovery).

Nothing in this motion or in the Court's authorization should be construed as enlarging

the Government's discovery obligations or creating any right to material not otherwise

discoverable, as determined by the Government or as directed by the Court.

2

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

      WHEREFORE, the United States requests that the court issue the attached order

prohibiting the defense from disclosing such material except as otherwise permitted in the order.

DATED: March 21, 2011, at Denver, Colorado.


                        Respectfully submitted,

                        JOHN F. WALSH
                        United States Attorney


                        s/Kevin F. Sweeney
                        By: Kevin F. Sweeney
                        Trial Attorney
                        Tax Division
                        U.S. Department of Justice

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*February 17, 2014 CE*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2011, I electronically filed the foregoing **GOVERNMENT'S MOTION TO LIMIT THE DISCLOSURE OF § 6103 MATERIAL BY THE DEFENSE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

Lisa Monet Wayne
lmoney20@aol.com

David L. Owen
davidowen@lodopc.com

I also certify that I sent the foregoing via U.S. Mail to the following:

Richard Kellogg Armstrong
#20413-298
Englewood Federal Correctional Institution
Inmate Mail/parcels
9595 West Quincy Avenue
Littleton, CO 80123

By:     s/ Kevin F. Sweeney
        KEVIN F. SWEENEY
        Trial Attorney

4

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 136 Filed 02/03/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: February 3, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 136 Filed 02/03/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: February 3, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589


### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

      Defendant.

---

## MINUTE ORDER[1]

---

By **February 17, 2011**, the government and defendant Richard Kellogg Armstrong, shall file a response to the **Motion For Permission To Release Grand Jury Transcript To Defendant Richard Kellogg Armstrong** [#134] filed February 3, 2011.

      Dated:  February 3, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen            Month Two                     Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 134 Filed 02/03/11 USDC Colorado Page
1 of 3 MOTION FOR PERMISSION TO RELEASE GRAND JURY TRANSCRIPTS TO DEFENDANT RICHARD
KELLOGG ARMSTRONG, Page 2 of 3 David L. Owen, jr. Page 2 of 3 Date: February 3, 2011,
Page 3 of 3 David L. Owen, jr, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the  Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg (Armstrong)*
*FEBRUARY 17, 2014 C.E.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No.:  10-cr-00317-REB

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**2. RICHARD KELLOGG ARMSTRONG,**

      Defendant.

---

## MOTION FOR PERMISSION TO RELEASE GRAND JURY TRANSCRIPTS TO DEFENDANT RICHARD KELLOGG ARMSTRONG

---

      Comes now, David L. Owen, Jr., of the Law Office of David L. Owen, Jr., P.C., and requests this Court's Order permitting him to release Grand Jury Transcripts to defendant Richard Kellogg Armstrong and in support states as follows:

      1.      On June 25, 2010, the Court, upon motion by the Government, entered an Order permitting disclosure of grand jury testimony and grand jury exhibits and other materials to the Defendants and their attorneys. Additionally, within that Order was the restriction the attorneys shall maintain custody of such materials (Doc. 34).

      2.      On January 7, 2011, the undersigned counsel was appointed to represent Mr. Armstrong throughout the pendency of this matter.

      3.      On January 27, 2011, after appropriate inquires the Court granted Mr. Armstrong's request to represent himself in the above captioned matter. The Court also appointed the undersigned as advisory and/or standby counsel (Doc. 129).

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*February 17, 2014 C.E.*

4.      The undersigned counsel took possession of the discovery CD's released to date from Mr. Armstrong's previous counsel. These discovery CD's included the grand jury transcripts and exhibits.

5.      In order for Mr. Richard Kellogg Armstrong to effectively represent himself in this matter he will need to have custody of the discovery, including the grand jury transcripts and exhibits.

WHEREFORE, counsel respectfully requests this Court's modification of it previous Order (Doc. 34) to allow Mr. Richard Kellogg Armstrong to maintain custody of grand jury transcripts and exhibits pending the completion of this matter.

Date: February 3, 2011

Respectfully submitted,

/s/ David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

## CERTIFICATE OF SERVICE

I hereby certify that on this February 3, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following email addresses:

AUSA Kenneth Mark Harmon kenneth.harmon@usdoj.gov

Ms. Lisa Monet Wayne, Esq.  Lmonet20@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Richard Kellogg Armstrong

/s/  David L. Owen, Jr.
Attorney Reg. No.: 39669
Law Office of David L. Owen, Jr., P.C.
8854 S. Miners St.
Highlands Ranch, CO 80126
(303) 993-7092

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Dav Seventeen          Month Two                          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:!0-cr-00317-REB Document 129 Filed 01/27/11 USDC Colorado Page 1 of 2
COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 129 Filed 01/27/11 USDC Colorado
Page 1 of 2 COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and
settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589


### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date:             January 27, 2011

Deputy Clerk:     Nel Steffens
Court Reporter:   Suzanne Claar

---

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                        *Counsel:*

UNITED STATES OF AMERICA,         Kenneth Harmon

     Plaintiff,

v.

1.  CURTIS L. MORRIS,             Lisa Wayne
2.  RICHARD KELLOGG ARMSTRONG,    David Owen

     Defendant.

---

## COURTROOM MINUTES

---

**Motion Hearing on #109**

**1:35 p.m.     Court in session.**

Appearances of counsel.

Defendant (1) Curtis Morris is present on bond.  Defendant (2) Richard Armstrong is present in custody.

Opening statements by the court.

Defendant Armstrong states that he no longer wants to be represented by Mr. Owen and further states that he wishes to represent himself.

Court asks preliminary questions of defendant Armstrong.

Mr. Harmon reads the Indictment.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 19, 2014 C.E.*

Court continues to question defendant as to representing himself in this case.

**IT IS ORDERED** as follows:

1.  That defendant (2) Richard Kellogg Armstrong's waiver of the right to counsel and his exercise of the right to represent himself is formally accepted and approved;

2.  That defendant Armstrong's request for the appointment of advisory counsel is **GRANTED**; and

3.  That effective forthwith, David L. Owen, Jr., is appointed as advisory and stand-by counsel for defendant Armstrong.

Court inquires of defendant Armstrong whether he is familiar with the pending motion set for hearing today.  Defendant states he is not.

Court declares a recess to allow time for defendant Armstrong to review the motion.

**2:40 p.m.     Court in recess.**

**3:00 p.m.     Court in session.**

Court confirms with defendant Armstrong that he has read **Defendant Armstrong's Unopposed Motion for Continuance of the Current Motions Filing Date, Telephonic Hearing Date, Pretrial Conference Date and Trial Date** [#109] filed January 14, 2011.

Defendant opposes the motion.

**IT IS FURTHER ORDERED** as follows:

4.  That **Defendant Armstrong's Unopposed Motion for Continuance of the Current Motions Filing Date, Telephonic Hearing Date, Pretrial Conference Date and Trial Date** [#109] filed January 14, 2011, is deemed **WITHDRAWN**.

Discussion regarding deadlines and setting of hearings.

The court will issue a written order confirming the deadlines and hearing dates agreed upon in open court today.

**3:10 p.m.     Court in recess.**

Total time in court:   01:15

Hearing concluded.

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen                Month Two                        Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 128 Filed 01/27/11 USDC Colorado Page
1 of 2 ORDER, Page 2 of 2 Dated January 27, 2011 at Denver, Colorado Robert E. Blackburn
United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:!0-cr-00317-REB Document 128 Filed 01/27/11 USDC Colorado
Page 1 of 2 ORDER, Page 2 of 2 Dated January 27, 2011 at Denver, Colorado Robert E.
Blackburn United States District Judge 2" and return your offer for closure and settlement
of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**.  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

      Defendants.

---

## ORDER

**Blackburn, J.**

      The matter before the court is **Defendant Armstrong's Unopposed Motion For Continuance of The Current Motions Filing Date, Telephonic Hearing Date, Pretrial Conference Date and Trial Date** [#109][1] filed January 14, 2011, by counsel for defendant Armstrong.

      After proper advisement by the court, the defendant, Richard Kellogg Armstrong, waived his right to an attorney and exercised his right to represent himself. After considering the motion, defendant Armstrong registered his objection. Thus, the court deemed the motion withdrawn.

      After conferring further with counsel and defendant Armstrong, the court entered orders concerning an extended deadline for filing non-CJA pretrial motions and responses, and the court set a status-setting conference. This order is entered to

---

[1] "[#109]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

*"ACCEPTED"*
*Richard Kellog Armstrong*
*FEBRUARY 17, 2014 G. E.*

confirm, reiterate, and explicate those orders.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Armstrong's Unopposed Motion For Continuance of The Current Motions Filing Date, Telephonic Hearing Date, Pretrial Conference Date and Trial Date** [#109] filed January 14, 2011, is **WITHDRAWN**;

2. That non-CJA pretrial motions **SHALL BE FILED** by February 28, 2011;

3. That any response to a timely filed pretrial motion **SHALL BE FILED** within thirty (30) days of the filing of the motion;

4. That the court **SHALL HOLD** a status-setting conference on Friday, April 1, 2011, commencing at 10:00 a.m., at which counsel and the defendants **SHALL APPEAR** without further notice or order; provided, furthermore, that to the extent necessary, the United States Marshal for the District of Colorado **SHALL ASSIST** the court in securing the appearance of defendant Armstrong; and

5. That the **Trial Preparation Conference Order** [#33], entered June 25, 2010, and the **Order Granting Motion To Continue Trial** [#77] entered September 2, 2010, are **AMENDED** and **SUPPLEMENTED** to the extent necessary to facilitate and implement these orders.

