## NOTICE OF AND RESCISSION OF
### NOTICE OF AND INQUIRY INTO CONFISCATION OF PRIVATE LEGAL CORRESPONDENCE AND REQUEST FOR EQUITABLE REMEDY FOR CAUSE

NOTICE DATE: Day Seventeen                 Month Two                      Year 2014 C.E.

Clerk of the Court
U.S. DIstrict Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 653 Filed 03/14/13 USDC Colorado Page 1 of 3 NOTICE OF AND INQUIRY INTO CONFISCATION OF PRIVATE LEGAL CORRESPONDENCE AND REQUEST FOR EQUITABLE REMEDY NOTICE DATE: Day Ten Month: Three Year: 2013 C.E. Page 2 of 3, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being rescind the Original "supra" including every copy for cause. I made a mistake creating, signing, dating, authorizing, filing and Presenting the **NOTICE OF AND INQUIRY INTO CONFISCATION OF PRIVATE LEGAL CORRESPONDENCE AND REQUEST FOR EQUITABLE REMEDY.** I repent of my sin.

I willingly, knowingly, voluntarily, intentionally, and intelligently perform this act and deed.

[1]"My son, if you have become surety for your friend, if you have shaken hands in a pledge for a stranger"[2]"You are snared by the words of your mouth; you are taken by the words of your mouth."[3]"So do this, my son, and deliver yourself; for you have come into the hand of your friend; go humble yourself; plead with your friend."[4]"Give no sleep to your eyes, nor slumber to your eyelids."[5]"Deliver yourself like a gazelle from the hand of the hunter, and like a bird from the hand of the fowler."

I RESERVE ALL MY RIGHTS WITH EXPLICT RESERVATION AND WITHOUT PREJUDICE.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Footnotes: 1)Proverbs 6:1 2)Proverbs 6:2 3)Proverbs 6:3 4)Proverbs 6:4 5)Proverbs 6:5
Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NOTICE OF AND RESCISSION OF NOTICE OF AND INQUIRY INTO CONFISCATION OF PRIVATE LEGAL CORRESPONDENCE AND REQUEST FOR EQUITABLE REMEDY FOR CAUSE** was sealed in an envelope with First Class Postage paid and deposited in United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 412 Filed 02/13/12 USDC Colorado Page 1 of 5 1, 2 2, 3 3, 4 4, Page  5 of 5 February 13, 2012 Robert E. Blackburn 5"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 412 Filed 02/13/12 USDC Colorado Page 1 of 5 1, 2 2, 3 3, 4 4, Page 5 of 5 February 13, 2012 Robert E. Blackburn 5" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

                                  Sincerely,

                                  *Richard Kellogg Armstrong*
                                  Richard Kellogg Armstrong
                                  c/o 20413-298
                                  Federal Correctional
                                  Institution - Lompoc
                                  3600 Guard Road
                                  Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                  *Richard Kellogg Armstrong*
                                  Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 412 Filed 02/13/12 USDC Colorado Page 1 of
5 1, 2 2, 3 3, 4 4, Page  5 of 5 February 13, 2012 Robert E. Blackburn 5"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 412 Filed 02/13/12 USDC Colorado
Page 1 of 5 1, 2 2, 3 3, 4 4, Page 5 of 5 February 13, 2012 Robert E. Blackburn 5" and
return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-106
Denver, CO 80294-3589

**In reply to:**"Case 1:10-cr-00317-REB Document 282 Filed 09/01/11 USDC Colorado Page
1 of 1 Criminal Case no. 10-cr-00317-REB MINUTE ORDER Dated: September 1, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 282 Filed 09/01/11 USDC Colorado
Page 1 of 1 Criminal Case no. 10-cr-00317-REB MINUTE ORDER Dated: September 1, 2011"
and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the
  Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver CO. 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of Court
U.S. District Court 901 19th Street, Room A-106 Denver, CO. 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen       Month Two       Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-106
Denver, CO 80294-3589

**In reply to:**"Case 1:10-cr-00317-REB Document 282 Filed 09/01/11 USDC Colorado Page
1 of 1 Criminal Case no. 10-cr-00317-REB MINUTE ORDER Dated: September 1, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 282 Filed 09/01/11 USDC Colorado
Page 1 of 1 Criminal Case no. 10-cr-00317-REB MINUTE ORDER Dated: September 1, 2011"
and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the
  Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver CO. 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of Court
U.S. District Court 901 19th Street, Room A-106 Denver, CO. 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-106
Denver, CO 80294-3589

