Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

```
                        FILED
              UNITED STATES DISTRICT COURT
                   DENVER, COLORADO

                      FEB 0 1 2016

                   JEFFREY P. COLWELL
                                CLERK
```

IN THE US DISTRICT COURT COLORADO

| | |
|---|---|
| RICHARD KELLOGG ARMSTRONG ) | Case No. 10-cr-00317-REB-2 |
|     Petitioner ) | MOTION FOR LEAVE FROM THE USDC |
| ) | COLORADO TO FILE MOTION FOR |
|     v ) | INTERVENTION OF RIGHT AND APPLICATION |
| ) | FOR WRIT IN THE NATURE OF QUO |
| UNITED STATES OF AMERICA ) | WARRANTO |
|     Respondent ) | |

    COMES NOW, Petitioner RICHARD KELLOGG ARMSTRONG, in Pro Se to move this Honorable Court for Leave to File MOTION FOR INTERVENTION OF RIGHT AND APPLICATION FOR WRIT IN THE NATURE OF QUO WARRANTO under the All Writs Act of Title 28 USC, §1651(a), to be Granted pursuant to its merits, with proper instructions to the District Court to make all findings of fact and conclusions of law, as is required under Federal Rules of Civil Procedure as is applicable by law.

    The Petitioner has been placed on a list by the District Court under the status of "Vexatious Litigent" which was done in violation of the First Amendment (right of access to the courts) and the Fifth Amendment (due process). The Petitioner is indigent and asks to be able to file his documents in forma pauperis.

Dated January 28, 2016

                            Sincerely,

                            Richard Kellogg Armstrong,
                            Agent for
                            RICHARD KELLOGG ARMSTRONG, Petitioner

Encl: Certification of Identity

U.S Department of Justice                    **Certification of Identity**                  

FORM APPROVED OMB NO. 1103-0016
EXPIRES 03/31/17

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Richard Kellogg Armstrong

Citizenship Status [2] United States          Social Security Number [3] 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

Current Address  Federal Correctional Institution, 3600 Guard Rd., Lompoc, CA 93436

Date of Birth  May 19, 1934              Place of Birth  Los Angeles, California

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  *Richard Kellogg Armstrong*              Date  January 28, 2016

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

Richard K. Armstrong
c/o 20413-298
Federal Correctional
Institution
3600 Guard Road
Lompoc, CA 93436

⇔ 20413-298 ⇔
U S D C Clerk Of The Court
901 19TH ST
Gregory C. Langham
Denver, CO 80294-3589
United States

8029425009

SANTA BARBARA CA 931
28 JAN 2016 PM 2 L


FOREVER