Richard Kellogg Armstrong
c/o 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 22 2016

JEFFREY P. COLWELL
CLERK

IN THE US DISTRICT COURT COLORADO

| | |
|---|---|
| RICHARD KELLOGG ARMSTRONG ) | Case Number  10-cr-00317-REB-2 |
|     Petitioner ) | MOTION FOR LEAVE FROM USDC COLORADO TO |
| ) | FILE A CHALLENGE FOR VIOLATIONS OF 28 |
| v ) | USC §2241 |
| ) | |
| UNITED STATES OF AMERICA ) | |
|     Respondent ) | |

    28 USC §2241 ALLOWS A Petitioner to move for dismissal of a case. Petitioner has a First and Fifth Amendment right to prepare this petition. Failure to allow this writ would be a violation of the Constitution for the united States of America and constitute reversible error.

    The Petitioner is indigent and asks to be able to file his documents in forma pauperis.

Dated: April 18, 2016

                                        Sincerely,

                                        */s/ Richard Kellogg Armstrong*
                                        Richard Kellogg Armstrong, Agent
                                        and Authorized Representative
                                        for RICHARD KELLOGG ARMSTRONG,
                                        ens legis

Encl: Certificate of Identity

