IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

## ORDER RE: MOTION FOR LEAVE TO FILE CHALLENGE UNDER 28 U.S.C. § 2241

**Blackburn, J.**

The matter before me is defendant's *pro se* **Motion for Leave From USDC Colorado To File a Challenge for Violations of 28 USC § 2241** [#746],[1] filed April 22, 2016.[2] I grant the motion in part, with restrictions appropriate in light of this defendant's demonstrated abusive filing history. (*See* **Order** [#741], filed February 27, 2014.)

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion for Leave From USDC Colorado To File a Challenge for Violations of 28 USC § 2241** [#746], filed April 22, 2016, is granted in part;

---

[1] "[#746]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] By virtue of my **Order** [#741], filed February 27, 2014, defendant may not file any papers, however denominated, without authorization from the court.

  2.  That defendant may file a 28 U.S.C. § 2241 petition, not to exceed twenty (20) double-spaced pages in length; and

  3.  That defendant may not file any attachments or exhibits (however characterized or denominated) to the petition without obtaining prior leave of court.

  Dated July 5, 2016, at Denver, Colorado.

           **BY THE COURT:**

           */s/ Robert E. Blackburn*
           Robert E. Blackburn
           United States District Judge