FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 01 2017

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

DENVER DIVISION

CASE 1:10-cr-00317-REB

Richard Kellogg Armstrong

    Petitioner            §

v.

United States of America      §

    Respondent

_____ §

    Motion for Leave to File a 60(b)(4) Motion accompanied by Memorandum of Law Related to Grand Jury Proceedings Required to Establish Jurisdiction

    Comes now Petitioner, unrepresented, and hereby moves for leave to file a 60(b)(4) motion with the court. The motion clearly proves that the judge never had jurisdiction to issue a judgment. The DOJ determined based on their own investigation that 18 USC Section 3231 was unconstitutional and even if the court could evade the Constitution is unconstitutional on its face. The judgment could never be transferred to the Bureau of Prisons. 18 USC 4082 and 4081 are not in the Statutes at Large.

    The judge cannot produce all credentials required to prove he could issue a judgment. The prosecutor knew about the investigation by the DOJ and committed fraud on the court. The case was a complete fraud. No time limit exists for a 60(b)(4) motion.

Respectfully submitted,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong

February 18, 2017

## CERTIFICATE OF SERVICE

I, Richard Kellogg Armstrong, hereby certify that I have served a true and correct copy of;

Motion for Leave to File a 60(b)(4) Motion accompanied by Memorandum of Law Related to Grand Jury Proceedings Required to Establish Jurisdiction

[which is considered filed/served at the moment it was delivered to prison authorities for mailing as provided for in Houston v. Lack, 487 U.S. 266, 101 L.Ed.2d 245 (1988)] to the following listed parties/persons by placing a complete copy of the above described materials in a sealed envelope affixed with the appropriate pre-paid first-class United States postage:

and deposited same with prison officials here at the Federal Correctional Institution in Lompoc, California, on this the 18th day of February, 20 17.

Pursuant to Title 28, United States Code section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this the 18th day of February, 20 17.

(Signature) *Richard Kellogg Armstrong*
Printed Name: Richard Kellogg Armstrong
Federal Register # 20413-298
Federal Correctional Institution (Low)
3600 Guard Road, Lompoc, CA 93436-2705
No Telephone/Fax/E-Mail Available