JD1,PS7,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:18–cv–00133–LTB

Armstrong v. Langford  
Assigned to: Judge Lewis T. Babcock  
Case in other court: California Central, 2:17–cv–07087  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 01/18/2018  
Date Terminated: 01/25/2018  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Richard Kellogg Armstrong**     represented by  **Richard Kellogg Armstrong**  
#20413–298  
LOMPOC – Federal Correctional Institution  
Inmate Mail/Parcels  
3600 GUARD ROAD  
LOMPOC, CA 93436  
PRO SE

V.

**Respondent**

**Steven Langford**  
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2017 | 1 | PETITION for Writ of Habeas Corpus by a Person In Federal Custody (28:2241) Case assigned to Judge Virginia A. Phillips and referred to Magistrate Judge Alka Sagar, (Filing fee $ 5 due), filed by petitioner Richard Kellogg Armstrong. (esa) [Transferred from California Central on 1/18/2018.] (Entered: 09/27/2017) |
| 09/26/2017 | 2 | NOTICE OF REFERENCE to a U.S. Magistrate Judge. This case has been assigned to the calendar of the Honorable District Judge Virginia A. Phillips and referred to Magistrate Judge Alka Sagar, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Pursuant to Local Rule 83–2.4, the Court must be notified within five (5) days of any address change. See notice for additional details. (Attachments: # 1 CV 111) (esa) [Transferred from California Central on 1/18/2018.] (Entered: 09/27/2017) |
| 09/29/2017 | 3 | ORDER REQUIRING RETURN TO PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2241) by Magistrate Judge Alka Sagar. Before October 16, 2017, Respondent shall file and serve a Notice of Appearance. If Respondent contends that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondent shall file a Motion to Dismiss on or before October 31, 2017. If Respondent does not contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondent shall file and serve a Return to the Petition ("Return") on or before November 30, 2017. (See Order for complete details) Notice: The court has issued a ruling on preliminary review. Pursuant to the Agreement on Acceptance of Service between the Clerk of Court and the United States Attorneys Office, this Notice constitutes service under Fed. R. Civ. P. 4. (Attachments: # 1 Petition, # 2 Consent Form (Blank)) (afe) [Transferred from California Central on 1/18/2018.] (Entered: 09/29/2017) |
| 10/10/2017 | 4 | Notice of Appearance or Withdrawal of Counsel: for attorney Benedetto L Balding counsel for Respondent Steven Langford. Adding Benedetto L. Balding as counsel of record for Steven Langford for the reason indicated in the G–123 Notice. Filed by Respondent Steven Langford. (Attorney Benedetto L Balding added to party Steven Langford(pty:res))(Balding, Benedetto) [Transferred from California Central on |

| | | |
|---|---|---|
| | | 1/18/2018.] (Entered: 10/10/2017) |
| 10/12/2017 | 5 | FINANCIAL ENTRY: Received $5.00 filing fee from Richard Armstrong. Re: Petition for Writ of Habeas Corpus (2241) 1 . Receipt number LA161566. (ek) [Transferred from California Central on 1/18/2018.] (Entered: 10/12/2017) |
| 10/31/2017 | 6 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Respondent Steven Langford. (Attachments: # 1 Appendix A, # 2 Proof of Service) (Balding, Benedetto) [Transferred from California Central on 1/18/2018.] (Entered: 10/31/2017) |
| 10/31/2017 | 7 | MINUTE ORDER (IN CHAMBERS) by Magistrate Judge Alka Sagar. Within thirty (30) days of the date of this Minute Order (by no later than November 30, 2017), Petitioner is ORDERED to file an Opposition to the Motion to Dismiss 6 or a Notice of Non−Opposition to the Motion to Dismiss. (See Minute Order for complete details) (afe) [Transferred from California Central on 1/18/2018.] (Entered: 11/01/2017) |
| 11/07/2017 | 8 | NOTICE OF DISCREPANCY AND ORDER: by Magistrate Judge Alka Sagar,ORDERING Motion for Joinder Pursuant to F.R.Cr.P. 8(a) and F.R.Cv.P. 20(a)(2)(B) submitted by Harry Edwin Miles received on November 1, 2017 is not to be filed but instead REJECTED. Denial based on: Not a party to the case. (See document for complete details) (Attachments: # 1 Denied Filing) (afe) [Transferred from California Central on 1/18/2018.] (Entered: 11/07/2017) |
| 11/30/2017 | 9 | REPLY to MOTION to Dismiss Case 6 filed by Petitioner Richard Kellogg Armstrong. (afe) [Transferred from California Central on 1/18/2018.] (Entered: 12/01/2017) |
| 12/13/2017 | 10 | NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (COA) by Magistrate Judge Alka Sagar. Objections to R&R due by 1/2/2018. (Attachments: # 1 Report & Recommendation) (afe) [Transferred from California Central on 1/18/2018.] (Entered: 12/13/2017) |
| 12/13/2017 | 11 | REPORT AND RECOMMENDATION OF AUNITED STATES MAGISTRATE JUDGE issued by Magistrate Judge Alka Sagar. Re Petition for Writ of Habeas Corpus (2241) 1 (afe) [Transferred from California Central on 1/18/2018.] (Entered: 12/13/2017) |
| 01/02/2018 | 12 | REPLY AND OBJECTION to Magistrate's Report and Recommendation (Issued) 11 filed by petitioner Richard Kellogg Armstrong.(afe) [Transferred from California Central on 1/18/2018.] (Entered: 01/03/2018) |
| 01/04/2018 | 13 | FINAL REPORT AND RECOMMENDATION OF A UNITED STATES MAGISTRATE JUDGE issued by Magistrate Judge Alka Sagar. Re: Petition for Writ of Habeas Corpus (2241) 1 (afe) [Transferred from California Central on 1/18/2018.] (Entered: 01/08/2018) |
| 01/17/2018 | 14 | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE by Judge Virginia A. Phillips. IT IS ORDERED that Respondent's Motion to Dismiss 6 is GRANTED and this action be transferred to the United States District Court for the District of Colorado. (See document for complete details) ( MD JS−6. Case Terminated ) (afe) [Transferred from California Central on 1/18/2018.] (Entered: 01/17/2018) |
| 01/18/2018 | 15 | Case transferred in from District of California Central; Case Number 2:17−cv−07087. File, transfer order and docket sheet received (Entered: 01/18/2018) |
| 01/18/2018 | 16 | Case assigned to Magistrate Judge Gordon P. Gallagher. Text Only Entry. (rsams, ) (Entered: 01/18/2018) |
| 01/25/2018 | 17 | ORDER ADMINISTRATIVELY CLOSING CIVIL ACTION. The Title 28 U.S.C. § 2241 Habeas Corpus for Due Process and Constitutional Violations Resulting in Illegal Confinement by Void Judgment (ECF No. 1 ) shall be construed as a motion pursuant to 28 U.S.C. § 2255 and shall be filed in Criminal Case No. 10−cr−00317−REB−2. The remaining documents and other information filed in this action as CM/ECF entries No. 2 through No. 16 shall also be filed in Criminal Case No. 10−cr−00317−REB−2. The Clerk of the Court is instructed to close this case administratively, pursuant to D.C.COLO.LCivR 41.2, by Judge Lewis T. Babcock on 1/24/2018. (agarc, ) (Entered: 01/25/2018) |