**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD KELLOGG ARMSTRONG <br><br> PETITIONER(S) <br><br> v. <br><br> STEVEN LANGFORD <br><br> RESPONDENT(S). | CASE NUMBER: <br><br> 2:17–cv–07087–VAP–AS <br><br><br> **NOTICE OF JUDGE ASSIGNMENT AND REFERENCE TO A UNITED STATES MAGISTRATE JUDGE** <br> (Petition for Writ of Habeas Corpus / Motion for Extension of Time to File Habeas Corpus Petition) |

This case has been assigned to the calendar of the Honorable __Judge Virginia A. Phillips__, U.S. District Judge, and referred to U. S. Magistrate Judge __Alka Sagar__, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, the Magistrate Judge shall prepare and file a report and recommendation regarding the disposition of this case, which may include proposed findings of fact, conclusions of law, and a proposed order or judgment, and which shall be served on all parties.

Pursuant to Local Rule 5-4.1, all subsequent documents in this case must be filed electronically, unless exempted by Local Rule 5-4.2. Documents exempt from electronic filing pursuant to Local Rule 5-4.2(b), or presented by filers exempt from electronic filing pursuant to Local Rule 5-4.2(a), must be filed with the Clerk in paper at the following location:

Western Division
312 N. Spring Street, Rm. G–8
Los Angeles, CA 90012

Please note that, pursuant to Local Rule 83-2.5, all matters must be called to the judge's attention by appropriate application or motion filed in compliance with the Court's Local Rules. Parties are not permitted to write letters to the judge.

Local Rule 83-2.4 requires that the Court must be notified within five (5) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within five (5) days thereafter of your current address, the Court may dismiss the petition, with or without prejudice, for want of prosecution.

Clerk, U.S. District Court

  September 26, 2017  
Date

By  /s/ *Edwin Sambrano*  
Deputy Clerk



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501

**KIRY K. GRAY**
Clerk of Court

September 26, 2017

Richard Kellogg Armstrong
20413-298
3600 Guard Road
Lompoc, Ca 93436-2705

Dear Sir or Madam:

Your petition has been filed and assigned civil case number  CV17-7087-VAP(AS)  .

Upon the submission of your petition, it was noted that the following discrepancies exist:

☑ 1. You did not pay the appropriate filing fee of $5.00. Submit a cashier's check, certified bank check, business or corporate check, government-issued check, or money order drawn on a major American bank or the United States Postal Service payable to *Clerk, U.S. District Court*. If you are unable to pay the entire filing fee at this time, you must sign and complete this Court's *Request to Proceed without Prepayment of Filing Fees with Declaration in Support* (Form CV-60P) in its entirety. The Clerk's Office will also accept credit cards (Mastercard/Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

☐ 2. The *Request to Proceed without Prepayment of Filing Fees with Declaration in Support* is insufficient because:

   ☐ (a) You did not sign your *Request to Proceed without Prepayment of Filing Fees with Declaration in Support*.

   ☐ (b) Your *Request to Proceed without Prepayment of Filing Fees with Declaration in Support* was not completed in its entirety.

   ☑ (c) You did not submit a *Certificate of Authorized Funds* form completed and signed by an authorized officer at the prison.

   ☐ (d) You did not use the correct form. You must submit this Court's current *Request to Proceed without Prepayment of Filing Fees with Declaration in Support* (Form CV-60P).

   ☐ (e) Other: _____

Enclosed you will find this Court's current *Request to Proceed without Prepayment of Filing Fees with Declaration in Support*, which includes a *Certificate of Authorized Funds* form.

Sincerely,

Clerk, U. S. District Court

By: C. Sawyer
     Deputy Clerk

*encls.*

---

CV-111 (11/15)     NOTICE RE: DISCREPANCIES FOR FILING OF HABEAS CORPUS PETITION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PRISONER/PLAINTIFF,<br>v.<br><br>DEFENDANT(S). | REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT |

I, _____, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison?  ☐Yes   ☐No

    a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

    _____

    _____

    b. State the place of your incarceration _____.
       Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
    a. Business, profession or form of self-employment?   ☐Yes   ☐No
    b. Rent payments, interest or dividends?              ☐Yes   ☐No
    c. Pensions, annuities or life insurance payments?    ☐Yes   ☐No
    d. Gifts or inheritances?                             ☐Yes   ☐No
    e. Any other income (other than listed above)?        ☐Yes   ☐No
    f. Loans?                                             ☐Yes   ☐No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each

    source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes   ☐ No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes   ☐ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? _____
   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   _____
   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_____           _____
            State                                    County (or City)

I, _____, declare under penalty of perjury that the foregoing is true and correct.

_____           _____
            Date                                Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statute to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $_____ on account at the _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was$_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____         _____
Date                         Authorized Officer of Institution (Signature)