UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-07087-VAP (AS) | Date | October 31, 2017 |
|---|---|---|---|
| Title | Richard Kellogg Armstrong v. Steve Langford, Warden | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not Recorded |
| Deputy Clerk | Court Reporter / Recorder |
| **Attorneys Present for Petitioner:** N/A | **Attorneys Present for Respondent:** N/A |

**Proceedings:**       (IN CHAMBERS)

On October 31, 2017, Respondent filed a Motion to Dismiss the Petition for Writ of Habeas Corpus ("Motion to Dismiss"). (Docket Entry No. 6).

Within thirty (30) days of the date of this Minute Order (by no later than **November 30, 2017**), Petitioner is ORDERED to file an Opposition to the Motion to Dismiss or a Notice of Non-Opposition to the Motion to Dismiss. The Opposition should be limited to the matters raised in the Motion to Dismiss. At the time the Opposition is filed, Petitioner shall lodge with the Court any records not lodged by Respondent which Petitioner believes may be relevant to the Court's determination of the Motion to Dismiss.

The provisions of the Court's September 29, 2017 Order Requiring Return to Petition (Docket Entry No. 3) remain in effect.

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |