# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

**FILED**
CLERK, U.S. DISTRICT COURT

November 7, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AF_____ DEPUTY

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge  Alka Sagar

From: Alma Felix, Deputy Clerk    Date Received: November 1, 2017

Case No.: CV17-7087-VAP (AS)    Case Title: Richard Kellogg Armstrong v. Steven Langford

Document Entitled: Motion for Joinder Pursuant to F.R.Cr.P. 8(a) and F.R.Cv.P. 20(a)(2)(B) submitted by Harry Edwin Miles

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 — Documents must be filed electronically
- ☐ Local Rule 6-1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 — Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☑ Local Rule 83-2.5 — No letters to the judge
- ☐ Fed. R. Civ. P. 5 — No proof of service attached to document(s)
- ☑ Other: Not a party to this action. Miles action case no. CV17-6739-CAS (PJW) was dismissed w/ prejudice. Permissive joinder not warranted under Fed.R.Civ.P. 20, since Miles & petitioner Armstrong do not assert any right to relief jointly, severally, or in the alternative w/ respect to arising out of the same transaction, occurrence, or series of transactions or occurrences.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                      U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

November 7, 2017              / s / Alka Sagar
Date                          ~~U.S. District Judge /~~ U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

**COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT**

CV-104A (06/13)    NOTICE OF DOCUMENT DISCREPANCIES

Harry Edwin Miles
Fed. Reg. No.: 17768-112
FCI - Lompoc (Low)
3600 Guard Road
Lompoc, CA  93436-2705

In Pro se





UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| Richard Kellogg Armstrong,<br>      Petitioner<br><br>v.<br><br>Steven Langford, Warden<br>      Respondent | Case No.: 2:17-cv-07087-VAP-AS<br><br>MOTION FOR JOINDER PURSUANT TO F.R.Cr.P. 8(a) AND F.R.Cv.P. 20(a)(2)(B) TO PETITIONER'S 28 U.S.C. §2241(c)(3) PETITION<br><br>VERIFIED |

COMES NOW, Harry Edwin Miles, Petitioner, in pro se, moving this Court for Joinder in Petitioner, Richard Kellogg Armstrong's 28 U.S.C. §2241(c)(3) Petition.

Offenses such as those claimed by Petitioner are of the "same or similar character" and my be joined. F.R.Cr.P. 8(a). Pursuant to F.R.Cv.P. 20 - Permissive Joinder of Parties - at section (a)(2)(B); persons - may be joined in one action as [Petitioners] if any question of law or fact common to all [Petitioners] will arise in the action.

The Common Modus Operandi of the government actors to both of Petitioner's cases is alleged. The actions by the government having the same purpose to deny Constitutionally protected Due Process Rights are joinable. As a practical matter, the commonality of the allegations permit joinder to promote efficency

1

and to avoid scandle of inequity or inconsistency.

The connection between both Petitioner's allegations is the "common purpose, scheme or plan" of the government actors to deny Due Process and violate Petitioner's Constitutionally protected rights. Similar Modus Operandi is basis for joinder. (See Affidavit attached as Exhibit #1).

Joinder is appropriate where Movant's even from different district court's with different charges allege the same Constitutional Due Process violations perpetrated against them and issues related to government conspiracy, void judgment which resulted in being imprisoned in violation of the laws or treaties or Constitution of the United States.

The burden is upon the government to prove that no conspiracy exists to deny federal defendants their Constitutionally protected Due Process rights and the execution of a void judgment to imprison Petitioners as alleged in the affidavits of both initial Petitioner and Petitioner requesting joinder.

## VERIFICATION

I, declare that the foregoing is true, correct, complete and not meant to mislead, pursuant to the pains of penalty for perjury under 28 U.S.C. §1746.

Executed this the 24th day of October, 2017.

(Seal)

Harry Edwin Miles
Fed. Reg. No.: 17768-112
FCI - Lompoc (Low)
3600 Guard Road
Lompoc, CA  93436-2705

2

# Exhibit #1

**Exhibit #1**

## AFFIDAVIT OF HARRY EDWIN MILES

county of Santa Barbara    )
                           )    scilicet/videlicet
California state           )

> U.S. v. Kis, 658 F.2d 526 (7th Cir. 1981). "Indeed, no more than that [Affidavits], is necessary to make the prima facie case." Id. @ 536. "Moreover the threshold of relevance is a low one." Id. @ 537. "All the [Defendant] needs to do is develop facts from which a court might **infer** a possibility of some wrongful conduct by the Government. He need not be able to prove that the wrongful conduct in fact exists." Id. @ 540 (emphasis in original).

