Richard Kellogg Armstrong
Fed. Reg. No. 20413-298
FCI - Lompoc (Low)
3600 Guard Road
Lompoc, CA  93436-2705

In Pro se



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| Richard Kellogg Armstrong,<br>　　Petitioner<br><br>　　v.<br><br>Steven Langford, Warden,<br>　　Respondent | Case No.: 17-cv-07087-VAP(AS)<br><br>REPLY AND OBJECTION TO MAGIS-<br>TRATE'S REPORT AND RECOMMENDA-<br>TION<br><br>VERIFIED |

　　COMES NOW, Richard Kellogg Armstrong, hereinafter ("Armstrong") in pro se, and Replies and Objects to Magistrate Alka Sagar's Report and Recommendation, Docket Numbers 10 & 11 dated 12/13/2017.

　　On December 21, 2017, Armstrong received via regular U.S. Postal Mail, Docket Numbers 10 and 11 in separate envelopes for case No. 17-CV-07087-VAP-(AS) which are two identical copies of the Magistrate's Report and Recommendation, ("R&R").  From reading the R&R it is apparent that the Magistrate never read Armstrong's original 28 U.S.C. §2241(c)(3) nor his reply to Respondent's Opposition Motion, but, instead summarily adopted Respondent's position with it multiple Constitutional errors.

　　On Page 1, line 27 of the R&R, the Magistrate named an unknown person, "Darian K. Robinson" as the Petitioner in both copies of the R&R.  (See Doc. 10 & 11).

1

On Page 2 of the R&R the Magistrate states that Armstrong challenges his convictions which is erroneous and intentionally misleading. Armstrong asserts that pursuant to 28 U.S.C. §2241(c)(3) he is incustody on a Constitutionally void judgment, not a judgment that is voidable.

Because of Multiple Due Process violations of Armstrongs Constitutionally protected rights beginning prior to the empanelling and swearing of the oath to the grand jury, to the Magistrate taking a plea in violation of their enumerated responsibilities, (see 28 U.S.C. §§ 631-639), and the make-up of the cabal necessary to perpetrate that conspiracy against Armstrong to force a unconstitutionally enforceable void conviction. The rest of the R&R is just a regurgitation of the Respondent's opposition which Armstrong contradicted in his reply using the Constitution, Supreme Court dicta, Ninth Circuit case law and the record in the case at issue.

Armstrong is entitled to bring a habeas corpus petition pursuant to 28 U.C.S. §2241(c)(3) claiming that his conviction is void due to a fundamental Constitutional defect, (Due Process), which can never be harmless error. That defect voided any judgment which requires it to be set aside and Armstrong freed from his illegal confinement.

The Constitution of the United States is the Supreme Law of the land. Further, it has been doctrine since 1803. Any laws, statutes, regulations or government conflict in their actions with Constitutionally protected rights is unenforceable. It is the standard by which all government action is measured.

The collateral damage from a unenforceable void conviction

2

is beyond measure. When a person is imprisoned in violation of Due Process, the administration of justice is robbed of any validity, and society loses from all sides. The majority of the public now have no faith in the fairness of our judicial system, because the system only works if the participants follow the rules, which did not happen here.

Armstrong's allegations in his 28 U.S.C. §2241(c)(3) Petition and affidavit show via the record that the Constitution, statutes and rules were not followed in forcing a void conviction.

The government actors' in this case "reckless disregard" for Armstrong's Constitutionally protected rights and unrepentant attitude indicate that no lesser remedial action of release via habeas corpus will be effective. The egregious violations of due process are basic prosecutorial responsibilities are deeply troubling because the judicial branch (courts) are responsible to stop the overreach and uphold a defendant's Constitutional rights.

The actions perpetrated against Armstrong are indicative of the pervasive cancer infecting the justice system. Our system of justice is crying for a cultural change. We must return to a system in which prosecutors seek justice without violating a defendants Constitutionally protected due process rights and in which judges are willing to judge impartially in confirmation of their oath to uphold the Constitution. Not to blindly allow prosecutors to strike foul blows in repugnance of the Constitution.

CONCLUSION

The Magistrate's R&R is biased, incorrect, and a boiler plate acceptance of the prosecutors untenable position, and should

be disregarded or considered non responsive for its inaccuracies as is the governments response as it was not signed under penalty of perjury via affidavit, any such mere memoranda does not suffice to contradict sworn testimony by affidavit as presented and attached to Armstrong's 28 U.S.C. §2241(c)(3) Petition. The burden is upon the government to prove subject matter jurisdiction of the sentencing court and that no conspiracy existed to deny Armstrong's Constitutionally protected Due Process Rights to produce a void judgement as alleged in his Affidavit in Support of the Petition.

The question for this court is simple, either the judgment is void for violations of due process or it is not.

## VERIFICATION

I Richard Kellogg Armstrong, declare pursuant to the pains of penalty for perjury, 28 U.S.C. §1746, that the foregoing is true, correct, complete and not meant to mislead.

Executed this the 29TH day of December, 2017.

Richard Kellogg Armstrong
Fed. Reg. No. 20413-298
FCI - Lompoc (Low)
3600 Guard Road
Lompoc, CA   93436-2705

(Seal)

## CERTIFICATE OF SERVICE

I, __Richard Kellogg Armstrong__ hereby certify that I have served a true and correct copy of;

REPLY AND OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION, VERIFIED.

[which is considered filed/served at the moment it was delivered to prison authorities for mailing as provided for in Houston v. Lack, 487 U.S. 266, 101 L.Ed.2d 245 (1988)] to the following listed parties/persons by placing a complete copy of the above described materials in a sealed envelope affixed with the appropriate pre-paid first-class United States postage:

```
Clerk of the Court                    UNITED STATES ATTORNEY'S OFFICE
UNITED STATES DISTRICT COURT          312 N. Spring Street
CENTRAL DISTRICT OF CALIFORNIA        Los Angeles, CA  90012
LOS ANGELES DIVISION
312 N. Spring Street, Room G-8
Los Angeles, CA  90012
```

and deposited same with prison officials here at the Federal Correctional Institution in Lompoc, California, on this the __29TH__ day of __December__, 20__17__.

Pursuant to Title 28, United States Code section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this the __29TH__ day of __December__, 20__17__.

(Signature) _Richard Kellogg Armstrong_
Printed Name: Richard Kellogg Armstrong
Federal Register # 20413-298
Federal Correctional Institution (Low)
3600 Guard Road, Lompoc, CA 93436-2705
No Telephone/Fax/E-Mail Available

(Seal)






RICHARD K. ARMSTRONG
70 20413-298
FEDERAL CORRECTIONAL
INSTITUTION
3600 GUARD RD.
LOMPOC, CA 93436

7015 0640 0003 4678 7651

**FCI LOMPOC**
**3600 GUARD ROAD**
**LOMPOC, CA 93436**

DATE 12-20-17

The following letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosed to the above address.

⇔ 20413-298 ⇔
U S D C Cent Div Calif
312 N Spring ST
Clerk of the Court
LOS Angeles, CA 90012
United States

LEGAL MAIL

6503021

MEAD 9" X 12" PRESS & SEAL
WHITE ENVELOPES 5CT/PK