JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| RICHARD KELLOGG ARMSTRONG, | Case No. CV 17-07087-VAP (AS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS,** |
| STEVE LANGFORD, Warden, | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| Respondent. | **UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Final Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the initial Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Final Report and Recommendation.

**IT IS ORDERED** that Respondent's Motion to Dismiss is GRANTED and this action be transferred to the United States District Court for the District of Colorado.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondents.

DATED:   January 16, 2018.

*[signature: Virginia A. Phillips]*

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE

2