# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:17–cv–07087–VAP–AS

Richard Kellogg Armstrong v. Steven Langford  
Assigned to: Judge Virginia A. Phillips  
Referred to: Magistrate Judge Alka Sagar  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 09/26/2017  
Date Terminated: 01/17/2018  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Richard Kellogg Armstrong**     represented by    **Richard Kellogg Armstrong**  
REG 20413–298  
Federal Correctional Institution  
3600 Guard Road  
Lompoc, CA 93436–2705  
PRO SE

V.

**Respondent**

**Steven Langford**     represented by    **Benedetto L Balding**  
*Warden*                                     AUSA – Office of US Attorney  
General Crimes Section  
312 North Spring Street Suite 1200  
Los Angeles, CA 90012  
213–894–2274  
Fax: 213–894–0141  
Email: benedetto.balding@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Assistant 2241–194 US Attorney LA–CV**  
AUSA – Office of US Attorney  
Criminal Division – US Courthouse  
312 North Spring Street 12th Floor  
Los Angeles, CA 90012–4700  
213–894–2434  
Email: USACAC.Habeas@usdoj.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2017 | Ï 1 | PETITION for Writ of Habeas Corpus by a Person In Federal Custody (28:2241) Case assigned to Judge Virginia A. Phillips and referred to Magistrate Judge Alka Sagar, (Filing fee $ 5 due), filed by petitioner Richard Kellogg Armstrong. (esa) (Entered: 09/27/2017) |
| 09/26/2017 | Ï 2 | NOTICE OF REFERENCE to a U.S. Magistrate Judge. This case has been assigned to the calendar of the Honorable District Judge Virginia A. Phillips and referred to Magistrate Judge Alka Sagar, who is authorized to consider preliminary matters and conduct all further hearings as may be |

| | | |
|---|---|---|
| | | appropriate or necessary. Pursuant to Local Rule 83–2.4, the Court must be notified within five (5) days of any address change. See notice for additional details. (Attachments: # 1 CV 111) (esa) (Entered: 09/27/2017) |
| 09/29/2017 | Ï 3 | ORDER REQUIRING RETURN TO PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2241) by Magistrate Judge Alka Sagar. Before October 16, 2017, Respondent shall file and serve a Notice of Appearance. If Respondent contends that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondent shall file a Motion to Dismiss on or before October 31, 2017. If Respondent does not contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondent shall file and serve a Return to the Petition ("Return") on or before November 30, 2017. (See Order for complete details) Notice: The court has issued a ruling on preliminary review. Pursuant to the Agreement on Acceptance of Service between the Clerk of Court and the United States Attorneys Office, this Notice constitutes service under Fed. R. Civ. P. 4. (Attachments: # 1 Petition, # 2 Consent Form (Blank)) (afe) (Entered: 09/29/2017) |
| 10/10/2017 | Ï 4 | Notice of Appearance or Withdrawal of Counsel: for attorney Benedetto L Balding counsel for Respondent Steven Langford. Adding Benedetto L. Balding as counsel of record for Steven Langford for the reason indicated in the G–123 Notice. Filed by Respondent Steven Langford. (Attorney Benedetto L Balding added to party Steven Langford(pty:res))(Balding, Benedetto) (Entered: 10/10/2017) |
| 10/12/2017 | Ï 5 | FINANCIAL ENTRY: Received $5.00 filing fee from Richard Armstrong. Re: Petition for Writ of Habeas Corpus (2241) 1 . Receipt number LA161566. (ek) (Entered: 10/12/2017) |
| 10/31/2017 | Ï 6 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Respondent Steven Langford. (Attachments: # 1 Appendix A, # 2 Proof of Service) (Balding, Benedetto) (Entered: 10/31/2017) |
| 10/31/2017 | Ï 7 | MINUTE ORDER (IN CHAMBERS) by Magistrate Judge Alka Sagar. Within thirty (30) days of the date of this Minute Order (by no later than November 30, 2017), Petitioner is ORDERED to file an Opposition to the Motion to Dismiss 6 or a Notice of Non–Opposition to the Motion to Dismiss. (See Minute Order for complete details) (afe) (Entered: 11/01/2017) |
| 11/07/2017 | Ï 8 | NOTICE OF DISCREPANCY AND ORDER: by Magistrate Judge Alka Sagar,ORDERING Motion for Joinder Pursuant to F.R.Cr.P. 8(a) and F.R.Cv.P. 20(a)(2)(B) submitted by Harry Edwin Miles received on November 1, 2017 is not to be filed but instead REJECTED. Denial based on: Not a party to the case. (See document for complete details) (Attachments: # 1 Denied Filing) (afe) (Entered: 11/07/2017) |
| 11/30/2017 | Ï 9 | REPLY to MOTION to Dismiss Case 6 filed by Petitioner Richard Kellogg Armstrong. (afe) (Entered: 12/01/2017) |
| 12/13/2017 | Ï 10 | NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (COA) by Magistrate Judge Alka Sagar. Objections to R&R due by 1/2/2018. (Attachments: # 1 Report & Recommendation) (afe) (Entered: 12/13/2017) |
| 12/13/2017 | Ï 11 | REPORT AND RECOMMENDATION OF AUNITED STATES MAGISTRATE JUDGE issued by Magistrate Judge Alka Sagar. Re Petition for Writ of Habeas Corpus (2241) 1 (afe) (Entered: 12/13/2017) |
| 01/02/2018 | Ï 12 | REPLY AND OBJECTION to Magistrate's Report and Recommendation (Issued) 11 filed by petitioner Richard Kellogg Armstrong.(afe) (Entered: 01/03/2018) |
| 01/04/2018 | Ï 13 | FINAL REPORT AND RECOMMENDATION OF A UNITED STATES MAGISTRATE JUDGE issued by Magistrate Judge Alka Sagar. Re: Petition for Writ of Habeas Corpus (2241) 1 (afe) (Entered: 01/08/2018) |
| 01/17/2018 | Ï 14 | |

