**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.  10-cr-00317-REB-2
(Civil Action No.18-cv-00192-REB)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

2.  RICHARD KELLOGG ARMSTRONG,

    Defendant-Movant.

## ORDER

**Blackburn, J.**

    This matter is before me on **Title 28 U.S.C. § 2241 Habeas Corpus for Due Process and Constitutional Violations Resulting in Illegal Confinement by Void Judgment** [#751][1] filed January 25, 2018. The defendant-movant is proceeding pro se. Thus, I give his motion the judicial munificence due pro se litigants. Although the motion refers to 28 U.S.C. § 2241, quintessentially, it implicates 28 U.S.C. 2255, and I treat it accordingly.

    The motion comes before me for prompt examination and initial consideration under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts.  Based on my initial consideration of defendant's motion, which includes my consideration of the motion and the record of prior proceedings, I cannot conclude

---

[1] "[#751]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

summarily that the defendant-movant is not entitled to relief and the motion should be dismissed. Thus, under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, I must order the United States Attorney to file an answer, motion, or other response within a fixed time.

**THEREFORE, IT IS ORDERED** as follows:

1. That by **February 28, 2018**, the United States Attorney for the District of Colorado shall file an answer, motion, or other response to the motion of the defendant-movant with the contents required by Rule 5(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts; and

2. That as provided by Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts, the defendant-movant may file a reply to the government's answer, motion, or other response by **March 28, 2018.**

Dated January 30, 2018, in Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge