

6503021

MEAD 9" X 12" PRESS & SEAL
WHITEENVELOPES 5CT

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE