SPECIAL CAUSE, RESTRICTED and PRIVATE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 10 2018

JEFFREY P. COLWELL
CLERK

*Richard Kellogg Armstrong*
Reg. No,: *2 0 41 2 - 298*
3600 Guard Road
Lompoc, CA  93436-2705

Private Citizen in Equity

UNITED STATES DISTRICT COURT
DISTRICT OF *Colorado*
_____ DIVISION

UNITED STATES OF AMERICA,
    Plaintiff in Error

    v.

*Richard Kellogg Armstrong,*
    Private Citizen

Case No.: *1:10-cr-00317-REB-2*

WRIT OF ERROR; NOTICE OF STATUS
CHANGE BY PRIVATE CITIZEN IN EQUITY

VERIFIED

I, *Richard Kellogg Armstrong,* Private Citizen and Grantee/Beneficiary of the Trusts established by Case No.: *1:10-cr-00317-REB-2* , (See, NOTICE OF INTEREST, attached and incorporated fully hereto), hereby NOTICE this Court that, as a Private Citizen and Cestui Que of these Provate Trusts this is a special matter, and due to exigent circumstances, I am invoking a court of inherent equity to protect the interests of this Private Citizen and of my Private Trusts that cannot be seen by this Court at law.

I am a Private Citizen who is non-statutory, non-commercial, non-UCC, not a party to the EMERGENCY BANKING ACT and as described in the TRADING WITH THE ENEMY ACT.  Private Citizens are excluded and described in those Acts in plain English.

Judge, you are damaging rights to possession, title and interest to a Private Citizen that only a Court of Equity has sole jurisdiction to see.  This is NOT a Court of Special Equity.

This case is irreparably harming the holder of right, title and interest not cognizable by a court at law.  I know who the beneficiary of these Private Trusts are, me, *Richard Kellogg Armstrong,* a Private Citizen not any one else associated with this court that I can see.  This case is abated.

NOTICE: I, *Richard Kellogg Armstrong* , Private Citizen I indemnify my equity Trusts and I authorize, the Trustee of my estate to access the Private side of my accounts to execute and run the Trusts.

I am the Cestui Que, I have NOT now, nor have I ever, waived my Beneficiary rights as a Private Citizen enforcing all equitable remedy.  This Case Number *1:10-cr-00317-REB-2* is a property dispute and the unauthorized taking of my property is a violation of my rights.

I own this case top to bottom.  I own both sides of the ledgers.  I own the court case I lost

because equity is the only jurisdiction cognizable of my rights, and my rights were trampled in this case. I make my prima facie claims I own it as trust res.

Under the penalty for perjury, I, *Richard Kellogg Armstrong*, state that an interest in the Private owns this entire case and both sides of the ledgers, Public and Private.

My Private Trusts have been breached. I request recoupment for equity to restore them.

The statutes of the martial process does not apply to me as a Private Citizen. The Constitution for the Private Citizen in the 5th Amendment for the Due Process of law at the federal level is a civilian due process, and I am guaranteed due process of law at the state level, which is also civilian due process.

I, *Richard Kellogg Armstrong*, Private Citizen, have a conflict with the rules of law. Pursuant to the Judicature Act (1873), whenever there is a conflict with the rules of law and the rules of equity over the same matter, the rules of equity will prevail.

I have extinguished the debts of the Defendant in this matter. (See: NOTICE letter to Clerk of this Court dated : *10/1/2018*, with attachments delivered with this WRIT OF ERROR and incorporated fully hereto in their entirety).

The interest in the private holds unfettered perfected title of this case, and the Judge is a witness.

I hereby order the Judge to within 72 hours of receipt of this WRIT OF ERROR; NOTICE OF STATUS CHANGE BY PRIVATE CITIZEN IN EQUITY do the following:

(1)   Forthwith release Defendant/Surety without exception or condition from detention; and,

(2)   Issue a decretal order to immediately abate, extinguish and seal Case Number *1:10-cv-00317-REB-2*; or,

(3)   The Court is to reply immediately within three (3) calendar days of receipt of this WRIT OF ERROR... via Certified Mail with NOTICE, under the penalty for perjury, if this Court CANNOT give due process in equity to this Private Citizen and show cause why it should not be dismissed.

