Certified Mail No. 7017 2620 0001 0914 8024

SPECIAL CAUSE, RESTRICTED and PRIVATE

Richard Kellogg Armstrong
c/o 20413-298
3600 Guard Road
Lompoc, California [93436-2705]

Private Citizen in Equity

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 3 2018

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

UNITED STATES OF AMERICA,           )   Case No. _____
                                    )   [D.C. No. 1:10-cr-00317-REB-2]
            Plaintif in Error,      )
                                    )   **NOTICE FOR RELEASE**
       v.                           )        **VERIFIED**
                                    )
Richard Kellogg Armstrong,          )
                                    )
            Private Citizen.        )
_____)

   I, Richard Kellogg Armstrong, declare and attest under oath of GOD, that I am a private citizen, the martial process does not apply to me. The constitution for the private citizen is the Fifth Amendment for due process of law at the Federal Government level, which is a civilian due process, and a guarantee due process of law at the State level, which is a civilian due process as well.

   Once the WRIT OF ERROR, NOTICE OF STATUS CHANGE BY A PRIVATE CITIZEN IN EQUITY (See public docket entry #770, a violation of my private rights) has been processed and all conditions met by the trustee and the case dismissed, I demand to be released from custody within 72 hours.

Date: NOVEMBER 30, 2018            Respectfully,

                                   Richard Kellogg Armstrong

                                   *[signature]*
                                   special, private, rights reserved

1 of 1