



7017 2620 0001 0914 8024

Richard Kellogg Armstrong
#/o 20413-298
Federal Correctional
Institution
3600 Guard Road
Lompoc, California

20413-298
U S D C Clerk Of The Court
901 19TH ST
Gregory C. Langham
Denver, CO 80294-3589
United States

LEGAL MAIL



MEAD 9" X 12" PRESS & SEAL WHITE ENVELOPES 5CT
0 43100 76037 5
6503021

FCC LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

DATE 11-30-18

**The** following letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosed to the above address.