Name: <u>RICHARD KELLOGG ARMSTRONG</u>

Federal Register Number: <u>20413-298</u>

Federal Correctional Institution-Lompoc
3600 Guard Road
Lompoc, CA 93436-2705
No Telephone/Fax/E-Mail Available

Date: <u>March 21, 2019</u>

**Clerk of the Court**

<u>U.S. District Court</u>

<u>District of Colorado</u>

<u>901 19th. St., Room A105</u>

<u>Denver, CO 80294-3589</u>

Re: **Request for Conformed Copy of Filing**

Honorable Clerk of the Court,

Enclosed please find the original of my motion entitled;

<u>"MOTION FOR REDUCTION OF SENTENCE PURSUANT TO THE FIRST STEP</u> "
"ACT of 2018."
for filing. I have further enclosed, attached to this letter, an additional copy of the "face page" of the motion and a stamped, self-addressed envelope as I am respectfully requesting it be "filed" stamped and returned to me so that I may have a conformed copy of this filing for my records.

Thank you for your time and assistance in this matter.

I hope you have a great day.

Sincerely,

*[signature]*
RICHARD KELLOGG ARMSTRONG,
Defendant, in Pro Se

cc: file/usao

Attachments:   Copy Face Page of Filing
               Self-Addressed Stamped Envelope