

CERTIFIED MAIL

7018 3090 0000 3538 4290

Name: RICHARD KELLOGG ARMSTONG
Reg. No.: 20413-298
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436-2705

◇ 20413-298 ◇
U S D C Clerk Of The Court
901 19TH ST
Gregory C. Langham
Denver, CO 80294-3589
United States

LEGAL MAIL

LEGAL MAIL

FCI LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

DATE 3-23-19

The following letter was processed
procedures for forwarding to you
opened or
on which
enclosed
please ret

return
the writer
another address,
address.

MEAD 9" X 12" PRESS & SEAL
WHITE ENVELOPES 5CT