RICHARD KELLOGG ARMSTRONG
Name
Z0413-298
Prison Number
Federal Correctional Institution
Place of Confinement
3600 Guard Rd.

Lompoc, CA 93436
Address
None
Telephone

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 06 2019

JEFFREY P. COLWELL
CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,
Plaintiff/Petitioner,

CASE NO. 1:10-cr-00317-REB-2

vs,

RICHARD KELLOGG ARMSTRONG,
Defendant/Respondent.

**MOTION FOR APPOINTMENT OF COUNSEL**
**(Prisoner)**

I RICHARD KELLOGG ARMSTRONG move this Court for appointment of counsel. I make this request for the reason that I am financially unable to retain an attorney, as supported by the Financial Affidavit in Support of Request for Attorney attached to this motion.

I need a lawyer because the aspects of the proceedings are excessively complicated, and I feel that it is absolutely necessary for a professional attorney well versed in the law to handle my petition to this Honorable Court for my requested remedies pursuant to the FIRST STEP ACT of 2018, et seq.

I have taken the following steps to find a lawyer on my own, with the following results: I have been asking all members of my immediate family, as well as to some close friends to try and assist me in gathering funds for my legal proceedings, but as of the date of this request, I have not gotten any positive response in said matter. I am indigent, and I feel that I do qualify to obtain counsel. I also feel that I do qualify for relief, pursuant to the Re-authorization of the Second Chance Act for Compassionate release, or Home Confinement as an "elderly offender." Thank you.

## Declaration Under Penalty of Perjury

I, RICHARD KELLOGG ARMSTRONG, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: May 2, 2019, at Lompoc, California,

*[Signature]*
Signature

## Certificate of Service

I certify that, on May 2, 2019 a copy of this motion
(Date of mailing or handing to Correctional Officer)

was served, by first class U.S. mail, on U.S. Attorney's Office
(Opposing Party or Counsel)

at 1225 17th. St., Suite 700, Denver, CO 80202
(Address)

*[Signature]*
Signature

Name: RICHARD KELLOGG ARMSTRONG

Federal Register Number: 20413-298

Federal Correctional Institution-Lompoc
3600 Guard Road
Lompoc, CA 93436-2705
No Telephone/Fax/E-Mail Available

Date: May 2, 2019

**Clerk of the Court**

U.S. District Court

District of Colorado

901 19th., St., Room A-105

Denver, CO 80294-3589

Re: **Request for Conformed Copy of Filing**

Honorable Clerk of the Court,

Enclosed please find the original of my motion entitled;

"MOTION FOR APPOINTMENT OF COUNSEL                                   "

for filing. I have further enclosed, attached to this letter, an additional copy of the "face page" of the motion and a stamped, self-addressed envelope as I am respectfully requesting it be "filed" stamped and returned to me so that I may have a conformed copy of this filing for my records.

Thank you for your time and assistance in this matter.

I hope you have a great day.

                                                      Sincerely,

                                                  RICHARD KELLOGG ARMSTRONG,
                                                  Petitioner in Pro Se

cc: file/usao

Attachments:   Copy Face Page of Filing
                      Self-Addressed Stamped Envelope