

RICHARD KELLOGG ARMSTRONG
Reg. No. 20413-298
Federal Correctional Institution
3600 Guard Rd.
Lompoc, CA 93436

20413-298
U S D C Clerk Of The Court
901 19TH ST
Gregory C. Langham
Denver, CO 80294-3589
United States

LEGAL MAIL

FCI LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

DATE
The following letter is processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosed to the above address.