IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    RICHARD KELLOGG ARMSTRONG,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 5th day of June, 2019.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

By:    *s/Barbara S. Skalla*
    Barbara S. Skalla
    Assistant U.S. Attorney
    United States Attorney's Office
    1801 California St., Suite 1600
    Denver, CO 80202
    (303) 454-0100
    Fax: (303) 454-0405
    e-mail: Barbara.Skalla@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of June, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system and a copy was placed in the U.S. Mail, postage pre-paid, to the following address:

Richard K. Armstrong
#20413-298
LOMPOC - Federal Correctional Institution
Inmate Mail/Parcels
3600 Guard Road
Lompoc, CA  93436

*s/Maggie E. Grenvik*
Maggie E. Grenvik
Legal Assistant
