IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB-2

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

2.    **RICHARD KELLOGG ARMSTRONG,**

    Defendant.

---

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
DEFENDANT'S MOTION UNDER 18 U.S.C. § 3582 (DOC. NO. 776) AND MOTION
FOR APPOINTMENT OF COUNSEL (DOC. NO. 779)**

---

The United States of America, by United States Attorney Jason R. Dunn, through the undersigned Assistant United States Attorney (AUSA), respectfully requests leave to file out of time, on June 5, 2019, its consolidated response to the Defendant's Motion for Sentence Reduction Pursuant to the First Step Act of 2018 (Doc. No. 776) and Motion for Appointment of Counsel (Doc. No. 779), for the following reasons:

    1.    The Defendant's motions were docketed on March 28, 2019, (Doc. No. 776), and May 6, 2019, (Doc. No. 779).

    2.    By Order dated May 7, 2019, the Court directed the government to file a response by May 28, 2019. Notice of the Court's order was sent electronically to counsel of record. Unfortunately, the undersigned AUSA had not yet entered an appearance and,

therefore, was not aware of the Court's deadline. Undersigned counsel was notified today of the deadline and prepared a response.

Wherefore, the government respectfully requests leave to file the response out of time on June 5, 2019.

Dated this 5th day of June, 2019.

           Respectfully submitted,

           JASON R. DUNN
           United States Attorney


By:    *s/Barbara S. Skalla*
        Barbara S. Skalla
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Fax: (303) 454-0405
        e-mail: Barbara.Skalla@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of June, 2019, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION UNDER 18 U.S.C. § 3582 (DOC. NO. 776) AND MOTION FOR APPOINTMENT OF COUNSEL (DOC. NO. 779)** with the Clerk of the Court using the CM/ECF system and a copy was placed in the U.S. Mail, postage pre-paid, to the following address:

Richard K. Armstrong
#20413-298
LOMPOC - Federal Correctional Institution
Inmate Mail/Parcels
3600 Guard Road
Lompoc, CA 93436

                                *s/Maggie E. Grenvik*
                                Maggie E. Grenvik
                                Legal Assistant