Certified Mail No. 7019 0140 0000 8264 6596

June 5, 2019

Jeffrey P. Colwell
Clerk of the Court
U.S. District Court Denver
901 19th. St., Room A-105
Denver, CO 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 11 2019**

JEFFREY P. COLWELL
CLERK

RE: Case No. 10-cr-00317-REB-2

Dear Mr. Colwell:

    In a current review of my docket for case No. 10-cr-00317-REB-2, I find a serious clerical error at docket entry No. 378.

    Docket entry No. 377, shows an Order to Show Cause by Judge Robert E. Blackburn on 12/16/2011, ordering my co-defendant Curtis L. Morris to Show Cause, etc., regarding contempt of court. However, docket entry No. 378 on 12/16/2011, shows my name rather than Morris', and docket No.(s) 391 and 392, duplicate entries on 1/10/2012 and 1/11/2012, both show my name rather than Morris', I was not charged with contempt on 12/16/2011.

    Please correct the records immediately, as these errors have a serious negative effect on my projected release date. Please copy me with corrected docket entries, as well as the BOP, Grand Prairie, Texas.

Thank you,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong
Reg. No. 20413-298
Federal Correctional Institution
3600 Guard Rd.
Lompoc, CA 93436

cc: file
    Mr. Hernandez
    Case Mgr., FCI-Low
    Lompoc, CA