IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:10-cr-00317-REB-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.   RICHARD KELLOGG ARMSTRONG,

      Defendant.

### NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case. Counsel appears pursuant to District of Colorado General Order 2019-01, which appoints the Federal Public Defender to "pursue relief" on behalf of "all defendants convicted in this District who may be eligible for retroactive relief under Section 404 of the [First Step] Act."

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ Meredith B. Esser
      MEREDITH B. ESSER
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Meredith_Esser@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Barbara Skalla, Assistant United States Attorney
Email: Barbara.Skalla@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Richard Kellogg Armstrong (via U.S. mail)

                                                  s/ Meredith B. Esser
                                                  MEREDITH B. ESSER
                                                  Assistant Federal Public Defender
                                                  633 17th Street, Suite 1000
                                                  Denver, CO 80202
                                                  Telephone: (303) 294-7002
                                                  FAX: (303) 294-1192
                                                  Meredith_Esser@fd.org
                                                  Attorney for Defendant