IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:10-cr-00317-REB-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RICHARD KELLOGG ARMSTRONG,

      Defendant.

## MOTION TO WITHDRAW

The Office of the Federal Public Defender, by and through undersigned counsel, previously entered its appearance in the above-captioned case. Pursuant to General Order 2019-01, this Office entered its appearance in Mr. Armstrong's pro se "Verified Motion for Sentence Reduction Pursuant to: The First Step Act of 2018." Having now completed this review within the confines of the General Order, the Office of the Federal Public Defender moves to withdraw. Undersigned counsel does not intend this motion to serve as any particular comment on the merits of the issues raised in the pro se petition for relief or the defendant's continued right to purse relief on his own behalf.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Meredith B. Esser
MEREDITH B. ESSER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Meredith_Esser@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 3, 2019, I filed the foregoing *Motion to Withdraw* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Barbara Skalla, Assistant United States Attorney
Email: Barbara.Skalla@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Richard Kellogg Armstrong (via U.S. mail)

                                          s/ Meredith B. Esser
                                          MEREDITH B. ESSER
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO 80202
                                          Telephone: (303) 294-7002
                                          FAX: (303) 294-1192
                                          Meredith_Esser@fd.org
                                          Attorney for Defendant