## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

  Plaintiff

      v.

CURTIS L. MORRIS, et al.

  Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

  DATED: August 13, 2019

    GUY TILL
Name of Attorney

    United States Attorney's Office
Firm Name

    1801 California Street, Suite 1600
Office Address

    Denver, CO 80202
City, State, ZIP Code

    303-454-0100
Telephone Number

    Guy.Till@usdoj.gov
Primary CM/ECF E-mail Address

Respectfully submitted August 13, 2019

                JASON R. DUNN
                United States Attorney

By:   *s/ Guy Till*
       Guy Till
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       Fax: (303) 454-0405
       Guy.Till@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification such filing to all counsel of record.

*s/ David Vu*
David Vu
Legal Assistant
United States Attorney's Office