September 11, 2019

```
                                                    FILED
                                         UNITED STATES DISTRICT COURT
                                             DENVER, COLORADO

                                                  SEP 16 2019

                                              JEFFREY P. COLWELL
                                                              CLERK
```

Honorable Judge Robert Blackburn
United States District Court
District of Colorado
901 19th. St., Room A741
Denver, CO 80294-3589

RE: Fifth and Sixth Order to Show Cause. Dates May 22, 2012 & May 20, 2012

Honorable Judge Blackburn:

    This letter respectfully requesting as to why I should not be held in contempt, and requesting permission to file a Compassionate Release under Title 18 U.S.C. § 3582 (c)(1)(A)(i) for Extraordinary and Compelling Reasons.

    Your Honor, I respectfully request to the Court a reconsideration to run my contempt charges concurrently. I have completed my primary sentence August of 2018, and now I have served 12 months on my contempt charges. I apologize your Honor for trying to be a know it all when in fact I am not versed within criminal or civil law. To be totally honest with you, I was listening to some jailhouse lawyer at the jail, telling me what to do at trial step by step. Well, we saw how that went. I even paid him commissary and not being schooled in law, I fell victim to his scam and big words. I made a fool of myself. My mistake and I am paying for it dearly for it day by day. I've been abused and went through a serious prison riot when 400 people were involved. I am 85 years of age, and my health is failing. My wife divorced me and moved to Mexico permanently. My son passed away from cancer and I never got to say goodbye. No father should have to bury their child or the child predeceasing their death. I am placing myself upon the mercy of the Court.

    Under the First Step Act, my case manager showed me a statute in 18 U.S.C. § 3582(c)(1)(A)(i), it stated that after changes made by the First Step Act, federal prisoners can file a motion for sentence reduction to their sentencing court, once all their FBOP remedies are exhausted, and where federal district courts are authorized to reduce a sentence, if the FBOP fails to respond, or even in the face of opposition to a sentence reduction. I requested a compassionate rlease and got back a response that they were waiting for a response by the DOJ. I waited and re-filed and have not gotten a respnse. I think that the BOP is overwhelmed with adjusting everyone's good time credits earned on the 7 days credit per year.

    Your Honor, I don't know what else to do, but I feel my life is coming to the end. I therefore apologize to the Court and respectfully request that the mentioned reasons is why I wish I was never held in contempt of the court. There was no disrepect intended your Honor. I was mislead, and was a fool not to see it. Please your Honor, if possible run my contempt charges concurrently rather than consecutively, due to my health and age reasons. I am going to live with my oldest son Don, who will take me to my doctor appointments and look after me.

    Please consider this request and thank you for your consideration on this very important matter.

FCI Lompoc-Low
3600 Guard Rd.
Lompoc, CA 93436

ccL file

Respectfully yours,

*Richard Kellogg Armstrong* (signature)

Richar Kellogg Armstrong
Reg. No. 20413-298
CASE No. 1:10-cr-00317-REB-2