Richard Kellogg Armstrong
Reg. No. 20413-298
Federal Correctional Institution
3600 Guard Rd.
Lompoc, CA 93436

FCC LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

DATE _____

This letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

⇔ 20413-298 ⇔
U S Dist Court Colorado
901 19TH ST
Judge Robert E. Blackburn
Denver, CO 80294-3589
United States

LEGAL MAIL