Richard Kellogg Armstrong
Fed. Reg. No. 20413-298
Federal Correctional Institution
3600 Guard Rd.
Lompoc, CA 93426-2705

in Pr Se

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2019

JEFFREY P. COLWELL
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| Richard Kellogg Armstrong, | ) | Case No. 1:10-cr-00317-REB-2 |
| Defendant, | ) | |
| v. | ) | MOTION FOR LEAVE TO FILE A MOTION |
| | ) | FOR RELEASE FROM CUSTODY |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff. | ) | |

COMES NOW, Richard Kellogg Armstrong, Pro Se, hereinafter Defendant, requesting this Court for leave to file a motion for release from custody, with consideration under the terms for Compassionate Release per title 18 U.S.C. § 3582(c)(1)(A)(i), pursuant to the First Step Act of 2018.

Executed this 23rd. day of October, 2019.

Respectfully submitted,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong,
Defendant

## CERTIFICATE OF SERVICE

I, Richard Kellogg Armstrong, hereby certify that I have served a true and correct copy of;

MOTION FOR LEAVE TO FILE A MOTION
FOR RELEASE FROM CUSTODY

[which is considered filed/served at the moment it was delivered to prison authorities for mailing as provided for in Houston v. Lack, 487 U.S. 266, 101 L.Ed.2d 245 (1988)] to the following listed parties/persons by placing a complete copy of the above described materials in a sealed envelope affixed with the appropriate pre-paid first-class United States postage:

Clerk
United States District Court
901 19th. St., Room A-105
Denver, CO 80294-3589

U.S. Attorney's Office
District of Colorado
1225 17th. St., Ste. 700
Denver, CO 80202

and deposited same with prison officials here at the Federal Correctional Institution in Lompoc, California, on this the 23rd day of October, 20 19.

Pursuant to Title 28, United States Code section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this the 23rd day of October, 20 19.

(Signature) *Richard Kellogg Armstrong*
Printed Name: Richard Kellogg Armstrong
Federal Register #20413-298
Federal Correctional Institution (Low)
3600 Guard Road, Lompoc, CA 93436-2705
No Telephone/Fax/E-Mail Available