Richard K. Armstrong
Reg. No. 20413-298
Federal Correctional Institution
3600 Guard Rd.
Lompoc, CA 93436

SANTA BARBARA CA 931
23 OCT 2019 PM 2 L

◇ 20413-298 ◇
U S Dist Court Colorado
901 19TH ST
Judge Robert E. Blackburn
Denver, CO 80294-3589
United States

80294-250151

FCI LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

DATE 10/23/2019
The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosed to the above address.

LEGAL MAIL