**Name:** Richard Kellogg Armstrong

**Federal Register Number:** 20413-298

**Federal Correctional Institution-Lompoc**
3600 Guard Road
Lompoc, CA 93436-2705
No Telephone/Fax/E-Mail Available

**Date:** November 6, 2019

**Clerk of the Court**

U.S. District Court

District of Colorado

901 19th. St., Room A105

Denver, CO 80294-3589

Re: **Request for Conformed Copy of Filing**

Honorable Clerk of the Court,

    Enclosed please find the original of my motion entitled;

"MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C.§3582(c)(1)(A)"(i)"

for filing. I have further enclosed, attached to this letter, an additional copy of the "face page" of the motion and a stamped, self-addressed envelope as I am respectfully requesting it be "filed" stamped and returned to me so that I may have a conformed copy of this filing for my records.

    Thank you for your time and assistance in this matter.

    I hope you have a great day.

                                     Sincerely,

                                       */s/ Richard Kellogg Armstrong*
                                       Richard Kellogg Armstrong
cc: file/usao                          Defendant in Pro Se

Attachments:      Copy Face Page of Filing
                       Self-Addressed Stamped Envelope