Richard K. Armstrong
Reg. No. 20413-298
Federal Correctional INstitution
3600 Guard Rd.
Lompoc, CA 93436

Santa Barbara CA 931
WED 13 NOV 2019 PM

◇ 20413-298 ◇
U S D C Clerk Of The Court
901 19TH ST
Jeffery P. Colwell, Clerk
Denver, CO 80294-3589
United States

LEGAL MAIL

FCC LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

11-13-19

The following letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. **If the writer raises a question or problem over which this facility has jurisdiction**, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

MEAD 9" X 12" PRESS & SEAL
WHITE ENVELOPES 6CT

0  43100 76037  5
**6503021**