Richard K. Armstrong
Reg. No. 20413-298
Federal Correctional Institution
3600 Guard Rd.
Lompoc, CA 93436

⇔ 20413-298 ⇔
U S D C Clerk Of The Court
901 19TH ST
Jeffery P. Colwell, Clerk
Denver, CO 80294-3589
United States

80294-250099

FCI LOMPOC
3600 GUARD ROOM
LOMPOC, CA

DATE 12/6/2019

The following letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosed to the above address.

LEGAL
MAIL