Certified Mail No. 7019 0140 0000 8264 6565

7019 0140 0000 8264 6565

November 21, 2019

USPS TRACKING # & CUSTOMER RECEIPT  9114 9023 0722 4340 2586 37
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

Commissioner
Internal Revenue Service
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

Ref: Case No.(s) 1:10-mj-01088-KLM and 1:10-cr-00317-REB-2

DEC 20 2019
JEFFREY P. COLWELL
CLERK

Subj: Discharge of Court and BOP documents

Commissioner:

    As the records show, I was arrested and incarcerated May 20, 2010, at the Calexico, California airport, subsequent to IRS Complaint, Document No. 1, filed by Greg M. Flynn, IRS CID Agent, dated May 18, 2010, and arrest warrant dated May 18, 2010, Document No. 2, Case No. 1:10-mj-01088-KLM in direct violation of my rights as a sovereign by the Internal Revenue Service and the Department of Justice of my AFFIDAVIT OF PUBLIC NOTICES.
    The subject AFFIDAVIT OF PUBLIC NOTICES was recorded with the Yavapai County, Arizona Recorder on March 3, 2010, Recording No. 2010-4377246. It was also recorded on UCC-3 Amendment 2010-123-2486-7, dated May 3, 2010 to UCC-1 2009-103-9022-6, Washington State.
    The AFFIDAVIT OF PUBLIC NOTICES was mailed March 3, 2010, via Certified Mail under Notary Presentment to Timothy Franz Geithner, SECRETARY, DEPARTMENT OF THE TREASURY; IRS Technical Support Division, c/o Treasury UCC Contract Trust, INTERNAL REVENUE SERVICE; Enterprise Computing Center - Martingsburg, Attn: Informations Returns Branch; and Rosa G. Rios dba: TREASURER, DEPARTMENT OF THE TREASURY.
    As clearly stated in the AFFIDAVIT OF PUBLIC NOTICES, I Richard Kellogg Armstrong, am a Trust Interest Holder, Beneficiary, non-adverse party and one of the sovereign "people," known as "The 2010 posterity of 1787 we the people of the preamble of the constitution for the united States of America and the state of Arizona by right of birth, over 18 years of age, hereafter "Affiant" and/or "Declarant/Affiant" do solemnly affirm, declare and state under penalty of perjury the following:
        a. The declaration and notice, stated above, defines Declarant/
           Affiant's "Legal Status" by birth right, as one of the sovereign
           "people," etc.
    All terms and conditions of the AFFIDAVIT OF PUBLIC NOTICES, Pages 1 through 22, apply without exception. I draw your specific attention to Page 17 "Permanent estoppel by default, lawfully bars any peace officer, government agent or prosecutor from bringing charges against a sovereign, under any Act or Statute."
    The enclosed Court and Bureau of Prisons documents, have been Accepted for Value and returned for settlement and closure in accordance with my right as a sovereign and Trust Interest Holder. Upon your receipt of these documents so Accepted, I require your written acknowledgement signed in blue ink by a person authorized and bonded to process Acceptances, and to include title and employee ID number. It is also required that a copy of each page be appropriately stamped and initialed indicating acceptance and discharge/settlement of the accounting should evidence of completion of the process be required.
    As time is of the essence and significant hourly charges are accruing, I expect your expedited handling of this presentment.

(continued next, Page 2)

Sincerely,

Richard Kellogg Armstrong,

-1-

                          (Richard Kellogg Armstrong)
                          sovereign, Declarant/Affiant,
                          Agent and Authorized Representative
                          for RICHARD KELLOGG ARMSTRONG,
                          ens legis, TIN 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

ENCLOSURES: Copy cover page and page 17 of AFFIDAVIT OF PUBLIC NOTICES
            Copy of cover page Document #1 ACCEPTED FOR VALUE
            Copy of AFFIDAVIT OF STATUS
            Copy Indictment Document #5-2 ACCEPTED FOR VALUE
            Copy Indictment Document #140-2 ACCEPTED FOR VALUE
            Copy ~~Indictment~~ JUDGMENT Document #588 ACCEPTED FOR VALUE
            Copy Sentence Monitoring Computation Data ACCEPTED FOR VALUE
            Copy Judgment on Contempt Document #601 ACCEPTED FOR VALUE
            Copy NOTICE OF INTEREST
            Copy CONDITION OF BIRTH CERTIFICATE

Please reply to:

        Richard K. Armstrong
    c/o D.R. Armstrong, Attorney-in-Fact
        2927 Young Avenue
        Lansing, Michigan [48906]


cc: Clerk of the Court, U.S. District Court, District of Colorado
    U.S. Attorney's Office, District of Colorado