Certified Mail No.
7018 3090 0000 3538 3767
USPS TRACKING #
9114 9023 0722 4340 2586 51

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

November 28, 2019

DEC 20 2019

JEFFREY P. COLWELL
CLERK

7018 3090 0000 3538 3767

Honorable William Barr
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

USPS TRACKING # 9114 9023 0722 4340 2586 51
& CUSTOMER RECEIPT
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

Dear Attorney General Barr,

  In accordance with the terms and conditions of my document entitled AFFIDAVIT OF PUBLIC NOTICES publically recorded with the Yavapai County, Arizona Recorder 03/03/2010, Recording No. 2010-4377246, I was unlawfully arrested, handcuffed, transported and incarcerated May 20, 2010, (see Pg. 17 "Permanent estoppel by default-----") on the basis of a complaint filed against me by an IRS agent on May 18, 2010, Document No. 1, Case No. 1:10-cr-00317-REB-2. The AFFIDAVIT OF PUBLIC NOTICES clearly indicates my legal status as a sovereign.

  In addition to, and in accordance with the terms and conditions of my publically recorded documents entitled LEGAL NOTICE AND DEMAND., No. RB066173046US and COMMERCIAL SECURITY AGREEMENT No. RKA0001CSA accompanied by POWER OF ATTORNEY No. RKAPOA0001 which were posted on public website getnotice.info/rka.html 06/05/2009, recorded with Mohave County, Arizona Recorder 05/06/2015, FEE No.(s) 201520248 and 2015020249 and with the Washington State Secretary of State under UCC-1 2009-103-9022-6, UCC-3 Amendment 2010-123-2486-7 and others my secured real and personal property was unlawfully seized and sold. I refer you to LEGAL NOTICE AND DEMAND Item 39 "Conditional Rights and Defenses," Page 13, listing of real property and "ATTACHMENT 'A" LIST OF COLLATERAL" as well as COMMERCIAL SECURITY AGREEMENT" ATTCHMENT 'A' LIST OF COLLATERAL", "ATTACHMENT 'B' INDEMNITY BOND" and "ATTACHMENT 'C' NOTICE OF LIEN."

  Copies of the three documents LEGAL NOTICE AND DEMAND, COMMERCIAL SECURITY AGREEMENT and POWER OF ATTORNEY, were mailed on or about May 5, 2009 to the agencies as follows:
  Arizona Secretary of State via Registered Mail RB066173046US under Notary Presentment
  The following via Certified Mail:
  Timothy F. Geithner, Secretary of the U.S. Treasury, the Federal Reserve Window
  Katherine Addleman, Regional Dir., U.S. SEC, the U.S. SEC
  U.S. Department of Commerce, Off. of General Council
  David A. Samason, Deputy Sec., U.S. Dept. of Commerce
  J. Russel George, Inspector General, U.S. Treasury
  Douglas Schulman, Office of Commissioner, IRS
  Frank Y. NG, Int'l Tax Treaty Div. of IRS
  Office of the Director, Int'l Operations, IRS
  Social Security Administration
  Ray Lahood, Sect'y, U.S. Dept. of Transportation
  U.S. Dept. of Trans., Ass't. Gen. Council for Civil Rights
  Juan Puig Morales, IRS, Departamento de Hacienda, San Juan, Puerto Rico
  Eric Thorson, Sect'y of Agriculture
  State of Arizona Attorney General
  In addition to the three noted primary documents, the following were included in all mailings:
  UCC-1 2009-103-9022-6 Washington State
  Actual and Constructive Notice RKA0001ACN; Hold Harmless and Indemnity Agreement RKA0001HHIA; Non-Negotiable Security Agreement RKA0001NNSA; Chargeback Order RKA0001CO; Pre-Offset Notice for Balanced Book Adjustment RKA0001BBA; Non-Negotiable International Bill of Exchange RKA0001NNIBE for $100 Billion U.S.; 1040V, Accepted for Value (IRS form) Copy of Birth Certificate ACCEPTED FOR VALUE; Private Registered Bond for Setoff $100 Billion U.S.; COPYRIGHT/TRADEMARK/TRADE-NAME CONTRACT RKA0001CTNC; AFFIDAVIT OF FIDUCIARY DEBTOR & CREDITOR - TIMMOTH GEITHNER: APPOINTMENT OF FIDUCIARY DEBTOR & CREDITOR -

