RICHARD K. ARMSTRONG
c/o 20413-298
FEDERAL CORRECTIONAL
INSTITUTION
3600 GUARD RD
LOMPOC, CALIF. [93436]

⇔20413-298⇔
U S D C Clerk Of The Court
901 19TH ST
Jeffery P. Colwell, Clerk
Denver, CO 80294-3589
United States

80294-250099

LEGAL MAIL

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 20 2019

JEFFREY P. COLWELL
CLERK

SANTA BARBARA CA 931

DATE 12/17/2019
FCI LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

The following letter was processed through special mailing
procedures for forwarding to you. The letter has been neither
opened nor inspected. If the writer raises a question or problem
over which this facility has jurisdiction, you may wish to return
the material for further information or clarification. If the writer
enclosed correspondence for forwarding to another address,
please return the enclosure to the above address.