

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 06 2020

JEFFREY P. COLWELL, Clerk

10-cr-317-REB
#799

Richard Kellogg Armstrong
#20413-298
LOMPOC - Federal Correctional Institution
Inmate
3600
LOM