Date: February 21, 2020

Certified Mail No. 7019 2280 0000 97⬛⬛ ⬛⬛⬛ E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 02 2020

JEFFREY P. COLWELL
CLERK

President Donald J. Trump
Commander-in-Chief
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

Subj: Unlawful incarceration and request for case dismissal, Case No. 1:10-cr-00317-REB-2, USDC Denver

Dear President Trump,

I watched your speech in Las Vegas Thursday with interest as I am one of those you referred to as being questionably convicted and incarcerated for a non-violent event.

I, as a 76-year-old man, Korean War Navy Vet and licensed commercial pilot was arrested May 20, 2010, on the basis of an IRS CID Agent's Complaint. My nightmare began on that date and continues today. I was arrested at the Calexico, California airport where my wife and I had landed to clear customs on our return from our home in Cabo San Lucas, Mexico to attend my youngest son's funeral, to which I was summarily prevented. Prior to that event I had never been arrested or detained for any reason or cited by FAA with over 50 years flying experience and, as the son of a 41-year government employee father and as a confirmed Republican since I was old enough to vote, I have gone out of my way to always obey the law.

My error in judgment that caused my arrest was influenced by others who had convinced me that my actions, IRS filings, were lawful. No excuses!

I was arrested, indicted, tried and sentenced to 108 months in prison for a minor infraction that was built up by an IRS Agent and an Assistant U.S. Attorney to be a major event. My second error was to proceed pro se without an attorney when, in fact, I knew nothing about court or court trial procedures. I have paid a very big price for my actions over the past 9 ½ years and the nightmare isn't over yet.

I was released from the Lompoc, California LOW FCI January 7, of this year on the basis of home confinement with my son in Lansing, Michigan until July 3, at which time I'm scheduled to begin a 3-year probationary period which will still make me responsible for reporting and control under the DOJ.

Clearly stated in the enclosed November 28, 2019, letter to Attorney General William Barr via Certified Mail, which remains unanswered as of this date, my prior filings were noted in detail in that letter to Mr. Barr. Now, my most current document entitled "Affidavit by Richard-Kellogg: Armstrong Claim of Status" leaves no question as to the fact that I am a sovereign and private American national, the same status as I was at the time of my arrest (see details in the enclosed letter to Mr. Barr) and that my rights have been violated beginning with my arrest May 20, 2010, on the basis of statutory charges and assumed jurisdiction by the United States District Court. As stated on Page 13 of the Affidavit, jurisdiction by the Court must be proven and a judgment rendered by a court without personal jurisdiction over the defendant is void. It is a nullity. Joyce v. U.S. 474 2D 215.

A judgment shown to be void for lack of personal service on the defendant is a nullity. Sramek v. Sramek, 17 Kan. App. 2d 573, 576-77, 840 P.2d 553 (1992), rev. denied 252 Kan. 1093 (1993). (8). "A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. Page 14 –

Thus where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term. " Dillon v. Dillon, 187 P 27.3.

If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. (See Louisville v. Motley 2111 US 149, 29 S.Ct. 42.. 236 (1907).

My lawful filings were prior to the date of my arrest. As a proven sovereign and private American national I am not now nor was I prior to my arrest subject to any statutory law, only the laws of the Constitution and the Bill of Rights. Nor am I a surety for RICHARD KELLOGG ARMSTRONG, ens legis, so my arrest and incarceration, including the IRS Agent's and the prosecutor's claim that I was a flight risk thusly denying me of bond, my 5th Amendment rights, further the violations that have been perpetrated on me including the sentencing.

Also for your consideration are my NOTICE OF INTEREST and CONDITION OF BIRTH CERTIFICATE documents sent to you as well as to the Treasurer of the United States, the Commissioner for the IRS and the Governor of California July 25, 2018, via Certified Mail notifying of my rights as a private Citizen and the owner of my Birth Certificate that was Accepted for Value. Additionally, I sent to you and the others via Certified Mail on January 11, 2019, my AFFIDAVIT OF STATUS as confirmation of the preceding. Following that mailing, I sent to you my CONVEYANCE AND SPECIFIC PERFORMANCE REQUEST BY BENEFICIARY TO TRUSTEE/first magistrate dated February 13, 2019. I also sent a letter to Jovita Carranza, Treasurer for the United States in Old San Juan, Puerto Rico July 22, 2019, encouraging her to become involved in my case (copies enclosed).

On October 23, 2018, as a concerned Beneficiary/Grantor/private Citizen, I sent a letter to you entitled CONVEYANCE BY BENEFICIARY TO TRUSTEE conveying FIVE (5) BILLION DOLLARS to (MAST) and then, from six of us, STATEMENT OF WISHES AND CONVEYANCE BY BENEFICIARIES TO TRUSTEE to create a Trust to be named "Make America Safe Trust" (MAST) to facilitate the holding of funds to fully pay for the building, maintenance and defense of the proposed Wall on the Border between the U.S. and Mexico, as you had proposed and outlined. We Conveyed and Granted to MAST the cumulative amount of THIRTY (30) BILLION DOLLARS from the six private Citizens' Equity, Five Billion Dollars from each of us (see attached). You acknowledged the Trust in a "Real Donald Trump" tweet January 16, 2019.

As all of my filings are nunc pro tunc ab initio, I appeal to you as Commander-in-Chief that you give consideration to all the facts and order the DOJ and the USDC Denver to dismiss, extinguish and seal all charges against this sovereign and patriotic citizen. Please acknowledge within fifteen (15) days. Thank you.

Sincerely,

Richard Kellogg Armstrong, Agent,
Secured Party Creditor and sovereign
BOP ID #20413-298

Please reply to:
Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan [48906]

Encls:
Copies of the following:
Legal Notice and Demand
Commercial Security Agreement
Power of Attorney
Affidavit of Public Notices
Affidavit by Richard-Kellogg: Armstrong Claim of Status
November 28, 2019 letter to AG William Barr
NOTICE OF INTEREST
CONDITION OF BIRTH CERTIFICATE
AFFIDAVIT OF STATUS
CONVEYANCE AND SPECIFIC PERFORMANCE BY BENEFICIARY TO TRUSTEE/first magistrate
CONVEYANCE BY BENEFICIARY TO TRUSTEE
STATEMENT OF WISHES AND CONVEYANCE BY BENEFICIARIES TO TRUSTEE
July 22, 2019 letter to Jovita Carranza, dba Treasurer for the United States