Richard Kellogg Armstrong
2927 Young Avenue
Lansing, Michigan [48906]

GRAND RAPIDS MI 494
26 FEB 2020 PM 2 L

Clerk of the Court
USDC, Room A105
901 19th St.
Denver, Colorado 80294-3589

80294-250151