Certified Mail No. 7019 2280 0000 9729 2215

Department of the Treasury
Analysis and Control Division
of the IRS and UCC Contract Trust
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2020

JEFFREY P. COLWELL
CLERK

'BANKERS ACCEPTANCE
(Bill of Exchange)
Trade Acceptance
IN ACCORD WITH HJR-192

Dated: March 9, 2020

RE: "DISCHARGE" of Original Offer Re Presentment Case No. 1:10-cr-00317-REB-2, USDC Colorado

Dear Mr. Mnuchin, Secretary in Charge: Department of the Treasury,

 Enclosed are documents (copies) from my examination of my Commercial Agreements, which are listed on the enclosed (accounting), with evidence that I have Accepted for Value (all related endorsements front and back). The total amount of the enclosed DISCHARGE is $100,000,000.00.

 Please charge to the debit of my UCC CONTRACT TRUST ACCOUNT (DISCHARGE) $100,000,000.00 and PAY TO THE ORDER OF: Mr. Guy Till, dba Assistant U.S. Attorney/ UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO re Case No. 1:10-cr-00317-REB-2, and charge my account for the fees necessary for securing and registration for the priority exchange for the tax exemption to discharge the public liability of my personal possessions, and command the memory of account #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.

 This posted Certified Mail Account No. 7019 2280 0000 9729 2215, and money of account funds is directed for use (priority) for the Republic (Article IV, Section 4 of the united States Constitution) in accord with Public Policy HJR-192, to discharge the Debtor's portion of the public debt.

 Mr. Mnuchin, as Secretary-in-Charge/or your Deputy-in-Charge, you are to take acceptance (BA), this Article Seven Receipt, in exchange for the tax exemption priority.

 This BILL OF ACCEPTANCE-TIME DRAFT/Trade Acceptance, is in accord with HJR-192, and is presented for the receiver to the Federal Window for settlement (EFT), within the three (3) day Truth-in-Lending time for settlement of retail agreements.

 With this POSTED transaction, the "DISCHARGE" documented by the enclosed forms, are for use by the Republic, and are complete.

 If you need more information or assistance with charging my Treasury Direct UCC CONTRACT TRUST ACCOUNT, you may write or email me.

Sincerely,

*[signature: Richard Kellogg Armstrong]*

By Richard Kellogg Armstrong, Agent, Secured
Party Creditor and Authorized Representative
for RICHARD KELLOGG ARMSTRONG, ens legis
EIN# 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

Encls:
Docket No. 1:10-cr-00317-REB-2 documents Accepted for Value:
Document Nos. 1, 2, 5, 5-2, 140, 140-2, 584, 588, 484, 510 and 601
Form 1040-V
Form 1099-A

CC: Clerk, USDC Colorado
    AUSA Mr. Guy Till, DOJ Denver

Please reply to:
Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan [48906]
globala36org@gmail.com

GRAND RAPIDS MI 494

Richard Kellogg Armstrong
2927 Young Avenue
Lansing, Michigan [48906]

Clerk of the Court
USDC, Room A105
901 19th St.
Denver, Colorado 80294-3589

80294-250151