Registered Mail No. _RE 041877883 US_

Date: March 18, 2020

Honorable William Barr
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 25 2020

JEFFREY P. COLWELL
CLERK

Subj: NOTICE – Unlawful actions by Department of Justice against a sovereign and private American national and request for USDC Colorado Case No. 1:10-cr-00317-REB-2 immediate dismissal.

Dear Attorney General Barr,

I sent a letter to you dated November 21, 2019, (copy enclosed) detailing my extensive filings confirming my legal status as a Secured Party Creditor, sovereign and private American national who was unlawfully arrested and incarcerated May 20, 2010, on the basis of an IRS Complaint.

The travesty of justice moved forward from that point as the AUSA prosecutor, in harmony with the IRS CID Agent, went to great lengths to build a major case out of nothing more than a non-violent error in judgment by a 76 year old man.

Following my unlawful arrest and incarceration, and denial of bond, another violation of my rights, the violations against me continued with the unlawful seizure of real and personal property owned by my wife and I (see copy of November 28, 2019, letter enclosed for your reference).

After 9 ½ years of incarceration I was released from the Lompoc, California FCI Low facility January 7 of this year on the basis of Home Confinement in Michigan until July 3, 2020, at which time this sovereign is supposed to begin a 3-year probation sentence, just another violation of my sovereign rights!

My November 28 unanswered letter to you requested you to consider my circumstances and violations of my status/rights by DOJ and to take whatever action was necessary to have my case dismissed and extinguished, as well as to take other actions.

As I had not received a response from your office to my November 28, 2019, letter, I elected, on February 21, 2020, to send a presentment to President Donald J. Trump requesting that he become involved with my situation of unlawful arrest, incarceration and property seizure/sale (copy of 2/21/2020 letter to the President enclosed).

Well, Mr. Barr, as an 85 year old who has had his rights seriously trampled upon, I have decided that enough is enough!

I am hereby giving you, and by copy of this letter to the USDC Colorado court, NOTICE that this sovereign, Secured Party Creditor and private American national demands a favorable response from your office within THREE (3) DAYS of your receipt of this letter as both of my correspondences to you as well as to the President have been ignored. My expected response is immediate dismissal and extinguishment of USDC Colorado Case No. 1:10-cr-00317-REB-2. Restitution and the recovery of unlawfully seized and sold real and personal property will be addressed at a later date.

So as to avoid any delay with your having copies of all pertinent, lawfully filed and recorded documents in hand for your review to confirm my status as a Secured Party Creditor, sovereign and private American national, please see the enclosed. Thank you.

Sincerely,

*[signature]*

Richard Kellogg Armstrong, Secured
Party Creditor, sovereign, private
American national and Agent for
RICHARD KELLOGG ARMSTRONG,
ens legis

Encls:
Copies of the following:

Legal Notice and Demand
Commercial Security Agreement
Power of Attorney
Affidavit of Public Notices
Affidavit by Richard-Kellogg: Armstrong Claim of Status
Doubly authenticated birth certificate
NOTICE OF INTEREST
CONDITION OF BIRTH CERTIFICATE
Affidavit of Status
UCC-1 2009-103-9022-6
UCC-1 Amendment 2010-123-2486-7
February 21, 2020 letter to President Donald J. Trump
November 28, 2019 letter to Honorable William Barr, U.S. Attorney General


CC: Clerk USDC Colorado
    U.S. Attorney, District of Colorado

Please reply to:
Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan near [48906]

globala36org@gmail.com
517-402-1628
517-402-4851

Date: February 21, 2020                    Certified Mail No. 7019 2280 0000 9729 2277

President Donald J. Trump
Commander-in-Chief
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

Subj: Unlawful incarceration and request for case dismissal, Case No. 1:10-cr-00317-REB-2, USDC Denver

Dear President Trump,
 I watched your speech in Las Vegas Thursday with interest as I am one of those you referred to as being questionably convicted and incarcerated for a non-violent event.

 I, as a 76-year-old man, Korean War Navy Vet and licensed commercial pilot was arrested May 20, 2010, on the basis of an IRS CID Agent's Complaint. My nightmare began on that date and continues today. I was arrested at the Calexico, California airport where my wife and I had landed to clear customs on our return from our home in Cabo San Lucas, Mexico to attend my youngest son's funeral, to which I was summarily prevented. Prior to that event I had never been arrested or detained for any reason or cited by FAA with over 50 years flying experience and, as the son of a 41-year government employee father and as a confirmed Republican since I was old enough to vote, I have gone out of my way to always obey the law.

