Date: March 21, 2020

Clerk of the Court
USDC Colorado
Room A 105
901 19th Street
Denver, Colorado 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 26 2020

JEFFREY P. COLWELL
CLERK

Subj: COMMERCIAL AFFIDAVIT OF TRUTH AND NOTICE TO PUBLIC

Ref: Case 1:10-cr-00317-REB-2 USDC Colorado

Dear Clerk,
  Please add the enclosed document to my file. Thank you.

Sincerely,

*[signature: Richard Kellogg Armstrong]*

Richard Kellogg Armstrong, Secured
Party Creditor, sovereign, private
American national and Agent for
RICHARD KELLOGG ARMSTRONG,
ens legis

Encl: COMMERCIAL AFFIDAVIT OF TRUTH AND
      NOTICE TO PUBLIC

Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan near [48906]



**Within the Admiralty In the Nature of**
**[28USC §1333, §1337,§2461, §2463]**

(stamp)

# COMMERCIAL AFFIDAVIT OF TRUTH
# AND
# NOTICE TO PUBLIC REGARDING:

The **One**, who goes by the Christian appellation, Richard-Kellogg of the family of Armstrong, hereinafter Richard-Kellogg: Armstrong lawful, solvent, freeborn Californian, Private Bond No. USPS Registered Mail # RB132218333US, hereinafter referred to as Richard-Kellogg: Armstrong, a living, breathing, full liability man, hereafter also referred to as Affiant, attest before my Creator and in my own writing that the following facts are true, correct, certain, and complete to the best of my knowledge, and have no evidence or record to the contrary. Any listing of case sites, federal or state statutes and codes, or executive orders, are for your reference only and should not be construed as submission by the Affiant to any jurisdiction other than that of the Kingdom of Heaven.

1. Affiant is created by the Divine Creator in His image and is a minister of the Divine Creator, under the laws of the Divine Creator, under the sole jurisdiction and venue of the Divine Creator.

2. Affiant is a natural sovereign American, starting life on American soil, not now, nor ever intending to be a member of any body politic, but instead is a free man upon the land.

3. Affiant is <u>not</u> in receipt of any evidence, or document, signed under full disclosure, verifying any party or court can make any lawful claim upon Private Bond No. USPS Registered Mail # RB132218333US.

4. Affiant is <u>not</u> in receipt of any evidence, or document, signed under full disclosure, verifying that Affiant can be held as surety for the debts of any corporate entity, strawman or vessel, or holds the status of insolvent or debtor.

5. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is a "citizen" of the UNITED STATES, has no knowledge or intention of now being such, or intention of becoming a "citizen" of the UNITED STATES. *[See definitions of "United States", "State", and "citizen" at 26 CFR § 31.3121(e)-1; see also definitions of "United States" & "State" at 26 U.S.C. subsections 7701(a)(9) & (10)] [Citizen spelled with a capital "C" in the Constitution for the united States of America and first 10 Amendments refers to a natural born State Citizen with unalienable "Rights". Whereas, citizen spelled with a lower case "c" in the 11th amendment and later refers to a citizen of the United States with government granted immunities and privileges, a citizen void of any unalienable "Rights" and Constitutional "Rights" as found in the Constitution for the united States of America.]*

6. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is a "citizen" of the District of Columbia, Puerto Rico, the Virgin Islands, Guam, American Samoa, the Northern Mariana Islands, or any other "federal territory", "federal area" or "federal district".

7. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is a "citizen" of the "STATE OF CALIFORNIA", has no knowledge or intention of now being such, or intention of becoming a "citizen" of the STATE OF CALIFORNIA. *[The "State of California is a incorporated shadow federal "State", a "political subdivision of the U.S." created by the 1940 Buck Act. The 10th Amendment and the Separation of Powers Doctrine prohibits the state "Republics" from acquiescing to federal authority, thereby functioning as federal States, without constitutional amendment which specifically delegates authority to the United States which is not already*

*articulated in the "Constitution for the united States of America" see New York v. United States, et all, 1992].*

8. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is a "citizen" of the political coalition, compact or alliance of territories and insular possessions of the United States known as the "UNITED STATES", "UNITED STATES OF AMERICA" or the "STATE OF CALIFORNIA". *[Not to be confused with the Union of States the parties to the Constitution originally known as the united States of America,1787, established in the Articles of Confederation]* *[See notes following 18 U.S.C. § 1001; 40 Stat. 1015, c. 194].*

9. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is a "United States citizen living abroad" as defined in 26 U.S.C.

10. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is subject to the "UNITED STATES" or "UNITED STATES OF AMERICA".

11. Affiant is <u>not</u> in receipt of any document, signed under full disclosure, verifying Affiant is a member of the corporate body politic of the any state or federal government.

12. Affiant is <u>not</u> in receipt of any document, signed under full disclosure, stating Affiant agrees to be a "resident" of the "UNITED STATES". *[See definitions of "United States" and "State" at 26 U.S.C. § 3121(e) and 26 C.F.R. § 31.3121(e)-1; see also definitions of "United States" & "State" at 26 U.S.C. § 7701(a)(9)&(10); see also U.S. v. Bevans, 16 U.S. 336]*

13. Affiant is <u>not</u> in receipt of any document, signed under full disclosure, whereby Affiant agrees to be a "resident" of the "UNITED STATES OF AMERICA".

14. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be a "resident" of the District of Columbia, Puerto Rico, the Virgin Islands, Guam, American Samoa, nor the Northern Mariana Islands, nor any other "federal territory", "federal area" or "federal district".

15. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be bound by CALIFORNIA CODES OR STATUTES, or any laws save those of the Divine Creator.

16. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be bound by FEDERAL CODES OR STATUTES, or any laws save those of the Divine Creator

17. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be a "resident" of the "STATE OF CALIFORNIA".

18. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be a "resident" of the political coalition, compact or alliance of territories and insular possessions of the United States known as the "UNITED STATES", "UNITED STATES OF AMERICA" or the "STATE OF CALIFORNIA".

19. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant's dwelling place is in the "UNITED STATES".

20. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant's dwelling place is in the "UNITED STATES OF AMERICA".

21. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant's dwelling place is in the "STATE OF CALIFORNIA".

22. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is a "resident alien" lawfully admitted to a state of the Union.

23. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is a "resident alien" lawfully admitted to the "UNITED STATES".

24. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is a "resident alien" lawfully admitted to the "UNITED STATES OF AMERICA".

25. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is a "resident alien" lawfully admitted to the District of Columbia, Puerto Rico, the Virgin Islands, Guam, American Samoa, nor the Northern Mariana Islands, nor any other "federal territory", "federal area" or "federal district".

26. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is a "resident alien" lawfully admitted to the "STATE OF CALIFORNIA".

27. Affiant is <u>not</u> electing to be treated as a resident of the "UNITED STATES", "UNITED STATES OF AMERICA", District of Columbia, Puerto Rico, the Virgin Islands, Guam, American Samoa, nor the Northern Mariana Islands, nor any other "federal territory", "federal area" or "federal district". [26 U.S.C. 7701(b)(4) and 26 CFR 1.871].

28. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be treated as a resident of the "STATE OF CALIFORNIA".

29. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is a partnership, corporation, estate, fiduciary or trust as defined by 26 U.S.C..

30. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is an "officer", "employee" or "elected official" of the following: (1)"UNITED STATES",  (2) "UNITED STATES OF AMERICA", (3) of a "State", (4) of any political subdivision thereof, (5) of the District of Columbia, (6) of any agency or instrumentality of the foregoing, or (7) an "officer" of a "United States corporation"; as those terms are defined and used within the 26 U.S.C.

31. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, whereby Affiant agrees to be a registered voter.

32. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is a "policy-making office-holder in the government".

