IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-317-REB
(Civil Action No. 18-cv-192-REB)

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

v.

2. RICHARD KELLOGG ARMSTRONG,

      Defendant/Movant.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order [ECF 805] entered by United States District Judge Robert E. Blackburn on April 3, 2020, it is hereby

ORDERED that the Title 28 U.S.C. § 2241 Habeas Corpus for Due Process and Constitutional Violations Resulting in Illegal Confinement by Void Judgment [ECF 751] is denied. It is

FURTHER ORDERED that under 28 U.S.C. § 2253(c)(2), a certificate of appealability is denied. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that related Civil Action No. 18-cv-192-REB is closed.

Dated April 3, 2020, at Denver, Colorado.

                                 FOR THE COURT:

                                 Jeffrey P. Colwell, Clerk

                                 By:    <u>s/L.Roberson</u>
                                             L. Roberson
                                             Deputy Clerk