August 3, 2020

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

AUG 06 2020

JEFFREY P. COLWELL
CLERK

Jeffery P. Colwell, Clerk
USDC Colorado
Room A-105
901 19th Street
Denver, CO 80294-3589

Subj: Certified accounting for property sales Case 1:10-cr-00317-REB-2

Dear Mr. Colwell,

The following real and personal properties were seized and sold by the IRS following judgment August 12, 2012, Case No. 1: 10-cr-00317-REB-2:
  a) Real property located at 30 Perkins Drive, Prescott, Arizona;
  b) Real property located 14255 Harvest Mile Road, Brighton, Colorado;
  c) 1990 Beech Model A36 aircraft, S/N E-2527, N5509Y.

I have never received an accounting from the court following the sale of those properties.

I hereby request to receive a certified accounting for the sale of those properties within ten (10) days of your receipt of this letter.  I also request an invoice for any remaining amount allegedly owed to the court as a result of the August 12, 2012, judgment.  Please advise whether the remaining amount, if any, is to be discharged to the USDC Colorado or directly to the IRS.  Before issuing an invoice for any amount allegedly owed to the IRS, I suggest you check with the Department of the Treasury/IRS and CERTIFY that the alleged amount(s) were not lawfully discharged beginning July 28, 2009, and several more times.

As the USDC Western District Michigan is threatening to assess my income on a monthly basis it is urgent that you reply to this request without delay.  It's been about eight years since the judgment and sale of my property without any accounting.

I look forward to your expedited reply.  Thank you.

Sincerely,

*Richard-Kellogg : Armstrong*
:Richard-Kellogg :Armstrong, sovereign,
private American national and authorized
representative for RICHARD KELLOGG
ARMSTRONG, ens legis

CC:
USDC Western District of Michigan
Andrea Jarois, U.S. Probation Officer

GRAND RAPIDS MI

Rihard-Kellogg :Armstrong
2927 Young Avenue
Lansing, Michigan
without the U.S.

Jeffery P. Colwell, Clerk
Room A-105
USDC Colorado
901 19th Street
Denver, CO 80294-3589

80294-250151