FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 31 2020

JEFFREY P. COLWELL
CLERK

Date: August 24, 2020

Charles Rettig, Commissioner
Internal Revenue Service
1500 Pennsylvania Avenue NW
Washington, DC 20220
Via Certified Mail No. 7019 2280 0000 9729 2369

Jason R. Dunn, U.S. Attorney
1801 California Street
Suite 1600
Denver, CO 80202
Via Certified Mail No. 7019 2970 0001 0309 5515

Subj: DISCHARGE OF COURT AND DEPARTMENT OF JUSTICE/BUREAU OF PRISONS DOCUMENTS

Dear Commissioner,

On November 21, 2019, I sent you a letter entitled Discharge of Court and BOP Documents via Certified Mail No. 7019 0140 0000 8264 6565 along with a copy of my AFFIDAVIT OF PUBLIC NOTICES and copies of my Case No. 1:10-cr-00317-REB-2 court and Bureau of Prisons documents Accepted for Value by a sovereign and Trust Interest Holder lawfully discharging any and all charges filed against me.

The AFFIDAVIT OF PUBLIC NOTICES document dated and recorded March 3, 2010, by the Yavapai County Arizona Recorder and mailed via Certified Mail to the four IRS entities listed on Page 1 of that document clearly declared my status as a Trust Interest Holder, Beneficiary, non-adverse party and one of the sovereign "people", known as "The 2010 posterity of 1787 we the people of the preamble of the constitution for the united States of America and the state of Arizona by right of birth, over 18 years of age, hereafter "Affiant" and/or Declarant/Affiant", etc. Enclosed with the letter of November 21, 2019, were several other documents defining my status (see copy of November 21, 2019, letter enclosed). All documents listed are in your files.

Copies of my November 21, 2019, letter and enclosures were also mailed to the Clerk of the Court, USDC, Colorado as well as to the U.S. Attorney, District of Colorado. I received no response to my mailings from either your office, the court or the U.S. Attorney, either acceptance or denial.

Therefore, the conditions of UCC 3-311, specifically UCC 3-311(b) and any and all charges and conditions filed against me are lawfully discharged and liquidated and I own the case.

Then, in order t enforce my position, on March 21, 2020, I again discharged all court documents for Case No. 1:10-cr-00317-REB-2 with the submission of a BANKERS ACCEPTANCE (Bill of Exchange) Trade Acceptance IN ACCORD WITH HJR-192, 1933, SENT TO YOUR Department of the Treasury, Analysis and Control Division of the IRS and UCC Contract Trust, with enclosures as noted (see copy of March 21, 2020, letter enclosed with copies to the Clerk of the Court, USDC Colorado as well as to Mr. Guy Till, AUSA, DOJ, Denver. "The International Bill of Exchange is legal tender as a national bank note, or note of a National Banking Association, by legal and/or statutory definition (UCC 4-105, 12 CFR Sec. 229.2,

210.2, 12 USC 1813), issued under Authority of the United States." Again, I received no response from the Department of the Treasury or the U.S. Attorney's office.

The amount of the discharge credited to the discharge of the court documents listed was $100,000,000.00. So again, with direct reference to UCC 3-311(b), I own the case. As all crime is commercial and I have twice discharged any and all (commercial) charges against me and acquiescence by all parties lawfully notified, neither the Department of Justice and/or the Bureau of Prisons or any of their employees have any lawful control over me or my lawful activities.

Should the Department of Justice/Bureau of Prisons disagree with my claim of status as a sovereign, private American national/American State National and free Citizen of the Republic, you have ten (10) days from your receipt of this Certified Mailing to rebut my claims and certify by your full name and signature signed in blue ink accompanied by your title and employee ID number. Should you not respond within ten (10) days you will have lawfully acquiesced to my claims and agreed that you have no further claims of statutory authority over me, now or in the future.

Should you require copies of any of the documents referenced as enclosures in either of the two letters, including the NOTICE OF INTEREST, CONDITION OF BIRTH CERTIFICATE and AFFIDAVIT OF STATUS mailed to and received by President Donald J. Trump, please advise and I will comply without hesitation.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong, sovereign,
Private American national/American State
National and authorized representative
for RICHARD KELLOGG ARMSTRONG,
ens legis

CC: Jeffery P. Colwell, Clerk
USDC Colorado
via Certified Mail No. 7019 2280 0000 9729 2376

President Donald J. Trump
1600 Pennsylvania Avenue NW
Washington, DC 20500

Encls: Copy UCC 3-311 ACCORD AND SATISFACTION BY USE OF INSTRUMENT
Copy November 21, 2019, letter to Commissioner
Copy letter March 21, 2020, letter to Department of the Treasury
Copy NOTICE OF INTEREST
Copy CONDITION OF BIRTH CETIFICATE
Copy Affidavit of Status

Please respond to:
Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan
Non-domestic without the U.S.

