Date: September 14, 2020

Andrea Jarois
U.S. Probation Officer
Western District Michigan
252 Federal Building
315 W. Allegan St.
Lansing, MI 48933

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2020

JEFFREY P. COLWELL
CLERK

Subj: Restitution

Ms. Jarois,

I have your 9/11/2020, email regarding your expected payments from me based on a percentage of my income to be credited to the restitution amount of $1,678,834.00 as ordered at sentencing 08/10/2012. Payments of not less than ten (10) percent of my income are to be made to the care of the Clerk of the Court, USDC Colorado for the benefit of the Internal Revenue Service.

Regarding your request for restitution payments, please see the enclosed copy of my August 3, 2020, letter to the Clerk of the Court, USDC Colorado requesting a certified accounting of the alleged debt to the IRS, a copy of which is in your possession. I requested a response within ten (10) days but to date there has been no response.

I have extensive documentation that proves, beyond any doubt, that the alleged debt owed to the IRS was lawfully discharged more than five times with no response from the IRS, which seems to be the norm. In accord with UCC 3-311 ACCORD AND SATISFACTION BY USE OF INSTRUMENT that any alleged debts are satisfied due to failure of the party(s) to respond within 45 days with certified reasons for denial. The party(s), the Department of the Treasury/IRS has acquiesced. The same applies to the USDC Colorado that received my request dated August 3, 2020.

As a courtesy to you and not intended to be entered into the USDC Western District Michigan, I am enclosing copies of my November 21, 2019, March 21, 2020, June 1, 2020, and August 24, 2020, letters to Department of the Treasury and IRS.

Now, due to health reasons, it has become necessary that I relocate, without delay, to a drier climate, specifically Arizona. My intended departure is first week of October and I hereby request your authorization to do so. I will advise you of the specific date of planned departure and, in the meantime, will cooperate with all your requests for filing, etc. I request that you advise me of contact information for the probation department in Phoenix. Thank you.

Sincerely,

*Richard Kellogg Armstrong*

:Richard-Kellogg :Armstrong, sovereign, private
American national, and authorized representative
For RICHARD KELLOGG ARMSTRONG, ens legis

Encls:
Letter to Commissioner, IRS dated November 21, 2019
Letter to Department of Treasury dated March 21, 2020
Letter to Secretary of Treasury dated June 1, 2020
Letter to Clerk, USDC Colorado dated August 3, 2020

CC:
Clerk, USDC Colorado
USA District of Colorado

Please reply to:
Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan
Non-domestic without the U.S.

Certified Mail No. 7019 0140 0000 8264 6565

7019 0140 0000 8264 6565

November 21, 2019

USPS TRACKING # 9114 9023 0722 4340 2586 37
& CUSTOMER     For Tracking or inquiries go to USPS.com
RECEIPT        or call 1-800-222-1811.

Commissioner
Internal Revenue Service
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

Ref: Case No.(s) 1:10-mj-01088-KLM and 1:10-cr-00317-REB-2

Subj: Discharge of Court and BOP documents

Commissioner:

    As the records show, I was arrested and incarcerated May 20, 2010, at the Calexico, California airport, subsequent to IRS Complaint, Document No. 1, filed by Greg M. Flynn, IRS CID Agent, dated May 18, 2010, and arrest warrant dated May 18, 2010, Document No. 2, Case No. 1:10-mj-01088-KLM in direct violation of my rights as a sovereign by the Internal Revenue Service and the Department of Justice of my AFFIDAVIT OF PUBLIC NOTICES.
    The subject AFFIDAVIT OF PUBLIC NOTICES was recorded with the Yavapai County, Arizona Recorder on March 3, 2010, Recording No. 2010-4377246. It was also recorded on UCC-3 Amendment 2010-123-2486-7, dated May 3, 2010 to UCC-1 2009-103-9022-6, Washington State.
    The AFFIDAVIT OF PUBLIC NOTICES was mailed March 3, 2010, via Certified Mail under Notary Presentment to Timothy Franz Geithner, SECRETARY, DEPARTMENT OF THE TREASURY; IRS Technical Support Division, c/o Treasury UCC Contract Trust, INTERNAL REVENUE SERVICE; Enterprise Computing Center - Martingsburg, Attn: Informations Returns Branch; and Rosa G. Rios dba: TREASURER, DEPARTMENT OF THE TREASURY.
    As clearly stated in the AFFIDAVIT OF PUBLIC NOTICES, I Richard Kellogg Armstrong, am a Trust Interest Holder, Beneficiary, non-adverse party and one of the sovereign "people," known as "The 2010 posterity of 1787 we the people of the preamble of the constitution for the united States of America and the state of Arizona by right of birth, over 18 years of age, hereafter "Affiant" and/or "Declarant/Affiant" do solemnly affirm, declare and state under penalty of perjury the following:
        a. The declaration and notice, stated above, defines Declarant/
           Affiant's "Legal Status" by birth right, as one of the sovereign
           "people," etc.
    All terms and conditions of the AFFIDAVIT OF PUBLIC NOTICES, Pages 1 through 22, apply without exception. I draw your specific attention to Page 17 "Permanent estoppel by default, lawfully bars any peace officer, government agent or prosecutor from bringing charges against a sovereign, under any Act or Statute."
    The enclosed Court and Bureau of Prisons documents, have been Accepted for Value and returned for settlement and closure in accordance with my right as a sovereign and Trust Interest Holder. Upon your receipt of these documents so Accepted, I require your written acknowledgement signed in blue ink by a person authorized and bonded to process Acceptances, and to include title and employee ID number. It is also required that a copy of each page be appropriately stamped and initialed indicating acceptance and discharge/settlement of the accounting should evidence of completion of the process be required.
    As time is of the essence and significant hourly charges are accruing, I expect your expedited handling of this presentment.

