Date: September 25, 2020

Certified Mail No. 7019 2970 0001 0309 5348

Mr. Steven Mnuchin
Department of Treasury
Analysis and Control Division
of the IRS and UCC Contract Trust
1500 Pennsylvania Avenue NW
Washington, DC 20220

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 29 2020**

JEFFREY P. COLWELL
CLERK

**Subj: Notice of Default of Department of Treasury**

Dear Mr. Mnuchin, Secretary in Charge: Department of the Treasury,

This letter is to notify you of your default in acknowledgment and/or failure to dispute my March 21, 2020, discharge of Original Offer of Presentment of documents under federal Case No. 1:10-cr-00317-REB-2, USDC Colorado received by your office March 26, 2020, under Certified Mail No. 7019 2280 0000 9729 2215 (see copy attached).

In accord with my presentment for the receiver to the Federal Window for settlement (EFT) within the three (3) day Truth-in-lending time for settlement of retail agreements and in accord with UCC 3-311 ACCORD AND SATISFACTION BY USE OF INSTRUMENT with no response from your office as of this date, your default is acknowledged.

As instructed in my letter dated March 21, 2020, your office was to credit my discharge to the United States District Court, Colorado for Case No. 1-cr-00317-REB-2 in care of Mr. Guy Till, dba Assistant U.S. Attorney.

There is nothing further.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong, sovereign,
private American national, State national
and Agent for RICHARD KELLOGG ARMSTRONG,
ens legis

Richard Kellogg Armstrong
c/o 2927 Young Avenue
Lansing, Michigan
Non-domestic without the U.S.

CC: Clerk, USDC, Colorado
    Mr. Guy Till, AUSA, district of Colorado

Encl: Copy March 21, 2020, letter to Dept. of the Treasury



Certified Mail No. 7019 2280 0000 9729 2215

Department of the Treasury
Analysis and Control Division
of the IRS and UCC Contract Trust
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

'BANKERS ACCEPTANCE
(Bill of Exchange)
Trade Acceptance
IN ACCORD WITH HJR-192

Dated: March 21, 2020

RE: "DISCHARGE" of Original Offer Re Presentment Case No. 1:10-cr-00317-REB-2, USDC Colorado

Dear Mr. Mnuchin, Secretary in Charge: Department of the Treasury,

   Enclosed are documents (copies) from my examination of my Commercial Agreements, which are listed on the enclosed (accounting), with evidence that I have Accepted for Value (all related endorsements front and back). The total amount of the enclosed DISCHARGE is $100,000,000.00.

   Please charge to the debit of my UCC CONTRACT TRUST ACCOUNT (DISCHARGE) $100,000,000.00 and PAY TO THE ORDER OF: Mr. Guy Till, dba Assistant U.S. Attorney/ UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO re Case No. 1:10-cr-00317-REB-2, and charge my account for the fees necessary for securing and registration for the priority exchange for the tax exemption to discharge the public liability of my personal possessions, and command the memory of account #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.

   This posted Certified Mail Account No. 7019 2280 0000 9729 2215, and money of account funds is directed for use (priority) for the Republic (Article IV, Section 4 of the united States Constitution) in accord with Public Policy HJR-192, to discharge the Debtor's portion of the public debt.

   Mr. Mnuchin, as Secretary-in-Charge/or your Deputy-in-Charge, you are to take acceptance (BA), this Article Seven Receipt, in exchange for the tax exemption priority.

   This BILL OF ACCEPTANCE-TIME DRAFT/Trade Acceptance, is in accord with HJR-192, and is presented for the receiver to the Federal Window for settlement (EFT), within the three (3) day Truth-in-Lending time for settlement of retail agreements.

   With this POSTED transaction, the "DISCHARGE" documented by the enclosed forms, are for use by the Republic, and are complete.

   If you need more information or assistance with charging my Treasury Direct UCC CONTRACT TRUST ACCOUNT, you may write or email me.

Sincerely,

*Richard Kellogg Armstrong*
By Richard Kellogg Armstrong, Agent, Secured
Party Creditor and Authorized Representative
for RICHARD KELLOGG ARMSTRONG, ens legis
EIN# 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

Encls:
Docket No. 1:10-cr-00317-REB-2 documents Accepted for Value:
Document Nos. 1, 2, 5, 5-2, 140, 140-2, 584, 588, 484, 510 and 601
Form 1040-V
Form 1099-A

CC: Clerk, USDC Colorado
    AUSA Mr. Guy Till, DOJ Denver

Please reply to:
Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan [48906]
globala36org@gmail.com

Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan
Non-domestic without the U.S.

GRAND RAPIDS MI 493
25 SEP 2020 PM 4 L

Jeffery P. Colwell, Clerk
USDC Colorado
901 19th St., Room A-105
Denver, CO 80294-3589

80294-250151