OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2020

JEFFREY P. COLWELL
CLERK

10-cr-317-REB
809

DENVER CO 802
20 SEP 2020 PM 8

neopost
09/21/2020
US POSTAGE $00.50°
ZIP 80294
041L11245087

PRESENCE OF THE
INMATE

Richard Kellogg Armstrong
c/o Andrew Hershey

RRN
Res    NIXIE      482   DE 1       0010/05/20
420              RETURN TO SENDER
Mil                  REFUSED
                 UNABLE TO FORWARD
REF
802 94250 99    BC: 8029425099   *1920-02346-21-45