Date: October 6, 2020

Jeffery P. Colwell, Clerk
United States District Court, Colorado
901 19th Street, Rm. A-105
Denver, CO 80294-3589
Certified Mail No. 7019 2870 0001 0309 5355

Jason R. Dunn, U.S. Attorney
1801 California Street
Suite 1600
Denver, CO 80202
Certified Mail No. 7019 2970 0001 0309 5362

Ms. Andrea Jarois, Probation Officer
252 Federal Building
315 W. Allegan
Lansing, MI 48933



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2020

JEFFREY P. COLWELL
CLERK

Addressees,

    This letter is in response to STATEMENT OF UNDERSTANDING REGARDING FINANCIAL OBLIGATION sent to me by Ms. Andrea Jarois, Probation Officer, for acknowledgment. I hereby summarily reject her offer as any and all alleged financial claims by the Court and/or the Internal Revenue Service have been lawfully discharged. There is no balance due or owed by me to the Internal Revenue Service or the U.S. District Court, Denver.

    My communication with Mr. Steven Mnuchin, Secretary of the Treasury, March 30, 2020, like all those previously filed beginning July 28, 2009, and filed since have been summarily ignored (see copy enclosed). See also copies of letters enclosed dated June 1, 2020, November 21, 2019, March 21, 2020, August 24, 2020 and September 25, 2020, **NONE OF WHICH HAVE BEEN RESPONDED TO BY THE DEPARTMENT OF THE TREASURY, THE UNITED STATES DISTRICT COURT, COLORADO OR THE U.S. ATTORNEY'S OFFICE, DENVER.**

    In accord with the Truth in Lending Act each of the addressees of this letter has three (3) days from their receipt to rebut my claims with their statements, under the law, justifying any monetary sums owed either to the Court or to the Internal Revenue Service and signed in blue ink to include their full names and employee numbers. Without your timely response as indicated, under the law you will have acquiesced to my undisputed claim that no funds are owed to the Internal Revenue Service or to the U.S. District Court as of this date.

    Please respond to the address shown below.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong, sovereign,
private American national, State national
and authorized representative for
RICHARD KELLOGG ARMSTRONG, ens legis
Case No. 1:10-cr-00317-REB-2

Encls:
Letter to Secretary of the Treasury dated March 30, 2020
Letter to Secretary of the Treasury dated June 1, 2020
Letter to Commissioner, IRS dated November 21, 2019
Letter to Department of the Treasury dated March 21, 2020
Letter to Commissioner, IRS dated August 24, 2020
Letter to Department of the Treasury dated September 25, 2020
STATEMENT OF UNDERSTANDING REGARDING FINANCIAL OBLIGATION signed under threat, duress and coercion and summarily rejected

Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan
Non-domestic without the U.S.


COPY

Date: March 30, 2020

Mr. Steven Mnuchin
Secretary of the Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

Certified Mail No. 7019 2970 0001 0309 6208

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2020

JEFFREY P. COLWELL
CLERK

Subj: NOTICE OF UNLAWFUL TAX LIENS, PROPERTY SEIZURE AND CRIMINAL CHARGES

Dear Mr. Mnuchin,

My apparently unknowingly unlawful 2008 filing of Form 1040X for tax years 2005, 2006 and 2007 for refunds based on 1099 OID claims and the **SUBSTANTIAL PAYMENTS MADE TO ME BY THE IRS THAT IRS LATER CLAIMED WAS A MISTAKE.** However, it was an obvious entrapment effort perpetrated by IRS as IRS procedures would have prevented the resultant refunds of that size to be made. No argument!

I responded to the IRS Ogden, Utah office request to return the funds via my Acceptance for Value of the billings. My response was received at Ogden July 28, 2009, under Notary Presentment. **No IRS response!**

I responded again October 26, 2009, under Notary Presentment, to IRS Technical Support Division and included IRS Forms 3552 for 2005, 2006 and 2007 with my Acceptance for Value stamps affixed to the face of the forms as well as to the back side of the coupons along with properly executed Forms 1040-V and 1099-A and sent by Certified Mail No. 7008 3230 0002 2758 2359 with USPS delivery confirmation November 3, 2009. That mailing included my cover letter entitled NOTICE OF ACCEPTENCE, ETC. (see copies of all enclosed). **NO RESPONSE AGAIN FROM IRS!** If there was an error with my filing, IRS had the duty to advise of corrective action needed to comply.

