OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 10 2020

JEFFREY P. COLWELL
CLERK

10-cr-317-REB
Ret doc 810

DENVER CO 802
neopost
09/30/2020
US POSTAGE $00.50⁰
ZIP 80294
041L11245087

30 SEP 2020 PM 9

PRESENCE OF THE
INMATE

Richard Kellogg Armstrong
c/o Andrew Hershey
RRM Detroit
Residential Re
4206 East Ark
Milan, MI 481

ANK
80294-7500
46160-970606

NIXIE        482   5E  1       2210/31/20

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 80294259999        *1726-02519-30-43