

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901·19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 10 2020

JEFFREY P. COLWELL
CLERK

10·cr·317·REB
Ret doc 812

DENVER CO 802

neopost
15 OCT 2020PM 6

FIRST-CLASS MAIL

$00.50

US POSTAGE

10/15/2020

ZIP 80294
041L11245087

Richard Kellogg Armstrong
c/o Andrew Hershey
RRM Detroit
Residential
4206 East
Milan, MI 4

NIXIE        482        5E  1        2216/31/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC:    80294250099        *1320-03969-15-39