| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 10-cr-00317-REB-02 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | CR-21-50119-PHX-GMS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Richard Kellogg Armstrong | Colorado | |
| | NAME OF SENTENCING JUDGE | |
| | Robert E. Blackburn | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/02/2020 | TO 07/01/2023 |

OFFENSE

Count 1: Mail Fraud, in violation of 18 U.S.C. § 1341; Counts 6-9 and 13-16: Filing False Claims Against the United States, in violation of 18 U.S.C. § 287; Counts 25-27: Monetary Transactions in Property Derived from Specified Unlawful Activity, in violation of 18 U.S.C. § 1957; and Count 28: Conspiracy to Defraud the Government, in violation of 18 U.S.C. § 286

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Colorado

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Arizona  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 24, 2021
Date

*signed* Bob Blackburn
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Arizona

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/14/2021
Effective Date

*signed* G. Murray Snow
United States District Judge