OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

10-CR-317-REB
**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL -6 2021
JEFFREY P. COLWELL
CLERK

#819

Richard Kellogg Armstrong
c/o Andrew Hershey
RRM Detroit
Residential
4206 East A
Milan, MI 48
ANK

NIXIE    152    DE 1    0007/02/21

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 80294250099    *1920-02489-16-43