OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 13 2021

JEFFREY P. COLWELL
CLERK

10-cr-317-REB #821

DENVER CO 802
22 JUN 2021 PM 4 L

Richard Kellogg Armstrong
c/o Andrew Hershey
RRM Detroit
Residential Reet
4206 East Arko
Milan, MI 4816

NIXIE              482  DE  1              0007/07/21

            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 80294258099          *2020-04559-22-40