Dated January 27, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge

2

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 125 Filed 01/26/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: January 26, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 125 Filed 01/26/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: January 26, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*February 17, 2014. G.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

      Defendants.

---

## MINUTE ORDER[1]

---

The matter is before the court on defendant Armstrong's **Request For Hearing on Defendant Armstrong's Unopposed Motion For Continuance of The Current Motions Filing Date, Telephone Hearing Date, Pretrial Conference Date, and Trial Date** [#123] filed January 25, 2011.  After reviewing the motion and the file, the court has concluded that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That defendant Armstrong's **Request For Hearing on Defendant Armstrong's Unopposed Motion For Continuance of The Current Motions Filing Date, Telephone Hearing Date, Pretrial Conference Date, and Trial Date** [#123] filed January 25, 2011, is **GRANTED**;

      2.  That  **January 27, 2011**, commencing at 1:30 p.m., the court shall conduct a hearing on **Defendant Armstrong's Unopposed Motion For Continuance of The Current Motions Filing Date, Telephone Hearing Date, Pretrial Conference Date, and Trial Date** [#109] filed January 14, 2011; and

      3.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing defendant Armstrong's appearance for this hearing.

      Dated:  January 26, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 124 Filed 01/21/11 USDC Colorado Page 1 of 2 COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 124 Filed 01/21/11 USDC Colorado Page 1 of 2 COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date:                    January 21, 2011

Deputy Clerk:         Nel Steffens
Court Reporter:       Suzanne Claar

---

**Criminal Action No.  10-cr-00317-REB**

*Parties:*                              *Counsel:*

UNITED STATES OF AMERICA,               Kenneth Harmon

     Plaintiff,

v.

1. CURTIS L. MORRIS,                    Lisa Wayne
2. RICHARD KELLOGG ARMSTRONG,           David Owen

     Defendants.

---

### COURTROOM MINUTES

---

**Motion Hearing on #109**

**11:24 a.m.    Court in session.**

Defendants are present in custody.

Case is called by the court.

Defendant Armstrong states that he cannot hear.

Courtroom deputy clerk supplies another courtroom headset.

Defendant Armstrong states that he still cannot hear.

     **IT IS ORDERED** as follows:

*"ACCEPTED"*
*Roland Gillette (Armstrong)*
*FEBRUARY 19, 2014 C.E.*

That this hearing is **VACATED** and **CONTINUED** pending further order of the court.

**11:27 a.m.    Court in recess.**

Total time in court:   00:03

Hearing continued.

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen                Month Two                Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 49-1 Filed 07/22/10 USDC Colorado Page 1
of 9 DECLARATION, Page 2 of 9, 3, 4, 5, 6, 7, 8, Page 9 of 9 22nd day of July, 2010 GREG
M. FLYNN, SPECIAL AGENT"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 49-1 Filed 07/22/10 USDC Colorado
Page 1 of 9 DECLARATION, Page 2 of 9, 3, 4, 5, 6, 7, 8, Page 9 0f 9 22nd day of July,
2010 GREG M. FLYNN, SPECIAL AGENT" and return  your offer for closure and settlement of
the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue me the Order of the
  Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589
cc: Greg M. Flynn, Agent Internal Revenue Service 1999 Broadway, Suite 2700 Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.F.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    RICHARD KELLOGG ARMSTRONG,

        Defendant.

---

## DECLARATION

---

I, GREG M. FLYNN, hereby declare as follows:

1.    I am a Special Agent/Criminal Investigator with the Internal Revenue Service Criminal Investigation Division (IRS/CID). I have been employed as such since July of 1999, and have worked in the Denver Field Office since January of 2000. I am also the case agent for IRS/CID responsible for the investigation of the matters that led to the indictment of defendant Richard Kellogg Armstrong and co-defendant Morris in this case.

2.    On June 21, 2010, I testified as a witness for the government, in connection with a re-opened detention hearing concerning defendant Armstrong. I submit this declaration, as a supplement to my testimony, to present additional evidence bearing on the issues that have been raised concerning defendant Armstrong's detention, and specifically to address certain factual contentions made in the defendant's Motion to Reconsider Magistrate's Order of Detention (Docket Entry No. 43).

3.    In his motion, the defendant contends that tape recorded conversations between

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E,*

him and his spouse indicate that the defendant does not have vast financial resources at his

disposal and appears to be cash-strapped.  The recorded calls referenced by the motion appear to

be a set of recorded conversations between the defendant and his spouse while he was in pretrial

custody in this case at the Imperial County, California Jail.  I obtained digital copies of these

recorded calls and the digital copies were made available to the defense as part of the

government's pretrial disclosures in this case to date.  I have listened to all of the tape recorded

calls at this facility, which span from May 30, 2010, approximately ten days after the defendant's

arrest in Imperial County on this case,  through June 7, 2010.[1]

    4.    The substance of these recorded calls, when seen together with the evidence that I

have developed in the investigation of this case to date, is not, in my view, consistent with the

characterization of the defendant's financial condition set forth in the defendant's motion;  in

fact, tends to  undermine the contention that the defendant lacks substantial financial assets;  and

instead is consistent with the financial analysis that I conducted of the defendant's available bank

records showing that the defendant has placed a large amount of funds outside the United States.

    5.    As I indicated in my testimony at the June 21, 2010 detention hearing, on or about

December 15, 2008,  three United States Treasury checks totaling approximately $1.6 million

were deposited into an account that the defendant and his spouse maintained in Arizona with

Bank of America.  The checks corresponded to payments of income tax refunds and accrued

interest resulting from amended income tax returns that were filed for the defendant and his

spouse for the years 2005 through 2007 and which are the subject of counts in the indictment

pending in this case.  Using available bank account records, I attempted to trace these deposited

---

[1]    I was advised by officials at the jail that any calls between the defendant and
others at the jail that pre-date May 30 were no longer maintained at the time of my request.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*February 17, 2014 C.E.*

funds and was able to determine that roughly $947,000 was used for transactions in the United

States, including the purchase of real estate in Arizona and Colorado. I traced an additional

$395,500 of these funds to entities that appeared to be based outside of the United States,

including approximately $351,000 to the Caye International Bank in Belize for the apparent

benefit of an entity identified as "Redwood Resources, Ltd.", and approximately $44,500 to an

entity identified as "Admiral Global."

6.      Although I was unable to follow the further course of these funds, because the

transaction records were with foreign banks, I noted that two of the foreign banks in question –

Caye International and Provident Bank and Trust in Belize – appeared to be banks from which

the defendant and his spouse received significant wire transfers to domestic bank accounts both

pre-dating and post-dating the receipt and deposit of the three United States Treasury checks. I

observed, in this regard, that over the course of 2007 and 2008 the defendant and his spouse

received in excess of $100,000 from accounts in the name of "Blackstone Pension" at various

banks, including the Provident Bank and Trust of Belize, and that, between October 2008 and

July 2009, the defendant and his spouse received in excess of $50,000 from accounts in the

names of various entities at Caye International Bank in Belize.

7.      To date, I have not been able to fully account for roughly  $690,000 of the IRS

refund proceeds deposited to the domestic account of the defendant and his spouse in December

2008, a figure which includes the funds sent outside the United States.

8.      The recorded calls between the defendant and his spouse while the defendant was

housed at the Imperial County Jail appear to reference the funds that were placed offshore.

During the recorded conversations, Mrs. Armstrong told the defendant, in words or substance,

that  "they know about Belize" and the defendant replied that he did not care if they knew about

*"ACCEPTED"*
*Richard Kellogg Cynthia*
*FEBRUARY 17, 2014 C.E.*

it or not because "they can't do a fucking thing about Belize." While the recorded conversations

include numerous discussions about Mrs. Armstrong not having cash in bank accounts and not

having credit available on credit cards, the conversations take place amidst discussions about

Mrs. Armstrong's apparent lack of access to funds in Belize. In this particular regard, during one

of the recorded calls, Mrs. Armstrong expressed concern that she did not know how to do

anything with" it," appearing to refer to funds in Belize, to which the defendant responded that he

would instruct her on how to request a loan.[2] The defendant told his spouse, in specific, that, in

order for to get money, he would tell her how to go about requesting a loan from the "Canton

Foundation," one of the account names used to send money to the defendant and his spouse in

the United States from Caye Bank in Belize. The defendant, at one point, identified Caye Bank

by name in the conversations.

        9.      An additional reference in the recorded calls between the defendant and his

spouse concerning offshore funds included discussion about a contemplated refund of $20,000

that was being held at a real estate title company. In this particular regard, the defendant

indicated that the money could not be returned to its source, because the source was offshore, and

indicated that other arrangements for the return of the money would need to be made. Other

recorded conversation reflects that the defendant may continue to have access to funds not yet

identified by the government, the defendant, in this connection, making repeated references to

"FE," an apparent reference to "Foreign Enterprises," and how "they" have not hit "FE" yet.