**In reply to:**"Case 1:10-cr-00317-REB Document 273 Filed 08/23/11 USDC Colorado Page
1 of 2 Criminal Case no. 10-cr-00317-REB ORDER Blackburn, J., Page 2 of 2 Dated August
23,2011 BY THE COURT Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 273 Filed 08/23/11 USDC Colorado
Page 1 of 2 Criminal Case no. 10-cr-00317-REB ORDER Blackburn, J., Page 2 of 2 Dated
August 23, 2011 BY THE COURT Robert E. Blackburn UNited States District Judge 2" and
return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the
  Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver CO. 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of Court
U.S. District Court 901 19th Street, Room A-106 Denver, CO. 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen                Month Two                Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-106
Denver, CO 80294-3589

**In reply to:**"Case 1:10-cr-00317-REB Document 273 Filed 08/23/11 USDC Colorado Page 1 of 2 Criminal Case no. 10-cr-00317-REB ORDER Blackburn, J., Page 2 of 2 Dated August 23,2011 BY THE COURT Robert E. Blackburn United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 273 Filed 08/23/11 USDC Colorado Page 1 of 2 Criminal Case no. 10-cr-00317-REB ORDER Blackburn, J., Page 2 of 2 Dated August 23, 2011 BY THE COURT Robert E. Blackburn UNited States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver CO. 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of Court U.S. District Court 901 19th Street, Room A-106 Denver, CO. 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen            Month Two                  Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 45 Filed 07/15/10 USDC Colorado Page 1 of 1
MINUTE ORDER July 15, 2010"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:!0-cr-00317-REB Document 45 Filed 07/15/10 USDC Colorado
Page 1 of 1 MINUTE ORDER July 15, 2010" and return your offer for closure and settlement
of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE                                                    NNNOA

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 45 Filed 07/15/10 USDC Colorado Page 1 of 1 MINUTE ORDER July 15, 2010"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:!0-cr-00317-REB Document 45 Filed 07/15/10 USDC Colorado Page 1 of 1 MINUTE ORDER July 15, 2010" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB  Document 42 Filed 07/12/10 USDC Colorado Page 1 of 1
MINUTE ORDER July 12, 2010"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:!0-cr-00317-REB Document 42 Filed 07/12/10 USDC Colorado
Page 1 of 1 MINUTE ORDER July 12, 2010" and return your offer for closure and settlement
of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen                    Month Two                         Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB  Document 42 Filed 07/12/10 USDC Colorado Page 1 of 1
MINUTE ORDER July 12, 2010"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 42 Filed 07/12/10 USDC Colorado
Page 1 of 1 MINUTE ORDER July 12, 2010" and return your offer for closure and settlement
of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution – Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 37 Filed 07/07/10 USDC Colorado Page 1 of 1 MINUTE ORDER July 7, 2010"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1::10-cr-00317-REB Document 37 Filed 07/07/10 USDC Colorado Page 1 of 1 MINUTE ORDER July 7, 2010" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 37 Filed 07/07/10 USDC Colorado Page 1 of 1 MINUTE ORDER July 7, 2010"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 37 Filed 07/07/10 USDC Colorado Page  1 of 1 MINUTE ORDER July 7, 2010" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen        Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 34 Filed 06/25/10 USDC Colorado Page 1 of 2
ORDER, Page 2 of 2 June 25, 2010 Robert E. Blackburn United  States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 34 Filed 06/25/10 USDC Colorado
Page 1 of 2 ORDER, Page 2 of 2 June 25, 2010 Robert E. Blackburn United States District
Judge" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *[signature]*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *[signature]*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen                 Month Two                        Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 34 Filed 06/25/10 USDC Colorado Page 1 of 2
ORDER, Page 2 of 2 June 25, 2010 Robert E. Blackburn United  States District Judge"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 34 Filed 06/25/10 USDC Colorado
Page 1 of 2 ORDER, Page 2 of 2 June 25, 2010 Robert E. Blackburn United States District
Judge" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 27 Filed 06/21/10 USDC Colorado Page 1 of 2
Page  1 of 2 06/21/10, Page  2 of 2 Page 2 of 2 06/21/10"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 27 Filed 06/21/10 USDC Colorado
Page 1 of 2 06/21/10, Page 2 of 2 Page  2 of 2 06/21/10" and return your offer for
closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE                                                            NNNOA