I, Harry Edwin Miles, hereinafter, "Affiant" declare under the pains of penalty for perjury that; I am a resident of California state; A citizen of the United States of America; I am over the age of twenty-one (21) years; And I have personal knowledge of the fact as stated herein; And I am competent to testify as to the facts declared herein. Affiant states:

1) THAT, on May 16, 2005, I was arrested without a warrant on Interstate 80 approximately 19 miles East of the Iowa/Illinois border; and,

2) THAT, I was immediately transported to the Henry County jail in Illinois, where I was held as a federal prisoner; and,

3) THAT, I have represented myself from the moment of my arrest to the present; and,

4) THAT, I was not informed of the impaneling of a Grand Jury and at no time was I present or represented or given the opportunity to challenge the Grand Jury array or individual Grand Jurors as provided by Federal Rules of Criminal Procedure, Rules 6 and 24 and Title 28 U.S.C. §1867, prior to or after the Grand Jury being sworn in; and,

5) THAT, the Docket Report for Case No. 4:05-CR-40051-JBM-JAG-1 incorrectly shows my arrest as being may 20, 2005, the day after the indictment was issued by the Grand Jury and four (4) days after my actual arrest, see BOP Sentence Monitoring Computation Data Sheet dated 07-18-2017 attached hereto; and,

6) THAT, during a "Initial Appearance/Arraignment/Detention Hearing" before MAGISTRATE Judge Thomas J. Shields on May 24, 2005,

the MAGISTRATE asked for and was given by me a plea of NOT GUILTY, which was entered on the record as a Minute Entry for Case No. 4:05-CR-40051-JBM-JAG-1. (See copy docket attached); and,

7) **THAT**, Affiant has filed multiple pre-trial and post-trial motions to dismiss for lack of subject matter jurisdiction, which were all summarily denied by Judge Joe Billy McDade; and,

8) **THAT**, Affiant files a Federal Rules of Civil Procedure, Rule 60(b)(4) and/or 28 U.S.C. §1651 Motion directly to the Seventh Circuit Court of Appeals because Affiant alleges a Criminal Conspiracy and Bias on the part of Magistrate Judge, Thomas J. Shields, District Court Judge, Joe Billy McDade, Assistant United States Attorney, John K. Kehochko, and Federal Public Defender, stand-by counsel, George F. Taseff; and,

9) **THAT**, Affiant avers that Magistrate Judge, Thomas J. Shields, District Court Judge, Joe Billy McDade, Assistant United States Attorney, John K. Mehochko, and Federal Public Defender, stand-by Counsel, George F. Taseff, knew or should have known that they severally and jointly had violated Affiants 4th, 5th, and 6th Amendment, Constitutional rights when they acted in a manner inconsistent with Due Process of Law, and the Court's actions involved plain usurpation of power, as enumerated fully in the attached Motion; and,

10) **THAT**, Affiant believes that the rampant disregard for Affiant's Constitutional rights is a ongoing Criminal Conspiracy being perpetrated by the Magistrate Judge, District Court Judge, U.S Attorney, and Federal Defender, stand-by counsel; and,

11) **THAT**, Affiant avers that the indictment and judgment in Case No. 4:05-CR-40051-JBM-JAG-1 is void and a legal nullity. That the violations of Due Process caused the court to lose subject matter jurisdiction over Affiant; and,

12) **THAT**, Affiant never knowingly or voluntarily conferred subject matter jurisdiction to the District Court at any time; and,

13) **THAT**, Affiant has surveyed District Court Dockets in all 11 Circuits and found the same fatal flaws by the Constitutional Rights violations, and the same pattern of rampant Criminal Conspiracy and Judicial Misconduct in every other District Court surveyed. This problem is not limited to just this Affiant.

Further Affiant Sayeth Not.

## VERIFICATION

I, Harry Edwin Miles, declare pursuant to Title 28 U.S.C. §1746, under the pains of penalty for perjury that the foregoing is true, correct, complete and not meant to mislead to the best of my knowledge and belief.

2

Executed this the 7th day of August, 2017.