|  |  | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE by Judge Virginia A. Phillips. IT IS ORDERED that Respondent's Motion to Dismiss 6 is GRANTED and this action be transferred to the United States District Court for the District of Colorado. (See document for complete details) ( MD JS−6. Case Terminated ) (afe) (Entered: 01/17/2018) |
|---|---|---|

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:17−cv−07087−VAP−AS
*Internal Use Only*

| | |
|---|---|
| Richard Kellogg Armstrong v. Steven Langford | Date Filed: 09/26/2017 |
| Assigned to: Judge Virginia A. Phillips | Date Terminated: 01/17/2018 |
| Referred to: Magistrate Judge Alka Sagar | Jury Demand: None |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (federal) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: U.S. Government Defendant |

**Petitioner**

**Richard Kellogg Armstrong**  represented by  **Richard Kellogg Armstrong**
REG 20413−298
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436−2705
PRO SE

V.

**Respondent**

**Steven Langford**  represented by  **Benedetto L Balding**
*Warden*
AUSA − Office of US Attorney
General Crimes Section
312 North Spring Street Suite 1200
Los Angeles, CA 90012
213−894−2274
Fax: 213−894−0141
Email: benedetto.balding@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Assistant 2241−194 US Attorney LA−CV**
AUSA − Office of US Attorney
Criminal Division − US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012−4700
213−894−2434
Email: USACAC.Habeas@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2017 | 1 | PETITION for Writ of Habeas Corpus by a Person In Federal Custody (28:2241) Case assigned to Judge Virginia A. Phillips and referred to Magistrate Judge Alka Sagar, (Filing fee $ 5 due), filed by petitioner Richard Kellogg Armstrong. (esa) (Entered: 09/27/2017) |
| 09/26/2017 | 2 | NOTICE OF REFERENCE to a U.S. Magistrate Judge. This case has been assigned to the calendar of the Honorable District Judge Virginia A. Phillips and referred to Magistrate Judge Alka Sagar, |