Otherwise I will bring a Bill of Equity and abate this case to an equity court of justice in ten (10) calendar days from your receipt of this WRIT OF ERROR; NOTICE OF STATUS CHANGE BY PRIVATE CITIZEN IN EQUITY.

I have appointed the court, not the Judge in this case, as the Trustee, as I am the "Cestui Que," a Private Citizen enforcing all equitable rights as Beneficiary of these Private Trusts.

As grantee I do the following:

(A)   I declare to Hold Harmless the Judge for specific performance above, of all liability in this case. (See: Declaration to Hold Harmless attached and incorporated fully hereto); and,

(B)   I hereby Grant, Convey, Assign, Discharge, Settle, Extinguish, Pay such issues required to settle all Liabilities of the Defendant in Case Number *1:10-cv-00317-REB-2*; and,

(C)   I return the Charging Document and hereby Grant and Convey such issues as to satisfy. (See: Indictment, Received, Accepted and Returned attached); and,

(D)   I require an extinguishment and full accounting be provided to Cestui Que; by Trustee; and,

(E)   I declare to Indemnify the Trustee for the full accounting, to keep the funds in the Trusts, administer the funds in those Trusts and access the Private side of the ledgers to do so. (See: Declaration to Indemnify Trustee attached and incorporated fully herein); and,

(F)     I request the Trustee to keep all funds in the Trusts with the Court and to run and manage the Trusts for the benefit of Cestui Que, Private Citizen, *Richard Kellogg Armstrong*.

Whereas no one has ever come forward with a superior, prior or equal claim in the Private, therefore the Judge in this matter has no recourse but to follow the orders of this Private Citizen to release the Defendant/Surety and dismiss Case Number *1:10-cr-00317-REB-2* to abate, extinguish and seal this private matter.

I declare under the penalty for perjury that the foregoing is true, correct, complete and not meant to mislead to the best of my knowledge and belief.

Date: *OCTOBER 1, 2018*                          *Richard Kellogg Armstrong*

*Richard Kellogg Armstrong*

WITNESSES

We the undersigned declare under the penalty for perjury that we personally know the Private Citizen signing this document and witnessed him sign and date above.

Date: *October 1, 2018*                          *Harry Edwin Miles*

Date: *October 1, 2018*                          *John Kenneth Schiefer*

3

Addendum of Attachments to both:

Letter to Clerk of the Court Re: NOTICE OF SPECIAL CAUSE, RESTRICTED and PRIVATE ...

and

WRIT OF ERROR; NOTICE OF STATUS CHANGE BY PRIVATE CITIZEN IN EQUITY; VERIFIED

(1)     Charging Instrument, (Received, Accepted and Returned); and,

(2)     NOTICE OF INTEREST establishing *Richard Kellogg Armstrong* is a Private Citizen; and,

(3)     Declaration to Hold Harmless Judge in Case Number *1:10-CV-00317-REB-2* ; and

(4)     Declaration of Indemnification of Trustee to access to Private side of the ledgers for accounting.

1

SPECIAL CAUSE, RESTRICTED and PRIVATE

Certified Mail Return Receipt Number: *7017 2620 0001 0914 8055*

*Richard Kellogg Armstrong*, Private Citizen
Reg. No.: *20413-298*
3600 Guard Road
Lompoc, CA 93436-2705

Clerk of the Court
UNITED STATES DISTRICT COURT
_____ DISTRICT OF *COLORADO*
_____ DIVISION
*901 19TH St.*
*DENVER, CO 80294-3589*
_____

Re:   NOTICE OF SPECIAL CAUSE, RESTRICTED and PRIVATE brought by: *Richard Kellogg Armstrong*,
Private Citizen filing enclosed WRIT OF ERROR; NOTICE OF STATUS CHANGE BY PRIVATE CITIZEN
IN EQUITY.  Case Number: *1; 10 - C r - 00317-REB - 2*

I, *Richard Kellogg Armstrong*, Private Citizen, NOTICE the Court by SPECIAL CAUSE,
RESTRICTED and PRIVATE filing the following:

(1)   That I, *Richard Kellogg Armstrong*, Private Citizen has accepted and returned the charging
document and now owns Case Number; *1; 10-cr-00317-REB-2*, top to bottom, and both sides of the
aledgers; Public and Private.