-1-

ERIC THORSON; APPOINTMENT OF FIDUCIARY DEBTOR & CREDITOR - DOUGLAS SCHULMAN; Reference copy of Notary Presenter's Affidavit and Certificate of Service

Documents entitled NOTICE OF INTEREST, CONDITION OF BIRTH CERTIFICATE and AFFIDAVIT OF STATUS, filed with the Commander-in-Chief, the Treasurer for the United States, the Commissioner for the IRS and the Governor of the State of California 07/25/2018, further confirm my status as a private American national as well as a sovereign (copies enclosed).

I am still currently incarcerated under the BOP at Lompoc (Low), California, ID # 20413-298, thus continuing the violation of my rights and the accrual of costs to the government of $48,000.00 per day of illegal incarceration.

In view of my lawful and timely filing of the stated documents that clearly identify my status as a sovereign, Secured Party Creditor and private American national, my rights have been clearly and blatently violated.

I have also exercised my right to ACCEPT FOR VALUE any presntment by Accepting for Value, and thereby, discharging those presentments listed as enclosures in November 21, 2019, letter to Commissioner, IRS entitled "Discharge of Court and BOP documents" so all charges against me have been satisfied (see copy of 11/21/2019 letter enclosed).

So, I hereby request that you direct the U.S. District Court, Denver, and the Beaureau of Prisons to release me from custody immediately and order dismissal and extinguishment of my case no. 1:10-cr-00317-REB-2. The result of this travesty of justice perpetrated by employees of the DOJ and the IRS, is my unlawful 9½ years of incarceration as well as the unlawful seizure and sale of my legally secured real and personal property that must be returned without delay.

Concurrent with my case dismissal and extinguishment, I request with specific reference to AFFIDAVIT OF PUBLIC NOTICES, Declaration No. 17, that your office enter Declarant/Affiant's name in the National Criminal Information Search (NCIS) database and the local (California and Arizona) state CIS database to be identified/reported as "do not detain" and copy me with those orders.

I request that your office give immediate attention to this matter and advise me promptly of the action being taken signed by an authorized DOJ employee in blue ink. It is also requested upon release from FCI Lompoc, that a Debit Card with a balance of $10,000.00 be issued to me. Thank you.

Sincerely,

Richard Kellogg Armstrong,
Declarant/Affiant, Secured Party Creditor,
Agent and Authorized Representative for
RICHARD KELLOGG ARMSTRONG, ens legis

ENCLOSURES: Copy of NOTICE OF INTEREST
Copy of CONDITION OF BIRTH CERTIFICATE
Copy of Pages 1, 7 and 17 AFFIDAVIT OF PUBLIC NOTICES
Copy of Cover Page LEGAL NOTICE AND DEMAND RB066173046US
Copy of Cover Page COMMERCIAL SECURITY AGREEMENT RKA0001CSA
Copy of POWER OF ATTORNEY RKAPOA0001
Copy of 11/21/2019 letter to Commissioner, IRS
Copy Commercial Security Agreement Attachment "B" and "C"; NOTICE OF LIEN
Copy INDEMNITY BOND; Copy AFFIDAVIT OF STATUS

Please reply to:
Richard K. Armstrong
c/o D.R. Armstrong, Attorney-in-Fact
2927 Young Ave.
Lansing, Michigan [48906]

cc: Clerk, USDC, Denver
U.S. Attorney, District of Colorado
Commissioner, Internal Revenue Service