 My error in judgment that caused my arrest was influenced by others who had convinced me that my actions, IRS filings, were lawful. No excuses!

 I was arrested, indicted, tried and sentenced to 108 months in prison for a minor infraction that was built up by an IRS Agent and an Assistant U.S. Attorney to be a major event. My second error was to proceed pro se without an attorney when, in fact, I knew nothing about court or court trial procedures. I have paid a very big price for my actions over the past 9 ½ years and the nightmare isn't over yet.

 I was released from the Lompoc, California LOW FCI January 7, of this year on the basis of home confinement with my son in Lansing, Michigan until July 3, at which time I'm scheduled to begin a 3-year probationary period which will still make me responsible for reporting and control under the DOJ.

 Clearly stated in the enclosed November 28, 2019, letter to Attorney General William Barr via Certified Mail, which remains unanswered as of this date, my prior filings were noted in detail in that letter to Mr. Barr. Now, my most current document entitled "Affidavit by Richard-Kellogg: Armstrong Claim of Status" leaves no question as to the fact that I am a sovereign and private American national, the same status as I was at the time of my arrest (see details in the enclosed letter to Mr. Barr) and that my rights have been violated beginning with my arrest May 20, 2010, on the basis of statutory charges and assumed jurisdiction by the United States District Court. As stated on Page 13 of the Affidavit, jurisdiction by the Court must be proven and a judgment rendered by a court without personal jurisdiction over the defendant is void. It is a nullity. Joyce v. U.S. 474 2D 215.

 A judgment shown to be void for lack of personal service on the defendant is a nullity. Sramek v. Sramek, 17 Kan. App. 2d 573, 576-77, 840 P.2d 553 (1992), rev. denied 252 Kan. 1093 (1993). (8). "A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. Page 14 –

Thus where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term. " Dillon v. Dillon, 187 P 27.3.

If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. (See Louisville v. Motley 2111 US 149, 29 S.Ct. 42.. 236 (1907).

My lawful filings were prior to the date of my arrest. As a proven sovereign and private American national I am not now nor was I prior to my arrest subject to any statutory law, only the laws of the Constitution and the Bill of Rights. Nor am I a surety for RICHARD KELLOGG ARMSTRONG, ens legis, so my arrest and incarceration, including the IRS Agent's and the prosecutor's claim that I was a flight risk thusly denying me of bond, my 5th Amendment rights, further the violations that have been perpetrated on me including the sentencing.

Also for your consideration are my NOTICE OF INTEREST and CONDITION OF BIRTH CERTIFICATE documents sent to you as well as to the Treasurer of the United States, the Commissioner for the IRS and the Governor of California July 25, 2018, via Certified Mail notifying of my rights as a private Citizen and the owner of my Birth Certificate that was Accepted for Value. Additionally, I sent to you and the others via Certified Mail on January 11, 2019, my AFFIDAVIT OF STATUS as confirmation of the preceding. Following that mailing, I sent to you my CONVEYANCE AND SPECIFIC PERFORMANCE REQUEST BY BENEFICIARY TO TRUSTEE/first magistrate dated February 13, 2019. I also sent a letter to Jovita Carranza, Treasurer for the United States in Old San Juan, Puerto Rico July 22, 2019, encouraging her to become involved in my case (copies enclosed).

On October 23, 2018, as a concerned Beneficiary/Grantor/private Citizen, I sent a letter to you entitled CONVEYANCE BY BENEFICIARY TO TRUSTEE conveying FIVE (5) BILLION DOLLARS to (MAST) and then, from six of us, STATEMENT OF WISHES AND CONVEYANCE BY BENEFICIARIES TO TRUSTEE to create a Trust to be named "Make America Safe Trust" (MAST) to facilitate the holding of funds to fully pay for the building, maintenance and defense of the proposed Wall on the Border between the U.S. and Mexico, as you had proposed and outlined. We Conveyed and Granted to MAST the cumulative amount of THIRTY (30) BILLION DOLLARS from the six private Citizens' Equity, Five Billion Dollars from each of us (see attached). You acknowledged the Trust in a "Real Donald Trump" tweet January 16, 2019.