33. Affiant does <u>not</u> hold any government office.

34. Affiant is <u>not</u> employed.

35. Affiant is <u>not</u> unemployed.

36. Affiant is <u>not</u> self-employed.

37. Affiant is <u>not</u> even employable.

38. Affiant is <u>not</u> a driver.

39. Affiant does <u>not</u> operate a motor vehicle.

40. Affiant does work and claims the unalienable right to work.  [*Working is a "right" not a privileged activity that can be assessed an indirect "income" tax.*]

41. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, whereby Affiant agrees to be in "Privity" with the Internal Revenue Service.

42. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be a "withholding agent".

43. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is working abroad earning foreign income.

44. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be a 14th Amendment citizen.

45. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be "subject to" nor dependent on the "quasi contractual" or "adhesion contract" social insurance trust / charitable trust / constructive trust created by the 14th Amendment.

46. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be a constructive beneficiary of the 14th amendment public/private trust.

47. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be "subject to" the "public debt" the 14th Amendment established.  Affiant "Rights" do <u>not</u> come from the 14th Amendment.

48. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to convey property to the 14th amendment public/private trust.

49. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be a "privileged entity" such as a resident alien, corporation, partnership, trust, or estate.

50. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to living within a "federal territory", "federal enclave", "federal area", "federal district", **"within this State"**, **"In this state"**, "in the State" or within a federal "State" over which the [Federal] "United States" has been (1) ceded jurisdiction by the "Constitution for the united States of America",1787, article 1, section 8, clause17, or  (2) federal reservation of jurisdiction when the Republic of California become a state of the Union, or (3) the Republic of California ceded the land and jurisdiction to the Federal government under Article IV, section 3, clause 2. *["federal area" 4 U.S.C. § 110(e), definition of "States" 4 U.S.C. § 103 & 110(d)] [The Federal Reserve districts and the Internal Revenue Districts are "new states," which have been established within the jurisdiction of legal states of the Union. See <u>Constitution for the united States of America</u> Article 4, Section 3, Clause 1 "New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress".] [see Fort Leavenworth R. R. v. Lowe, 114 U. S. 525; "...Legislature of a State has no power to cede away her jurisdiction and legislative power over any portion of her territory, except as such cession follows under the Constitution from her consent to a purchase by the United States..."]*

51. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be a **"taxpayer"** as defined by 26 U.S.C. or owes any income tax to the Treasury. *[Spreckles Sugar v McClain, 192 US 397; Miller v Standard Nut Margarine, 284 US 498;  Gould v Gould, 245 US 151]*

52. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be a **"person"** as used within 26 U.S.C. *[maxim - Homo vocabulum est naturae; persona juris civilis 'man' is a term of nature; 'person' is a term of civil law .] [Black's Law Dictionary, Revised Fourth Edition, "PERSON" Term may include <u>artificial beings</u>, as corporations .... relating to taxation and the revenue laws, People v. McLean, 80 N.Y. 254. <u>A person is such, not because she is human, but because rights and duties are ascribed</u> to her.  The person is a legal subject or substance of which the rights and duties are attributes.].*

53. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be an **"individual"** as used within 26 U.S.C. *[Black's Law Dictionary, Revised Fourth Edition, "INDIVIDUAL" As a noun, this term denotes a single person as distinguished from a group or class, and also, very commonly, a private or natural person as distinguished from a partnership, corporation, or association: but it is said that this restrictive signification is <u>not necessarily inherent in the word, and that it may, in proper cases, include artificial persons</u>. State v. Bell Telephone Co., 36 Ohio St. 310, 38 Am. Rep. 583. As an adjective, "individual" means pertaining or belonging to,*

*or characteristic of, one single person, either in opposition to a firm, association, or corporation, or considered in his relation thereto]*

54. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant holds the legislatively created office of "**person**" or "**individual**" within the government.

55. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be subject to Internal Revenue Service tax audit(s)/check(s) authorized by Treasury Order 150-29.

56. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be a "juristic entity", "resident agent", "corporate entity", "individual entity", "property", "franchisee of the federal government", "bankrupt person", "human resource", "institutional unit", "private enterprise", "private law merchant", "employee", "employer", "withholding agent, "government employee", "constructive trustee", "implied trust", "private charitable trust", "disenfranchised entity", "enfranchised entity", "incompetent", "civilly dead", "civilian" "surety for any fiction", "guarantor for any fiction", or any other **commercial** label.

57. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant was created by the "United States", "Great Britain", "United Nations", any government created trust, or any government/corporate entity.

58. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be "subject to" the "United States", "Great Britain", "United Nations", Vatican, or any government created trust, or any government/corporate entity.

59. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to be "subject to" the federal governments powers arising from the "Constitution for the united States of America(1787)" Article 4, Section 3, Clause 2 "The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States, and nothing in this Constitution shall be so construed as to prejudice any claims of the United States, or of any particular State."

60. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to ever have any intention to be liable for the full faith and credit of the United States.

61. Affiant is <u>not</u> now a part of, nor does Affiant ever have, any intention to be part of any body politic.

62. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Richard-Kellogg: Armstrong, a living, breathing man on the land is RICHARD KELLOGG ARMSTRONG or RICHARD K. ARMSTRONG, or ARMSTRONG, RICHARD KELLOGG, or any derivation thereof, a statutory person, legal fiction created by force of law.

63. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, verifying Affiant is not the son of the Sovereign Yeshua, redeemed by blood, bought with a price, or of the existence of any superior prior contract.

64. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating Affiant acknowledges any government or artificial entity with a prior claim or jurisdiction to that of Yeshua regarding Affiant according to 1 Corinthians 7:22.

65. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure and penalty of perjury, stating that all of the following are not corporate entities:

    UNITED STATES or UNITED STATES OF AMERICA
    STATE OF CALIFORNIA
    CALIFORNIA DEPARTMENT OF REVENUE
    LOS ANGELES COUNTY SHERIFFS' DEPARTMENT
    ALL MUNICIPAL COURTS
    LOS ANGELES COUNTY COURT

LOS ANGELES COUNTY CORONER/MEDICAL EXAMINER
CALIFORNIA HIGHWAY PATROL
LOS ANGELES POLICE DEPARTMENT
RICHARD K. ARMSTRONG or RICHARD KELLOGG ARMSTRONG of LOS ANGELES, CALIFORNIA
ANY OTHER CORPORATE ENTITY WITH A COMPLAINT AGAINST Richard Kellogg: Armstrong, a living, breathing man on the land

66. Affiant is not in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to any entity or corporation taking jurisdiction over Affiant's living body.

67. Affiant is not in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees there exists any statutory law superior to that of the laws of Elohim.

68. Affiant is not in receipt of any evidence or document, signed under full disclosure, stating Affiant agrees to allow any agent of any artificial entity permission to interfere in Affiant's daily affairs or travel.

69. Affiant is not in receipt of any evidence or document, signed under full disclosure, stating that Presidential documents FEDERAL REGISTRY 48 #38 Title 3, Executive order 12407, signed on February 22, 1983, by Ronald Reagan did not revoke all powers from municipalities, policing, and maintenance, referenced at; COMMUNITY COMMUNICATIONS CO. v. CITY OF BOULDER, 455 U.S. 40 (1982).

70. Affiant is not in receipt of any evidence or document, signed under full disclosure, stating the United States Government is not a foreign corporation with respect to a state. **Volume 20: Corpus Juris Sec. Section 1785: "The United States Government is a foreign corporation with respect to a state" NY re: Merriam 36 N.E. 505 141 S.Ct.1973, 41 L.Ed.287**

71. Affiant is not in receipt of any evidence or document, signed under full disclosure, stating that Affiant's rights are not secured and alienable as in *"The right of trial by jury in civil cases, guaranteed by the 7th Amendment* (Walker v. Sauvinet, 92 U.S. 90, 23 L. ed. 678), *and the right to bear arms, guaranteed by the 2d Amendment* (Presser v. Illinois, 116 U.S. 252, 29 L. ed. 615, 6 Sup. Ct. Rep. 580), *have been distinctly held not to be privileges and immunities of citizens of the United States, ..."* -- Twining v. New Jersey, 211 U.S. 78, 98 (1908)