II > Uniform Commercial Code > § 3-311. ACCORD AND SATISFACTION BY USE OF INSTRUMENT.

# § 3-311. ACCORD AND SATISFACTION BY USE OF INSTRUMENT.

(a) If a person against whom a claim is asserted proves that (i) that person in good faith tendered an instrument to the claimant as full satisfaction of the claim, (ii) the amount of the claim was unliquidated or subject to a bona fide dispute, and (iii) the claimant obtained payment of the instrument, the following subsections apply.

(b) Unless subsection (c) applies, the claim is discharged if the person against whom the claim is asserted proves that the instrument or an accompanying written communication contained a conspicuous statement to the effect that the instrument was tendered as full satisfaction of the claim.

(c) Subject to subsection (d), a claim is not discharged under subsection (b) if either of the following applies:

 (1) The claimant, if an organization, proves that (i) within a reasonable time before the tender, the claimant sent a conspicuous statement to the person against whom the claim is asserted that communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to a designated person, office, or place, and (ii) the instrument or accompanying communication was not received by that designated person, office, or place.

 (2) The claimant, whether or not an organization, proves that within 90 days after payment of the instrument, the claimant tendered repayment of the amount of the instrument to the person against whom the claim is asserted. This paragraph does not apply if the claimant is an organization that that sent a statement complying with paragraph (1)(i).

(d) A claim is discharged if the person against whom the claim is asserted proves that within a reasonable time before collection of the instrument was initiated, the claimant, or an agent of the claimant having direct responsibility with respect to the disputed obligation, knew that the instrument was tendered in full satisfaction of the claim.

< § 3-310. EFFECT OF INSTRUMENT ON OBLIGATION FOR WHICH TAKEN.   up   § 3-301. PERSON ENTITLED TO ENFORCE INSTRUMENT. >

Uniform Commercial Code Toolbox

- About Uniform Laws
- State Uniform Commercial Codes

Certified Mail No. 7019 0140 0000 8264 6565

7019 0140 0000 8264 6565

November 21, 2019

USPS TRACKING # 9114 9023 0722 4340 2586 37
& CUSTOMER   For Tracking or inquiries go to USPS.com
RECEIPT   or call 1-800-222-1811.

Commissioner
Internal Revenue Service
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

Ref: Case No.(s) 1:10-mj-01088-KLM and 1:10-cr-00317-REB-2

Subj: Discharge of Court and BOP documents

Commissioner:

    As the records show, I was arrested and incarcerated May 20, 2010, at the Calexico, California airport, subsequent to IRS Complaint, Document No. 1, filed by Greg M. Flynn, IRS CID Agent, dated May 18, 2010, and arrest warrant dated May 18, 2010, Document No. 2, Case No. 1:10-mj-01088-KLM in direct violation of my rights as a sovereign by the Internal Revenue Service and the Department of Justice of my AFFIDAVIT OF PUBLIC NOTICES.
    The subject AFFIDAVIT OF PUBLIC NOTICES was recorded with the Yavapai County, Arizona Recorder on March 3, 2010, Recording No. 2010-4377246. It was also recorded on UCC-3 Amendment 2010-123-2486-7, dated May 3, 2010 to UCC-1 2009-103-9022-6, Washington State.
    The AFFIDAVIT OF PUBLIC NOTICES was mailed March 3, 2010, via Certified Mail under Notary Presentment to Timothy Franz Geithner, SECRETARY, DEPARTMENT OF THE TREASURY; IRS Technical Support Division, c/o Treasury UCC Contract Trust, INTERNAL REVENUE SERVICE; Enterprise Computing Center - Martinsburg, Attn: Informations Returns Branch; and Rosa G. Rios dba: TREASURER, DEPARTMENT OF THE TREASURY.
    As clearly stated in the AFFIDAVIT OF PUBLIC NOTICES, I Richard Kellogg Armstrong, am a Trust Interest Holder, Beneficiary, non-adverse party and one of the sovereign "people," known as "The 2010 posterity of 1787 we the people of the preamble of the constitution for the united States of America and the state of Arizona by right of birth, over 18 years of age, hereafter "Affiant" and/or "Declarant/Affiant" do solemnly affirm, declare and state under penalty of perjury the following:
        a. The declaration and notice, stated above, defines Declarant/
           Affiant's "Legal Status" by birth right, as one of the sovereign
           "people," etc.
    All terms and conditions of the AFFIDAVIT OF PUBLIC NOTICES, Pages 1 through 22, apply without exception. I draw your specific attention to Page 17 "Permanent estoppel by default, lawfully bars any peace officer, government agent or prosecutor from bringing charges against a sovereign, under any Act or Statute."
    The enclosed Court and Bureau of Prisons documents, have been Accepted for Value and returned for settlement and closure in accordance with my right as a sovereign and Trust Interest Holder. Upon your receipt of these documents so Accepted, I require your written acknowledgement signed in blue ink by a person authorized and bonded to process Acceptances, and to include title and employee ID number. It is also required that a copy of each page be appropriately stamped and initialed indicating acceptance and discharge/settlement of the accounting should evidence of completion of the process be required.
    As time is of the essence and significant hourly charges are accruing, I expect your expedited handling of this presentment.