                                        Sincerely,

                                       *Richard Kellogg Armstrong* (signature)

(continued next, Page 2)        Richard Kellogg Armstrong,

birth, over 18 years of age, hereafter "Affiant" and/or "Declarant/Affiant" do solemnly affirm, declare and state under penalty of perjury the following:

a. The declaration and notice, stated above, defines Declarant/Affiant's "Legal Status" by birth right, as one of the sovereign "people," etc.

ALL terms and conditions of the AFFIDAVIT OF PUBLIC NOTICES, Pages 1 through 22, apply without exception. I draw your specific attention to Page 17 "Permanent estoppel by default, lawfully bars any peace officer, government agent or prosecutor from bringing charges against a sovereign), under any Act or Statute."

The enclosed Court and Bureau of Prisons documents, have been Accepted for Value and returned for settlement and closure in accordance with my right as a sovereign and Trust Interest Holder. Upon your receipt of these documents so Accepted, I require your written acknowledgement signed in blue ink by a person authorized and bonded to process Acceptances, and to include title and employee ID number. It is also required that a copy of each page be appropriately stamped and initialed indicating acceptance and discharge/settlement of the accounting should evidence of completion of the process be required.

As time is of the essence and significant hourly charges are accruing, I expect your expedited handling of this presentment.

Sincerely,

*[signature]*

Richard Kellogg Armstrong,

(continued next, Page 2)

-1-

Certified Mail No. 7019 2280 0000 9729 2215

Department of the Treasury
Analysis and Control Division
of the IRS and UCC Contract Trust
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

'BANKERS ACCEPTANCE
(Bill of Exchange)
Trade Acceptance
IN ACCORD WITH HJR-192

Dated: March 21, 2020

RE: "DISCHARGE" of Original Offer Re Presentment Case No. 1:10-cr-00317-REB-2, USDC Colorado

Dear Mr. Mnuchin, Secretary in Charge: Department of the Treasury,

   Enclosed are documents (copies) from my examination of my Commercial Agreements, which are listed on the enclosed (accounting), with evidence that I have Accepted for Value (all related endorsements front and back). The total amount of the enclosed DISCHARGE is $100,000,000.00.

   Please charge to the debit of my UCC CONTRACT TRUST ACCOUNT (DISCHARGE) $100,000,000.00 and PAY TO THE ORDER OF: Mr. Guy Till, dba Assistant U.S. Attorney/ UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO re Case No. 1:10-cr-00317-REB-2, and charge my account for the fees necessary for securing and registration for the priority exchange for the tax exemption to discharge the public liability of my personal possessions, and command the memory of account #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.

   This posted Certified Mail Account No. 7019 2280 0000 9729 2215, and money of account funds is directed for use (priority) for the Republic (Article IV, Section 4 of the united States Constitution) in accord with Public Policy HJR-192, to discharge the Debtor's portion of the public debt.

   Mr. Mnuchin, as Secretary-in-Charge/or your Deputy-in-Charge, you are to take acceptance (BA), this Article Seven Receipt, in exchange for the tax exemption priority.

   This BILL OF ACCEPTANCE-TIME DRAFT/Trade Acceptance, is in accord with HJR-192, and is presented for the receiver to the Federal Window for settlement (EFT), within the three (3) day Truth-in-Lending time for settlement of retail agreements.

   With this POSTED transaction, the "DISCHARGE" documented by the enclosed forms, are for use by the Republic, and are complete.

   If you need more information or assistance with charging my Treasury Direct UCC CONTRACT TRUST ACCOUNT, you may write or email me.