It must be noted that any and all liens placed on the Secured Party's real and personal property by the IRS was in direct violation of the terms and conditions of my lawfully and timely filed documents entitled **Legal Notice and Demand, Commercial Security Agreement, Power of Attorney and Affidavit of Public Notices** prior to any legal action taken against me and my wife. The filing of these legal documents secured all of our real and personal property and afforded protection for both of us from any LEGAL/STATUTORY action. Those documents were mailed to and received by all primary IRS offices by Certified Mail. In addition, IRS, through The U.S. Department of the Treasury, Timothy F. Geithner, Secretary, was in possession of my PRIVATE REGISTERED BOND FOR SETOFF ($100,000,000,000.00) dated May 5, 2009 against Birth Certificate No. 019218802, my PRIVATE REGISTERED INDEMNITY BOND No. RKAIB0001 ($300,000,000) dated May 5, 2009, and my PRIVATE REGISTERED OFFSET AND DISCHARGE BOND No. RKAOB0001 ($300,000,000.00) dated September 28, 2009 (unsigned computer record copies are enclosed for your reference). Therefore, there was absolutely no excuse, or lawful reason, for your CID Agent, Greg M. Flynn, to fraudulently file criminal charges against me on May 18, 2010, with an Arrest Warrant issued that same date, resulting in the unlawful arrest and incarceration of this **sovereign** May 20, 2010, a situation that will be addressed in the near future.

My arrest was made at the Calexico, California airport upon my arrival from my home in Mexico. The return from my home in Mexico was for the purpose of attending my youngest son's funeral for which I was prevented by the unlawful act of Mr. Flynn!

An aircraft owned by my wife and I was unlawfully seized at that time under the direction of IRS/CID Agent Mr. Greg M. Flynn. It was **LEGALLY SECURED** by our lawful filings that were in the possession of more than **four** of the offices of the IRS at that time. The aircraft, personal property, was then **unlawfully flown**, without our written authorization, to an undisclosed location, again under the direction of Mr. Flynn, a clear and certain continuing violation of our rights. This action prevented my wife, a licensed and qualified pilot, from flying the aircraft to our home base in Arizona and left her **STRANDED** with our dog in Calexico, California, a hundred fifty miles from our home. And the violation of my rights continued.

During my subsequent unlawful incarceration, trial and conviction and while being unschooled in court procedures, I filed more documentation with Jack Lew, IRS Commissioner, as well as with David Knowles, Revenue Agent, Glendale , Arizona, disputing any and all IRS actions against me and the unlawful seizure and sale of our **SECURED** real and personal property.  **Again, a waste of time and postage!**

Regardless of my numerous efforts of communicating with the IRS over the more than nine years of unlawful incarceration, **NO** IRS office or agent has responded to my filings.

Of particular interest is Case Document 32, AMENDED WRIT OF ENTRY filed 07/29/2010, just 39 days following my arrest.  The obvious stupidity and arrogance of your Agent and the AUSA, without researching the possibility of the subject properties being lawfully secured, convinced a Magistrate Judge to issue the ORDER authorizing your IRS CID Agent or any other "duly authorized law enforcement officer (?) to enter our real properties at any time to assess, etc.  Pretty amusing! I have enclosed a copy of said ORDER that, like others, will be addressed at a later date.

For your review I am enclosing copies of some of my mailings to the IRS as well as complete copies of my documents entitled Legal Notice and Demand, Commercial Security Agreement, Power of Attorney, Affidavit of Public Notices, Commercial Affidavit of Truth and Affidavit of Status clearly defining my status as a Secured Party Creditor, sovereign and private American national.

Another matter of concern are the five frivolous Form 1040 filings, original amount of each $5,000, **FRAUDULENTLY** filed with forged signatures of my wife and I by an Arizona Notary Public by the name of Benton Hall. I have challenged these filings with the IRS on several occasions but, as usual, no response from the IRS. It was a simple matter by IRS to do a signature comparison between those forged signatures and those of my wife and I. In one of my communications with your Laguna Niguel, California office I requested that a comparison be done. Again, **NO** response from the IRS which seems that the IRS only communicates when it wants money.

The most recent invoices that resulted from the forgery, Notice Nos. 381889, 381890, 381891, 381892 and 381893 were responded to October 30, 2019, under my cover letter of the same date.

As I was recently advised by an acquaintance that some of my previous ACCEPTANCE FOR VALUE stamps on IRS invoices, **which were never acknowledged by any of your offices**, was possibly due to the fact, except for the October 26, 2009, response, that I didn't follow proper procedures by not applying my A4V stamp on the reverse side of the coupon portion of the Notices.  However, the procedures I used for the October 26, 2009, mailing were correct. Over the period of several years that I have been Accepting for Value your presentments, it would have been "helpful" if your agents who received those presentments had advised me of the proper procedure if there was an error.