        10.     Further, the recorded conversation, although addressing need for cash, reflect that

the defendant and his spouse were leading a comfortable lifestyle at the time of the defendant's

---

        [2]      At another point in the recorded conversations, Mrs. Armstrong reiterated this
point, indicating that she had nothing to with the banking and that the defendant had handled all
of the couple's banking.

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

arrest.  During the conversations, the couple discuss paying rent for two airplane hangars in

Arizona, and paying for the services of a gardener and a pool maintenance person.

11.     Overall the couples' discussions about their finances in these recorded calls,

together with the activity observed in their domestic bank accounts,  is consistent with someone

holding undisclosed funds offshore.  With these schemes, tax evaders, and others wishing to

conceal their assets, place funds offshore, and then sometimes repatriate the money using

payments characterized as loans to avert suspicion.  Payments characterized as loans would not

appear taxable to the borrower, and would conceal the fact that someone has an account offshore.

In these situations the foreign account holder may appear to be cash poor, when in fact they have

significant funds at their disposal in other countries.  Additionally, people engaging in these types

of activities will typically limit their exposure to adverse actions in the U.S. by leaving most of

their funds offshore, and beyond the reach of the IRS or U.S. Courts.  These individuals will

typically repatriate small amounts of funds only when needed.

12.     Since the June 21st detention hearing, I have also done additional investigation

concerning the nature and character of the ties of the defendant and his spouse to Cabo San

Lucas, Mexico.  I identified and  spoke with John Schmidbauer, a  neighbor of the couple in

Arizona.  Mr. Schmidbauer told me that defendant, and Mrs. Armstrong have a place of their

own in Cabo San Lucas and have visited this place for periods ranging from several weeks to

several months over the past ten years.  Although Mr. Schmidbauer did not know the exact

details of the Armstrong's place in Mexico, he  knows about their residence in Mexico  based on

direct conversations with Mr. Armstrong and because he picks up the couples' mail from their

rental mail box in Lake Havusu City, Arizona when they are out of town.  Mr. Schmidbauer also

stated he knows that Mrs. Armstrong sells real estate in Mexico, an observation that is consistent

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E,*

with the real estate website that I identified for Mrs. Armstrong and about which I testified at the

June 21st hearing.

13.      The recorded conversations of the couple while the defendant was housed in

Imperial County, California also reflect continuing ties and connection to Mexico. During these

conversations, at one point, in the context of discussing possible bail for the defendant, Mrs.

Armstrong questioned whether the government could consider the defendant a flight risk because

the couple have a have a house in Mexico.  At other points, Mrs. Armstrong indicates that she

needs to return to  Cabo San Lucas for  business and states that she will try to sell the couple's

vehicle in Mexico when she returns.  The defendant  also discussed  at various points efforts to

have one of the defendant's friends or associate fly Mrs. Armstrong back "South," an apparent

reference to Cabo San Lucas, and something consistent with my determination that the defendant

continues to have access to people who can provide private air transportation.   FAA records

which I have identified since the June 21st hearing corroborate that the defendant has had

frequent travel between the United States and Mexico; a representative from the Federal Aviation

Administration has informed me that the defendant's airplane, tail # N5509Y, filed numerous

flight plans for travel between the United States and Mexico and that FAA records indicate over

twenty round trips for this  plane between 2006 through 2010.

14.      As part of my additional investigation, I also attempted to get further information

about the degree of difficulty that a person without a passport would have in entering Mexico

from the United States.  In this regard, I spoke with a U.S. Customs and Border Protection agent

that has worked the U.S./ Mexico Boarder within the past year.  The agent advised me that the

absence of a U.S. Passport would not preclude someone from traveling from the U.S. to Mexico

by car or on foot.  The agent stated that vast majority of vehicles and pedestrians leaving the U.S.

*"ACCEPTED"*
*Richard Kellogg (?) _____*
*FEBRUARY 17, 2014 C.E.*

and entering Mexico at manned checkpoints are not stopped at all by either U.S. Customs and

Border Protection or the Mexican authorities.  U.S. pedestrian and automobile travelers are

supposed to have a U.S. Passport to re-enter the United States, but they are not required to have a

U.S. Passport to enter Mexico.  The agent informed me that the lack of a U.S. Passport would

pose no problem at all for someone wishing to travel from the U.S. to Mexico by car, or on foot.

The agent stated the absence of a passport would pose a problem for people traveling by

commercial air carriers.  The agent also stated there is nothing to stop someone from driving or

walking across the Mexican Boarder in areas not manned by Customs and Boarder Protection or

Mexican Authorities, of which there are many in Arizona and New Mexico.

      15.     Since the June 21st detention hearing, I have also investigated the practical

limitations of electronic home monitoring as a condition of the defendant's pretrial release, as

advocated by the defense.  I spoke with a Probation officer of the U.S. Department of Probation

in Colorado regarding electronic monitoring in Arizona.  The Probation officer indicated that he

had contacted the U.S. Probation Office in the District of Arizona and had learned that U.S.

Probation does not have offices in either Lake Havasu City, Arizona or Prescott, Arizona, the

two locations of the defendant's Arizona residences.  This officer stated those areas are serviced

by other U.S. Probation offices and that, as a best case scenario, the response time for a

probation officer to make a personal contact regarding an electronic home monitoring alert would

be at least two hours and that the probation officer would typically have to reach out to local law

enforcement officers for any sooner response. The officer indicated that the electronic home

monitoring system was such that an alert would only show that the defendant had left his

premises and would not indicate his location or route of travel, allowing a defendant inclined to

flee an opportunity for a good head start on law enforcement.  I also discussed with this officer

"*ACCEPTED*"
*Richard Kellogg Armstrong*
FEBRUARY 17, 2014 C.E.

how the system would function when the defendant had to travel to Colorado for case-related

purposes. The officer advised me that the system would not function at all, as the probation

office would turn off the system while the defendant was in travel status. The officer stated, in

short, that the systems was only able to tell if the wearer of device was home or not, and not

much else.

      16.    Finally, I note that the defendant asserts in his motion that he has no history of

disobeying government authority. I know this to be at variance with the evidence that I have

uncovered in this case, in connection with the defendant's response to IRS collection efforts. In

addition to comments that the defendant made to the revenue officer assigned to collect the

refund money from the defendant (a subject of my testimony), the defendant has made written

submission indicating unwillingness to acknowledge federal government taxing authority. In

specific, in response to IRS collection activity, the defendant has mailed several letters to the

IRS, and/or U.S. Treasury. On or about June 19, 2009, the IRS sent the defendant notices stated

he owed roughly $1.6 million to the IRS. Mr. Armstrong responded by taking the IRS notices,

and stamping "ACCEPTED FOR VALUE AND RETURNED FOR VALUE FOR

SETTLEMENT OF REFUND AND CLOSURE DATE: JULY 23, 2009 EXEMPTION

#0410-0001-4 \ 0049742083" on them and returning them to the IRS officer. The returned

notices were accompanied by a letter stating the IRS officer was breaking the law and would be

subject to "pains and penalties" as a result. The letter also states the defendant and his wife are

bonded for $100 Billion each and that the IRS must pay that amount to him prior to taking

anything from him. In general the correspondence is difficult to understand, but I would

certainly characterize it as defiant of government authority. In his correspondence, the defendant

also states he is a "sovereign" person, apparently in the context of asserting how he is not subject

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

to the taxing jurisdiction of the IRS or government authority generally. The defendant's

correspondence is consistent with individuals who believe they are sovereign citizens and

therefore not subject to Federal laws.

   I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

22nd day of July 2010 at Denver, Colorado.

                   _____

              GREG M. FLYNN, SPECIAL AGENT
              INTERNAL REVENUE SERVICE,
              CRIMINAL INVESTIGATION DIVISION

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 49 Filed 07/22/10 USDC Colorado Page 1 of 3, Page 2 of 3 DAVID M. GADUIETTE Kenneth M. Harmon Lisa M. Wayne, Esq. Richard K. Kornfeld, Esq. KENNETH M. HARMON"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral Being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Strret Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Richard K. Kornfeld, Attorney 1600 Stout Street, Suite 1000 Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00317-REB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  RICHARD KELLOGG ARMSTRONG,

   Defendant.

---

**GOVERNMENT'S RESPONSE AND SUBMISSION
TO DEFENDANT'S MOTION TO RECONSIDER
MAGISTRATE'S ORDER OF DETENTION**

---

  The United State of America, by and through its undersigned counsel, responds as follows:

  1.  The government adheres to its position that the defendant should be detained pending trial of this case for reasons set forth in the detention order of the United States District Court for the Southern District of California (Hon. Peter C. Lewis, Magistrate Judge) and for the reasons set forth in the detention order of Magistrate Judge Tafoya in this Court (Docket Entry No. 30), together with reasons advanced by government counsel and evidence adduced at a re-hearing on the issue of detention that took place on June 21, 2010, a transcript of which hearing is docketed at Docket Entry No. 48 in this case.