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 27 Filed 06/21/10 USDC Colorado Page 1 of 2
Page  1 of 2 06/21/10, Page  2 of 2 Page 2 of 2 06/21/10"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 27 Filed 06/21/10 USDC Colorado
Page 1 of 2 06/21/10, Page 2 of 2 Page  2 of 2 06/21/10" and return your offer for
closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"

cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 125 Filed 01/26/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: January 26, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 125 Filed 01/26/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: January 26, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

                                   Sincerely,

                                   *Richard Kellogg Armstrong*
                                   Richard Kellogg Armstrong
                                   c/o 20413-298
                                   Federal Correctional
                                   Institution - Lompoc
                                   3600 Guard Road
                                   Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

                                   *Richard Kellogg Armstrong*
                                   Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Dav Seventeen             Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 125 Filed 01/26/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: January 26, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 125 Filed 01/26/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: January 26, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.   Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE                                                    NNNGA

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 128 Filed 01/27/11 USDC Colorado Page
1 of 2 ORDER, Page 2 of 2 Dated January 27, 2011 at Denver, Colorado Robert E. Blackburn
United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:!0-cr-00317-REB Document 128 Filed 01/27/11 USDC Colorado
Page 1 of 2 ORDER, Page 2 of 2 Dated January 27, 2011 at Denver, Colorado Robert E.
Blackburn United States District Judge 2" and return your offer for closure and settlement
of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE                                                                    NNN0A

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen                Month Two                        Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 128 Filed 01/27/11 USDC Colorado Page
1 of 2 ORDER, Page 2 of 2 Dated January 27, 2011 at Denver, Colorado Robert E. Blackburn
United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:!0-cr-00317-REB Document 128 Filed 01/27/11 USDC Colorado
Page 1 of 2 ORDER, Page 2 of 2 Dated January 27, 2011 at Denver, Colorado Robert E.
Blackburn United States District Judge 2" and return your offer for closure and settlement
of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution – Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Dav Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:!0-cr-00317-REB Document 129 Filed 01/27/11 USDC Colorado Page 1 of 2
COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 129 Filed 01/27/11 USDC Colorado
Page 1 of 2 COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and
settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE                                                         NNNOA

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Dav Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:!0-cr-00317-REB Document 129 Filed 01/27/11 USDC Colorado Page 1 of 2 COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 129 Filed 01/27/11 USDC Colorado Page 1 of 2 COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589


                              **CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 124 Filed 01/21/11 USDC Colorado Page 1 of 2 COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 124 Filed 01/21/11 USDC Colorado Page 1 of 2 COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and ·· ·· ·· ··· settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution – Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 124 Filed 01/21/11 USDC Colorado Page 1 of
2 COURTROOM MINUTES, Page 2 of 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 124 Filed 01/21/11 USDC Colorado
Page 1 of 2 COURTROOM MINUTES, Page 2 of 2" and return your offer for closure and
settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution – Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 136 Filed 02/03/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: February 3, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 136 Filed 02/03/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: February 3, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 136 Filed 02/03/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: February 3, 2011"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 136 Filed 02/03/11 USDC Colorado Page 1 of 1 MINUTE ORDER Dated: February 3, 2011" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**. Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen                Month Two                          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:!0-cr-00317-REB Document 168-1 Filed 03/22/11 USDC Colorado Page
1 of 2 ORDER, Page 2 of 2 HONORABLE ROBERT E. BLACKBURN United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 168-1 Filed 03/22/11 USDC Colorado
Page 1 of 2 ORDER, Page 2 of 2 HONORABLE ROBERT E. BLACKBURN United States District Judge
2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 28, 2014 C.E. for same day delivery to Clerk of the Court  U.S.
District Court 901 19th Street Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE                                                                      NNNOA

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:!0-cr-00317-REB Document 168-1 Filed 03/22/11 USDC Colorado Page 1 of 2 ORDER, Page 2 of 2 HONORABLE ROBERT E. BLACKBURN United States District Judge 2"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 168-1 Filed 03/22/11 USDC Colorado Page 1 of 2 ORDER, Page 2 of 2 HONORABLE ROBERT E. BLACKBURN United States District Judge 2" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 28, 2014 C.E. for same day delivery to Clerk of the Court  U.S. District Court 901 19th Street Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 134 Filed 02/03/11 USDC Colorado Page 1 of 3 MOTION FOR PERMISSION TO RELEASE GRAND JURY TRANSCRIPTS TO DEFENDANT RICHARD KELLOGG ARMSTRONG, Page 2 of 3 David L. Owen, jr. Page 2 of 3 Date: February 3, 2011, Page 3 of 3 David L. Owen, jr, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the  Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE                                                              NNNOA