(Seal)

Harry Edwin Miles
Fed. Reg. No. 17768-112
FCI Lompoc - Low
3600 Guard Road
Lompoc, CA  93436-2705

attachments: Docket pages for Case No.
4:05-CR-40051-JBM-JAG-1

BOP Sentencing Monitoring
Computation Data Sheet
dated 07-18-2017

```
   LOF89   540*23 *          SENTENCE MONITORING          *     07-18-2017
 PAGE 002         *            COMPUTATION DATA           *     14:09:02
                                AS OF 07-18-2017

 REGNO..: 17768-112 NAME: MILES, HARRY EDWIN



 -------------------------CURRENT COMPUTATION NO: 020 -------------------------

 COMPUTATION 020 WAS LAST UPDATED ON 04-02-2015 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 04-02-2015 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 020: 020 010

 DATE COMPUTATION BEGAN..........: 06-02-2006
 TOTAL TERM IN EFFECT............:   324 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:    27 YEARS
 EARLIEST DATE OF OFFENSE........: 05-16-2005

 JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                     05-16-2005   06-01-2006

 TOTAL PRIOR CREDIT TIME.........: 382
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 1270
 TOTAL GCT EARNED................: 648
 STATUTORY RELEASE DATE PROJECTED: 11-22-2028
 EXPIRATION FULL TERM DATE.......: 05-15-2032
 TIME SERVED.....................:     12 YEARS      2 MONTHS       3 DAYS
 PERCENTAGE OF FULL TERM SERVED..:  45.0

 PROJECTED SATISFACTION DATE.....: 11-22-2028
 PROJECTED SATISFACTION METHOD...: GCT REL

 REMARKS.......: 4-2-15 REC'D ORD TO RED TIE FM 360 TO 324 MOS PURSUANT TO DGA
                 EFF 11-1-14 (R/JCW).




 G0002        MORE PAGES TO FOLLOW . . .
```

Case 1:10-cr-00317-REB   Document 752-6   Filed 01/25/18   USDC Colorado   Page 9 of 12

5/5/2015         4:05-cr-40051-JBM-JAG  CM/ECF - Live ECF-#R 105-1 U.S. District Court ILCD Page 08 of 105
                 Case: 15-1980   Document: 1-1        Filed: 05/05/2015  Email: brad.murphy@usdoj.gov Page: 105

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**John K Mehochko**
US ATTY
1830 2nd Avenue
Rock Island, IL 61201-8003
309-793-5884
Fax: 309-793-5895
Email: john.mehochko@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2005 | 1 | +++ SEALED INDICTMENT as to Harry Edwin Miles (1) count(s) 1, 2. (DK, ilcd) (Entered: 05/19/2005) |
| 05/20/2005 |   | Arrest of Harry Edwin Miles (DK, ilcd) (Entered: 05/20/2005) |
| 05/20/2005 |   | Minute Entry for proceedings held before Judge Thomas J. Shields. Parties present in open court with Atty Mehochko and dft personally for Status Conference/First Appearance as to Harry Edwin Miles held on 5/20/2005. Case is unsealed. Dft advised of charges. Dft advised of right to hire counsel. Dft indicates he wants to represent himself pro-se. The Court will appoint the Federal Public Defender as standby counsel. Added attorney George F Taseff for Harry Edwin Miles. Govt is seeking detention of the dft. Court sets this case for Arraignment/detention hearing on Tuesday, 5/24/2005 at 11:00 AM before Mag. Judge Thomas J. Shields in person in Rock Island. Dft remanded to the custody of the U.S. Marshal. (DK, ilcd) (Entered: 05/20/2005) |
| 05/20/2005 | 3 | ORDER OF TEMPORARY DETENTION as to Harry Edwin Miles Entered by Judge Thomas J. Shields on 5/20/05. (DK, ilcd) (Entered: 05/20/2005) |
| 05/24/2005 |   | Minute Entry for proceedings held before Judge Thomas J. Shields. Parties present in open court with Atty Mehochko, defendant personally and Atty Taseff as stand-by counsel for Initial Appearance/Arraignment/Detention Hearing as to Harry Edwin Miles (1) re: Counts 1,2 held on 5/24/2005. Dft waives reading of indictment in open court. Dft advised of charges and possible penalties. Dft enters plea of Not Guilty and same received and entered of record. Case is set for Pending Motion/Pretrial Conference set for 7/7/2005 02:30 PM before Judge Joe Billy McDade. Case is set for Jury Trial on Monday, 8/1/2005 at 09:00 AM before Judge Joe Billy McDade in person in Rock Island. Case continues to detention hearing. Govt presents evidence. Govt rests. Argument by parties re: detention. Court orders dft detained pending trial. Dft remanded to the custody of the U.S. Marshal. Court orders Section 4 of the Pretrial Report to counsel. (DK, ilcd) (Entered: 05/24/2005) |
| 05/24/2005 | 4 | SCHEDULING ORDER as to Harry Edwin Miles Entered by Judge Thomas J. Shields on 5/24/05. (DK, ilcd) (Entered: 05/24/2005) |