| | | |
|---|---|---|
| | | who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Pursuant to Local Rule 83–2.4, the Court must be notified within five (5) days of any address change. See notice for additional details. (Attachments: # 1 CV 111) (esa) (Entered: 09/27/2017) |
| 09/29/2017 | Ï 3 | ORDER REQUIRING RETURN TO PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2241) by Magistrate Judge Alka Sagar. Before October 16, 2017, Respondent shall file and serve a Notice of Appearance. If Respondent contends that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondent shall file a Motion to Dismiss on or before October 31, 2017. If Respondent does not contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondent shall file and serve a Return to the Petition ("Return") on or before November 30, 2017. (See Order for complete details) Notice: The court has issued a ruling on preliminary review. Pursuant to the Agreement on Acceptance of Service between the Clerk of Court and the United States Attorneys Office, this Notice constitutes service under Fed. R. Civ. P. 4. (Attachments: # 1 Petition, # 2 Consent Form (Blank)) (afe) (Entered: 09/29/2017) |
| 10/10/2017 | Ï 4 | Notice of Appearance or Withdrawal of Counsel: for attorney Benedetto L Balding counsel for Respondent Steven Langford. Adding Benedetto L. Balding as counsel of record for Steven Langford for the reason indicated in the G–123 Notice. Filed by Respondent Steven Langford. (Attorney Benedetto L Balding added to party Steven Langford(pty:res))(Balding, Benedetto) (Entered: 10/10/2017) |
| 10/12/2017 | Ï 5 | FINANCIAL ENTRY: Received $5.00 filing fee from Richard Armstrong. Re: Petition for Writ of Habeas Corpus (2241) 1 . Receipt number LA161566. (ek) (Entered: 10/12/2017) |
| 10/31/2017 | Ï 6 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Respondent Steven Langford. (Attachments: # 1 Appendix A, # 2 Proof of Service) (Balding, Benedetto) (Entered: 10/31/2017) |
| 10/31/2017 | Ï 7 | MINUTE ORDER (IN CHAMBERS) by Magistrate Judge Alka Sagar. Within thirty (30) days of the date of this Minute Order (by no later than November 30, 2017), Petitioner is ORDERED to file an Opposition to the Motion to Dismiss 6 or a Notice of Non–Opposition to the Motion to Dismiss. (See Minute Order for complete details) (afe) (Entered: 11/01/2017) |
| 11/07/2017 | Ï 8 | NOTICE OF DISCREPANCY AND ORDER: by Magistrate Judge Alka Sagar,ORDERING Motion for Joinder Pursuant to F.R.Cr.P. 8(a) and F.R.Cv.P. 20(a)(2)(B) submitted by Harry Edwin Miles received on November 1, 2017 is not to be filed but instead REJECTED. Denial based on: Not a party to the case. (See document for complete details) (Attachments: # 1 Denied Filing) (afe) (Entered: 11/07/2017) |
| 11/30/2017 | Ï 9 | REPLY to MOTION to Dismiss Case 6 filed by Petitioner Richard Kellogg Armstrong. (afe) (Entered: 12/01/2017) |
| 12/13/2017 | Ï 10 | NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (COA) by Magistrate Judge Alka Sagar. Objections to R&R due by 1/2/2018. (Attachments: # 1 Report & Recommendation) (afe) (Entered: 12/13/2017) |
| 12/13/2017 | Ï 11 | REPORT AND RECOMMENDATION OF AUNITED STATES MAGISTRATE JUDGE issued by Magistrate Judge Alka Sagar. Re Petition for Writ of Habeas Corpus (2241) 1 (afe) (Entered: 12/13/2017) |
| 01/02/2018 | Ï 12 | REPLY AND OBJECTION to Magistrate's Report and Recommendation (Issued) 11 filed by petitioner Richard Kellogg Armstrong.(afe) (Entered: 01/03/2018) |
| 01/04/2018 | Ï 13 | FINAL REPORT AND RECOMMENDATION OF A UNITED STATES MAGISTRATE JUDGE issued by Magistrate Judge Alka Sagar. Re: Petition for Writ of Habeas Corpus (2241) 1 (afe) (Entered: 01/08/2018) |

| 01/08/2018 | Ï | (Court only) FINAL REPORT AND RECOMMENDATION Forwarded to District Judge Virginia A. Phillips for review.(afe) (Entered: 01/08/2018) |
| 01/17/2018 | Ï 14 | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE by Judge Virginia A. Phillips. IT IS ORDERED that Respondent's Motion to Dismiss 6 is GRANTED and this action be transferred to the United States District Court for the District of Colorado. (See document for complete details) ( MD JS−6. Case Terminated ) (afe) (Entered: 01/17/2018) |