Because Equity is the only jurisdiction cognizable of my rights and my rights were trampled in that
case, I am making a prima facie claim I own it as trust res; and,

(2)   I am the Cestui Que, and I am NOT now, nor have I ever waived my beneficiary rights as a
Private Citizen enforcing all equitable rights and remedy; and,

(3)   I want a substitute Trustee and I hereby appoint the "Court" as Trustee, not the Judge, but the
Private side of the Court over all Trusts established by Case Number; *1;10-cr-00317-REB-2*; and,

(4)   I order the Trustee to do a full accounting of those trusts and provide that accounting for each
to Cestui Que; and,

(5)   I indemnify the Trustee to keep all funds in those trusts for Beneficiary and to access the
accounting on the "Private side" for use and benefit of the Cestui Que, Private Citizen, *Rich ard Kellogg
Armstrong*, (See: Declaration of Indemnification attached and incorporated fully hereto); and,

(6)   I order the charging instrument for Case Number *1;10-cr-00317-REB-2*, (Indictment), to
be forwarded to Trustee, for the Trustee to pay, (See Indictment, Received, Accepted and Returned,
attached hereto); and,

(7)   I, *Richard Kellogg Armstrong*, Grantee/Beneficiary, hereby Grant, convey, Assign,
Discharge, Settle, Extinguish, Pay such issues required to Settle ALL Liabilities of Defendant in Case

1

Number: *1:10-cr-00317-REB-2*          ; and,

(8)     I, hereby Grant and Convey such issues as to satisfy; and,

(9)     I request the Trustee to issue a banking (debit) card in the name of: *Richard Kellogg Armstrong* for each of the Trusts for Cestui Que's direct access to each Trust's funds; and,

(10)    I order the Clerk of the Court to file the enclosed WRIT OF ERROR; NOTICE OF STATUS CHANGE BY PRIVATE CITIZEN IN EQUITY, with attachments, and forward those papers forthwith to the Judge in Case Number: *1:10-cr-00317-REB-2*     for immediate Decretal Order of Dismissal, Abatement, Extinguishment, Sealing of the case and Release of Defendant/Surety without exception or condition; and,

(11)    I request the Trustee to provide Beneficiary, Cestui Que, *Richard Kellogg Armstrong* with the name and contact information of Trustee's agent to personally handle all future private/personal business/issues and requests by Cestui Que; and,

(12)    I request the items described in paragraphs 4, 9, and 11 above be delivered to Cestui Que, Private Citizen, Beneficiary, *Richard Kellogg Armstrong*  at; care of *Donald R. Armstrong, 2927 Young Ave., Lansing, MI 48906*

        I have attached the following documents to be incorporated fully to this letter and the WRIT:
(1) Charging Instrument, (Received, Accepted and Returned); (2) NOTICE OF INTEREST, establishing *Richard Kellogg Armstrong* is a private Citizen; (3) Declaration to Hold Harmless Judge in Case Number *1:10-cr-00317-REB-2*      ; (4) Declaration of Indemnification of Trustee for access to Private side of the ledgers for accounting.  (See Addendum of Attachments enclosed)

        The Court is to reply immediately within three (3) calendar days of receipt of this NOTICE, if it CANNOT give due process in equity to this Private Citizen and show cause why this case should not be dismissed.  Otherwise I will bring a Bill of Equity and abate this case to an equity court of justice in ten (10 ) days from your receipt of this NOTICE.

        Thank you in advance for your prompt time and attention to this matter.

                                        Respectfully,

                                        *Richard Kellogg Armstrong*

Date: *October 1, 2018*          *Richard Kellogg Armstrong*

                        WITNESSES

        We the undersigned declare under the penalty for perjury that we personally know the Private Citizen signing this document and witnessed him sign and date above.