As all of my filings are nunc pro tunc ab initio, I appeal to you as Commander-in-Chief that you give consideration to all the facts and order the DOJ and the USDC Denver to dismiss, extinguish and seal all charges against this sovereign and patriotic citizen. Please acknowledge within fifteen (15) days. Thank you.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong, Agent,
Secured Party Creditor and sovereign
BOP ID #20413-298

Please reply to:
Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan [48906]

Encls:
Copies of the following:
Legal Notice and Demand
Commercial Security Agreement
Power of Attorney
Affidavit of Public Notices
Affidavit by Richard-Kellogg: Armstrong Claim of Status
November 28, 2019 letter to AG William Barr
NOTICE OF INTEREST
CONDITION OF BIRTH CERTIFICATE
AFFIDAVIT OF STATUS
CONVEYANCE AND SPECIFIC PERFORMANCE BY BENEFICIARY TO TRUSTEE/first magistrate
CONVEYANCE BY BENEFICIARY TO TRUSTEE
STATEMENT OF WISHES AND CONVEYANCE BY BENEFICIARIES TO TRUSTEE
July 22, 2019 letter to Jovita Carranza, dba Treasurer for the United States

Certified Mail No.
7018 3090 0000 3538 3767
USPS TRACKING #
9114 9023 0722 4340 2586 51

November 28, 2019

7018 3090 0000 3538 3767

Honorable William Barr
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

USPS TRACKING # 9114 9023 0722 4340 2586 51
& CUSTOMER  For Tracking or Inquiries go to USPS.com
RECEIPT     or call 1-800-222-1811.

Dear Attorney General Barr,

In accordance with the terms and conditions of my document entitled AFFIDAVIT OF PUBLIC NOTICES publically recorded with the Yavapai County, Arizona Recorder 03/03/2010, Recording No. 2010-4377246, I was unlawfully arrested, handcuffed, transported and incarcerated May 20, 2010, (see Pg. 17 "Permanent estoppel by default-----") on the basis of a complaint filed against me by an IRS agent on May 18, 2010, Document No. 1, Case No. 1:10-cr-00317-REB-2. The AFFIDAVIT OF PUBLIC NOTICES clearly indicates my legal status as a sovereign.

In addition to, and in accordance with the terms and conditions of my publically recorded documents entitled LEGAL NOTICE AND DEMAND, No. RB066173046US and COMMERCIAL SECURITY AGREEMENT No. RKA0001CSA accompanied by POWER OF ATTORNEY No. RKAPOA0001 which were posted on public website getnotice.info/rka.html 06/05/2009, recorded with Mohave County, Arizona Recorder 05/06/2015, FEE No.(s) 201520248 and 2015020249 and with the Washington State Secretary of State under UCC-1 2009-103-9022-6, UCC-3 Amendment 2010-123-2486-7 and others my secured real and personal property was unlawfully seized and sold. I refer you to LEGAL NOTICE AND DEMAND Item 39 "Conditional Rights and Defenses," Page 13, listing of real property and "ATTACHMENT 'A" LIST OF COLLATERAL" as well as COMMERCIAL SECURITY AGREEMENT" ATTCHMENT 'A' LIST OF COLLATERAL", "ATTACHMENT 'B' INDEMNITY BOND" and  "ATTACHMENT 'C' NOTICE OF LIEN."

Copies of the three documents LEGAL NOTICE AND DEMAND, COMMERCIAL SECURITY AGREEMENT and POWER OF ATTORNEY, were mailed on or about May 5, 2009 to the agencies as follows:

Arizona Secretary of State via Registered Mail RB066173046US under Notary Presentment:
The following via Certified Mail:
Timothy F. Geithner, Secretary of the U.S. Treasury, the Federal Window  RESERVE
Katherine Addleman, Regional Dir., U.S. SEC, the U.S. SEC
U.S. Department of Commerce, Off. of General Council
David A. Samason, Deputy Sec., U.S. Dept. of Commerce
J. Russel George, Inspector General, U.S. Treasury
Douglas Schulman, Office of Commissioner, IRS
Frank Y. NG, Int'l Tax Treaty Div. of IRS
Office of the Director, Int'l Operations, IRS
Social Security Administration
Ray Lahood, Sect'y, U.S. Dept. of Transportation
U.S. Dept. of Trans., Ass't. Gen. Council for Civil Rights
Juan Puig Morales, IRS, Departamento de Hacienda, San Juan, Puerto Rico
Eric Thorson, Sect'y of Agriculture
State of Arizona Attorney General