72. Affiant is not in receipt of any evidence or document, signed under full disclosure, stating that the omission of the Christian name by either plaintiff or defendant in a legal process does not prevent the court from acquiring jurisdiction. **"The omission of the Christian name by either plaintiff or defendant in a legal process prevents the court from acquiring jurisdiction, ..."Bouvier's Law Dictionary, 8th ed., pg. 2287**

73. Affiant is not in receipt of any evidence or document, signed under full disclosure, verifying that Affiant has ever entered the field of combat or is at war within the territorial and geographical areas of any of the States united, of America. *"Under International Law of Warfare, all parties to a cause must appear by nom de guerre, because an "alien enemy cannot maintain an action during the war in his own name"*. Merriam-Webster, pg. 1534.

74. Affiant is not in receipt of any evidence or document, signed under full disclosure, verifying that Affiant is in any state of war. See Alien, Wharton's, Pennsylvania Digest, § 20.94 and the Oxford English Dictionary, 2nd ed., Clarendon Press (1989). *It is by International Doctrine that the use of nom de guerre would indicate a state of war.*

75. Affiant is not in receipt of any evidence or document, signed under full disclosure, stating that privileges and immunities of Citizen of the Kingdom of Heaven, or natural man are inferior to that of a U.S. citizen. *"... there is a clear distinction between national and State citizenship. U.S. citizenship does not entitle citizen of the Privileges and Immunities of the Citizen of the State."* -- K. Tashiro v. Jordan, 256 P 545, 201 Cal 239 1927), 53 ALR 1279, affirmed 49 SCt 47, 278 US 123

76. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating that Affiant's rights are **not** protected by the first ten Amendments to the Federal Constitution. "... *the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal Constitution against the powers of the Federal Government*". -- Maxwell v. Dow, 176 US 581, 597 (1899).

77. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating that Affiant is "resident" of any "State" where any Private Rights can be abridged. "*But, in fact and in law, such **statutes** are intended **to be applied** to those who are **here as "residents" in this State** under the Interstate Commerce Clause of the Federal Constitution and the so-called Fourteenth Amendment.*" United States v United Mine Workers of America, (1947) 67 S.Ct. 677, 686, 330 U.S. 258.

78. Affiant is <u>not</u> in receipt of any evidence or document, signed under full disclosure, stating that lack of jurisdiction does **not** void the acts of all "officials". [The high Courts have further decreed, that Want of Jurisdiction makes] "...**all acts of judges, magistrates, U.S. Marshals, sheriffs, local police, all void and not just voidable**." Nestor v. Hershey, 425 F2d 504.

79. Affiant is not an expert in the law, but does know right from wrong. If there be any living man or woman damaged by any statements herein, if he will inform Affiant by facts, every effort will be made to amend Affiants ways. Affiant hereby and herein reserves the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that will controvert and overcome this Affidavit, please advise Affiant IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing Affiant with your counter-affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts of conclusions of law, that this Affidavit is substantially or materially false sufficiently to change materially Affiant's status and factual declarations. Your silence stands as consent to, and tacit approval of the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father YHWH, through the power and authority of the blood of his son Yahushua be done on Earth as it is in Heaven.

<u>**NOTICE TO AGENTS IS NOTICE TO PRINCIPALS**</u>
<u>**NOTICE TO PRINCIPALS IS NOTICE TO AGENTS**</u>

## NOTICE

### ACCEPTANCE OF OATH OF OFFICE CONTRACT

<u>Notice to all Agents</u>

for

VATICAN
QUEEN OF ENGLAND
UNITED STATES or UNITED STATES OF AMERICA
PRESIDENT OF THE UNITED STATES
UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES SECRET SERVICE
INTERNAL REVENUE SERVICE
UNITED STATES ATTORNEY GENERAL
STATE OF CALIFORNIA
CALIFORNIA DEPARTMENT OF REVENUE
LOS ANGELES COUNTY SHERIFF
LOS ANGELES POLICE DEPARTMENT

ALL MUNICIPAL COURTS
LOS ANGELES COUNTY COURT
LOS ANGELES COUNTY CORONER/MEDICAL EXAMINER
LOS ANGELES POLICE DEPARTMENT
RICHARD K. ARMSTRONG, or RICHARD KELLOGG ARMSTRONG of LOS ANGELES, CALIFORNIA
ANY OTHER CORPORATE ENTITY WITH A COMPLAINT AGAINST Richard-Kellogg: Armstrong, a living, breathing man on the land.