Sincerely,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong,

(continued next, Page 2)

(Richard Kellogg Armstrong)<br>
sovereign, Declarant/Affiant,<br>
Agent and Authorized Representative<br>
for RICHARD KELLOGG ARMSTRONG,<br>
ens legis, TIN 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

ENCLOSURES: Copy cover page and page 17 of AFFIDAVIT OF PUBLIC NOTICES
Copy of cover page Document #1 ACCEPTED FOR VALUE
Copy of AFFIDAVIT OF STATUS
Copy Indictment Document #5-2 ACCEPTED FOR VALUE
Copy Indictment Document #140-2 ACCEPTED FOR VALUE
Copy ~~Indictment~~ JUDGMENT Document #588 ACCEPTED FOR VALUE
Copy Sentence Monitoring Computation Data ACCEPTED FOR VALUE
Copy Judgment on Contempt Document #601 ACCEPTED FOR VALUE
Copy NOTICE OF INTEREST
Copy CONDITION OF BIRTH CERTIFICATE


Please reply to:

       Richard K. Armstrong
 c/o D.R. Armstrong, Attorney-in-Fact
       2927 Young Avenue
       Lansing, Michigan [48906]


cc: Clerk of the Court, U.S. District Court, District of Colorado
    U.S. Attorney's Office, District of Colorado

Certified Mail No. 7019 2280 0000 9729 2215

Department of the Treasury
Analysis and Control Division
of the IRS and UCC Contract Trust
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

'BANKERS ACCEPTANCE
(Bill of Exchange)
Trade Acceptance
IN ACCORD WITH HJR-192

Dated: March 21, 2020

RE: "DISCHARGE" of Original Offer Re Presentment Case No. 1:10-cr-00317-REB-2, USDC Colorado

Dear Mr. Mnuchin, Secretary in Charge: Department of the Treasury,

Enclosed are documents (copies) from my examination of my Commercial Agreements, which are listed on the enclosed (accounting), with evidence that I have Accepted for Value (all related endorsements front and back). The total amount of the enclosed DISCHARGE is $100,000,000.00.

Please charge to the debit of my UCC CONTRACT TRUST ACCOUNT (DISCHARGE) $100,000,000.00 and PAY TO THE ORDER OF: Mr. Guy Till, dba Assistant U.S. Attorney/ UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO re Case No. 1:10-cr-00317-REB-2, and charge my account for the fees necessary for securing and registration for the priority exchange for the tax exemption to discharge the public liability of my personal possessions, and command the memory of account #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.

This posted Certified Mail Account No. 7019 2280 0000 9729 2215, and money of account funds is directed for use (priority) for the Republic (Article IV, Section 4 of the united States Constitution) in accord with Public Policy HJR-192, to discharge the Debtor's portion of the public debt.

Mr. Mnuchin, as Secretary-in-Charge/or your Deputy-in-Charge, you are to take acceptance (BA), this Article Seven Receipt, in exchange for the tax exemption priority.

This BILL OF ACCEPTANCE-TIME DRAFT/Trade Acceptance, is in accord with HJR-192, and is presented for the receiver to the Federal Window for settlement (EFT), within the three (3) day Truth-in-Lending time for settlement of retail agreements.

With this POSTED transaction, the "DISCHARGE" documented by the enclosed forms, are for use by the Republic, and are complete.

If you need more information or assistance with charging my Treasury Direct UCC CONTRACT TRUST ACCOUNT, you may write or email me.