Sincerely,

*[signature]*

By Richard Kellogg Armstrong, Agent, Secured
Party Creditor and Authorized Representative
for RICHARD KELLOGG ARMSTRONG, ens legis
EIN# 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

Encls:
Docket No. 1:10-cr-00317-REB-2 documents Accepted for Value:
Document Nos. 1, 2, 5, 5-2, 140, 140-2, 584, 588, 484, 510 and 601
Form 1040-V
Form 1099-A

CC: Clerk, USDC Colorado
    AUSA Mr. Guy Till, DOJ Denver

Please reply to:
Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan [48906]
globala36org@gmail.com

Date: June 1, 2020                                         Certified Mail No. 7019 2280 0000 9729 2321

Mr. Steven Mnuchin
Secretary of the Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220

**SUBJ: NOTICE OF DEFAULT OF ALL REQUESTS, DEMANDS AND CONDITIONS AS STATED IN LETTER DATED MARCH 30, 2020, ADDRESSED TO MR. STEVEN MNUCHIN, SECRETARY OF THE TREASURY.**

Dear Mr. Mnuchin,

This letter to you is my **NOTICE OF DEFAULT** for your inaction to the requests, demands and conditions clearly stated in my letter addressed to you dated March 30, 2020, received by your office April 3, 2020, via Certified Mail No. 7019 2970 0000 0319 6208. Enclosed with that letter was complete evidence of my lawful position. UCC 3-311, ACCORD AND SATISFACTION BY USE OF INSTRUMENT applies to any and all alleged debt.

This is to advise that I intend to seek judgments against the Department of the Treasury and the Internal Revenue Service for money damages as well as charges against certain Internal Revenue Service employees for violations of my rights.

You have complete records in your files regarding these matters beginning July 28, 2009. Should your office or the Internal Revenue Service elect to contact me regarding a peaceful resolution, I will give consideration to settlement without court action. Otherwise, this will be my final communication regarding these matters. As a courtesy I have enclosed a copy of my March 30, 2020, letter for your reference.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong, sovereign, private American National, Secured Party Creditor, Agent and Authorized Representative for RICHARD KELLOGG ARMSTROING, ens legis
SS# 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
Routing #0810-0004-5
Account #31921697
USDC Colorado Case #1:10-cr-00317-REB-2

Encl: As noted
Please reply to:
Richard Kellogg Armstrong
c/o 2927 Young Avenue
Non-Domestic
Lansing Michigan
globala36org@gmail.com

August 3, 2020

Jeffery P. Colwell, Clerk
USDC Colorado
Room A-105
901 19th Street
Denver, CO 80294-3589

Subj: **Certified accounting for property sales Case 1:10-cr-00317-REB-2**

Dear Mr. Colwell,
    The following real and personal properties were seized and sold by the IRS following judgment August 12, 2012, Case No. 1: 10-cr-00317-REB-2:
    a) Real property located at 30 Perkins Drive, Prescott, Arizona;
    b) Real property located 14255 Harvest Mile Road, Brighton, Colorado;
    c) 1990 Beech Model A36 aircraft, S/N E-2527, N5509Y.

    I have never received an accounting from the court following the sale of those properties.

    I hereby request to receive a certified accounting for the sale of those properties within ten (10) days of your receipt of this letter. I also request an invoice for any remaining amount allegedly owed to the court as a result of the August 12, 2012, judgment. Please advise whether the remaining amount, if any, is to be discharged to the USDC Colorado or directly to the IRS. Before issuing an invoice for any amount allegedly owed to the IRS, I suggest you check with the Department of the Treasury/IRS and CERTIFY that the alleged amount(s) were not lawfully discharged beginning July 28, 2009, and several more times.

    As the USDC Western District Michigan is threatening to assess my income on a monthly basis it is urgent that you reply to this request without delay. It's been about eight years since the judgment and sale of my property without any accounting.

    I look forward to your expedited reply. Thank you.

    Sincerely,

    *Richard Kellogg Armstrong*

    :Richard-Kellogg :Armstrong, sovereign,
    private American national and authorized
    representative for RICHARD KELLOGG
    ARMSTRONG, ens legis

CC:
USDC Western District of Michigan
Andrea Jarois, U.S. Probation Officer

Date: August 24, 2020

Charles Rettig, Commissioner
Internal Revenue Service
1500 Pennsylvania Avenue NW
Washington, DC 20220
Via Certified Mail No. 7019 2280 0000 9729 2369

Jason R. Dunn, U.S. Attorney
1801 California Street
Suite 1600
Denver, CO 80202
Via Certified Mail No. 7019 2970 0001 0309 5515

Subj: DISCHARGE OF COURT AND DEPARTMENT OF JUSTICE/BUREAU OF PRISONS DOCUMENTS

Dear Commissioner,

On November 21, 2019, I sent you a letter entitled Discharge of Court and BOP Documents via Certified Mail No. 7019 0140 0000 8264 6565 along with a copy of my AFFIDAVIT OF PUBLIC NOTICES and copies of my Case No. 1:10-cr-00317-REB-2 court and Bureau of Prisons documents Accepted for Value by a sovereign and Trust Interest Holder lawfully discharging any and all charges filed against me.