I request that the **FORGED SIGNATURES** on the five Form 1040's be compared with those of my wife and I from previous filings and that the subject 3552's be deleted from my file and that of my wife with the proper notations that the subject forged Form 1040's were presented by someone else without our authorization.

I am enclosing, for your review, copies of my October 26, 2009, October, 2014, July 20, 2015, and October 30, 2019, correspondences, none of which, of course, were responded to by the IRS.

I HEREBY RESTATE MY POSITION/STATUS as a Secured Party Creditor, sovereign and private American national, backed by a $100,000,000,000.00 Indemnity Bond, a copy of which is in your files. My status is confirmed by the enclosed copies of my Affidavit of Public Notices as well as my NOTICE OF INTEREST, CONDITION OF BIRTH CERTIFICATE, AFFIDAVIT OF STATUS and Conveyance and Specific Performance Request by Beneficiary to Trustee/FIRST MAGISTRATE submitted to and acknowledged by President Donald J. Trump. I fully intend to exercise ALL OF MY RIGHTS as clearly stated in my documents and my previous correspondences to the Commissioner.  To wit, I demand a) within ten (10) days that the IRS acknowledge their mistake with the charges made against me by Mr. Greg M. Flynn, IRS/CID Agent May 18, 2010 (see Case No. 1:10-mj-01088-KLM [later 1:10-

cr-00317-REB-2]; b) acknowledge discharge of any debt that was allegedly owed to the IRS; and c) **THE RETURN WITHIN THIRTY (30) DAYS OF ALL OF OUR UNLAWFULLY SEIZED AND SOLD REAL AND PERSONAL PROPERTY NOTED AS FOLLOWS:**

1) Two levies from Bank of America, Los Angeles, of approximately $5,000 each;
2) Real property located at 30 Perkins Drive, Prescott, Arizona valued at $450,000;
3) Real property located at 14255 Harvest Mile Road, Brighton, Colorado valued at $595,000;
4) 1990 Beech Model A36, S/N 2527, N5509Y aircraft valued at $395,000 and secured by a creditor as a lien clearly shown on the FAA aircraft title at the time of unlawful seizure.

Should the IRS be unable to return the previously listed real and personal property within thirty (30) days of your receipt of this demand, this Secured Party Creditor and sovereign will accept as compensation three (3) times the stated value of each item listed, plus interest. Any funds disbursed are to be placed into a private trust to be specified.

**I also demand that levies on my wife Sharon Armstrong's Social Security account (SS# 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) cease immediately** and that every cent that was unlawfully levied from her account **be returned with interest** within thirty (30) days. My wife is also a Secured Party Creditor, sovereign and private American national

My option now, in the event of another failure to receive a satisfactory response to this letter, is to convene a **court de jure, people's grand jury, 25 people Article 61 Magna Carta Grand Jury to obtain a judgment in my favor** and to resolve all subject matter, **including restitution** for my more than nine years of unlawful incarceration (see Legal Notice and Demand pages 7 and 8, Affidavit of Public Notices, page 18 "Fee Schedule", and Commercial Affidavit of Truth, page 10 "EXPRESS NOTICE OF WAIVER OF TORT TO ALL WHO TRESPASS."

I request a response in writing from one of your offices within ten (10) days of your receipt of this mailing. Thank you.

                                           Sincerely,

                                           */s/ Richard Kellogg Armstrong*
                                           Richard Kellogg Armstrong, Agent, Secured Party
                                           Creditor, sovereign and Authorized Representative
                                           for RICHARD KELLOGG ARMSTRONG, ens legis
                                           SS# 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
                                           Routing # 0810-0004-5
                                           Account # 31921697
                                           USDC Colorado Case #1:10-cr-00317-REB-2

Please reply to:
Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan [48906]

Encls:
Copy of LEGAL NOTICE AND DEMAND dated May 4, 2009
Copy of COMMERCIAL SECURITY AGREEMENT dated May 5, 2009
Copy of POWER OF ATTORNEY dated April 10, 2009
Copy of AFFIDAVIT OF PUBLIC NOTICES dated May 3, 2010
NOTICE OF INTEREST dated July 25, 2018
CONDITION OF BIRTH CERTIFICATE dated July 25, 2018
AFFIDAVIT OF STATUS dated January 11, 2019
Affidavit – Claim of Status dated January 31, 2020