  2.  In further support of the orders of detention issued in this case, the government submits, as a supplement to testimony offered at the June 21, 2010 hearing, a declaration of Special Agent Greg M. Flynn, which accompanies this response. The declaration sets forth

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

evidence gathered in support of detention based on additional investigation conducted

subsequent to the June 21st hearing and responds to certain factual allegations advanced by the

defense in support of the reconsideration motion.  Agent Flynn will be present for the Court's

July 23, 2010 hearing on the motion and will be available, at the Court's discretion, to be

questioned and subject to cross-examination on the substance of this declaration.


Respectfully submitted,

DAVID M. GAOUETTE
United States Attorney


s/Kenneth M. Harmon
By:  Kenneth M. Harmon
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2010, I electronically filed the foregoing
**GOVERNMENT'S RESPONSE AND SUBMISSION IN TO DEFENDANT'S MOTION
TO RECONSIDER  MAGISTRATE'S ORDER OF DETENTION** with the Clerk of the
Court using the CM/ECF which will send notification of such filing to counsel at the following
e-mail addresses:


Lisa M. Wayne, Esq.
Lmonet20@aol.com
Attorney for Defendant Curtis L. Morris

Richard K. Kornfeld, Esq.
rick@rechtkornfeld.com
Attorney for Defendant Richard Kellogg Armstrong

"ACCEPTED"
Richard Kellogg Armstrong
FEBRUARY 17, 2014. C.E.

s/ Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 45 Filed 07/15/10 USDC Colorado Page 1 of 1
MINUTE ORDER July 15, 2010"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 45 Filed 07/15/10 USDC Colorado
Page 1 of 1 MINUTE ORDER July 15, 2010" and return your offer for closure and settlement
of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 12, 2014 C.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

      Defendant.

---

### MINUTE ORDER[1]

---

On **July 23, 2010**, commencing at 10:00 a.m., the court shall conduct a hearing on defendant's **Motion To Reconsider Magistrate's Order of Detention** [#43] filed July 14, 2010.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  July 15, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen                  Month Two                  Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB  Document 42 Filed 07/12/10 USDC Colorado Page 1 of 1
MINUTE ORDER July 12, 2010"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 42 Filed 07/12/10 USDC Colorado
Page 1 of 1 MINUTE ORDER July 12, 2010" and return your offer for closure and settlement
of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

*"ACCEPTED"
Richard Kellogg Armstrong
FEBRUARY 17, 2014 C. E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CURTIS L. MORRIS, and
2.  RICHARD KELLOGG ARMSTRONG,

      Defendants.

---

## MINUTE ORDER[1]

---

      The matter is before the court *sua sponte*.  The court has set a hearing on the **Defendants' Joint Unopposed Motion For Declaration of Complexity and To Exclude Time Within Which The Trial For The Offenses Charged in The Indictment Must Commence Pursuant to 18 U.S.C. § 3161(h)** [#36] on October 22, 2010.  The Trial Preparation Conference and jury trial are set August 20, 2010, and August 23, 2010, respectfully.  The court has concluded that these two matters should be vacated and continued pending further order of court.

      **THEREFORE, IT IS ORDERED** that the Trial Preparation Conference set for August 20, 2010, and the jury trial set to commence August 23, 2010, are **VACATED** and is **CONTINUED** pending further order of court.

      Dated:  July 12, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 37 Filed 07/07/10 USDC Colorado Page 1 of 1 MINUTE ORDER July 7, 2010"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:!0-cr-00317-REB Document 37 Filed 07/07/10 USDC Colorado Page  1 of 1 MINUTE ORDER July 7, 2010" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CURTIS L. MORRIS, and
2.  RICHARD KELLOGG ARMSTRONG,

      Defendants.

---

### MINUTE ORDER[1]

---

On **October 22, 2010**, commencing at 8:00 a.m., the court shall conduct a hearing on **Defendants' Joint Unopposed Motion For Declaration of Complexity and To Exclude Time Within Which the Trial For The Offenses Charged in The Indictment Must Commence Pursuant to 18 U.S.C. § 3161(h)** [#36] filed July 7, 2010. That, to the extent necessary, the United States Marshal for the District of Colorado, shall assist the court in securing defendant Richard Kellogg Armstrong's appearance for this hearing.

      Dated:  July 7, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen            Month Two            Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 34 Filed 06/25/10 USDC Colorado Page 1 of 2 ORDER, Page 2 of 2 June 25, 2010 Robert E. Blackburn United  States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 34 Filed 06/25/10 USDC Colorado Page 1 of 2 ORDER, Page 2 of 2 June 25, 2010 Robert E. Blackburn United States District Judge" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    CURTIS L. MORRIS, and
2.    RICHARD KELLOGG ARMSTRONG,

      Defendants.

---

## ORDER

---

**Blackburn, J.**

    The matter comes before the Court on the **Government's Motion to Disclose Grand Jury Material To Defendant** [#32] filed June 24, 2010, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).  Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Government's Motion to Disclose Grand Jury Material To Defendant** [#32] filed June 24, 2010, pursuant to Fed. R. Crim. P. 6(e) (3)(E)(I) is **GRANTED**;

    2.  That grand jury testimony and grand jury exhibits and other materials may be disclosed to the Defendants and their attorneys in the course of discovery in this case; and

*"ACCEPTED"*
*Richard Kellogg (Armstrong)*
*FEBRUARY 17, 2014 C.E.*

3.   That such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their attorneys; that the defendants' attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated June 25, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 27 Filed 06/21/10 USDC Colorado Page 1 of 2
Page  1 of 2 06/21/10, Page  2 of 2 Page 2 of 2 06/21/10"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 27 Filed 06/21/10 USDC Colorado
Page 1 of 2 06/21/10, Page 2 of 2 Page  2 of 2 06/21/10" and return your offer for
closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution – Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

Cabo San Lucas Baja California Sur Homes for Sale

"ACCEPTED" Page 1 of 2
Richard Kellogg Armstrong
FEBRUARY 17, 2014 C.E.





**Sharon Armstrong Cabo San Lucas Real**

EXCELLENT SERVICE BY PROFES

- Home
- Featured Listings
- For Rent
- Home Search
- Home Evaluation
- Calculators
- Buying
- Selling
- Lifestyle
- Home Improvement
- Contact Me



## Welcome to CABO REALTORS

**Featured Listin**



View Details

Single Story
Residential
3,000 sq. ft.
Bedrooms: 4
"LARGE MASTER BED
$4,500 USD Mon

Welcome to CABO REALTORS, your source for Cabo San Lucas real estate.

In today's competitive real estate market, timing is everything. Many good homes are sold before they are ever advertised. Beat other homebuyers to the hottest new homes for sale in Cabo San Lucas with my **New Listings Notification.**



**Working for you every day!**

 If you own real estate that you're thinking of selling, I would be happy to provide you with a **FREE Home Evaluation**. WANT ACTION? LIST WITH US!

Vonage  714 442-0587 direct to Cabo or local Cabo phone 624 145-8073

sharon@caborealtors.com
cell phone: 624 113-3959

Whether you are buying or selling a home, hire someone like us, who wants to earn your business. We invite you to contact us as we would be happy to assist you with this important transaction.

In addition, if you have any general questions about buying or selling real estate in Baja California Sur, please contact me as we more than willing to help.



Cabo San Lucas Baja California Sur Homes for Sale                              Page 2 of 2

*"ACCEPTED"*
*Sinhad Kellog Armstrong*
*FEBRUARY 17, 2014 C.E.*

Please browse my website
for listings, reports and
important local real estate
information.

Sincerely,
Sharon Armstrong
CABO REALTORS
owner/broker   AMPI  NAR
AND MLS



**Helping you with your move!**

Home  |  Featured Listings  |  For Rent  |  Home Search  |  Home Evaluation  |  Calculators
|  Selling  |  Lifestyle  |  Home Improvement  |  Contact Me

Privacy Policy  |  Site Map  |  Links  |  For Agents  |  Profile  |  **Login**

©2008-2010 CABO REALTORS



Powered by Point2 Real Estate Websites
The Point2 Homes Real Estate Network

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen             Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 25 Filed 06/21/10 USDC Colorado Page 1 of 9
(Revised March 20,2009 - Page 1), Page 2 of 9  Page 2, Page 3 of 9 Page 3, Page 4 of 9
Page 4, Page 5 of 9 Page 5, Page 6 of 9 Page 6, Page 7 of 9 6/21/10 Kenneth M. Harmon
Page 7, Page 8 of 9 July 6, 2010 July 19, 2010 Page 8, Page 9 of 9 6-21-10"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00317-REB          )
                                             )   JUDGE ASSIGNED:   BLACKBURN
UNITED STATES OF AMERICA,                    )
                                             )   ESTIMATED TRIAL TIME:   5 Days
            Plaintiff,                       )
                                             )   NUMBER OF DEFENDANTS:   2
v.                                           )
                                             )   DOCUMENTS DISCLOSURE EXTENSIVE
2. RICHARD KELLOGG ARMSTRONG,                )         YES / NO
                                             )   (Please circle one)
            Defendant.                       )

---

## DISCOVERY CONFERENCE MEMORANDUM AND ORDER

### INTRODUCTION

Rule 16, Federal Rules of Criminal Procedure, is entitled Discovery and Inspection and provides for discovery by both defendant and the government. D.C.COLO.LCrR 17.1.1 requires a discovery hearing to be held by a magistrate judge.