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen               Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 134 Filed 02/03/11 USDC Colorado Page 1 of 3 MOTION FOR PERMISSION TO RELEASE GRAND JURY TRANSCRIPTS TO DEFENDANT RICHARD KELLOGG ARMSTRONG, Page 2 of 3 David L. Owen, jr. Page 2 of 3 Date: February 3, 2011, Page 3 of 3 David L. Owen, jr, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the  Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen             Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 134 Filed 02/03/11 USDC Colorado Page
1 of 3 MOTION FOR PERMISSION TO RELEASE GRAND JURY TRANSCRIPTS TO DEFENDANT RICHARD
KELLOGG ARMSTRONG, Page 2 of 3 David L. Owen, jr. Page 2 of 3 Date: February 3, 2011,
Page 3 of 3 David L. Owen, jr, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the  Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        _Richard Kellogg Armstrong_
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
   cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
   cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
   cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street Denver, CO 80294-3589

                                        _Richard Kellogg Armstrong_
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen               Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 49-1 Filed 07/22/10 USDC Colorado Page 1 of 9 DECLARATION, Page 2 of 9, 3, 4, 5, 6, 7, 8, Page 9 of 9 22nd day of July, 2010 GREG M. FLYNN, SPECIAL AGENT"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 49-1 Filed 07/22/10 USDC Colorado Page 1 of 9 DECLARATION, Page 2 of 9, 3, 4, 5, 6, 7, 8, Page 9 0f 9 22nd day of July, 2010 GREG M. FLYNN, SPECIAL AGENT" and return  your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution – Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589
cc: Greg M. Flynn, Agent Internal Revenue Service 1999 Broadway, Suite 2700 Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen              Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 49-1 Filed 07/22/10 USDC Colorado Page 1
of 9 DECLARATION, Page 2 of 9, 3, 4, 5, 6, 7, 8, Page 9 of 9 22nd day of July, 2010 GREG
M. FLYNN, SPECIAL AGENT"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 49-1 Filed 07/22/10 USDC Colorado
Page 1 of 9 DECLARATION, Page 2 of 9, 3, 4, 5, 6, 7, 8, Page 9 0f 9 22nd day of July,
2010 GREG M. FLYNN, SPECIAL AGENT" and return  your offer for closure and settlement of
the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue me the Order of the
  Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                          Sincerely,

                                          _Richard Kellogg Armstrong_
                                          Richard Kellogg Armstrong
                                          c/o 20413-298
                                          Federal Correctional
                                          Institution - Lompoc
                                          3600 Guard Road
                                          Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589
cc: Greg M. Flynn, Agent Internal Revenue Service 1999 Broadway, Suite 2700 Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                          _Richard Kellogg Armstrong_
                                          Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 25 Filed 06/21/10 USDC Colorado Page 1 of 9 (Revised March 20,2009 - Page 1), Page 2 of 9  Page 2, Page 3 of 9 Page 3, Page 4 of 9 Page 4, Page 5 of 9 Page 5, Page 6 of 9 Page 6, Page 7 of 9 6/21/10 Kenneth M. Harmon Page 7, Page 8 of 9 July 6, 2010 July 19, 2010 Page 8, Page 9 of 9 6-21-10"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen              Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 25 Filed 06/21/10 USDC Colorado Page 1 of 9
(Revised March 20,2009 - Page 1), Page 2 of 9  Page 2, Page 3 of 9 Page 3, Page 4 of 9
Page 4, Page 5 of 9 Page 5, Page 6 of 9 Page 6, Page 7 of 9 6/21/10 Kenneth M. Harmon
Page 7, Page 8 of 9 July 6, 2010 July 19, 2010 Page 8, Page 9 of 9 6-21-10"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                          Sincerely,

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong
                                          c/o 20413-298
                                          Federal Correctional
                                          Institution - Lompoc
                                          3600 Guard Road
                                          Lompoc, California

Attachment: "supra"
  cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
  cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
  cc: Kenneth M. Harmon, AUSA, U.S Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
     CO 80202