| | |
|---|---|
| OR DISPENSE, from 15 on or about Apartment: 1-1 29, 2005 to on or about May 16, 2005 Conspiracy to Distribute and Possession with Intent to Distribute 5 kilograms or more of a mixture and substance containing cocaine in violation of 21 USC 841(a)(1), (b)(1)(A) and 846 (1) | Filed: 05/05/2015 Supervised Release for 5 years on each of Counts 1 and 2 to run concurrently. No fine is imposed. Dft ordered to pay a $200.00 Special Assessment immediately. 2/24/2015 Defendant's sentence reduced to 324 months on Cts. 1 and 2, with said terms to run concurrently. All other provisions of the original and/or any previous amended judgments shall remain in effect. |
| NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE, On or about May 16, 2005 Possession with Intent to Distribute 5 kilograms or more of a mixture and substance containing cocaine and methamphetamine in violation of 21 USC 841(a)(1) and (b)(1)(A) (2) | Dft committed to the custody of the BOP for 360 months on each of Counts 1 and 2 to run concurrently. Dft placed on Supervised Release for 5 years on each of Counts 1 and 2 to run concurrently. No fine is imposed. Dft ordered to pay a $200.00 Special Assessment immediately. 2/24/2015 Defendant's sentence reduced to 324 months on Cts. 1 and 2, with said terms to run concurrently. All other provisions of the original and/or any previous amended judgments shall remain in effect. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                     **Disposition**

None

---

**Plaintiff**

**USA**                                         represented by **Bradley W Murphy**
                                                               US ATTY
                                                               One Technology Plaza
                                                               Suite 400
                                                               211 Fulton St
                                                               Peoria, IL 61602
                                                               309-671-7050
                                                               Fax: 309-671-7259

**U.S. District Court**

## CENTRAL DISTRICT OF ILLINOIS (Rock Island)
## CRIMINAL DOCKET FOR CASE #: 4:05-cr-40051-JBM-JAG-1

Case title: USA v. Miles

Date Filed: 05/19/2005
Date Terminated: 08/01/2006

---

Assigned to: Judge Joe Billy McDade
Referred to: Magistrate Judge John A. Gorman

Appeals court case numbers: '06-2899', '09-3069', 12-3709 CA7

### Defendant (1)

**Harry Edwin Miles**
*TERMINATED: 08/01/2006*

represented by **Harry Edwin Miles**
17768-112
LOMPOC
U.S. PENITENTIARY
Inmate Mail/Parcels
3901 KLEIN BLVD
LOMPOC, CA 93436
805-736-4154
PRO SE

**George F Taseff**
FEDERAL PUBLIC DEFENDER
Suite 1500
401 Main St
Peoria, IL 61602
309-671-7891
Fax: 309-671-7898
Email: George_Taseff@fd.org
*TERMINATED: 06/02/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**George F Taseff**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Pending Counts

NARCOTICS - SELL, DISTRIBUTE,

### Disposition

Dft committed to the custody of the BOP for 360 months on each of Counts 1 and 2 to run concurrently. Dft placed on

FCI LOMPOC
[illegible]
LOMPOC [illegible]

10-30-17

SANTA BARBARA CA 931
30 OCT 2017 PM 2 L

CENTRAL DIST OF CALIFORNIA
NOV -1
BY _____ DEPUTY

Harry Edwin Miles  17768-112
Federal Correctional Institution
Lompoc - Low
3600 Guard Road
Lompoc, CA  93436-2705

⇔17768-112⇔
Clerk Of The Court
US Dist Ct Cen Dist of LA
312 N Spring ST
Room G-8
Los Angeles, CA 90012
United States

LEGAL MAIL