Date: *October 1, 2018*              *Harry Edwin Miles*

Date: *October 1, 2018*              *John Kenneth Schiefer*

DECLARATION TO HOLD HARMLESS THE JUDGE OF ALL
LIABILITY IN CASE NUMBER: *1;10-cv-00317-REB-2*
FOR SPECIFIC PERFORMANCE

I, *Richard Kellogg Armstrong,* Private Citizen, "Cestui Que," hold the equitable rights for all trusts established by Case Number *1;10-cv-00317-REB-2.* I agree to hold the Judge harmless of alll liabilities in that case upon specific performance enumerated in the WRIT OF ERROR; NOTICE OF STATUS CHANGE BY PRIVATE CITIZEN IN EQUITY, dated *10/1/2018* .

I declare under the penalty for perjury that the foregoing statement is true, correct, complete and not meant to mislead to the best of my knowledge and belief.

Date: *OCTOBER 1, 2018*                    *Richard Kellogg Armstrong*
                                           *Richard Kellogg Armstrong*

WITNESSES

We the undersigned declare under the penalty for perjury that we personally know the Private Citizen signing this document and witnessed him sign and date above.

Date: *October 1, 2018*                    *Harry Edwin Miles*

Date: *October 1, 2018*                    *John Kenneth Schiefer*

1

## DECLARATION TO APPOINT AND INDEMNIFY THE
## PRIVATE SIDE OF THE "COURT" AS TRUSTEE

I, _Richard Kellogg Armstrong_ Private Citizen and "Cestui Que," hold the equitable rights for all trusts established by Case Number _1:10-cr-00317-REB-2_. I appoint the "Court" as Trustee, not the Judge and indemnify the Trustee to access the Private side of the ledgers to provide a full accounting for all the trusts and to administer those trusts for the use and benefit of the Cestui Que.

I declare under the penalty for perjury that the foregoing statement is true, correct, complete and not meant to mislead to the best of my knowledge and belief.

Date: _OCTOBER 1, 2018_

_Richard Kellogg Armstrong_

### WITNESSES

We the undersigned declare under the penalty for perjury that we personally know the Private Citizen signing this document and witnessed him sign and date above.

Date: _October 1, 2018_

_Harry Edwin Miles_

Date: _October 1, 2018_

_John Kenneth Schiefer_

1

(Rev. 04/05)

DEFENDANT:    Richard Kellogg Armstrong

YOB:    1934

ADDRESS:    Prescott, Arizona

COMPLAINT FILED?  __X__ YES  _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  __10-mj-1088-KLM__

    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  __X__ YES  ____ NO

    IF NO, A NEW WARRANT IS REQUIRED

    OFFENSE:    Count 1
        Mail Fraud
        18 U.S.C. §1341

        Counts 4-7
        Filing False Claims Against the United States
        18 U.S.C. §287

LOCATION OF OFFENSE:  Elbert County, Colorado
        And elsewhere

    PENALTY:    Count 1
        NMT 20 years imprisonment, a $250,000 fine, or both; and a $100
        Special Assessment Fee

        Counts 4-7
        Per Count, NMT 5 years imprisonment, a $250,000 fine, or both;
        and a $100 Special Assessment Fee

AGENT:    Greg M. Flynn, Special Agent
        Internal Revenue Service,
        Criminal Investigation Division

1

Denver, Colorado

AUTHORIZED BY:   Kenneth M. Harmon
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less   _____ over five days   _____ other

THE GOVERNMENT

  X   will seek detention in this case   _____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____ Yes   __X__ No

2

(Rev. 04/05)

**DEFENDANT:**   Richard Kellogg Armstrong

**YOB:**   1934
**ADDRESS:**   Prescott, Arizona

**COMPLAINT FILED?**   __X__   YES   _____   NO

IF YES, PROVIDE MAGISTRATE CASE NUMBER:   ___10-mj-1088-KLM___

IF NO, PROCEED TO "OFFENSE" SECTION

**HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?**   __X__   YES   ____   NO

IF NO, A NEW WARRANT IS REQUIRED

**OFFENSE:**   Counts 1
Mail Fraud
18 U.S.C. §1341

Counts 6-9, 13-16
Filing False Claims Against the United States
18 U.S.C. §287

Counts 25-27
Monetary Transactions in Property
Derived from Specified Unlawful Activity
18 U.S. C. §1957