In addition to the three noted primary documents, the following were included in all mailings:
UCC-1 2009-103-9022-6 Washington State
Actual and Constructive Notice RKA0001ACN; Hold Harmless and Indemnity Agreement RKA0001HHIA; Non-Negotiable Security Agreement RKA0001NNSA; Chargeback Order RKA0001CO; Pre-Offset Notice for Balanced Book Adjustment RKA0001BBA; Non-Negotiable International Bill of Exchange RKA0001NNIBE for $100 Billion U.S.; 1040V, Accepted for Value (IRS form); Copy of Birth Certificate ACCEPTED FOR VALUE; Private Registered Bond for Setoff $100 Billion U.S.; COPYRIGHT/TRADEMARK/TRADE-NAME CONTRACT RKA0001CTNC; AFFIDAVIT OF FIDUCIARY DEBTOR & CREDITOR - TIMMOTH GEITHNER: APPOINTMENT OF FIDUCIARY DEBTOR & CREDITOR -

-1-

ERIC THORSON; APPOINTMENT OF FIDUCIARY DEBTOR & CREDITOR - DOUGLAS SCHULMAN; Reference copy of Notary Presenter's Affidavit and Certificate of Service

Documents entitled NOTICE OF INTEREST, CONDITION OF BIRTH CERTIFICATE and AFFIDAVIT OF STATUS, filed with the Commander-in-Chief, the Treasurer for the United States, the Commissioner for the IRS and the Governor of the State of California 07/25/2018, further confirm my status as a private American national as well as a sovereign (copies enclosed).

I am still currently incarcerated under the BOP at Lompoc (Low), California, ID # 20413-298, thus continuing the violation of my rights and the accrual of costs to the government of $48,000.00 per day of illegal incarceration.

In view of my lawful and timely filing of the stated documents that clearly identify my status as a sovereign, Secured Party Creditor and private American national, my rights have been clearly and blatantly violated.

I have also exercised my right to ACCEPT FOR VALUE any presentment by Accepting for Value, and thereby, discharging those presentments listed as enclosures in November 21, 2019, letter to Commissioner, IRS entitled "Discharge of Court and BOP documents" so all charges against me have been satisfied (see copy of 11/21/2019 letter enclosed).

So, I hereby request that you direct the U.S. District Court, Denver, and the Beaureau of Prisons to release me from custody immediately and order dismissal and extinguishment of my case no. 1:10-cr-00317-REB-2. The result of this travesty of justice perpetrated by employees of the DOJ and the IRS, is my unlawful 9½ years of incarceration as well as the unlawful seizure and sale of my legally secured real and personal property that must be returned without delay.

Concurrent with my case dismissal and extinguishment, I request with specific reference to AFFIDAVIT OF PUBLIC NOTICES, Declaration No. 17, that your office enter Declarant/Affiant's name in the National Criminal Information Search (NCIS) database and the local (California and Arizona) state CIS database to be identified/reported as "do not detain" and copy me with those orders.

I request that your office give immediate attention to this matter and advise me promptly of the action being taken signed by an authorized DOJ employee in blue ink. It is also requested upon release from FCI Lompoc, that a Debit Card with a balance of $10,000.00 be issued to me. Thank you.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong,
Declarant/Affiant, Secured Party Creditor,
Agent and Authorized Representative for
RICHARD KELLOGG ARMSTRONG, ens legis

ENCLOSURES: Copy of NOTICE OF INTEREST
Copy of CONDITION OF BIRTH CERTIFICATE
Copy of Pages 1, 7 and 17 AFFIDAVIT OF PUBLIC NOTICES
Copy of Cover Page LEGAL NOTICE AND DEMAND RB066173046US
Copy of Cover Page COMMERCIAL SECURITY AGREEMENT RKA0001CSA
Copy of POWER OF ATTORNEY RKAPOA0001
Copy of 11/21/2019 letter to Commissioner, IRS
Copy Commercial Security Agreement Attachment "B" and "C"; NOTICE OF LIEN
Copy INDEMNITY BOND; Copy AFFIDAVIT OF STATUS

Please reply to:
Richard K. Armstrong
c/o D.R. Armstrong, Attorney-in-Fact
2927 Young Ave.
Lansing, Michigan [48906]

cc: Clerk, USDC, Denver
U.S. Attorney, District of Colorado
Commissioner, Internal Revenue Service

Richard Kellogg Armstrong
2927 Young Avenue
Lansing, Michigan [48906]

GRAND RAPIDS MI 494
20 MAR 2020 PM 5 L

Clerk of the Court
USDC, Room A105
901 19th St.
Denver, Colorado 80294-3589

80294-250151