To AGENTS for the STATE OF CALIFORNIA, AGENTS for the several States and AGENTS for the UNITED STATES: I want to pay you the honor and respect you deserve. Therefore, I, Richard-Kellogg: Armstrong, hereby duly accept your Oath of Office, being your open and binding offer of contract to form a firm and binding, private contract between you and me. I am pleased that when you said "so help me God", you promised, and are bound by your word, that you would perform all of your promises, including, but not limited to, your promise to uphold the Constitution of the united States of America, 1787, which includes protecting all of my rights. I trust you will be an honorable man or woman whose word is his/her bond, and that you will honor your private contract with me, completed by this notice of acceptance, by keeping your promises, and not allow any third-party agents, acting without delegated or regulatory authority, to interfere in your duty to me.
Respectfully accepted:

By: _____, Agent        Dated: 03/21/2020
By.   Richard-Kellogg: Armstrong

## JURAT

The above party, appeared before me, __Luis Delgado__ a Notary,

subscribed, sworn and under oath this __21st__ day of __March__, 2020.

_____
Notary                                                    Seal

Luis Delgado
Notary Public, State of Michigan
County of Ingham
My Commission Expires October 26, 2025
Acting in the County of __Ingham__

## WAIVER OF TORT

Definition of terms:

**Waiver of Tort**. "the election, by an injured party, for purposes of redress, to treat the facts as establishing an implied contract, which he may enforce, instead of an injury by fraud or wrong, for the committing of which he may demand damages, compensatory or exemplary". Blacks Law Dictionary 5th Ed., Page 1419

By my acceptance of the Oaths of Office of the agents as listed, or their successors in interest, or assigns for the following entities:

- BENEDICT XVI, dba VICAR OF CHRIST, POPE, SUPREME PONTIFF

- ELIZABETH II, dba DEFENDER OF THE FAITH, QUEEN of BRITAIN [CROWN]-ELECTOR & ARCH-TREASURER of THE HOLY ROMAN EMPIRE & THE UNITED STATES of AMERICA, HIGH CONTRACTING PARTY
- ABDULQAWI YUSUF, dba, PRESIDENT OF THE INTERNATIONAL COURT OF JUSTICE
- ANTONIO GUTERRES, dba, SECRETARY GENERAL, UNITED NATIONS
- DONALD JOHN TRUMP, dba PRESIDENT, UNITED STATES OF AMERICA
- WILLIAM BARR, dba ATTORNEY GENERAL, UNITED STATES OF AMERICA
- MICHAEL POMPEO, dba SECRETARY OF STATE, UNITED STATES OF AMERICA
- JESSIE K. LIU, dba UNITED STATES ATTORNEY FOR DISTRICT OF COLUMBIA
- CHARLES RETTIG, dba COMMISSIONER, INTERNAL REVENUE SERVICE
- CHAD WOLF, dba SECRETARY, UNITED STATES HOMELAND SECURITY
- GAVIN NEWSOM, dba GOVERNOR, STATE OF CALIFORNIA
- ALEX VILLANUEVA dba SHERIFF, LOS ANGELES COUNTY
- WARREN STANLEY dba COMMISSIONER CALIFORNIA HIGHWAY PATROL
- ALEX PADILLA dba SECRETARY OF STATE, STATE OF CALIFORNIA
- JACKIE LACEY, dba DISTRICT ATTORNEY LOS ANGELES COUNTY
- XAVIER BECERRA, dba CALIFORNIA ATTORNEY GENERAL

MICHEL MOORE, dba LOS ANGELES CHIEF OF POLICE

## EQUALITY UNDER THE LAW IS PARAMOUNT

Acceptance of said Oath constitutes your open and binding offer of contract to form a firm and binding, private contract between the Affiant and the public official or their employees or agents, this implied contract comes into full force by the chooses in action on your part to trespass upon my rights and freedoms you have openly sworn to protect. The Constitution of the united States of America, 1787, clearly states at Article 1, section 10, "No state shall...... pass any......Law, impairing the Obligation of Contracts" which has been upheld in the united States supreme Court case of <u>Hale v. Henkel 201 U.S. 43 at 89 (1906)</u> over 1600 times.