Sincerely,

*[signature]*

By Richard Kellogg Armstrong, Agent, Secured
Party Creditor and Authorized Representative
for RICHARD KELLOGG ARMSTRONG, ens legis
EIN# 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

Encls:
Docket No. 1:10-cr-00317-REB-2 documents Accepted for Value:
Document Nos. 1, 2, 5, 5-2, 140, 140-2, 584, 588, 484, 510 and 601
Form 1040-V
Form 1099-A

CC: Clerk, USDC Colorado
    AUSA Mr. Guy Till, DOJ Denver

Please reply to:
Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan [48906]
globala36org@gmail.com

## NOTICE OF INTEREST

To: Commander-in-Chief of the United States of America
Certified Mail Receipt Number: 7017 2400 0006 6019 3055

Treasurer for the United States
Certified mail Receipt Number: 7017 2400 0000 6019 3048

Commissioner for the IRS
Certified Mail Receipt Number: 7017 2400 0000 6019 3062

Governor of the State of California
Certified Mail Receipt Number: 7017 2400 0000 6019 3079

This is to NOTIFY of my interest and my rights as a citizen of the United States of America. I now declare to all parties of my legal rights and choice to be a private citizen under the United States Constitution as stated:

A. We, the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

B. Amendment X [1791]
The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

C. Amendment XIV [1868]
Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the law.

D. 90th Congress, 1st Session, vol. 113, pt, 12 [June 13, 1967]
Let it be the citizen of America, to the free exercise of his own judgment that he is to engage in forming the fundamental law of which he is to live. To this work is his work and cannot be properly taken off his hands. And that is a statement of fact and evidence.

I appoint the Commander-in-Chief of the United States of America as the Trustee and I am the "Cestui Que", a private citizen enforcing my equitable rights and a beneficiary of this equitable trust.

Let it be known to all parties above as my wish and rightful choice to be recognized as a private citizen of the United States of America according to the Constitution and the Amendments above.

Respectfully,

Dated: July 25, 2018

*Richard Kellogg Armstrong*
*Richard Kellogg Armstrong*
ID# 20919-298
FEDERAL CORRECTIONAL INSTITUTION
3600 GUARD RD
LOMPOC, CA 93436

## WITNESSES

We declare under the penalty for perjury that we know personally the Private Citizen signing this document and witnessed him sign and date above.

Date: July 25, 2018

*Jeff McGrue*
*Jeff McGrue*

Date: July 25, 2018

Harry Edwin Miles
*H. Ed Miles*

page 2 of 2

## CONDITION OF BIRTH CERTIFICATE

I, *Richard Kellogg Armstrong*, the owner of this Birth Certificate #bs 46 attached have chosen to be a private citizen where I was born and the country where I will be settled as a Private Citizen.

Respectfully,

*Richard Kellogg Armstrong*

Dated: July 25, 2018

ID# 20413-298
Federal Correctional Institution
3600 Guard Rd
Lompoc, CA 93436

### WITNESSES

We declare under the penalty for perjury that we know personally the Private Citizen signing this document and witnessed him sign and date above.

Date: July 25, 2018

Jeff McGrew

Date: July 25, 2018

Harry Edwin Miles

Certified Mail No. 7018 2290 0000 3403 6450

## AFFIDAVIT OF STATUS

I, Richard Kellogg Armstrong, declare and attest under oath of GOD, that I am a private citizen of the united states of America, and I have noticed all parties of my rights and choice to be a private citizen under the united states of of America's constitution.

Such Notice of Interest and Condition of Birth Certificate and rights as a private citizen of the united states of America, were mailed, delivered and accepted by and the following on the dates indicated via the USPS by certified mail, return receipt requested.

As no one has come forward with a superior, prior or equal claim in the private, my claim as a private citizen has been firmly established and perfected, through the Commander-in-Chief of the United States, the Governor of California, the Treasurer for the United States, and the Commissioner of the Internal Revenue Service.

1) Certified Mail No. 7017 2400 0000 6019 3055 - Received: 08/13/2018 by the Commander-in-Chief.
2) Certified Mail No. 7017 2400 0000 6019 3079 - Received: 08/21/2018 by the Governor of California.
3) Certified Mail No. 7017 1400 0000 6019 3048 - Received: 09/04/2018 by the Treasurer for the United States.
4) Certified Mail No. 7017 2400 0000 6019 3062 - Received: 08/14/2018 by the Commissioner of the Internal Revenue Service.

Dated: 1/11/2019

Respectfully,

*Richard Kellogg Armstrong*
Richard Kellogg Armstrong,
Special, private, rights reserved

### WITNESSES

I declare under the penalty of perjury that I know personally the private citizen signing this document, and witnessed him sign and date the above.

Date: 1/11/2019

BRIAN J. STONE
*Brian J. Stone*
Witness

Date: 1/11/2019

ANTHONY FUERST
*Anthony Fuerst*
Witness