The AFFIDAVIT OF PUBLIC NOTICES document dated and recorded March 3, 2010, by the Yavapai County Arizona Recorder and mailed via Certified Mail to the four IRS entities listed on Page 1 of that document clearly declared my status as a Trust Interest Holder, Beneficiary, non-adverse party and one of the sovereign "people", known as "The 2010 posterity of 1787 we the people of the preamble of the constitution for the united States of America and the state of Arizona by right of birth, over 18 years of age, hereafter "Affiant" and/or Declarant/Affiant", etc. Enclosed with the letter of November 21, 2019, were several other documents defining my status (see copy of November 21, 2019, letter enclosed). All documents listed are in your files.

Copies of my November 21, 2019, letter and enclosures were also mailed to the Clerk of the Court, USDC, Colorado as well as to the U.S. Attorney, District of Colorado. I received no response to my mailings from either your office, the court or the U.S. Attorney, either acceptance or denial.

Therefore, the conditions of UCC 3-311, specifically UCC 3-311(b) and any and all charges and conditions filed against me are lawfully discharged and liquidated and I own the case.

Then, in order t enforce my position, on March 21, 2020, I again discharged all court documents for Case No. 1:10-cr-00317-REB-2 with the submission of a BANKERS ACCEPTANCE (Bill of Exchange) Trade Acceptance IN ACCORD WITH HJR-192, 1933, SENT TO YOUR Department of the Treasury, Analysis and Control Division of the IRS and UCC Contract Trust, with enclosures as noted (see copy of March 21, 2020, letter enclosed with copies to the Clerk of the Court, USDC Colorado as well as to Mr. Guy Till, AUSA, DOJ, Denver. "The International Bill of Exchange is legal tender as a national bank note, or note of a National Banking Association, by legal and/or statutory definition (UCC 4-105, 12 CFR Sec. 229.2,

210.2, 12 USC 1813), issued under Authority of the United States." Again, I received no response from the Department of the Treasury or the U.S. Attorney's office.

The amount of the discharge credited to the discharge of the court documents listed was $100,000,000.00. So again, with direct reference to UCC 3-311(b), I own the case. As all crime is commercial and I have twice discharged any and all (commercial) charges against me and acquiescence by all parties lawfully notified, neither the Department of Justice and/or the Bureau of Prisons or any of their employees have any lawful control over me or my lawful activities.

Should the Department of Justice/Bureau of Prisons disagree with my claim of status as a sovereign, private American national/American State National and free Citizen of the Republic, you have ten (10) days from your receipt of this Certified Mailing to rebut my claims and certify by your full name and signature signed in blue ink accompanied by your title and employee ID number. Should you not respond within ten (10) days you will have lawfully acquiesced to my claims and agreed that you have no further claims of statutory authority over me, now or in the future.

Should you require copies of any of the documents referenced as enclosures in either of the two letters, including the NOTICE OF INTEREST, CONDITION OF BIRTH CERTIFICATE and AFFIDAVIT OF STATUS mailed to and received by President Donald J. Trump, please advise and I will comply without hesitation.

*Richard Kellogg Armstrong*

Sincerely,

Richard Kellogg Armstrong, sovereign,
Private American national/American State
National and authorized representative
for RICHARD KELLOGG ARMSTRONG,
ens legis

CC: Jeffery P. Colwell, Clerk
    USDC Colorado
    via Certified Mail No. 7019 2280 0000 9729 2376

    President Donald J. Trump
    1600 Pennsylvania Avenue NW
    Washington, DC 20500

Encls: Copy UCC 3-311 ACCORD AND SATISFACTION BY USE OF INSTRUMENT
       Copy November 21, 2019, letter to Commissioner
       Copy letter March 21, 2020, letter to Department of the Treasury
       Copy NOTICE OF INTEREST
       Copy CONDITION OF BIRTH CETIFICATE
       Copy Affidavit of Status

Please respond to:
Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan
Non-domestic without the U.S.

U.S. POSTAGE PAID
FCM LG ENV
LANSING, MI
48917
SEP 15, 20
AMOUNT
$1.40
R2304M110791-88

Jeffery P. Colwell, Clerk
USDC Colorado
901 19th St., Rm. A-105
Denver, CO 80294-3589

R. K. Armstrong
2927 Young Avenue
Lansing, Michigan