COMMERCIAL AFFIDAVIT OF TRUTH AND NOTICE TO PUBLIC
CONVEYANCE AND SPECIFIC PERFORMANCE REQUEST BY BENEFICIARY TO TRUSTEE/first magistrate dated February 13, 2019
Copy of double authenticated birth certificate
Copy of birth certificate ACCEPTED FOR VALUE
NOTICE OF ACCEPTANCE dated October 26, 2009
Copy of Dept. of the Treasury Invoice No. 29251-170-13300-09 ACCEPTED FOR VALUE w/backside certified 10/26/2009
Copy of Dept. of the Treasury Invoice No. 29251-170-13301-09 ACCEPTED FOR VALUE w/backside certified 10/26/2009
Copy of Dept. of the Treasury Invoice No. 29251-170-13302-09 ACCEPTED FOR VALUE w/backside certified 10/26/2009
Copies of 1040-V 2005, 1040-V 2006 and 1040-V 2007 issued October 27, 2009
Copy of 1099-A 2009 dated October 27, 2009
Copy of Notary presenter's Affidavit and Certificate of Service dated October 27, 2009
Copy of Certified Mail receipt 7008 3230 0002 2758 2359
Notary Affidavit of Nonresponse dated January 31, 2011
Copy of letter to IRS Technical Support Division dated November 13, 2009 – (no response!)
Copy of letter to IRS Technical Support Division dated November 16, 2009 – (no response!)
Copy of letter to David Knowles, IRS Agent, Glendale, Arizona dated October, 2014 – (no response!)
Copy of letter to Jack Lew, Commissioner, IRS dated July 20, 2015 – (no response!)
Copy of letter from IRS Andover, Mass. dated August 17, 2015 - (no response!)
Copy of letter to Jack Lew, Commissioner, IRS dated August 24, 2015 – (no response!)
Copy of Letter to Jack Lew, Commissioner, IRS dated September 28, 2015 – (no response!)
Copy of letter to IRS, Fresno, Calif. dated April 18, 2016 – (no response!)
Copy of letter to Commissioner, IRS dated October 30, 2019 – (no response!)
Copies of IRS Notice Nos. previously noted as well as Notice Nos. 381894, 381896 and 381898 that were ACCEPTED FOR VALUE October 11, 2019, now ACCEPTED FOR VALUE on reverse side of coupons and accompanied by Forms 1040-V and 1099-A dated March 4, 2020.
PRIVATE REGISTERED INDEMNITY BOND letter of transmittal dated May 30, 2009 (Bond is in IRS files)
INDEMNITY BOND, ATTACHMENT 'B' to Commercial Security Agreement dated April 24, 2009
Bankers Acceptance (Bill of Exchange)
Copy Non-Negotiable Security Agreement
Copy Pre-Offset Notice for Balanced Book Adjustment
Copy Actual and Constructive Notice
Hold Harmless and Indemnity Agreement
Copy of UCC-1 2009-103-9022-6
Copy of UCC-3 Amendment 2010-123-2486-7
Copy (unsigned) PRIVATE REGISTERED BOND FOR SETOFF dated May 5, 2009
Copy (unsigned) PRIVATE REGISTERED INDEMNITY BOND dated May 5, 2009
Copy (unsigned) PRIVATE REGISTERED OFFSET AND DISCHARGE BOND dated September 28, 2009
Copy of Amended Writ of Entry, Document 32

...

COPY

Date: June 1, 2020

Certified Mail No. 7019 2280 0000 9729 2321

Mr. Steven Mnuchin
Secretary of the Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220

FILED
UNITED STATES [illegible]
DEN[illegible]

OCT 13 [illegible]

JEF[illegible] P. C[illegible]WELL
CLERK

**SUBJ: NOTICE OF DEFAULT OF ALL REQUESTS, DEMANDS AND CONDITIONS AS STATED IN LETTER DATED MARCH 30, 2020, ADDRESSED TO MR. STEVEN MNUCHIN, SECRETARY OF THE TREASURY.**

Dear Mr. Mnuchin,

   This letter to you is my **NOTICE OF DEFAULT** for your inaction to the requests, demands and conditions clearly stated in my letter addressed to you dated March 30, 2020, received by your office April 3, 2020, via Certified Mail No. 7019 2970 0000 0319 6208. Enclosed with that letter was complete evidence of my lawful position. UCC 3-311, ACCORD AND SATISFACTION BY USE OF INSTRUMENT applies to any and all alleged debt.

   This is to advise that I intend to seek judgments against the Department of the Treasury and the Internal Revenue Service for money damages as well as charges against certain Internal Revenue Service employees for violations of my rights.