A defendant may discover certain material as a matter of right without any obligation to permit discovery by the government.  However, if a defendant requests certain materials by discovery, namely, documents and tangible objects, as well as reports of examinations and tests, then the defendant is obligated to permit similar discovery by the government.

In addition to discovery we will take up the matter of notice, as required by Rules 12.1 and 12.2, Fed.R.Crim.P., if the defense of alibi or mental capacity is contemplated. Further, a date will be set for the filing of all motions.

(Revised March 20, 2009 - Page 1)

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 c.E.*

At the conclusion of this hearing the report will be signed by defendant and/or his counsel, and government counsel, as well as the magistrate judge.  The discovery hearing proceedings will be recorded.

## I. DEFENDANT'S REQUEST FOR DISCOVERY AND NOTICE

(A)   Request for Rule 16 Material

1.   The defendant requests disclosure of the substance of any relevant oral statements made by the defendant, before or after arrest, in response to interrogation by any person the defendant knew to be a government agent if the government intends to use that statement at trial. Rule 16(a)(1)(A).  The government states that it will disclose to the defendant and make available for inspection, copying, or photographing such statements in accordance with Rule 16(a)(1)(A).

2.   The defendant requests disclosure of any relevant written or recorded statement made by the defendant within the government's possession, custody, or control, which the attorney for the government knows – or through due diligence could know – that the statement exists; the portion of any written record containing the substance of any relevant oral statement made before or after arrest if the defendant made the statement in response to interrogation by any person the defendant knew to be a government agent.  Rule 16(a)(1)(B)(i) and (ii).

3.   The defendant requests disclosure of any recorded testimony of the defendant before a grand jury which relates to the offense charged pursuant to Rule 16(a)(1)(B)(iii).  The government states it will permit the defendant to inspect and copy such statements.  If government counsel knows of such statements he will so indicate by initialing here.

———————————

(Revised March 20, 2009 - Page 2)

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

4.      The defendant requests, if the defendant is an organization, the government's disclosure

to the defendant of any statement described in Rule 16(a)(1)(A) and (B), if the

government contends that the person making the statement; (i) was legally able to bind

the defendant regarding the subject of the statement because of that person's position as

the defendant's director, officer, employee, or agent; or (ii) was personally involved in

the alleged conduct constituting the offense and was legally able to bind the defendant

regarding that conduct because of that person's position as the defendant's director,

officer, employee or agent.  Rule 16(a)(1)(C).

5.      The defendant requests a copy of his prior criminal record.  The government states it will

furnish to the defendant a copy of his prior criminal record, if any, in accordance with

Rule 16(a)(1)(D).

6.      The defendant, understanding his burden of reciprocal discovery as set forth in Rule

16(b)(1)(A), (requests) (does not request) disclosure of books, papers, documents, data,

photographs, tangible objects, buildings or places, and copies or portions thereof, which

are within the possession, custody, or control of the government, and which are material

to the preparation of his defense, or are intended for use by the government as evidence

in chief at the trial, or were obtained from or belong to the defendant.

7.      The defendant, understanding his burden of reciprocal discovery as set forth in Rule

16(b)(1)(B), (requests) (does not request) disclosure of any results or reports of physical

or mental examinations, and of scientific tests or experiments, or copies thereof, which

are within the possession, custody, or control of the government, the existence of which

is known, or by the exercise of due diligence may become known, to the attorney for the

government, and which are material to the preparation of the defense or are intended for

use by the government as evidence in chief at the trial.

(Revised March 20, 2009 - Page 3)

*"ACCEPTED"*
*Revised Killers (writings*
*FEBRUARY 17, 2014 C.E.*

8.   The defendant, understanding his burden of reciprocal discovery as set forth in Rule

16(b)(1)(C), (requests) (does not request) disclosure of a written summary of testimony

the government intends to use under Rule 702, 703, or 705 of the Federal Rules of

Evidence, relating to expert testimony and opinions of experts, during its case in chief at

trial, as set forth in Rule 16(a)(1)(G).

9.   The government acknowledges its continuing duty to disclose under Rule 16(c).

(B)   Request for Exculpatory Evidence

The defendant requests disclosure of evidence favorable to the defendant on the issue of guilt

and/or sentencing.  The government states it will disclose material evidence which is favorable to the

defendant as required by *Brady v. Maryland*, 373 U.S. 83 (1963); *Giglio v. United States*, 405 U.S. 150

(1972); and *United States v. Bagley*, 473 U.S. 667 (1985). The government acknowledges its

continuing duty to make these disclosures.  This request does not foreclose the defendant from filing a

more specific motion requesting exculpatory evidence.

(C)   Request for Evidence of Other Crimes, Wrongs, or Acts

The defendant requests notice of other crimes, wrongs or acts under Rule 404(b) of the Federal

Rules of Evidence.  The government states that if it intends to introduce such evidence at trial it will

provide written notice to the defendant no later than 21 days before trial unless, for good cause shown,

the court permits less notice in accordance with Rule 404(b).

(D)   Request for Disclosure of the Identity of Confidential Informants

1.   The government states there (was) (was not) a confidential informant who was a

participant in or a witness to the crime charged and that the informant (may) (will) (will

not) be called as a witness at trial. The government further states it (has supplied) (will       N/A

claim privilege of non-disclosure of) the identity of the confidential informant. *Rovario*

*v. United States*, 353 U.S. 53 (1957).

(Revised March 20, 2009 - Page 4)

*"ACCEPTED"*
*Richard Villare (Something*
*FEBRUARY 17, 2014 C.E.*

(E)    The Government States There Have Been in this Case:

(Circle those which are applicable)

N/A    1.    Telephone tape recordings;

N/A    2.    Electronic surveillance of the defendant or his premises;

N/A    3.    Leads obtained by electronic surveillance of defendant's person or premises; and

N/A    4.    Photographic surveillance.

N/A    The government (may) (will) (will not) permit discovery of the foregoing items.

## II.    GOVERNMENT'S REQUEST FOR DISCLOSURE AND NOTICE

(A)    Request for Rule 16 Material

1.    The government requests disclosure of books, papers, documents, data, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody or control of the defendant and which the defendant intends to introduce as evidence in chief at the trial.  If the defendant made a similar request under Rule 16(a)(1)(E), the defendant states that upon compliance by the government with the defendant's request he will permit the government to inspect and copy or photograph such items in accordance with Rule 16(b)(1)(A).

2.    The government requests disclosure of any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, within the possession or control of the defendant as described in Rule 16(b)(1)(B).  If the defendant made a similar request under Rule 16(a)(1)(F), the defendant states that upon compliance by the government with the defendant's request he will permit the government to inspect and copy or photograph such items in accordance with Rule 16(b)(1)(B).

3.    The government requests disclosure of a written summary of testimony the defendant intends to use under Rules 702, 703 and 705, F.R.E. as evidence at trial.  If the defendant

*"ACCEPTED"*
*Richard Kellis Armstrong*
*FEBRUARY 17, 2014 c.E.*

made a similar request under Rule 16(a)(1)(G), the defendant states that upon compliance

by the government with the defendant's request he will disclose such summaries in

accordance with Rule 16(b)(1)(C).

4.      The defendant acknowledges his continuing duty to disclose under Rule 16(c).

(B)     Request for Notice of Alibi

1.      The government hereby requests notice of the defendant's intent to rely on an alibi

defense pursuant to Rule 12.1(a) of the Federal Rules of Criminal Procedure.  The parties

agree that the indictment/information and the discovery provided by the government give

the defendant sufficient notice of the time, date, and place at which the alleged offense

was committed and triggers the defendant's obligation under Rule 12(a) to serve upon the

attorney for the government a written notice of alibi within 20 days from the date of this

request, or at such different time as the court may direct.  Should the defendant require

additional information concerning the time, date, or place at which the alleged offense

was committed, it is the defendant's obligation to file a request for additional information

in the time provided for filing motions.

2.      The government states that if the defendant files a notice of intent to rely upon alibi, the

attorney for the government shall serve upon the defendant or the defendant's attorney a

written notice stating the names and addresses of the witnesses upon whom the

government intends to rely to establish the defendant's presence at the scene of the

alleged offense and any other witnesses to be relied on to rebut the testimony of any of

the defendant's alibi witnesses.  The government's written notice shall be filed within 10

days of its receipt of the defendant's Rule 12.1(a) notice, but in no event less than 10 days

before trial, unless the court otherwise directs.

3.      The parties acknowledge their continuing duty to disclose under Rule 12.1(c).

(Revised March 20, 2009 - Page 6)

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

(C)   Request for Notice of Insanity Defense and Expert Testimony Regarding Defendant's Mental Condition

The government hereby requests notice of the defendant's intent to rely on a defense based on insanity or to introduce expert testimony relating to mental condition. If the defendant intends to rely on the defense of insanity or introduce expert testimony relating to mental disease or defect or any other mental condition bearing on the issue of guilt, he agrees to file a written notice and disclosure of the same within 20 days from the date of this request, or at such different time as the court may direct.