                              **CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street Denver, CO 80294-3589

                                          *Richard Kellogg Armstrong*
                                          Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** " Case 1:10-cr-00317-REB Document 4 Filed 05/18/10 USDC Colorado Page 1 of 2 Criminal Case No. 10-mj-01088-KLM ORDER TO SEAL, Page 2 of 2 18TH day of May 2010 K L Mix"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, Sentient moral being accept for value your Presentment " Case 1:10-cr-00317-REB Document 4 Filed 05/18/10 USDC Colorado Page 1 of 2 Criminal Case No. 10-mj-01088-KLM ORDER TO SEAL, Page 2 of 2 18TH day of May 2010 K L Mix" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: K L Mix c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

NON NEGOTIABLE
NOTICE OF ACCEPTANCE                                         NNNOA

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seventeen            Month Two                Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** " Case 1:10-cr-00317-REB Document 4 Filed 05/18/10 USDC Colorado Page 1 of
2 Criminal Case No. 10-mj-01088-KLM ORDER TO SEAL, Page 2 of 2 18TH day of May 2010 K L
Mix"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, Sentient moral being accept for
value your Presentment " Case 1:10-cr-00317-REB Document 4 Filed 05/18/10 USDC Colorado
Page 1 of 2 Criminal Case No. 10-mj-01088-KLM ORDER TO SEAL, Page 2 of 2 18TH day of
May 2010 K L Mix" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                              Sincerely,

                              *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong
                              c/o 20413-298
                              Federal Correctional
                              Institution - Lompoc
                              3600 Guard Road
                              Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: K L Mix c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600
Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589 *Richard Kellogg Armstrong*
                              Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** " Case 1:10-cr-00317-REB Document 4 Filed 05/18/10 USDC Colorado Page 1 of
2 Criminal Case No. 10-mj-01088-KLM ORDER TO SEAL, Page 2 of 2 18TH day of May 2010 K L
Mix"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, Sentient moral being accept for
value your Presentment " Case 1:10-cr-00317-REB Document 4 Filed 05/18/10 USDC Colorado
Page 1 of 2 Criminal Case No. 10-mj-01088-KLM ORDER TO SEAL, Page 2 of 2 18TH day of
May 2010 K L Mix" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: K L Mix c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600
Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen                    Month Two                              Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 49 Filed 07/22/10 USDC Colorado Page 1 of 3,
Page 2 of 3 DAVID M. GADUIETTE Kenneth M. Harmon Lisa M. Wayne, Esq. Richard K. Kornfeld,
Esq. KENNETH M. HARMON"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral Being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue me the Order of the
  Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
   cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
   cc: U.S District Court 901 19th Street Denver, CO 80294-3589
   cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Strret Seventeenth Street Plaza, #700 Denver,
       CO 80202
   cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
   cc: Richard K. Kornfeld, Attorney 1600 Stout Street, Suite 1000 Denver, CO 80202

                            **CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 49 Filed 07/22/10 USDC Colorado Page 1 of 3, Page 2 of 3 DAVID M. GADUIETTE Kenneth M. Harmon Lisa M. Wayne, Esq. Richard K. Kornfeld, Esq. KENNETH M. HARMON"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral Being accept for value your Presentment "supra" and return your offer for closure and settlement of the accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue me the Order of the Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE**.  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Strret Seventeenth Street Plaza, #700 Denver, CO 80202
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Richard K. Kornfeld, Attorney 1600 Stout Street, Suite 1000 Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen                Month Two                        Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 49 Filed 07/22/10 USDC Colorado Page 1 of 3,
Page 2 of 3 DAVID M. GADUIETTE Kenneth M. Harmon Lisa M. Wayne, Esq. Richard K. Kornfeld,
Esq. KENNETH M. HARMON"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral Being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue me the Order of the
  Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA, U.S. Attorney's Office 1225 17th Strret Seventeenth Street Plaza, #700 Denver,
    CO 80202
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Richard K. Kornfeld, Attorney 1600 Stout Street, Suite 1000 Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 19 Filed 06/18/10 USDC Colorado Page 1 of
1 KORNFELD, RICHARD K. Boyd N. Boland"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 19 Filed 06/19/10 USDC Colorado
Page 1 of 1 KORNFELD, RICHARD K. Boyd N. Boland" and return your offer for closure and
settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellog Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: RICHARD K. KORNFELD 1600 Stout Street, Suite 1000 Denver, CO 80202
cc: Boyd N. Boland U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600
Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589    *Richard Kellog Armstrong*
                                                                    Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Seventeen                 Month Two                       Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 19 Filed 06/18/10 USDC Colorado Page 1 of
1 KORNFELD, RICHARD K. Boyd N. Boland"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 19 Filed 06/19/10 USDC Colorado
Page 1 of 1 KORNFELD, RICHARD K. Boyd N. Boland" and return your offer for closure and
settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond with three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**. Dishonor may result if you fail to respond.