Count 28
Conspiracy to Defraud the Government
18 U.S.C. §286

**LOCATION OF OFFENSE:**   Elbert and Adams Counties, Colorado
And elsewhere

**PENALTY:**   Count 1
NMT 20 years imprisonment, a $250,000 fine, or both; Restitution
and a $100 Special Assessment Fee

Counts 6-9, 13-16

1

Per Count, NMT 5 years imprisonment, a $250,000 fine, or both; Restitution and a $100 Special Assessment Fee

Counts 25-27
Per Count, NMT 10 years imprisonment, a $250,000 fine, or both; and a $100 Special Assessment Fee

Count 28
NMT 10 years imprisonment, a $250,000 fine, or both; Restitution, and a $100 Special Assessment Fee

Notice of Forfeiture Allegation (regarding Counts 1, 25-27)

AGENT:                    Greg M. Flynn, Special Agent
                         Internal Revenue Service,
                         Criminal Investigation Division
                         Denver, Colorado

AUTHORIZED BY:  Kenneth M. Harmon
                         Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    __X__ over five days    _____ other

THE GOVERNMENT

__X__ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    _____ Yes    __X__ No

2

## NOTICE OF INTEREST

To: Commander-in-Chief of the United States of America
Certified Mail Receipt Number: 7017 2400 0006 6019 3055

Treasurer for the United States
Certified mail Receipt Number: 7017 2400 0000 6019 3048

Commissioner for the IRS
Certified Mail Receipt Number: 7017 2400 0000 6019 3062

Governor of the State of California
Certified Mail Receipt Number: 7017 2400 0000 6019 3079

This is to NOTIFY of my interest and my rights as a citizen of the United States of America. I now declare to all parties of my legal rights and choice to be a private citizen under the United States Constitution as stated:

A.  We, the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

B.  Amendment X [1791]
The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

C.  Amendment XIV [1868]
Section 1.  All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside.  No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the law.

D.  90th Congress, 1st Session, vol. 113, pt, 12 [June 13, 1967]
Let it be the citizen of America, to the free exercise of his own judgment that he is to engage in forming the fundamental law of which he is to live.  To this work is his work and cannot be properly taken off his hands. And that is a statement of fact and evidence.

I appoint the Commander-in-Chief of the United States of America as the Trustee and I am the "Cestui Que", a private citizen enforcing my equitable rights and a beneficiary of this equitable trust.

page 1 of 2

Let it be known to all parties above as my wish and rightful choice to be recognized as a private citizen of the United States of America according to the Constitution and the Amendments above.

Respectfully,

Dated: _July 25, 2018_

*Richard Kellogg Armstrong*
*Richard Kellogg Armstrong*

ID# 20413-298

FEDERAL CORRECTIONAL INSTITUTION
3600 GUARD RD
LOMPOC, CA 93436

## WITNESSES

We declare under the penalty for perjury that we know personally the Private Citizen signing this document and witnessed him sign and date above.

Date: _July 25, 2018_

*Jeff McGrue*
*Jeff McGrue*

Date: _July 25, 2018_

*Harry Edwin Miles*
*H Ed M*

page 2 of 2

## CONDITION OF BIRTH CERTIFICATE

I, *Richard Kellogg Armstrong* the owner of this Birth Certificate #65'45
attached have chosen to be a private citizen where I was born
and the country where I will be settled as a Private Citizen.

Respectfully,

Dated: *July 25, 2018*

*Richard Kellogg Armstrong*
*Richard Kellogg Armstrong*

*ID# 20413-298*
*Federal Correctional Institution*
*3600 Guard Rd*
*Lompoc, CA 93436*

### WITNESSES

We declare under the penalty for perjury that we know personally
the Private Citizen signing this document and witnessed him sign
and date above.