By your offer and my acceptance we mutually, willingly and intentionally agree to the terms of this implied contract:

## EXPRESS NOTICE OF WAIVER OF TORT TO ALL WHO TRESPASS

Trespass upon either the Issuer of this binding Private Bond Instrument by any actor, agent or representative of a government entity or its subdivisions, acting under color of law outside the accepted forum, shall constitute an agreement of $2,000,000.00 compensation for each injury, occurrence of breach, or trespass on rights or property. Additionally, all Trespassers shall agree to pay $65,217.00 per each hour of involuntary servitude, coerced incarceration, coerced detention, or coerced booking. Performance by conduct is acceptance. This is an implied contract and attaches only upon the actors, agents, or representatives, who by their conduct elect to enjoin this contract. If by your conduct you elect to contract, Richard-Kellogg: Armstrong, shall be appointed Third Party Intervener, with limited power of attorney to execute the remedy within this instrument. This power of attorney is a right coupled with an interest and is irrevocable as granted without recourse to all who Trespass.

ALL PERSONS, EMPLOYEES, AGENTS, AND OFFICERS OPERATING UNDER ORDERS OF THE PRESIDENT OF THE UNITED STATES, UNITED STATES SECRET SERVICE, UNITED STATES DEPARTMENT OF JUSTICE, INTERNAL REVENUE SERVICE, DEPARTMENT OF JUSTICE, STATE OF CALIFORNIA DEPARTMENT OF REVENUE, ALL MUNICIPAL COURTS, LOS ANGELES COUNTY DISTRICT ATTORNEY, CALIFORNIA HIGHWAY PATROL, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, LOS ANGELES POLICE DEPARTMENT AND LOS ANGELES COUNTY COURT who commit injury by trespass upon the living man, Richard-Kellogg: Armstrong under color of law without evidence of a signed contract or damaged party, or lawful order and verified assessment will cause attachment of this **EXPRESS NOTICE OF WAIVER OF TORT**. Continued proceeding in trespass shows acceptance of this Contract and provides evidence of your intent to implement the terms of the **EXPRESS NOTICE OF WAIVER OF TORT** and affix said lien(s).

### VERIFICATION

IN WITNESS WHEREOF, I, Richard-Kellogg: Armstrong declare that I having written the foregoing, know its contents to be true, correct and complete, sworn to before my Creator and in the presence of two witnesses whose signatures and seals appear below. The above is given freely and is true, correct and complete under my full unlimited commercial liability. Further, Affiant saith naught.

By: _[signature]_ Agent            Dated: 1/31/2020
By: Richard-Kellogg: Armstrong

### JURAT

The above party, appeared before me, _Rosa Delgado_ a Notary, subscribed, sworn and under oath this __31__ day of _January_, 2020.

By: _[signature]_
Notary                             Seal

ROSA DELGADO
NOTARY PUBLIC- STATE OF MICHIGAN
COUNTY OF INGHAM
My Commission Expires 02/21/2025
Acting in the County of _Ingham_

**DECLARATION OF STATUS & IDENTITY** - Commercial Affidavit of Truth          Stamp
Richard Kellogg: Armstrong
                    10 of 10



Richard Kellogg Armstrong
2927 Young Avenue
Lansing, Michigan [48906]

Clerk of the Court
USDC Colorado
901 19 Street
Denver, Colorado 80294-3589

Case 1:10-cr-00317-REB   Document 804   Filed 03/26/20   USDC Colorado   Page 13 of 13