   You have complete records in your files regarding these matters beginning July 28, 2009. Should your office or the Internal Revenue Service elect to contact me regarding a peaceful resolution, I will give consideration to settlement without court action. Otherwise, this will be my final communication regarding these matters. As a courtesy I have enclosed a copy of my March 30, 2020, letter for your reference.

                                     Sincerely,

                                     */s/ Richard Kellogg Armstrong*
                                     Richard Kellogg Armstrong, sovereign, private American National, Secured Party Creditor, Agent and Authorized Representative for RICHARD KELLOGG ARMSTROING, ens legis
SS# 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
Routing #0810-0004-5
Account #31921697
USDC Colorado Case #1:10-cr-00317-REB-2

Encl: As noted
Please reply to:
Richard Kellogg Armstrong
c/o 2927 Young Avenue
Non-Domestic
Lansing Michigan
globala36org@gmail.com

Certified Mail No. 7019 0140 0000 8264 6565

COPY    7019 0140 0000 8264 6565

November 21, 2019

USPS TRACKING # 9114 9023 0722 4340 2586 37
& CUSTOMER RECEIPT
For Tracking or Inquiries go to USPS.com or call 1-800-222-1811.

Commissioner
Internal Revenue Service
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2020

JEFFREY P. COLWELL
CLERK

Ref: Case No.(s) 1:10-mj-01088-KLM and 1:10-cr-00317-REB-2

Subj: Discharge of Court and BOP documents

Commissioner:

    As the records show, I was arrested and incarcerated May 20, 2010, at the Calexico, California airport, subsequent to IRS Complaint, Document No. 1, filed by Greg M. Flynn, IRS CID Agent, dated May 18, 2010, and arrest warrant dated May 18, 2010, Document No. 2, Case No. 1:10-mj-01088-KLM in direct violation of my rights as a sovereign by the Internal Revenue Service and the Department of Justice of my AFFIDAVIT OF PUBLIC NOTICES.
    The subject AFFIDAVIT OF PUBLIC NOTICES was recorded with the Yavapai County, Arizona Recorder on March 3, 2010, Recording No. 2010-4377246. It was also recorded on UCC-3 Amendment 2010-123-2486-7, dated May 3, 2010 to UCC-1 2009-103-9022-6, Washington State.
    The AFFIDAVIT OF PUBLIC NOTICES was mailed March 3, 2010, via Certified Mail under Notary Presentment to Timothy Franz Geithner, SECRETARY, DEPARTMENT OF THE TREASURY; IRS Technical Support Division, c/o Treasury UCC Contract Trust, INTERNAL REVENUE SERVICE; Enterprise Computing Center - Martinsburg, Attn: Informations Returns Branch; and Rosa G. Rios dba: TREASURER, DEPARTMENT OF THE TREASURY.
    As clearly stated in the AFFIDAVIT OF PUBLIC NOTICES, I Richard Kellogg Armstrong, am a Trust Interest Holder, Beneficiary, non-adverse party and one of the sovereign "people," known as "The 2010 posterity of 1787 we the people of the preamble of the constitution for the united States of America and the state of Arizona by right of birth, over 18 years of age, hereafter "Affiant" and/or "Declarant/Affiant" do solemnly affirm, declare and state under penalty of perjury the following:
        a. The declaration and notice, stated above, defines Declarant/
           Affiant's "Legal Status" by birth right, as one of the sovereign
           "people," etc.
    All terms and conditions of the AFFIDAVIT OF PUBLIC NOTICES, Pages 1 through 22, apply without exception. I draw your specific attention to Page 17 "Permanent estoppel by default, lawfully bars any peace officer, government agent or prosecutor from bringing charges against a sovereign, under any Act or Statute."
    The enclosed Court and Bureau of Prisons documents, have been Accepted for Value and returned for settlement and closure in accordance with my right as a sovereign and Trust Interest Holder. Upon your receipt of these documents so Accepted, I require your written acknowledgement signed in blue ink by a person authorized and bonded to process Acceptances, and to include title and employee ID number. It is also required that a copy of each page be appropriately stamped and initialed indicating acceptance and discharge/settlement of the accounting should evidence of completion of the process be required.
    As time is of the essence and significant hourly charges are accruing, I expect your expedited handling of this presentment.