## III.   LIKELIHOOD OF DISPOSITION OR TRIAL

(A)   There is a (good) (fair) (poor) chance of a Rule 11 disposition of this case.

(B)   The parties understand that the court must be given notice of any proposed disposition no less than 10 days before the scheduled trial date.  Unless otherwise ordered, notice of disposition shall be filed no later than 14 days before the date set forth for trial.  (D.C.COLO LCrR 11.1A)

(C)   The defendant will receive a jury trial in accordance with F.R.Crim.P. 23(a).  Waiver of jury can only be accomplished by filing a motion with the trial court.

## IV.   SPEEDY TRIAL

(A)   The speedy trial time limits of 18 U.S.C. § 3161 are as follows:

| | |
|---|---|
| 30 days | 7-16-10 |
| 70 days | 8-21-10 |
| 90 days | 9-10-10 |

Date Signed
_6/21/10_

Date Signed
_6/21/10_

Date Signed

Richard Kellogg Armstrong
Defendant

Attorney for Defendant

Kenneth M. Harmon
Assistant United States Attorney

(Revised March 20, 2009 - Page 7)

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

## V.  **DISCOVERY ORDER**

(A)   Effect of Report

The responses by the parties set forth in this Report shall have the effect of a binding discovery order.  All requests for discovery will be considered continuing requests, and any discoverable information and/or material coming into the possession or knowledge of either party prior to or during the trial shall be made available to the opposing party promptly, consistent with the law and on an ongoing basis.

(B)   Disclosure by the Government

Unless otherwise specified in this Discovery Order, the government on or before *July 6, 2010* shall disclose those materials that are on that date within the possession of the attorney for the government and are subject to disclosure under the provisions of Rule 16.  If additional material subject to the disclosure obligations of Rule 16 come into the possession of the attorney for the government, the attorney for the government shall promptly disclose the material to the defendant.  The attorney for the government shall exercise due diligence as expressly required by provisions of Rule 16 to fulfill his or her discovery obligations under the provisions of Rule 16.

Written summaries of any testimony that the government intends to use under Rules 702, 703, or 705, Fed. R.Crim P. 16(a)(1)(G) shall be provided on such schedule as the District Court shall determine upon motion by either party.

(C)   Disclosure by the Defendant

Unless otherwise specified in this Discovery Hearing Report, the defendant shall disclose its Rule 16 discovery material to counsel for the government on or before *July 19, 2010* .

Written summaries of any testimony that the defendant intends to use under Rules 702, 703, or 705, Fed. R.Crim P. 16(b)(1)(C) shall be provided on such schedule as the District Court shall determine upon motion by either party.

*"ACCEPTED"*
*Richard Kellogg Armstrong*

(D)     Any motion alleging a failure to comply with the time limits set forth in this report and order

*FEBRUARY 17, 2014 C.E.*

must be filed promptly.

(E)     Any pretrial motions shall be filed on or before _____.


IT IS SO ORDERED.

BY THE COURT:

_____
U.S. Magistrate Judge

*6-21-10*
_____
Date

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 19 Filed 06/18/10 USDC Colorado Page 1 of 1 KORNFELD, RICHARD K. Boyd N. Boland"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 19 Filed 06/19/10 USDC Colorado Page 1 of 1 KORNFELD, RICHARD K. Boyd N. Boland" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: RICHARD K. KORNFELD 1600 Stout Street, Suite 1000 Denver, CO 80202
cc: Boyd N. Boland U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE

Case 1:10-cr-00317-REB   Document 19   Filed 06/18/10   USDC Colorado   Page 1 of 1

CJA 20   APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| COX | Armstrong, Richard Kellogg | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:10-000317-2RB | | |

| 7. IN CASE/MATTER OF   (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Morris | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
   1)  18 1341.F -- FRAUDS AND SWINDLES

12. ATTORNEY'S NAME   (First Name, M.I., Last Name, including any suffix)
AND MAILING ADDRESS
KORNFELD, RICHARD K.
SUITE 1000
1600 STOUT STREET
DENVER  CO 80202

Telephone Number:   (303) 573-1900

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
   X   O   Appointing Counsel          C   Co-Counsel
   F   Subs For Federal Defender   R   Subs For Retained Attorney
   P   Subs For Panel Attorney      Y   Standby Counsel

Prior Attorney's Name: _____

   Appointment Date: _____

Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or

Other (See Instructions)
   s/ Boyd N. Boland
Signature of Presiding Judicial Officer or By Order of the Court
   06/18/2010
Date of Order                              Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.   YES        NO

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15.  a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $        )   TOTALS: | | | | | |
| 16.  a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work   (Specify on additional sheets) | | | | | |
| (Rate per hour = $        )   TOTALS: | | | | | |
| 17.  Travel Expenses   (lodging, parking, meals, mileage, etc.) | | | | | |
| 18.  Other Expenses   (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____ | | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|

22. CLAIM STATUS        Final Payment        Interim Payment Number _____        Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   YES   NO   If yes, were you paid?   YES   NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   YES   NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____        Date: _____

| APPROVED FOR PAYMENT — COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

**Notice Date: Day Seventeen**          **Month Two**                    **Year 2014 C.E.**

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 8 Filed 06/09/10 USDC Colorado Page 1 of 9
Case 2:10-mj-08585-PCL Document 6 Filed 05/27/10 Page 1 of 1 May 28, 2010 10-mj-01088-KLM,
Page 2 of 9 Case 2:10-mj-08585-PCL Document 7 Filed 06/02/10 Page 1 of 4 Magistrate Case
No. 10MJ8585 Case 10MJ1088-NLM, Page 3 of 9 2, Page 4 of 9 3, Page 5 of 9 6-2-2010
PETER C. LEWIS DANIEL ZIPP, AUSA 4, Page 6 of 9 Case 2:10-mj-08585-PCL Document 3 Filed
05/21/10 Page 1 of 1 5/21/2010, Page 7 of 9 Page 1 of 3 6/9/2010, Page 8 of 9 Page 2 of
3 6/9/2010, Page 9 of 9 Page 3 of 3 6/9/2010"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
- Public Policy;
  I request discharge.

Please respond with three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: PETER C. LEWIS c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: DANIEL ZIPP U.S. Atttorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600
Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589          *Richard Kellogg Armstrong*
                                                                          Richard Kellogg Armstrong

# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.,
Clerk of Court

May 28, 2010

Clerk, U.S. District Court
District of Colorado
901 19th Street, 2nd Floor, Room A105
Denver, CO 80294

Re: USA v. Richard Kellogg Armstrong , Case No. 2:10-mj-08585-PCL

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the defendant(s) Richard Kellogg Armstrong : Certified copy of transfer order, Certified Docket Sheet, Out of District Complaint (copy), Warrant of Removal (copy), Waiver of Removal (copy) .

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ C. Castro, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF _____
AND ASSIGNED CASE NUMBER_____

CLERK, U.S. DISTRICT COURT

By:_____ , Deputy



"ACCEPTED"
Richard Kellogg Armstrong
FEBRUARY 17, 2014 O.E.

FILED

JUN 0 2 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate Case No.: 10MJ8585 |
| Plaintiff, | ) |
| | ) District of Colorado |
| v. | ) Case No.: 10MJ1088-NLM |
| Richard Kellogg ARMSTRONG, | ) |
| Defendant. | ) FINDINGS OF FACT AND ORDER |
| | ) OF DETENTION |

In accordance with 18 U.S.C. § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. §§ 3141, et seq.), a detention hearing was held on May 25, 2010, to determine whether defendant Richard Kellogg ARMSTRONG, should be held in custody pending trial on the ground that he is a risk of flight. Assistant U.S. Attorney Daniel Zipp appeared on behalf of the United States. Retained counsel Jonathan Lee Willis appeared on behalf of the Defendant.

Based on the evidence proffered by the United States and the Defendant, the Pretrial Services Report, and the complaint issued against the Defendant on May 18, 2010, in the District of Colorado, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required.

///

///

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

I

## FINDINGS OF FACT

A.    Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(G)(1)

1 .    A complaint was issued in the District of Colorado, Criminal Case No.: 10MJ1088-NLM, charging defendant with Filing False Claims Against the United States and Mail Fraud, in violation of 18 United States Code, §§ 287, 1341, and 2.

B.    Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2):

1.    Continuing from on or about October 23, 2008, through to on or about November 3, 2008, in the State and District of Colorado and elsewhere, Defendant made and presented to the U.S. Treasury Department claims against the United States for payments of refunds of taxes in the aggregate amount of approximately $1.4 million, which he then and there knew to be false, fictitious, and fraudulent, by causing to be prepared and filed Amended U.S. Individual Income Tax Returns, on Forms 1040X, for the years 2005, 2006, 2007, which returns were presented to the U.S. Treasury Department, through the Internal Revenue Service.  In violation of Title 18, United States Code, Section 287, and 2. In violation of Title 18, United States Code, Sections 1341 and 2.