                                              Sincerely,

                                              *Richard Kellogg Armstrong*
                                              Richard Kellogg Armstrong
                                              c/o 20413-298
                                              Federal Correctional
                                              Institution - Lompoc
                                              3600 Guard Road
                                              Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: RICHARD K. KORNFELD 1600 Stout Street, Suite 1000 Denver, CO 80202
cc: Boyd N. Boland U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600
Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589   *Richard Kellogg Armstrong*
                                                                   Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 19 Filed 06/18/10 USDC Colorado Page 1 of 1 KORNFELD, RICHARD K. Boyd N. Boland"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for value your Presentment "Case 1:10-cr-00317-REB Document 19 Filed 06/19/10 USDC Colorado Page 1 of 1 KORNFELD, RICHARD K. Boyd N. Boland" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB;
- I request you adjust and set-off all Public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond with three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF ACCEPTANCE.** Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: RICHARD K. KORNFELD 1600 Stout Street, Suite 1000 Denver, CO 80202
cc: Boyd N. Boland U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S. District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Seventeen          Month Two                Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 7 Filed 06/08/10 USDC Colorado Page 1 of 3
MOTION TO SEAL 1, Page 2 of 3, Page 3 of 3 DAVID M. GAOUETTE KENNETH M. HARMON 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 7 Filed 06/08/10 USDC Colorado
Page 1 of 3 MOTION TO SEAL 1, Page 2 of 3 2, Page 3 of 3  DAVID M. GAOUETTE KENNETH M.
HARMON 3" and return your offer for closure and settlement of the accounting. I request
you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Raod
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO
    80202
cc: DAVID M. GAOUETTE, AUSA U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO
    80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600
Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day  Seventeen            Month Two                   Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 7 Filed 06/08/10 USDC Colorado Page 1 of 3
MOTION TO SEAL 1, Page 2 of 3, Page 3 of 3 DAVID M. GAOUETTE KENNETH M. HARMON 3"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 7 Filed 06/08/10 USDC Colorado
Page 1 of 3 MOTION TO SEAL 1, Page 2 of 3 2, Page 3 of 3  DAVID M. GAOUETTE KENNETH M.
HARMON 3" and return your offer for closure and settlement of the accounting. I request
you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Raod
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO
80202
cc: DAVID M. GAOUETTE, AUSA U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO
80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600
Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589      *Richard Kellogg Armstrong*
                                                                      Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen                Month Two                        Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 3 Filed  05/18/10 USDC Colorado Page 1 of 3
Criminal Case No.  10-mj-01088-KLM MOTION TO SEAL 1, Page 2 of 3 DAVID M. GAOUETTE 2,
Page 3 of 3 KENNETH M. HARMON 3 "

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 3 Filed 05/18/10 USDC Colorado
Page  1 of 3 Criminal Case No.  10-mj-01088-KLM MOTION TO SEAL 1, Page 2 of 3 DAVID M.
GAOUETTE 2, Page 3 of 3 KENNETH M. HARMON 3" and return your offer for closure and
settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number  1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I  request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                          Sincerely,

                                          _Richard Kellogg Armstrong_
                                          Richard Kellogg Armstrong
                                          c/o 20413-298
                                          Federal Correctional
                                          Institution - Lompoc
                                          3600 Guard Road
                                          Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO 80202
cc: David M. Gaouette,  AUSA U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO, 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope
with  First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to  Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                          _Richard Kellogg Armstrong_
                                          Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen                    Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO  80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 3 Filed  05/18/10 USDC Colorado Page 1 of 3
Criminal Case No.  10-mj-01088-KLM MOTION TO SEAL 1, Page 2 of 3 DAVID M. GAOUETTE 2,
Page 3 of 3 KENNETH M. HARMON 3 "

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "Case 1:10-cr-00317-REB Document 3 Filed 05/18/10 USDC Colorado
Page  1 of 3 Criminal Case No. 10-mj-01088-KLM MOTION TO SEAL 1, Page 2 of 3 DAVID M.
GAOUETTE 2, Page 3 of 3 KENNETH M. HARMON 3" and return your offer for closure and
settlement of the accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number  1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I  request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Kenneth M. Harmon, AUSA U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO 80202
cc: David M. Gaouette,  AUSA  U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO, 80202