Date: *July 25 2018*

*Jeff McGrew*
*Jeff McGrew*

Date: *July 25, 2018*

*Harry Elwin Miles*
*H. Elwin Miles*

**ALERT: DUE TO THE FLOODING FROM HURRICANE FLORENCE, MANY POST OFFI...**

# USPS Tracking®

**FAQs > (http://faq.usps.com/?articleId=220900)**

## Track Another Package +

**Tracking Number:** 70172400000060193055

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

August 15, 2018
In Transit to Next Facility

Feedback

---

SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COMMANDER-IN-CHIEF OF
THE UNITED STATES OF
AMERICA
1600 PENNSYLVANIA AVE. NE
WASHINGTON, DC 20500

9590 9402 3744 7335 0481 92

2. Article Number (Transfer from service label)
7017 2400 0000 6019 3055

COM...
A. S
X
B. R

8/13/2018

NEOB MAIL OPERATIONS
DATE RECIEVED
8/13/2018

gent
ddressee
f Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

uestions.

---

**FAQs (http://faq.usps.com/?articleId=220900)**

COPY

ALERT: DUE TO THE FLOODING FROM HURRICANE FLORENCE, MANY POST OFFI...

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70172400000060193048

Remove ✕

**Expected Delivery on**

# MONDAY
# 13 AUGUST 2018 ⓘ   by 8:00pm ⓘ

Feedback

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>TREASURER FOR THE<br>UNITED STATES<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>B106   SEP 0 4 2018   IRS-OSC<br>OGDEN, UT |

9590 9402 3744 7335 0482 08

| 3. Service Type | |
|---|---|
| ☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

2. Article Number (Transfer from service label)

7017 2400 0000 6019 3048

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

FAQs (http://faq.usps.com/?articleId=220900)



**ALERT: DUE TO THE FLOODING FROM HURRICANE FLORENCE, MANY POST OFFI...**

# USPS Tracking®

**FAQs > (http://faq.usps.com/?articleId=220900)**

## Track Another Package  +

Tracking Number: 70172400000060193062

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

August 15, 2018
In Transit to Next Facility

Feedback

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Commissioner for the
IRS
1111 Constitution Ave NW
Washington, DC 20224*

9590 9402 3744 7335 0481 78

2. Article Number (Transfer from service label)
7 2400 0000 6019 3062

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery
Received by the                        AUG 1 4 2018

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

FAQs (http://faq.usps.com/?articleId=220900)

COPY

**ALERT: DUE TO THE FLOODING FROM HURRICANE FLORENCE, MANY POST OFFI...**

# USPS Tracking®

FAQs **>** (http://faq.usps.com/?articleId=220900)

## Track Another Package **+**

**Tracking Number:** 70172400000060193079

Remove **X**

**Expected Delivery by**

# FRIDAY

# 10 AUGUST 2018 ⓘ

by

## 8:00pm ⓘ

Feedback

## ⊘ Delivered

August 10, 2018 at 9:28 am
Delivered, To Agent
SACRAMENTO, CA 95814

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GOVERNOR OF THE STATE
OF CALIFORNIA
1315 10TH ST.
SACRAMENTO, CA 95814



**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

AUG 21 2018

r?

uestions.

9590 9402 3744 7335 0481 85

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7017 2400 0000 6019 3079

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

Richard K. Armstrong
90 2 04) 13-298-
Federal Correctional
Institution
3600 Guard Rd
Lompoc, California 93436

LEGAL MAIL

CERTIFIED MAIL

7017 2620 0001 0914 8055

◇20413-298◇
U S D C Clerk Of The Court
901 19TH ST
Gregory C. Langham
Denver, CO 80294-3589
United States

RETURN RECEIPT
ON BACK





**FCC LOMPOC**
**3901 KLEIN BLVD**
**LOMPOC, CA 93436**

DATE _____

The following letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosed to the above address.

MEAD 9" X 12" PRESS & SEAL
WHITE ENVELOPES 5CT



0   43100 76037   5

**6503021**