                                                        Sincerely,

                                                        *Richard Kellogg Armstrong*

(continued next, Page 2)                        Richard Kellogg Armstrong,

-1-

```
                                        (Richard Kellogg Armstrong)
                                        sovereign, Declarant/Affiant,
                                        Agent and Authorized Representative
                                        for RICHARD KELLOGG ARMSTRONG,
                                        ens legis, TIN 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
```

ENCLOSURES: Copy cover page and page 17 of AFFIDAVIT OF PUBLIC NOTICES
Copy of cover page Document #1 ACCEPTED FOR VALUE
Copy of AFFIDAVIT OF STATUS
Copy Indictment Document #5-2 ACCEPTED FOR VALUE
Copy Indictment Document #140-2 ACCEPTED FOR VALUE
Copy ~~Indictment~~ JUDGMENT Document #588 ACCEPTED FOR VALUE
Copy Sentence Monitoring Computation Data ACCEPTED FOR VALUE
Copy Judgment on Contempt Document #601 ACCEPTED FOR VALUE
Copy NOTICE OF INTEREST
Copy CONDITION OF BIRTH CERTIFICATE


Please reply to:

    Richard K. Armstrong
c/o D.R. Armstrong, Attorney-in-Fact
    2927 Young Avenue
    Lansing, Michigan [48906]


cc: Clerk of the Court, U.S. District Court, District of Colorado
    U.S. Attorney's Office, District of Colorado


COPY

Certified Mail No. 7019 2280 0000 9729 2215

Department of the Treasury
Analysis and Control Division
of the IRS and UCC Contract Trust
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

FILED
UNITED STATES DISTRICT COURT
D[...]

OCT 13 2020
JEFFREY P. COLWELL
CLERK

'BANKERS ACCEPTANCE
(Bill of Exchange)
Trade Acceptance
IN ACCORD WITH HJR-192

Dated: March 21, 2020

RE: "DISCHARGE" of Original Offer Re Presentment Case No. 1:10-cr-00317-REB-2, USDC Colorado

Dear Mr. Mnuchin, Secretary in Charge: Department of the Treasury,

Enclosed are documents (copies) from my examination of my Commercial Agreements, which are listed on the enclosed (accounting), with evidence that I have Accepted for Value (all related endorsements front and back). The total amount of the enclosed DISCHARGE is $100,000,000.00.

Please charge to the debit of my UCC CONTRACT TRUST ACCOUNT (DISCHARGE) $100,000,000.00 and PAY TO THE ORDER OF: Mr. Guy Till, dba Assistant U.S. Attorney/ UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO re Case No. 1:10-cr-00317-REB-2, and charge my account for the fees necessary for securing and registration for the priority exchange for the tax exemption to discharge the public liability of my personal possessions, and command the memory of account #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.

This posted Certified Mail Account No. 7019 2280 0000 9729 2215, and money of account funds is directed for use (priority) for the Republic (Article IV, Section 4 of the united States Constitution) in accord with Public Policy HJR-192, to discharge the Debtor's portion of the public debt.

Mr. Mnuchin, as Secretary-in-Charge/or your Deputy-in-Charge, you are to take acceptance (BA), this Article Seven Receipt, in exchange for the tax exemption priority.

This BILL OF ACCEPTANCE-TIME DRAFT/Trade Acceptance, is in accord with HJR-192, and is presented for the receiver to the Federal Window for settlement (EFT), within the three (3) day Truth-in-Lending time for settlement of retail agreements.

With this POSTED transaction, the "DISCHARGE" documented by the enclosed forms, are for use by the Republic, and are complete.

If you need more information or assistance with charging my Treasury Direct UCC CONTRACT TRUST ACCOUNT, you may write or email me.

Sincerely,

*[signature]*

By Richard Kellogg Armstrong, Agent, Secured
Party Creditor and Authorized Representative
for RICHARD KELLOGG ARMSTRONG, ens legis
EIN# 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

Encls:
Docket No. 1:10-cr-00317-REB-2 documents Accepted for Value:
Document Nos. 1, 2, 5, 5-2, 140, 140-2, 584, 588, 484, 510 and 601
Form 1040-V
Form 1099-A

CC: Clerk, USDC Colorado
    AUSA Mr. Guy Till, DOJ Denver

Please reply to:
Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan [48906]
globala36org@gmail.com



Date: August 24, 2020

Charles Rettig, Commissioner
Internal Revenue Service
1500 Pennsylvania Avenue NW
Washington, DC 20220
Via Certified Mail No. 7019 2280 0000 9729 2369

Jason R. Dunn, U.S. Attorney
1801 California Street
Suite 1600
Denver, CO 80202
Via Certified Mail No. 7019 2970 0001 0309 5515



Subj: DISCHARGE OF COURT AND DEPARTMENT OF JUSTICE/BUREAU OF PRISONS DOCUMENTS

Dear Commissioner,

    On November 21, 2019, I sent you a letter entitled Discharge of Court and BOP Documents via Certified Mail No. 7019 0140 0000 8264 6565 along with a copy of my AFFIDAVIT OF PUBLIC NOTICES and copies of my Case No. 1:10-cr-00317-REB-2 court and Bureau of Prisons documents Accepted for Value by a sovereign and Trust Interest Holder lawfully discharging any and all charges filed against me.