2.    Continuing from on or about January 23, 2009, through to on or about January 31, 2009, in the State and District of Colorado and elsewhere, the defendant made and presented to the United States Treasury Department a claim against the United States for payment of a refund of taxes in the amount of approximately $1.739 million, which he then and there knew to be false, fictitious, and fraudulent, by causing to be prepared and filed a U.S. Individual Income Tax Return, on Form 1040, for the year 2008, which returns were presented to the United States Treasury Department, through the Internal Revenue Service.  In violation of Title 18, United States Code, Sections 1341 and 2.

3.    On or about October 23, 2008, in the State of and District of Colorado, and elsewhere, for the purpose of executing a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent material pretenses, representations, and promises, the defendant did knowingly cause, and aid and abet other to cause, to be deposited a matter and things to be sent and delivered by a commercial interstate carrier, according to the direction thereon, to wit, three completed amended U.S. Income Tax Returns for the years 2005, 2006, and 2007, from Elizabeth, Colorado to Prescott, Arizona.  In violation of Title 18, United States Code, Sections 1341 and 2.

2

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 U.E.*

C.    History and Characteristics of the Defendant (18 U.S.C. § 3142(G)(3)

1.    Defendant is a United States citizen.

2.    Defendant resides Lake Havasu City, Arizona.

3.    Defendant has a home in Cabo San Lucas, Mexico

4.    Defendant is a pilot who could easily fly across international borders without displaying a passport.

5.    Defendant has sent money internationally in amounts in excess of a million dollars which would enable him to live as a fugitive outside the United States.

D.    Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4)

1.    Other than that the charged crime, the government did not proffer evidence suggesting that release of the Defendant would pose a danger to any person or the community.

## II

## REASONS FOR DETENTION

A.    There is probable cause to believe that the Defendant committed the offenses charged in District of Colorado, Complaint No. 10MJ1088-NLM.

B.    Defendant has no ties to the Southern District of California.

C.    The District of Colorado is best suited to determine if there are any conditions that can be set to ensure Defendant's appearance.

D.    Thus the Court finds that the Government has sustained its burden of demonstrating, by a preponderance of the evidence, that the Defendant is a risk of flight and that there are no conditions or combination of conditions that it could set that would ensure Defendant's appearance for future court appearances.

## III

## ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

3

*"ACCEPTED"*
*Richard Willett (signature)*
*FEBRUARY 17, 2014 C.E.*

1   While in custody, upon order of a court of the United States or upon the request of an attorney

2   for the United States, the person in charge of the correctional facility shall deliver the Defendant to the

3   United States marshal for the purpose of an appearance in connection with a court proceeding or any

4   other appearance stipulated to by defense and government counsel.

5   THIS ORDER IS ENTERED WITHOUT PREJUDICE.

6   IT IS SO ORDERED.

7   DATED:   **6-2-2010**

8

9

10   _____
     PETER C. LEWIS
     UNITED STATES MAGISTRATE JUDGE

11

12   Prepared by:

13   KAREN P. HEWITT
     United States Attorney

14

15   _____
     DANIEL ZIPP
     ASSISTANT U.S. ATTORNEY

16   cc:   Jonathan Lee Willis
17         Counsel for Defendant

18

19

20

21

22

23

24

25

26

27

28

4

"*ACCEPTED*"

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

*Richard Kellog Armstrong*
*FEBRUARY 17, 2014 C.E.*

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

Richard Kellog Armstrong          CASE NUMBER: 10 MJ 8585
_____
Defendant                         CHARGING DISTRICTS
                                  CASE NUMBER: 10 MJ 1088 RLM

I understand that charges are pending in the District of Colorado (Denver)

alleging violation of 18 USC Secs 287, 1341 and 2 and that I have been arrested in this district and
                       (Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

   (1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

   (2)     an identity hearing to determine whether I am the person named in the charges;

   (3)     a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable
           cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

   (4)     Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X)  identity hearing

( )  preliminary hearing

( )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of
     an order requiring my appearance in the prosecuting district where the charges are pending against me.

X *Richard K. Armstrong*
_____
Defendant

_____5/21/2016_____                    _____
Date                                   Defense Counsel

```
┌─────────────────────────────────┐
│            FILED                │
│      ┌───────────────────┐      │
│      │    MAY 21 2010    │      │
│      └───────────────────┘      │
│    CLERK, U.S. DISTRICT COURT   │
│  SOUTHERN DISTRICT OF CALIFORNIA│
│  BY                      DEPUTY │
└─────────────────────────────────┘
```

CM/ECF - casd                                                                  Page 1 of 3

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*February 17, 2014 @ IE*   CLOSED

# U.S. District Court
## Southern District of California (El Centro)
## CRIMINAL DOCKET FOR CASE #: 2:10-mj-08585-PCL All Defendants

Case title: USA v. Armstrong                     Date Filed: 05/21/2010
                                                 Date Terminated: 05/27/2010

Assigned to: Magistrate Judge Peter C.
Lewis

### Defendant (1)

**Richard Kellogg Armstrong**         represented by   **Jonathan Lee Willis**
*TERMINATED: 05/27/2010*                               Jon Willis, Attorney at Law
                                                       527 West Main Street
                                                       El Centro, CA 92243-3006
                                                       (760) 457-7074
                                                       Fax: (760) 352-7770
                                                       Email: jlwwesq@msn.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

### Pending Counts                                **Disposition**

None

### Highest Offense Level (Opening)

None

### Terminated Counts                             **Disposition**

None

### Highest Offense Level (Terminated)

None

### Complaints                                    **Disposition**

18:287, 1341, and 2 - Filing False
Claims Against the United States and
Mail Fraud

### Plaintiff

*ACCEPTED*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

| | | |
|---|---|---|
| **USA** | represented by | **U S Attorney CR** |

U S Attorneys Office Southern District
of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Assistant United States
Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2010 | | Arrest of Richard Kellogg Armstrong (cxc) (jcj). (Entered: 05/21/2010) |
| 05/21/2010 | 1 | OUT OF DISTRICT COMPLAINT as to Richard Kellogg Armstrong. (Attachments: # 1 Info Sheet) (cxc) (jcj). (Entered: 05/21/2010) |
| 05/21/2010 | 2 | Minute Entry for proceedings held before Magistrate Judge Peter C. Lewis: Initial Appearance - ODC as to Richard Kellogg Armstrong held on 5/21/2010. Appearance entered by Jonathan Lee Willis for Richard Kellogg Armstrong on behalf of defendant. Attorney Jonathan Lee Willis retained for Richard Kellogg Armstrong. Waiver of Rule 5 filed. Government oral motion for detention. Order of removal ordered withheld until detention hearing is held. ( Detention Hearing set for 5/25/2010 01:30 PM in El Centro before Magistrate Judge Peter C. Lewis.) (Tape #10:55 - 11:04). (Plaintiff Attorney Karla Davis). (Defendant Attorney Diane Regan). (erf) Modified on 5/24/2010 to correct initial app date (jcj). (Entered: 05/21/2010) |
| 05/21/2010 | 3 | WAIVER of Rule 5 & 5.1 Hearings by Richard Kellogg Armstrong (cxc) (Entered: 05/24/2010) |
| 05/25/2010 | 4 | Minute Entry for proceedings held before Magistrate Judge Peter C. Lewis: Detention Hearing as to Richard Kellogg Armstrong held on 5/25/2010. USA oral motion for detention; motion granted as to Richard Kellogg Armstrong. Order of detention to be submitted by AUSA. Removal Hearing as to Richard Kellogg Armstrong held on 5/25/2010. Defendant ordered removed forthwith. Government to prepare warrant of removal. (Tape #14:35-14:47). (Plaintiff Attorney Daniel Zipp). (Defendant Attorney Jon Willis, Rtnd.). (erf) (Entered: 05/26/2010) |
| 05/27/2010 | 5 | WARRANT of Removal Issued to the District of Colorado as to Richard Kellogg Armstrong. (cxc) (jcj). (Entered: 05/28/2010) |
| 05/27/2010 | 6 | Case removed to the *District of Colorado**901 19th Street, 2nd Floor, Room A105**Denver, CO 80294* as to *Richard Kellogg Armstrong*. Sent certified copy of transfer order*, Certified Docket Sheet, Out of District Complaint (copy), Warrant of Removal (copy), Waiver of Removal (copy)*. (cxc) (jcj). |

CM/ECF - casd                                                                    Page 3 of 3

*"ACCEPTED"*
*Michael Kellogg Connecting*
*FEBRUARY 17, 2014 C.E.*

|  |  |  |
|---|---|---|
|  |  | (Entered: 05/28/2010) |
| 06/02/2010 | 7 | FINDINGS OF FACT AND ORDER OF DETENTION as to Richard Kellogg Armstrong. Signed by Magistrate Judge Peter C. Lewis on 06/02/10. (cxc) (Entered: 06/03/2010) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/09/2010 08:36:36 | | |
| **PACER Login:** ud0669 | **Client Code:** trlee | |
| **Description:** Docket Report | **Search Criteria:** 2:10-mj-08585-PCL | |
| **Billable Pages:** 2 | **Cost:** 0.16 | |

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

**Notice Date: Day Seventeen**        **Month Two**        Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 7 Filed 06/08/10 USDC Colorado Page 1 of 3 MOTION TO SEAL 1, Page 2 of 3, Page 3 of 3 DAVID M. GAOUETTE KENNETH M. HARMON 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 7 Filed 06/08/10 USDC Colorado Page 1 of 3 MOTION TO SEAL 1, Page 2 of 3 2, Page 3 of 3 DAVID M. GAOUETTE KENNETH M. HARMON 3" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Raod
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: DAVID M. GAOUETTE, AUSA U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*February 17, 2014 C.E.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.   CURTIS L. MORRIS, and
2.   RICHARD KELLOGG ARMSTRONG,

     Defendants.