**CERTIFICATE OF MAILING**

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope
with  First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to  Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Seventeen          Month Two          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 8 Filed 06/09/10 USDC Colorado Page 1 of 9
Case 2:10-mj-08585-PCL Document 6 Filed 05/27/10 Page 1 of 1 May 28, 2010 10-mj-01088-KLM,
Page 2 of 9 Case 2:10-mj-08585-PCL Document 7 Filed 06/02/10 Page 1 of 4 Magistrate Case
No. 10MJ8585 Case 10MJ1088-NLM, Page 3 of 9 2, Page 4 of 9 3, Page 5 of 9 6-2-2010
PETER C. LEWIS DANIEL ZIPP, AUSA 4, Page 6 of 9 Case 2:10-mj-08585-PCL Document 3 Filed
05/21/10 Page 1 of 1 5/21/2010, Page 7 of 9 Page 1 of 3 6/9/2010, Page 8 of 9 Page 2 of
3 6/9/2010, Page 9 of 9 Page 3 of 3 6/9/2010"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
- Public Policy;
  I request discharge.

Please respond with three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: PETER C. LEWIS c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: DANIEL ZIPP U.S. Atttorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

## CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600
Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

Notice Date: Day Seventeen       Month Two       Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 8 Filed 06/09/10 USDC Colorado Page 1 of 9
Case 2:10-mj-08585-PCL Document 6 Filed 05/27/10 Page 1 of 1 May 28, 2010 10-mj-01088-KLM,
Page 2 of 9 Case 2:10-mj-08585-PCL Document 7 Filed 06/02/10 Page 1 of 4 Magistrate Case
No. 10MJ8585 Case 10MJ1088-NLM, Page 3 of 9 2, Page 4 of 9 3, Page 5 of 9 6-2-2010
PETER C. LEWIS DANIEL ZIPP, AUSA 4, Page 6 of 9 Case 2:10-mj-08585-PCL Document 3 Filed
05/21/10 Page 1 of 1 5/21/2010, Page 7 of 9 Page 1 of 3 6/9/2010, Page 8 of 9 Page 2 of
3 6/9/2010, Page 9 of 9 Page 3 of 3 6/9/2010"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
- Public Policy;
  I request discharge.

Please respond with three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE**. Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: PETER C. LEWIS c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: DANIEL ZIPP U.S. Atttorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600
Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 8 Filed 06/09/10 USDC Colorado Page 1 of 9
Case 2:10-mj-08585-PCL Document 6 Filed 05/27/10 Page 1 of 1 May 28, 2010 10-mj-01088-KLM,
Page 2 of 9 Case 2:10-mj-08585-PCL Document 7 Filed 06/02/10 Page 1 of 4 Magistrate Case
No. 10MJ8585 Case 10MJ1088-NLM, Page 3 of 9 2, Page 4 of 9 3, Page 5 of 9 6-2-2010
PETER C. LEWIS DANIEL ZIPP, AUSA 4, Page 6 of 9 Case 2:10-mj-08585-PCL Document 3 Filed
05/21/10 Page 1 of 1 5/21/2010, Page 7 of 9 Page 1 of 3 6/9/2010, Page 8 of 9 Page 2 of
3 6/9/2010, Page 9 of 9 Page 3 of 3 6/9/2010"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue the Order of the Court
  to me immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
- Public Policy;
  I request discharge.

Please respond with three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.** Dishonor may result if you fail to respond.

                                        Sincerely,
                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: PETER C. LEWIS c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: DANIEL ZIPP U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver, CO 80202

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc 3600
Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589   *Richard Kellogg Armstrong*
                                                                    Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

NOTICE DATE: Day Seventeen                 Month Two                          Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 168 Filed 03/22/11 USDC Colorado Page 1 of 4,
Page 2 of 4 2, Page 3 of 4 DATED: March 21, 2011 at Denver Colorado JOHN F. WALSH Kevin
F. Sweeney 3, Page 4 of 4 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue me the Order of the
  Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: Kevin F. Sweeney, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen          Month Two                    Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 168 Filed 03/22/11 USDC Colorado Page 1 of 4,
Page 2 of 4 2, Page 3 of 4 DATED: March 21, 2011 at Denver Colorado JOHN F. WALSH Kevin
F. Sweeney 3, Page 4 of 4 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue me the Order of the
  Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

                                        Sincerely,

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional
                                        Institution - Lompoc
                                        3600 Guard Road
                                        Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: Kevin F. Sweeney, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