    The AFFIDAVIT OF PUBLIC NOTICES document dated and recorded March 3, 2010, by the Yavapai County Arizona Recorder and mailed via Certified Mail to the four IRS entities listed on Page 1 of that document clearly declared my status as a Trust Interest Holder, Beneficiary, non-adverse party and one of the sovereign "people", known as "The 2010 posterity of 1787 we the people of the preamble of the constitution for the united States of America and the state of Arizona by right of birth, over 18 years of age, hereafter "Affiant" and/or Declarant/Affiant", etc. Enclosed with the letter of November 21, 2019, were several other documents defining my status (see copy of November 21, 2019, letter enclosed). All documents listed are in your files.

    Copies of my November 21, 2019, letter and enclosures were also mailed to the Clerk of the Court, USDC, Colorado as well as to the U.S. Attorney, District of Colorado. I received no response to my mailings from either your office, the court or the U.S. Attorney, either acceptance or denial.

    Therefore, the conditions of UCC 3-311, specifically UCC 3-311(b) and any and all charges and conditions filed against me are lawfully discharged and liquidated and I own the case.

    Then, in order t enforce my position, on March 21, 2020, I again discharged all court documents for Case No. 1:10-cr-00317-REB-2 with the submission of a BANKERS ACCEPTANCE (Bill of Exchange) Trade Acceptance IN ACCORD WITH HJR-192, 1933, SENT TO YOUR Department of the Treasury, Analysis and Control Division of the IRS and UCC Contract Trust, with enclosures as noted (see copy of March 21, 2020, letter enclosed with copies to the Clerk of the Court, USDC Colorado as well as to Mr. Guy Till, AUSA, DOJ, Denver. "The International Bill of Exchange is legal tender as a national bank note, or note of a National Banking Association, by legal and/or statutory definition (UCC 4-105, 12 CFR Sec. 229.2,

210.2, 12 USC 1813), issued under Authority of the United States." Again, I received no response from the Department of the Treasury or the U.S. Attorney's office.

The amount of the discharge credited to the discharge of the court documents listed was $100,000,000.00. So again, with direct reference to UCC 3-311(b), I own the case. As all crime is commercial and I have twice discharged any and all (commercial) charges against me and acquiescence by all parties lawfully notified, neither the Department of Justice and/or the Bureau of Prisons or any of their employees have any lawful control over me or my lawful activities.

Should the Department of Justice/Bureau of Prisons disagree with my claim of status as a sovereign, private American national/American State National and free Citizen of the Republic, you have ten (10) days from your receipt of this Certified Mailing to rebut my claims and certify by your full name and signature signed in blue ink accompanied by your title and employee ID number. Should you not respond within ten (10) days you will have lawfully acquiesced to my claims and agreed that you have no further claims of statutory authority over me, now or in the future.

Should you require copies of any of the documents referenced as enclosures in either of the two letters, including the NOTICE OF INTEREST, CONDITION OF BIRTH CERTIFICATE and AFFIDAVIT OF STATUS mailed to and received by President Donald J. Trump, please advise and I will comply without hesitation.

Sincerely,

*[signature: Richard Kellogg Armstrong]*

Richard Kellogg Armstrong, sovereign,
Private American national/American State
National and authorized representative
for RICHARD KELLOGG ARMSTRONG,
ens legis

CC: Jeffery P. Colwell, Clerk
   USDC Colorado
   via Certified Mail No. 7019 2280 0000 9729 2376

   President Donald J. Trump
   1600 Pennsylvania Avenue NW
   Washington, DC 20500

Encls: Copy UCC 3-311 ACCORD AND SATISFACTION BY USE OF INSTRUMENT
   Copy November 21, 2019, letter to Commissioner
   Copy letter March 21, 2020, letter to Department of the Treasury
   Copy NOTICE OF INTEREST
   Copy CONDITION OF BIRTH CETIFICATE
   Copy Affidavit of Status

Please respond to:
Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan
Non-domestic without the U.S.