---

MOTION TO SEAL

---

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Court for an order directing to be filed under seal this motion, any orders thereon, the indictment and the arrest warrant issued thereon for defendant Curtis L. Morris in this case (except for copies for the U.S. Marshal, and any other law enforcement agency assisting in the execution of the arrest warrant), until such time as the arrest warrant is executed and the defendant Morris or defendant Armstrong have had their initial appearances on the indictment in this case, whichever is earlier, or until further order.

As grounds for the motion, the government states as follows:

It is believed that the defendant Morris is currently

1

"ACCEPTED"
Richard Kellogg Armstrong
February 19, 2014 C.E.

residing in Elizabeth, Colorado and is unaware of the indictment

or that criminal charges that are the subject of the indictment,

as pertains to him, are imminent.

It is believed that public disclosure of the indictment

could alert the defendant and cause him to flee, re-locate or

take other actions to otherwise frustrate the execution of the

arrest warrant.

Defendant Armstrong was previously arrested in the Southern

District of California on a criminal complaint filed in this

district concerning charges that are now the subject of the

indictment in this case (Criminal Complaint, Case No. 10-mj-1088-

KLM).  The defendant Armstrong has now had Fed.Crim.P. Rule 5

proceedings in that district, has been ordered detained and is

being transported to the District of Colorado for further

proceedings in this case.

Sealing the indictment and arrest warrant issued thereon

will help facilitate the orderly arrest of defendant Morris, and

help ensure the safety of the law enforcement officers executing

the arrest warrant, by allowing the arrest to take place without

the advance knowledge of defendant Morris.

WHEREFORE, the United States respectfully requests that

this Court issue an order sealing the indictment and the arrest

warrant for defendant Morris, and any order issued by this Court

with regard to this motion (except for copies for the U.S.

2

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

Marshal, and any other law enforcement agency assisting in the execution of the arrest warrant), until further order of the Court or upon the execution of the arrest warrant of defendant Morris or either defendant's initial appearance on the indictment in this case.   In the event that defendant Armstrong's initial appearance on this indictment precedes the arrest of defendant Morris, the United States would respectfully request that the indictment be unsealed with respect to defendant Armstrong only and that references to defendant Morris in the indictment, as it would appear in the public record, be redacted until such time as defendant Morris's arrest.

Respectfully submitted,

DAVID M. GAOUETTE
United States Attorney


By: s/ Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Seventeen          Month Two               Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** " Case 1:10-cr-00317-REB Document 4 Filed 05/18/10 USDC Colorado Page 1 of
2 Criminal Case No. 10-mj-01088-KLM ORDER TO SEAL, Page 2 of 2 18TH day of May 2010 K L
Mix"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, Sentient moral being accept for
value your Presentment " Case 1:10-cr-00317-REB Document 4 Filed 05/18/10 USDC Colorado
Page 1 of 2 Criminal Case No. 10-mj-01088-KLM ORDER TO SEAL, Page 2 of 2 18TH day of
May 2010 K L Mix" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: K L Mix c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600
Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

"*ACCEPTED*"
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. *10-mj-01088-NLM*

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.   RICHARD KELLOGG ARMSTRONG,

     Defendant.

---

ORDER TO SEAL

---

    The Court has for consideration the government's Motion to Seal wherein the government asks this Court to seal the criminal complaint and its supporting affidavit, and the arrest warrants in this case, as well as the government's Motion to Seal, and any order issued with regard to the motion.  Upon consideration,

    IT IS ORDERED that the government's Motion to Seal, this Order, and the criminal complaint and its supporting affidavit, and the arrest warrant are hereby sealed (except that copies may be provided to the U.S. Marshal and any other law enforcement agency assisting in the execution of the arrest warrant), until further order of this Court or until such time as the arrest

*"ACCEPTED"*
*Richard Kellogg (sui juris)*
*FEBRUARY 17, 2014 C.E,*

warrant is executed and the defendant's initial appearance on the

criminal complaint in this case.

DONE AND ORDERED on this *18th* day of May 2010.

_____
UNITED STATES MAGISTRATE JUDGE

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen               Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 3 Filed 05/18/10 USDC Colorado Page 1 of 3 Criminal Case No. 10-mj-01088-KLM MOTION TO SEAL 1, Page 2 of 3 DAVID M. GAOUETTE 2, Page 3 of 3 KENNETH M. HARMON 3 "

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 3 Filed 05/18/10 USDC Colorado Page 1 of 3 Criminal Case No. 10-mj-01088-KLM MOTION TO SEAL 1, Page 2 of 3 DAVID M. GAOUETTE 2, Page 3 of 3 KENNETH M. HARMON 3" and return your offer for closure and settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David M. Gaouette, AUSA U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO, 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

*"ACCEPTED"*
*Richard Kellogg Armstrong*
*FEBRUARY 17, 2014 C.E.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. *10-mj-01088-KLM*

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.   RICHARD KELLOGG ARMSTRONG,

     Defendant.

---

MOTION TO SEAL

---

The United States of America, by and through the
undersigned Assistant United States Attorney, hereby moves this
Court for an order directing to be filed under seal this motion,
any orders thereon, the criminal complaint and its supporting
affidavit, and the arrest warrant issued thereon in this case
(except for copies for the U.S. Marshal, and any other law
enforcement agency assisting in the execution of the arrest
warrant), until such time as the arrest warrant is executed and
the defendant has his initial appearance on the criminal
complaint in this case or until further order.

As grounds for the motion, the government states as follows:

It is believed that the defendant is currently residing in
Prescott, Arizona and is unaware of the criminal complaint or
that criminal charges that are the subject of the complaint are

1

" ACCEPTED "
Richard Kellogg Cjnatary
FEBRUARY 17, 2014 C .E.

imminent.

It is believed that public disclosure of the criminal complaint could alert the defendant and cause him to flee, re-locate or take other actions to otherwise frustrate the execution of the arrest warrant.

Sealing the criminal complaint, supporting affidavit and arrest warrants issued thereon will help facilitate the orderly arrest of the defendant, and help ensure the safety of the law enforcement officers executing the arrest warrant, by allowing the arrest to take place without the advance knowledge of the defendant.

WHEREFORE, the United States respectfully requests that this Court issue an order sealing the criminal complaint and its supporting affidavit, and the arrest warrants in this case, this motion to Seal, and any order issued by this Court with regard to this motion (except for copies for the U.S. Marshal, and any other law enforcement agency assisting in the execution of the arrest warrant), until further order of the Court or upon the execution of the arrest warrant and the defendant's initial appearance on the indictment in this case.

Respectfully submitted,

DAVID M. GAOUETTE
United States Attorney

2

"ACCEPTED"
Richard Kellogg Armstrong
FEBRUARY 17, 2014 C.E.

By: s/ Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

3

NOTICE OF AND RESCISSION OF
NOTICE OF AND INQUIRY INTO CONFISCATION OF PRIVATE LEGAL CORRESPONDENCE
AND REQUEST FOR EQUITABLE REMEDY FOR CAUSE

NOTICE DATE: Day Seventeen             Month Two               Year 2014 C.E.

Clerk of the Court
U.S. DIstrict Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 653 Filed 03/14/13 USDC Colorado Page 1 of 3
NOTICE OF AND INQUIRY INTO CONFISCATION OF PRIVATE LEGAL CORRESPONDENCE AND REQUEST FOR
EQUITABLE REMEDY NOTICE DATE: Day Ten Month: Three Year: 2013 C.E. Page 2 of 3,
Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the
Original "supra" including every copy for cause.  I made a mistake creating, signing,
dating, authorizing, filing and Presenting the **NOTICE OF AND INQUIRY INTO CONFISCATION
OF PRIVATE LEGAL CORRESPONDENCE AND REQUEST FOR EQUITABLE REMEDY.**  I repent of my sin.

I willingly, knowingly, voluntarily, intentionally, and intelligently perform this act
and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a
pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the
words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into
the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to
your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand
of the hunter, and like a bird from the hand of the fowler."

**I RESERVE ALL MY RIGHTS WITH EXPLICT RESERVATION AND WITHOUT PREJUDICE.**

                                              Sincerely,

                                              Richard Kellogg Armstrong
                                              c/o 20413-298
                                              Federal Correctional
                                              Institution – Lompoc
                                              3600 Guard Road
                                              Lompoc, California

Footnotes: 1)Proverbs 6:1 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5
Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF AND INQUIRY INTO CONFISCATION
OF PRIVATE LEGAL CORRESPONDENCE AND REQUEST FOR EQUITABLE REMEDY FOR CAUSE** was sealed in an envelope with First
Class Postage paid and deposited in United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard
Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District
Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                              Richard Kellogg Armstrong