                                        *Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong

# NON NEGOTIABLE NOTICE
# OF ACCEPTANCE

NOTICE DATE: Day Seventeen                Month Two                Year 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "Case 1:10-cr-00317-REB Document 168 Filed 03/22/11 USDC Colorado Page 1 of 4,
Page 2 of 4 2, Page 3 of 4 DATED: March 21, 2011 at Denver Colorado JOHN F. WALSH Kevin
F. Sweeney 3, Page 4 of 4 Lisa Monet Wayne David L. Owen Kevin F. Sweeney 4"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment "supra" and return your offer for closure and settlement of the
accounting.  I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close Account Number 1:10-cr-00317-REB, and issue me the Order of the
  Court immediately;
- I request you adjust and set-off all Public charges by the exemption in accord with
  Public Policy;
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE OF
ACCEPTANCE.**  Dishonor may result if you fail to respond.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional
Institution - Lompoc
3600 Guard Road
Lompoc, California

Attachment: "supra"
cc: Robert E. Blackburn, United States District Judge U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: U.S District Court 901 19th Street Denver, CO 80294-3589
cc: John F. Walsh, U.S. Attorney, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700
    Denver, CO 80202
cc: Kevin F. Sweeney, AUSA, U.S. Attorney's Office 1225 17th Street Seventeenth Street Plaza, #700 Denver,
    CO 80202
cc: David L. Owen, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589
cc: Lisa Wayne, Attorney c/o U.S. District Court 901 19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed in an envelope with
First Class Postage paid and deposited in a United States Postal Mail Box located in Unit J at FCI Lompoc
3600 Guard Road Lompoc, California on February 17, 2014 C.E. for same day delivery to Clerk of the Court U.S.
District Court 901 19th Street, Room A-105 Denver, CO 80294-3589

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong

## NON NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date Day: Seventeen             Month: Two                    Year: 2014 C.E.

Clerk of the Court
U.S. District Court
901 19th Street, Room A-105
Denver, CO 80294-3589

**In reply to:** "1:10-cr-00317-REB Document 33 Filed 06/25/10 USDC Colorado Page 1 of 6
July 9, 2010, Page 2 of 6 August 23, 2010 August 20, 2010 2, Page 3 of 6  3, Page 4 of 6
4, Page 5 of 6  5, Page 6 of 6 June 25, 2010 Robert E. Blackburn United States District
Judge 6"

**PLEASE TAKE NOTICE** that I, Richard Kellogg Armstrong, sentient moral being accept for
value your Presentment " Case 1:10-cr-00317-REB Document 33 Filed 06/25/10 USDC Colorado
Page 1 of 6 July 9, 2010 Page 2 of 6 August 23, 2010 August 20, 2010 2, Page 3 of 6  3,
Page 4 of 6  4, Page 5 of 6 5, Page 6 of 6 June 25, 2010 Robert E. Blackburn United
States District Judge 6" and return your offer for closure and settlement of the accounting.

I indicate my acceptance of your offer by my  signature and date.

- I do not argue any facts in this case;
- I request you issue me the Appearance Bond and waive all Public cost;
- I request you close the Account Numbers: 1:10-cr-00317-REB;
- I  request you adjust and set-off all Public charges by the exemption in accord  with
  House Joint Resolution (HJR) 192, Public Law 73-10, and U.C.C 3-419
- I request discharge.

Please respond within three (3) days of your receipt of this **NON NEGOTIABLE NOTICE
OF ACCEPTANCE.** Dishonor may  result if you fail  to respond.

                                        Sincerely,


                                        Richard Kellogg Armstrong
                                        c/o 20413-298
                                        Federal Correctional Institution
                                        3600 Guard Road
                                        Lompoc, California

Attachment "supra"
cc: Rbert E. Blackburn, United States District Judge, U.S. District Court 901 19th Street
    Denver, CO 80294-3589
cc: U.S. District Court, 901  19th Street Denver, CO 80294-3589

### CERTIFICATE OF MAILING

I, Richard Kellogg Armstrong, certify this  **NON NEGOTIABLE NOTICE OF ACCEPTANCE** was sealed
in an envelope with First Class Postage paid and deposited in a United States Postal Mail
Box located in Unit J at F.C.I. Lompoc 3600 Guard Road Lompoc, California on February 17th
2014 C.E. for same day delivery to Clerk of the Court, U.S. District Court  901 19th Street
Room A-105 Denver, CO 80294-3589

                                        Richard Kellogg Armstrong