 COPY

Date: September 25, 2020

Certified Mail No. 7019 2970 0001 0309 5348

Mr. Steven Mnuchin
Department of Treasury
Analysis and Control Division
of the IRS and UCC Contract Trust
1500 Pennsylvania Avenue NW
Washington, DC 20220

7019 2970 0001 0309 5348

**Subj: Notice of Default of Department of Treasury**

Dear Mr. Mnuchin, Secretary in Charge: Department of the Treasury,

   This letter is to notify you of your default in acknowledgment and/or failure to dispute my March 21, 2020, discharge of Original Offer of Presentment of documents under federal Case No. 1:10-cr-00317-REB-2, USDC Colorado received by your office March 26, 2020, under Certified Mail No. 7019 2280 0000 9729 2215 (see copy attached).

   In accord with my presentment for the receiver to the Federal Window for settlement (EFT) within the three (3) day Truth-in-lending time for settlement of retail agreements and in accord with UCC 3-311 ACCORD AND SATISFACTION BY USE OF INSTRUMENT with no response from your office as of this date, your default is acknowledged.

   As instructed in my letter dated March 21, 2020, your office was to credit my discharge to the United States District Court, Colorado for Case No. 1-cr-00317-REB-2 in care of Mr. Guy Till, dba Assistant U.S. Attorney.

   There is nothing further.

Sincerely,

*Richard Kellogg Armstrong*

Richard Kellogg Armstrong, sovereign,
private American national, State national
and Agent for RICHARD KELLOGG ARMSTRONG,
ens legis

Richard Kellogg Armstrong
c/o 2927 Young Avenue
Lansing, Michigan
Non-domestic without the U.S.

CC: Clerk, USDC, Colorado
    Mr. Guy Till, AUSA, district of Colorado

Encl: Copy March 21, 2020, letter to Dept. of the Treasury

U.S.A.

v.

RICHARD KELLOGG ARMSTRONG
~~Richard Kellogg Armstrong~~

**STATEMENT OF UNDERSTANDING
REGARDING FINANCIAL OBLIGATION**

DOCKET NO: 1:10-cr-00317-REB-2

**I understand I have been ordered by the Court to pay the following financial sanctions:**

| | |
|---|---|
| Special Assessment: | $1,300.00 |
| Restitution: | $1,678,834.00 |
| Fine: | $0.00 |
| Other: | $0.00 |

As of September 29, 2020, I understand my current balance is:

| | |
|---|---|
| Special Assessment: | $0.00 |
| Restitution: | ~~$1,089,678.95~~ $0.00 |
| Fine: | $0.00 |
| Other: | $0.00 |

DISCHARGED 11/21/2019, 3/21/2020. SEE ENCLOSED DOCUMENTS DATED 11/21/2019, 3/21/2020, 5/24/2020 & 9/25/2020.

**I agree to pay the following amount on the following schedule to satisfy my financial obligation:**

$120.00 per month (10% of gross monthly wages)

**I understand the payments are to be made in person, mailed, or online to the U.S. District Court.**

**I understand if I am paying in person or U.S. Mail, payments must be in the form of a cashier's check or money order made payable to the U.S. District Court Clerk.**

U.S. District Court Clerk
399 Federal Building
110 Michigan Ave., NW
Grand Rapids, MI 49503

**I understand if I am paying online, I am to make my payments using a credit card or by providing my bank information via www.pay.gov. (see attached).**

I further agree, if I am unable to make a timely payment, I will notify my U.S. Probation Officer with a reason for my failure to comply with the Court Order. I understand failure to comply with the Court Order is a violation of my supervision and could result in revocation of my supervision. I understand that I am to provide a copy of the receipt of payment to my U.S. Probation Officer. I will also report the amount and date of payment on my monthly report forms.

*\* Richard Kellogg Armstrong*
Signature of Defendant
*sovereign, private American, not a US citizen, Richard Kellogg Armstrong, sui juris*

Witness Signature

Date 10/6/2020          Date 10/6/2020

✗ SIGNED UNDER THREAT, DURESS AND COERCION AND SUMMARILY REJECTED

Original: Defendant
cc: File (SOU only)

Richard K. Armstrong
2927 Young Avenue
Lansing, Michigan
Non-domestic without the U.S.

7019 2970 0001 0309 5355

CERTIFIED MAIL

Jeffery P. Colwell, Clerk
USDC Colorado
901 19th St., Room A-105
Denver, CO 80294-3589



1000

80294

U.S. POSTAGE PAID
FCM LG ENV
48823
EAST LANSING, MI
OCT 07, 20
AMOUNT
$5.15
R2303S102198-02

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE